NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Daniel M. Petrocelli (S.B. #97802)
  dpetrocelli@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

ATTORNEYS FOR: Plaintiff DC Comics

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| DC COMICS | CASE NUMBER: |
|---|---|
| Plaintiff(s), | CV10 3633 JHN SSx |
| v. | |
| PACIFIC PICTURES CORPORATION et al. | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiff DC Comics
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

### PARTY                                                CONNECTION
(List the names of all such parties and identify their connection and interest.)

| PARTY | CONNECTION |
|---|---|
| DC Comics | Plaintiff |
| Warner Communications Inc. | Partner of Plaintiff DC Comics |
| E.C. Publications Inc. | Partner of Plaintiff DC Comics |
| Historic TW Inc. | Affiliate of Plaintiff DC Comics |
| Time Warner Inc. | Affiliate of Plaintiff DC Comics |
| Pacific Pictures Corporation | Defendant |
| IP Worldwide, LLC | Defendant |
| IPW, LLC | Defendant |
| Marc Toberoff | Defendant |
| Mark Warren Peary | Defendant |
| Estate of Joseph Shuster (probate estate established by the Los Angeles Superior Court (Case No. BP-080635)) | Defendant |
| Joanne Siegel | Defendant |
| Laura Siegel Larson | Defendant |

May 14, 2010
Date

Sign

Attorney of record for or party appearing in pro per