AO 121 (6/90)

| TO:<br><br>Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. CV10 3633 — DATE FILED 5/14/2010 | United States District Court, Central District of California<br>255 East Temple Street<br>Los Angeles, CA 90012 |
| PLAINTIFF<br>DC Comics | DEFENDANT<br>Pacific Pictures Corporation et al. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | PLEASE SEE ATTACHMENT | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☑ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

## ATTACHMENT TO REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT

### List of Copyrights Potentially Affected by Action:

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1  B379787 | Superman, in Action Comics #1 | Jerome Siegel and Joseph Shuster (on behalf of DC Comics or its predecessor as a work-for-hire) |
| 2  B379788 | Action Comics #2 | Jerome Siegel and Joseph Shuster (on behalf of DC Comics or its predecessor as a work-for-hire) |
| 3  B385466 | Action Comics #3 | Jerome Siegel and Joseph Shuster (on behalf of DC Comics or its predecessor as a work-for-hire) |
| 4  B387907 | Action Comics #4 | Jerome Siegel and Joseph Shuster (on behalf of DC Comics or its predecessor as a work-for-hire) |
| 5  B394784 | Action Comics #5 | Jerome Siegel and Joseph Shuster (on behalf of DC Comics or its predecessor as a work-for-hire) |
| 6  B394866 | Action Comics #6 | Jerome Siegel and Joseph Shuster (on behalf of DC Comics or its predecessor as a work-for-hire) |
| 7  B399214 | Action Comics #7 | Jerome Siegel and Joseph Shuster (on behalf of DC Comics or its predecessor as a work-for-hire) |
| 8  AA299871 | Superman No. 1 | Jerome Siegel and Joseph Shuster (on behalf of DC Comics or its predecessor as a work-for-hire) |
| 9  B443035 | Superman No. 3 | Jerome Siegel and Joseph Shuster (on behalf of DC Comics or its predecessor as a work-for-hire) |