DANIEL M. PETROCELLI (S.B. #97802)
   dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
   mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
   cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Attorneys for Plaintiff DC COMICS

# UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>          Plaintiff,<br><br>     v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>          Defendants. | Case No. **CV 10 3633**<br><br>**PLAINTIFF DC COMICS' NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 83-1.3** |

TO THE CLERK OF THIS COURT, THE COURT, AND TO THE PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Local Rule 83-1.3, this action by plaintiff DC Comics against defendants Pacific Pictures Corporation; IP Worldwide, LLC; IPW, LLC; Marc Toberoff; Mark Warren Peary; the Estate of Joseph Shuster; Joanne Siegel; Laura Siegel Larson; and Does 1-10 is related to the following two actions: (1) *Siegel v. Warner Bros. Ent't Inc. et al.*, Case No. CV 04-8400 ODW (RZx) (the "Siegel Superman Action"); and (2) *Siegel v. Time Warner Inc. et al.*, Case No. CV 04-8776 ODW (RZx) (the "Siegel Superboy Action").

The Siegel Superman Action, which was filed on October 8, 2004, and the Siegel Superboy Action, which was filed on October 22, 2004, both remain pending before this Court and were deemed related on December 17, 2004.

The current action is related to the Siegel Superman Action and Siegel Superboy Action pursuant to Local Rule 83-1.3 because these actions: (1) arise in part from the same or closely related events; (2) call for the determination of similar issues of law and fact; (3) would entail substantial duplication of labor if heard by different judges; and (4) involve many of the same copyrights. The relationship between this case and the Siegel Superman and Superboy Actions is set forth in greater detail in the operative complaint in the instant case. However, to summarize the reasons these cases should be related:

- all three concern certain copyright interests related to the iconic character "Superman" and efforts by the Siegels, the Shusters, and their business associates (named as defendants in this case) to terminate certain assignments of those copyright interests;
- the parties and material witnesses in all three cases overlap, as the Siegels and DC Comics are parties in this case and the two Siegel Actions, and the additional defendants in this case have a variety of business and

contractual relationships with the Siegels, DC Comics, and/or one another;

- the scope and ownership of a variety of Superman-related copyrights is at issue in all three actions, as are historical facts concerning the creation of Superman and its exploitation in a variety of media over the past 70 years;
- at issue in all three actions are common legal theories and defenses, and overlapping issues of material fact, including, to take just two examples, who created the character "Superboy" and whether Superboy, as a matter of fact and law, is a derivative work of Superman; and the scope of work that Shuster and Siegel did as work-for-hire artists.

The bases of relatedness are extensive and can be documented in far greater detail, if for some reason defendants oppose these cases being related. On this record, however, DC Comics respectfully submits that these actions are clearly related pursuant to Local Rule 83-1.3, and that the current action qualifies for related-case transfer to United States District Judge Otis D. Wright, who presides over the two pending Siegel actions.

Dated: May 14, 2010

Respectfully submitted,

O'MELVENY & MYERS LLP

By: _____
Daniel M. Petrocelli

Attorneys for Plaintiff DC Comics

Of counsel:

PATRICK T. PERKINS (*pro hac vice* application pending)
pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, New York 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819