1  DANIEL M. PETROCELLI (S.B. #97802)
    dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
    mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
    cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA 90067-6035
   Telephone: (310) 553-6700
6  Facsimile: (310) 246-6779

7  Attorneys for Plaintiff DC COMICS

8
         UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF
9                              CALIFORNIA
10
   DC COMICS,                          Case No. CV10 3633
11
                  Plaintiff,           **PLAINTIFF DC COMICS' NOTICE
12                                     OF PENDENCY OF OTHER
         v.                            ACTIONS PURSUANT TO LOCAL
13                                     RULE 83-1.4**
   PACIFIC PICTURES
14 CORPORATION, IP
   WORLDWIDE, LLC, IPW, LLC,
15 MARC TOBEROFF, an individual,
   MARK WARREN PEARY, as
16 personal representative of the
   ESTATE OF JOSEPH SHUSTER,
17 JOANNE SIEGEL, an individual,
   LAURA SIEGEL LARSON, an
18 individual, and DOES 1-10,
   inclusive,
19
                  Defendants.
20

TO THE CLERK OF THIS COURT, THE COURT, AND TO THE PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Local Rule 83-1.4, plaintiff DC Comics hereby provides notice of the pendency of the following two actions in this Court that involve a material part of the subject matter alleged in the Complaint in the above-entitled action:

1. *Siegel v. Warner Bros. Ent't Inc. et al.*, Case No. CV 04-8400 ODW (RZx) (the "Siegel Superman Action"). The Siegel Superman Action was filed on October 8, 2004 and remains pending before this Court. In the Siegel Superman Action, the parties seek to establish the validity and scope of the plaintiffs' copyright termination notices with respect to rights in the Superman character. Joanne Siegel and Laura Siegel Larson—who are defendants in the above-entitled action—are the plaintiffs. DC Comics is a defendant. The attorney representing the plaintiffs in the Siegel Superman Action is Marc Toberoff. Mr. Toberoff's contact information is as follows:

> Marc Toberoff
> Toberoff & Associates, P.C.
> 2049 Century Park East, Suite 2720
> Los Angeles, CA 90067
> Telephone: (310) 246-3333
> Facsimile: (310) 246-3101

2. *Siegel v. Time Warner Inc. et al.*, Case No. CV 04-8776 ODW (RZx) (the "Siegel Superboy Action"). The Siegel Superboy Action was filed on October 22, 2004 and remains pending before this Court. The parties seek to establish whether the Superboy character is independently copyrightable from Superman— which DC Comics disputes—and if so, the validity and scope of the plaintiffs' copyright termination notice with respect to putative rights in Superboy. Again, Joanne Siegel and Laura Siegel Larson—who are defendants in the above-entitled action—are the plaintiffs and DC Comics is a defendant. The attorney representing

the plaintiffs in the Siegel Superboy Action is Marc Toberoff, whose contact information is provided above.

The current action, *DC Comics v. Pacific Pictures Corporation et al.*, concerns copyright interests related to Superman and Superboy, as well as improper efforts to, *inter alia*, traffic in future Superman and Superboy copyright interests by defendants, including Joanne Siegel, Laura Siegel Larson, and Marc Toberoff.

Dated: May 14, 2010

Respectfully submitted,

O'MELVENY & MYERS LLP

By: _____
Daniel M. Petrocelli

Attorneys for Plaintiff DC Comics

Of counsel:

PATRICK T. PERKINS (*pro hac vice* application pending)
pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, New York 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819