```
 1  DANIEL M. PETROCELLI (S.B. #97802)
       dpetrocelli@omm.com
 2  MATTHEW T. KLINE (S.B. #211640)
       mkline@omm.com
 3  CASSANDRA L. SETO (S.B. #246608)
       cseto@omm.com
 4  O'MELVENY & MYERS LLP
    1999 Avenue of the Stars, 7th Floor
 5  Los Angeles, CA 90067-6035
    Telephone:  (310) 553-6700
 6  Facsimile:  (310) 246-6779

 7  Attorneys for Plaintiff DC COMICS
```

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

DC COMICS,

        Plaintiff,

    v.

PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,

        Defendants.

Case No. CV10 3633 JHN SSx

**PLAINTIFF DC COMICS' CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 7.1-1**

CORPORATE DISCLOSURE STATEMENT

1  Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, plaintiff DC Comics, by and through its counsel of record, hereby discloses that DC Comics is a New York general partnership comprised of Warner Communications Inc. and E.C. Publications, Inc., which are entities affiliated with Time Warner Inc., a Delaware corporation. Time Warner Inc. is a publicly-held corporation that indirectly owns more than 10% of DC Comics.

Dated:  May 14, 2010

Respectfully submitted,

DANIEL M. PETROCELLI
O'MELVENY & MYERS LLP

By: _____
    Daniel M. Petrocelli

Attorneys for Plaintiff DC Comics

Of counsel:

PATRICK T. PERKINS (*pro hac vice* application pending)
pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, New York 10516
Telephone:  (845) 265-2820
Facsimile:   (845) 265-2819