Patrick T. Perkins
Perkins Law Office, P.C.
1711 Route 9D
Cold Spring, NY 10516
pperkins@ptplaw.com
Tel. (845) 265-2820
Fax. (845) 265-2819

LODGED

10 MAY 14 AM 10: 31

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DC COMICS, a general partnership,

Plaintiff(s)

v.

PACIFIC PICTURES CORPORATION, et al.,

Defendant(s).

CASE NUMBER: **CV10 3633 JHN SSx**

## ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

The Court, having reviewed the accompanying Application of __Patrick T. Perkins__
                                                                *Applicant=s Name*

of __Perkins Law Office, P.C., 1711 Route 9D, Cold Spring, NY 10516__
            *Firm Name / Address*

__(845) 265-2820__                                       __pperkins@ptplaw.com__
*Telephone Number*                                       *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  X  Plaintiff    ☐ Defendant

__DC Comics__

and the designation of __Daniel M. Petrocelli  S.B. #97802__
                        *Local Counsel Designee /State Bar Number*

of __O'Melveny & Myers LLP, 1999 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067-6035__
                        *Local Counsel Firm / Address*

__(310) 553-6700__                                       __dpetrocelli@omm.com__
*Telephone Number*                                       *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☑ **GRANTED**

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated __MAY 2 1 2010__                    _____
                                                                    ge