# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 10-3633 ODW (RZx) | Date: | June 2, 2010 |
| Title: | DC Comics v. Pacific Pictures Corporation, et al | | |

| | | |
|---|---|---|
| Present: The Honorable: | Otis D. Wright II, United States District Judge | |
| Steve Chung for Raymond Neal | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

Proceedings (In Chambers): **Case Reassigned to Judge Wright**

This action has been reassigned to the Honorable Otis D. Wright II, United States District Judge. The magistrate judge's assignment has been changed to the Honorable Ralph Zarefsky.

Please substitute the initials **ODW(RZx)** in place of the initials JHN. The case number will now read: **CV 10-3633 ODW(RZx)**. Henceforth, it is imperative that the initials **ODW(RZx)** be used on all documents to prevent delays in the processing of documents.

The Courtroom Deputy Clerk for Judge Wright is Raymond Neal. He can be reached at (213) 894-8266. Judge Wright's courtroom is located on the Spring Street level of the Spring Street Courthouse, Courtroom 11. Additional information about Judge Wright's procedures can be found on the Court's website at www.cacd.uscourts.gov > Judges Procedures & Schedules.

| | ---- | : | 00 |
|---|---|---|---|
| | Initials of Preparer | SC | |