1  DANIEL M. PETROCELLI (S.B. #97802)
   dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
   mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
   cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA 90067-6035
   Telephone: (310) 553-6700
6  Facsimile: (310) 246-6779

7  PATRICK T. PERKINS (admitted *pro hac vice*)
   pperkins@ptplaw.com
8  PERKINS LAW OFFICE, P.C.
   1711 Route 9D
9  Cold Spring, New York 10516
   Telephone: (845) 265-2820
10 Facsimile: (845) 265-2819

11 Attorneys for Plaintiff DC COMICS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| DC COMICS, | Case No. CV 10-3633 ODW (RZx) |
|---|---|
| Plaintiff, | **PROOF OF SERVICE** |
| v. | Hon. Otis D. Wright, II |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive, | |
| Defendants. | |

**PROOF OF SERVICE BY FEDERAL EXPRESS/OVERNIGHT DELIVERY**

I am a citizen of the United States and employed in Los Angeles County, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of eighteen years and not a party to the within action. My business address is 1999 Avenue of the Stars, 7th Floor, Los Angeles, California 90067-6035. On June 2, 2010, I served the following:

**STANDING ORDER REGARDING NEWLY ASSIGNED CASES**

**CIVIL MINUTES - GENERAL: CASE REASSIGNED TO JUDGE WRIGHT**

**ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08-05 (RELATED CASES)**

**WAIVER OF SERVICE OF SUMMONS (DEFENDANT PACIFIC PICTURES CORPORATION)**

**WAIVER OF SERVICE OF SUMMONS (DEFENDANT IP WORLDWIDE, LLC)**

**WAIVER OF SERVICE OF SUMMONS (DEFENDANT IPW, LLC)**

**WAIVER OF SERVICE OF SUMMONS (DEFENDANT MARC TOBEROFF)**

**WAIVER OF SERVICE OF SUMMONS (DEFENDANT MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER)**

**WAIVER OF SERVICE OF SUMMONS (DEFENDANT JOANNE SIEGEL)**

**WAIVER OF SERVICE OF SUMMONS (DEFENDANT LAURA SIEGEL LARSON)**

by putting a true and correct copy thereof together with an unsigned copy of this declaration, in a sealed envelope, with delivery fees paid or provided for, for delivery the next business day to:

Marc Toberoff, Esq.
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

and by placing the envelope for collection today by the overnight courier in accordance with the firm's ordinary business practices. I am readily familiar with this firm's practice for collection and processing of overnight courier correspondence. In the ordinary course of business, such correspondence collected from me would be processed on the same day, with fees thereon fully prepaid, and deposited that day in a box or other facility regularly maintained by Federal Express, which is an overnight carrier.

    I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on June 2, 2010, at Los Angeles, California.

/s/ Sandra L. Watson
Sandra L. Watson