KENDALL BRILL & KLIEGER LLP
Richard B. Kendall (90072)
 rkendall@kbkfirm.com
Laura W. Brill (195889)
 lbrill@kbkfirm.com
Nicholas F Daum (236155)
 ndaum@kbkfirm.com
Nathalie E. Cohen (258222)
 ncohen@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile: 310.556.2705

Attorneys for Defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DC Comics,<br><br>              Plaintiff,<br><br>     v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>              Defendants. | Case No. CV 10-3633 ODW(RZx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Hon. Honorable Otis D Wright, II<br><br>Complaint Filed:     May 14, 2010 |

54157.1

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

## STIPULATION

WHEREAS, plaintiff DC Comics initiated the above-captioned action by filing a Complaint on May 14, 2010, and by providing all defendants with waivers of service of summons pursuant to Rule of Civil Procedure 4(d);

WHEREAS, all defendants purport to have timely returned waivers of service of summons;

WHEREAS, absent an order of the Court, all defendants would be required to file a responsive pleading to the Complaint by July 13, 2010;

WHEREAS, certain defendants have only recently retained counsel;

WHEREAS defendants will likely file motions in response to the Complaint, including motions to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), a motion to strike material from the Complaint pursuant to Federal Rule of Civil Procedure 12(f) and a motion to strike pursuant to California's "Anti-SLAPP" statute, California Code of Civil Procedure Section 425.16;

WHEREAS, the parties have agreed upon an extension of time to August 13, 2010, for defendants to file responsive pleadings, motions pursuant to Federal Rule of Civil Procedure 12, and a motion to strike under California Code of Civil Procedure Section 425.16; have agreed on a date to meet and confer concerning such motions pursuant to Local Rule 7-3; and have agreed upon a briefing schedule for the oppositions and reply briefs for such motions;

WHEREAS, the parties have not previously requested any extensions of time in this matter;

NOW THEREFORE, the parties stipulate and jointly agree and request that the Court order the following:

1) Defendants' deadline to file and serve their contemplated motions under Federal Rule of Civil Procedure 12(b)(6) and 12(f) and the motion to strike pursuant to California Code of Civil Procedure Section 425.16 (collectively "Defendants' Responsive Motions") shall be continued to August 13, 2010;

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

54157.1

1

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

2) The parties shall, no later than July 13, 2010, have a pre-filing conference pursuant to Local Rule 7-3, to discuss the substance and potential resolution of Defendants' Responsive Motions;

3) Oppositions (if any) to Defendants' Responsive Motions shall be served and filed by September 13, 2010, and reply briefs (if any) shall be served and filed by September 27, 2010.

4) Defendants' Responsive Motions shall be heard on Monday, October 18, 2010, or on a date thereafter convenient for the Court.

5) This stipulation and any order entered hereupon shall not stay discovery in this action, but defendants reserve the right to argue that discovery should be stayed or limited until the resolution of Defendant's Responsive Motions. Plaintiff believes that discovery should proceed notwithstanding any such motions.

6) This stipulation shall not extend any deadlines that have already expired as of the effective date of this stipulation, which is June 29, 2010.

7) By entering into this stipulation, neither party in any way waives any rights except with respect to the deadlines addressed in paragraphs 1 through 3 above, including but not limited to the fact that plaintiff does not concede that defendants' contemplated motions are proper or are well-taken.

IT IS SO STIPULATED

Dated: June 30, 2010             KENDALL BRILL & KLIEGER LLP

By: /s/ Richard B. Kendall
Richard B. Kendall
Attorneys for Defendants Mark Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

54157.1

2

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

| | | |
|---|---|---|
| 1 | Dated: June 30, 2010 | TOBEROFF & ASSOCIATES, P.C. |
| 2 | | |
| 3 | | |
| 4 | | By: _____ |
| 5 | | Marc Toberoff |
|   | | Attorneys for Defendants Mark Warren |
| 6 | | Peary as personal representative of the |
|   | | Estate of Joseph Shuster, Joanne Siegel, |
| 7 | | and Laura Seigel Larson |
| 8 | | |
| 9 | Dated: June 30, 2010 | O'MELVENY & MYERS L.L.P. |
| 10 | | |
| 11 | | |
| 12 | | By: _____ |
|    | | Daniel M. Petrocelli |
| 13 | | Attorneys for Plaintiff |
|    | | DC Comics |

54157.1

3

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT; [PROPOSED] ORDER

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

| | | |
|---|---|---|
| 1 | Dated: June 29, 2010 | TOBEROFF & ASSOCIATES, P.C. |
| 2 | | |
| 3 | | |
| 4 | | By: _____ |
| 5 | | Marc Toberoff |
| 6 | | Attorneys for Defendants Mark Warren Peary as personal representative of the Estate of Joseph Shuster, Joanne Siegel, and Laura Seigel Larson |
| 7 | | |
| 8 | | |
| 9 | Dated: June 29, 2010  [30] | O'MELVENY & MYERS L.L.P. |
| 10 | | |
| 11 | | By: _____ |
| 12 | | Daniel M. Petrocelli |
| 13 | | Attorneys for Plaintiff DC Comics |

54157.1

3

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067