1  KENDALL BRILL & KLIEGER LLP
   Richard B. Kendall (90072)
2    *rkendall@kbkfirm.com*
   Laura W. Brill (195889)
3    *lbrill@kbkfirm.com*
   Nicholas F Daum (236155)
4    *ndaum@kbkfirm.com*
   Nathalie E. Cohen (258222)
5    *ncohen@kbkfirm.com*
   10100 Santa Monica Blvd., Suite 1725
6  Los Angeles, California  90067
   Telephone: 310.556.2700
7  Facsimile:  310.556.2705

8  Attorneys for Defendants Marc Toberoff,
   Pacific Pictures Corporation, IP
9  Worldwide, LLC, and IPW, LLC

10

11              UNITED STATES DISTRICT COURT

12      CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

13

14 | DC Comics,                        | Case No. CV 10-3633 ODW(RZx)
15 |            Plaintiff,             | **[PROPOSED] STIPULATED ORDER EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT**
16 |        v.                         |
17 | PACIFIC PICTURES                  | Hon. Honorable Otis D Wright, II
   | CORPORATION, IP WORLDWIDE,        |
18 | LLC, IPW, LLC, MARC TOBEROFF,     |
   | an individual, MARK WARREN        |
19 | PEARY, as personal representative of | Complaint Filed:      May 14, 2010
   | the ESTATE OF JOSEPH SHUSTER,     |
20 | JOANNE SIEGEL, an individual,     |
   | LAURA SIEGEL LARSON, an           |
21 | individual, and DOES 1-10, inclusive, |
22 |            Defendants.            |

23

24

25

26

27

28

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

54183.1

# [PROPOSED] ORDER

1) Defendants' deadline to file and serve their contemplated motions under Federal Rule of Civil Procedure 12(b)(6) and 12(f) and the motion to strike pursuant to California Code of Civil Procedure Section 425.16 (collectively "Defendants' Responsive Motions") shall be continued to August 13, 2010;

2) The parties shall, no later than July 13, 2010, have a pre-filing conference pursuant to Local Rule 7-3, to discuss the substance and potential resolution of Defendants' Responsive Motions;

3) Oppositions (if any) to Defendants' Responsive Motions shall be served and filed by September 13, 2010, and reply briefs (if any) shall be served and filed by September 27, 2010.

4) Defendants' Responsive Motions shall be heard on Monday, October 18, 2010, or on a date thereafter convenient for the Court.

5) This order shall not stay discovery in this action, but defendants reserve the right to argue that discovery should be stayed or limited until the resolution of Defendant's Responsive Motions. Plaintiff believes that discovery should proceed notwithstanding any such motions.

6) This order shall not extend any deadlines that have already expired as of the effective date of the parties' stipulation, which is June 29, 2010.

/
/
/
/
/
/
/
/

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

54183.1

1

[PROPOSED] STIPULATED ORDER EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT

7) By this stipulated order, neither party has in any way waived any rights except with respect to the deadlines addressed in paragraphs 1 through 3 above, including but not limited to the fact that plaintiff does not concede that defendants' contemplated motions are proper or are well-taken.

IT IS SO ORDERED.

Dated: _____          _____
                                          Hon. Otis D. Wright, II
                                          Judge. United States District Court

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

54183.1

2

[PROPOSED] STIPULATED ORDER EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT