KENDALL BRILL & KLIEGER LLP
Richard B. Kendall (90072)
  rkendall@kbkfirm.com
Laura W. Brill (195889)
  lbrill@kbkfirm.com
Nicholas F Daum (236155)
  ndaum@kbkfirm.com
Nathalie E. Cohen (258222)
  ncohen@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California  90067
Telephone: 310.556.2700
Facsimile:  310.556.2705

Attorneys for Defendants Marc Toberoff,
Pacific Pictures Corporation, IP
Worldwide, LLC, and IPW, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DC Comics,<br><br>        Plaintiff,<br><br>    v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. CV 10-3633 ODW(RZx)<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS MARC TOBEROFF, PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC AND IPW LLC**<br><br>Hon. Honorable Otis D Wright, II<br><br>Complaint Filed:     May 14, 2010 |

54195.1

1  PLEASE TAKE NOTICE that Richard B. Kendall, Laura W. Brill, Nicholas
2  F. Daum and Nathalie E. Cohen of the law firm Kendall, Brill, & Klieger, LLP
3  hereby enter their appearance on behalf of Defendants Marc Toberoff, Pacific
4  Pictures Corporation, IP Worldwide, LLC, and IPW, LLC in the above-captioned
5  matter.

Dated: June 30, 2010                    Respectfully submitted,

KENDALL BRILL & KLIEGER LLP


By: /s/ Nathalie E. Cohen
    Nathalie E. Cohen
    Attorneys for Defendants Mark Toberoff,
    Pacific Pictures Corporation, IP
    Worldwide, LLC, and IPW, LLC

54195.1

1

NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS MARC TOBEROFF, PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC AND IPW LLC

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067