KENDALL BRILL & KLIEGER LLP
Richard B. Kendall (90072)
  rkendall@kbkfirm.com
Laura W. Brill (195889)
  lbrill@kbkfirm.com
Nicholas F Daum (236155)
  ndaum@kbkfirm.com
Nathalie E. Cohen (258222)
  ncohen@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile:  310.556.2705

Attorneys for Defendants Marc Toberoff,
Pacific Pictures Corporation, IP
Worldwide, LLC, and IPW, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DC Comics, | Case No. CV 10-3633 ODW(RZx) |
| Plaintiff, | **DEFENDANT MARC TOBEROFF'S CERTIFICATION AS TO INTERESTED PARTIES** |
| v. | |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive, | Hon. Honorable Otis D Wright, II

Complaint Filed:    May 14, 2010 |
| Defendants. | |

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

Pursuant to Central District of California Local Rule 7.1-1, the undersigned, counsel of record for Defendant Marc Toberoff, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

- DC Comics (Plaintiff)
- Warner Communications Inc.
- E.C. Publications Inc.
- Historic TW Inc.
- Time Warner Inc.
- Warner Bros. Entertainment Inc.
- Pacific Pictures Corporation (Defendant)[1]
- IP Worldwide, LLC (Defendant)[2]
- IPW, LLC (Defendant)[3]
- Marc Toberoff (Defendant)
- Mark Warren Peary (Defendant)
- Estate of Joseph Shuster (Defendant)
- Joanne Siegel (Defendant)
- Laura Siegel Larson (Defendant)

///
///
///

---

[1] Pacific Pictures Corporation has been dissolved.

[2] IP Worldwide, LLC has no pecuniary interest in the matters that are the subject of Plaintiff's Third and Sixth Causes of action.

[3] IPW, LLC has no pecuniary interest in the matters that are the subject of Plaintiff's Third and Sixth Causes of action.

1 | Dated: July 15, 2010    KENDALL BRILL & KLIEGER LLP

By: /s/ Nicholas F. Daum
Nicholas F. Daum
Attorneys for Defendant Marc Toberoff

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067