KENDALL BRILL & KLIEGER LLP
Richard B. Kendall (90072)
  rkendall@kbkfirm.com
Laura W. Brill (195889)
  lbrill@kbkfirm.com
Nicholas F Daum (236155)
  ndaum@kbkfirm.com
Nathalie E. Cohen (258222)
  ncohen@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California  90067
Telephone: 310.556.2700
Facsimile:  310.556.2705

Attorneys for Defendants Marc Toberoff,
Pacific Pictures Corporation, IP
Worldwide, LLC, and IPW, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DC Comics,<br><br>          Plaintiff,<br><br>     v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>          Defendants. | Case No. CV 10-3633 ODW(RZx)<br><br>**DEFENDANT IPW, LLC'S CERTIFICATION AS TO INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**<br><br>Hon. Honorable Otis D Wright, II<br><br>Complaint Filed:     May 14, 2010 |

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

1    Pursuant to Central District of California Local Rule 7.1-1, the undersigned,
2    counsel of record for Defendant IPW, LLC, certifies that the following listed parties
3    have a direct, pecuniary interest in the outcome of this case.  These representations
4    are made to enable the Court to evaluate possible disqualification or recusal.

- DC Comics (Plaintiff)
- Warner Communications Inc.
- E.C. Publications Inc.
- Historic TW Inc.
- Time Warner Inc.
- Warner Bros. Entertainment Inc.
- Pacific Pictures Corporation (Defendant)[1]
- IP Worldwide, LLC (Defendant)[2]
- IPW, LLC (Defendant)[3]
- Marc Toberoff (Defendant)
- Mark Warren Peary (Defendant)
- Estate of Joseph Shuster (Defendant)
- Joanne Siegel (Defendant)
- Laura Siegel Larson (Defendant)

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant IPW, LLC makes the following disclosure statement:  IPW, LLC does not have a parent corporation, nor does any publicly held corporation own 10% or more of IPW, LLC's stock.

---

[1] Pacific Pictures Corporation has been dissolved.

[2] IP Worldwide, LLC has no pecuniary interest in the matters that are the subject of Plaintiff's Third and Sixth Causes of action.

[3] IPW, LLC has no pecuniary interest in the matters that are the subject of Plaintiff's Third and Sixth Causes of action.

Dated: July 15, 2010                KENDALL BRILL & KLIEGER LLP


By: /s/ Nicholas F. Daum
Nicholas F. Daum
Attorneys for Defendant IPW, LLC