KENDALL BRILL & KLIEGER LLP
Richard B. Kendall (90072)
  rkendall@kbkfirm.com
Laura W. Brill (195889)
  lbrill@kbkfirm.com
Nicholas F Daum (236155)
  ndaum@kbkfirm.com
Nathalie E. Cohen (258222)
  ncohen@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California  90067
Telephone: 310.556.2700
Facsimile:  310.556.2705

Attorneys for Defendants Marc Toberoff,
Pacific Pictures Corporation, IP
Worldwide, LLC, and IPW, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DC Comics, | Case No. CV 10-3633 ODW(RZx) |
| Plaintiff, | **NOTICE OF ERRATA REGARDING THE DECLARATION OF NICHOLAS F. DAUM IN SUPPORT OF MOTION TO STRIKE PLAINTIFF'S STATE LAW CAUSES OF ACTION PURSUANT TO CALIFORNIA'S ANTI-SLAPP LAW (CAL. CODE CIV. PROC. § 425,16)** |
| v. | |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive, | |
| | Hon. Honorable Otis D Wright, II |
| | Date:   October 18, 2010<br>Time:   1:30 p.m. |
| Defendants. | Complaint Filed:   May 14, 2010 |

55805.1

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Exhibit L to the Declaration of Nicholas F. Daum in support of Motion to Strike Plaintiff's State Law Causes of Action Pursuant to California's Anti-SLAPP Law (Cal. Code Civ. Proc. § 425.16), filed on August 13, 2010, was inadvertently omitted.

Attached hereto as Exhibit 1 is Exhibit L from the Declaration of Nicholas F. Daum appended thereto.

Dated: August 13, 2010            KENDALL BRILL & KLIEGER LLP

By: /s/ Nicholas F. Daum
    Nicholas F. Daum
    Attorneys for Defendants Marc Toberoff,
    Pacific Pictures Corporation, IP
    Worldwide, LLC, and IPW, LLC

55805.1

1

NOTICE OF ERRATA REGARDING THE DECLARATION OF NICHOLAS F. DAUM
IN SUPPORT OF MOTION TO STRIKE PLAINTIFF'S STATE LAW CAUSES OF ACTION
PURSUANT TO CALIFORNIA'S ANTI-SLAPP LAW

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

EXHIBIT 1

# EXHIBIT L

CONFIDENTIAL

**Joanne Siegel**
13929 Marquesas Way #201A
Marina Del Rey, CA 90292

**Laura Siegel Larson**
6400 Pacific Avenue #106
Playa Del Rey, CA 90293

September 21, 2002

Paul Levitz
President and Publisher
DC Comics. Inc.
1700 Broadway
New York, New York 10019

Dear Paul,

    We regret to inform you that after many years of difficult negotiations with your representatives culminating in an offer sent to us on February 4, 2002, irreconcilable differences exist that cannot be overcome. Therefore, effective immediately, we are totally stopping and ending negotiations with DC Comics, Inc., the parent company AOL Time Warner and all of its representatives and associates concerning the Jerry Siegel Family's rights to Superman, Superboy, the Spectre and all related characters and entities.

    We also wish to inform you that we have notified Kevin Marks, Bruce Ramer and the firm of Gang, Tyre, Ramer & Brown, Inc. of the end of negotiations and have terminated their services as representatives of the Siegel Family interest, effective immediately. We have instructed them to take no further actions on our behalf.

    It is a shame that four years were wasted due to your representatives' desire to try to wear down Jerry's widow, his daughter who is disabled with multiple sclerosis and his son who is disabled with arthritis. Putting outrageous, never discussed, unacceptable demands into DC's February document made it clear no agreement could ever be reached.

    We have no intention of publically disparaging DC or any individual in the parent company. However, should anyone at DC, its parent company, officers, attorneys, representatives or spokespersons disparage us or our rights, we will vigorously respond in kind.

Very sincerely yours,

*Joanne Siegel*
Joanne Siegel

Very sincerely yours,

*Laura Siegel Larson*
Laura Siegel Larson

cc: Michael Siegel
    Don W. Bulson, Esq.

Confidential

EXHIBIT L

Page 124

WB006022