Marc Toberoff (State Bar No. 188547)
Nicholas C. Williamson (State Bar No. 231124)
Keith G. Adams (State Bar No. 240497)
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California, 90067
Telephone:  (310) 246-3333
Fax:            (310) 246-3101
MToberoff@ipwla.com

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Joanne Siegel and Laura Siegel Larson

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| DC COMICS,<br><br>        Plaintiff,<br><br>  vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JOANNE SIEGEL, an individual; LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>        Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br><br>**DEFENDANTS JOANNE SIEGEL AND LAURA SIEGEL LARSON'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS AND/OR STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)**<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set<br><br>Date:   October 18, 2010<br>Time:   1:30 p.m.<br>Place:  Courtroom 11 |

Pursuant to Rule 201 of the Federal Rules of Evidence, defendants Joanne Siegel and Laura Siegel Larson ("Defendants"), respectfully request that this Court take judicial notice of the following documents, submitted in support of Defendants' Motion to Dismiss Plaintiff DC Comics' Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) filed concurrently herewith.  In ruling on a motion to dismiss a complaint pursuant to Fed. R. Civ. P. 12(b)(6), a court may consider matters subject to judicial notice. *Neilson v. Union Bank of California, N.A.*, 290 F. Supp. 2d 1101, 1111-12 (C.D. Cal. 2003) ("In deciding a motion to dismiss … a court may consider … matters that may be judicially noticed pursuant to Federal Rule of Evidence 201."); *Haye v. United States*, 461 F. Supp. 1168, 1174 (C.D. Cal. 1978) ("Subsection (d) [of Rule 201] makes the taking of judicial notice mandatory if the Court is so requested and supplied with the necessary information.").[1]

1.    Defendants request that the Court take judicial notice of a letter from attorney Marc Toberoff to attorney Michael Bergman dated May 2, 2008, which was "Exhibit B" to the Declaration of Michael Bergman in Support of Defendants' Motion to Compel Production of Withheld Document filed on December 30, 2008 (Docket Nos. 395-1, 395-2) in the related case *Joanne Siegel et al. v. Warner Bros. Entertainment Inc. et al.*, Case No. 04-CV-8400 ODW (RZx).  A true and correct copy of the December 30, 2008 Declaration of Michael Bergman and the May 2, 2008 Letter, as redacted by counsel for DC Comics, is attached hereto as Exhibit A. It is proper for the Court to take judicial notice of proceedings and determinations of prior related litigation. 1-201 *Weinstein's Federal Evidence* § 201.12[3] ("Courts have the power to judicially recognize their own records of prior litigation closely related to the present case"). *See Stein v. State of Arizona*, 2010 WL 2541136 (D.

---

[1] *See generally*, *In re Calpine Corp. Sec. Litig.*, 288 F. Supp. 2d 1054, 1076 (N.D. Cal. 2003) ("[T]he Court may take judicial notice of documents on which allegations in the [complaint] necessarily rely, even if not expressly referenced in the [complaint], provided the authenticity of those documents are not in dispute."); *Parrino v. FHP Healthcare, Inc.*, 146 F.3d 699, 706 (9th Cir. 1998) (stating judicial notice prevents "plaintiffs from surviving a Rule 12(b)(6) motion by deliberately omitting references to documents upon which their claims are based.").

Ariz. June 18, 2010) (on motion to dismiss, taking judicial notice of Plaintiff's sentencing documents and release order in related criminal case against Plaintiff) (citing *Emrich v. Touche Ross & Co.,* 846 F.2d 1190, 1198 (9th Cir. 1988)); *Reyn's Pasta Bella, LLC v. Visa USA, Inc.,* 442 F.3d 741, 746 n.6 (9th Cir. 2006) (taking judicial notice, as a matter of public record, of briefs, pleadings, memoranda, expert reports from related litigation); *Kourtis v. Cameron*, 419 F.3d 989, 1001 (9th Cir. 2005) ("[C]ourt records from related proceedings can be taken into account without converting a motion to dismiss into a summary judgment motion") (*abrogated on other grounds by Taylor v. Sturgell*, 553 U.S. 880 (2008)).

