Marc Toberoff (State Bar No. 188547)
Nicholas C. Williamson (State Bar No. 231124)
Keith G. Adams (State Bar No. 240497)
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California, 90067
Telephone: (310) 246-3333
Fax:           (310) 246-3101
MToberoff@ipwla.com

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Joanne Siegel and Laura Siegel Larson

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JOANNE SIEGEL, an individual; LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>**DEFENDANT MARK WARREN PEARY'S, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JOSEPH SHUSTER, NOTICE OF JOINDER AND JOINDER TO DEFENDANTS JOANNE SIEGEL AND LAURA SIEGEL LARSON'S MOTION TO DISMISS AND/OR STRIKE PLAINTIFF'S COMPLAINT**<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>Date:　October 18, 2010<br>Time:　1:30 p.m.<br>Place:　Courtroom 11<br><br>Complaint filed: May 14, 2010 |

DEFENDANT MARK WARREN PEARY'S NOTICE OF JOINDER

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant Mark Warren Peary, as personal representative of the Estate of Joseph Shuster ("Defendant"), hereby joins in defendants Joanne Siegel and Laura Siegel Larson's Motion to Dismiss and/or Strike Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) filed August 13, 2010. Defendant joins in defendants Joanne Siegel and Laura Siegel Larson's motion and supporting memorandum of points and authorities on the grounds set forth therein. Defendant does so without prejudice to or waiver of any of their rights, including their right to raise additional arguments with respect to claims asserted by plaintiff at a later date.

DATED:  August 13, 2010        TOBEROFF & ASSOCIATES, P.C.

By _____
        Marc Toberoff

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Joanne Siegel and Laura Siegel Larson