DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:   (310) 553-6700
Facsimile:    (310) 246-6779

Attorneys for Plaintiff DC Comics

(continued on next page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>              Plaintiff,<br><br>       v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>              Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**JOINT STIPULATION RE: SCHEDULING OF PARTIES' DISCOVERY MOTIONS AND INITIAL DISCLOSURES**<br><br>**Judge**:  Hon. Otis D Wright, II<br>**Magistrate**:  Hon. Ralph Zarefsky<br><br>Complaint Filed:  May 14, 2010 |

56075.1

STIPULATION RE: SCHEDULING OF PARTIES' DISCOVERY MOTIONS AND INITIAL DISCLOSURES

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

(continued from previous page)

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone:  (845) 265-2820
Facsimile:   (845) 265-2819

Attorneys for Plaintiff DC Comics


RICHARD B. KENDALL (S.B. #90072)
  rkendall@kbkfirm.com
LAURA W. BRILL (S.B. #195889)
  lbrill@kbkfirm.com
NICHOLAS F. DAUM (S.B. #236155)
  ndaum@kbkfirm.com
NATHALIE E. COHEN (S.B. #258222)
  ncohen@kbkfirm.com
KENDALL BRILL & KLIEGER LLP
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California  90067
Telephone:  (310) 556-2700
Facsimile:   (310) 556-2705

Attorneys for Defendants Marc Toberoff,
Pacific Pictures Corporation, IP
Worldwide, LLC, and IPW, LLC


MARC TOBEROFF (S.B. #188547)
  mtoberoff@ipwla.com
NICHOLAS C. WILLIAMSON (S.B. #231124)
  nwilliamson@ipwla.com
KEITH G. ADAMS (S.B. #240497)
  kgadams@ipwla.com
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California 90067
Telephone:  (310) 246-3333
Facsimile:   (310) 246-3101

Attorneys for Defendants Mark Warren Peary,
as personal representative of the Estate of Joseph
Shuster, Joanne Siegel, and Laura Siegel Larson

56075.1

STIPULATION RE: SCHEDULING OF PARTIES' DISCOVERY MOTIONS AND INITIAL DISCLOSURES

Each party in the above-referenced action has a discovery-related motion that it would like the Magistrate to hear at the earliest possible time. The parties have agreed to request that the motions be heard on the same date -- September 20, 2010. The parties have also jointly agreed upon dates to submit their respective briefing on those two motions, and they hereby submit the following joint stipulation, and seek an Order from the Magistrate approving this schedule. The parties also seek to modify, with the approval of the Magistrate, the date on which they will exchange their initial disclosures in this case under Rule 26 of the Federal Rules of Civil Procedure.

## **STIPULATION**

WHEREAS, defendants Pacific Pictures Corporation, IP Worldwide, LLC, IPW, LLC, and Marc Toberoff served their portion of a Joint Stipulation Concerning Defendants' Motion for a Protective Order on plaintiff DC Comics ("Plaintiff") pursuant to Local Rule 37.2.2 on August 9, 2010;[1]

WHEREAS, pursuant to Local Rule 37.2.2, Plaintiff's opposition portion of this joint stipulation would normally be due on August 16, 2010, "[u]nless," *inter alia*, the parties agree otherwise";

WHEREAS, Plaintiff served its portion of a Joint Stipulation Regarding Plaintiff's Motion to Initiate Discovery and Take Immediate, Limited Discovery of Two Elderly Witnesses ("Motion to Initiate Discovery") on defendants pursuant to Local Rule 37.2.2 on August 13, 2010;

WHEREAS, pursuant to Local Rule 37.2.2, Defendants' opposition portion of this joint stipulation would normally be due on August 20, 2010, "[u]nless," *inter alia*, "the parties agree otherwise";

---

[1] The remaining defendants, Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Joanne Siegel, and Laura Siegel Larson (collectively, "Defendants"), join in this motion for this protective order.

56075.1

1

STIPULATION RE: SCHEDULING OF PARTIES' DISCOVERY MOTIONS AND INITIAL DISCLOSURES

1  WHEREAS, pursuant to Local Rule 37-2.3, the parties are each entitled to
2 submit a supplemental memorandum concerning a discovery motion "fourteen (14)
3 days prior to the hearing date";

4  WHEREAS, counsel have previously scheduled vacation dates that make
5 compliance with the above dates difficult and wish to accommodate each other's
6 schedules;

7  WHEREAS, the parties have agreed to the briefing, submission, and hearing
8 dates as specified in more detail below and seek court approval for this schedule;

9  WHEREAS, the parties have held an initial discovery conference pursuant to
10 Federal Rule of Civil Procedure 26(f), and propose that they exchange their initial
11 disclosures pursuant to Rule 26(a)(1)(C) on September 13, 2010, rather than August
12 30, 2010, the date these disclosures would otherwise be due;

13  WHEREAS, the parties have not previously requested any extensions of time
14 related to their respective discovery motions or initial disclosures;

15  NOW THEREFORE, the parties stipulate and jointly agree and request that
16 the Court order the following:

17  1) Plaintiff shall serve its opposition portions of the Joint Stipulation
18 Concerning Defendants' Motion for a Protective Order no later than August 25,
19 2010;

20  2) Defendants shall serve their opposition portions of the Joint Stipulation
21 Regarding Plaintiff's Motion to Initiate Discovery no later than 3:00 p.m. on August
22 30, 2010;

23  3) The parties' joint stipulations shall both be filed and served on August 30,
24 2010;

25  4) The parties' joint stipulations shall be heard by the Court on September 20,
26 2010;

27  5) Any supplemental memoranda pursuant to Local Rule 37-2.3 concerning
28 the parties' discovery motions shall be filed and served on September 13, 2010; and

6) The parties shall serve their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) on September 13, 2010.

7) This stipulation is without prejudice to any of the parties' substantive and procedural rights and/or objections regarding these motions.

IT IS SO STIPULATED.

Dated: August 19, 2010    O'MELVENY & MYERS LLP

By: /s/ Daniel M. Petrocelli
    Daniel M. Petrocelli
    Attorneys for Plaintiff DC Comics

Dated: August 19, 2010    KENDALL BRILL & KLIEGER LLP

By: /s/ Richard B. Kendall
    Richard B. Kendall
    Attorneys for Defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC

Dated: August 19, 2010    TOBEROFF & ASSOCIATES, P.C.

By: /s/ Marc Toberoff
    Marc Toberoff
    Attorneys for Defendants Mark Warren Peary as personal representative of the Estate of Joseph Shuster, Joanne Siegel, and Laura Siegel Larson