DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:   (310) 553-6700
Facsimile:    (310) 246-6779

Attorneys for Plaintiff DC Comics

(continued on next page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. CV 10-3633 ODW(RZx)<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER RE: SCHEDULING OF PARTIES' DISCOVERY MOTIONS AND INITIAL DISCLOSURES**<br><br>**Judge**:  Hon. Otis D Wright, II<br>**Magistrate**:  Hon. Ralph Zarefsky<br><br>Complaint Filed:  May 14, 2010 |

**Kendall Brill & Klieger LLP**
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

56076.1

[PROPOSED] ORDER RE: SCHEDULING OF PARTIES' DISCOVERY MOTIONS AND INITIAL DISCLOSURES

1 | (continued from previous page)

2 | PATRICK T. PERKINS (admitted *pro hac vice*)
3 |   pperkins@ptplaw.com
  PERKINS LAW OFFICE, P.C.
4 | 1711 Route 9D
  Cold Spring, NY 10516
5 | Telephone:  (845) 265-2820
  Facsimile:   (845) 265-2819
6 |

7 | Attorneys for Plaintiff DC Comics

8 |

9 | RICHARD B. KENDALL (S.B. #90072)
  rkendall@kbkfirm.com
  LAURA W. BRILL (S.B. #195889)
10 |   lbrill@kbkfirm.com
  NICHOLAS F. DAUM (S.B. #236155)
11 |   ndaum@kbkfirm.com
  NATHALIE E. COHEN (S.B. #258222)
12 |   ncohen@kbkfirm.com
  KENDALL BRILL & KLIEGER LLP
13 | 10100 Santa Monica Blvd., Suite 1725
  Los Angeles, California  90067
14 | Telephone:  (310) 556-2700
  Facsimile:   (310) 556-2705
15 |

16 | Attorneys for Defendants Marc Toberoff,
  Pacific Pictures Corporation, IP
  Worldwide, LLC, and IPW, LLC
17 |

18 | MARC TOBEROFF (S.B. #188547)
19 |   mtoberoff@ipwla.com
  NICHOLAS C. WILLIAMSON (S.B. #231124)
20 |   nwilliamson@ipwla.com
  KEITH G. ADAMS (S.B. #240497)
21 |   kgadams@ipwla.com
  TOBEROFF & ASSOCIATES, P.C.
22 | 2049 Century Park East, Suite 2720
23 | Los Angeles, California 90067
  Telephone:  (310) 246-3333
24 | Facsimile:   (310) 246-3101

25 | Attorneys for Defendants Mark Warren Peary,
26 | as personal representative of the Estate of Joseph
  Shuster, Joanne Siegel, and Laura Siegel Larson
27 |

28 |

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

56076.1

[PROPOSED] ORDER RE: SCHEDULING OF PARTIES' DISCOVERY MOTIONS AND
INITIAL DISCLOSURES

## __ORDER__

Based on the stipulation of the parties, and for good cause shown,

IT IS HEREBY ORDERED that:

1) Plaintiff shall serve its opposition portions of the Joint Stipulation Concerning Defendants' Motion for a Protective Order no later than August 25, 2010;

2) Defendants shall serve their opposition portions of the Joint Stipulation Regarding Plaintiff's Motion to Initiate Discovery and Take Immediate, Limited Discovery of Two Elderly Witnesses no later than 3:00 p.m. on August 30, 2010;

3) The parties' joint stipulations shall both be filed and served on August 30, 2010;

4) The parties' joint stipulations shall be noticed for hearing on September 20, 2010 and shall be heard on that date;

5) Any supplemental memoranda pursuant to Local Rule 37-2.3 concerning the parties' discovery motions shall be filed and served on September 13, 2010; and

6) The parties shall serve their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) on September 13, 2010.

7) This stipulation is without prejudice to any of the parties' substantive and procedural rights and/or objections regarding these motions.


IT IS SO ORDERED.


Dated: _____        _____

Hon. Ralph Zarefsky
Magistrate. United States District Court

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

56076.1

1

[PROPOSED] ORDER RE: SCHEDULING OF PARTIES' DISCOVERY MOTIONS AND INITIAL DISCLOSURES