KENDALL BRILL & KLIEGER LLP
Richard B. Kendall (90072)
  rkendall@kbkfirm.com
Laura W. Brill (195889)
  lbrill@kbkfirm.com
Nicholas F Daum (236155)
  ndaum@kbkfirm.com
Nathalie E. Cohen (258222)
  ncohen@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile:  310.556.2705

Attorneys for Defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DC Comics,<br><br>          Plaintiff,<br><br>     v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>          Defendants. | Case No. CV 10-3633 ODW(RZx)<br><br>**DISCOVERY MATTER**<br><br>**NOTICE OF MOTION FOR A PROTECTIVE ORDER**<br><br>Hon. Otis D Wright, II<br><br>Date:   September 20, 2010<br>Time:   10:00 a.m.<br><br>Complaint Filed:   May 14, 2010 |

56314.1

JOINT STIPULATION RE: MOTION FOR A PROTECTIVE ORDER

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on September 20, at 10:00 a.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Ralph Zarefsky, located in the United States Courthouse, Edward R. Roybal Federal Building, 255 East Temple Street, Los Angeles, California, 90012, Defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, IPW, LLC ("Moving Parties") will and hereby do move this Court for a protective order prohibiting all discovery relating to the letter attached as Exhibit A to the Complaint in this action (the "Cover Letter"), or at a minimum, staying any such discovery pending a Ninth Circuit ruling on appeal in the *Siegel et al. v. Warner Bros. et al.* action before this Court, comprised of Case Nos. 04-8400 (ODW) (RZx) and 04-08776 (ODW) (RZx).

This Motion is made upon the following grounds: Judge Larson's rulings in the *Siegel* action requiring the disclosure of the Cover Letter were erroneous and will be the subject of appeal in that case; therefore, a protective order prohibiting the use of the Cover Letter in discovery in this case, at least until the Ninth Circuit has ruled, is appropriate and is the only way to prevent unfair prejudice to defendants in this case.  This Motion is based on this Notice of Motion, the Defendants' Portion of the attached Joint Stipulation, the Declaration of Nathalie E. Cohen, filed concurrently herewith, all of the pleadings, files, and records in this proceeding, all other matters of which the Court may take judicial notice, and any argument or evidence that may be presented to or considered by the Court prior to its ruling.

Pursuant to Local Rule 37-2, this motion is filed in the form of a joint stipulation.  Moving Parties object to Plaintiff's use and characterization of the Cover Letter and the wrongfully-obtained and privileged material described therein, and reserve and expressly do not waive their rights and all applicable privileges related to the Cover Letter or its contents.

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

**Local Rule 37-1 Statement**

The parties have met and conferred on the subjects raised in Defendants' motion, including most recently the conference of counsel on July 27, 2010.

Dated: August 30, 2010               KENDALL BRILL & KLIEGER LLP

By: /s/ Laura W. Brill
    Laura W. Brill
    Attorneys for Defendants Marc Toberoff,
    Pacific Pictures Corporation, IP
    Worldwide, LLC, and IPW, LLC

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067