KENDALL BRILL & KLIEGER LLP
Richard B. Kendall (90072)
  rkendall@kbkfirm.com
Laura W. Brill (195889)
  lbrill@kbkfirm.com
Nicholas F Daum (236155)
  ndaum@kbkfirm.com
Nathalie E. Cohen (258222)
  ncohen@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile: 310.556.2705

Attorneys for Defendants Marc Toberoff,
Pacific Pictures Corporation, IP
Worldwide, LLC, and IPW, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DC Comics,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. CV 10-3633 ODW(RZx)<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR A PROTECTIVE ORDER**<br><br>Hon. Otis D Wright, II<br><br>Complaint Filed:    May 14, 2010 |

56646.1

[PROPOSED] ORDER GRANTING MOTION FOR A PROTECTIVE ORDER

# [PROPOSED] ORDER

1) Plaintiff shall not use the document titled "SUPERMAN – MARC TOBEROFF TIMELINE" (the "Cover Letter") for purposes of discovery in this action. Without limitation, the plaintiff shall not question witnesses concerning this document, shall not seek to introduce it as an exhibit during depositions taken in this action, and shall not propound interrogatories or document requests that concern the Cover Letter.

2) Following a decision by the United States Court of Appeals for the Ninth Circuit concerning the propriety of the disclosure of the Cover Letter in the matters captioned *Joanne Siegel, et al. v. Warner Bros. Entertainment Inc., et al.*, 04-CV-8400 ODW (RZx) and 04-CV-8776 ODW (RZx), either party may seek an appropriate modification of this order.

IT IS SO ORDERED.

Dated: _____

Hon. Ralph Zarefsky
United States Magistrate Judge

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

56646.1

1

[PROPOSED] ORDER GRANTING MOTION FOR A PROTECTIVE ORDER