1  KENDALL BRILL & KLIEGER LLP
   Richard B. Kendall (90072)
2    *rkendall@kbkfirm.com*
   Laura W. Brill (195889)
3    *lbrill@kbkfirm.com*
   Nicholas F Daum (236155)
4    *ndaum@kbkfirm.com*
   Nathalie E. Cohen (258222)
5    *ncohen@kbkfirm.com*
   10100 Santa Monica Blvd., Suite 1725
6  Los Angeles, California 90067
   Telephone: 310.556.2700
7  Facsimile: 310.556.2705

8  Attorneys for Defendants Marc Toberoff,
   Pacific Pictures Corporation, IP
9  Worldwide, LLC, and IPW, LLC

10

11             UNITED STATES DISTRICT COURT

12    CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

13

| 14 DC Comics,                        | Case No. CV 10-3633 ODW(RZx)                                                              |
|--------------------------------------|-------------------------------------------------------------------------------------------|
| 15          Plaintiff,               | **DECLARATION OF JOANNE SIEGEL IN SUPPORT OF DEFENDANTS' MOTION FOR A PROTECTIVE ORDER**   |
| 16       v.                          |                                                                                           |
| 17 PACIFIC PICTURES CORPORATION, IP WORLDWIDE, | Hon. Honorable Otis D Wright, II                                                 |
| 18 LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN |                                                                      |
| 19 PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, | Complaint Filed:     May 14, 2010                             |
| 20 JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an | |
| 21 individual, and DOES 1-10, inclusive, | |
| 22          Defendants.              | |

23

24

25

26

27

28

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 725
Los Angeles, CA 90067

95092.1

1    I, Joanne Siegel, declare as follows:

2    1.    I have personal knowledge of the facts set forth herein, except as to

3 those stated on information and belief and, as to those, I am informed and believe

4 them to be true.  If called as a witness, I could and would competently testify to the

5 matters stated herein.

6    2.    I am the widow of Jerry Siegel, co-author of the original Superman,

7 and am a Defendant in this action filed by DC Comics.

8    3.    Prior to DC Comics' filing of the Complaint in this action, I had never

9 seen nor was I in possession of the letter that is attached to the Complaint as Exhibit

10 A.

11    4.    I do not believe, and have never believed, that I have control over

12 documents that are in the possession of my attorney, Marc Toberoff, or his law firm,

13 and that contain confidential information relating to Mr. Toberoff's other clients.

14    I declare under penalty of perjury under the laws of the United States of

15 America that the foregoing is true and correct.

16    Executed on _7/26/10_ at _Marina Del Rey, Calif_

17

18    _____

19    Joanne Siegel

20

21

22

23

24

25

26

27

28

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

550921

CV 10-3633 ODW(RZx)