KENDALL BRILL & KLIEGER LLP
Richard B. Kendall (90072)
 rkendall@kbkfirm.com
Laura W. Brill (195889)
 lbrill@kbkfirm.com
Nicholas F Daum (236155)
 ndaum@kbkfirm.com
Nathalie E. Cohen (258222)
 ncohen@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile: 310.556.2705

Attorneys for Defendants Marc Toberoff,
Pacific Pictures Corporation, IP
Worldwide, LLC, and IPW, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DC Comics, | Case No. CV 10-3633 ODW(RZx) |
| Plaintiff, | **DECLARATION OF LAURA SIEGEL LARSON IN SUPPORT OF DEFENDANTS' MOTION FOR A PROTECTIVE ORDER** |
| v. | |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive, | Hon. Honorable Otis D Wright, II |
| | Complaint Filed:   May 14, 2010 |
| Defendants. | |

53084.1

CV 10-3633 ODW(RZx)

I, Laura Siegel Larson, declare as follows:

1. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. I am the daughter of Jerry Siegel, co-author of the original Superman, and am a Defendant in this action filed by DC Comics.

3. Prior to DC Comics' filing of the Complaint in this action, I had never seen nor was I in possession of the letter that is attached to the Complaint as Exhibit A.

4. I do not believe, and have never believed, that I have control over documents that are in the possession of my attorney, Marc Toberoff, or his law firm, and that contain confidential information relating to Mr. Toberoff's other clients.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 26, 2010 at Playa Del Rey, CA

_Laura Siegel Larson_
Laura Siegel Larson