KENDALL BRILL & KLIEGER LLP
Richard B. Kendall (90072)
  rkendall@kbkfirm.com
Laura W. Brill (195889)
  lbrill@kbkfirm.com
Nicholas F Daum (236155)
  ndaum@kbkfirm.com
Nathalie E. Cohen (258222)
  ncohen@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile:   310.556.2705

Attorneys for Defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DC Comics, | Case No. CV 10-3633 ODW(RZx) |
| Plaintiff, | **DECLARATION OF NATHALIE E. COHEN IN SUPPORT OF MOTION FOR A PROTECTIVE ORDER** |
| v. | Hon. Honorable Otis D Wright, II |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive, | Complaint Filed:   May 14, 2010 |
| Defendants. | |

55155.2

DECLARATION OF NATHALIE E. COHEN IN SUPPORT OF MOTION FOR PROTECTIVE ORDER

# DECLARATION OF NATHALIE E. COHEN

I, Nathalie E. Cohen, declare as follows:

1. I am an attorney at the law firm of Kendall Brill & Klieger LLP, counsel of record for Defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC in the above-captioned action. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. Except where otherwise stated, I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as Exhibit 1 is a true and correct copy of the order entered by Judge Stephen G. Larson Granting in Part and Denying in Part Summary Judgment, filed on March 26, 2008, in *Joanne Siegel et al. v. Warner Bros. Entertainment Inc., et al.*, USDC Case No. CV-04-8400-SGL (RZx) (the "Superman Litigation") and *Joanne Siegel et al. v. Warner Bros. Entertainment Inc., et al.*, USDC Case No. CV 04-08776-SGL (RZx) (the "Superboy Litigation") (together, the "Siegel Litigation").

3. Attached hereto as Exhibit 2 is a true and correct copy of the New York Times obituary of Jerry Siegel titled "Jerry Siegel, Superman's Creator, Dies at 81," published on January 31, 1996, available at http://www.nytimes.com/1996/01/31/us/jerry-siegel-superman-s-creator-dies-at-81.html.

4. Attached hereto as Exhibit 3 is a true and correct copy of the March 23, 2007, Declaration of Marc Toberoff in Opposition to Defendants' Motion to Compel Production and Exhibits D, F–J thereto, filed in the Siegel Litigation.

5. Attached hereto as Exhibit 4 is a true and correct copy of the September 20, 2007, Declaration of Marc Toberoff Filed Pursuant to the Court's September 17, 2007 Order, filed in the Siegel Litigation.

55155.2

1

DECLARATION OF NATHALIE COHEN IN SUPPORT OF MOTION FOR PROTECTIVE ORDER

6. Attached hereto as Exhibit 5 is a true and correct copy of the March 26, 2007, Declaration of Wayne M. Smith in Support of Defendants' Motion to Compel Production, filed in the Siegel Litigation.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the November 10, 2006, Deposition of John Schulman in the Siegel Litigation.

8. Attached hereto as Exhibit 7 is a true and correct copy of the Notice of Motion and Joint Stipulation Re: Defendants' Motion to Compel Compliance with the Court's 4/30/07 Order, filed on September 17, 2007, in the Siegel Litigation.

9. Attached hereto as Exhibit 8 is a true and correct copy of redacted fax coversheets stamped "Received Marc Toberoff May 28, 2003," bates stamped Q0090, and "Received Marc Toberoff May 30, 2003," bates stamped Q0096 and Q0105.

10. Attached hereto as Exhibit 9 is a true and correct copy of D.C. Bar Opinion 318, available as of August 9, 2010, at http://www.dcbar.org/for_lawyers/ethics/legal_ethics /opinions/opinion318.cfm.

11. Attached hereto as Exhibit 10 is a true and correct copy of the February 19, 2009, Declaration of Wayne M. Smith in Support of Defendants' Motion to Reopen Discovery, to Compel Production of Documents, and to Compel the Further Deposition of Kevin Marks, filed on March 2, 2009, in the Siegel Litigation.

