DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Attorneys for Plaintiff DC Comics

(continued on next page)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF CASSANDRA SETO IN OPPOSITION TO DEFENDANTS' MOTION FOR A PROTECTIVE ORDER**<br><br>**Judge**: Hon. Otis D. Wright II<br>**Magistrate**: Hon. Ralph Zarefsky<br><br>**Hearing Date**: September 20, 2010<br>**Hearing Time**: 10:00 a.m.<br>**Complaint Filed**: May 14, 2010 |

1    (continued from previous page)

2    PATRICK T. PERKINS (admitted *pro hac vice*)
      pperkins@ptplaw.com
3    PERKINS LAW OFFICE, P.C.
4    1711 Route 9D
     Cold Spring, NY 10516
5    Telephone:  (845) 265-2820
     Facsimile:   (845) 265-2819
6

7    Attorneys for Plaintiff DC Comics

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# DECLARATION OF CASSANDRA SETO

I, Cassandra Seto, declare and state:

1. I am an associate at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in opposition to Defendants' Motion for a Protective Order. I have personal knowledge of the matters set forth in this declaration, and if called to testify to the facts stated herein, I could and would do so competently.

2. Attached hereto as Exhibit A is a true and correct copy of a letter agreement dated November 23, 2001 among and between Pacific Pictures Corporation, Jean Peavy, and Mark Warren Peary.

3. Attached hereto as Exhibit B is a true and correct copy of a letter agreement dated October 3, 2002 among and between IP Worldwide, LLC, Joanne Siegel, and Laura Siegel Larson.

4. Attached hereto as Exhibit C is a true and correct copy of a letter agreement dated October 27, 2003 among and between Pacific Pictures Corporation, Jean Peavy, and Mark Warren Peary.

5. Attached hereto as Exhibit D is a true and correct copy of a July 18, 2006 letter from John Quinn to Marc Toberoff.

6. Attached hereto as Exhibit E is a true and correct copy of a privilege log produced by Joanne Siegel and Laura Siegel Larson on July 20, 2006 in *Siegel v. Warner Bros. Ent't Inc. et al.*, Case No. CV 04-8400 ODW (RZx) (the "Siegel Superman Action").

7. Attached hereto as Exhibit F is a true and correct copy of a privilege log produced by Jean Peavy and Mark Warren Peary on August 11, 2006 in the Siegel Superman Action.

8. Attached hereto as Exhibit G is a true and correct copy of a minute order entered on August 14, 2006 in the Siegel Superman Action.

1    9.    Attached hereto as Exhibit H is a true and correct copy of privilege logs produced by Joanne Siegel and Laura Siegel Larson on September 29, 2006 in the Siegel Superman Action and *Siegel v. Time Warner Inc. et al.*, Case No. CV 04-8776 ODW (RZx) (the "Siegel Superboy Action").

10.    Attached hereto as Exhibit I is a true and correct copy of a privilege log produced by Jean Peavy and Mark Warren Peary on October 16, 2006 in the Siegel Superman and Superboy Actions.

11.    Attached hereto as Exhibit J is a true and correct copy of the Notice of Motion and Joint Stipulation re: Defendants' Motion to Compel Production of Whistle-Blower Documents filed on March 26, 2007 in the Siegel Superman Action.

12.    Attached hereto as Exhibit K is a true and correct copy of the Declaration of Wayne M. Smith in Support of Defendants' Motion to Compel Production of Whistle-Blower Documents (excluding exhibits) filed on March 26, 2007 in the Siegel Superman Action.

13.    Attached hereto as Exhibit L is a true and correct copy of the Declaration of Marc Toberoff in Opposition to Defendants' Motion to Compel Production of Whistler-Blower Documents (excluding exhibits) filed on March 27, 2007 in the Siegel Superman Action.

14.    Attached hereto as Exhibit M is a true and correct copy of a privilege log produced by Jean Peavy and Mark Warren Peary on March 27, 2007 in the Siegel Superman and Superboy Actions.

15.    Attached hereto as Exhibit N is a true and correct copy of a transcript of an April 30, 2007 hearing in the Siegel Superman and Superboy Actions.

16.    Attached hereto as Exhibit O is a true and correct copy of the Declaration of Marc Toberoff Pursuant to Magistrate Zarefsky's April 30, 2007 Order filed on May 21, 2007 in the Siegel Superman and Superboy Actions.

17. Attached hereto as Exhibit P is a true and correct copy of a letter dated May 21, 2007 from Marc Toberoff to David Eisen (excluding attachments).

18. Attached hereto as Exhibit Q is a true and correct copy of an Order entered on April 1, 2008 in the Northern District of Ohio in *Siegel v. Warner Bros. Ent't Inc.*, Case No. MC 06-99 SJO (RZx) (the "Cleveland Action").

19. Attached hereto as Exhibit R is a true and correct copy of the Order Regarding Escrow Documents entered on September 26, 2008 in the Siegel Superman Action.

20. Attached hereto as Exhibit S is a true and correct copy of the Order Regarding Escrow Holder's October 16, 2008, Letter Seeking Clarification of Court's September 26, 2008, Order entered on December 4, 2008 in the Siegel Superman Action.

21. Attached hereto as Exhibit T is a true and correct copy of a December 10, 2008 letter from David Eisen to Michael Bergman and Marc Toberoff (excluding attachments) transmitting the "Escrow Documents" pursuant to the Court's December 4, 2008 Order.

22. Attached hereto as Exhibit U is a true and correct copy of the Notice of Motion and Joint Stipulation re: Defendants' Motion to Compel Production of Withheld Document filed on December 30, 2008 in the Siegel Superman and Superboy Actions.

23. Attached hereto as Exhibit V is a true and correct copy of an e-mail chain between Patrick Perkins and Nicholas Williamson dated February 20-24, 2009.

24. Attached hereto as Exhibit W is a true and correct copy of a letter dated February 25, 2009 from Nicholas Williamson to Patrick Perkins (excluding enclosures).

25. Attached hereto as Exhibit X is a true and correct copy of a letter dated February 25, 2009 from Patrick Perkins to Nicholas Williamson.

SETO DECLARATION IN OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER

26. Attached hereto as Exhibit Y is a true and correct copy of the Notice of Motion and Joint Stipulation re: Defendants' Motion to Reopen Discovery, to Compel Production of Documents, and to Compel the Further Deposition of Kevin Marks filed on March 2, 2009 in the Siegel Superman and Superboy Actions.

27. Attached hereto as Exhibit Z is a true and correct copy of the Declaration of Patrick T. Perkins in Support of Defendants' Motion to Reopen Discovery, to Compel Production of Documents, and to Compel the Further Deposition to Kevin Marks (including Exhibit 1 and excluding all other exhibits) filed on March 2, 2009 in the Siegel Superman and Superboy Actions.

28. Attached hereto as Exhibit AA is a true and correct copy of the Final Pre-Trial Conference Order entered on March 13, 2009 in the Siegel Superman Action.

29. Attached hereto as Exhibit BB is a true and correct copy of a *The Am Law Daily* article dated May 20, 2010.

30. Attached hereto as Exhibit CC is a true and correct copy of a *The Hollywood Reporter: Power Lawyers 2010* article.

31. Attached hereto as Exhibit DD is a true and correct copy of a letter dated August 16, 2010 from Daniel Petrocelli to Marc Toberoff and Richard Kendall.

32. Attached hereto as Exhibit EE is a true and correct copy of a letter dated May 23, 2007 from Marc Toberoff to David Eisen.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 25th day of August 2010 at Los Angeles, California.

_____
Cassandra Seto