Marc Toberoff (State Bar No. 188547)
Nicholas C. Williamson (State Bar No. 231124)
Keith G. Adams (State Bar No. 240497)
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California, 90067
Telephone: (310) 246-3333
Fax:          (310) 246-3101
MToberoff@ipwla.com

Attorneys for Defendants Mark Warren
Peary, as personal representative of the
Estate of Joseph Shuster, Joanne Siegel and
Laura Siegel Larson

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>            Plaintiff,<br><br>    vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JOANNE SIEGEL, an individual; LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>            Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**DEFENDANTS' MARK WARREN PEARY, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JOSEPH SHUSTER, JOANNE SIEGEL AND LAURA SIEGEL LARSON'S NOTICE OF JOINDER TO MOTION FOR A PROTECTIVE ORDER**<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br>Date:   September 20, 2010<br>Time:   10:00 a.m.<br>Place:  Courtroom 540<br><br>Complaint filed: May 14, 2010 |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 20, 2010 at 10:00 a.m., or as soon thereafter as counsel may be heard in Courtroom 540 of the above-entitle Court located at the Edward R. Roybal Federal Building, 255 East Temple Street, Los Angeles, California, 90012-3300, defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Joanne Siegel and Laura Siegel Larson ("Joinder Defendants") will join in defendants Pacific Pictures Corporation, IP Worldwide, LLC, IPW, LLC and Marc Toberoff's Motion for a Protective Order.

The Joinder is made on the grounds that these defendants are also entitled to the protective order sought by the motion. The motion seeks to bar or stay discovery concerning a document that was based upon and contains the Joinder Defendants' privileged and confidential information stolen from the law offices of their counsel Marc Toberoff.

This Joinder is based upon this Notice, the Joint Stipulation pursuant to L.R. 37-2 filed by co-defendants Pacific Pictures Corporation, IP Worldwide, IPW, LLC and Marc Toberoff, the pleadings and records on file in this action, such additional authority and argument as may be presented in any reply and at the hearing on this motion, and such other matters of which this Court may take judicial notice.

DATED: August 30, 2010        TOBEROFF & ASSOCIATES, P.C.

                              By: _____
                                         Marc Toberoff

                              Attorneys for Defendants Mark Warren Peary,
                              as personal representative of the Estate of
                              Joseph Shuster, Joanne Siegel and Laura Siegel
                              Larson