| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. # 097802) |
| 2 | dpetrocelli@omm.com |
|   | MATTHEW T. KLINE (S.B. # 211640) |
| 3 | mkline@omm.com |
|   | CASSANDRA L. SETO (S.B. # 246608) |
| 4 | cseto@omm.com |
| 5 | O'MELVENY & MYERS LLP |
|   | 1999 Avenue of the Stars, 7th Floor |
| 6 | Los Angeles, CA  90067-6035 |
|   | Telephone:   (310) 553-6700 |
| 7 | Facsimile:   (310) 246-6779 |
| 8 | *Attorneys for Plaintiff DC Comics* |
| 9 | (Additional counsel listed on the next page) |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS, | Case No. CV 10-3633 ODW (RZx) |
| Plaintiff, | **DISCOVERY MATTER** |
| v. | **NOTICE OF MOTION REGARDING PLAINTIFF'S MOTION TO INITIATE DISCOVERY AND TAKE IMMEDIATE, LIMITED DISCOVERY OF TWO ELDERLY WITNESSES** |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive, | **Judge**:   Hon. Otis D. Wright II<br>**Magistrate**:   Hon. Ralph Zarefsky<br><br>**Hearing Date**:   September 20, 2010<br>**Time**:   10:00 a.m.<br>**Complaint Filed**: May 14, 2010 |
| Defendants. | |

NOTICE OF MOTION RE PLAINTIFF'S MOTION
TO INITIATE DISCOVERY

1  (List of counsel continued)

2  PATRICK T. PERKINS (admitted *pro hac vice*)
3   pperkins@ptplaw.com
  PERKINS LAW OFFICE, P.C.
4  1711 Route 9D
  Cold Spring, NY 10516
5  Telephone:  (845) 265-2820
  Facsimile:   (845) 265-2819
6    *Attorney for Plaintiff DC Comics*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2       PLEASE TAKE NOTICE that on September 20, 2010 at 10:00 a.m., or as
3  soon thereafter as the matter may be heard by the above-entitled court, located at
4  255 East Temple Street, Los Angeles, California in Courtroom 540, plaintiff DC
5  Comics will and hereby does move the Court for an order (1) requiring that
6  discovery commence in this case without any further delay; and (2) requiring that
7  Joanne Siegel and Jean Peavy sit for their depositions and produce their documents
8  no later than September 30, 2010.

9       This motion is made pursuant to Rules 26, 34, and 37 of the Federal Rules of
10 Civil Procedure and Rule 37-2 of the Local Rules of this Court on the grounds that
11 (1) since filing this case in May 2010, plaintiff has sought to promptly commence
12 discovery, especially the depositions of two crucial witnesses of advanced age:
13 Jean Peavy, age 89, and Joanne Siegel, age 92; (2) defendants have repeatedly
14 sought to prevent discovery altogether or delay it indefinitely; and (3) there is no
15 basis for preventing or delaying discovery.

16      Pursuant to Local Rule 37-1, the parties have attempted unsuccessfully to
17 resolve their disputes and therefore respectfully seek the assistance of the Court.

18      This motion is based on this Notice of Motion; plaintiff's portion of the
19 accompanying Joint Stipulation Regarding Plaintiff's Motion to Initiate Discovery
20 and Take Immediate, Limited Discovery of Two Elderly Witness and Declaration
21 of Daniel M. Petrocelli in Support of Plaintiff's Motion; any supplemental
22 memoranda that may be filed pursuant to Local Rule 37; all exhibits, files, and
23 records on file in this action; matters of which judicial notice may be taken; and
24 //
25 //
26 //
27 //
28 //

1 | such additional submissions and argument as may be presented at or before the
2 | hearing on this motion.

Dated: August 30, 2010

Respectfully Submitted,

O'MELVENY & MYERS LLP

By: /s/ Daniel M. Petrocelli
       Daniel M. Petrocelli
       Attorneys for Plaintiff DC Comics

- 2 -   NOTICE OF MOTION RE PLAINTIFF'S MOTION TO INITIATE DISCOVERY