DANIEL M. PETROCELLI (S.B. # 097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. # 211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. # 246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:  (310) 553-6700
Facsimile:   (310) 246-6779
  *Attorneys for Plaintiff DC Comics*

(Additional counsel listed on the next page)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>                    Plaintiff,<br><br>     v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO INITIATE DISCOVERY AND TAKE IMMEDIATE, LIMITED DISCOVERY OF TWO ELDERLY WITNESSES**<br><br>**Judge**:  Hon. Otis T. Wright<br>**Magistrate:**  Hon. Ralph Zarefsky<br><br>**Hearing Date:**  September 20, 2010<br>**Time:**              10:00 A.M.<br>**Complaint Filed:** May 14, 2010 |

| | |
|---|---|
| 1 | (List of counsel continued) |
| 2 | PATRICK T. PERKINS (admitted *pro hac vice*) |
| 3 | pperkins@ptplaw.com<br>PERKINS LAW OFFICE, P.C. |
| 4 | 1711 Route 9D<br>Cold Spring, NY 10516 |
| 5 | Telephone:  (845) 265-2820 |
| 6 | Facsimile:   (845) 265-2819<br>  *Attorney for Plaintiff DC Comics* |
| 7 | |
| 8 | MARC TOBEROFF (S.B. # 188547)<br>NICHOLAS C. WILLIAMSON (S.B. # 238604) |
| 9 | KEITH G. ADAMS (S.B. # 240497)<br>TOBEROFF & ASSOCIATES, P.C. |
| 10 | 2049 Century Park East, Suite 2720<br>Los Angeles, California 90067 |
| 11 | Telephone: (310) 246-3333 |
| 12 | Facsimile: (310) 246-3101<br>  *Attorneys for Defendants Mark Warren Peary* |
| 13 | *  as personal representative of the Estate of Joseph*<br>*  Shuster, Joanne Siegel, and Laura Siegel Larson* |
| 14 | |
| 15 | RICHARD B. KENDALL (S.B. # 90072)<br>  rkendall@kbkfirm.com |
| 16 | LAURA W. BRILL (S.B. # 195889)<br>  lbrill@kbkfirm.com |
| 17 | NICHOLAS F. DAUM (S.B. # 236155)<br>  ndaum@kbkfirm.com |
| 18 | NATHALIE E. COHEN (S.B. # 258222)<br>  ncohen@kbkfirm.com |
| 19 | KENDALL BRILL & KLIEGER LLP |
| 20 | 10100 Santa Monica Blvd., Suite 1725<br>Los Angeles, California 90067 |
| 21 | Telephone: (310) 556-2700 |
| 22 | Facsimile: (310) 556-2705<br>  *Attorneys for Defendants Marc Toberoff,* |
| 23 | *  Pacific Pictures Corporation, IP*<br>*  Worldwide, LLC, and IPW, LLC* |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

The Court having reviewed and considered Plaintiff DC Comics' Motion to Initiate Discovery and Take Immediate, Limited Discovery of Two Elderly Witnesses, defendants' opposition thereto, and all further submissions and arguments on the issue, and good cause appearing, hereby GRANTS DC Comics' motion.

IT IS HEREBY ORDERED THAT:

1. The parties immediately commence discovery in the case;

2. Defendants produce for deposition by no later than September 30, 2010, Jean Peavy and Joanne Siegel; and

3. Ms. Peavy and Ms. Siegel produce documents responsive to DC Comics' Notices of Deposition reasonably in advance of the depositions.

Dated: September __, 2010

_____
Ralph Zarefsky
United States Magistrate Judge