# EXHIBIT D



# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING<br>BRUSSELS<br>HONG KONG<br>LONDON<br>LOS ANGELES<br>NEWPORT BEACH<br>NEW YORK | 1999 Avenue of the Stars, 7th Floor<br>Los Angeles, California 90067-6035<br><br>TELEPHONE (310) 553-6700<br>FACSIMILE (310) 246-6779<br>www.omm.com | SAN FRANCISCO<br>SHANGHAI<br>SILICON VALLEY<br>SINGAPORE<br>TOKYO<br>WASHINGTON, D.C. |

May 14, 2010

OUR FILE NUMBER
905,900-321

**VIA E-MAIL AND U.S. MAIL**

WRITER'S DIRECT DIAL
(310) 246-6850

Marc Toberoff
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California 90067

WRITER'S E-MAIL ADDRESS
dpetrocelli@omm.com

Dear Mr. Toberoff:

    Attached is a complaint filed against you and three of your companies (Pacific Pictures Corporation; IP Worldwide, LLC; and IPW, LLC). Please let me know if you will accept service on behalf of yourself and the companies. As alleged in the complaint, we understand that Pacific Pictures Corporation has forfeited its status as an active corporation.

                                                   Very truly yours,

                                                   Daniel Petrocelli
                                                 of O'MELVENY & MYERS LLP

Enclosures