# EXHIBIT E



# O'MELVENY & MYERS LLP

BEIJING

BRUSSELS

HONG KONG

LONDON

LOS ANGELES

NEWPORT BEACH

NEW YORK

1999 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-6035

TELEPHONE (310) 553-6700
FACSIMILE (310) 246-6779
www.omm.com

SAN FRANCISCO

SHANGHAI

SILICON VALLEY

SINGAPORE

TOKYO

WASHINGTON, D.C.

May 20, 2010

OUR FILE NUMBER
905,900-321

**VIA E-MAIL AND U.S. MAIL**

WRITER'S DIRECT DIAL
(310) 246-6850

Marc Toberoff
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California 90067

WRITER'S E-MAIL ADDRESS
dpetrocelli@omm.com

  **Re:** *DC Comics v. Pacific Pictures Corporation et al.*, CV-10-3633 (JHN) (SSx)

Dear Mr. Toberoff:

  We have not received a response to my May 14, 2010 letter.  Please let us know whether you will waive service of process on behalf of yourself and your three companies (Pacific Pictures Corporation; IP Worldwide, LLC; and IPW, LLC).  If we do not hear back from you forthwith, we will proceed to effect personal service.

        Very truly yours,

        Daniel Petrocelli
        of O'MELVENY & MYERS LLP

Ex E - 141