# EXHIBIT H

**From:** Petrocelli, Daniel
**Sent:** Wednesday, June 02, 2010 12:05 PM
**To:** 'Marc Toberoff'
**Subject:** RE: Re:

Marc, I apparently misunderstood your reference to "for now," so thanks for clarifying it. As for your question, having just learned that you are representing all defendants, I can't comment further until I have had the opportunity to consider all the attendant issues and implications. Perhaps we can discuss at our Rule 26(f) conference.

Thanks.

Dan

---

**From:** marc.toberoff@gmail.com [mailto:marc.toberoff@gmail.com] **On Behalf Of** Marc Toberoff
**Sent:** Wednesday, June 02, 2010 11:56 AM
**To:** Petrocelli, Daniel
**Subject:** Re:

Dan:

Thank-you.

Your alleged confirmation of our conversation is inaccurate. You asked who is representing the defendants, I answered: "I am." You then sought to confirm that I am representing myself in the action, and I responded: "for now."

On what basis do you question the propriety of this?

We will get back to you regarding an initial conference per Rule 26(f).

Marc Toberoff

On Wed, Jun 2, 2010 at 11:32 AM, Petrocelli, Daniel <DPetrocelli@omm.com> wrote:

Marc, following up on my call a few minutes ago, attached are the waiver of service of summons forms that we filed with the Court. Also attached are the Court's (1) Order re Transfer Pursuant to General Order 08-05 (Related Cases); (2) Civil Minutes - General: Case Reassigned to Judge Wright; and (3) Standing Order Regarding Newly Assigned Cases.   As I said, we would like to schedule the initial discovery conference required by Rule 26(f), so please call me back to discuss a mutually convenient time.

This also confirms that you said you are representing each of the defendants "for now." We reserve all our rights regarding the propriety of this.

My direct line is 310 246 6850.

1

Ex H - 145

Thanks.

Dan


--
Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com