# EXHIBIT I



# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | 1999 Avenue of the Stars, 7th Floor | SAN FRANCISCO |
| BRUSSELS | Los Angeles, California 90067-6035 | SHANGHAI |
| HONG KONG | | SILICON VALLEY |
| LONDON | TELEPHONE (310) 553-6700 | SINGAPORE |
| LOS ANGELES | FACSIMILE (310) 246-6779 | TOKYO |
| NEWPORT BEACH | www.omm.com | WASHINGTON, D.C. |
| NEW YORK | | |

June 7, 2010

**VIA E-MAIL AND U.S. MAIL**

Marc Toberoff
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California 90067

OUR FILE NUMBER
905,900-321

WRITER'S DIRECT DIAL
(310) 246-6850

WRITER'S E-MAIL ADDRESS
dpetrocelli@omm.com

Re:   *DC Comics v. Pacific Pictures Corp. et al.*, CV-10-3633 (JHN) (SSx)

Dear Marc:

During our June 2, 2010 telephone call and follow-up email exchange, I requested an initial discovery conference and asked you to propose a convenient date. I have not heard back from you.

As you know, Rule 26(f)(1) requires that counsel for the parties "confer as soon as practicable." Moreover, Judge Wright's standard Scheduling Conference Order (available on the Court's website) instructs the parties to "begin to conduct discovery actively before the Scheduling Conference." Standard Scheduling Conference Order at 2 n.1. Toward that end, I propose that we meet this Wednesday, June 9, at any time from 1:00 p.m. to 6:00 p.m.; Thursday, June 10, at any time from 9:00 a.m. to 5:00 p.m.; or Friday, June 11, at any time from 9:00 a.m. to 4:00 p.m. Please let me know your availability.

Thank you.

Very truly yours,

Daniel Petrocelli
of O'MELVENY & MYERS LLP

CC1:830999.1