# EXHIBIT J

# TOBEROFF & ASSOCIATES, P.C.

A PROFESSIONAL CORPORATION

2049 CENTURY PARK EAST, SUITE 2720
LOS ANGELES, CALIFORNIA 90067

MARC TOBEROFF*
NICHOLAS C. WILLIAMSON
KEITH G. ADAMS
JEFFREY R. RHOADS

* Also admitted in New York

TELEPHONE
(310) 246-3333

FACSIMILE
(310) 246-3101

mtoberoff@ipwla.com

June 7, 2010

Via E-Mail and U.S. Mail

Daniel Petrocelli
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-6035

Re:   *DC Comics v. Pacific Pictures Corp. et al.*, Case No. 10-CV-03633 ODW (RZx)

Dear Dan:

I write in response to your June 7, 2010 letter. Your hurried demand for a Rule 26(f) conference to be held this week is neither reasonable nor practicable. Defendants' response to the complaint is not due until July 13, 2010. As reflected in Judge Wright's Scheduling Conference Order, Rule 26(f) requires such conferences to be held no later than twenty-one days before the Rule 16(b) conference, and the Rule 16(b) conference has yet to be scheduled by the Court. The Court may schedule the Rule 16(b) conference up to 120 days after a defendant has been served or 90 days after a defendant has appeared – both of which dates are several months away.

More importantly, as you rashly decided to sue me personally, the attorney, in this matter, I am in the process of interviewing counsel to represent me. It would be both inadvisable and impracticable to hold any Rule 26(f) conference in my counsel's absence.

In the interest of this case proceeding in an orderly fashion consistent with the Federal Rules and Judge Wright's orders, once the Court sets the date of the Rule 16(b) conference, defendants' counsel will reasonably participate in the Rule 26(f) conference as required.

Very truly yours,

Marc Toberoff