# EXHIBIT K

# O'MELVENY & MYERS LLP

BEIJING
BRUSSELS
HONG KONG
LONDON
LOS ANGELES
NEWPORT BEACH
NEW YORK

1999 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-6035

TELEPHONE (310) 553-6700
FACSIMILE (310) 246-6779
www.omm.com

SAN FRANCISCO
SHANGHAI
SILICON VALLEY
SINGAPORE
TOKYO
WASHINGTON, D.C.

June 9, 2010

**VIA E-MAIL AND U.S. MAIL**

Marc Toberoff
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California 90067

OUR FILE NUMBER
905,900-321

WRITER'S DIRECT DIAL
(310) 246-6850

WRITER'S E-MAIL ADDRESS
dpetrocelli@omm.com

Re: *DC Comics v. Pacific Pictures Corp. et al.*, CV-10-3633 (ODW) (RZx)

Dear Marc:

This is in response to your June 7 letter. When we first spoke a week ago, you told me you were planning to represent yourself "for now." Given your latest representation that you are retaining counsel to represent you, we will accommodate your request for additional time to conduct the Rule 26(f) conference. We disagree, however, that the conference must await issuance of the Court's order scheduling the Rule 16(b) conference. Please have your counsel contact me within two weeks to discuss scheduling discovery.

Thanks.

Very truly yours,

Daniel Petrocelli
of O'MELVENY & MYERS LLP

Ex K - 149