# EXHIBIT L

# TOBEROFF & ASSOCIATES, P.C.

A PROFESSIONAL CORPORATION

2049 CENTURY PARK EAST, SUITE 2720
LOS ANGELES, CALIFORNIA 90067

MARC TOBEROFF*
NICHOLAS C. WILLIAMSON
KEITH G. ADAMS
JEFFREY R. RHOADS

* Also admitted in New York

TELEPHONE
(310) 246-3333

FACSIMILE
(310) 246-3101

mtoberoff@ipwla.com

June 10, 2010

Via E-Mail and U.S. Mail

Daniel Petrocelli
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-6035

Re:   *DC Comics v. Pacific Pictures Corp. et al.*, Case No. 10-CV-03633 ODW (RZx)

Dear Dan:

I write in response to your June 9, 2010 letter. For the second time, you have misrepresented our conversation on June 2, 2010. During that conversation you asked if I was representing myself and I responded, "for now." The obvious implication of my response was that I was seeking outside counsel to represent me. Your statement that I said "I was planning to represent myself" is fabricated, as is your insinuation that I have made contradictory representations in any respect.

Very truly yours,

Marc Toberoff

Ex L - 150