# EXHIBIT N

**From:** Richard Kendall [mailto:rkendall@kbkfirm.com]
**Sent:** Tuesday, June 22, 2010 5:54 PM
**To:** Petrocelli, Daniel; Kline, Matthew
**Cc:** Marc Toberoff
**Subject:** DC Comics v. Pacific Pictures Corp., et al.

Dear Dan and Matt:

This will confirm that Kendall Brill & Klieger has been engaged to represent Pacific Pictures Corporation, IP Worldwide, LLC, and Marc Toberoff in the above-referenced action.

Kind regards,

Dick

K  Kendall Brill Klieger

**Richard B. Kendall**
Kendall Brill & Klieger LLP
10100 Santa Monica Boulevard, Suite 1725
Los Angeles, CA 90067
Kendall Brill & Klieger LLP
Direct:  (310) 272-7900
Main:    (310) 556-2700
Fax:     (310) 272-7936
Email:   rkendall@kbkfirm.com
Web:     www.kbkfirm.com

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

1