# EXHIBIT O



## O'MELVENY & MYERS LLP

BEIJING
BRUSSELS
HONG KONG
LONDON
LOS ANGELES
NEWPORT BEACH
NEW YORK

1999 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-6035

TELEPHONE (310) 553-6700
FACSIMILE (310) 246-6779
www.omm.com

SAN FRANCISCO
SHANGHAI
SILICON VALLEY
SINGAPORE
TOKYO
WASHINGTON, D.C.

June 29, 2010

OUR FILE NUMBER
905,900-321

**VIA E-MAIL AND U.S. MAIL**

WRITER'S DIRECT DIAL
(310) 246-6850

Marc Toberoff
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California 90067

WRITER'S E-MAIL ADDRESS
dpetrocelli@omm.com

Richard Kendall
Kendall Brill & Klieger LLP
10100 Santa Monica Boulevard, Suite 1725
Los Angeles, California 90067

Re:   *DC Comics v. Pacific Pictures Corp. et al.*, CV-10-3633 (ODW) (RZx):
      Request to Meet and Confer Pursuant to Local Rule 7-3

Dear Counsel:

As I have previously discussed with Marc as early as June and with Dick last week, we believe it is necessary to commence discovery in this case, especially in light of the advanced age of Ms. Joanne Siegel and Ms. Jean Peavy. Toward that end, we wish to meet with you this or early next week to discuss an initial discovery plan pursuant to Federal Rule of Civil Procedure Rule 26(f), including the taking of the depositions of Ms. Peavy and Ms. Siegel within 45 days. If you intend to oppose all discovery at this time as you have previously indicated, please be prepared to meet and confer with us since we will promptly file a motion for relief. Please provide dates and times no later than Tuesday of next week to address these matters. Many thanks.

Very truly yours,

Daniel M. Petrocelli
of O'MELVENY & MYERS LLP

cc:   Matthew T. Kline, Esq.