# EXHIBIT Q

**From:** Petrocelli, Daniel
**Sent:** Thursday, July 01, 2010 3:08 PM
**To:** 'Richard Kendall'; Seto, Cassandra; Kline, Matthew
**Cc:** Laura Brill; Nathalie Cohen; Nicholas Daum; mtoberoff@ipwla.com; NWilliamson@ipwla.com; Kgadams@ipwla.com
**Subject:** RE: DC Comics v. Pacific Pictures Corp. et al., CV-10-3633 (ODW) (RZx)

Counsel, let's plan on July 13 at 10:00 am to meet in person at Dick's office. There's a chance I may have to leave town, in which event I will participate by phone.

Dan

---

**From:** Richard Kendall [mailto:rkendall@kbkfirm.com]
**Sent:** Wednesday, June 30, 2010 5:10 PM
**To:** Petrocelli, Daniel; Seto, Cassandra; Kline, Matthew
**Cc:** Laura Brill; Nathalie Cohen; Nicholas Daum; mtoberoff@ipwla.com; NWilliamson@ipwla.com; Kgadams@ipwla.com
**Subject:** RE: DC Comics v. Pacific Pictures Corp. et al., CV-10-3633 (ODW) (RZx)

Dan – I think an in person meeting is likely to be the most productive. I will be busy with a court hearing on the 12th, but the 13th works and since we had already scheduled the meet and confer on our motions for that date, I know Marc is available then as well. Shall we confirm for the 13th?

**K Kendall Brill Klieger**

**Richard B. Kendall**
Kendall Brill & Klieger LLP
Direct: (310) 272-7900

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

---

**From:** Petrocelli, Daniel [mailto:DPetrocelli@OMM.com]
**Sent:** Wednesday, June 30, 2010 3:41 PM
**To:** Richard Kendall; Seto, Cassandra; Kline, Matthew
**Cc:** Laura Brill; Nathalie Cohen; Nicholas Daum; mtoberoff@ipwla.com; NWilliamson@ipwla.com; Kgadams@ipwla.com
**Subject:** RE: DC Comics v. Pacific Pictures Corp. et al., CV-10-3633 (ODW) (RZx)

Marc and Dick, we disagree with your positions below. That aside, I am in a hearing out of town on July 9. I can do it on July 6 in person, July 7 or 8 by phone, or July 12 or 13 in person. Please confirm your availability for no more than one hour on one of these dates.

Thanks.

Dan

---

**From:** Richard Kendall [mailto:rkendall@kbkfirm.com]
**Sent:** Wednesday, June 30, 2010 2:39 PM
**To:** Seto, Cassandra; Petrocelli, Daniel; Kline, Matthew

1

Ex Q - 159

**Cc:** Laura Brill; Nathalie Cohen; Nicholas Daum; mtoberoff@ipwla.com; NWilliamson@ipwla.com; Kgadams@ipwla.com
**Subject:** RE: DC Comics v. Pacific Pictures Corp. et al., CV-10-3633 (ODW) (RZx)

Counsel:

In response to Dan's letter of June 29, we will be pleased to meet with you next week to discuss discovery. This would not be a formal Rule 26(f) conference, because a formal Rule 26(f) conference would be not be practicable until our firm has sufficient time to study the very extensive record of the parties' prior discovery, including the discovery your client has previously obtained from Ms. Joanne Siegel and Ms. Jean Peavy. However, let's see what we can accomplish with an informal meeting in advance of the formal Rule 26(f) procedure. Although the holiday weekend and prior scheduling commitments would not permit a meeting in the next three days as you have suggested, we are available to meet next week, on Friday, July 9. I have confirmed with Mr. Toberoff that he is available on that date as well. Please let us know if you are available. I will be pleased to host the meeting at our offices.

Kind regards,

Dick

**K Kendall Brill Klieger**

**Richard B. Kendall**
Kendall Brill & Klieger LLP
Direct: (310) 272-7900

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

---

**From:** Seto, Cassandra [mailto:cseto@OMM.com]
**Sent:** Tuesday, June 29, 2010 5:43 PM
**To:** Richard Kendall; Laura Brill; Nathalie Cohen; Nicholas Daum; mtoberoff@ipwla.com; NWilliamson@ipwla.com; Kgadams@ipwla.com
**Cc:** Petrocelli, Daniel; Kline, Matthew
**Subject:** DC Comics v. Pacific Pictures Corp. et al., CV-10-3633 (ODW) (RZx)

Dear Counsel:

Please see the attached letter from Dan Petrocelli.

Thanks.

**Cassandra L. Seto**
**O'Melveny & Myers LLP**
1999 Avenue of the Stars, Suite 700, Los Angeles, California 90067
Telephone: 310.246.6703 | Facsimile: 310.246.6779

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

Ex Q - 160