# EXHIBIT U

**K  Kendall Brill Klieger**

writer's direct:
310.272.7900 telephone
310.272.7936 facsimile
rkendall@kbkfirm.com

July 30, 2010

**VIA EMAIL AND U.S. MAIL**

Daniel M. Petrocelli, Esq.
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
*dpetrocelli@omm.com*

Re:   *DC Comics v. Pacific Pictures Corp., et al., CV-10-3633 (ODW) (RZx)*

Dear Dan:

This responds to your letter of July 28.

We will be pleased to schedule a conference pursuant to Federal Rule of Civil Procedure 26(f) at a time convenient for all counsel. As you know, Judge Wright has not yet issued a Scheduling Conference Order in this matter and has not yet set a date for a Scheduling Conference, and we have already met and conferred concerning discovery issues in this case insofar as they relate to the Toberoff Timeline. However, we are willing to meet pursuant to Rule 26(f) to discuss a range of issues in this matter, including an overall discovery plan and schedule. As you know, I will be on vacation through this week and part of next week. Laura Brill is also on vacation this week and next, and Mr. Toberoff has a vacation planned in August. Per your request, we respected your vacation, and we ask that you do the same with ours. Given our schedule in other matters, we propose meeting on August 16, 2010, in the afternoon, for the Rule 26(f) conference.

There is no good reason, however, why the full Rule 26(f) meeting should or must precede our motion for a protective order concerning discovery related to the privileged document (the "Toberoff Timeline") that DC obtained as a result of a theft from Mr. Toberoff's office and has attached to its Complaint. We have already met and conferred, by person, by telephone, and in written correspondence, concerning the issues to be raised in our motion, and counsel have discussed those issues exhaustively. Moreover, whether or not DC is allowed to use the unauthorized document will obviously be relevant to any discovery plan in this matter. It will therefore be far more efficient to obtain the Court's guidance sooner rather than later. Finally, I note that nothing in the Federal Rules of Civil Procedure, the Local Rules, or Judge Wright's scheduling order suggests that there is a ban on discovery motions before a Rule 26(f) conference is held. To the contrary, as you yourself have noted, Judge Wright's order specifically explains that "Unless there is a likelihood that upon motion by a party the Court would order that any or all discovery is premature, it is advisable for counsel to begin to conduct

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.  Suite 1725  Los Angeles, CA 90067  telephone 310.556.2700  facsimile 310.556.2705  www.kbkfirm.com

Ex U - 195

Kendall Brill & Klieger LLP

July 30, 2010
Page 2

discovery actively before the Scheduling Conference required by Fed. R. Civ. P. 16(b)."
Standard Scheduling Conference Order at 2 n.1 (emphasis added).

Kind regards,

*Richard Kendall/gh*

Richard B. Kendall

cc:    Marc Toberoff

55226.1

Ex U - 196