# EXHIBIT W

**K  Kendall Brill Klieger**

writer's direct:
310.272.7916 telephone
ndaum@kbkfirm.com

August 9, 2010

Daniel M. Petrocelli
O'Melveny & Myers, LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
*dpetrocelli@omm.com*

Re:  <u>DC Comics v. Pacific Pictures Corp., et al., CV-10-3633 (ODW) (RZx</u>

Dear Dan:

I enclose our portion of a joint stipulation concerning defendants' motion for a protective order, which we are serving on the plaintiff today.

As you know, under Local Rule 37-2.2, you must deliver the plaintiff's portion of the joint stipulation to us, together with all declarations and exhibits, within seven days of today. However, we are willing to extend that time by a few days, and ask that you respond to us by August 19, 2010. We will then return a copy of the joint stipulation to you the next day, and ask that you sign and return the joint stipulation to us by no later than noon on August 23, so as to allow us to file the joint stipulation on August 23.

Very truly yours,

*/s/ Nicholas F. Daum*

Nicholas F. Daum

**Kendall Brill & Klieger LLP**
10100 Santa Monica Blvd.  Suite 1725  Los Angeles, CA 90067  telephone 310.556.2700  facsimile 310.556.2705  www.kbkfirm.com