Marc Toberoff (State Bar No. 188547)
Nicholas C. Williamson (State Bar No. 231124)
Keith G. Adams (State Bar No. 240497)
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California, 90067
Telephone: (310) 246-3333
Fax:        (310) 246-3101
MToberoff@ipwla.com

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Joanne Siegel and Laura Siegel Larson and Third Party Jean Peavy

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JOANNE SIEGEL, an individual; LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br><br>**DECLARATION OF MARC TOBEROFF IN OPPOSITION TO PLAINTIFF'S MOTION TO INITIATE DISCOVERY AND TAKE IMMEDIATE, LIMITED DISCOVERY OF TWO ELDERLY WITNESSES**<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set<br><br>Date:　September 20, 2010<br>Time:　10:00 a.m.<br>Place:　Courtroom 540 |

DECLARATION OF MARC TOBEROFF

# DECLARATION OF MARC TOBEROFF

I, Marc Toberoff, declare as follows:

1. I am an attorney at Toberoff & Associates, P.C., counsel of record for defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Joanne Siegel and Laura Siegel Larson. I am also counsel for plaintiffs Joanne Siegel and Laura Siegel Larson (the "Siegels") in the related cases of *Joanne Siegel et al. v. Warner Bros. Entertainment Inc., et al.*, Case No. 04-CV-8400 ODW (RZx) and *Joanne Siegel et al. v. Time Warner Inc., et al.*, Case No. 04-CV-8776 ODW (RZx). I am a member in good standing of the State Bar of California and submit this declaration in opposition to plaintiff DC Comics' motion to compel. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I have been sued personally in the above-entitled case. Accordingly, I hired independent counsel to represent me, Richard Kendall, of the firm Kendall Brill & Klieger LLP.

3. On July 13, 2010, I participated on behalf of my clients in a lengthy in-person "meet and confer" with DC Comics' counsel in this action to discuss defendants' contemplated motions to dismiss DC Comics' complaint, as well as my intention to bring a Anti-SLAPP motion under California law.

4. On August 16, 2010, I participated on behalf of my clients in the parties' F.R.C.P. 26(f) meeting of counsel. During this meeting, DC Comics' counsel stated that they were inclined to amend their complaint. I indicated that my clients intended to file counterclaims if necessary, after resolution of defendants' various motions to dismiss.

5. At the F.R.C.P. 26(f) conference, DC's counsel suggested a ten-month discovery period, which implies a discovery cut-off in June 2011.

6. Attached hereto as "Exhibit A" is a true and correct copy of the complaint filed on May 14, 2010 by DC Comics (Docket No. 1).

7. Attached hereto as "Exhibit B" is a true and correct copy of an e-mail dated August 5, 2010 from my attorney Richard Kendall to plaintiff's counsel in this action.

8. Attached hereto as "Exhibit C" is a true and correct copy of the Notice of Motion and Motion to Strike Plaintiff's State Law Causes of Action Pursuant to California's Anti-SLAPP Law, filed on August 13, 2010 in this action (Docket No. 30).

9. Attached hereto as "Exhibit D" is a true and correct copy of Defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC's Notice of Motion and Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), filed on August 13, 2010 in this action (Docket No. 31).

10. Attached hereto as "Exhibit E" is a true and correct copy of Defendant Mark Warren Peary's, as personal representative of the Estate of Joseph Shuster, Notice of Motion and Motion to Dismiss and/or Stay Plaintiff's Complaint Pursuant to Fed R. Civ. P. 12(b)(6), filed on August 13, 2010 in this action (Docket No. 33).

11. Attached hereto as "Exhibit F" is a true and correct copy of Defendants Joanne Siegel and Laura Siegel Larson's Notice of Motion and Motion to Dismiss and/or Strike Plaintiff's Complaint Pursuant to Fed R. Civ. P. 12(b)(6), filed on August 13, 2010 in this action (Docket No. 34).

12. Attached hereto as "Exhibit G" is a true and correct copy of Plaintiff DC Comics' Notice of Deposition of Defendant Joanne Siegel and Request for Production of Documents received by my firm on August 17, 2010.

13. Attached hereto as "Exhibit H" is a true and correct copy of a Subpoena to Testify at a Deposition in a Civil Action for Jean Peavy received by my firm on August 17, 2010. This subpoena did not include any witness fees.

