# EXHIBIT J

# LAW OFFICES OF MARC TOBEROFF

A PROFESSIONAL CORPORATION

MARC TOBEROFF
NICHOLAS C. WILLIAMSON
* ALSO ADMITTED IN NEW YORK

2049 CENTURY PARK EAST, SUITE 2720
LOS ANGELES, CALIFORNIA 90067

TELEPHONE
(310) 246-3333

FACSIMILE
(310) 246-3101

July 14, 2006

<u>Via U.S. Mail & Facsimile (845) 265-2819</u>

Patrick Perkins, Esq.
Perkins Law Office, PC
1711 Route 9D
Cold Spring, New York 10516

<u>Re: Jean Shuster Peavy and Mark Peary</u>

Dear Patrick:

Enclosed please find the following documents from Jean Shuster Peavy and Mark Peary numbered 1-8 responsive to Defendants' April 10, 2006 deposition subpoenas. We expressly reserve the right to supplement this production.

Very truly yours,

Marc Toberoff

cc: Michael Bergman, Esq.
    James D. Weinberger, Esq.

# LAW OFFICES OF MARC TOBEROFF

A PROFESSIONAL CORPORATION

MARC TOBEROFF
NICHOLAS C. WILLIAMSON
* ALSO ADMITTED IN NEW YORK

2049 CENTURY PARK EAST, SUITE 2720
LOS ANGELES, CALIFORNIA 90067

TELEPHONE
(310) 246-3333

FACSIMILE
(310) 246-3101

August 14, 2006

Via Facsimile (845) 265-2819

Patrick Perkins, Esq.
Perkins Law Office, P.C.
1711 Route 9D
Cold Spring, New York 10516

Re: Warren Peary and Jean Peavy Document Production

Dear Patrick:

Enclosed please find an additional document produced by Warren Peary and Jean Peavy bates numbered 134- 137.

Very truly yours,

Nicholas C. Williamson