# EXHIBIT K

1

```
 1            UNITED STATES DISTRICT COURT

 2        FOR THE CENTRAL DISTRICT OF CALIFORNIA

 3

 4   JOANNE SIEGEL,            )
     LAURA SIEGEL LARSON       )        ORIGINAL
 5                             )
                 Plaintiffs,   )
 6                             )
          v.                   )  CASE NO. CV 04-8400
 7                             )           CV 04-8776
     WARNER BROS, et al.       )
 8                             )
                 Defendants.   )
 9

10

11

12

13         DEPOSITION OF JEAN ADELE PEAVY
              November 11, 2006
14                 1:26 p.m.
             317 Paseo de Peralta
15           Santa Fe, New Mexico

16

17      PURSUANT TO THE FEDERAL RULES OF CIVIL
     PROCEDURE, this deposition was:

18   TAKEN BY:  MR. PATRICK PERKINS
                Attorney for the Defendants
19

20

21

22   REPORTED BY:  MABEL JIN CHIN, NM CCR #81
                   Bean & Associates, Inc.
23                 Professional Court Reporting Service
                   500 Marquette, Northwest, Suite 280
24                 Albuquerque, New Mexico 87102

25   (3520B) MC
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
500 Marquette NW, Suite 280
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2

1                          A P P E A R A N C E S

2

3       For the Plaintiffs:

4               MR. MARC TOBEROFF
                2049 Century Park East, #2720
5               Los Angeles, California 90067

6       For the Defendants:

7               PERKINS LAW OFFICE, P.C.
                1711 Route 9D
8               Cold Spring, New York 10516
                BY:  MR. PATRICK PERKINS
9

10      ALSO PRESENT:   MS. MARGO MOIR, Videographer

11

12                          I N D E X

13      EXAMINATION OF JEAN ADELE PEAVY

14      By Mr. Perkins                                        3

15      CERTIFICATE OF COMPLETION OF DEPOSITION              38

16      WITNESS SIGNATURE/CORRECTION PAGE                    40

17

18              EXHIBITS MARKED OR FORMALLY IDENTIFIED

19      12.  Subpoena in a Civil Case                         5

20      13.  April 27, 1999 letter, Peavy to Levitz          12

21      14.  August 21, 1992 note, Peavy to Paul             18

22      15. September 10, 1992 letter, Frank to Paul         24

23      16.  August 1, 1992 letter, Levitz to Frank          25

24      17.  March 31, 2001 letter, Jean to Joanne           28

25



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
500 Marquette NW, Suite 280
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3

JEAN ADELE PEAVY,

2  after having been first duly sworn under

3  oath, was questioned and testified as follows:

4  EXAMINATION

5  BY MR. PERKINS:

6  Q.  Good afternoon, Mrs. Peavy.  My name is

7  Patrick Perkins.  I am a lawyer for DC Comics and

8  other Warner Brothers entities.  I represent DC Comics

9  in a lawsuit that was filed in the United States

10  District Court in California by Joanne Siegel and

11  Laura Siegel Larson.  The lawsuit involves copyright

12  rights relating to the Superman character, and you

13  have been subpoenaed in this case to give testimony

14  because we believe you have information that might be

15  relevant to the case.

16  Mrs. Peavy, have you ever had your

17  deposition taken before?

18  A.  No.

19  MR. TOBEROFF:  Before we go further, I just

20  wanted to add, in the other one, Warren, the

21  deposition, you had mentioned that there were two

22  lawsuits and that one concerned Superman, the other

23  concerned Superboy, and correctly that they have been

24  consolidated for purposes of discovery.

25  Q.  I may be asking you certain questions, and



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
500 Marquette NW, Suite 280
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

18

```
 1   receive?
 2        A.    I don't remember.
 3        Q.    You don't remember.
 4        A.    Originally 5,000 -- I don't even remember.
 5        Q.    At some point did you become aware that
 6   Joanne Siegel -- well, strike that.  Who was Joanne
 7   Siegel?
 8        A.    Jerry's wife.
 9        Q.    Okay.  And at some point did you become
10   aware that Joanne Siegel was acting as an agent for
11   your brother?
12        A.    Yes.  I think -- -- you know, Joe would --
13   when I talked to him on the phone he would always say
14   Joanne was handling it.  That's all I know.  Joanne
15   was handling it.
16        Q.    Did you ever come to learn whether Joanne
17   was charging Joe anything for that?
18        A.    I don't know.
19             (Exhibit 14 marked.)
20        Q.    I have asked the court reporter to mark a
21   document, multipage document as Exhibit 14.
22             MR. TOBEROFF:  Am I correct that this
23   basically has no Bates stamps, that prior to this
24   deposition this has never been produced?
25             MR. PERKINS:  No.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
500 Marquette NW, Suite 280
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

19

1    MR. TOBEROFF:  It has been produced?

2    MR. PERKINS:  Yes.

3    MR. TOBEROFF:  Okay.

4    THE WITNESS:  Okay.

5    Q.   (By Mr. Perkins)  Do you recall writing this

6  note?

