# EXHIBIT O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| JOANNE SIEGEL and LAURA SIEGEL LARSON,<br><br>Plaintiffs,<br><br>vs.<br><br>WARNER BROS. ENTERTAINMENT INC.; TIME WARNER INC.; DC COMICS; and DOES 1-10,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV 04-8400 SGL (RZx)<br><br>Hon. Stephen G. Larson, U.S.D.J.<br><br>**FINAL PRE-TRIAL CONFERENCE ORDER**<br><br>**Final Pre-Trial Conference**<br>Date: January 26, 2009<br>Time: 11:00 a.m.<br>Place: Courtroom 1<br><br>**Trial**<br>Date: April 21, 2009<br>Time: 9:30 a.m.<br>Place: Courtroom 1<br><br>[Complaint filed: October 8, 2004] |
|---|---|

FINAL PRE-TRIAL CONFERENCE ORDER

**434**

# TABLE OF CONTENTS

1. Parties ...................................................................................................1
2. Jurisdiction and Venue ..........................................................................1
3. Estimated Time of Trial ........................................................................2
4. Non-Jury Trial .......................................................................................2
5. Admitted Facts ......................................................................................2
6. Facts Stipulated Without Prejudice to Evidentiary Objections.............4
7. Claims and Defenses .............................................................................7
   A. Claims To Be Tried ........................................................................7
   B. Defenses .........................................................................................8
8. Discovery...............................................................................................8
9. F.R.C.P. 26(a)(3) Disclosures ...............................................................8
10. Witness Lists .........................................................................................8
11. Pending Motions....................................................................................9
12. Bifurcation...........................................................................................16
13. Conclusion...........................................................................................17

### B. Defenses

Defendants will not be asserting any affirmative defenses or counterclaims in this phase of the trial.

### 8. DISCOVERY

Discovery is complete.

Defendants' motion to reopen discovery filed March 2, 2009 is **DENIED**.

### 9. ALL DISCLOSURES UNDER FED.R.CIV.P. 26(A)(3) HAVE BEEN MADE

The joint exhibit list of the parties has been filed under separate cover as required by L.R. 16-6-1. Unless all parties agree that an exhibit shall be withdrawn, all exhibits will be admitted without objection at trial, except those exhibits objected to in the parties' Joint Exhibit Stipulation filed concurrently herewith.

### 10. WITNESS LISTS OF THE PARTIES HAVE BEEN FILED WITH THE COURT

Only the witnesses identified in the parties' joint witness list (as amended) will be permitted to testify (other than solely for impeachment).

Neither party is intending to present evidence by way of deposition testimony (other than for cross-examination or impeachment).

### 11. THE FOLLOWING LAW AND MOTION MATTERS AND MOTIONS *IN LIMINE*, AND NO OTHERS, HAVE BEEN SUBMITTED, HEARD, AND DECIDED BY THE COURT, AS FOLLOWS:

**Plaintiffs' Motions in Limine**

    A.    <u>Motion in Limine No. 1</u>

### 13. CONCLUSION

The foregoing admissions having been made by the parties, and the parties having specified the foregoing issues remaining to be litigated, this Final Pretrial Conference Order shall supersede the relevant pleadings relevant to the first phase of trial on April 21, 2009 and govern the course of such trial, unless modified to prevent manifest injustice.

Dated: March 13, 2009

*/s/ S.G. Larson*

UNITED STATES DISTRICT COURT JUDGE