COPY

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER
DANIEL M. PETROCELLI (S.B. #97802)
  dpetrocelli@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779
(see attachment for complete list)

ATTORNEYS FOR  Plaintiff DC Comics

FILED 2010 SEP -3 PM 3:17

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DC COMICS | CASE NUMBER |
|---|---|
| Plaintiff(s), | CV 10-3633 ODW (RZx) |
| v. | |
| PACIFIC PICTURES CORPORATION et al. | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiff DC COMICS
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                      **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| PARTY | CONNECTION |
|---|---|
| DC Comics | Plaintiff |
| Warner Communications Inc. | Partner of Plaintiff DC Comics |
| E.C. Publications Inc. | Partner of Plaintiff DC Comics |
| Historic TW Inc. | Affiliate of Plaintiff DC Comics |
| Time Warner Inc. | Affiliate of Plaintiff DC Comics |
| Pacific Pictures Corporation | Defendant |
| IP Worldwide, LLC | Defendant |
| IPW, LLC | Defendant |
| Marc Toberoff | Defendant |
| Estate of Joseph Shuster (probate estate established by Los Angeles Superior Court (Case No. BP-080635)) | Defendant |
| Jean Adele Peavy | Defendant |
| Joanne Siegel | Defendant |
| Laura Siegel Larson | Defendant |

September 3, 2010                           /s/
Date                                        Sign

Plaintiff DC Comics
Attorney of record for or party appearing in pro per

CV-30 (04/10)                NOTICE OF INTERESTED PARTIES

## ATTACHMENT TO CERTIFICATION AND NOTICE OF INTERESTED PARTIES
### Complete List of Attorneys for Plaintiff DC Comics

DANIEL M. PETROCELLI (S.B. #97802)
 dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
 mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
 cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone: (310) 553-6700
Facsimile:  (310) 246-6779

Attorneys for Plaintiff DC COMICS

PATRICK T. PERKINS (admitted *pro hac vice*)
 pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone:(845) 265-2820
Facsimile:(845) 265-2819

Attorneys for Plaintiff DC COMICS