1  DANIEL M. PETROCELLI (S.B. #97802)
     dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
     mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
     cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA 90067-6035
   Telephone:  (310) 553-6700
6  Facsimile:   (310) 246-6779

7  PATRICK T. PERKINS (admitted *pro hac vice*)
     pperkins@ptplaw.com
8  PERKINS LAW OFFICE, P.C.
   1711 Route 9D
9  Cold Spring, NY 10516
   Telephone:  (845) 265-2820
10 Facsimile:   (845) 265-2819

11 Attorneys for Plaintiff DC Comics

12
13                    **UNITED STATES DISTRICT COURT**
14                    **CENTRAL DISTRICT OF CALIFORNIA**

15 | DC COMICS, | Case No. CV-10-3633 ODW (RZx) |
|---|---|
|                      Plaintiff, | **PROOF OF SERVICE** |
| v. | Hon. Otis D. Wright II |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive, | |
|                      Defendants. | |

## PROOF OF SERVICE BY MAIL

1. I am a citizen of the United States and employed in Los Angeles County, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of eighteen years and not a party to the within action. I am a resident of or employed in the county where the service described below occurred. My business address is 1999 Avenue of the Stars, 7th Floor, Los Angeles, California 90067-6035. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence collected from me would be processed on the same day, with postage thereon fully prepaid and placed for deposit that day with the United States Postal Service. On September 3, 2010, I served the following:

**FIRST AMENDED COMPLAINT FOR: (1) DECLARATORY RELIEF RE: INVALIDITY OF COPYRIGHT TERMINATION NOTICE; (2) DECLARATORY RELIEF RE: SCOPE OF COPYRIGHT TERMINATION; (3) DECLARATORY RELIEF RE: DC COMICS PERIOD OF EXCLUSIVITY; (4) INTERFERENCE WITH 1992 SHUSTER AGREEMENT; (5) INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE RE: SIEGEL-DC COMICS AGREEMENT; AND (6) DECLARATORY RELIEF RE: INVALIDITY OF COPYRIGHT ASSIGNMENT AND CONSENT AGREEMENTS**

by putting a true and correct copy thereof in a sealed envelope, with postage fully prepaid, and placing the envelope for collection and mailing today with the United States Postal Service in accordance with the firm's ordinary business practices, addressed as follows:

> Marc Toberoff
> Toberoff & Associates, P.C.
> 2049 Century Park East, Suite 2720
> Los Angeles, CA 90067
>
> Attorneys for defendants Joanne Siegel; Laura Siegel Larson; Mark Warren Peary; and Jean Peavy

PROOF OF SERVICE

1

```
 1    Richard Kendall
 2    Kendall Brill & Klieger LLP
      10100 Santa Monica Blvd., Suite 1725
 3    Los Angeles, CA 90067
 4
      Attorneys for defendants Marc Toberoff; Pacific Pictures Corporation;
 5    IP Worldwide, LLC; and IPW, LLC
 6
```

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on September 3, 2010, at Los Angeles, California.

*Sandra L. Watson*
Sandra L. Watson