UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-3633 ODW(RZx) | Date | September 7, 2010 |
|---|---|---|---|
| Title | DC Comics v. Pacific Pictures Corporation et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):**   Order Vacating Motions [30; 31; 33; 34; 35, Motions Hearing

The Court is in receipt of Plaintiff's First Amended Complaint. Accordingly, the following motions are DEEMED MOOT AND VACATED, as is the motions hearing scheduled for October 18, 2010 at 1:30 p.m.:

Motion of Toberoff, Pacific Picturs Corporation, IP Worldwide, LLC and IPW, LLC to Strike Plaintiff's State Law Causes of Action Pursuant to California's Anti-SLAPP Law [30] (Filed 8/13/10);

Motion of Toberoff, Pacific Pictures Corporation, Ip Worldwide, LLC and IPW, LLC to Dismiss Plaintiff's Complaint [31] (Filed 8/13/10);

Defendant Mark Warren Peary's, as Personal Representative of the Estate of Joseph Shuster, Motion to Dismiss And/Or Stay Plaintiff's Complaint [33] (Filed 8/13/10);

Defendants Joanne Siegel and Laura Siegel Larson's Motion to Dismiss And/Or Strike Plaintiff's Complaint [34] (Filed 8/13/10); and,

Defendant Mark Warren Peary's, as Personal Representative of the Estate of Joseph Shuster, Joinder to Defendants Siegel and Siegel-larson's Motion to Dismiss And/Or Strike Plaintiff's Complaint [35] (Filed 8/13/10).

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| | Initials of Preparer | RGN |