Marc Toberoff (S.B. #188547)
Nicholas C. Williamson (S.B. #231124)
Keith G. Adams (S.B. #240497)
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California 90067
Telephone:  (310) 246-3333
Facsimile:   (310) 246-3101
MToberoff@ipwla.com

Attorneys for Defendants Mark Warren Peary,
as personal representative of the Estate of Joseph
Shuster, Joanne Siegel, and Laura Siegel Larson

(continued on next page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>        Plaintiff,<br><br>        v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**JOINT STIPULATION RE: REMOVAL AND RE-FILING UNDER SEAL OF DECLARATION OF JOANNE SIEGEL**<br><br>**Judge**:  Hon. Otis D Wright, II<br>**Magistrate**:  Hon. Ralph Zarefsky<br><br>Complaint Filed:  May 14, 2010 |

1  (continued from previous page)

2  RICHARD B. KENDALL (S.B. #90072)
     rkendall@kbkfirm.com
3  LAURA W. BRILL (S.B. #195889)
     lbrill@kbkfirm.com
4  NICHOLAS F. DAUM (S.B. #236155)
     ndaum@kbkfirm.com
5  NATHALIE E. COHEN (S.B. #258222)
     ncohen@kbkfirm.com
6  KENDALL BRILL & KLIEGER LLP
   10100 Santa Monica Blvd., Suite 1725
7  Los Angeles, California  90067
   Telephone:   (310) 556-2700
8  Facsimile:   (310) 556-2705

9  Attorneys for Defendants Marc Toberoff,
   Pacific Pictures Corporation, IP
10  Worldwide, LLC, and IPW, LLC

11

12  DANIEL M. PETROCELLI (S.B. #097802)
     dpetrocelli@omm.com
13  MATTHEW T. KLINE (S.B. #211640)
     mkline@omm.com
14  CASSANDRA L. SETO (S.B. #246608)
     cseto@omm.com
15  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
16  Los Angeles, CA  90067-6035
   Telephone:   (310) 553-6700
17  Facsimile:   (310) 246-6779

18  Attorneys for Plaintiff DC Comics

19  PATRICK T. PERKINS (admitted *pro hac vice*)
     pperkins@ptplaw.com
20  PERKINS LAW OFFICE, P.C.
   1711 Route 9D
21  Cold Spring, NY 10516
   Telephone:   (845) 265-2820
22  Facsimile:   (845) 265-2819

23

24  Attorneys for Plaintiff DC Comics

25

26

27

28

STIPULATION RE: FILING DECLARATION UNDER SEAL

**<u>STIPULATION</u>**

WHEREAS, plaintiff DC Comics filed a Motion to Initiate Discovery and Take Immediate, Limited Discovery of Two Elderly Witnesses on August 30, 2010;

WHEREAS, pursuant to Local Rule 37-2, the parties filed a joint stipulation regarding such motion;

WHEREAS, in support of defendants' portion of the joint stipulation, defendants filed the Declaration of Joanne Siegel ("Declaration"), executed on August 29, 2010, electronically with the Court on August 30, 2010 as Docket No. 48;

WHEREAS, in defendants' submission the Declaration contains personal medical information that Ms. Siegel regards as sensitive and confidential;

WHEREAS, defendants wish to remove the Declaration from the public record and re-file the Declaration under seal, pursuant to Local Rule 79-5.1; and

WHEREAS, counsel for DC Comics has indicated that it would not object to defendants' application to re-file the Declaration under seal provided that: (i) this would not prejudice DC Comics' ability to use the Declaration for any purpose in the above-entitled case or any related case (including Case No. CV-04-8400 ODW (RZx) and Case No. CV-04-8776 ODW (RZx)); (ii) this would not prejudice DC Comics' right to later challenge this and any other confidentiality designation made by defendants; and (iii) this stipulation would not extend to any other filings, pleadings, or matters in this case or otherwise, including any and all prior filings concerning Ms. Siegel's medical information;

NOW THEREFORE, the parties stipulate and jointly agree and request that the Court order the following:

1) The Clerk of the Court shall immediately remove the August 29, 2010 Declaration of Joanne Siegel, filed as Document No. 48 on August 30, 2010, from the public docket and the ECF/PACER system.

1          2) Defendants' Application to Re-File Under Seal the August 29, 2010,

2    Declaration of Joanne Siegel in Opposition to Plaintiff's Motion to Initiate

3    Discovery and Take Immediate, Limited Discovery of Two Elderly Witnesses,

4    manually filed pursuant to Local Rule 79-5.1, should be granted.

5    IT IS SO STIPULATED.

6

7    Dated:  September 9, 2010            TOBEROFF & ASSOCIATES, P.C.

8

9

10                                       By:  /s/ Marc Toberoff
                                              Marc Toberoff
11                                            Attorneys for Defendants Mark Warren
                                              Peary as personal representative of the
12                                            Estate of Joseph Shuster, Joanne Siegel,
                                              and Laura Siegel Larson
13

14   Dated:  September 9, 2010            KENDALL BRILL & KLIEGER LLP

15

16

17                                       By:  /s/ Richard B. Kendall
                                              Richard B. Kendall
18                                            Attorneys for Defendants Marc Toberoff,
                                              Pacific Pictures Corporation, IP
19                                            Worldwide, LLC, and IPW, LLC
20

21

22   Dated:  September __, 2010           O'MELVENY & MYERS LLP

23

24

25                                       By:  _____
                                              Daniel M. Petrocelli
26                                            Attorneys for Plaintiff DC Comics

27

28

                                          2

1       2) Defendants' Application to Re-File Under Seal the August 29, 2010,

2 Declaration of Joanne Siegel in Opposition to Plaintiff's Motion to Initiate

3 Discovery and Take Immediate, Limited Discovery of Two Elderly Witnesses,

4 manually filed pursuant to Local Rule 79-5.1, should be granted.

5 IT IS SO STIPULATED.

6

7 Dated: September __, 2010       TOBEROFF & ASSOCIATES, P.C.

8

9

10            By: _____

11                 Marc Toberoff

Attorneys for Defendants Mark Warren

12                 Peary as personal representative of the

Estate of Joseph Shuster, Joanne Siegel,

13                 and Laura Siegel Larson

14 Dated: September __, 2010       KENDALL BRILL & KLIEGER LLP

15

16

17            By: _____

18                 Richard B. Kendall

Attorneys for Defendants Marc Toberoff,

19                 Pacific Pictures Corporation, IP

Worldwide, LLC, and IPW, LLC

20

21

22 Dated: September 9, 2010       O'MELVENY & MYERS LLP

23

24

25            By: _____

                Daniel M. Petrocelli

26                 Attorneys for Plaintiff DC Comics

27

28

2

STIPULATION RE: FILING DECLARTION UNDER SEAL