Name & Address:
Marc Toberoff (CA Bar 188547)
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
T: (310) 246-3333; F: (310) 246-3101
MToberoff@ipwla.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DC Comics | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 10-3633 ODW (RZx) |
| v. | |
| Pacific Pictures Corporation, et al. | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

1. Application to Re-file Under Seal Declaration of Joanne Siegel in Opposition to Plaintiff's Motion to Initiate Discovery and Take Immediate, Limited Discovery of Two Elderly Witnesses
2. [Proposed] Order Re: Removal and Re-filing Under Seal of Declaration of Joanne Siegel

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  Application to file under seal; proposed order

**Reason:**

☐ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☑ Manual Filing required (*reason*):
Local Rule 79-5.1

September 10, 2010                                    Marc Toberoff
Date                                                           Attorney Name

                                                                    Mark Peary, Joanne Siegel, Laura Siegel Larson
                                                                    Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                      **NOTICE OF MANUAL FILING**