MARC TOBEROFF (S.B. #188547)
NICHOLAS C. WILLIAMSON (S.B. #231124)
KEITH G. ADAMS (S.B. #240497)
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California 90067
Telephone:  (310) 246-3333
Facsimile:   (310) 246-3101
MToberoff@ipwla.com

Attorneys for Defendants Mark Warren Peary,
as personal representative of the Estate of Joseph
Shuster, Joanne Siegel, and Laura Siegel Larson

(continued on next page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>              Plaintiff,<br><br>        v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>              Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] STIPULATED ORDER RE: REMOVAL AND RE-FILING UNDER SEAL OF DECLARATION OF JOANNE SIEGEL**<br><br>**Judge**: Hon. Otis D Wright, II<br>**Magistrate**: Hon. Ralph Zarefsky<br><br>Complaint Filed:  May 14, 2010 |

[PROPOSED] ORDER RE: STIPULATION TO RE-FILE UNDER SEAL

(continued from previous page)

RICHARD B. KENDALL (S.B. #90072)
  rkendall@kbkfirm.com
LAURA W. BRILL (S.B. #195889)
  lbrill@kbkfirm.com
NICHOLAS F. DAUM (S.B. #236155)
  ndaum@kbkfirm.com
NATHALIE E. COHEN (S.B. #258222)
  ncohen@kbkfirm.com
KENDALL BRILL & KLIEGER LLP
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone:  (310) 556-2700
Facsimile:  (310) 556-2705

Attorneys for Defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC

[PROPOSED] ORDER RE: STIPULATION TO RE-FILE UNDER SEAL

**ORDER**

Based on the stipulation of the parties, and for good cause shown,

IT IS HEREBY ORDERED that:

1) The Clerk of the Court shall immediately remove the August 29, 2010, Declaration of Joanne Siegel, filed as Document No. 48 on August 30, 2010, from the public docket and the ECF/PACER system;

2) Defendants' Application to Re-File Under Seal the August 29, 2010, Declaration of Joanne Siegel in Opposition to Plaintiff's Motion to Initiate Discovery and Take Immediate, Limited Discovery of Two Elderly Witnesses, manually filed pursuant to Local Rule 79-5.1, is granted.

IT IS SO ORDERED.

Dated: September 10, 2010

_____
Hon. Ralph Zarefsky
Magistrate, United States District Court

---

1
[PROPOSED] ORDER RE: STIPULATION TO RE-FILE UNDER SEAL