Marc Toberoff (State Bar No. 188547)
Nicholas C. Williamson (State Bar No. 231124)
Keith G. Adams (State Bar No. 240497)
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California, 90067
Telephone:  (310) 246-3333
Fax:            (310) 246-3101
MToberoff@ipwla.com

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, Joanne Siegel and Laura Siegel Larson

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; JOANNE SIEGEL, an individual; LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**DEFENDANTS' NOTICE OF MOTION FOR A PROTECTIVE ORDER STAYING DEPOSITIONS PENDING RULINGS ON DISPOSITIVE MOTIONS AND LIMITING SCOPE AND TIME OF DEPOSITIONS**<br><br>**Filed Concurrently with Joint Stipulation re: Defendants' Motion For a Protective Order; Notice of Manual Filing; Declaration of Marc Toberoff**<br><br>**Defendants' Application to File Under Seal and Declarations of Joanne Siegel, Laura Siegel Larson, Eric Hsu, MD, Richard Taw, MD, and Barbara Giesser MD filed manually**<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>Complaint filed: May 14, 2010<br>Trial Date:  None Set<br><br>Date:   October 4, 2010<br>Time:   10:00 a.m.<br>Place:  Courtroom 540 |

NOTICE OF MOTION RE: MOTION FOR A PROTECTIVE ORDER

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on October 4, 2010, at 10:00 a.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Ralph Zarefsky, located in the United States Courthouse, Edward R. Roybal Federal Building, 255 East Temple Street, Los Angeles, California, 90012, defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, Joanne Siegel and Laura Siegel Larson will and hereby do move this Court for a protective order to postpone their three depositions until defendants' dispositive motions – which seek to dismiss all of plaintiff DC Comics' claims as a matter of law pursuant to Fed. R. Civ. P. 12(b)(6) and (f), and include a motion to strike plaintiff's state-law claims under California's Anti-SLAPP law – have been decided. Defendants further move this Court to limit the scope, timing and format of these depositions.

This motion is made upon the following grounds: these defendants have already been exhaustively deposed in the closely related cases of *Joanne Siegel, et al. v. Warner Bros. Entertainment Inc., et al.*, Case No. 04-CV-8400 ODW (RZx) and *Joanne Siegel, et al. v. Time Warner Inc., et al.*, Case No. 04-CV-8776 ODW (RZx) concerning the same subject matter on which plaintiff now seeks to re-depose them; these witnesses have filed dispositive motions attacking each and every claim of plaintiff's complaint as a matter of law; the pleadings are not yet closed, as plaintiff has stated that it will amend its complaint and defendants will file counterclaims if their dispositive motions are not granted; two of the witnesses at issue are in ill-health and suffered considerable pain and stress in their prior depositions; and plaintiff has served extensive, overbroad document requests, necessitating a reasonable amount of time for the parties to resolve defendants' anticipated objections. Accordingly, these depositions should be stayed at least until these dispositive motions are decided and the scope of the present action is defined, and

1  this Court should appropriately limit the scope, timing and format of these
2  depositions.
3      This motion is based on this Notice of Motion, the defendants' portion of the
4  Joint Stipulation, the Declarations of Marc Toberoff, Joanne Siegel, Laura Siegel
5  Larson, Eric Hsu, MD, Richard Taw, MD, and Barbara Giesser, MD, filed
6  concurrently and/or manually herewith, all of the pleadings, files and records in this
7  proceeding, all other matters of which this Court may take judicial notice, and any
8  argument or evidence that may be presented to or considered by the Court prior to its
9  ruling.
10      Pursuant to Local Rule 37-1, the parties have met and conferred on the subjects
11  raised in Defendants' motion, including on August 25, 2010 and September 2, 2010.

DATED: September 13, 2010    TOBEROFF & ASSOCIATES, P.C.

By _____
    Marc Toberoff

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, Joanne Siegel and Laura Siegel Larson