Name & Address:
Marc Toberoff (CA Bar No. 188547)
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
T: (310) 246-3333; (310) 246-3101
MToberoff@ipwla.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DC Comics | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 10-3633 ODW (RZx) |
| v. | |
| Pacific Pictures Corporation, et al. | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

1. Application to File Under Seal Documents in Support of Defendants' Motion for a Protective Order Staying Depositions Pending Rulings on Dispositive Motions and Limiting Scope and Time of Depositions
2. [Proposed] Order re: Application to File Under Seal

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  Application to File Under Seal; [Proposed] Order

**Reason:**

☐ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☑ Manual Filing required (*reason*):
   Local Rule 79-5.1

| September 13, 2010 | Marc Toberoff |
|---|---|
| Date | Attorney Name |
| | Mark Peary, Joanne Siegel, Laura Siegel Larson |
| | Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                **NOTICE OF MANUAL FILING**