Name & Address:
Marc Toberoff (CA Bar No. 188547)
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
T: (310) 246-3333; (310) 246-3101
MToberoff@ipwla.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC Comics<br><br>PLAINTIFF(S)<br>v.<br>Pacific Pictures Corporation, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 10-3633 ODW (RZx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Declarations of Laura Siegel Larson, Joanne Siegel, Richard Taw MD, Eric Hsu MD, and Barbara Giesser MD in Support of Defendants' Motion for a Protective Order

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other   Declarations of Laura Siegel Larson, Joanne Siegel, Richard Taw MD, Eric Hsu MD, and Barbara Giesser MD in Support of Defendants' Motion for a Protective Order

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

September 13, 2010
Date

Marc Toberoff
Attorney Name

Mark Peary, Joanne Siegel, Laura Siegel Larson
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)   **NOTICE OF MANUAL FILING**