DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Attorneys for Plaintiff DC Comics

(continued on next page)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF DANIEL M. PETROCELLI IN OPPOSITION TO DEFENDANTS' MOTION FOR A PROTECTIVE ORDER STAYING DEPOSITIONS, PENDING RULINGS ON DISPOSITIVE MOTIONS AND LIMITING SCOPE AND TIME OF DEPOSITIONS**<br><br>**Judge**:     Hon. Otis D. Wright II<br>**Magistrate**: Hon. Ralph Zarefsky<br><br>**Hearing Date**:   October 4, 2010<br>**Hearing Time**:   10:00 a.m.<br>**Complaint Filed**: May 14, 2010 |

(continued from previous page)

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone:  (845) 265-2820
Facsimile:   (845) 265-2819

Attorneys for Plaintiff DC Comics

PETROCELLI DECLARATION IN OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER

## DECLARATION OF DANIEL M. PETROCELLI

I, Daniel M. Petrocelli, declare and state:

1. I am a partner at O'Melveny & Myers LLP, lead counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in opposition to Motion for a Protective Order Staying Depositions, Pending Rulings on Dispositive Motions and Limiting Scope and Time of Depositions. I have personal knowledge of the matters set forth in this declaration, and if called to testify to the facts stated herein, I could and would do so competently.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the 1972-73 Periodical Copyright Renewal Registrations of issues of *More Fun Comics* first copyrighted November 18, 1944 and January 16, 1945.

3. Attached hereto as Exhibit 2 is a true and correct copy of a letter Jean Peavy to Marty Payson dated August 21, 1992.

4. Attached hereto as Exhibit 3 is a true and correct copy of a letter from Frank Shuster to Paul Levitz dated September 10, 1992.

5. Attached hereto as Exhibit 4 is a true and correct copy of a letter from Jean Peavy to Paul Levitz dated April 27, 1995.

6. Attached hereto as Exhibit 5 is a true and correct copy of a letter from Jean Peavy to Paul Levitz dated September 7, 1999.

7. Attached hereto as Exhibit 6 is a true and correct copy of a letter agreement between Marc Toberoff, on behalf of Pacific Pictures Corporation, and Jean Adele Peavy and Mark Warren Peary, dated November 23, 2001.

8. Attached hereto as Exhibit 7 is a true and correct copy of a letter agreement between Marc Toberoff, on behalf of Pacific Pictures Corporation, and Mark Warren Peary and Jean Adele Peavy, dated October 27, 2003.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the transcript of the deposition of Laura Siegel Larson taken in *Siegel v. Warner Bros. Entm't Inc.*, Case No. 04-8400, and *Siegel v. Time Warner Inc.*, Case

PETROCELLI DECLARATION IN OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER

1  No. 04-8776 (the "*Siegel* cases") on August 1, 2006.

2      10.    Attached hereto as Exhibit 9 is a true and correct copy of excerpts
3  from the transcript of the deposition of Joanne Siegel taken in the *Siegel* cases on
4  August 2, 2006.

5      11.    Attached hereto as Exhibit 10 is a true and correct copy of Mark Peary
6  and Jean Peavy's Memorandum in Opposition to Defendants' Motion to Compel
7  Production of Documents Pursuant to Subpoena Duces Tecum, for Contempt, and
8  for Attorneys Fees filed in *Siegel v. Warner Bros. Entm't Inc.*, Case No. MC-06-20
9  MV, United States District Court, District of New Mexico on August 25, 2006.

10      12.    Attached hereto as Exhibit 11 is a true and correct copy of excerpts
11  from the transcript of the deposition of Mark Warren Peary taken in the *Siegel* cases
12  on November 11, 2006.

13      13.    Attached hereto as Exhibit 12 is a true and correct copy of excerpts
14  from the transcript of the deposition of Jean Adele Peavy taken in the *Siegel* cases
15  on November 11, 2006.

16      14.    Attached hereto as Exhibit 13 is a true and correct copy of a letter
17  (excluding enclosures) from David Eisen to Michael Bergman and Marc Toberoff
18  dated December 10, 2008.

19      15.    Attached hereto as Exhibit 14 is a true and correct copy of a letter from
20  Daniel Petrocelli to Richard Kendall and Marc Toberoff dated July 28, 2010.

