# EXHIBIT 1

Homecoming. (In The New Yorker, Aug. 18, 1945) © 16Aug45; B688639. Karl Shapiro (A); 11Sep72; R536510.
Honeymoon. (In The New Yorker, June 23, 1945) © 21Jun45; B682050. Karl Shapiro (A); 13Jul72; R533207.

SHAPLEY, HARLOW.
Amateur telescope making. See INGALLS, ALBERT G., ed.

SHAW, IRWIN.
Part in a play. (In Collier's, July 7, 1945) © 29Jun45; B682557. Irwin Shaw (A); 1Dec72; R540979.
The priest. (In The New Yorker, Apr. 7, 1945) © 5Apr45; B674398. Irwin Shaw (A); 1Dec72; R540977.
Retreat. (In Collier's, Jan. 27, 1945) © 19Jan45; B661484. Irwin Shaw (A); 1Dec72; R540976.

SHAWNEE PRESS, INC.
Clarinet sessions. See CASSEL, DON.

SHAY, EDITH.
The private adventure of Captain Shaw, by Edith Shay & Katharine Smith (Dos Passos) © 20Feb45; A186197. Isabel F. Whelan (E of E. Shay); 4Aug72; R535263.
The private adventure of Captain Shaw, by Edith Shay & Katharine Smith (Dos Passos) © 20Feb45; A186197. Isabel F. Whelan (NK of E. Shay); 4Aug72; R535262.

SHEEHY, MAURICE, SISTER.
Principles of psychology for the basic course in nursing. See RAUTH, J. EDWARD.
Teacher's manual for Principles of psychology for the basic course in nursing. See RAUTH, J. EDWARD.

SHENTON, BARBARA WEBSTER.
Mrs. Heriot's house, by Barbara Webster. © 14May45; A187614. Barbara Webster Shenton (A); 14Aug72; R534407.

SHEPARD, WILLARD C.
A manual of surgical anatomy. See JONES, TOM.

SHERIDAN, MARTIN.
Comics and their creators. NM: additions & revisions. © 28Dec44; A185533. Martin Sheridan (A); 20Dec72; R541913.

SHERMAN, MARGARET A.
West Point today. See AZOY, ANASTASIO C. M., ed.

SHERROD, ROBERT.
On to westward: war in the central Pacific. © 21Nov45; A191826. Robert Sherrod (A); 27Dec72; R542022.

SHERWOOD, HARRIETT. See WEAVER, HARRIETT SHERWOOD.

SHIELDS, ELIZABETH MCE.
As the day begins. © 7Dec44; A185159. John Knox Press (PWH); 10Oct72; R537312.

SHIVELY, WILLIAM B.
Real estate broker's closing statement. Form no.669. © 15Aug44; AA473888. Stevens-Ness Law Pub. Co. (PWH); 14Aug72; R534186.
Real estate broker's commission contract. © Stevens-Ness Law Pub. Co. (PWH)
Form no.
672. Farm property exclusive listing. © 15Aug44; AA473879. 14Aug72; R534180.
674. Residence property exclusive listing. © 15Aug44; AA473881. 14Aug72; R534181.
676. Hotel, apartments, rooming house exclusive listing. © 15Aug44; AA473883. 14Aug72; R534182.
678. Apartments, hotels, rooming houses exclusive listing. © 15Aug44; AA473885. 14Aug72; R534183.
679. Business opportunities exclusive listing. © 15Aug44; AA473886. 14Aug72; R534184.
681. Suburban real estate, vacant lots exclusive listing. © 15Aug44; AA473876. 14Aug72; R534179.
685. Business real estate exclusive listing. © 15Aug44; AA473874. 14Aug72; R534178.
Real estate broker's deal envelope. Form no.670. © 15Aug44; AA473890. Stevens-Ness Law Pub. Co. (PWH); 14Aug72; R534188.
Real estate broker's earnest money receipt. Form no.84. © 15Aug44; AA473887. Stevens-Ness Law Pub. Co. (PWH); 14Aug72; R534185.
Real estate broker's earnest money receipt. Form no.671. © 15Aug44; AA473889. Stevens-Ness Law Pub. Co. (PWH); 14Aug72; R534187.

SHORT, LUKE, pseud. See GLIDDEN, FREDERICK D.

SHREVE, R. NORRIS.
The chemical process industries. (McGraw-Hill chemical engineering series) © 6Apr45; A187171. R. Norris Shreve (A); 9Aug72; R534375.

SHULMAN, MAX.
Bank night at the Bijou. (In Good housekeeping, Aug. 1945) © 20Jul45; B685467. Max Shulman (A); 20Jul72; R533029.
Operation Whitefish. (In The American Legion magazine, Aug. 1945) © 16Jul45; B685739. Max Shulman (A); 25Jul72; R532896.
Trouble with the railroad. (In Saturday evening post, June 9, 1945) © 6Jun45; B680032. Max Shulman (A); 6Jul72; R532002.
When Asa comes marching home. (In Mademoiselle, Aug. 1945) © 31Jul45; B687204. Max Shulman (A); 7Aug72; R534045.
When Asa comes marching home. (In Mademoiselle, Aug. 1945) © 9Aug45; B687204. Max Shulman (A); 10Oct72; R537324.

SHUM, ALFONSO VILA. See VILA SHUM, ALFONSO.

SHURTLEFF, BERTRAND.
Short leash. Illus. by Diana Thorne. © 26May45; A187866. David B. Shurtleff (C of B. Shurtleff); 5Oct72; R537334.

SHURTLEFF, DAVID B.
Short leash. See SHURTLEFF, BERTRAND.

SHUSTER, JOE.
Superboy. See SIEGEL, JEROME.
Superman. See SIEGEL, JEROME.
SHUSTER, JOE. See SUPERMAN.

STEB, MAX.
Gottes Berichtigungsgesetz, und andere Aufsatze. See CHRISTIAN SCIENCE PUB. SOCIETY.

SIEGEL, JEROME.
Superboy, by Jerome Siegel & Joe Shuster. (In More fun comics, Jan.-Feb. 1945) © 18Nov44; B653651. Jerome Siegel & Joe Shuster (A); 15Nov72; R539938.
Superman, by Jerome Siegel & Joe Shuster. (In New York post) © Jerome Siegel & Joe Shuster (A)
© 31Aug44; A5-133999. 25Jul72; R533254.
© 14Nov44; A5-134891. 24Oct72; R538333.
© 25Nov44; A5-134944. 24Oct72; R538344.
© 16Dec44; A5-135227. 24Nov72; R540252.
© 21Dec44; A5-135287. 24Nov72; R540257.
Superman, by Jerome Siegel & Joe Shuster. (In New York post) © National Periodical Publications, Inc. (PWH)
© 31Aug44; A5-133999. 22Aug72; R534842.
© 14Nov44; A5-134891. 20Oct72; R538098.
© 25Nov44; A5-134944. 20Oct72; R538116.
© 16Dec44; A5-135227. 24Nov72; R541653.
© 21Dec44; A5-135287. 24Nov72; R541672.
Superman, by Jerome Siegel & Joe Shuster. (In Sunday mirror, New York) © Jerome Siegel & Joe Shuster (A)
© 9Jul44; A5-133278. 5Jul72; R531773.
© 16Jul44; A5-133359. 5Jul72; R531780.
© 23Jul44; A5-133430. 5Jul72; R531787.
© 30Jul44; A5-133473. 5Jul72; R531794.
© 6Aug44; A5-133530. 28Jul72; R533229.
© 13Aug44; A5-133599. 28Jul72; R533236.
© 20Aug44; A5-133841. 28Jul72; R533243.
© 27Aug44; A5-133921. 28Jul72; R533250.
© 3Sep44; A5-134002. 21Aug72; R534649.
© 10Sep44; A5-134060. 21Aug72; R534656.
© 17Sep44; A5-134117. 21Aug72; R534663.
© 24Sep44; A5-134165. 21Aug72; R534670.
© 8Oct44; A5-134351. 25Sep72; R536321.
© 1Oct44; A5-134263. 25Sep72; R536314.
© 15Oct44; A5-134569. 25Sep72; R536328.
© 22Oct44; A5-134635. 25Sep72; R536335.
© 29Oct44; A5-134711. 25Sep72; R536342.
© 5Nov44; A5-134763. 24Oct72; R538324.
© 12Nov44; A5-134796. 24Oct72; R538331.
© 19Nov44; A5-134896. 24Oct72; R538338.
© 26Nov44; A5-134945. 24Oct72; R538345.
© 3Dec44; A5-135016. 24Nov72; R540246.
© 10Dec44; A5-135332. 24Nov72; R540267.
© 17Dec44; A5-135228. 24Nov72; R540253.
© 24Dec44; A5-135290. 24Nov72; R540260.
© 31Dec44; A5-135341. 24Nov72; R540274.
Superman, by Jerome Siegel & Joe Shuster. (In Sunday mirror, New York) © National Periodical Publications, Inc. (PWH)
© 16Jul44; A5-133359. 11Jul72; R532022.
© 23Jul44; A5-133430. 18Jul72; R533176.
© 30Jul44; A5-133473. 25Jul72; R533187.
© 6Aug44; A5-133530. 31Jul72; R533726.
© 13Aug44; A5-133599. 7Aug72; R533888.
© 20Aug44; A5-133841. 15Aug72; R535061.
© 27Aug44; A5-133921. 22Aug72; R534828.

EXHIBIT 1
5

1812                                        **BOOKS**                                          Jan.-June

SHOTWELL, JAMES T.
  Modern and contemporary European
    history (1815-1945) See
    SCHAPIRO, J. SALWYN.

SHULMAN, MAX.
  Vote for Henry Ladd.  (In Good house-
    keeping, Jan. 1946)  © 19Dec45;
    B702551.  Max Shulman (A); 29Dec72;
    R543143.
  The zebra derby.  Illustrated by Bill
    Crawford.  © 10Jan46; A459.  Max
    Shulman (A); 27Apr73; R551585.

SHUSTER, JOE.
  Superboy.  See SIEGEL, JEROME.
  Superman.  See SIEGEL, JEROME.

SHUTE, AGNES KELSEY.
  World service church school programs
    for primary groups.  See BOWER,
    LILLIAN V.

SHUTE, NEVIL.
  Most secret.  © 14Aug45, AI-29109;
    1Oct45, A190873.  Heather Mayfield
    & Shirley Norway (C); 1Dec72;
    R545346.

SIEGEL, JEROME.
  Superboy.  By Jerome Siegel & Joe
    Shuster.  (In More fun comics)
    © Jerome Siegel & Joe Shuster (A)
    Mar-Apr45.  © 16Jan45; B661073.
    15Jan73; R544412.
  Superman, by Jerome Siegel & Joe
    Shuster.  (In New York post)
    © Jerome Siegel & Joe Shuster (A)
    © 24Feb45; A5-135966.  24Jan73;
    R544704.
  Superman, by Jerome Siegel & Joe
    Shuster.  (In New York post)
    © National Periodical Publications,
    Inc. (PWH)
    © 10Feb45; A5-135867.  23Jan73;
      R545376.
    © 24Feb45; A5-135966.  23Jan73;
      R545390.
  Superman, by Jerome Siegel & Joe
    Shuster.  (In Philadelphia
    inquirer)  © Jerome Siegel & Joe
    Shuster (A)
    © 1Jan45; A5-135411.  29Dec72;
      R542907.
    © 2Jan45; A5-135412.  29Dec72;
      R542908.
    © 3Jan45; A5-135413.  29Dec72;
      R542909.
    © 4Jan45; A5-135414.  29Dec72;
      R542910.
    © 5Jan45; A5-135415.  29Dec72;
      R542911.
    © 6Jan45; A5-135416.  4Jan73;
      R542476.
    © 8Jan45; A5-135471.  4Jan73;
      R542478.
    © 9Jan45; A5-135472.  4Jan73;
      R542479.
    © 10Jan45; A5-135473.  4Jan73;
      R542480.
    © 11Jan45; A5-135474.  4Jan73;
      R542481.
    © 12Jan45; A5-135475.  4Jan73;
      R542482.
    © 13Jan45; A5-135476.  4Jan73;
      R542483.
    © 15Jan45; A5-135615.  4Jan73;
      R542485.
    © 16Jan45; A5-135616.  4Jan73;
      R542486.
    © 17Jan45; A5-135617.  4Jan73;
      R542487.
    © 18Jan45; A5-135618.  4Jan73;
      R542488.
    © 19Jan45; A5-135619.  4Jan73;
      R542489.
    © 20Jan45; A5-135620.  4Jan73;
      R542490.
    © 22Jan45; A5-135652.  4Jan73;
      R542492.
    © 23Jan45; A5-135653.  4Jan73;
      R542493.
    © 24Jan45; A5-135654.  4Jan73;
      R542494.

  © 25Jan45; A5-135655.  4Jan73;
    R542495.
  © 26Jan45; A5-135656.  4Jan73;
    R542496.
  © 27Jan45; A5-135657.  4Jan73;
    R542497.
  © 29Jan45; A5-135754.  4Jan73;
    R542499.
  © 30Jan45; A5-135755.  4Jan73;
    R542500.
  © 31Jan45; A5-135756.  4Jan73;
    R542501.
  © 1Feb45; A5-135757.  24Jan73;
    R544688.
  © 2Feb45; A5-135758.  24Jan73;
    R544689.
  © 3Feb45; A5-135759.  24Jan73;
    R544690.
  © 5Feb45; A5-135862.  24Jan73;
    R544692.
  © 6Feb45; A5-135863.  24Jan73;
    R544693.
  © 7Feb45; A5-135864.  24Jan73;
    R544694.
  © 8Feb45; A5-135865.  24Jan73;
    R544695.
  © 9Feb45; A5-135866.  24Jan73;
    R544696.
  © 10Feb45; A5-135867.  24Jan73;
    R544697.
  © 12Feb45; A5-136038.  24Jan73;
    R544706.
  © 13Feb45; A5-136039.  24Jan73;
    R544707.
  © 14Feb45; A5-136040.  24Jan73;
    R544708.
  © 15Feb45; A5-136041.  24Jan73;
    R544709.
  © 16Feb45; A5-136042.  24Jan73;
    R544710.
  © 17Feb45; A5-136043.  24Jan73;
    R544711.
  © 19Feb45; A5-135961.  24Jan73;
    R544699.
  © 20Feb45; A5-135962.  24Jan73;
    R544700.
  © 21Feb45; A5-135963.  24Jan73;
    R544701.
  © 22Feb45; A5-135964.  24Jan73;
    R544702.
  © 23Feb45; A5-135965.  24Jan73;
    R544703.
  © 26Feb45; A5-136094.  24Jan73;
    R544713.
  © 27Feb45; A5-136095.  24Jan73;
    R544714.
  © 28Feb45; A5-136096.  24Jan73;
    R544715.
  © 1Mar45; A5-136097.  26Feb73;
    R546878.
  © 2Mar45; A5-136098.  26Feb73;
    R546879.
  © 3Mar45; A5-136099.  1Mar73;
    R546880.
  © 5Mar45; A5-136505.  1Mar73;
    R546882.
  © 6Mar45; A5-136506.  1Mar73;
    R5-6883.
  © 7Mar45; A5-136507.  5Mar73;
    R547181.
  © 8Mar45; A5-136508.  5Mar73;
    R547182.
  © 9Mar45; A5-136509.  5Mar73;
    R547183.
  © 10Mar45; A5-136510.  5Mar73;
    R547184.
  © 12Mar45; A5-136512.  5Mar73;
    R547186.
  © 13Mar45; A5-136513.  5Mar73;
    R547187.
  © 14Mar45; A5-136514.  5Mar73;
    R547188.
  © 15Mar45; A5-136515.  5Mar73;
    R547189.
  © 16Mar45; A5-136516.  5Mar73;
    R547190.
  © 17Mar45; A5-136517.  5Mar73;
    R547191.
  © 18Mar45; A5-136518.  5Mar73;
    R547192.
  © 19Mar45; A5-136596.  5Mar73;
    R547193.

  © 20Mar45; A5-136597.  5Mar73;
    R547194.
  © 21Mar45; A5-136598.  5Mar73;
    R547195.
  © 22Mar45; A5-136599.  5Mar73;
    R547196.
  © 23Mar45; A5-136600.  5Mar73;
    R547197.
  © 24Mar45; A5-136601.  5Mar73;
    R547198.
  © 26Mar45; A5-136666.  5Mar73;
    R547200.
  © 27Mar45; A5-136667.  5Mar73;
    R547201.
  © 28Mar45; A5-136668.  5Mar73;
    R547202.
  © 29Mar45; A5-136669.  5Mar73;
    R547203.
  © 30Mar45; A5-136670.  5Mar73;
    R547204.
  © 31Mar45; A5-136671.  5Mar73;
    R547205.
  © 2Apr45; A5-136809.  26Mar73;
    R548507.
  © 3Apr45; A5-136810.  26Mar73;
    R548508.
  © 4Apr45; A5-136811.  26Mar73;
    R548509.
  © 5Apr45; A5-136812.  26Mar73;
    R548510.
  © 6Apr45; A5-136813.  26Mar73;
    R548511.
  © 7Apr45; A5-136814.  26Mar73;
    R548512.
  © 9Apr45; A5-136914.  26Mar73;
    R548514.
  © 10Apr45; A5-136915.  26Mar73;
    R548515.
  © 11Apr45; A5-136916.  26Mar73;
    R548516.
  © 12Apr45; A5-136917.  26Mar73;
    R548517.
  © 13Apr45; A5-136918.  26Mar73;
    R548518.
  © 14Apr45; A5-136919.  26Mar73;
    R548519.
  © 16Apr45; A5-137006.  26Mar73;
    R548521.
  © 17Apr45; A5-137007.  26Mar73;
    R548522.
  © 18Apr45; A5-137008.  26Mar73;
    R548523.
  © 19Apr45; A5-137009.  26Mar73;
    R548524.
  © 20Apr45; A5-137010.  26Mar73;
    R548525.
  © 21Apr45; A5-137011.  26Mar73;
    R548526.
  © 23Apr45; A5-137152.  26Mar73;
    R548528.
  © 24Apr45; A5-137153.  26Mar73;
    R548529.
  © 25Apr45; A5-137154.  26Mar73;
    R548530.
  © 26Apr45; A5-137155.  26Mar73;
    R548531.
  © 27Apr45; A5-137156.  26Mar73;
    R548532.
  © 28Apr45; A5-137157.  26Mar73;
    R548533.
  © 30Apr45; A5-137263.  26Mar73;
    R548535.
  © 1May45; A5-137264.  30Apr73;
    R551462.
  © 2May45; A5-137265.  30Apr73;
    R551463.
  © 3May45; A5-137266.  30Apr73;
    R551464.
  © 4May45; A5-137267.  30Apr73;
    R551465.
  © 5May45; A5-137268.  30Apr73;
    R551466.
  © 7May45; A5-137308.  30Apr73;
    R551468.
  © 8May45; A5-137309.  30Apr73;
    R551469.
  © 9May45; A5-137310.  30Apr73;
    R551470.
  © 10May45; A5-137311.  30Apr73;
    R551471.
  © 11May45; A5-137312.  30Apr73;
    R551472.

EXHIBIT 1
6