# EXHIBIT 2

316 Horton Ln. NW
Albuquerque, NM 87114
August 21, 1992

Marty Payson, Vice-President
Time Warner
75 Rockefeller Plaza
New York, NY 10019

Dear Mr. Payson,

    This will be one of the most difficult letters I've ever written and one I wish I didn't have to write. As you know, your friend and my brother, Joe Shuster, died on July 30. Joe and I were very close. Every week we talked on the phone. Back in the late 1940's and 1950's when Joe was struggling, I helped support him by sending him a weekly check so he could go on creating new ideas and hopefully sell them. My brother Frank knows this because he took over supporting Joe after I married in 1955. I was happy to do this because I loved him. Joe always assured me that I would be taken care of after his demise.

    I have just returned from Los Angeles where I spent a very stressful two weeks arranging for Joe's funeral, disposing of the belongings in his apartment and trying to get the financial affairs in order. In going through his papers I was shocked to learn that Joe did not only not have much money in the bank but that he had almost $20,000 in credit card debts and unpaid bills (copies of bills enclosed). He only had one active bank account at Security Pacific National Bank with $23,773 in it, in which he received his direct deposit checks from Time Warner. I do not have access to his account until the legal things are settled while the 20% interest continues to accrue on his credit card debt. I could not find any other assets except two dormant bank accounts with $167 and $11 in them. I thought Joe might have had a small life insurance policy through his pension to pay his final debts and expenses. Unfortunately, he did not.

    As heir to his Will, I am responsible for paying off his credit card debts, along with any bills that will be coming in and forwarded to me-- utilities, half month's rent, unknown credit debts, legal fees, etc. Today I received another bill from the County Coroner. Thankfully, Paul Levitz said Time Warner would cover it.

    I find myself in a financial plight. How could Joe Shuster end up with an estate of almost nothing? And what if more debt and bills come in? His estate may not even be able to cover it. It's bad enough to lose a family member with whom you are close but it's devastating when they leave a burden of large unpaid debts and bills which the estate can barely cover. On top of this, my son and I had great expenses flying out to California, staying at a motel, renting a car, etc. My husband and I are of modest means. We live on my husband's modest pension and this was very expensive for us. In addition, we still don't know how much the legal fees will be. The estate may not cover it at all.

EXHIBIT 2

7

This is very embarrassing for me to have to write to you this way. It's unbelievable to me that Joe could have so little considering the generosity shown by Time Warner in raising the pension income of Siegel and Shuster. Through his 1991 tax return and 1992 pay memos, I found out he was receiving $2,627 twice a month after withholding or $63,000 a year after taxes. I had my son itemize Joe's 1992 checks and bank statements to see where his money went. We've been able to account for most of his checks. From January of 1992 to the middle of July, we found he wrote almost $31,000 in checks, plus there are other checks still unaccounted for. In a little over six months, he spent everything he took in.

Almost $1,500 a month went for rent. Almost $500 for utilities. We also found that over $1,200 a month was being paid to Joanne Siegel for some kind of commission for including him in the pay raise. It appears that for quite a few years, she has been taking 20% of his income as an agent's commission for getting pay raises for Siegel and Shuster. All of this consumed about $3,200 a month. The rest went for groceries (home delivered), personal and health items, and lots of clothes and stereo systems that filled his large apartment from floor to ceiling which he gave to charity at the end.

Joe was very generous. He liked to spend on himself and he liked to give things away. In Joe's interview by a reporter from the Toronto Star who came to Joe's apartment, he wrote, "One corner of his apartment is jammed with stereo components—three turntables, several tapedecks, and a dozen high-power speakers—that will be donated to the visually impaired." This must have cost thousands of dollars. Yet, when I came to his apartment, more equipment had been bought and every room was jamm-packed from floor to ceiling full of stereo components and speakers. This time he promised this to the Music Department of the Los Angeles Valley College. When they came to take the equipment, they showed me a letter authorizing them to get it for this good cause. This equipment must have cost thousands and thousands of dollars. He also had every closet stuffed full of jackets and clothes piled everywhere.

Joe's ladyfriend admitted to me how generous he had been to her and her son. Her son is a psychology professor and I asked if he could tell me why Joe spent so much money. He said that Joe was a compulsive buyer triggered by years of deprivation, so when he had a chance, he went on shopping sprees. He was also very generous and gave when he heard there was a need.

I am glad Joe spent the last years of his life happy. Joe Shuster was a kind, generous, and creatively brilliant man. He made great contributions to this world. Unfortunately, Joe left his family with a crushing burden of unpaid debts and bills and only a tiny estate to cover it. Joe did not like to deal with business. And now he has put a terrible burden on me which I know he never intended. The kindness and generosity of Warner Communications and now Time Warner has been demonstrated in the past. Any help that Time Warner could give to the family of Joe Shuster to pay his final debts and expenses would be warmly appreciated at this time of mourning. The Shuster family looks forward to seeing you at the memorial service on September 24.

-2-

EXHIBIT 2

8

With warmest regards,

*Jean Shuster Peavy*

Jean Shuster Peavy

Enclosed: The bill from the County Coroner.
A schedule of Joe's debts with copies of statements.
His latest bank statement from Security Pacific.
An itemization of the amounts of most of his checks written in 1992.
The agreement with Joeanne Seigel to take 20% of his income and copies of the two latest checks to her.

EXHIBIT 2

9