# EXHIBIT 4

316 Horton Lane, NW
Albuquerque, N.M. 87114

April 27, 1995

Paul Levitz
Executive Vice-President & Publisher
DC COMICS
1325 Avenue of the Americas
New York, N.Y. 10019

Dear Paul:

It was a delightful surprise to receive a copy of the book, THE ADVENTURES OF SUPERMAN by Lowther. I had such a feeling of nostalgia looking through the drawings that Joe had made. I was glad to see another acknowledgement of Joe and Jerry's character. Frank is just as pleased as I am.

It looks like good news for LOIS AND CLARK. It is really a very entertaining show and I'm glad it is going to be renewed. I do hope you will remember Frank and myself once again. Is it possible to reward us with a gift versus a bonus so that there is no tax liability to us? In any case, you know we appreciate your thoughtfulness.

Once again, Frank and I both thank you for a copy of the latest book to each of us.

Personal regards,

Jean Shuster Peavy



DCC0000641€

EXHIBIT 4
12