# EXHIBIT 13

# ARNOLD & PORTER LLP

David S. Eisen
David.Eisen@aporter.com

213.243.4182
213.243.4199 Fax

44th Floor
777 South Figueroa Street
Los Angeles, CA 90017-5844

December 10, 2008

**Via Facsimile and Hand-Delivery**

Michael Bergman, Esq.
Weissmann Wolff Bergman Coleman
 Grodin & Evall, LLP
9665 Wilshire Boulevard, Ninth Floor
Beverly Hills, CA 90212

Marc Toberoff, Esq.
Law Offices of Marc Toberoff
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

Re: Siegel & Larson v. Time Warner, Inc.

Gentlemen:

Pursuant to the Court's latest order, I am providing Mr. Bergman copies of the documents with Bates numbers listed below. These documents are the ones in Mr. Toberoff's declaration which are not identified as having been listed on a privilege log or previously produced:

1-7, 10, 25, 26, 51, 52, 278, 279-80. 281-82, 283, 284, 285-89, 290-96, 300, 314, 315, 351, 361, 550, 551-52, 553-54, 555, 556, 557–61, 562-569, 587, 588, 618, 827, 828-29, 830-31, 832, 833, 836-38, 839.

I am providing to Mr. Toberoff the originals of all of the Escrow Documents, except for the those sent to the Court, and as to those I am providing Mr. Toberoff with copies. I do not intend to retain copies of any of the documents. Mr. Toberoff, if you feel my list is inaccurate, please contact me immediately.

Please feel free to send someone to pick up your respective package from my office after noon tomorrow, December 11. I believe this terminates my activities in connection with the so-called Escrow Documents.

Sincerely,

DAVID S. EISEN

EXHIBIT 13
114