# EXHIBIT 22



# O'MELVENY & MYERS LLP

BEIJING  
BRUSSELS  
HONG KONG  
LONDON  
LOS ANGELES  
NEWPORT BEACH  
NEW YORK

1999 Avenue of the Stars, 7th Floor  
Los Angeles, California 90067-6035

TELEPHONE (310) 553-6700  
FACSIMILE (310) 246-6779  
www.omm.com

SAN FRANCISCO  
SHANGHAI  
SILICON VALLEY  
SINGAPORE  
TOKYO  
WASHINGTON, D.C.

September 2, 2010

OUR FILE NUMBER  
905,900-321

**VIA E-MAIL AND U.S. MAIL**

WRITER'S DIRECT DIAL  
(310) 246-6850

Laura Brill  
Kendall Brill & Klieger LLP  
10100 Santa Monica Boulevard, Suite 1725  
Los Angeles, California 90067

WRITER'S E-MAIL ADDRESS  
dpetrocelli@omm.com

Marc Toberoff  
Toberoff & Associates, P.C.  
2049 Century Park East, Suite 2720  
Los Angeles, California 90067

Re:   *DC Comics v. Pacific Pictures Corp. et al., CV-10-3633 (ODW) (RZx)*

Dear Counsel:

We believe our proposal fairly satisfied the issues you identified. Your proposal would require further substantial delay in commencing discovery. Therefore, we decline it.

Very truly yours,

Daniel M. Petrocelli  
of O'MELVENY & MYERS LLP

EXHIBIT 22
182