# EXHIBIT 23

# O'MELVENY & MYERS LLP

| | 1999 Avenue of the Stars, 7th Floor<br>Los Angeles, California 90067-6035 | |
|---|---|---|
| BEIJING | | SAN FRANCISCO |
| BRUSSELS | | SHANGHAI |
| HONG KONG | TELEPHONE (310) 553-6700 | SILICON VALLEY |
| LONDON | FACSIMILE (310) 246-6779 | SINGAPORE |
| LOS ANGELES | www.omm.com | TOKYO |
| NEWPORT BEACH | | WASHINGTON, D.C. |
| NEW YORK | | |

September 8, 2010

OUR FILE NUMBER
905,900-321

**VIA E-MAIL AND U.S. MAIL**

WRITER'S DIRECT DIAL
(310) 246-6850

Richard Kendall
Kendall Brill & Klieger LLP
10100 Santa Monica Boulevard, Suite 1725
Los Angeles, California 90067

WRITER'S E-MAIL ADDRESS
dpetrocelli@omm.com

Marc Toberoff
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California 90067

Re:   *DC Comics v. Pacific Pictures Corp. et al.*, **CV-10-3633 (ODW) (RZx)**

Dear Counsel:

As we discussed during our September 2 conference call, your recently served motion for a protective order staying depositions substantially overlaps the issues raised in our earlier motion to initiate discovery and, therefore, we believe it makes sense for these two motions to be heard together.

Based on our prior communications, it appears defendants will not be producing documents as part of their repsonses to our outstanding document demands, due September 17. This will necessitate a motion to compel, which we intend to file promptly after receipt of your repsonses.

As we previously proposed, in the interest of decreasing the burden on the Court and the parties, we intend to ask Magistrate Zarefsky to hear these three interrelated discovery motions on October 25. In the interim, we will postpone the depositions noticed to a date in late October or early November. This will not affect the current briefing schedule, according to which we will serve you with our opposition to your motion for a protective order staying depositions tomorrow and file a supplemental memorandum in support of our motion to initiate discovery on September 13. Nor will this affect the schedule on your first protective order motion, which can be heard as scheduled.

EXHIBIT 23
183

O'MELVENY & MYERS LLP
September 8, 2010 - Page 2

      Please let us know by the end of the day Friday whether you agree to continuing both our motion to initiate discovery and your motion for a protective order to stay depositions to October 25 (currently an open date). If not, we will file an *ex parte* application with Magistrate Zarefsky next week.

                                      Very truly yours,

                                      Daniel M. Petrocelli
                                      of O'MELVENY & MYERS LLP

EXHIBIT 23
184