Marc Toberoff (State Bar No. 188547)
Nicholas C. Williamson (State Bar No. 231124)
Keith G. Adams (State Bar No. 240497)
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California, 90067
Telephone: (310) 246-3333
Fax:        (310) 246-3101
MToberoff@ipwla.com

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Joanne Siegel and Laura Siegel Larson

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual; LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR A PROTECTIVE ORDER STAYING DEPOSITIONS PENDING RULINGS ON DISPOSITIVE MOTIONS AND LIMITING SCOPE AND TIME OF DEPOSITIONS**<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set<br><br>Date:　October 4, 2010<br>Time:　10:00 a.m.<br>Place:　Courtroom 11 |

[PROPOSED] ORDER

The Court, having reviewed and considered defendants' Motion for a Protective Order Staying Depositions Pending Rulings on Dispositive Motions and Limiting Scope and Time of Depositions, plaintiff's opposition thereto, and all further submissions and arguments on the matter, and good cause appearing, hererby GRANTS defendants' motion.

IT IS HEREBY ORDERED THAT:

1. All depositions in this case are stayed until resolution of defendants' pending (1) motions to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) and (f) and (2) Anti-SLAPP motion pursuant to Cal. Code Civ. P. § 425.16, set to be heard on October 18, 2010.

2. Discovery is likewise stayed in this action during the pendency of defendants' Anti-SLAPP motion.

3. Due to their health issues, neither Laura Siegel Larson nor Joanne Siegel are required to sit for deposition in this action unless and until plaintiff makes a showing that these witnesses have unique information unavailable from any other source on matters not covered in prior depositions in the closely related actions *Siegel v. Warner Bros. Entertainment Inc., et al.*, Case No. 04-CV-8400 ODW (RZx) and *Siegel v. Time Warner Inc., et al.*, Case No. 04-CV-8776 ODW (RZx), and any such deposition should be on written questions.

4. Any remaining depositions in this action shall not include topics on which a witness has already been deposed in the closely related actions *Siegel v. Warner Bros. Entertainment Inc., et al.*, Case No. 04-CV-8400 ODW (RZx) and *Siegel v. Time Warner Inc., et al.*, Case No. 04-CV-8776 ODW (RZx).

IT IS SO ORDERED.

DATED: _____        _____
                                                    Hon. Ralph Zarefsky, U.S.M.J.