1  DANIEL M. PETROCELLI (S.B. #097802)
    dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
    mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
    cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA  90067-6035
   Telephone:  (310) 553-6700
6  Facsimile:   (310) 246-6779

7  Attorneys for Plaintiff DC Comics

8  (continued on next page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>      Plaintiff,<br><br>    v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>      Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**DC COMICS' *EX PARTE* APPLICATION TO CONSOLIDATE HEARING DATES ON RELATED DISCOVERY MOTIONS**<br><br>**DECLARATION OF DANIEL M. PETROCELLI AND [PROPOSED] ORDER FILED CONCURRENTLY HEREWITH**<br><br>**Judge**:    Hon. Otis D. Wright II<br>**Magistrate**:  Hon. Ralph Zarefsky<br><br>**Hearing Date**:  September 20, 2010<br>**Hearing Time**:  10:00 a.m.<br>**Complaint Filed**: May 14, 2010 |

1 | (continued from previous page)

2 | PATRICK T. PERKINS (admitted *pro hac vice*)
3 |   pperkins@ptplaw.com
    | PERKINS LAW OFFICE, P.C.
4 | 1711 Route 9D
    | Cold Spring, NY 10516
5 | Telephone:  (845) 265-2820
    | Facsimile:   (845) 265-2819
6 |
7 | Attorneys for Plaintiff DC Comics

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TO DEFENDANTS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that plaintiff DC Comics requests that the hearings on its Motion to Initiate Discovery and Take Immediate, Limited Discovery of Two Elderly Witnesses ("Motion to Take Depositions"), and defendants' parallel Motion for a Protective Order Staying Depositions, Pending Rulings on Dispositive Motions and Limiting Scope and Time of Depositions ("Motion to Stay Depositions")—currently set to be heard on September 20 and October 4, 2010, respectively—be continued to October 25, 2010 at 10:00 a.m., or at a time soon thereafter that is convenient for the Court. In the alternative, DC Comics requests that the hearing on its Motion to Take Depositions be continued to October 4, 2010 at 10:00 a.m. so that it can be heard at the same time as defendants' Motion to Stay Depositions.

This *ex parte* application is made on the grounds that DC Comics' Motion to Take Depositions and defendants' recent Motion to Stay Depositions, by defendants' own admission, present substantially the same issues, as will DC Comics' impending motion to compel the production of documents related to these depositions. DC Comics submits these three interrelated motions should be heard at once to avoid the potential for inconsistent rulings and duplication of effort and resources by the Magistrate and the parties. Setting the discovery motions for hearing on October 25 also will accommodate defendants' interest in filing and having heard on October 18, 2010 their dispositive motions challenging DC Comics' amended complaint—although, to be clear, DC Comics vigorously disputes that the pendency of such motions is a basis to stay discovery.

DC Comics gave notice of this *ex parte* application to counsel for defendants. *See* Declaration of Daniel M. Petrocelli ("Petrocelli Decl.") ¶¶ 12, 14, Exs. F, H. Defendants refused to stipulate to the relief DC Comics seeks. *See id.* ¶¶ 8, 13, 15, Exs. C, G, I.

DC COMICS' *EX PARTE* APPLICATION TO
CONSOLIDATE HEARING DATES
ON RELATED DISCOVERY MOTIONS

This *ex parte* application is made pursuant to Local Rule 7-19 and is based on this application, the attached memorandum of points and authorities, the concurrently-filed declaration of Daniel M. Petrocelli, such further showing or evidence that DC Comics may present at any hearing on this *ex parte* application, and any other matters properly before this Court.

Dated: September 13, 2010

Respectfully submitted,

O'MELVENY & MYERS LLP

By:   /s/Daniel M. Petrocelli
       Daniel M. Petrocelli
Attorneys for Plaintiff DC Comics

# MEMORANDUM OF POINTS & AUTHORITIES

DC Comics requests an order consolidating the hearings on its Motion to Take Depositions and defendants' Motion to Stay Depositions on October 25, 2010, at 10:00 a.m., so that these parallel motions can be heard together and at the same time as a motion to compel regarding the production of documents related to these depositions that DC Comics anticipates serving next week. There is good cause for this *ex parte* application because it will avoid the potential for inconsistent rulings and reduce the burden on the Court and the parties. If defendants intend to re-file dispositive motions to be heard on October 18, holding the hearing on these discovery motions on October 25 also will accommodate defendants' request that the Court first hear their dispositive motions. To be clear, DC Comics disagrees that defendants are entitled to defer discovery for that purpose and does not agree to postpone the discovery motions beyond October 25.

DC Comics filed its complaint on May 14, 2010, and ever since has sought to initiate discovery generally and immediately take the depositions of four material witnesses—all of whom are named defendants and three of whom are elderly and/or infirm and whose testimony must be preserved. Petrocelli Decl. ¶ 5, Ex. A; Case No. 10-3633 ODW, Docket No. 44-1 at 2-4, 8-17. Defendants have refused to produce these witnesses to testify or their documents, resulting in two pending motions before the Court, Docket No. 44-1 at 2-4, 8-17; Petrocelli Decl. Ex. E at 72-75, 99-122, as well as a third motion to compel production of documents that DC Comics expects to file shortly after September 17—the date defendants' document responses are due ("Motion to Compel"), Petrocelli Decl. ¶ 6.

By their own admission—and the arguments repeated verbatim in their two sets of 30-page briefs on these issues—defendants' pending Motion to Stay Depositions and DC Comics' pending Motion to Take Depositions "overlap[]" and present the *exact same* questions of fact and law. *See* Petrocelli Decl. ¶¶ 6, 13, Ex. G; Petrocelli Decl. Ex. E at 69-71, 75-99; Docket No. 44-1 at 4-8, 17-39. For this

- 1 -

DC COMICS' *EX PARTE* APPLICATION TO
CONSOLIDATE HEARING DATES
ON RELATED DISCOVERY MOTIONS

1  reason, DC Comics seeks to have these cross-motions heard and decided at the
2  same time.  *See* Petrocelli Decl. ¶¶ 6-7, 12, Exs. B, F.
3      The earliest date these two motions could be heard is October 4—the current
4  date set for defendants' Motion to Stay Depositions.  However, it is clear
5  defendants do not intend to produce documents related to the upcoming depositions
6  without the necessity of a motion to compel.  Hence, a third discovery motion will
7  be filed shortly.  *See* Petrocelli Decl. ¶ 6.
8      Defendants set their original motions challenging DC Comics' complaint for
9  hearing on October 18.  *See* Petrocelli Decl. ¶ 6.  After DC Comics filed its first
10 amended complaint—which Judge Wright ruled mooted defendants' motions, *see*
11 Docket No. 52—defendants indicated they would re-file their motions, *see*
12 Petrocelli Decl. ¶ 11.  Presumably, defendants will set the motions to be heard on
13 October 18, unless they seek to engineer further delay.   While DC Comics
14 disagrees with defendants' argument that discovery must or should be stayed
15 pending the hearing on defendants' Rule 12 and SLAPP motions—as DC Comics
16 has made clear in its briefing on the two cross-motions, *see* Docket No. 44-1 at 2-4,
17 8-17; Petrocelli Decl. Ex. E at 72-75, 99-122—to moot defendants' argument and
18 allow the Magistrate to hear the three interrelated discovery motions all at once, DC
19 Comics proposed that these motions all be heard on October 25—one week after
20 the October 18 hearing.  *See* Petrocelli Decl. ¶¶ 6-7, 12, Exs. B, F.  This schedule
21 also will allow DC Comics to file and the Magistrate to consider the impending
22 Motion to Compel related to the upcoming depositions.  If defendants' motions are
23 not set to be heard on October 18, DC Comics does not agree to delay the discovery
24 motions beyond the proposed October 25 hearing date.
25     Under DC Comics' proposal, all of the briefing on the pending discovery
26 motions would still be due on the dates currently required (allowing the Court to
27 have time to review and process the parties' papers), and defendants' pending
28 Motion for a Protective Order regarding the Toberoff Timeline ("Toberoff Timeline

- 2 -

DC COMICS' *EX PARTE* APPLICATION TO
CONSOLIDATE HEARING DATES
ON RELATED DISCOVERY MOTIONS

1  Motion") would still be heard, as scheduled, on September 20 at 10:00 a.m. *See*
2  Petrocelli Decl. ¶ 12, Ex. F.

3  Defendants object to DC Comics' proposal, arguing the parties' four
4  discovery motions should be heard seriatim, or, alternatively, that DC Comics must
5  take its pending deposition notices off calendar, and the parties must defer
6  addressing any discovery issues until after Judge Wright hears defendants' motions
7  challenging DC Comics' amended complaint. *See* Petrocelli Decl. ¶¶ 8, 13; Exs. C,
8  G.  This indefinite delay is unreasonable.  Among other reasons, there is no
9  assurance when the Court will be able to decide defendants' motions.  Given Judge
10 Wright's busy schedule and the length and scope of defendants' Rule 12 and
11 SLAPP papers (which span 100 pages and include 1,000 pages of evidentiary
12 exhibits), it could take several months for rulings to issue. *See* Petrocelli Decl. Ex.
13 E at 47-48.  Moreover, delaying discovery this long to await resolution of
14 defendants' Rule 12 and SLAPP motions is inconsistent with the Federal Rules of
15 Civil Procedure. *See id.* Ex. E at 101-13; Docket No. 44-1 at 11-13.

16 Defendants not only have resisted DC Comics' attempts to find a middle
17 ground, they have characterized such attempts as concessions that defendants'
18 positions have been appropriate.  That argument is specious, for all the reasons
19 explained in DC Comics' discovery briefing to date. *See* Docket No. 44-1 at 2-4, 8-
20 17; Petrocelli Decl. Ex. E at 72-75, 99-122.  DC Comics was entitled to initiate
21 discovery in *late June or early July*, but was thwarted by defendants' insistent delay
22 tactics.  If, as matters currently stand, the difference in taking these depositions is
23 one month—early November, as opposed to early October—DC Comics is willing
24 to wait that time so that the Magistrate may hear all of these open discovery issues
25 at once.

26 For these reasons, DC Comics respectfully requests that following schedule
27 be set in this case for these related discovery disputes:

28

- 3 -   DC COMICS' *EX PARTE* APPLICATION TO CONSOLIDATE HEARING DATES ON RELATED DISCOVERY MOTIONS

1  • September 20, 2010 at 10:00 a.m.: The Magistrate will hear defendants'
2     Toberoff Timeline Motion
3  • September 27: The parties will file supplemental briefing, if any, on
4     defendants' pending Motion to Stay Depositions
5  • On or before September 29: DC Comics will serve its Motion to Compel, if
6     any, seeking to compel the production of documents related to the September
7     17 responses
8  • On or before October 6: Defendants will serve their opposition, if any, to DC
9     Comics' Motion to Compel
10 • On or before October 7: DC Comics will file with the Court its Motion to
11    Compel and defendants' opposition
12 • On or before October 18: The parties will file supplemental briefing, if any,
13    on DC Comics' Motion to Compel
14 • October 25 at 10:00 a.m.: The Magistrate will hear DC Comics' Motion to
15    Take Depositions, defendants' Motion to Stay Depositions, and DC Comics'
16    Motion to Compel

In the alternative, DC Comics requests that the Court continue the hearing on its Motion to Take Depositions to October 4 at 10:00 a.m. so it can be heard together with defendants' Motion to Stay Depositions.

To the extent the Court deems a hearing on this *ex parte* application necessary, DC Comics submits that such a hearing can take place telephonically this week or as part of the hearing on defendants' Toberoff Timeline Motion, on September 20 at 10:00 a.m.

Dated: September 13, 2010          Respectfully submitted,

                                   O'MELVENY & MYERS LLP

                                   By:   /s/Daniel M. Petrocelli
                                         Daniel M. Petrocelli
                                   Attorneys for Plaintiff DC Comics