# EXHIBIT B



O'MELVENY & MYERS LLP

BEIJING
BRUSSELS
HONG KONG
LONDON
LOS ANGELES
NEWPORT BEACH
NEW YORK

1999 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-6035

TELEPHONE (310) 553-6700
FACSIMILE (310) 246-6779
www.omm.com

SAN FRANCISCO
SHANGHAI
SILICON VALLEY
SINGAPORE
TOKYO
WASHINGTON, D.C.

September 2, 2010

OUR FILE NUMBER
905,900-321

**VIA E-MAIL AND U.S. MAIL**

WRITER'S DIRECT DIAL
(310) 246-6850

WRITER'S E-MAIL ADDRESS
dpetrocelli@omm.com

Laura Brill
Kendall Brill & Klieger LLP
10100 Santa Monica Boulevard, Suite 1725
Los Angeles, California 90067

Marc Toberoff
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California 90067

**Re: *DC Comics v. Pacific Pictures Corp. et al.*, CV-10-3633 (ODW) (RZx)**

Dear Counsel:

Following up on our telephone conference earlier today and having reviewed Laura's letter, below is our proposal for addressing the pending issues:

1. We will agree to reschedule the depositions noticed to date for late October/early November.

2. We will file our amended complaint tomorrow. Assuming you intend to go forward with your dispositive motions, you will file them to be heard on October 18, leaving us sufficient time to respond within the time established by the Rules.

3. You will serve your responses to the document requests appended to the deposition notices on September 17. We will meet and confer on the disputed issues in the ensuing week, and any motions, such as a motion by us to initiate/compel discovery and a motion by you for a protective order, will be briefed and set to be heard by Magistrate Zarefsky on October 25.

4. Magistrate Zarefsky will proceed to hear your motion regarding the Toberoff Timeline on September 20, as scheduled.

O'MELVENY & MYERS LLP
September 2, 2010 - Page 2

I tried calling to discuss this with you, but could not reach either of you. Please let us hear back from you right away.

Very truly yours,

Daniel M. Petrocelli
of O'MELVENY & MYERS LLP

EXHIBIT B
60