# EXHIBIT C

**K** Kendall Brill Klieger

writer's direct:
310.272.7922
lbrill@kbkfirm.com

September 2, 2010

**VIA ELECTRONIC MAIL**

Daniel Petrocelli
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
dpetrocelli@omm.com

Re:   DC Comics v. PPC

Dear Dan:

Thank you for your letter of this afternoon. I was on another call when you tried me earlier.

We appreciate your proposal, but we think it still does not resolve the problem of burdening the parties and Judge Zarefsky with motions on largely hypothetical issues that may be immediately mooted by Judge Wright's decisions on the dispositive motions.

Specifically, by requiring that motions for a protective order concerning the document production and depositions be heard on October 25, your proposal would require the parties to file discovery motions on October 4, 2010, or before the October 18, 2010 hearing on the dispositive motions that could resolve many of the issues. Accordingly, the parties would have no opportunity to meet and confer following the hearing on these issues, and may be forced into filing motions that are entirely unnecessary. Moreover, since we do not yet know what the disputed issues will be concerning the document production, your proposed schedule may not allow sufficient time to meet and confer and get necessary motions on file concerning those issues.

We would propose, as an alternative, that DC take off calendar the currently scheduled depositions, that the parties meet and confer regarding discovery during the week of October 18, after the hearing before Judge Wright, and, if the parties are unable to resolve any disputes, that they thereafter promptly move either to compel discovery or for a protective order, as they deem necessary. We would also discuss a schedule for briefing and hearing of the discovery motions, including the possibility of expediting the schedule. DC would schedule any depositions for dates following the hearing on these motions.

As to your currently pending motion to initiate discovery, if you would like to take that discovery motion off calendar, as implied in your letter, that is your choice, but we wish to be clear that we are not asking you to do so as part of any agreement. We believe that the motion was frivolous, that it should never have been filed, and that we should not have been put to the substantial burden and expense of opposing. Defendants reserve all rights with respect to

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.   Suite 1725   Los Angeles, CA 90067   telephone 310.556.2700   facsimile 310.556.2705   www.kbkfirm.com

EXHIBIT C
61

Kendall Brill & Klieger LLP

September 2, 2010
Page 2

recovering the attorneys' fees that this firm and Mr. Toberoff's firm expended in connection with opposing that motion.

Sincerely,

*[signature: Laura W. Brill]*

Laura W. Brill

cc:   Richard Kendall
      Marc Toberoff

56755.1

EXHIBIT C
62