# EXHIBIT H

# O'MELVENY & MYERS LLP

BEIJING  
BRUSSELS  
HONG KONG  
LONDON  
LOS ANGELES  
NEWPORT BEACH  
NEW YORK

1999 Avenue of the Stars, 7th Floor  
Los Angeles, California 90067-6035

TELEPHONE (310) 553-6700  
FACSIMILE (310) 246-6779  
www.omm.com

SAN FRANCISCO  
SHANGHAI  
SILICON VALLEY  
SINGAPORE  
TOKYO  
WASHINGTON, D.C.

September 13, 2010

OUR FILE NUMBER  
905,900-321

**VIA E-MAIL AND U.S. MAIL**

WRITER'S DIRECT DIAL  
(310) 246-6850

Laura Brill  
Kendall Brill & Klieger LLP  
10100 Santa Monica Boulevard, Suite 1725  
Los Angeles, California 90067

WRITER'S E-MAIL ADDRESS  
dpetrocelli@omm.com

Marc Toberoff  
Toberoff & Associates, P.C.  
2049 Century Park East, Suite 2720  
Los Angeles, California 90067

Re:   **DC Comics v. Pacific Pictures Corp. et al.**, **CV-10-3633 (ODW) (RZx)**

Dear Counsel:

We disagree with the positions in your September 10 letter and, as previously advised, will not engage in the wasteful exercise of responding to self serving, inaccurate communications. As for the request to meet and confer about your proposal, we already apprised you the proposal was not reasonable. We will proceed with the *ex parte* application.

Very truly yours,

Daniel M. Petrocelli  
of O'MELVENY & MYERS LLP

EXHIBIT H  
134