# EXHIBIT I



writer's direct:
310.272.7922
lbrill@kbkfirm.com

September 13, 2010

**VIA EMAIL**

Daniel Petrocelli
O'Melveny and Myers, LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
*dpetrocelli@omm.com*

Re:   DC Comics v. PPC

Dear Dan:

I write to follow up on your letter to Mr. Toberoff and me of earlier today.

The meet and confer that I proposed in my letter to you of September 10 is for the purpose of discussing adjustments to each side's proposals that would permit the parties, in a spirit of compromise, to achieve an agreement that satisfies most, if not all, of their concerns. It is not appropriate for DC Comics to burden the Court with an *ex parte* application while declining our invitation to meet and confer.

If you do move forward with your *ex parte* application, please inform the Court that Defendants object to the schedule proposed in your September 8, 2010 letter and intend to file an opposition. Please also include this letter and my September 10 letter as part of your *ex parte* application so that the Court will be able to appreciate the nature of our objections.

Thank you in advance for your cooperation.

Sincerely,

Laura W. Brill

cc:   Richard Kendall
      Marc Toberoff

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.   Suite 1725   Los Angeles, CA 90067   telephone 310.556.2700   facsimile 310.556.2705   www.kbkfirm.com

EXHIBIT I
135