DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:   (310) 553-6700
Facsimile:   (310) 246-6779

Attorneys for Plaintiff DC Comics

(continued on next page)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>          Plaintiff,<br><br>     v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>          Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING DC COMICS' *EX PARTE* APPLICATION TO CONSOLIDATE HEARING DATES ON RELATED DISCOVERY MOTIONS**<br><br>**Judge**:       Hon. Otis D. Wright II<br>**Magistrate**: Hon. Ralph Zarefsky<br><br>**Hearing Date**: September 20, 2010<br>**Hearing Time**: 10:00 a.m.<br>**Complaint Filed**: May 14, 2010 |

1  (continued from previous page)

2  PATRICK T. PERKINS (admitted *pro hac vice*)
   pperkins@ptplaw.com
3  PERKINS LAW OFFICE, P.C.
   1711 Route 9D
4  Cold Spring, NY 10516
   Telephone:  (845) 265-2820
5  Facsimile:   (845) 265-2819

6  Attorneys for Plaintiff DC Comics

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING
DC COMICS' *EX PARTE* APPLICATION
TO CONSOLIDATE HEARING DATES

Good cause appearing, IT IS HEREBY ORDERED that plaintiff DC Comics' *Ex Parte* Application to Consolidate Hearing Dates on Related Discovery Motions is GRANTED and the following schedule is hereby set:

- September 20, 2010 at 10:00 a.m.: The Court will hear defendants' pending Motion for a Protective Order regarding the Toberoff Timeline
- On or before September 27, 2010: The parties will file supplemental briefing, if any, on defendants' pending Motion for a Protective Order Staying Depositions Pending Rulings on Dispositive Motions and Limiting Scope and Time of Depositions ("Motion to Stay Depositions")
- On or before September 29, 2010: DC Comics will serve its motion to compel, if any, regarding defendants' responses to DC Comics' document requests ("Motion to Compel")
- On or before October 6, 2010: Defendants will serve their opposition, if any, to DC Comics' Motion to Compel
- On or before October 7, 2010: DC Comics will file a joint stipulation regarding its Motion to Compel
- On or before October 18, 2010: The parties will file supplemental briefing, if any, on DC Comics' Motion to Compel
- October 25, 2010 at 10:00 a.m.: The Court will have a hearing regarding DC Comics' Motion to Initiate Discovery and Take Immediate, Limited Discovery of Two Elderly Witnesses; defendants' Motion to Stay Depositions; and DC Comics' Motion to Compel

IT IS SO ORDERED.

Dated: _____     _____
                              Honorable Ralph Zarefsky
                              Magistrate Judge, United States District Court

[PROPOSED] ORDER GRANTING DC COMICS' *EX PARTE* APPLICATION TO CONSOLIDATE HEARING DATES