1  DANIEL M. PETROCELLI (S.B. #097802)
   dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
   mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
   cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA 90067-6035
   Telephone: (310) 553-6700
6  Facsimile: (310) 246-6779

7  Attorneys for Plaintiff DC Comics

8  (continued on next page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DC COMICS, | |
|---|---|
| Plaintiff, | Case No. CV 10-3633 ODW (RZx) |
| v. | **DISCOVERY MATTER** |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive, | SUPPLEMENTAL DECLARATION OF MATTHEW T. KLINE IN SUPPORT OF PLAINTIFF'S MOTION TO INITIATE DISCOVERY AND TAKE IMMEDIATE, LIMITED DISCOVERY OF TWO ELDERLY WITNESSES |
| Defendants. | **Judge**: Hon. Otis D. Wright II<br>**Magistrate**: Hon. Ralph Zarefsky<br><br>**Hearing Date**: September 20, 2010<br>**Hearing Time**: 10:00 a.m.<br>**Complaint Filed**: May 14, 2010 |

1  (continued from previous page)

2  PATRICK T. PERKINS (admitted *pro hac vice*)
3    pperkins@ptplaw.com
  PERKINS LAW OFFICE, P.C.
4  1711 Route 9D
  Cold Spring, NY 10516
5  Telephone:  (845) 265-2820
  Facsimile:   (845) 265-2819
6

7  Attorneys for Plaintiff DC Comics

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SUPPL. KLINE DECLARATION IN
SUPPORT OF PLAINTIFF'S MOTION TO
INITIATE DISCOVERY

## **DECLARATION OF MATTHEW T. KLINE**

I, Matthew T. Kline, declare and state:

1. I am a partner at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this supplemental declaration in support of DC Comics' Motion to Initiate Discovery and Take Immediate, Limited Discovery of Two Elderly Witnesses. I have personal knowledge of the matters set forth in this declaration, and if called to testify to the facts stated herein, I could and would do so competently.

2. Attached hereto as Exhibit A is a true and correct copy of Mark Peary and Jean Peavy's Memorandum in Opposition to Defendants' Motion to Compel Production of Documents Pursuant to Subpoena Duces Tecum, for Contempt, and for Attorneys Fees filed in *Siegel v. Warner Bros. Entm't Inc.*, Case No. MC-06-20 MV, United States District Court, District of New Mexico on August 25, 2006.

3. Attached hereto as Exhibit B is a true and correct copy of the Joint Stipulation Re: Motion for a Protective Order Staying Depositions, Pending Rulings on Dispositive Motions and Limiting Scope and Time of Depositions, to be filed on September 13, 2010 in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 13th day of September 2010 at Los Angeles, California.

_____
Matthew T. Kline

- 1 -

SUPPL. KLINE DECLARATION IN
SUPPORT OF PLAINTIFF'S MOTION TO
INITIATE DISCOVERY