Marc Toberoff (State Bar No. 188547)
Nicholas C. Williamson (State Bar No. 231124)
Keith G. Adams (State Bar No. 240497)
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California, 90067
Telephone:   (310) 246-3333
Fax:              (310) 246-3101
MToberoff@ipwla.com

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, Joanne Siegel and Laura Siegel Larson

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| DC COMICS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; JOANNE SIEGEL, an individual; LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DISCOVERY MATTER**<br><br>**SUPPLEMENTAL DECLARATION OF MARC TOBEROFF IN OPPOSITION TO PLAINTIFF'S MOTION TO INITIATE DISCOVERY AND TAKE IMMEDIATE, LIMITED DISCOVERY OF TWO ELDERLY WITNESSES**<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set<br><br>Date:   September 20, 2010<br>Time:   10:00 a.m.<br>Place:   Courtroom 540 |

SUPPLEMENTAL DECLARATION OF MARC TOBEROFF

I, Marc Toberoff, declare as follows:

1. I am an attorney at Toberoff & Associates, P.C., counsel of record for defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, Joanne Siegel and Laura Siegel Larson. I am counsel for plaintiffs Joanne Siegel and Laura Siegel Larson in the related cases of *Siegel v. Warner Bros. Entertainment Inc., et al.*, Case No. 04-CV-8400 ODW (RZx) and *Siegel v. Time Warner Inc., et al.*, Case No. 04-CV-8776 ODW (RZx). I am a member in good standing of the State Bar of California and submit this supplemental declaration in opposition to plaintiff DC Comics' motion to compel. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I have been sued personally in the above-entitled case. Accordingly, I hired independent counsel to represent me, Richard Kendall and Laura Brill, of the firm Kendall Brill & Klieger LLP.

3. Attached hereto as "Exhibit A" is a true and correct copy of a letter dated September 8, 2010 from DC Comics' counsel to me and my attorney, Richard Kendall.

4. Attached hereto as "Exhibit B" is a true and correct copy of a letter dated September 10, 2010 from my counsel, Laura Brill, to DC Comics' counsel.

5. Attached hereto as "Exhibit C" is a true and correct copy of a letter dated September 13, 2010 from DC Comics' counsel to me and my counsel, Laura Brill.

6. Attached hereto as "Exhibit D" is a true and correct copy of a letter dated September 13, 2010 from my counsel, Laura Brill, to DC Comics' counsel.

7. Attached hereto as "Exhibit E" are true and correct copies of excerpts from the deposition of Jean Adele Peavy held on November 11, 2006 in the related case *Siegel v. Warner Bros. Entertainment Inc., et al.*, Case No. 04-CV-8400 ODW (RZx).

8. Attached hereto as "Exhibit F" is a true and correct copy of the First Amended Complaint, filed on September 3, 2010 by DC Comics in this case.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on September 13, 2010, in Los Angeles, California

_____
Marc Toberoff