Marc Toberoff (State Bar No. 188547)
Nicholas C. Williamson (State Bar No. 231124)
Keith G. Adams (State Bar No. 240497)
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California, 90067
Telephone:   (310) 246-3333
Fax:              (310) 246-3101
MToberoff@ipwla.com

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, Joanne Siegel, Laura Siegel Larson

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DC Comics,<br><br>          Plaintiff,<br><br>     v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>          Defendants. | Case No. CV 10-3633 ODW(RZx)<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF JEAN PEAVY IN OPPOSITION TO PLAINTIFF'S MOTION TO INITIATE DISCOVERY AND TAKE IMMEDIATE, LIMITED DISCOVERY OF TWO ELDERLY WITNESSES**<br><br>Hon. Otis D Wright, II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>Date: September 20, 2010<br>Time: 10:00 a.m.<br><br>Complaint Filed:    May 14, 2010 |

DECLARATION OF JEAN PEAVY

# DECLARATION OF JEAN PEAVY

I, Jean Peavy, declare as follows:

1. I am a resident of New Mexico. The facts set forth herein are known to me of my own firsthand knowledge and, if called as a witness, I could and would testify competently to such facts under oath.

2. I am 89 years old. I made myself available to be fully deposed by defendants in the matter of *Joanne Siegel et al v. Warner Bros. Entertainment Inc., et al* (Case No. 04-CV-8400), and I was deposed on November 11, 2006 by defendants' counsel Patrick Perkins.

3. The deposition was a very difficult and stressful experience for me due to my age and health. It was very difficult for me to sit upright for more than an hour. I was asked to review numerous documents and quickly answer questions about them and to recall things that happened decades ago. I was exhausted and drained after the deposition ended.

4. Since then, I suffered a debilitating stroke in May of 2009. Due to my stroke, I have aphasia, meaning my speech is impaired. It is hard for me speak clearly and I have a hard time finding the right words to articulate my thoughts. When I speak, my syntax is often confused with words out of their proper order. It is also often difficult for me to understand what people are saying.

5. I also suffer from atrial fibrillation, high blood pressure and hypertension. It is now much harder for me to sit upright for periods in excess of 15-20 minutes. I also have difficulty walking on my own. I often now experience undue fatigue and therefore spend most of my time in bed.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of September, 2010 at Albuquerque, New Mexico

*Jean Adele Peavy*
Jean Adele Peavy

DECLARATION OF JEAN PEAVY