Marc Toberoff (State Bar No. 188547)
Nicholas C. Williamson (State Bar No. 231124)
Keith G. Adams (State Bar No. 240497)
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California, 90067
Telephone: (310) 246-3333
Fax:        (310) 246-3101
MToberoff@ipwla.com

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, Joanne Siegel, Laura Siegel Larson

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| DC COMICS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; JOANNE SIEGEL, an individual; LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF ADAM RONAN, MD, IN OPPOSITION TO PLAINTIFF'S MOTION TO INITIATE DISCOVERY AND TAKE IMMEDIATE, LIMITED DISCOVERY OF TWO ELDERLY WITNESSES**<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set<br><br>Date:　September 20, 2010<br>Time:　10:00 a.m.<br>Place:　Courtroom 11 |

DECLARATION OF ADAM RONAN, MD

## DECLARATION OF ADAM RONAN

I, Adam Ronan, declare as follows:

1. I am a resident of New Mexico, and am a Medical Doctor (MD), licensed to practice medicine in New Mexico. The facts set forth herein are known to me of my own firsthand knowledge and, if called as a witness, I could and would testify competently to such facts under oath.

2. I received my medical degree from the Medical College of Wisconsin, and then completed my medical training at the Loyola University Medical Center and the University of Chicago Medical Center. I underwent fellowship training at the Loyola University Medical Center. I am board-certified in Internal Medicine, Echocardiography, Vascular Interpretation and Nuclear Cardiology.

3. I currently practice at the New Mexico Heart Institute, located at 502 Elm Street NE, Albuquerque, NM, 87102.

4. Jean Adele Peavy is under my care.

5. Jean suffered a stroke in May, 2009. Due to her stroke, she has an aphasia. Due to this condition, Jean has difficulty speaking and also has difficulty understanding spoken words. When I last saw Jean on August 5, 2010, she also suffered from atrial fibrillation and hypertension.

6. I understand that a deposition involves providing live testimony before a court reporter and often a videographer. I further understand that, in the absence of a protective order, a deposition can last several hours, with only limited breaks, that it involves sitting for long periods, and that it is often stressful for the deponent, who is asked to recall numerous events and to review many documents.

7. It is my professional medical opinion that Jean is likely unable from a neurological standpoint to participate in a legal deposition due to her aphasia. As Jean is the victim of a recent stroke, the stress of a second deposition may also pose a

///

///

serious health risk. It is my recommendation that she should not be subjected to a second deposition of any duration.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on September 9, 2010, in Albuquerque, New Mexico.

_____
Adam Ronan, MD

2
DECLARATION OF ADAM RONAN, MD