ORIGINAL

lodged proposed order

FILED 2010 SEP 10 PM 3:31

1  Marc Toberoff (S.B. #188547)
   Nicholas C. Williamson (S.B. #231124)
2  Keith G. Adams (S.B. #240497)
   TOBEROFF & ASSOCIATES, P.C.
3  2049 Century Park East, Suite 2720
   Los Angeles, California 90067
4  Telephone: (310) 246-3333
5  Facsimile: (310) 246-3101
   MToberoff@ipwla.com
6
7  Attorneys for Defendants Mark Warren Peary,
   as personal representative of the Estate of Joseph
8  Shuster, Joanne Siegel, and Laura Siegel Larson
9
   (continued on next page)
10

11              UNITED STATES DISTRICT COURT
12         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| 13  DC COMICS, | Case No. CV 10-3633 ODW (RZx) |
| 14       Plaintiff, | **DISCOVERY MATTER** |
| 15    v. | **APPLICATION TO RE-FILE UNDER SEAL DECLARATION OF JOANNE SIEGEL IN OPPOSITION TO PLAINTIFF'S MOTION TO INITIATE DISCOVERY AND TAKE IMMEDIATE, LIMITED DISCOVERY OF TWO ELDERLY WITNESSES** |
| 16  PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, | |
| 17  MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal | |
| 18  representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE | |
| 19  PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA | |
| 20  SIEGEL LARSON, an individual, and DOES 1-10, inclusive, | **Judge**: Hon. Otis D Wright, II<br>**Magistrate**: Hon. Ralph Zarefsky |
| 21 | Complaint Filed: May 14, 2010 |
| 22       Defendants. | |

APPLICATION TO RE-FILE UNDER SEAL

1  (continued from previous page)

2  RICHARD B. KENDALL (S.B. #90072)
   rkendall@kbkfirm.com
3  LAURA W. BRILL (S.B. #195889)
   lbrill@kbkfirm.com
4  NICHOLAS F. DAUM (S.B. #236155)
   ndaum@kbkfirm.com
5  NATHALIE E. COHEN (S.B. #258222)
   ncohen@kbkfirm.com
6  KENDALL BRILL & KLIEGER LLP
   10100 Santa Monica Blvd., Suite 1725
7  Los Angeles, California 90067
   Telephone: (310) 556-2700
8  Facsimile: (310) 556-2705

9  Attorneys for Defendants Marc Toberoff,
   Pacific Pictures Corporation, IP
10 Worldwide, LLC, and IPW, LLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLICATION TO RE-FILE UNDER SEAL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants hereby submit the following confidential declaration in opposition to Plaintiff's Motion to Initiate Discovery and Take Immediate, Limited Discovery of Two Elderly Witnesses, to be re-filed under seal pursuant to Local Rule 79-5.1, General Order 08-02, and the parties' Joint Stipulation Re: Removal and Re-Filing Under Seal:

**THE DECLARATION OF JOANNE SIEGEL IN OPPOSITION TO PLAINTIFF'S MOTION TO INITIATE DISCOVERY AND TAKE IMMEDIATE, LIMITED DISCOVERY OF TWO ELDERLY WITNESSES**

Said document is being filed under seal because it contains personal health information that is confidential and sensitive in nature, and to which Ms. Siegel, a defendant in this action, has a right of privacy. *Soto v. City of Concord*, 162 F.R.D. 603, 618 (N.D. Cal. 1995) (citing cases establishing a privacy interest in medical information). Moreover, the parties have stipulated that the August 29, 2010, Declaration of Joanne Siegel should be re-filed under seal pursuant to Local Rule 79-5.

Dated: September 10, 2010          TOBEROFF & ASSOCIATES, P.C.

By: _____
Marc Toberoff
Attorneys for Defendants Mark Warren Peary as personal representative of the Estate of Joseph Shuster, Joanne Siegel, and Laura Siegel Larson

---
1
APPLICATION TO RE-FILE UNDER SEAL

Dated: September 10, 2010                KENDALL BRILL & KLIEGER LLP

By: *(signature)* La W. Brill / by MW
Laura W. Brill
Attorneys for Defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is: 2049 Century Park East, Suite 2720, Los Angeles, California 90067.

On September 10, 2010, I served the attached documents described as

**Notice of Manual Filing Re: Declaration of Joanne Siegel in Opposition to Plaintiff's Motion to Initiate Discovery and Take Immediate, Limited Discovery of Two Elderly Witnesses**

**Notice of Manual Filing Re: Application to Re-file Under Seal Declaration of Joanne Siegel in Opposition to Plaintiff's Motion to Initiate Discovery and Take Immediate, Limited Discovery of Two Elderly Witnesses**

**Declaration of Joanne Siegel in Opposition to Plaintiff's Motion to Initiate Discovery and Take Immediate, Limited Discovery of Two Elderly Witnesses**

**Application to Re-file Under Seal Declaration of Joanne Siegel in Opposition to Plaintiff's Motion to Initiate Discovery and Take Immediate, Limited Discovery of Two Elderly Witnesses**

**[Proposed] Order Granting Application to Re-file Under Seal Declaration of Joanne Siegel in Opposition to Plaintiff's Motion to Initiate Discovery and Take Immediate, Limited Discovery of Two Elderly Witnesses**

as follows:

[X]   :BY MAIL:

As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. I placed ____ the original _X_ a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Daniel M. Petrocelli
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

:(STATE) - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]  :(FEDERAL) – I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on September 10, 2010, in Los Angeles, California.

_____
Nicholas C. Williamson