MARC TOBEROFF (S.B. #188547)
NICHOLAS C. WILLIAMSON (S.B. #231124)
KEITH G. ADAMS (S.B. #240497)
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California 90067
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
MToberoff@ipwla.com

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Joanne Siegel, and Laura Siegel Larson



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>    Plaintiff,<br><br>v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING APPLICATION TO RE-FILE UNDER SEAL DECLARATION OF JOANNE SIEGEL IN OPPOSITION TO PLAINTIFF'S MOTION TO INITIATE DISCOVERY AND TAKE IMMEDIATE, LIMITED DISCOVERY OF TWO ELDERLY WITNESSES**<br><br>**Judge**: Hon. Otis D Wright, II<br>**Magistrate**: Hon. Ralph Zarefsky<br><br>Complaint Filed: May 14, 2010 |

[PROPOSED] ORDER RE: APPLICATION TO RE-FILE UNDER SEAL

1 (continued from previous page)

2 RICHARD B. KENDALL (S.B. #90072)
  rkendall@kbkfirm.com
3 LAURA W. BRILL (S.B. #195889)
  lbrill@kbkfirm.com
4 NICHOLAS F. DAUM (S.B. #236155)
  ndaum@kbkfirm.com
5 NATHALIE E. COHEN (S.B. #258222)
  ncohen@kbkfirm.com
6 KENDALL BRILL & KLIEGER LLP
  10100 Santa Monica Blvd., Suite 1725
7 Los Angeles, California 90067
  Telephone: (310) 556-2700
8 Facsimile: (310) 556-2705

9 Attorneys for Defendants Marc Toberoff,
  Pacific Pictures Corporation, IP
10 Worldwide, LLC, and IPW, LLC

[PROPOSED] ORDER RE: APPLICATION TO RE-FILE UNDER SEAL

## **ORDER**

WHEREAS, Defendants have submitted an application to re-file under seal the Declaration of Joanne Siegel, executed on August 29, 2010, in Opposition to Plaintiff's Motion to Initiate Discovery and Take Immediate, Limited Discovery of Two Elderly Witnesses, which was filed on August 30, 2010, and which is set for hearing on September 20, 2010.

WHEREAS, the parties have stipulated that the Court should remove the August 29, 2010, Declaration of Joanne Siegel from the public record and the Declaration should be re-filed under seal pursuant to Local Rule 79-5.

Based on the stipulation of the parties, and for good cause shown,

IT IS HEREBY ORDERED THAT:

The Application is hereby granted and the Declaration of Joanne Siegel is hereby re-filed under seal.

IT IS SO ORDERED.

Dated: 9/13/10

_____
Hon. Ralph Zarefsky
Magistrate, United States District Court

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is: 2049 Century Park East, Suite 2720, Los Angeles, California 90067.

On September 10, 2010, I served the attached documents described as

**Notice of Manual Filing Re: Declaration of Joanne Siegel in Opposition to Plaintiff's Motion to Initiate Discovery and Take Immediate, Limited Discovery of Two Elderly Witnesses**

**Notice of Manual Filing Re: Application to Re-file Under Seal Declaration of Joanne Siegel in Opposition to Plaintiff's Motion to Initiate Discovery and Take Immediate, Limited Discovery of Two Elderly Witnesses**

**Declaration of Joanne Siegel in Opposition to Plaintiff's Motion to Initiate Discovery and Take Immediate, Limited Discovery of Two Elderly Witnesses**

**Application to Re-file Under Seal Declaration of Joanne Siegel in Opposition to Plaintiff's Motion to Initiate Discovery and Take Immediate, Limited Discovery of Two Elderly Witnesses**

**[Proposed] Order Granting Application to Re-file Under Seal Declaration of Joanne Siegel in Opposition to Plaintiff's Motion to Initiate Discovery and Take Immediate, Limited Discovery of Two Elderly Witnesses**

as follows:

[X] :BY MAIL:

As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. I placed ____ the original _X_ a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Daniel M. Petrocelli
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

:(STATE) - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] :(FEDERAL) – I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on September 10, 2010, in Los Angeles, California.

Nicholas C. Williamson