UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-03633-ODW(RZx) | Date | 9/14/10 |
|---|---|---|---|
| Title | DC COMICS v. PACIFIC PICTURES CORPORATION, ET AL. | | |

| Present: The Honorable | RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE |
|---|---|

| ILENE BERNAL | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**        (IN CHAMBERS)

Any opposition to Plaintiff's Ex Parte Application to Consolidate Hearing Dates on Related Discovery Motions (Document #62, filed 9/13/10) shall be filed no later than 12:00 noon on Wednesday, September 15, 2010.

                                                                                        :
                                   Initials of Preparer        igb

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-03633-ODW(RZx) | Date | 9/14/10 |
|---|---|---|---|
| Title | DC COMICS v. PACIFIC PICTURES CORPORATION, ET AL. | | |