# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 10-03633-ODW(RZx) | Date | September 15, 2010 |
|---|---|---|---|
| Title | D.C. COMICS v. PACIFIC PICTURES CORPORATION, ET AL. | | |

| Present: The Honorable | RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE | |
|---|---|---|
| Ilene Bernal | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:**   (IN CHAMBERS)

D.C. Comics *Ex Parte* Application to Consolidate Hearing Dates on Related Discovery Motions is denied. No basis appears for ex parte relief.

On the Court's own motion, hearing on Defendants' Motion for a Protective Order Staying Depositions Pending Rulings on Dispositive Motions and Limiting Scope and Time of Depositions, currently set for October 4, 2010, is advanced to September 20, 2010 at 10:00 a.m. No Supplemental Memoranda shall be filed in connection with that motion.

|   | : |   |
|---|---|---|
| Initials of Preparer | | igb |