# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 10-03633-ODW(RZx) | Date | 9/20/10 |
| Title | DC COMICS v. PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC., ETC, ET AL. | | |

| Present: The Honorable | RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE |
|---|---|

| Ilene Bernal | Recorded on Courtsmart |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Daniel M. Petrocelli | Richard B. Kendall |
| Matthew T. Kline | Laura W. Brill |
| Jason Tokoro | Marc Toberoff |

**Proceedings:** HRG: 1) PLAINTIFF'S MOTION TO INITIATE DISCOVERY AND TAKE IMMEDIATE LIMITED DISCOVERY OF TWO ELDERLY WITNESSES (Doc. #44);
2) DEFENDANTS' MOTION FOR A PROTECTIVE ORDER (re "TOBEROFF TIMELINE") (Doc. #41);
3) DEFENDANTS' MOTION FOR A PROTECTIVE ORDER STAYING DEPOSITIONS PENDING RULINGS ON DISPOSITIVE MOTIONS AND LIMITING SCOPE AND TIME OF DEPOSITIONS (Doc. #58)

1) Plaintiff's motion to initiate discovery and take immediate limited discovery of two elderly witnesses (doc. #44) is denied.

2) Defendants' motion for a protective order (re "Toberoff Timeline") (doc #41) is denied.

3) Defendants' motion for a protective order staying depositions pending rulings on dispositive motions and limiting scope and time of depositions (doc. #58) is granted in part and denied in part as follows:

   The depositions are stayed until November 15, 2010.

   The depositions of Joanne Siegel and Laura Larson shall not proceed for more than 90 minutes at a time before the deponents are afforded breaks of as much time as they need.

   The deposition of Jean Peavy may be taken by written questions under FRCP 31, with deponent being given as much time as needed to respond to the court reporter. For example, she can respond in increments of 45 minutes if need be. At plaintiff's option, in lieu of a deposition, plaintiff is relieved of the limitation on the number of interrogatories and may serve up to 75 interrogatories on this defendant only.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-03633-ODW(RZx) | Date | 9/20/10 |
|---|---|---|---|
| Title | DC COMICS v. PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC., ETC, ET AL. | | |

The deposition of Mark Peavy may be taken without restriction.

There shall be no limit to the subject matter covered in the depositions.

The court expects all counsel to be cooperative, and none to be obstructive.

Any further explanations of the above rulings shall be found in the record of the proceedings.

No further written order shall issue.

|  | 1 | : | 25 |
|---|---|---|---|
| Initials of Preparer | | | igb |

cc: Hon. Otis D. Wright, II