| | |
|---|---|
| 1 | Marc Toberoff (State Bar No. 188547) |
|   |   *mtoberoff@ipwla.com* |
| 2 | Nicholas C. Williamson (State Bar No. 231124) |
|   |   *nwilliamson@ipwla.com* |
| 3 | Keith G. Adams (State Bar No. 240497) |
|   |   *kgadams@ipwla.com* |
| 4 | TOBEROFF & ASSOCIATES, P.C. |
|   | 2049 Century Park East, Suite 2720 |
| 5 | Los Angeles, California, 90067 |
|   | Telephone:  (310) 246-3333 |
| 6 | Fax:            (310) 246-3101 |
| 7 | Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, Joanne Siegel and Laura Siegel Larson |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS, | Case No: CV 10-03633 ODW (RZx) |
|         Plaintiff, | |
|    vs. | **DEFENDANT MARK WARREN PEARY, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, JOANNE SIEGEL AND LAURA SIEGEL LARSON'S NOTICE OF JOINDER AND JOINDER TO DEFENDANTS MARC TOBEROFF, IPW, LLC, IP WORLDWIDE, LLC AND PACIFIC PICTURES CORPORATION'S MOTION TO STRIKE PLAINTIFF'S STATE LAW CAUSES OF ACTION PURSUANT TO CALIFORNIA'S ANTI-SLAPP LAW** |
| PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; JOANNE SIEGEL, an individual; LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive, | |
|         Defendants. | Hon. Otis D. Wright II, U.S.D.J. |
| | Hon. Ralph Zarefsky, U.S.M.J. |
| | Date:   October 18, 2010 |
| | Time:   1:30 p.m. |
| | Place:  Courtroom 11 |
| | Complaint filed:  May 14, 2010 |

1  TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF
2  RECORD:
3  PLEASE TAKE NOTICE that defendants Mark Warren Peary, as personal
4  representative of the Estate of Joseph Shuster, Jean Adele Peavy, Joanne Siegel and
5  Laura Siegel Larson ("Defendants"), hereby join in defendants Marc Toberoff, IPW,
6  LLC, IP Worldwide, LLC and Pacific Pictures Corporation's Motion to Strike
7  Plaintiff's State Law Causes of Action Pursuant to California's Anti-SLAPP Law
8  (Cal. Code Civ. Proc. § 425.16), filed on September 20, 2010.  Defendants join in the
9  motion and supporting memorandum of points and authorities on the grounds set
10 forth therein as it pertains to the Sixth Claim for Relief in plaintiff DC Comics' First
11 Amended Complaint.  Defendants do so without prejudice to or waiver of any of their
12 rights, including their right to raise additional arguments with respect to claims
13 asserted by plaintiff at a later date.

DATED:  September 20, 2010    TOBEROFF & ASSOCIATES, P.C.

By _____
            Marc Toberoff

Attorneys for Defendants Mark Warren Peary,
as personal representative of the Estate of
Joseph Shuster, Jean Adele Peavy, Joanne
Siegel and Laura Siegel Larson