KENDALL BRILL & KLIEGER LLP
Richard B. Kendall (90072)
 rkendall@kbkfirm.com
Laura W. Brill (195889)
 lbrill@kbkfirm.com
Nicholas F Daum (236155)
 ndaum@kbkfirm.com
Nathalie E. Cohen (258222)
 ncohen@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile: 310.556.2705

Attorneys for Defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DC Comics,<br><br>        Plaintiff,<br><br>    v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. CV 10-3633 ODW(RZx)<br><br>**NOTICE OF JOINDER AND JOINDER IN DEFENDANT JOANNE SIEGEL AND LAURA SIEGEL LARSON'S MOTION TO DISMISS AND/OR STRIKE THE THIRD AND SIXTH CLAIMS FOR RELIEF**<br><br>*Filed concurrently with MOTION TO DISMISS, REQUEST FOR JUDICIAL NOTICE, MOTION TO STRIKE PURSUANT TO CALIFORNIA'S ANTI-SLAPP LAW, and DECLARATION OF NICHOLAS F. DAUM*<br><br>Hon. Otis D Wright, II<br><br>Date:  October 18, 2010<br>Time:  1:30 p.m.<br><br>Complaint Filed:  May 14, 2010 |

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

NOTICE OF JOINDER AND JOINDER IN MOTION TO DISMISS
THE THIRD AND SIXTH CLAIMS FOR RELIEF

TO ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC (collectively, the "Toberoff Defendants") hereby join in defendants Joanne Siegel and Laura Siegel Larson's motion to dismiss and/or strike the Third and Sixth Claims for Relief asserted by plaintiff DC Comics in the First Amended Complaint filed in this action. The Toberoff Defendants join in defendants Joanne Siegel and Laura Siegel Larson's motion and supporting memorandum of points and authorities on the grounds set forth therein. The Toberoff Defendants do so without prejudice to or waiver of any of their rights, including their right to raise additional arguments with respect to the claims asserted by plaintiff at a later date.

Dated: September 20, 2010         KENDALL BRILL & KLIEGER LLP

By: /s/ Nicholas F. Daum
Nicholas F. Daum
Attorneys for Defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC