1  Marc Toberoff (State Bar No. 188547)
    *mtoberoff@ipwla.com*
2  Nicholas C. Williamson (State Bar No. 231124)
    *nwilliamson@ipwla.com*
3  Keith G. Adams (State Bar No. 240497)
    *kgadams@ipwla.com*
4  TOBEROFF & ASSOCIATES, P.C.
   2049 Century Park East, Suite 2720
5  Los Angeles, California, 90067
   Telephone: (310) 246-3333
6  Fax:          (310) 246-3101

7  Attorneys for Defendants Mark Warren
   Peary, as personal representative of the
8  Estate of Joseph Shuster, Jean Adele Peavy,
   Joanne Siegel and Laura Siegel Larson

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| DC COMICS,<br><br>    Plaintiff,<br><br>    vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; JOANNE SIEGEL, an individual; LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>**DEFENDANT MARK WARREN PEARY, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JOSEPH SHUSTER AND JEAN ADELE PEAVY'S NOTICE OF JOINDER AND JOINDER TO DEFENDANTS JOANNE SIEGEL AND LAURA SIEGEL LARSON'S MOTION TO DISMISS AND/OR STRIKE PLAINTIFF'S COMPLAINT**<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>Date:  October 18, 2010<br>Time:  1:30 p.m.<br>Place:  Courtroom 11<br><br>Complaint filed: May 14, 2010 |

1  TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF
2  RECORD:
3  PLEASE TAKE NOTICE that defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster and Jean Adele Peavy ("Defendants"), hereby join in defendants Joanne Siegel and Laura Siegel Larson's Motion to Dismiss and/or Strike Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) filed September 20, 2010.  Defendants join in the motion and supporting memorandum of points and authorities on the grounds set forth therein.  Defendants do so without prejudice to or waiver of any of their rights, including their right to raise additional arguments with respect to claims asserted by plaintiff at a later date.

DATED: September 20, 2010    TOBEROFF & ASSOCIATES, P.C.

By _____
Marc Toberoff

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, Joanne Siegel and Laura Siegel Larson