1  DANIEL M. PETROCELLI (S.B. #097802)
   dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
   mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
   cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA  90067-6035
   Telephone:   (310) 553-6700
6  Facsimile:   (310) 246-6779

7  PATRICK T. PERKINS (admitted *pro hac vice*)
   pperkins@ptplaw.com
8  PERKINS LAW OFFICE, P.C.
   1711 Route 9D
9  Cold Spring, NY 10516
   Telephone:   (845) 265-2820
10  Facsimile:   (845) 265-2819

11  Attorneys for Plaintiff DC Comics

12  **UNITED STATES DISTRICT COURT**

13  **CENTRAL DISTRICT OF CALIFORNIA**

14  DC COMICS,

15        Plaintiff,

16       v.

17  PACIFIC PICTURES
   CORPORATION, IP WORLDWIDE,
18  LLC, IPW, LLC, MARC TOBEROFF,
   an individual, MARK WARREN
19  PEARY, as personal representative of
   the ESTATE OF JOSEPH SHUSTER,
20  JEAN ADELE PEAVY, an individual,
   JOANNE SIEGEL, an individual,
21  LAURA SIEGEL LARSON, an
   individual, and DOES 1-10, inclusive,
22
      Defendants.
23

Case No. CV 10-3633 ODW (RZx)

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DC COMICS' OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS**

**Judge**:     Hon. Otis D. Wright II

**Hearing Date**:   October 18, 2010
**Hearing Time**:   1:30 p.m.

24

25

26

27

28

1         Plaintiff DC Comics hereby requests that the Court take judicial notice of the

2   four following documents identified below in support of DC Comics' concurrently

3   filed Oppositions to Defendants' Motions to Dismiss.  The court may take notice of

4   facts that are capable of accurate and ready determination by resort to sources

5   whose accuracy cannot reasonably be questioned. FED. R. EVID. 201(b); *U.S. v.*

6   *Bernal-Obeso*, 989 F.2d 331, 333 (9th Cir. 1993).

7         In certain instances, the exhibits attached hereto have been slightly reduced

8   in size to confirm with the Local Rules regarding the formatting and pagination of

9   exhibits.  *See* L.R. 11-5.2, 11-5.3, 11-5.4.  This was done solely to prevent

10  pagination indications from overlapping with other text and to differentiate clearly

11  the new pagination references.

12        1.     DC Comics requests that the Court take judicial notice of the Petition

13  for Probate of Lots Will and for Letters Testamentary ("Petition"), filed July 23,

14  2003, in *In re Estate of Joseph Shuster*, Case No. BP-080635, Superior Court of the

15  State of California for the County of Los Angeles ("Probate Action").  A true and

16  correct copy of the Petition is attached hereto as Exhibit A.  It is proper for the

17  Court to take judicial notice of court records.  *E.g., Intri-Plex Techs., Inc. v. Crest*

18  *Group, Inc.*, 499 F.3d 1048, 1052 (9th Cir. 2007); *Mir v. Little Co. of Mary Hosp.*,

19  844 F.2d 646, 649 (9th Cir. 1988); *Valerio v. Boise Cascade Corp.*, 80 F.R.D. 626,

20  635 n. 1 (N.D. Cal. 1978), *aff'd*, 645 F.2d 699 (9th Cir.); 21 WRIGHT & MILLER,

21  FEDERAL PRACTICE AND PROCEDURE § 5106 (3d ed. 1998 & Supp. 2003) ("The

22  most frequent use of judicial notice of ascertainable facts is in noticing the content

23  of court records.").

24        2.     For the same reasons and on the same basis, DC Comics requests that

25  the Court take judicial notice of the Order Admitting Will To Probate, Appointing

26  Executor and Authorizing Independent Administration of Estate With Limited

27  Authority ("Order Appointing Executor") filed October 7, 2003, in the Probate

28

REQUEST FOR JUDICIAL NOTICE ISO DC
COMICS' OPPOSITIONS TO
DEFENDANTS' MOTIONS TO DISMISS

1    Action.  A true and correct copy of the Order Appointing Executor is attached

2    hereto as Exhibit B.

3           3.     For the same reasons and on the same basis, DC Comics requests that

4    the Court take judicial notice of Mark Peary and Jean Peavy's Memorandum in

5    Opposition to Defendants' Motion to Compel Production of Documents Pursuant to

6    Subpoena Duces Tecum For Contempt, and For Attorneys Fees ("Peavy

7    Opposition") filed August 25, 2006 in *In re Subpoenas Duces Tecum*, Case No.

8    MC-06-20 MV, United States District Court for the District of New Mexico.  A true

9    and correct copy of the Peavy Opposition is attached hereto as Exhibit C.

10          4.     DC Comics requests that the Court take judicial notice of the fact that

11   no later than May 12, 2005, defendants stated in a letter of that date that DC

12   Comics denied the validity of the Shusters' termination.  Rule 201 of the Federal

13   Rules of Evidence permits a court to take judicial notice of a fact that is "not

14   subject to reasonable dispute in that it is … capable of accurate and ready

15   determination by resort to sources whose accuracy cannot reasonably be

16   questioned."  Rule 201(d) "makes the taking of judicial notice mandatory if the

17   Court is so requested and supplied with the necessary information." *Haye v. United*

18   *States*, 461 F. Supp. 1168, 1174 (C.D. Cal. 1978).  That defendants stated no later

19   than May 12, 2005 that DC Comics denied the validity of the Shusters' termination

20   is not subject to reasonable dispute.  A letter signed by defendant Marc Toberoff

21   and dated May 12, 2005, a true and correct copy of which is attached hereto as

22   Exhibit D, states that DC Comics sent a prior letter "denying our clients'

23   termination interests…."  The letter is on the letterhead of the "Law Offices of

24   Marc Toberoff," is signed by Marc Toberoff, is written "[o]n behalf of" defendants

25   Mark Peary and Jean Peavy, and is both dated and fax-stamped May 12, 2005. *See*

26   *Brodsky v. Yahoo! Inc.*, 630 F. Supp. 2d 1104, 1111 (N.D. Cal. 2009) (judicial

27   notice of conference call transcripts for the fact that statements were made on the

28   dates specified); *Twinde v. Threshold Pharm., Inc.*, 2009 WL 928132, at *5 (N.D.

REQUEST FOR JUDICIAL NOTICE ISO DC
COMICS' OPPOSITIONS TO
DEFENDANTS' MOTIONS TO DISMISS

1   Cal. Apr. 3, 2009) (judicial notice of fact that statements made in press releases

2   were made on the dates specified).  To be clear, this letter is being offered to prove

3   notice, not "to prove liability, invalidity of, or amount of a claim" in the *Siegel*

4   cases, and thus is fully admissible.  FED. R. EVID. 408; *see also Rhoades v. Avon*

5   *Prods., Inc.*, 504 F.3d 1151, 1161 (9th Cir. 2007); *Munoz v. J.C. Penney Corp.,*

6   *Inc.*, 2009 U.S. Dist. LEXIS 36362, at *7-10 (C.D. Cal. Apr. 9, 2009).

7   Dated:  September 27, 2010                    Respectfully Submitted,

8                                                  O'MELVENY & MYERS LLP

9                                                  By:  /s/ Daniel M. Petrocelli

10                                                       Daniel M. Petrocelli

11  CC1:837002.1

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR JUDICIAL NOTICE ISO DC
COMICS' OPPOSITIONS TO
DEFENDANTS' MOTIONS TO DISMISS