# EXHIBIT A

DE-111

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | TELEPHONE AND FAX NOS.: | FOR COURT USE ONLY |
|---|---|---|
| JOHN D. PETTKER, Esq. (SBN 42346)<br>RODI, POLLOCK, PETTKER, GALBRAITH & CAHILL<br>A Law Corporation<br>444 South Flower Street, Suite 1700<br>Los Angeles, California 90071-2901 | (213) 895-4900   (213) 895-4921 | **FILED**<br>LOS ANGELES SUPERIOR COURT<br>JUL 2 3 2003<br>JOHN A. CLARKE, CLERK<br>BY E. ALVAREZ, DEPUTY |

ATTORNEY FOR (Name): MARK WARREN PEARY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS: 111 N. Hill Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central District

ESTATE OF (Name): JOSEPH SHUSTER, also known as JOE SHUSTER
/lost   DECEDENT

PETITION FOR
[X] Probate of Will and for Letters Testamentary
[ ] Probate of Will and for Letters of Administration with Will Annexed
[ ] Letters of Administration
[ ] Letters of Special Administration
[X] Authorization to Administer Under the Independent Administration of Estates Act [X] with limited authority

CASE NUMBER: BP080635
HEARING DATE: 8/25/03
DEPT.: 5    TIME: 9:15

1. Publication will be in (specify name of newspaper): DAILY JOURNAL
   a. [X] Publication requested.   b. [ ] Publication to be arranged.
2. Petitioner (name of each): MARK WARREN PEARY    requests
   a. [X] decedent's will and codicils, if any, be admitted to probate.
   b. [X] (name): MARK WARREN PEARY
      be appointed  (1) [X] executor           (3) [ ] administrator
                    (2) [ ] administrator with will annexed   (4) [ ] special administrator
      and Letters issue upon qualification.
   c. [X] that [ ] full [X] limited   authority be granted to administer under the Independent Administration of Estates Act.
   d. (1) [X] bond not be required for the reasons stated in item 3d.
      (2) [ ] $_____ bond be fixed. It will be furnished by an admitted surety insurer or as otherwise provided by law. (Specify reasons in Attachment 2 if the amount is different from the maximum required by Probate Code section 8482.)
      (3) [ ] $_____ in deposits in a blocked account be allowed. Receipts will be filed. (Specify institution and location):

3. a. Decedent died on (date): July 30, 1992   at (place): West Los Angeles, California
      (1) [X] a resident of the county named above.
      (2) [ ] a nonresident of California and left an estate in the county named above located at (specify location permitting publication in the newspaper named in item 1):
   b. Street address, city, and county of decedent's residence at time of death (specify): 11944 Montana Avenue #305, West Los Angeles, County of Los Angeles, California 90049
   c. Character and estimated value of the property of the estate:
      (1) Personal property:       $  None
      (2) Annual gross income from
         (a) real property:        $  None
         (b) personal property:    $  None
              Total:               $  None
      (3) Real property: $ None   (If full authority under the Independent Administration of Estates Act is requested, state the fair market value of the real property less encumbrances.)
   d. (1) [X] Will waives bond.   [ ] Special administrator is the named executor and the will waives bond.
      (2) [X] All beneficiaries are adults and have waived bond, and the will does not require a bond. (Affix waiver as Attachment 3d(2).)
      (3) [X] All heirs at law are adults and have waived bond. (Affix waiver as Attachment 3d(3).)
      (4) [ ] Sole personal representative is a corporate fiduciary or an exempt government agency.
   e. (1) [ ] Decedent died intestate.
      (2) [X] Copy of decedent's will dated: 6/28/1988   [ ] codicils dated:   are affixed as Attachment 3e(2).
           [X] The will and all codicils are self-proving (Prob. Code, § 8220).
              (Continued on reverse)

Form Approved by the Judicial Council of California
DE-111 [Rev. January 1, 1998]
Mandatory Use [1/1/2000]

**PETITION FOR PROBATE**

Legal Solutions Plus

Probate Code, §§ 8002, 10450

**In the Matter of the Estate of JOSEPH SHUSTER, Decedent**
**Los Angeles County, California, Superior Court – Central District**

## ATTACHMENT 2c
### Requested Additional Power

<u>Requested Additional Power</u>

Petitioner requests that the court grant him the following power in addition to the general powers conferred upon him by law and under the Independent Administration of Estates Act: *the power to terminate prior transfers of the decedent's copyright(s) pursuant to Section §304(c) of the United States Copyright Act, 17 U.S.C. §304(c)(2)(D), and to maintain and defend on behalf of the decedent and the estate all proceedings necessary or appropriate in connection with this action.*



261503_1.doc

In the Matter of the Estate of JOSEPH SHUSTER, Decedent
Los Angeles County, California, Superior Court – Central District

### ATTACHMENT 2d(1), 3(c) and 3(d)(1), (2) and (3)

No bond should be required of petitioner to act as Executor, or if a bond is required by the Court, it should be for a nominal amount, for the following reasons:

1. The first named Executor, Jean Adele Peavy, has signed and filed a Declination to Act as Personal Representative and Waiver of Bond of Mark Warren Peary as Personal Representative. Jean Adele Peavy, who is the sister of the decedent, is also the sole beneficiary under the decedent's Will and the sole heir at law of the decedent's estate under the laws of intestacy.

2. Petitioner is the alternate named Executor under the decedent's Will, and the decedent's Will waives bond.

3. Petitioner, who is the son of Jean Adele Peavy, is the nephew of the decedent.

4. A probate proceeding with respect to the decedent's estate would be unnecessary but for the fact that a personal representative of his estate needs to be appointed for the purpose of *terminating prior transfers of the decedent's copyright(s) pursuant to Section §304(c) of the United States Copyright Act, 17 U.S.C. §304(c)(2)(D)*. This right of the personal representative of the decedent's estate to terminate prior transfers of the decedent's copyright(s) was enacted into federal law as part of the Sonny Bono Copyright Act effective October 27, 1998. The purpose of such new law, enacted over six years after the decedent's death, is to give authors and their estates the power to recover previously assigned copyrights within time limits delineated in the statute.

5. All assets of the decedent, with the exception of the decedent's interest in and to *the copyrights*, which currently have an undetermined value, were of minimal value and transferred through a §13101 affidavit by Jean Adele Peavy shortly after the decedent's death on July 30, 1992.

Dated: July 15, 2003

_____
MARK WARREN PEARY

261503_1.doc

In the Matter of the Estate of JOSEPH SHUSTER, Decedent
Los Angeles County, California, Superior Court – Central District

## ATTACHMENT 3e(2)
### *(Lost)* Last Will and Testament

Grounds for Admission of *Lost* Will

The decedent died more than 10 years ago on July 30, 1992. Petitioner and other family members have made a diligent and extensive search for the original Will executed by the decedent on June 28, 1988, but have been unable to find it. Petitioner has only found a copy of such Will, which he is submitting for probate as the decedent's lost Will. Petitioner believes that the original of such Will has been lost or inadvertently destroyed. There would be no reason for the decedent to have revoked such Will by destroying it, because the terms of the Will replicate the result if the decedent died intestate. Under both the Will and the laws on intestacy, petitioner's mother, Jean Adele Peavy, who is the decedent's sister and sole surviving heir at law, would be the sole beneficiary of the decedent's estate and, but for her declination to act, would be entitled to be appointed personal representative. Further, under both the decedent's Will and the laws of intestacy, by reason of the declinations to act that have been filed concurrently with this petition, petitioner is entitled to be appointed personal representative.

The decedent never married and never had any issue.

261503_1.doc

THE
Last Will and Testament of
Joseph Shuster

Dated June 28, 19 83

# Last Will and Testament of

**KNOW ALL PERSONS BY THESE PRESENTS:**

That, I ___JOSEPH SHUSTER___

of ___W. Los Angeles, California___

being of sound and disposing mind and memory, and not acting under duress, menace, fraud or the undue influence of any person whomsoever, do make, publish and declare this my Last Will and Testament.

I.

I hereby declare that I am the ___brother___ of ___JEAN ADELE PEAVY___

at the time of the execution of this Will.

II.

I make no bequest, gift or devise to my children named in Paragraph I, or to any other child or children hereafter born to or adopted by me, except as hereinafter stated, knowing their ___N/A___ (mother, or father) will provide for them.

III.

I hereby direct and order that all just debts for which proper claims are filed against my estate, and the expenses of my last illness and funeral, be paid by my execut___rix___ as soon after my death as is practicable; provided, however, that this direction shall not authorize any creditor to require payment of any debt or obligation prior to its normal maturity in due course.

IV.

I give, devise and bequeath unto ___JEAN ADELE PEAVY___ all of the rest, residue and remainder of my estate, whether real or personal, and wheresoever situated. In the event that ___Jean Adele Peavy___ shall predecease me, or in the event that both ___Jean Adele Peavy___ and I shall die as a result of a common accident, illness or disaster, then I give, devise and bequeath the residue and remainder of my estate to my nephew, ___MARK WARREN PEARY___.

V.

I hereby nominate and appoint my ___sister___, ___Jean Adele Peavy___, executrix of this my Last Will and Testament, to act without bond. In the event that my ___sister___, is for any reason unable or unwilling to act as executrix hereof, I nominate and appoint ___Mark Warren Peary___ to act as execut___or___, also without bond.

## VI.

I further direct that my estate be settled without the intervention of any court, except to the extent required by law, and that my executrix settle my estate in such a manner as shall seem best and most conveniently to her, and I hereby empower my executrix to mortgage, lease sell, exchange and convey the personal and real property of my estate without an order of court for that purpose and without notice, approval or confirmation and in all other respects to administer and settle my estate without the intervention of court.

## VII.

I hereby revoke any and all former Wills and Codicils thereto made by me and declare this my Last Will and Testament.

In Witness Whereof I have hereunto set my hand this 28 day of June, 1988.

_____
Joseph Shuster
Testator

STATE OF CALIFORNIA } ss.
County of Los Angeles }

Each of the undersigned, being first duly sworn on oath, states that on this 28 day of June, 1988:

(1) I am over the age of eighteen (18) years and competent to be a Witness to the Will of JOSEPH SHUSTER _____ (the Testator);

(2) The Testator, in my presence and in the presence of the other Witnesses whose signatures appear below:

    (a) Declared the foregoing instrument consisting of one pages, of which this is the last to be his Will;

    (b) Requested me and the other Witnesses to act as Witnesses to his Will and to make this affidavit; and

    (c) Signed such instrument;

(3) I believe the Testator to be of sound mind, and that in so declaring and signing, he was not acting under any duress, menace, fraud, or undue influence;

(4) The other witnesses and I, in the presence of the Testator and of each other now affix our signatures as Witnesses to the Will and make this affidavit.

Tom Fenaughty
Witness
3374 Overland Ave #1
Address
L.A., Ca. 90064

Robert E Williams
Witness
3545 MENTONE AVE #3
Address
Los Angeles, California 90034

_____
Witness

_____
Address

SUBSCRIBED & SWORN to before me this 28 day of June, 1988.

F. Patrick Hagerty
Notary Public in and for the State of California,
residing at Santa Monica, Calif.

OFFICIAL SEAL
F. PATRICK HAGERTY
NOTARY PUBLIC-CALIFORNIA
PRINCIPAL OFFICE IN
LOS ANGELES COUNTY
My Commission Expires April 23, 1991

Exhibit A
10

In the Matter of the Estate of JOSEPH SHUSTER, Decedent
Los Angeles County, California, Superior Court – Central District

## ATTACHMENT 3g
### Nonresident of California and Permanent Address

I, Mark Warren Peary, the proposed personal representative, am a non-resident of California. I reside in the State of New Mexico at the following residence address:

51 Camino Cabo
Santa Fe, NM 87508

I hereby consent to act as the personal representative of the estate of my uncle, Joseph Shuster.

Dated: _____July 15_____, 2003

*(signed)* MARK WARREN PEARY

261503_1.doc

In the Matter of the Estate of JOSEPH SHUSTER, Decedent
Los Angeles County, California, Superior Court – Central District

## ATTACHMENT 8

The following is a list of the names, relationships, ages, and addresses, so far as known to or reasonably ascertainable by petitioner, of (1) all persons named in decedent's will and codicils, whether living or deceased, (2) all persons named or checked in items 2, 5, 6, and 7, and (3) all beneficiaries of a devisee trust in which the trustee and personal representative are the same person:

| Name and Address | Relationship | Age |
|---|---|---|
| Mark Warren Peary<br>51 Camino Cabo<br>Santa Fe, NM 87508 | Petitioner/Nephew | Adult |
| Jean Adele Peavy<br>51 Camino Cabo<br>Santa Fe, NM 87508 | Sister | Adult |
| Dawn L. Peavy<br>11405 Lake Nemi<br>El Paso, Texas 79936 | Niece | Adult |

261503_1.doc

RODI, POLLOCK, PETTKER, GALBRAITH
& CAHILL, A Law Corporation
JOHN D. PETTKER (SBN 42346)
444 South Flower Street, Suite 1700
Los Angeles, California 90071-2901
Telephone: (213) 895-4900
Facsimile: (213) 895-4921

Attorneys for MARK WARREN PEARY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES, CENTRAL

In re the Matter of the Estate of

JOSEPH SHUSTER, also known as
JOE SHUSTER

Decedent.

CASE NO. BP080635

DECLINATION TO ACT AS PERSONAL REPRESENTATIVE AND WAIVER OF BOND OF MARK WARREN PEARY AS PERSONAL REPRESENTATIVE

I, JEAN ADELE PEAVY, state as follows:

1. I am the only sibling of the decedent, JOSEPH SHUSTER. The decedent's and my parents are both deceased, having predeceased the decedent. I have two children, both of whom survived the decedent. They are Mark Warren Peary and Dawn L. Peavy.

2. I am the sole beneficiary under the decedent's Will dated June 28, 1988, and am nominated to act as Executor under such Will.

3. I hereby decline to serve as personal representative of the decedent's estate, whether as Executor of the decedent's Will or Administrator of his estate.

4. I hereby waive the requirement of a bond by Mark Warren Peary, whether acting as

---

1
DECLINATION TO ACT AS PERSONAL REPRESENTATIVE AND WAIVER OF BOND OF MARK WARREN PEARY AS PERSONAL REPRESENTATIVE

1 | Executor of the decedent's Will or Administrator of his estate.

2 | Dated: *July 15*, 2003

*Jean Adele Peavy*
JEAN ADELE PEAVY

261504_1.doc

2
DECLINATION TO ACT AS PERSONAL REPRESENTATIVE AND WAIVER OF BOND OF MARK WARREN PEARY AS PERSONAL REPRESENTATIVE

RODI, POLLOCK, PETTKER, GALBRAITH
& CAHILL, A Law Corporation
JOHN D. PETTKER (SBN 42346)
444 South Flower Street, Suite 1700
Los Angeles, California 90071-2901
Telephone: (213) 895-4900
Facsimile: (213) 895-4921

Attorneys for MARK WARREN PEARY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES, CENTRAL

| In re the Matter of the Estate of | CASE NO. |
|---|---|
| JOSEPH SHUSTER, also known as JOE SHUSTER | NOMINATION OF PERSONAL REPRESENTATIVE, DECLINATION TO ACT, AND WAIVER OF BOND OF MARK WARREN PEARY |
| Decedent. | |

I, DAWN L. PEAVY, state and declare as follows:

1. I am the niece of JOSEPH SHUSTER (the "decedent"), the decedent named herein, being the daughter of the decedent's sister, Jean Adele Peavy. My brother is Mark Warren Peary.

2. If the decedent's Will is not admitted to probate and an Executor thereof is not appointed and if my mother, Jean Adele Peavy, declines to act as personal representative of the decedent's estate, I am a person entitled to equal priority for appointment as the personal representative of the decedent's estate with my brother, MARK WARREN PEARY.

3. If for any reason MARK WARREN PEARY is not appointed by the Court as Executor of the decedent's Will, I hereby nominate MARK WARREN PEARY of Albuquerque, New Mexico, to serve as the personal representative of the decedent's estate without the

1
NOMINATION OF PERSONAL REPRESENTATIVE, DECLINATION TO ACT, AND WAIVER OF BOND OF MARK WARREN PEARY

1  requirement of any bond, pursuant to the authority provided to me under Sections 8461 and 8465
2  of the California Probate Code, and I decline to act as such personal representative.
3       4.   My intent in making this nomination is to ensure the appointment of a person that I
4  trust to serve as the personal representative of my uncle's estate.
5       I declare under penalty of perjury under the laws of the State of California, that the
6  foregoing is true and correct.
7       Executed on _July 15_____, 2003, in El Paso, Texas.

_/s/ Dawn L. Peavy_
DAWN L. PEAVY

Rodi, Pollock, Pettker, Galbraith & Cahill
A LAW CORPORATION
444 SOUTH FLOWER STREET, SUITE 1700
LOS ANGELES, CALIFORNIA 90071-2901
TELEPHONE: (213) 895-4900

261505_1.doc

2
NOMINATION OF PERSONAL REPRESENTATIVE, DECLINATION TO ACT, AND WAIVER OF BOND OF MARK WARREN PEARY