# EXHIBIT B

ORIGINAL

FILED
LOS ANGELES SUPERIOR COURT

OCT 0 7 2003

JOHN A. CLARKE, CLERK

BY M. GASTELUM, DEPUTY

1  **RODI, POLLOCK, PETTKER, GALBRAITH**
   **& CAHILL, A Law Corporation**
2  **JOHN D. PETTKER (SBN 42346)**
   444 South Flower Street, Suite 1700
3  Los Angeles, CA  90071-2901
   Telephone: 213-895-4900
4  Facsimile: 213-895-4750

5  Attorneys for MARK WARREN PEARY,
   Petitioner

6

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                   FOR THE COUNTY OF LOS ANGELES

10

11 In the Matter of the Estate of            NO. BP-080635

12 JOSEPH SHUSTER, also known as JOE         **ORDER ADMITTING WILL TO**
   SHUSTER,                                  **PROBATE, APPOINTING EXECUTOR**
13                                           **AND AUTHORIZING INDEPENDENT**
                          Deceased.          **ADMINISTRATION OF ESTATE WITH**
14                                           **LIMITED AUTHORITY**

15                                           **Hearing Date:  8-25-03**
                                             **Dept. 5 at 9:15 a.m.**
16

17

18        Petitioner, MARK WARREN PEARY, filed his petition for probate of will and for letters

19 testamentary and for authorization to administer estate under the Independent Administration of

20 Estates Act with limited authority of the estate of Joseph Shuster, also known as Joe Shuster,

21 deceased (the "decedent"), and such petition came on regularly for hearing and approval by the

22 Court at 9:15 a.m. on August 25, 2003, in Department 5 of the above-entitled Court, the

23 Honorable H. RONALD HAUPTMAN, Judge Pro Tem presiding.  JOHN D. PETTKER of Rodi,

24 Pollock, Pettker, Galbraith & Cahill, A Law Corporation, appeared as the attorney for petitioner,

25 and no one appeared in opposition.

26        On evidence given to the satisfaction of the Court, THE COURT FINDS THAT:

27        1.      All notices required by law have been given.

28 /   /   /

                                         1
ORDER ADMITTING WILL TO PROBATE, APPOINTING EXECUTOR AND AUTHORIZING IAEA WITH LIMITED AUTHORITY

RODI, POLLOCK, PETTKER, GALBRAITH & CAHILL
A LAW CORPORATION
444 SOUTH FLOWER STREET, SUITE 1700
LOS ANGELES, CALIFORNIA 90071-2901
TELEPHONE: (213) 895-4900

1      2.      The decedent died on July 30, 1992, a resident of the County of Los Angeles, State

2  of California.

3      3.      The decedent died testate, leaving a will dated June 28, 1988.  This will has never

4  been revoked but was lost or inadvertently destroyed.  Such will is admitted to probate by Minute

5  Order on August 25, 2003, as the decedent's last Will, and its provisions are as follows:

6                        LAST WILL AND TESTAMENT OF

7  KNOW ALL PERSONS BY THESE PRESENTS:

8                                                I

9  That, I  JOSEPH SHUSTER, of W. Los Angeles, California, being of sound and disposing mind

10 and memory, and not acting under duress, menace, fraud or the undue influence of any person

11 whomsoever, do make, publish and declare this my Last Will and Testament.

12

13     I hereby declare that I am the brother of JEAN ADELE PEAVY at the time of the

14 execution of this Will.

15                                               II

16     I make no bequest, gift or devise to my children named in Paragraph I, or to any other

17 child or children hereafter born to or adopted by me, except as hereinafter stated, knowing their

18     ____N/A____  will provide for them.

19                                              III

20     I hereby direct and order that all just debts for which proper claims are filed against my

21 estate, and the expenses of my last illness and funeral, be paid by my executrix as soon after my

22 death as is practicable; provided, however, that this direction shall not authorize any creditor to

23 require payment of any debt or obligation prior to its normal maturity in due course.

24                                              IV

25     I give devise and bequeath unto JEAN ADELE PEAVY all of the rest, residue and

26 remainder of my estate, whether real or personal, and wheresoever situated.  In the event that Jean

27 Adele Peavy shall predecease me, or in the event that both Jean Adele Peavy and I shall die as a

28 /   /   /

---

1    result of a common accident, illness or disaster, then I give, devise and bequeath the residue and

2    remainder of my estate to my nephew, MARK WARREN PEARY.

3                                                                V

4              I hereby nominate and appoint my sister, Jean Adele Peavy, executrix of this my Last Will

5    and Testament, to act without bond.  In the event that my sister is for any reason unable or

6    unwilling to act as executrix hereof, I nominate and appoint Mark Warren Peary to act as executor,

7    also without bond.

8                                                               VI

9              I further direct that my estate be settled without the intervention of any court, except to the

10    extent required by law, and that my executrix settle my estate in such a manner as shall seem best

11    and most conveniently to her, and I hereby empower my executrix to mortgage, lease, sell,

12    exchange and convey the personal and real property of my estate without an order of court for that

13    purpose and without notice, approval or confirmation and in all other respects to administer and

14    settle my estate without the intervention of court.

15                                                              VII

16              I hereby revoke any and all former Wills and Codicils thereto made by me and declare this

17    my Last Will and Testament.

18              In Witness Whereof I have hereunto set my hand this 28th day of June, 1988.

19

20                                                                                    JOSEPH SHUSTER
                                                                                     Testator

21    STATE OF CALIFORNIA          )
                                                    )  ss.
22    COUNTY OF LOS ANGELES )

23              Each of the undersigned, being first duly sworn on oath, states that on this 28th day of June,

24    1988:

25              (1)        I am over the age of eighteen (18) years and competent to be a Witness to the Will

26    of JOSEPH SHUSTER (the Testator);

27              (2)        The Testator, in my presence and in the presence of the other Witnesses whose

28    signatures appear below:

RODI, POLLOCK, PETTKER, GALBRAITH & CAHILL
A LAW CORPORATION
444 SOUTH FLOWER STREET, SUITE 1700
LOS ANGELES, CALIFORNIA 90071-2901
TELEPHONE: (213) 895-4900

---

                                                        3

Exhibit B
19

1       (a)  Declared the foregoing instrument consisting of one pages, of which this is the

2   last to be his Will;

3       (b)  Requested me and the other Witnesses to act as Witnesses to his Will and to

4   make this affidavit; and

5       (c)  Signed such instrument;

6       (3)    I believe the Testator to be of sound mind, and that in so declaring and signing, he

7   was not acting under any duress, menace, fraud, or undue influence;

8       (4)    The other witnesses and I, in the presence of the Testator and of each other now

9   affix our signatures as Witnesses to the Will and make this affidavit.

10  Tom Fenaughty                                     Robert Williams

11  3374 Overland Ave., #1                            3545 Mentone Ave. #3

12  Los Angeles, CA 90064                             Los Angeles, California 90034

13  SUBSCRIBED & SWORN to before me this 28th day of June, 1988.

14      [NOTARIAL SEAL]            F. PATRICK HAGERTY
                                   Notary Public in and for the State of California,
15                                 residing at Santa Monica, Calif.

16  **THE COURT ORDERS:**

17      1.     MARK WARREN PEARY is appointed Executor of the decedent's Will recited

18  above, and letters testamentary shall issue on qualification.

19      2.     The Executor is granted limited authority to administer the estate under the

20  Independent Administration of Estates Act (there is no authority, without court supervision, to (1)

21  sell or exchange real property or (2) grant an option to purchase real property or (3) borrow money

22  with the loan secured by an encumbrance upon real property).

23      3.     The Executor is also granted the following special power in addition to the general

24  powers conferred upon him by law and under the Independent Administration of Estates Act:

25  The power to terminate prior transfers of the decedent's copyright(s) pursuant to Section §304(d)

26  of the United States Copyright Act, 17 U.S.C. §304(d), incorporating without limitation 17 U.S.C.

27  §304(c)(2)(D), and to maintain and defend on behalf of the decedent and the estate all proceedings

28  necessary or appropriate in connection with this action.

RODI, POLLOCK, PETTKER, GALBRAITH & CAHILL
A LAW CORPORATION
444 SOUTH FLOWER STREET, SUITE 1700
LOS ANGELES, CALIFORNIA 90071-2901
TELEPHONE (213) 895-4900

4.     Bond is fixed at $6,000.00.

Dated: _____

_____
Judge Pro Tem of the Superior Court

OCT 0 7 2008

264438_1.doc

H. RONALD HAUPTMAN,
JUDGE PRO TEM

ROOI, POLLOCK, PETTKER, GALBRAITH & CAHILL
A LAW CORPORATION
444 SOUTH FLOWER STREET, SUITE 1700
LOS ANGELES, CALIFORNIA 90071-2901
TELEPHONE: (213) 895-4900

5

ORDER ADMITTING WILL TO PROBATE, APPOINTING EXECUTOR AND AUTHORIZING IAEA WITH LIMITED AUTHORITY