# EXHIBIT 10

Jul-14-06  05:22pm  From-                                              T-873  P.010/010  F-355

DC COMICS INC.
1325 Avenue of the Americas
New York, New York 10019
(212) 636-5555
FAX (212) 636-5401



Paul Levitz/Executive Vice President & Publisher

Dated as of August 1, 1992

Mr. Frank Shuster                           Ms. Jean Shuster Peavy
98-120 Queens Blvd., Apt. 4K                316 Horton Lane, NW
Rego Park, NY  11374                        Albuquerque, NM  87114

Dear Mr. Shuster and Ms. Peavy:

   This is to confirm our agreement to pay you, collectively, a total of $25,000 a year, payable to Jean Shuster Peavy, commencing as of August 1, 1992, for as long as either one of you is alive. Such amounts shall be payable in accordance with Warner Communication Inc.'s customary payroll practices and shall be subject to all applicable withholding taxes. If Jean Shuster Peavy shall predecease Frank Shuster, then the foregoing payments shall be made to Frank Shuster for as long as he shall live.

   We ask you to confirm by your signatures below that this agreement fully settles all claims to any payments or other rights or remedies which you may have under any other agreement or otherwise, whether now or hereafter existing regarding any copyrights, trademarks, or other property right in any and all work created in whole or in part by your brother, Joseph Shuster, or any works based thereon. In any event, you now grant to us any such rights and release us, our licensees and all others acting with our permission, and covenant not to assert any claim of right, by suit or otherwise, with respect to the above, now and forever.

   If, despite the terms of this agreement, either of you assert any such claim of right, for any reason, you agree to refund to us, upon the making of any such assertion, all amounts previously paid to you hereunder, and we will have no obligation to make any further payments under this agreement. We also reserve all of our other rights, remedies and defenses in such an event.

   If after full consideration of the foregoing, you accept and agree to all of the above, please so indicate by signing below where indicated.

                                 Very truly yours,

                                 DC Comics

                                 By: _____
                                        Paul Levitz

                                                   EXHIBIT Shuster-16
                                                   DEAN ASSOCIATES

ACCEPTED AND AGREED TO:

_Frank Shuster_____
Frank Shuster                    Dated: 10/2/92

_Jean Shuster Peavy___
Jean Shuster Peavy               Dated: 10/2/92

                                                                  8

Exhibit 10
137