# EXHIBIT 11

505-897-7450

316 Horton Lane, NW
Albuquerque, N.M. 87114-1053

September 7, 1999

Paul Levitz, Exec. V. P. & Publisher
DC COMICS
1700 Broadway
New York, N.Y.

Dear Paul:

Hope you attended the Comic-Con's 30th Anniversary last month. Sorry I had to miss it. Mike Catron recently sent me a video he made of the 1998 ACTION NO. 1 COMIC BOOK PANEL which I had participated in. Did you ever see it?

The second part of the video he had recorded was of the 1996 Memorial Tribute to Jerry Siegel which you M.C.'d. It was fun watching. I'm glad the public appreciates the fact that Siegel and Shuster were the pioneers of the comic book industry and the source of prosperity for so many. I think back of the 30 years in which they suffered in poverty and my brother Frank and I supporting Joe. We're all glad that a new generation of true comic book enthusiasts took over DC COMICS.

As Joe's sister I would like to still share in some of the benefits from the legendary SUPERMAN. You had once told Frank and I that instead of a yearly raise of the pension, you would prefer to offer a bonus directly from DC itself. I'm making that request again for 1999.

I have learned from the Internet that Joanne Siegel has filed a copyright claim for SUPERMAN. I want you to know that I intend to continue to honor our pension agreement. I would, however, appreciate a generous bonus for this year as you had done many times in the past.

Regards to Janette and any of the staff who know me.

Best wishes,

*Jean Shuster Peavy*

Jean Shuster Peavy

DCC00006198

Exhibit 11
138