# EXHIBIT 22

11928 Darlington Avenue
#102
Los Angeles, CA  90049
February 14, 1982
213-820-2492

Mr. Steven J. Ross
Chairman of the Board and
Chief Executive Officer
75 Rockefeller Plaza
New York, NY  10019

Dear Steve,

I hope you are well and happy.

I'm bringing the attached articles to your attention because you are a busy man and may not be aware of all that transpires at D.C. Comics.

In the enclosed xeroxed material, Paul Levitz says that Jerry Siegel and Joe Shuster would be excluded from royalties on comic books selling over 100,000 copies, but that everyone else, including inkers (and he) would have a share.

His reasons for exclusion of older creators were: 1) "It's hard to find out who the creators were in most cases."

It's no mystery who the creators were in Jerry and Joe's case. Not only of Superman, but Superboy and other comics. What they did is well known in the trade. Jerry and Joe were in great part responsible for the success of the comic book industry. There are numerous, lucrative imitations of their creation from which others have become very wealthy, enabling them to build up estates for their wives and children.

Paul Levitz also states: 2) "Jerry Siegel and Joe Shuster were on salary for their creation.

This is incorrect. Jerry and Joe were not on salary. Not when they created Superman, nor were they ever, but rather independent contractors. For ten years they sold their comics material for Superman and other comics on a per-page basis and paid very low rates. Later, from 1959 to 1966, Jerry again wrote for Superman and Superman related characters (an additional seven years) giving Jerry a total of seventeen years of writing Superman Stories.

Today, free lancers are very well paid for their work. Now, under the new policy free lancers will get a royalty-bonus on each issue of the comic books over 100,000 copies bringing them heavy, extra money.

Also, under the new policy, people who originate new comics for D.C. receive originators royalties on everything including merchandising, movies, the lot. This sounds similar to the paperback and book deals that authors receive.

That's fine. But all of Jerry and Joe's working and contributing lives at D.C. they begged for royalties but were denied and overlooked despite their wonderfully successful creation Superman, and the many avenues of profit it brought.

WB008050

EXHIBIT NN   427

Exhibit 22
343

(2)

Jerry and Joe created that character with love. They brought it to life with the origination story, set the formula or format, dreamed up the spectacular action scenes, the idealistic fight against evil. Superman was their baby. The character that they love.

The past discrimination at D.C. was a bitter pill for the two pioneers who even now, after 44 years and a new policy find Siegel and Shuster shut out from royalties.

You have been very good to us and you know I speak from my heart when I tell you I'm filled with gratitude.

Jerry and Joe have nobody to speak for them but me, so I feel moved to tell you of this.

I suppose our last year's bonus, increase in annual income and tax check was in part due to the movie's success. That's what I tell Jerry and Joe, who will be 70 years old in a couple of years.

While I'm telling you that, I might as well tell you all. You did say had I any problems to let you know.

I have a terrible worry. In 1975 when our settlement contract was set up, I asked for, but was denied, life insurance for Jerry and Joe. As a result, Jerry does not have adequate life insurance, while Joe tells me he has none.

Jerry and Joe look in fairly good health. But at times, Jerry has difficulty walking. A vascular problem related to his heart condition. As for Joe, he was recently on penicillin for an abcessed tooth. The reaction gave him dizzy spells and I feared he'd be hit by a car while crossing streets when grocery shopping. It's times like these that remind me of their frailty. I think you will agree that they should have adequate life insurance.

Should anything happen to Jerry, there is the problem of what's to become of me as his widow. I'll be 65 years old this year. And there is our daughter, Laura who would be left without any measure of security.

For many years after Jerry and Joe leave this earth, Superman in movies, TV, cassettes, comic books, merchandising, will continue to earn hundreds of millions of dollars from the domestic and foreign market. Superman's steady, increasing popularity since 1938 seems ever to grow with each new generation, while holding on with the older fans.

Yet, our contract states that after Jerry's demise, should it come before 1985, I would receive only $20,000 annually, about $16,000 after taxes, or $10,000 after 1985, about $7,000 annually after taxes. This would plunge me into an impossible financial situation without dignity nor security.

After 1985 according to the contract, our beloved daughter Laura, who Jerry and I worry about, would not even have contractual protection and may be struggling to survive while Superman continues to reap many millions.

As long as you are around I feel, (and I hope I am right) that I can count on you to continue the same income to me as Jerry would be receiving. You realize I'm sure, that they don"t lower rent, food or other costs for widows. Giving a widow one-half of her husband's income is an old fashioned unrealistic practice that unfailingly causes hardship.

If, God forbid, anything happened to you, Steve, or you retired, I would be at the mercy of your successors and others who might not care if I'm thrown out into the street in my old age.

(3)

Without an amendment to the contract stating that the same income continue to me, my financial security is in jeopardy.

Jerry does not have an estate to leave me. To ask an aged widow who has just experienced a terrible trauma (with all kinds of unexpected expenses) to suddenly cut her standard of living by 50% is a terrible upheaval.

Provisions for Laura could also be worked out so that the daughter of the creator of Superman doesn't suffer in poverty, while Superman continues with multi-million dollar earnings.

We are so grateful to you for all you have done for us. But there still remains the additional problems I've mentioned in these two letters which I hope you will consider.

Hoping to hear from you soon. Fondest regards from Jerry, Joe, Laura and me. God bless you.

Joanne Siegel

P.S. Your lovely letter with two complimentary tickets to see Chariots of Fire has just arrived. Thank you for including us on your list.

The third paragraph in your letter regarding Chariots of Fire especially warmed my heart. Notably, "At the core of the picture is a celebration of the human spirit" and, "The film embodies all of the principles we strive to achieve here at WCI in our business relationships and in our daily lives."

WB008052