# EXHIBIT 30

**AVERY**

50-1
In/Out Cal
100 P

10/4/01 to 4/10/02

# INCOMING/OUTGOING CALL REGISTER

**OUTGOING CALLS**

| DATE | | | |
|---|---|---|---|
| TIME | NAME | MESSAGE | |

**INCOMING CALLS**

| DATE | | | |
|---|---|---|---|
| TIME | NAME | MESSAGE | |

GTRB 0598

Avery-Aigner

Exhibit 30
636

**INCOMING CALLS**

DATE: 2/6/02

| TIME | NAME | MESSAGE | CALL COMPLETED |
|---|---|---|---|

**REDACTED**

| 1/1/05 | Mark Toberoff re: Superman | #310-589-5151 – Potential Buyout (end of Nov.) | |

**REDACTED**

GTRB 0604

AVERY FORM NO. 50-111

Exhibit 30
637