# EXHIBIT 36

Joanne Siegel
13929 Marquesas Way #201A
Marina Del Rey, CA 90292

Laura Siegel Larson
6400 Pacific Avenue #106
Playa Del Rey, CA 90293

October 28, 2002

Lillian J. Laserson
General Counsel
DC Comics
1700 Broadway
New York, New York 10019

Dear Ms. Laserson,

Per the Tolling Agreement dated April 6, 2000 between DC Comics ("DC") on the one hand, and Joanne Siegel and Laura Siegel Larson ("Siegel") on the other, enclosed please find a copy of our written notice to DC Comics, dated September 21, 2002, which totally stopped and ended negotiations with DC Comics, Inc., the parent company AOL Time Warner and all of its representatives and associates concerning the Jerry Siegel Family's rights to Superman, Superboy, the Spectre and all related characters and entities.

According to page 2, of the Tolling Agreement:

> "The Tolling Period provided for in this Agreement shall remain in effect until 10 business days after the earlier of: (a) one of the parties terminating negotiations, in writing, relating to the Notices, or (b) the parties reaching an amicable resolution of the disputes between them relating to the Notices."

In view of the foregoing, the Tolling Period has been cancelled.

As required by the April 6, 2000 Tolling Agreement, this notice is being sent to you by United States Certified Mail, Return Receipt Requested with a copy to:

Carol F. Simkin/Roger L. Zissu
Fross Zelnick Lerhman & Zissu, P.C.
866 United Nations Plaza
New York, New York 10017

000001299

Exhibit 36
652

Lillian J. Laserson
General Counsel
DC Comics
October 28, 2002
Page 2

Sincerely,

*Joanne Siegel*

Joanne Siegel

Sincerely,

*Laura Siegel Larson*

Laura Siegel Larson

Enclosure: September 21, 2002 written notification to Paul Levitz terminating negotiations

CC: Carol F. Simkin/Roger L. Zissu
    Michael Siegel
    Don W. Bulson, Esq.