| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #097802) |
|   | dpetrocelli@omm.com |
| 2 | MATTHEW T. KLINE (S.B. #211640) |
|   | mkline@omm.com |
| 3 | CASSANDRA L. SETO (S.B. #246608) |
|   | cseto@omm.com |
| 4 | O'MELVENY & MYERS LLP |
|   | 1999 Avenue of the Stars, 7th Floor |
| 5 | Los Angeles, CA 90067-6035 |
|   | Telephone: (310) 553-6700 |
| 6 | Facsimile: (310) 246-6779 |

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819

Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS, | Case No. CV 10-3633 ODW (RZx) |
| Plaintiff, | |
| v. | **NOTICE OF TWO TYPOGRAPHICAL ERRORS IN DECLARATION OF DANIEL M. PETROCELLI FILED ON SEPTEMBER 27, 2010** |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive, | Hon. Otis D. Wright II |
| Defendants. | |

1   On September 27, 2010, plaintiff DC Comics filed a declaration made by
2   Daniel M. Petrocelli. Docket No. 94. Upon review, the declaration contained two
3   typographical errors. In Paragraph 29, in the following sentence, the declaration
4   should refer to Exhibit number "21," rather than "20":
5       Attached hereto as Exhibits 17, 18, 19, and 20 are true and correct copies of letters from Martin Payson of Warner
6   Communications dated June 20, 1988; August 8, 1988; March 12,
7   1990; and March 5, 1991.
8   In Paragraph 38, the following sentence should reference Exhibit "28" rather
9   than "38": "Attached hereto as Exhibit 38 is a true and correct copy of that letter."

Dated:  September 29, 2010            Respectfully Submitted,

                                                  By: /s/ Daniel M. Petrocelli
                                                    Daniel M. Petrocelli