KENDALL BRILL & KLIEGER LLP
Richard B. Kendall (90072)
  rkendall@kbkfirm.com
Laura W. Brill (195889)
  lbrill@kbkfirm.com
Nicholas F Daum (236155)
  ndaum@kbkfirm.com
Nathalie E. Cohen (258222)
  ncohen@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California  90067
Telephone:  310.556.2700
Facsimile:   310.556.2705

Attorneys for Defendants Marc Toberoff,
Pacific Pictures Corporation, IP
Worldwide, LLC, and IPW, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DC Comics,<br><br>              Plaintiff,<br><br>       v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>              Defendants. | Case No. CV 10-3633 ODW(RZx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FOURTH AND FIFTH CLAIMS FOR RELIEF AND MOTION TO STRIKE PLAINTIFF'S STATE LAW CLAIMS FOR RELIEF PURSUANT TO ANTI-SLAPP LAW (CAL. CODE CIV. PROC. § 425.16)**<br><br>Hon. Otis D Wright, II<br><br>Complaint Filed:     May 14, 2010 |

58907.2

1  Defendants' Motion To Dismiss Plaintiff's Fourth and Fifth Claims for Relief
2  and Motion To Strike Plaintiff's State Law Causes of Action Pursuant To Anti-
3  SLAPP Law (Cal. Code Civ. Proc. § 425.169) came on for hearing before this Court
4  on October 18, 2010, at 1:30 p.m.  After full consideration of the matter, this Court
5  finds as follows:
6  <u>Plaintiff's Fourth and Fifth Claims for Relief are dismissed pursuant to Fed.</u>
7  <u>R. Civ. P. 12(b)(6) without leave to amend on the following grounds:</u>
8  The Fourth Claim for Relief for tortious interference with contract fails to
9  state a claim because no interference has been alleged, no valid contract has been
10 alleged, and the cause of action is barred by a two-year statute of limitations and by
11 California's litigation privilege.  The Fifth Claim for Relief for tortious interference
12 with prospective economic advantage fails to state a claim because it is barred by a
13 two-year statute of limitations and by California's litigation privilege.
14 <u>Plaintiff's Fourth, Fifth, and Sixth Causes of Action are dismissed and</u>
15 <u>stricken pursuant to California's Anti-SLAPP Law (Cal. Code Civ. Proc. § 425.169)</u>
16 <u>on the following grounds:</u>
17 The Fourth, Fifth and Sixth Causes of Action are protected by California
18 Code of Civil Procedure § 425.16 because they concern (i) statements or writings
19 made before a legislative, executive, or judicial or other official proceeding (Cal.
20 Code Civ. Proc. § 425.16(e)(1)), (ii) written or oral statements and writings made in
21 connection with an issue under consideration or review by a legislative, executive,
22 or judicial body (Cal. Code Civ. Proc. § 425.15(e)(2)), and (iii) an exercise of free
23 speech rights in connection with a public issue (Cal. Code Civ. Proc.
24 § 425.16(e)(4)).  Plaintiff has not shown a reasonable probability of prevailing on its
25 Fourth, Fifth, or Sixth Claims for Relief because Plaintiff has adduced no admissible
26 evidence and its claims fail as a matter of law.  The Fourth Claim for Relief for
27 tortious interference with contract fails to state a claim because no interference has
28 been alleged, no valid contract has been alleged, and the cause of action is barred by

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

58907.2

a two-year statute of limitations and by California's litigation privilege.  The Fifth Claim for Relief for tortious interference with prospective economic advantage fails to state a claim because it is barred by a two-year statute of limitations and by California's litigation privilege.  The Sixth Claim for declaratory relief fails to state a claim because the cause of action is barred by the statute of limitations, it does not plead any "unlawful, unfair, or fraudulent conduct" as required under the Unfair Competition Law, Cal. Bus. & Prof. Code § 17200, *et seq.*, and there is nothing improper about the consent agreements that form the basis of the claim.  Moreover, Plaintiff has not met its burden to obtain discovery under either Cal. Code Civ. Proc. § 425.16(g) or F.R.C.P. 56(f).

IT IS SO ORDERED.

Dated: _____

Honorable Otis D Wright, II
Judge, United States District Court

Submitted by:

/s/ Richard B. Kendall
Richard B. Kendall
Attorneys for Defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

58907.2

2

[PROPOSED] ORDER GRANTING MOTIONS TO DISMISS
AND TO STRIKE PURSUANT TO ANTI-SLAPP LAW