Marc Toberoff (State Bar No. 188547)
 mtoberoff@ipwla.com
Nicholas C. Williamson (State Bar No. 231124)
 nwilliamson@ipwla.com
Keith G. Adams (State Bar No. 240497)
 kgadams@ipwla.com
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California, 90067
Telephone: (310) 246-3333
Fax:       (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, Joanne Siegel and Laura Siegel Larson

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>        Plaintiff,<br><br>    vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; JOANNE SIEGEL, an individual; LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>        Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br><br>**DEFENDANTS JOANNE SIEGEL AND LAURA SIEGEL LARSON'S SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS AND/OR STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)**<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set<br><br>Date:  October 18, 2010<br>Time:  1:30 p.m.<br>Place: Courtroom 11 |

# TABLE OF CONTENTS

| Exhibit | Document | Page |
|---------|----------|------|
|         | Request for Judicial Notice | 01 |
| A | Disney's Notice of Motion and Motion for Summary Judgment on SSI's Counterclaims, or in the Alternative, for Summary Adjudication, signed by DC's counsel Daniel Petrocelli, filed July 6, 2009, in the case *Milne v. Stephen Slesinger, Inc.*, C.D. Cal. Case No. 2:02-CV-08508 FMC (PLAx) | 04 |
| B | Plaintiff Disney Enterprises, Inc.'s Memorandum of Law in Support of Motion to Dismiss Counterclaims Or, Alternatively, To Dismiss First Counterclaim and Require More Definite Statement of Second Counterclaim, signed by DC's counsel Daniel Petrocelli, filed February 10, 2003, in the case *Milne v. Stephen Slesinger, Inc.*, C.D. Cal. Case No. 2:02-CV-08508 FMC (PLAx) | 30 |
| C | Declaration of Michael Bergman in Response to the Declaration of Marc Toberoff Filed Pursuant to the Court's September 17, 2007 Order, filed on September 25, 2007, in the case *Siegel v. Warner Bros. Entertainment Inc., et al.*, Case No. 04-CV-8400 ODW (RZx) | 38 |

Pursuant to Rule 201 of the Federal Rules of Evidence, defendants Joanne Siegel and Laura Siegel Larson ("Defendants") respectfully request that this Court take judicial notice of the following documents, submitted in further support of Defendants' Motion to Dismiss Plaintiff DC Comics' Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) filed concurrently herewith.  In ruling on a motion to dismiss a complaint pursuant to Fed. R. Civ. P. 12(b)(6), a court may consider matters subject to judicial notice. *Neilson v. Union Bank of California, N.A.*, 290 F. Supp. 2d 1101, 1111-12 (C.D. Cal. 2003) ("In deciding a motion to dismiss … a court may consider … matters that may be judicially noticed pursuant to Federal Rule of Evidence 201."); *Haye v. United States*, 461 F. Supp. 1168, 1174 (C.D. Cal. 1978) ("Subsection (d) [of Rule 201] makes the taking of judicial notice mandatory if the Court is so requested and supplied with the necessary information.").[1]

1.  Defendants request that the Court take judicial notice of "Disney's Notice of Motion and Motion for Summary Judgment on SSI's Counterclaims, or in the Alternative, for Summary Adjudication," signed by DC's counsel Daniel Petrocelli, filed July 6, 2009, in the case *Milne v. Stephen Slesinger, Inc.,* C.D. Cal. Case No. 2:02-CV-08508 FMC (PLAx), 2002 U.S. Dist. Ct. Motions 560675; 2009 U.S. Dist. Ct. Motions LEXIS 49109.  A true and correct copy of the Notice of Motion and Motion is attached hereto as Exhibit A.  It is proper for the Court to take judicial notice of court records.  *See* F.R.E. 201(b)(2); *Schweitzer v. Scott*, 469 F. Supp. 1017, 1020 (C.D. Cal. 1979) ("The Court is empowered to and does take judicial notice of court files and records.");  *Ross v. Altria Group, Inc.,* 2004 U.S. Dist. LEXIS 18558, at *6 n.3 (N.D. Cal. Sept. 3, 2004) (taking judicial notice of decisions in "unrelated case"); *S. Cal. Hous. Rights v. Nijjar*, 2004 U.S. Dist. LEXIS

---

[1] *See generally In re Calpine Corp. Sec. Litig.*, 288 F. Supp. 2d 1054, 1076 (N.D. Cal. 2003) ("[T]he Court may take judicial notice of documents on which allegations in the [complaint] necessarily rely, even if not expressly referenced in the [complaint], provided the authenticity of those documents are not in dispute."); *Parrino v. FHP Healthcare, Inc.*, 146 F.3d 699, 706 (9th Cir. 1998) (stating judicial notice prevents "plaintiffs from surviving a Rule 12(b)(6) motion by deliberately omitting references to documents upon which their claims are based.").

31038 (C.D. Cal. May 26, 2004) (taking "notice that a complaint was filed" in an unrelated case).

2.  Defendants request that the Court take judicial notice of "Plaintiff Disney Enterprises, Inc.'s Memorandum of Law in Support of Motion to Dismiss Counterclaims Or, Alternatively, To Dismiss First Counterclaim and Require More Definite Statement of Second Counterclaim," signed by DC's counsel Daniel Petrocelli, filed February 10, 2003, in the case *Milne v. Stephen Slesinger, Inc.*, C.D. Cal. Case No. 2:02-CV-08508 FMC (PLAx), 2002 U.S. Dist. Ct. Motions 8508; 2003 U.S. Dist. Ct. Motions LEXIS 8195.  A true and correct copy of the Notice of Motion and Motion is attached hereto as Exhibit B.  It is proper for the Court to take judicial notice of the existence of court records.  *See* F.R.E. 201(b)(2); *Schweitzer v. Scott*, 469 F. Supp. 1017, 1020 (C.D. Cal. 1979) ("The Court is empowered to and does take judicial notice of court files and records.");  *Ross v. Altria Group, Inc.,* 2004 U.S. Dist. LEXIS 18558, at *6 n.3 (N.D. Cal. Sept. 3, 2004) (taking judicial notice of decisions in "unrelated case"); *S. Cal. Hous. Rights v. Nijjar*, 2004 U.S. Dist. LEXIS 31038 (C.D. Cal. May 26, 2004) (taking judicial "notice that a complaint was filed" in an unrelated case).

3.  Defendants request that the Court take judicial notice of the Declaration of Michael Bergman in Response to the Declaration of Marc Toberoff Filed Pursuant to the Court's September 17, 2007 Order, filed on September 25, 2007, in the case *Siegel v. Warner Bros. Entertainment Inc., et al.*, Case No. 04-CV-8400 ODW (RZx) (Docket No. 254).  A true and correct copy of the September 25, 2007 Declaration of Michael Bergman is attached hereto as Exhibit C.  It is proper for the Court to take judicial notice of proceedings and determinations of prior related litigation. 1-201 *Weinstein's Federal Evidence* § 201.12[3] ("Courts have the power to judicially recognize their own records of prior litigation closely related to the present case"). *See Stein v. State of Arizona*, 2010 WL 2541136 (D. Ariz. June 18, 2010) (on motion to dismiss, taking judicial notice of Plaintiff's sentencing documents and release

2
SIEGEL DEFENDANTS' SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE

order in related criminal case against Plaintiff) (citing *Emrich v. Touche Ross & Co.,* 846 F.2d 1190, 1198 (9th Cir. 1988)); *Reyn's Pasta Bella, LLC v. Visa USA, Inc.,* 442 F.3d 741, 746 n.6 (9th Cir. 2006) (taking judicial notice, as a matter of public record, of briefs, pleadings, memoranda, expert reports from related litigation); *Kourtis v. Cameron*, 419 F.3d 989, 1001 (9th Cir. 2005) ("[C]ourt records from related proceedings can be taken into account without converting a motion to dismiss into a summary judgment motion") (*abrogated on other grounds by Taylor v. Sturgell*, 553 U.S. 880 (2008).

      Pursuant to Federal Rules of Evidence 201, and for the reasons set forth above, Defendants request that this Court take judicial notice of the documents described above.

DATED: October 4, 2010        TOBEROFF & ASSOCIATES, P.C.

By _____
      Marc Toberoff

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, Joanne Siegel and Laura Siegel Larson