```
KENDALL BRILL & KLIEGER LLP
Richard B. Kendall (90072)
 rkendall@kbkfirm.com
Laura W. Brill (195889)
 lbrill@kbkfirm.com
Nicholas F. Daum (236155)
 ndaum@kbkfirm.com
Nathalie E. Cohen (258222)
 ncohen@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California  90067
Telephone:  (310) 556-2700
Facsimile:   (310) 556-2705
```

Attorneys for Defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC

(continued on next page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**[PROPOSED] ORDER RE: MOTION FOR REVIEW OF MAGISTRATE'S RULING ON MOTION FOR PROTECTIVE ORDER**<br><br>Hon. Otis D Wright, II<br><br>Date:　November 8, 2010<br>Time:　1:30 p.m.<br><br>Complaint Filed:　May 14, 2010 |

58898.1

[PROPOSED] ORDER RE: MOTION FOR REVIEW OF MAGISTRATE JUDGE'S ORDER

1 (continued from previous page)

2 TOBEROFF & ASSOCIATES, P.C.
3 Marc Toberoff (188547)
   *mtoberoff@ipwla.com*
4 Nicholas C. Williamson (231124)
   *nwilliamson@ipwla.com*
5 Keith G. Adams (240497)
   *kgadams@ipwla.com*
6 2049 Century Park East, Suite 2720
7 Los Angeles, California 90067
   Telephone: (310) 246-3333
8 Facsimile:  (310) 246-3101

9 Attorneys for Defendants Mark Warren Peary, as personal representative of the
10 Estate of Joseph Shuster, Jean Adele Peavy, Joanne Siegel and Laura Siegel Larson

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

58898.1

[PROPOSED] ORDER RE: MOTION FOR REVIEW OF MAGISTRATE JUDGE'S ORDER

# [PROPOSED] ORDER

WHEREAS, Defendants have moved the Court for review of Magistrate Judge Ralph Zarefsky's September 20, 2010 ruling on Defendants' motion for a protective order, on the grounds that the Magistrate Judge's determination that Defendants' filing of an Anti-SLAPP motion did not operate to stay of discovery relating to Plaintiff's state law claims is clearly erroneous and contrary to law and that DC should not be permitted to avoid the stay by filing a federal cause of action that is not grounded in federal law.

Based on defendants' motion, and the record on Defendants' motion for a protective order, and for good cause shown,

IT IS HEREBY ORDERED that:

1) The discovery stay under section 415.16(g) of the California Code of Civil Procedure applies in this action to plaintiff DC's state law claims and DC has not met its burden to show good cause to overcome a stay. Accordingly, there should be no discovery as to DC's state law claims pending resolution of the Defendants' Anti-SLAPP motion.

2) Good cause also exists to extend the discovery stay as to the Third Claim for Relief.

IT IS SO ORDERED.

Dated:

                                           Hon. Otis D. Wright II
                                           United States District Judge

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

58898.1

1

[PROPOSED] ORDER RE: MOTION FOR REVIEW OF MAGISTRATE JUDGE'S ORDER