KENDALL BRILL & KLIEGER LLP
Richard B. Kendall (90072)
  rkendall@kbkfirm.com
Laura W. Brill (195889)
  lbrill@kbkfirm.com
Nicholas F Daum (236155)
  ndaum@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California  90067
Telephone:  310.556.2700
Facsimile:   310.556.2705

Attorneys for Defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DC Comics,<br><br>             Plaintiff,<br><br>      v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>             Defendants. | Dist. Ct. No. CV 10-3633 ODW(RZx)<br><br>**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

57396.1

Notice is hereby given that Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC, Defendants in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from an Order Vacating and Deeming Moot the Motion of Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC and IPW, LLC to Strike Plaintiff's State Law Causes of Action Pursuant to California's Anti-SLAPP Law, entered in this action on September 7, 2010, and attached hereto as Exhibit A.

The Court's September 7, 2010, Order is an appealable final decision under 28 U.S.C. § 1291. *See Batzel v. Smith*, 333 F.3d 1018 (2003).

Dated: October 7, 2010                KENDALL BRILL & KLIEGER LLP


By: /s/ Laura W. Brill
    Laura W. Brill
    Attorneys for Defendants Marc Toberoff,
    Pacific Pictures Corporation, IP
    Worldwide, LLC, and IPW, LLC

57396.1

1
NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

# EXHIBIT A

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-3633 ODW(RZx) | Date | September 7, 2010 |
|---|---|---|---|
| Title | DC Comics v. Pacific Pictures Corporation et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):** Order Vacating Motions [30; 31; 33; 34; 35, Motions Hearing

The Court is in receipt of Plaintiff's First Amended Complaint. Accordingly, the following motions are DEEMED MOOT AND VACATED, as is the motions hearing scheduled for October 18, 2010 at 1:30 p.m.:

Motion of Toberoff, Pacific Picturs Corporation, IP Worldwide, LLC and IPW, LLC to Strike Plaintiff's State Law Causes of Action Pursuant to California's Anti-SLAPP Law [30] (Filed 8/13/10);

Motion of Toberoff, Pacific Pictures Corporation, Ip Worldwide, LLC and IPW, LLC to Dismiss Plaintiff's Complaint [31] (Filed 8/13/10);

Defendant Mark Warren Peary's, as Personal Representative of the Estate of Joseph Shuster, Motion to Dismiss And/Or Stay Plaintiff's Complaint [33] (Filed 8/13/10);

Defendants Joanne Siegel and Laura Siegel Larson's Motion to Dismiss And/Or Strike Plaintiff's Complaint [34] (Filed 8/13/10); and,

Defendant Mark Warren Peary's, as Personal Representative of the Estate of Joseph Shuster, Joinder to Defendants Siegel and Siegel-larson's Motion to Dismiss And/Or Strike Plaintiff's Complaint [35] (Filed 8/13/10).

IT IS SO ORDERED.

| | : | 00 |
|---|---|---|
| | Initials of Preparer | RGN |