KENDALL BRILL & KLIEGER LLP
Richard B. Kendall (90072)
  rkendall@kbkfirm.com
Laura W. Brill (195889)
  lbrill@kbkfirm.com
Nicholas F Daum (236155)
  ndaum@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile: 310.556.2705

Attorneys for Defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DC Comics, | Case No. CV 10-3633 ODW(RZx) |
| Plaintiff, | |
| v. | |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive, | **REPRESENTATION STATEMENT** |
| Defendants. | |

59054.1

Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2, the undersigned, counsel of record for Defendants PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, and MARC TOBEROFF hereby provides the Court with the following list of all parties and attorneys in the appeal:

1. PACIFIC PICTURES CORPORATION, Defendant, IP WORLDWIDE, LLC, Defendant, IPW, LLC, Defendant, and MARC TOBEROFF, Defendant, are represented by:

   Richard B. Kendall, Laura W. Brill, and Nicholas F. Daum
   KENDALL BRILL AND KLIEGER LLP
   10100 Santa Monica Boulevard, Suite 1725
   Los Angeles, California 90067
   Telephone no. (310) 556-2700, Fax no. (310) 556-2705

   Marc Toberoff and Nicholas C. Williamson
   TOBEROFF & ASSOCIATES, P.C.
   2049 Century Park East, Suite 2720
   Los Angeles, California 90067
   Telephone no. (310) 246-3333, Fax no. (310) 246-3101

2. MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, Defendant, JEAN ADELE PEAVY, Defendant, JOANNE SIEGEL, Defendant, and LAURA SIEGEL LARSON, Defendant, are represented:

   Marc Toberoff and Nicholas C. Williamson
   TOBEROFF & ASSOCIATES, P.C.
   2049 Century Park East, Suite 2720
   Los Angeles, California 90067
   Telephone no. (310) 246-3333, Fax no. (310) 246-3101

59054.1

1

REPRESENTATION STATEMENT

3. DC COMICS, Plaintiff, is represented by:

    Daniel M. Petrocelli, Matthew T. Kline, and Cassandra L. Seto

    O'MELVENY & MYERS LLP

    1999 Avenue of the Stars, 7th Floor

    Los Angeles, California 90067

    Telephone no. (310) 553-6700, Fax no. (310) 246-6779

    Patrick T Perkins

    PERKINS LAW OFFICES PC

    1711 Route 9D

    Cold Spring, New York 10516

    Telephone no. (845)265-2820, Fax no. (845)265-2819

Dated: October 7, 2010    KENDALL BRILL & KLIEGER LLP

By: /s/ Laura W. Brill
Laura W. Brill
Attorneys for Defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC