UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-3633 ODW(RZx) | Date | October 14, 2010 |
|---|---|---|---|
| Title | DC Comics v. Pacific Pictures Corporation et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):** **Order Vacating Motions [75; 76; 77; 78; 80; 81; 101] and Hearing Thereon; Staying Action Pending Outcome of Appeal**

In light of Defendants' Notice of Appeal [104], the above-referenced motions are administratively VACATED pending the outcome of defendants' appeal. The hearing on the above-referenced motions, scheduled for October 18, 2010 at 1:30 p.m. is also VACATED.

Defendants' Motion for Review [101] is similarly VACATED, as is the hearing noticed for November 8, 2010 at 1:30 p.m.

This matter is STAYED pending the outcome of defendants' appeal.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | RGN | |