DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone:  (310) 553-6700
Facsimile:  (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone:  (845) 265-2820
Facsimile:  (845) 265-2819

Attorneys for Plaintiff DC Comics

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DECLARATION OF MATTHEW T. KLINE IN SUPPORT OF DC COMICS' MOTION TO MODIFY THE COURT'S OCTOBER 15, 2010 ADMINISTRATIVE ORDER STAYING ACTION PENDING OUTCOME OF APPEAL**<br><br>NOTICE OF MOTION AND MOTION AND [PROPOSED] ORDER FILED CONCURRENTLY HEREWITH<br><br>Hon. Otis D. Wright II<br><br>**Hearing Date**:  November 29, 2010<br>**Hearing Time**:  1:30 p.m. |

# DECLARATION OF MATTHEW T. KLINE

I, Matthew T. Kline, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am a partner at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in this action. I make this declaration in support of DC Comics' Motion to Modify the Court's October 15, 2010 Administrative Order Staying Action Pending Outcome of Appeal. I have personal knowledge of the matters set forth in this declaration, and if called to testify to the facts stated herein, I could and would do so competently.

2. On August 28, 2010, I wrote to Richard Kendall, counsel of record for Pacific Pictures Corporation, IP Worldwide, LLC, IPW, LLC, and Marc Toberoff ("Toberoff Defendants") that DC Comics intended to amend its complaint. Attached hereto as Exhibit A is a true and correct copy of that email from me to Mr. Kendall.

3. Attached hereto as Exhibit B is a true and correct copy of the transcript of the September 20, 2010 hearing before Magistrate Zarefsky in this action.

4. On October 15, 2010, the Court issued an order staying proceedings in this case during the pendency of defendants' appeal to the Ninth Circuit. *See* Docket No. 109. That same day, my partner Daniel Petrocelli wrote to Mr. Kendall and Mr. Toberoff requesting a conference to discuss DC Comics' intention to seek reconsideration of the Court's October 15, 2010 order. Attached hereto as Exhibit C is a true and correct copy of Mr. Petrocelli's October 15, 2010 letter to Messrs. Kendall and Toberoff.

5. On October 21, 2010, the Ninth Circuit issued an order requiring the Toberoff Defendants to "move for voluntary dismissal of the appeal or show cause why it should not be dismissed for lack of jurisdiction." Attached hereto as Exhibit D is a true and correct copy of the Order filed October 21, 2010 in *DC Comics v. Pacific Pictures Corp.*, Case No. 10-56594 (9th Cir.).

6. Also on October 21, my colleagues and I had a telephone conference with Messrs. Kendall and Toberoff and their associates, in which we met and conferred on DC Comics' motion. I asked whether defendants planned voluntarily to dismiss their appeal. Mr. Kendall said no. I asked whether defendants would agree that DC Comics' federal claims should proceed despite the Court's October 15 order. Mr. Kendall said no. I asked whether defendants would agree that discovery of Mark Peary, Joanne Siegel, Laura Siegel Larson, and Jean Peavy should proceed despite the Court's stay order, given the health and age of these witnesses. Mr. Kendall said no. I asked if defendants would agree to a more accelerated briefing schedule on this motion. Mr. Kendall said he would consider one, if his business and travel schedule permitted it. I finally asked if defendants had any other issues they wished to address on our conference. They said no.

7. On October 25, 2010, Laura Brill, counsel for the Toberoff Defendants, sent a letter to me advising that defendants would not agree to the briefing schedule we had proposed. Her letter is attached hereto as Exhibit E.

8. Attached hereto as Exhibit F is a true and correct copy of the Order Confirming That District Court Proceedings Are Not Stayed filed October 13, 2006, in *Bulletin Displays, LLC v. Regency Outdoor Adver.*, Case No. SACV 05-01083 (C.D. Cal.), and attached as Exhibit G is a true and correct copy of the Order Granting Defendant Kia Kamran's Motion for Stay Pending Appeal filed March 9, 2009 in *Mindys Cosmetics, Inc. v. Dakar*, Case No. CV 05-4459 (C.D. Cal.).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 1st day of November 2010, in Houston, Texas.

_____
Matthew T. Kline

CC1:838728

- 2 -

KLINE DECLARATION IN
SUPPORT OF DC COMICS' MOT.
TO MODIFY OCT. 15 ORDER