**From:** Kline, Matthew
**Sent:** Saturday, August 28, 2010 1:46 PM
**To:** Richard Kendall
**Cc:** Petrocelli, Daniel
**Subject:** PPC Case

Dick,

This is to follow up on some pending items, including your voicemail of Friday. I've been out of the office and will be travelling for business on Monday, but we will aim to speak to you early next week about the "consent agreements" issue.

As for Laura's latest emails, we disagree and see no need to respond further.

As for our complaint, we intend to amend. As we said in our August 16 call, we will not drop or add any claims for relief, but will augment the pleading to address issues raised in your motions. We'd like 5 extra days (3 over the holiday weekend) until September 8 to do so to accommodate Dan's vacation, plus the fact that we'll also be responding to Marc's Rule 54 motion on Friday. Please let us know right away if this is acceptable so that we do not have to trouble the Court. As Marc and you know, we have accommodated requests for extensions, and the Court strongly admonished counsel to cooperate on extending reasonable courtesies:

"This kind of thing, you know, little tit for tat, this arguing about a day here, a day there and cooperate with me in granting me, you know, one more day to provide an opposition, all the rest of that which I really think falls under the category of extending professional courtesies to one another -- the case, certainly a case of this magnitude, does not turn on that foolishness, nor will I permit it to turn on that foolishness."

Thanks,

Matt