# O'MELVENY & MYERS LLP

| | 1999 Avenue of the Stars, 7th Floor | |
|---|---|---|
| BEIJING | Los Angeles, California  90067-6035 | SAN FRANCISCO |
| BRUSSELS | | SHANGHAI |
| HONG KONG | TELEPHONE  (310) 553-6700 | SILICON VALLEY |
| LONDON | FACSIMILE  (310) 246-6779 | SINGAPORE |
| LOS ANGELES | www.omm.com | TOKYO |
| NEWPORT BEACH | | WASHINGTON, D.C. |
| NEW YORK | | |

October 15, 2010

OUR FILE NUMBER
905900-321

**VIA E-MAIL AND U.S. MAIL**

WRITER'S DIRECT DIAL
(310) 246-6850

Richard Kendall
Kendall Brill & Klieger LLP
10100 Santa Monica Boulevard, Suite 1725
Los Angeles, California 90067

WRITER'S E-MAIL ADDRESS
dpetrocelli@omm.com

Marc Toberoff
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California 90067

Re:    *DC Comics v. Pacific Pictures Corp. et al.*, **CV-10-3633 (ODW) (RZx)**

Dear Counsel:

We seek to set up a meet-and-confer discussion with you on Monday, October 18, at any time between 8am and 8pm PDT. We intend to move the Court to reconsider its order today staying the *Pacific Pictures* case pending the appeal defendants noticed. The appeal is frivolous and there is no jurisdiction to hear it. Among other reasons, the law clearly endorsed Judge Wright's ruling mooting defendants' SLAPP motion, and if defendants wanted to seek attorneys' fees and costs based on the amended complaint DC Comics filed (defendants' stated reason for taking the appeal), they could have filed such a motion with Judge Wright, which DC Comics would have opposed, because it too would have been frivolous—not filed an appeal. *See, e.g.*, *Verizon Delaware, Inc. v. Covad Commc'ns Co.*, 377 F.3d 1081, 1091 (9th Cir. 2004); *Nejo v. Wilshire Credit Corp.*, 2010 WL 2888905, at *2 (S.D. Cal. July 21, 2010); *EchoStar Satellite, L.L.C. v. Viewtech, Inc.*, 2009 WL 1668712, at *5-6 (S.D. Cal. May 27, 2009); *Will v. Hallock*, 546 U.S. 345, 349 (2006). In addition, the SLAPP motion defendants filed has no application to DC Comics' federal claims, and staying the resolution of those claims pending an appeal of SLAPP issues clearly frustrates and prejudices DC Comics' rights under federal law. *See, e.g.*, *Hilton v. Hallmark Cards*, 580 F.3d 874, 881 (9th Cir. 2009); *Sonoma Foods, Inc. v. Sonoma Cheese Factory, LLC*, 634 F. Supp. 2d 1009, 1016 (N.D. Cal. 2007). The appeal defendants have noticed also prejudices DC Comics' ability to preserve the testimony of aged and infirm witnesses, among other harms. DC Comics reserves all rights and remedies, including seeking fees and costs in litigating the appeal defendants have noticed, as well as seeking evidentiary

EXHIBIT C
65

O'MELVENY & MYERS LLP
October 15, 2010 - Page 2

sanctions should the delay defendants have caused prevent DC Comics from deposing the witnesses in question or otherwise obtaining discovery.

        Very truly yours,

        Daniel M. Petrocelli
        of O'MELVENY & MYERS LLP

EXHIBIT C
66