

writer's direct:
310.272.7922
lbrill@kbkfirm.com

October 25, 2010

**VIA EMAIL**

Matthew Kline, Esq.
O'Melveny and Myers, LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
mkline@omm.com

Re:     DC Comics v. PPC

Dear Mr. Kline:

We have reviewed our schedules as we discussed at the meet and confer last week, and we are not in a position to agree to shorten time on the motion for reconsideration that you are considering filing.

Sincerely,

Laura W. Brill

cc:     Richard Kendall
        Marc Toberoff

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.   Suite 1725   Los Angeles, CA 90067   telephone 310.556.2700   facsimile 310.556.2705   www.kbkfirm.com