KENDALL BRILL & KLIEGER LLP
Richard B. Kendall (90072)
  rkendall@kbkfirm.com
Laura W. Brill (195889)
  lbrill@kbkfirm.com
Nicholas F Daum (236155)
  ndaum@kbkfirm.com
Nathalie E. Cohen (258222)
  ncohen@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile: 310.556.2705

Attorneys for Defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DC Comics,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. CV 10-3633 ODW(RZx)<br>Ninth Cir. Case No. 10-56594<br><br>**DEFENDANTS-APPELLANTS' TRANSCRIPT DESIGNATION AND ORDERING FORM**<br><br>Hon. Otis D Wright, II<br><br>Complaint Filed:　May 14, 2010 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT DESIGNATION AND ORDERING FORM

| 10-56594 | 10-3633-ODW-RZx |
|---|---|
| U.S. COURT OF APPEALS CASE NUMBER | U.S. DISTRICT COURT CASE NUMBER |
| DC Comics v. Pacific Pictures Corporation et al | October 7, 2010 |
| SHORT CASE TITLE | DATE NOTICE OF APPEAL FILED BY CLERK OF DISTRICT COURT |

**SECTION A** - TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| 09/20/10 | Dorothy Babykin | [X] OTHER (PLEASE SPECIFY) Hearing on Discovery Motions |

ATTACH ADDITIONAL PAGE FOR DESIGNATIONS, IF NECESSARY

[ ] I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

[X] As retained counsel (or litigant in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. NOTE: This transcript has already been ordered, paid for and filed with the District Court. Appellants are hereby designating this transcript.

[ ] As appointed counsel, I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within five (5) days hereof, will be obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

NAME, ADDRESS AND TELEPHONE NUMBER:

KENDALL BRILL & KLIEGER LLP,
Laura W. Brill
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700; Facsimile: 310.556.2705

DATE TRANSCRIPT ORDERED: 11/08/10

*/s/ Laura Brill*

SIGNATURE
ATTORNEY/PRO PER LITIGANT

THIS FORM IS DIVIDED INTO FIVE (5) PARTS. IT SHOULD BE USED TO COMPLY WITH THE FEDERAL RULES OF APPELLATE PROCEDURE AND THE LOCAL RULES OF THE U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT REGARDING THE DESIGNATION AND ORDERING OF COURT REPORTERS' TRANSCRIPTS.

PLEASE NOTE THE SPECIFIC INSTRUCTIONS BELOW. IF THERE ARE FURTHER QUESTIONS, CONTACT THE CLERK'S OFFICE, U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT AT (415) 556-9800

## SPECIFIC INSTRUCTIONS FOR ATTORNEYS/PRO PER LITIGANTS

1. Pick up form from District Court Clerk's Office when filing the notice of appeal.
2. Complete **Section A**. Place additional designations on blank paper, if needed.
3. Send **Copy One** to District Court.
4. Send **Copy Four** to opposing counsel. Make additional photocopies, if necessary.
5. Send **Copy Two** and **Copy Three** to court reporter. Contact court reporter to make further arrangements for payment.
6. Continue to monitor progress of transcript preparation.

**TRANSCRIPT DESIGNATION AND ORDERING FORM**

A-9 (08/97)  CA9-036(10/01/82)                                                                                                   COPY ONE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES
*DC COMICS v. PACIFIC PICTURES CORPORATION, et al.*
USDC Case No. CV 10-3633 ODW (RZx)

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 10100 Santa Monica Blvd., Suite 1725, Los Angeles, California 90067.

On November 8, 2010, I served true copies of the following document(s) described as **TRANSCRIPT DESIGNATION AND ORDERING FORM** on the interested parties in this action as follows:

| | |
|---|---|
| Daniel M. Petrocelli, Esq.<br>dpetrocelli@omm.com<br>Matthew T. Kline, Esq.<br>mkline@omm.com<br>Cassandra L. Seto, Esq.<br>cseto@omm.com<br>O'MELVENY & myers llp<br>1999 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067-6035<br>Telephone: (310) 553-6700<br>Facsimile: (310) 246-6779 | Patrick T. Perkins, Esq.<br>pperkins@ptplaw.com<br>PERKINS LAW OFFICE, P.C.<br>1711 Route 9D<br>Cold Spring, NY 10516<br>Telephone: (845) 265-2820<br>Facsimile: (845) 26502819 |
| *Attorneys for Plaintiff DC Comic* | *Attorneys for Plaintiff DC Comics* |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I certify that the foregoing document(s) is being filed electronically by using the CM/ECF system. As such, the document(s) will be served electronically on all interested parties whose attorneys are registered CM/ECF users and have consented to electronic service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 8, 2010, at Los Angeles, California.

_____
Nathalie E. Cohen

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

55598.1