KENDALL BRILL & KLIEGER LLP
Richard B. Kendall (90072)
  *rkendall@kbkfirm.com*
Laura W. Brill (195889)
  *lbrill@kbkfirm.com*
Nicholas F Daum (236155)
  *ndaum@kbkfirm.com*
Nathalie E. Cohen (258222)
  *ncohen@kbkfirm.com*
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California  90067
Telephone: 310.556.2700
Facsimile:  310.556.2705

Attorneys for Defendants Marc Toberoff,
Pacific Pictures Corporation, IP
Worldwide, LLC, and IPW, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DC Comics,<br><br>      Plaintiff,<br><br>      v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>      Defendants. | Case No. CV 10-3633 ODW(RZx)<br><br>**NOTICE OF JOINDER AND JOINDER IN DEFENDANTS' OPPOSITION TO DC COMICS' MOTION FOR RECONSIDERATION AND TO MODIFY THE COURT'S OCTOBER 15, 2010 ORDER STAYING ACTION PENDING OUTCOME OF APPEAL**<br><br>Hon. Otis D Wright, II<br><br>Date:   November 29, 2010<br>Time:   1:30 p.m.<br><br>Complaint Filed:   May 14, 2010 |

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

**NOTICE OF JOINDER AND JOINDER IN OPPOSITION TO DC COMICS' MOTION FOR RECONSIDERATION AND TO MODIFY THE COURT'S OCTOBER 15, 2010 ORDER**

1    TO ALL PARTIES AND ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that Defendants Marc Toberoff, Pacific Pictures

3    Corporation, IP Worldwide, LLC, and IPW, LLC (collectively, the "Toberoff

4    Defendants") hereby join in Defendants Mark Warren Peary, Jean Adele Peavy,

5    Joanne Siegel, and Laura Siegel Larson's Opposition to DC Comics' Motion For

6    Reconsideration and to Modify the Court's October 15, 2010 Order Staying Action

7    Pending Outcome of Appeal.  The Toberoff Defendants join in the Opposition on

8    the grounds set forth therein.  The Toberoff Defendants do so without prejudice to

9    or waiver of any of their rights, including their right to raise additional arguments in

10   opposition to positions asserted by plaintiff at a later date.

11

12   Dated:  November 08, 2010          KENDALL BRILL & KLIEGER LLP

13

14

15                                     By: /s/ Nicholas F. Daum
                                           Nicholas F. Daum
16                                         Attorneys for Defendants Marc Toberoff,
                                           Pacific Pictures Corporation, IP
17                                         Worldwide, LLC, and IPW, LLC

18

19

20

21

22

23

24

25

26

27

28

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

1

**NOTICE OF JOINDER AND JOINDER IN OPPOSITION TO DC COMICS' MOTION FOR RECONSIDERATION AND TO MODIFY THE COURT'S OCTOBER 15, 2010 ORDER**