KENDALL BRILL & KLIEGER LLP
Richard B. Kendall (90072)
  rkendall@kbkfirm.com
Laura W. Brill (195889)
  lbrill@kbkfirm.com
Nicholas F. Daum (236155)
  ndaum@kbkfirm.com
Nathalie E. Cohen (258222)
  ncohen@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile: 310.556.2705

Attorneys for Defendants Marc Toberoff,
Pacific Pictures Corporation, IP
Worldwide, LLC, and IPW, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DC Comics,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. CV 10-3633 ODW(RZx)<br><br>**NOTICE OF LODGING OF MEMORANDUM FILED IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**<br><br>Judge: Hon. Otis D Wright, II<br>Date: November 29, 2010<br>Time: 1:30 p.m.<br>Crtrm.: 11<br><br>Complaint Filed: May 14, 2010 |

61085.2
NOTICE OF LODGING OF MEMORANDUM FILED IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

TO PLAINTIFF AND ITS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC hereby lodge with the Court a true and correct copy of Appellant's Memorandum in Response to Order to Show Cause Re: Basis for Jurisdiction (the "Memorandum"), attached hereto as Exhibit A. The Memorandum was filed in the United States Court of Appeals for the Ninth Circuit on November 12, 2010 in response to an order to show cause issued by that court.

The Memorandum has been provided for the Court's consideration in connection with plaintiff's pending Motion to Modify the Court's October 15, 2010 Administrative Order Staying Action, currently set for hearing on November 29, 2010.

Dated: November 16, 2010          Respectfully submitted,

KENDALL BRILL & KLIEGER LLP

By: /s/ Nicholas F. Daum
    Nicholas F. Daum
    Attorneys for Defendants Marc Toberoff,
    Pacific Pictures Corporation, IP
    Worldwide, LLC, and IPW, LLC

61085.2

1

NOTICE OF LODGING OF MEMORANDUM FILED IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067