KENDALL BRILL & KLIEGER LLP
Richard B. Kendall (90072)
*Rkendall@kbkfirm.com*
Laura W. Brill (195889)
Nicholas F. Daum (236155)
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile: 310.556.2705

Attorneys for Defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC

Marc Toberoff (State Bar No. 188547)
  *mtoberoff@ipwla.com*
Nicholas C. Williamson (State Bar No. 231124)
  *nwilliamson@ipwla.com*
Keith G. Adams (State Bar No. 240497)
  *kgadams@ipwla.com*
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California, 90067
Telephone: (310) 246-3333
Fax: (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, Joanne Siegel and Laura Siegel Larson

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>    Plaintiff,<br><br>    vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; JOANNE SIEGEL, an individual; LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS'** *EX PARTE* **APPLICATION FOR THE REINSTATEMENT OF DEFENDANTS' MOTIONS**<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set |

[PROPOSED] ORDER GRANTING DEFENDANTS' *EX PARTE* MOTION FOR REINSTATEMENT

     Good cause appearing, IT IS HEREBY ORDERED that Defendants' *Ex Parte* Application for the Reinstatement of Defendants' Motions is GRANTED.

     Defendants' motions (Docket Nos. 74-75, 77-78, 80, 101) that were administratively vacated by the Court's October 15, 2010 order (Docket No. 109) are hereby REINSTATED and set for hearing on _____; and

     Discovery in this matter is hereby STAYED for thirty (30) days, pending a decision by this Court on Defendants' motions (Docket Nos. 75, 77-78, 80, 101).

IT IS SO ORDERED

Dated: _____     _____
                                                    Hon. Otis D. Wright II
                                                    Judge, United States District Court