KENDALL BRILL & KLIEGER LLP
Richard B. Kendall (90072)
*Rkendall@kbkfirm.com*
Laura W. Brill (195889)
Nicholas F. Daum (236155)
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California  90067
Telephone:   310.556.2700
Facsimile:    310.556.2705

Attorneys for Defendants Marc Toberoff,
Pacific Pictures Corporation, IP Worldwide,
LLC, and IPW, LLC

Marc Toberoff (State Bar No. 188547)
 *mtoberoff@ipwla.com*
Nicholas C. Williamson (State Bar No. 231124)
 *nwilliamson@ipwla.com*
Keith G. Adams (State Bar No. 240497)
 *kgadams@ipwla.com*
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California, 90067
Telephone:   (310) 246-3333
Fax:             (310) 246-3101

Attorneys for Defendants Mark Warren
Peary, as personal representative of the
Estate of Joseph Shuster, Jean Adele
Peavy, Joanne Siegel and Laura Siegel
Larson

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>                    Plaintiff,<br><br>        vs.<br><br>PACIFIC PICTURES CORPORATION;<br>IP WORLDWIDE, LLC; IPW, LLC;<br>MARC TOBEROFF, an individual;<br>MARK WARREN PEARY, as personal<br>representative of the ESTATE OF<br>JOSEPH SHUSTER; JEAN ADELE<br>PEAVY, an individual; JOANNE<br>SIEGEL, an individual; LAURA<br>SIEGEL LARSON, an individual,<br>and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br><br>**NOTICE OF ERRATA RE: [PROPOSED] ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION FOR THE REINSTATEMENT OF DEFENDANTS' MOTIONS**<br><br>Complaint filed:   May 14, 2010<br>Trial Date:          None Set |

TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the phrase "Discovery in this matter is" on page 1, line 8 of the "[Proposed] Order Granting Defendants' *Ex Parte* Application for the Reinstatement of Defendants' Motions" (Docket No. 119-3) should be corrected to read "Depositions in this matter are." A corrected [Proposed] Order is attached hereto as "Exhibit A." We apologize for any inconvenience caused by this inadvertent error.

DATED: November 22, 2010     TOBEROFF & ASSOCIATES, P.C.

By  /s/ Marc Toberoff
Marc Toberoff
Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, Joanne Siegel and Laura Siegel Larson