# EXHIBIT A

Case 2:10-cv-03633-ODW-RZ   Document 120-1   Filed 11/22/10   Page 1 of 3   Page ID #:8749

| | |
|---|---|
| 1 | KENDALL BRILL & KLIEGER LLP<br>Richard B. Kendall (90072) |
| 2 | *Rkendall@kbkfirm.com*<br>Laura W. Brill (195889) |
| 3 | Nicholas F. Daum (236155)<br>10100 Santa Monica Blvd., Suite 1725 |
| 4 | Los Angeles, California  90067<br>Telephone:  310.556.2700 |
| 5 | Facsimile:   310.556.2705 |
| 6 | Attorneys for Defendants Marc Toberoff,<br>Pacific Pictures Corporation, IP Worldwide, |
| 7 | LLC, and IPW, LLC |
| 8 | Marc Toberoff (State Bar No. 188547)<br>   *mtoberoff@ipwla.com* |
| 9 | Nicholas C. Williamson (State Bar No. 231124)<br>   *nwilliamson@ipwla.com* |
| 10 | Keith G. Adams (State Bar No. 240497)<br>   *kgadams@ipwla.com* |
| 11 | TOBEROFF & ASSOCIATES, P.C.<br>2049 Century Park East, Suite 2720 |
| 12 | Los Angeles, California, 90067<br>Telephone:  (310) 246-3333 |
| 13 | Fax:           (310) 246-3101 |
| 14 | Attorneys for Defendants Mark Warren<br>Peary, as personal representative of the |
| 15 | Estate of Joseph Shuster, Jean Adele<br>Peavy, Joanne Siegel and Laura Siegel |
| 16 | Larson |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| DC COMICS,<br>          Plaintiff,<br>    vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; JOANNE SIEGEL, an individual; LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br>          Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br><br>**CORRECTED [PROPOSED] ORDER GRANTING DEFENDANTS'** ***EX PARTE*** **APPLICATION FOR THE REINSTATEMENT OF DEFENDANTS' MOTIONS**<br><br>Complaint filed:  May 14, 2010<br>Trial Date:          None Set |

[PROPOSED] ORDER GRANTING DEFENDANTS' *EX PARTE* MOTION FOR REINSTATEMENT

Good cause appearing, IT IS HEREBY ORDERED that Defendants' *Ex Parte* Application for the Reinstatement of Defendants' Motions is GRANTED.

Defendants' motions (Docket Nos. 74-75, 77-78, 80, 101) that were administratively vacated by the Court's October 15, 2010 order (Docket No. 109) are hereby REINSTATED and set for hearing on _____; and

Depositions in this matter are hereby STAYED for thirty (30) days, pending a decision by this Court on Defendants' motions (Docket Nos. 75, 77-78, 80, 101).

IT IS SO ORDERED

Dated: _____     _____
                                                               Hon. Otis D. Wright II
                                                               Judge, United States District Court