KENDALL BRILL & KLIEGER LLP
Richard B. Kendall (90072)
*Rkendall@kbkfirm.com*
Laura W. Brill (195889)
Nicholas F. Daum (236155)
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California  90067
Telephone:  310.556.2700
Facsimile:   310.556.2705

Attorneys for Defendants Marc Toberoff,
Pacific Pictures Corporation, IP Worldwide,
LLC, and IPW, LLC

Marc Toberoff (State Bar No. 188547)
 *mtoberoff@ipwla.com*
Nicholas C. Williamson (State Bar No. 231124)
 *nwilliamson@ipwla.com*
Keith G. Adams (State Bar No. 240497)
 *kgadams@ipwla.com*
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California, 90067
Telephone:  (310) 246-3333
Fax:           (310) 246-3101

Attorneys for Defendants Mark Warren
Peary, as personal representative of the
Estate of Joseph Shuster, Jean Adele
Peavy, Joanne Siegel and Laura Siegel
Larson

**DENIED**
BY ORDER OF THE COURT

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>                    Plaintiff,<br><br>          vs.<br><br>PACIFIC PICTURES CORPORATION;<br>IP WORLDWIDE, LLC; IPW, LLC;<br>MARC TOBEROFF, an individual;<br>MARK WARREN PEARY, as personal<br>representative of the ESTATE OF<br>JOSEPH SHUSTER; JEAN ADELE<br>PEAVY, an individual; JOANNE<br>SIEGEL, an individual; LAURA<br>SIEGEL LARSON, an individual,<br>and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br><br>**[PROPOSED] ORDER<br>GRANTING DEFENDANTS'** *EX<br>PARTE* **APPLICATION FOR<br>THE REINSTATEMENT OF<br>DEFENDANTS' MOTIONS**<br><br>Complaint filed:  May 14, 2010<br>Trial Date:        None Set |

[PROPOSED] ORDER GRANTING DEFENDANTS' *EX PARTE* MOTION FOR REINSTATEMENT

Good cause appearing, IT IS HEREBY ORDERED that Defendants' *Ex Parte*
Application for the Reinstatement of Defendants' Motions is GRANTED.

Defendants' motions (Docket Nos. 74-75, 77-78, 80, 101) that were
administratively vacated by the Court's October 15, 2010 order (Docket No. 109) are
hereby REINSTATED and set for hearing on _____; and

Discovery in this matter is hereby STAYED for thirty (30) days, pending a
decision by this Court on Defendants' motions (Docket Nos. 75, 77-78, 80, 101).

IT IS SO ORDERED

## DENIED

BY ORDER OF THE COURT

Dated: 11/24/2010_____

_____

Hon. Otis D. Wright II
Judge, United States District Court

[PROPOSED] ORDER GRANTING DEFENDANTS' *EX PARTE* MOTION FOR REINSTATEMENT