DANIEL M. PETROCELLI (S.B. #097802)
 dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
 mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
 cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
 pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819

Attorneys for Plaintiff DC Comics

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF CASSANDRA SETO IN SUPPORT OF DC COMICS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND PRIVILEGE LOGS**<br><br>NOTICE OF MOTION AND MOTION, DECLARATIONS OF MATTHEW T. KLINE AND DANIEL M. PETROCELLI, AND [PROPOSED] ORDER FILED CONCURRENTLY HEREWITH<br><br>**Judge**: Hon. Otis D. Wright II<br>**Magistrate**: Hon. Ralph Zarefsky<br><br>**Hearing Date**: December 20, 2010<br>**Hearing Time**: 10:00 a.m. |

# DECLARATION OF CASSANDRA SETO

I, Cassandra Seto, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am an associate at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in support of DC Comics' Motion to Compel Production of Documents and Privilege Logs. I have personal knowledge of the matters set forth in this declaration, and if called to testify to the facts stated herein, I could and would do so competently.

2. On July 28, 2010, DC Comics sent a letter to defendants enclosing Notices of Deposition and Requests for Production of Documents directed to Joanne Siegel and Jean Peavy. Docket No 61-19. On August 17, 2010, DC Comics served Notices of Deposition and Requests for Production of Documents on Ms. Siegel, Ms. Peavy, Laura Siegel Larson, and Mark Warren Peary, true and correct copies of which are attached hereto as Exhibits A, B, C, and D.

3. Attached hereto as Exhibit E is a true and correct copy of a letter from Laura Brill, counsel for defendants, to Matthew Kline, counsel for DC Comics, dated August 25, 2010.

4. Attached hereto as Exhibit F is a true and correct copy of an e-mail exchange between Mr. Kline and Ms. Brill from August 25, 2010 to August 26, 2010.

5. Attached hereto as Exhibit G is a true and correct copy of an e-mail attaching a draft stipulation from Nicholas Williamson, counsel for defendants, to counsel for DC Comics dated September 16, 2010.

6. On September 20, 2010, Magistrate Zarefsky conducted a hearing on the parties' discovery motions. Attached hereto as Exhibit H is a true and correct copy of the transcript of that hearing.

7.      On September 20, 2010, defendants served Responses and Objections to Plaintiff DC Comics' Notices of Deposition and Requests for Production of Documents on behalf of Ms. Siegel, Ms. Larson, Ms. Peavy, and Mr. Peary, true and correct copies of which are attached hereto as Exhibits I, J, K, and L. Defendants produced no documents or privilege logs.

8.      Attached hereto as Exhibit M is a true and correct copy of a letter from Daniel Petrocelli, lead counsel for DC Comics, to Richard Kendall and Marc Toberoff, counsel for defendants, dated September 21, 2010.

9.      Attached hereto as Exhibit N is a true and correct copy of a letter from Ms. Brill to Mr. Petrocelli dated September 24, 2010.

10.     Attached hereto as Exhibit O is a true and correct copy of a letter from Mr. Petrocelli to Mr. Kendall and Mr. Toberoff dated September 29, 2010.

11.     Attached hereto as Exhibit P is a true and correct copy of an e-mail from Mr. Toberoff to Mr. Petrocelli dated October 5, 2010.

12.     On October 5, 2010, counsel met and conferred regarding DC Comics' Motion to Compel Production of Documents and Privilege Logs. I participated on behalf of DC Comics, along with Mr. Kline and Jason Tokoro. Mr. Toberoff, Mr. Williamson, Keith Adams, Mr. Kendall, Ms. Brill, and Nathalie Cohen participated on behalf of defendants. During this discussion, counsel for DC Comics stated it would proceed with its motion to compel on October 11 if defendants continued to withhold documents. Counsel for defendants said they would produce documents—although they refused to disclose the scope of the production—if and when DC Comics stipulated to a protocol that would exempt from the parties' privilege logs all privileged documents post-dating the filing of the *Siegel* litigation in 2004. Counsel for defendants also indicated they did not have to produce privilege logs because the Court entered a discovery stay until November 15. Counsel for DC Comics said it would endeavor to work out a mutually acceptable

- 2 -    SETO DECLARATION IN SUPPORT OF DC COMICS' MOTION TO COMPEL

1  stipulation, but stated that it would not agree to an interim agreement that would
2  alleviate defendants' obligation to produce privilege logs while a final stipulation
3  was being negotiated.  Despite the parties' efforts, they were unable to resolve their
4  dispute.

5        13.    Attached hereto as Exhibit Q is a true and correct copy of an e-mail
6  from me to counsel for defendants attaching a draft stipulation and redline dated
7  October 6, 2010.  As of October 11, DC Comics had not received a response to this
8  draft stipulation.

9        14.    On October 8, 2010, defendants served First Amended Responses and
10  Objections to Plaintiff DC Comics' Notices of Deposition and Requests for
11  Production of Documents on behalf of Ms. Siegel, Ms. Larson, Ms. Peavy, and Mr.
12  Peary, true and correct copies of which are attached hereto as Exhibits R, S, T, and
13  U.

14        15.    Attached hereto as Exhibit V is a true and correct copy of a
15  Memorandum in Opposition to Defendants' Motion to Compel Production of
16  Documents Pursuant to Subpoena Duces Tecum, for Contempt, and for Attorneys
17  Fees filed by Mr. Peary and Ms. Peavy in the United States District Court for the
18  District of New Mexico, Case No. MC-06-20 MV.

19        16.    Attached hereto as Exhibit W is a true and correct copy of a JAMS
20  Confidentiality Agreement entered into by Ms. Siegel, Ms. Larson, Ms. Peavy, Mr.
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28

Peary, and DC Comics in Case Nos. 04-8400 ODW (RZx) and 04-8776 ODW (RZx).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 22nd day of November 2010 at Los Angeles, California.

_____
Cassandra Seto

CC1:837301