# EXHIBIT A

1  DANIEL M. PETROCELLI (S.B. #97802)
   dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
   mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
   cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA 90067-6035
   Telephone: (310) 553-6700
6  Facsimile: (310) 246-6779

7  (continued on next page)

8  Attorneys for Plaintiff DC Comics

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11
   DC COMICS,                          Case No. CV-10-3633 ODW (RZx)
12
                 Plaintiff,            **DISCOVERY MATTER**
13
        v.                             **PLAINTIFF DC COMICS'**
14                                     **NOTICE OF DEPOSITION OF**
   PACIFIC PICTURES                    **DEFENDANT JOANNE SIEGEL**
15 CORPORATION, IP WORLDWIDE,          **AND REQUEST FOR**
   LLC, IPW, LLC, MARC TOBEROFF,       **PRODUCTION OF DOCUMENTS**
16 an individual, MARK WARREN
   PEARY, as personal representative of **Judge**: Hon. Otis D. Wright II
17 the ESTATE OF JOSEPH SHUSTER,       **Magistrate**: Hon. Ralph Zarefsky
   JOANNE SIEGEL, an individual,
18 LAURA SIEGEL LARSON, an             Deposition Date: October 5, 2010
   individual, and DOES 1-10, inclusive, Deposition Time: 9:00 a.m.
19
                 Defendants.
20

21

22

23

24

25

26

27

28
                                       NOTICE OF DEPOSITION OF DEFENDANT
                                       JOANNE SIEGEL AND REQUEST FOR
                                       PRODUCTION OF DOCUMENTS

1    (continued from previous page)

2    PATRICK T. PERKINS (admitted *pro hac vice*)
     pperkins@ptplaw.com
3    PERKINS LAW OFFICE, P.C.
     1711 Route 9D
4    Cold Spring, NY 10516
     Telephone:  (845) 265-2820
5    Facsimile:   (845) 265-2819

6    Attorneys for Plaintiff DC Comics

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    NOTICE OF DEPOSITION OF DEFENDANT
                                    JOANNE SIEGEL AND REQUEST FOR
                                    PRODUCTION OF DOCUMENTS

1     **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2        PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure

3    30, the deposition upon oral examination of defendant Joanne Siegel (the

4    "Deponent") will be taken in the above-entitled action on October 5, 2010 starting

5    at 9:00 a.m. and continuing over the course of one day until completed or otherwise

6    adjourned. The deposition will be held at the offices of O'Melveny & Myers LLP,

7    1999 Avenue of the Stars, Suite 700, Los Angeles, California 90067. The

8    deposition will be taken before a notary public or other officer authorized to

9    administer oaths and will be recorded by stenographic, sound, and visual means.

10        PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Civil

11    Procedure 34, Deponent is requested to produce for inspection and copying all

12    documents described in Attachment A to this Notice of Deposition, in accordance

13    with the definitions contained therein, by no later than September 17, 2010.

14        This Notice of Deposition is being served on Deponent's counsel at the

15    address shown on the accompanying Proof of Service.

16

17       Dated: August 17, 2010          Respectfully submitted,

18                               O'MELVENY & MYERS LLP

19

20                               By: _____

                                    Daniel M. Petrocelli

21                           Attorneys for Plaintiff DC Comics

22

23

24

25

26

27

28

**ATTACHMENT A**

**DEFINITIONS AND INSTRUCTIONS**

1.    "DOCUMENT" shall be interpreted in its broadest sense to include any and all "documents" and "other tangible things" as those terms are understood in Federal Rule of Civil Procedure 34, including, without limitation, any "writing," "recording," or "photograph" as those terms are defined in Federal Rule of Evidence 1001. This shall include, but is not limited to:  e-mail, audio or video recordings, correspondence, letters, phone messages, notes, memoranda, facsimiles, publications, contracts, agreements, calendars, drafts of proposed contracts or agreements, papers, and photographs.

2.    "COMMUNICATION" means all written, electronic, oral, telephonic, gesture, or other transmission or exchange of information, including without limitation any inquiry, request, dialogue, discussion, conversation, interview, correspondence, letter, note, consultation, negotiation, agreement, understanding, meeting, e-mail, and all DOCUMENTS evidencing any verbal or nonverbal interaction between any individuals or entities.

3.    "REFER" or "RELATE" means, without limitation, evidence, reflect, summarize, constitute, contain, study, analyze, explain, mention, show, discuss, describe, or comment upon.

4.    "PERSON" means any natural person, firm, association, corporation, partnership, or other legal entity or organization separately identifiable, and any department(s) or division(s) therein.

5.    "YOU" or "YOUR" means Joanne Siegel and, as applicable, any PERSON acting on her behalf, including but not limited to her agents, employees, attorneys, and representatives.

6.    "DEFENDANT" or "DEFENDANTS" means, collectively and severally, any defendant in the above-entitled action, including YOU; Pacific Pictures Corporation; IP Worldwide, LLC; IPW, LLC; Marc Toberoff; Mark

NOTICE OF DEPOSITION OF DEFENDANT
JOANNE SIEGEL AND REQUEST FOR
PRODUCTION OF DOCUMENTS

2

1    Warren Peary, on behalf of the Estate of Joseph Shuster; and Laura Siegel Larson

2    and, as applicable, any PERSON acting on their behalf, including but not limited

3    to their agents, employees, attorneys, and representatives.

4         7.      "SIEGEL HEIRS" means, collectively and severally, YOU, Laura

5    Siegel Larson, Dennis Larson, Michael Siegel, or any other executor,

6    administrator, heir, relative, or representative of Jerome Siegel and, as applicable,

7    any PERSON acting on their behalf, including but not limited to their agents,

8    employees, attorneys, and representatives.

9         8.      "SHUSTER HEIRS" means, collectively and severally, the Estate of

10   Joseph Shuster, Jean Peavy, Mark Peary, Dawn Peavy, Frank Shuster, or any

11   other executor, administrator, heir, relative, or representative of Joseph Shuster

12   and, as applicable, any PERSON acting on their behalf, including but not limited

13   to their agents, employees, attorneys, and representatives.

14        9.      "SIEGEL" means Jerome Siegel and, as applicable, any PERSON

15   acting on his behalf, including but not limited to his agents, employees, attorneys,

16   heirs, and representatives.

17        10.     "SHUSTER" means Joseph Shuster and, as applicable, any PERSON

18   acting on his behalf, including but not limited to his agents, employees, attorneys,

19   heirs, and representatives.

20        11.     "SUPERMAN" means the Superman character as delineated in

21   literary works such as comic books, newspapers, novels, radio programs,

22   television programs, and motion pictures, and any of the works in which he

23   appears, including but not limited to *Action Comics. No. 1*.

24        12.     "SUPERBOY" means the Superboy character as delineated in

25   literary works such as comic books, newspapers, novels, radio programs,

26   television programs, and motion pictures, and any of the works in which he

27   appears, including but not limited to *More Fun Comics #101*.

28        13.     "INCLUDING" means "including, but not limited to."

NOTICE OF DEPOSITION OF DEFENDANT
JOANNE SIEGEL AND REQUEST FOR
3                       PRODUCTION OF DOCUMENTS

1    14.    "Any" and "All" are interchangeable.

2    15.    The singular form includes the plural form, and vice versa.

3    16.    YOU are instructed to produce all DOCUMENTS that are responsive

4    to these Requests and that are in YOUR possession, custody, or control. A

5    DOCUMENT is in YOUR "possession, custody, or control" if it is in YOUR

6    physical possession, or if, as a practical matter, YOU have the ability, upon

7    request, to obtain possession of the DOCUMENT or a copy thereof from another

8    person or entity that has physical possession of the DOCUMENT.

9    17.    If any DOCUMENT or category of DOCUMENTS is not produced

10   in full, please state with particularity the reason or reasons it is not being

11   produced in full, and describe, to the best of YOUR knowledge, information and

12   belief, and with as much particularity as possible, the DOCUMENT or portions of

13   the DOCUMENT that are not being produced.

14   18.    Each DOCUMENT is to be produced as it is kept in the usual course

15   of business, including all file folders, binders, notebooks, and other devices by

16   which such DOCUMENTS may be organized or separated.

17   19.    If YOU withhold any DOCUMENT, or portion of a DOCUMENT,

18   on grounds that it is protected from discovery by the attorney-client privilege,

19   work-product doctrine, or other privilege or immunity from discovery, please set

20   forth, for each DOCUMENT or portion of a DOCUMENT withheld:

21           (a)    The place, approximate date, and manner of recording, creating

22                  or otherwise preparing the DOCUMENT;

23           (b)    The names and organization position, if any, of each author,

24                  sender, and recipient of the DOCUMENT;

25           (c)    A general description of the subject matter of the DOCUMENT;

26           (d)    The basis of any claim of privilege; and

27           (e)    If work-product is asserted, the proceeding for which the

28                  DOCUMENT was created.

NOTICE OF DEPOSITION OF DEFENDANT
JOANNE SIEGEL AND REQUEST FOR
PRODUCTION OF DOCUMENTS

4

1    20.    For any DOCUMENT or category of DOCUMENTS that was, but

2  no longer is, in YOUR possession, custody or control, please describe each such

3  DOCUMENT as completely as possible and provide the following information:

4          (a)    The reason the DOCUMENT is no longer in YOUR possession,

5                 custody or control;

6          (b)    The person or entity, if any, who has possession, custody or

7                 control or, if unknown, so state; and

8          (c)    If the DOCUMENT was destroyed or otherwise disposed of,

9                 state (i) the manner of disposal (*i.e.*, destruction, loss, discarding

10                or other means of disposal); (ii) the date of disposal; (iii) the

11                reason for disposal; (iv) the person authorizing disposal; (v) the

12                person disposing of the DOCUMENT; and (vi) the name and

13                address of the most recent custodian of the DOCUMENT.

14   21.    Each Request shall be construed independently and no Request shall

15  be viewed as limiting the scope of any other Request.

16   22.    All responsive DOCUMENTS maintained or stored in electronic

17  format shall be produced in native file format with all associated metadata

18  preserved. All responsive DOCUMENTS maintained in hard copy shall be

19  produced in TIFF.

20   23.    The collection and production of DOCUMENTS shall be performed

21  in a manner that ensures that the source of each DOCUMENTS may be

22  determined, if necessary.

23   24.    DOCUMENTS attached to each other shall not be separated.

24   25.    These Requests impose a continuing obligation subsequent to YOUR

25  initial production within thirty days of the service date of these Requests, or other

26  date mutually agreed upon by the parties, to timely supplement YOUR response

27  or production if YOU determine that YOUR response or production is incomplete

28  or incorrect.

## DOCUMENTS REQUESTED

1.     All agreements between or among YOU and any DEFENDANT regarding the SIEGEL HEIRS' purported rights in SUPERMAN and/or SUPERBOY.

2.     All agreements between or among YOU and the SHUSTER HEIRS regarding the SIEGEL HEIRS' purported rights in SUPERMAN and/or SUPERBOY.

3.     All agreements between or among YOU and any DEFENDANT regarding the SHUSTER HEIRS' purported rights in SUPERMAN and/or SUPERBOY.

4.     All agreements between or among SIEGEL and SHUSTER regarding any purported rights in SUPERMAN and/or SUPERBOY.

5.     All agreements between or among YOU and the SHUSTER HEIRS regarding the SHUSTER HEIRS' purported rights in SUPERMAN and/or SUPERBOY.

6.     All DOCUMENTS relating to or affecting the ability of YOU or the SIEGEL HEIRS to negotiate or enter into agreements regarding SUPERMAN and/or SUPERBOY.

7.     All DOCUMENTS relating to or affecting the ability of the SHUSTER HEIRS to negotiate or enter into agreements regarding SUPERMAN and/or SUPERBOY.

8.     All DOCUMENTS relating to or affecting the disposition, division, or ownership of any rights in SUPERMAN and/or SUPERBOY.

9.     All DOCUMENTS relating to or affecting the division of revenue, proceeds, or other profits regarding SUPERMAN and/or SUPERBOY.

10.     All DOCUMENTS relating to or affecting the division of any settlement proceeds regarding SUPERMAN and/or SUPERBOY.

1        11.    All DOCUMENTS relating to the potential sale, assignment, license,

2    or other disposition of any rights relating to SUPERMAN and/or SUPERBOY,

3    including but not limited to any solicitation, offer, option, or proposed agreement.

4        12.    All DOCUMENTS relating to the valuation of any past, current, or

5    potential ownership interest in SUPERMAN and/or SUPERBOY.

6        13.    All DOCUMENTS relating to the introduction of YOU or the SIEGEL

7    HEIRS to any DEFENDANT.

8        14.    All DOCUMENTS relating to the October 16, 2001

9    COMMUNICATION between Kevin Marks and John Schulman.

10       15.    All DOCUMENTS relating to the October 19, 2002 letter from Kevin

11   Marks to John Schulman confirming that the SIEGEL HEIRS "accepted D.C.

12   Comics' offer of October 16, 2001."

13       16.    All DOCUMENTS relating to the October 26, 2001 letter from DC

14   Comics to the SIEGEL HEIRS.

15       17.    All DOCUMENTS relating to the November 29, 2001

16   COMMUNICATION between DEFENDANT Marc Toberoff and Kevin Marks

17   regarding the SIEGEL HEIRS' purported rights in SUPERMAN and/or

18   SUPERBOY.

19       18.    All DOCUMENTS relating to the February 1, 2002 letter from Patrick

20   Perkins to the SIEGEL HEIRS.

21       19.    All DOCUMENTS relating to the February 6, 2002

22   COMMUNICATION between DEFENDANT Marc Toberoff and Kevin Marks

23   regarding the SIEGEL HEIRS' purported rights in SUPERMAN and/or

24   SUPERBOY.

25       20.    All DOCUMENTS relating to the February 2002 COMMUNICATION

26   between DEFENDANT Marc Toberoff and Warner Bros. executive Steven Spira

27   regarding the rights in SUPERMAN and/or SUPERBOY.

28

NOTICE OF DEPOSITION OF DEFENDANT<br>JOANNE SIEGEL AND REQUEST FOR<br>PRODUCTION OF DOCUMENTS

7

1    21.    All DOCUMENTS relating to the May 9, 2002 letter from YOU to

2  Time Warner Inc.

3    22.    All DOCUMENTS relating to the May 21, 2002 letter from Richard

4  Parsons of Time Warner Inc. to YOU.

5    23.    All DOCUMENTS relating to any solicitation, offer, or option from

6  any DEFENDANT regarding the purported rights of YOU or the SIEGEL HEIRS

7  in SUPERMAN and/or SUPERBOY.

8    24.    All DOCUMENTS relating to the September 21, 2002 letter from

9  YOU to Kevin Marks.

10    25.    All DOCUMENTS relating to the September 21, 2002 letter from

11  YOU to DC Comics.

12    26.    All DOCUMENTS relating to the letter agreement dated October 3,

13  2002 that YOU signed with DEFENDANT IP Worldwide, LLC, and any revisions,

14  modifications, or adjustments thereto.

15    27.    All DOCUMENTS relating to the October 28, 2002 letter from YOU

16  to Lillian Laserson of DC Comics.

17    28.    All DOCUMENTS relating to the Notice of Termination of Transfer

18  Covering Extended Renewal Term:  Superboy served on behalf of the SIEGEL

19  HEIRS on or around November 8, 2002.

20

21        Dated:  August 17, 2010              Respectfully submitted,

22                                             O'MELVENY & MYERS LLP

23                                             By:

24                                                 Daniel M. Petrocelli

25                                             Attorneys for Plaintiff DC Comics

26

27

28

NOTICE OF DEPOSITION OF DEFENDANT
JOANNE SIEGEL AND REQUEST FOR
PRODUCTION OF DOCUMENTS

8

1   DANIEL M. PETROCELLI (S.B. #97802)
      dpetrocelli@omm.com
2   MATTHEW T. KLINE (S.B. #211640)
      mkline@omm.com
3   CASSANDRA L. SETO (S.B. #246608)
      cseto@omm.com
4   O'MELVENY & MYERS LLP
    1999 Avenue of the Stars, 7th Floor
5   Los Angeles, CA 90067-6035
    Telephone: (310) 553-6700
6   Facsimile:  (310) 246-6779

7   PATRICK T. PERKINS (admitted *pro hac vice*)
      pperkins@ptplaw.com
8   PERKINS LAW OFFICE, P.C.
    1711 Route 9D
9   Cold Spring, NY 10516
    Telephone: (845) 265-2820
10  Facsimile:  (845) 265-2819

11  Attorneys for Plaintiff DC Comics

12                  **UNITED STATES DISTRICT COURT**

13                 **CENTRAL DISTRICT OF CALIFORNIA**

14
    DC COMICS,                          |  Case No. CV-10-3633 ODW (RZx)
15
                    Plaintiff,          |  **PROOF OF SERVICE**
16
            v.                          |  **Judge**: Hon. Otis D. Wright II
17                                       |  **Magistrate**: Hon. Ralph Zarefsky
    PACIFIC PICTURES
18  CORPORATION, IP WORLDWIDE,
    LLC, IPW, LLC, MARC TOBEROFF,
19  an individual, MARK WARREN
    PEARY, as personal representative of
20  the ESTATE OF JOSEPH SHUSTER,
    JOANNE SIEGEL, an individual,
21  LAURA SIEGEL LARSON, an
    individual, and DOES 1-10, inclusive,
22
                    Defendants.
23

24

25

26

27

28
                                                          PROOF OF SERVICE

1                         **PROOF OF SERVICE BY MAIL**

2         I am a citizen of the United States and employed in Los Angeles County,

3 California, at the office of a member of the bar of this Court at whose direction this

4 service was made. I am over the age of eighteen years and not a party to the within

5 action. I am a resident of or employed in the county where the service described

6 below occurred. My business address is 1999 Avenue of the Stars, 7th Floor, Los

7 Angeles, California 90067-6035. I am readily familiar with this firm's practice for

8 collection and processing of correspondence for mailing with the United States

9 Postal Service. In the ordinary course of business, correspondence collected from

10 me would be processed on the same day, with postage thereon fully prepaid and

11 placed for deposit that day with the United States Postal Service. On August 17,

12 2010 I served the following:

13                 **PLAINTIFF DC COMICS' NOTICE OF**
                   **DEPOSITION OF DEFENDANT JOANNE SIEGEL**
14                  **AND REQUEST FOR PRODUCTION OF**
                 **DOCUMENTS;**
15

16                 **PLAINTIFF DC COMICS' NOTICE OF**
                 **DEPOSITION OF JEAN PEAVY AND REQUEST**
17                 **FOR PRODUCTION OF DOCUMENTS;**

18                 **SUBPOENA TO TESTIFY AT A DEPOSITION IN A**
                 **CIVIL ACTION TO JEAN ADELE PEAVY;**

19                 **PLAINTIFF DC COMICS' NOTICE OF**
                 **DEPOSITION OF DEFENDANT LAURA SIEGEL**
20                 **LARSON AND REQUEST FOR PRODUCTION OF**
                 **DOCUMENTS; and**
21

22                 **PLAINTIFF DC COMICS' NOTICE OF**
                 **DEPOSITION OF MARK WARREN PEARY AND**
23                 **REQUEST FOR PRODUCTION OF DOCUMENTS**

24 by putting a true and correct copy thereof in a sealed envelope, with postage fully

25 prepaid, and placing the envelope for collection and mailing today with the United

26 States Postal Service in accordance with the firm's ordinary business practices,

27 addressed as follows:

28

                                        1                      PROOF OF SERVICE

1

2    Marc Toberoff
     Toberoff & Associates, P.C.
3    2049 Century Park East, Suite 2720
     Los Angeles, CA 90067
4
     Attorneys for defendants Joanne Siegel; Laura Siegel Larson; and
5    Mark Warren Peary; and third-party Jean Peavy

6

7
     Richard Kendall
8    Kendall Brill & Klieger LLP
     10100 Santa Monica Blvd., Suite 1725
9    Los Angeles, CA 90067

10
     Attorneys for defendants Marc Toberoff; Pacific Pictures Corporation;
11   IP Worldwide, LLC; and IPW, LLC

12
         I declare under penalty of perjury under the laws of the United States that the
13
     above is true and correct. Executed on August 17, 2010, at Los Angeles,
14
     California.
15

16

17                                          Sandra L. Watson

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE