# EXHIBIT D

1   DANIEL M. PETROCELLI (S.B. #97802)
      dpetrocelli@omm.com
2   MATTHEW T. KLINE (S.B. #211640)
      mkline@omm.com
3   CASSANDRA L. SETO (S.B. #246608)
      cseto@omm.com
4   O'MELVENY & MYERS LLP
    1999 Avenue of the Stars, 7th Floor
5   Los Angeles, CA 90067-6035
    Telephone:  (310) 553-6700
6   Facsimile:   (310) 246-6779

7   (continued on next page)

8   Attorneys for Plaintiff DC Comics

9                    UNITED STATES DISTRICT COURT

10                 CENTRAL DISTRICT OF CALIFORNIA

11
    DC COMICS,                          Case No. CV-10-3633 ODW (RZx)
12
                      Plaintiff,        **DISCOVERY MATTER**
13
            v.                          **PLAINTIFF DC COMICS'**
14                                      **NOTICE OF DEPOSITION OF**
    PACIFIC PICTURES                    **MARK WARREN PEARY AND**
15  CORPORATION, IP WORLDWIDE,          **REQUEST FOR PRODUCTION**
    LLC, IPW, LLC, MARC TOBEROFF,       **OF DOCUMENTS**
16  an individual, MARK WARREN
    PEARY, as personal representative of **Judge**: Hon. Otis D. Wright II
17  the ESTATE OF JOSEPH SHUSTER,       **Magistrate**: Hon. Ralph Zarefsky
    JOANNE SIEGEL, an individual,
18  LAURA SIEGEL LARSON, an             Deposition Date:   October 13, 2010
    individual, and DOES 1-10, inclusive, Deposition Time:  9:00 a.m.
19
                      Defendants.
20

21

22

23

24

25

26

27

28
                                        NOTICE OF DEPOSITION OF DEFENDANT
                                        MARK WARREN PEARY AND REQUEST
                                        FOR PRODUCTION OF DOCUMENTS

1 | (continued from previous page)

2 | PATRICK T. PERKINS (admitted *pro hac vice*)
     pperkins@ptplaw.com
3 | PERKINS LAW OFFICE, P.C.
     1711 Route 9D
4 | Cold Spring, NY 10516
     Telephone:  (845) 265-2820
5 | Facsimile:   (845) 265-2819

6 | Attorneys for Plaintiff DC Comics

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DEPOSITION OF DEFENDANT
MARK WARREN PEARY AND REQUEST
FOR PRODUCTION OF DOCUMENTS

1  **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2  PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure

3  30, the deposition upon oral examination of defendant Mark Warren Peary (the

4  "Deponent") will be taken in the above-entitled action on October 13, 2010 starting

5  at 9:00 a.m. and continuing over the course of one day until completed or otherwise

6  adjourned. The deposition will be held at the Hilton Hotel, 100 Sandoval Street,

7  Santa Fe, New Mexico 87501-2131. The deposition will be taken before a notary

8  public or other officer authorized to administer oaths and will be recorded by

9  stenographic, sound, and visual means.

10  PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Civil

11  Procedure 34, Deponent is requested to produce for inspection and copying all

12  documents described in Attachment A to this Notice of Deposition, in accordance

13  with the definitions contained therein, by no later than September 17, 2010.

14  This Notice of Deposition is being served on Deponent's counsel at the

15  address shown on the accompanying Proof of Service.

16

17  Dated: August 17, 2010                Respectfully submitted,

18                                        O'MELVENY & MYERS LLP

19

20                                        By: _____
                                          Daniel M. Petrocelli
21
                                          Attorneys for Plaintiff DC Comics
22

23

24

25

26

27

28

NOTICE OF DEPOSITION OF DEFENDANT
MARK WARREN PEARY AND REQUEST
FOR PRODUCTION OF DOCUMENTS

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ATTACHMENT A
## DEFINITIONS AND INSTRUCTIONS

1.    "DOCUMENT" shall be interpreted in its broadest sense to include any and all "documents" and "other tangible things" as those terms are understood in Federal Rule of Civil Procedure 34, including, without limitation, any "writing," "recording," or "photograph" as those terms are defined in Federal Rule of Evidence 1001. This shall include, but is not limited to: e-mail, audio or video recordings, correspondence, letters, phone messages, notes, memoranda, facsimiles, publications, contracts, agreements, calendars, drafts of proposed contracts or agreements, papers, and photographs.

2.    "COMMUNICATION" means all written, electronic, oral, telephonic, gesture, or other transmission or exchange of information, including without limitation any inquiry, request, dialogue, discussion, conversation, interview, correspondence, letter, note, consultation, negotiation, agreement, understanding, meeting, e-mail, and all DOCUMENTS evidencing any verbal or nonverbal interaction between any individuals or entities.

3.    "REFER" or "RELATE" means, without limitation, evidence, reflect, summarize, constitute, contain, study, analyze, explain, mention, show, discuss, describe, or comment upon.

4.    "PERSON" means any natural person, firm, association, corporation, partnership, or other legal entity or organization separately identifiable, and any department(s) or division(s) therein.

5.    "YOU" or "YOUR" means Mark Warren Peary and the Estate of Joseph Shuster, and, as applicable, any PERSON acting on their behalf, including but not limited to their agents, employees, attorneys, and representatives.

6.    "DEFENDANT" or "DEFENDANTS" means, collectively and severally, any defendant in the above-entitled action, including YOU; Pacific Pictures Corporation; IP Worldwide, LLC; IPW, LLC; Marc Toberoff; Joanne

NOTICE OF DEPOSITION OF DEFENDANT
MARK WARREN PEARY AND REQUEST
FOR PRODUCTION OF DOCUMENTS

2

1  Siegel; and Laura Siegel Larson and, as applicable, any PERSON acting on their

2  behalf, including but not limited to their agents, employees, attorneys, and

3  representatives.

4      7.    "SHUSTER HEIRS" means, collectively and severally, YOU, Jean

5  Peavy, Dawn Peavy, Frank Shuster, or any other executor, administrator, heir,

6  relative, or representative of Joseph Shuster and, as applicable, any PERSON

7  acting on their behalf, including but not limited to their agents, employees,

8  attorneys, and representatives.

9      8.    "SIEGEL HEIRS" means, collectively and severally, Joanne Siegel,

10  Laura Siegel Larson, Dennis Larson, Michael Siegel, or any other executor,

11  administrator, heir, relative, or representative of Jerome Siegel and, as applicable,

12  any PERSON acting on their behalf, including but not limited to their agents,

13  employees, attorneys, and representatives.

14      9.    "SHUSTER" means Joseph Shuster and, as applicable, any PERSON

15  acting on his behalf, including but not limited to his agents, employees, attorneys,

16  heirs, and representatives.

17      10.    "SIEGEL" means Jerome Siegel and, as applicable, any PERSON

18  acting on his behalf, including but not limited to his agents, employees, attorneys,

19  heirs, and representatives.

20      11.    "SUPERMAN" means the Superman character as delineated in

21  literary works such as comic books, newspapers, novels, radio programs,

22  television programs, and motion pictures, and any of the works in which he

23  appears, including but not limited to *Action Comics. No. 1*.

24      12.    "SUPERBOY" means the Superboy character as delineated in

25  literary works such as comic books, newspapers, novels, radio programs,

26  television programs, and motion pictures, and any of the works in which he

27  appears, including but not limited to *More Fun Comics #101*.

28      13.    "INCLUDING" means "including, but not limited to."

1    14.    "Any" and "All" are interchangeable.

2    15.    The singular form includes the plural form, and vice versa.

3    16.    YOU are instructed to produce all DOCUMENTS that are responsive
4    to these Requests and that are in YOUR possession, custody, or control.  A
5    DOCUMENT is in YOUR "possession, custody, or control" if it is in YOUR
6    physical possession, or if, as a practical matter, YOU have the ability, upon
7    request, to obtain possession of the DOCUMENT or a copy thereof from another
8    person or entity that has physical possession of the DOCUMENT.

9    17.    If any DOCUMENT or category of DOCUMENTS is not produced
10    in full, please state with particularity the reason or reasons it is not being
11    produced in full, and describe, to the best of YOUR knowledge, information and
12    belief, and with as much particularity as possible, the DOCUMENT or portions of
13    the DOCUMENT that are not being produced.

14    18.    Each DOCUMENT is to be produced as it is kept in the usual course
15    of business, including all file folders, binders, notebooks, and other devices by
16    which such DOCUMENTS may be organized or separated.

17    19.    If YOU withhold any DOCUMENT, or portion of a DOCUMENT,
18    on grounds that it is protected from discovery by the attorney-client privilege,
19    work-product doctrine, or other privilege or immunity from discovery, please set
20    forth, for each DOCUMENT or portion of a DOCUMENT withheld:

21        (a)    The place, approximate date, and manner of recording, creating
22              or otherwise preparing the DOCUMENT;

23        (b)    The names and organization position, if any, of each author,
24              sender, and recipient of the DOCUMENT;

25        (c)    A general description of the subject matter of the DOCUMENT;

26        (d)    The basis of any claim of privilege; and

27        (e)    If work-product is asserted, the proceeding for which the
28              DOCUMENT was created.

NOTICE OF DEPOSITION OF DEFENDANT
MARK WARREN PEARY AND REQUEST
FOR PRODUCTION OF DOCUMENTS

4

1    20.    For any DOCUMENT or category of DOCUMENTS that was, but
2    no longer is, in YOUR possession, custody or control, please describe each such
3    DOCUMENT as completely as possible and provide the following information:

4            (a)    The reason the DOCUMENT is no longer in YOUR possession,
5                   custody or control;

6            (b)    The person or entity, if any, who has possession, custody or
7                   control or, if unknown, so state; and

8            (c)    If the DOCUMENT was destroyed or otherwise disposed of,
9                   state (i) the manner of disposal (*i.e.*, destruction, loss, discarding
10                  or other means of disposal); (ii) the date of disposal; (iii) the
11                  reason for disposal; (iv) the person authorizing disposal; (v) the
12                  person disposing of the DOCUMENT; and (vi) the name and
13                  address of the most recent custodian of the DOCUMENT.

14   21.    Each Request shall be construed independently and no Request shall
15   be viewed as limiting the scope of any other Request.

16   22.    All responsive DOCUMENTS maintained or stored in electronic
17   format shall be produced in native file format with all associated metadata
18   preserved. All responsive DOCUMENTS maintained in hard copy shall be
19   produced in TIFF.

20   23.    The collection and production of DOCUMENTS shall be performed
21   in a manner that ensures that the source of each DOCUMENTS may be
22   determined, if necessary.

23   24.    DOCUMENTS attached to each other shall not be separated.

24   25.    These Requests impose a continuing obligation subsequent to YOUR
25   initial production within thirty days of the service date of these Requests, or other
26   date mutually agreed upon by the parties, to timely supplement YOUR response
27   or production if YOU determine that YOUR response or production is incomplete
28   or incorrect.

NOTICE OF DEPOSITION OF DEFENDANT
MARK WARREN PEARY AND REQUEST
5                    FOR PRODUCTION OF DOCUMENTS

1    **DOCUMENT REQUESTS**

2    1.    All agreements between or among YOU and any DEFENDANT

3    regarding the SHUSTER HEIRS' purported rights in SUPERMAN and/or

4    SUPERBOY.

5    2.    All agreements between or among YOU and any DEFENDANT

6    regarding the SIEGEL HEIRS' purported rights in SUPERMAN and/or

7    SUPERBOY.

8    3.    All agreements between or among SHUSTER and SIEGEL regarding

9    any purported rights in SUPERMAN and/or SUPERBOY.

10   4.    All DOCUMENTS relating to or affecting the ability of YOU or the

11   SHUSTER HEIRS to negotiate or enter into agreements regarding SUPERMAN

12   and/or SUPERBOY.

13   5.    All DOCUMENTS relating to or affecting the ability of the SIEGEL

14   HEIRS to negotiate or enter into agreements regarding SUPERMAN and/or

15   SUPERBOY.

16   6.    All DOCUMENTS relating to or affecting the disposition, division, or

17   ownership of any rights in SUPERMAN and/or SUPERBOY.

18   7.    All DOCUMENTS relating to or affecting the division of revenue,

19   proceeds, or other profits regarding SUPERMAN and/or SUPERBOY.

20   8.    All DOCUMENTS relating to or affecting the division of any

21   settlement proceeds regarding SUPERMAN and/or SUPERBOY.

22   9.    All DOCUMENTS relating to the potential sale, assignment, license,

23   or other disposition of any rights relating to SUPERMAN and/or SUPERBOY,

24   including but not limited to any solicitation, offer, option, or proposed agreement.

25   10.   All DOCUMENTS relating to the valuation of any past, current, or

26   potential ownership interest in SUPERMAN and/or SUPERBOY.

27   11.   All DOCUMENTS relating to the introduction of YOU or the

28   SHUSTER HEIRS to any DEFENDANT.

NOTICE OF DEPOSITION OF DEFENDANT
MARK WARREN PEARY AND REQUEST
6    FOR PRODUCTION OF DOCUMENTS

1    12.   All DOCUMENTS relating to the introduction of the SIEGEL HEIRS

2    to any DEFENDANT.

3    13.   All DOCUMENTS relating to the letter dated August 21, 1992 that

4    Jean Peavy sent to Time Warner Inc.

5    14.   All DOCUMENTS relating to the letter dated September 10, 1992 that

6    Frank Shuster sent to Paul Levitz of DC Comics.

7    15.   All DOCUMENTS relating to the agreement dated August 1, 1992 that

8    Jean Peavy and Frank Shuster entered into with DC Comics.

9    16.   All DOCUMENTS relating to the letter dated July 10, 1993 that Jean

10   Peavy sent to Paul Levitz of DC Comics.

11   17.   All DOCUMENTS relating to the letter dated September 14, 1993 that

12   Jean Peavy sent to Paul Levitz of DC Comics.

13   18.   All DOCUMENTS relating to the letter dated April 27, 1995 that Jean

14   Peavy sent to Paul Levitz of DC Comics.

15   19.   All DOCUMENTS relating to the letter agreement dated November 23,

16   2001 that YOU entered into with DEFENDANT Pacific Pictures Corporation.

17   20.   All DOCUMENTS relating to the letter agreement dated October 27,

18   2003 that YOU entered into with DEFENDANT Pacific Pictures Corporation.

19   21.   All DOCUMENTS relating to the letter dated September 10, 2004 that

20   YOU signed with DEFENDANT Pacific Pictures Corporation.

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

NOTICE OF DEPOSITION OF DEFENDANT
MARK WARREN PEARY AND REQUEST
FOR PRODUCTION OF DOCUMENTS

7

1         22.    All DOCUMENTS relating to the Notice of Termination of Transfer

2    Covering Extended Copyright Renewal Term of "Superman" served on behalf of

3    the Estate of Joseph Shuster on or around November 10, 2003.

4

5           Dated: August 17, 2010           Respectfully submitted,

6                                          O'MELVENY & MYERS LLP

7

8                                        By:_____
                                              Daniel M. Petrocelli

9                                        Attorneys for Plaintiff DC Comics

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                           NOTICE OF DEPOSITION OF DEFENDANT
                                           MARK WARREN PEARY AND REQUEST
                   8                 FOR PRODUCTION OF DOCUMENTS

1   DANIEL M. PETROCELLI (S.B. #97802)
     dpetrocelli@omm.com
2   MATTHEW T. KLINE (S.B. #211640)
     mkline@omm.com
3   CASSANDRA L. SETO (S.B. #246608)
     cseto@omm.com
4   O'MELVENY & MYERS LLP
    1999 Avenue of the Stars, 7th Floor
5   Los Angeles, CA 90067-6035
    Telephone: (310) 553-6700
6   Facsimile:   (310) 246-6779

7   PATRICK T. PERKINS (admitted *pro hac vice*)
     pperkins@ptplaw.com
8   PERKINS LAW OFFICE, P.C.
    1711 Route 9D
9   Cold Spring, NY 10516
    Telephone: (845) 265-2820
10  Facsimile:   (845) 265-2819

11  Attorneys for Plaintiff DC Comics

12              **UNITED STATES DISTRICT COURT**

13           **CENTRAL DISTRICT OF CALIFORNIA**

14
    DC COMICS,                          Case No. CV-10-3633 ODW (RZx)
15
                    Plaintiff,          **PROOF OF SERVICE**
16
          v.                           **Judge**: Hon. Otis D. Wright II
17                                      **Magistrate**: Hon. Ralph Zarefsky
    PACIFIC PICTURES
18  CORPORATION, IP WORLDWIDE,
    LLC, IPW, LLC, MARC TOBEROFF,
19  an individual, MARK WARREN
    PEARY, as personal representative of
20  the ESTATE OF JOSEPH SHUSTER,
    JOANNE SIEGEL, an individual,
21  LAURA SIEGEL LARSON, an
    individual, and DOES 1-10, inclusive,
22
                    Defendants.
23

24

25

26

27

28
                                                          PROOF OF SERVICE

1  **PROOF OF SERVICE BY MAIL**

2  I am a citizen of the United States and employed in Los Angeles County,

3  California, at the office of a member of the bar of this Court at whose direction this

4  service was made. I am over the age of eighteen years and not a party to the within

5  action. I am a resident of or employed in the county where the service described

6  below occurred. My business address is 1999 Avenue of the Stars, 7th Floor, Los

7  Angeles, California 90067-6035. I am readily familiar with this firm's practice for

8  collection and processing of correspondence for mailing with the United States

9  Postal Service. In the ordinary course of business, correspondence collected from

10 me would be processed on the same day, with postage thereon fully prepaid and

11 placed for deposit that day with the United States Postal Service. On August 17,

12 2010 I served the following:

13         **PLAINTIFF DC COMICS' NOTICE OF**
        **DEPOSITION OF DEFENDANT JOANNE SIEGEL**
14         **AND REQUEST FOR PRODUCTION OF**
        **DOCUMENTS;**
15

16         **PLAINTIFF DC COMICS' NOTICE OF**
        **DEPOSITION OF JEAN PEAVY AND REQUEST**
17         **FOR PRODUCTION OF DOCUMENTS;**

18         **SUBPOENA TO TESTIFY AT A DEPOSITION IN A**
        **CIVIL ACTION TO JEAN ADELE PEAVY;**

19         **PLAINTIFF DC COMICS' NOTICE OF**
        **DEPOSITION OF DEFENDANT LAURA SIEGEL**
20         **LARSON AND REQUEST FOR PRODUCTION OF**
        **DOCUMENTS; and**
21

22         **PLAINTIFF DC COMICS' NOTICE OF**
        **DEPOSITION OF MARK WARREN PEARY AND**
23         **REQUEST FOR PRODUCTION OF DOCUMENTS**

24 by putting a true and correct copy thereof in a sealed envelope, with postage fully

25 prepaid, and placing the envelope for collection and mailing today with the United

26 States Postal Service in accordance with the firm's ordinary business practices,

27 addressed as follows:

28

1                                                                    PROOF OF SERVICE

1
2
3

Marc Toberoff
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

4
5

Attorneys for defendants Joanne Siegel; Laura Siegel Larson; and
Mark Warren Peary; and third-party Jean Peavy

6

7
8
9

Richard Kendall
Kendall Brill & Klieger LLP
10100 Santa Monica Blvd., Suite 1725
Los Angeles, CA 90067

10
11

Attorneys for defendants Marc Toberoff; Pacific Pictures Corporation;
IP Worldwide, LLC; and IPW, LLC

12
13

I declare under penalty of perjury under the laws of the United States that the

14

above is true and correct.  Executed on August 17, 2010, at Los Angeles,

15

California.

16
17

_Sandra L. Watson_
Sandra L. Watson

18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE