# EXHIBIT E



writer's direct:
310.272.7922
lbrill@kbkfirm.com

August 25, 2010

**VIA ELECTRONIC MAIL ONLY**

Matthew Kline, Esq.
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, California  90067

*mkline@omm.com*

Re:   DC Comics v. Pacific Pictures Corp., et al.

Dear Matt:

I write to follow up on our call of earlier today.

Among other issues, we discussed, without prejudice to our respective positions concerning the timing or scope of discovery, that all parties are interested in negotiating an agreement to diminish the parties' obligations to log privileged and work product documents created after the *Siegel* litigation began.

To elaborate on the request I made in the call, Defendants are requesting DC's confirmation that the individuals upon whom DC has served discovery earlier this month are under no obligation to log any documents created after the date the *Siegel* ligation began in response to that discovery, except as provided for in the agreement that the parties intend to negotiate, or, if any party sends written notice that it is ending negotiations regarding such an agreement, 30 days after the date of such notice.  The foregoing proposal is not intended to limit any party's rights to seek a protective order as to the logging of privileged or other confidential documents.

Thank you in advance for your cooperation in this matter.

Sincerely,

Laura W. Brill

cc:   Daniel Petrocelli
      Richard Kendall
      Marc Toberoff

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.  Suite 1725  Los Angeles, CA 90067  telephone 310.556.2700  facsimile 310.556.2705  www.kbkfirm.com