# EXHIBIT G

**Subject:**          FW: DC v. PPC- Stipulation Re Privilege Logs
**Attachments:**      DC v.PPC.Stipulation.Privilege Logs.800pm.doc

-----Original Message-----
From: nwilliamson@ipwla.com [mailto:nwilliamson@ipwla.com]
Sent: Thursday, September 16, 2010 8:35 PM
To: Petrocelli, Daniel; Kline, Matthew; Seto, Cassandra
Cc: kgadams@ipwla.com; nwilliamson@ipwla.com; lbrill@kbkfirm.com;
ndaum@kbkfirm.com
Subject: DC v. PPC- Stipulation Re Privilege Logs

Counsel:

Attached please find for your review defendants' draft of the proposed stipulation
regarding the logging of post-litigation communications.

Regards,

Nicholas C. Williamson
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles , CA 90067
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: nwilliamson@ipwla.com


This message and any attached documents may contain information from Toberoff &
Associates, P.C. that is confidential and/or privileged. If you are not the intended
recipient, you may not read, copy, distribute or use this information. If you have
received this transmission in error, please notify the sender immediately by reply e-mail
and then delete this message.

1

EXHIBIT G
62

Marc Toberoff (S.B. #188547)
 MToberoff@ipwla.com
Nicholas C. Williamson (S.B. #231124)
 NWilliamson@ipwla.com
Keith G. Adams (S.B. #240497)
  KGadams@ipwla.com
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California 90067
Telephone:  (310) 246-3333
Facsimile:   (310) 246-3101

Attorneys for Defendants Mark Warren Peary,
as personal representative of the Estate of Joseph
Shuster,  Jean Adele Peavy, Joanne Siegel, and
Laura Siegel Larson

(continued on next page)

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| DC COMICS, | Case No. CV 10-3633 ODW (RZx) |
|---|---|
| Plaintiff, | **STIPULATION RE: PRIVILEGE LOGS** |
| v. | |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive, | **Judge**:  Hon. Otis D Wright, II **Magistrate**:  Hon. Ralph Zarefsky Complaint Filed:  May 14, 2010 |
| Defendants. | |

STIPULATION RE: PRIVILEGE LOGS

1 | (continued from previous page)

2 | RICHARD B. KENDALL (S.B. #90072)
     rkendall@kbkfirm.com
3 | LAURA W. BRILL (S.B. #195889)
     lbrill@kbkfirm.com
4 | NICHOLAS F. DAUM (S.B. #236155)
     ndaum@kbkfirm.com
5 | NATHALIE E. COHEN (S.B. #258222)
     ncohen@kbkfirm.com
6 | KENDALL BRILL & KLIEGER LLP
   | 10100 Santa Monica Blvd., Suite 1725
7 | Los Angeles, California  90067
   | Telephone:  (310) 556-2700
8 | Facsimile:   (310) 556-2705

9 | Attorneys for Defendants Marc Toberoff,
   | Pacific Pictures Corporation, IP
10 | Worldwide, LLC, and IPW, LLC

11 |

12 | DANIEL M. PETROCELLI (S.B. #097802)
     dpetrocelli@omm.com
13 | MATTHEW T. KLINE (S.B. #211640)
     mkline@omm.com
14 | CASSANDRA L. SETO (S.B. #246608)
     cseto@omm.com
15 | O'MELVENY & MYERS LLP
   | 1999 Avenue of the Stars, 7th Floor
16 | Los Angeles, CA  90067-6035
   | Telephone:  (310) 553-6700
17 | Facsimile:   (310) 246-6779

18 | Attorneys for Plaintiff DC Comics

19 |

20 | PATRICK T. PERKINS (admitted *pro hac vice*)
     pperkins@ptplaw.com
21 | PERKINS LAW OFFICE, P.C.
   | 1711 Route 9D
22 | Cold Spring, NY 10516
   | Telephone:  (845) 265-2820
23 | Facsimile:   (845) 265-2819

24 | Attorneys for Plaintiff DC Comics

25 |

26 |

27 |

28 |

STIPULATION RE: PRIVILEGE LOGS

## STIPULATION

WHEREAS, plaintiff DC Comics ("Plaintiff"), and defendants Pacific Pictures Corporation, IP Worldwide, LLC, IPW, LLC, Marc Toberoff, Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, Joanne Siegel, and Laura Siegel Larson (collectively, "Defendants") held their Federal Rule of Civil Procedure 26(f) conference of counsel on August 16, 2010;

WHEREAS, the parties have commenced formal discovery in this matter;

WHEREAS, Plaintiff and Defendants hereby agree that to list all post-litigation attorney-client communications responsive to Federal Rules of Civil Procedure, Rule 34 and Rule 45 document requests in privilege logs would be burdensome, duplicative and unnecessary;

NOW THEREFORE, the parties stipulate and jointly agree to the following:

1) Except as set forth in paragraph 2 below, no party shall be required to list on their privilege logs the following documents created on or after October 8, 2004, when the complaint was filed in *Siegel v. Warner Bros. Ent. Inc.*, Case No. 04-CV-08400 ODW (RZx):

> Attorney-client communications, attorney work product, and/or documents protected by the joint defense privilege, common interest privilege, mediation privilege, or the May 1, 2008 JAMS Confidentiality Agreement regarding settlement discussions.

2) Notwithstanding the above, the parties shall be required to list on their respective privilege logs, documents relating to the receipt by DC Comics, Warner Bros. Entertainment, Inc., or any related entity, of the cover letter (a.k.a. "Toberoff Timeline") attached as "Exhibit A" to the Complaint filed in *DC Comics v. Pacific Pictures Corp.*, Case No. 10-CV-03633 ODW (RZx) and/or the documents (Bates nos. Q001-839) enclosed by such cover letter.

---

1

STIPULATION RE: PRIVILEGE LOGS

1 | IT IS SO STIPULATED

2

3 | Dated: September 16, 2010          TOBEROFF & ASSOCIATES, P.C.

4

5                                     By: _____

6                                          Marc Toberoff

7                                          Attorneys for Defendants Mark Warren
                                           Peary as personal representative of the
8                                          Estate of Joseph Shuster, Jean Adele
                                           Peavy, Joanne Siegel, and Laura Seigel
9                                          Larson

10

11 | Dated: September 16, 2010          KENDALL BRILL & KLIEGER LLP

12

13

14                                     By: _____

15                                          Richard B. Kendall

16                                          Attorneys for Defendants Mark Toberoff,
                                           Pacific Pictures Corporation, IP
                                           Worldwide, LLC, and IPW, LLC

17

18

19 | Dated: September 16, 2010          O'MELVENY & MYERS L.L.P.

20

21                                     By: _____

22                                          Daniel M. Petrocelli

23                                          Attorneys for Plaintiff DC Comics

24

25

26

27

28

2
STIPULATION RE: PRIVILEGE LOGS