# EXHIBIT M

# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | 1999 Avenue of the Stars, 7th Floor | SAN FRANCISCO |
| BRUSSELS | Los Angeles, California 90067-6035 | SHANGHAI |
| HONG KONG | TELEPHONE (310) 553-6700 | SILICON VALLEY |
| LONDON | FACSIMILE (310) 246-6779 | SINGAPORE |
| LOS ANGELES | www.omm.com | TOKYO |
| NEWPORT BEACH | | WASHINGTON, D.C. |
| NEW YORK | | |

September 21, 2010

OUR FILE NUMBER
905,900-321

**VIA E-MAIL AND U.S. MAIL**

WRITER'S DIRECT DIAL
(310) 246-6850

Richard Kendall
Kendall Brill & Klieger LLP
10100 Santa Monica Boulevard, Suite 1725
Los Angeles, California 90067

WRITER'S E-MAIL ADDRESS
dpetrocelli@omm.com

Marc Toberoff
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California 90067

Re:   *DC Comics v. Pacific Pictures Corp. et al.*, CV-10-3633 (ODW) (RZx)

Dear Counsel:

We have received your responses and objections to the requests for production of documents DC Comics served on defendants Joanne Siegel, Laura Siegel Larson, Jean Peavy, and Mark Warren Peary. The responses lack merit and conflict with Magistrate Zarefsky's rulings yesterday and his admonition to all counsel not "to be obstructive." You also failed to provide privilege logs. Absent a significant change in your position, we intend to file a motion to compel production of the requested documents and schedule it to be heard in advance of November 15, when the stay applicable to the pending noticed depositions expires. Pursuant to Local Rule 37-1, we request a meet and confer regarding our motion on September 27 or 28. Please let us know when you are available on those dates.

Thanks.

Very truly yours,

Daniel M. Petrocelli
of O'MELVENY & MYERS LLP

CC1:836642.1