# EXHIBIT P

| | |
|---|---|
| **Subject:** | FW: DC v. PPC 10-CV-3633 ODW (RZx) |
| **Attachments:** | DC v.PPC.Stipulation.Privilege Logs.800pm.docx |

**From:** marc.toberoff@gmail.com [mailto:marc.toberoff@gmail.com] **On Behalf Of** Marc Toberoff
**Sent:** Tuesday, October 05, 2010 1:31 PM
**To:** Petrocelli, Daniel; Kline, Matthew; Seto, Cassandra
**Cc:** Laura Brill; Nicholas Daum; Keith Adams; Nicholas Williamson
**Subject:** DC v. PPC 10-CV-3633 ODW (RZx)

Dan:

My clients will be serving supplemental discovery responses by Friday at noon. It would be more productive to have the meet and confer after you have had the chance to review those. If you let us know of any problems you have with the supplements on October 11, I would be available to meet and confer the next day, October 12. Please let me know if this works for you.

In the meantime, we have not heard back from you regarding the proposed stipulation regarding logging of post-litigation documents in this case, which we sent you on September 16. A copy is attached for your convenience. It would be helpful to know your thinking in advance of the meet and confer. All sides have said they would like an agreement on this issue, and it would obviously save us all a great deal of unnecessary effort in trying to log years of privileged communications.

Regards,

Marc

--
Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com

1