# EXHIBIT Q

| | |
|---|---|
| **Subject:** | FW: DC Comics v. Pacific Pictures Corp. |
| **Attachments:** | Stipulation re Privilege Logs.doc; Redline-Stipulation re Privilege Logs.doc |

**From:** Seto, Cassandra
**Sent:** Wednesday, October 06, 2010 3:12 PM
**To:** Richard Kendall; Laura Brill; Nicholas Daum; Nathalie Cohen; Marc Toberoff; Nicholas Williamson; Keith Adams
**Cc:** Petrocelli, Daniel; Kline, Matthew; Tokoro, Jason
**Subject:** DC Comics v. Pacific Pictures Corp.

Counsel:

Attached please find a draft stipulation regarding the preparation of privilege logs in this case. We have included a redline against your proposal. As we have said before, we are willing to negotiate such a proposal, but reserve all rights.

Thanks.

**Cassandra L. Seto**
**O'Melveny & Myers LLP**
1999 Avenue of the Stars, Suite 700, Los Angeles, California 90067
Telephone: 310.246.6703  |  Facsimile: 310.246.6779

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

1

1  Marc Toberoff (S.B. #188547)
    MToberoff@ipwla.com
2  Nicholas C. Williamson (S.B. #231124)
    NWilliamson@ipwla.com
3  Keith G. Adams (S.B. #240497)
    KGadams@ipwla.com
4  TOBEROFF & ASSOCIATES, P.C.
5  2049 Century Park East, Suite 2720
   Los Angeles, California 90067
6  Telephone:  (310) 246-3333
7  Facsimile:   (310) 246-3101

8  Attorneys for Defendants Mark Warren Peary,
   as personal representative of the Estate of Joseph
9  Shuster, Jean Adele Peavy, Joanne Siegel, and
   Laura Siegel Larson
10

11 (continued on next page)

12

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DC COMICS, | Case No. CV 10-3633 ODW (RZx) |
| Plaintiff, | **STIPULATION RE: PRIVILEGE LOGS** |
| v. | |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive, | **Judge**: Hon. Otis D Wright, II<br>**Magistrate**: Hon. Ralph Zarefsky<br><br>Complaint Filed: May 14, 2010 |
| Defendants. | |

STIPULATION RE: PRIVILEGE LOGS

(continued from previous page)

RICHARD B. KENDALL (S.B. #90072)
  rkendall@kbkfirm.com
LAURA W. BRILL (S.B. #195889)
  lbrill@kbkfirm.com
NICHOLAS F. DAUM (S.B. #236155)
  ndaum@kbkfirm.com
NATHALIE E. COHEN (S.B. #258222)
  ncohen@kbkfirm.com
KENDALL BRILL & KLIEGER LLP
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: (310) 556-2700
Facsimile: (310) 556-2705

Attorneys for Defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC

DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819

Attorneys for Plaintiff DC Comics

STIPULATION RE: PRIVILEGE LOGS

# STIPULATION

WHEREAS, plaintiff DC Comics and defendants Pacific Pictures Corporation, IP Worldwide, LLC, IPW, LLC, Marc Toberoff, Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, Joanne Siegel, and Laura Siegel Larson (collectively, "Defendants") held their Federal Rule of Civil Procedure 26(f) conference of counsel on August 16, 2010;

WHEREAS, DC Comics has commenced discovery in this matter;

WHEREAS, the parties agree that the logging on privilege logs of a certain, defined subset of documents that are otherwise responsive to Federal Rules of Civil Procedure, Rule 34 and Rule 45 would be burdensome, duplicative and unnecessary;

NOW THEREFORE, the parties stipulate and jointly agree to the following:

1) Except as set forth in paragraphs 3 and 4 below, DC Comics (including its affiliates) and defendants Joanne Siegel and Laura Siegel Larson shall not be required to list on their respective privilege logs the following documents created on or after October 8, 2004, when the complaint was filed in *Siegel v. Warner Bros. Ent. Inc.*, Case No. 04-CV-08400 ODW (RZx) (which, along with *Siegel v. Time Warner Inc.*, Case No. 04-CV-08776 ODW (RZx), are referred to herein as "the *Siegel* Litigation"):

    (a) Attorney-client communications and attorney work product created solely and exclusively for the purposes of the *Siegel* Litigation; and

    (b) Communications with experts and consultants retained in connection with the *Siegel* Litigation, except where specific document requests are made related to these communications, in which case this stipulation would not apply.

2) Except as set forth in paragraphs 3 and 4 below, DC Comics (including its affiliates) and defendants Mark Warren Peary, Jean Peavy, Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC shall not be required to list on their privilege logs the following documents created on or after May 14,

---
1
STIPULATION RE: PRIVILEGE LOGS

2010, when DC Comics filed its complaint in the above-entitled action ("the *Pacific Pictures* Litigation"):

    (a)    Attorney-client communications and attorney work product created solely and exclusively for the purposes of *Pacific Pictures* Litigation; and

    (b)    Communications with experts and consultants retained in connection with the *Pacific Pictures* Litigation, except where specific document requests are made related to these communications, in which case this stipulation would not apply.

3) Notwithstanding the above, the parties shall be required to list on their respective privilege logs the following documents:

    (a)    All communications that involve any third party (*i.e.*, any party other than a named party or an affiliate of the defendants in the *Siegel* Litigation or the plaintiff in the *Pacific Pictures* Litigation), regardless of when they took place and regardless of any assertion that the communication is covered by a "joint defense privilege," a "common interest privilege," or a like privilege (*e.g.*, this would include any communications between Joanne Siegel and Jean Peavy or IP Worldwide);

    (b)    Any and all documents claimed to be covered by the "joint defense privilege" or "common interest privilege";

    (c)    Any and all documents claimed to be protected by any privilege or confidentiality protection related to mediation privilege (including the May 1, 2008 JAMS confidentiality agreement signed in the *Siegel* Litigation); and

    (d)    Any and all documents related to the Toberoff Timeline to the extent they are not merely draft pleadings, briefs, motions, or other documents submitted to the Court.

4) Other than the exceptions set forth in paragraphs 1 and 2 (as limited by paragraphs 3 and 4), the parties agree to no other exceptions to the requirement that the respective parties prepare or produce privilege logs. Nor may this stipulation or

discussions regarding its content be used as an excuse for not otherwise timely preparing and serving such logs.

IT IS SO STIPULATED.

Dated: October __, 2010        TOBEROFF & ASSOCIATES, P.C.


By: _____
    Marc Toberoff
    Attorneys for Defendants Mark Warren
    Peary as personal representative of the
    Estate of Joseph Shuster, Jean Adele
    Peavy, Joanne Siegel, and Laura Seigel
    Larson

Dated: October __, 2010        KENDALL BRILL & KLIEGER LLP


By: _____
    Richard B. Kendall
    Attorneys for Defendants Mark Toberoff,
    Pacific Pictures Corporation, IP
    Worldwide, LLC, and IPW, LLC

Dated: October __, 2010        O'MELVENY & MYERS L.L.P.


By: _____
    Daniel M. Petrocelli
    Attorneys for Plaintiff DC Comics

3
STIPULATION RE: PRIVILEGE LOGS

1  Marc Toberoff (S.B. #188547)
    MToberoff@ipwla.com
2  Nicholas C. Williamson (S.B. #231124)
    NWilliamson@ipwla.com
3  Keith G. Adams (S.B. #240497)
    KGadams@ipwla.com
4  TOBEROFF & ASSOCIATES, P.C.
5  2049 Century Park East, Suite 2720
   Los Angeles, California 90067
6  Telephone:  (310) 246-3333
7  Facsimile:   (310) 246-3101

8  Attorneys for Defendants Mark Warren Peary,
   as personal representative of the Estate of Joseph
9  Shuster, Jean Adele Peavy, Joanne Siegel, and
   Laura Siegel Larson
10

11 (continued on next page)

12

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| DC COMICS, | Case No. CV 10-3633 ODW (RZx) |
|---|---|
| Plaintiff, | **STIPULATION RE: PRIVILEGE LOGS** |
| v. | |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive, | **Judge**: Hon. Otis D Wright, II<br>**Magistrate**: Hon. Ralph Zarefsky<br><br>Complaint Filed:  May 14, 2010 |
| Defendants. | |

STIPULATION RE: PRIVILEGE LOGS

1  (continued from previous page)

2  RICHARD B. KENDALL (S.B. #90072)
    rkendall@kbkfirm.com
3  LAURA W. BRILL (S.B. #195889)
    lbrill@kbkfirm.com
4  NICHOLAS F. DAUM (S.B. #236155)
    ndaum@kbkfirm.com
5  NATHALIE E. COHEN (S.B. #258222)
    ncohen@kbkfirm.com
6  KENDALL BRILL & KLIEGER LLP
   10100 Santa Monica Blvd., Suite 1725
7  Los Angeles, California 90067
   Telephone:  (310) 556-2700
8  Facsimile:  (310) 556-2705

9  Attorneys for Defendants Marc Toberoff,
   Pacific Pictures Corporation, IP
10 Worldwide, LLC, and IPW, LLC

11

12 DANIEL M. PETROCELLI (S.B. #097802)
    dpetrocelli@omm.com
13 MATTHEW T. KLINE (S.B. #211640)
    mkline@omm.com
14 CASSANDRA L. SETO (S.B. #246608)
    cseto@omm.com
15 O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
16 Los Angeles, CA 90067-6035
   Telephone:  (310) 553-6700
17 Facsimile:  (310) 246-6779

18 ~~Attorneys for Plaintiff DC Comics~~

19 PATRICK T. PERKINS (admitted *pro hac vice*)
    pperkins@ptplaw.com
20 PERKINS LAW OFFICE, P.C.
   1711 Route 9D
21 Cold Spring, NY 10516
   Telephone:  (845) 265-2820
22 Facsimile:  (845) 265-2819

23 Attorneys for Plaintiff DC Comics

24

25

26

27

28

STIPULATION RE: PRIVILEGE LOGS

# STIPULATION

WHEREAS, plaintiff DC Comics ~~("Plaintiff"),~~ and defendants Pacific Pictures Corporation, IP Worldwide, LLC, IPW, LLC, Marc Toberoff, Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, Joanne Siegel, and Laura Siegel Larson (collectively, "Defendants") held their Federal Rule of Civil Procedure 26(f) conference of counsel on August 16, 2010;

WHEREAS, ~~the parties have~~DC Comics has commenced ~~formal~~ discovery in this matter;

WHEREAS, ~~Plaintiff and Defendants hereby agree that to list all post-litigation attorney-client communications~~the parties agree that the logging on privilege logs of a certain, defined subset of documents that are otherwise responsive to Federal Rules of Civil Procedure, Rule 34 and Rule 45 ~~document requests in privilege logs~~ would be burdensome, duplicative and unnecessary;

NOW THEREFORE, the parties stipulate and jointly agree to the following:

1) Except as set forth in ~~paragraph 2 below, no party shall~~paragraphs 3 and 4 below, DC Comics (including its affiliates) and defendants Joanne Siegel and Laura Siegel Larson shall not be required to list on their respective privilege logs the following documents created on or after October 8, 2004, when the complaint was filed in *Siegel v. Warner Bros. Ent. Inc.*, Case No. 04-CV-08400 ODW (RZx) (which, along with *Siegel v. Time Warner Inc.*, Case No. 04-CV-08776 ODW (RZx), are referred to herein as "the *Siegel* Litigation"):

   (a) Attorney-client communications~~, attorney work product, and/or documents protected by the joint defense privilege, common interest privilege, mediation privilege, or the May 1, 2008 JAMS Confidentiality Agreement regarding settlement discussions.~~ and attorney work product created solely and exclusively for the purposes of the *Siegel* Litigation; and

   (b) Communications with experts and consultants retained in connection with the *Siegel* Litigation, except where specific document requests are

---
1
STIPULATION RE: PRIVILEGE LOGS

1  made related to these communications, in which case this stipulation would not
2  apply.
3      2)   Except as set forth in paragraphs 3 and 4 below, DC Comics (including
4  its affiliates) and defendants Mark Warren Peary, Jean Peavy, Marc Toberoff,
5  Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC shall not be
6  required to list on their privilege logs the following documents created on or after
7  May 14, 2010, when DC Comics filed its complaint in the above-entitled action
8  ("the *Pacific Pictures* Litigation"):
9      (a)   Attorney-client communications and attorney work product
10 created solely and exclusively for the purposes of *Pacific Pictures* Litigation; and
11     (b)   Communications with experts and consultants retained in
12 connection with the *Pacific Pictures* Litigation, except where specific document
13 requests are made related to these communications, in which case this stipulation
14 would not apply.
15     3)   2) Notwithstanding the above, the parties shall be required to list on
16 their respective privilege logs, ~~documents relating to the receipt by DC Comics,~~
17 ~~Warner Bros. Entertainment, Inc., or any related entity, of the cover letter (a.k.a.~~
18 ~~"Toberoff Timeline") attached as "Exhibit A" to the Complaint filed in *DC Comics*~~
19 ~~*v. Pacific Pictures Corp.*, Case No. 10-CV-03633 ODW (RZx) and/or the~~
20 ~~documents (Bates nos. Q001-839) enclosed by such cover letter.~~ the following
21 documents:
22     (a)   All communications that involve any third party (*i.e.*, any party
23 other than a named party or an affiliate of the defendants in the *Siegel* Litigation or
24 the plaintiff in the *Pacific Pictures* Litigation), regardless of when they took place
25 and regardless of any assertion that the communication is covered by a "joint
26 defense privilege," a "common interest privilege," or a like privilege (*e.g.*, this
27 would include any communications between Joanne Siegel and Jean Peavy or IP
28 Worldwide);

2
STIPULATION RE: PRIVILEGE LOGS

  (b) <u>Any and all documents claimed to be covered by the "joint defense privilege" or "common interest privilege";</u>

  (c) <u>Any and all documents claimed to be protected by any privilege or confidentiality protection related to mediation privilege (including the May 1, 2008 JAMS confidentiality agreement signed in the *Siegel* Litigation); and</u>

  (d) <u>Any and all documents related to the Toberoff Timeline to the extent they are not merely draft pleadings, briefs, motions, or other documents submitted to the Court.</u>

 4) <u>Other than the exceptions set forth in paragraphs 1 and 2 (as limited by paragraphs 3 and 4), the parties agree to no other exceptions to the requirement that the respective parties prepare or produce privilege logs. Nor may this stipulation or discussions regarding its content be used as an excuse for not otherwise timely preparing and serving such logs.</u>

IT IS SO STIPULATED.

Dated: ~~September 16,~~October ___, 2010  TOBEROFF & ASSOCIATES, P.C.

By: _____
Marc Toberoff
Attorneys for Defendants Mark Warren Peary as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, Joanne Siegel, and Laura Seigel Larson

3
STIPULATION RE: PRIVILEGE LOGS

Dated: ~~September 16,~~October ___, 2010     KENDALL BRILL & KLIEGER LLP

By: _____
Richard B. Kendall
Attorneys for Defendants Mark Toberoff,
Pacific Pictures Corporation, IP
Worldwide, LLC, and IPW, LLC

Dated: ~~September 16,~~October ___, 2010     O'MELVENY & MYERS L.L.P.

By: _____
Daniel M. Petrocelli
Attorneys for Plaintiff DC Comics

4
STIPULATION RE: PRIVILEGE LOGS

Document comparison by Workshare Professional on Wednesday, October 06, 2010 3:09:46 PM

| Input: | |
|---|---|
| Document 1 ID | file://C:/Documents and Settings/cls14982/Desktop/DC v.PPC.Stipulation.Privilege Logs.800pm.doc |
| Description | DC v.PPC.Stipulation.Privilege Logs.800pm |
| Document 2 ID | file:////CCCLFP1/users/cls14982/MOMS/WP/WARNER BROS/Stipulation re Privilege Logs.doc |
| Description | Stipulation re Privilege Logs |
| Rendering set | standard |

| Legend: |
|---|
| Insertion |
| Deletion |
| Moved from |
| Moved to |
| Style change |
| Format change |
| Moved deletion |
| Inserted cell |
| Deleted cell |
| Moved cell |
| Split/Merged cell |
| Padding cell |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 29 |
| Deletions | 13 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 42 |