DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819

Attorneys for Plaintiff DC Comics

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF MATTHEW T. KLINE IN SUPPORT OF DC COMICS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND PRIVILEGE LOGS**<br><br>NOTICE OF MOTION AND MOTION, DECLARATIONS OF CASSANDRA SETO AND DANIEL M. PETROCELLI, AND [PROPOSED] ORDER FILED CONCURRENTLY HEREWITH<br><br>**Judge**: Hon. Otis D. Wright II<br>**Magistrate**: Hon. Ralph Zarefsky<br><br>**Hearing Date**: December 20, 2010<br>**Hearing Time**: 10:00 a.m. |

# DECLARATION OF MATTHEW T. KLINE

I, Matthew T. Kline, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am a partner at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in support of DC Comics' Motion to Compel Production of Documents and Privilege Logs. I have personal knowledge of the matters set forth in this declaration, and if called to testify to the facts stated herein, I could and would do so competently.

2. Attached hereto as Exhibit 1 is a true and correct copy of an order issued by the United States Court of Appeals for the Ninth Circuit in Case No. 10-56594 on October 21, 2010.

3. Attached hereto as Exhibit 2 is a true and correct copy of an e-mail from my colleague Jason Tokoro to counsel for defendants dated November 17, 2010.

4. Attached hereto as Exhibit 3 is a true and correct copy of a letter from Laura Brill, counsel for defendants, to my colleague Daniel Petrocelli dated November 18, 2010.

5. Attached hereto as Exhibit 4 is a true and correct copy of an e-mail from me to counsel for defendants dated November 18, 2010.

6. Attached hereto as Exhibit 5 is a true and correct copy of an e-mail from my colleague Cassandra Seto to counsel for defendants dated November 22, 2010.

7. Attached hereto as Exhibit 6 is a true and correct copy of a letter from Marc Toberoff, counsel for defendants, to me dated November 22, 2010.

//
//

- 1 -

KLINE DECLARATION IN SUPPORT OF
DC COMICS' MOTION TO COMPEL

1     8.     Attached hereto as Exhibit 7 is a true and correct copy of an e-mail from me to counsel for defendants dated November 22, 2010.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 22nd day of November 2010 at Los Angeles, California.

                                                                               Matthew T. Kline

CC1:840255

KLINE DECLARATION IN SUPPORT OF DC COMICS' MOTION TO COMPEL