FILED

OCT 21 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DC COMICS,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>PACIFIC PICTURES CORPORATION; et al.,<br><br>        Defendants - Appellants,<br><br> and<br><br>JOANNE SEIGEL, an individual; et al.,<br><br>        Defendants. | No. 10-56594<br><br>D.C. No. 2:10-cv-03633-ODW<br>Central District of California,<br>Los Angeles<br><br><br>ORDER |

     A review of the record suggests that this court may lack jurisdiction over the appeal because it does not seek review of a final appealable decision under 28 U.S.C. § 1291. While the notice of appeal purports to find jurisdiction for this appeal based on *Batzel v. Smith*, 333 F.3d 1018 (9th Cir. 2003), the September 7, 2010 district court order did not deny on the merits a motion filed under California's Anti-SLAPP Law, but instead simply vacated and deemed moot the motion because an amended complaint had been filed by the plaintiff.

KB/MOATT

EXHIBIT 1
3

Within 21 days after the date of this order, appellant shall move for voluntary dismissal of the appeal or show cause why it should not be dismissed for lack of jurisdiction. If appellant elects to show cause, a response may be filed within 10 days after service of the memorandum.

If appellant does not comply with this order, the Clerk shall dismiss this appeal pursuant to Ninth Circuit Rule 42-1.

Briefing is suspended pending further order of the court.


FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Kathleen Boergers
Deputy Clerk