**From:** Kline, Matthew
**Sent:** Thursday, November 18, 2010 5:45 PM
**To:** 'Laura Brill'; Petrocelli, Daniel; Seto, Cassandra
**Cc:** Richard Kendall; Marc Toberoff; keith adams; Nicholas Williamson; Nicholas Daum; Nathalie Cohen
**Subject:** RE: DC v. PPC

Dear Counsel:

     In response to your letter of today concerning DC's motion to compel, your position is unreasonable and obstructionist in violation of the Magistrate's explicit admonition to counsel. DC is making no substantive change to the joint statement sent to defendants on October 11, over one month ago. As we told you yesterday, the only changes to the joint submission are the new hearing date on the caption of the motion and date of production in the body of the brief and proposed order. You have had our joint statement since yesterday, and as you know these changes were made to reflect the fact that the original hearing date and production date came and went during the Court's brief stay of this case. We intend to file DC's motion Monday, so as not to waste yet more time in this case. Let us know if defendants will furnish their half of the joint statement. DC reserves all rights.

Matt Kline


**From:** Laura Brill [mailto:lbrill@kbkfirm.com]
**Sent:** Thursday, November 18, 2010 3:14 PM
**To:** Petrocelli, Daniel; Seto, Cassandra; Kline, Matthew
**Cc:** Richard Kendall; Marc Toberoff; keith adams; Nicholas Williamson; Nicholas Daum; Nathalie Cohen
**Subject:** DC v. PPC

Counsel:
Please see the attached letter.

Regards,
Laura