**From:** Seto, Cassandra
**Sent:** Monday, November 22, 2010 9:06 AM
**To:** rkendall@kbkfirm.com; lbrill@kbkfirm.com; Nicholas Daum; Nathalie Cohen; Marc Toberoff; Nicholas Williamson; kgadams@ipwla.com
**Cc:** Petrocelli, Daniel; Kline, Matthew
**Subject:** DC v. PPC

Dear Counsel:

We have not heard back from you in response to our e-mails of November 17 and November 18 regarding filing of the joint statement for DC's motion to compel production of documents. Please let us by know by 2:00 pm PST this afternoon if you intend to send us today defendants' half of the joint statement.

Thank you,

Cassie Seto


**Cassandra L. Seto**
**O'Melveny & Myers LLP**
1999 Avenue of the Stars, Suite 700, Los Angeles, California 90067
Telephone: 310.246.6703 | Facsimile: 310.246.6779

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

1

EXHIBIT 5

9