# TOBEROFF & ASSOCIATES, P.C.

A PROFESSIONAL CORPORATION

2049 CENTURY PARK EAST, SUITE 2720

LOS ANGELES, CALIFORNIA 90067

MARC TOBEROFF*
NICHOLAS C. WILLIAMSON
KEITH G. ADAMS
JEFFREY R. RHOADS

* Also admitted in New York

TELEPHONE
(310) 246-3333

FACSIMILE
(310) 246-3101

mtoberoff@ipwla.com

November 22, 2010

<u>Via E-Mail</u>

Matt Kline, Esq.
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Re:   <u>*DC Comics v. Pacific Pictures Corporation et al.*, Case No. 10-CV-03633 ODW (RZx)</u>

Dear Matt:

Prior to serving its Joint Stipulation on October 11, 2010, DC failed to meet and confer as to defendants' first amended responses dated October 8, 2010 to plaintiffs' requests for documents ("Amended Responses"), before Judge Wright's October 14 stay order. The Amended Responses indicated that, notwithstanding their objections, the witnesses would provide any non-privileged documents in their possession responsive to DC's requests for production. The Amended Responses thus alleviated the alleged basis for DC's motion to compel.

DC also failed to serve its Joint Stipulation pursuant to Local Rule 37-2.2 or to afford defendants the requisite time to respond as requested in their November 18 letter. The rushed timing you proposed last week was unreasonably short, did not follow the rules, and was unworkable in light of prior commitments. Accordingly, if DC chooses to nonetheless file its motion today, it must convert the Joint Stipulation to a regular motion pursuant to Local Rule 37-2.4. Defendants will provide their opposition according to the rules.

Consistent with defendants' Amended Responses, the witnesses will provide responsive documents and privilege logs **on December 3, 2010**. The witnesses must now log six years of attorney-client communications relating to the *Siegel* litigations because DC, after indicating it would enter into a customary post-litigation logging agreement, reneged.

Lastly, to the extent DC objects to said production or logs, we will in good faith agree to an early meet-and-confer (*i.e.*, to shorten the ten days permitted under Local Rule 37-1) on the Amended Responses, production and privilege logs, so long as defendants do not suffer the burden of responding to DC's defective motion.

Please include both defendants' November 18 letter and this letter in any motion you may file.

EXHIBIT 6
10

**TOBEROFF & ASSOCIATES, P.C.**

November 22, 2010
Re:    *DC Comics v. Pacific Pictures Corp.*
Page:  2 of 2


Sincerely,

Marc Toberoff

EXHIBIT 6
11