**From:** Kline, Matthew
**Sent:** Monday, November 22, 2010 3:57 PM
**To:** 'Keith Adams'; Seto, Cassandra; Petrocelli, Daniel
**Cc:** rkendall@kbkfirm.com; lbrill@kbkfirm.com; Marc Toberoff; Nicholas Williamson
**Subject:** RE: DC v. PPC

Dear Counsel:

We are in receipt of your letter below. Unless you are willing to stipulate to a court order providing for all of the relief sought in our motion to compel, we will proceed with the motion. Your letter provides no specification of the documents to be produced, and it careful wording makes clear defendants do not intend to produce all non-privileged responsive documents. If you wish to stipulate to the proposed order we will provide along with our motion, we can discuss taking the motion off calendar. As an accomodation to defendants, but reserving all rights, we will send you another version of the joint stipulation today. We will expect defendants' half of the joint submission this coming Monday, November 29, in time to get the motion filed that day.

Thank you,

Matt Kline

---

**From:** Keith Adams [mailto:kgadams@ipwla.com]
**Sent:** Monday, November 22, 2010 2:34 PM
**To:** Seto, Cassandra; Petrocelli, Daniel; Kline, Matthew
**Cc:** rkendall@kbkfirm.com; lbrill@kbkfirm.com; Marc Toberoff; Nicholas Williamson
**Subject:** Re: DC v. PPC

Counsel:

Please see the attached letter from Marc Toberoff.

Keith G. Adams
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: kgadams@ipwla.com
http://www.ipwla.com

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

--- On **Mon, 11/22/10, Seto, Cassandra <cseto@OMM.com>** wrote:

1

EXHIBIT 7
12

From: Seto, Cassandra <cseto@OMM.com>
Subject: DC v. PPC
To: "rkendall@kbkfirm.com" <rkendall@kbkfirm.com>, "lbrill@kbkfirm.com" <lbrill@kbkfirm.com>, "Nicholas Daum" <ndaum@kbkfirm.com>, "Nathalie Cohen" <ncohen@kbkfirm.com>, "Marc Toberoff" <mtoberoff@ipwla.com>, "Nicholas Williamson" <nwilliamson@ipwla.com>, "kgadams@ipwla.com" <kgadams@ipwla.com>
Cc: "Petrocelli, Daniel" <DPetrocelli@OMM.com>, "Kline, Matthew" <MKline@OMM.com>
Date: Monday, November 22, 2010, 9:06 AM

Dear Counsel:


We have not heard back from you in response to our e-mails of November 17 and November 18 regarding filing of the joint statement for DC's motion to compel production of documents. Please let us by know by 2:00 pm PST this afternoon if you intend to send us today defendants' half of the joint statement.


Thank you,


Cassie Seto



**Cassandra L. Seto**
**O'Melveny & Myers LLP**
1999 Avenue of the Stars, Suite 700, Los Angeles, California 90067
Telephone: 310.246.6703 | Facsimile: 310.246.6779

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*