1  DANIEL M. PETROCELLI (S.B. #097802)
     dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
     mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
     cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA  90067-6035
   Telephone:  (310) 553-6700
6  Facsimile:   (310) 246-6779

7  PATRICK T. PERKINS (admitted *pro hac vice*)
     pperkins@ptplaw.com
8  PERKINS LAW OFFICE, P.C.
   1711 Route 9D
9  Cold Spring, NY 10516
   Telephone:  (845) 265-2820
10 Facsimile:   (845) 265-2819

11 Attorneys for Plaintiff DC Comics

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>                   Plaintiff,<br><br>         v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>                   Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF DANIEL M. PETROCELLI PURSUANT TO LOCAL RULE 37-2.4 REGARDING DC COMICS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND PRIVILEGE LOGS**<br><br>NOTICE OF MOTION AND MOTION, DECLARATIONS OF CASSANDRA SETO AND MATTHEW T. KLINE, AND [PROPOSED] ORDER FILED CONCURRENTLY HEREWITH<br><br>**Judge**:        Hon. Otis D. Wright II<br>**Magistrate**:  Hon. Ralph Zarefsky<br><br>**Hearing Date**:  December 20, 2010<br>**Hearing Time**:  10:00 a.m. |

PETROCELLI DECLARATION
PURSUANT TO L.R. 37-2.4

# DECLARATION OF DANIEL M. PETROCELLI

I, Daniel M. Petrocelli, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am a partner at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics ("DC") in the above-entitled action. I make this declaration pursuant to Local Rule 37-2.4 on the ground that defendants have failed to provide their opposition portion of the Joint Stipulation Regarding DC's Motion to Compel Production of Documents and Privilege Logs in a timely manner in accordance with Local Rule 37-2.2. I have personal knowledge of the matters set forth in this declaration, and if called to testify to the facts stated herein, I could and would do so competently.

2. On October 11, 2010, DC served defendants with its Motion to Compel Production of Documents and Privilege Logs ("Motion"), which set a hearing date for November 8. Pursuant to Local Rule 37-2.2, defendants were required to serve their opposition "within seven (7) days of receipt of the moving party's papers," or October 18. However, in an order entered on October 15—3 days before defendants' opposition was due—the district court entered an order staying the action. Docket No. 109.

3. The district court lifted the stay in an order entered on November 17. Docket No. 117. That same day, DC informed defendants that it intended to proceed with its Motion and notice it for hearing on December 13. Attached hereto as Exhibit A is a true and correct copy of an e-mail dated November 17 from my colleague, Jason Tokoro, to defendants to this effect. While defendants had 3 days before their opposition was due at the time the stay was entered, DC offered to give defendants 5 days—until November 22—to serve their opposition. This would have given defendants a total of 42 days since they were initially served with DC's Motion to serve their opposition. DC explained that it would make one non-substantive change to its Motion, updating the hearing date and the requested

-1-

PETROCELLI DECLARATION
PURSUANT TO L.R. 37-2.4

1  deadline for production of documents and privilege logs in light of the one month
2  stay.  Defendants refused to agree, arguing that DC's minor change "triggers a
3  renewed motion cycle."  Attached hereto as Exhibit B is a true and correct copy of a
4  letter sent by Laura Brill, counsel for defendants, to me on November 18.  Attached
5  hereto as Exhibit C is a true and correct copy of a letter sent by Marc Toberoff,
6  counsel for defendants, to my colleague Matthew Kline on November 22.

7      4.  As an accommodation to defendants, DC agreed to serve a new
8  version of its Motion on November 22 and notice it for hearing on December 20,
9  giving defendants until November 29 to serve their opposition under Local Rule 37-
10 2.2—49 days after DC first served its Motion.  Attached hereto as Exhibit D is a
11 true and correct copy of an e-mail sent by Mr. Kline to counsel for defendants on
12 November 22.  Later that day, DC served a new version of its Motion, which
13 contained no substantive changes from the initial Motion served on October 11.

14     5.  At 12:42 p.m. on November 29, the day their opposition was due,
15 defendants offered to stipulate to a court order to produce all responsive documents
16 notwithstanding their objections, save for documents subject to objections based on
17 privilege and mediation confidentiality.  Thereafter, however, in the course of
18 exchanging drafts of the stipulation and order, defendants disclosed their intent to
19 preserve other objections.  As a result, no stipulation was reached.  At 4:49 p.m.,
20 defendants stated for the first time their position that if the parties did not reach a
21 stipulation, DC's Motion could not be timely filed for hearing on December 20
22 because defendants would not sign the joint stipulation in support of the Motion
23 until December 1.  As defendants stated, "[p]ursuant to Local Rule 37-3, the joint
24 stipulation cannot be heard earlier than twenty days after it is filed, meaning the
25 earliest the motion can be heard is Monday, December 27, 2010."  Attached hereto
26 as Exhibits E-L are true and correct copies of e-mails between counsel for DC and
27 counsel for defendants on November 29.
28

6. For the foregoing reasons, DC is compelled to file its Motion unilaterally and therefore submits this declaration pursuant to Local Rule 37-2.4. DC respectfully requests that, despite defendants' efforts to delay the hearing on this Motion, the Court allow it to be heard on December 20.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 29th day of November 2010 at Los Angeles, California.

_____
Daniel M. Petrocelli

CCI:840442