**From:** Tokoro, Jason
**Sent:** Wednesday, November 17, 2010 4:27 PM
**To:** 'rkendall@kbkfirm.com'; 'lbrill@kbkfirm.com'; 'ndaum@kbkfirm.com'; 'ncohen@kbkfirm.com'; 'mtoberoff@ipwla.com'; 'nwilliamson@ipwla.com'; 'kgadams@ipwla.com'
**Cc:** Petrocelli, Daniel; Kline, Matthew; Seto, Cassandra
**Subject:** RE: DC Comics v. PPC (1 of 3)

I apologize but my earlier email was truncated and did not include the entirety
of the email sent on behalf of Daniel M. Petrocelli.  Please see correspondence
below:


Dear Counsel:

     In light of Judge Wright's order of today modifying the stay in this case to
allow DC Comics to take discovery, we intend to file this Monday, November 22,
2010, DC Comics' Motion to Compel Production of Documents and Privilege Logs.
When the stay issued on October 15, 2010, defendants had three days (two over the
weekend) until October 18 to submit their half of the joint stipulation in
connection with this motion.  Three days from now is Saturday, but we will give
defendants extra time, until Monday, November 22, 2010, at 3pm PST, to provide DC
with defendants' half of the joint stipulation, for signature and filing that
evening.  DC will make one change to its submission, updating the dates in the
paragraph pasted below (from the introduction of our half of the brief) from
November 10 to December 22.  The proposed order we submit will reflect the same
date change.  We will notice the hearing on this motion for December 13.  Please
let us know your intentions.

Thank you,

Daniel M. Petrocelli


| | |
|---|---|
| 22 | In short, there is no basis for defendants' continued refusal to produ |
| 23 | documents. DC Comics requests that the Court order defendants to produ |
| 24 | responsive documents no later than November 10, 2010 or, alternatively, t |
| 25 | all non-privileged documents and a complete privilege log no later than N |
| 26 | 10, 2010. |

-----Original Message-----
From: Seto, Cassandra
Sent: Monday, October 11, 2010 11:37 PM

1

EXHIBIT A
4

To: Richard Kendall; Laura Brill; Nicholas Daum; Nathalie Cohen; Marc Toberoff; Nicholas Williamson; Keith Adams
Cc: Petrocelli, Daniel; Kline, Matthew
Subject: DC Comics v. PPC (1 of 3)

Dear Counsel:

Attached please find plaintiff's portion of DC Comics' Joint Stipulation Regarding DC Comics' Motion to Compel Production of Documents and Privilege Logs and documents in support thereof. Please note that some of the supporting documents will be sent in separate e-mails due to size restraints.