K< Kendall Brill Klieger

writer's direct:
310.272.7922
lbrill@kbkfirm.com

November 18, 2010

**VIA EMAIL**

Daniel M. Petrocelli
O'Melveny and Myers, LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
dpetrocelli@omm.com

Re:   DC Comics v. PPC

Dear Dan:

I write to respond to your email of yesterday afternoon regarding DC's Motion to Compel Production of Documents and Privilege Logs. Defendants cannot agree to provide you with Defendants' portion of a joint stipulation on Monday November 22, 2010. The procedural posture of this case has changed significantly in the last five weeks, and Defendants are entitled to the full time period under the rules to prepare their opposition to DC's renewed motion to compel. DC's changes to its portion of its defective joint stipulation triggers a renewed motion cycle under Local Rule 37-2.2 in any event. Accordingly, under Local Rule 37-2.2, Defendants will provide their portion of the joint stipulation within seven days of receiving DC's portion of the renewed motion, as the rules provide. Please send it when you have it ready.

Sincerely,

Laura W. Brill

cc:   Richard Kendall
      Marc Toberoff

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.  Suite 1725  Los Angeles, CA 90067  telephone 310.556.2700  facsimile 310.556.2705  www.kbkfirm.com

EXHIBIT B
6