| | |
|---|---|
| **Subject:** | FW: DC v. PPC |
| **Attachments:** | DC v. PPC.Stipulation.Stip.11.29.2010.1140am.doc; DC v. PPC.Stipulation.ProposedOrder.11.29.2010.1145am.doc |

**From:** marc.toberoff@gmail.com [mailto:marc.toberoff@gmail.com] **On Behalf Of** Marc Toberoff
**Sent:** Monday, November 29, 2010 12:42 PM
**To:** Petrocelli, Daniel; Seto, Cassandra; Kline, Matthew
**Cc:** Nicholas Williamson; Keith Adams
**Subject:** DC v. PPC

Counsel:

To avoid burdening Magistrate Judge Zarefsky, with yet another unnecessary and moot motion, Defendants are willing to enter into the attached stipulation and order.

I look forward to concluding this matter.


Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com

1

EXHIBIT E
11

Marc Toberoff (State Bar No. 188547)
 *mtoberoff@ipwla.com*
Nicholas C. Williamson (State Bar No. 231124)
 *nwilliamson@ipwla.com*
Keith G. Adams (State Bar No. 240497)
 *kgadams@ipwla.com*
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California, 90067
Telephone: (310) 246-3333
Fax: (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, Joanne Siegel and Laura Siegel Larson

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>   Plaintiff,<br><br>vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; JOANNE SIEGEL, an individual; LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>   Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DISCOVERY MATTER**<br><br>**STIPULATION RE: DEFENDANTS' PRODUCTION OF DOCUMENTS AND PRIVILEGE LOGS**<br><br>**[Proposed] Order filed concurrently**<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set |

DANIEL M. PETROCELLI (S.B. #97802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819

Attorneys for Plaintiff DC Comics

Plaintiff DC Comics, and the relevant Defendants Mark Warren Peary, as Personal Representative of the Estate of Joseph Shuster, Jean Adele Peavy, Joanne Siegel, and Laura Siegel Larson ("Defendants") (collectively, "the Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, following a dispute, the parties have reached an agreement as to the timing and nature of Defendants' production of documents and privilege logs in response to Plaintiff's August 17, 2010 discovery requests;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, that Defendants Joanne Siegel, Laura Siegel Larson, Mark Warren Peary and Jean Peavy will produce all documents responsive to DC Comics' August 17, 2010 document requests that are not privileged or protected by the parties' May 1, 2008 JAMS Confidentiality Agreement and complete privilege logs by no later than December 22, 2010.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November __, 2010 | TOBEROFF & ASSOCIATES, P.C. |
| 3 | | |
| 4 | | By_____ |
| 5 | | Marc Toberoff |
| 6 | | Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, Joanne Siegel and Laura Siegel Larson |
| 7 | | |
| 8 | | |
| 9 | Dated: November __, 2010 | O'MELVENY & MYERS LLP |
| 10 | | |
| 11 | | By: _____ |
| 12 | | Daniel Petrocelli |
| 13 | | Attorneys for Plaintiff DC Comics |

| | |
|---|---|
| 1 | Marc Toberoff (State Bar No. 188547) |
|   | *mtoberoff@ipwla.com* |
| 2 | Nicholas C. Williamson (State Bar No. 231124) |
|   | *nwilliamson@ipwla.com* |
| 3 | Keith G. Adams (State Bar No. 240497) |
|   | *kgadams@ipwla.com* |
| 4 | TOBEROFF & ASSOCIATES, P.C. |
|   | 2049 Century Park East, Suite 2720 |
| 5 | Los Angeles, California, 90067 |
|   | Telephone: (310) 246-3333 |
| 6 | Fax: (310) 246-3101 |

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, Joanne Siegel and Laura Siegel Larson

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS, | Case No: CV 10-03633 ODW (RZx) |
| Plaintiff, | Hon. Otis D. Wright II, U.S.D.J. |
| vs. | Hon. Ralph Zarefsky, U.S.M.J. |
| PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; JOANNE SIEGEL, an individual; LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive, | **DISCOVERY MATTER** |
| | **[PROPOSED] ORDER RE: DEFENDANTS' STIPULATED PRODUCTION OF DOCUMENTS AND PRIVILEGE LOGS** |
| | Complaint filed: May 14, 2010 |
| | Trial Date: None Set |
| Defendants. | |

[PROPOSED] ORDER RE: DEFENDANTS' STIPULATED PRODUCTION OF DOCUMENTS AND PRIVILEGE LOGS

EXHIBIT B

16

The parties having stipulated, and good cause appearing, IT IS HEREBY ORDERED that Defendants Joanne Siegel, Laura Siegel Larson, Mark Warren Peary and Jean Peavy will produce all documents responsive to DC Comics' August 17, 2010 document requests that are not privileged or protected by the parties' May 1, 2008 JAMS Confidentiality Agreement and complete privilege logs by no later than December 22, 2010.

IT IS SO ORDERED

Dated: _____

_____
Hon. Ralph Zarefsky,
Magistrate Judge, United States District Court