**From:** Kline, Matthew
**Sent:** Monday, November 29, 2010 3:48 PM
**To:** Marc Toberoff; Petrocelli, Daniel; Seto, Cassandra
**Cc:** Nicholas Williamson; Keith Adams
**Subject:** RE: DC v. PPC

Marc,

Attached are a revised stipulation and proposed order. Please let us know if Defendants agree to the filings and, if so, please sign the stipulation and return it to us.

Thanks,

Matt Kline

**From:** marc.toberoff@gmail.com [mailto:marc.toberoff@gmail.com] **On Behalf Of** Marc Toberoff
**Sent:** Monday, November 29, 2010 12:42 PM
**To:** Petrocelli, Daniel; Seto, Cassandra; Kline, Matthew
**Cc:** Nicholas Williamson; Keith Adams
**Subject:** DC v. PPC

Counsel:

To avoid burdening Magistrate Judge Zarefsky, with yet another unnecessary and moot motion, Defendants are willing to enter into the attached stipulation and order.

I look forward to concluding this matter.


Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com

1  DANIEL M. PETROCELLI (S.B. #97802)
     dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
     mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
     cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA 90067-6035
   Telephone:  (310) 553-6700
6  Facsimile:   (310) 246-6779

7  PATRICK T. PERKINS (admitted *pro hac vice*)
     pperkins@ptplaw.com
8  PERKINS LAW OFFICE, P.C.
   1711 Route 9D
9  Cold Spring, NY 10516
   Telephone:  (845) 265-2820
10 Facsimile:   (845) 265-2819

11 Attorneys for Plaintiff DC Comics

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| DC COMICS,<br><br>            Plaintiff,<br><br>    vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; JOANNE SIEGEL, an individual; LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>            Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DISCOVERY MATTER**<br><br>**STIPULATION AND RE: DEFENDANTS' PRODUCTION OF DOCUMENTS AND PRIVILEGE LOGS**<br><br>**[Proposed] Order Filed Herewith**<br><br>Complaint filed: May 14, 2010<br>Trial Date:     None Set |
|---|---|

STIPULATION RE: DEFENDANTS' PRODUCTION OF DOCUMENTS AND PRIVILEGE LOGS

```
 1  Marc Toberoff (State Bar No. 188547)
      mtoberoff@ipwla.com
 2  Nicholas C. Williamson (State Bar No. 231124)
      nwilliamson@ipwla.com
 3  Keith G. Adams (State Bar No. 240497)
      kgadams@ipwla.com
 4  TOBEROFF & ASSOCIATES, P.C.
    2049 Century Park East, Suite 2720
 5  Los Angeles, California, 90067
    Telephone:  (310) 246-3333
 6  Fax:        (310) 246-3101

 7  Attorneys for Defendants Mark Warren
    Peary, as personal representative of the
 8  Estate of Joseph Shuster, Jean Adele
    Peavy, Joanne Siegel and Laura Siegel
 9  Larson
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

STIPULATION RE: DEFENDANTS' PRODUCTION OF DOCUMENTS AND PRIVILEGE LOGS

EXHIBIT F

20

1   Plaintiff DC Comics ("DC"), and the relevant Defendants Mark Warren Peary,
2   as Personal Representative of the Estate of Joseph Shuster, Jean Adele Peavy, Joanne
3   Siegel, and Laura Siegel Larson ("Defendants") (collectively, "the Parties"), by and
4   through their respective counsel of record, hereby stipulate and agree as follows:
5   WHEREAS, rather than litigate in its entirety DC's Motion To Compel
6   Production Of Documents And Privilege Logs, the parties have reached an agreement
7   as to the timing and nature of Defendants' production of documents and privilege
8   logs in response to DC's August 17, 2010, document demands;
9   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, that:
10  (1) Notwithstanding any and all asserted objections other than alleged
11  claims of privilege or claimed protections based on mediation confidentiality,
12  Defendants must produce no later than 4:00 pm PST on December 3, 2010, by
13  personal service on DC's counsel at its Century City offices all documents and
14  other materials responsive to each and every of DC's document demands dated
15  August 17, 2010;
16  (2) By no later than 4:00 pm PST, December 3, 2010, Defendants must
17  furnish, by personal service on DC's counsel at its Century City offices, full
18  and complete privilege logs identifying any all documents and other materials
19  Defendants have withheld in response to DC's Comics' document demands
20  dated August 17, 2010, based on claims of privilege or asserted mediation
21  confidentiality;
22  (3) As to any materials withheld based on Defendants' asserted claims
23  of mediation confidentiality:
24  (a) By December 6, 2010, DC will file and electronically serve any
25  motion (not to exceed 15 pages) challenging Defendants' refusal to
26  produce such materials;
27  (b) By December 9, 2010, Defendants will file and electronically serve
28  its opposition (not to exceed 15 pages) to DC's motion;

1
STIPULATION RE: DEFENDANTS' PRODUCTION OF DOCUMENTS AND PRIVILEGE LOGS

EXHIBIT F
21

1  (c) By December 10, 2010, DC will file and electronically serve any reply (not to exceed seven pages) in support of its motion;

(d) The Magistrate's schedule permitting, this motion will be heard on December 20, 2010, at 10:00 am PST.

(4) The Parties will meet and confer at 9:00 am PST on December 13, 2010, regarding any issues DC wishes to raise regarding the contents of Defendants' privilege log. DC reserves all rights after this conference to bring a separate motion challenging such claims of privilege;

(5) In entering into this Stipulation, DC does not waive any rights or otherwise acquiesce in Defendants' withholding of responsive documents on the asserted grounds of privilege or confidentiality.

Dated: November __, 2010        O'MELVENY & MYERS LLP


By: _____
   Daniel M. Petrocelli
   Attorneys for Plaintiff DC Comics

Dated: November __, 2010        TOBEROFF & ASSOCIATES, P.C.


By _____
   Marc Toberoff
   Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, Joanne Siegel and Laura Siegel Larson

CC1:840409

1  DANIEL M. PETROCELLI (S.B. #097802)
   dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
   mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
   cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA 90067-6035
   Telephone: (310) 553-6700
6  Facsimile: (310) 246-6779

7  PATRICK T. PERKINS (admitted *pro hac vice*)
   pperkins@ptplaw.com
8  PERKINS LAW OFFICE, P.C.
   1711 Route 9D
9  Cold Spring, NY 10516
   Telephone: (845) 265-2820
10 Facsimile: (845) 265-2819

11 Attorneys for Plaintiff DC Comics

12            UNITED STATES DISTRICT COURT

13            CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14  DC COMICS, | Case No. CV 10-3633 ODW (RZx) |
| 15        Plaintiff, | **DISCOVERY MATTER** |
| 16        v. | **[PROPOSED] ORDER GRANTING PARTIES' STIPULATION RE: DEFENDANTS' PRODUCTION OF DOCUMENTS AND PRIVILEGE LOGS** |
| 17  PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive, | |
| | **Judge**:       Hon. Otis D. Wright II |
| | **Magistrate**:  Hon. Ralph Zarefsky |
| | Complaint Filed: May 14, 2010 |
| | Trial Date:       None Set |
|       Defendants. | |

[PROPOSED] ORDER RE: STIP. RE: DEFS.'
PROD. OF DOCS. & PRIVILEGE LOGS

EXHIBIT F
23

Based on the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that:

(1) Notwithstanding any and all asserted objections other than alleged claims of privilege or claimed protections based on mediation confidentiality, defendants Mark Warren Peary, as Personal Representative of the Estate of Joseph Shuster, Jean Adele Peavy, Joanne Siegel, and Laura Siegel Larson (collectively, "Defendants") must produce no later than 4:00 pm PST on December 3, 2010, by personal service on counsel for plaintiff DC Comics ("DC") at its Century City offices all documents and other materials responsive to each and every of DC's document demands dated August 17, 2010;

(2) By no later than 4:00 pm PST, December 3, 2010, Defendants must furnish, by personal service on DC's counsel at its Century City offices, full and complete privilege logs identifying any all documents and other materials Defendants have withheld in response to DC's Comics' document demands dated August 17, 2010, based on claims of privilege or asserted mediation confidentiality;

(3) As to any materials withheld based on Defendants' asserted claims of mediation confidentiality:

    (a) By December 6, 2010, DC will file and electronically serve any motion (not to exceed 15 pages) challenging Defendants' refusal to produce such materials;

    (b) By December 9, 2010, Defendants will file and electronically serve its opposition (not to exceed 15 pages) to DC's motion;

    (c) By December 10, 2010, DC will file and electronically serve any reply (not to exceed seven pages) in support of its motion;

    (d) This motion will be heard on December 20, 2010, at 10:00 am PST.

(4) The Parties will meet and confer at 9:00 am PST on December 13, 2010, regarding any issues DC wishes to raise regarding the contents of Defendants' privilege log. DC reserves all rights after this conference to bring a separate motion challenging such claims of privilege;

(5) In entering into this Stipulation, DC does not waive any rights or otherwise acquiesce in Defendants' withholding of responsive documents on the asserted grounds of privilege or confidentiality.

IT IS SO ORDERED.

Dated: _____          _____
                                        Honorable Ralph Zarefsky
                                        Magistrate Judge, United States District Court