**From:** marc.toberoff@gmail.com [mailto:marc.toberoff@gmail.com] **On Behalf Of** Marc Toberoff
**Sent:** Monday, November 29, 2010 9:17 PM
**To:** Petrocelli, Daniel
**Cc:** Seto, Cassandra; Kline, Matthew; kgadams@ipwla.com; nichwilliamson@gmail.com
**Subject:** Re: DC v. PPC

Dan:

I deleted the last paragraph as suggested. However, I added to paragraph 4 to make the reservation of rights mutual instead of unilateral in DC's favor.

Also please be advised that pursuant to the parties understanding in their prior meet and confer Defendants will reference those responsive documents already produced to DC in *Siegel v. Warner Bros. Ent Inc.*, C.D. Cal. Case No. 04-8400 ODW (RZx) and *Siegel v. Time Warner Inc.*, C.D. Cal. Case No. 04-8776 ODW (RZx) by their Bates numbers, rather than re-copy and re-produce such documents to DC.

If this acceptable we can sign the stipulation and go home to our families.

Marc

On Mon, Nov 29, 2010 at 8:43 PM, Petrocelli, Daniel <DPetrocelli@omm.com> wrote:
Marc, without accepting your characterization of the events, your attached stipulation and order is acceptable, subject to one exception. The last paragraph should be deleted or limited to your privilege and mediation objections as follows:

"In entering into this stipulation, neither party waives any right or argument regarding defendants' withholding and logging of documents based on their assertion of privilege or mediation confidentiality."

Please let us know right away if you will stipulate with this modification.

Dan

---

**From**: marc.toberoff@gmail.com <marc.toberoff@gmail.com>
**To**: Petrocelli, Daniel
**Cc**: Seto, Cassandra; Kline, Matthew; kgadams@ipwla.com <kgadams@ipwla.com>; nichwilliamson@gmail.com <nichwilliamson@gmail.com>
**Sent**: Mon Nov 29 20:14:10 2010

**Subject**: Re: DC v. PPC

Dan:

There unfortunately is no "agreement" yet. We sent you a proposed stipulation that you rejected, just as you previously rejected our generous offer a week ago to settle this dispute. On November 22, Defendants offered December 3 as a date to produce documents and privilege logs in an effort to compromise *before* DC served its motion. After rejecting that offer, DC served its motion with a proposed order calling for documents and privilege logs by December 22.

In doing so, DC forced us to work on our opposition to the motion (which is now nearly complete) detracting from our anticipated ability to log documents during this time, including six years of documents in the Siegel litigations. Since DC's rejection of our offer our schedule and commitments in our other matters have changed as well.

Defendants remain willing to enter a stipulation (attached) where Defendants still produce their documents on December 3 and serve their privilege logs on December 15, 2010. Note that the latter date is still a week earlier than the December 22 date sought in your motion and proposed order.

Please get back to me as soon as possible regarding the proposed stipulation attached.

Thank-you.

On Mon, Nov 29, 2010 at 7:18 PM, Petrocelli, Daniel <DPetrocelli@omm.com> wrote:

Marc, we disagree with your position that our motion cannot be timely filed for hearing on December 20. In addition, you advised us earlier today of your agreement to stipulate to a court order to produce all responsive documents save for those covered by your privilege and mediation objections; you also agreed to provide a log identifying the documents being withheld based on those two objections. The stipulation we just sent you sets forth that agreement. If you are not willing to sign it, then we will proceed with the motion.

Please let us know right away.

Thanks.

Dan

---

**From**: marc.toberoff@gmail.com <marc.toberoff@gmail.com>
**To**: Petrocelli, Daniel
**Cc**: Seto, Cassandra; Kline, Matthew; Keith Adams <kgadams@ipwla.com>; Nicholas Williamson <nichwilliamson@gmail.com>
**Sent**: Mon Nov 29 18:53:32 2010

**Subject**: Re: DC v. PPC

Dan:

I am not asking you to "defer" your motion. Pursuant to Local Rule 37-2.2, the earliest plaintiff's joint stipulation can properly be filed is Wednesday, December 1. Pursuant to Local Rule 37-3, the joint stipulation cannot be heard earlier than twenty days after it is filed, meaning the earliest the motion can be heard is Monday, December 27, 2010.

Coupled with the fact that we have had to prepare our opposition over the Thanksgiving week when I was traveling with my family, you really should give us a brief extension until Wednesday, December 1 to provide our opposition while we try to work out a reasonable stipulation and avoid burdening the court with the motion all together.

Please reconsider and let me know.

Marc

On Mon, Nov 29, 2010 at 5:58 PM, Petrocelli, Daniel <DPetrocelli@omm.com> wrote:
Marc, we cannot defer our motion. I suggest we submit a stipulation and order requiring the production of the responsive documents this week, save for your asserted privilege and mediation objections. And as those objections, let's work out a briefing schedule to get a prompt resolution.

Dan

---

**From**: marc.toberoff@gmail.com <marc.toberoff@gmail.com>
**To**: Petrocelli, Daniel; Kline, Matthew; Seto, Cassandra
**Sent**: Mon Nov 29 16:48:40 2010
**Subject**: DC v. PPC

Counsel:

We believe that the parties can avoid this motion and arrive at a stipulation. However, we are now running short on time due to the requirement that our portion of the joint stipulation be served today, the intervening Thanksgiving holiday and my being unexpectedly delayed today at a Court hearing.

Under the Local Rule 37, as we've consistently pointed out, DC's motion could not, in any event, be filed in time for a December 20, 2010 hearing due to the timing of its service.

If the parties are discussing a stipulation to avoid the motion, it makes no sense for us to be working to finalize our opposition while the parties are working on a stipulation, particularly when that hearing date will not be met.

For all of these reasons, , in the event this matter is not settled by stipulation, we request a short extension, until 5:00 p.m. Wednesday, December 1, 2010, to serve our opposition.

Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333

Fax: (310) 246-3101
MToberoff@ipwla.com

--
Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com

--
Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com

--
Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com

DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819

Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| DC COMICS,<br>Plaintiff,<br>vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; JOANNE SIEGEL, an individual; LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br>Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DISCOVERY MATTER**<br><br>**STIPULATION RE: DEFENDANTS' PRODUCTION OF DOCUMENTS AND PRIVILEGE LOGS**<br><br>**[Proposed] Order Filed Herewith**<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set |

Marc Toberoff (State Bar No. 188547)
*mtoberoff@ipwla.com*
Nicholas C. Williamson (State Bar No. 231124)
*nwilliamson@ipwla.com*
Keith G. Adams (State Bar No. 240497)
*kgadams@ipwla.com*
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California, 90067
Telephone: (310) 246-3333
Fax: (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, Joanne Siegel and Laura Siegel Larson

Plaintiff DC Comics ("DC"), and the relevant Defendants Mark Warren Peary, as Personal Representative of the Estate of Joseph Shuster, Jean Adele Peavy, Joanne Siegel, and Laura Siegel Larson ("Defendants") (collectively, "the Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, the parties have reached an agreement as to the timing and nature of Defendants' production of documents and privilege logs in response to DC's August 17, 2010 requests for production ("Requests");

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, that:

(1) By 6:00 p.m. PST on December 3, 2010, Defendants will produce, by personal service on DC's counsel at its Century City offices all documents and other materials responsive to each and every of DC's Requests, except for documents that are subject to a claim of attorney-client privilege, the attorney work production doctrine or any other privilege, immunity or protection available under law, or under the parties' May 1, 2008 JAMS Confidentiality Agreement (collectively, "Privilege" or "Privileged");

(2) By no later than 6:00 p.m. PST on December 15, 2010, Defendants will furnish, by personal service on DC's counsel at its Century City offices, complete Pprivilege logs identifying any all documents and other materials for which Defendants, in response to DC Comics' Requests, are asserting Privilege;

(3) By no later than 6 p.m. PST on December 16, 2010 DC will inform Defendants in writing of any issues DC has regarding Defendants' Privilege logs;

(4) The Parties will thereafter meet and confer on December 17, 2010, regarding any such issues. DC reserves all rights after this conference to bring a motion challenging Defendants' Pprivilege logs; and Defendants reserve all rights with respect to DC's Requests and their Privilege logs.; and

(4) In entering into this Stipulation, neither party waives any rights or arguments as to DC's Requests or the assertion of Privilege.

Dated: November __, 2010 O'MELVENY & MYERS LLP

By: ______________________________
Daniel M. Petrocelli
Attorneys for Plaintiff DC Comics

Dated: November __, 2010 TOBEROFF & ASSOCIATES, P.C.

By______________________________
Marc Toberoff
Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, Joanne Siegel and Laura Siegel Larson

IT IS SO ORDERED.

Dated: ________________

______________________________
Hon. Ralph Zarefsky
Magistrate Judge, United States District Court

CC1:840409.3