DANIEL M. PETROCELLI (S.B. #97802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone:  (310) 553-6700
Facsimile:   (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone:  (845) 265-2820
Facsimile:   (845) 265-2819

Attorneys for Plaintiff DC Comics

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>  Plaintiff,<br><br>  v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>  Defendants. | Case No. CV-10-3633 ODW (RZx)<br><br>**NOTICE OF ERRATA RE: DOCKET TEXT FOR DC COMICS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND PRIVILEGE LOGS AND NOTICE OF CHANGE OF HEARING DATE FROM DECEMBER 20, 2010 TO DECEMBER 27, 2010**<br><br>**Judge**: Hon. Otis D. Wright II<br>**Magistrate**: Hon. Ralph Zarefsky<br><br>**Hearing Date**: December 27, 2010<br>**Hearing Time**: 10:00 a.m. |

1  TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that, due to a clerical error, the docket text for plaintiff DC Comics' Motion to Compel Production of Documents and Privilege Logs ("Motion") incorrectly states that the Motion is set for hearing "before Judge Otis D Wright II." Docket No. 125.  As specified in DC Comics' Notice of Motion and Motion, the hearing will take place before Magistrate Zarefsky. *Id.* at 1-2.

PLEASE TAKE FURTHER NOTICE that DC Comics hereby changes the hearing date set for its Motion from December 20, 2010 at 10:00 a.m. to December 27, 2010 at 10:00 a.m., or as soon thereafter as the matter may be heard by the above-entitled court, located at 255 East Temple Street, Los Angeles, California in Courtroom 540.

Dated:  December 1, 2010                    Respectfully submitted,

O'MELVENY & MYERS LLP

By: /s/ Daniel M. Petrocelli
    Daniel M. Petrocelli

Attorneys for Plaintiff DC Comics

CC1:840569