KENDALL BRILL & KLIEGER LLP
Richard B. Kendall (90072)
  rkendall@kbkfirm.com
Laura W. Brill (195889)
  lbrill@kbkfirm.com
Nicholas F Daum (236155)
  ndaum@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California  90067
Telephone:   310.556.2700
Facsimile:    310.556.2705

Attorneys for Defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC

TOBEROFF & ASSOCIATES, P.C.
Marc Toberoff (State Bar No. 188547)
  mtoberoff@ipwla.com
Nicholas C. Williamson (State Bar No. 231124)
  nwilliamson@ipwla.com
2049 Century Park East, Suite 2720
Los Angeles, California, 90067
Telephone:   310.246.3333
Fascimile:    310.246.3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Peavy, Joanne Siegel and Laura Siegel Larson

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DC Comics, | Dist. Ct. No. CV 10-3633 ODW(RZx) |
| Plaintiff, | |
| v. | |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive, | **NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |
| Defendants. | |

62310.1

1  Notice is hereby given that Marc Toberoff, Pacific Pictures Corporation, IP
2  Worldwide, LLC, IPW, LLC, Mark Warren Peary, as personal representative of the
3  Estate of Joseph Shuster, Jean Peavy, Joanne Siegel and Laura Siegel Larson,
4  Defendants in the above named case, hereby appeal to the United States Court of
5  Appeals for the Ninth Circuit from (1) the Order Granting DC Comics' Motion to
6  Modify the Court's October 15, 2010 Administrative Order Staying Action Pending
7  Appeal, entered in this action on November 16, 2010, and attached hereto as <u>Exhibit
8  A</u>; and (2) the Order Denying Defendants' *Ex Parte* Application for the
9  Reinstatement of Defendants' Motions, entered in this action on November 24,
10  2010, and attached hereto as <u>Exhibit B</u>.

11  These Orders have imposed a one-sided stay of this action whereby the
12  plaintiff is permitted to take full discovery while the Defendants are prevented from
13  taking any action to defend themselves, whether by motion, counterclaims, mutual
14  discovery or otherwise.  As a result of these Orders, Defendants have been deprived
15  of a prompt hearing on a motion to strike under California's anti-SLAPP statute, and
16  have also been denied the substantive protection of the statute's discovery stay
17  pending such hearing.  *See*, *e.g.*, Cal. Code. Civ. Proc. § 421.16(f) and (g).  *See*
18  *Batzel v. Smith*, 333 F.3d 1018 (2003) (California anti-SLAPP statute provides
19  immunity from the burdens of litigation).

20  The Court's November 16, 2010, and November 24, 2010, Orders are
21  appealable final decision under 28 U.S.C. § 1291 because they deprived the
22  Defendants of the protections and immunities of California's anti-SLAPP statute.
23  *See Perry v. Schwarzenegger*, 591 F.3d 1147 (2009); *Batzel v. Smith*, 333 F.3d 1018
24  (2003); *Mitchell v. Forsyth,* 472 U.S. 511, 525-27, 105 S.Ct. 2806 (1985); *Estate of
25  Kennedy v. Bell Helicopter Textron, Inc.,* 283 F.3d 1107, 1111 (9th Cir. 2002).

26  Defendants are also filing in the Ninth Circuit a Petition for Writ of
27  Mandamus ("Writ Petition") raising the same issues to be raised in this direct appeal
28  from the above Orders.  In the event of any questions as to whether a direct appeal

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

62310.1

1

NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

or petition for writ of mandamus is the appropriate means for obtaining appellate review for the Orders, this appeal should be consolidated with and heard with the Writ Petition. *See U.S. v. Harper*, 729 F.2d 1216 (9th Cir. 1984) (consolidating petition for writ of mandamus and appeal).

Dated: December 16, 2010    KENDALL BRILL & KLIEGER LLP

By: /s/ Laura W. Brill
Laura W. Brill
Attorneys for Defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC

Dated: December 16, 2010    TOBEROFF & ASSOCIATES, P.C.

By: [signature]
Marc Toberoff
Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Peavy, Joanne Siegel and Laura Siegel Larson

62310.1
2
NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

# EXHIBIT A

Case 2:10-cv-03633-ODW-RZ    Document 134    Filed 12/16/10    Page 4 of 9    Page ID #:9580

1    DANIEL M. PETROCELLI (S.B. #097802)
     dpetrocelli@omm.com
2    MATTHEW T. KLINE (S.B. #211640)
     mkline@omm.com
3    CASSANDRA L. SETO (S.B. #246608)
     cseto@omm.com
4    O'MELVENY & MYERS LLP
     1999 Avenue of the Stars, 7th Floor
5    Los Angeles, CA 90067-6035
     Telephone: (310) 553-6700
6    Facsimile: (310) 246-6779

7    PATRICK T. PERKINS (admitted *pro hac vice*)
     pperkins@ptplaw.com
8    PERKINS LAW OFFICE, P.C.
     1711 Route 9D
9    Cold Spring, NY 10516
     Telephone: (845) 265-2820
10   Facsimile: (845) 265-2819

11   Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**ORDER GRANTING DC COMICS' MOTION TO MODIFY THE COURT'S OCTOBER 15, 2010 ADMINISTRATIVE ORDER STAYING ACTION PENDING OUTCOME OF APPEAL**<br><br>Hon. Otis D. Wright II<br><br>**Hearing Date**: November 29, 2010<br>**Hearing Time**: 1:30 p.m. |

1  Good cause appearing, IT IS HEREBY ORDERED that plaintiff DC
2  Comics' Motion to Modify the Court's October 15, 2010 Administrative Order
3  Staying Action Pending Outcome of Appeal is GRANTED; and:

5  The stay imposed in the Court's October 15, 2010 order is hereby modified to
6  allow DC Comics to take full discovery related to its federal claims;

8  The stay imposed in the Court's October 15, 2010 order is hereby modified to
9  allow DC Comics to take full discovery related to its state-law claims; and,

11  The stay imposed in the Court's October 15, 2010 order is hereby modified to
12  allow DC Comics to proceed with full and complete discovery of Joanne
13  Siegel, Laura Siegel Larson, Jean Peavy, and Mark Peary.

15  IT IS SO ORDERED.

17  Dated: November 16, 2010                    _____
18                                               Honorable Otis D. Wright II
                                                 Judge, United States District Court

CC1:838729

Exhibit A
Page 4                    - 1 -         ORDER GRANTING DC COMICS' MOT. TO
                                             MODIFY OCT. 15 ORDER

# EXHIBIT B

KENDALL BRILL & KLIEGER LLP
Richard B. Kendall (90072)
*Rkendall@kbkfirm.com*
Laura W. Brill (195889)
Nicholas F. Daum (236155)
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile: 310.556.2705

Attorneys for Defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC

Marc Toberoff (State Bar No. 188547)
  *mtoberoff@ipwla.com*
Nicholas C. Williamson (State Bar No. 231124)
  *nwilliamson@ipwla.com*
Keith G. Adams (State Bar No. 240497)
  *kgadams@ipwla.com*
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California, 90067
Telephone: (310) 246-3333
Fax:          (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, Joanne Siegel and Laura Siegel Larson

**DENIED**
BY ORDER OF THE COURT

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>          Plaintiff,<br>     vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; JOANNE SIEGEL, an individual; LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>          Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS'** *EX PARTE* **APPLICATION FOR THE REINSTATEMENT OF DEFENDANTS' MOTIONS**<br><br>Complaint filed: May 14, 2010<br>Trial Date:         None Set<br><br>Exhibit B<br>Page 5 |

[PROPOSED] ORDER GRANTING DEFENDANTS' *EX PARTE* MOTION FOR REINSTATEMENT

1  Good cause appearing, IT IS HEREBY ORDERED that Defendants' *Ex Parte*
2  Application for the Reinstatement of Defendants' Motions is GRANTED.
3
4  Defendants' motions (Docket Nos. 74-75, 77-78, 80, 101) that were
5  administratively vacated by the Court's October 15, 2010 order (Docket No. 109) are
6  hereby REINSTATED and set for hearing on _____; and
7
8  Discovery in this matter is hereby STAYED for thirty (30) days, pending a
9  decision by this Court on Defendants' motions (Docket Nos. 75, 77-78, 80, 101).
10
11
12
13 IT IS SO ORDERED

**DENIED**
BY ORDER OF THE COURT

14
15 Dated: 11/24/2010_____
   _____
16                                      Hon. Otis D. Wright II
                                        Judge, United States District Court

Exhibit B
Page 6

1
[PROPOSED] ORDER GRANTING DEFENDANTS' *EX PARTE* MOTION FOR REINSTATEMENT