## REPRESENTATION STATEMENT

Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2, counsel of record for Defendants PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, and MARC TOBEROFF, and counsel of record for Defendants MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, JOANNE SIEGEL, and LAURA SIEGEL LARSON, hereby provide the Court with the following list of all parties and attorneys in the appeal:

1.    PACIFIC PICTURES CORPORATION, Defendant, IP WORLDWIDE, LLC, Defendant, IPW, LLC, Defendant, and MARC TOBEROFF, Defendant, are represented by:

>    Richard B. Kendall, Laura W. Brill, and Nicholas F. Daum
>    KENDALL BRILL AND KLIEGER LLP
>    10100 Santa Monica Boulevard, Suite 1725
>    Los Angeles, California 90067
>    Telephone no. (310) 556-2700, Fax no. (310) 556-2705

>    Marc Toberoff and Nicholas C. Williamson
>    TOBEROFF & ASSOCIATES, P.C.
>    2049 Century Park East, Suite 2720
>    Los Angeles, California 90067
>    Telephone no. (310) 246-3333, Fax no. (310) 246-3101

2.    MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, Defendant, JEAN ADELE PEAVY, Defendant, JOANNE SIEGEL, Defendant, and LAURA SIEGEL LARSON, Defendant, are represented:

>    Marc Toberoff and Nicholas C. Williamson
>    TOBEROFF & ASSOCIATES, P.C.

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

62362.1

1

REPRESENTATION STATEMENT

1    2049 Century Park East, Suite 2720

2    Los Angeles, California 90067

3    Telephone no. (310) 246-3333, Fax no. (310) 246-3101

4  3.    DC COMICS, Plaintiff, is represented by:

5    Daniel M. Petrocelli, Matthew T. Kline, and Cassandra L. Seto

6    O'MELVENY & MYERS LLP

7    1999 Avenue of the Stars, 7th Floor

8    Los Angeles, California 90067

9    Telephone no. (310) 553-6700, Fax no. (310) 246-6779

10

11    Patrick T Perkins

12    PERKINS LAW OFFICES PC

13    1711 Route 9D

14    Cold Spring, New York 10516

15    Telephone no. (845) 265-2820, Fax no. (845)265-2819

16

17

18

19

20

21

22

23

24

25

26

27

28

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

62362.1

2

REPRESENTATION STATEMENT