# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 10100 Santa Monica Blvd., Suite 1725, Los Angeles, California 90067.

On December 16, 2010, I served true copies of the following document(s) described as

1. NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT; and

2. REPRESENTATION STATEMENT

on the interested parties in this action as follows:

| | |
|---|---|
| Daniel M. Petrocelli, Esq.<br>dpetrocelli@omm.com<br>Matthew T. Kline, Esq.<br>mkline@omm.com<br>Cassandra L. Seto, Esq.<br>cseto@omm.com<br>O'MELVENY & myers llp<br>1999 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067-6035<br>Telephone: (310) 553-6700<br>Facsimile: (310) 246-6779<br><br>*Attorneys for Plaintiff DC Comic* | Patrick T. Perkins, Esq.<br>pperkins@ptplaw.com<br>PERKINS LAW OFFICE, P.C.<br>1711 Route 9D<br>Cold Spring, NY 10516<br>Telephone: (845) 265-2820<br>Facsimile: (845) 26502819<br><br><br><br><br><br>*Attorneys for Plaintiff DC Comics* |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I certify that the foregoing document(s) is being filed electronically by using the CM/ECF system. As such, the document(s) will be served electronically on all interested parties whose attorneys are registered CM/ECF users and have consented to electronic service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 16, 2010, at Los Angeles, California.

Nathalie E. Cohen

**Kendall Brill & Klieger LLP**
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067