KENDALL BRILL & KLIEGER LLP
Richard B. Kendall (90072)
*Rkendall@kbkfirm.com*
Laura W. Brill (195889)
*lbrill@kbkfirm.com*
Nicholas F. Daum (236155)
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile: 310.556.2705

Attorneys for Defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC

Marc Toberoff (State Bar No. 188547)
*mtoberoff@ipwla.com*
Nicholas C. Williamson (State Bar No. 231124)
*nwilliamson@ipwla.com*
Keith G. Adams (State Bar No. 240497)
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California, 90067
Telephone: (310) 246-3333
Fax: (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, Joanne Siegel and Laura Siegel Larson

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| DC COMICS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; JOANNE SIEGEL, an individual; LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br><br>**DEFENDANTS' REQUEST FOR STATUS CONFERENCE**<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendants hereby respectfully request that the Court set an in chambers status conference in this matter as soon as the Court's schedule reasonably allows. The guidance offered by the Court during the December 15, 2010 in chambers status conference in the related action *Siegel v. Warner Bros. Ent. Inc.*, et al., 04-CV-8400, was very constructive, and it is believed that an in chambers conference in this closely related action would greatly benefit the proceedings in both actions. Defendants are sensitive to the Court's demanding schedule and would not make this request unless they believed such a conference would be truly helpful to the parties as well as the Court.

WHEREFORE, Defendants respectfully request that the Court hold an in chambers status conference in this matter as soon as the Court's schedule reasonably allows.

Respectfully submitted,

DATED: December 20, 2010  KENDALL BRILL & KLIEGER LLP

By: /s/ Richard B. Kendall
Richard B. Kendall

Attorneys for Defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC

DATED: December 20, 2010  TOBEROFF & ASSOCIATES, P.C.

By: /s/ Marc Toberoff
Marc Toberoff

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, Joanne Siegel and Laura Siegel Larson