DANIEL M. PETROCELLI (S.B. #097802)
 dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
 mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
 cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:   (310) 553-6700
Facsimile:    (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
 pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone:   (845) 265-2820
Facsimile:    (845) 265-2819

Attorneys for Plaintiff DC Comics

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>              Plaintiff,<br><br>     v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>              Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DC COMICS' RESPONSE TO DEFENDANTS' REQUEST FOR STATUS CONFERENCE**<br><br>The Hon. Otis D. Wright II<br><br>**Complaint Filed**: May 14, 2010 |

DC COMICS' RESPONSE RE
SCHEDULING CONFERENCE

DC welcomes the opportunity to participate in a status conference with the Court whenever the Court believes it would be helpful and productive. As for defendants' present request for a status conference, it was filed without consultation or communication with DC and, therefore, DC has received no advance notice or indication of the issues defendants wish to address to the Court. In contrast, in advance of the recent status conference in the *Siegel* case, the parties had filed and exchanged case management reports, and the Court issued an order requesting a conference on the parties' submissions. Therefore, for the benefit of the Court and counsel, DC suggests that if the Court is inclined to schedule the status conference requested by defendants, the Court order counsel to meet and confer no later than 14 days in advance of the conference to identify the issues to be addressed and jointly submit them in a brief report to the Court seven days prior to the scheduled conference, neither DC's nor defendants' side of the report to exceed three pages.

Dated: December 20, 2010

Respectfully Submitted,

By: /s/ Daniel M. Petrocelli
Daniel M. Petrocelli
Attorneys for Plaintiff DC Comics

CC1:841696