**FILED**

UNITED STATES COURT OF APPEALS

JAN 07 2011

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: PACIFIC PICTURES CORP.; et al. | No. 10-73851 |
| PACIFIC PICTURES CORP.; et al., | D.C. No. 2:10-cv-03633-ODW<br>Central District of California,<br>Los Angeles |
| Petitioners, | |
| v. | ORDER |
| UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA (LOS ANGELES), | |
| Respondent, | |
| DC COMICS, | |
| Real Party in Interest. | |



RECEIVED
CLERK, U.S. DISTRICT COURT
JAN - 7 2011
CENTRAL DISTRICT OF CA

Before: B. FLETCHER, REINHARDT, and N.R. SMITH, Circuit Judges.

Petitioners have not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

Petitioners' emergency motion for stay is denied as moot.

KS/MOATT