KENDALL BRILL & KLIEGER LLP
Richard B. Kendall (90072)
 rkendall@kbkfirm.com
Laura W. Brill (195889)
 lbrill@kbkfirm.com
Nicholas F Daum (236155)
 ndaum@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile: 310.556.2705

Attorneys for Defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DC Comics,<br><br>       Plaintiff,<br><br>v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>       Defendants. | Case No. CV 10-3633 ODW(RZx)<br><br>**NOTICE OF DISMISSAL OF APPEAL AND TERMINATION OF STAY; REQUEST FOR A STATUS CONFERENCE**<br><br>Hon. Otis D Wright, II<br><br>Complaint Filed:   May 14, 2010 |

63480.2

NOTICE OF DISMISSAL OF APPEAL; REQUEST FOR A STATUS CONFERENCE

Defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC and IPW, LLP ("Defendants") hereby provide notice to the Court that the United States Court of Appeal for the Ninth Circuit has dismissed their appeal, Ninth Circuit Case No. 10-56594, filed on October 7, 2010 (Docket No. 104) on jurisdictional grounds.

On October 14, 2010, this Court issued an order, "pending the outcome of defendants' appeal" that administratively vacated Defendants' fully briefed dispositive motions to dismiss Plaintiffs' First Amended Complaint, motion under California's anti-SLAPP law, and motion for review (Docket Nos. 75; 76; 77; 78; 80; 81; 101), and stayed the case. Docket No. 109.

On January 11, 2010, the Ninth Circuit dismissed Defendants' appeal on the ground that the order appealed from was not a final appealable decision under 28 U.S.C. § 1291. A copy of the Ninth Circuit order dismissing the appeal is attached hereto as Exhibit A.

As the appeal has been dismissed, the stay of the action and the administrative vacation of Defendants' motions entered by the Court on October 14, 2010 should no longer be in effect. Defendants therefore respectfully request that a F.R.C.P. 16 scheduling conference be held at the earliest date convenient for the Court to discuss case management, including scheduling a hearing for Defendants' motions.

Dated: January 11, 2011     KENDALL BRILL & KLIEGER LLP

By:    /s/ Laura W. Brill
        Laura W. Brill
        Attorneys for Defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC

63480.2

1

NOTICE OF DISMISSAL OF APPEAL; REQUEST FOR A STATUS CONFERENCE

# EXHIBIT A

FILED

JAN 11 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DC COMICS,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>PACIFIC PICTURES CORPORATION; et al.,<br><br>        Defendants - Appellants,<br><br> and<br><br>JOANNE SEIGEL, an individual; et al.,<br><br>        Defendants. | No. 10-56594<br><br>D.C. No. 2:10-cv-03633-ODW<br>Central District of California,<br>Los Angeles<br><br><br>ORDER |

Before: B. FLETCHER, REINHARDT, and N.R. SMITH, Circuit Judges.

     We have reviewed the responses to this court's order to show cause why this appeal should not be dismissed for lack of jurisdiction. We conclude that we lack jurisdiction to review the district court's September 7, 2010 order because the order is not a final appealable decision. *See* 28 U.S.C. § 1291; *see also Greensprings Baptist Christian Fellowship Trust v. Cilley*, — F.3d —, no.

KB/MOATT

09-16924 (9th Cir. Dec. 27, 2010); *cf. Batzel v. Smith*, 333 F.3d 1018 (9th Cir. 2003).

Accordingly, this appeal is dismissed.

**DISMISSED.**