**FILED**

UNITED STATES COURT OF APPEALS

DEC 02 2010

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DC COMICS,<br><br>        Plaintiff - Appellee,<br><br>v.<br><br>PACIFIC PICTURES CORPORATION; et al.,<br><br>        Defendants - Appellants,<br><br>and<br><br>JOANNE SEIGEL, an individual; et al.,<br><br>        Defendants. | No. 10-56594<br><br>D.C. No. 2:10-cv-03633-ODW-RZ<br>Central District of California,<br>Los Angeles<br><br>ORDER  |

This case is under consideration for inclusion in the Mediation Program. Within 14 days of the date of this order, counsel for all parties to this appeal are requested to inform Circuit Mediator Ann Julius of their clients' views on whether: (1) the case is appropriate for settlement discussions or mediation; (2) the court can accommodate ongoing settlement discussions or otherwise facilitate settlement of the dispute; and/or (3) the court should schedule a telephonic conference to discuss settlement. This communication may be sent in letter form by e-mail

VLS/Mediation

(ann_julius@ca9.uscourts.gov) or fax (415/355-8566). It will be kept confidential from the other parties, if requested. This communication shall not be served on the opposing party and shall not be filed with the court.

For more detailed information Mediation Program and its procedures generally, please see Mediation Program web site:

www.ca9.uscourts.gov/mediation.

**The existing briefing schedule remains in effect** pending the determination whether the case will be selected for inclusion in the Mediation Program.

FOR THE COURT

By: Virna L. Sanchez
Deputy Clerk

VLS/Mediation