**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 10 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DC COMICS,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>PACIFIC PICTURES CORPORATION; et al.,<br><br>　　　　Defendants - Appellants,<br><br>and<br><br>JOANNE SEIGEL, an individual; et al.,<br><br>　　　　Defendants. | No. 10-56594<br><br>D.C. No. 2:10-cv-03633-ODW-RZ<br>Central District of California,<br>Los Angeles<br><br>AMENDED ORDER |



The order entered December 2, 2010 stated that " the briefing schedule remains in effect." That portion of the December 2, 2010 order was entered in error and is vacated.

　　　　　　　　　　　　　　　　　　FOR THE COURT

　　　　　　　　　　　　　　　　　　By: Ann Julius
　　　　　　　　　　　　　　　　　　Circuit Mediator

AJ/Mediation