DANIEL M. PETROCELLI (S.B. #097802)
dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:  (310) 553-6700
Facsimile:   (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone:  (845) 265-2820
Facsimile:   (845) 265-2819

Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.  CV 10-3633 ODW (RZx)<br><br>**DC COMICS' RESPONSE TO DEFENDANTS' NOTICE OF DISMISSAL OF APPEAL AND TERMINATION OF STAY; REQUEST FOR A STATUS CONFERENCE**<br><br>**Judge**:　　Hon. Otis D. Wright II<br><br>**Complaint Filed:** May 14, 2010 |

DC Comics briefly responds to defendants' Notice of Dismissal of Appeal filed yesterday, January 11, 2011. Although this case is still in its early stages, and the Court has issued just a few orders dealing largely with case management, defendants have taken the extraordinary step of challenging these orders in the Ninth Circuit. Every one of their challenges has failed:

- The Ninth Circuit dismissed defendants' baseless interlocutory appeal filed October 7, 2010, for lack of jurisdiction. Decl. of Matthew T. Kline ("Kline Decl.") Ex. A.
- The Ninth Circuit rejected defendants' petition for writ of mandamus challenging this Court's rulings permitting DC to take discovery and deferring ruling on defendants' Rule 12 and SLAPP motions. *Id*. Ex. B.
- The Ninth Circuit denied defendants' motion for a discovery stay. *Id.*
- And yet another appeal defendants filed is about to be dismissed based, in part, on defendants' own request for dismissal. *Id.* Ex. C.

Although their unyielding efforts to bar DC's discovery have been rejected by Magistrate Zarefsky, this Court, and the Ninth Circuit, defendants still seek to abate DC's discovery by requesting an accelerated hearing on their Rule 12 and SLAPP motions. But as DC demonstrated in its opposition filings in this Court and the Ninth Circuit, each motion is without merit, in part, because they raise contested issues of fact on which DC is entitled, by law, to take discovery. *E.g.*, Docket Nos. 92 at 8-11, 19-22; 89 at 5-13; 90 at 17-24; 91 at 13-17. After eight months of delay, discovery is just now getting underway, with the first documents in the case produced in December and the first deposition set to begin soon. Unsurprisingly, defendants' document disclosures and privilege logs are grossly deficient and will be the subject of impending motions before the Magistrate. In short, since DC has received no meaningful discovery to date and defendants' motions are without merit, defendants' motions should be denied out of hand or deferred until the appropriate record is developed. Docket No. 92 at 9-10; *Shropshire v. Fred*

1  *Rappaport Co.*, 294 F. Supp. 2d 1085, 1099-1100 (N.D. Cal. 2003) (deferring SLAPP motion on these grounds).

As to defendants' request for a status conference, DC objects to the extent defendants seek to argue for reconsideration of the Court's orders, as they indicated in their most recent Ninth Circuit filing. Kline Decl. Ex. C at 2-3. If the Court wishes to have a conference with counsel, DC believes it would be helpful if the parties were required to first meet and confer and then to submit a short joint report identifying the issues they intend to raise, as DC proposed last month. Docket No. 138.

Dated: January 12, 2011            Respectfully Submitted,

                                                 O'MELVENY & MYERS LLP

                                                 By: /s/ Daniel M. Petrocelli
                                                       Daniel M. Petrocelli
                                                       Attorneys for Plaintiff DC Comics

CC1:842643