DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:  (310) 553-6700
Facsimile:   (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone:  (845) 265-2820
Facsimile:   (845) 265-2819

Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>  Plaintiff,<br><br>  v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>  Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DECLARATION OF MATTHEW T. KLINE IN SUPPORT OF RESPONSE TO DEFENDANTS' NOTICE OF DISMISSAL OF APPEAL AND TERMINATION OF STAY AND REQUEST FOR A STATUS CONFERENCE**<br><br>**Judge**:      Hon. Otis D. Wright II<br><br>**Complaint Filed:** May 14, 2010 |

# DECLARATION OF MATTHEW T. KLINE

I, Matthew T. Kline, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am a partner at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in support of DC Comics' Response to Defendants' Notice of Dismissal of Appeal and Termination of Stay. I have personal knowledge of the matters set forth in this declaration, and if called to testify to the facts stated herein, I could and would do so.

2. Attached hereto as Exhibit A is a true and correct copy of an order issued by the United States Court of Appeals for the Ninth Circuit in *Pacific Pictures Corp. v. DC Comics*, Appeal No. 10-56594, dated January 11, 2011.

3. Attached hereto as Exhibit B is a true and correct copy of an order issued by the United States Court of Appeals for the Ninth Circuit in *Pacific Pictures Corp. v. DC Comics*, Appeal No. 10-73851, dated January 7, 2011.

4. Attached hereto as Exhibit C is a true and correct copy of Appellee DC Comics' Reply in Support of it's Motion to Dismiss Appeal for Lack of Jurisdiction, and DC Comics' Opposition to Appellants' Motion for Voluntary Dismissal and Statement in Response to DC Comics' Motion to Dismiss filed in the United States Court of Appeals for the Ninth Circuit in *Pacific Pictures Corp. v. DC Comics*, Appeal No. 10-56980, dated January 12, 2011.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 12th day of January 2011, in Los Angeles, California.

_____
Matthew T. Kline

CC1:842648.1

- 1 -   KLINE DECL. IN SUPPORT OF DC'S RESPONSE TO NOTICE OF DISMISSAL