# EXHIBIT B

FILED

JAN 07 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: PACIFIC PICTURES CORP.; et al.<br><br>PACIFIC PICTURES CORP.; et al.,<br><br>　　　　Petitioners,<br><br>　v.<br><br>UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA (LOS ANGELES),<br><br>　　　　Respondent,<br><br>DC COMICS,<br><br>　　　　Real Party in Interest. | No. 10-73851<br><br>D.C. No. 2:10-cv-03633-ODW<br>Central District of California,<br>Los Angeles<br><br><br>ORDER |

Before: B. FLETCHER, REINHARDT, and N.R. SMITH, Circuit Judges.

　　Petitioners have not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

　　Petitioners' emergency motion for stay is denied as moot.

KS/MOATT

EXHIBIT B
5