KENDALL BRILL & KLIEGER LLP
Richard B. Kendall (90072)
  rkendall@kbkfirm.com
Laura W. Brill (195889)
  lbrill@kbkfirm.com
Nicholas F Daum (236155)
  ndaum@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile: 310.556.2705

Attorneys for Defendants Marc Toberoff,
Pacific Pictures Corporation, IP
Worldwide, LLC, and IPW, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DC Comics,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**RENEWED NOTICE OF MOTION AND MOTION OF MARC TOBEROFF, PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC TO STRIKE PLAINTIFF'S STATE LAW CAUSES OF ACTION PURSUANT TO CALIFORNIA'S ANTI-SLAPP LAW (CAL. CODE CIV. P. SEC. 425.16)**<br><br>*Filed concurrently with the following documents originally filed on 9/20/2010: MEMORANDUM OF POINTS AND AUTHORITIES and DECLARATION OF DAUM (Originally at Docket No. 75), MOTION TO DISMISS and REQUEST FOR JUDICIAL NOTICE (Originally at Docket No. 77) and NOTICE OF JOINDER (Originally at Docket No. 79)*<br><br>Hon. Otis D Wright, II<br><br>Date: February 14, 2011<br>Time: 1:30 p.m.<br><br>Complaint Filed: May 14, 2010 |

**RENEWED NOTICE OF MOTION AND MOTION OF DEFENDANTS MARC TOBEROFF, ET AL. TO STRIKE PLAINTIFF'S STATE LAW CAUSES OF ACTION PURSUANT TO ANTI-SLAPP LAW**

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on February 14, 2011, at 1:30 p.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Otis D. Wright, II, located in the United States Courthouse, 312 N. Spring Street, Los Angeles, California, 90012, Defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, IPW, LLC ("Moving Parties") will and hereby do renew and bring their motion to this Court to strike plaintiff's Fourth, Fifth, and Sixth Claims for Relief pursuant to California Code of Civil Procedure Section 425.16 (the "anti-SLAPP" law).

      This motion has already been fully briefed by moving parties, and opposed by Plaintiff. The original moving papers for this motion were originally filed on September 20, 2010, at Docket No. 75. Plaintiff's opposition papers were filed on September 27, 2010, and are at Docket No. 92. Plaintiff filed a separate Declaration of Daniel Petrocelli and objections in connection with this motion, which is at Docket No. 94. Moving parties' reply papers were filed on October 4, 2010, and are at Docket No. 98. Moving parties also filed evidentiary objections that are at Docket No. 99. The motion was originally set for hearing on October 18, 2010.

      By order of October 14, 2010, this Court vacated this motion and other pending dispositive motions set for hearing on October 18, 2010, ordering that "In light of defendants' Notice of Appeal 104 , the above-referenced motions are administratively VACATED pending the outcome of the defendants' appeal."

      On January 11, 2011, the United States Court of Appeal for the Ninth Circuit dismissed for lack of jurisdiction the appeal referenced in this Court's October 14, 2010 order. *See* Docket No. 140, 144.

      Accordingly, as this motion was vacated "pending the outcome of the defendants' appeal" and that appeal has now been resolved, Defendants hereby renew their fully-briefed motion.

---

**RENEWED NOTICE OF MOTION AND MOTION OF DEFENDANTS MARC TOBEROFF, ET AL. TO STRIKE PLAINTIFF'S STATE LAW CAUSES OF ACTION PURSUANT TO ANTI-SLAPP LAW**

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

1  For the convenience of the Court, Defendants have also re-filed the relevant Memorandum of Points and Authorities and Declaration of Nicholas F. Daum originally filed on September 20, 2010 in connection with this motion. The documents being re-filed today are identical to those that are already in the Court's files, at Docket No. 75.

This motion is made and renewed upon the following grounds: the Fourth, Fifth and Sixth Claims for Relief are protected by California Code of Civil Procedure § 425.16 because they concern (i) statements or writings made before a legislative, executive, or judicial or other official proceeding (Cal. Code Civ. Proc. § 425.16(e)(1), (ii) written or oral statements and writings made in connection with an issue under consideration or review by a legislative, executive, or judicial body (Cal. Code Civ. Proc. § 425.15(e)(2), and (iii) an exercise of free speech rights in connection with a public issue (Cal. Code Civ. Proc. § 425.16(e)(4).

The Plaintiff cannot show a reasonable likelihood of success on the merits for its Fourth Claim for Relief, for tortious interference with contract, because (i) no interference has been alleged and no valid contract has been alleged; (ii) the Claim for Relief is barred by a two-year statute of limitations, and (iii) the Claim for Relief is barred by California's litigation privilege.

Plaintiff cannot show a reasonable likelihood of success for its Fifth Claim for Relief, for tortious interference with prospective economic advantage, because (i) there is no evidence or credible allegation that the purported prospective economic advantage was interfered with by any defendant; (ii) the Claim for Relief is barred by a two-year statute of limitations, and (iii) the Claim for Relief is barred by California's litigation privilege (Cal. Civil Code § 47(b)).

Plaintiff cannot show a reasonable likelihood of success for its Sixth Claim for Relief, for declaratory relief, because that Claim is moot, and, to the extent that it is not moot, it fails to provide any basis upon which declaratory relief may be granted.

2
**RENEWED NOTICE OF MOTION AND MOTION OF DEFENDANTS MARC TOBEROFF, ET AL. TO STRIKE PLAINTIFF'S STATE LAW CAUSES OF ACTION PURSUANT TO ANTI-SLAPP LAW**

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

Pursuant to Cal. Code Civ. Proc. § 425.16(c)(1), and *United States ex rel. Newsham v. Lockheed Missile & Space Co.*, 190 F.3d 963, 973 (9th Cir. 1999), Moving Parties request an order awarding to Moving Parties their attorneys fees incurred in preparation of this renewed special motion to strike, subject to proof of such fees to be submitted after the proceedings on such motion are concluded.

This motion is made and renewed following the conference of counsel pursuant to L.R. 7-3, which took place on September 15, 2010.

This motion is based on the original moving papers that have been filed with the Court at Docket No. 75, including the Memorandum of Points and Authorities and Declaration of Nicholas F. Daum, identical copies of which are attached hereto for the Court's convenience, all of the pleadings, files, and records in this proceeding, all other matters of which the Court may take judicial notice, and any argument or evidence that may be presented to or considered by the Court prior to its ruling.

Dated: January 14, 2011     KENDALL BRILL & KLIEGER LLP

By: /s/ Richard B. Kendall
Richard B. Kendall
Attorneys for Defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

3
**RENEWED NOTICE OF MOTION AND MOTION OF DEFENDANTS MARC TOBEROFF, ET AL. TO STRIKE PLAINTIFF'S STATE LAW CAUSES OF ACTION PURSUANT TO ANTI-SLAPP LAW**