KENDALL BRILL & KLIEGER LLP
Richard B. Kendall (90072)
  rkendall@kbkfirm.com
Laura W. Brill (195889)
  lbrill@kbkfirm.com
Nicholas F Daum (236155)
  ndaum@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile: 310.556.2705

Attorneys for Defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DC Comics,<br><br>          Plaintiff,<br><br>     v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>          Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**RENEWED NOTICE OF MOTION AND MOTION OF MARC TOBEROFF, PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FED.R.CIV.P. 12(B)(6)**<br><br>*Filed concurrently with the following documents originally filed on 9/20/2010: MEMORANDUM OF POINTS AND AUTHORITIES and REQUEST FOR JUDICIAL NOTICE (Originally at Docket No. 77), MOTION TO STRIKE PURSUANT TO CALIFORNIA'S ANTI-SLAPP LAW and DECLARATION OF DAUM (Originally at Docket No. 75) and NOTICE OF JOINDER (Originally at Docket No. 79)*<br><br>Hon. Otis D Wright, II<br><br>Date: February 14, 2011<br>Time: 1:30 p.m.<br><br>Complaint Filed: May 14, 2010 |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on February 14, 2011, at 1:30 p.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Otis D. Wright, II, located in the United States Courthouse, 312 N. Spring Street, Los Angeles, California, 90012, Defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, IPW, LLC ("Moving Parties") will and hereby do renew and bring their motion to this Court to dismiss plaintiff's Fourth and Fifth Claims for Relief pursuant to Fed. R. Civ. P. 12(b)(6).

This motion has already been fully briefed by moving parties, and opposed by Plaintiff. The original moving papers for this motion were originally filed on September 20, 2010, at Docket No. 77. Plaintiff's opposition papers were filed on September 27, 2010, and are at Docket No. 91. Moving parties' reply papers were filed on October 4, 2010, and are at Docket No. 102. The motion was originally set for hearing on October 18, 2010.

By order of October 14, 2010, this Court vacated this motion and other pending dispositive motions set for hearing on October 18, 2010, ordering that "In light of defendants' Notice of Appeal 104, the above-referenced motions are administratively VACATED pending the outcome of the defendants' appeal."

On January 11, 2011, the United States Court of Appeal for the Ninth Circuit dismissed for lack of jurisdiction the appeal referenced in this Court's October 14, 2010 order. *See* Docket No. 140, 144.

Accordingly, as this motion was vacated "pending the outcome of the defendants' appeal" and that appeal has now been resolved, Defendants hereby renew their fully-briefed motion.

For the convenience of the Court, Defendants have also re-filed the relevant Memorandum of Points and Authorities and Request for Judicial Notice originally filed on September 20, 2010 in connection with this motion. The documents being

---

**RENEWED NOTICE OF MOTION AND MOTION OF DEFENDANTS MARC TOBEROFF, ET AL. TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

1  re-filed today are identical to those that are already in the Court's files, at Docket
2  No. 77.
3   This motion is made and renewed upon the following grounds: the Fourth
4  Claim for Relief for tortious interference with contract fails to state a claim because
5  no interference has been alleged, no valid contract has been alleged, and the cause of
6  action is barred by a two-year statute of limitations and by California's litigation
7  privilege.  The Fifth Claim for Relief for tortious interference with prospective
8  economic advantage fails to state a claim because it is barred by a two-year statute
9  of limitations and by California's litigation privilege.
10  This motion is made and renewed following the conference of counsel
11 pursuant to L.R. 7-3, which took place on September 15, 2010.
12  This motion is based on the original motion papers that have been filed with
13 the Court at Docket No. 77, identical copies of which are attached hereto for the
14 Court's convenience, all of the pleadings, files, and records in this proceeding, all
15 other matters of which the Court may take judicial notice, and any argument or
16 evidence that may be presented to or considered by the Court prior to its ruling.

17 Dated:  January 14, 2011  KENDALL BRILL & KLIEGER LLP

By: /s/ Richard B. Kendall
Richard B. Kendall
Attorneys for Defendants Marc Toberoff,
Pacific Pictures Corporation, IP
Worldwide, LLC, and IPW, LLC

2

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF DEFENDANTS MARC TOBEROFF, ET AL. TO DISMISS PLAINTIFF'S FAC**