Marc Toberoff (State Bar No. 188547)
  mtoberoff@ipwla.com
Nicholas C. Williamson (State Bar No. 231124)
  nwilliamson@ipwla.com
Keith G. Adams (State Bar No. 240497)
  kgadams@ipwla.com
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California, 90067
Telephone: (310) 246-3333
Fax:          (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, Joanne Siegel and Laura Siegel Larson

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>  Plaintiff,<br><br>  vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; JOANNE SIEGEL, an individual; LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>  Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br><br>**DEFENDANTS JOANNE SIEGEL AND LAURA SIEGEL LARSON'S RENEWED NOTICE OF MOTION AND MOTION TO DISMISS AND/OR STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FED.R.CIV.P. 12(b)(6)**<br><br>*Filed concurrently with the following documents originally filed on 9/20/2010: MEMORANDUM OF POINTS AND AUTHORITIES and REQUEST FOR JUDICIAL NOTICE (Originally at Docket No. 78)*<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set<br><br>Date: February 14, 2011<br>Time: 1:30 p.m.<br>Place: Courtroom 11 |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on February 14, 2011, at 1:30 p.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Otis D. Wright II, located in the United States Courthouse, 312 N. Spring Street, Los Angeles, California, 90012, Defendants Joanne Siegel and Laura Siegel Larson ("Moving Parties") will and hereby do renew and bring their motion to this Court to dismiss and strike the Third and Sixth claims for relief in plaintiff DC Comics' First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) and (f).

This motion has already been fully briefed by Moving Parties, and opposed by Plaintiff.  The original moving papers for this motion were originally filed on September 20, 2010, at Docket No. 78.  Plaintiff's opposition papers were filed on September 27, 2010, and are at Docket No. 90.  Moving Parties' reply papers were filed on October 4, 2010, and are at Docket No. 100.   The motion was originally set for hearing on October 18, 2010.

By order of October 14, 2010, this Court vacated this motion and other pending dispositive motions set for hearing on October 18, 2010, ordering that "[i]n light of defendants' Notice of Appeal [104] , the above-referenced motions are administratively VACATED pending the outcome of the defendants' appeal."

On January 11, 2011, the United States Court of Appeals for the Ninth Circuit dismissed for lack of jurisdiction the appeal referenced in this Court's October 14, 2010 order.  *See* Docket Nos. 140, 144.

Accordingly, as this motion was vacated "pending the outcome of the defendants' appeal" and that appeal has now been resolved, Defendants hereby renew their fully-briefed motion.

For the convenience of the Court, Defendants have also re-filed the relevant Memorandum of Points and Authorities and Request for Judicial Notice originally filed on September 20, 2010 in connection with this motion.  The documents being re-filed today are identical to those that are already in the Court's files, at Docket No.

78.

This Motion is made and renewed upon the following grounds: Plaintiff bases its Third and Sixth Claims for Relief on the erroneous position that it was entitled under 17 U.S.C. § 304(c)(6)(D) to a so-called "period of exclusivity" to negotiate with the executor of the estate of Joseph Shuster to purchase his Superman copyright termination interest under 17 U.S.C. § 304(d). The statute provides no such "right," and DC's reading of the statute has been specifically rejected by the courts and leading authorities. Moreover, the Third and Sixth Claims are barred by the "litigation privilege," codified in California Civil Code § 47(b), and by the statute of limitations.

The Sixth Claim for Relief under California's unfair competition law is also preempted by federal copyright law insofar as plaintiff has not (and could not) allege the requisite "extra" element that would avoid preemption.

Plaintiff's allegations in the Third and Sixth Claims regarding alleged "consent agreements" (First Amended Complaint, ¶ 188), the existence and purpose of which was solely disclosed to DC during a confidential settlement mediation between DC and the Siegels, must be stricken from the first amended complaint pursuant to Fed. R. Civ. P. 12(f), as plaintiff's use of this information violates (i) the May 1, 2008 JAMS Confidentiality Agreement between the Siegels and DC, and (ii) this Court's January 14, 2009 order in the related Superman action (Case No. 04-CV-8400).

This Motion is made and renewed following the conference of counsel pursuant to L.R. 7-3, which took place on September 15, 2010.

This Motion is based on the original motion papers that have been filed with the Court at Docket No. 78, an identical copy of which is attached hereto for the Court's convenience, all of the pleadings, files, and records in this proceeding, all other matters of which the Court may take judicial notice, and any argument or evidence that may be presented to or considered by the Court prior to its ruling.

| | | |
|---|---|---|
| 1 | DATED: January 14, 2011 | TOBEROFF & ASSOCIATES, P.C. |
| 2 | | |
| 3 | | By _____ |
| | | Marc Toberoff |
| 4 | | |
| 5 | | Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, Joanne Siegel and Laura Siegel Larson |