KENDALL BRILL & KLIEGER LLP
Richard B. Kendall (90072)
  rkendall@kbkfirm.com
Laura W. Brill (195889)
  lbrill@kbkfirm.com
Nicholas F Daum (236155)
  ndaum@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile:  310.556.2705

Attorneys for Defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DC Comics,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. CV 10-3633 ODW(RZx)<br><br>**RENEWED NOTICE OF JOINDER AND JOINDER IN DEFENDANT JOANNE SIEGEL AND LAURA SIEGEL LARSON'S MOTION TO DISMISS AND/OR STRIKE THE THIRD AND SIXTH CLAIMS FOR RELIEF**<br><br>Hon. Otis D Wright, II<br><br>Date:  February 14, 2011<br>Time:  1:30 p.m.<br><br>Complaint Filed:  May 14, 2010 |

TO ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC (collectively, the "Toberoff Defendants") hereby renew their joinder in defendants Joanne Siegel and Laura Siegel Larson's renewed and fully briefed motion, originally filed on September 20, 2010 (and found at Docket No. 78), to dismiss and/or strike the Third and Sixth Claims for Relief asserted by plaintiff DC Comics in the First Amended Complaint filed in this action.

This joinder is made without prejudice to or waiver of any of the rights of the Toberoff Defendants, including their right to raise additional arguments with respect to the claims asserted by plaintiff at a later date.

Dated: January 14, 2011         KENDALL BRILL & KLIEGER LLP


By: /s/ Nicholas F. Daum
    Nicholas F. Daum
    Attorneys for Defendants Marc Toberoff,
    Pacific Pictures Corporation, IP
    Worldwide, LLC, and IPW, LLC

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

1
NOTICE OF JOINDER AND JOINDER IN MOTION TO DISMISS
THE THIRD AND SIXTH CLAIMS FOR RELIEF