Marc Toberoff (State Bar No. 188547)
  mtoberoff@ipwla.com
Nicholas C. Williamson (State Bar No. 231124)
  nwilliamson@ipwla.com
Keith G. Adams (State Bar No. 240497)
  kgadams@ipwla.com
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California, 90067
Telephone:   (310) 246-3333
Fax:             (310) 246-3101

Attorneys for Defendants Mark Warren
Peary, as personal representative of the
Estate of Joseph Shuster, Jean Adele Peavy,
Joanne Siegel and Laura Siegel Larson

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>           Plaintiff,<br><br>   vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; JOANNE SIEGEL, an individual; LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>           Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>**DEFENDANT MARK WARREN PEARY, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JOSEPH SHUSTER, AND JEAN ADELE PEAVY'S NOTICE OF JOINDER AND JOINDER TO DEFENDANTS JOANNE SIEGEL AND LAURA SIEGEL LARSON'S RENEWED MOTION TO DISMISS AND/OR STRIKE PLAINTIFF'S COMPLAINT**<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>Date:    February 14, 2011<br>Time:   1:30 p.m.<br>Place:  Courtroom 11<br><br>Complaint filed:  May 14, 2010 |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, and Jean Adele Peavy ("Defendants"), hereby renew their joinder in defendants Joanne Siegel and Laura Siegel Larson's renewed and fully-briefed motion, originally filed on September 20, 2010 (and found at Docket No. 78), to dismiss and/or strike the Third and Sixth Claims for Relief asserted by plaintiff DC Comics in the First Amended Complaint filed in this action. Defendants do so without prejudice to or waiver of any of their rights, including their right to raise additional arguments with respect to claims asserted by plaintiff at a later date.

DATED: January 14, 2011          TOBEROFF & ASSOCIATES, P.C.


By_____
              Marc Toberoff

Attorneys for Defendants Mark Warren Peary,
as personal representative of the Estate of
Joseph Shuster, Jean Adele Peavy, Joanne
Siegel and Laura Siegel Larson