Marc Toberoff (State Bar No. 188547)
  *mtoberoff@ipwla.com*
Nicholas C. Williamson (State Bar No. 231124)
  *nwilliamson@ipwla.com*
Keith G. Adams (State Bar No. 240497)
  *kgadams@ipwla.com*
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California, 90067
Telephone:  (310) 246-3333
Fax:            (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, Joanne Siegel and Laura Siegel Larson

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>        Plaintiff,<br><br>  vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; JOANNE SIEGEL, an individual; LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>        Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>**DEFENDANT MARK WARREN PEARY, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, JOANNE SIEGEL AND LAURA SIEGEL LARSON'S NOTICE OF JOINDER AND JOINDER TO DEFENDANTS MARC TOBEROFF, IPW, LLC, IP WORLDWIDE, LLC AND PACIFIC PICTURES CORPORATION'S RENEWED MOTION TO STRIKE PLAINTIFF'S STATE LAW CAUSES OF ACTION PURSUANT TO CALIFORNIA'S ANTI-SLAPP LAW**<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>Date:  February 14, 2011<br>Time:  1:30 p.m.<br>Place:  Courtroom 11<br><br>Complaint filed: May 14, 2010 |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, Joanne Siegel and Laura Siegel Larson ("Defendants"), hereby renew their joinder in defendants Marc Toberoff, IPW, LLC, IP Worldwide, LLC and Pacific Pictures Corporation's renewed and fully-briefed motion, originally filed on September 20, 2010 (and found at Docket No. 75), to strike Plaintiff's state law causes of action pursuant to California's Anti-SLAPP Law (Cal. Code Civ. Proc. § 425.16). Defendants join in the motion and supporting memorandum of points and authorities on the grounds set forth therein as it pertains to the Sixth Claim for Relief in plaintiff DC Comics' First Amended Complaint. Defendants do so without prejudice to or waiver of any of their rights, including their right to raise additional arguments with respect to claims asserted by plaintiff at a later date.

DATED: January 14, 2011        TOBEROFF & ASSOCIATES, P.C.

By _____
    Marc Toberoff

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, Joanne Siegel and Laura Siegel Larson