**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 04 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| DC COMICS, | No. 10-56980 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 2:10-cv-03633-ODW |
| v. | Central District of California, Los Angeles |
| PACIFIC PICTURES CORPORATION; et al., | ORDER |
| Defendants - Appellants. | |



A review of the record suggests that this court may lack jurisdiction over the appeal because the orders on appeal relate to the district court's October 15, 2010 order granting a stay of district court proceedings pending the outcome of appeal No. 10-56594. Orders granting stays are not appealable final orders under 28 U.S.C. § 1291. *See Silberkleit v. Kantrowitz*, 713 F.2d 433, 434 (9th Cir. 1983).

Furthermore, while the notice of appeal purports to find jurisdiction for this appeal based on *Batzel v. Smith*, 333 F.3d 1018 (9th Cir. 2003), the November 16, 2010 and November 24, 2010 orders did not deny on the merits a motion filed under California's Anti-SLAPP Law.

MT/MOATT

Within 21 days after the date of this order, appellants shall move for voluntary dismissal of the appeal or show cause why it should not be dismissed for lack of jurisdiction. If appellants elect to show cause, a response may be filed within 10 days after service of the memorandum.

If appellants do not comply with this order, the Clerk shall dismiss this appeal pursuant to Ninth Circuit Rule 42-1.

Briefing is suspended pending further order of the court.

FOR THE COURT:

Molly Dwyer
Clerk of Court

By: Mary Tsai
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A