**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 13 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DC COMICS,<br><br>　　　　　Plaintiff - Appellee,<br><br>　v.<br><br>PACIFIC PICTURES CORPORATION; et al.,<br><br>　　　　　Defendants - Appellants. | No. 10-56980<br><br>D.C. No. 2:10-cv-03633-ODW<br>Central District of California,<br>Los Angeles<br><br>ORDER |



Appellants' motion to dismiss this appeal voluntarily without prejudice is denied because this court does not grant such relief. Appellants who wish to dismiss an appeal must file a motion to dismiss the appeal voluntarily with prejudice.

Appellants' response to the court's January 4, 2011 order to show cause remains due January 25, 2011. Appellee's optional reply to appellants' response to the pending motion to dismiss remains due 7 days after service of the response.

Briefing remains suspended pending further order of the court.

FOR THE COURT:

Molly Dwyer
Clerk of Court

By: Mary Tsai
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

MT/MOATT