**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 19 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DC COMICS,<br><br>　　　　　　Plaintiff - Appellee,<br><br>　v.<br><br>PACIFIC PICTURES CORPORATION; et al.,<br><br>　　　　　　Defendants - Appellants. | No. 10-56980<br><br>D.C. No. 2:10-cv-03633-ODW<br>Central District of California,<br>Los Angeles<br><br>ORDER |



Appellants' motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

All pending motions are denied as moot.

This order served on the district court shall act as and for the mandate of this court.

　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　Molly Dwyer
　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　By: Mary Tsai
　　　　　　　　　　　Motions Attorney/Deputy Clerk
　　　　　　　　　　　9th Cir. R. 27-7
　　　　　　　　　　　General Orders/Appendix A

MT/MOATT