UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 02 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DC COMICS,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>PACIFIC PICTURES CORPORATION; et al.,<br><br>　　　　Defendants - Appellants,<br><br>　and<br><br>JOANNE SEIGEL, an individual; et al.,<br><br>　　　　Defendants. | No. 10-56594<br><br>D.C. No. 2:10-cv-03633-ODW-RZ<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |



RECEIVED
CLERK, U.S. DISTRICT COURT
FEB - 2 2011
CENTRAL DISTRICT OF CA

The judgment of this Court, entered January 11, 2011, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　　　Molly C. Dwyer
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　Lee-Ann Collins
　　　　　　　　　　　　　　　　　　Deputy Clerk

**FILED**

UNITED STATES COURT OF APPEALS

JAN 11 2011

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DC COMICS,<br><br>        Plaintiff - Appellee,<br><br>v.<br><br>PACIFIC PICTURES CORPORATION; et al.,<br><br>        Defendants - Appellants,<br><br>and<br><br>JOANNE SEIGEL, an individual; et al.,<br><br>        Defendants. | No. 10-56594<br><br>D.C. No. 2:10-cv-03633-ODW<br>Central District of California,<br>Los Angeles<br><br><br>ORDER |

Before: B. FLETCHER, REINHARDT, and N.R. SMITH, Circuit Judges.

We have reviewed the responses to this court's order to show cause why this appeal should not be dismissed for lack of jurisdiction. We conclude that we lack jurisdiction to review the district court's September 7, 2010 order because the order is not a final appealable decision. *See* 28 U.S.C. § 1291; *see also Greensprings Baptist Christian Fellowship Trust v. Cilley*, — F.3d —, no.

KB/MOATT

09-16924 (9th Cir. Dec. 27, 2010); *cf. Batzel v. Smith*, 333 F.3d 1018 (9th Cir. 2003).

Accordingly, this appeal is dismissed.

**DISMISSED.**