Name & Address:
Daniel M. Petrocelli (SB # 097802)
dpetrocelli@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Teelphone: (310) 553-6700; Facimile: (310) 246-6779

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DC COMICS | CASE NUMBER: |
| PLAINTIFF(S) | DC 10-3633 ODW (RZx) |
| v. | |
| PACIFIC PICTURES CORP., et al. | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
Exhibits PP and RR to Declaration of Matthew T. Kline in Support of DC Comics' Motion to Comepl the Production of Documents and Amended Privilege Logs; [Unredacted] Joint Stipulation Regarding DC Comics' Motion to Compel the Production of Documents and Amended Privilege Logs

**Document Description:**

☐ Administrative Record

☒ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☒ Other Joint Stipulation Regarding DC Comics' Motion to Compel

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

| February 7, 2011 | /s/ Daniel M. Petrocelli |
| Date | Attorney Name |
| | Daniel M. Petrocelli |
| | Party Represented |
| | Plaintiff DC Comics |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                    NOTICE OF MANUAL FILING

American LegalNet, Inc.
www.Forms*Workflow*.com