| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #097802) |
|   |   dpetrocelli@omm.com |
| 2 | MATTHEW T. KLINE (S.B. #211640) |
|   |   mkline@omm.com |
| 3 | CASSANDRA L. SETO (S.B. #246608) |
|   |   cseto@omm.com |
| 4 | O'MELVENY & MYERS LLP |
|   | 1999 Avenue of the Stars, 7th Floor |
| 5 | Los Angeles, CA  90067-6035 |
|   | Telephone:  (310) 553-6700 |
| 6 | Facsimile:   (310) 246-6779 |
| 7 | PATRICK T. PERKINS (admitted *pro hac vice*) |
|   |   pperkins@ptplaw.com |
| 8 | PERKINS LAW OFFICE, P.C. |
|   | 1711 Route 9D |
| 9 | Cold Spring, NY 10516 |
|   | Telephone:  (845) 265-2820 |
| 10 | Facsimile:   (845) 265-2819 |
| 11 | Attorneys for Plaintiff DC Comics |
| 12 | (continued on next page) |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS, | Case No. CV 10-3633 ODW (RZx) |
| Plaintiff, | **DISCOVERY MATTER** |
| v. | **DC COMICS' NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND AMENDED PRIVILEGE LOGS** |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive, | |
| | **Judge**:       Hon. Otis D. Wright II |
| | **Magistrate**: Hon. Ralph Zarefsky |
| Defendants. | **Hearing Date**: February 28, 2011 |
| | **Hearing Time**: 10:00 a.m. |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on February 28, 2011, at 10:00 a.m., or as soon thereafter as the matter may be heard by the above-entitled court, located at 255 East Temple Street, Los Angeles, California in Courtroom 540, plaintiff DC Comics will and hereby does move the Court for an order compelling defendants to: (1) produce—either to DC or, at minimum, to the Court for *in camera* inspection—documents that have been improperly withheld, and (2) amend their privilege logs to include sufficient information to enable DC and the Court to evaluate defendants' assertion of privilege.

This motion is made pursuant to Rules 26, 34, and 37 of the Federal Rules of Civil Procedure and Rule 37-2 of the Local Rules of this Court on the grounds that defendants have refused to provide DC with essential discovery, despite stipulating to a court order entered on December 7, 2010, compelling defendants to produce or log all documents responsive to DC's initial discovery requests. In addition, defendants have provided privilege logs that omit the subject matters of the withheld documents, and obscure the identity of authors and recipients of the documents. Such basic information is necessary to allow DC to assess defendants' claims of privilege. Pursuant to Local Rule 37-1, the parties have attempted unsuccessfully to resolve their disputes and therefore respectfully seek the assistance of the Court.

This motion is based on this Notice of Motion and Motion; DC Comics' portion of the accompanying Joint Stipulation Regarding DC Comics' Motion to Compel Production of Documents and Amended Privilege Logs; the accompanying Declaration of Matthew T. Kline and exhibits in support thereof; any supplemental memoranda that may be filed pursuant to Local Rule 37; all exhibits, files, and records on file in this action; matters of which judicial notice may be taken; and

DC COMICS' NOTICE OF
MOTION & MOTION TO COMPEL

1  such additional submissions and argument as may be presented at or before the
2  hearing on this motion.

3  Dated: January 28, 2011  Respectfully Submitted,

4  O'MELVENY & MYERS LLP

6  By: /s/ Daniel M. Petrocelli
   Daniel M. Petrocelli
7  Attorneys for Plaintiff DC Comics

8  CC1:842479