DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:   (310) 553-6700
Facsimile:    (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone:   (845) 265-2820
Facsimile:    (845) 265-2819

Attorneys for Plaintiff DC Comics

(continued on next page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**DC COMICS' NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND AMENDED PRIVILEGE LOGS**<br><br>**Judge**:　　Hon. Otis D. Wright II<br>**Magistrate**:　Hon. Ralph Zarefsky<br><br>**Hearing Date**:　February 28, 2011<br>**Hearing Time**:　10:00 a.m. |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that on February 28, 2011, at 10:00 a.m., or as
3  soon thereafter as the matter may be heard by the above-entitled court, located at
4  255 East Temple Street, Los Angeles, California in Courtroom 540, plaintiff DC
5  Comics will and hereby does move the Court for an order compelling defendants
6  to: (1) produce—either to DC or, at minimum, to the Court for *in camera*
7  inspection—documents that have been improperly withheld, and (2) amend their
8  privilege logs to include sufficient information to enable DC and the Court to
9  evaluate defendants' assertion of privilege.

10  This motion is made pursuant to Rules 26, 34, and 37 of the Federal Rules of
11  Civil Procedure and Rule 37-2 of the Local Rules of this Court on the grounds that
12  defendants have refused to provide DC with essential discovery, despite stipulating
13  to a court order entered on December 7, 2010, compelling defendants to produce or
14  log all documents responsive to DC's initial discovery requests. In addition,
15  defendants have provided privilege logs that omit the subject matters of the
16  withheld documents, and obscure the identity of authors and recipients of the
17  documents. Such basic information is necessary to allow DC to assess defendants'
18  claims of privilege. Pursuant to Local Rule 37-1, the parties have attempted
19  unsuccessfully to resolve their disputes and therefore respectfully seek the
20  assistance of the Court.

21  This motion is based on this Notice of Motion and Motion; DC Comics'
22  portion of the accompanying Joint Stipulation Regarding DC Comics' Motion to
23  Compel Production of Documents and Amended Privilege Logs; the accompanying
24  Declaration of Matthew T. Kline and exhibits in support thereof; any supplemental
25  memoranda that may be filed pursuant to Local Rule 37; all exhibits, files, and
26  records on file in this action; matters of which judicial notice may be taken; and

27
28

1 such additional submissions and argument as may be presented at or before the
2 hearing on this motion.

3 Dated: January 28, 2011     Respectfully Submitted,

4                             O'MELVENY & MYERS LLP

6                             By: /s/ Daniel M. Petrocelli
                                  Daniel M. Petrocelli
7                                 Attorneys for Plaintiff DC Comics

8 CC1:842479