DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:  (310) 553-6700
Facsimile:   (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone:  (845) 265-2820
Facsimile:   (845) 265-2819

Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>  Plaintiff,<br><br>  v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>  Defendants. | Case No.  CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING DC COMICS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND AMENDED PRIVILEGE LOGS**<br><br>**Judge**:       Hon. Otis D. Wright II<br>**Magistrate**:  Hon. Ralph Zarefsky<br><br>**Hearing Date**:  February 28, 2011<br>**Hearing Time**:  10:00 a.m. |

1      Good cause appearing, IT IS HEREBY ORDERED that plaintiff DC
2  Comics' Motion to Compel Production of Documents and Amended Privilege Logs
3  is GRANTED; and:
4      ___   Defendants are ordered to produce all consent agreements and related
5  documents (including drafts of the agreement and communications regarding their
6  contents) no later than March 4, 2011, <u>and</u>
7      ___   To the extent defendants believe these consent agreement-related
8  documents contain privileged information, defendants are ordered to produce
9  copies of the documents to DC and redact out any purportedly privileged
10 information no later than March 4, 2011, <u>and</u>
11     ___   Defendants are ordered to provide the Court, for its *in camera* review,
12 unredacted copies of the redacted consent agreement-related documents produced
13 to DC, if any, no later than March 4, 2011, <u>and</u>
14     ___   Defendants are ordered to produce all conflict waivers, and related
15 documents, in connection with the negotiation of the consent agreement, <u>and</u>
16     ___   Defendants are ordered to produce all retainer agreements and related
17 documents (including drafts of the agreements and communications regarding their
18 contents) no later than March 4, 2011, <u>and</u>
19     ___   To the extent defendants believe these retainer agreement-related
20 documents contain privileged information, defendants are ordered to produce
21 copies of the documents to DC and redact out any purportedly privileged
22 information no later than March 4, 2011, <u>and</u>
23     ___   Defendants are ordered to provide the Court, for its *in camera* review
24 to determine the propriety of defendants' privilege claims, unredacted copies of the
25 redacted retainer agreement-related documents produced to DC, no later than
26 March 4, 2011, <u>and</u>
27     ___   Defendants are ordered to produce the July 11, 2003, correspondence
28 from Laura Siegel Larson to Michael Siegel by March 4, 2011, <u>and</u>

1      ___   Defendants are ordered to produce for *in camera* inspection the documents currently listed at Entries 715 and 716 of the Siegel Privilege Log by March 4, 2011, <u>and</u>

      ___   Defendants are ordered to produce by March 4, 2011, all non-privileged communications and other documents included on their privilege logs on the ground that such documents were conveyed to an attorney, <u>and</u>

      ___   Defendants are ordered to produce for *in camera* review the 11 communications identified in DC's Motion:  Siegel Privilege Log Entries 687-88, 734, 805, 952, 1203-04, 1360-62, 1375 by March 4, 2011, <u>and</u>

      ___   Defendants are ordered to produce by March 4, 2011, the two communications described in the Toberoff Timeline document, as identified in DC's Motion, that neither appear on defendants' logs nor have been produced, or to submit a verification, by the same date, that they do not exist, <u>and</u>

      ___   Defendants are ordered to produce by March 4, 2011, all communications between David Michaels and the Siegels starting in November 2005, when Mr. Michaels became adverse to Mr. Toberoff, <u>and</u>

      ___   Defendants are ordered to search for and produce by March 15, 2011, all communications between Dennis Larson and Laura Siegel Larson post-January 2000 that are responsive to DC's discovery requests, including all such communications found in her files, or her attorneys' or agents' files, <u>and</u>

      ___   Defendants are ordered to amend the "Document Description" category in their privilege logs by March 4, 2011, to provide document descriptions that describe the actual content of the withheld document, including, but not limited to, identifying all communications involving consent agreements, retainer agreements, and offers to acquire the Siegel and/or Shuster heirs' rights, <u>and</u>

      ___   Defendants are ordered to amend the "Identity of Recipient(s)" category of their privilege logs by March 4, 2011, to identify who is a "to," "cc," or

- - 2 - -

1   "bcc" to the withheld communication, or if the recipient received the
2   communication by other means, <u>and</u>
3   ___   Defendants are ordered to amend their privilege logs to identify all
4   attachments and/or separate communications in a chain of communications as
5   separate entries by March 4, 2011.
6   Following the Court's *in camera* review of documents submitted by
7   defendants, the Court will order the production of those documents or portions
8   thereof that it finds cannot be protected by a claim of privilege or are otherwise
9   subject to production.
10
11  IT IS SO ORDERED.
12
13  Dated: _____     _____
                                  Honorable Ralph Zarefsky
14                                Magistrate Judge, United States District Court
15  CC1:842482

- - 3 - -