| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #097802) |
|   | dpetrocelli@omm.com |
| 2 | MATTHEW T. KLINE (S.B. #211640) |
|   | mkline@omm.com |
| 3 | CASSANDRA L. SETO (S.B. #246608) |
|   | cseto@omm.com |
| 4 | O'MELVENY & MYERS LLP |
|   | 1999 Avenue of the Stars, 7th Floor |
| 5 | Los Angeles, CA 90067-6035 |
|   | Telephone: (310) 553-6700 |
| 6 | Facsimile: (310) 246-6779 |

PATRICK T. PERKINS (admitted *pro hac vice*)
pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819

Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS, | Case No. CV 10-3633 ODW (RZx) |
| Plaintiff, | **DISCOVERY MATTER** |
| v. | **DECLARATION OF MATTHEW T. KLINE IN SUPPORT OF DC COMICS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND AMENDED PRIVILEGE LOGS** |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive, | NOTICE OF MOTION AND MOTION, JOINT STIPULATION, AND [PROPOSED] ORDER FILED CONCURRENTLY HEREWITH |
| Defendants. | **Judge**: Hon. Otis D. Wright II |
|  | **Magistrate**: Hon. Ralph Zarefsky |
|  | **Hearing Date**: February 28, 2011 |
|  | **Hearing Time**: 10:00 a.m. |

# DECLARATION OF MATTHEW T. KLINE

I, Matthew T. Kline, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am a partner at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in Support of DC Comics' Motion to Compel Production of Documents and Amended Privilege Logs (the "Motion"). I have personal knowledge of the matters set forth in this declaration, and if called to testify to the facts stated herein, I could and would do so competently.

2. Attached hereto as Exhibit A is a true and correct copy of an email from Mr. Siegel to Mr. Bulson dated November 12, 2005.

3. Attached hereto as Exhibit B is a true and correct copy of DC's Motion to Compel Production of Documents Pursuant to Subpoena Duces Tecum and Appear for Deposition and for Attorney's Fees and Memorandum in Support Thereof dated October 20, 2006.

4. Attached hereto as Exhibit C is a true and correct copy of the Amended Order of the U.S. District Court for the Northern District of Ohio dated February 5, 2008.

5. Attached hereto as Exhibit D is a true and correct copy of a letter from Marc Toberoff to the Honorable Solomon Oliver, Jr. dated February 19, 2008.

6. Attached hereto as Exhibit E is a true and correct copy of the Order of the U.S. District Court for the Northern District of Ohio dated April 1, 2008.

7. Attached hereto as Exhibit F is a true and correct copy of DC's Renewed Motion to Compel Production of Documents and Appear for Deposition dated April 9, 2008.

8. Attached hereto as Exhibit G is a true and correct copy of the Order of the U.S. District Court for the Northern District of Ohio dated August 14, 2008.

Case 2:10-cv-03633-ODW-RZ   Document 161   Filed 02/08/11   Page 3 of 9   Page ID
#:11065

1      9.     Attached hereto as Exhibit H are true and correct copies of correspondence between Don Bulson, Mr. Toberoff, Joanne Siegel and Laura Siegel Larson, from April 26, 2003 through January 17, 2005, produced by order of the U.S. District Court for the Northern District of Ohio.

10.    Attached hereto as Exhibit I is a true and correct copy of an excerpt from the Notice of Termination of Transfer Covering Extended Renewal Term for the September 22, 1938 Agreement, dated April 3, 1997.

11.    Attached hereto as Exhibit J is a true and correct copy of an email from Marc Toberoff, counsel for the Siegel and Shuster defendants, to Michael Bergman, DC's prior counsel, dated April 18, 2008.

12.    Attached hereto as Exhibit K is a true and correct copy of a JAMS Confidentiality Agreement entered into by Ms. Siegel, Ms. Larson, Ms. Peavy, Mr. Peary, and DC Comics in Case Nos. 04-8400 ODW (RZx) and 04-8776 ODW (RZx).

13.    Attached hereto as Exhibit L is a true and correct copy of a letter from my colleague Daniel Petrocelli to Mr. Toberoff and Richard Kendall, counsel for the Toberoff defendants, dated July 28, 2010, attaching the Notices of Deposition and Requests for Production of Documents for defendants Joanne Siegel, Jean Peavy, Laura Siegel Larson, and Mark Warren Peary.

14.    Attached hereto as Exhibit M is a true and correct copy of a letter from Mr. Petrocelli to Messrs. Toberoff and Kendall dated August 17, 2010, attaching the Notices of Deposition and Requests for Production of Documents for defendants Joanne Siegel, Jean Peavy, Laura Siegel Larson, and Mark Warren Peary.

15.    Attached hereto as Exhibit N is a true and correct copy of Plaintiff DC Comics' Notice of Deposition of Defendant Joanne Siegel and Request for Production of Documents dated August 17, 2010.

- 2 -    M. KLINE DECLARATION IN SUPPORT OF
DC'S MOTION TO COMPEL

16.     Attached hereto as Exhibit O is a true and correct copy of Plaintiff DC Comics' Notice of Deposition of Defendant Laura Siegel Larson and Request for Production of Documents dated August 17, 2010.

17.     Attached hereto as Exhibit P is a true and correct copy of Plaintiff DC Comics' Notice of Deposition of Mark Warren Peary and Request for Production of Documents dated August 17, 2010.

18.     Attached hereto as Exhibit Q is a true and correct copy of Plaintiff DC Comics' Notice of Deposition of Jean Peavy and Request for Production of Documents dated August 17, 2010.

19.     Attached hereto as Exhibit R is a true and correct copy of an email from my colleague, Cassandra Seto, to counsel for defendants, dated October 11, 2010, attaching DC's portion of the Joint Stipulation Regarding DC Comics' Motion to Compel Production of Documents and Privilege Logs.

20.     Attached hereto as Exhibit S is a true and correct copy of a letter from Mr. Toberoff to Mr. Petrocelli dated December 7, 2010.

21.     Attached hereto as Exhibit T is a true and correct copy of an email from my colleague, Jason Tokoro, to counsel for defendants dated December 10, 2010, attaching DC's portion of the Joint Stipulation Regarding DC Comics' Motion to Compel Production of Documents and Privilege Logs.

22.     Attached hereto as Exhibit U is a true and correct are true and correct copies of correspondence regarding the deposition of defendant Joanne Siegel, from December 9, 2010 through December 17, 2010.

23.     Attached hereto as Exhibit V is a true and correct copy of the Peary/Peavy Privilege Log, delivered to my offices on December 15, 2010.

24.     Attached hereto as Exhibit W is a true and correct copy of the Siegel Privilege Log, delivered to my offices on December 15, 2010.

25.     Attached hereto as Exhibit X is a true and correct copy of a letter from me to Mr. Toberoff dated December 20, 2010.

26. On December 21, 2010, counsel participated in an extensive meet and confer that lasted in excess of 90 minutes regarding DC's Motion to Compel Production of Documents and Amended Privilege Logs. I participated on behalf of DC, along with Jason Tokoro. Mr. Toberoff, Mr. Williamson, and Mr. Adams participated on behalf of the defendants. The meet and confer was followed by an exchange of multiple correspondence addressing the parties' various disputes. Attached hereto as Exhibit Y is a true and correct copy of a letter from me to Mr. Toberoff dated December 29, 2010 following up on the conference. Attached hereto as Exhibit Z is a true and correct copy of a letter from Mr. Toberoff to me dated January 4, 2011 responding to DC's proposals for resolving the parties' disputes. Attached hereto as Exhibit AA is a true and correct copy of a letter from me to Mr. Toberoff dated January 5, 2011. Attached hereto as Exhibit BB is a true and correct copy of a letter from Mr. Toberoff to me dated January 8, 2011. Attached hereto as Exhibit CC is a true and correct copy of an email from me to Mr. Toberoff dated January 10, 2011. Despite the parties' efforts, they were unable to resolve their various disputes.

27. Attached hereto as Exhibit DD is a true and correct copy of Defendant Marc Toberoff's Response to Plaintiff DC Comics' First Set of Interrogatories dated January 24, 2011.

28. Attached hereto as Exhibit EE is a true and correct copy of an order issued by the United States Court of Appeals for the Ninth Circuit in *Pacific Pictures Corp. v. DC Comics,* Appeal No. 10-56594, dated October 21, 2010.

29. Attached hereto as Exhibit FF is a true and correct copy of Appellee DC Comics' Opposition to Appellants' Response to Order to Show Cause Why Appeal Should Not Be Dismissed for Lack of Jurisdiction filed in the United States Court of Appeals for the Ninth Circuit in *Pacific Pictures Corp. v. DC Comics*, Appeal No. 10-56594, dated November 24, 2010.

30. Attached hereto as Exhibit GG is a true and correct copy of Appellee DC Comics' Opposition to Appellants' "Urgent" Motion for Stay Pending Decision on Petition for Writ of Mandamus filed in the United States Court of Appeals for the Ninth Circuit in *Pacific Pictures Corp. v. DC Comics*, Appeal No. 10-73851, dated December 23, 2010.

31. Attached hereto as Exhibit HH is a true and correct copy of Appellee DC Comics' Motion to Dismiss Appeal for Lack of Jurisdiction filed in the United States Court of Appeals for the Ninth Circuit in *Pacific Pictures Corp. v. DC Comics*, Appeal No. 10-56980, dated, December 30, 2010.

32. Attached hereto as Exhibit II is a true and correct copy of an order issued by the United States Court of Appeals for the Ninth Circuit in *Pacific Pictures Corp. v. DC Comics*, Appeal No. 10-73851, dated January 7, 2011.

33. Attached hereto as Exhibit JJ is a true and correct copy of an order issued by the United States Court of Appeals for the Ninth Circuit in *Pacific Pictures Corp. v. DC Comics*, Appeal No. 10-56594, dated January 11, 2011.

34. Attached hereto as Exhibit KK is a true and correct copy of Appellee DC Comics' Reply in Support of it's Motion to Dismiss Appeal for Lack of Jurisdiction, and DC Comics' Opposition to Appellants' Motion for Voluntary Dismissal and Statement in Response to DC Comics' Motion to Dismiss filed in the United States Court of Appeals for the Ninth Circuit in *Pacific Pictures Corp. v. DC Comics*, Appeal No. 10-56980, dated January 12, 2011.

35. Attached hereto as Exhibit LL is a true and correct copy of a letter agreement between Marc Toberoff, on behalf of Pacific Pictures Corporation, and Jean Adele Peavy and Mark Warren Peary dated November 23, 2001.

36. Attached hereto as Exhibit MM is a true and correct copy of a letter agreement between Marc Toberoff and Ariel Emanuel of IP Worldwide, LLC and Joanne Siegel and Laura Siegel Larson dated October 3, 2002.

37. Attached hereto as Exhibit NN is a true and correct copy of a letter agreement between Marc Toberoff, on behalf of Pacific Pictures Corporation, and Mark Warren Peary and Jean Adele Peavy dated October 27, 2003.

38. Attached hereto as Exhibit OO is a true and correct copy of a letter agreement between Marc Toberoff, on behalf of Pacific Pictures Corporation, and Mark Warren Peary and Jean Adele Peavy dated September 10, 2004.

39. Attached hereto as Exhibit PP is a true and correct copy of a letter from Mr. Toberoff to Mr. Bergman dated May 2, 2008. DC did not advert to this letter in its complaint and, instead, based its claims in this case on the existence of underlying consent agreements that violate DC's rights:

> 101. DC Comics is also informed and believes that Toberoff, Pacific Pictures, IP Worldwide, the Siegels, and the Shusters have entered into one or more agreements preventing the Siegels or Shusters from conveying rights to DC Comics or entering into other agreements with DC Comics, including for the settlement of their putative termination claims or litigation, without the consent of other parties. … Such consent agreements are void as against public policy, violate DC Comics' rights, and impede the administration of justice.

Am. Compl. ¶ 101; *see also id.* ¶¶ 170, 188. Defendants have not disputed that such consent agreements exist. Instead, on September 20, 2010, they complained, in a motion to strike, that:

> the alleged understandings between the Siegels and Shusters regarding their settlement strategies were disclosed on May 2, 2008 by the Siegels' counsel solely in connection with Court-ordered settlement mediation in the related *Siegel* case (C.D. Cal. Case No. 04-8400)....

*E.g.,* Docket No. 78 at 17 (citations omitted); *see also* Docket No. 34 at 15-16. DC disputes defendants' factual claims above and opposed their motion to strike on September 27, 2010. *See* Docket No. 90 at 16-25. Again, to be clear, DC's complaint did not advert to this May 2, 2008 letter. Rather, it was defendants who chose to disclose the existence and contents of this May 2, 2008 letter in their September 20, 2010, filing—which, for their own tactical reasons, they chose not to

1  file under seal.  Again, DC does not rely on the May 2, 200, letter as a basis for any
2  of its claims in this case.  It is defendants who have put its contents at issue.
3      40.   Attached hereto as Exhibit QQ is a true and correct copy of a letter
4  from Mr. Bergman to Mr. Toberoff dated June 24, 2008.
5      41.   Attached hereto as Exhibit RR is a true and correct copy of a letter
6  from Mr. Toberoff to Mr. Bergman dated July 3, 2008.
7      42.   Attached hereto as Exhibit SS is a true and correct copy of the
8  transcript of the hearing on the parties' cross-motions to compel conducted by the
9  Honorable Stephen G. Larson on January 14, 2009.
10     43.   Attached hereto as Exhibit TT is a true and correct copy of the
11 Declaration of Wayne M. Smith in Support of Defendants' Motion to Compel
12 Production of Whistle-Blower Documents dated March 26, 2007.
13     44.   Attached hereto as Exhibit UU is a true and correct copy of the
14 transcript of the hearing on the parties' discovery motions conducted by Magistrate
15 Judge Zarefsky on April 30, 2007.
16     45.   Attached hereto as Exhibit VV is a true and correct copy of the
17 Supplemental Declaration of Wayne M. Smith in Support of Defendants'
18 Declaration Filed Pursuant to the Court's September 17, 2007 Order Re "Escrow
19 Documents" dated April 9, 2008.
20     46.   Attached hereto as Exhibit WW is a true and correct copy of a letter
21 from David Eisen to Mr. Bergman and Mr. Toberoff dated December 10, 2008,
22 attaching the Escrow Documents.
23     47.   Attached hereto as Exhibit XX is a true and correct copy of an email
24 chain between Mr. Petrocelli to Mr. Toberoff dated January 6, 2011.
25 ///
26 ///
27 ///
28

1  48. Attached hereto as Exhibit YY is a true and correct copy of the Toberoff Defendants' Privilege Log.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 28th day of January 2011 at Los Angeles, California.

Matthew T. Kline

CC1:84247