# EXHIBIT A

Case 2:10-cv-03633-ODW-RZ    Document 161-1    Filed 02/08/11    Page 1 of 3   Page ID #:11072

**Don Bulson**

---

| | |
|---|---|
| From: | msiegel [msiegel@core.com] |
| Sent: | Saturday, November 12, 2005 3:44 PM |
| To: | Don Bulson |
| Subject: | will |

Don,

These are my thoughts on a will.

Jolan Kovacs AKA Joanne Carter Siegel.  Ignonred me my entire life.
When you came to Cleveland refused to contact me.  I leave nothing.

Laura Siegel Larson.  You wrote that you wanted to contact me your entire
life.  You never wrote to me until after I wrote to you.  When our father
died you never wrote to tell me.  I never knew you were alive until I saw
you on TV saying how hard life had been.  You and your mother made sure I
had added expenses instead of acting like a family.
I leave nothing.

My mother had an older sister, She had 2 boys.  I leave them nothing.

I own 50 acres in Huntsburg, Ohio.  If possible I would like to see the
land developed in the following manner:
1.  a park for jewish people to enjoy.  It will not be orthodox.  It will
not be kosher.
2.  a jewish cemetery.  It will be orthodox and kosher.  non jews will not
be buried anywhere on this property.  there will not be a non jewish
section.
3.  a rose garden will be planted and maintained.  teas, hybred teas,
floriba, and gladiflora will be planted.  The name will be   The Bella
Siegel Memorial Rose Garden.

My mother's jewelry, furs, and Superman memorablia shall go to Murray and
Shirley Lipton
2 Woodchester Court
Thornhill, On. L4J 7V5

everything else
Murray and Shirley Lipton
2 Woodchester Court
Thornhill, On.  L4J 7V5          90%

Arthur and Julee Chan
2859 Hampshire Rd.
Cleveland Hts. Oh.  44118    10%

I have just the house on Bendemeer and the land in Huntsburg.  I am going
through my money because I can not get employment.  If the land can not be
developed because of lack of money, sell the land and use the 90% - 10%
split.  The house is worth about $120,000.  The land is worth about
$100,000.  If and when there is ever any Superman money things will change.

1

LSL 00071

EXHIBIT A

9

It looks complete to me, tell me your opinion.

Mike
--
CoreComm Webmail.
http://home.core.com


--


Checked by AVG Anti-Virus.
Version: 7.1.371 / Virus Database: 267.13.13/200 - Release Date: 12/14/2005

2

LSL 00072

EXHIBIT A
10