# EXHIBIT I

# NOTICE OF TERMINATION OF TRANSFER
# COVERING EXTENDED RENEWAL TERM

TO: Time Warner Inc.
c/o Gerald M. Levin
Chairman of the Board & C.E.O.
75 Rockefeller Plaza
New York, NY 10019

Time Warner
Entertainment Company, L.P.
75 Rockefeller Plaza
New York, NY 10019

Warner Communications Inc.
75 Rockefeller Plaza
New York, NY 10019

Warner Bros. Inc.
c/o Robert Daly and Terry Semel
Co-Chairmen of the Board & Co-C.E.O.
4000 Warner Boulevard
Burbank, CA 91522

DC Comics Inc.
c/o Jenette Kahn
President & Editor In Chief
1700 Broadway
New York, NY 10019

DC Comics,
a New York General Partnership
c/o Paul Levitz
Executive V.P. & Publisher
1700 Broadway
New York, NY 10019

Warner Bros. Television
c/o Tony Jonas, President
4000 Warner Boulevard
Burbank, CA 91522

Warner Bros. Consumer Products
c/o Dan Romanelli, President
4000 Warner Boulevard
Burbank, CA 91522

Warner Bros. Worldwide Licensing
c/o George Jones, President
4000 Warner Boulevard
Burbank, CA 91522

Warner Music Group
c/o Robert Daly and Terry Semel
Co-Chairmen
75 Rockefeller Plaza
New York, NY 10019

Dark Horse Publications
c/o Michael Richardson, President
10956 S.E. Main St.
Milwaukie, OR 97222

Marvel Entertainment Group, Inc.
c/o Scott Sassa, C.E.O.
387 Park Ave. South
New York, NY 10016

Hasbro, Inc.
c/o Alan Hassenfeld, C.E.O.
1027 Newport Ave.
Pawtucket, RI 02861

Fleer/Skybox International
c/o Ed Feeley, President & C.E.O.
1120 Route 73
Mt. Laurel, NJ 08054

Golden Books Publishing
1220 Mound Ave.
Racine, WI 53404

Inverse Ink
TAO Research Corporation
c/o Lingtao Wang, President
785A Castro Street
Mountain View, CA 94041

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the Copyright Law (Title 17, U.S.C.) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. section 201.10, the undersigned Joanne Siegel and Laura Siegel Larson, being the persons who own an interest sufficient to terminate transfers pursuant to said statutory provisions, hereby terminate the grant of the transfer of renewal copyright(s) (to the extent of author Jerome Siegel's share in the ownership of the renewal copyright(s)) made in a certain agreement between Jerome Siegel and Joseph Shuster and Detective Comics, Inc. executed on or about September 22, 1938, and the undersigned set forth in connection therewith the following:

1.  The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Time Warner Inc., 75 Rockefeller Plaza, New York, NY 10019; Time Warner Entertainment Company, L.P., 75 Rockefeller Plaza, New York, NY 10019; Warner Communications Inc., 75 Rockefeller Plaza, New York, NY 10019; Warner Bros. Inc., 4000 Warner Boulevard, Burbank, CA 91522; DC Comics Inc., 1700 Broadway, New York, NY 10019; DC Comics, a New York General Partnership, 1700 Broadway, New York, NY 10019; Warner Bros. Television, 4000 Warner Boulevard, Burbank, CA 91522; Warner Bros. Consumer Products, 4000 Warner Boulevard, Burbank, CA 91522; Warner Bros. Worldwide Licensing, 4000 Warner Boulevard, Burbank, CA 91522; Warner Music Group, 75 Rockefeller Plaza, New York, NY 10019; Dark Horse Publications, 10956 S.E. Main St., Milwaukie, OR 97222; Marvel Entertainment Group, Inc., 387 Park Ave. South, New York, NY 10016; Hasbro, Inc., 1027 Newport Ave., Pawtucket, RI 02861; Fleer/Skybox International, 1120 Route 73, Mt. Laurel, NJ 08054; Golden Books

Publishing, 1220 Mound Ave., Racine, WI 53404; and Inverse Ink, TAO Research Corporation, 785A Castro Street, Mountain View, CA 94041. Pursuant to 37 C.F.R. Section 201.10(d), service of this notice is being made by first class mail to the above grantees or successors at the addresses shown.

2. Each work to which this notice of termination applies is as follows: The title of the original copyrighted work to which this Notice of Termination applies is SUPERMAN, an illustrated comic book story constituting a front cover and pages 1-13, inclusive, in the body of Action Comics, Vol. 1, No. 1, June, 1938 issue, publication date April 18, 1938 (which is also the date that copyright was originally secured in this work), Copyright Registration No. B379787. This work was written by Jerome Siegel and illustrated by Joe Shuster. Renewal for the work was made June 1, 1965, in the name of National Periodical Publications, Inc. claiming as proprietor of copyright, renewal registration No. R362188. The aforesaid work was based upon the following works to which this Notice of Termination also applies: Twenty-four (24) days (i.e., four weeks) of previously unpublished SUPERMAN newspaper comic strips (created c. 1934), also written by Jerome Siegel and illustrated by Joe Shuster; and a seven page synopsis of the last 18 days (i.e., weeks 2, 3, & 4) of said 24 days of strips, also created c. 1934 and written by Jerome Siegel. The remaining works to which this Notice of Termination applies[1] are:

---

[1] This Notice of Termination applies to each and every work (in any medium whatsoever, whenever created) that includes or embodies any character, story element, or indicia reasonably associated with SUPERMAN or the SUPERMAN stories, such as, without limitation, Superman, Clark Kent, Lois Lane, Perry White, Jimmy Olsen, Superboy, Supergirl, Lana Lang, Lex Luthor, Mr. MXYZTPLK (also known as Mr. MXYZPTLK), Ma and Pa Kent, Steel, the planet Krypton, Kryptonite, Metropolis, Smallville, or the Daily Planet. Every reasonable effort has been made to find and list herein every such SUPERMAN-related work ever created. Nevertheless, if any such work has been omitted, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted work.

3-September 22, 1938 Agreement (1)                                3

000000868

EXHIBIT I
84

| Title | Name of Author[2] | Date Copyright Secured[3] | Copyright Reg. No. |
|---|---|---|---|
| SUPERMAN story in Comic Book form | Jerome Siegel | Unpublished Work created c. 1933 | N/A[4] |
| Untitled paragraph previewing future SUPERMAN exploits | Jerome Siegel | Unpublished Work created c. 1934 | N/A |
| 15 SUPERMAN daily comic strips (12 strips & 3 scripts) | Jerome Siegel | Unpublished Work created c. 1934 | N/A |
| 9 page synopsis covering an additional 2 months of daily (at 6 days per week) comic strips of SUPERMAN[5] | Jerome Siegel | Unpublished Work created c. 1934 | N/A |

---

[2]Pursuant to 37 C.F.R § 201.10(b)(1)(ii), this Notice includes the name of at least one author of each work to which this notice of termination applies. The listing of any corporation as author of any work is done per the practice shown in Copyright Office records, and is not to be construed as an admission that any given work is or was a work made for hire. Nor is anything else herein to be construed as any such admission.

[3]Regarding works governed by the 1976 Copyright Act as to "Date Copyright Secured," and commencing in 1978, the records of the U.S. Copyright Office list only the year of creation, rather than the day, month, and year of creation. Accordingly, for every registered post-1977 *published work* whose year of creation is the same as its year of publication, only the specific publication date (month, day, and year) will be given, and the year therein will constitute the year of creation. For every registered post-1977 *published work* whose year of creation differs from its year of publication, the year of creation will be given (e.g., "DCRE: 1979" [i.e., "Date Created: 1979"]), followed by the specific publication date. For every registered post-1977 *unpublished work* whose year of creation is the same as its year of registration, only the specific registration date (month, day, and year) followed by the designation "(DREG)" [i.e., "Date Registered"] will be given, and the year therein will constitute the year of creation. For every registered post-1977 *unpublished work* whose year of creation differs from its year of registration, the year of creation will be given (e.g., "DCRE: 1979"), followed by the specific registration date.

[4]The first four works listed in this table as well as the above-referred 24 days of previously unpublished SUPERMAN newspaper comic strips and seven page synopsis of the last 18 days of said strips were never published or registered, at least not in their original form, so there are no copyright registration numbers for them. Accordingly, under the 1909 Act, copyright in the said works was not (and could not have been) secured prior to April 18, 1938, the date of the first published and registered SUPERMAN work, namely, *Action Comics #1* (described above).

[5]This list of titles/works as part of paragraph number 2 continues through page 550. Paragraph number 3 begins on page 551.

3. The grant to which this Notice of Termination applies is a three page agreement between Detective Comics, Inc. and Jerome Siegel and Joseph Shuster, co-authors of the comic book/strip SUPERMAN, identified as follows: A Letter Agreement executed on or about September 22, 1938, which states in part that, "We, Detective Comics, Inc., are the exclusive owners of comic strips known by the title... 'Superman'... and to the rights to publish comics carrying said title... and characters contained therein and continuity thereof." The foregoing agreement included at the time all SUPERMAN works in existence up through said date (September 22, 1938), as listed in paragraph 2 above; and as affirmed in Siegel v. National Periodical Pub., Inc., 508 F.2d 909 (2d Cir. 1974), the agreement also granted Detective Comics, Inc. rights in the future, including renewal rights.

4. The effective date of termination shall be April 16, 1999.

5. Jerome Siegel died on January 28, 1996. Mr. Siegel is survived by his widow, Joanne Siegel, and two children: Jerome and Joanne Siegel's daughter Laura Siegel Larson, and Mr. Siegel's son by a previous marriage, Michael Siegel. Joanne Siegel and Laura Siegel Larson, who own and constitute more than one-half of author Jerome Siegel's termination interest, are executing this notice and constitute a 75% majority interest of those persons entitled to exercise the termination interest of Jerome Siegel as to the grant of the transfer described herein-above. To the best knowledge and belief of the undersigned, this notice has been signed by all persons whose signature is necessary to terminate said grant under Section 304(c) of Title 17, United States Code.

Dated: March 30, 1997

*Joanne Siegel*
Joanne Siegel
13900 Panay Way, R-115
Marina del Rey, CA 90292

*Laura Siegel Larson*
Laura Siegel Larson
6400 Pacific Avenue, No. 106
Playa del Rey, CA 90293

## CERTIFICATE OF INVESTIGATION

I hereby certify that before serving the foregoing document described as NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL TERM, and pursuant to 37 C.F.R. Section 201.10(d), I caused a reasonable investigation to be made on behalf of Joanne Siegel and Laura Siegel Larson as to the current ownership of the rights being terminated, by commissioning a search of U.S. copyright records, including a search of the records in the U.S. Copyright Office.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of April, 1997, at Washington, DC.

ARTHUR J. LEVINE, Esq.
FINNEGAN, HENDERSON,
FARABOW, GARRETT & DUNNER, L.L.P.
1300 "I" Street, N.W.
Washington, DC 20005
(202) 408-4000
Counsel for Joanne Siegel
and Laura Siegel Larson

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document described as NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL TERM was served this 29 day of April, 1997, by First Class Mail, postage prepaid, upon the following:

Time Warner Inc.
c/o Gerald M. Levin
Chairman of the Board & C.E.O.
75 Rockefeller Plaza
New York, NY 10019

Time Warner
Entertainment Company, L.P.
75 Rockefeller Plaza
New York, NY 10019

Warner Communications Inc.
75 Rockefeller Plaza
New York, NY 10019

Warner Bros. Inc.
c/o Robert Daly and Terry Semel
Co-Chairmen of the Board & Co-C.E.O.
4000 Warner Boulevard
Burbank, CA 91522

DC Comics Inc.
c/o Jenette Kahn
President & Editor In Chief
1700 Broadway
New York, NY 10019

DC Comics,
a New York General Partnership
c/o Paul Levitz
Executive V.P. & Publisher
1700 Broadway
New York, NY 10019

Warner Bros. Television
c/o Tony Jonas, President
4000 Warner Boulevard
Burbank, CA 91522

Warner Bros. Consumer Products
c/o Dan Romanelli, President
4000 Warner Boulevard
Burbank, CA 91522

Warner Bros. Worldwide Licensing
c/o George Jones, President
4000 Warner Boulevard
Burbank, CA 91522

Warner Music Group
c/o Robert Daly and Terry Semel
Co-Chairmen
75 Rockefeller Plaza
New York, NY 10019

Dark Horse Publications
c/o Michael Richardson, President
10956 S.E. Main St.
Milwaukie, OR 97222

Marvel Entertainment Group, Inc.
c/o Scott Sassa, C.E.O.
387 Park Ave. South
New York, NY 10016

Hasbro, Inc.
c/o Alan Hassenfeld, C.E.O.
1027 Newport Ave.
Pawtucket, RI 02861

Fleer/Skybox International
c/o Ed Feeley, President & C.E.O.
1120 Route 73
Mt. Laurel, NJ 08054

Golden Books Publishing
1220 Mound Ave.
Racine, WI 53404

Inverse Ink
TAO Research Corporation
c/o Lingtao Wang, President
785A Castro Street
Mountain View, CA 94041

I declare under penalty of perjury that the foregoing is true and correct.

_____
ARTHUR J. LEVINE, Esq.
FINNEGAN, HENDERSON,
FARABOW, GARRETT & DUNNER, L.L.P.
1300 "I" Street, N.W.
Washington, DC 20005
(202) 408-4000
Counsel for Joanne Siegel
and Laura Siegel Larson