# EXHIBIT S

# TOBEROFF & ASSOCIATES, P.C.

A PROFESSIONAL CORPORATION

2049 CENTURY PARK EAST, SUITE 2720

LOS ANGELES, CALIFORNIA 90067

MARC TOBEROFF*
NICHOLAS C. WILLIAMSON
KEITH G. ADAMS
JEFFREY R. RHOADS

* Also admitted in New York

TELEPHONE
(310) 246-3333

FACSIMILE
(310) 246-3101

mtoberoff@ipwla.com

December 7, 2010

Via Personal Service

Daniel Petrocelli
O'Melveny and Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Re: <u>DC Comics v. Pacific Pictures Corp., et al.</u>, Case No. 10-CV-03633 ODW (RZx)

Dear Dan:

Pursuant to the parties' December 6, 2010 stipulation, enclosed please find the following document production:

1. LSL  00001-00210 (Production of defendants Joanne Siegel and Laura Siegel Larson)
2. MWP 00001-00053 (Production of defendants Mark Warren Peary and Jean Peavy)

Furthermore, pursuant to paragraph 3 of the December 6, 2010 stipulation, defendants Joanne Siegel, Laura Siegel Larson, Mark Warren Peary and Jean Peavy hereby designate the following documents, already produced in *Siegel v. Warner Bros. Ent. Inc.*, C.D. Cal. Case No. 04-8400 ODW (RZx) and *Siegel v. Time Warner Inc.*, C.D. Cal. Case No. 04-8776 ODW (RZx) (the *Siegel* cases), as responsive to DC Comics' document requests:

1. SGL   00001-00817; 00820-01087; 01112-01224; 01290; 01296-01300; 01323-03538; 03541-06260
2. SHU   00001-00143
3. DB    00001-00044
4. GTRB  00001-00132; 00145-00157; 00230-00322; 00324-00326; 00329-00491; 00494-00625
5. IPW   00001-00020
6. PPC   00001-00009
7. EN    00001-00142
8. JF    00001-00048
9. WL    00001-00141; 00317-00343
10. STR  00001-00118; 00133-00168
11. ME   00001-00118; 00122-00186

**TOBEROFF & ASSOCIATES, P.C.**

December 7, 2010
Re:  *DC Comics v. Pacific Pictures Corp., et al.*
Page:  2 of 2

    12. MH    00001-03058; 03134-03391; 03488-03521

Please note that "SGL" refers to the production of plaintiffs Joanne Siegel and Laura Siegel Larson in the *Siegel* cases, and that "SHU" refers to the production of Mark Warren Peary and Jean Peavy in the *Siegel* cases.

Please be advised that the majority of documents not already produced in the *Siegel* cases are subject to claims of privilege, and pursuant to the December 6, 2010 stipulation, we will be providing you privilege logs on December 17, 2010.

Very truly yours,

Marc Toberoff