# EXHIBIT T

**From:** Tokoro, Jason
**Sent:** Friday, December 10, 2010 3:11 PM
**To:** Marc Toberoff; Nicholas Williamson; Keith Adams; Richard Kendall; Laura Brill; Nicholas Daum; Nathalie Cohen
**Cc:** Petrocelli, Daniel; Kline, Matthew
**Subject:** DC Comics v. PPC (1 of 2)

Dear Counsel:

Attached please find plaintiff's portion of the Joint Stipulation Regarding DC Comics' Motion to Compel Deposition of Defendant Joanne Siegel and documents in support thereof.  Please note that some of the supporting documents will be sent in a separate e-mail due to size restraints.

**Jason H Tokoro**
**O'Melveny & Myers LLP - Century City**
1999 Avenue of the Stars, Suite 700
Los Angeles, California  90067
Direct Dial:  (310) 246-6707
Fax:  (310) 246-6779
Email:  jtokoro@omm.com

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

 please consider the environment - do you really need to print this email?

1

EXHIBIT T
366

1    DANIEL M. PETROCELLI (S.B. #097802)
         dpetrocelli@omm.com
2    MATTHEW T. KLINE (S.B. #211640)
         mkline@omm.com
3    CASSANDRA L. SETO (S.B. #246608)
         cseto@omm.com
4    O'MELVENY & MYERS LLP
     1999 Avenue of the Stars, 7th Floor
5    Los Angeles, CA  90067-6035
     Telephone:  (310) 553-6700
6    Facsimile:   (310) 246-6779

7    PATRICK T. PERKINS (admitted *pro hac vice*)
         pperkins@ptplaw.com
8    PERKINS LAW OFFICE, P.C.
     1711 Route 9D
9    Cold Spring, NY 10516
     Telephone:  (845) 265-2820
10   Facsimile:   (845) 265-2819

11   Attorneys for Plaintiff DC Comics

12   (continued on next page)

13              **UNITED STATES DISTRICT COURT**

14            **CENTRAL DISTRICT OF CALIFORNIA**

15   DC COMICS,                         | Case No. CV 10-3633 ODW (RZx)

16             Plaintiff,               | **DISCOVERY MATTER**

17        v.                            | **DC COMICS' NOTICE OF MOTION AND MOTION TO COMPEL DEPOSITION OF DEFENDANT JOANNE SIEGEL**

18   PACIFIC PICTURES
     CORPORATION, IP WORLDWIDE,
19   LLC, IPW, LLC, MARC TOBEROFF,      | JOINT STIPULATION,
     an individual, MARK WARREN         | DECLARATION OF MATTHEW T.
20   PEARY, as personal representative of | KLINE, AND [PROPOSED] ORDER
     the ESTATE OF JOSEPH SHUSTER,      | FILED CONCURRENTLY
21   JEAN ADELE PEAVY, an individual,   | HEREWITH
     JOANNE SIEGEL, an individual,
22   LAURA SIEGEL LARSON, an
     individual, and DOES 1-10, inclusive, | **Judge**:      Hon. Otis D. Wright II
23                                       | **Magistrate**:   Hon. Ralph Zarefsky
24             Defendants.

25                                      | **Hearing Date**:   January 10, 2011
26                                      | **Hearing Time**:    10:00 a.m.

27

28
                                                    DC COMICS' NOTICE OF
                                                 MOTION & MOTION TO COMPEL

EXHIBIT T
367

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on January 10, 2011 at 10:00 a.m., or as soon thereafter as the matter may be heard by the above-entitled court, located at 255 East Temple Street, Los Angeles, California in Courtroom 540, plaintiff DC Comics will and hereby does move the Court for an order compelling defendant Joanne Siegel to appear for deposition on January 11 and 12.

This motion is made pursuant to Rules 26, 30, and 37 of the Federal Rules of Civil Procedure and Rule 37-2 of the Local Rules of this Court on the grounds that defendants have refused to produce Joanne Siegel for her properly noticed deposition on December 13, 2010, in direct contravention of this Court's orders authorizing DC to take full discovery related to its state and federal law claims. Pursuant to Local Rule 37-1, the parties have attempted unsuccessfully to resolve their disputes and therefore respectfully seek the assistance of the Court.

This motion is based on this Notice of Motion and Motion; DC Comics' portion of the accompanying Joint Stipulation Regarding DC Comics' Motion to Compel Deposition of Defendant Joanne Siegel; the accompanying Declaration of Matthew T. Kline and exhibits in support thereof; any supplemental memoranda that may be filed pursuant to Local Rule 37; all exhibits, files, and records on file in this action; matters of which judicial notice may be taken; and such additional submissions and argument as may be presented at or before any hearing on this motion.

Dated:        December 10, 2010              Respectfully Submitted,

                                             O'MELVENY & MYERS LLP


                                             By:  /s/ Daniel M. Petrocelli
                                                  Daniel M. Petrocelli
                                                  Attorneys for Plaintiff DC Comics

CC1:840875

- 1 -

DC COMICS' NOTICE OF
MOTION & MOTION TO COMPEL

1  DANIEL M. PETROCELLI (S.B. #097802)
     dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
     mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
     cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA  90067-6035
   Telephone:  (310) 553-6700
6  Facsimile:   (310) 246-6779

7  PATRICK T. PERKINS (admitted *pro hac vice*)
     pperkins@ptplaw.com
8  PERKINS LAW OFFICE, P.C.
   1711 Route 9D
9  Cold Spring, NY 10516
   Telephone:  (845) 265-2820
10 Facsimile:   (845) 265-2819

11 Attorneys for Plaintiff DC Comics

12 (continued on next page)

13             **UNITED STATES DISTRICT COURT**

14          **CENTRAL DISTRICT OF CALIFORNIA**

15 DC COMICS,                          | Case No.  CV 10-3633 ODW (RZx)

16             Plaintiff,              | **DISCOVERY MATTER**

17        v.                           | **JOINT STIPULATION
                                         REGARDING DC COMICS'
18 PACIFIC PICTURES                     MOTION TO COMPEL
   CORPORATION, IP WORLDWIDE,           DEPOSITION OF DEFENDANT
19 LLC, IPW, LLC, MARC TOBEROFF,        JOANNE SIEGEL**
   an individual, MARK WARREN
20 PEARY, as personal representative of
   the ESTATE OF JOSEPH SHUSTER,       NOTICE OF MOTION AND
21 JEAN ADELE PEAVY, an individual,    MOTION, DECLARATION OF
   JOANNE SIEGEL, an individual,       MATTHEW T. KLINE, AND
22 LAURA SIEGEL LARSON, an             [PROPOSED] ORDER FILED
   individual, and DOES 1-10, inclusive, CONCURRENTLY HEREWITH
23
             Defendants.              **Judge**:      Hon. Otis D. Wright II
24                                     **Magistrate**:  Hon. Ralph Zarefsky
25
26                                     **Hearing Date**:   January 10, 2011
27                                     **Hearing Time**:   10:00 a.m.
28

                                       JOINT STIPULATION RE:
                                       DC COMICS' MOTION TO COMPEL

1  (continued from previous page)

2  MARC TOBEROFF (S.B. #188547)
3    mtoberoff@ipwla.com
   NICHOLAS C. WILLIAMSON (S.B. #231124)
4    nwilliamson@ipwla.com
   KEITH G. ADAMS (S.B. #240497)
5    kgadams@ipwla.com
   TOBEROFF & ASSOCIATES, P.C.
6  2049 Century Park East, Suite 2720
7  Los Angeles, California 90067
   Telephone:  (310) 246-3333
8  Facsimile:   (310) 246-3101

9  Attorneys for Defendants Mark Warren
10 Peary, Jean Peavy, Joanne Siegel, and
   Laura Siegel Larson

11

12 RICHARD B. KENDALL (S.B. #90072)
     rkendall@kbkfirm.com
13 LAURA W. BRILL (S.B. #195889)
     lbrill@kbkfirm.com
14 NICHOLAS F. DAUM (S.B. #236155)
     ndaum@kbkfirm.com
15 NATHALIE E. COHEN (S.B. #258222)
     ncohen@kbkfirm.com
16 KENDALL BRILL & KLIEGER LLP
17 10100 Santa Monica Blvd., Suite 1725
   Los Angeles, California 90067
18 Telephone:  (310) 556-2700
   Facsimile:   (310) 556-2705
19

20 Attorneys for Defendants Marc Toberoff,
   Pacific Pictures Corporation, IP
21 Worldwide, LLC, and IPW, LLC

22

23

24

25

26

27

28

JOINT STIPULATION RE:
DC COMICS' MOTION TO COMPEL

1    Pursuant to Federal Rules of Civil Procedure 26, 30, and 37 and Central

2  District Local Rule 37-2, the parties respectfully submit the following Joint

3  Stipulation Regarding DC Comics' Motion to Compel Deposition of Defendant

4  Joanne Siegel.  Pursuant to Central District Local Rule 37-1, the parties have

5  attempted unsuccessfully to resolve their disputes and therefore respectfully seek

6  the assistance of the Court.

7  Dated:       December ___, 2010        Respectfully Submitted,

8                                         O'MELVENY & MYERS LLP

9

10                                        By:_____
                                              Daniel M. Petrocelli
11                                            Attorneys for Plaintiff DC Comics

12  Dated:       December ___, 2010        Respectfully Submitted,

13                                         TOBEROFF & ASSOCIATES, P.C.

14

15                                         By:_____
                                               Marc Toberoff
16                                             Attorneys for Defendants Mark
                                               Warren Peary, Jean Peavy, Joanne
17                                             Siegel, and Laura Siegel Larson

18

19  Dated:       December ___, 2010        Respectfully Submitted,

20                                         KENDALL BRILL & KLIEGER LLP

21

22                                         By:_____
                                               Richard B. Kendall
23                                             Attorneys for Defendants Marc
                                               Toberoff, Pacific Pictures
24                                             Corporation, IP Worldwide, LLC,
                                               and IPW, LLC

25

26

27

28

                                -1-              JOINT STIPULATION RE:
                                                 DC COMICS' MOTION TO COMPEL

## I.    DC COMICS' INTRODUCTORY STATEMENT

DC Comics was forced to bring this motion because defendants refused to produce Joanne Siegel for her duly noticed deposition on December 13, 2010, or unequivocally confirm her appearance at a later date.  DC personally served notice of Ms. Siegel's deposition on November 22 immediately after this Court ordered that DC be allowed to take full discovery on its state and federal claims.  DC's cover letter stated that if December 13 was not convenient, DC was amenable to taking the deposition on any day that same week.

For over one week DC received no response from defendants.  For that reason, DC wrote defendants on November 30 reiterating its intention to proceed with the deposition.  Only then, on December 2, did defendants finally respond, claiming Ms. Siegel was not available and would not appear until mid-January.  No explanations were given, nor did defendants indicate an intent to seek a protective order.  DC immediately objected to this unilateral refusal to appear and advised that it would file a motion to compel unless defendants agreed to produce Ms. Siegel on December 13 or another mutually agreed date.  After further correspondence, DC agreed to accommodate Ms. Siegel's asserted medical appointments, holiday plans, and request to defer her deposition until January 11, provided defendants unequivocally confirm in writing that Ms. Siegel would appear on January 11 and 12 for the deposition.  To date, defendants have not responded.

DC has sought to depose Ms. Siegel since June, but has been met with a series of maneuvers by defendants to deny or delay any discovery by DC.  Both the Magistrate and the Court have rejected defendants' efforts indefinitely to stay discovery or otherwise impede DC's right to proceed without further delay.  Nonetheless, it has become abundantly apparent that absent court orders DC has no assurance defendants will submit to discovery.  To avoid further discovery delays and malfeasance, DC respectfully requests that the Court order Ms. Siegel to sit for her deposition on January 11 and 12—dates defendants concede she is available.

JOINT STIPULATION RE:
DC COMICS' MOTION TO COMPEL

## II.    DEFENDANTS' INTRODUCTORY STATEMENT

[TO BE INSERTED]

## III.    DC'S STATEMENT OF ISSUES IN DISPUTE

### A.    <u>Defendants Seek To Impede Discovery At Every Turn.</u>

From the outset of this case in May, defendants have obstructed the discovery process—offering one unfounded reason after another to bar discovery altogether, delay it indefinitely, or grind it to a halt in needless motion practice. *See* Docket Nos. 42, 44, 61-63, 104, 110, 115, 118, 121, 125; Decl. of Matthew T. Kline ("Kline Decl.") Ex. J.

When DC sought to commence discovery (including to depose Ms. Siegel) shortly after it filed this suit in May, defendants refused for over two months to participate in the initial discovery conference required by Rule 26(f). This forced DC to file a motion to compel such a conference, and only after this motion was threatened and filed did the conference finally occur. Docket No. 44-1 at 2-4, 8-17; Docket No. 46 at 1-9.

As for Ms. Siegel's deposition and the document demands directed at her, defendants refused to agree to such discovery initially. Instead, they demanded to see the specific discovery DC wished to serve, and when DC provided defendants with draft notices for Ms. Siegels in late July, defendants refused to agree to this discovery, forcing DC to file a motion to obtain it. Docket No. 44-1 at 8-11; Docket No. 46 at 1-9.

Defendants refused to provide this discovery and filed two protective-order motions of their own, seeking to stay all discovery indefinitely or to bar or limit the scope of Ms. Siegel's deposition. Docket No. 42; Docket No. 61. On September 20, the Magistrate heard these two motions, along with defendants' motion for a protective order regarding the Toberoff Timeline, rejected defendants' arguments for an indefinite stay, and ordered that Ms. Siegel's deposition could commence November 15. Docket No. 126-8 at 122:23-25, 124:9-11; Docket No. 74 at 1-2. At

-3-

1  the September 20 hearing, the Magistrate admonished counsel: "I will expect all
2  counsel to be cooperative and none to be obstructive." Docket No. 126-8 at
3  125:17-18.

4      Despite this admonition, defendants continued to interfere with DC's
5  attempts to conduct discovery:

6      First, the same day the Magistrate ruled, defendants served over 150 pages of
7  blanket objections to DC's document requests on Ms. Siegel and others, asserting
8  the *very same objections* the Magistrate had rejected that morning. Docket No. 125
9  at 1-3. Defendants also refused to provide DC with any documents or privilege
10  logs. *Id.* at 1-3, 17-22. The assertion of these and other baseless objections forced
11  DC to spend weeks of time meeting and conferring with defendants and serving
12  two motions to compel the production of these documents and logs. Docket Nos.
13  125-28; Kline Decl. Ex. J. Only after weeks of delay did defendants finally offer to
14  stipulate to the relief DC requested in order to moot DC's motion—and even then,
15  defendants refused to produce critical documents squarely placed at issue by
16  defendants' conduct in this case. Docket No. 132. At DC's insistence, this
17  stipulation was formalized in a court order, and DC will now have to file yet
18  additional motions to obtain the troves of documents defendants improperly have
19  withheld. Docket No. 133.

20      Second, after the Magistrate denied their motion for a protective order on
21  September 20, defendants filed a notice of appeal challenging Judge Wright's
22  indisputably correct order that defendants' SLAPP motion had been mooted by the
23  filing of DC's amended complaint. Docket No. 104. On receipt of this notice of
24  appeal, an order issued administratively staying the entire case. Docket No. 109.
25  DC promptly moved to modify the stay to permit it to take discovery. Docket Nos.
26  110, 115. Defendants opposed DC's motion and repeated their assertion that
27  discovery be indefinitely put on hold until their motions challenging DC's
28  complaint were resolved. Docket No. 112. The Court rejected defendants'

-4-                    JOINT STIPULATION RE:
                       DC COMICS' MOTION TO COMPEL

1  position, granted DC's motion to modify the stay, and ordered that DC be allowed

2  to take full discovery on its state and federal claims.  Docket No. 117.  In addition,

3  the Ninth Circuit issued a *sua sponte* order to show cause why defendants' appeal

4  should not be dismissed for lack of jurisdiction.  Docket No. 110-5; Kline Decl. Ex.

5  A.  Despite all this, when DC sought to take discovery, including noticing

6  Ms. Siegel's deposition for December 13, defendants filed an *ex parte* application

7  seeking a discovery stay of at least 30 days.  Docket No. 119.  Defendants'

8  application repeated the same arguments—previously rejected—that DC should not

9  be permitted to proceed with discovery pending defendants' Rule 12 and SLAPP

10  motions.  *Id.*  The Court denied defendants' application.  Docket No. 124.

11      Third, when DC, on November 22, renoticed Ms. Siegel's deposition for

12  December 13, it made clear in the cover letter it sent defendants:  "Although we

13  have noticed the deposition for December 13, 2010, we are open to conducting the

14  deposition any day that week, provided you promptly give us an alternative date

15  that week."  Kline Decl. Ex. B.  In response to this letter, defendants did not inform

16  DC that the week of December 13 was a busy or difficult one for Ms. Siegel or

17  attempt to schedule the deposition another day in December.  Rather, defendants

18  pressed ahead with their unsuccessful *ex parte* application to stay all discovery and

19  simply ignored DC's November 22 letter—for well over a week.

20      On November 30, DC wrote to defendants and pressed to confirm the date of

21  Ms. Siegel's deposition.  *Id.* Ex. C.  Two days later, defendants finally responded,

22  asserting, without explanation, that Ms. Siegel was unavailable in all of December

23  and that the earliest she could be deposed was January 10, 11, 12, or 14—one

24  month after the date noticed for her deposition.  *Id.* Ex. D.  Only after DC objected

25  that defendants were effectively granting themselves the 30-day stay that the Court

26  had denied them and pressed for more details about why Ms. Siegel was

27  unavailable did defendants first assert on December 8—some five days before her

28  scheduled deposition—that Ms. Siegel could not be deposed the week of December

-5-

JOINT STIPULATION RE:
DC COMICS' MOTION TO COMPEL

1    13 because she and her daughter had a series of doctor and dental appointments, as

2    well as holiday plans. *See id.* Exs. E-H.  Defendants did not describe in the letter

3    when these appointments had first been scheduled or whether they could be

4    rescheduled to accommodate the deposition. *Cf. id.* Ex. H.

5        DC objected to defendants' belated excuses for moving the deposition and all

6    the delay defendants have caused.  In order to avoid this motion, however, DC

7    agreed to depose Ms. Siegel in January if defendants would confirm in writing that

8    the deposition would proceed on January 11 and 12—two dates defendants had

9    mentioned she was free. *Id.* Ex. I.  DC requested these two dates to afford

10   Ms. Siegel ample breaks and avoid undue strain, as the Magistrate ordered.  Docket

11   No. 126-8 at 124:12-16; Docket No. 74 at 1-2.  Defendants declined to provide this

12   confirmation and refused to produce Ms. Siegel on December 13, thereby

13   compelling DC to file this motion.

14    **B.**    **Ms. Siegel Had No Valid Reason Not To Appear At Her Properly**

15          **Noticed Deposition And Should Be Compelled To Testify On**

16          **January 11 and 12.**

17        A motion to compel appearance at a deposition is warranted where, as here,

18   "a party … fails, after being served with proper notice, to appear …." FED. R. CIV.

19   PROC. 37(d)(1)(A)(i).  DC properly served its amended notice on Ms. Siegel on

20   November 22.  "Once a deposition is properly noticed, a party who opposes the

21   deposition and cannot amicably resolve the dispute must either attend the

22   deposition or file for a protective order from the court." *Robert Billet Promotions,*

23   *Inc. v. IMI Cornelius, Inc.*, 1995 WL 672385, at *2 (E.D. Pa. 1995) (collecting

24   cases); *see also Henry v. Gill Indus., Inc.*, 983 F.2d 943, 948 (9th Cir. 1993)

25   (parties' attempt to reschedule deposition does not excuse failure to attend); FED. R.

26   CIV. P. 37(d)(1)(A)(i) ("The court where the action is pending may, on motion,

27   order sanctions if:  a party … fails, after being served with proper notice, to appear

28   for that person's deposition."); D. COQUILLETTE ET AL., MOORE'S FEDERAL

-6-                          JOINT STIPULATION RE:
                            DC COMICS' MOTION TO COMPEL

1  PRACTICE § 37.91 (2010) ("[N]otifying the attorney who noticed the deposition that
2  they will not appear … does not excuse a party's failure to appear, and will not
3  serve as a substitute for a motion for protective order.").

4      Defendants' motions and *ex parte* applications seeking to bar or stay
5  discovery indefinitely have all been denied. *See supra* at __. Defendants have thus
6  far refused to commit unequivocally to produce Ms. Siegel for deposition on
7  January 11 or 12, which would have obviated the need for this motion. Nor have
8  they filed a motion for protective order to postpone Ms. Siegel's deposition beyond
9  December 13. Having elected not to seek court protection, defendants have no
10 valid reason for not producing Ms. Siegel for her deposition. "[I]t is for the court,
11 not the deponent or his counsel, to relieve him of the duty to appear." *Pioche
12 Mines Consol., Inc. v. Dolman*, 333 F.2d 257, 269 (9th Cir. 1964). Defendants'
13 excuses for Ms. Siegel's unavailability and the offering of alternative dates more
14 than a month away (and even then declining to give a firm commitment as to those
15 new dates), are no substitute for seeking a protective order, *see id.*, and defendants
16 cannot unilaterally grant themselves a discovery stay that this Court has explicitly
17 and repeatedly denied them. Docket Nos. 74, 117, 124. Nor should defendants be
18 allowed to achieve the same result by forcing the filing of a discovery motion,
19 knowing it takes some 30 days for the motion to be heard and decided.

20     In light of defendants' actions to date and their clear intention to delay
21 discovery, a court order compelling Ms. Siegel's deposition is reasonable and
22 necessary to assure her attendance. DC respectfully requests that the Court grant
23 this motion.

24 **IV.    DEFENDANTS' STATEMENT OF ISSUES IN DISPUTE**
25 [TO BE INSERTED]
26
27
28

-7-

JOINT STIPULATION RE:
DC COMICS' MOTION TO COMPEL

EXHIBIT T
377

1   Dated:        December __, 2010         Respectfully Submitted,

2                                           O'MELVENY & MYERS LLP

3

4                                           By:_____

5                                               Daniel M. Petrocelli
                                                Attorneys for Plaintiff DC Comics

6   Dated:        December __, 2010         Respectfully Submitted,

7                                           TOBEROFF & ASSOCIATES, P.C.

8

9                                           By:_____

10                                              Marc Toberoff
                                                Attorneys for Defendants Mark
11                                              Warren Peary, Jean Peavy, Joanne
                                                Siegel, and Laura Siegel Larson
12

13  Dated:        December __, 2010         Respectfully Submitted,

14                                          KENDALL BRILL & KLIEGER LLP

15

16                                          By:_____

17                                              Richard B. Kendall
                                                Attorneys for Defendants Marc
18                                              Toberoff, Pacific Pictures
                                                Corporation, IP Worldwide, LLC,
19                                              and IPW, LLC

20  CC1:841148

21

22

23

24

25

26

27

28

                                    -8-                    JOINT STIPULATION RE:
                                                     DC COMICS' MOTION TO COMPEL

EXHIBIT T
378

DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:  (310) 553-6700
Facsimile:   (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone:  (845) 265-2820
Facsimile:   (845) 265-2819

Attorneys for Plaintiff DC Comics

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>        Plaintiff,<br><br>        v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING DC COMICS' MOTION TO COMPEL DEPOSITION OF DEFENDANT JOANNE SIEGEL**<br><br>**Judge**:     Hon. Otis D. Wright II<br>**Magistrate**:  Hon. Ralph Zarefsky<br><br>**Hearing Date**:   January 10, 2010<br>**Hearing Time**:   10:00 a.m. |

[PROPOSED] ORDER GRANTING DC
COMICS' MOTION TO COMPEL

1       Good cause appearing, IT IS HEREBY ORDERED that plaintiff DC

2  Comics' Motion to Compel Deposition of Defendant Joanne Siegel is GRANTED.

3  Defendant Joanne Siegel is ordered to appear for deposition on January 11 and 12,

4  2011, at the offices of counsel for DC Comics, O'Melveny & Myers LLP, 1999

5  Avenue of the Stars, 7th Floor, Los Angeles, CA  90067, commencing at 9:30 a.m.

6  Consistent with the Court's September 20, 2010, ruling, this deposition shall not

7  proceed for more than 90 minutes at a time before Ms. Siegel is afforded breaks of

8  as much time as she needs.

9

10  IT IS SO ORDERED.

11

12  Dated: _____    _____

13                                   Honorable Ralph Zarefsky
                    Magistrate Judge, United States District Court

14

15  CC1:840896

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -         [PROPOSED] ORDER GRANTING DC
                      COMICS' MOTION TO COMPEL