# EXHIBIT U



# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING<br>BRUSSELS<br>HONG KONG<br>LONDON<br>LOS ANGELES<br>NEWPORT BEACH<br>NEW YORK | 1999 Avenue of the Stars, 7th Floor<br>Los Angeles, California 90067-6035<br><br>TELEPHONE (310) 553-6700<br>FACSIMILE (310) 246-6779<br>www.omm.com | SAN FRANCISCO<br>SHANGHAI<br>SILICON VALLEY<br>SINGAPORE<br>TOKYO<br>WASHINGTON, D.C. |

December 9, 2010

OUR FILE NUMBER
905900-321

**VIA E-MAIL & U.S. MAIL**

WRITER'S DIRECT DIAL
(310) 246-6850

Marc Toberoff
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California 90067

WRITER'S E-MAIL ADDRESS
dpetrocelli@omm.com

Re:   *DC Comics v. Pacific Pictures Corp. et al.*, CV-10-3633 (ODW) (RZx)

Dear Marc:

We disagree with your inaccurate and misleading account of the record. Nor have you provided any bona fide justification for your refusal to make Ms. Siegel available at or near the time of her noticed deposition. Without waiver of our right to seek a court order and other relief for Ms. Siegel's refusal to appear for her duly noticed deposition, we will take her deposition on January 11-12. Please confirm in writing today that Ms. Siegel will appear for deposition on January 11-12, 2011. Otherwise we will file our motion to compel forthwith.

Very truly yours,

Daniel Petrocelli

# TOBEROFF & ASSOCIATES, P.C.

A PROFESSIONAL CORPORATION

2049 CENTURY PARK EAST, SUITE 2720

LOS ANGELES, CALIFORNIA 90067

MARC TOBEROFF*
NICHOLAS C. WILLIAMSON
KEITH G. ADAMS
JEFFREY R. RHOADS

* Also admitted in New York

TELEPHONE
(310) 246-3333

FACSIMILE
(310) 246-3101

mtoberoff@ipwla.com

December 10, 2010

By E-Mail

Daniel Petrocelli, Esq.
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Re: *DC Comics v. Pacific Pictures Corp., et al.*, Case No. 10-CV-03633 ODW (RZx)

Dear Dan:

I write in response to your December 9, 2010 letter. Your flat assertions that you "disagree" with the detailed record we provided, and that "you have not provided any *bona fide* justification" for Ms. Siegels' unavailability during the week of December 13, 2010, when we provided the detailed response you asked for, are meaningless.

Joanne Siegel will make herself available on either January 11 or January 12, 2011, not for a two day deposition. Joanne also asked that her deposition be taken either at her hospital, St. John's Health Center, 1328 22nd Street, Santa Monica, California, 90404, or at a nearby location, in case the stress of a deposition triggers a medical emergency.

Please advise us of your preference as soon as possible.

Sincerely,

Marc Toberoff

-----Original Message-----
From: Tokoro, Jason
Sent: Monday, December 13, 2010 1:23 PM
To: Seto, Cassandra; Hayden, Aaron
Cc: Brown, Sonya; Perez, Jorge E.
Subject: FW: DC Comics v. PPC

Shuster Correspondence

-----Original Message-----
From: Tokoro, Jason
Sent: Monday, December 13, 2010 1:22 PM
To: 'mtoberoff@ipwla.com'; 'nwilliamson@ipwla.com'; 'kgadams@ipwla.com'
Cc: Petrocelli, Daniel; Kline, Matthew; Seto, Cassandra
Subject: DC Comics v. PPC

Dear Counsel,

The following email is sent on behalf of Dan Petrocelli.

*   *   *

Marc, this is in response to your letter late Friday afternoon, December 10. Although we disagree with your assertions, and even though you have provided no justification for your demands regarding Ms. Siegel's deposition, we are amenable to accommodating Ms. Siegel as follows. We will conduct Ms. Siegel's deposition at the offices of JAMS in Santa Monica located three blocks from St. Johns Hospital; defendants will pay any and all fees required by JAMS for use of its facilities; the deposition will commence on January 11 and continue on January 12 if Ms. Siegel is not able to provide seven hours of testimony on January 11; and defendants will stipulate to a court order containing these provisions. We have confirmed with JAMS that the cost for use of its facilities is $500 per day, and that both January 11 and 12 are currently available. However, unless immediately booked, those dates will disappear; for that reason, we asked JAMS to hold the dates pending further confirmation.

Please immediately advise if these accommodations are acceptable. If so, we will prepare and send you a proposed stipulation and order. If not, we will proceed with our motion.

Dan

**From:** marc.toberoff@gmail.com [mailto:marc.toberoff@gmail.com] **On Behalf Of** Marc Toberoff
**Sent:** Friday, December 17, 2010 3:08 PM
**To:** Petrocelli, Daniel
**Subject:** Re: DC v. PPC / Joanne Siegel depo

Dan:

Me neither, so I appreciate that.

Good call.

Marc

On Fri, Dec 17, 2010 at 3:05 PM, Petrocelli, Daniel <DPetrocelli@omm.com> wrote:

Marc, I have no interest in these types of exchanges. They are a waste of time. As I have said in our few conversations to date, we can be much more productive and save a lot of time, money, and effort by communicating in a simple, direct, and straightforward manner. I am endeavoring to do that.


Based on your representations below, we will not proceed with our motion.


Thanks.


Dan


**From:** marc.toberoff@gmail.com [mailto:marc.toberoff@gmail.com] **On Behalf Of** Marc Toberoff
**Sent:** Friday, December 17, 2010 2:54 PM

**To:** Petrocelli, Daniel
**Subject:** Re: DC v. PPC / Joanne Siegel depo


Dan:

I agree with what I wrote you twice.

Thanks

1
EXHIBIT U
384

Marc

On Fri, Dec 17, 2010 at 2:31 PM, Petrocelli, Daniel <DPetrocelli@omm.com> wrote:

Marc, I would not have sought clarification if it were clear. I will assume you agree with my email immediately below.

Thanks.

Dan

---

**From:** marc.toberoff@gmail.com [mailto:marc.toberoff@gmail.com] **On Behalf Of** Marc Toberoff
**Sent:** Friday, December 17, 2010 2:26 PM

**To:** Petrocelli, Daniel
**Subject:** Re: DC v. PPC / Joanne Siegel depo

Dan:

I think my statement is pretty self-explanatory. Absent an intervening Ninth Circuit order to the contrary, she will appear.

Marc

On Fri, Dec 17, 2010 at 2:19 PM, Petrocelli, Daniel <DPetrocelli@omm.com> wrote:

Marc, it sounds like we're in agreement, though I'm not clear about your reference to "has the effect of relieving" Ms. Siegel of her scheduled deposition. Absent an intervening Ninth Circuit order staying the case or all discovery, please confirm Ms. Siegel will appear.

Thanks.

Dan

2
**EXHIBIT U**
**385**

**From:** marc.toberoff@gmail.com [mailto:marc.toberoff@gmail.com] **On Behalf Of** Marc Toberoff
**Sent:** Friday, December 17, 2010 11:51 AM
**To:** Petrocelli, Daniel
**Subject:** Re: DC v. PPC / Joanne Siegel depo

Dan:

Absent a ruling from the Ninth Circuit that has the effect of relieving Joanne Siegel of the scheduled deposition on January 12, 2011 (to be continued, if necessary, on January 14, 2011), she will appear on such dates. So there is no need for a motion.

Your welcome.

Marc

On Thu, Dec 16, 2010 at 1:56 PM, Petrocelli, Daniel <DPetrocelli@omm.com> wrote:

Marc, we received a voicemail from Laura Brill that defendants are filing an application with the Ninth Circuit for a writ of mandamus. You did not mention this to me in our exchanges yesterday, and so I assume it has no effect whatsoever on your agreement to produce Ms. Siegel for deposition on January 12 and 14 as confirmed in your emails below. If, however, you no longer intend to produce Ms. Siegel as agreed, then, of course, we will proceed with our motion and require your half of the joint statement tomorrow. Please let me know right away.

Many thanks.

Dan

---

**From:** Petrocelli, Daniel
**Sent:** Wednesday, December 15, 2010 9:05 PM
**To:** 'mtoberoff@ipwla.com'

**Subject:** Re: DC v. PPC / Joanne Siegel depo

Yes, either my office or the JAMS Santa Monica facility.

---

**From:** marc.toberoff@gmail.com <marc.toberoff@gmail.com>
**To:** Petrocelli, Daniel
**Sent:** Wed Dec 15 20:57:16 2010
**Subject:** Re: DC v. PPC / Joanne Siegel depo

3
**EXHIBIT U**
386

Dan

Can you please keep the JAMS conference room reservation for one more day, I just want to double check with Joanne's doctor. Am I correct that if we have to do the deposition closer to her doctor's hospital in Santa Monica that this will not be a problem so long as we pay for the room?

Marc

On Wed, Dec 15, 2010 at 8:43 PM, Petrocelli, Daniel <DPetrocelli@omm.com> wrote:

Marc, based on your representation below and without prejudice to any of DC's rights and positions, we agree not to proceed with our motion at this time.   So you need not respond to the joint statement we served last Friday. We also will advise JAMS to release the conference room we reserved.


Dan



**From:** marc.toberoff@gmail.com [mailto:marc.toberoff@gmail.com] **On Behalf Of** Marc Toberoff
**Sent:** Wednesday, December 15, 2010 6:17 PM
**To:** Petrocelli, Daniel
**Cc:** Nicholas Williamson; Keith Adams; Seto, Cassandra
**Subject:** DC v. PPC / Joanne Siegel depo


Dan


As discussed today in principle:

Joanne Siegel will appear for a deposition at your offices at 9:30 am on January 12, 2011. To the extent she becomes too tired or ill to proceed with a full day deposition on January 12, 2011 Joanne will appear for the continuance of her deposition at your offices at 9:30 am on January 14, 2011, You agree to immediately withdraw your motion.

Please confirm the above asap.

Defendants reserve all rights.

Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles. CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com