# EXHIBIT V

## PEARY/PEAVY PRIVILEGE LOG

| Log # | Date of Document | Identity of Author(s) | Identity of Recipient(s) | Document Type | Privilege Claim | Present Location |
|---|---|---|---|---|---|---|
| 1 | 11/23/2001 | Atty Marc Toberoff | Mark Warren Peary, Jean Peavy | Letter | Atty/Client | Defendants' Counsel |
| 2 | 6/13/2003 | Atty Marc Toberoff | Atty John Pettker | Letter | Atty/Client | Defendants' Counsel |
| 3 | 6/30/2003 | Atty John Pettker | Atty Marc Toberoff, Jean Peavy | Letter | Atty/Client | Defendants' Counsel |
| 4 | 7/8/2003 | Atty John Pettker | Atty Marc Toberoff | Letter | Atty/Client | Defendants' Counsel |
| 5 | 7/10/2003 | Atty Marc Toberoff | Jean Peavy, Mark Warren Peary | Letter | Atty/Client | Defendants' Counsel |
| 6 | 7/15/2003 | Atty Marc Toberoff | Atty John Pettker | Letter | Atty/Client | Defendants' Counsel |
| 7 | 7/15/2003 | Atty Marc Toberoff | Mark Warren Peary | Letter | Atty/Client | Defendants' Counsel |
| 8 | 7/21/2003 | Atty Marc Toberoff | Atty John Pettker | Letter | Atty/Client | Defendants' Counsel |
| 9 | 8/7/2003 | Atty John Pettker | Atty Marc Toberoff | Letter | Atty/Client | Defendants' Counsel |
| 10 | 8/25/2003 | Atty John Pettker | Mark Warren Peary | Letter | Atty/Client | Defendants' Counsel |
| 11 | 9/15/2003 | Atty John Pettker | Mark Warren Peary | Letter | Atty/Client | Defendants' Counsel |
| 12 | 10/10/2003 | Atty John Pettker | Mark Warren Peary, Jean Peavy | Letter | Atty/Client | Defendants' Counsel |
| 13 | 10/27/2003 | Atty Marc Toberoff | Mark Warren Peary | Letter | Atty/Client | Defendants' Counsel |
| 14 | 8/25/2005 | Atty John Pettker | Mark Warren Peary | Letter | Atty/Client | Defendants' Counsel |
| 15 | 4/11/2006 | Jean Peavy | Atty Marc Toberoff | Letter | Atty/Client | Defendants' Counsel |
| 16 | 6/9/2006 | Mark Warren Peary | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 17 | 6/9/2006 | Mark Warren Peary | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 18 | 7/11/2006 | Mark Warren Peary | Atty Marc Toberoff | Letter | Atty/Client | Defendants' Counsel |

EXHIBIT V
388

| Log # | Date of Document | Identity of Author(s) | Identity of Recipient(s) | Document Type | Privilege Claim | Present Location |
|---|---|---|---|---|---|---|
| 19 | 3/13/2007 | Atty Marc Toberoff | Mark Warren Peary | Letter | Atty/Client | Defendants' Counsel |
| 20 | 7/25/2007 | Atty Marc Toberoff | Mark Warren Peary | E-mail | Atty/Client | Defendants' Counsel |
| 21 | 9/23/2007 | Atty Marc Toberoff | Mark Warren Peary | E-mail | Atty/Client | Defendants' Counsel |
| 22 | 9/24/2007 | Atty Marc Toberoff | Mark Warren Peary | E-mail | Atty/Client | Defendants' Counsel |
| 23 | 9/26/2007 | Atty Marc Toberoff | Mark Warren Peary | E-mail | Atty/Client | Defendants' Counsel |
| 24 | 3/27/2008 | Atty Marc Toberoff | Mark Warren Peary | E-mail | Atty/Client | Defendants' Counsel |
| 25 | 4/2/2008 | Atty Marc Toberoff | Mark Warren Peary | E-mail | Atty/Client | Defendants' Counsel |
| 26 | 4/8/2008 | Atty Marc Toberoff | Mark Warren Peary | E-mail | Atty/Client | Defendants' Counsel |
| 27 | 4/9/2008 | Mark Warren Peary | Atty Marc Toberoff | Collective Bargaining Agreement | Atty/Client-Joint Interest; Atty Work Product; JAMS Agreement | Defendants' Counsel |
| 28 | 4/9/2008 | Mark Warren Peary | Atty Marc Toberoff | Facsimile | Atty/Client | Defendants' Counsel |
| 29 | 4/9/2008 | Mark Warren Peary | Atty Marc Toberoff | Facsimile | Atty/Client | Defendants' Counsel |
| 30 | 4/9/2008 | Mark Warren Peary | Atty Marc Toberoff | Letter | Atty/Client | Defendants' Counsel |
| 31 | 4/9/2008 | Atty Marc Toberoff | Mark Warren Peary | Letter | Atty/Client | Defendants' Counsel |
| 32 | 4/9/2008 | Atty Marc Toberoff | Mark Warren Peary | Letter | Atty/Client | Defendants' Counsel |
| 33 | 4/9/2008 | Atty Marc Toberoff | Mark Warren Peary | E-mail | Atty/Client | Defendants' Counsel |
| 34 | 4/9/2008 | Atty Marc Toberoff | Mark Warren Peary | E-mail | Atty/Client | Defendants' Counsel |
| 35 | 4/9/2008 | Atty Marc Toberoff | Mark Warren Peary | E-mail | Atty/Client | Defendants' Counsel |
| 36 | 4/14/2008 | Atty Marc Toberoff | Mark Warren Peary | Letter | Atty/Client | Defendants' Counsel |

EXHIBIT V
389

| Log # | Date of Document | Identity of Author(s) | Identity of Recipient(s) | Document Type | Privilege Claim | Present Location |
|---|---|---|---|---|---|---|
| 37 | 4/30/2008 | Atty Marc Toberoff | Mark Warren Peary | E-mail | Atty/Client | Defendants' Counsel |
| 38 | 4/30/2008 | Mark Warren Peary | Atty Marc Toberoff | Facsimile | Atty/Client | Defendants' Counsel |
| 39 | 4/30/2008 | Mark Warren Peary | Atty Marc Toberoff | Facsimile | Atty/Client | Defendants' Counsel |
| 40 | 9/4/2008 | Atty Marc Toberoff | Mark Warren Peary | E-mail | Atty/Client | Defendants' Counsel |
| 41 | 9/8/2009 | Atty Marc Toberoff | Mark Warren Peary | E-mail | Atty/Client | Defendants' Counsel |
| 42 | 9/10/2009 | Atty Marc Toberoff | Mark Warren Peary | E-mail | Atty/Client | Defendants' Counsel |
| 43 | 9/14/2009 | Atty Marc Toberoff | Mark Warren Peary | E-mail | Atty/Client | Defendants' Counsel |
| 44 | 4/17/2010 | Mark Warren Peary | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 45 | 4/19/2010 | Atty Marc Toberoff | Mark Warren Peary | E-mail | Atty/Client | Defendants' Counsel |
| 46 | 5/31/2010 | Atty Marc Toberoff | Mark Warren Peary, Jean Peavy | Letter | Atty/Client | Defendants' Counsel |
| 47 | 12/6/2010 | Mark Warren Peary | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 48 | 12/6/2010 | Atty Marc Toberoff | Mark Warren Peary | E-mail | Atty/Client | Defendants' Counsel |
| 49 | 12/12/2010 | Atty Marc Toberoff | Mark Warren Peary | E-mail | Atty/Client | Defendants' Counsel |
| 50 | 12/14/2010 | Atty Marc Toberoff | Mark Warren Peary | Letter | Atty/Client | Defendants' Counsel |
| 51 | 0/0/0 | Atty Marc Toberoff | Mark Warren Peary | Letter | Atty/Client | Defendants' Counsel |

EXHIBIT V
390