# EXHIBIT CC

```
-----Original Message-----
From: Tokoro, Jason
Sent: Monday, January 10, 2011 5:01 PM
To: 'Marc Toberoff'; Nicholas Williamson; Keith Adams
Cc: Petrocelli, Daniel; Kline, Matthew; Seto, Cassandra
Subject: RE: DC v. PPC 10-CV-3633
```

Please see below correspondence from Matthew T. Kline:

Dear Marc:

We disagree with the positions set forth in your letter and see no point in debating them further. Since you remain unwilling to provide substantial information to which DC is entitled, we have no choice but to proceed with our motion to compel.

Thank you,

Matt Kline

```
----- Original Message -----
From: nwilliamson@ipwla.com <nwilliamson@ipwla.com>
To: Petrocelli, Daniel; Kline, Matthew; Seto, Cassandra
Cc: kgadams@ipwla.com <kgadams@ipwla.com>; nwilliamson@ipwla.com <nwilliamson@ipwla.com>; mtoberoff@ipwla.com <mtoberoff@ipwla.com>
Sent: Sat Jan 08 20:54:41 2011
Subject: DC v. PPC 10-CV-3633
```

Counsel:

Please see the attached letter from Marc Toberoff.

Regards,

Nicholas C. Williamson
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: nwilliamson@ipwla.com

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.