# EXHIBIT JJ

FILED

JAN 11 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DC COMICS,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>PACIFIC PICTURES CORPORATION; et al.,<br><br>　　　　Defendants - Appellants,<br><br>　and<br><br>JOANNE SEIGEL, an individual; et al.,<br><br>　　　　Defendants. | No. 10-56594<br><br>D.C. No. 2:10-cv-03633-ODW<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: B. FLETCHER, REINHARDT, and N.R. SMITH, Circuit Judges.

　　　We have reviewed the responses to this court's order to show cause why this appeal should not be dismissed for lack of jurisdiction. We conclude that we lack jurisdiction to review the district court's September 7, 2010 order because the order is not a final appealable decision. *See* 28 U.S.C. § 1291; *see also Greensprings Baptist Christian Fellowship Trust v. Cilley*, — F.3d —, no.

KB/MOATT

09-16924 (9th Cir. Dec. 27, 2010); *cf. Batzel v. Smith*, 333 F.3d 1018 (9th Cir. 2003).

Accordingly, this appeal is dismissed.

**DISMISSED.**