# EXHIBIT PP

# PROVISIONALLY

# FILED UNDER

# SEAL