# EXHIBIT QQ

**WWBCGE**

VIA FACSIMILE
AND U.S. MAIL

June 24, 2008

Marc Toberoff, Esq.
Law Offices of Marc Toberoff
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

**Michael Bergman**
a professional corporation
mbergman@wwllp.com
(310) 860-3317

Our File No. 2231.811

Re:   Superman/Superboy Litigations
      Case Nos. 04-CV-8400, 8776 SGL (RZx)

Dear Marc:

As I stated at our meeting on June 5th, defendants seek the immediate production of the Agreement identified in your letter of May 2, 2008.

This Agreement is clearly relevant, material and discoverable. Agreements of this precise nature are called for by Requests Nos. 59 and 63 of Defendants'/Counterclaimant's First Set of Requests for the Production of Documents and Things:

> "Request No. 59: All writings concerning any disposition of any rights relating to Superman, including but not limited to any solicitation, offer, option, agreement or license."

> "Request No. 63: All writings concerning the Shuster Representatives, including but not limited to any communication or agreements between Plaintiffs and any of the Shuster Representatives."

Hopefully, you'll agree to partially supplement your prior responses by producing a copy of this Agreement; we are, however, prepared to seek judicial relief if you fail to do so. Please contact me so that we may schedule a meet and confer in order to address this matter.

Marc Toberoff, Esq.
June 24, 2008
Page 2

Thank you.

*[signature]*

Very truly yours,

Michael Bergman