# EXHIBIT RR

# PROVISIONALLY

# FILED UNDER

# SEAL