# EXHIBIT XX

**From**: Petrocelli, Daniel
**To**: 'mtoberoff@ipwla.com' <mtoberoff@ipwla.com>
**Cc**: 'kgadams@ipwla.com' <kgadams@ipwla.com>; 'nwilliamson@ipwla.com' <nwilliamson@ipwla.com>
**Sent**: Thu Jan 06 20:50:03 2011
**Subject**: Re: DC v. PPC - Joanne Siegel Deposition

Yes, that works.

Thanks.

Dan

---

**From**: marc.toberoff@gmail.com <marc.toberoff@gmail.com>
**To**: Petrocelli, Daniel
**Cc**: Keith Adams <kgadams@ipwla.com>; Nicholas Williamson <nwilliamson@ipwla.com>
**Sent**: Thu Jan 06 20:23:14 2011
**Subject**: Re: DC v. PPC - Joanne Siegel Deposition

Dear Dan:

The next day Joanne Siegel is available for any "spillover" is Tuesday, February 8, 2011. Please let me know if this date works for you.

Thanks.

Marc

On Thu, Jan 6, 2011 at 2:48 PM, Petrocelli, Daniel <DPetrocelli@omm.com> wrote:

Marc, because I am not available on January 28, we will proceed with Joanne's deposition on February 1. Please provide a second day within reasonable proximity to February 1. Also, as discussed yesterday regarding the extension to respond our discovery, we are expecting to receive substantive responses and not just blanket objections.

Thanks.

Dan

---

**From**: marc.toberoff@gmail.com [mailto:marc.toberoff@gmail.com] **On Behalf Of** Marc Toberoff
**Sent**: Thursday, January 06, 2011 12:21 PM
**To**: Petrocelli, Daniel

1

EXHIBIT XX
852

**Cc:** Keith Adams
**Subject:** Re: DC v. PPC - Joanne Siegel Deposition

Dear Dan:

This is to confirm that in our telephone conversation yesterday, you granted us a two-week extension, until January 24, 2011, to respond to DC's discovery requests served on December 10, 2010. This is also to confirm that you informed us that, due to your having to appear on January 12, 2011 for jury duty and your granting of the above extension, that Joanne Siegel's deposition, previously scheduled for January 12 and 14, 2011, would need to be rescheduled, and asked us to provide you with new dates when she is available after January 24. Joanne is available on Friday, January 28, 2011, and we can reserve a spillover date of Tuesday, February 1, 2011.

Please let me know if these dates work for you; if not, we can find alternate dates. This is without prejudice to defendants' pending appeal, and all of their rights are reserved.

Thank you,

Marc


--
Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com

2

**EXHIBIT XX**
**853**