Marc Toberoff (State Bar No. 188547)
 *mtoberoff@ipwla.com*
Nicholas C. Williamson (State Bar No. 231124)
 *nwilliamson@ipwla.com*
Keith G. Adams (State Bar No. 240497)
 *kgadams@ipwla.com*
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California, 90067
Telephone: (310) 246-3333
Fax:  (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, Joanne Siegel and Laura Siegel Larson

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; JOANNE SIEGEL, an individual; LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF MARC TOBEROFF IN SUPPORT OF RESPONDING DEFENDANTS' OPPOSITION TO DC COMICS' JOINT STIPULATION RE: MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND AMENDED PRIVILEGE LOGS**<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set<br><br>Date: February 28, 2011<br>Time: 10:00 a.m. |

# DECLARATION OF MARC TOBEROFF

I, Marc Toberoff, declare as follows:

1. I am an attorney at Toberoff & Associates, P.C., counsel of record for defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, Joanne Siegel and Laura Siegel Larson. I am also counsel for plaintiffs Joanne Siegel and Laura Siegel Larson (the "Siegels") in the related cases of *Joanne Siegel, et al. v. Warner Bros. Entertainment Inc., et al.*, Case No. 04-CV-8400 ODW (RZx) and *Joanne Siegel, et al. v. Time Warner Inc., et al.*, Case No. 04-CV-8776 ODW (RZx). I am a member in good standing of the State Bar of California and submit this declaration in support of Responding Defendants' Opposition to DC Comics' Joint Stipulation Re: Motion to Compel the Production of Documents and Amended Privilege Logs. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as "Exhibit A" is a true and correct copy of DC's "Reply Memorandum in Further Support of Motion to Compel Production of Documents Pursuant to Subpoena Duces Tecum and Appear for Deposition and Attorney's Fees," filed on November 20, 2006 in *In re: Siegel*, Northern District of Ohio, Case No. 1:06MC0099.

3. Attached hereto as "Exhibit B" is a true and correct copy of the "Supplemental Declaration of Wayne M. Smith in Further Support of Defendants' Motion to Compel the Production of Whistle-Blower Documents," dated April 2, 2007, filed in the related case *Siegel v. Warner Bros. Entertainment Inc., et al.*, Case No. 04-CV-8400 ODW (RZx) ("*Siegel*"), at Docket No. 142.

4. Attached hereto as "Exhibit C" is a true and correct copy of DC's "Notice of Motion and Joint Stipulation re: Defendants' Motion to Compel Compliance with the Court's 4/30/2007 Order and Motion for Sanctions," dated September 17, 2007, filed in *Siegel*, at Docket No. 240.

5. Attached hereto as "Exhibit D" is a true and correct copy of the "Declaration of Michael Bergman in Response to the Declaration of Marc Toberoff filed Pursuant to the Court's September 17, 2007 Order," dated September 25, 2007, filed in *Siegel*, at Docket No. 254.

6. Attached hereto as "Exhibit E" is a true and correct copy of the "Stipulation re: Scheduling Order," dated February 21, 2008, filed in *Siegel*, at Docket No. 289.

7. Attached hereto as "Exhibit F" is a true and correct copy of the "Order Requiring the Parties to Engage in Meaningful Settlement Negotiations," dated March 31, 2008, filed in *Siegel,* at Docket No. 294.

8. Attached hereto as "Exhibit G" is a true and correct copy of the "Notice of New Evidence re: Defendants' Declaration filed Pursuant to the Court's September 17, 2007 Order re: Escrow Documents," dated April 9, 2008, filed in *Siegel,* at Docket No. 295.

9. Attached hereto as "Exhibit H" is a true and correct copy of the "Order re: Escrow Documents," dated September 26, 2008, filed in *Siegel,* at Docket No. 374.

10. Attached hereto as "Exhibit I" is a true and correct copy of the "Order Regarding Escrow Holder's October 16, 2008 Letter Seeking Clarification of the Court's September 26, 2008 Order," dated December 4, 2008, filed in *Siegel*, at Docket No. 386.

11. Attached hereto as "Exhibit J" is a true and correct copy of the "Notice of Motion and Joint Stipulation Re: Defendants' Motion to Compel the Production of Withheld Document," dated December 11, 2008, filed in *Siegel,* at Docket No. 395.

12. Attached hereto as "Exhibit K" is a true and correct copy of excerpts from the "Reporter's Transcript of Proceedings," for trial date May 19, 2009, in *Siegel,* filed at Docket No. 548.

13. Attached hereto as "Exhibit L" is a true and correct copy of an e-mail

1 chain, dated November 29, 2010, between me and plaintiff's attorney Daniel
2 Petrocelli regarding DC's motion to compel in this action, filed at Docket No. 125.
3 DC served and filed that motion while the parties were in the middle of an active
4 meet and confer regarding the issues raised therein. The motion was eventually
5 resolved by the stipulation of the parties. *See* Docket Nos. 132-33.

6     14.    Attached hereto as "Exhibit M" is a true and correct copy of a letter
7 from me to plaintiff's attorney Daniel Petrocelli regarding Joanne Siegel's
8 deposition, dated December 2, 2010.

9     15.    Attached hereto as "Exhibit N" is a true and correct copy of a letter from
10 me to plaintiff's attorney Daniel Petrocelli regarding Joanne Siegel's deposition,
11 dated December 8, 2010.

12     16.    Attached hereto as "Exhibit O" is a true and correct copy of this Court's
13 "Order on Defendants' Motion to Compel the Production of Documents," dated
14 August 16, 2008, filed in *Siegel*, at Docket No. 58.

16     I declare under penalty of perjury of the laws of the United States of America
17 that the foregoing is true and correct.
18     Executed on February 7, 2011, in Los Angeles, California

                                                                                    Marc Toberoff