| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #97802) |
|   | dpetrocelli@omm.com |
| 2 | MATTHEW T. KLINE (S.B. #211640) |
|   | mkline@omm.com |
| 3 | CASSANDRA L. SETO (S.B. #246608) |
|   | cseto@omm.com |
| 4 | O'MELVENY & MYERS LLP |
|   | 1999 Avenue of the Stars, 7th Floor |
| 5 | Los Angeles, CA 90067-6035 |
|   | Telephone: (310) 553-6700 |
| 6 | Facsimile: (310) 246-6779 |

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819

Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS, | Case No. CV-10-3633 ODW (RZx) |
|   Plaintiff, | **PROOF OF SERVICE** |
| v. | **Judge**: Hon. Otis D. Wright II |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive, | **Magistrate**: Hon. Ralph Zarefsky |
|   Defendants. | |

PROOF OF SERVICE

| | |
|---|---|
| 1 | **PROOF OF SERVICE BY MAIL** |
| 2 | I am a citizen of the United States and employed in Los Angeles County, |
| 3 | California, by O'Melveny & Myers LLC, whose address is 1999 Avenue of the |
| 4 | Stars, 7th Floor, Los Angeles, California 90067-6035.  I am over the age of |
| 5 | eighteen years and not a party to the within action.  On February 8, 2011, I |
| 6 | commissioned First Legal Support Services, whose address is 1511 W. Beverly |
| 7 | Blvd., Los Angeles, CA  90026, to personally serve the following: |
| 8 | **NOTICE OF MANUAL FILING** |
| 9 10 | **DC COMICS' APPLICATION UNDER L.R. 79-5.1 TO HAVE CERTAIN EXHIBITS AND RELATED BRIEFING TEMPORARILY PLACED UNDER SEAL** |
| 11 12 13 | **DECLARATION OF JASON H. TOKORO IN SUPPORT OF DC COMICS' APPLICATION UNDER L.R. 79-5.1 TO HAVE CERTAIN EXHIBITS AND RELATED BRIEFING PLACED UNDER SEAL** |
| 14 15 | **[PROPOSED] ORDER GRANTING DC COMICS' APPLICATION UNDER L.R. 79-5.1 TO HAVE CERTAIN EXHIBITS AND RELATED BRIEFING TEMPORARILY PLACED UNDER SEAL** |
| 16 17 | **[UNREDACTED] JOINT STIPULATION REGARDING DC COMICS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND AMENDED PRIVILEGE LOGS** |
| 18 19 20 | **EXHIBITS PP AND RR TO DECLARATION OF MATTHEW T. KLINE IN SUPPORT OF DC COMICS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND AMENDED PRIVILEGE LOGS** |
| 21 | by delivering a copy thereof to the office of the following, and either handing the |
| 22 | copy to the person named below or leaving it with the receptionist or other person |
| 23 | having charge of the office thereof: |
| 24 25 26 | Marc Toberoff<br>Toberoff & Associates, P.C.<br>2049 Century Park East, Suite 3630<br>Los Angeles, CA  90067 |
| 27 28 | Attorneys for defendants Joanne Siegel; Laura Siegel Larson; Mark Warren Peary; and Jean Peavy |

```
 1    Richard Kendall
      Kendall Brill & Klieger LLP
 2    10100 Santa Monica Blvd., Suite 1725
 3    Los Angeles, CA  90067

 4    Attorneys for defendants Marc Toberoff; Pacific Pictures Corporation;
      IP Worldwide, LLC; and IPW, LLC
 5
```

    I declare under penalty of perjury under the laws of the United States that the above is true and correct.  Executed on February 8, 2011, at Los Angeles, California.

                                                  /s/ Jason H. Tokoro
                                                  Jason H. Tokoro

CC1:843923