1  DANIEL M. PETROCELLI (S.B. #097802)
   dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
   mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
   cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA 90067-6035
   Telephone: (310) 553-6700
6  Facsimile: (310) 246-6779

7  PATRICK T. PERKINS (admitted *pro hac vice*)
   pperkins@ptplaw.com
8  PERKINS LAW OFFICE, P.C.
   1711 Route 9D
9  Cold Spring, NY 10516
   Telephone: (845) 265-2820
10 Facsimile: (845) 265-2819

11 Attorneys for Plaintiff DC Comics

**ORIGINAL**

FILED 2011 FEB -8 AM 11:46

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| DC COMICS, | Case No. CV 10-3633 ODW (RZx) |
|---|---|
| Plaintiff, | **DISCOVERY MATTER** |
| v. | **DC COMICS' APPLICATION UNDER L.R. 79-5.1 TO HAVE CERTAIN EXHIBITS AND RELATED BRIEFING TEMPORARILY PLACED UNDER SEAL** |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive, | |
| Defendants. | PROPOSED ORDER AND DECLARATION OF JASON H. TOKORO FILED HEREWITH |
| | **Judge:** Hon. Otis D. Wright II |
| | **Magistrate:** Hon. Ralph Zarefsky |

1    Pursuant to Local Rule 79-5.1, DC Comics hereby moves to seal, pending the
2    Court's ruling on its presently filed motion to compel, Exhibits PP and RR of the
3    Declaration of Matthew T. Kline filed in support of DC's motion, as well as page
4    13, lines 1-2; page 16, line 11; page 21, lines 17-23; and page 22, lines 6-14 of the
5    Joint Stipulation Regarding DC Comics' Motion to Compel the Production of
6    Documents and Amended Privilege Logs. DC has submitted clean and redacted
7    copies of this filing for the Court's inspection. DC does not believe these materials
8    need to be sealed permanently, but seeks to seal them temporarily pending the
9    Court's consideration of DC's motion to compel solely to accommodate an
10   objection received this evening from defendants' counsel. DC believes defendants'
11   objection has no merit and will address it in DC's supplemental filing.

12   1. DC served copies of its motion to compel and supporting evidence on
13   defendants 10 days ago—on January 28, 2011. Defendants raised no objection to
14   the content of DC's filing, and instead on February 1 asked DC for three additional
15   days to respond to DC's motion. DC granted this extension on the express
16   conditions that defendants would provide DC with their half of the joint statement
17   February 7 at or before 6:00 p.m. and agree to "execute the final joint statement the
18   evening of February 7 so that it can be filed prior to the midnight deadline and
19   without affecting the scheduled hearing date of February 28." Decl. of Jason
20   Tokoro Ex. 1 (filed herewith). Defendants agreed to these conditions, with no
21   objections. *Id.*

22   2. Today at 6 p.m., defendants failed to provide their half of the joint
23   statement and instead asked for an additional hour to serve it. *Id.* Ex. 2. Again,
24   they raised no objection to the contents of DC's filings. At 7:16 p.m., however,
25   defendants sent DC a letter threatening to seek sanctions against DC if it publicly
26   filed its motion and included Exhibits PP and RR or any reference to them. *Id.* Ex.
27   3. DC immediately responded:
28

> [W]e disagree with your position, and your threats of sanctions are groundless. Among other reasons, you directly put at issue the contents and circumstances of your May 2 and July 3, 2008 letters [Exhibits PP and RR] in defendants' motion to strike filed in August 2010 and again in your renewed motion to strike filed September 2010. We will respond to your position in our supplemental filing.
>
> More immediately, however, we object to your gamesmanship in surfacing this issue at the eleventh hour. You received a copy of our half of the joint statement on January 28, you requested and received an extension to serve your half of the joint statement by 6:00 pm today, you called to say that it would be sent to us a bit late, and yet you never raised your objection to the "present form" of our motion until just now. *Although the objection lacks merit, we are prepared to temporarily accommodate your position pending the Court's ruling on our motion by requesting the Court's permission to file under seal both letters and any pages of our brief quoting them pursuant to a stipulation between us, without prejudice to any of our positions or yours.* If you agree to so stipulate, we will advise the court in our submission. Please immediately let us know.

*Id.* Ex. 4 (emphasis added). Defendants refused to agree to this stipulation, which had offered to accommodate defendants' belated objection. *Id.*

3. Pending the Court's ruling on DC's motion to compel, DC requests that this motion to seal be granted temporarily. *See, e.g., Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006); *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1130 (9th Cir. 2003); *see also* Local Rule 79-5.1.

Dated:   February 7, 2011            Respectfully Submitted,

                                     O'MELVENY & MYERS LLP

                                     By: _____
                                         Daniel M. Petrocelli
                                         Attorneys for Plaintiff DC Comics

CC1:843911

-2-                                  DC COMICS' APPLICATION TO SEAL

**Exhibit A**

## DECLARATION OF JASON H. TOKORO

I, Jason H. Tokoro, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am an associate at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in Support of DC Comics' Application Under L.R. 79-5.1 to Have Certain Exhibits and Related Briefing Placed Under Seal. I have personal knowledge of the matters set forth in this declaration, and if called to testify to the facts stated herein, I could and would do so competently.

2. Attached hereto as Exhibit 1 is a true and correct copy of an email chain between Daniel M. Petrocelli, counsel for DC Comics, and Marc Toberoff, counsel for the Shuster and Siegel defendants, dated February 1, 2011.

3. Attached hereto as Exhibit 2 is a true and correct copy of an email from Mr. Toberoff to my colleague, Cassandra Seto, dated February 7, 2011.

4. Attached hereto as Exhibit 3 is a true and correct copy of a letter from Mr. Toberoff to Mr. Petrocelli dated February 7, 2011.

5. Attached hereto as Exhibit 4 is a true and correct copy of an email chain between Mr. Petrocelli and Mr. Toberoff dated February 7, 2011.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 7th day of February 2011 at Los Angeles, California.

_____
Jason H. Tokoro

CC1:843914

- 1 -   J. TOKORO DECLARATION IN SUPPORT OF DC'S MOTION TO SEAL

# EXHIBIT 1

**From:** marc.toberoff@gmail.com [mailto:marc.toberoff@gmail.com] **On Behalf Of** Marc Toberoff
**Sent:** Tuesday, February 01, 2011 3:52 PM
**To:** Petrocelli, Daniel
**Subject:** Re:

Dan:

Confirmed. Thanks

On Tue, Feb 1, 2011 at 3:25 PM, Petrocelli, Daniel <DPetrocelli@omm.com> wrote:

Marc, confirming our call today, I agreed to extend your time to send us your half of the joint statement regarding DC's motion to compel from Friday, February 4 to February 7 at or before 6:00 pm. You agreed that you will execute the final joint statement the evening of February 7 so that it can be filed prior to the midnight deadline and without affecting the scheduled hearing date of February 28.


Thanks.


Dan



--
Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com

1

**EXHIBIT 1**

2

# EXHIBIT 2

**From:** marc.toberoff@gmail.com [mailto:marc.toberoff@gmail.com] **On Behalf Of** Marc Toberoff
**Sent:** Monday, February 07, 2011 6:12 PM
**To:** Seto, Cassandra
**Cc:** Petrocelli, Daniel
**Subject:** Our portion of Joint Stip

Cassie:

We had agreed to get you our portion of the Joint Stip. by 6 pm today. Unfortunately, despite our best intentions, the moving of our offices over the weekend took *much* longer and gave rise to more complications than anticipated (e.g., our e-mail system was still down this morning). That said, we should be able to get your our portion of the Joint Stip shortly and, in any event, in sufficient time to file the Joint Stip **today** as planned and agreed.

Please feel free to call me regarding the above.

--
Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com

1

EXHIBIT 2
3

# EXHIBIT 3

# TOBEROFF & ASSOCIATES, P.C.

A PROFESSIONAL CORPORATION

2049 CENTURY PARK EAST, SUITE 2720
LOS ANGELES, CALIFORNIA 90067

MARC TOBEROFF*
NICHOLAS C. WILLIAMSON
KEITH G. ADAMS
JEFFREY R. RHOADS

TELEPHONE
(310) 246-3333

FACSIMILE
(310) 246-3101

mtoberoff@ipwla.com

* Also admitted in New York

February 7, 2011

Via E-Mail

Daniel Petrocelli
O'Melveny and Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Re:  *DC Comics v. Pacific Pictures Corp., et al.*, Case No. 10-CV-03633 ODW (RZx)

Dear Dan:

Please be advised that DC's Motion to Compel the Production of Documents and Amended Privilege Logs deliberately flouts and breaches the parties' May 1, 2008 JAMS Confidentiality Agreement, and the mediation privilege otherwise available under the law, and abuses the spirit and objectives of the Court-ordered mediation process by, without limitation, attaching my May 2, 2008 and July 3, 2008 letters to Michael Bergman marked "Confidential – For Settlement Purposes Only" pursuant to paragraph 5 of the Confidentiality Agreement, which states that such "Confidential Settlement Information" "shall not be ... used in any way, shape or form for any purpose ... in any pending or future proceeding in any court."

Please be further advised that if DC files this motion in its present form, we will seek sanctions for this willful abuse of process by DC and its counsel.

All of defendants' rights and remedies with respect to DC's breach of its obligations under the Confidentiality Agreement are expressly reserved.

Very truly yours,

Marc Toberoff

EXHIBIT 3
4

# EXHIBIT 4

**From:** "Petrocelli, Daniel" <DPetrocelli@OMM.com>
**Date:** February 7, 2011 9:59:18 PM PST
**To:** Marc Toberoff <mtoberoff@ipwla.com>
**Subject: Re: DC v. Pacific Pictures Corp. - DC's Motion to Compel**

Marc, you're missing or evading the point. We disagree on the substance of your objection, but you should have raised it when you received our papers, not hours before the filing deadline. We then could have had sufficient time to jointly discuss and prepare a sealing or other application to at least accommodate your claim of confidentiality pending the court's consideration of our motion, including our position that there is no basis for confidentiality or other restrictions over the two letters. All of this, of course, assumed you had a genuine interest in confidentiality. It now appears you do not. Nonetheless, out of an abundance of caution, we will ask for temporary sealing of the two letters.

Dan


On Feb 7, 2011, at 9:30 PM, "Marc Toberoff" <mtoberoff@ipwla.com> wrote:

> Dan:
>
> We will advise the Court that your offer did not accomodate our objection or resolve your client's flagrant breach of the Confidentiality Agreement and mediation privilege.
>
> Marc
>
> On Mon, Feb 7, 2011 at 9:18 PM, Petrocelli, Daniel <DPetrocelli@omm.com> wrote:
> Marc, we will advise the Court that you have declined our offer to stipulate to accommodate your belated objection.
>
> Dan
>
> On Feb 7, 2011, at 9:15 PM, "Marc Toberoff" <mtoberoff@ipwla.com> wrote:

1

**EXHIBIT 4**

5

Dan:

There has been no "gamesmanship" on our part, and frankly, you throw such accusations around so easily that they cease to have any meaning. You surely do not need us to inform you that your willful disclosure of documents marked "Confidential - For Settlement Purposes Only" pursuant to paragraph 5 of the parties' JAMS Confidentiality Agreement and submitted in connection with a Court ordered settlement mediation should not be publicly disclosed, nor used in litigation. You are very well aware that your disclosure flouts both the plain wording of DC's Confidentiality Agreement and the mediation privilege that otherwise exists under law.

Since the express purpose of the Confidentiality Agreement was to prevent the use of such documents *"in any pending or future proceeding" "in any way shape or form for any purpose"* your filing of the motion and/or declaration under seal would not remedy DC's willful breach. Furthermore, you already effectively disclosed the information conveyed in my protected May 2 and July 3, 2008 letters in DC's thinly veiled complaints and frivolous causes of actions regarding the so-called "Consent Agreement" that have no conceivable basis in law.

Your excuse that we "put at issue the May 2 and July 3, 2008 letters at issue in our motion to strike" pursuant to the anti-SLAPP law, rings hollow. Please be advised that if DC files the Joint Stipulation in its present form it proceeds at its own risk.

Defendants disagree with the other assertions in your letter, and reserve all of their rights.

Marc Toberoff


On Mon, Feb 7, 2011 at 8:11 PM, Petrocelli, Daniel <DPetrocelli@omm.com> wrote:

Marc, in response to your letter below received at 7:16 pm, we disagree with your position, and your threats of sanctions are groundless. Among other reasons, you directly put at issue the contents and circumstances of your May 2 and July 3, 2008 letters in defendants' motion to strike filed in August 2010 and again in your renewed motion to strike filed September 2010. We will respond to your position in our supplemental filing.


More immediately, however, we object to your gamesmanship in surfacing this issue at the eleventh hour. You received a copy of our half of the joint statement on January 28, you requested and received an

2

**EXHIBIT 4**

6

extension to serve your half of the joint statement by 6:00 pm today, you called to say that it would be sent to us a bit late, and yet you never raised your objection to the "present form" of our motion until just now. Although the objection lacks merit, we are prepared to temporarily accommodate your position pending the Court's ruling on our motion by requesting the Court's permission to file under seal both letters and any pages of our brief quoting them pursuant to a stipulation between us, without prejudice to any of our positions or yours. If you agree to so stipulate, we will advise the court in our submission. Please immediately let us know.


Thanks.


Dan




**From:** Keith Adams [mailto:kgadams@ipwla.com]
**Sent:** Monday, February 07, 2011 7:16 PM
**To:** Petrocelli, Daniel
**Cc:** Seto, Cassandra; Kline, Matthew; Nicholas Williamson; Marc Toberoff
**Subject:** DC v. Pacific Pictures Corp. - DC's Motion to Compel



Counsel:

Attached please find correspondence from Marc Toberoff regarding DC's motion to compel.

Keith G. Adams
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: kgadams@ipwla.com
http://www.ipwla.com

This message and any attached documents may contain information from
Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended
not read, copy, distribute or use this information. If you have received this transmission in err
the sender immediately by reply e-mail and then delete this message.

--
Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com


--
Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com