Marc Toberoff (State Bar No. 188547)
 *mtoberoff@ipwla.com*
Nicholas C. Williamson (State Bar No. 231124)
 *nwilliamson@ipwla.com*
Keith G. Adams (State Bar No. 240497)
 *kgadams@ipwla.com*
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California, 90067
Telephone: (310) 246-3333
Fax: (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, Joanne Siegel and Laura Siegel Larson

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| DC COMICS,<br><br>            Plaintiff,<br><br>   vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; JOANNE SIEGEL, an individual; LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>            Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF MARC TOBEROFF IN SUPPORT OF DEFENDANTS' RESPONSE TO DC COMICS' APPLICATION TO FILE CERTAIN EXHIBITS UNDER SEAL**<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set<br><br>Date: February 28, 2011<br>Time: 10:00 a.m. |

**DECLARATION OF MARC TOBEROFF**

I, Marc Toberoff, declare as follows:

1.      I am an attorney at Toberoff & Associates, P.C., counsel of record for defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, Joanne Siegel and Laura Siegel Larson.  I am also counsel for plaintiffs Joanne Siegel and Laura Siegel Larson (the "Siegels") in the related cases of *Joanne Siegel, et al. v. Warner Bros. Entertainment Inc., et al.*, Case No. 04-CV-8400 ODW (RZx) and *Joanne Siegel, et al. v. Time Warner Inc., et al.*, Case No. 04-CV-8776 ODW (RZx).  I am a member in good standing of the State Bar of California and submit this declaration in support of Defendants' Response to DC Comics' Application to File Certain Exhibits Under Seal.  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.      Attached hereto as "Exhibit A" is a true and correct copy of a redacted version of a May 2, 2008 letter from me to DC's former counsel, Michael Bergman, attached as Exhibit "B" to the "Declaration of Michael Bergman in Support of Defendants' Motion to Compel the Production of Withheld Document," filed by DC in the related case *Siegel v. Warner Bros. Entertainment Inc., et al.*, Case No. 04-CV-8400 ODW (RZx) ("*Siegel*"), at Docket No. 395-2, Ex. B.

3.      Attached hereto as "Exhibit B" is a true and correct copy of a redacted version of a July 3, 2008 letter from me to DC's former counsel, Michael Bergman, attached as Exhibit "D" to the "Declaration of Michael Bergman in Support of Defendants' Motion to Compel the Production of Withheld Document," filed by DC in *Siegel,* at Docket No. 395-2, Ex. D.

4.      Attached hereto as "Exhibit C" is a true and correct copy of a February 7, 2011 e-mail chain from me to DC's current counsel, Daniel Petrocelli.

///

///

1     I declare under penalty of perjury of the laws of the United States of America
2 that the foregoing is true and correct.
3     Executed on February 8, 2011, in Los Angeles, California
4
5                              _____
6                                    Marc Toberoff