1  DANIEL M. PETROCELLI (S.B. #097802)
     dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
     mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
     cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA  90067-6035
   Telephone:  (310) 553-6700
6  Facsimile:   (310) 246-6779

7  PATRICK T. PERKINS (admitted *pro hac vice*)
     pperkins@ptplaw.com
8  PERKINS LAW OFFICE, P.C.
   1711 Route 9D
9  Cold Spring, NY 10516
   Telephone:  (845) 265-2820
10 Facsimile:   (845) 265-2819

11 Attorneys for Plaintiff DC Comics

12              **UNITED STATES DISTRICT COURT**

13             **CENTRAL DISTRICT OF CALIFORNIA**

14 DC COMICS,                          Case No. CV 10-3633 ODW (RZx)

15              Plaintiff,             **DISCOVERY MATTER**

16         v.                          **SUPPLEMENTAL**
                                       **DECLARATION OF JASON H.**
17 PACIFIC PICTURES                    **TOKORO IN SUPPORT OF DC**
   CORPORATION, IP WORLDWIDE,          **COMICS' APPLICATION UNDER**
18 LLC, IPW, LLC, MARC TOBEROFF,       **L.R. 79-5.1 TO HAVE CERTAIN**
   an individual, MARK WARREN          **EXHIBITS AND RELATED**
19 PEARY, as personal representative of **BRIEFING PLACED UNDER**
   the ESTATE OF JOSEPH SHUSTER,       **SEAL**
20 JEAN ADELE PEAVY, an individual,
   JOANNE SIEGEL, an individual,
21 LAURA SIEGEL LARSON, an
   individual, and DOES 1-10, inclusive,
22                                      **Judge**:      Hon. Otis D. Wright II
              Defendants.              **Magistrate**: Hon. Ralph Zarefsky
23

24

25

26

27

28
                                       J. TOKORO SUPPL. DECL. ISO
                                       DC'S MOTION TO SEAL

## **SUPPLEMENTAL DECLARATION OF JASON H. TOKORO**

I, Jason H. Tokoro, declare and state as follows:

1.      I am an attorney licensed to practice in the State of California and admitted to the Central District of California.  I am an associate at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this supplemental declaration in support of Reply in Support of DC Comics' Application Under L.R. 79-5.1 to Have Certain Exhibits and Related Briefing Placed Under Seal.  I have personal knowledge of the matters set forth in this declaration, and if called to testify to the facts stated herein, I could and would do so competently.

2.      On January 28, 2011, we sent defendants the Joint Stipulation Regarding DC Comics' Motion to Compel the Production of Documents and Amended Privilege Logs ("DC's Motion to Compel"), as well as the supporting declaration and evidence.  Defendants' opposition would have been due on February 4, but they asked for and received an extension to February 7 at 6:00 p.m. Defendants raised no objection to the content of DC's motion when requesting the extension of time.  Docket No. 166 at 1.

3.      On February 7, defendants failed to provide their opposition and instead asked for an additional hour to serve it.  Again, they raised no objection to the contents of DC's motion.  Defendants sent us their opposition at 7:05 p.m. *Id.*

4.      At 7:16 p.m., defense counsel sent us a letter, in which—for the first time—they objected to Exhibits PP and RR of DC's Motion to Compel and references made to those exhibits in DC's brief.  Attached hereto as Exhibit 1 is a true and correct copy of an email from Keith Adams to my colleague, Daniel M. Petrocelli, attaching a letter raising these objections.

5.      Mr. Petrocelli sent defense counsel an email stating that their objections were substantively without basis and improperly had been raised at the eleventh hour, but nonetheless to accommodate defendants, DC would and, in fact,

prepare a redacted version of its Motion to Compel, with the unredacted version to be filed under seal. Docket No. 166 at 1-2. I emailed defense counsel the redacted version and asked for their approval to file the pleadings. Attached hereto as Exhibit 2 is a true and correct copy of this email from me to defense counsel dated February 7, 2011.

6.    At 10:59 p.m., defense counsel sent me an email requesting that DC revise the signature block for the joint stipulation. Defense counsel did not request that any portion of its opposition section of the joint stipulation be redacted. Attached hereto as Exhibit 3 is a true and correct copy of this email from Nicholas Williamson to me dated February 7, 2011.

7.    At 11:36 p.m., defense counsel sent me a second email requesting that DC revise the joint stipulation's table of contents. Defense counsel again did not request that any portion of its opposition section of the joint stipulation be redacted. Attached hereto as Exhibit 4 is a true and correct copy of this second email from Mr. Williamson to me dated February 7, 2011.

8.    At 11:46 p.m., defense counsel sent me a third email requesting revisions to the joint stipulation. Defense counsel requested that the word "publicly" be deleted from a sentence in their opposition, in light of "the changes [DC] made to the document." The "changes" DC made to the document were the several redactions we inserted to eliminate references to the contents of Exhibits PP and RR. Defense counsel did not ask that any redactions be made to their part of the brief. Attached hereto as Exhibit 5 is a true and correct copy of Mr. Adams's email to me dated February 7, 2011.

9.    DC revised the joint stipulation according to defendants' requests, and at 11:53 p.m., defense counsel sent me an email authorizing DC electronically to sign and file the stipulation. Attached hereto as Exhibit 6 is a true and correct copy of an email from Mr. Adams to me dated February 11, 2011. Again, defendants

1  never once requested that DC redact any portion of its opposition section of the
2  joint stipulation.
3        I declare under penalty of perjury under the laws of the United States that the
4  foregoing is true and correct and that this declaration is executed this 9th day of
5  February 2011 at Los Angeles, California.
6
7                                                              Jason H. Tokoro
8
9
10 CC1:844074
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

J. TOKORO SUPPL. DECL. ISO
                                                                          DC'S MOTION TO SEAL