# EXHIBIT 1

**From:** Keith Adams [mailto:kgadams@ipwla.com]
**Sent:** Monday, February 07, 2011 7:16 PM
**To:** Petrocelli, Daniel
**Cc:** Seto, Cassandra; Kline, Matthew; Nicholas Williamson; Marc Toberoff
**Subject:** DC v. Pacific Pictures Corp. - DC's Motion to Compel

Counsel:

Attached please find correspondence from Marc Toberoff regarding DC's motion to compel.

Keith G. Adams
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: kgadams@ipwla.com
http://www.ipwla.com

This message and any attached documents may contain information from
Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

# TOBEROFF & ASSOCIATES, P.C.

A PROFESSIONAL CORPORATION

2049 CENTURY PARK EAST, SUITE 2720

LOS ANGELES, CALIFORNIA 90067

MARC TOBEROFF*
NICHOLAS C. WILLIAMSON
KEITH G. ADAMS
JEFFREY R. RHOADS

* Also admitted in New York

TELEPHONE
(310) 246-3333

FACSIMILE
(310) 246-3101

mtoberoff@ipwla.com

February 7, 2011

<u>Via E-Mail</u>

Daniel Petrocelli
O'Melveny and Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Re:   <u>DC Comics v. Pacific Pictures Corp., et al.</u>, Case No. 10-CV-03633 ODW (RZx)

Dear Dan:

Please be advised that DC's Motion to Compel the Production of Documents and Amended Privilege Logs deliberately flouts and breaches the parties' May 1, 2008 JAMS Confidentiality Agreement, and the mediation privilege otherwise available under the law, and abuses the spirit and objectives of the Court-ordered mediation process by, without limitation, attaching my May 2, 2008 and July 3, 2008 letters to Michael Bergman marked "Confidential – For Settlement Purposes Only" pursuant to paragraph 5 of the Confidentiality Agreement, which states that such "Confidential Settlement Information" "shall not be … used in any way, shape or form for any purpose … in any pending or future proceeding in any court."

Please be further advised that if DC files this motion in its present form, we will seek sanctions for this willful abuse of process by DC and its counsel.

All of defendants' rights and remedies with respect to DC's breach of its obligations under the Confidentiality Agreement are expressly reserved.

Very truly yours,

Marc Toberoff

EXHIBIT 1
5