# EXHIBIT 2

| | |
|---|---|
| **From:** | Tokoro, Jason |
| **Sent:** | Monday, February 07, 2011 10:47 PM |
| **To:** | 'Marc Toberoff'; Nicholas Daum; 'nwilliamson@ipwla.com'; Keith Adams |
| **Cc:** | Petrocelli, Daniel; Kline, Matthew; Seto, Cassandra |
| **Subject:** | DC v. PPC |
| **Attachments:** | 2-7-11 Joint Stip re DC's Motion to Compel [REDACTED].pdf |

Counsel:

Please see attached Joint Stipulation Regarding DC Comics' Motion to Compel the Production of Documents and Amended Privilege Logs. We have redacted references to Exhibits PP and RR, as discussed in Daniel Petrocelli's email. Please let us know if we have your authorization to sign the attached document on your behalf. As you know, we intend to file it before midnight.

Thank you,

**Jason H Tokoro**
**O'Melveny & Myers LLP - Century City**
1999 Avenue of the Stars, Suite 700
Los Angeles, California 90067
Direct Dial: (310) 246-6707
Fax: (310) 246-6779
Email: jtokoro@omm.com

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

 please consider the environment - do you really need to print this email?

1

**EXHIBIT 2**

**6**