# EXHIBIT 4

| | |
|---|---|
| From: | nwilliamson@ipwla.com |
| Sent: | Monday, February 07, 2011 11:36 PM |
| To: | Tokoro, Jason |
| Cc: | kgadams@ipwla.com; nwilliamson@ipwla.com |
| Subject: | RE: DC v. PPC |

Jason:

We are still reviewing the document, but wanted to point out that the table of contents for defendants' portion is incorrect starting with section IV.C. "DC Should Not be Granted the Relief it Seeks". This is currently listed as page 48; it should be page 50. The remainder of the table is incorrect as well. Please send us a corrected version.

--- On **Mon, 2/7/11, Tokoro, Jason <*jtokoro@OMM.com*>** wrote:

From: Tokoro, Jason <jtokoro@OMM.com>
Subject: RE: DC v. PPC
To: "nwilliamson@ipwla.com" <nwilliamson@ipwla.com>
Cc: "kgadams@ipwla.com" <kgadams@ipwla.com>
Date: Monday, February 7, 2011, 11:01 PM

Revised document attached.

---

**From:** nwilliamson@ipwla.com [mailto:nwilliamson@ipwla.com]
**Sent:** Monday, February 07, 2011 10:59 PM
**To:** Tokoro, Jason
**Cc:** nwilliamson@ipwla.com; kgadams@ipwla.com
**Subject:** Re: DC v. PPC

Jason:

We are reviewing the document, but I must point out that the signature block for the Kendall firm needs to be removed from the document as this motion does not involve any discovery requests to any of the Toberoff defendants. Please send us the corrected document.

Regards,

Nick

--- On **Mon, 2/7/11, Tokoro, Jason <*jtokoro@OMM.com*>** wrote:

From: Tokoro, Jason <jtokoro@OMM.com>
Subject: DC v. PPC
To: "'Marc Toberoff'" <mtoberoff@ipwla.com>, "Nicholas Daum" <ndaum@kbkfirm.com>, "'nwilliamson@ipwla.com'" <nwilliamson@ipwla.com>, "Keith Adams" <kgadams@ipwla.com>

1

EXHIBIT 4
9

Cc: "Petrocelli, Daniel" <DPetrocelli@OMM.com>, "Kline, Matthew" <MKline@OMM.com>, "Seto, Cassandra" <cseto@OMM.com>
Date: Monday, February 7, 2011, 10:46 PM

Counsel:

Please see attached Joint Stipulation Regarding DC Comics' Motion to Compel the Production of Documents and Amended Privilege Logs.  We have redacted references to Exhibits PP and RR, as discussed in Daniel Petrocelli's email.  Please let us know if we have your authorization to sign the attached document on your behalf.  As you know, we intend to file it before midnight.

Thank you,

**Jason H Tokoro**
**O'Melveny & Myers LLP - Century City**
1999 Avenue of the Stars, Suite 700
Los Angeles, California  90067
Direct Dial:  (310) 246-6707
Fax:  (310) 246-6779
Email: jtokoro@omm.com

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

 please consider the environment - do you really need to print this email?

2

**EXHIBIT 4**
**10**