# EXHIBIT 5

| | |
|---|---|
| **From:** | Keith Adams [kgadams@ipwla.com] |
| **Sent:** | Monday, February 07, 2011 11:46 PM |
| **To:** | Tokoro, Jason |
| **Cc:** | Nicholas Williamson; Seto, Cassandra |
| **Subject:** | RE: DC v. PPC |

Jason:

Due to the changes your side made to the document, please delete "publicly" on page 53, line 17. In addition, the following must be corrected:

* Page 50, continued footnote: "Supra at 28" should be "Supra at 28, 39-44";
* Page 64, line 3: "supra at 11" should be "supra at 11, 24"

Please implement these changes and generate a corrected table of contents (per Nick Williamson's 11:36 p.m. e-mail) and send us the final document for our approval.

Keith G. Adams
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: kgadams@ipwla.com
http://www.ipwla.com

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

--- On **Mon, 2/7/11, Tokoro, Jason <jtokoro@OMM.com>** wrote:

From: Tokoro, Jason <jtokoro@OMM.com>
Subject: RE: DC v. PPC
To: "nwilliamson@ipwla.com" <nwilliamson@ipwla.com>
Cc: "kgadams@ipwla.com" <kgadams@ipwla.com>
Date: Monday, February 7, 2011, 11:01 PM

Revised document attached.

---

**From:** nwilliamson@ipwla.com [mailto:nwilliamson@ipwla.com]
**Sent:** Monday, February 07, 2011 10:59 PM
**To:** Tokoro, Jason
**Cc:** nwilliamson@ipwla.com; kgadams@ipwla.com
**Subject:** Re: DC v. PPC

1

EXHIBIT 5
11

Jason:

We are reviewing the document, but I must point out that the signature block for the Kendall firm needs to be removed from the document as this motion does not involve any discovery requests to any of the Toberoff defendants. Please send us the corrected document.

Regards,

Nick

--- On **Mon, 2/7/11, Tokoro, Jason <*jtokoro@OMM.com*>** wrote:


From: Tokoro, Jason <jtokoro@OMM.com>
Subject: DC v. PPC
To: "'Marc Toberoff'" <mtoberoff@ipwla.com>, "Nicholas Daum" <ndaum@kbkfirm.com>, "'nwilliamson@ipwla.com'" <nwilliamson@ipwla.com>, "Keith Adams" <kgadams@ipwla.com>
Cc: "Petrocelli, Daniel" <DPetrocelli@OMM.com>, "Kline, Matthew" <MKline@OMM.com>, "Seto, Cassandra" <cseto@OMM.com>
Date: Monday, February 7, 2011, 10:46 PM

Counsel:


Please see attached Joint Stipulation Regarding DC Comics' Motion to Compel the Production of Documents and Amended Privilege Logs. We have redacted references to Exhibits PP and RR, as discussed in Daniel Petrocelli's email. Please let us know if we have your authorization to sign the attached document on your behalf. As you know, we intend to file it before midnight.


Thank you,

**Jason H Tokoro**
**O'Melveny & Myers LLP - Century City**
1999 Avenue of the Stars, Suite 700
Los Angeles, California 90067
Direct Dial: (310) 246-6707
Fax: (310) 246-6779
Email: jtokoro@omm.com

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

 please consider the environment - do you really need to print this email?

3

EXHIBIT 5

13