UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-3633 ODW(RZx) | Date | February 11, 2011 |
|---|---|---|---|
| Title | DC Comics v. Pacific Pictures Corporation et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):**   **Order Vacating Motions Hearing [145; 146; 147; 148; 149; 150; 151]**

The hearing on the above-referenced motions, scheduled for February 14, 2011 at 1:30 p.m., is hereby VACATED. The matters stand submitted. An order will issue.

IT IS SO ORDERED.

:   00

Initials of Preparer   RGN