1  DANIEL M. PETROCELLI (S.B. #097802)
     dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
     mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
     cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA  90067-6035
   Telephone:  (310) 553-6700
6  Facsimile:  (310) 246-6779

7  PATRICK T. PERKINS (admitted *pro hac vice*)
     pperkins@ptplaw.com
8  PERKINS LAW OFFICE, P.C.
   1711 Route 9D
9  Cold Spring, NY 10516
   Telephone:  (845) 265-2820
10 Facsimile:  (845) 265-2819

11 Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**SUPPLEMENTAL DECLARATION OF DANIEL M. PETROCELLI IN SUPPORT OF DC COMICS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND AMENDED PRIVILEGE LOGS**<br><br>**Judge**:　　Hon. Otis D. Wright II<br>**Magistrate**:　Hon. Ralph Zarefsky<br><br>**Hearing Date**: February 28, 2011<br>**Time**:　　　10:00 a.m. |

## SUPPLEMENTAL DECLARATION OF DANIEL M. PETROCELLI

I, Daniel M. Petrocelli, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am a partner at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this supplemental declaration in support of DC Comics' Motion to Compel the Production of Documents and Amended Privilege Logs. I have personal knowledge of the matters set forth in this declaration, and if called to testify to the facts stated herein, I could and would do so competently.

2. Attached hereto as Exhibit 1 is a true and correct copy of an order issued by the California Court of Appeal, Second District, in *In re Marriage of Larson*, Case No. B158566, dated April 17, 2003.

3. Attached hereto as Exhibit 2 is a true and correct copy of an order issued by the California Court of Appeal, Second District, in *In re Marriage of Larson*, Case No. B192070, dated January 29, 2008.

4. Attached hereto as Exhibit 3 is a true and correct copy of a letter from me to Marc Toberoff dated May 14, 2010.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 14th day of February 2011 at Los Angeles, California.

_____
Daniel M. Petrocelli

CC1:844230

- 1 -    SUPPL. PETROCELLI DECL. ISO DC'S MOTION TO COMPEL