# EXHIBIT 3



# O'MELVENY & MYERS LLP

BEIJING
BRUSSELS
HONG KONG
LONDON
LOS ANGELES
NEWPORT BEACH
NEW YORK

1999 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-6035

TELEPHONE (310) 553-6700
FACSIMILE (310) 246-6779
www.omm.com

SAN FRANCISCO
SHANGHAI
SILICON VALLEY
SINGAPORE
TOKYO
WASHINGTON, D.C.

May 14, 2010

OUR FILE NUMBER
905,900-321

**VIA E-MAIL AND U.S. MAIL**

Marc Toberoff
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California 90067

WRITER'S DIRECT DIAL
(310) 246-6850

WRITER'S E-MAIL ADDRESS
dpetrocelli@omm.com

Dear Mr. Toberoff:

    I write to respond to your letter to me of April 27, 2010. Your letter mischaracterizes the mediation session in which our clients participated. Please assume that every claim made in your letter is rejected. Please also note that our mediation session terminated when you and your clients abandoned it, and we reject your improper invocation of the settlement privilege to cloak your subsequent letter or any similar communications.

    Very truly yours,

Daniel Petrocelli
of O'MELVENY & MYERS LLP

**EXHIBIT 3**
**8**