# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-03633 ODW (RZx) | | Date | February 14, 2011 |
|---|---|---|---|---|
| Title | DC COMICS v. PACIFIC PICTURES CORPORATION, ET AL. | | | |

| Present: The Honorable | **RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE** |
|---|---|
| Ilene Bernal | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** In Chambers –
DC COMICS APPLICATION UNDER L.R. 79-5.1 TO HAVE CERTAIN EXHIBITS AND RELATED BRIEFING TEMPORARILY PLACED UNDER SEAL (Filed February 8, 2011)

    The Court will not rule on the propriety of the use of the letters and the argument before it considers the discovery motion itself. Accordingly, it is prudent to place the matters under seal until the decision on the motion currently set for hearing on February 28, 2011, and the application to temporarily place them under seal is granted.

| | : | |
|---|---|---|
| | Initials of Preparer | igb |