Marc Toberoff (State Bar No. 188547)
 *mtoberoff@ipwla.com*
Nicholas C. Williamson (State Bar No. 231124)
 *nwilliamson@ipwla.com*
Keith G. Adams (State Bar No. 240497)
 *kgadams@ipwla.com*
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 3630
Los Angeles, California, 90067
Telephone: (310) 246-3333
Fax: (310) 246-3101

Attorneys for Defendants
Mark Warren Peary, as personal
representative of the Estate of Joseph
Shuster, Jean Adele Peavy, and Laura
Siegel Larson

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>     Plaintiff,<br><br>   vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; JOANNE SIEGEL, an individual; LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>     Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**STATEMENT RE: DEATH OF A PARTY** |

1  Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, counsel for
2  defendants Mark Warren Peary, as personal representative of the Estate of Joseph
3  Shuster, Jean Adele Peavy, and Laura Siegel Larson and prior counsel for defendant
4  Joanne Siegel, hereby notifies the Court and the parties on the record of Joanne
5  Siegel's passing during the pendency of this action.  Joanne Siegel died on February
6  12, 2011.  Joanne's Siegel's daughter, defendant Laura Siegel Larson, will be named
7  as the executor/personal representative of Joanne Siegel's estate pursuant to the terms
8  of her mother's will.

Dated:  February 19, 2011         RESPECTFULLY SUBMITTED,

                                  _____
                                  Marc Toberoff
                                  TOBEROFF & ASSOCIATES, P.C.

                                  Attorneys for Defendants,
                                  Mark Warren Peary, as personal
                                  representative of the Estate of Joseph
                                  Shuster, Jean Adele Peavy, and Laura
                                  Siegel Larson