UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 10-3633 ODW (RZx) | Date | March 9, 2010 |
|---|---|---|---|
| Title | *DC Comics v. Pacific Pictures Corp., et al.* | | |

| Present: | The Honorable Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not Present | n/a |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings (In Chambers):    Order Requesting Briefing**

Pending before the Court are Defendants' four (4) renewed motions to dismiss and or strike pursuant to California's Anti-SLAPP Law. (Docket Nos. 145-48). Plaintiffs direct the Court to Nine (9) documents they previously filed in opposition to Defendants' original motions. (*See* Docket No. 154.) Following Plaintiffs' example, Defendants direct the Court to replies previously filed, and similarly disproportionate to the number of motions currently pending before this Court. (*See* Docket No. 156.)

The Court requests that the parties file anew their respective briefs, specifically identifying which brief corresponds to which motion. Plaintiffs' oppositions shall be filed on or before **March 21, 2011** and Defendants' replies on or before **March 30, 2011**.

**SO ORDERED**

|  | ---- | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | RGN | |