**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DC COMICS, | ) | CASE NO. CV 10-03633 ODW (RZx) |
| Plaintiff, | ) | |
| vs. | ) | ORDER FOR FURTHER BRIEFING |
| PACIFIC PICTURES CORPORATION, ET AL. | ) | |
| Defendants. | ) | |

One of the issues in the pending motion to compel, which the Court has taken under submission, concerns the so-called consent agreement. Defendants have asserted, among other things, that the agreement should not be produced based on the law of the case doctrine. Not later than March 25, 2011 each side shall submit a further supplemental memorandum addressing the applicability, if any, of the related doctrine of issue preclusion. The supplemental briefs shall not exceed 15 pages in length.

IT IS SO ORDERED.

DATED: March 16, 2011

RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE