# EXHIBIT 2





