# EXHIBIT 9

Sept. 10, 1992

Dear Paul —

Thank you for your letter of Sept. 8. I was extremely pleased to be informed of Mr. Payson's decision to raise the amount of pension payment, and I am most grateful for the new amount Time Warner will be providing.

I had the opportunity to discuss this good news with my sister Jean and told her I would help her out because of her financial problems.

She pointed out that my income tax as a single individual would be higher than hers as a married person. She made the suggestion that if payments were made in her name, she would not pursue the termination of the Superman copyright as provided for to creators' heirs in the 1976 U.S. Copyright Act, and that she could send me whatever money I wanted as a gift which would not be taxable to me. This arrangement is agreeable with me. Hence, we agreed to suggest that perhaps your accounting department could arrange



Exhibit 9
135

- 2 -

to have payments signed over to my sister Jean, so that all future payments be sent in her name instead of mine. I know this arrangement is different from the one provided in the Agreement and you may need to discuss this arrangement further with Mr. Payson as well as with Jean herself. She will be arriving in New York on September 20th, and will remain through the week. We plan to call you on Monday Sept. 21st to arrange an appointment.

Another matter I'd like to mention is Joe memorial service which we set for Thursday Sept. 24th. Some of Joe's relatives have said they would like to attend and need to know the exact time, address, and floor at which the service will be held. Also, I wonder if there is a piano in the room, or whether one can be rented.

Thank you for your condolence card and your thoughtfulness to me during my visit at the new DC offices.

Sincerely,
Frank Shuster

Exhibit 9
136