# EXHIBIT 17

WARNER COMMUNICATIONS INC.

MARTIN D. PAYSON
OFFICE OF THE PRESIDENT
AND GENERAL COUNSEL

June 20, 1988

Mrs. Joanne Siegel
11928 Darlington Avenue, Apt. 102
Los Angeles, CA  90049

Dear Joanne:

I have discussed our meeting with my colleagues at some length.

We are prepared to increase the annual payment to each Jerry and Joe from $60,000 per annum to $80,000 per annum, effective January 1, 1988, plus an annual cost of living increase of up to 10%, commencing 1989 based upon the U.S. Department of Labor statistics for the cost of living applicable to the Los Angeles area.  This should be more than sufficient to enable you and Jerry to move from your present apartment to a more suitable one, and to provide for future adjustments so that you, Jerry and Joe can have a sense of security knowing that your income will not be eroded by inflation.  We are also prepared to pay reasonable moving expenses incurred by you, and to pay Joe a corresponding amount.

We believe that annual payments of $160,000 to Jerry and Joe, plus full medical expenses and cost of living protection is generous, and we do not believe that it is appropriate for the company to make payments beyond that.

With best personal regards.

Sincerely,

Martin D. Payson

cc:  Steven J. Ross
     Deane F. Johnson

75 ROCKEFELLER PLAZA  NEW YORK  N Y 10019    212-484-6520

DCC00005126

Exhibit 17
329