# EXHIBIT 18

Case 2:10-cv-03633-ODW-RZ   Document 182-19   Filed 03/21/11   Page 1 of 2   Page ID #:12984

WARNER COMMUNICATIONS INC.

MARTIN D. PAYSON
OFFICE OF THE PRESIDENT
AND GENERAL COUNSEL

August 8, 1988

Mr. Joseph Shuster
256 South Robertson
Beverly Hills, CA  90211

Dear Joe:

　　I know from Joanne Siegel that she has kept you up to date as to the discussions and correspondence which have taken place between she, Jerry and I, and the new compensation arrangements which Warner Communications has agreed to for Jerry's and your benefit.

　　Retroactive to January 1, 1988, we will be making payments to each of you and Jerry at the rate of $80,000 per annum, plus an annual cost of living increase of up to 10%, commencing 1989 based upon the U.S. Department of Labor statistics for the cost of living applicable to the Los Angeles area. In addition, we will make a one-time payment of $15,000 (less withholding taxes). We have also agreed to reimburse Jerry and Joanne for the reasonable moving expenses which they will incur on their move to a new apartment. At the time such expenses are paid, we will make a similar payment to you, even though you will not be incurring any such expenses.

　　I am pleased to enclose a check in the amount of $11,550 representing the 1988 special payment of $15,000 less withholding taxes.

　　Steve Ross, Deane Johnson and William Sarnoff join me in extending to you our best personal wishes.

　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　Martin D. Payson

Enclosure

cc: Joanne Siegel

75 ROCKEFELLER PLAZA, NEW YORK, N.Y. 10019   212-484-6520

DCC00005673

Exhibit 18
330