# EXHIBIT 19

75 Rockefeller Plaza
New York, NY 10019
212 484 6520

Martin D. Payson
Vice Chairman
and General Counsel

# TIME WARNER INC.

March 12, 1990

Mrs. Joanne Siegel
11928 Darlington Avenue, apt. 102
Los Angeles, CA 90049

Dear Joanne:

This is to let you know that the cost of living for the Los Angeles area for 1989 increased by 5.15% over 1988. Accordingly, I am instructing the payroll department to make the 5.15% increase, to be applied to Jerry and Joe's compensation retroactive to January 1, 1990.

With best wishes to you, Jerry and Joe.

Cordially,

Martin D. Payson

cc:  Joe Shuster
     Elaine Klein

DCC00005671

Exhibit 19
331