# EXHIBIT 23

Received Apr-07-08 12:10pm    From-1 310 827 7227    To-    Page 002



**WARNER COMMUNICATIONS INC.**

Martin D. Payson
Senior Vice President and
General Counsel

(212) 484-8520

March 15, 1982

Mrs. Jerry Siegel
11928 Darlington Avenue
#102
Los Angeles, CA. 90049

Dear Joanne:

This is in response to your letter of February 14, 1982 to Steve Ross.

From December 1975, when WCI entered into its agreement with Jerry and Joe, the Company has been very responsive to the needs of Jerry and Joe and has voluntarily increased their annual salaries from $20,000 per year to $60,000 per year. In addition, as you know, in July 1981 we paid a special bonus to each of Jerry and Joe of $50,000 and in January 1982 an additional bonus of $25,000.

The royalty policy at DC Comics applies to the creators of new series first published after October 1981. It was not intended to nor does it cover Jerry and Joe. The generous arrangements which we have worked out with Jerry and Joe are the exclusive financial arrangements intended for them.

I am pleased to advise you that Warner Communications agrees that if Jerry should predecease you, Warner Communications will continue to pay to you for the remainder of your life the same benefits which it is then paying to Jerry. We do not believe that it is appropriate for the Company to make any payments beyond that, and our agreement to continue payments for your lifetime is conditioned upon the absence of continuing requests for payment beyond your lifetime.

I hope that you, Jerry and Joe are all well. With all good wishes,

Sincerely,

Martin D. Payson

mdp/k

75 Rockefeller Plaza    New York, New York 10019

000000674

Exhibit 23
346