# EXHIBIT 25

# GANG, TYRE, RAMER & BROWN, INC.
### ATTORNEYS AT LAW

NORMAN R. TYRE
HERMIONE K. BROWN
BRUCE M. RAMER
CHARLES A. SCOTT
DONALD S. PASSMAN
HAROLD A. BROWN
LAWRENCE D. ROSE

JEFFREY M. MANDELL
KEVIN S. MARKS
GREGG HARRISON
NANCY L. BOXWELL
BARBARA SILBERBUSCH
ONDRAUS JENKINS

TOM R. CAMP
J. EUGENE SALOMON, JR.
OF COUNSEL

MARTIN GANG (1901-1988)

132 SOUTH RODEO DRIVE
BEVERLY HILLS, CALIFORNIA 90212-2403
(310) 777-4800
FAX (310) 777-4801

October 19, 2001

## VIA TELECOPIER and U.S. MAIL

John A. Schulman, Esq.
Executive Vice President/General Counsel
Warner Bros. Pictures
4000 Warner Boulevard
Main Administration, Room 226
Burbank, CA 91522-0022

Re:     Siegel Family — "Superman"

Dear John:

This is to confirm our telephone conversation of October 19, 2001. The Siegel Family
(through Joanne Siegel and Laura Siegel Larson, the majority owners of the terminated copyright
interests) has accepted D.C. Comics offer of October 16, 2001 in respect of the "Superman" and
"Spectre" properties. The terms are as follows:

A.    Definitions.

1.    "The Property" means all Superman, Superboy and related properties
(including, for example, Supergirl, Steel, Lois & Clark and Smallville),
and the Spectre property, and includes all pre- and post-termination works
(including the so-called Superman library), characters, names and
trademarks relating to the Property.

2.    "Superman/Spectre Gross Revenues" means DC Comics' worldwide gross
revenues derived from the Property, excluding only revenues derived from
D.C. Comic's publications.

B.    Financial Terms.

1.    A non-returnable, but recoupable advance of $2,000,000.

236172.1

EXHIBIT 20
FOR IDENTIFICATION
DAVID S. COLEMAN, CSR #4613
DATE 10-7-06
WITNESS Marks

**GTRB 0302**

Exhibit 25
554

## GANG, TYRE, RAMER & BROWN, INC.

John A. Schulman, Esq.·
October 19, 2001
Page 2

2. ′    A non-returnable, non-recoupable signing bonus of 1,000,000.

3.    D.C. Comics will forgive the $250,000 advance from last year – stated otherwise, that payment will not reduce the advance or bonus, nor shall it be recoupable (contrary to Paragraph 3 of the January 12, 2001 letter agreement).

4.    There will be an annual guarantee of $500,000 per year payable for 10 years beginning March 31, 2002. The annual guarantee is recoupable from royalty payments (under 5 and 6 below). The annual guarantee is paid March 31st of each year. If at the end of the annual guarantee period (i.e., 10 years), D.C. is unrecouped, the annual guarantee will be reduced to $100,000 or 25% of the average royalties for the previous three years (recomputed each year), whichever is greater (for so long as D.C. is unrecouped). If D.C. is recouped, then the annual guarantee will be 75% of the average royalties for the previous three years, which is recomputed each year.

5.    A royalty of 6% of Superman/Spectre Gross Revenues. This applies (without limitation) to the use of the entire Property, including the so-called Superman library, in any and all media now or hereafter known (excluding DC Comics publications), in or on merchandise and in promotional campaigns. This royalty applies when the Property is used alone or is licensed for motion picture and television projects in accordance with the "safe harbor" motion picture and television deals discussed in Paragraph C(10). This 6% royalty will be adjusted pro-rata when the Property is used in conjunction with other book characters (other than in a "cameo" type of appearance), but in no event less than 3% except that the royalty can be further reduced to (a) 1.5% in the case of Justice League of America, "Superfriends" and "Superheros" merchandise and licensing, and (b) 1% in extraordinary cases such as D.C. Comics/Warner Bros. overall license to Six Flags (which involves numerous characters, including D.C. Comic's characters and Looney Toones characters)[1].

6.    A royalty of 1% of the cover price of DC Comics' publications. This

[1] This reduction would not apply to a license for a "Superman" specific ride or attraction.

236172.1

GTRB 0303

Exhibit 25
555

GANG, TYRE, RAMER & BROWN, INC.
John A. Schulman, Esq.
October 19, 2001
Page 3

> royalty applies when the Property is used alone, and will be adjusted pro-
> rata when the Property is used in conjunction with other comic book
> characters (other than in a "cameo" type of appearance), but in no event
> less than 0.5%.

7.  Recoupment begins as of January 1, 2000.

8.  During the first calendar year in which advances/guaranteed payments are
    made there shall be no interest. Thereafter (that is, beginning January 1 of
    the following year), there shall be interest at the prime lending rate, and this
    interest is also recoupable.

9.  Annual guarantees and royalties (if D.C. is fully recouped) are paid for the
    duration of U.S. copyright of Action Comics No. 1. However, for motion
    picture and television product released near the end of the term, royalties
    will continue to be paid as follows: (a) for a motion picture released near
    the end of the term, royalties shall be paid for five years from the initial
    theatrical release even if some part of that five year period is after the U.S.
    copyright expires, (b) for television series, royalties will be paid through
    the full first run of the series, plus three years thereafter (so as to pick up at
    least the first syndication sale), even if that period is after the U.S.
    copyright term expires, and (c) for other substantial projects (akin to
    motion picture and television projects), royalties shall be paid for five years
    from the initial theatrical release of such project, even if some part of that
    five year period is after the U.S. copyright expires.

C.  Other Terms.

1.  The Siegel Family would transfer all of its rights in the "Superman" and
    "Spectre" properties (including "Superboy"), resulting in 100% ownership
    to D.C. Comics, as between the Siegel Family and D.C. Comics.

2.  If for any legal reason, there cannot be a transfer of all rights at this time,
    everything in this deal applies as a prepayment to any future transfer,
    except $100,000 per year would not be applicable against the compensation
    (if any) for a future transfer. This would not result in additional monies
    upon perfecting the "Spectre" termination. Rather, and by way of example,
    in the unlikely situation that the law changes, and this transfer is somehow

236172.1

GTRB 0304

Exhibit 25
556

GANG, TYRE, RAMER & BROWN, INC.
John A. Schulman, Esq.
October 19, 2001
Page 4

invalidated or limited by operation of law, and there is a future court judgment against D.C. Comics, this deal would apply against the amount of such judgement, except to the extent of $100,000 per year. For the sake of clarity, this provision will not in any circumstance reduce the monies due the Siegel Family under this deal.

3. Until the expiration of the U.S. copyright for Action Comics No. 1, there will be a credit on "Superman" comics and other publications, movies and television programs that reads: "By Special Arrangement with the Jerry Siegel Family". The size and placement of credit is to be in D.C. Comics' discretion.

4. D.C. shall accord credit along the lines of "Superman created by Jerry Siegel and Joe Shuster", "Created by Jerry Siegel and Joe Shuster" or "Based on the characters created by Jerry Siegel and Joe Shuster" or "Superboy created by Jerry Siegel" or "The Spectre created by Jerry Siegel and Bernard Bailey" (as applicable) on motion pictures (main titles on screen, paid ads), television programs (main titles), all publications, and on all other works where credit to creators is customary.

5. The accounting statements will be rendered March 31st, and if royalty payments are due for the previous calendar year, they will be paid at the same time (along with the annual guarantee for the then present year).

6. In respect of the monies due under this rights deal, D.C. Comics will pay directly 47.5% to Joanne Siegel, 23.75% to Laura Siegel Larson, 23.75% to Michael Siegel, and 5% to Gang, Tyre, Ramer & Brown, Inc. (counsel to the Siegel Family).

7. Joanne, Laura and Michael can assign or otherwise dispose of all or part of their monetary contractual entitlements under this deal (other than insurance) up to a maximum of three times each.

8. D.C. Comics to provide medical and dental insurance for Michael and Laura, and Laura's children for so long as they are minors. Laura is also to be reimbursed for the costs of medical and dental insurance for her and her sons since November 2000.

236172.1

**GTRB 0305**

Exhibit 25
557

GANG, TYRE, RAMER & BROWN, INC.

John A. Schulman, Esq.
October 19, 2001
Page 5

9. DC Comics to provide the opportunity for the Siegel Family to be informed
about major developments (e.g., motion pictures, television programs,
theme park attractions, major changes planned in publications), and the
Siegel Family will have an opportunity to give its input, but this does not
rise to the level of a consultation right. The Siegel Family will be informed
of such developments early enough in the development process so that their
opportunity to give input is meaningful.

10. Siegel Family to have full audit rights. Intra-company transactions will be
covered by "safe harbors" established at a level consistent with the Salkind
Superman theatrical motion picture deal, the "Lois & Clark" television
program deal, the WB Television Animation deal, and the existing fee
arrangements with Warner Bros. Consumer Products. There will be an
expedited dispute resolution procedure for challenging intra-company deals
which fall outside the safe harbors. D.C. would also include in the "safe
harbors" the Salkind or other deals as they may be reduced, but only (i)
where another character of comparable stature to "Superman" (e.g.,
"Batman") is used in a comparable manner in connection with the same
project, (ii) on a prorata basis with the adjustment in the other character's
rights deal, and (iii) in all events, the reduction shall be no less than 50% or
the original rights deal.

11. At the end of the U.S. Copyright term, the Siegel Family agrees that it will
not exploit the Property, even though it is in the public domain.

12. The Siegel Family would agree to execute further documents, and D.C.
Comics would be appointed as attorney-in-fact to execute such documents
if the Siegel Family fails to do so within a reasonable period of time.

13. Siegel Family would not make any warranties as to the nature of rights, but
would represent that they have not transferred the rights to any party. The
Siegel Family would agree that there will be no interference with the
Superman rights, or disparagement of D.C. Comics. D.C. Comics and
AOL Time Warner agree not to disparage the Siegel Family.

14. Full E&O and general liability coverages, and full indemnities for Joanne
Siegel, Laura Siegel Larson, and Michael Siegel against liability for DC or
affiliate actions.

236172.1

**GTRB 0306**

Exhibit 25
558

GANG, TYRE, RAMER & BROWN, INC.
John A. Schulman, Esq.
October 19, 2001
Page 6

It is also agreed that Joanne's widow's benefits (including both payments and insurance), are to continue for her life, and will not be treated as an advance against this deal, and are not recoupable from this deal.

John, if there is any aspect of the above that is somehow misstated, please let me know by Monday at 2:00, as I will be out of the office – and likely difficult to reach – for the following four weeks.

Many thanks for help and patience in reaching this monumental accord.

Sincerely,

GANG, TYRE, RAMER & BROWN, INC.

By

Kevin S. Marks

KSM:ljl

cc:    Joanne Siegel
       Laura Siegel Larson
       Bruce Ramer
       Don Bulson

236172.1

**GTRB 0307**

Exhibit 25
559

GANG, TYRE, RAMER & BROWN, INC.
ATTORNEYS AT LAW
132 SOUTH RODEO DRIVE
BEVERLY HILLS, CALIFORNIA 90212
PHONE    (310) 777-4800
TELECOPIER   (310) 777-4801

TELECOPIER TRANSMITTAL SHEET

Date:    October 19, 2001

PLEASE DELIVER THE FOLLOWING MATERIAL AS SOON AS POSSIBLE TO:

Recipient:                    Telecopier No.
John Schulman                 (818) 954-4768

From:    Kevin S. Marks

Re:    Siegel Family – "Superman"

Number of pages transmitted (including this page):    6

COMMENTS:

IF DOCUMENT IS NOT RECEIVED PROPERLY,
PLEASE CALL (310) 777-4800 IMMEDIATELY.
THANK YOU.

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

# TRANSMISSION REPORT

THIS DOCUMENT WAS CONFIRMED
(REDUCED SAMPLE ABOVE – SEE DETAILS BELOW)

** COUNT **
TOTAL PAGES SCANNED    :    7
TOTAL PAGES CONFIRMED   :    7

*** SEND ***

| No. | REMOTE STATION | START TIME | DURATION | #PAGES | MODE | RESULTS |
|---|---|---|---|---|---|---|
| 1 | 818 954 4768 | 10-19- 1  6:43PM | 2'35" | 7/  7 | EC | COMPLETED 12000 |
| | | TOTAL | 0:02'35" | 7 | | |

NOTE:
No. : OPERATION NUMBER    48 : 4800BPS SELECTED    EC : ERROR CORRECT    G2 : G2 COMMUNICATION
PD : POLLED BY REMOTE    SF : STORE & FORWARD    RI : RELAY INITIATE    RS : RELAY STATION
MB : SEND TO MAILBOX    PG : POLLING A REMOTE    MP : MULTI-POLLING    RM : RECEIVE TO MEMORY

GTRB 0308

Exhibit 25
560