# EXHIBIT 30

AVERY

50-1
In/Out Cal
100 P

10/4/01 to 4/10/02

# INCOMING/OUTGOING CALL REGISTER

**OUTGOING CALLS**

| DATE | | | |
|---|---|---|---|
| TIME | NAME | | MESSAGE |

**INCOMING CALLS**

| DATE | | | |
|---|---|---|---|
| TIME | NAME | | MESSAGE |

GTRB 0598

Avery-Aigner

Exhibit 30
636

## INCOMING CALLS

DATE: 2/6/02

NAME: 

| TIME | NAME | MESSAGE | CALL COMPLETED |
|------|------|---------|----------------|
| | REDACTED | | |
| 11/05 | Mark Toberoff re: Superman | #310-589-5151 — Potential Buyout (end of Nov.) | |
| | REDACTED | | |

GTRB 0604

AVERY FORM NO. 50-111   PRINTED IN USA

Exhibit 30
637