# EXHIBIT 33

CONFIDENTIAL

**Joanne Siegel**  
13929 Marquesas Way #201A  
Marina Del Rey, CA 90292

**Laura Siegel Larson**  
6400 Pacific Avenue #106  
Playa Del Rey, CA 90293

September 21, 2002

Paul Levitz  
President and Publisher  
DC Comics, Inc.  
1700 Broadway  
New York, New York 10019

Dear Paul,

We regret to inform you that after many years of difficult negotiations with your representatives culminating in an offer sent to us on February 4, 2002, irreconcilable differences exist that cannot be overcome. Therefore, effective immediately, we are totally stopping and ending negotiations with DC Comics, Inc., the parent company AOL Time Warner and all of its representatives and associates concerning the Jerry Siegel Family's rights to Superman, Superboy, the Spectre and all related characters and entities.

We also wish to inform you that we have notified Kevin Marks, Bruce Ramer and the firm of Gang, Tyre, Ramer & Brown, Inc. of the end of negotiations and have terminated their services as representatives of the Siegel Family interest, effective immediately. We have instructed them to take no further actions on our behalf.

It is a shame that four years were wasted due to your representatives' desire to try to wear down Jerry's widow, his daughter who is disabled with multiple sclerosis and his son who is disabled with arthritis. Putting outrageous, never discussed, unacceptable demands into DC's February document made it clear no agreement could ever be reached.

We have no intention of publically disparaging DC or any individual in the parent company. However, should anyone at DC, its parent company, officers, attorneys, representatives or spokespersons disparage us or our rights, we will vigorously respond in kind.

Very sincerely yours,

*Joanne Siegel*

Joanne Siegel

Very sincerely yours,

*Laura Siegel Larson*

Laura Siegel Larson

cc: Michael Siegel  
   Don W. Bulson, Esq.

43  
EXHIBIT ___  
FOR IDENTIFICATION  
DAVID S. COLEMAN, CSR #4633  
DATE 8-2-06  
WITNESS Siegel

Confidential

WB006022

Exhibit 33  
646