DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819

Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>  Plaintiff,<br><br>  v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>  Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DC COMICS' RENEWED OPPOSITIONS TO DEFENDANTS' RENEWED MOTIONS TO DISMISS (DOCKET NOS. 145-148)**<br><br>**Judge**: Hon. Otis D. Wright II<br><br>**Hearing Date**: TBD<br>**Hearing Time**: TBD |

Plaintiff DC Comics hereby requests that the Court take judicial notice of the four following documents identified below in support of DC Comics' concurrently filed Oppositions to Defendants' Motions to Dismiss. The court may take notice of facts that are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. FED. R. EVID. 201(b); *U.S. v. Bernal-Obeso*, 989 F.2d 331, 333 (9th Cir. 1993).

In certain instances, the exhibits attached hereto have been slightly reduced in size to confirm with the Local Rules regarding the formatting and pagination of exhibits. *See* L.R. 11-5.2, 11-5.3, 11-5.4. This was done solely to prevent pagination indications from overlapping with other text and to differentiate clearly the new pagination references.

1. DC Comics requests that the Court take judicial notice of the Petition for Probate of Lots Will and for Letters Testamentary ("Petition"), filed July 23, 2003, in *In re Estate of Joseph Shuster*, Case No. BP-080635, Superior Court of the State of California for the County of Los Angeles ("Probate Action"). A true and correct copy of the Petition is attached hereto as Exhibit A. It is proper for the Court to take judicial notice of court records. *E.g., Intri-Plex Techs., Inc. v. Crest Group, Inc.*, 499 F.3d 1048, 1052 (9th Cir. 2007); *Mir v. Little Co. of Mary Hosp.*, 844 F.2d 646, 649 (9th Cir. 1988); *Valerio v. Boise Cascade Corp.*, 80 F.R.D. 626, 635 n. 1 (N.D. Cal. 1978), *aff'd*, 645 F.2d 699 (9th Cir.); 21 WRIGHT & MILLER, FEDERAL PRACTICE AND PROCEDURE § 5106 (3d ed. 1998 & Supp. 2003) ("The most frequent use of judicial notice of ascertainable facts is in noticing the content of court records.").

2. For the same reasons and on the same basis, DC Comics requests that the Court take judicial notice of the Order Admitting Will To Probate, Appointing Executor and Authorizing Independent Administration of Estate With Limited Authority ("Order Appointing Executor") filed October 7, 2003, in the Probate

REQUEST FOR JUDICIAL NOTICE ISO
DC'S RENEWED OPPS. TO DEFS'
RENEWED MOTIONS TO DISMISS

1  Action.  A true and correct copy of the Order Appointing Executor is attached
2  hereto as Exhibit B.

3       3.     For the same reasons and on the same basis, DC Comics requests that
4  the Court take judicial notice of Mark Peary and Jean Peavy's Memorandum in
5  Opposition to Defendants' Motion to Compel Production of Documents Pursuant to
6  Subpoena Duces Tecum For Contempt, and For Attorneys Fees ("Peavy
7  Opposition") filed August 25, 2006 in *In re Subpoenas Duces Tecum*, Case No.
8  MC-06-20 MV, United States District Court for the District of New Mexico.  A true
9  and correct copy of the Peavy Opposition is attached hereto as Exhibit C.

10       4.     DC Comics requests that the Court take judicial notice of the fact that
11  no later than May 12, 2005, defendants stated in a letter of that date that DC
12  Comics denied the validity of the Shusters' termination.  Rule 201 of the Federal
13  Rules of Evidence permits a court to take judicial notice of a fact that is "not
14  subject to reasonable dispute in that it is … capable of accurate and ready
15  determination by resort to sources whose accuracy cannot reasonably be
16  questioned."  Rule 201(d) "makes the taking of judicial notice mandatory if the
17  Court is so requested and supplied with the necessary information."  *Haye v. United*
18  *States*, 461 F. Supp. 1168, 1174 (C.D. Cal. 1978).  That defendants stated no later
19  than May 12, 2005 that DC Comics denied the validity of the Shusters' termination
20  is not subject to reasonable dispute.  A letter signed by defendant Marc Toberoff
21  and dated May 12, 2005, a true and correct copy of which is attached hereto as
22  Exhibit D, states that DC Comics sent a prior letter "denying our clients'
23  termination interests…."  The letter is on the letterhead of the "Law Offices of
24  Marc Toberoff," is signed by Marc Toberoff, is written "[o]n behalf of" defendants
25  Mark Peary and Jean Peavy, and is both dated and fax-stamped May 12, 2005.  *See*
26  *Brodsky v. Yahoo! Inc.*, 630 F. Supp. 2d 1104, 1111 (N.D. Cal. 2009) (judicial
27  notice of conference call transcripts for the fact that statements were made on the
28  dates specified); *Twinde v. Threshold Pharm., Inc.*, 2009 WL 928132, at *5 (N.D.

- 2 -  REQUEST FOR JUDICIAL NOTICE ISO
DC'S OPPOSITIONS TO DEFENDANTS'
RENEWED MOTIONS TO DISMISS

1  Cal. Apr. 3, 2009) (judicial notice of fact that statements made in press releases
2  were made on the dates specified).  To be clear, this letter is being offered to prove
3  notice, not "to prove liability, invalidity of, or amount of a claim" in the *Siegel*
4  cases, and this us fully admissible.  FED. R. EVID. 408; *see also Rhoades v. Avon*
5  *Prods., Inc.*, 504 F.3d 1151, 1161 (9th Cir. 2007); *Munoz v. J.C. Penney Corp.,*
6  *Inc.*, 2009 U.S. Dist. LEXIS 36362, at *7-10 (C.D. Cal. Apr. 9, 2009).

7  Dated:  March 21, 2011                    Respectfully Submitted,

8                                            O'MELVENY & MYERS LLP

9                                            By: /s/ Daniel M. Petrocelli
10                                               Daniel M. Petrocelli

11 CC1:846312