# EXHIBIT D

# LAW OFFICES OF MARC TOBEROFF

A PROFESSIONAL CORPORATION

MARC TOBEROFF*
NICHOLAS C. WILLIAMSON

* ALSO ADMITTED IN NEW YORK

1999 AVENUE OF THE STARS, SUITE 1540
LOS ANGELES, CALIFORNIA 90067

TELEPHONE
(310) 246-3333

FACSIMILE
(310) 246-3101

CONFIDENTIAL COMMUNICATION
FOR SETTLEMENT PURPOSES ONLY

May 12, 2005

<u>Via Facsimile and US Mail</u>

Patrick T. Perkins
Fross Zelnick Lehrman & Zissu, P.C.
866 United Nations Plaza
New York, NY 10017

**Re: Superman / Estate of Joseph Shuster / Mark Warren Peary**

Dear Patrick:

On behalf of our clients, Warren Peary, the personal representative of the Estate of Joseph Shuster ("Estate") and Jean Adele Peavy, this is to respond to the buy-out proposal dated April 28, 2005 which DC Comics ("DC") sent directly to them.

While our clients certainly do appreciate DC's efforts, they are passing on DC's offer. It is believed that the offer is extremely low and bears no relation to the net present value of the Estate's 50% interest in *Superman* profits for the duration of copyright, commencing 2013. Nor does DC's offer reflect the considerable strategic value of the Estate's 50% copyright interest in tandem with the Siegel's 50% copyright interest in *Superman.*

One need only to look at DC/Warner Bros.' full-blown plans to reinvigorate *Superman* as a billion dollar film, television and merchandising franchise and to Marvel's $2.2 billion market capitalization to understand how DC's $2 million proposal bears little or no relation to the marketplace and the economic realities of this world famous property.

Given your firm's prior letter on DC's behalf denying our clients' termination interests without legal grounds, my clients have requested that any further communications to them be made through our law firm and not to them directly.

The foregoing is without prejudice to any of our clients' rights, remedies, claims or positions at law or in equity, all of which are hereby expressly reserved.

Very truly yours,

Marc Toberoff

cc: Warren Peary and Jean Peavy

DCC00057438