Marc Toberoff (State Bar No. 188547)
  *mtoberoff@ipwla.com*
Nicholas C. Williamson (State Bar No. 231124)
  *nwilliamson@ipwla.com*
Keith G. Adams (State Bar No. 240497)
  *kgadams@ipwla.com*
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 3630
Los Angeles, California, 90067
Telephone: (310) 246-3333
Fax: (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>        Plaintiff,<br><br>  vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; JOANNE SIEGEL, an individual; LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>        Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DISCOVERY MATTER**<br><br>**JOINT STIPULATION TO EXTEND TIME TO SUBMIT COURT-ORDERED SUPPLEMENTAL BRIEFING RE: MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND AMENDED PRIVILEGE LOGS**<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set |

```
 1  DANIEL M. PETROCELLI (S.B. #97802)
      dpetrocelli@omm.com
 2  MATTHEW T. KLINE (S.B. #211640)
      mkline@omm.com
 3  CASSANDRA L. SETO (S.B. #246608)
      cseto@omm.com
 4  O'MELVENY & MYERS LLP
    1999 Avenue of the Stars, 7th Floor
 5  Los Angeles, CA 90067-6035
    Telephone:  (310) 553-6700
 6  Facsimile:   (310) 246-6779

 7  PATRICK T. PERKINS (admitted pro hac vice)
    pperkins@ptplaw.com
 8  PERKINS LAW OFFICE, P.C.
    1711 Route 9D
 9  Cold Spring, NY 10516
    Telephone:  (845) 265-2820
10  Facsimile:   (845) 265-2819

11  Attorneys for Plaintiff,
    DC COMICS
12
```

JOINT STIPULATION TO EXTEND TIME FOR SUPPLEMENTAL BRIEFING

Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson (the "Responding Defendants") and Plaintiff DC Comics ("DC"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on February 28, 2011, the Court took DC's Motion to Compel the Production of Documents and Amended Privilege Logs under submission after a hearing;

WHEREAS, the Court ordered the parties to submit, by no later than Friday, March 25, 2011, further supplemental briefs in connection with DC's Motion to Compel the Production of Documents and Amended Privilege Logs;

WHEREAS, counsel for the Responding Defendants has three oppositions to motions due in another important federal action on March 25, 2011, including a motion for summary judgment;

WHEREAS, counsel for the Responding Defendants asked counsel for DC if DC would agree to extend the parties' deadline to file their respective supplemental briefs to March 29, 2011;

WHEREAS, counsel for DC agreed to this two-business day extension, provided that Responding Defendants would provide DC a similar extension in the future, as needed;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, that, subject to the Court's approval, the parties' deadline to serve and file their respective supplemental briefs shall be continued by two business days to Tuesday, March 29, 2011.

Dated: March 22, 2011

/s/ Marc Toberoff
Marc Toberoff
TOBEROFF & ASSOCIATES, P.C.

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson

Dated: March 22, 2011

/s/ Daniel M. Petrocelli
Daniel M. Petrocelli
O'MELVENY & MYERS LLP

Attorneys for Plaintiff
DC Comics