Marc Toberoff (State Bar No. 188547)
  mtoberoff@ipwla.com
Nicholas C. Williamson (State Bar No. 231124)
  nwilliamson@ipwla.com
Keith G. Adams (State Bar No. 240497)
  kgadams@ipwla.com
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 3630
Los Angeles, California, 90067
Telephone:  (310) 246-3333
Fax:             (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>        Plaintiff,<br><br>    vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; JOANNE SIEGEL, an individual; LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>        Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO SUBMIT COURT-ORDERED SUPPLEMENTAL BRIEFING RE: MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND AMENDED PRIVILEGE LOGS**<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set |

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR SUPPLEMENTAL BRIEFING

```
 1  DANIEL M. PETROCELLI (S.B. #97802)
       dpetrocelli@omm.com
 2  MATTHEW T. KLINE (S.B. #211640)
       mkline@omm.com
 3  CASSANDRA L. SETO (S.B. #246608)
       cseto@omm.com
 4  O'MELVENY & MYERS LLP
    1999 Avenue of the Stars, 7th Floor
 5  Los Angeles, CA 90067-6035
    Telephone:  (310) 553-6700
 6  Facsimile:   (310) 246-6779

 7  PATRICK T. PERKINS (admitted pro hac vice)
    pperkins@ptplaw.com
 8  PERKINS LAW OFFICE, P.C.
    1711 Route 9D
 9  Cold Spring, NY 10516
    Telephone:  (845) 265-2820
10  Facsimile:   (845) 265-2819

11  Attorneys for Plaintiff,
    DC COMICS
12
13
...
28
```

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR SUPPLEMENTAL BRIEFING

1  The parties having stipulated, and good cause appearing, IT IS HEREBY
2  ORDERED that the parties' deadline to file their respective supplemental briefs
3  regarding Plaintiff's Motion to Compel the Production of Documents and Amended
4  Privilege Logs shall be continued from March 25, 2011 to March 29, 2011.

7  IT IS SO ORDERED.

9  Dated:  March 23, 2011            _____
                                     Honorable Ralph Zarefsky
                                     Magistrate Judge,
                                     United States District Court