Name & Address:
Daniel M. Petrocelli (S.B. # 097802)
dpetrocelli@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Teelphone: (310) 553-6700; Facimile: (310) 246-6779

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DC COMICS | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 10-03633 ODW (RZx) |
| v. | |
| PACIFIC PICTURES CORPORATION et al. | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
DC Comics' Court-Ordered Supplemental Brief in Support of Motion to Compel Production of Documents and Amended Privilege Logs (see attachment for additional documents)

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☒ Other Court-ordered supplemental brief in support of DC Comics' motion to compel; application to seal and supporting declaration and proposed order

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

| March 29, 2011 | /s/ Daniel M. Petrocelli |
|---|---|
| Date | Attorney Name |
| | Daniel M. Petrocelli |
| | Party Represented |
| | Plaintiff DC Comics |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                NOTICE OF MANUAL FILING

American LegalNet, Inc.
www.FormsWorkflow.com

**ATTACHMENT**
List of Manually-Filed Documents Continued

DC COMICS' UNOPPOSED APPLICATION TO TEMPORARILY FILE UNDER SEAL COURT-ORDERED SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND AMENDED PRIVILEGE LOGS PURSUANT TO L.R. 79-5.1

DECLARATION OF CASSANDRA SETO IN SUPPORT OF DC COMICS' UNOPPOSED APPLICATION TO TEMPORARILY FILE UNDER SEAL COURT-ORDERED SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND AMENDED PRIVILEGE LOGS PURSUANT TO L.R. 79-5.1

[PROPOSED] ORDER GRANTING DC COMICS' UNOPPOSED APPLICATION TO TEMPORARILY FILE UNDER SEAL COURT-ORDERED SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND AMENDED PRIVILEGE LOGS PURSUANT TO L.R. 79-5.1