1  DANIEL M. PETROCELLI (S.B. #97802)
   dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
   mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
   cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA 90067-6035
   Telephone: (310) 553-6700
6  Facsimile: (310) 246-6779

7  PATRICK T. PERKINS (admitted *pro hac vice*)
   pperkins@ptplaw.com
8  PERKINS LAW OFFICE, P.C.
   1711 Route 9D
9  Cold Spring, NY 10516
   Telephone: (845) 265-2820
10 Facsimile: (845) 265-2819

11 Attorneys for Plaintiff DC Comics

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. CV-10-03633 ODW (RZx)<br><br>**PROOF OF SERVICE**<br><br>**Judge**: Hon. Otis D. Wright II<br>**Magistrate**: Hon. Ralph Zarefsky |

**PROOF OF SERVICE BY FEDERAL EXPRESS/OVERNIGHT DELIVERY**

I am a citizen of the United States and employed in Los Angeles County, California, by O'Melveny & Myers LLC, whose address is 1999 Avenue of the Stars, 7th Floor, Los Angeles, California 90067-6035. I am over the age of eighteen years and not a party to the within action. On March 29, 2011, I served the following:

NOTICE OF MANUAL FILING

[UNREDACTED] DC COMICS' COURT-ORDERED SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND AMENDED PRIVILEGE LOGS

DC COMICS' UNOPPOSED APPLICATION TO TEMPORARILY FILE UNDER SEAL COURT-ORDERED SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND AMENDED PRIVILEGE LOGS PURSUANT TO L.R. 79-5.1

DECLARATION OF CASSANDRA SETO IN SUPPORT OF DC COMICS' UNOPPOSED APPLICATION TO TEMPORARILY FILE UNDER SEAL COURT-ORDERED SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND AMENDED PRIVILEGE LOGS PURSUANT TO L.R. 79-5.1

[PROPOSED] ORDER GRANTING DC COMICS' UNOPPOSED APPLICATION TO TEMPORARILY FILE UNDER SEAL COURT-ORDERED SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND AMENDED PRIVILEGE LOGS PURSUANT TO L.R. 79-5.1

by putting a true and correct copy thereof together with an unsigned copy of this declaration, in a sealed envelope, with delivery fees paid or provided for, for delivery the next business day to the parties listed below and by placing the envelope(s) for collection today by the overnight courier in accordance with the firm's ordinary business practices. I am readily familiar with this firm's practice for collection and processing of overnight courier correspondence. In the ordinary

1  course of business, such correspondence collected from me would be processed on
2  the same day, with fees thereon fully prepaid, and deposited that day in a box or
3  other facility regularly maintained by Federal Express, which is an overnight
4  carrier.

Marc Toberoff
Toberoff & Associates, P.C.
2049 Century Park East, Suite 3630
Los Angeles, CA  90067

Attorneys for defendants Joanne Siegel; Laura Siegel Larson; Mark Warren Peary; and Jean Peavy

Richard Kendall
Kendall Brill & Klieger LLP
10100 Santa Monica Blvd., Suite 1725
Los Angeles, CA  90067

Attorneys for defendants Marc Toberoff; Pacific Pictures Corporation; IP Worldwide, LLC; and IPW, LLC

I declare under penalty of perjury under the laws of the United States that the above is true and correct.  Executed on March 29, 2011, at Los Angeles, California.

*Sandra Watson*
Sandra Watson

CC1:847001.1