Marc Toberoff (State Bar No. 188547)
 *mtoberoff@ipwla.com*
Nicholas C. Williamson (State Bar No. 231124)
 *nwilliamson@ipwla.com*
Keith G. Adams (State Bar No. 240497)
 *kgadams@ipwla.com*
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 3630
Los Angeles, California, 90067
Telephone: (310) 246-3333
Fax:           (310) 246-3101
MToberoff@ipwla.com

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| DC COMICS,<br><br>         Plaintiff,<br><br>   vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; JOANNE SIEGEL, an individual; LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>         Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>**DECLARATION OF MARC TOBEROFF IN FURTHER SUPPORT OF DEFENDANTS' RENEWED MOTION TO STRIKE UNDER CALIFORNIA'S ANTI-SLAPP STATUTE**<br><br>*Re: Anti-SLAPP Motion to Strike* (Docket No. 145), *under submission per the Court's February 14, 2011 Order* (Docket No. 169)<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set |

## DECLARATION OF MARC TOBEROFF

I, Marc Toberoff, declare as follows:

1. I am an attorney at Toberoff & Associates, P.C., counsel of record for defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson. I am also counsel for plaintiff Laura Siegel Larson and the recently-decease Joanne Siegel (the "Siegels") in the related cases of *Joanne Siegel, et al. v. Warner Bros. Entertainment Inc., et al.*, Case No. 04-CV-8400 ODW (RZx) and *Joanne Siegel, et al. v. Time Warner Inc., et al.*, Case No. 04-CV-8776 ODW (RZx). I am a member in good standing of the State Bar of California and submit this declaration in further support of defendants' motion to strike pursuant to California's Anti-SLAPP statute. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Mr. Petrocelli states in paragraph 14 of his declaration that I and my companies have been sued for "alleged business misconduct" and lists two lawsuits. Neither lawsuit involved any judgment against me or any company with which I am affiliated. The old 1997 suit, *Alomar v. Cavana*, Los Angeles Superior Court Case No. BC166806, ended in a very favorable settlement for me. The second lawsuit, *Leeds v. Van Leeuwan*, Los Angeles Superior Court Case No. SC106045, has only just begun and involves the purported breach of a contract to which I am not a party. Substantial defenses exist to the claims alleged, and the suit has not resulted in any adverse determination whatsoever. I will be filing a dispositive motion shortly to remove myself from the case.

3. Attached hereto as "Exhibit A" is a true and correct copy of the transcript of the September 20, 2010 discovery hearing in this matter before Magistrate Zarefsky, which I attended.

4. Attached hereto as "Exhibit B" is a true and correct copy of an article from *Variety* magazine entitled "Dealmakers Impact Report 2009," dated December 9, 2009, that I caused to be printed.

5. Attached hereto as "Exhibit C" is a true and correct copy of an article from *Variety* magazine entitled "Warner Vexed by Legal Man of Steel," dated March 30, 2008, that I caused to be printed.

6. Attached hereto as "Exhibit D" is a true and correct copy of an article from *The New York Times* entitled "A Supersized Custody Battle over Marvel Superheroes," dated March 20, 2010, that I caused to be printed.

7. In 2008, 2009 and 2010, I have been honored to be consistently named among the most influential entertainment litigators in the country by *The Hollywood Reporter*. Attached hereto as "Exhibit E" is a true and correct copy of an excerpt from an article from *The Hollywood Reporter* entitled "Power of Attorneys" dated July 24, 2009, that I caused to be printed. Attached hereto as "Exhibit F" is a true and correct copy of an excerpt from an article from *The Hollywood Reporter* entitled "Power Lawyers 2010" dated July 16, 2010, that I caused to be printed.

8. In 2009 I was honored to speak at the USC Gould School of Law – Beverly Hills Bar Association 2009 Institute on Entertainment Law and Business. In November, 2009 I served as a judge of the semi-finals of the prestigious National Entertainment Law Moot Court Competition.

9. This year I was invited to speak at the American Bar Association's Forum on the Entertainment and Sports Industries.

10. In 1997, I represented the family of writer Gilbert Ralston in a lawsuit regarding the television show "Wild Wild West," *CBS Broadcasting Inc. v. Gilbert A. Ralston, et al.* 97-CV-05384 DDP (CTx), which resulted in a favorable settlement for my client.

11. In 2004, I successfully represented the children of the Pulitzer Prize winning author Alex Haley and successfully demonstrated that with their filing of the

renewal copyright registration for their father's beloved novel, <u>ROOTS</u>, that the copyright to the novel reverted to the Haley children, and that Warner Bros. could no longer distribute the "ROOTS" miniseries, the "ROOTS" sequel miniseries, a "ROOTS Christmas special" and a "ROOTS" documentary, without entering into a new license with the Haley family. I am proud to say that my efforts resulted in a lucrative new licensing agreement with Warner Bros. that I negotiated on behalf of the Haley family.

12. In 2005, I successfully represented the plaintiff in the copyright infringement action, *Moonrunners Limited Partnership v. Time Warner, Inc.*, 2005 U.S. Dist. LEXIS 41244 (C.D. Cal. Jun. 17, 2005), wherein Judge Feess' granted plaintiff's motion for a preliminary injunction of Warner Bros.' pending feature motion picture, "The Dukes of Hazzard," due to Warner Bros.' alleged failure to obtain the motion picture rights to the underlying television series. The case was settled immediately thereafter.

13. In 2007, I successfully represented the esteemed writer Buck Henry ("The Graduate," etc.) and the famed Mel Brooks against Warner Bros. with respect to the "Get Smart" television series they had co-created. This resulted in a WGA Arbitration and prompt settlement.

14. The theft of privileged documents from my law offices and their transmittal with an anonymous cover letter, entitled the "Toberoff Timeline," to DC's in-house legal team, as well as to other executives of DC's parent company, Warner Bros., by a former junior attorney at my firm, is the subject of an ongoing grand jury investigation initiated by the United States Attorney for the Central District of California.

15. The young lawyer in question was hired long after litigation had commenced in the related cases of *Joanne Siegel, et al. v. Warner Bros. Entertainment Inc., et al.*, Case No. 04-CV-8400 ODW (RZx) and *Joanne Siegel, et al. v. Time Warner Inc., et al.*, Case No. 04-CV-8776 ODW (RZx). He was employed

by my firm as an entry-level associate, but abruptly left without notice after only approximately three months. In late November and early December, 2005, he surreptitiously contacted the Siegels and tried to convince them to terminate my firm and retain him instead, by falsely disparaging me. After his efforts failed, this lawyer sent the defamatory "Toberoff Timeline," as well as numerous confidential and privileged documents, belonging to the Siegels and Shusters, that he had stolen from my firm's legal files, to Warner Bros.' General Counsel, John Schulman as well as other Warner Bros. executives.

16. John Schulman and in-house litigation counsel Wayne Smith were the legal team managing the *Siegel* litigations for Warner Bros., and its close affiliate, DC, at all relevant times until Mr. Schulman resigned from Warner Bros. at the end of 2009. Mr. Smith continues to manage the *Siegel* litigations and this action on behalf of Warner Bros. and DC.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on March 29, 2011, in Los Angeles, California

/s/ Marc Toberoff
_____
Marc Toberoff