1  DANIEL M. PETROCELLI (S.B. #097802)
   dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
   mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
   cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA 90067-6035
   Telephone: (310) 553-6700
6  Facsimile: (310) 246-6779

7  PATRICK T. PERKINS (admitted *pro hac vice*)
   pperkins@ptplaw.com
8  PERKINS LAW OFFICE, P.C.
   1711 Route 9D
9  Cold Spring, NY 10516
   Telephone: (845) 265-2820
10 Facsimile: (845) 265-2819

11 Attorneys for Plaintiff DC Comics

**ORIGINAL**

**FILED** 2011 MAR 29 PM 3:51
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 10-03633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF CASSANDRA SETO IN SUPPORT OF DC COMICS' UNOPPOSED APPLICATION TO TEMPORARILY FILE UNDER SEAL COURT-ORDERED SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND AMENDED PRIVILEGE LOGS PURSUANT TO L.R. 79-5.1**<br><br>**Judge**: Hon. Otis D. Wright II<br>**Magistrate**: Hon. Ralph Zarefsky |

## DECLARATION OF CASSANDRA SETO

I, Cassandra Seto, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am an associate at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in support of DC Comics' Unopposed Application to Temporarily File Under Seal Court-Ordered Supplemental Brief in Support of Motion to Compel Production of Documents and Amended Privilege Logs Pursuant to L.R. 79-5.1 ("Application").

2. Attached hereto as Exhibit A is a true and correct copy of an e-mail chain between me and counsel for defendants dated March 28, 2011, to March 29, 2011. On March 28, I sent counsel for defendants an email notifying them that DC would be filing the Application and asking whether they would agree to the relief sought therein. On March 29, counsel for defendants responded that they agreed DC's Supplemental Brief could be filed under seal "in light of Magistrate Zarefsky's February 14, 2011 order that temporarily placed materials under seal pending the decision on" DC's motion to compel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 29th day of March 2011 at Los Angeles, California.

_____
Cassandra Seto

CC1:846864

# EXHIBIT A

**From:** Seto, Cassandra
**Sent:** Tuesday, March 29, 2011 12:56 PM
**To:** 'Keith Adams'
**Cc:** Petrocelli, Daniel; Kline, Matthew; Nicholas Williamson; Marc Toberoff
**Subject:** RE: DC Comics v. PPC

Keith:

Thanks. Under Local Rule 79-5.1, we need to file an application to seal rather than a stipulation. We will specify that the application is unopposed, note your objection, and attach your email.

Thanks,
Cassie


**From:** Keith Adams [mailto:kgadams@ipwla.com]
**Sent:** Tuesday, March 29, 2011 11:45 AM
**To:** Seto, Cassandra
**Cc:** Petrocelli, Daniel; Kline, Matthew; Nicholas Williamson; Marc Toberoff
**Subject:** RE: DC Comics v. PPC

Cassie:


We oppose sealing of documents in connection with this motion, for the reasons set forth in our response to your prior application. See Docket No. 167. However, in light of Magistrate Zarefsky's February 14, 2011 order that temporarily placed materials under seal pending the decision on the motion, we would agree to a short and plain stipulation that places the supplemental brief under seal on the same terms as the other materials, while noting our opposition to DC's disclosure and use of such documents in this litigation.


Keith G. Adams
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: kgadams@ipwla.com
http://www.ipwla.com

This message and any attached documents may contain information from
Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

--- On **Tue, 3/29/11, Seto, Cassandra <_cseto@OMM.com_>** wrote:

1

From: Seto, Cassandra <cseto@OMM.com>
Subject: RE: DC Comics v. PPC
To: "Marc Toberoff" <mtoberoff@ipwla.com>, "Keith Adams" <kgadams@ipwla.com>, "Nicholas Williamson" <nwilliamson@ipwla.com>
Cc: "Petrocelli, Daniel" <DPetrocelli@OMM.com>, "Kline, Matthew" <MKline@OMM.com>
Date: Tuesday, March 29, 2011, 8:57 AM

Marc,

Please let us have your response by 12.00 pm today so we can note your position in our seal application.

Thanks,

Cassie

---

**From:** Seto, Cassandra
**Sent:** Monday, March 28, 2011 3:53 PM
**To:** Marc Toberoff; 'Keith Adams'; Nicholas Williamson
**Cc:** Petrocelli, Daniel; Kline, Matthew
**Subject:** DC Comics v. PPC

Dear Marc,

DC's supplemental brief, like its motion to compel, refers to the May 2, 2008, letter discussing defendants' consent agreement. In accordance with the Court's February 15, 2011, order, DC will seek to temporarily seal its supplemental brief pending the Court's ruling on DC's motion to compel. Please let us know whether you will stipulate to the seal application.

Thanks,

Cassie

**Cassandra L. Seto**
**O'Melveny & Myers LLP**
1999 Avenue of the Stars, Suite 700, Los Angeles, California 90067
Telephone: 310.246.6703 | Facsimile: 310.246.6779

2

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*