1   DANIEL M. PETROCELLI (S.B. #097802)
      dpetrocelli@omm.com
2   MATTHEW T. KLINE (S.B. #211640)
      mkline@omm.com
3   CASSANDRA L. SETO (S.B. #246608)
      cseto@omm.com
4   O'MELVENY & MYERS LLP
    1999 Avenue of the Stars, 7th Floor
5   Los Angeles, CA  90067-6035
    Telephone:  (310) 553-6700
6   Facsimile:    (310) 246-6779

7   PATRICK T. PERKINS (admitted *pro hac vice*)
      pperkins@ptplaw.com
8   PERKINS LAW OFFICE, P.C.
    1711 Route 9D
9   Cold Spring, NY 10516
    Telephone:  (845) 265-2820
10  Facsimile:    (845) 265-2819

11  Attorneys for Plaintiff DC Comics

12              **UNITED STATES DISTRICT COURT**

13             **CENTRAL DISTRICT OF CALIFORNIA**

14  DC COMICS,                          | Case No. CV 10-03633 ODW (RZx)

15            Plaintiff,                | **DISCOVERY MATTER**

16        v.                           | **DC COMICS' OBJECTION TO**
                                       | **DEFENDANTS' COURT-**
17  PACIFIC PICTURES                   | **ORDERED SUPPLEMENTAL**
    CORPORATION, IP WORLDWIDE,         | **BRIEF RE: MOTION TO COMPEL**
18  LLC, IPW, LLC, MARC TOBEROFF,      | **PRODUCTION OF DOCUMENTS**
    an individual, MARK WARREN         | **AND AMENDED PRIVILEGE**
19  PEARY, as personal representative of | **LOGS**
    the ESTATE OF JOSEPH SHUSTER,      |
20  JEAN ADELE PEAVY, an individual,   | **Judge**:        Hon. Otis D. Wright
    JOANNE SIEGEL, an individual,      | **Magistrate**:  Hon. Ralph Zarefsky
21  LAURA SIEGEL LARSON, an
    individual, and DOES 1-10, inclusive,

22            Defendants.

23

24

25

26

27

28

1        Plaintiff DC Comics hereby objects to the arguments raised in Defendants'

2   Court-Ordered Supplemental Brief re: Motion to Compel Production of Documents

3   and Amended Privilege Logs (Docket No. 198) at page 8, line 15 through page 9,

4   line 25.  The Court asked the parties to "submit a further supplemental

5   memorandum addressing the applicability, if any, of the related doctrine of issue

6   preclusion" concerning the "so-called consent agreement."  Docket No. 180 at 1.

7   Defendants' arguments regarding the applicability of issue preclusion to

8   communications identified in the Toberoff Timeline that have been neither

9   produced nor logged, communications between Michael Siegel and defendant

10   Laura Siegel Larson, and the format of defendants' privilege logs—which fail for

11   all of the reasons identified in DC's supplemental brief, Docket No. 197—exceed

12   the limited scope of the Court's March 16, 2011, order and should be disregarded.[1]

Dated:     April 1, 2011           Respectfully Submitted,

O'MELVENY & MYERS LLP

By:  /s/ Daniel M. Petrocelli
     Daniel M. Petrocelli
     Attorneys for Plaintiff DC Comics

CC1:847063

---

[1] DC obviously disagrees with the large majority of the remainder of defendants' filing—both legally and factually—including their misdescription of the bases for Judge Larson's January 2009 ruling.  *Compare* Docket No. 198 at 3:15-20, Docket No. 1-3, 7-9, *with* Docket No. 163 Ex. SS at 718:9-20, 724:3-19.

DC COMICS' OBJECTION TO
DEFS.' SUPPLEMENTAL BRIEF