1  DANIEL M. PETROCELLI (S.B. #097802)
     dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
     mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
     cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA  90067-6035
   Telephone:  (310) 553-6700
6  Facsimile:   (310) 246-6779

7  PATRICK T. PERKINS (admitted *pro hac vice*)
     pperkins@ptplaw.com
8  PERKINS LAW OFFICE, P.C.
   1711 Route 9D
9  Cold Spring, NY 10516
   Telephone:  (845) 265-2820
10 Facsimile:   (845) 265-2819

11 Attorneys for Plaintiff DC Comics

12              **UNITED STATES DISTRICT COURT**

13              **CENTRAL DISTRICT OF CALIFORNIA**

14 DC COMICS,                          Case No.  CV 10-3633 ODW (RZx)

15            Plaintiff,               **DISCOVERY MATTER**

16        v.

17 PACIFIC PICTURES                    **[PROPOSED] ORDER GRANTING**
   CORPORATION, IP WORLDWIDE,          **DC COMICS' MOTION TO**
18 LLC, IPW, LLC, MARC TOBEROFF,       **COMPEL THE PRODUCTION OF**
   an individual, MARK WARREN          **DOCUMENTS AND AMENDED**
19 PEARY, as personal representative of **PRIVILEGE LOGS FROM THE**
   the ESTATE OF JOSEPH SHUSTER,       **TOBEROFF DEFENDANTS**
20 JEAN ADELE PEAVY, an individual,
   JOANNE SIEGEL, an individual,       **Judge**:        Hon. Otis D. Wright II
21 LAURA SIEGEL LARSON, an             **Magistrate**:   Hon. Ralph Zarefsky
   individual, and DOES 1-10, inclusive,
22                                      **Hearing Date**:     April 25
            Defendants.                **Hearing Time**:     10:00 a.m.
23                                      **Discovery Cutoff**: None Set
                                        **Pretrial Conference**: None Set
24                                      **Trial**:            None Set

25

26

27

28

1         Good cause appearing, IT IS HEREBY ORDERED that plaintiff DC

2    Comics' Motion to Compel the Production of Documents and Amended Privilege

3    Logs from the Toberoff Defendants is GRANTED; and:

4       ___    Defendants are ordered to produce unredacted copies of the documents

5    logged in the Toberoff Privilege Log as Entries 3130, 3147-51, 3158-61 (emails

6    between Toberoff and U.S. Attorney's office), no later than May 2, 2011, <u>and</u>

7       ___    Defendants are ordered to produce unredacted copies of the documents

8    logged in the Toberoff Privilege Log as Entries 3217, 3228, 3284 (emails between

9    Toberoff's counsel and U.S. Attorney's office), no later than May 2, 2011, <u>and</u>

10       ___    Defendants are ordered to produce all documents they or their counsel

11    provided to the U.S. Attorney's office, including but not limited to the "copies of

12    the Toberoff Timeline and the Stolen Documents" provided on September 27,

13    2010, no later than May 2, 2011, <u>and</u>

14       ___    Defendants are ordered to provide a log identifying all documents

15    defendants or their counsel provided to the U.S. Attorney's office, including but not

16    limited to the "copies of the Toberoff Timeline and the Stolen Documents"

17    provided on September 27, 2010, no later than May 2, 2011, <u>and</u>

18       ___    Defendants are ordered to produce any agreements they or their

19    counsel or representatives have or had with the U.S. Attorney's office, <u>and</u>

20       ___    Defendants are ordered to produce any other communications they or

21    their counsel or representatives have had with law enforcement authorities or third

22    parties regarding the Toberoff Timeline and its alleged author, David Michaels, no

23    later than May 2, 2011, <u>and</u>

24       ___    Defendants are ordered to produce all communications between Mr.

25    Michaels and the Siegel heirs starting in November 2005, when Mr. Michaels

26    became adverse to Mr. Toberoff, including but not limited to those listed at Entries

27    1064-72, 3476-77 of the Toberoff Privilege Log, no later than May 2, 2011, <u>and</u>

28

[PROPOSED] ORDER GRANTING DC'S MOTION
TO COMPEL DOC PRODUCTION

1    ___    Defendants are ordered to produce all documents relating to the

2    Michaels-Siegel communications, including but not limited to the "Memorandum

3    re: David Michaels Conference" listed in the Toberoff Privilege Log at Entry 1063,

4    no later than May 2, 2011.

5    ___    Defendants are ordered to produce all documents and communications

6    relating to the declaration of Kevin S. Marks filed on October 4, 2010, in

7    connection with defendants' SLAPP motion, including but not limited to those

8    listed at Entries 3478-83 of the Toberoff Privilege Log, no later than May 2, 2011,

9    and

10    ___    The following objections raised by defendants to DC's document

11    requests are overruled, and defendants are ordered to produce all responsive, non-

12    privileged documents no later than May 2, 2011:

13    • Overbeadth;

14    • Relevance;

15    • Material containing "any trade secret or other confidential or proprietary

16      information" or "protected from disclosure by court order, or any privacy

17      or similar rights";

18    • Material protected by "any other privilege or immunity available under

19      law or arising from contractual obligation";

20    • "[U]nduly burdensome, overly broad," "oppressive and harassing," and

21      "impose extreme hardship";

22    • Material in DC Comics' possession;

23    • Requests that "purport to alter or extend" defendants' obligations under

24      existing law;

25    • Vague and ambiguous;

26    • Defendants' qualification on producing documents as "consistent with

27      [their] understanding of [each] request"; and

28

[PROPOSED] ORDER GRANTING DC'S
MOTION TO COMPEL DOC PRODUCTION

1    • Contention that discovery is stayed as to DC's Third through Sixth claims

2    during the pendency of defendants' SLAPP motion.

3

4    Good cause appearing, IT IS HEREBY ORDERED that plaintiff DC Comics

5    is entitled to the same relief against the Toberoff defendants as stated in DC's

6    Motion to Compel Production of Documents and Amended Privilege Logs, Docket

7    No. 160; and:

8    ___    Defendants are ordered to produce all consent agreements and related

9    documents (including drafts of the agreement and communications regarding their

10    contents) no later than May 2, 2011, and

11    ___    To the extent defendants believe these consent agreement-related

12    documents contain privileged information, defendants are ordered to produce

13    copies of the documents to DC and redact out any purportedly privileged

14    information no later than May 2, 2011, and

15    ___    Defendants are ordered to provide the Court, for its *in camera* review,

16    unredacted copies of the redacted consent agreement-related documents produced

17    to DC, if any, no later than May 2, 2011, and

18    ___    Defendants are ordered to produce all conflict waivers, and related

19    documents, in connection with the negotiation of the consent agreement, and

20    ___    Defendants are ordered to produce all retainer agreements and related

21    documents (including drafts of the agreements and communications regarding their

22    contents) no later than May 2, 2011, and

23    ___    To the extent defendants believe these retainer agreement-related

24    documents contain privileged information, defendants are ordered to produce

25    copies of the documents to DC and redact out any purportedly privileged

26    information no later than May 2, 2011, and

27    ___    Defendants are ordered to provide the Court, for its *in camera* review

28    to determine the propriety of defendants' privilege claims, unredacted copies of the

- 3 -    [PROPOSED] ORDER GRANTING DC'S MOTION TO COMPEL DOC PRODUCTION

redacted retainer agreement-related documents produced to DC, no later than May 2, 2011, and

___ Defendants are ordered to produce the July 11, 2003, correspondence from Laura Siegel Larson to Michael Siegel by May 2, 2011, and

___ Defendants are ordered to produce for *in camera* inspection the documents currently listed at Entries 715 and 716 of the Siegel Privilege Log (Entries 720 and 721 of the Toberoff Privilege Log) by May 2, 2011, and

___ Defendants are ordered to produce by May 2, 2011, all non-privileged communications and other documents included on their privilege logs on the ground that such documents were conveyed to an attorney, and

___ Defendants are ordered to produce for *in camera* review the 11 communications identified in DC's Motion:  Siegel Privilege Log Entries 687-88, 734, 805, 952, 1203-04, 1360-62, 1375 by May 2, 2011, and

___ Defendants are ordered to produce by May 2, 2011, the two communications described in the Toberoff Timeline document, as identified in DC's Motion, that neither appear on defendants' logs nor have been produced, or to submit a verification, by the same date, that they do not exist, and

__ Defendants are ordered to search for and produce by May 2, 2011, all communications between Dennis Larson and Laura Siegel Larson post-January 2000 that are responsive to DC's discovery requests, including all such communications found in her files, or her attorneys' or agents' files, and

___ Defendants are ordered to amend the "Document Description" category in their privilege logs by May 2, 2011, to provide document descriptions that describe the actual content of the withheld document, including, but not limited to, identifying all communications involving consent agreements, retainer agreements, and offers to acquire the Siegel and/or Shuster heirs' rights, and

___ Defendants are ordered to amend the "Identity of Recipient(s)" category of their privilege logs by May 2, 2011, to identify who is a "to," "cc," or

[PROPOSED] ORDER GRANTING DC'S
MOTION TO COMPEL DOC PRODUCTION

1   "bcc" to the withheld communication, or if the recipient received the

2   communication by other means, and

3       ___   Defendants are ordered to amend their privilege logs to identify all

4   attachments and/or separate communications in a chain of communications as

5   separate entries by May 2, 2011.

6       Following the Court's *in camera* review of documents submitted by

7   defendants, the Court will order the production of those documents or portions

8   thereof that it finds cannot be protected by a claim of privilege or are otherwise

9   subject to production.

10

11  IT IS SO ORDERED.

12

13  Dated: _____          _____

14                                          Honorable Ralph Zarefsky
                                        Magistrate Judge, United States District Court

15

16  CC1:846628

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING DC'S MOTION TO COMPEL DOC PRODUCTION