1  DANIEL M. PETROCELLI (S.B. #097802)
     dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
     mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
     cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA  90067-6035
   Telephone:  (310) 553-6700
6  Facsimile:   (310) 246-6779

7  PATRICK T. PERKINS (admitted *pro hac vice*)
     pperkins@ptplaw.com
8  PERKINS LAW OFFICE, P.C.
   1711 Route 9D
9  Cold Spring, NY 10516
   Telephone:  (845) 265-2820
10 Facsimile:   (845) 265-2819

11 Attorneys for Plaintiff DC Comics

12 **UNITED STATES DISTRICT COURT**

13 **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 14  DC COMICS, | Case No.  CV 10-3633 ODW (RZx) |
| 15         Plaintiff, | **DISCOVERY MATTER** |
| 16    v. | |
| 17  PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive, | **[PROPOSED] ORDER GRANTING DC COMICS' MOTION TO COMPEL SIX INTERROGATORY RESPONSES FROM DEFENDANT TOBEROFF** |
| | **Judge**:       Hon. Otis D. Wright II<br>**Magistrate**: Hon. Ralph Zarefsky |
| 22         Defendants. | **Hearing Date**:       April 25<br>**Hearing Time**:       10:00 a.m.<br>**Discovery Cutoff**:    None Set<br>**Pretrial Conference**: None Set<br>**Trial**:               None Set |

Good cause appearing, IT IS HEREBY ORDERED that plaintiff DC Comics' Motion to Compel Six Interrogatory Responses from Defendant Toberoff is GRANTED; and:

___ Toberoff's objections are overruled and he is ordered to provide DC, by no later than May 2, 2011, full and complete responses to Interrogatory Nos. 9, 13, 14, 17, 18, and 25, <u>and</u>

___ Defendants are ordered to provide a log identifying all documents defendants or their counsel provided to the U.S. Attorney's Office, including but not limited to the "copies of the Toberoff Timeline and the Stolen Documents" provided on September 27, 2010, no later than May 2, 2011.

IT IS SO ORDERED.

Dated: _____      _____
                                   Honorable Ralph Zarefsky
                                   Magistrate Judge, United States District Court

CC1:846629