1  DANIEL M. PETROCELLI (S.B. #097802)
     dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
     mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
     cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA  90067-6035
   Telephone:  (310) 553-6700
6  Facsimile:   (310) 246-6779

7  PATRICK T. PERKINS (admitted *pro hac vice*)
     pperkins@ptplaw.com
8  PERKINS LAW OFFICE, P.C.
   1711 Route 9D
9  Cold Spring, NY 10516
   Telephone:  (845) 265-2820
10 Facsimile:   (845) 265-2819

11 Attorneys for Plaintiff DC Comics

12                    **UNITED STATES DISTRICT COURT**

13                    **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 14  DC COMICS, | Case No. CV 10-3633 ODW (RZx) |
| 15           Plaintiff, | **DISCOVERY MATTER** |
| 16     v. | **DECLARATION OF DANIEL M. PETROCELLI IN SUPPORT OF DC COMICS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND AMENDED PRIVILEGE LOGS FROM THE TOBEROFF DEFENDANTS AND DC COMICS' MOTION TO COMPEL SIX INTERROGATORY RESPONSES FROM DEFENDANT TOBEROFF** |
| 17  PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive, | |
| 23           Defendants. | **Judge**:       Hon. Otis D. Wright II<br>**Magistrate**: Hon. Ralph Zarefsky<br><br>**Hearing Date**: April 25, 2011<br>**Hearing Time**: 10:00 a.m. |

# DECLARATION OF DANIEL M. PETROCELLI

I, Daniel M. Petrocelli, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am a partner at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in support of DC Comics' Motion to Compel the Production of Documents and Amended Privilege Logs from the Toberoff Defendants and DC Comics' Motion to Compel Six Interrogatory Responses from Defendant Toberoff. I have personal knowledge of the matters set forth in this declaration, and if called to testify to the facts stated herein, I could and would do so competently.

2. Attached hereto as Exhibit A is a true and correct copy of a letter from Defendants Joanne Siegel and Laura Siegel Larson to Kevin Marks of Gang, Tyre, Ramer & Brown, Inc., dated September 21, 2002.

3. Attached hereto as Exhibit B is a true and correct copy of an article entitled, "Superman Lawyer Responds to Warner Bros. Suing Him,' dated May 14, 2010.

4. Attached hereto as Exhibit C is a true and correct copy of an article entitled, "At Heart of Superman Suit, a Disappearing Lawyer With a Grudge," dated May 21, 2010.

5. Attached hereto as Exhibit D is a true and correct copy of an email exchange between my colleague, Matthew T. Kline and Laura Brill, counsel for the Toberoff Defendants, dated July 16-22, 2011.

6. Attached hereto as Exhibit E is a true and correct copy of DC's First Set of Requests for Production of Documents to the Toberoff Defendants, personally served on December 10, 2010.

7. Attached hereto as Exhibit F is a true and correct copy of DC's First of Interrogatories to Defendants Marc Toberoff, Ms. Larson, and Mark Warren Peary, personally served on December 10, 2010.

PETROCELLI DECL. IN SUPPORT OF
DC'S MOTIONS TO COMPEL

8. Attached hereto as Exhibit G is a true and correct copy of a letter from Mr. Toberoff to Mr. Kline, dated January 4, 2011.

9. Attached hereto as Exhibit H is a true and correct copy of an email exchange between Mr. Toberoff and myself dated January 6, 2011.

10. Attached hereto as Exhibit I is a true and correct copy of an email from Mr. Toberoff to me dated January 24, 2011, attaching the Toberoff Defendants responses to DC's First Set of Requests for Production of Documents, and the responses of Defendants Toberoff, Larson, and Peary to DC's First Set of Interrogatories.

11. Attached hereto as Exhibit J is a true and correct copy of a letter from Mr. Kline to Mr. Toberoff's colleague, Nicholas Williamson, dated February 4, 2011.

12. Attached hereto as Exhibit K is a true and correct copy of a letter from Ms. Brill to Mr. Kline dated February 14, 2011.

13. Attached hereto as Exhibit L is a true and correct copy of a letter from Mr. Kline to Mr. Toberoff and Ms. Brill dated February 17, 2011.

14. Attached hereto as Exhibit M is a true and correct copy of a letter from Ms. Brill to Mr. Kline dated February 18, 2011.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 25th day of March 2011 at Los Angeles, California.

_____
Daniel M. Petrocelli

CC1:846640

PETROCELLI DECL. IN SUPPORT OF DC'S MOTIONS TO COMPEL