# EXHIBIT B

« Beverly Nix-Meier, former business affairs exec, dies at 59 | Main | Superman
attorney lawsuit: smear campaign or savvy strategy? »

## SUPERMAN LAWYER RESPONDS TO WARNER BROS. SUING HIM

Fri May 14, 2010 @ 08:06PM PST

Marc Toberoff is about to issue this press release responding to today's lawsuit claiming
he manipulated the heirs of Jerry Siegel and Joe Shuster into cutting him in on
revenues from the Superman franchise. We will have analysis of the case this weekend.
In the meantime, here's the release and the original lawsuit:

*Having substantially lost the legal battle over the Superman copyrights, Warner Bros.
and DC Comics ("Warner") fired their two law firms and hired Daniel Petrocelli. In a
desperate effort to avoid the merits of this action, they now resort to a smear campaign,
disguised as a lawsuit, against the Siegels' and Shuster Estate's long-time attorney, Marc
Toberoff. Even before filing their new lawsuit, Warner Bros.' press machine embarked on
a well-coordinated campaign to assassinate Mr. Toberoff's character.*

*The baseless lawsuit and press campaign are clearly vindictive, given that Mr. Toberoff
has handled a string of successful rights claims against Warner, including securing a
preliminary injunction barring Warner's infringing "The Dukes of Hazzard" movie in 2005.*

*Warner disingenuously claims that Mr. Toberoff has a "financial stake" in the Superman
lawsuits, when they well know the only interest Mr. Toberoff has is a proper contingent
legal fee for litigating the Siegels' (and by extension the Shuster Executor's) termination
rights under 17 U.S.C. 304 (c) with respect to Superman and Superboy.*

*In recognition of the inferior bargaining position of authors who want their works
published, Sections 304(c), 304(d) and 203(a) of the Copyright Act specifically provide
authors and certain heirs the right to recover their copyrights by terminating prior
contractual grants of copyrights. Ridiculously, Warner now uses the Siegels' and Shuster
Estate's exercise of this important statutory right to terminate prior contracts as the
basis for frivolously claiming tortious contractual interference.*

*The supposed contracts purportedly interfered with consist of: (1) a 1992 agreement
with Joe Shuster's sister that is irrelevant to the statutory termination rights of the
Shuster Executor and, in any event, could not serve to waive the Executor's inalienable
termination rights under the Copyright Act; and (2) a proposed 2002 agreement
between Warner and the Siegels that did not close and was expressly held by the Court
in the Superman case to be unenforceable.*

*Warner and Mr. Petrocelli are aware that the frivolous allegations in their complaint do
not add up and will never pass muster in the federal courts. However, that's not the
point of their lawsuit. Warner and Petrocelli's objective is to "muddy the waters" by
attacking Mr. Toberoff, potentially conflict him out of the case, and thereby strong-arm
the Siegels and Shusters into selling at a cut-rate price the copyrights they have
legitimately recaptured. Such unethical tactics are nothing short of deplorable.*

*Last but not least, Warner oddly attached to their complaint an anonymous, inadmissible
letter spewing unsubstantiated and unattributed accusations against Mr. Toberoff, and
pressed media contacts to publish the defamatory letter. The anonymous letter is a
hyperbolic rant that never "connects the dots" in any legally cognizable fashion.*

*The anonymous letter was supposedly included with a large pile of privileged documents
that were brazenly stolen from Mr. Toberoff's law offices and mysteriously arrived at
Warner Bros.' doorstep in the midst of this billion-dollar litigation. Even though triplicates
of this illegal package were allegedly delivered to top lever Warner executives, including
President and COO Alan Horn and former General Counsel John Schulman, Warner
claims to have no records whatsoever of such deliveries, nor of the packaging they
arrived in. This hardly rings true for a studio that tracks every script or treatment
through its doors. Time will tell what role Warner played with regard to the stolen
documents and the anonymous letter.*

*Ironically, Petrocelli, who destroyed the valuable Winnie the Pooh case based on the
plaintiff's use of documents stolen from a Disney dumpster, now purports to rely on
privileged documents stolen from Mr. Toberoff's law offices under very suspicious
circumstances.*

*The Siegels, Shusters and Mr. Toberoff will vigorously defend against Warner's gutter
tactics and baseless accusations and will pursue all appropriate legal remedies against
Warner and Mr. Petrocelli. The Siegels and the Shuster Estate remain undeterred in their
effort to enforce their legitimate rights under the Copyright Act.*

You might also like:





THR, Esq. on Facebook

Like

THR, Esq. has 182 fans

Vicknes   Michelle   Hector   Safeer   Vera

Farrell   Dwayne   Olga   Yazmin   Beth

Facebook social plugin

## Top Posts - PostRank

- 10.0 Graphic novelist wants $50 million for 'Heroes' ripoff
- 10.0 Film Academy targets GoDaddy in massive cybersquatting lawsuit
- 10.0 Axl Rose slams Irving Azoff in $5 million countersuit
- 10.0 Did Warner Bros. pirate antipiracy technology?
- 9.2 'Twilight' crisis averted! Cullen kids sign for final movies
- 8.0 Marc Cuban company sues Paramount for millions
- 7.3 Woman claims 'Avatar' lifted from 'Warrior' novel
- 7.3 Self-help guru Wayne Dyer sued for stealing from Tao book
- 7.0 Hulk Hogan trying to bodyslam 'Hulk' cereal commercial (video)
- 6.6 Superman lawyer now targeting Fox's 'Percy Jackson'

Sign Up for THR's Daily Newsletter

about the blog

The Hollywood Reporter, Esq. blog focuses on
how the entertainment and media industries are
impacted and influenced by the law. It is edited by
Matthew Belloni with contributions from veteran
legal reporter Eriq Gardner and others. Before
joining The Hollywood Reporter, Belloni was a
lawyer at an entertainment litigation firm in Los
Angeles. He writes a column for THR devoted to