| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #097802) |
|   | dpetrocelli@omm.com |
| 2 | MATTHEW T. KLINE (S.B. #211640) |
|   | mkline@omm.com |
| 3 | CASSANDRA L. SETO (S.B. #246608) |
|   | cseto@omm.com |
| 4 | O'MELVENY & MYERS LLP |
|   | 1999 Avenue of the Stars, 7th Floor |
| 5 | Los Angeles, CA 90067-6035 |
|   | Telephone: (310) 553-6700 |
| 6 | Facsimile: (310) 246-6779 |
| 7 | PATRICK T. PERKINS (admitted *pro hac vice*) |
|   | pperkins@ptplaw.com |
| 8 | PERKINS LAW OFFICE, P.C. |
|   | 1711 Route 9D |
| 9 | Cold Spring, NY 10516 |
|   | Telephone: (845) 265-2820 |
| 10 | Facsimile: (845) 265-2819 |

Attorneys for Plaintiff DC Comics

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS, | Case No. CV 10-3633 ODW (RZx) |
| Plaintiff, | **DISCOVERY MATTER** |
| v. | **DECLARATION OF MATTHEW T. KLINE PURSUANT TO LOCAL RULE 37-2.4 REGARDING DC COMICS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND AMENDED PRIVILEGE LOGS FROM THE TOBEROFF DEFENDANTS AND DC COMICS' MOTION TO COMPEL SIX INTERROGATORY RESPONSES FROM DEFENDANT TOBEROFF** |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive, | |
| Defendants. | |
| | **Judge**: Hon. Otis D. Wright II |
| | **Magistrate**: Hon. Ralph Zarefsky |
| | **Hearing Date**: Apr. 25, 2011 |
| | **Hearing Time**: 10:00 a.m. |
| | **Discovery Cutoff**: None Set |
| | **Pretrial Conference**: None Set |
| | **Trial Date**: None Set |

LOCAL RULE 37-2.4 DECL. IN SUPPORT
OF DC'S MOTIONS TO COMPEL

# DECLARATION OF MATTHEW T. KLINE

I, Matthew T. Kline, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am a partner at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration pursuant to Central District Local Rule 37-2.4 on the ground that defendants have failed to serve DC with their opposition portions of (a) the Joint Stipulation Regarding DC Comics' Motion To Compel The Production Of Documents And Amended Privilege Logs From The Toberoff Defendants; and (b) the Joint Stipulation Regarding DC Comics' Motion To Compel Six Interrogatory Responses From Defendant Toberoff ("DC's Two Motions to Compel"), as is required by Local Rule 37-2.2. I have personal knowledge of the matters set forth in this declaration, and if called to testify to the facts stated herein, I could and would do so competently.

2. On February 14, 2011, I met and conferred with counsel for defendants regarding DC's Two Motions to Compel. As set forth in my partner Daniel Petrocelli's concurrently-filed declaration, in addition to this telephonic conference, the parties several exchanged several letters, as well, concerning the subject matters in dispute in DC's Two Motions to Compel. In their letters, defendants asked DC to wait to serve DC's Two Motions to Compel until after the Court resolved a separate motion to compel that the Court heard on February 28, 2011—and which is still pending.

3. On March 25, 2011, DC served defendants with DC's Two Motions to Compel, which were set for hearing on April 25, 2011. Attached hereto as Exhibit A is a true and correct copy of an email from my colleague Jason Tokoro to counsel for defendants attaching DC's moving papers.

4. Pursuant to Local Rule 37-2.2, defendants were required to serve their oppositions to DC's Two Motions to Compel "within seven (7) days of receipt of

- 1 -   LOCAL RULE 37-2.4 DECL. IN SUPPORT OF DC'S MOTIONS TO COMPEL

1  the moving party's papers," or by April 1, 2011.  On March 30—two days before
2  their oppositions were due—defendants first informed DC that defendant Marc
3  Toberoff and his counsel Richard Kendall and Laura Brill were all "on holidays for
4  spring break" and requested an extension to April 11.  Attached hereto as Exhibit B
5  is a true and correct copy of an email from Keith Adams, counsel for the Siegel and
6  Shuster defendants, to my partner Daniel Petrocelli.

7      5.  As an accommodation, DC offered to give defendants a three-day
8  extension to April 4 to serve their oppositions, provided defendants would agree to
9  execute the completed joint stipulations on April 4 so DC could file them the same
10 day and maintain the April 25 hearing date.  DC noted its concern that defendants
11 waited five days after DC served DC's Two Motions to Compel to request the
12 extension, and that counsel for defendants had made five filings in this action that
13 week alone.  Mr. Toberoff responded that DC's offer was insufficient, but did not
14 confirm whether or when defendants intended to serve their oppositions.  Attached
15 hereto as Exhibit C is a true and correct copy of an email chain between my
16 colleague Cassandra Seto and counsel for defendants.

17     6.  On April 4, Ms. Seto sent an e-mail to defendants reiterating DC's offer
18 to give defendants until 12:00 p.m. today to serve DC with their oppositions and
19 informing defendants that if they failed to provide their oppositions, DC would file
20 DC's Two Motions to Compel pursuant to Local Rule 37-2.4.  Attached hereto as
21 Exhibit D is a true and correct copy of that email.  As of the time of this filing,
22 defendants have not responded to this e-mail or served DC with their oppositions.

23     7.  This is not the first time defendants have disregarded the timing
24 requirements of Local Rule 37 and other discovery rules.  *E.g.*, Docket No. 128 ¶¶
25 2-6 (delay in signing completed joint stipulation to postpone DC's scheduled
26 hearing date); Docket No. 168-1 ¶¶ 2-5 (delay in serving opposition to motion to
27 compel); Docket No. 46 ¶¶ 10-34 (refusal to participate in initial discovery
28 conference pursuant to Rule 26(f)).  DC reserves its right to seek sanctions in

- 2 -  LOCAL RULE 37-2.4 DECL. IN SUPPORT OF DC'S MOTIONS TO COMPEL

1  connection with defendants' latest failure to comply with Local Rule 37. *See* Local
2  Rule 37-4 ("The failure of any counsel to comply with or cooperate in the foregoing
3  procedures may result in the imposition of sanctions."); WILLIAM W. SCHWARZER
4  ET AL., RUTTER GROUP PRACTICE GUIDE: FEDERAL CIVIL PROCEDURE BEFORE
5  TRIAL § 11:2373 (2010) (failure to cooperate in "good faith" in preparation of joint
6  discovery stipulation warrants sanctions); *Estate of Gonzalez v. Hickman*, 2007 WL
7  3238725, at *2 (C.D. Cal. Mar. 28, 2007) (order to show cause why party should
8  not be sanctioned for failing to provide opposition portion of joint stipulation);
9  *Davis v. Los Angeles Travelodge W. P'ship, LP*, 2009 WL 5470094, at *2 (C.D.
10 Cal. June 10, 2009) (failure to cooperate in discovery may result in court's refusal
11 to consider opposition brief).

12     8.    DC also respectfully requests that, despite defendants' efforts to delay
13 the hearing on DC's motions, the Court allow them to be heard on April 25, 2011,
14 as they were originally noticed.

15     I declare under penalty of perjury under the laws of the United States that the
16 foregoing is true and correct and that this declaration is executed this 4th day of
17 April 2011 at Los Angeles, California.

_____
Matthew T. Kline

CCl:847334