# EXHIBIT A

| | |
|---|---|
| **Attachments:** | 3-25-11 - DC's Mtn to Compel Production of Docs.pdf; 3-25-11 - DC's Mtn to Compel Interrogatory Responses.pdf |

**From:** Tokoro, Jason
**Sent:** Friday, March 25, 2011 10:42 PM
**To:** 'mtoberoff@ipwla.com'; 'rkendall@kbkfirm.com'; 'lbrill@kbkfirm.com'; 'nwilliamson@ipwla.com'; 'kgadams@ipwla.com'
**Cc:** Petrocelli, Daniel; Kline, Matthew; Seto, Cassandra; Tokoro, Jason
**Subject:** DC v. PPC - Email 1 of 2

Counsel,

Attached are DC's Motion to Compel Prodction of Documents and Amended Privilege Logs by Toberoff Defendants and DC's Motion to Compel Interrogatory Responses from Defendant Toberoff. Please let me know if you cannot access any of the attached documents.

Jason H. Tokoro
O'Melveny & Myers, LLP

1

EXHIBIT A
4