# EXHIBIT B

**From:** Keith Adams [mailto:kgadams@ipwla.com]
**Sent:** Wednesday, March 30, 2011 10:01 AM
**To:** Petrocelli, Daniel
**Cc:** Seto, Cassandra; Marc Toberoff; Kline, Matthew; Nicholas Williamson
**Subject:** Re: DC Comics v. Pacific Pictures Corp.

Dear Mr. Petrocelli,

Please see the email below from Marc Toberoff.

\*\*\*
Dan:

Defendants would appreciate the courtesy of a short extension, until 5:00 p.m. on Monday, April 11, 2011, of their time to serve their responses to DC's two pending motions to compel. Defendants would be willing to approve the combined documents for filing that day, to be noticed for hearing on Monday, May 4, 2011.

As you may know, I am on vacation this week for spring break with my children; Laura Brill and Richard Kendall are also on holidays for spring break with their families. As such, the three partners are all unavailable to work on defendants' opposition to the motions.

While this extension would continue the hearing date for one week, until May 4, this would hardly be an undue delay, given that DC waited over a month -- from the end of the meet-and-confer process on February 18 until March 25, 2011 -- to serve its motion.

Sincerely,
Marc
\*\*\*

Keith G. Adams
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: kgadams@ipwla.com
http://www.ipwla.com

This message and any attached documents may contain information from
Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may

1

EXHIBIT B
5

not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.