# EXHIBIT C

**From:** Seto, Cassandra
**Sent:** Sunday, April 03, 2011 9:44 AM
**To:** 'Marc Toberoff'
**Cc:** Nicholas Williamson; Keith Adams; Laura Brill; Petrocelli, Daniel; Kline, Matthew
**Subject:** RE: DC Comics v. Pacific Pictures Corp.

Please see the email below from Dan Petrocelli.

\*       \*       \*

Marc,

After giving you several weeks' notice, we served you with our motions to compel last Friday, March 25. You waited until five days later to inform us that you and your two attorneys are all out of town and unable to serve your opposition portions by April 1, as required by the rules -- despite the fact that you and the Kendall Brill firm have made five filings in the *Pacific Pictures* case this week alone. As a courtesy, we agreed to give you an additional three days, until April 4, to serve your oppositions. We cannot agree to a further extension, as this would cause us to lose the April 25 hearing date and further delay resolution of our rights.

Please let us know right away when we can expect your oppositions, if any.

Dan


**From:** marc.toberoff@gmail.com [mailto:marc.toberoff@gmail.com] **On Behalf Of** Marc Toberoff
**Sent:** Friday, April 01, 2011 10:10 AM
**To:** Petrocelli, Daniel
**Cc:** Seto, Cassandra; Nicholas Williamson; Keith Adams; Laura Brill
**Subject:** Re: DC Comics v. Pacific Pictures Corp.

Dan:

Unfortunately, your Friday to Monday extension does nothing to resolve the conflict described when we requested the extension as I return from Spring Break with my family late Sunday night.

After waiting a month to serve your motion to compel (right before Spring Break when you yourself were apparently away as well) I hardly see how your side will be prejudiced by the reasonable extension we requested which puts your motion off for just one week.

I also disagree with your characterization of extensions agreed to by us in the past as a courtesy to your side.

Marc Toberoff

On Fri, Apr 1, 2011 at 9:32 AM, Seto, Cassandra <cseto@omm.com> wrote:

1

**EXHIBIT C**
7

Please see the email below from Dan Petrocelli.

\*   \*   \*

Marc,

Mindful of your travel schedule, as well as your counsels', we are willing to make a reasonable accomodation and grant you an extension until 12:00 p.m. on Monday, April 4, 2011, to serve your responses to DC's two motions to compel. We trust that this extension is sufficient, especially given that it exceeds similar extensions you have given to us in the past. We are concerned that this request was made on Wednesday, five days after DC served defendants with its motions (Friday, March 25). DC's offer is conditioned on your agreement to execute the joint stipulations regarding both motions to compel on Monday, April 4, for filing that same day to maintain the hearing date of April 25.

Please confirm your agreement to this.

Thanks,

Dan

**From:** Keith Adams [mailto:kgadams@ipwla.com]
**Sent:** Wednesday, March 30, 2011 10:01 AM
**To:** Petrocelli, Daniel
**Cc:** Seto, Cassandra; Marc Toberoff; Kline, Matthew; Nicholas Williamson
**Subject:** Re: DC Comics v. Pacific Pictures Corp.

Dear Mr. Petrocelli,

Please see the email below from Marc Toberoff.

\*\*\*
Dan:

2

EXHIBIT C
8

Defendants would appreciate the courtesy of a short extension, until 5:00 p.m. on Monday, April 11, 2011, of their time to serve their responses to DC's two pending motions to compel. Defendants would be willing to approve the combined documents for filing that day, to be noticed for hearing on Monday, May 4, 2011.

As you may know, I am on vacation this week for spring break with my children; Laura Brill and Richard Kendall are also on holidays for spring break with their families. As such, the three partners are all unavailable to work on defendants' opposition to the motions.

While this extension would continue the hearing date for one week, until May 4, this would hardly be an undue delay, given that DC waited over a month -- from the end of the meet-and-confer process on February 18 until March 25, 2011 -- to serve its motion.

Sincerely,
Marc
***

Keith G. Adams
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: kgadams@ipwla.com
http://www.ipwla.com

This message and any attached documents may contain information from
Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

--
Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com

3

EXHIBIT C
9