KENDALL BRILL & KLIEGER LLP
Richard B. Kendall (90072)
 rkendall@kbkfirm.com
Laura W. Brill (195889)
 lbrill@kbkfirm.com
Nicholas F Daum (236155)
 ndaum@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile: 310.556.2705

Attorneys for Defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>          Plaintiff,<br><br>     vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; JOANNE SIEGEL, an individual; LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>          Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>**DECLARATION OF RICHARD KENDALL IN OPPOSITION TO DC COMICS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND FURTHER RESPONSES TO INTERROGATORIES**<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set<br><br>Date: April 25, 2011<br>Time: 10:00 a.m. |

80515.1

DECLARATION OF RICHARD KENDALL

# DECLARATION OF RICHARD KENDALL

I, Richard Kendall, declare as follows:

1. I am a partner at the law firm of Kendall Brill & Klieger LLP, counsel of record for defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC in the above-captioned action. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. Except where otherwise stated, I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. DC Comics claims in its motion to compel the production of documents that "the U.S. Attorney's office has thus far interposed *no objection* to this motion – nor to DC's request for the documents at issue." Docket No. 205 at 11.

3. On or about March 22, 2011, I spoke with Assistant United States Attorney Beong-soo Kim. Mr. Kim informed me that O'Melveny & Myers LLP, on behalf of plaintiff DC Comics, had disclosed to him that they intended to argue that defendants waived privilege as to any documents provided to the U.S. Attorney's Office, and that DC wished to assert that the U.S. Attorney's Office would not object to the production of the documents.

4. I discussed defendants' position with Mr. Kim that privilege had not been waived. Mr. Kim said that he intended to advise DC Comics that it should not assert that the U.S. Attorney's Office does not object to the disclosure, and that if DC said that the government had no objection to disclosure, it would be misrepresenting the government's position.

80515.1

1
DECLARATION OF RICHARD KENDALL

1 | I declare under penalty of perjury of the laws of the United States of America
2 | that the foregoing is true and correct.
3 |     Executed on April 11, 2011, in Los Angeles, California
4 |
5 |                      By: /s/Richard B. Kendall
                          Richard B. Kendall