DANIEL M. PETROCELLI (S.B. #097802)
dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819

Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**SUPPLEMENTAL DECLARATION OF DANIEL M. PETROCELLI IN SUPPORT OF DC COMICS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND AMENDED PRIVILEGE LOGS FROM THE TOBEROFF DEFENDANTS**<br><br>**Judge**:   Hon. Otis D. Wright II<br>**Magistrate**:   Hon. Ralph Zarefsky<br><br>**Hearing Date**:   Apr. 25, 2011<br>**Hearing Time**:   10:00 a.m.<br>**Discovery Cutoff**:   None Set<br>**Pretrial Conference**:   None Set<br>**Trial Date**:   None Set |

# DECLARATION OF DANIEL M. PETROCELLI

I, Daniel M. Petrocelli, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am a partner at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in support of DC's Motion to Compel Production of Documents. I have personal knowledge of the matters set forth in this declaration, and if called to testify to the facts stated herein, I could and would do so.

2. Attached hereto as Exhibit A is a true and correct copy of West's annotated version of Rule 502 of the Federal Rules of Evidence. The portion of the Advisory Committee notes referenced and quoted in DC's concurrently filed reply brief is bracketed and highlighted in yellow for emphasis.

3. Attached hereto as Exhibit B is a true and correct copy of a March 29, 2011, email from my partner to the U.S. Attorney's office, attaching DC's motions to compel, which DC served on defendants on March 25, 2011.

4. On July 13, 2010, the parties held an in-person conference to discuss defendants' responsive pleadings, and, on August 16, 2010, the parties held a Rule 26(f) conference, by phone. During both conferences, I asked defense counsel to identify the author of the Toberoff Timeline. Defense counsel declined. After the second conference, I wrote to defense counsel and confirmed their refusal. (Exhibit C is a true and correct copy of my letter.) Until DC served the interrogatories presently at issue before the Court, and defendants served their responses in January 2011, defendants refused to provide this identifying information.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 18th day of April 2011 at Los Angeles, California.

_____
Daniel M. Petrocelli

- 1 -

SUPPL. PETROCELLI DECL. IN SUPPORT OF DC'S MOTIONS TO COMPEL