# EXHIBIT C

# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING<br>BRUSSELS<br>HONG KONG<br>LONDON<br>LOS ANGELES<br>NEWPORT BEACH<br>NEW YORK | 1999 Avenue of the Stars, 7th Floor<br>Los Angeles, California 90067-6035<br><br>TELEPHONE (310) 553-6700<br>FACSIMILE (310) 246-6779<br>www.omm.com | SAN FRANCISCO<br>SHANGHAI<br>SILICON VALLEY<br>SINGAPORE<br>TOKYO<br>WASHINGTON, D.C. |

August 16, 2010

OUR FILE NUMBER
905,900-321

**VIA E-MAIL AND U.S. MAIL**

WRITER'S DIRECT DIAL
(310) 246-6750

Marc Toberoff
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California 90067

WRITER'S E-MAIL ADDRESS
dpetrocelli@omm.com

Richard Kendall
Kendall Brill & Klieger LLP
10100 Santa Monica Boulevard, Suite 1725
Los Angeles, California 90067

Re: *DC Comics v. Pacific Pictures Corp. et al.*, CV-10-3633 (ODW) (RZx)

Dear Counsel:

I write to follow up on an issue raised during the parties' Rule 26(f) conference today. As you know, I asked you to identify the anonymous author of the Toberoff Timeline document during our initial meet and confer on July 13. You refused. We reiterated that request today; again you refused, responding only that you "noted" our request.

As we have indicated to you, it is part of the parties' overall discovery obligations to ensure that all relevant evidence is preserved. Please confirm immediately that you have so notified the anonymous author, or alternatively, identify that person so that we may notify them. If you decline both of these alternatives, we will have no option but to seek appropriate relief.

We reserve all rights.

Very truly yours,

Daniel M. Petrocelli
of O'MELVENY & MYERS LLP

EXHIBIT C
191