# EXHIBIT 1

**CERTIFIED COPY**

# In The Matter Of:

*DC COMICS*

*v.*

*PACIFIC PICTURES CORPORATION*

---

## *CONFER, MEET AND  - Vol. 1*
*October 21, 2010*

---

**MERRILL CORPORATION**

LegaLink, Inc.

20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

EXHIBIT 1
19

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DC COMICS,                                )
                                          )
        Plaintiff,                        )
                                          )
versus                                    ) No. CV 10-3633 ODW
                                          )     (RZx)
PACIFIC PICTURES CORPORATION, IP          )
WORLDWIDE, LLC, IPW, LLC, MARC            )
TOBEROFF, an individual, MARK             )
WARREN PEARY, as personal                 )
representative of the ESTATE OF           )
JOSEPH SHUSTER, JEAN ADELE PEAVY,         )
an individual, JOANNE SIEGEL, an          )
individual, LAURA SIEGEL LARSON,          )
an individual, and DOES 1-10,             )
inclusive,                                )
                                          )
        Defendants.                       )
_____)


REPORTER'S TRANSCRIPT OF PROCEEDINGS

RE:   MEET AND CONFER

TAKEN ON:   Thursday, October 21, 2010


Reported by:

Lesli Keligian, RPR, CSR No. 6006

```
 1        REPORTER'S TRANSCRIPT OF PROCEEDINGS
 2        RE:  MEET AND CONFER, taken via tele-
 3        conference on behalf of the Plaintiff on
 4        Thursday, October 21, 2010, at 5:05 P.M.,
 5        before Lesli Keligian, CSR No. 6006, RPR.
 6
 7
 8   APPEARANCES:
 9
10        For Plaintiff:
11            O'MELVENY & MYERS, LLP
              BY:  MATTHEW T. KLINE, ESQ.
12                 CASSANDRA L. SETO, ESQ.
              1999 Avenue of the Stars
13            Suite 700
              Los Angeles, California 90067-6035
14            (310) 553-6700
              (Via Telephone)
15
16
17        For Defendants Marc Toberoff, Pacific Pictures, IP
          Worldwide, LLC, and IPW, LLC:
18
              KENDALL, BRILL & KLIEGER, LLP
19            BY:  RICHARD B. KENDALL, ESQ.
                   LAURA W. BRILL, ESQ.
20            10100 Santa Monica Boulevard
              Suite 1725
21            Los Angeles, California 90067
              (310) 556-2700
22            (Via Telephone)
23
24
25
```

```
 1     APPEARANCES: (Cont'd)

 2

 3          For Defendants Mark Warren Peary, Jean Peavy,
            Joanne Siegel, and Laura Siegel Larson:
 4
               TOBEROFF & ASSOCIATES, P.C.
 5             BY:  MARC TOBEROFF, ESQ.
               2049 Century Park East
 6             Suite 2720
               Los Angeles, California 90067
 7             (310) 246-3333
               (Via Telephone)
 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                 Studio City, California,
 2              Thursday, October 21, 2010
 3                       5:05 P.M.
 4
 5                         -oOo-
 6
 7          MR. KLINE:  So this is Matt Kline.
 8          And I'm starting the meet and confer following
 9   up on my -- or, actually, my partner Dan Petrocelli's
10   October 15th, 2010 letter and Judge Wright's order the
11   same day staying the Pacific Pictures cases pending the
12   appeal that the defendants noticed in our case.  As we
13   set forth in detail in the letter, we're considering
14   filing a motion to vacate that order or at least the
15   stay aspect of that order so that we can continue
16   prosecuting our case.
17          And the first main question we have for
18   defendants is whether they intend to continue pursuing
19   that appeal or will be seeking to dismiss it and if they
20   have a position on that?
21          MR. KENDALL:  We intend to continue to pursue
22   it.
23          MR. KLINE:  Okay.  The second question is
24   whether the defendants will agree that the federal
25   client, I guess the defendants in the Pacific Pictures
```

1    cases, can go forward given that they are not the
2    subject of the appeal and would allow those federal
3    clients -- agree to allow those federal clients to go
4    forward and have the stay modified to let them go
5    forward.
6         MR. KENDALL:  No.
7         MR. KLINE:  The third question is whether the
8    defendants would agree to have -- to allow us to take
9    the depositions and obtain the discovery that
10   Magistrate Jureski ruled that we would be entitled to
11   starting on November 15th, 2010?
12        MR. KENDALL:  Not until a stay is lifted.
13        MR. KLINE:  And, then, the last question is
14   whether you would agree to shorten time on the -- our
15   litigating this particular motion to vacate the stay or
16   whether you want to follow -- we'd like to obviously get
17   this resolved as soon as possible.  We think we're being
18   prejudice here and whether you'd agree to shorten time.
19        MR. KENDALL:  What is your proposal?
20        MR. KLINE:  I think that you know these are
21   relatively straightforward issues.  We can get a brief
22   on file next week, give you guys seven days to respond,
23   kind of the typical back and forth for, you know,
24   discovery motions that we've been litigating, a short
25   reply period, and then let the judge rule as soon as he

```
 1   possibly can.
 2           MR. KENDALL:  Well, could you be a little more
 3   specific?
 4           MR. KLINE:  We would file, let's say, next
 5   Wednesday, you file a week later, we get a reply the
 6   following Friday, and then you have until whenever the
 7   judge wants to resolve it.
 8           MR. KENDALL:  You're saying -- what you're
 9   proposing is just to get some dates on this so that I
10   can, among other things, check my calendar, and then
11   we'll have to talk with Marc to find out his, but you're
12   proposing that you would file on the 27th; is that
13   right?
14           MR. KLINE:  Yeah.  You file on the 3rd, and
15   then we reply, let's say, on the 5th.
16           MR. KENDALL:  Yeah, I think I need to speak
17   with Marc about that.
18           I have one issue, Matt, that may require me to
19   be consumed in New York for a few days in that first
20   week of November, but I -- and I may have to be in
21   New York in depositions on the 28th, the 29th, which
22   means leaving on the 27th.  So this could be a problem,
23   but I should know more about both of those dates, I
24   hope, tomorrow depending on what opposing counsel is
25   willing to tell me in those matters.
```

```
 1          MR. KLINE:  Okay.  So I'll just wait to hear
 2   back from you tomorrow.
 3          MR. KENDALL:  Yeah, I hope I'll be able to give
 4   you a definitive answer tomorrow.  I'll certainly make
 5   my very best efforts.
 6          MR. KLINE:  Well, that's it on my end.
 7          MR. KENDALL:  Okay.  Just one moment.
 8          Okay.  If you don't have anything else, then I
 9   think we understand where you stand based on the letter
10   and the questions you asked.  I think you understand
11   where we stand.
12          MR. KLINE:  Perfect.  Thanks so much.  Have a
13   nice day.
14          MR. KENDALL:  Okay.  Bye bye.
15          MR. KLINE:  Bye.
16          (The proceedings concluded at 5:11 P.M.)
17   ///
18   ///
19   ///
20
21
22
23
24
25
```

Case 2:10-cv-03633-ODW-RZ    Document 215-6    Filed 04/18/11    Page 10 of 14    Page ID #:15536

1
2
3
4          I, LESLI KELIGIAN, Certified Shorthand
5   Reporter, License No. 6006, certify:
6
7          That said transcript was taken down by me in
8   shorthand at the time and placed therein named and
9   thereafter reduced to computerized transcription under
10  my direction and is a true record of the testimony.
11
12         I further certify that I am not interested in
13  the event of the action.
14
15         WITNESS this 1st day of November, 2010.
16
17
18  _____
19       LESLI KELIGIAN, CSR No. 6006
20
21
22
23
24
25

EXHIBIT 1
27

| | |
|---|---|
| From: | Kline, Matthew |
| Sent: | Monday, December 20, 2010 6:46 PM |
| To: | Tokoro, Jason; 'mtoberoff@ipwla.com'; 'nwilliamson@ipwla.com'; 'kgadams@ipwla.com' |
| Cc: | Petrocelli, Daniel; Seto, Cassandra |
| Subject: | Re: DC Comics v. PPC |

Marc,

As a reminder, tomorrow's meet-and-confer conference will be transcribed by a certified court reporter. Given that DC has requested the reporter for this conference, DC will pay the costs of the reporter.

Thanks,

Matt Kline

---

**From:** Tokoro, Jason
**To:** 'mtoberoff@ipwla.com' <'mtoberoff@ipwla.com'>; 'nwilliamson@ipwla.com' <'nwilliamson@ipwla.com'>; 'kgadams@ipwla.com' <'kgadams@ipwla.com'>
**Cc:** Petrocelli, Daniel; Kline, Matthew; Seto, Cassandra
**Sent:** Mon Dec 20 18:00:02 2010
**Subject:** DC Comics v. PPC

Counsel,


Please see attached letter from Matthew T. Kline.

**Jason H Tokoro**
**O'Melveny & Myers LLP - Century City**
1999 Avenue of the Stars, Suite 700
Los Angeles, California  90067
Direct Dial:  (310) 246-6707
Fax:  (310) 246-6779
Email: jtokoro@omm.com

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

 P please consider the environment - do you really need to print this email?

1

**EXHIBIT 1**
**28**

# TOBEROFF & ASSOCIATES, P.C.

A PROFESSIONAL CORPORATION

2049 CENTURY PARK EAST, SUITE 2720
LOS ANGELES, CALIFORNIA 90067

MARC TOBEROFF*
NICHOLAS C. WILLIAMSON
KEITH G. ADAMS
JEFFREY R. RHOADS

* Also admitted in New York

TELEPHONE
(310) 246-3333

FACSIMILE
(310) 246-3101

mtoberoff@ipwla.com

December 21, 2010

<u>Via E-Mail</u>

Matt Kline, Esq.
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Re:  <u>DC Comics v. Pacific Pictures Corp., et al.</u>, Case No. 10-CV-03633 ODW (RZx)

This is to respond to your e-mail sent yesterday, December 20, 2010, at 6:46 p.m., "reminding" me that a court reporter will transcribe our meet and confer scheduled for 2 p.m. today. Your e-mail is misleading in that the parties have no agreement that a court reporter be present at this meet and confer, or any subsequent meet and confer, as demonstrated by my October 20, 2010 letter and Laura Brill's October 21, 2010 letter to you.

We do not consent to having this or any other ordinary meet and confer session transcribed by a Court reporter. Transcription by a court reporter was not part of the parties' December 6, 2010 stipulation, nor was it ever requested by you in drafting the stipulation.

Local Rule 37-1 requires parties to conduct meet and confer sessions in an effort to resolve discovery disputes so as not to unnecessarily burden the Court with avoidable motion practice. As with settlement discussions, informal open discussions foster dispute resolution, not cross-examination of opposing counsel transcribed by a court reporter. Such has an obvious chilling effect on the open exchange required for dispute resolution, and runs counter to the spirit and purpose of Local Rule 37-1. If you have *any* contrary legal authority requiring us to hold discovery meet-and-confer sessions before a court reporter, please provide it to us for review.

Otherwise we expect your attendance at the meet-and-confer at 2 p.m. today, as stipulated to and ordered by the Court, and this will not be before a court reporter. In the future, if you insist on a court reporter as a prerequisite to your participation in a discovery meet-and-confer, you are required to make a motion to that effect pursuant to Rule 37.

Very truly yours,

Marc Toberoff

EXHIBIT 1
29

| | |
|---|---|
| **From:** | Kline, Matthew |
| **Sent:** | Tuesday, December 21, 2010 11:16 AM |
| **To:** | 'Keith Adams'; Seto, Cassandra; Petrocelli, Daniel |
| **Cc:** | Nicholas Williamson; Marc Toberoff |
| **Subject:** | RE: DC Comics v. PPC |

Marc,

We disagree with the assertions in your letter of this morning, but will go forward with the meet and confer at 2pm PST without a reporter. We reserve all rights to seek court relief for your refusal to participate with a reporter.

Thank you,

Matt Kline

**From:** Keith Adams [mailto:kgadams@ipwla.com]
**Sent:** Tuesday, December 21, 2010 10:47 AM
**To:** Kline, Matthew; Seto, Cassandra; Petrocelli, Daniel
**Cc:** Nicholas Williamson; Marc Toberoff
**Subject:** DC Comics v. PPC

Counsel:

Please see the attached letter from Marc Toberoff.

Keith G. Adams
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: kgadams@ipwla.com
http://www.ipwla.com

This message and any attached documents may contain information from
Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient,

1

EXHIBIT 1
30

you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

2

EXHIBIT 1

31