| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #097802) |
|   | dpetrocelli@omm.com |
| 2 | MATTHEW T. KLINE (S.B. #211640) |
|   | mkline@omm.com |
| 3 | CASSANDRA L. SETO (S.B. #246608) |
|   | cseto@omm.com |
| 4 | O'MELVENY & MYERS LLP |
|   | 1999 Avenue of the Stars, 7th Floor |
| 5 | Los Angeles, CA 90067-6035 |
|   | Telephone: (310) 553-6700 |
| 6 | Facsimile: (310) 246-6779 |
| 7 | PATRICK T. PERKINS (admitted *pro hac vice*) |
|   | pperkins@ptplaw.com |
| 8 | PERKINS LAW OFFICE, P.C. |
|   | 1711 Route 9D |
| 9 | Cold Spring, NY 10516 |
|   | Telephone: (845) 265-2820 |
| 10 | Facsimile: (845) 265-2819 |
| 11 | Attorneys for Plaintiff DC Comics |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DC COMICS, | | Case No. CV 10-3633 ODW (RZx) |
| | Plaintiff, | **DISCOVERY MATTER** |
| | v. | **DECLARATION OF AARON HAYDEN IN SUPPORT OF DC COMICS' COURT-ORDERED SUPPLEMENTAL BRIEF RE: JOINT-INTEREST PRIVILEGE IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND AMENDED PRIVILEGE LOGS** |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive, | | |
| | Defendants. | **Judge**: Hon. Otis D. Wright II |
| | | **Magistrate**: Hon. Ralph Zarefsky |

# DECLARATION OF AARON HAYDEN

I, Aaron Hayden, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am an associate at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in support of DC's Court-Ordered Supplemental Brief Re: Joint-Interest Privilege. I have personal knowledge of the matters set forth in this declaration, and if called to testify to the facts stated herein, I could and would do so competently.

2. Attached hereto as Exhibit A is a true and correct copy of the docket sheet for *Renner Otto Boisselle & Sklar LLP v. Estate of Michael Siegel*, Case No. CV-07-620856 in the Court of Common Pleas for Cuyahoga County, Ohio.

3. Attached hereto as Exhibit B is a true and correct copy of a letter sent from Marc Toberoff to Daniel Petrocelli on April 11, 2011.

4. Attached hereto as Exhibit C is a true and correct copy of a letter sent from Melvin Banchek to Don Bulson on April 3, 2006.

5. Attached hereto as Exhibit D is a true and correct copy of 15 documents ordered produced to DC in *In re: Subpoena Duces Tecum Issued by the U.S. District Court for the Northern District of Ohio*, Case No. 1:06 MC 99.

6. Attached hereto as Exhibit E is a true and correct copy of a letter sent from Joshua Ryland to Judge Solomon Oliver, Jr. on February 18, 2008.

7. Attached hereto as Exhibit F is a true and correct copy of a letter sent from Mr. Toberoff to Judge Oliver on February 19, 2008.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 18th day of April 2011 at Los Angeles, California.

_____
Aaron Hayden