# EXHIBIT A

  

# Gerald E. Fuerst, Clerk of Courts
## Court of Common Pleas - Cuyahoga County, Ohio

[Case Summary] [Case Parties] [Costs] [Service] [All] [Print] [New Search] [Main Menu]

## DOCKET INFORMATION

Printer Friendly Version

**Case Number:** CV-07-620856
**Case Title:** RENNER OTTO BOISSELLE & SKLAR LLP vs. MICHAEL SIEGEL ESTATE OF
**Image Viewer:** AlternaTIFF

### DOCKET INFORMATION

| From Date | Sort | Type | Type | Type | Type | SearchType |
|---|---|---|---|---|---|---|
| / / | ◉ Ascending / ◯ Descending | | | | | [Start Search] |

| Date | Side | Type | Description | Image |
|---|---|---|---|---|
| 02/23/2011 | N/A | JE | BENCH TRIAL SET FOR 05/12/2011 AT 08:45 AM. CLCAH 02/23/2011 NOTICE ISSUED | |
| 01/12/2011 | N/A | JE | FINAL PRE-TRIAL SET FOR 02/10/2011 AT 08:45 AM TO BE CONDUCTED IN COURTROOM 15-D. CLIENTS AND REAL PARTIES IN INTEREST TO APPEAR IN PERSON. PARTIES SHALL ABIDE BY COURT'S STANDING TRIAL AND FINAL PRETRIAL ORDERS (SEE ONLINE WWW.JUDGESYNENBERG.COM ) AND LOC.R. 21, PARTS II AND III. PARTIES TO SERVE AND FILE PRETRIAL STATEMENT NO LESS THAN ONE WEEK PRIOR TO THE FINAL PRETRIAL. COURTESY COPIES SHALL BE PROVIDED TO THE STAFF ATTORNEY UPON FILING. ALL PARTIES AND CHOSEN REPRESENTATIVES MUST BE PRESENT WITH FULL, FINAL, AND IMMEDIATE SETTLEMENT AUTHORITY. IF THE REAL PARTY IN INTEREST IS AN INSURANCE COMPANY, CORPORATION, COMMON CARRIER, OR OTHER ARTIFICIAL ENTITY, THEN THE CHOSEN REPRESENTATIVE MUST BE THE PERSON WITH FULL, FINAL, AND IMMEDIATE AUTHORITY TO NEGOTIATE AND ENTER INTO A BINDING SETTLEMENT AGREEMENT AS TO ALL CLAIMS. FAILURE TO BRING A REPRESENTATIVE WITH FULL, FINAL, AND IMMEDIATE SETTLEMENT AUTHORITY SHALL CONSTITUTE A VIOLATION OF THIS ORDER AND WILL RESULT IN SANCTIONS INCLUDING, BUT NOT LIMITED TO, AN AWARD OF COSTS AND ATTORNEY FEES INCURRED BY THE OTHER PARTIES IN CONNECTION WITH THE CONFERENCE, AS WELL AS OTHER APPROPRIATE SANCTIONS AGAINST THE NONCOMPLYING PARTY AND/OR COUNSEL. IN ADDITION, THE COURT WILL SCHEDULE A HEARING WHICH SAID REPRESENTATIVE SHALL BE REQUIRED TO ATTEND PERSONALLY AND SHOW CAUSE WHY S/HE SHOULD NOT BE HELD IN CONTEMPT OF COURT. IT IS SO ORDERED. CLCAH 01/12/2011 NOTICE ISSUED | |
| 01/10/2011 | N/A | SC | FINAL PRE-TRIAL SET FOR 02/10/2011 AT 08:45 AM. (Notice Sent). | |
| 09/17/2010 | N/A | JE | DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT IS GRANTED. THE COURT, HAVING CONSIDERED THE EVIDENCE PRESENTED AND HAVING CONSTRUED THE EVIDENCE MOST STRONGLY IN FAVOR OF THE NON-MOVING PARTY, DETERMINES | |

4/14/2011

EXHIBIT A
2

|            |     |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                 |
|------------|-----|----|----|
|            |     |    | THAT REASONABLE MINDS CAN COME TO BUT ONE CONCLUSION, THAT THERE ARE NO GENUINE ISSUES OF MATERIAL FACT, AND THAT DEFENDANTS ARE ENTITLED TO JUDGMENT AS A MATTER OF LAW AS FOLLOWS: I. IT IS UNDISPUTED THAT AFTER MICHAEL SIEGEL'S DEATH, DEFENDANTS' LEGAL REPRESENTATION WAS TERMINATED. CONTRARY TO PLAINTIFF'S ASSERTION, AND AS A MATTER OF LAW, THE MERE DEATH OF THE CLIENT, MICHAEL SIEGEL, COULD NEITHER CONSTITUTE NOR BE CONSTRUED AS THE POINT AT WHICH PLAINTIFF'S PERFORMANCE OF THE TERMS OF THE ATTORNEY/CLIENT CONTINGENT FEE AGREEMENT BECAME COMPLETE. BECAUSE MICHAEL SIEGEL'S DEATH DID NOT CONSTITUTE THE CONTINGENCY, AND BECAUSE PLAINTIFF'S REPRESENTATION WAS TERMINATED BEFORE THE CONTINGENCY OCCURRED (IT STILL HAS NOT OCCURRED), PLAINTIFF'S RECOVERY FOR ITS ATTORNEY'S FEES MUST BE BASED ON QUANTUM MERUIT. II. IT IS UNDISPUTED THAT PLAINTIFF DID NOT WITHDRAW FROM ITS REPRESENTATION OF ITS CLIENT MICHAEL SIEGEL. ACCORDINGLY, PLAINTIFF IS NOT ENTITLED TO RECOVER THE "RISK ASSUMPTION FACTOR" ("3% OF THE PROCEEDS, HOWEVER OBTAINED") THAT IS CONDITIONED UPON PLAINTIFF'S WITHDRAWAL AS MICHAEL SIEGEL'S ATTORNEY. JUDGMENT ACCORDINGLY. IT IS SO ORDERED. CLDLJ 09/17/2010 NOTICE ISSUED |
| 07/26/2010 | D1  | BR | D1 ESTATE OF MICHAEL SIEGEL REPLY BRIEF TO PLTF'S BRIEF IN OPPOSITION TO MOTION FOR PARTIAL SJ. L. CHRISTOPHER COLEMAN 0075528 |
| 07/16/2010 | P1  | OT | P1 RENNER OTTO BOISSELLE & SKLAR LLP MEMORANDUM IN OPP TO DEFT'S MOTION FOR PARTIAL SJ. STEVEN M OTT 0003908 |
| 06/16/2010 | N/A | JE | PLAINTIFF RENNER OTTO BOISSELLE & SKLAR LLP MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFT'S MOTION FOR PARTIAL SUMMARY JUDGMENT IS GRANTED. PLAINTIFF SHALL SERVE AND FILE ITS RESPONSE ON OR BEFORE JULY 16, 2010. COURTESY COPY TO BE PROVIDED TO COURT'S STAFF ATTORNEY ON THE 11TH FLOOR UPON FILING. NO FURTHER EXTENSIONS. IT IS SO ORDERED. CLGXF 06/16/2010 NOTICE ISSUED |
| 05/14/2010 | D1  | OT | D1 ESTATE OF MICHAEL SIEGEL OPPOSITION TO PLTF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFT'S MOTION FOR PARTIAL SUMMARY JUDGMENT. L. CHRISTOPHER COLEMAN 0075528 |
| 05/07/2010 | P1  | MO | P1 RENNER OTTO BOISSELLE & SKLAR LLP MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFT'S MOTION FOR PARTIAL SJ BRANDY M SLATES 0081808 06/16/2010 - GRANTED |
| 04/09/2010 | N/A | JE | DEFENDANT ESTATE OF MICHAEL SIEGEL MOTION FOR LEAVE TO FILE PARTIAL SUMMARY JUDGMENT IS GRANTED. SAID MOTION IS DEEMED FILED AS OF APRIL 7, 2010. PLAINTIFF'S RESPONSE TO BE SERVED AND FILED ON OR BEFORE MAY 14, 2010. REPLY DUE NO MORE THAN 10 DAYS AFTER SERVICE OF PLAINTIFF'S RESPONSE. PARTIES TO PROVIDE TO COURT'S STAFF ATTORNEY COURTESY COPIES OF ALL MOTIONS AND BRIEFS WHEN FILED. CLCAH 04/09/2010 NOTICE ISSUED |
| 04/06/2010 | N/A | SC | FINAL PRE-TRIAL SCHEDULED FOR 05/24/2010 AT 08:45 AM IS CANCELLED. |
| 04/06/2010 | N/A | SC | TRIAL BY JURY SCHEDULED FOR 06/07/2010 AT 08:30 AM IS CANCELLED. |
| 01/12/2010 | N/A | JE | FINAL PRETRIAL SET FOR 05/24/2010 AT 08:45 AM. ALL PARTIES AND CHOSEN REPRESENTATIVES MUST BE PRESENT WITH FULL, |

|  |  |  |  |
|---|---|---|---|
|  |  |  | FINAL, AND IMMEDIATE SETTLEMENT AUTHORITY. IF THE REAL PARTY IN INTEREST IS AN INSURANCE COMPANY, CORPORATION, COMMON CARRIER, OR OTHER ARTIFICIAL ENTITY, THEN THE CHOSEN REPRESENTATIVE MUST BE THE PERSON WITH FULL, FINAL, AND IMMEDIATE AUTHORITY TO NEGOTIATE AND ENTER INTO A BINDING SETTLEMENT AGREEMENT AS TO ALL CLAIMS. FAILURE TO BRING A REPRESENTATIVE WITH FULL, FINAL, AND IMMEDIATE SETTLEMENT AUTHORITY SHALL CONSTITUTE A VIOLATION OF THIS ORDER AND WILL RESULT IN SANCTIONS INCLUDING, BUT NOT LIMITED TO, AN AWARD OF COSTS AND ATTORNEY FEES INCURRED BY THE OTHER PARTIES IN CONNECTION WITH THE CONFERENCE, AS WELL AS OTHER APPROPRIATE SANCTIONS AGAINST THE NONCOMPLYING PARTY AND/OR COUNSEL. IN ADDITION, THE COURT WILL SCHEDULE A HEARING WHICH SAID REPRESENTATIVE SHALL BE REQUIRED TO ATTEND PERSONALLY AND SHOW CAUSE WHY S/HE SHOULD NOT BE HELD IN CONTEMPT OF COURT. JURY TRIAL SET FOR 06/07/2010 AT 08:30 AM. CLCAH 01/12/2010 NOTICE ISSUED |
| 01/12/2010 | N/A | JE | CAPTIONED CASE IS HEREBY REFERRED TO BUSINESS MEDIATION PURSUANT TO LOCAL RULE 21.2(E). CASE TO BE MEDIATED BEFORE MAY 1, 2010. ALL PARTIES AND CHOSEN REPRESENTATIVES MUST BE PRESENT WITH FULL, FINAL, AND IMMEDIATE SETTLEMENT AUTHORITY. IF THE REAL PARTY IN INTEREST IS AN INSURANCE COMPANY, CORPORATION, COMMON CARRIER, OR OTHER ARTIFICIAL ENTITY, THEN THE CHOSEN REPRESENTATIVE MUST BE THE PERSON WITH FULL, FINAL, AND IMMEDIATE AUTHORITY TO NEGOTIATE AND ENTER INTO A BINDING SETTLEMENT AGREEMENT AS TO ALL CLAIMS. FAILURE TO BRING A REPRESENTATIVE WITH FULL, FINAL, AND IMMEDIATE SETTLEMENT AUTHORITY SHALL CONSTITUTE A VIOLATION OF THIS ORDER AND WILL RESULT IN SANCTIONS INCLUDING, BUT NOT LIMITED TO, AN AWARD OF COSTS AND ATTORNEY FEES INCURRED BY THE OTHER PARTIES IN CONNECTION WITH THE CONFERENCE, AS WELL AS OTHER APPROPRIATE SANCTIONS AGAINST THE NONCOMPLYING PARTY AND/OR COUNSEL. IN ADDITION, THE COURT WILL SCHEDULE A HEARING WHICH SAID REPRESENTATIVE SHALL BE REQUIRED TO ATTEND PERSONALLY AND SHOW CAUSE WHY S/HE SHOULD NOT BE HELD IN CONTEMPT OF COURT. IT IS SO ORDERED. CLCAH 01/12/2010 NOTICE ISSUED |
| 03/26/2009 | D1 | RE | D1 ESTATE OF MICHAEL SIEGEL REPLY TO PLTF'S BRIEF IN OPPOSITION TO DEFT'S MOTION FOR LEAVE TO FILE PARTIAL SUMMARY JUDGMENT..(W) L. CHRISTOPHER COLEMAN 0075528 |
| 03/16/2009 | P1 | BR | P1 RENNER OTTO BOISSELLE & SKLAR LLP BRIEF IN OPPOSITION TO DEFT'S MOTION FOR LEAVE TO FILE PARTIAL SUMMARY JUDGMENT. BRANDY M SLATES 0081808 |
| 03/05/2009 | D1 | MO | D1 ESTATE OF MICHAEL SIEGEL MOTION FOR SUMMARY JUDGMENT...(W) L. CHRISTOPHER COLEMAN 0075528 09/17/2010 - GRANTED |
| 03/05/2009 | D1 | MO | D1 ESTATE OF MICHAEL SIEGEL MOTION FOR LEAVE TO FILE PARTIAL SUMMARY JUDGMENT..(W) L. CHRISTOPHER COLEMAN 0075528 04/09/2010 - GRANTED |
| 08/12/2008 | P1 | MO | P1 RENNER OTTO BOISSELLE & SKLAR LLP JOINT MOTIO NFOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE DISPOSITIVE MOTIONS.....(W)....... BRANDY M SLATES 0081808 01/07/2009 - MOOT |
| 07/07/2008 | P1 | BR | P1 RENNER OTTO BOISSELLE & SKLAR LLP BRIEF IN OPPOSITION TO DEFTS. MOTION TO COMPEL. BRANDY M SLATES 0081808 |

4/14/2011

EXHIBIT A
4

| | | | |
|---|---|---|---|
| 07/01/2008 | D1 | MO | D1 ESTATE OF MICHAEL SIEGEL MOTION TO COMPEL GERALD A BERK 0011529 09/23/2008 - MOOT |
| 05/20/2008 | N/A | JE | PRE-TRIAL HELD ON 05/08/2008. COURT AND COUNSEL DISCUSSED PROGRESS OF DISCOVERY AND POSSIBILITY OF BUSINESS OR PRIVATE MEDIATION IN THIS ACTION FOR RECOVERY OF LEGAL FEES AND DECLARATORY JUDGMENT. THERE APPEAR TO EXIST THRESHOLD LEGAL ISSUES ARISING OUT OF A UNIQUE SET OF FACTUAL CIRCUMSTANCES. THE PARTIES INTEND TO RAISE THESE ISSUES FORMALLY THROUGH DISPOSITIVE MOTION PRACTICE. DISCOVERY IS ONGOING. DISPOSITIVE MOTION TO BE FILED BY 08/12/2008. RESPONSE DUE PER LOC.R. 11(I)(1). BRIEF REPLY AND SURREPLY LIMITED TO 10 PAGES MAY BE FILED PER RULE. COURT WILL NOT READ OR CONSIDER ANY PORTION OF A REPLY OR SURREPLY BEYOND THE FIRST 10 PAGES. COPIES OF ALL DISPOSITIVE AND COMPLEX PROCEDURAL MOTIONS AND BRIEFS ARE TO BE PROVIDED TO THE COURT UPON FILING. CLMEF 05/20/2008 NOTICE ISSUED |
| 02/14/2008 | N/A | JE | PRE-TRIAL HELD ON 02/12/2008. COUNSEL APPEARED. PARTIES ARE ENGAGED IN FOLLOW-UP PHASE OF ONGOING PAPER DISCOVERY. PARTIES INTEND TO TAKE SEVERAL DEPOSITIONS AFTER REVIEWING/ANALYZING PAPER DISCOVERY RESPONSES. COUNSEL AGREED TO THE FOLLOWING CASE SCHEDULING ORDER: DISCOVERY IS ONGOING. PARTIES TO WASTE NO TIME IN PROPOUNDING AND RESPONDING TO DISCOVERY REQUESTS. PRETRIAL SET FOR 05/08/2008 AT 02:30 PM. PARTIES SHALL HAVE THEIR CALENDARS AVAILABLE AND BE PREPARED TO DISCUSS DISCOVERY PROGRESS, SCHEDULING MATTERS, AND ALTERNATIVE DISPUTE RESOLUTION OPTIONS. CLAJB 02/14/2008 NOTICE ISSUED |
| 02/08/2008 | N/A | SC | PRE-TRIAL SET FOR 02/12/2008 AT 02:00 PM. (Notice Sent). |
| 02/08/2008 | N/A | SC | FINAL PRE-TRIAL SCHEDULED FOR 02/12/2008 AT 02:00 PM IS CANCELLED. |
| 02/08/2008 | N/A | SC | FINAL PRE-TRIAL SCHEDULED FOR 02/12/2008 AT 02:00 PM IS CANCELLED. |
| 02/08/2008 | N/A | SC | TRIAL SCHEDULED FOR 03/12/2008 AT 09:00 AM IS CANCELLED. |
| 02/08/2008 | N/A | SC | TRIAL SCHEDULED FOR 03/12/2008 AT 09:00 AM IS CANCELLED. |
| 12/21/2007 | N/A | JE | P1 RENNER OTTO BOISSELLE & SKLAR LLP MOTION FOR EXTENSION OF TIME TO FILE EXPERT REPORT, FILED 12/07/2007, IS GRANTED. PLAINTIFF'S EXPERT REPORT TO BE PRODUCED ON OR BEFORE 1/21/2008; DEFENDANT'S EXPERT REPORT TO BE PRODUCED ON OR BEFORE 3/6/2008. FINAL PRE-TRIAL SET FOR 03/13/2008 AT 03:00 PM. ALL PARTIES AND CHOSEN REPRESENTATIVES MUST BE PRESENT WITH FULL AND FINAL SETTLEMENT AUTHORITY. IF THE REAL PARTY IN INTEREST IS AN INSURANCE COMPANY, CORPORATION, COMMON CARRIER, OR OTHER ARTIFICIAL ENTITY, THEN THE CHOSEN REPRESENTATIVE MUST BE THE PERSON WITH FINAL AUTHORITY TO NEGOTIATE THE CLAIM TO THE FULL EXTENT OF PLAINTIFF'S DEMAND. PARTIES ARE EXPECTED TO NEGOTIATE IN GOOD FAITH; FAILURE TO DO SO MAY RESULT IN SANCTIONS. ON OR BEFORE THE DATE OF THE FINAL PRETRIAL, ALL PARTIES SHALL SERVE AND FILE A TRIAL BRIEF WHICH SHALL CONTAIN A SUCCINCT STATEMENT OF THEIR CLAIMS (AS PRESENTED IN THE PLEADINGS); A BRIEF STATEMENT OF THE ESSENTIAL AND MATERIAL FACTS; THE LEGAL ISSUES INVOLVED; THE TYPE AND AMOUNT OF DAMAGES THEY ARE SEEKING; AND AN ESTIMATE OF HOW LONG IT WILL TAKE TO |

4/14/2011

EXHIBIT A
5

|  |  |  |  |
|---|---|---|---|
|  |  |  | PUT ON THEIR CASE IN CHIEF. TRIAL BRIEFS SHALL NOT EXCEED 10 PAGES. ALSO ON OR BEFORE THE DATE OF THE FINAL PRETRIAL, THE PARTIES SHALL EXCHANGE/SERVE AND FILE WITNESS LISTS WHICH SHALL INCLUDE THE WITNESSES' NAMES AND A VERY BRIEF STATEMENT OUTLINING THE SUBSTANCE OF EACH WITNESS' EXPECTED TESTIMONY. IN ADDITION, THE PARTIES SHALL EXCHANGE/SERVE AND FILE A LIST OF TRIAL EXHIBITS. TRIAL EXHIBITS SHALL BE PRE-MARKED WITH EXHIBIT STICKERS AND EXCHANGED AS WELL. PLAINTIFFS SHALL MARK THEIR EXHIBITS USING NUMBERS; DEFENDANTS SHALL MARK THEIR EXHIBITS USING LETTERS. THE PARTIES ARE REQUIRED TO PROVIDE THE COURT WITH A FILE-STAMPED COPY OF ALL OF THE ABOVE ITEMS. COURTESY COPIES TO BE DELIVERED TO THE COURT UPON FILING. CLDLJ 12/21/2007 NOTICE ISSUED |
| 12/07/2007 | P1 | MO | P1 RENNER OTTO BOISSELLE & SKLAR LLP MOTION FOR EXTENSION OF TIME TO FILE EXPERT REPORT KIMBERLY M SUTTER 0076285 12/21/2007 - GRANTED |
| 08/03/2007 | P1 | OT | P1 RENNER OTTO BOISSELLE & SKLAR LLP NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL. STEVEN M OTT 0003908 |
| 07/20/2007 | N/A | JE | CASE MGMNT CONFERENCE HELD ON 07/17/2007. COUNSEL FOR PLAINTIFF WAS PRESENT; ESTATE ADMINISTRATOR (ATTY. BANCHEK) APPEARED FOR DEFENDANT. COUNSEL AGREED TO THE FOLLOWING CASE SCHEDULING ORDER: DISCOVERY CUT-OFF IS 11/16/2007. PLAINTIFF'S EXPERT REPORT DUE 12/21/2007. DEFENDANT'S EXPERT REPORT DUE 02/04/2008. FINAL PRETRIAL SET FOR 02/12/2008 AT 02:00 PM. ALL PARTIES AND CHOSEN REPRESENTATIVES MUST BE PRESENT, OR IN EXCEPTIONAL CIRCUMSTANCES WITH PRIOR COURT APPROVAL, BE AVAILABLE BY TELEPHONE, WITH FULL SETTLEMENT AUTHORITY. IF THE REAL PARTY IN INTEREST IS AN INSURANCE COMPANY, CORPORATION, OR OTHER ARTIFICIAL ENTITY, THEN THE CHOSEN REPRESENTATIVE MUST HAVE FULL AUTHORITY TO NEGOTIATE THE CLAIM TO THE FULL EXTENT OF PLAINTIFF'S DEMAND. BENCH TRIAL SET FOR 03/12/2008 AT 09:00 AM. ON OR BEFORE THE DATE OF THE FINAL PRETRIAL, THE PARTIES SHALL EXCHANGE/SERVE AND FILE WITNESS LISTS WHICH SHALL INCLUDE THE WITNESSES' NAMES AND A VERY BRIEF STATEMENT OUTLINING THE SUBSTANCE OF EACH WITNESS' EXPECTED TESTIMONY. IN ADDITION, THE PARTIES SHALL EXCHANGE/SERVE AND FILE A LIST OF TRIAL EXHIBITS. TRIAL EXHIBITS SHALL BE PRE-MARKED WITH EXHIBIT STICKERS AND EXCHANGED AS WELL. PLAINTIFFS SHALL MARK THEIR EXHIBITS USING NUMBERS; DEFENDANTS SHALL MARK THEIR EXHIBITS USING LETTERS. THE PARTIES ARE REQUIRED TO PROVIDE THE COURT WITH A FILE-STAMPED COPY OF ALL OF THE ABOVE ITEMS. IN ALL RESPECTS, THE PARTIES' BRIEFS, PROPOSED JURY INSTRUCTIONS, WITNESS LISTS, EXHIBIT LISTS, AND OTHER DOCUMENTS FILED WITH THE COURT SHALL CONFORM TO THE OHIO RULES OF CIVIL PROCEDURE AND THE CUYAHOGA COUNTY LOCAL RULES, INCLUDING LOC.R. 8(A). COURTESY COPIES TO BE DELIVERED TO THE COURT UPON FILING. DELIVERY MAY BE MADE IN ANY OF THE FOLLOWING WAYS: 1) BY ATTACHING A VIRUS-FREE PDF, WORD, OR WORDPERFECT DOCUMENT TO AN EMAIL ADDRESSED TO THE COURT'S STAFF ATTORNEY AT CPMJG@CUYAHOGACOUNTY.US; OR 2) BY LEAVING A COPY WITH THE BAILIFF IN COURTROOM 15-D OR WITH THE STAFF ATTORNEY ON THE 11TH FLOOR. CLCAH 07/20/2007 NOTICE ISSUED |

| Date | Party | Code | Description |
|---|---|---|---|
| 06/13/2007 | D1 | AN | D1 ESTATE OF MICHAEL SIEGEL ANSWER TO COMPLAINT OF PLAINTIFF. GERALD A BERK 0011529 |
| 05/27/2007 | N/A | SR | SCHEDULE ATTORNEY NOTICE. NOTICE GENERATED FOR BASSALY/SONYA/L ON 05/27/2007 17:06:20 |
| 05/27/2007 | N/A | SR | SCHEDULE ATTORNEY NOTICE. NOTICE GENERATED FOR BERK/GERALD/A ON 05/27/2007 17:06:19 |
| 05/27/2007 | N/A | SC | CASE MGMNT CONFERENCE SET FOR 07/17/2007 AT 09:45 AM. |
| 05/15/2007 | N/A | JE | D1 ESTATE OF MICHAEL SIEGEL MOTION FOR LEAVE TO PLEAD (FOR 30 DAYS) GERALD A BERK 0011529, FILED 05/08/2007, IS GRANTED. BOOK 3878 PAGE 0446 05/15/2007 NOTICE ISSUED |
| 05/08/2007 | D1 | MO | D1 ESTATE OF MICHAEL SIEGEL MOTION FOR LEAVE TO PLEAD (FOR 30 DAYS) GERALD A BERK 0011529 05/15/2007 - GRANTED |
| 04/18/2007 | D1 | SR | CERTIFIED MAIL RECEIPT NO. 9986827 RETURNED BY U.S. MAIL DEPARTMENT 04/18/2007 ESTATE OF MICHAEL SIEGEL MAIL RECEIVED AT ADDRESS 04/13/2007 SIGNED BY OTHER. |
| 04/12/2007 | D1 | SR | SUMS COMPLAINT(9986827) SENT BY CERTIFIED MAIL. TO: ESTATE OF MICHAEL SIEGEL C/O MELVIN BANCHEK 55 PUBLIC SQUARE SUITE 918 CLEVELAND, OH 44113-0000 |
| 04/09/2007 | D1 | CS | WRIT FEE |
| 04/06/2007 | N/A | SF | JUDGE JOAN SYNENBERG ASSIGNED (RANDOM) |
| 04/06/2007 | P1 | SF | LEGAL RESEARCH |
| 04/06/2007 | P1 | SF | LEGAL NEWS |
| 04/06/2007 | P1 | SF | LEGAL AID |
| 04/06/2007 | P1 | SF | COMPUTER FEE |
| 04/06/2007 | P1 | SF | CLERK'S FEE |
| 04/06/2007 | P1 | SF | DEPOSIT AMOUNT PAID OTT & ASSOCIATES CO LPA |
| 04/06/2007 | N/A | SF | CASE FILED |
| 04/06/2007 | P1 | SR | COMPLAINT FILED. SERVICE REQUEST - SUMMONS BY CERTIFIED MAIL TO THE DEFENDANT(S). |

Print Page | Close Window | Disclaimers | Printer Friendly Version

Only the official court records available from the Cuyahoga County Clerk of Courts, available in person, should be relied upon as accurate and current.

For questions/comments please click here

© PROWARE 1997-2011

4/14/2011

EXHIBIT A
7