# EXHIBIT C

**MELVIN H. BANCHEK CO., L.P.A.**
Attorney at Law
55 Public Square, Suite 918
Cleveland, Ohio 44113

(216) 566-7666

April 3, 2006

Don W. Bulson, Esq.
Renner, Otto, Boisselle & Sklar, LLP
1621 Euclid Ave., 19th Floor
Cleveland, Ohio 44113

    Re: Estate of Michael Siegel
       Cuyahoga County Probate Court Case
       Number 2006 EST 0110075

Dear Mr. Bulson:

  As you know Laura Siegel Larson is the sole heir of Michael Siegel's Estate. She has requested that I obtain from you, your entire file pertaining to Michael as quickly as possible. In addition, Mrs. Larson has also requested that I no longer retain your services. Thank you very much for your anticipated cooperation.

                Very truly yours,

                Melvin H. Banchek

MHB/bc
Cc: Stephen Webster, Esq.
   Laura Siegel


EXHIBIT "B"

LSL 00056

EXHIBIT C
10