# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 10-03633 ODW (RZx) | Date | April 20, 2011 |
|---|---|---|---|
| Title | DC COMICS v. PACIFIC PICTURES CORPORATION, ET AL. | | |

| Present: The Honorable | RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE |
|---|---|
| Ilene Bernal | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** In Chambers –

On the Court's own motion, the hearing on Plaintiff's (1) Motion to Compel the Production of Documents and Amended Privilege Logs From the Toberoff Defendants; and (2) Motion to Compel Six Interrogatory Responses from Defendant Toberoff is continued to April 25, 2011, **at 2:00 p.m.**

:
Initials of Preparer     igb