1  Marc Toberoff (State Bar No. 188547)
     mtoberoff@ipwla.com
2  Nicholas C. Williamson (State Bar No. 231124)
     nwilliamson@ipwla.com
3  Keith G. Adams (State Bar No. 240497)
     kgadams@ipwla.com
4  TOBEROFF & ASSOCIATES, P.C.
   2049 Century Park East, Suite 3630
5  Los Angeles, California, 90067
   Telephone:  (310) 246-3333
6  Fax:           (310) 246-3101

7  Attorneys for Defendants Mark Warren
   Peary, as personal representative of the
8  Estate of Joseph Shuster, Jean Adele Peavy,
   and Laura Siegel Larson

9
10                **UNITED STATES DISTRICT COURT**

11                **CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| DC COMICS,<br><br>              Plaintiff,<br><br>     vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; JOANNE SIEGEL, an individual; LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>              Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DEFENDANTS MARK WARREN PEARY, JEAN ADELE PEAVY AND LAURA SIEGEL LARSON'S *EX PARTE* APPLICATION TO CONTINUE THE HEARING DATE ON DC COMICS' MOTIONS TO COMPEL [DOCKET NOS. 205, 206]**<br><br>*Declaration of Marc Toberoff and [Proposed] Order Filed Concurrently Herewith*<br><br>Complaint Filed: May 14, 2010<br>Trial Date:       None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendants Mark Warren Peary, Jean Adele Peavy and Laura Siegel Larson ("Defendants") hereby respectfully apply to this Court *ex parte* for a brief three-day continuance of the April 25, 2011 hearing on Plaintiff DC Comics' ("DC") motions to compel (Docket Nos. 205-206). Good cause exists to grant this application, given that: (1) DC's motions were improperly noticed for April 25, 2011 and should have been noticed for May 2, 2011 pursuant to Local Rules 37-2.4 and 6-1; and (2) Defendants' counsel Marc Toberoff will be out-of-state with his family over the Easter weekend and will not return until the evening of April 25, 2011. *See* Declaration of Marc Toberoff ("Toberoff Decl."), ¶¶ 2-4. As the motions seek to compel privileged documents and communications of Defendants, Toberoff must be present to protect his clients' interests.

This application is based on this Notice, the attached memorandum of points and authorities, the Declaration of Marc Toberoff, all of the pleadings, files and records in this proceeding, all matters of which this Court may take judicial notice, and any argument or evidence that may be presented to or considered by the Court.

In accordance with Local Rule 7-19.1, on April 20, 2011, Defendants' counsel advised DC's counsel Daniel Petrocelli, of the firm O'Melveny & Myers, LLP, 1999 Avenue of the Stars, 7th Floor, Los Angeles, California 90017; Tel: (310) 553-6700; E-mail: dpetrocelli@omm.com, of the circumstances justifying this *ex parte* application. Toberoff Decl., ¶ 6, Ex. 2. DC effectively stated that it would oppose this application. *Id.*, ¶ 7, Ex. 2.

In light of the above, Defendants respectfully request that the Court issue an order continuing the April 25 hearing to April 28, 2011, the correct hearing date, May 2, 2011, or to any time thereafter convenient for the Court and DC's counsel.

| | | |
|---|---|---|
| 1 | Dated: April 20, 2011 | RESPECTFULLY SUBMITTED, |
| 2 | | *[signature]* |
| 3 | | Marc Toberoff |
| | | TOBEROFF & ASSOCIATES, P.C. |
| 4 | | Attorneys for Defendants |
| 5 | | MARK WARREN PEARY, JEAN ADELE PEAVY, LAURA SIEGEL LARSON |

# MEMORANDUM OF LAW

Defendants Mark Warren Peary, Jean Adele Peavy and Laura Siegel Larson ("Defendants") hereby respectfully apply to this Court for a brief continuance of the April 25, 2011 hearing on Plaintiff DC Comics' ("DC") motions to compel (Docket Nos. 205-206). Good cause exists to grant this application, given that the motions were improperly noticed for April 25 and should have been noticed for May 2 pursuant to Local Rules 37-2.4 and 6-1, and Defendants' counsel Marc Toberoff will be out-of-state with his family over the Easter weekend and will not return until the evening of April 25, 2011. Toberoff Decl., ¶ 4.

On April 4, 2011, DC filed two motions to compel (Docket Nos. 205-206) pursuant to Local Rule 37-2.4, with an incorrect hearing date of April 25, 2011 (21 days later).[1] Under Local Rule 37-2.4, when a motion to compel is in the form of a noticed motion, and not a joint stipulation, Local Rules 6-1, 7-9 and 7-10 apply, setting a 28-day calendar for such motions. The correct hearing date for DC's two motions was therefore clearly May 2, not April 25, 2011.

This is the second time DC's counsel has intentionally flouted the Local Rules and "mis-noticed" a L.R. 37-2.4 motion to compel for a much earlier date. After Defendants specifically reminded DC that a 28-day calendar applied to a L.R. 37-2.4 motion, DC nonetheless filed such a motion on November 29, 2010 (Docket No. 125) and incorrectly noticed a hearing date 21 days later for December 20, 2010. *See* Toberoff Decl., ¶ 3, Ex. 1. However, the Court issued a notice of deficiency for this mistake (Docket No. 130), and re-scheduled the hearing for 28 days later (Docket No. 131).

DC's mis-noticed hearing date upends the Local Rules. Pursuant to Local Rule 37-2.4, when a motion to compel is filed in the form of a noticed motion, Local Rule

---

[1] The motions were converted into Local Rule 37-2.4 motions, instead of joint stipulations, due to DC's refusal to grant a brief courtesy extension, as the partners responsible were on "Spring Break" holiday vacations with their families and were unavailable to respond that week. For a more complete history of these filings, the Court is respectfully directed to Mr. Toberoff's April 11, 2011 declaration, located at Docket No. 215.

3
*EX PARTE* APPLICATION

Case 2:10-cv-03633-ODW-RZ   Document 220   Filed 04/21/11   Page 5 of 6   Page ID #:15849

7-9 applies, and the opposition is thus due 21 days before the hearing date. Under DC's incorrect hearing date, defendants' oppositions were due twenty-one (21) days before the hearing – *i.e.,* April 4, the very day that DC filed its motion. Similarly, under Local Rule 7-10, DC's replies would have been due fourteen (14) days before the hearing date, on April 11, 2011. **Tellingly, DC did not file its replies until April 18, 2011, consistent with a May 2, 2011 hearing date.** *See* Docket Nos. 215-216.

In light of all of the above, the office of Defendants' counsel calendared DC's motions for the correct May 2, 2011 date. Regrettably, when Defendants' counsel scheduled the above trip over Easter weekend, returning Monday, April 25, 2011, he did not believe that there would be a hearing on such date. Toberoff Decl., ¶ 4. Mr. Toberoff is available April 27-29, as well as on May 2, the proper hearing date under the Rules. Toberoff Decl., ¶ 8.

While, as a formal matter, the motions are directed at Mr. Toberoff, Pacific Pictures Corp., IPW, LLC, and IP Worldwide, LLC, which Mr. Toberoff is not representing herein, in substance the motions seek the privileged information and documents of Mr. Toberoff's clients, Laura Siegel Larson, Jean Adele Peavy, and Mark Warren Peary. Mr. Toberoff must therefore be able to attend this hearing to protect the interests of his clients. DC itself acknowledges that all of the discovery it seeks is highly interrelated – *e.g.,* one of its present motions to compel incorporates by reference "Issues Nos. 1-7" from its prior motion, which was decided by this Court's April 11, 2011 Order. *See* Docket No. 205 at 3.[2] Under these circumstances, the hearing should be briefly continued.

It is anticipated that DC will claim that Mr. Toberoff seeks to delay discovery. This is not so; as the short extension requested herein makes clear, Mr. Toberoff brings this application solely because of a conflict with his family commitments.

---

[2] DC has stated that it will improperly make both a motion for reconsideration of this Court's April 11, 2011 Order under Local Rule 7-18, *and* a motion for review of that order to Judge Wright under Local Rule 72. *See* Toberoff Decl., Ex. 3.

*EX PARTE* APPLICATION

Toberoff Decl., ¶ 4-5.

DC cannot complain of prejudice if the hearing is continued to May 2, as this is the proper date under the Local Rules, which DC ignored in incorrectly noticing the hearing a week early in the first place.

## CONCLUSION

In light of the foregoing, Defendants respectfully request that this Court continue the April 25, 2011 hearing on Plaintiff's motions to compel to April 28, 2011, the correct hearing date, May 2, 2011, or to any time thereafter convenient for the Court and DC's counsel.

Dated:  April 20, 2011                    RESPECTFULLY SUBMITTED,

_____
Marc Toberoff
TOBEROFF & ASSOCIATES, P.C.

Attorneys for Defendants
MARK WARREN PEARY, JEAN ADELE PEAVY, LAURA SIEGEL LARSON