Marc Toberoff (State Bar No. 188547)
 *mtoberoff@ipwla.com*
Nicholas C. Williamson (State Bar No. 231124)
 *nwilliamson@ipwla.com*
Keith G. Adams (State Bar No. 240497)
 *kgadams@ipwla.com*
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 3630
Los Angeles, California, 90067
Telephone: (310) 246-3333
Fax: (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| DC COMICS,<br><br>              Plaintiff,<br><br>     vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; JOANNE SIEGEL, an individual; LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>              Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF MARC TOBEROFF IN SUPPORT OF DEFENDANTS MARK WARREN PEARY, JEAN ADELE PEAVY AND LAURA SIEGEL LARSON'S *EX PARTE* APPLICATION TO CONTINUE THE HEARING DATE ON DC COMICS' MOTIONS TO COMPEL [DOCKET NOS. 205, 206]**<br><br>Complaint filed: May 14, 2010<br>Trial Date:       None Set |

DECLARATION OF MARC TOBEROFF IN SUPPORT OF *EX PARTE* APPLICATION

## **DECLARATION OF MARC TOBEROFF**

I, Marc Toberoff, declare as follows:

1.  I am an attorney at Toberoff & Associates, P.C., counsel of record for defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson. I am also counsel for plaintiff Laura Siegel Larson in the related cases of *Siegel v. Warner Bros. Entertainment Inc., et al.*, Case No. 04-CV-8400 ODW (RZx) and *Siegel v. Time Warner Inc., et al.*, Case No. 04-CV-8776 ODW (RZx). I am a member in good standing of the State Bar of California and submit this declaration in support of Defendants' *Ex Parte* Application to Continue the Hearing Date on DC Comics' Motions to Compel. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.  On April 4, 2011, plaintiff DC Comics ("DC") filed two regular noticed motions to compel (Docket Nos. 205-206) pursuant to Local Rule 37-2.4, with an incorrect hearing date of April 25, 2011. For the true history of these filings under Local Rule 37-2.4, the Court is respectfully referred to my April 11, 2011 declaration (Docket No. 214).

3.  Previously on November 29, 2010, I specifically notified DC's counsel of this issue when they did the exact same thing and mis-noticed the hearing date of a regular L.R. 37-2.4 motion for a week earlier than permitted under the Rules. Thereafter, a notice of deficiency was issued by the Court, and the correct "28 day" hearing date was set. *See* Docket Nos. 125, 130-131. Attached hereto as "Exhibit 1" is a true and correct copy of my November 29, 2010 e-mail to DC's counsel, Daniel Petrocelli.

4.  As such, my office calendared DC's motions to compel for the correct May 2, 2011 hearing date, and I scheduled a short out-of-state family trip over the Easter weekend returning the evening of April 25, 2011. When I scheduled this trip I did not believe that there would be a hearing on such date.

1
DECLARATION OF MARC TOBEROFF IN SUPPORT OF *EX PARTE* APPLICATION

5. After the Court issued a notice of deficiency on April 20, 2011, which re-set the hearing date to 2:00 p.m. on April 25, 2011, I contacted the Court to advise it of my calendar conflict. The Court's clerk advised me to submit the instant application if I needed to continue the hearing due to a calendar conflict.

6. Pursuant to Local Rule 7-19.1, later on April 20, 2011, I called plaintiff's counsel Daniel Petrocelli, of the firm O'Melveny & Myers, LLP, 1999 Avenue of the Stars, 7th Floor, Los Angeles, California 90017; Tel: (310) 553-6700; Facsimile: (310) 246-6779, to inform him of my scheduling conflict and left a voicemail. I then sent Mr. Petrocelli and his associate, Ms. Cassandra Seto, an e-mail advising them of defendants' intent to seek *ex parte* relief and asking for DC's position on such relief.

7. Mr. Petrocelli responded via e-mail on April 20 and effectively stated that DC would oppose the application. A true and correct copy of the April 20, 2011 e-mail chain between me and Mr. Petrocelli is attached hereto as "Exhibit 2."

8. I am available on April 27-29, 2011, May 2, 2011, or most dates thereafter to attend the hearing on DC's motions to compel.

9. Attached hereto as "Exhibit 3" is a true and correct copy of an April 19, 2011 e-mail, sent on behalf of Daniel Petrocelli to me.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on April 20, 2011, in Los Angeles, California

_____
Marc Toberoff