**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| DC COMICS,<br>　　　　　　Plaintiff,<br>　　vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; JOANNE SIEGEL, an individual; LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br>　　　　　　Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS MARK WARREN PEARY, JEAN ADELE PEAVY AND LAURA SIEGEL LARSON'S *EX PARTE* APPLICATION TO CONTINUE THE HEARING DATE ON DC COMICS' MOTIONS TO COMPEL [DOCKET NOS. 205, 206]**<br><br>Complaint filed:  May 14, 2010<br>Trial Date:　　　None Set |

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION

The Court, having reviewed and considered Defendants Mark Warren Peary, Jean Adele Peavy and Laura Siegel Larson's *Ex Parte* Application to Continue the Hearing Date on DC Comics' Motions to Compel [Docket Nos. 205, 206], DC Comics' opposition thereto (if any), and all further submissions and arguments on the matter, and good cause appearing, hereby GRANTS defendants' application.

IT IS HEREBY ORDERED THAT:

1. The hearing on DC Comics' pending motions to compel (Docket Nos. 205 and 206) is set for 10:00 a.m. on _____ __, 2011.

IT IS SO ORDERED.

Dated:   April __, 2011      _____
                              Hon. Ralph Zarefsky, U.S.M.J.