1  DANIEL M. PETROCELLI (S.B. #097802)
    dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
    mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
    cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA  90067-6035
   Telephone:  (310) 553-6700
6  Facsimile:   (310) 246-6779

7  PATRICK T. PERKINS (admitted *pro hac vice*)
    pperkins@ptplaw.com
8  PERKINS LAW OFFICE, P.C.
   1711 Route 9D
9  Cold Spring, NY 10516
   Telephone:  (845) 265-2820
10 Facsimile:   (845) 265-2819

11 Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>                Plaintiff,<br><br>       v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>                Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF DANIEL M. PETROCELLI IN SUPPORT OF DC COMICS' OPPOSITION TO DEFENDANTS MARK WARREN PEARY, JEAN ADELE PEAVY AND LAURA SIEGEL LARSON'S *EX PARTE* APPLICATION TO CONTINUE THE HEARING DATE ON DC COMICS' MOTIONS TO COMPEL [DOCKET NOS. 205, 206]**<br><br>**Judge**:         Hon. Otis D. Wright II<br>**Magistrate**:  Hon. Ralph Zarefsky |

# DECLARATION OF DANIEL M. PETROCELLI

I, Daniel M. Petrocelli, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am a partner at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in support of DC's Opposition to Defendants Mark Warren Peary, Jean Adele Peavy and Laura Siegel Larson's *Ex Parte* Application to Continue the Hearing Date on DC Comics' Motions to Compel [Docket Nos. 205, 206]. I have personal knowledge of the matters set forth in this declaration, and if called to testify to the facts stated herein, I could and would do so.

2. As I emailed Mr. Toberoff last night, on April 27, 2011, I will be in New York, New York. On May 2, 2011, I will be in Washington D.C. *See* Toberoff Decl. Ex. 2 at 11.

3. Mr. Toberoff's *ex parte* application now proposes April 28, 2011. However, I am scheduled to depart New York, New York, and return to Los Angeles, California, on the morning of April 28, 2011. Barring any flight delays, the earliest I can be available for a hearing is late in the afternoon on April 28.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 21st day of April 2011 at Los Angeles, California.

_____
Daniel M. Petrocelli

CC1:848585