1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

10

DC COMICS,

Case No: CV 10-03633 ODW (RZx)

Plaintiff,

11

vs.

Hon. Otis D. Wright II, U.S.D.J.
Hon. Ralph Zarefsky, U.S.M.J.

12

13

PACIFIC PICTURES CORPORATION;
IP WORLDWIDE, LLC; IPW, LLC;

**DISCOVERY MATTER**

14

MARC TOBEROFF, an individual;
MARK WARREN PEARY, as personal

**[PROPOSED] ORDER
GRANTING DEFENDANTS
MARK WARREN PEARY, JEAN
ADELE PEAVY AND LAURA
SIEGEL LARSON'S *EX PARTE*
APPLICATION TO CONTINUE
THE HEARING DATE ON DC
COMICS' MOTIONS TO
COMPEL [DOCKET NOS. 205,
206]**

15

representative of the ESTATE OF

16

JOSEPH SHUSTER; JEAN ADELE

17

PEAVY, an individual; JOANNE
SIEGEL, an individual; LAURA

18

SIEGEL LARSON, an individual,
and DOES 1-10, inclusive,

19

Complaint filed:  May 14, 2010
Trial Date:       None Set

20

Defendants.

**<span style="color:red">DENIED</span>**

21

BY ORDER OF THE COURT

22

23

24

25

26

27

28

1    The Court, having reviewed and considered Defendants Mark Warren Peary,

2  Jean Adele Peavy and Laura Siegel Larson's *Ex Parte* Application to Continue the

3  Hearing Date on DC Comics' Motions to Compel [Docket Nos. 205, 206], DC

4  Comics' opposition thereto (if any), and all further submissions and arguments on the

5  matter, and good cause appearing, hereby GRANTS defendants' application.

6    IT IS HEREBY ORDERED THAT:

7    1.    The hearing on DC Comics' pending motions to compel (Docket Nos.

8  205 and 206) is set for 10:00 a.m. on _____ __, 2011.

9

10    ~~IT IS SO ORDERED~~.

11

12    The ex parte application is denied.  Although the Court has attempted to

13  accommodate the schedules of both principal counsel, that appears not to have been

14  possible.  There is no justification for the late application to postpone.

15

16  Dated:    April 22, 2011    _____

17    Hon. Ralph Zarefsky, U.S.M.J.

18

19

20

21

22

23

24

25

26

27

28