Name & Address:
Daniel M. Petrocelli (S.B. # 97802)
dpetrocelli@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700; Facsimile: (310) 246-6779

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DC COMICS | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 10-03633 ODW (RZx) |
| v. | |
| PACIFIC PICTURES CORPORATION, et al. | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
DC Comics' Notice of Motion and Motion for Review of Magistrate's Order On Plaintiff's Motion to Compel Pursuant to Fed. R. Civ. P. 72(a) and L.R. 72-2.1 (see attachment for additional documents)

**Document Description:**

- ☐ Administrative Record
- ☒ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☒ Other DC Comics' Motion for Review; DC Comics' application to seal, supporting declaration, and proposed order

**Reason:**

- ☒ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☒ Manual Filing required (*reason*): The application to seal, supporting declaration, and proposed order are required to be manually filed by General Order 10-7.

| April 25, 2011 | /s/ Daniel M. Petrocelli |
|---|---|
| Date | Attorney Name |
| | Daniel M. Petrocelli |
| | Party Represented |
| | Plaintiff DC Comics |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)  **NOTICE OF MANUAL FILING**

American LegalNet, Inc.
www.FormsWorkflow.com

# ATTACHMENT
List of Manually-Filed Documents Continued

DC COMICS' UNOPPOSED APPLICATION TO TEMPORARILY FILE UNDER SEAL MOTION FOR REVIEW OF MAGISTRATE'S ORDER ON PLAINTIFF'S MOTION TO COMPEL PURSUANT TO FED. R. CIV. P. 72(A) AND L.R. 72-2.1

EXHIBIT A TO THE DECLARATION OF CASSANDRA SETO IN SUPPORT OF DC COMICS' MOTION FOR REVIEW OF MAGISTRATE'S ORDER ON PLAINTIFF'S MOTION TO COMPEL PURSUANT TO FED. R. CIV. P. 72(A) AND L.R. 72-2.1

DECLARATION OF CASSANDRA SETO IN SUPPORT OF DC COMICS' UNOPPOSED APPLICATION TO TEMPORARILY FILE UNDER SEAL MOTION FOR REVIEW OF MAGISTRATE'S ORDER ON PLAINTIFF'S MOTION TO COMPEL PURSUANT TO FED. R. CIV. P. 72(A) AND L.R. 72-2.1

[PROPOSED] ORDER GRANTING DC COMICS' UNOPPOSED APPLICATION TO TEMPORARILY FILE UNDER SEAL MOTION FOR REVIEW OF MAGISTRATE'S ORDER ON PLAINTIFF'S MOTION TO COMPEL PURSUANT TO FED. R. CIV. P. 72(A) AND L.R. 72-2.1