| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #97802) |
| | dpetrocelli@omm.com |
| 2 | MATTHEW T. KLINE (S.B. #211640) |
| | mkline@omm.com |
| 3 | CASSANDRA L. SETO (S.B. #246608) |
| | cseto@omm.com |
| 4 | O'MELVENY & MYERS LLP |
| | 1999 Avenue of the Stars, 7th Floor |
| 5 | Los Angeles, CA 90067-6035 |
| | Telephone: (310) 553-6700 |
| 6 | Facsimile: (310) 246-6779 |
| 7 | PATRICK T. PERKINS (admitted *pro hac vice*) |
| | pperkins@ptplaw.com |
| 8 | PERKINS LAW OFFICE, P.C. |
| | 1711 Route 9D |
| 9 | Cold Spring, NY 10516 |
| | Telephone: (845) 265-2820 |
| 10 | Facsimile: (845) 265-2819 |
| 11 | Attorneys for Plaintiff DC Comics |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS, | Case No. CV-10-03633 ODW (RZx) |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | Hon. Otis D. Wright II |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive, | |
| Defendants. | |

**PROOF OF SERVICE BY FEDERAL EXPRESS/OVERNIGHT DELIVERY**

I am a citizen of the United States and employed in Los Angeles County, California, by O'Melveny & Myers LLC, whose address is 1999 Avenue of the Stars, 7th Floor, Los Angeles, California 90067-6035. I am over the age of eighteen years and not a party to the within action. On April 25, 2011, I served the following:

NOTICE OF MANUAL FILING

[UNREDACTED] DC COMICS' NOTICE OF MOTION AND MOTION FOR REVIEW OF MAGISTRATE'S ORDER ON PLAINTIFF'S MOTION TO COMPEL PURSUANT TO FED. R. CIV. P. 72(A) AND L.R. 72-2.1

DC COMICS' UNOPPOSED APPLICATION TO TEMPORARILY FILE UNDER SEAL MOTION FOR REVIEW OF MAGISTRATE'S ORDER ON PLAINTIFF'S MOTION TO COMPEL PURSUANT TO FED. R. CIV. P. 72(A) AND L.R. 72-2.1

EXHIBIT A TO THE DECLARATION OF CASSANDRA SETO IN SUPPORT OF DC COMICS' MOTION FOR REVIEW OF MAGISTRATE'S ORDER ON PLAINTIFF'S MOTION TO COMPEL PURSUANT TO FED. R. CIV. P. 72(A) AND L.R. 72-2.1

DECLARATION OF CASSANDRA SETO IN SUPPORT OF DC COMICS' UNOPPOSED APPLICATION TO TEMPORARILY FILE UNDER SEAL MOTION FOR REVIEW OF MAGISTRATE'S ORDER ON PLAINTIFF'S MOTION TO COMPEL PURSUANT TO FED. R. CIV. P. 72(A) AND L.R. 72-2.1

[PROPOSED] ORDER GRANTING DC COMICS' UNOPPOSED APPLICATION TO TEMPORARILY FILE UNDER SEAL MOTION FOR REVIEW OF MAGISTRATE'S ORDER ON PLAINTIFF'S MOTION TO COMPEL PURSUANT TO FED. R. CIV. P. 72(A) AND L.R. 72-2.1

by putting a true and correct copy thereof together with an unsigned copy of this declaration, in a sealed envelope, with delivery fees paid or provided for, for delivery the next business day to the parties listed below and by placing the envelope(s) for collection today by the overnight courier in accordance with the firm's ordinary business practices. I am readily familiar with this firm's practice

for collection and processing of overnight courier correspondence. In the ordinary course of business, such correspondence collected from me would be processed on the same day, with fees thereon fully prepaid, and deposited that day in a box or other facility regularly maintained by Federal Express, which is an overnight carrier.

      Marc Toberoff
      Toberoff & Associates, P.C.
      2049 Century Park East, Suite 3630
      Los Angeles, CA 90067

      Attorneys for defendants Joanne Siegel; Laura Siegel Larson; Mark Warren Peary; and Jean Peavy

      Richard Kendall
      Kendall Brill & Klieger LLP
      10100 Santa Monica Blvd., Suite 1725
      Los Angeles, CA 90067

      Attorneys for defendants Marc Toberoff; Pacific Pictures Corporation; IP Worldwide, LLC; and IPW, LLC

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on April 25, 2011, at Los Angeles, California.

                                  /s/ Mary Lee
                                  Mary Lee

CC1:848677