DANIEL M. PETROCELLI (S.B. #097802)
dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819

Attorneys for Plaintiff DC Comics

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. CV 10-03633 ODW (RZx)<br><br>**DECLARATION OF CASSANDRA SETO IN SUPPORT OF DC COMICS' MOTION FOR REVIEW OF MAGISTRATE'S ORDER ON PLAINTIFF'S MOTION TO COMPEL PURSUANT TO FED. R. CIV. P. 72(A) AND L.R. 72-2.1**<br><br>**EXHIBIT A LODGED PROVISIONALLY UNDER SEAL**<br><br>Hon. Otis D. Wright II<br><br>**Hearing Date**: May 23, 2011<br>**Hearing Time**: 1:30 p.m.<br>**Courtroom**: 11 |

## DECLARATION OF CASSANDRA SETO

I, Cassandra Seto, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am an associate at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in support of DC's Motion For Review Of Magistrate's Order On Plaintiff's Motion To Compel Pursuant To Fed. R. Civ. P. 72(a) And L.R. 72-2.1. I have personal knowledge of the matters set forth in this declaration, and if called to testify to the facts stated herein, I could and would do so competently.

2. Attached hereto as Exhibit A is a true and correct copy of a letter from Marc Toberoff to Michael Bergman dated May 2, 2008.

3. Attached hereto as Exhibit B is a true and correct copy of a redacted document Bates-stamped LSL 00211-00212 that defendants produced to DC on April 18, 2011, which appears to be a letter from Michael Siegel to Laura Siegel Larson dated May 13, 2003.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 25th day of April 2011 at Los Angeles, California.

_____
Cassandra Seto

CC1:848612