# EXHIBIT A

# [LODGED PROVISIONALLY UNDER SEAL]