ORIGINAL

DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819

Attorneys for Plaintiff DC Comics

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DC COMICS, | Case No. CV 10-03633 ODW (RZx) |
|---|---|
| Plaintiff, | **DECLARATION OF CASSANDRA SETO IN SUPPORT OF DC COMICS' UNOPPOSED APPLICATION TO TEMPORARILY FILE UNDER SEAL MOTION FOR REVIEW OF MAGISTRATE'S ORDER ON PLAINTIFF'S MOTION TO COMPEL PURSUANT TO FED. R. CIV. P. 72(A) AND L.R. 72-2.1** |
| v. | |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive, | |
| Defendants. | Hon. Otis D. Wright II |

SETO DECLARATION RE: DC COMICS'
UNOPPOSED APPLICATION TO SEAL

## DECLARATION OF CASSANDRA SETO

I, Cassandra Seto, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am an associate at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in support of DC Comics' Unopposed Application To Temporarily File Under Seal Motion For Review Of Magistrate's Order On Plaintiff's Motion To Compel Pursuant To Fed. R. Civ. P. 72(a) And L.R. 72-2.1 ("Application").

2. Attached hereto as Exhibit A is a true and correct copy of an email chain between me and counsel for defendants dated April 22, 2011-April 25, 2011. On April 22, I sent counsel for defendants an email notifying them that DC would be filing the Application and asking whether they would agree to the relief sought therein. On April 25, counsel for defendants responded that they agreed DC Comics' Motion For Review Of Magistrate's Order On Plaintiff's Motion To Compel Pursuant To Fed. R. Civ. P. 72(a) And L.R. 72-2.1 could be placed "under seal, consistent with Magistrate Zarefsky's April 11, 2011 order."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 25th day of April 2011 at Los Angeles, California.

_____
Cassandra Seto

CC1:848645

# EXHIBIT A

**From:** Seto, Cassandra
**Sent:** Monday, April 25, 2011 9:39 AM
**To:** 'Work'
**Cc:** mtoberoff@ipwla.com; Nicholas Williamson; Petrocelli, Daniel; Kline, Matthew
**Subject:** RE: DC Comics v. PPC

Keith:

Thanks. As we noted last time, under Local Rule 79-5.1, we need to file an application to seal rather than a stipulation. We will specify that the application is unopposed, note your objection, and attach your email as an exhibit.

Cassie

---

**From:** Work [mailto:kgadams@ipwla.com]
**Sent:** Monday, April 25, 2011 9:17 AM
**To:** Seto, Cassandra
**Cc:** mtoberoff@ipwla.com; Nicholas Williamson; Petrocelli, Daniel; Kline, Matthew
**Subject:** Re: DC Comics v. PPC

Cassandra:

As before, we object to DC's use of confidential material in this litigation, but we will agree to a short and plain stipulation placing the material under seal, consistent with Magistrate Zarefsky's April 11, 2011 order.

Keith Adams

On Apr 25, 2011, at 8:54 AM, "Seto, Cassandra" <cseto@OMM.com> wrote:

> Dear Marc,
>
> We have not yet received a response to the e-mail below. Please let us know by 12:00 p.m. PDT today whether you will stipulate to our seal application so we may inform the Court of your position. If we do not receive a response by then, we will so notify the Court.
>
> Thanks,
>
> Cassie
>
> **From:** Seto, Cassandra
> **Sent:** Friday, April 22, 2011 3:46 PM
> **To:** 'Marc Toberoff'; Keith Adams; Nicholas Williamson

1

EXHIBIT A

2

**Cc:** Petrocelli, Daniel; Kline, Matthew
**Subject:** RE: DC Comics v. PPC

Dear Marc,

DC's motion for review of Magistrate Zarefsky's ruling refers to the May 2, 2008, letter discussing defendants' consent agreement. Consistent with our prior practice and Magistrate Zarefsky's February 15, 2011, and April 11, 2011, orders, DC will seek to temporarily seal its motion for review and any relevant exhibits. Please let us know whether you will stipulate to the seal application.

Thanks,

Cassie

---

**From:** Keith Adams [mailto:kgadams@ipwla.com]
**Sent:** Tuesday, March 29, 2011 11:45 AM
**To:** Seto, Cassandra
**Cc:** Petrocelli, Daniel; Kline, Matthew; Nicholas Williamson; Marc Toberoff
**Subject:** RE: DC Comics v. PPC

Cassie:

We oppose sealing of documents in connection with this motion, for the reasons set forth in our response to your prior application. See Docket No. 167. However, in light of Magistrate Zarefsky's February 14, 2011 order that temporarily placed materials under seal pending the decision on the motion, we would agree to a short and plain stipulation that places the supplemental brief under seal on the same terms as the other materials, while noting our opposition to DC's disclosure and use of such documents in this litigation.

Keith G. Adams
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: kgadams@ipwla.com
http://www.ipwla.com

This message and any attached documents may contain information from
Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may

2

**EXHIBIT A**
3

not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

--- On **Tue, 3/29/11, Seto, Cassandra** <*cseto@OMM.com*> wrote:

From: Seto, Cassandra <cseto@OMM.com>
Subject: RE: DC Comics v. PPC
To: "Marc Toberoff" <mtoberoff@ipwla.com>, "Keith Adams" <kgadams@ipwla.com>, "Nicholas Williamson" <nwilliamson@ipwla.com>
Cc: "Petrocelli, Daniel" <DPetrocelli@OMM.com>, "Kline, Matthew" <MKline@OMM.com>
Date: Tuesday, March 29, 2011, 8:57 AM

Marc,

Please let us have your response by 12.00 pm today so we can note your position in our seal application.

Thanks,

Cassie

---

**From:** Seto, Cassandra
**Sent:** Monday, March 28, 2011 3:53 PM
**To:** Marc Toberoff; 'Keith Adams'; Nicholas Williamson
**Cc:** Petrocelli, Daniel; Kline, Matthew
**Subject:** DC Comics v. PPC

Dear Marc,

DC's supplemental brief, like its motion to compel, refers to the May 2, 2008, letter discussing defendants' consent agreement. In accordance with the Court's February 15, 2011, order, DC will seek to temporarily seal its supplemental brief pending the Court's ruling on DC's motion to compel. Please let us know whether you will stipulate to the seal application.

Thanks,

3

EXHIBIT A
4

Cassie


**Cassandra L. Seto**
**O'Melveny & Myers LLP**
1999 Avenue of the Stars, Suite 700, Los Angeles, California 90067
Telephone: 310.246.6703 | Facsimile: 310.246.6779

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*