1  DANIEL M. PETROCELLI (S.B. #097802)
    dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
    mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
    cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA  90067-6035
   Telephone:  (310) 553-6700
6  Facsimile:  (310) 246-6779

7  PATRICK T. PERKINS (admitted *pro hac vice*)
    pperkins@ptplaw.com
8  PERKINS LAW OFFICE, P.C.
   1711 Route 9D
9  Cold Spring, NY 10516
   Telephone:  (845) 265-2820
10 Facsimile:  (845) 265-2819

11 Attorneys for Plaintiff DC Comics

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 10-03633 ODW (RZx)<br><br>**SETO DECLARATION IN SUPPORT OF DC COMICS' OBJECTION TO DEFENDANTS' IMPROPER "SUPPLEMENTAL BRIEF" IN SUPPORT OF MOTION TO DISMISS**<br><br>The Hon. Otis D. Wright II<br><br>Complaint Filed:  May 14, 2010<br>Trial Date:  None Set |

# DECLARATION OF CASSANDRA SETO

I, Cassandra Seto, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am an associate at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in support of DC Comics' Objection To Defendants' Improper "Supplemental Brief" In Support Of Motion To Dismiss. I have personal knowledge of the matters set forth in this declaration, and if called to testify to the facts stated herein, I could and would do so competently.

2. Attached hereto as Exhibit A is a true and correct copy of an e-mail chain between my colleague Daniel M. Petrocelli and counsel for defendants Marc Toberoff between March 20, 2011, and March 22, 2011. Despite many exchanges regarding this case, Mr. Toberoff failed to meet and confer on defendants' "Supplemental Brief."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 26th day of April 2011 at Los Angeles, California.

_____
Cassandra Seto

CC1:847968