# EXHIBIT A

**From**: Petrocelli, Daniel
**To**: 'mtoberoff@ipwla.com' <mtoberoff@ipwla.com>
**Cc**: 'nwilliamson@ipwla.com' <nwilliamson@ipwla.com>; 'kgadams@ipwla.com' <kgadams@ipwla.com>
**Sent**: Tue Mar 22 11:11:04 2011
**Subject**: Re: Extension Request

Marc, provided you agree to give us a similar extension in the event you file a motion to stay, we will agree to your request for a two-business day extension.

Dan

---

**From**: marc.toberoff@gmail.com <marc.toberoff@gmail.com>
**To**: Petrocelli, Daniel
**Cc**: Nicholas Williamson <nwilliamson@ipwla.com>; Keith Adams <kgadams@ipwla.com>
**Sent**: Tue Mar 22 10:51:34 2011
**Subject**: Re: Extension Request

Dan:

I believe you are mischaracterizing our papers. We mentioned a stay pending final judgment re: the Siegel Termination due to the fact that the Siegel case was in a more advanced stage and the collateral estoppel effect of a judgment in that case as to the mirror image Shuster Termination. Now that our Rule 54(b) motion has been granted, the situation is the reverse.

Notwithstanding this, for a mere 2-business day extension on supplemental briefing for a discovery motion, I'm sure you understand that I cannot foreclose my clients rights and options, as the landscape of this case evolves.

In the past the extensions requested and granted by you have been minor indeed (e.g. filing on a Monday, instead of the previous Friday) like this one. There is no prejudice to your client or reason why you cannot agree to this 2-business day extension as a courtesy, and without having to extract major concessions.

I'm hoping you can simply agree.

Please let me know, otherwise we will have to request a one week extension from Magistrate Zarefsky today,

This is without prejudice to all rights and remedies in both cases which are reserved,

Thank-you.

Marc Toberoff


On Tue, Mar 22, 2011 at 5:46 AM, Petrocelli, Daniel <DPetrocelli@omm.com> wrote:
Marc, you previously have indicated in court filings that defendants would seek to stay the Pacific Pictures case if the Court granted your Rule 54b motion. Assuming that is still your intent, we believe any further delay only serves to prejudice our client. If, however, you do not plan to file yet another motion to stay, we will accommodate your request for an extension of two business days provided it is acceptable to the court.

1

**EXHIBIT A**
2

Thanks.

Dan

---

**From:** marc.toberoff@gmail.com <marc.toberoff@gmail.com>
**To:** Petrocelli, Daniel
**Sent:** Mon Mar 21 16:58:24 2011
**Subject:** Re: Extension Request

Dan:

It is extremely difficult for us to complete this by Friday in addition to the three other summary judgment briefs due that day. We therefore requested a brief one week extension.

What if we extended this by just two business days, so that the briefs are filed by next Tuesday, March 29, would you agree to that? This would not prejudice your side in any real way.

Otherwise, we will have no choice but to request a more reasonable extension from the Court.

Marc

On Mon, Mar 21, 2011 at 4:40 PM, Petrocelli, Daniel <DPetrocelli@omm.com> wrote:
Marc, I've been traveling and just saw this. While we have accommodated a number of your requests for more time, we cannot agree to this request. The production of the requested documents has been outstanding for many months, and we now are faced with additional discovery disputes necessitating yet additional motions. For these and other reasons, we wish to conclude the pending briefing within the time specified by the Court.

Dan

---

**From:** marc.toberoff@gmail.com <marc.toberoff@gmail.com>
**To:** Petrocelli, Daniel
**Sent:** Sun Mar 20 16:39:14 2011
**Subject:** Extension Request

Hi Dan:

We have three major briefs due next Friday in the Kirby case, in addition to the pre-trial order due the following week. I have been practically living at the office this weekend.

Are you amenable to a one week extension on the collateral estoppel briefing requested by Magistrate Zarefsky (due next Friday), subject to the Court's approval?

Regards,

Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com

2

EXHIBIT A
3

--
Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com

--
Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com