| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #097802) |
|  | dpetrocelli@omm.com |
| 2 | MATTHEW T. KLINE (S.B. #211640) |
|  | mkline@omm.com |
| 3 | CASSANDRA L. SETO (S.B. #246608) |
|  | cseto@omm.com |
| 4 | O'MELVENY & MYERS LLP |
|  | 1999 Avenue of the Stars, 7th Floor |
| 5 | Los Angeles, CA  90067-6035 |
|  | Telephone:  (310) 553-6700 |
| 6 | Facsimile:   (310) 246-6779 |
| 7 | PATRICK T. PERKINS (admitted *pro hac vice*) |
|  | pperkins@ptplaw.com |
| 8 | PERKINS LAW OFFICE, P.C. |
|  | 1711 Route 9D |
| 9 | Cold Spring, NY 10516 |
|  | Telephone:  (845) 265-2820 |
| 10 | Facsimile:   (845) 265-2819 |
| 11 | Attorneys for Plaintiff DC Comics |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS, | Case No. CV 10-03633 ODW (RZx) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DC COMICS' OBJECTION TO DEFENDANTS' IMPROPER "SUPPLEMENTAL BRIEF" IN SUPPORT OF MOTION TO DISMISS** |
| v. | |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive, | |
|  | The Hon. Otis D. Wright II |
|  | Complaint Filed:  May 14, 2010 |
|  | Trial Date:          None Set |
| Defendants. | |

1  Good cause appearing, IT IS HEREBY ORDERED that plaintiff DC Comics' Objection To Defendants' Improper "Supplemental Brief" In Support Of Motion To Dismiss is GRANTED; and:

\_\_\_ Defendants' Supplemental Brief Re: Issue Preclusion As To Defendants' Renewed Motion To Dismiss Plaintiff's First Amended Complaint Pursuant To Fed. R. Civ. P. 12(b)(6) is stricken, and

\_\_\_ Defendants Mark Warren Peary, as Personal Representative of the Estate of Joseph Shuster, and Jean Adele Peavy's Renewed Motion To Dismiss And/Or Stay Plaintiff's First Amended Complaint Pursuant To Fed. R. Civ. P. 12(b)(6) is DENIED.

IT IS SO ORDERED.

Dated: _____     _____
                                  Honorable Otis D. Wright II
                                  United States District Court

CC1:848787