# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 10-03633-ODW-(RZx) | Date | APRIL 25, 2011 |
| Title | DC COMICS v. PACIFIC PICTURES CORP., ET AL. | | |

| | |
|---|---|
| Present: The Honorable | RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE |

| Ilene Bernal | Recorded on Courtsmart |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Matthew T. Kline<br>Daniel Petrocelli<br>Jason DeCoro | Laura W. Brill<br>Keith Adams |

**Proceedings:** HRG: 1) PLAINTIFF'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND AMENDED PRIVILEGE LOGS FROM THE TOBEROFF DEFENDANTS

2) PLAINTIFF'S MOTION TO COMPEL SIX INTERROGATORY RESPONSE FROM DEFENDANT TOBEROFF

Motions are submitted.

| | 1 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | igb | |