DANIEL M. PETROCELLI (S.B. #097802)
dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819

Attorneys for Plaintiff DC Comics

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS, | Case No. CV 10-3633 ODW (RZx) |
| Plaintiff, | **DISCOVERY MATTER** |
| v. | **DECLARATION OF CASSANDRA SETO IN SUPPORT OF DC COMICS' MOTION FOR RECONSIDERATION OF APRIL 11, 2011 ORDER** |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive, | **Judge**: Hon. Otis D. Wright II<br>**Magistrate**: Hon. Ralph Zarefsky<br><br>**Hearing Date**: June 6, 2011<br>**Hearing Time**: 10:00 a.m. |
| Defendants. | |

SETO DECL. IN SUPPORT OF
DC'S MOT. FOR RECONSIDERATION

# DECLARATION OF CASSANDRA SETO

I, Cassandra Seto, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am an associate at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in support of DC's Motion For Reconsideration Of April 11, 2011 Order. I have personal knowledge of the matters set forth in this declaration, and if called to testify to the facts stated herein, I could and would do so.

2. Attached hereto as Exhibit A is a true and correct copy of a letter Bates-stamped LSL 00211-00212 that defendants produced to DC on April 18, 2011, at approximately 9:53 p.m.

3. Attached hereto as Exhibit B is a true and correct copy of a letter from my colleague Matthew Kline to counsel for defendants Marc Toberoff dated December 29, 2010.

4. Attached hereto as Exhibit C is a true and correct copy of a letter from Mr. Toberoff to Mr. Kline dated January 4, 2011.

5. Attached hereto as Exhibit D is a true and correct copy of a letter from Mr. Kline to Mr. Toberoff dated January 5, 2011.

6. Attached hereto as Exhibit E is a true and correct copy of a letter from Mr. Toberoff to Mr. Kline dated January 8, 2011.

7. On April 7, 2011, Mr. Toberoff sent my colleague Daniel Petrocelli a letter stating that the depositions of defendants Mark Warren Peary and Laura Siegel Larson scheduled for April 13 and April 21, respectively, "should be continued until DC's three pending motions to compel the production of related documents … are resolved by Magistrate Zarefsky." Mr. Toberoff further stated:

> I will duly instruct my clients not to answer any questions regarding privileged documents or privileged information. Accordingly, these outstanding disputes and the pending motions to compel pose an unnecessary risk of potentially exposing my clients to multiple

depositions, as DC will undoubtedly seek to re-depose Ms. Siegel and Mr. Peary if it secures *any* additional document(s) through its pending motions.

Attached hereto as Exhibit F is a true and correct copy of the April 7, 2011, letter from Mr. Toberoff to Mr. Petrocelli. Attached hereto as Exhibits G through I are true and correct copies of correspondence among the parties concerning deposition scheduling. In this correspondence, Mr. Toberoff reserves defendants' rights to seek a protective order barring his clients' depositions pending this Court's document-discovery rulings.

8. On April 19, 2011, I sent an email to Mr. Toberoff on behalf of Mr. Petrocelli to confirm the parties' meet-and-confer discussion regarding DC's motion for review of the Court's April 11, 2011 order. In DC's April 19 email, we stated: "In addition to the motion we intend to make before Judge Wright, *DC also intends to ask Magistrate Zarefsky to reconsider certain of his rulings in light of the documents that defendants produced last night. We plan to file the motion for reconsideration this week.*" (Emphasis added.) In a response email, Mr. Toberoff confirmed he was available to meet and confer on April 20, and he did not object to conferring on DC's motion for reconsideration or the timing of its filing. Attached hereto as Exhibit J is a true and correct copy of this April 19, 2011, e-mail chain.

9. On April 20, 2011, Mr. Kline and I spoke on the phone with Mr. Toberoff regarding DC's motion for review of the Court's April 11 order. Mr. Toberoff said he would oppose the motion. When we attempted to meet and confer concerning DC's motion for reconsideration, Mr. Toberoff declined to do so, saying he wished to research the issue further. When we asked him to commit to meet-and-confer on this issue the next day, Thursday, April 21, or Friday, April 22, he declined. When we asked for a date certain to meet and confer on the issue, given its pressing nature and the narrow nature of the relief requested, he declined to go through his calendar and commit to a date. When we asked Mr. Toberoff if he would agree to the relief being sought in the motion—*e.g.*, that defendants

1  produce the "July 11, 2003," letter—he refused to engage.  When Mr. Toberoff
2  expressed concern that his positions might be misstated (a claim with which we
3  disagreed), we renewed DC's ongoing proposal to have a court reporter transcribe
4  the parties' meet-and-confer discussions.  He declined.

5        10. Attached hereto as Exhibit K is a true and correct copy of a letter from
6  Mr. Toberoff to Mr. Kline dated April 20, 2011.

7        11. In light of Mr. Toberoff's refusal to meet and confer on DC's motion for
8  reconsideration, DC sent Mr. Toberoff a copy of its motion on April 20, 2011, and
9  asked that he inform DC by 5:00 p.m. on April 21, 2011, whether he opposed the
10 motion.  Attached hereto as Exhibit L is a true and correct copy of a letter from
11 Mr. Kline to Mr. Toberoff dated April 20, 2011.

12       12. Despite Mr. Toberoff's refusal to tell DC his position on its motion for
13 reconsideration, he filed an *ex parte* application at approximately 12:12 a.m. on
14 April 21 stating that DC's motion for reconsideration was procedurally improper.
15 Docket No. 220 at 4 n.2.

16       13. At approximately 5:45 p.m. on April 21, 2011, Mr. Toberoff sent a
17 letter objecting to DC's motion for reconsideration for various reasons.  Attached
18 hereto as Exhibit M is a true and correct copy of that letter from Mr. Toberoff to
19 Mr. Kline dated April 21, 2011.

20       14. Mr. Kline responded that DC would file its motion and inform the Court
21 that defendants objected to the motion.  Attached hereto as Exhibit N is a true and
22 correct copy of an e-mail sent on behalf of Mr. Kline to Mr. Toberoff on April 21,
23 2011.

24       15. On April 22, 2011, Mr. Kline sent a letter to counsel for defendants
25 requesting that they meet and confer regarding various deficiencies in their April
26 18, 2011, production—including the absence of the November 2, 2002, letter from
27 Laura Siegel Larson to Michael Siegel identified in the May 13, 2003, letter.
28

1  Attached hereto as Exhibit O is a true and correct copy of Mr. Kline's April 22,
2  2011, letter to Mr. Toberoff and Keith Adams.

3      16. On April 25, 2011, Mr. Kline sent a letter to counsel for defendants
4  reiterating DC's request that defendants meet and confer as to the November 2,
5  2002, letter and other issues. Mr. Kline stated: "At the end of today's hearing,
6  Keith Adams mentioned that Mr. Toberoff would be available tomorrow to meet
7  and confer regarding the issues raised in my April 22 letter concerning defendants'
8  most recent production. We … are available to do so tomorrow at 10:00 a.m."
9  Attached hereto as Exhibit P is a true and correct copy of Mr. Kline's April 25,
10 2011, letter to Mr. Toberoff and Mr. Adams.

11     17. Defendants declined to meet and confer with DC on April 26, or any
12 other day before May 2—10 days after DC's initial request. Counsel for DC
13 objected to defendants' effort to delay the meet and confer until the last moment
14 permissible under the Local Rules. Attached hereto as Exhibit Q and Exhibit R are
15 true and correct copies of two e-mail chains between counsel for DC and counsel
16 for defendants dated April 25, 2011, to April 27, 2011.

17     18. Attached hereto as Exhibit S is a true and correct copy of a letter from
18 Mr. Petrocelli to Mr. Toberoff dated April 19, 2011, regarding the redactions to the
19 May 3, 2003, letter produced by defendants. We asked Mr. Toberoff what he
20 redacted from the letter during our April 20, 2011, conference, and he stated that he
21 redacted handwritten underlining and marginalia. We asked who wrote the
22 underlining and marginalia, and he declined to respond. Later that day,
23 Mr. Toberoff sent an e-mail to Mr. Petrocelli stating that "defendants' only copy of
24 the May 13 Letter contained attorney notations and underlining." Mr. Toberoff did
25 not explain what happened to the original copy of the May 13 letter or identify
26 when the notations and underlining were made and by whom. Attached hereto as
27 Exhibit T is a true and correct copy of Mr. Toberoff's April 20, 2011, e-mail.
28

19. Attached hereto as <u>Exhibit U</u> is a true and correct copy of the transcript of the hearing before Magistrate Judge Zarefsky on April 25, 2011.

20. Attached hereto as <u>Exhibit V</u> is a true and correct copy of an e-mail chain between Mr. Toberoff and Mr. Kline dated May 2, 2011.

21. Attached hereto as <u>Exhibit W</u> is a true and correct copy of an e-mail chain between Mr. Toberoff and Mr. Kline dated May 2, 2011.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 2nd day of May 2011 at Los Angeles, California.

_____
Cassandra Seto

CC1:848476