# EXHIBIT G

O'MELVENY & MYERS LLP

BEIJING

BRUSSELS

HONG KONG

LONDON

LOS ANGELES

NEWPORT BEACH

NEW YORK

1999 Avenue of the Stars, 7th Floor
Los Angeles, California  90067-6035

TELEPHONE  (310) 553-6700
FACSIMILE  (310) 246-6779
www.omm.com

SAN FRANCISCO

SHANGHAI

SILICON VALLEY

SINGAPORE

TOKYO

WASHINGTON, D.C.

April 8, 2011

Marc Toberoff
Toberoff & Associates, P.C.
2049 Century Park East, Suite 3630
Los Angeles, California 90067

OUR FILE NUMBER
905900-321

WRITER'S DIRECT DIAL
(310) 246-6850

WRITER'S E-MAIL ADDRESS
dpetrocelli@omm.com

Re:    *Siegel v. Warner Bros. Ent't Inc.* **(Case No. CV-04-8400 (ODW) (RZx))**

Dear Marc:

Needless to say, we disagree with the positions set forth in your letter yesterday. However, in the interest of avoiding needless motion practice, DC would be willing to enter into the following stipulation, to be signed by the Court:

1.  The depositions of Mark Warren Peary and Laura Siegel Larson currently scheduled for April 13, 2011, and April 21, 2011, respectively, are hereby taken off calendar.

2.  Defendants will produce Mr. Peary and Ms. Larson for their depositions either (a) the week of May 16-20, 2011; or (b) within one week after Magistrate Zarefsky issues a ruling on DC Comics' Motion To Compel The Production Of Documents And Amended Privilege Logs filed on February 7, 2011, and heard on February 28, 2011; whichever is earlier.  "Ruling" includes any order regarding DC Comics' Motion To Compel The Production Of Documents And Amended Privilege Logs, regardless of whether it fully resolves that Motion.  The depositions of Mr. Peary and Ms. Larson will not be postponed based on any objections, appeals, or other challenges taken by either party to Magistrate Zarefsky's ruling.

3.  Defendants will not seek a protective order (or similar relief) to stop or delay the depositions of Mr. Peary or Ms. Larson, either before or after Magistrate Zarefsky has ruled.

DC cannot agree to postpone the depositions until after Magistrate Zarefsky has resolved the two motions to compel DC filed this week, particularly given that defendants have now made clear their intention to attempt to push the hearing date into May.  We share your desire to reach a compromise, but cannot agree to further delay our right to take discovery.  As you know, it has

EXHIBIT G
27

O'MELVENY & MYERS LLP
April 8, 2011 - Page 2


been almost one year since DC filed its complaint, and you have yet to produce a single witness for deposition.


Very truly yours,

Daniel M. Petrocelli


EXHIBIT G
28