# EXHIBIT I

**From:** marc.toberoff@gmail.com [mailto:marc.toberoff@gmail.com] **On Behalf Of** Marc Toberoff
**Sent:** Friday, April 15, 2011 6:58 PM
**To:** Petrocelli, Daniel
**Cc:** Seto, Cassandra; Nicholas Williamson; Keith Adams
**Subject:** Re: Depositions

Dan:

Warren Peary is available the following week on Tuesday May 17 or Wednesday, May 18.

Laura Siegel is available on Friday, May 20,

This is without waiver or limitation of any of our clients' rights all of which are reserved, including the right to seek a protective order due to DC's pending motions to compel and motion to review that potentially subject them to the risk of repeat depositions in the same action.

Regards,

Marc Toberoff

On Fri, Apr 15, 2011 at 11:29 AM, Petrocelli, Daniel <DPetrocelli@omm.com> wrote:

Marc, I'd like to hear back from you on the dates below.


Thanks.


Dan


---

**From:** marc.toberoff@gmail.com [mailto:marc.toberoff@gmail.com] **On Behalf Of** Marc Toberoff
**Sent:** Wednesday, April 13, 2011 11:29 AM


**To:** Petrocelli, Daniel
**Subject:** Re: Depositions


Dan:

And both parties are reserving all rights as to our desire not to expose our clients to more than one deposition in this case.

Marc

1

# EXHIBIT I
## 31

On Wed, Apr 13, 2011 at 11:25 AM, Petrocelli, Daniel <DPetrocelli@omm.com> wrote:

Marc, confirming our call just now I proposed May 10 and May 12 for the depositions of Warren Peary and Laura Siegel. You will check and get back to me.

Thanks.

Dan

---

**From:** Petrocelli, Daniel
**Sent:** Tuesday, April 12, 2011 7:40 PM
**To:** 'Marc Toberoff'
**Subject:** RE: Depositions

Thanks. I will call you between 10:00 am and noon tomorrow.

Dan

---

**From:** marc.toberoff@gmail.com [mailto:marc.toberoff@gmail.com] **On Behalf Of** Marc Toberoff
**Sent:** Tuesday, April 12, 2011 7:39 PM
**To:** Petrocelli, Daniel
**Subject:** Re: Depositions

I am in all day tomorrow after 10 am, and will break for lunch around 2:30-3:30pm.

On Tue, Apr 12, 2011 at 6:22 PM, Petrocelli, Daniel <DPetrocelli@omm.com> wrote:

Marc, what time are you available tomorrow to discuss new dates for the depositions?

Thanks.

Dan

2

**EXHIBIT I**
**32**

**From:** marc.toberoff@gmail.com [mailto:marc.toberoff@gmail.com] **On Behalf Of** Marc Toberoff
**Sent:** Tuesday, April 12, 2011 2:53 PM
**To:** Kline, Matthew
**Cc:** Petrocelli, Daniel; Keith Adams
**Subject:** Depositions

Matt --

This is to confirm our conversation of earlier this morning, in which you informed me that Dan wants to move the depositions of Warren Peary and Laura Siegel by two or three weeks, and that Dan will be calling me later today or tomorrow to discuss rescheduling the depos.

Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com

--

Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com

--

Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com

3

EXHIBIT I
33

--
Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com