# EXHIBIT J

**From:** marc.toberoff@gmail.com [mailto:marc.toberoff@gmail.com] **On Behalf Of** Marc Toberoff
**Sent:** Tuesday, April 19, 2011 10:28 AM
**To:** Seto, Cassandra
**Cc:** Keith Adams; Nicholas Williamson; Petrocelli, Daniel; Kline, Matthew
**Subject:** Re: DC Comics v. PPC

Let's set it for tomorrow Wednesday at 11 am. Please confirm.

On Tue, Apr 19, 2011 at 10:08 AM, Seto, Cassandra <cseto@omm.com> wrote:

Please see the email below from Dan Petrocelli:

\*   \*   \*

Dear Marc,

We're writing to confirm a meet-and-confer discussion today (any time between 10am and 11:30am, or 1pm and 4pm), or tomorrow at 11:00am concerning Magistrate Zarefsky's April 11, 2011, ruling and DC's objections thereto. Please use the dial-in number below. In addition to the motion we intend to make before Judge Wright, DC also intends to ask Magistrate Zarefsky to reconsider certain of his rulings in light of the documents that defendants produced last night. We plan to file the motion for reconsideration this week.

Thanks,

Dan

Dial-in: 866.244.8528

Passcode: 224018

--
Marc Toberoff
Toberoff & Associates, PC

1

**EXHIBIT J**
**35**

2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com

2

EXHIBIT J
36