# EXHIBIT N

**From:** Seto, Cassandra
**Sent:** Thursday, April 21, 2011 6:53 PM
**To:** 'Marc Toberoff'
**Cc:** Keith Adams; Nicholas Williamson; Petrocelli, Daniel; Kline, Matthew
**Subject:** RE: DC Comics v. Pacific Pictures Corp.

Counsel,

Please see the email below sent on behalf of Matt Kline.

\*     \*     \*

Marc,

We disagree with the assertions in your letter. We will file our motion and inform the Court that you object to our motion.

---

**From:** Keith Adams [mailto:kgadams@ipwla.com]
**Sent:** Thursday, April 21, 2011 5:45 PM
**To:** Kline, Matthew; Petrocelli, Daniel; Seto, Cassandra
**Cc:** Marc Toberoff; Nicholas Williamson
**Subject:** DC Comics v. Pacific Pictures Corp.

Counsel:

Please see the attached correspondence from Marc Toberoff.

Keith G. Adams
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: kgadams@ipwla.com
http://www.ipwla.com

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.