# EXHIBIT P

# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | 1999 Avenue of the Stars, 7th Floor | SAN FRANCISCO |
| BRUSSELS | Los Angeles, California  90067-6035 | SHANGHAI |
| HONG KONG | | SILICON VALLEY |
| LONDON | TELEPHONE  (310) 553-6700 | SINGAPORE |
| LOS ANGELES | FACSIMILE  (310) 246-6779 | TOKYO |
| NEWPORT BEACH | www.omm.com | WASHINGTON, D.C. |
| NEW YORK | | |

April 25, 2011

**VIA E-MAIL**

Richard Kendall
Kendall Brill & Klieger LLP
10100 Santa Monica Boulevard, Suite 1725
Los Angeles, California 90067

Marc Toberoff
Toberoff & Associates, P.C.
2049 Century Park East, Suite 3630
Los Angeles, California 90067

OUR FILE NUMBER
905900-321

WRITER'S DIRECT DIAL
(310) 246-6840

WRITER'S E-MAIL ADDRESS
mkline@omm.com

Re:    *DC Comics v. Pacific Pictures Corp. et al.*, **CV-10-3633 (ODW) (RZx)**

Dear Counsel:

Because revelations in the recently-produced May 13, 2003, letter from Michael Siegel to Laura Siegel Larson, Bates No. LSL 00211-00212, bear directly on DC's claims and, particularly, on statements made by defendants in their SLAPP motion, DC will file a motion for leave to supplement its briefing in opposition to that motion. Pursuant to Local Rule 7-3, we request a conference with you to discuss DC's motion. Also, as mentioned in Dan Petrocelli's April 14 letter and based upon Magistrate Zarefsky's invitation to the parties, we would like to discuss a mutually acceptable privilege-log protocol.

At the end of today's hearing, Keith Adams mentioned that Mr. Toberoff would be available tomorrow to meet and confer regarding the issues raised in my April 22 letter concerning defendants' most recent production. We propose discussing all of these issues at the same time, and are available to do so tomorrow at 10:00 a.m.

Very truly yours,

Matthew T. Kline
of O'MELVENY & MYERS LLP

cc:    Daniel M. Petrocelli

EXHIBIT P
59