# EXHIBIT Q

**From:** Kline, Matthew
**Sent:** Tuesday, April 26, 2011 1:40 PM
**To:** Work
**Cc:** Petrocelli, Daniel; Seto, Cassandra; Tokoro, Jason
**Subject:** RE: DC Comics v. Pacific Pictures Corp.

Keith,

Where are we on this?

Thanks,

Matt

---

**From:** Work [mailto:kgadams@ipwla.com]
**Sent:** Monday, April 25, 2011 6:57 PM
**To:** Kline, Matthew
**Cc:** mtoberoff@ipwla.com; rkendall@kbkfirm.com; lbrill@kbkfirm.com; ndaum@kbkfirm.com; nwilliamson@ipwla.com; Petrocelli, Daniel; Seto, Cassandra
**Subject:** Re: DC Comics v. Pacific Pictures Corp.

Matt:

In case I was unclear, I said we'd get back to you tomorrow about a time to meet and confer, not that we were available to meet and confer tomorrow.

Keith Adams

On Apr 25, 2011, at 6:49 PM, "Hayden, Aaron" <AHayden@OMM.com> wrote:

> Dear Counsel,
>
> Please see the attached letter from Matt Kline.
>
> **Aaron Hayden**
> **O'Melveny & Myers LLP**
> 1999 Avenue of the Stars, Suite 700
> Los Angeles, CA 90067
> (310) 246-8560
> ahayden@omm.com
>
> *This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

<4.25.11 Kline Letter to Kendall and Toberoff.pdf>