# EXHIBIT R

**From:** Kline, Matthew
**Sent:** Wednesday, April 27, 2011 11:42 AM
**To:** Marc Toberoff
**Cc:** Laura Brill; Seto, Cassandra; Keith Adams; landerson; Petrocelli, Daniel; Tokoro, Jason; Hayden, Aaron
**Subject:** RE: DC Comics v. Pacific Pictures Corp. et al., CV-10-3633 (ODW) (RZx)

Marc,

We'll circulate a call-in number and call you then. We remain concerned that defendants decline to meet more expeditiously, and reserve all rights.

Matt

**From:** marc.toberoff@gmail.com [mailto:marc.toberoff@gmail.com] **On Behalf Of** Marc Toberoff
**Sent:** Wednesday, April 27, 2011 11:40 AM
**To:** Kline, Matthew
**Cc:** Laura Brill; Seto, Cassandra; Keith Adams; landerson
**Subject:** Re: DC Comics v. Pacific Pictures Corp. et al., CV-10-3633 (ODW) (RZx)

Matt:

We can move the meet and confer to May 2, at 10:30 am as an accomodation to you.

Thanks

Marc

On Wed, Apr 27, 2011 at 10:37 AM, Kline, Matthew <MKline@omm.com> wrote:

Marc,


We'd prefer to meet this week--and gave you multiple dates and times this week to address availability and preparation concerns. That said, 10:30 a.m. on Monday will work better than 3p.m., so we'll take that time, assuming defendants refuse to meet this week, and assuming 10:30 Monday works for Laura.


We reserve all rights.


Thanks,


Matt

1

EXHIBIT R
62

**From:** marc.toberoff@gmail.com [mailto:marc.toberoff@gmail.com] **On Behalf Of** Marc Toberoff
**Sent:** Wednesday, April 27, 2011 10:33 AM
**To:** Kline, Matthew
**Cc:** Laura Brill; Seto, Cassandra
**Subject:** Re: DC Comics v. Pacific Pictures Corp. et al., CV-10-3633 (ODW) (RZx)


Matt:

May 2 is when both counsel are available to meet and confer as requested. You are correct this is within the Local Rules which, as you know, provide time to respond so that the parties can meaningfully meet and confer. If more convenient for you I believe we can also meet at 10:30 am on May 2; I just need to double check with Laura Brill.

Please let me know.

Thank-you.

Marc

On Wed, Apr 27, 2011 at 6:52 AM, Kline, Matthew <MKline@omm.com> wrote:

Marc:

The time you propose is in the last two hours of the 10-day period you have to meet and confer. This seems designed to create more delay. Monday afternoon is rough for us. Let's talk this week. We've given you several proposed times to do so, including today and tomorrow, and we can make some time on Friday afternoon as well.

All rights are reserved.

Thanks,

Matt


**From:** Marc Toberoff [mailto:mtoberoff@ipwla.com]
**Sent:** Tuesday, April 26, 2011 07:02 PM
**To:** Kline, Matthew

**Subject:** DC Comics v. Pacific Pictures Corp. et al., CV-10-3633 (ODW) (RZx)


Matt:

With respect to your April 22 and April 25, 2011 letter, and contemplated motions, we agree that we should discuss all of the issues at the same time.  Both I and Laura Brill  are available to meet-and-confer at any time after 3 p.m. on Monday, May 2, 2011.

We do not consent to the proposal in your April 22, 2011 letter that said meet-and-confer be transcribed by a Court reporter for the reasons previously stated.

EXHIBIT R
63

Nothing in this e-mail should be construed as a waiver or limitation of any of defendants' rights or remedies, all of which are reserved.

Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com

--
Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com

--
Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com

EXHIBIT R
64