# EXHIBIT S

# O'MELVENY & MYERS LLP

| | 1999 Avenue of the Stars, 7th Floor<br>Los Angeles, California 90067-6035 | |
|---|---|---|
| BEIJING | | SAN FRANCISCO |
| BRUSSELS | | SHANGHAI |
| HONG KONG | TELEPHONE (310) 553-6700 | SILICON VALLEY |
| LONDON | FACSIMILE (310) 246-6779 | SINGAPORE |
| LOS ANGELES | www.omm.com | TOKYO |
| NEWPORT BEACH | | WASHINGTON, D.C. |
| NEW YORK | | |

April 19, 2011

OUR FILE NUMBER
905900-321

**VIA E-MAIL**

WRITER'S DIRECT DIAL
(310) 246-6850

Marc Toberoff
Toberoff & Associates, P.C.
2049 Century Park East, Suite 3630
Los Angeles, California 90067

WRITER'S E-MAIL ADDRESS
dpetrocelli@omm.com

Re:   *DC Comics v. Pacific Pictures Corp. et al.*, **CV-10-3633 (ODW) (RZx)**

Dear Marc:

    We have noted that the document you produced last night Bates stamped LSL 00211-00212 is marked "REDACTED" in the bottom left-hand corner. As the Court's order requires defendants to produce the document, please produce an unredacted version today. Alternatively, to the extent the "Redacted" notation was improperly applied (*i.e.*, no material has been redacted), please so advise. If you are asserting a right to make redactions to this document now, any such right was waived long ago and is not contemplated by the Court's order. If despite this, you have made this redaction intentionally, and refuse to produce an unredacted copy of the document, please provide us with your authority for doing so, please describe what sort of information was redacted and on what basis, and please describe where the redacted material appeared on the document. I hope that we can resolve this issue before our call tomorrow morning at 11 a.m. PDT. All of DC's rights and remedies are hereby reserved.

Very truly yours,

Daniel M. Petrocelli
of O'MELVENY & MYERS LLP

CC1:848410

EXHIBIT S
65