# EXHIBIT T

**From:** marc.toberoff@gmail.com [mailto:marc.toberoff@gmail.com] **On Behalf Of** Marc Toberoff
**Sent:** Wednesday, April 20, 2011 2:45 PM
**To:** Petrocelli, Daniel
**Cc:** Keith Adams; Nicholas Williamson; Kline, Matthew; Seto, Cassandra
**Subject:** Re:10-56980 DC Comics v. Pacific Pictures Corporation, et al

Dan:

In response to the inquiry in your April 19 letter about the redactions on the May 13 Letter that was produced (Bates no. LSL 211-212), defendants' only copy of the May 13 Letter contained attorney notations and underlining.  These notations retain their status as privileged work product, as pursuant to paragraph 5(a) of the parties' December 6, 2010 stipulation, the parties were not required to log "internal communications solely between or among Defendants' counsel," which is precisely what such notations are.  No redactions of the underlying May 13 Letter were made, and the whole of the May 13 letter was produced.

I hope this clarification is helpful.

Marc Toberoff

On Tue, Apr 19, 2011 at 3:36 PM, Tokoro, Jason <jtokoro@omm.com> wrote:

Counsel,

Please see attached letter sent on behalf of Daniel M. Petrocelli.

**Jason H. Tokoro**
**O'Melveny & Myers LLP - Century City**
1999 Avenue of the Stars, Suite 700
Los Angeles, California  90067
Direct Dial:  (310) 246-6707
Fax:  (310) 246-6779
Email: jtokoro@omm.com

*This message and any attached documents contain information from the law firm*
*of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are*
*not the intended recipient, you may not read, copy, distribute, or use this*
*information. If you have received this transmission in error, please notify the*
*sender immediately by reply e-mail and then delete this message.*

 please consider the environment - do you really need to print this email?

1

EXHIBIT T
66

--
Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com

EXHIBIT T
67