# EXHIBIT V

**From:** marc.toberoff@gmail.com [mailto:marc.toberoff@gmail.com] **On Behalf Of** Marc Toberoff
**Sent:** Monday, May 02, 2011 3:26 PM
**To:** Kline, Matthew
**Cc:** Keith Adams; Petrocelli, Daniel; Seto, Cassandra
**Subject:** Re: DC Comics v. Pacific Pictures et al.

Matt:

You, who plan to bring the motion, have not cited any authority that it is appropriate to have two motions for reconsideration of the same order pending before two separate Courts, which pose an obvious risk of conflicting adjudications. Our application to strike will be based on that ground.

Nor was there any undue "delay" on our part -- Dan mentioned the topic in an e-mail on April 19, you sent your letter on April 20, and we responded by letter on April 21. The fact that Defendants ask that DC abide by Local Rule 7-18 regarding the timing of motions is hardly an "engineered" delay.

Marc

On Mon, May 2, 2011 at 1:38 PM, Kline, Matthew <MKline@omm.com> wrote:

Marc,

We do intend to file the motion for reconsideration today, and despite our sending you a draft copy of our motion two weeks ago, you've still yet to provide us any legal authority to support your position or threatened motion to strike. Nor would *ex parte* relief be justified or appropriate in any event, particularly given the delay defendants engineered in the filing of the motion and the raising of the issues addressed therein.

Thanks,

Matt

**From:** marc.toberoff@gmail.com [mailto:marc.toberoff@gmail.com] **On Behalf Of** Marc Toberoff
**Sent:** Monday, May 02, 2011 11:24 AM
**To:** Kline, Matthew
**Cc:** Petrocelli, Daniel; Seto, Cassandra

**Subject:** DC Comics v. Pacific Pictures et al.

1

EXHIBIT V
121

Matt:

Please be advised that if DC files the motion for reconsideration (before Judge Zarefsky) that it stated it would file in your April 20, 2011 letter, while DC's motion for review is pending before Judge Wright, defendants will apply to the Court ex parte to strike the improper reconsideration motion.

Defendants reserve all rights and remedies.

Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com


--
Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com