1  DANIEL M. PETROCELLI (S.B. #097802)
   dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
   mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
   cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA  90067-6035
   Telephone:  (310) 553-6700
6  Facsimile:   (310) 246-6779

7  PATRICK T. PERKINS (admitted *pro hac vice*)
   pperkins@ptplaw.com
8  PERKINS LAW OFFICE, P.C.
   1711 Route 9D
9  Cold Spring, NY 10516
   Telephone:  (845) 265-2820
10 Facsimile:   (845) 265-2819

11 Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.  CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING DC COMICS' MOTION FOR RECONSIDERATION OF APRIL 11, 2011 ORDER**<br><br>**Judge**:　　Hon. Otis D. Wright II<br>**Magistrate**:　Hon. Ralph Zarefsky<br><br>**Hearing Date**:　June 6, 2011<br>**Hearing Time**:　10:00 a.m. |

[PROPOSED] ORDER GRANTING DC'S
MOTION FOR RECONSIDERATION

Good cause appearing, IT IS HEREBY ORDERED that plaintiff DC Comics' Motion for Reconsideration of April 11, 2011 Order is GRANTED; and that the April 11, 2011, order is amended as follows:

___ By no later than June 8, 2011, defendants are ordered to produce the July 11, 2003, correspondence from Laura Siegel Larson to Michael Siegel, as well as to submit privilege log entries 715 and 716 to the Court for *in camera* review (and production to DC, in all or in part, if they are not privileged); <u>and</u>

___ By no later than June 10, 2011, defendants are ordered to review all files in their possession, custody, or control (including files obtained from Michael Siegel and/or Don Bulson) for any unproduced documents from June or July 2003 involving Michael Siegel, Don Bulson, Laura Siegel Larson, or Joanne Siegel, and, by no later than June 10, 2011, either submit a sworn verification that that no such documents exist, or if such documents exist, to produce them to DC; <u>and</u>

___ By no later than June 13, 2011, defendants are ordered to amend and produce to DC the entries in their privilege logs for all Michael Siegel documents—*i.e.*, all those documents identified in footnote 9 of DC Comics' Motion To Produce Documents And Amended Privilege Logs, Docket No. 160 at 35 n.9—to: (1) provide to DC document descriptions that more fully describe the contents of document or redacted portions of the document being withheld; (2) identify for DC who is a "to," "cc," or "bcc" to the withheld communication, or if recipients received the communication by other means; and (3) identify all attachments and/or separate communications as separate entries, if in its current form, the privilege log entry includes a chain of communications or attachments to communications or transmittal correspondence.

IT IS SO ORDERED.

Dated: June __, 2011

_____
Honorable Ralph Zarefsky
Magistrate Judge, United States District Court