Marc Toberoff (State Bar No. 188547)
 *mtoberoff@ipwla.com*
Nicholas C. Williamson (State Bar No. 231124)
 *nwilliamson@ipwla.com*
Keith G. Adams (State Bar No. 240497)
 *kgadams@ipwla.com*
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 3630
Los Angeles, California, 90067
Telephone: (310) 246-3333
Fax:   (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy and Laura Siegel Larson

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| DC COMICS,<br><br>    Plaintiff,<br><br>  vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; JOANNE SIEGEL, an individual; LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DECLARATION OF KEITH G. ADAMS IN OPPOSITION TO DC COMICS' MOTION FOR REVIEW OF MAGISTRATE ZAREFSKY'S APRIL 11, 2011 ORDER ON PLAINTIFF'S MOTION TO COMPEL PURSUANT TO FED. R. CIV. P. 72(A) AND L.R. 72-2.1**<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set<br><br>Hearing Date: May 23, 2011<br>Hearing Time: 1:30 p.m.<br>Courtroom: 11 |

DECLARATION OF KEITH ADAMS

# **DECLARATION OF KEITH G. ADAMS**

I, Keith G. Adams, declare as follows:

1. I am an attorney at Toberoff & Associates, P.C., counsel of record for defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson. I am also counsel for plaintiff Laura Siegel Larson in the related case of *Siegel v. Warner Bros. Entertainment Inc., et al.*, Case No. 04-CV-8400 ODW (RZx). I am a member in good standing of the State Bar of California and submit this declaration in opposition to Plaintiff DC Comics' Motion For Review of Magistrate Zarefsky's April 11, 2011 Order on Plaintiff's Motion to Compel Pursuant to Fed. R. Civ. P. 72(a) and L.R. 72-2.1. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as "Exhibit A" is a true and correct copy of an April 20, 2011 letter from DC Comics' counsel Matthew Kline to defendants' counsel Marc Toberoff.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on May 2, 2011, in Los Angeles, California.

_____
Keith G. Adams