UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; JOANNE SIEGEL, an individual; LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER DENYING DC COMICS' MOTION FOR REVIEW OF MAGISTRATE ZAREFSKY'S APRIL 11, 2011 ORDER ON PLAINTIFF'S MOTION TO COMPEL PURSUANT TO FED. R. CIV. P. 72(A) AND L.R. 72-2.1**<br><br>Complaint filed: May 14, 2010<br>Trial Date:　　　None Set |

[PROPOSED] ORDER DENYING MOTION FOR REVIEW

1   The Court, having reviewed and considered Magistrate Judge Zarefsky's April 11, 2011 order, Plaintiff DC Comics' Motion For Review of Magistrate Zarefsky's April 11, 2011 Order on Plaintiff's Motion to Compel Pursuant to Fed. R. Civ. P. 72(a) and L.R. 72-2.1, Defendants' opposition thereto, and all further submissions and arguments on the matter, and good cause appearing, hereby DENIES Plaintiff's motion. Neither error nor "clear error" was shown. *See* Fed. R. Civ. P. 72(a), 28 U.S.C. § 636(b)(1)(A); *Maisonville v. F2 America, Inc.*, 902 F.2d 746, 748 (9th Cir. 1990); *Marlyn Nutraceuticals, Inc. v. Mucos Pharma GmbH & Co.*, 571 F.3d 873, 878 (9th Cir. 2009); Docket No. 18 at 3.

IT IS SO ORDERED.

Dated:   May __, 2011    _____
                         Hon. Otis D. Wright II, U.S.D.J.