Marc Toberoff (State Bar No. 188547)
 *mtoberoff@ipwla.com*
Nicholas C. Williamson (State Bar No. 231124)
 *nwilliamson@ipwla.com*
Keith G. Adams (State Bar No. 240497)
 *kgadams@ipwla.com*
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 3630
Los Angeles, California, 90067
Telephone: (310) 246-3333
Fax:          (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy and Laura Siegel Larson

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| DC COMICS,<br><br>          Plaintiff,<br><br>     vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; JOANNE SIEGEL, an individual; LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>          Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF MARC TOBEROFF IN SUPPORT OF DEFENDANTS MARK WARREN PEARY, JEAN ADELE PEAVY, AND LAURA SIEGEL LARSON'S *EX PARTE* APPLICATION TO VACATE DC COMICS' NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF APRIL 11, 2011 ORDER**<br><br>Complaint filed: May 14, 2010<br>Trial Date:       None Set |

DECLARATION OF MARC TOBEROFF IN SUPPORT OF *EX PARTE* APPLICATION

## DECLARATION OF MARC TOBEROFF

I, Marc Toberoff, declare as follows:

1. I am an attorney at Toberoff & Associates, P.C., counsel of record for defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson. I am also counsel for plaintiff Laura Siegel Larson in the related cases of *Siegel v. Warner Bros. Entertainment Inc., et al.*, Case No. 04-CV-8400 ODW (RZx) and *Siegel v. Time Warner Inc., et al.*, Case No. 04-CV-8776 ODW (RZx). I am a member in good standing of the State Bar of California and submit this declaration in support of Defendants' *Ex Parte* Application to Vacate DC Comics' Notice of Motion and Motion For Reconsideration of April 11, 2011 Order. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as "Exhibit A" is a true and correct copy of an April 20, 2011 letter from me to DC's counsel Matthew Kline.

3. Attached hereto as "Exhibit B" is a true and correct copy of an April 20, 2011 letter from Matthew Kline to me.

4. Attached hereto as "Exhibit C" is a true and correct copy of an April 21, 2011 letter from me to Matthew Kline.

5. Attached hereto as "Exhibit D" is a true and correct copy of an April 21, 2011 e-mail from Matthew Kline to me.

6. On May 2, 2011, I advised DC's counsel Matthew Kline, of the firm O'Melveny & Myers, LLP, 1999 Avenue of the Stars, 7th Floor, Los Angeles, California 90017; Tel: (310) 553-6700; E-mail: mkline@omm.com, of the circumstances justifying this *ex parte* application. Mr. Kline indicated that DC would oppose this application. Attached hereto as "Exhibit E" is a true and correct copy of a May 2, 2011 e-mail exchange between me and Matthew Kline.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on May 3, 2011, in Los Angeles, California

_____
Marc Toberoff