# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br>        Plaintiff,<br>vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; JOANNE SIEGEL, an individual; LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>        Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS MARK WARREN PEARY, JEAN ADELE PEAVY AND LAURA SIEGEL LARSON'S *EX PARTE* APPLICATION TO VACATE DC COMICS' NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF APRIL 11, 2011 ORDER**<br><br>Complaint filed: May 14, 2010<br>Trial Date:     None Set |

The Court, having reviewed and considered Defendants Mark Warren Peary, Jean Adele Peavy and Laura Siegel Larson's *Ex Parte* Application to Vacate DC Comics' Notice of Motion and Motion for Reconsideration of April 11, 2011 Order, DC Comics' opposition thereto (if any), and all further submissions and arguments on the matter, and good cause appearing, hereby GRANTS defendants' application.

IT IS HEREBY ORDERED THAT:

1. DC Comics' pending motion for reconsideration (Docket No. 230) of the April 11, 2011 Order is hereby VACATED.

IT IS SO ORDERED.

Dated:   May __, 2011

_____
Hon. Ralph Zarefsky, U.S.M.J.