UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-03633-VBF-(RZx) | Date | MAY 4, 2011 |
|---|---|---|---|
| Title | DC COMICS v. PACIFIC PICTURES CORPORATION, ET AL. | | |

| Present: The Honorable | RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE |
|---|---|

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**        (IN CHAMBERS)

Any opposition to (Document #234) defendants' Ex Parte Application to Vacate DC Comics Notice of Motion and Motion for Reconsideration of April 11, 2011 Order shall be efiled and a courtesy copy delivered to Magistrate Judge Ralph Zarefsky no later than Thursday, May 5, 2011 at 10:00AM.

_____ : _____

Initials of Preparer        igb