| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #097802) |
| | dpetrocelli@omm.com |
| 2 | MATTHEW T. KLINE (S.B. #211640) |
| | mkline@omm.com |
| 3 | CASSANDRA L. SETO (S.B. #246608) |
| | cseto@omm.com |
| 4 | O'MELVENY & MYERS LLP |
| | 1999 Avenue of the Stars, 7th Floor |
| 5 | Los Angeles, CA 90067-6035 |
| | Telephone: (310) 553-6700 |
| 6 | Facsimile: (310) 246-6779 |
| 7 | PATRICK T. PERKINS (admitted *pro hac vice*) |
| | pperkins@ptplaw.com |
| 8 | PERKINS LAW OFFICE, P.C. |
| | 1711 Route 9D |
| 9 | Cold Spring, NY 10516 |
| | Telephone: (845) 265-2820 |
| 10 | Facsimile: (845) 265-2819 |
| 11 | Attorneys for Plaintiff DC Comics |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DC COMICS, | | Case No. CV 10-3633 ODW (RZx) |
| | Plaintiff, | **DISCOVERY MATTER** |
| v. | | **DECLARATION OF MATTHEW T. KLINE IN SUPPORT OF DC COMICS' OPPOSITION TO DEFENDANTS MARK WARREN PEARY, JEAN ADELE PEAVY, AND LAURA SIEGEL LARSON'S *EX PARTE* APPLICATION TO VACATE DC COMICS' NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF APRIL 11, 2011 ORDER** |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive, | | |
| | Defendants. | **Judge**: Hon. Otis D. Wright II |
| | | **Magistrate**: Hon. Ralph Zarefsky |

KLINE DECL. ISO OF DC'S OPP'N TO
DEFS.' *EX PARTE* APPLICATION

# DECLARATION OF MATTHEW T. KLINE

I, Matthew T. Kline, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am a partner at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in support of DC Comics' Opposition To Defendants Mark Warren Peary, Jean Adele Peavy, And Laura Siegel Larson's *Ex Parte* Application To Vacate DC Comics' Notice Of Motion And Motion For Reconsideration Of April 11, 2011 Order. I have personal knowledge of the matters set forth in this declaration, and if called to testify to the facts stated herein, I could do so.

2. Attached hereto as Exhibit A is a true and correct copy of Defendants'/Counterclaimant's First Set of Requests for the Production of Documents and Things served on plaintiffs Joanne Siegel and Laura Siegel Larson on June 21, 2005, in the *Siegel* cases, Case Nos. CV 04-8400 and CV 04-8776.

3. Attached hereto as Exhibit B is a true and correct copy of an email exchange between my partner, Daniel M. Petrocelli, and Marc Toberoff, counsel for the Siegel and Shuster heirs, dated April 19, 2011.

4. Attached hereto as Exhibit C through E are true and correct copies of correspondence between Mr. Toberoff and me dated April 20 and 21, 2011.

5. Attached hereto as Exhibit F is a true and correct copy of the transcript of the April 25, 2011, hearing in this matter.

6. Attached hereto as Exhibit G is a true and correct copy of Declaration of Toberoff Pursuant to Magistrate Zarefsky's April 30, 2007 Order in *Siegel* cases.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 5th day of May 2011 at Los Angeles, California.

Matthew T. Kline