# EXHIBIT G

1  Marc Toberoff (CA State Bar No. 188547)
   Nicholas C. Williamson (CA State Bar No. 231124)
2  LAW OFFICES OF MARC TOBEROFF, PLC
   2049 Century Park East, Suite 2720
3  Los Angeles, CA 90067
   Telephone: (310) 246-3333
4  Facsimile: (310) 246-3101

5  Attorneys for Plaintiffs and Counterclaim Defendants
   JOANNE SIEGEL and LAURA SIEGEL LARSON
6

7                    UNITED STATES DISTRICT COURT

8                   CENTRAL DISTRICT OF CALIFORNIA

9  JOANNE SIEGEL, an individual; and      Case Nos.:
10 LAURA SIEGEL LARSON, an                 CV 04-08400 SGL (RZx)
   individual,                             CV 04-08776 SGL (RZx)
11
              Plaintiffs,
12     vs.                                 [Hon. Stephen G. Larson, U.S.D.J.]
                                           [Hon. Ralph Zaresky, U.S.M.J.]
13
   TIME WARNER INC., a corporation;
14 WARNER COMMUNICATIONS              **DECLARATION OF MARC
   INC., a corporation; WARNER         TOBEROFF PURSUANT TO
15 BROS. ENTERTAINMENT INC., a         MAGISTRATE ZAREFSKY'S
                                       APRIL 30, 2007 ORDER**
16 corporation; WARNER BROS.
   TELEVISION PRODUCTION INC.,
17 a corporation; DC COMICS, a general
18 partnership; and DOES 1-10,

19            Defendants.

20 DC COMICS,
21
22            Counterclaimant,
      vs.
23
24 JOANNE SIEGEL, an individual; and
   LAURA SIEGEL LARSON, an
25 individual,
26
              Counterclaim Defendants.
27

28

I, Marc Toberoff, declare as follows:

1. I am an attorney at the Law Offices of Marc Toberoff, PLC, counsel of record for plaintiffs Joanne Siegel and Laura Siegel Larson ("Plaintiffs"). I am a member in good standing of the State Bar of California and submit this declaration pursuant to Magistrate Zarefsky's order at the April 30, 2007 hearing ("Order") on defendants' motion to compel the production of documents stolen from my law offices ("Documents"). I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Pursuant to the Order, I have accounted for each of the Documents as bate stamped by John Quinn, Esq. (designated by "Q") and identified by bates numbers the Documents produced to defendants by Plaintiffs or third party witnesses, as applicable, or listed in a privilege log furnished to defendants by Plaintiffs and/or such third parties:

| | |
|---|---|
| Q 0001-7 | Un-dated defamatory cover letter |
| Q 0008-9 | Plaintiffs' Kevin Marks ("Marks") Privilege Log # 325 |
| Q 0010 | Privileged communication between Law Offices of Marc Toberoff and Plaintiff Laura Siegel Larson dated October 10, 2005, after the start of this litigation. This document is *not* required to be listed in a privilege log pursuant to the parties' standing agreement. |
| Q 0011-13 | Produced by Plaintiffs- 000001888-90 |
| Q 0014-18 | Produced by IPW, LLC- 17-20 |
| Q 0019-20 | Produced by Plaintiffs- 000001883-1884 |
| Q 0021-24 | Produced by Pacific Pictures Corporation.- 00001- 4 |

1

Declaration Of Marc Toberoff

| | | |
|---|---|---|
| 1 | Q 0025 | Internet listing for Pacific Pictures Corp. from California Business Portal; not in Plaintiffs' files. |
| 2 | | |
| 3 | Q 0026 | Internet listing for Pacific Pictures Corp. from New York Department of State; not in Plaintiffs' files. |
| 4 | | |
| 5 | Q 0027-33 | Plaintiffs' supplemental privilege log # 82 |
| 6 | Q 0034-35 | Produced by Jean Peavy and Warren Peary ("Shusters")-142-43 |
| 7 | Q 0036-39 | Produced by Shusters- 125-28 |
| 8 | | |
| 9 | Q 0040 | Attorney Don Bulson ("Bulson") privilege log #319 |
| 10 | Q 0041 | Produced by Shusters- 119 |
| 11 | Q 0042-50 | Produced by Shusters-113- 118 |
| 12 | | |
| 13 | Q 0051 | Wall Street Journal article by John Lippman; not in Plaintiffs' file. |
| 14 | | |
| 15 | Q 0052 | Variety.com article by Claude Brodesser; not in Plaintiffs' file. |
| 16 | | |
| 17 | Q 0053-54 | Produced by Shusters-140-141 |
| 18 | Q 0055-56 | Produced by Shusters- 138-139 |
| 19 | Q 0057-58 | Bulson privilege log # 327 |
| 20 | | |
| 21 | Q 0059-74 | Produced by Shusters- 63-78 |
| 22 | Q 0075-76 | Bulson privilege log # 327 |
| 23 | Q 0077-81 | Produced by Shusters- 79- 83 |
| 24 | | |
| 25 | Q 0082-85 | Produced by Shusters- 105- 108 |
| 26 | Q 0083-85 | Produced by Shusters- 106 |
| 27 | Q 0086 | Produced by Plaintiffs- 000002050 |
| 28 | | |

2

Declaration Of Marc Toberoff

| | | |
|---|---|---|
| 1 | Q 0087-0089 | Plaintiffs' supplemental privilege log # 69 |
| 2 | | |
| 3 | Q 0090-95 | Plaintiffs' supplemental privilege log # 76 |
| 4 | Q 0096-104 | Plaintiffs' supplemental privilege log # 77, 78 |
| 5 | Q 0105-127 | Plaintiffs' supplemental privilege log # 77, 78 |
| 6 | | |
| 7 | Q 0128-31 | Plaintiffs' supplemental privilege log # 98 |
| 8 | Q 0132-37 | Plaintiffs' supplemental privilege log # 82, 83 |
| 9 | Q 0138-45 | Plaintiffs' supplemental privilege log # 79 |
| 10 | | |
| 11 | Q 0146-51 | Plaintiffs' supplemental privilege log #80, 81 |
| 12 | Q 0152-57 | Plaintiffs' supplemental privilege log #80, 81 |
| 13 | Q 0158-63 | Plaintiffs' supplemental privilege log #82, 83 |
| 14 | | |
| 15 | Q 0164- 171 | Plaintiffs' supplemental privilege log # 182 |
| 16 | Q 0172-175 | Plaintiffs' supplemental privilege log # 181 |
| 17 | Q 0176-94 | Shusters' supplemental privilege log # 2 |
| 18 | | |
| 19 | Q 0195-199 | Shusters' supplemental privilege log # 3 |
| 20 | Q 0200 | Shusters' supplemental privilege log # 5 |
| 21 | Q 0201-222 | Shusters' supplemental privilege log # 4 |
| 22 | | |
| 23 | Q 0223 | Produced by Shusters- 103 |
| 24 | Q 0224-42 | Shusters' supplemental privilege log # 4 |
| 25 | Q 0243-44 | Shusters' supplemental privilege log # 9 |
| 26 | | |
| 27 | Q 0245-49 | Produced by Shusters- 79-83 |
| 28 | | |

3

Declaration Of Marc Toberoff

| | | |
|---|---|---|
| 1 | Q 0250-254 | Plaintiffs' supplemental privilege log # 98 |
| 2 | Q 0255-273 | Shusters' supplemental privilege log # 2 |
| 3 | Q 0274-5 | Shusters' supplemental privilege log # 8 |
| 5 | Q 0276 | Shusters' supplemental privilege log # 6 |
| 6 | Q 0277 | Shusters' supplemental privilege log # 7 |
| 7-10 | Q 0278 | Privileged communication between Law Offices of Marc Toberoff and Plaintiff Laura Siegel Larson dated August 13, 2005, after the start of this litigation. This document is *not* required to be listed in a privilege log pursuant to the parties' standing agreement. |
| 11-12 | Q 0279-80 | 8/11/05 litigation letter from David Burg to M. Toberoff |
| 13 | Q 0281-82 | 8/11/05 litigation letter from David Burg to M. Toberoff |
| 14 | Q 0283 | 8/12/05 litigation letter from M. Toberoff to David Burg |
| 15-16 | Q 0284 | 8/12/05 litigation letter from M. Toberoff to David Burg |
| 17-20 | Q 0285-289 | Privileged communication between Law Offices of Marc Toberoff and Plaintiffs Laura Siegel Larson and Joanne Siegel dated August 12, 2005, after the start of this litigation. This document is *not* required to be listed in a privilege log pursuant to the parties' standing agreement. |
| 21 | Q 0290-0296 | Un-dated defamatory cover letter (duplicate) |
| 22 | Q 0297-299 | Produced by Plaintiffs- 000001888-90 |
| 23-24 | Q 0300 | Wall Street Journal article by John Lippman; not in Plaintiffs' file. |
| 25-26 | Q 0301-303 | Produced by Pacific Pictures Corp- 1-4 |
| 27 | Q 0304-305 | Produced by Shusters- 142-143 |

4

Declaration Of Marc Toberoff

| | | |
|---|---|---|
| 1 | Q 0306-309 | Produced by Shusters- 125- 128 |
| 2 | Q 0310-13 | Plaintiffs' supplemental privilege log #175 |
| 3-4 | Q 0314 | Internet listing for Pacific Pictures Corp. from California Business Portal; not in Plaintiffs' files. |
| 5-6 | Q 0315 | Internet listing for Pacific Pictures Corp. from New York Department of State; not in Plaintiffs' files. |
| 7-8 | Q 0316-23 | Plaintiffs' supplemental privilege log # 79 |
| 9 | Q 0324-32 | Plaintiffs' supplemental privilege log # 77, 78 |
| 10 | Q 0333-35 | Plaintiffs' supplemental privilege log # 69 |
| 11-12 | Q 0336-340 | Produced by IPW, LLC 17- 20, Plaintiffs- 000001882 |
| 13 | Q 0341-42 | Produced by Plaintiffs- 000001883-84 |
| 14 | Q 0343-44 | Produced by Plaintiffs- 000002048-49 |
| 15-16 | Q 0343-44 | Produced by Plaintiffs- 000002048-9 |
| 17 | Q 0345-50 | Plaintiffs' supplemental privilege log # 76 |
| 18-19 | Q 0351 | Variety.com article by Claude Brodesser; not in Plaintiffs' file. |
| 20 | Q 0352 | Bulson privilege log # 319 |
| 21-22 | Q 0353-360 | Plaintiffs' supplemental privilege log # 182 |
| 23-26 | Q 0361 | Privileged communication between Law Offices of Marc Toberoff and Plaintiff Laura Siegel Larson dated October 10, 2005, after the start of this litigation. This document is *not* required to be listed in a privilege log pursuant to the parties' standing agreement. |
| 27 | Q 0362-63 | Produced by Shusters- 140-41 |
| 28 | | |

5

Declaration Of Marc Toberoff

| | | |
|---|---|---|
| 1 | Q 0364-382 | Shusters' supplemental privilege log #2 |
| 2 | Q 0383-87 | Shusters' supplemental privilege log #3 |
| 3 4 | Q 0388-93 | Plaintiffs' supplemental privilege log #80, 81 |
| 5 | Q 0394-399 | Plaintiffs' supplemental privilege log #82, 83 |
| 6 | Q 0400-01 | Bulson privilege log # 327 |
| 7 8 | Q 0402-408 | Shusters' privilege log # 9 |
| 9 | Q 0409-424 | Produced by Shusters- 63-78 |
| 10 | Q 0425-29 | Plaintiffs' supplemental privilege log # 98 |
| 11 12 | Q 0430-52 | Plaintiffs' supplemental privilege log # 77, 78 |
| 13 | Q 0453-71 | Shusters' supplemental privilege log # 2 |
| 14 | Q 0472-76 | Shusters' supplemental privilege log # 3 |
| 15 16 | Q 0477-82 | Plaintiffs' supplemental privilege log # 80 |
| 17 | Q 0483-88 | Plaintiffs' supplemental privilege log # 82, 83 |
| 18 | Q 0489-90 | Bulson privilege log # 327, 328 |
| 19 20 | Q 0491-95 | Produced by Shusters- 79-83 |
| 21 | Q 0496-99 | Plaintiffs' supplemental privilege log # 98 |
| 22 | Q 0500-1 | Shusters' supplemental privilege log # 8 |
| 23 24 | Q 0502-05 | Produced by Shusters- 105-08 |
| 25 | Q 0506-30 | Shusters' supplemental privilege log # 5 |
| 26 | Q 0531-32 | Produced by Shusters- 138-139 |
| 27 28 | Q 0533-46 | Shusters' supplemental privilege log # 4 |

| | | |
|---|---|---|
| 1 | Q 0547 | Produced by Plaintiffs- 000002050 |
| 2 | | |
| 3 | Q 0548 | Shusters' supplemental privilege log # 6 |
| 4 | Q 0549 | Shusters' supplemental privilege log # 7 |
| 5-8 | Q 0550 | Privileged communication between Law Offices of Marc Toberoff and Plaintiff Laura Siegel Larson dated August 13, 2005, after the start of this litigation. This document is *not* required to be listed in a privilege log pursuant to the parties' standing agreement. (Duplicate of Q 0278). |
| 9-10 | Q 0551-52 | 8/11/05 litigation letter from David Burg to M. Toberoff |
| 11 | Q 0553-4 | 8/11/05 litigation letter from David Burg to M. Toberoff |
| 12 | Q 0555 | 8/12/05 litigation letter from M. Toberoff to David Burg |
| 13-14 | Q 0556 | 8/12/05 litigation letter from M. Toberoff to David Burg |
| 15-18 | Q 0557-61 | Privileged communication between Law Offices of Marc Toberoff and Plaintiff Laura Siegel Larson and Joanne Siegel dated August 12, 2005, after the start of this litigation. This document is *not* required to be listed in a privilege log pursuant to the parties' standing agreement. (Duplicate of Q 0285-289) |
| 19-20 | Q 0562-569 | Un-dated defamatory cover letter (duplicate) |
| 21 | Q 0570-72 | Produced by Plaintiffs- 000001888-90 |
| 22 | Q 0573-74 | Produced by Plaintiffs- 000001883-84 |
| 23-24 | Q 0575-76 | Produced by Plaintiffs- 000002048-49 |
| 25 | Q 0577-80 | Produced by Shusters- 125-128 |
| 26 | Q 0581-582 | Produced by Shusters- 142-143 |
| 27-28 | Q 0583-586 | Produced by Shusters- 125-128 |

| | |
|---|---|
| Q 0587 | Internet listing for Pacific Pictures Corp. from California Business Portal; not in Plaintiffs' files. |
| Q 0588 | Internet listing for Pacific Pictures Corp. from New York Department of State; not in Plaintiffs' files. |
| Q 0589-596 | Plaintiffs' supplemental privilege log # 79 |
| Q 0597-0605 | Plaintiffs' supplemental privilege log # 77, 78 |
| Q 0606-0609 | Plaintiffs' supplemental privilege log # 175 |
| Q 0610-0617 | Plaintiffs' supplemental privilege log # 182 |
| Q 0618 | Privileged communication between Law Offices of Marc Toberoff and Plaintiff Laura Siegel Larson dated October 10, 2005, after the start of this litigation. This document is *not* required to be listed in a privilege log pursuant to the parties' standing agreement. (Duplicate of Q 0361). |
| Q 0619-20 | Produced by Shusters- 140-141 |
| Q 0621-23 | Plaintiffs' supplemental privilege log # 69 |
| Q 0624-28 | Produced by IPW, LLC- 17- 20; Produced by Plaintiffs- 000001882 |
| Q 0629-0634 | Plaintiffs' supplemental privilege log # 76 |
| Q 0635 | Bulson privilege log # 318 |
| Q 0636-654 | Shusters' supplemental privilege log # 2 |
| Q 0655-659 | Shusters' supplemental privilege log # 3 |
| Q 0660-65 | Plaintiffs' supplemental privilege log # 80, 81 |
| Q 0666-71 | Plaintiffs' supplemental privilege log # 82, 83 |
| Q 0672-73 | Bulson's privilege log # 327, 328 |

| | | |
|---|---|---|
| 1 | Q 0674-680 | Shusters' supplemental privilege log # 9 |
| 2 | Q 0681-696 | Produced by Shusters- 63- 78 |
| 3 | Q 0697-701 | Plaintiffs' supplemental privilege log # 98 |
| 4 | Q 0702-724 | Plaintiffs' supplemental privilege log # 77, 78 |
| 5 | Q 0725-743 | Shusters' supplemental privilege log # 2 |
| 6 | Q 0744-748 | Shusters' supplemental privilege log # 3 |
| 7 | Q 0749- 754 | Plaintiffs' supplemental privilege log # 80, 81 |
| 8 | Q 0755-760 | Plaintiffs' supplemental privilege log # 82, 83 |
| 9 | Q 0761-762 | Bulson privilege log # 327, 328 |
| 10 | Q 0763-767 | Produced by Shusters- 79-83 |
| 11 | Q 0768-771 | Plaintiffs' supplemental privilege log # 98 |
| 12 | Q 0772-773 | Shusters' supplemental privilege log # 8 |
| 13 | Q 0774-777 | Produced by Shusters- 105- 108 |
| 14 | Q 0778-802 | Shusters' supplemental privilege log # 5 |
| 15 | Q 0803-804 | Produced by Shusters 138-39 |
| 16 | Q 0805-823 | Shusters' supplemental privilege log # 4 |
| 17 | Q 0824 | Produced by Plaintiffs- 000002050 |
| 18 | Q 0825 | Shusters' supplemental privilege log #6 |
| 19 | Q 0826 | Shusters' supplemental privilege log #7 |
| 20 | Q 0827 | Privileged communication between Law Offices of Marc Toberoff and Plaintiff Laura Siegel Larson dated August |

9

Declaration Of Marc Toberoff

| | | |
|---|---|---|
| | | 13, 2005, after the start of this litigation. This document is *not* required to be listed in a privilege log pursuant to the parties' standing agreement. (Duplicate of Q 0278). |
| | Q 0828-29 | 8/11/05 litigation letter from David Burg to M. Toberoff |
| | Q 0830-31 | 8/11/05 litigation letter from David Burg to M. Toberoff |
| | Q 0832 | 8/12/05 litigation letter from M. Toberoff to David Burg |
| | Q 0833 | 8/12/05 litigation letter from M. Toberoff to David Burg |
| | Q 0836-38 | Privileged communication between Law Offices of Marc Toberoff and Plaintiffs Laura Siegel Larson and Joanne Siegel dated August 12, 2005, after the start of this litigation. This document is *not* required to be listed in a privilege log pursuant to the parties' standing agreement. (Duplicate of Q 0285-289) |
| | Q 0839 | Wall Street Journal article by John Lippman; not in Plaintiffs' file. |

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on May 21, 2007 in Los Angeles, California.

_____
Marc Toberoff

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is: 2049 Century Park East, Suite 2720, Los Angeles, California 90067.

On May 21, 2007, I served the attached documents described as **DECLARATION OF MARC TOBEROFF PURSUANT TO MAGISTRATE ZAREFSKY'S APRIL 30, 2007 ORDER** as follows:

[X]   :BY FACSIMILE:

As follows: I caused the transmission of the above named documents to the fax number set forth below, or on the attached service list.

James D. Weinberger
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, NY 10017
Facsimile No. 212-813-5901

Patrick T. Perkins
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Facsimile No. 845-265-2819

Michael Bergman
WEISSMAN WOLFF BERGMAN COLEMAN GRODIN & EVALL LLP
9665 Wilshire Boulevard, Ninth Floor
Beverly Hills, CA 90212
Facsimile No. 310-550-7191

[X]   :BY MAIL:

As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. I placed ____ the original _X_ a true copy thereof enclosed in sealed envelope(s) addressed as follows:

James D. Weinberger
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, NY 10017

Michael Bergman
WEISSMAN WOLFF BERGMAN COLEMAN GRODIN & EVALL LLP
9665 Wilshire Boulevard, Ninth Floor
Beverly Hills, CA 90212

1  :(STATE) - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] :(FEDERAL) – I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on May 21, 2007, in Los Angeles, California.

                                                Nicholas C. Williamson