UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-03633 ODW (RZx) | Date | May 5, 2011 |
|---|---|---|---|
| Title | DC COMICS v. PACIFIC PICTURES CORPORATION, ET AL. | | |

| Present: The Honorable | RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE |
|---|---|
| Ilene Bernal | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** In Chambers –
DEFENDANTS' EX PARTE APPLICATION TO VACATE DC COMICS' MOTION FOR RECONSIDERATION OF APRIL 11, 2011 ORDER [Doc 234]

Defendants' Ex Parte Application to Vacate DC Comics' Notice of Motion and Motion for Reconsideration of April 11, 2011 Order is denied. No basis appears for ex parte relief. Defendants are free to assert arguments about potential inconsistent results when they file their opposition to the motion for reconsideration, should they choose to do so.

IT IS SO ORDERED.

:
Initials of Preparer    igb