KENDALL BRILL & KLIEGER LLP
Richard B. Kendall (90072)
 rkendall@kbkfirm.com
Laura W. Brill (195889)
 lbrill@kbkfirm.com
Nicholas F Daum (236155)
 ndaum@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile: 310.556.2705

Attorneys for Defendants Marc Toberoff,
Pacific Pictures Corporation, IP
Worldwide, LLC, and IPW, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; JOANNE SIEGEL, an individual; LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>**SUPPLEMENTAL DECLARATION OF RICHARD KENDALL IN OPPOSITION TO DC COMICS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND FURTHER RESPONSES TO INTERROGATORIES**<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set<br><br>Date: April 25, 2011<br>Time: 2:00 p.m. |

82406.1

SUPPLEMENTAL DECLARATION OF RICHARD KENDALL

# DECLARATION OF RICHARD KENDALL

I, Richard Kendall, declare as follows:

1. I am a partner at the law firm of Kendall Brill & Klieger LLP, counsel of record for defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC in the above-captioned action. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. Except where otherwise stated, I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I was unable to attend the court hearing on DC Comics' Motion to Compel Production of Documents and Interrogatory Responses on April 25, 2011 due to a previously scheduled mediation at that time. DC Comics set the hearing date earlier than provided under the local rules and without consulting with me or my firm as to scheduling the date of the hearing.

3. It is my understanding that at the hearing, Matthew Kline, counsel for DC Comics, made numerous representations to the Court regarding matters as to which he has no personal knowledge and as to which I do have personal knowledge concerning my communications with the United States Attorney's Office for the Central District of California regarding the conditions under which the Toberoff defendants would disclose confidential attorney-client privileged materials to that office. At the hearing, my partner Laura Brill, counsel for Mr. Toberoff, explained that I would be willing to provide a further declaration concerning these matters, and Mr. Kline indicated a declaration from me would be relevant to the privilege issues before the Court. Transcript of April 25, 2011 hearing at 45:25-46:16.

4. I understand that Mr. Kline repeatedly represented to this Court at the hearing on April 25, 2011 that the government did not communicate to defendants that it needed to see the privileged stolen documents in order to conduct its investigation and that the disclosure was voluntary. *See, e.g.,* Transcript of April 25

hearing at 11:2-4, 16:14-17, 20:25-21:2, 48:14-22. That is absolutely incorrect. Assistant United States Attorneys Beong-Soo Kim and Brian Klein advised me, that they would need to review the privileged stolen documents as part of any investigation and/or prosecution regarding the theft from Mr. Toberoff's office.

5. In response to the AUSA's insistence that they needed to review the privileged stolen documents, I advised AUSA Klein that we would not disclose the documents to the government unless the privilege could be protected. I advised AUSA Klein that the documents would not be turned over to the government voluntarily, but that we would, of course, honor a grand jury subpoena. In addition, I requested that the government agree to the confidentiality terms confirmed in my letter to Mr. Klein dated September 17, 2011.

6. Mr. Kline also stated to the court that there was no common understanding between defendants and the government that the documents were being provided pursuant to the common interest privilege. *See* Transcript of April 25, 2011 hearing at 17:22-18:6. As evidence, Mr. Kline pointed to my letter to the government dated September 17, 2011, in which I confirmed that the Toberoff defendants *were* providing the documents pursuant to the common interest privilege.

7. My September 17, 2011 letter to the government (Docket No. 212, Ex. C) confirmed my understanding and prior discussions with the government concerning common interest privilege. Specifically, I discussed with the AUSAs the bases on which the Toberoff defendants would disclose the documents: under subpoena rather than voluntarily; under promise of confidentiality; and pursuant to the common-interest privilege. I advised that I would be sending a letter enclosing the subpoenaed documents under those conditions. I understood based on my oral discussions with AUSAs Kim and Klein and my correspondence with them that the United States Attorney's office was willing to be governed by those conditions in accepting the documents. The AUSAs never objected to the terms confirmed in my September 17, 2011 letter, either before or after the documents were produced. They

82406.1

2
SUPPLEMENTAL DECLARATION OF RICHARD KENDALL

1  never stated that any aspect of my confirming letter of September 17, 2011 was
2  inaccurate or did not reflect their understanding of our agreement, and they never
3  informed me that they believed the documents were not confidential or that privilege
4  would be waived by providing them to the government.  In addition, we discussed the
5  fact that the government and Mr. Toberoff had a common interest in investigating the
6  theft from his office, and the AUSAs never indicated to me that they thought that
7  their interests in the investigation were in any way adverse to or not aligned with
8  those of Mr. Toberoff as the victim of the theft.  The government has now returned
9  the stolen documents to our office.

       I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

       Executed on May 5, 2011, in Los Angeles, California

                                                                  /s/ Richard Kendall