**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS, | CASE NO. CV 10-03633 ODW (RZx) |
| Plaintiff, | |
| vs. | ORDER RE DOCUMENTS SUBMITTED IN CAMERA |
| PACIFIC PICTURES CORPORATION, ET AL. | |
| Defendants. | |

On April 11, 2011, this Court ordered counsel for Defendants to submit certain documents for *in camera* inspection. The Court has reviewed those documents, which, to the Court's mind, have little of substance, and mostly deal with logistical issues. Those logistical issues, however, do relate to Mr. Bulson's representation of Michael Siegel prior to Mr. Siegel's death and do relate to interests that Mr. Siegel and Ms. Larson held in common. Thus, although the documents may be much ado about nothing, they are protected, and Plaintiff's motion to compel their production is denied.

///
///
///
///
///

If the period for review under L.R. 72 expires without a motion for review, counsel for Defendants shall arrange for the retrieval of the documents. If review of this order is sought, the documents will be retained until the disposition of the motion.

IT IS SO ORDERED.

DATED: May 5, 2011

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE