DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819

Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. CV 10-03633 ODW (RZx)<br><br>[~~PROPOSED~~] ORDER GRANTING DC COMICS' UNOPPOSED APPLICATION TO TEMPORARILY FILE UNDER SEAL MOTION FOR REVIEW OF MAGISTRATE'S ORDER ON PLAINTIFF'S MOTION TO COMPEL PURSUANT TO FED. R. CIV. P. 72(A) AND L.R. 72-2.1<br><br>Hon. Otis D. Wright II |

For the reasons set forth in DC Comics' Unopposed Application to Temporarily File Under Seal Motion For Review Of Magistrate's Order On Plaintiff's Motion To Compel Pursuant To Fed. R. Civ. P. 72(a) And L.R. 72-2.1, and for good cause shown:

IT IS HEREBY ORDERED that the unredacted version of DC Comics' Motion For Review Of Magistrate's Order On Plaintiff's Motion To Compel Pursuant To Fed. R. Civ. P. 72(a) And L.R. 72-2.1 ("Motion"), as well as Exhibit A to the Declaration of Cassandra Seto In Support Of DC Comics' Motion, shall be sealed temporarily pending a ruling on the Motion.

IT IS SO ORDERED.

Dated: 4/26/11

_____
Hon. Otis D. Wright II
United States District Court Judge

CC1:848646