DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:  (310) 553-6700
Facsimile:   (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone:  (845) 265-2820
Facsimile:   (845) 265-2819

Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>  Plaintiff,<br><br>  v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>  Defendants. | Case No. CV 10-03633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**DC COMICS' REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S OBJECTION TO DEFENDANTS' SUPPLEMENTAL DECLARATION OF RICHARD KENDALL**<br><br>**Judge**:       Hon. Otis D. Wright<br>**Magistrate**:  Hon. Ralph Zarefsky |

1    Defendants' "Response," Docket No. 241, like the Kendall declaration itself,
2    should be stricken. Defendants concede it was "DC's reply brief," filed on April
3    18, 2011, to which Kendall's May 5 declaration responds. Docket No. 241 ¶¶ 1, 2.
4    Defendants neither sought nor obtained leave of Court before filing the declaration,
5    and defendants notably do *not* dispute that such permission was required. *Cf.*
6    Docket No. 240 at 1:9-16. Instead, defendants made their unauthorized filing some
7    three weeks after DC filed its reply, 10 days after the April 25 hearing, and well
8    after the Court *twice* stated that briefing on the matter was "submitted," *id*. at 1:4-8.

9    Defendants' untimely filing is also inappropriate because defendants
10   themselves created the supposed "need" to file it. Defendants complain that DC's
11   reply brief raised new factual issues concerning September 10 and 17, 2010, letters,
12   Docket No. 241 ¶ 1, yet they fail to mention that they *refused* to produce these two
13   letters even though they were responsive to DC's discovery requests, and that they
14   only disclosed these letters in their *opposition papers*. Docket No. 215 at 2-3 &
15   n.2. DC could not possibly have presented its arguments any sooner than its reply,
16   as defendants deliberately withheld this key evidence undermining their positions.
17   Moreover, defendants had a full opportunity to address this issue at the hearing.

18   In any event, the written record remains unchanged: neither the government's
19   September 10 letter nor Kendall's September 17 response *ever* mentions the
20   government requesting or requiring that defendants disclose their privileged
21   documents. Defendants' belated hearsay assertions to the contrary—without any
22   proof or verification by the government—are entitled to no weight. Defendants
23   also have never offered any evidence for their sworn assertion that they had an
24   "*express*" common-interest agreement with the government. *Cf.* Docket No. 240 at
25   1:24-2:13 (emphasis added). Like defense counsel's admissions at the April 25
26   hearing and Kendall's untimely declaration, *id*., their latest filing says nothing
27   about an "express" agreement, but relies instead on "Mr. Kendall's assertion that
28   the Government's conduct *indicated assent*...." Docket No. 241 ¶ 3. "Indicated

- 1 -    DC'S REPLY TO DEFS.' RESPONSE TO OBJECTION RE KENDALL DECL.

assent"?  Defendants should not be permitted to play so fast and loose with the facts, and, in any event, DC's motion to compel should be granted, and defendants' sur-replies stricken.

Dated: May 10, 2011

Respectfully Submitted,
O'MELVENY & MYERS LLP

By: /s/ Daniel M. Petrocelli
  Daniel M. Petrocelli
  Attorneys for Plaintiff DC Comics

CC1:849658