UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-3633 ODW(RZx) | Date | May 11, 2011 |
|---|---|---|---|
| Title | DC Comics v. Pacific Pictures Corporation et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):** **Order Continuing Hearing on DC Comics' Motion for Review of Magistrate's Order on Plaintiff's Motion to Compel [225] (Filed 4/25/11)**

The hearing on the above-referenced motion, scheduled for May 23, 2011 at 1:30 p.m., is CONTINUED to **Monday, June 20, 2011 at 1:30 p.m.**

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | RGN | |