DANIEL M. PETROCELLI (S.B. #097802)
 dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
 mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
 cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:  (310) 553-6700
Facsimile:  (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
 pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone:  (845) 265-2820
Facsimile:  (845) 265-2819

Attorneys for Plaintiff DC Comics

**DENIED**
BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>                Plaintiff,<br><br>       v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>                Defendants. | Case No. CV 10-03633 ODW (RZx)<br><br>**[PROPOSED] ORDER GRANTING DC COMICS' MOTION FOR REVIEW OF MAGISTRATE'S ORDER ON PLAINTIFF'S MOTION TO COMPEL PURSUANT TO FED. R. CIV. P. 72(A) AND L.R. 72-2.1**<br><br>Hon. Otis D. Wright II |

1	Good cause appearing, IT IS HEREBY ORDERED that plaintiff DC
2	Comics' Motion For Review Of Magistrate's Order On Plaintiff's Motion To
3	Compel Pursuant To Fed. R. Civ. P. 72(a) And L.R. 72-2.1 is GRANTED; and that
4	defendants are hereby ordered:

5	    1. To produce to DC all consent agreements and related documents
6	(including drafts of the agreements and communications regarding their contents),
7	including the document or documents identified in entries 2157 and 2165 of
8	defendants' privilege log.

9	    2. To produce to DC the letter from Laura Siegel Larson to Michael Siegel
10	identified in the Toberoff Timeline dated on or around July 11, 2003, and the
11	documents identified in entries 715 and 716 of defendants' privilege log.

12	    3. To review all files in defendants' possession, custody, or control
13	(including any files obtained from Michael Siegel and/or Don Bulson) for any
14	unproduced documents from June or July 2003 involving Michael Siegel, Don
15	Bulson, Laura Siegel Larson, and/or Joanne Siegel, and to either submit a sworn
16	verification that no such documents exist, or if such documents do exist, to produce
17	them to DC.

18	    4. To amend the "Document Description" category in defendants' privilege
19	logs to provide descriptions of the actual content of the withheld documents,
20	including, but not limited to, identifying all communications involving consent
21	agreements, retainer agreements, and offers to acquire the Siegel and/or Shuster
22	heirs' rights.

23	    5. To amend the "Identity of Recipient(s)" category in defendants' privilege
24	logs to identify who is a "to," "cc," or "bcc" to the withheld communications, or if
25	the recipient received the communication by other means.

26	    6. To amend their privilege logs to identify all attachments and/or separate
27	communications in a chain of communications as separate entries.

28

- 1 -

[PROPOSED] ORDER GRANTING DC
COMICS' MOT. FOR REVIEW OF
MAGISTRATE'S ORDER

1  Defendants are ordered to produce all such documents by no later than May
2  27, 2011.
3
4  IT IS SO ORDERED.            **DENIED**
5                               BY ORDER OF THE COURT
6  Dated: May 11, 2011          _____
7                               Honorable Otis D. Wright II
                                 Judge, United States District Court