1  DANIEL M. PETROCELLI (S.B. #097802)
     dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
     mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
     cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA  90067-6035
   Telephone:  (310) 553-6700
6  Facsimile:   (310) 246-6779

7  PATRICK T. PERKINS (admitted *pro hac vice*)
     pperkins@ptplaw.com
8  PERKINS LAW OFFICE, P.C.
   1711 Route 9D
9  Cold Spring, NY 10516
   Telephone:  (845) 265-2820
10 Facsimile:   (845) 265-2819

11 Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>           Plaintiff,<br><br>     v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>           Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**DC COMICS' NOTICE WITHDRAWAL OF MOTION FOR RECONSIDERATION OF APRIL 11, 2011 ORDER**<br><br>**Judge**:          Hon. Otis D. Wright II<br>**Magistrate**:  Hon. Ralph Zarefsky |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE that Plaintiff DC Comics hereby withdraws
3  without prejudice its Motion For Reconsideration Of April 11, 2011 Order,
4  originally filed on May 2, 2011, and currently scheduled for hearing on June 6.
5  DC's reconsideration motion raises issues related to a motion to compel DC intends
6  to serve on defendants this week.  To avoid burdening the Court with successive
7  motions, DC will consolidate the two motions so its arguments can be considered
8  and heard by the Court at the same time.

9

10  Dated:    May 16, 2011              Respectfully Submitted,

11
                                        O'MELVENY & MYERS LLP
12
                                        By:   /s/ Daniel M. Petrocelli
13                                            Daniel M. Petrocelli
                                              Attorneys for Plaintiff DC Comics
14
CC1:850071
15

- 1 -                    NOTICE OF WITHDRAWAL OF DC'S
                         MOT. FOR RECONSIDERATION