MARC TOBEROFF (S.B. #188547)
  mtoberoff@ipwla.com
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California 90067
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

Attorneys for Joanne Siegel, Laura Siegel Larson,
Mark Warren Peary, and Jean Peavy
(continued on next page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOANNE SIEGEL and LAURA SIEGEL LARSON, Plaintiffs and Counterdefendants,<br><br>v.<br><br>WARNER BROS. ENTERTAINMENT INC., DC COMICS, and DOES 1-10, Defendants and Counterclaimant. | Case No. CV-04-8400 ODW (RZx)<br>Case No. CV-04-8776 ODW (RZx)<br>Case No. CV-10-3633 ODW (RZx)<br><br>**JOINT STIPULATION TO SUBSTITUTE LAURA SIEGEL LARSON FOR JOANNE SIEGEL PURSUANT TO FED. R. CIV. P. 25(A)**<br><br>**[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH**<br><br>The Hon. Otis D. Wright II |
| JOANNE SIEGEL and LAURA SIEGEL LARSON, Plaintiffs and Counterdefendants,<br><br>v.<br><br>TIME WARNER INC., WARNER COMMUNICATIONS INC., WARNER BROS. ENTERTAINMENT INC., WARNER BROS. TELEVISION PRODUCTION INC., DC COMICS, and DOES 1-10, Defendants and Counterclaimant. | |
| DC COMICS, Plaintiff,<br><br>v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, JOANNE SIEGEL, LAURA SIEGEL LARSON, and DOES 1-10, inclusive, Defendants. | |

1 | (continued from previous page)

2 | DANIEL M. PETROCELLI (S.B. #97802)
    dpetrocelli@omm.com
3 | MATTHEW T. KLINE  (S.B. #211640)
    mkline@omm.com
4 | O'MELVENY & MYERS LLP
    1999 Avenue of the Stars, 7th Floor
5 | Los Angeles, CA 90067-6035
    Telephone:  (310) 553-6700
6 | Facsimile:   (310) 246-6779

7 | PATRICK T. PERKINS (admitted *pro hac vice*)
    pperkins@ptplaw.com
8 | PERKINS LAW OFFICE, P.C.
    1711 Route 9D
9 | Cold Spring, NY 10516
    Telephone:  (845) 265-2820
10 | Facsimile:   (845) 265-2819

11 | Attorneys for DC Comics, Warner Bros.
     Entertainment Inc., Warner Communications Inc.,
12 | and Warner Bros. Television Production Inc.

13 |

14 | RICHARD B. KENDALL (S.B. # 90072)
     rkendall@kbkfirm.com
15 | LAURA W. BRILL (S.B. # 195889)
     lbrill@kbkfirm.com
16 | KENDALL BRILL & KLIEGER LLP
     10100 Santa Monica Blvd., Suite 1725
17 | Los Angeles, California 90067
     Telephone: (310) 556-2700
18 | Facsimile: (310) 556-2705

19 | Attorneys for Marc Toberoff, Pacific Pictures
     Corporation, IP Worldwide, LLC, and IPW, LLC

20
21
22
23
24
25
26
27
28

JOINT STIP. TO SUBSTITUTE PARTY
PURSUANT TO FED. R. CIV. P. 25(A)

The parties in the three above-entitled actions, by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Joanne Siegel and Laura Siegel Larson are plaintiffs and counter-defendants in Case No. CV-04-8400; plaintiffs and counter-defendants in Case No. CV-04-8776; and defendants in Case No. CV-10-3633;

WHEREAS, Ms. Siegel passed away on February 12, 2011;

WHEREAS, Ms. Larson is the court-appointed executor/personal representative of Ms. Siegel's estate;

WHEREAS, Federal Rule of Civil Procedure 25(a) provides: "If a party dies and the claim is not extinguished, the court may order substitution of the proper party";

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that, subject to the Court's approval and pursuant to Federal Rule of Civil Procedure 25(a), Laura Siegel Larson, as Personal Representative of the Estate of Joanne Siegel, is substituted for Joanne Siegel as a plaintiff and counter-defendant in Case No. CV-04-8400; as a plaintiff and counter-defendant in Case No. CV-04-8776; and as defendant in Case No. CV-10-3633 ODW. All parties reserve all other rights.

Dated: May 18, 2011         O'MELVENY & MYERS LLP

                            By:  /s/ Matthew T. Kline
                                Matthew T. Kline

Dated: May 18, 2011         TOBEROFF & ASSOCIATES, P.C.

                            By: /s/ Marc Toberoff
                                Marc Toberoff

Dated: May 18, 2011         KENDALL BRILL & KLIEGER LLP

                            By:  /s/ Laura Brill
                                Laura Brill