# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS, Plaintiff,<br><br>v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, JOANNE SIEGEL, LAURA SIEGEL LARSON, and DOES 1-10, inclusive, Defendants. | Case No. CV-10-3633 ODW (RZx)<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO SUBSTITUTE LAURA SIEGEL LARSON FOR JOANNE SIEGEL PURSUANT TO FED. R. CIV. P. 25(A)<br><br>The Hon. Otis D. Wright II |

1  Good cause appearing, and pursuant to Federal Rule of Civil Procedure
2  25(a), IT IS HEREBY ORDERED that Laura Siegel Larson, as Personal
3  Representative of the Estate of Joanne Siegel, is substituted for Joanne Siegel as a
4  defendant in Case No. CV-10-3633.
5
6  IT IS SO ORDERED.
7
8  Dated: 5/23/11

_____
Honorable Otis D. Wright II
Judge, United States District Court

[PROPOSED] ORDER GRANTING
JOINT STIP. TO SUBSTITUTE PARTY
PURSUANT TO FED. R. CIV. P. 25(A)