| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #097802) |
| | dpetrocelli@omm.com |
| 2 | MATTHEW T. KLINE (S.B. #211640) |
| | mkline@omm.com |
| 3 | CASSANDRA L. SETO (S.B. #246608) |
| | cseto@omm.com |
| 4 | O'MELVENY & MYERS LLP |
| | 1999 Avenue of the Stars, 7th Floor |
| 5 | Los Angeles, CA 90067-6035 |
| | Telephone: (310) 553-6700 |
| 6 | Facsimile: (310) 246-6779 |

PATRICK T. PERKINS (admitted *pro hac vice*)
pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819

Attorneys for Plaintiff DC Comics

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS, | Case No. CV 10-3633 ODW (RZx) |
| Plaintiff, | **DISCOVERY MATTER** |
| v. | **DECLARATION OF CASSANDRA SETO IN SUPPORT OF DC COMICS' MOTION FOR RECONSIDERATION OF APRIL 11, 2011 ORDER** |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive, | **Judge**: Hon. Otis D. Wright II  **Magistrate**: Hon. Ralph Zarefsky  **Hearing Date**: June 20, 2011  **Hearing Time**: 10:00 a.m.  **Courtroom**: 540  **Discovery Cutoff**: None Set  **Pretrial Conference**: None Set  **Trial**: None Set |
| Defendants. | |

SETO DECL. IN SUPPORT OF
DC'S MOT. FOR RECONSIDERATION

# DECLARATION OF CASSANDRA SETO

I, Cassandra Seto, declare and state as follows:

1.     I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am an associate at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in support of DC's Motion For Reconsideration Of April 11, 2011 Order. I have personal knowledge of the matters set forth in this declaration, and if called to testify to the facts stated herein, I could and would do so.

2.     Attached hereto as Exhibit A is a true and correct copy of a letter Bates-stamped LSL 00211-00212 that defendants produced to DC on April 18, 2011, at approximately 9:53 p.m.

3.     Attached hereto as Exhibit B is a true and correct copy of a letter from my colleague Matthew Kline to counsel for defendants Marc Toberoff dated December 29, 2010.

4.     Attached hereto as Exhibit C is a true and correct copy of a letter from Mr. Toberoff to Mr. Kline dated January 4, 2011.

5.     Attached hereto as Exhibit D is a true and correct copy of a letter from Mr. Kline to Mr. Toberoff dated January 5, 2011.

6.     Attached hereto as Exhibit E is a true and correct copy of a letter from Mr. Toberoff to Mr. Kline dated January 8, 2011.

7.     On April 19, 2011, I sent an email to Mr. Toberoff on behalf of Mr. Petrocelli to confirm the parties' meet-and-confer discussion regarding DC's motion for review of the Court's April 11, 2011 order. In DC's April 19 email, we stated: "In addition to the motion we intend to make before Judge Wright, *DC also intends to ask Magistrate Zarefsky to reconsider certain of his rulings in light of the documents that defendants produced last night. We plan to file the motion for reconsideration this week*." (Emphasis added.) In a response email, Mr. Toberoff confirmed he was available to meet and confer on April 20, and he did not object to

1  conferring on DC's motion for reconsideration or the timing of its filing. Attached
2  hereto as <u>Exhibit F</u> is a true and correct copy of this April 19, 2011, e-mail chain.

3        8.    On April 20, 2011, Mr. Kline and I spoke on the phone with
4  Mr. Toberoff regarding DC's motion for review of the Court's April 11 order.
5  Mr. Toberoff said he would oppose the motion. When we attempted to meet and
6  confer concerning DC's motion for reconsideration, Mr. Toberoff declined to do so,
7  saying he wished to research the issue further. When we asked him to commit to
8  meet-and-confer on this issue the next day, Thursday, April 21, or Friday, April 22,
9  he declined. When we asked for a date certain to meet and confer on the issue,
10 given its pressing nature and the narrow nature of the relief requested, he declined
11 to go through his calendar and commit to a date. When we asked Mr. Toberoff if
12 he would agree to the relief being sought in the motion—*e.g.*, that defendants
13 produce the "July 11, 2003," letter—he refused to engage. When Mr. Toberoff
14 expressed concern that his positions might be misstated (a claim with which we
15 disagreed), we renewed DC's ongoing proposal to have a court reporter transcribe
16 the parties' meet-and-confer discussions. He declined.

17       9.    Attached hereto as <u>Exhibit G</u> is a true and correct copy of a letter from
18 Mr. Toberoff to Mr. Kline dated April 20, 2011.

19       10.    In light of Mr. Toberoff's refusal to meet and confer on DC's motion for
20 reconsideration, DC sent Mr. Toberoff a copy of its motion on April 20, 2011, and
21 asked that he inform DC by 5:00 p.m. on April 21, 2011, whether he opposed the
22 motion. Attached hereto as <u>Exhibit H</u> is a true and correct copy of a letter from
23 Mr. Kline to Mr. Toberoff dated April 20, 2011.

24       11.    Despite Mr. Toberoff's refusal to tell DC his position on its motion for
25 reconsideration, he filed an *ex parte* application at approximately 12:12 a.m. on
26 April 21 stating that DC's motion for reconsideration was procedurally improper.
27 Docket No. 220 at 4 n.2.

28

- 2 -      SETO DECL. IN SUPPORT OF
DC'S MOT. FOR RECONSIDERATION

1 |     12. At approximately 5:45 p.m. on April 21, 2011, Mr. Toberoff sent a letter objecting to DC's motion for reconsideration for various reasons. Attached hereto as <u>Exhibit I</u> is a true and correct copy of that letter from Mr. Toberoff to Mr. Kline dated April 21, 2011.

    13. Mr. Kline responded that DC would file its motion and inform the Court that defendants objected to the motion. Attached hereto as <u>Exhibit J</u> is a true and correct copy of an e-mail sent on behalf of Mr. Kline to Mr. Toberoff on April 21, 2011.

    14. On April 22, 2011, Mr. Kline sent a letter to counsel for defendants requesting that they meet and confer regarding various deficiencies in their April 18, 2011, production—including the absence of the November 2, 2002, letter from Laura Siegel Larson to Michael Siegel identified in the May 13, 2003, letter. Attached hereto as <u>Exhibit K</u> is a true and correct copy of Mr. Kline's April 22, 2011, letter to Mr. Toberoff and Keith Adams.

    15. Attached hereto as <u>Exhibit L</u> is a true and correct copy of the transcript of the hearing before Magistrate Judge Zarefsky on April 25, 2011.

    16. Attached hereto as <u>Exhibit M</u> is a true and correct copy of an e-mail chain between Mr. Toberoff and Mr. Kline dated May 2, 2011.

    17. Attached hereto as <u>Exhibit N</u> is a true and correct copy of an e-mail chain between Mr. Toberoff and Mr. Kline dated May 2, 2011.

    18. Attached hereto as <u>Exhibit O</u> is a true and correct copy of a letter from Mr. Toberoff to Mr. Petrocelli dated May 14, 2011.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 23rd day of May 2011 at Los Angeles, California.

_____
Cassandra Seto

CC1:850346