# EXHIBIT G

# TOBEROFF & ASSOCIATES, P.C.

A PROFESSIONAL CORPORATION

2049 CENTURY PARK EAST, SUITE 3630
LOS ANGELES, CALIFORNIA 90067

MARC TOBEROFF*
NICHOLAS C. WILLIAMSON
KEITH G. ADAMS
JEFFREY R. RHOADS

TELEPHONE
(310) 246-3333

FACSIMILE
(310) 246-3101

* Also admitted in New York

mtoberoff@ipwla.com

April 20, 2011

Via E-Mail

Matthew Kline
O'Melveny and Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Re:   *DC Comics v. Pacific Pictures Corp., et al.*, Case No. 10-CV-03633 ODW (RZx)

Dear Matt:

I write with regard to the telephonic meet-and-confer earlier today regarding DC's motion for review of Magistrate Zarefsky's April 11, 2011 order. As I stated in the call, defendants will oppose your motion. I note that Dan Petrocelli's April 14, 2011 letter stated that "DC will seek review on Issues No. 1 (Consent Agreements), 3 (Non Privileged Documents Conveyed to Counsel), and 7 (Privilege Logs)," which is inconsistent with your statement during the meet-and-confer that you seek to review "all aspects" of the April 11, 2011 order.

With regard to DC's contemplated motion for reconsideration of the April 11, 2011 order to Magistrate Zarefsky regarding the July 11 Letter, vaguely alluded to in Dan Petrocelli's April 19, 2011 e-mail, I am more than happy to meet-and-confer on such a motion; however, as mentioned, I first want to research whether DC can bring a simultaneous motion for review and motion for reconsideration of the same April 11, 2011 order. I therefore requested during the call that you send me a letter stating DC's alleged grounds for its motion for reconsideration, including its procedural basis under the Federal and Local Rules. I will then respond in writing; and properly set a date within the Rules to meet and confer on such motion.

Despite my clearly informing you that I was not prepared to meet-and-confer on your contemplated motion for reconsideration, which was never scheduled for today, you nonetheless attempted to shoehorn it into our discussion of your motion for review, peppered me with repeated questions, and accused me of being unprofessional without justification. Such tactics are counter-productive to a constructive discussion between the parties.

Very truly yours,

Marc Toberoff

EXHIBIT G
25