# EXHIBIT N

**From:** marc.toberoff@gmail.com [mailto:marc.toberoff@gmail.com] **On Behalf Of** Marc Toberoff
**Sent:** Monday, May 02, 2011 3:30 PM
**To:** Kline, Matthew
**Cc:** Keith Adams; Seto, Cassandra
**Subject:** Re: DC Comics v. Pacific Pictures

Matt:

I stated during the meet-and-confer that I believed that the Siegels had already produced the November 1, 2002 letter in question.

We are busy today finalizing the opposition to your motion for review, we attend to this matter thereafter.

Marc

On Mon, May 2, 2011 at 1:41 PM, Kline, Matthew <MKline@omm.com> wrote:

Marc,


During this morning's call, you stated that the Siegels previously produced a November 1, 2002, letter from Laura to Michael Siegel and Don Bulson. We asked you for the Bates number of this document, and you said you did not know it off hand. We reviewed the productions in the *Siegel* cases and in this case and could not locate the November 1, 2002, letter. Please immediately identify the document by Bates number.


Thank you,


Matt

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**Matthew T. Kline**
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Phone: (310) 246-6840
Fax: (310) 246-6779
mkline@omm.com
www.omm.com

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

1

EXHIBIT N
102

*Please consider the environment before printing this email*

--
Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com

2

EXHIBIT N
103