# EXHIBIT O

# TOBEROFF & ASSOCIATES, P.C.

A PROFESSIONAL CORPORATION

2049 CENTURY PARK EAST, SUITE 3630

LOS ANGELES, CALIFORNIA 90067

MARC TOBEROFF*
NICHOLAS C. WILLIAMSON
KEITH G. ADAMS
JEFFREY R. RHOADS

* Also admitted in New York

TELEPHONE
(310) 246-3333

FACSIMILE
(310) 246-3101

mtoberoff@ipwla.com

May 14, 2011

Via E-Mail

Dan Petrocelli, Esq.
O'Melveny and Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Re:    *DC Comics v. Pacific Pictures Corp., et al.*, Case No. 10-CV-03633 ODW (RZx)

Dear Dan:

I write to request that DC withdraw its motion for reconsideration (Docket No. 230) pending before Magistrate Zarefsky.  Judge Wright's May 12, 2011 order denied DC's motion for review, and rejected the same arguments DC now repeats, almost verbatim, in its motion for reconsideration.  Effectively, DC's motion improperly asks Magistrate Zarefsky to overrule the decision of Judge Wright.  *See Campbell v. United States Dist. Court*, 501 F.2d 196, 205–06 (9th Cir. 1974) ("'[T]he district judge is to retain the ultimate responsibility for the conduct of pretrial or discovery proceedings,'" and the statute authorizing magistrates to decide pre-trial matters "'cannot be read in derogation of the fundamental responsibility of judges to decide the cases before them.'") (internal citation omitted).

If DC does not withdraw its improper motion for reconsideration, please be advised that we will seek sanctions for the attorney time expended in opposing the motion.

Nothing in this letter should be construed as a waiver or limitation of any of defendants' rights or remedies, all of which are reserved.

Very truly yours,

Marc Toberoff