DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:  (310) 553-6700
Facsimile:   (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone:  (845) 265-2820
Facsimile:   (845) 265-2819

Attorneys for Plaintiff DC Comics

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>  Plaintiff,<br><br>  v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>  Defendants. | Case No.  CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING DC COMICS' MOTION FOR RECONSIDERATION OF APRIL 11, 2011 ORDER**<br><br>**Judge**:       Hon. Otis D. Wright II<br>**Magistrate**:  Hon. Ralph Zarefsky |

1  Good cause appearing, IT IS HEREBY ORDERED that plaintiff DC Comics' Motion For Reconsideration Of April 11, 2011 Order is GRANTED; and that the April 11, 2011, order is amended as follows:

___ By no later than June 27, 2011, defendants are ordered to conduct a diligent review of all files in their possession, custody, or control (including any files obtained Michael Siegel and/or Don Bulson) for any unproduced documents from June or July 2003 involving Michael Siegel, Don Bulson, Laura Siegel Larson, or Joanne Siegel, and either submit a sworn verification that that no such documents exist, or if such documents exist, to produce them to DC; and

___ By no later than June 27, 2011, defendants are ordered to produce the July 11, 2003, correspondence from Laura Siegel Larson to Michael Siegel, as well as to submit privilege log entries 715 and 716 to the Court for *in camera* review (and production to DC, in all or in part, if they are not privileged); and

___ By no later than June 27, 2011, defendants are ordered to amend and produce to DC the entries in their privilege logs for all Michael Siegel documents—*i.e.*, all those documents identified in footnote 9 of DC Comics' Motion To Produce Documents And Amended Privilege Logs, Docket No. 160 at 35 n.9—to: (1) provide to DC document descriptions that more fully describe the contents of document or redacted portions of the document being withheld; (2) identify for DC who is a "to," "cc," or "bcc" to the withheld communication, or if recipients received the communication by other means; and (3) identify all attachments and/or separate communications as separate entries, if in its current form, the privilege log entry includes a chain of communications or attachments to communications or transmittal correspondence.

IT IS SO ORDERED.

Dated: _____

Honorable Ralph Zarefsky
Magistrate Judge, United States District Court