# EXHIBIT B

**From:** marc.toberoff@gmail.com [mailto:marc.toberoff@gmail.com] **On Behalf Of** Marc Toberoff
**Sent:** Tuesday, March 01, 2011 3:48 PM
**To:** Petrocelli, Daniel
**Cc:** Nicholas Williamson; Keith Adams; landerson
**Subject:** Laura Siegel and Warren Peary Depo Dates

Dan:

This is to confirm that we requested in our telephone yesterday that Laura Siegel's deposition be moved due to the recent death of her mother and all that this entails. Laura suggested the week of April 18. Since Passover is April 18 (sundown) - April 19, and April 22 is Good Friday. we suggested Wednesday, April 20, or Thursday, April 21.

I also mentioned that Warren Peary is willing to fly to Los Angeles for a deposition in early April (e.g. April 5) if DC is willing to cover his travel and reasonable accommodation as this would save DC considerable legal fees and expense.

Please let me know.
--
Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com

1

EXHIBIT B
13

From: Petrocelli, Daniel
Sent: Monday, March 07, 2011 2:30 PM
To: 'Marc Toberoff'
Subject:

Marc,

DC will agree to your request to continue the depositions of Laura Siegel Larson and Mark Warren Peary conditioned on confirmation that both Ms. Larson and Mr. Peary will appear for their scheduled depositions without any further postponement absent an emergency. DC proposes that Mr. Peary be deposed on Wednesday, April 13, and Ms. Siegel be deposed on Wednesday, April 20. Pursuant to your suggestion, DC will reimburse Mr. Peary for a round-trip coach flight from New Mexico to Los Angeles and one night of lodging at the Hyatt Century Plaza Hotel.

Please confirm your agreement to this.

Thanks.

Dan

From: marc.toberoff@gmail.com <marc.toberoff@gmail.com>
To: Petrocelli, Daniel
Sent: Fri Mar 11 13:32:22 2011
Subject: Re: Depositions

Dan:

Thank-you.

Marc Toberoff

On Fri, Mar 11, 2011 at 1:09 PM, Petrocelli, Daniel <DPetrocelli@omm.com> wrote:

That's fine.


From: marc.toberoff@gmail.com [mailto:marc.toberoff@gmail.com] On Behalf Of Marc Toberoff
Sent: Tuesday, March 08, 2011 6:24 PM
To: Petrocelli, Daniel
Subject: Depositions


Dan:

This is to confirm Laura Siegel's depo for Thursday, April 21, 2011 at your offices, commencing at 9:30 am.

I can also confirm Warren Peary for April 13, 2011. He is willing to come to Los Angeles for the deposition, instead of you and your partners/associates traveling to New Mexico. However, he requested that your client cover two nights of his hotel plus his coach airfare (inexpensive) and ground transportation. The reason is that if you plan to take a full 7 hours of deposition time he will not be able to get on a flight back until later in the evening on April 13, which with the time difference, etc. will put him in Sante Fe after midnight and then he has a long drive home. Given the money your clients will save in attorney time, travel and accomodations this seems reasonable. Is it acceptable?

Thanks

Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333 <tel:%28310%29%20246-3333>
Fax: (310) 246-3101 <tel:%28310%29%20246-3101>
MToberoff@ipwla.com

1

**EXHIBIT B**
**15**

```
--
Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com
```

2

EXHIBIT B

16