# EXHIBIT C

# TOBEROFF & ASSOCIATES, P.C.

A PROFESSIONAL CORPORATION

2049 CENTURY PARK EAST, SUITE 3630

LOS ANGELES, CALIFORNIA 90067

MARC TOBEROFF*
NICHOLAS C. WILLIAMSON
KEITH G. ADAMS
JEFFREY R. RHOADS

* Also admitted in New York

TELEPHONE
(310) 246-3333

FACSIMILE
(310) 246-3101

mtoberoff@ipwla.com

April 7, 2011

<u>By E-Mail</u>

Daniel Petrocelli, Esq.
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Re:   <u>DC Comics v. Pacific Pictures Corp., et al.</u>, Case No. 10-CV-03633 ODW (RZx)

Dear Dan:

I write regarding the depositions of Mark Warren Peary and Laura Siegel Larson, currently scheduled for April 13 and April 21, 2011, respectively.

These depositions should reasonably be continued until DC's three pending motions to compel the production of related documents (Docket Nos. 159, 205-06) are resolved by Magistrate Zarefsky.

The first motion to compel (Docket No. 159) involves seven distinct issues and numerous categories of privileged documents (*e.g.*, the "Consent Agreement") as to which DC will obviously seek to depose Mr. Peary and Ms. Siegel.

The second and third motions to compel recently filed on April 4, 2011 (Docket Nos. 205-06) involve numerous privileged Stolen Documents as well as privileged communications between Laura Siegel and attorney David Michaels, as to which DC will similarly attempt to question Ms. Siegel and Mr. Peary.

I will duly instruct my clients not to answer any questions regarding privileged documents or privileged information. Accordingly, these outstanding disputes and the pending motions to compel pose an unnecessary risk of potentially exposing my clients to multiple depositions, as DC will undoubtedly seek to re-depose Ms. Siegel and Mr. Peary if it secures *any* additional document(s) through its pending motions. Thankfully, this dilemma can easily be remedied by briefly postponing the depositions until after the motions have been resolved.

I hope you can appreciate that I cannot expose Ms. Siegel to four depositions (two already taken in the related *Siegel* case and potentially two in this case) or expose Mr. Peary to three

EXHIBIT C

17

**TOBEROFF & ASSOCIATES, P.C.**

April 7, 2011
Re: *DC Comics v. Pacific Pictures Corp.*
Page: 2 of 2

depositions (one already taken in the *Siegel* case and potentially two in this case) for merely asserting their statutory termination rights under the Copyright Act. The far more efficient and reasonable choice is for DC to simply take their depositions after the outstanding discovery motions have been resolved, thereby avoiding "piecemeal" depositions. *See* F.R.C.P. 30(d) ("a deposition is limited to 1 day of 7 hours").

Notably, DC agreed to this exact arrangement with respect to its deposition of the Siegels' former counsel, Kevin Marks, which was originally set for April 14, but is postponed until after the pending motions to compel are decided.

I write this letter due to the sincere concerns expressed above. This is not a delay tactic. Moreover, in weighing our request, DC should bear in mind that it alone chose to wait five (5) weeks after the meet and confer process had concluded to bring its recently filed motions (and noticed a hearing date after the scheduled depositions), which largely contribute to this dilemma.

Thank you for your consideration of the above.

Nothing in this letter should be construed as a waiver or limitation of any of defendants' rights or remedies, all of which are reserved.

Very truly yours,

Marc Toberoff

EXHIBIT C
18



# O'MELVENY & MYERS LLP

BEIJING
BRUSSELS
HONG KONG
LONDON
LOS ANGELES
NEWPORT BEACH
NEW YORK

1999 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-6035

TELEPHONE (310) 553-6700
FACSIMILE (310) 246-6779
www.omm.com

SAN FRANCISCO
SHANGHAI
SILICON VALLEY
SINGAPORE
TOKYO
WASHINGTON, D.C.

April 8, 2011

Marc Toberoff
Toberoff & Associates, P.C.
2049 Century Park East, Suite 3630
Los Angeles, California 90067

OUR FILE NUMBER
905900-321

WRITER'S DIRECT DIAL
(310) 246-6850

WRITER'S E-MAIL ADDRESS
dpetrocelli@omm.com

Re: *Siegel v. Warner Bros. Ent't Inc.* (Case No. CV-04-8400 (ODW) (RZx))

Dear Marc:

Needless to say, we disagree with the positions set forth in your letter yesterday. However, in the interest of avoiding needless motion practice, DC would be willing to enter into the following stipulation, to be signed by the Court:

1. The depositions of Mark Warren Peary and Laura Siegel Larson currently scheduled for April 13, 2011, and April 21, 2011, respectively, are hereby taken off calendar.

2. Defendants will produce Mr. Peary and Ms. Larson for their depositions either (a) the week of May 16-20, 2011; or (b) within one week after Magistrate Zarefsky issues a ruling on DC Comics' Motion To Compel The Production Of Documents And Amended Privilege Logs filed on February 7, 2011, and heard on February 28, 2011; whichever is earlier. "Ruling" includes any order regarding DC Comics' Motion To Compel The Production Of Documents And Amended Privilege Logs, regardless of whether it fully resolves that Motion. The depositions of Mr. Peary and Ms. Larson will not be postponed based on any objections, appeals, or other challenges taken by either party to Magistrate Zarefsky's ruling.

3. Defendants will not seek a protective order (or similar relief) to stop or delay the depositions of Mr. Peary or Ms. Larson, either before or after Magistrate Zarefsky has ruled.

DC cannot agree to postpone the depositions until after Magistrate Zarefsky has resolved the two motions to compel DC filed this week, particularly given that defendants have now made clear their intention to attempt to push the hearing date into May. We share your desire to reach a compromise, but cannot agree to further delay our right to take discovery. As you know, it has

EXHIBIT C
19

O'MELVENY & MYERS LLP
April 8, 2011 - Page 2

been almost one year since DC filed its complaint, and you have yet to produce a single witness for deposition.

Very truly yours,

*[signature]*

Daniel M. Petrocelli

EXHIBIT C
20

# TOBEROFF & ASSOCIATES, P.C.

A PROFESSIONAL CORPORATION

2049 CENTURY PARK EAST, SUITE 3630
LOS ANGELES, CALIFORNIA 90067

MARC TOBEROFF*
NICHOLAS C. WILLIAMSON
KEITH G. ADAMS
JEFFREY R. RHOADS

* Also admitted in New York

TELEPHONE
(310) 246-3333

FACSIMILE
(310) 246-3101

mtoberoff@ipwla.com

April 11, 2011

By E-Mail

Daniel Petrocelli, Esq.
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Re:   *DC Comics v. Pacific Pictures Corp., et al.*, Case No. 10-CV-03633 ODW (RZx)

Dear Dan:

I write regarding your letter of Friday, April 8, 2011, as to the scheduling of the depositions of Mark Warren Peary and Laura Siegel Larson, previously scheduled for April 13 and April 21, 2011, respectively.

We could agree to your proposal with some necessary modifications.

The depositions of Ms. Siegel and Mr. Peary should be scheduled within ten business days of Magistrate Zarefsky's rulings on DC's pending motions (Docket Nos. 205 and 206). Between your busy calendar, my busy calendar, my client's calendars and the desire for Mr. Peary to travel to Los Angeles from New Mexico, a blind agreement that depositions occur within "one week" of Magistrate Zarefsky's rulings could just lead to further conflicts.

While recognizing the validity of postponing the depositions until there is a ruling on your first motion to compel (Docket No. 159), which has now been decided, your proposal does not provide for DC's other two pending motions to compel, which claim a blanket waiver of privilege regarding the numerous privileged documents stolen from my law firm in 2005 (Docket No. 205), and further interrogatory responses (Docket No. 206). This makes little sense as the rationale for postponing the depositions until a ruling on the first motion applies with equal or greater force to the other two motions.

As stated, we cannot expose our clients to having their depositions taken twice in this action, which is already duplicative of the prior action in which they were fully deposed.

EXHIBIT C
21

**TOBEROFF & ASSOCIATES, P.C.**

April 11, 2011
Re:   *DC Comics v. Pacific Pictures Corp.*
Page:  2 of 2

Additionally, Ms. Siegel may or may not be available the week of May 16-20, 2011, the week you propose moving both depositions to. She is participating in a trial in Cleveland, Ohio, which commences on May 12, and could easily spill over into the target week of May 16.

As a compromise, however, we would agree to the following:

- Mr. Peary and Ms. Siegel's depositions would be scheduled for the week of May 16-20, or May 23-27, 2011, with the first week preferred;
- Provided DC gives us one week prior written notice, DC could elect to postpone such depositions until after Magistrate Zarefsky has ruled on DC's two pending motions to compel (Docket Nos. 205 and 206);
- If DC proceeds with the deposition of either Mr. Peary or Ms. Siegel despite the fact that Magistrate Zarefsky has not ruled on DC's pending motions, then DC would waive its right to seek a second deposition based upon the decision on any such motion.

Lastly, while we can readily resolve this matter as outlined above, we, of course, cannot condone a blanket agreement to never seek any protective order regarding the depositions of Mr. Peary and Ms. Siegel. Among many potential scenarios, Judge Wright could resolve defendants' pending motions to dismiss and anti-SLAPP motion, such that the case is resolved and/or stayed in large part pending appeal of the defendants' anti-SLAPP motion. However, defendants would be willing to agree that they will not seek a protective order based on "any objections, appeals, or other challenges" to Magistrate Zarefsky's rulings on the motions (Docket Nos. 159 and 205-06).

Nothing in this letter should be construed as a waiver or limitation of any of defendants' rights or remedies, all of which are reserved.

Very truly yours,

Marc Toberoff

EXHIBIT C
22

**From:** marc.toberoff@gmail.com [mailto:marc.toberoff@gmail.com] **On Behalf Of** Marc Toberoff
**Sent:** Friday, April 15, 2011 6:58 PM
**To:** Petrocelli, Daniel
**Cc:** Seto, Cassandra; Nicholas Williamson; Keith Adams
**Subject:** Re: Depositions

Dan:

Warren Peary is available the following week on Tuesday May 17 or Wednesday, May 18.

Laura Siegel is available on Friday, May 20,

This is without waiver or limitation of any of our clients' rights all of which are reserved, including the right to seek a protective order due to DC's pending motions to compel and motion to review that potentially subject them to the risk of repeat depositions in the same action.

Regards,

Marc Toberoff

On Fri, Apr 15, 2011 at 11:29 AM, Petrocelli, Daniel <DPetrocelli@omm.com> wrote:

Marc, I'd like to hear back from you on the dates below.


Thanks.


Dan


**From:** marc.toberoff@gmail.com [mailto:marc.toberoff@gmail.com] **On Behalf Of** Marc Toberoff
**Sent:** Wednesday, April 13, 2011 11:29 AM


**To:** Petrocelli, Daniel
**Subject:** Re: Depositions



Dan:

And both parties are reserving all rights as to our desire not to expose our clients to more than one deposition in

1

EXHIBIT C
23

this case.

Marc

On Wed, Apr 13, 2011 at 11:25 AM, Petrocelli, Daniel <DPetrocelli@omm.com> wrote:

Marc, confirming our call just now I proposed May 10 and May 12 for the depositions of Warren Peary and Laura Siegel. You will check and get back to me.

Thanks.

Dan

---

**From:** Petrocelli, Daniel
**Sent:** Tuesday, April 12, 2011 7:40 PM
**To:** 'Marc Toberoff'
**Subject:** RE: Depositions

Thanks. I will call you between 10:00 am and noon tomorrow.

Dan

---

**From:** marc.toberoff@gmail.com [mailto:marc.toberoff@gmail.com] **On Behalf Of** Marc Toberoff

**Sent:** Tuesday, April 12, 2011 7:39 PM
**To:** Petrocelli, Daniel
**Subject:** Re: Depositions

I am in all day tomorrow after 10 am, and will break for lunch around 2:30-3:30pm.

On Tue, Apr 12, 2011 at 6:22 PM, Petrocelli, Daniel <DPetrocelli@omm.com> wrote:

Marc, what time are you available tomorrow to discuss new dates for the depositions?

Thanks.

2

**EXHIBIT C**
**24**

Dan

---

**From:** marc.toberoff@gmail.com [mailto:marc.toberoff@gmail.com] **On Behalf Of** Marc Toberoff
**Sent:** Tuesday, April 12, 2011 2:53 PM
**To:** Kline, Matthew
**Cc:** Petrocelli, Daniel; Keith Adams
**Subject:** Depositions

Matt --

This is to confirm our conversation of earlier this morning, in which you informed me that Dan wants to move the depositions of Warren Peary and Laura Siegel by two or three weeks, and that Dan will be calling me later today or tomorrow to discuss rescheduling the depos.

Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com

--

Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com

--

Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333

Fax: (310) 246-3101
MToberoff@ipwla.com

--
Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com

4

EXHIBIT C
26