# EXHIBIT F

**From:** "Petrocelli, Daniel" <DPetrocelli@OMM.com>
**Date:** May 14, 2011 10:37:16 AM PDT
**To:** Marc Toberoff <mtoberoff@ipwla.com>
**Subject: Re: Re:**

Marc, we disagree and see no utility in debating this further. More fundamentally, you have no self-help right to unilaterally postpone the depositions. We do not excuse the deponents from their court-ordered obligations to appear for their depositions. Absent an order of the court directing otherwise, the depositions will proceed as noticed. If your clients do not appear, we will seek relief from the court, including both preclusion and monetary sanctions against the defendants, including you. Please let me know today whether the deponents will appear.

Dan

On May 13, 2011, at 9:55 PM, "Marc Toberoff" <mtoberoff@ipwla.com> wrote:

> Dan:
>
> We disagree with your position, nor do you propose a solution to this obvious problem. Even after Judge Wright's denial of DC's motion for review, DC still has three pending motions and two contemplated motions that directly bear on these depositions.
>
> This clearly leaves my clients exposed to multiple depositions if DC happens to secures a favorable ruling on any part of its pending and contemplated motions, and given the aggressive manner in which DC has been litigating this case; it is certain to press for additional depositions if that were to occur. Under these circumstances, my clients must postpone the depositions. DC is not prejudiced by such postponement as no discovery cut-off has yet been set in this case.
>
> If you have a real solution to this problem, I'd be more than happy to hear you out.
>
> Marc
>
> On Thu, May 12, 2011 at 8:38 AM, Petrocelli, Daniel <DPetrocelli@omm.com> wrote:
>> Marc, I received your letter about putting off next week's depositions. We disagree with your position. Given the uncertainty when the pending discovery issues, let alone others certain to arise, will be definitively resolved, it makes no sense to continue to defer these and other depositions. The condition you seek to impose on our proceeding with the depositions is inappropriate, unwarranted, and unacceptable. Both sides reserve all their rights regarding additional deposition sessions. We expect the depositions to proceed as scheduled.

1

EXHIBIT F
34

I'm still in NY, but feel free to call my cell if you want to further discuss.

Dan


--
Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com

2

EXHIBIT F
35