# EXHIBIT H

**From:** Marc Toberoff [mailto:mtoberoff@ipwla.com]
**Sent:** Tuesday, May 17, 2011 08:03 PM
**To:** Petrocelli, Daniel
**Cc:** Seto, Cassandra
**Subject:** Re: DC Comics v. Pacific Pictures Corp.

Dan:

You are trumping this up as with everything else in this case. You previously thought nothing of postponing these very depositions when it suited you. We requested a brief extension for very cogent reasons. There is no prejudice to DC as there is not yet even a discovery cut-off date in this case. In fact, it would appear to be in everyones best interest to resolve our document production disputes relevant to these depositions, prior to the depositions.

**Please articulate how this brief postponement is, as you state, "highly prejudicial to DC."** You have never done so in any of our numerous exchanges about this postponement.

Marc


On Tue, May 17, 2011 at 6:18 PM, Petrocelli, Daniel <DPetrocelli@omm.com> wrote:

Marc, we will be recording Mr. Peary's non-appearance tomorrow and will do the same for Ms. Siegel on Friday. As we previously advised, your unilateral refusal to make your clients available for these duly noticed, court-ordered depositions is wholly unjustified, it is highly prejudicial to DC, and we will seek court relief, including preclusive and monetary sanctions against defendants and their counsel.



Dan


**From:** Petrocelli, Daniel
**Sent:** Monday, May 16, 2011 5:52 PM
**To:** Keith Adams
**Cc:** Seto, Cassandra; Kline, Matthew; Marc Toberoff
**Subject:** Re: DC Comics v. Pacific Pictures Corp.



Marc, as I read your letter, your clients do not intend to appear for their depositions this week. We do not excuse their failure to appear and will be seeking all appropriate relief from the court.


Dan

1

**EXHIBIT H**
**38**

On May 16, 2011, at 2:38 PM, "Keith Adams" <kgadams@ipwla.com> wrote:

Counsel:

Please see the attached correspondence from Marc Toberoff.

Keith G. Adams
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: kgadams@ipwla.com
http://www.ipwla.com

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you r not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

<DC v. PPC.Letter.Toberoff-Petrocelli.5.16.2011.final.pdf>


--
Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com