# EXHIBIT I



## O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | 1999 Avenue of the Stars, 7th Floor | SAN FRANCISCO |
| BRUSSELS | Los Angeles, California 90067-6035 | SHANGHAI |
| HONG KONG | | SILICON VALLEY |
| LONDON | TELEPHONE (310) 553-6700 | SINGAPORE |
| LOS ANGELES | FACSIMILE (310) 246-6779 | TOKYO |
| NEWPORT BEACH | www.omm.com | WASHINGTON, D.C. |
| NEW YORK | | |

May 18, 2011

OUR FILE NUMBER
905,900-321

**VIA E-MAIL**

WRITER'S DIRECT DIAL
(310) 246-6850

Marc Toberoff
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California 90067

WRITER'S E-MAIL ADDRESS
dpetrocelli@omm.com

Re: *DC Comics v. Pacific Pictures Corp. et al.*, CV-10-3633 (ODW) (RZx)

Marc,

This is to notify you that DC will be seeking *ex parte* relief compelling Mr. Peary and Ms. Larson to appear for deposition within seven days of the Court's order. We recorded Mr. Peary's non-appearance today, and given that you have indicated Ms. Larson will not attend her noticed deposition this Friday, May 20, our *ex parte* application will address both failures to appear. We previously advised you neither Mr. Peary nor Ms. Larson was excused from appearing for their depositions. The Court ordered that DC is entitled to take these depositions. There has been no showing of illness or unavailability. No legitimate basis exists for your unilateral decision to withhold these depositions.

Defendants' delay tactics have prejudiced DC. Although this case has been pending for one year, not one deposition has occurred. We have already forever lost the ability to depose Joanne Siegel as a result of your delay. Moreover, defendants have filed motions to dismiss and strike our complaint based on factual assertions that we are entitled to challenge through the discovery process. Defendants have obstructed that process in an effort to deny DC and the Court of relevant evidence supporting DC's complaint.

Please let us know immediately if you oppose DC's *ex parte* application.

Very truly yours,

Daniel M. Petrocelli
of O'MELVENY & MYERS LLP

CC1:850102

**EXHIBIT I**
**40**