# EXHIBIT J

**From:** marc.toberoff@gmail.com [mailto:marc.toberoff@gmail.com] **On Behalf Of** Marc Toberoff
**Sent:** Thursday, May 19, 2011 1:56 PM
**To:** Seto, Cassandra; Keith Adams
**Subject:** Fwd: DC v. PPC (Case No. CV 10-3633)

FYI

---------- Forwarded message ----------
From: **Marc Toberoff** <mtoberoff@ipwla.com>
Date: Thu, May 19, 2011 at 1:54 PM
Subject: Re: DC v. PPC (Case No. CV 10-3633)
To: "Petrocelli, Daniel" <DPetrocelli@omm.com>


Dan:

I am stepping out for a late lunch. Please let me know what time you are available this afternoon to discuss resolving this.

You say "I will make one final attempt to resolve this," but in fact this is your first attempt.

I appreciate it nonetheless.

Marc


On Thu, May 19, 2011 at 8:33 AM, Petrocelli, Daniel <DPetrocelli@omm.com> wrote:
Marc, your position is indefensible. You do not have the right to unilaterally refuse to produce your clients for their duly-noticed depositions, especially since the court has already ordered that these depositions can proceed. Nor do you have the right to condition the depositions on DC's waiver of any of its rights. If you had genuine, well-founded objections to the depositions, you were required to seek a protective order and allow the Court to decide. You cannot take matters in your hands.

I will make one final attempt to resolve this to avoid burdening the Court. Our impending discovery motions will be scheduled for June 20, as I previously advised you. I will defer Mr. Peary's deposition to June 22 and Ms. Siegel's deposition to June 24 if you will stipulate to a court order that they will appear on those dates regardless of the status of any other discovery disputes, discovery motions, or other pending matters. As I've said repeatedly, after these depositions occur, should the issue arise, both sides retain their rights under the law to argue for or against additional deposition sessions, as is the case with any deposition. If you agree, I will send you a stipulation today for immediate submission to the Court.

Please let me know right away.

Thanks.

Dan

**From:** Marc Toberoff [mailto:mtoberoff@ipwla.com]
**Sent:** Wednesday, May 18, 2011 08:28 PM
**To:** Petrocelli, Daniel
**Cc:** Kline, Matthew; Seto, Cassandra; Keith Adams <kgadams@ipwla.com>; Tokoro, Jason
**Subject:** Re: DC v. PPC (Case No. CV 10-3633)

Dan:

We disagree with your mischaracterization of the record, including your impolitic remark regarding the deposition of Joanne Siegel, and we will oppose your ex parte application on the grounds previously stated.

Notwithstanding this my offer still stands: we can hold the depositions now, provided you agree not to seek to retake the depositions based on the results of your pending/contemplated discovery motions; or, in the alternative, the parties agree to take the depositions within a reasonable period after such motions are shortly resolved.

Marc Toberoff

On Wed, May 18, 2011 at 3:54 PM, Tokoro, Jason <jtokoro@omm.com> wrote:

> Counsel,
>
> Please see the attached letter from Daniel M. Petrocelli.
>
>
> **Jason H. Tokoro**
> **O'Melveny & Myers LLP - Century City**
> 1999 Avenue of the Stars, Suite 700
> Los Angeles, California 90067
> Direct Dial: (310) 246-6707
> Fax: (310) 246-6779
> Email: jtokoro@omm.com
>
> *This message and any attached documents contain information from the law firm*
> *of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are*
> *not the intended recipient, you may not read, copy, distribute, or use this*
> *information. If you have received this transmission in error, please notify the*
> *sender immediately by reply e-mail and then delete this message.*
>
>  please consider the environment - do you really need to print this email?

--
Marc Toberoff
Toberoff & Associates, PC

2

**EXHIBIT J**
**42**

2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com



--
Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com



--
Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com