# EXHIBIT K

**Attachments:**     Stipulation & Proposed Order re M. Peary and L. Larson Depositions_v2.DOC

**From:** Petrocelli, Daniel
**Sent:** Friday, May 20, 2011 1:54 PM
**To:** 'Marc Toberoff'
**Subject:**

Marc, attached is a stipulation and order.  As you will see, it is short and non-argumentative.   I considered your request to set the depositions                                                                                                                based on when the court issues rulings, but it is too uncertain and unworkable, especially given your objection to our proposed status report to Judge Wright.

I would like to get this on file right away to avoid working up a motion.

Thanks.

Dan

| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #097802) |
| | dpetrocelli@omm.com |
| 2 | MATTHEW T. KLINE (S.B. #211640) |
| | mkline@omm.com |
| 3 | CASSANDRA L. SETO (S.B. #246608) |
| | cseto@omm.com |
| 4 | O'MELVENY & MYERS LLP |
| | 1999 Avenue of the Stars, 7th Floor |
| 5 | Los Angeles, CA 90067-6035 |
| | Telephone: (310) 553-6700 |
| 6 | Facsimile: (310) 246-6779 |
| 7 | PATRICK T. PERKINS (admitted *pro hac vice*) |
| | pperkins@ptplaw.com |
| 8 | PERKINS LAW OFFICE, P.C. |
| | 1711 Route 9D |
| 9 | Cold Spring, NY 10516 |
| | Telephone: (845) 265-2820 |
| 10 | Facsimile: (845) 265-2819 |
| 11 | Attorneys for Plaintiff DC Comics |
| 12 | (continued on next page) |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS, | Case No. CV 10-3633 ODW (RZx) |
| Plaintiff, | **DISCOVERY MATTER** |
| v. | **STIPULATION AND COURT ORDER RE: DEPOSITIONS OF DEFENDANTS MARK WARREN PEARY AND LAURA SIEGEL LARSON** |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive, | **Judge**: Hon. Otis D. Wright II |
| | **Magistrate**: Hon. Ralph Zarefsky |
| | Complaint Filed: May 14, 2010 |
| | Trial Date: None Set |
| Defendants. | |

STIPULATION & ORDER RE: M. PEARY
AND L. LARSON DEPOSITIONS

EXHIBIT K
45

| | |
|---|---|
| 1 | (continued from previous page) |
| 2 | MARC TOBEROFF (S.B. #188547) |
|   |   mtoberoff@ipwla.com |
| 3 | NICHOLAS C. WILLIAMSON (S.B. #231124) |
|   |   nwilliamson@ipwla.com |
| 4 | KEITH G. ADAMS (S.B. #240497) |
| 5 |   kgadams@ipwla.com |
|   | TOBEROFF & ASSOCIATES, P.C. |
| 6 | 2049 Century Park East, Suite 2720 |
| 7 | Los Angeles, California 90067 |
|   | Telephone:  (310) 246-3333 |
| 8 | Facsimile:   (310) 246-3101 |
| 9 | Attorneys for Defendants Mark Warren |
|   | Peary, Jean Peavy, Joanne Siegel, and |
| 10 | Laura Siegel Larson |

STIPULATION & ORDER RE: M. PEARY
AND L. LARSON DEPOSITIONS

1  Plaintiff DC Comics ("DC") and the relevant Defendants Mark Warren Peary and Laura Siegel Larson ("Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, DC noticed the deposition of defendant Mr. Peary for May 18, 2011, at the offices of counsel for DC, O'Melveny & Myers LLP, 1999 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067, commencing at 9:00 a.m.;

WHEREAS, DC noticed the deposition of defendant Mr. Larson for May 20, 2011, at the offices of counsel for DC, O'Melveny & Myers LLP, 1999 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067, commencing at 9:00 a.m.;

WHEREAS, counsel for DC and Defendants have a disagreement regarding when and under what conditions these depositions should occur;

WHEREAS, counsel for DC and Defendants have resolved their disagreement by way of this stipulation and order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, that:

(1) Defendant Mark Warren Peary shall appear for deposition on June 28, 2011, at the offices of counsel for DC Comics, O'Melveny & Myers LLP, 1999 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067, commencing at 9:00 a.m.

(2) Defendant Laura Siegel Larson shall appear for deposition on July 1, 2011, at the offices of counsel for DC Comics, O'Melveny & Myers LLP, 1999 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067, commencing at 9:00 a.m.

(3) In entering into this Stipulation, neither party waives any rights to seek or oppose additional deposition days from Mr. Peary or Ms. Larson as provided by the federal rules.

-1-   STIPULATION & ORDER RE: M. PEARY AND L. LARSON DEPOSITIONS

| | | |
|---|---|---|
| Dated: | May __, 2011 | Respectfully Submitted, |

O'MELVENY & MYERS LLP

By: _____
    Daniel M. Petrocelli
    Attorneys for Plaintiff DC Comics

Dated: May __, 2011   Respectfully Submitted,

TOBEROFF & ASSOCIATES, P.C.

By: _____
    Marc Toberoff
    Attorneys for Defendants Joanne
    Siegel, Laura Siegel Larson, Mark
    Warren Peary, and Jean Adele Peavy

IT IS SO ORDERED.

Dated: _____

_____
Honorable Ralph Zarefsky
Magistrate Judge, United States District Court

CC1:850318

STIPULATION & ORDER RE: M. PEARY
AND L. LARSON DEPOSITIONS