# EXHIBIT L

```
----- Original Message -----
From: Petrocelli, Daniel
Sent: Saturday, May 21, 2011 12:16 PM
To: 'mtoberoff@ipwla.com' <mtoberoff@ipwla.com>
```

Marc, I have not heard back from you regarding the stipulation I sent to you yesterday.  I would appreciate it if you would get back to me today so I can know whether to continue working up the motion.

Thanks.

Dan