2. Defendants request that the Court take judicial notice of the transcript of the January 14, 2009 hearing before this Court in the related case *Joanne Siegel et al. v. Warner Bros. Entertainment Inc. et al.*, Case No. 04-CV-8400 ODW (RZx). A true and correct copy of the January 14, 2009 hearing transcript is attached hereto as Exhibit B. It is proper for the Court to take judicial notice of proceedings and determinations of prior related litigation. 1-201 *Weinstein's Federal Evidence* § 201.12[3]. *See Stein v. State of Arizona*, 2010 WL 2541136 (D. Ariz. June 18, 2010) (citing *Emrich v. Touche Ross & Co.,* 846 F.2d 1190, 1198 (9th Cir. 1988)); *Reyn's Pasta Bella, LLC v. Visa USA, Inc.,* 442 F.3d 741, 746 n.6 (9th Cir. 2006); *Kourtis v. Cameron*, 419 F.3d 989, 1001 (9th Cir. 2005) (*abrogated on other grounds by Taylor v. Sturgell*, 553 U.S. 880 (2008)).

3. Defendants request that the Court take judicial notice of the May 1, 2008 JAMS Confidentiality Agreement between the parties in the related case *Joanne Siegel et al. v. Warner Bros. Entertainment Inc. et al.*, Case No. 04-CV-8400 ODW (RZx), which was "Exhibit B" to the Declaration of Marc Toberoff in Opposition to Defendants' Motion to Compel filed on December 30, 2008 (Docket Nos. 395-3, 395-4). A true and correct copy of the December 30, 2008 Declaration of Marc Toberoff and the May 1, 2008 JAMS Confidentiality Agreement is attached hereto as Exhibit C. It is proper for the Court to take judicial notice of proceedings and

1  determinations of prior related litigation. 1-201 *Weinstein's Federal Evidence* §
2  201.12[3].  *See Stein v. State of Arizona*, 2010 WL 2541136 (D. Ariz. June 18, 2010)
3  (citing *Emrich v. Touche Ross & Co.,* 846 F.2d 1190, 1198 (9th Cir. 1988)); *Reyn's*
4  *Pasta Bella, LLC v. Visa USA, Inc.,* 442 F.3d 741, 746 n.6 (9th Cir. 2006); *Kourtis v.*
5  *Cameron*, 419 F.3d 989, 1001 (9th Cir. 2005) (*abrogated on other grounds by Taylor*
6  *v. Sturgell*, 553 U.S. 880, 128 S. Ct. 2161, 171 L. Ed. 2d 155 (2008)); *In re Calpine*
7  *Corp. Sec. Litig*., 288 F. Supp. 2d 1054, 1076 (N.D. Cal. 2003); *Parrino v. FHP*
8  *Healthcare, Inc.*, 146 F.3d 699, 706 (9th Cir. 1998).

9      4.    Defendants request that the Court take judicial notice of the Notice of
10  Motion and Joint Stipulation Re: Defendants' Motion to Compel Compliance with
11  the Court's 4/30/07 Order and Motion for Sanctions ("Joint Stipulation") filed on
12  September 17, 2007 (Docket No. 240) in the related case *Joanne Siegel et al. v.*
13  *Warner Bros. Entertainment Inc. et al.*, Case No. 04-CV-8400 ODW (RZx), relevant
14  excerpts of which were attached as "Exhibit A" to the Declaration of Marc Toberoff
15  in Opposition to Defendants' Motion to Compel filed on December 30, 2008 (Docket
16  Nos. 395-3, 395-4).  True and correct copies of the relevant excerpts from the Joint
17  Stipulation are attached hereto as Exhibit D.  It is proper for the Court to take judicial
18  notice of proceedings and determinations of prior related litigation. 1-201 *Weinstein's*
19  *Federal Evidence* § 201.12[3].  *See Stein v. State of Arizona*, 2010 WL 2541136 (D.
20  Ariz. June 18, 2010) (citing *Emrich v. Touche Ross & Co.,* 846 F.2d 1190, 1198 (9th
21  Cir. 1988)); *Reyn's Pasta Bella, LLC v. Visa USA, Inc.,* 442 F.3d 741, 746 n. 6 (9th
22  Cir. 2006); *Kourtis v. Cameron*, 419 F.3d 989, 1001 (9th Cir. 2005) (*abrogated on*
23  *other grounds by Taylor v. Sturgell*, 553 U.S. 880 (2008)).

24      5.    Defendants request that the Court take judicial notice of the Court's
25  March 31, 2008 Minute Order (Docket No. 294) in *Joanne Siegel et al. v. Warner*
26  *Bros. Entertainment Inc., et al*., USDC Case No. CV-04-8400-ODW (RZx). A true
27  and correct copy of the Court's March 31, 2008 Minute Order is attached hereto as
28  Exhibit E.  It is proper for the Court to take judicial notice of proceedings and

3
SIEGEL DEFENDANTS' REQUEST FOR JUDICIAL NOTICE

determinations of prior related litigation. 1-201 *Weinstein's Federal Evidence* § 201.12[3].  *See Stein v. State of Arizona*, 2010 WL 2541136 (D. Ariz. June 18, 2010) (citing *Emrich v. Touche Ross & Co.,* 846 F.2d 1190, 1198 (9th Cir. 1988)); *Reyn's Pasta Bella, LLC v. Visa USA, Inc.,* 442 F.3d 741, 746 n. 6 (9th Cir. 2006); *Kourtis v. Cameron*, 419 F.3d 989, 1001 (9th Cir. 2005) (*abrogated on other grounds by Taylor v. Sturgell*, 553 U.S. 880 (2008)).

6.     Defendants request that the Court take judicial notice of the Notice of Motion and Joint Stipulation Re: Defendants' Motion to Compel Production of Withheld Document ("Motion to Compel") filed on December 30, 2008 (Docket No. 395) in the related case *Joanne Siegel et al. v. Warner Bros. Entertainment Inc. et al.*, Case No. 04-CV-8400 ODW (RZx).  A true and correct copy of the Motion to Compel is attached hereto as Exhibit F.  It is proper for the Court to take judicial notice of proceedings and determinations of prior related litigation. 1-201 *Weinstein's Federal Evidence* § 201.12[3].  *See Stein v. State of Arizona*, 2010 WL 2541136 (D. Ariz. June 18, 2010) (citing *Emrich v. Touche Ross & Co.,* 846 F.2d 1190, 1198 (9th Cir. 1988)); *Reyn's Pasta Bella, LLC v. Visa USA, Inc.,* 442 F.3d 741, 746 n.6 (9th Cir. 2006); *Kourtis v. Cameron*, 419 F.3d 989, 1001 (9th Cir. 2005) (*abrogated on other grounds by Taylor v. Sturgell*, 553 U.S. 880 (2008)).

7.     Defendants request that the Court take judicial notice of the Court's January 14, 2009 Order (Docket No. 442) in the related case *Joanne Siegel et al. v. Warner Bros. Entertainment Inc., et al.*, USDC Case No. CV-04-8400-ODW (RZx). A true and correct copy of the Court's January 14, 2009 Order is attached hereto as Exhibit G.  It is proper for the Court to take judicial notice of proceedings and determinations of prior related litigation. 1-201 *Weinstein's Federal Evidence* § 201.12[3].  *See Stein v. State of Arizona*, 2010 WL 2541136 (D. Ariz. June 18, 2010) (citing *Emrich v. Touche Ross & Co.,* 846 F.2d 1190, 1198 (9th Cir. 1988)); *Reyn's Pasta Bella, LLC v. Visa USA, Inc.,* 442 F.3d 741, 746 n.6 (9th Cir. 2006); *Kourtis v.*

*Cameron*, 419 F.3d 989, 1001 (9th Cir. 2005) (*abrogated on other grounds by Taylor v. Sturgell*, 553 U.S. 880 (2008)).

      Pursuant to Federal Rules of Evidence 201, and for the reasons set forth above, Defendants request that this Court take judicial notice of the documents described above.

DATED:  August 13, 2010        TOBEROFF & ASSOCIATES, P.C.

By _____
            Marc Toberoff

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Joanne Siegel and Laura Siegel Larson