12. Attached hereto as Exhibit 11 is a true and correct copy of the March 26, 2007, Declaration of Michael Bergman in Support of Defendants' Motion to Compel Production and Exhibits D–M thereto, filed in the Siegel Litigation.

13. Attached hereto as Exhibit 12 is a true and correct copy of the Objection to Plaintiffs' Reply Papers Concerning the "Escrow Documents" and Declaration of Michael Bergman in Response Thereto, filed September 28, 2007, in the Siegel Litigation.

14. Attached hereto as Exhibit 13 is a true and correct copy of the Minute Order of Magistrate Judge Ralph Zarefsky filed on July 6, 2006, in the Superman Litigation.

15. Attached hereto as Exhibit 14 is a true and correct copy of the July 24, 2006, Declaration of James D. Weinberger in Support of Defendants' Motion to Compel Production of Documents and Exhibits E–F thereto, filed in the Siegel Litigation.

16. Attached hereto as Exhibit 15 is a true and correct copy of the Notice of Motion and Joint Stipulation Re: Defendants' Motion to Compel Production of Documents, filed on July 24, 2006, in the Siegel Litigation.

17. Attached hereto as Exhibit 16 is a true and correct copy of the Transcript of Proceeding of the August 14, 2006, hearing before Magistrate Judge Ralph Zarefsky in the Siegel Litigation.

18. Attached hereto as Exhibit 17 is a true and correct copy of the September 17, 2007, Declaration of Michael Bergman in Support of Defendants' Motion to Compel Compliance with the Court's 4/30/2007 Order and Motion for Sanctions and Exhibits D–G thereto, filed in the Siegel Litigation.

19. Attached hereto as Exhibit 18 is a true and correct copy of DC Comics' privilege log in the Siegel Litigation and cover letter, dated April 7, 2006, enclosing such log.

20. Attached hereto as Exhibit 19 is a true and correct copy of Warner Bros.' privilege log in the Siegel Litigation and cover letter, dated June 26, 2006, enclosing such log.

21. Attached hereto as Exhibit 20 is a true and correct copy of the Minute Order of Magistrate Judge Ralph Zarefsky filed on August 14, 2006, in the Siegel Litigation.

22. Attached hereto as Exhibit 21 is a true and correct copy of Magistrate Judge Zarefsky's Order on Defendants' Motion to Compel Production of Documents, filed on August 18, 2006, in the Superman Litigation.

23. Attached hereto as Exhibit 22 is a true and correct copy of the Minute Order of Magistrate Judge Ralph Zarefsky, filed on April 30, 2007, in the Siegel Litigation.

24. Attached hereto as Exhibit 23 is a true and correct copy of the Notice of Motion and Joint Stipulation Re: Defendants' Motion to Compel Production filed, March 26, 2007, in the Siegel Litigation.

25. Attached hereto as Exhibit 24 is a true and correct copy of the Transcript of Proceeding of the April 30, 2007, hearing on Defendants' Motions to Compel in the Siegel Litigation.

26. Attached hereto as Exhibit 25 is a true and correct copy of the May 21, 2007, Declaration of Marc Toberoff Pursuant to Magistrate Judge Zarefsky's April 30, 2007, Order, filed in the Siegel Litigation.

27. Attached hereto as Exhibit 26 is a true and correct copy of excerpts from the Transcript of Proceeding of the September 17, 2007, hearing on Cross Motions for Partial Summary Judgment in the Siegel Litigation.

28. Attached hereto as Exhibit 27 is a true and correct copy of the Minute Order of Judge Stephen G. Larson filed on September 17, 2007, in the Siegel Litigation.

29. Attached hereto as Exhibit 28 is a true and correct copy of the September 25, 2007, Declaration of Michael Bergman in Response to the Declaration of Marc Toberoff Filed Pursuant to the Court's September 17, 2007, Order, filed in the Siegel Litigation.

30. Attached hereto as Exhibit 29 is a true and correct copy of the Minute Order of Judge Stephen G. Larson, filed on September 26, 2008, in the Superman Litigation.

31. Attached hereto as Exhibit 30 is a true and correct copy of Defendants' Response to Plaintiffs' Objection Concerning the Escrow Documents and Exhibit 1, pages 69-71, thereto, filed on October 17, 2008, in the Superman Litigation.

32. Attached hereto as Exhibit 31 is a true and correct copy of the Minute Order of Judge Stephen G. Larson, filed on December 4, 2008, in the Superman Litigation.

33. Attached hereto as Exhibit 32 is a true and correct copy of the Notice of Motion and Joint Stipulation Re: Defendants' Motion to Reopen Discovery, to Compel Production of Documents, and to Compel the Further Deposition of Kevin Marks, filed on March 2, 2009, in the Siegel Litigation.

34. Attached hereto as Exhibit 33 is a true and correct copy of the Final Pre-Trial Conference Order, filed on March 13, 2009, in The Superman Litigation.

35. Attached hereto as Exhibit 34 is a true and correct copy of an article on Deadline.com titled "Warner Bros/DC Comics Sues 'Superman' Copyright Lawyer; Marc Toberoff Response," posted on May 14, 2010, stating that an earlier version of the article was posted at 10:26 a.m.

36. On July 13, 2010, counsel for DC Comics and counsel for Defendants met and conferred about a variety of issues, including a motion to dismiss and an anti-SLAPP motion that Defendants plan to bring in response to DC Comic's Complaint in this action. During the July 13 meet and confer, counsel for DC stated that DC wanted to begin discovery immediately. Specifically, they stated that they intend to take the depositions of Joanne Siegel, Jean Peavy (the sister of Joe Shuster), and Mark Warren Peary (Jean Peavy's son and the executor of Joe Shuster's estate). Additionally, counsel for DC stated that they intended to question these deponents on a paragraph-by-paragraph basis regarding the letter attached to the Complaint as Exhibit A (the "Cover Letter"). Counsel for Mr. Toberoff stated in response that Defendants would object to taking depositions on such matters, and that Defendants would be moving for a protective order to limit

1 the scope of those depositions and to prevent Plaintiff from using the Cover Letter
2 in discovery, citing the recent unanimous United State Supreme Court decision,
3 *Mohawk Industries, Inc. v. Carpenter*, 130 S. Ct. 599 (2009).

4     37. Attached hereto as Exhibit 35 is a true and correct copy of the meet
5 and confer letter sent by counsel for Mr. Toberoff to counsel for DC Comics on
6 July 16, 2010, regarding issues to be raised in Defendants' motion for a protective
7 order related to the Cover Letter.

8     38. On July 27, 2010, counsel for Mr. Toberoff and for DC conferred
9 further over the issues to be raised in Defendants' motion for a protective order.

10     39. On July 28, 2010, counsel for Mr. Toberoff received via email a letter
11 from counsel for DC that enclosed two proposed notices of deposition and requests
12 for documents that they "intend to serve" on Joanne Siegel and Jean Peavy.
13 Attached hereto as Exhibit 36 is the July 28, 2010, letter from DC's counsel,
14 attaching proposed notices of deposition and requests for documents.

15     40. Attached hereto as Exhibit 37 is a true and correct copy of an article
16 on thresq.hollywoodreporter.com titled "Read the Warner Bros. Lawsuit Against
17 Superman Lawyer," posted on May 14, 2010, at 10:46 a.m., linking to an unfiled
18 copy of the Complaint and Cover Letter that does not contain the electronic header
19 of the Court's Pacer system. A true and correct copy of the linked Complaint and
20 Cover Letter is attached hereto as Exhibit 38.

21     41. The Complaint in this action was stamped by the Clerk of the District
22 Court as filed on May 14, 2010, at 10:23 a.m. A true and correct copy of the first
23 page of the Complaint is attached hereto as Exhibit 39.

24 //
25 //
26 //
27 //
28 //

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

55155.2

6
DECLARATION OF NATHALIE COHEN IN SUPPORT OF MOTION FOR PROTECTIVE ORDER

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.
3  Executed August 9, 2010, at Los Angeles, California.

_____
Nathalie E. Cohen

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

55155.2

7

DECLARATION OF NATHALIE COHEN IN SUPPORT OF MOTION FOR PROTECTIVE ORDER