14. In response to document requests and deposition subpoenas in the cases of *Joanne Siegel et al. v. Warner Bros. Entertainment Inc., et al.*, Case No. 04-CV-8400 ODW (RZx) and *Joanne Siegel et al. v. Time Warner Inc., et al.*, Case No. 04-

1 CV-8776 ODW (RZx), the plaintiffs in that action, Joanne Siegel and Laura Siegel Larson, produced several thousand pages of documents.

15. Attached hereto as "Exhibit I" are true and correct copies of excerpts from the deposition of Joanne Siegel held on August 2, 2006 in the related case *Joanne Siegel et al. v. Warner Bros. Entertainment Inc. et al.*, Case No. 04-CV-8400 ODW (RZx).

16. In response to DC Comics' subpoenas to third-parties Jean Peavy and Mark Warren Peary (the "Shusters") in the related case *Joanne Siegel et al. v. Warner Bros. Entertainment Inc. et al.*, Case No. 04-CV-8400 ODW (RZx), the Shusters produced over a hundred pages of documents responsive to such subpoenas on July 14, 2006, August 11, 2006, and August 14, 2006. Among the documents produced on those dates were agreements between the Shusters and Pacific Pictures Corporation dated November 28, 2001, and October 30, 2003.

17. Attached hereto as "Exhibit J" are true and correct copies of cover letters from me to Patrick Perkins, counsel for DC Comics, dated July 14, 2006, and August 14, 2006, regarding the Shusters' document production.

18. Attached hereto as "Exhibit K" are true and correct copies of excerpts from the deposition transcript of Jean Peavy held on November 11, 2006 in the related case *Joanne Siegel et al. v. Warner Bros. Entertainment Inc. et al.*, Case No. 04-CV-8400 ODW (RZx).

19. Attached hereto as "Exhibit L" is a true and correct copy of the Declaration of Marc Toberoff in Opposition to Defendants' Motion to Compel, filed on March 26, 2007, as well as the attached "Exhibit P," which is a letter from me to defendants' counsel dated November 15, 2006, in the related case *Joanne Siegel et al. v. Warner Bros. Entertainment Inc. et al.*, Case No. 04-CV-8400 ODW (RZx) (Docket No. 114). That November 15, 2006 letter enclosed the production of an agreement between the Siegels and IP Worldwide dated October 23, 2002.

20. Attached hereto as "Exhibit M" is a true and correct copy of the Declaration of Marc Toberoff in Response to the Court's September 17, 2007 Order, filed on September 20, 2007, in the related case *Joanne Siegel et al. v. Warner Bros. Entertainment Inc. et al.*, Case No. 04-CV-8400 ODW (RZx) (Docket No. 244).

21. Attached hereto as "Exhibit N" is a true and correct copy of Defendants' Motion to Reopen Discovery, to Compel Production of Documents, and to Compel the Further Deposition of Kevin Marks, filed on March 2, 2009, in the related case *Joanne Siegel et al. v. Warner Bros. Entertainment Inc. et al.*, Case No. 04-CV-8400 ODW (RZx) (Docket No. 476).

22. Attached hereto as "Exhibit O" is a true and correct copy of relevant excerpts from the Final Pretrial Conference Order, filed on March 13, 2009, in the related case *Joanne Siegel et al. v. Warner Bros. Entertainment Inc. et al.*, Case No. 04-CV-8400 ODW (RZx) (Docket No. 478).

23. Attached hereto as "Exhibit P" is a true and correct copy of Plaintiffs' Motion for Entry of Judgment pursuant to Rule 54(b) and for Stay of Remaining Claims, filed on August 12, 2010 in the related case *Joanne Siegel et al. v. Warner Bros. Entertainment Inc. et al.*, Case No. 04-CV-8400 ODW (RZx) (Docket No. 618).

24. Attached hereto as "Exhibit Q" is a true and correct copy of an August 28, 2010 email from plaintiff's counsel Matt Kline to my attorney Richard Kendall in this action.

25. Attached hereto as "Exhibit R" is a true and correct copy of the transcript of the August 13, 2010 hearing before Judge Otis D. Wright II in the

//
//
//
//
//

related case *Joanne Siegel et al. v. Warner Bros. Entertainment Inc. et al.*, Case No. 04-CV-8400 ODW (RZx).

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on August 30, 2010, in Los Angeles, California

_____
Marc Toberoff