7    A.   Yes.

8    Q.   And who is the Paul that's referenced in

9  this note?

10    A.   Well, I am writing to Paul Levitz.

11    Q.   And this is your handwriting; correct?

12    A.   Yes.

13    Q.   Okay.  The next page there is a typed letter

14  that begins -- to a Mr. Marty Payson?

15    A.   Uh-huh.

16    Q.   Who was Marty Payson?

17    A.   Oh, if I recall he was the -- was the

18  treasurer then or something?  He was some executive

19  there.

20    Q.   Did you have direct contact with him at all?

21    A.   Never.

22    Q.   If I could ask you to look at the second to

23  last page of this letter, is that your signature?

24    A.   Yes.

25    Q.   Okay.  Now, this was written or is dated

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
500 Marquette NW, Suite 280
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

20

```
 1   August 21, 1992?

 2       A.    Uh-huh.

 3       Q.    Which is less than a month after your

 4   brother Joe died; correct?

 5       A.    Yes.  Uh-huh.

 6       Q.    And do you recall why this letter was sent?

 7       A.    Um -- well, wait a minute.  I --

 8             MR. TOBEROFF:  Why don't you take your time

 9   and read it?

10             MR. PERKINS:  Take a minute and read the

11   letter.

12             MR. TOBEROFF:  I would read the whole

13   letter.

14             THE WITNESS:  We --

15             MR. TOBEROFF:  Wait.  I would read the whole

16   letter before you answer about the document.

17             THE WITNESS:  Oh.

18             MR. TOBEROFF:  Just take your time.

19             THE WITNESS:  Yes, Joe -- estate almost

20   nothing -- that's right.

21             Okay.  Yes.  I remember that now, yes.

22       Q.    (By Mr. Perkins)  What was the purpose of

23   writing this letter to Marty Payson?

24       A.    I had to appeal for help, financial help.

25       Q.    Did you receive any help as a result?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
500 Marquette NW, Suite 280
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

21

1      A.    Yes.   They took care of everything.

2      Q.    Did -- and when you say they took care of

3  everything, what do you mean?

4      A.    Well, I mean, I think they -- whatever had

5  to be paid they paid.

6      Q.    Now, at page 2 of the letter -- so it's the

7  third page of that document, in the second paragraph?

8      A.    Second page, yes.

9      Q.    I will read to you in the second paragraph

10 beginning the third sentence, "We also found out" --

11 I'm sorry, "We also found that over $1,200 a month was

12 being paid to Joanne Siegel for some kind of

13 commission for including him in the pay raise.   It

14 appears that for quite a few years she has been taking

15 20 percent of his income as an agent's commission for

16 getting pay raises for Siegel and Shuster."  Do you

17 see that?

18     A.    Yes.   Yes.

19     Q.    Had you known this --

20     A.    I didn't.

21     Q.    -- before you wrote the letter?

22     A.    No, I didn't know it before.

23     Q.    And what was your reaction to this when you

24 found out?

25           MR. TOBEROFF:   Vague and ambiguous.   You can



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
500 Marquette NW, Suite 280
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

22

1   answer.  Calls for a narrative.

2        A.    She was always handling the business.

3   That's all I know.  She was putting herself out

4   handling the business.

5        Q.    And did you ever ask her about this 20

6   percent that she was receiving from Joe?

7        A.    When they -- when I was in Joe's apartment

8   and Jerry and Joanne came over, yes, and we talked

9   about it.

10       Q.    And do you --

11       A.    Sorry.  Now I do recall about it, yes.

12       Q.    Do you recall what was said during that

13   conversation?

14       A.    Well, no.  I thought it was okay then

15   because, you know, understanding how Joanne had worked

16   for -- you know, to help Joe along with Jerry, then --

17   before that -- I wrote this letter before and I didn't

18   realize until I talked to Joe, Joanne and Jerry, as to

19   why it was okay.

20       Q.    And what was your understanding as to what

21   was being done to earn that money?

22       A.    She -- she had worked to get a higher pay

23   raise, I guess.

24       Q.    And do you remember how much Joe was

25   receiving by the time he died?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
1-800-669-9492

MAIN OFFICE
500 Marquette NW, Suite 280
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
e-mail: info@litsupport.com

23

```
1        A.    No, I have no idea.

2        Q.    You don't remember?

3              At some point -- strike that.

4              Was -- was -- after Joe died was your

5    brother Frank still receiving money from Warner

6    Communications?

7        A.    Yes.

8        Q.    Do you remember how much?

9        A.    Huh-uh.  No, I don't think I remember how

10   much.

11       Q.    Do you recall having any discussions with

12   either Paul Levitz or anyone else about an amount of

13   money that would continue to be paid to Frank?

14       A.    To Frank, yes.  Yes.

15       Q.    Do you recall how much that was?

16       A.    Yes.  I think it was 25,000.

17       Q.    Per year?

18       A.    Yes.

19       Q.    And who was to receive that money?

20       A.    My brother, Frank.

21       Q.    And was the money paid to Frank or to you?

22       A.    Oh, no.  No.  To Frank.

23       Q.    And when he died, who then began -- did you

24   begin receiving that money?

25       A.    Yes.  yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
500 Marquette NW, Suite 280
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

28

1    Q.    Now, to your knowledge, had you made any

2    claim to --

3    A.    Huh-uh.

4    Q.    -- own or to be able to recapture the

5    copyrights of your brother, Joseph Shuster?

6    MR. TOBEROFF:   Objection, calls for a legal

7    conclusion, vague and ambiguous.   You can answer the

8    question if you understand it.

9    A.    Yes.   No, I haven't made any claim.

10    Q.    Are you aware as to whether or not the

11    estate of your brother has made any claim?

12    A.    My son handles everything legal, so I

13    don't -- I don't know what's going on there.

14    Q.    Okay.

15    (Exhibit 17 marked.)

16    Q.    I have asked the court reporter to mark as

17    Exhibit 17 the document, one-page document appears to

18    be a letter that bears Bates number 53 on it.

19    A.    Uh-huh.   Um.   Okay.   I remember that.

20    Q.    Did you -- is this -- did you write this

21    letter?

22    A.    Uh-huh.

23    Q.    And this is your signature at the bottom?

24    A.    Yes.   Yes.

25    Q.    Do you have regular contact with Joanne

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
1-800-669-9492

MAIN OFFICE
500 Marquette NW, Suite 280
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
e-mail: info@litsupport.com

31

1    Q.    Okay.  When you referred to injustice being

2    done, what were you referring to?

3    A.    Well, over the years they were not

4    compensated for -- for their creation, so that's the

5    injustice.

6    Q.    That's what you're referring to?

7    A.    Yes.

8    Q.    Was there any other injustice that you are

9    referring to?

10    A.    No.

11    Q.    And you mentioned that you never talk

12    business with Joanne Siegel?

13    A.    Huh-uh.

14    Q.    Have there been ever any instances --

15        MR. TOBEROFF:  I think that

16    mischaracterizes -- I believe it mischaracterizes the

17    testimony, but that's okay.

18    A.    Well, I mean, I knew she had had a lawyer.

19    Q.    Okay.

20    A.    But I mean, I didn't know any of her

21    dealings with -- with whatever was going on with her

22    personal -- her personal case.  We never talked about

23    her personal case, that's what I mean.

24    Q.    Do you recall when -- when you first met

25    Mr. Toberoff?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
500 Marquette NW, Suite 280
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport

320

32

1       A.   Uh-huh.

2       Q.   When was that?

3       A.   Um -- 2001, about the middle of 2001

4  sometime.

5       Q.   And earlier today your son indicated that

6  Mr. Toberoff's name was given to Joanne Siegel?

7       A.   Uh-huh.

8       Q.   And he thought that you had been the one to

9  communicate that?

10      A.   I told her about him.

11      Q.   Do you recall when you did that?

12      A.   Maybe about a year later, after -- after we

13 had, I don't know, Marc Toberoff as our counsel, and

14 she was unhappy with or she was -- she was unhappy

15 with her lawyer.

16      Q.   What did she tell you about being unhappy

17 with her lawyer?  What did she tell you?

18      A.   Well, he -- the case -- her case wasn't

19 moving.

20      Q.   And was that the only thing that she

21 expressed to you was making her unhappy?

22      A.   Yes, I think so.  Nothing was happening, as

23 far as I know.  So I told her -- I thought that Marc

24 Toberoff would -- we liked him very much, and we -- we

25 felt he was very ethical, very knowledgeable, very



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
1-800-669-9492

MAIN OFFICE
500 Marquette NW, Suite 280
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
e-mail: info@litsupport.com

33

```
 1    intelligent.  And so we -- I -- I on the telephone, I
 2    suggested that she get in touch with him.
 3        Q.    Okay.  Do you recall whether she -- did she
 4    ever tell you that she did that?
 5        A.    Oh, yes, she did.
 6        Q.    What did she tell you?
 7        A.    Oh, she told me that she called him and that
 8    they -- they had a luncheon.  I guess they met for
 9    lunch or something.  She and Laura and Mr. Toberoff
10    met for lunch in LA.
11        Q.    And what did she tell you about that
12    meeting?
13        A.    I -- she asked him a lot of questions and
14    she liked him a lot.
15        Q.    Did she tell you what questions she asked
16    him?
17        A.    No.  No.
18        Q.    Did she tell you why she liked him?
19        A.    She thought he was smart, ethical.  She got
20    good vibrations about him and so did I.  So --
21            MR. TOBEROFF:  Thank you.
22        Q.    I was going to say, what's not to like?
23            MR. TOBEROFF:  I'm not -- I'm not allowed
24    to --
25            If you wake up every morning after talking
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
500 Marquette NW, Suite 280
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

34

```
1    to the defendants to see if there are horns growing
2    out of my head.
3        Q.   (By Mr. Perkins)  Mrs. Peavy, do you recall
4    signing any agreements with any of Mr. Toberoff's
5    companies?
6        A.   Yes, I guess we did.  Companies or with
7    Mr. Toberoff?
8        Q.   Did you get legal counsel with respect to
9    whether or not to sign those agreements?
10       A.   We couldn't afford any legal counsel so,
11   no.  I just had a good feeling -- we just had a good
12   feeling about him.
13       Q.   Okay.  Do you recall in any of those
14   agreements that you signed how much Mr. Toberoff would
15   receive in connection with whatever income you
16   received from Superman?
17       A.   No.  We went in as partners, as far as I
18   know.
19       Q.   And when you say partners, what do you --
20       A.   Well, I mean, we couldn't afford anything,
21   so --
22       Q.   So by that you mean a 50-50 partnership?  Is
23   that what you were saying?
24       A.   Yes.
25       Q.   In 2005, were you -- did you receive a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
500 Marquette NW, Suite 280
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

35

1    letter from Paul Levitz making an offer to license

2    certain Superman rights?

3        A.    I think Warren might have.  I am not sure

4    about that.

5        Q.    That's okay.

6              MR. PERKINS:  Can you show her what was

7    previously marked as Exhibit 10?

8        Q.    Before I have you read the whole thing,

9    Ms. Peavy, and I don't think we're going to do that --

10       A.    No.

11       Q.    Because I want to --

12       A.    Anyway, you know, I don't think I read it.

13       Q.    You don't think you read this?

14       A.    No, because that's legal stuff and I just --

15   I let it --

16       Q.    Were you aware that this -- among other

17   things, there was an offer to pay a -- to pay two

18   million dollars to you and Warren if you would sign an

19   agreement?

20       A.    You know, my son didn't take it seriously

21   because we didn't talk about it.  He just said he got

22   a letter and he wasn't -- forget it.

23       Q.    Did he say anything else to you about it?

24       A.    Huh-uh.  I don't think we -- I don't think

25   he took it seriously.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
500 Marquette NW, Suite 280
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

36

```
 1        Q.    Are you aware that DC Comics had offered to
 2   pay you two million dollars?
 3        A.    Yes.   I think he might have mentioned that,
 4   yes.
 5             MR. PERKINS:   I just want to take a quick
 6   break.
 7             (A recess was taken.)
 8        Q.   (By Mr. Perkins)   I wanted to go back to
 9   something that counsel said regarding Exhibit 14.
10   Exhibit 14 was produced.   The Bates numbers are DCC
11   6476 through 6479.   That I have with me.   I don't
12   have --
13             MR. TOBEROFF:   I'm sorry, 6476 through 6479?
14             MR. PERKINS:   That's right.   It's actually a
15   more complete document that's produced that has the
16   actual receipts and bills that go with it.
17             MR. TOBEROFF:   Oh, okay.
18             MR. PERKINS:   So it goes all the way through
19   6494.   As for the handwritten letter, I don't have it
20   with me but, you know, my recollection is that was
21   also produced.
22             MR. TOBEROFF:   Okay.   If I am wrong I take
23   back what I said.
24             MR. PERKINS:   Mrs. Peavy, I have no further
25   questions for you.   Thank you so much for coming
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
500 Marquette NW, Suite 280
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

37

1    today.   It was a pleasure meeting you.

2            THE WITNESS:   Oh, thank you very much.

3    Okay.   So that's all?

4            MR. PERKINS:   That's it.

5            (The deposition concluded at 2:33 p.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
500 Marquette NW, Suite 280
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

38

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA


JOANNE SIEGEL,                     )
LAURA SIEGEL LARSON                )
                                   )
                Plaintiffs,        )
                                   )
        v.                         ) CASE NO. CV 04-8400
                                   )           CV 04-8776
WARNER BROS, et al.                )
                                   )
                Defendants.        )

CERTIFICATE OF COMPLETION OF DEPOSITION

    I, MABEL JIN CHIN, New Mexico CCR #81, DO HEREBY
CERTIFY that on November 11, 2006, the deposition of
JEAN ADELE PEAVY was taken before me at the request
of, and sealed original thereof retained by:

        Attorney for the Defendants
        PERKINS LAW OFFICE, P.C.
        1711 Route 9D
        Cold Spring, New York 10516
        BY:  MR. PATRICK PERKINS

    I FURTHER CERTIFY that copies of this certificate
have been mailed or delivered on _____, with
changes, if any, by the witness appended, to the
following counsel of record and parties not
represented by counsel:

        Attorney for the Plaintiffs
        MR. MARC TOBEROFF
        2049 Century Park East, #2720
        Los Angeles, California 90067

    I FURTHER CERTIFY that examination of this
transcript and signature of the witness were requested
by the witness and all parties present.

    On November 20, 2006, a letter was mailed or
delivered to Mr. Toberoff regarding obtaining
signature of the witness.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
1-800-669-9492

MAIN OFFICE
500 Marquette NW, Suite 280
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
e-mail: info@litsupport.com

39

1    I FURTHER CERTIFY that the recoverable cost of the
original and one copy of the deposition, including
2    exhibits to Mr. Perkins is $___268.49___.

3    I FURTHER CERTIFY that I did administer the oath
to the witness herein prior to the taking of this
4    deposition; that I did thereafter report in
stenographic shorthand the questions and answers set
5    forth herein, and the foregoing is a true and correct
transcript of the proceeding had upon the taking of
6    this deposition to the best of my ability.

7    I FURTHER CERTIFY that I am neither employed by
nor related to nor contracted with (unless excepted by
8    the rules) any of the parties or attorneys in this
case, and that I have no interest whatsoever in the
9    final disposition of this case in any court.

10

11   _____
     MABEL JIN CHIN
12   Certified Court Reporter #81
     License expires:  12/31/2006
13

14

15

16

17

18

19

20   (3520B) MC
     Date taken:  November 11, 2006
21   Proofread by: LR

22

23

24

25



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
500 Marquette NW, Suite 280
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          UNITED STATES DISTRICT COURT

2      FOR THE CENTRAL DISTRICT OF CALIFORNIA

3

4   JOANNE SIEGEL,                    )
    LAURA SIEGEL LARSON               )
5                                     )
                        Plaintiffs,   )
6                                     )
         v.                           ) CASE NO. CV 04-8400
7                                     )          CV 04-8776
    WARNER BROS, et al.               )
8                                     )
                        Defendants.   )
9

10                      AFFIDAVIT

11  Deposition of:  JEAN ADELE PEAVY

12  Date taken:  November 11, 2006

13

14       The witness in this case was notified of the need

15  for signature on _____.

16       Failure of the witness to timely sign this

17  deposition has resulted in the filing of this

18  deposition on _____.

19

20

21  _____  BEAN & ASSOCIATES

22

23

24  (3520B) MC

25



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
1-800-669-9492

MAIN OFFICE
500 Marquette NW, Suite 280
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
e-mail: info@litsupport.com