21      16.    Attached hereto as Exhibit 15 is a true and correct copy of a letter
22  (excluding enclosures) from Daniel Petrocelli to Richard Kendall and Marc
23  Toberoff dated August 17, 2010.

24      17.    Attached hereto as Exhibit 16 is a true and correct copy of Plaintiff's
25  Notice of Deposition of Joanne Siegel and Request for Production of Documents,
26  served by plaintiff DC Comics in the above-entitled action on August 17, 2010.

27      18.    Attached hereto as Exhibit 17 is a true and correct copy of Plaintiff's
28  Notice of Deposition of Laura Siegel Larson and Request for Production of

1 | Documents, served by plaintiff DC Comics in the above-entitled action on August
2 | 17, 2010.
3 |     19.    Attached hereto as Exhibit 18 is a true and correct copy of Plaintiff's
4 | Notice of Deposition of Mark Warren Peary and Request for Production of
5 | Documents, served by plaintiff DC Comics in the above-entitled action on August
6 | 17, 2010.
7 |     20.    Attached hereto as Exhibit 19 is a true and correct copy of Plaintiff's
8 | Notice of Deposition of Jean Peavy and Request for Production of Documents,
9 | served by plaintiff DC Comics in the above-entitled action on August 17, 2010.
10 |     21.    Counsel for the parties in this action met and conferred on September
11 | 2, 2010 regarding defendants' motion for a protective order to stay depositions.
12 | Counsel for defendants indicated that the principal basis of this motion was to stay
13 | the depositions of further witnesses noticed by DC Comics until after the Court
14 | ruled on their dispositive motions, which were then scheduled to be heard on
15 | October 18. Defendants' counsel also indicated that because they would be
16 | objecting to the document demands directed to these four witnesses, their
17 | depositions could not be scheduled at this time.
18 |     22.    Though disagreeing with defendants' positions for delaying discovery,
19 | I offered to "reschedule the depositions noticed to date for late October/early
20 | November"—after the October 18 hearing date on defendants' motions before
21 | Judge Wright. I also offered to schedule a discovery hearing on October 25—
22 | again, after the October 18 hearing date—at which Magistrate Zarefsky could
23 | address at one time any and all issues related to the four depositions noticed by DC
24 | Comics, including the documents requested in the notices. Attached hereto as
25 | Exhibit 20 is a true and correct copy of a letter from Daniel Petrocelli to Laura Brill
26 | and Marc Toberoff dated September 2, 2010.
27 |     23.    Counsel for defendants rejected our proposal, and instead requested
28 | that DC Comics take its four depositions off calendar and that the parties defer

- 3 -

PETROCELLI DECLARATION IN OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER


addressing any discovery issues until after the Court ruled on the dispositive motions. Defendants proposed the parties could then "discuss a schedule for briefing and hearing of the discovery motions, including the possibility of expediting the schedule," and DC Comics would reschedule the depositions sometime thereafter. Attached hereto as Exhibit 21 is a true and correct copy of a letter from Ms. Brill to Mr. Petrocelli dated September 2, 2010.

24. Since defendants' proposal would entail unnecessary and indefinite delay in commencing discovery, DC Comics rejected it. Attached hereto as Exhibit 22 is a true and correct copy of a letter from Mr. Petrocelli to Ms. Brill and Mr. Toberoff dated September 2, 2010.

25. On September 2, 2010, defendants served DC Comics with their motion for a protective order to stay depositions.

26. On September 3, 2010, DC Comics filed an amended complaint. Case No. CV 10-3633 ODW (RZx), Docket No. 49. In light of this amendment, Judge Wright issued an order on September 7 stating that defendants' dispositive "motions are DEEMED MOOT AND VACATED, as is the motions hearing scheduled for October 18, 2010." Docket No. 52.

27. Attached hereto as Exhibit 23 is a true and correct copy of a letter from Daniel Petrocelli to Richard Kendall and Marc Toberoff dated September 8, 2010.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 9th day of September 2010 at Los Angeles, California.

Daniel M. Petrocelli

- 4 -

PETROCELLI DECLARATION IN OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER