# EXHIBIT M

**Attachments:** DC v. PPC.Discovery.Stipulation.Depositions.v3.5.23.2011.clean.doc; DC v. PPC.Discovery.Stipulation.Depositions.v3.5.23.2011.redline.doc

**From:** marc.toberoff@gmail.com [mailto:marc.toberoff@gmail.com] **On Behalf Of** Marc Toberoff
**Sent:** Monday, May 23, 2011 2:08 PM
**To:** Petrocelli, Daniel
**Cc:** Seto, Cassandra
**Subject:** Fwd:

Dan:

Attached please find a redlined version of the stip we are discussing. I believe it is a valid compromise that fairly serves both sides interests.

Thanks

Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com

```
 1  DANIEL M. PETROCELLI (S.B. #097802)
      dpetrocelli@omm.com
 2  MATTHEW T. KLINE (S.B. #211640)
      mkline@omm.com
 3  CASSANDRA L. SETO (S.B. #246608)
      cseto@omm.com
 4  O'MELVENY & MYERS LLP
    1999 Avenue of the Stars, 7th Floor
 5  Los Angeles, CA  90067-6035
    Telephone:  (310) 553-6700
 6  Facsimile:   (310) 246-6779

 7  PATRICK T. PERKINS (admitted pro hac vice)
      pperkins@ptplaw.com
 8  PERKINS LAW OFFICE, P.C.
    1711 Route 9D
 9  Cold Spring, NY 10516
    Telephone:  (845) 265-2820
10  Facsimile:   (845) 265-2819

11  Attorneys for Plaintiff DC Comics

12  (continued on next page)
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**STIPULATION AND COURT ORDER RE: DEPOSITIONS OF DEFENDANTS MARK WARREN PEARY AND LAURA SIEGEL LARSON**<br><br>**Judge**:　　Hon. Otis D. Wright II<br>**Magistrate**:　Hon. Ralph Zarefsky<br><br>Complaint Filed:  May 14, 2010<br>Trial Date:　　　None Set |

1 | (continued from previous page)

2 | MARC TOBEROFF (S.B. #188547)
   mtoberoff@ipwla.com
3 | NICHOLAS C. WILLIAMSON (S.B. #231124)
   nwilliamson@ipwla.com
4 | KEITH G. ADAMS (S.B. #240497)
5 |   kgadams@ipwla.com
   TOBEROFF & ASSOCIATES, P.C.
6 | 2049 Century Park East, Suite 2720
   Los Angeles, California 90067
7 | Telephone: (310) 246-3333
8 | Facsimile:  (310) 246-3101

9 | Attorneys for Defendants Mark Warren
   Peary, Jean Peavy, Joanne Siegel, and
10 | Laura Siegel Larson

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION & ORDER RE: M. PEARY
AND L. LARSON DEPOSITIONS

| | |
|---|---|
| 1 | Plaintiff DC Comics ("DC") and the relevant Defendants Mark Warren Peary |
| 2 | and Laura Siegel Larson ("Defendants"), by and through their respective counsel of |
| 3 | record, hereby stipulate and agree as follows: |
| 4 | WHEREAS, DC noticed the deposition of defendant Mr. Peary for May 18, |
| 5 | 2011, at the offices of counsel for DC, O'Melveny & Myers LLP, 1999 Avenue of |
| 6 | the Stars, 7th Floor, Los Angeles, CA 90067, commencing at 9:00 a.m.; |
| 7 | WHEREAS, DC noticed the deposition of defendant Mr. Larson for May 20, |
| 8 | 2011, at the offices of counsel for DC, O'Melveny & Myers LLP, 1999 Avenue of |
| 9 | the Stars, 7th Floor, Los Angeles, CA 90067, commencing at 9:00 a.m.; |
| 10 | WHEREAS, counsel for DC and Defendants have a disagreement regarding |
| 11 | when and under what conditions these depositions should occur; |
| 12 | WHEREAS, counsel for DC and Defendants have resolved their |
| 13 | disagreement by way of this stipulation and order; |
| 14 | WHEREAS, DC has served a motion to compel documents relevant to these |
| 15 | depositions with a hearing date of June 20, 2011 (the "Motion"); |
| 16 | NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, that: |
| 17 | (1) If the Motion is fully resolved at the June 20, 2011 hearing, Defendant |
| 18 | Mark Warren Peary and Defendant Laura Siegel Larson shall appear for deposition |
| 19 | on June 29, 2011 and July 1, 2011, respectively, commencing at 9:30 a.m., at the |
| 20 | offices of DC's counsel, O'Melveny & Myers LLP, 1999 Avenue of the Stars, 7th |
| 21 | Floor, Los Angeles, CA 90067. |
| 22 | (2) If the Motion is not fully resolved at the June 20, 2011 hearing, |
| 23 | Defendants Mark Warren Peary and Laura Siegel Larson shall appear for deposition |
| 24 | within ten days of the order resolving the Motion at the offices of DC's counsel, |
| 25 | O'Melveny & Myers LLP, 1999 Avenue of the Stars, 7th Floor, Los Angeles, CA |
| 26 | 90067, commencing at 9:30 a.m., and subject to the availability of DC's counsel. |
| 27 | (3) If no order fully resolving the Motion has been issued by July 20, 2011, |
| 28 | Defendants Mark Warren Peary and Laura Siegel Larson shall appear for deposition |

-1- STIPULATION & ORDER RE: M. PEARY AND L. LARSON DEPOSITIONS

1 | on July 22, 2011 and July 25, 2011, respectively, commencing at 9:30 a.m., at the
2 | offices of DC's counsel, O'Melveny & Myers LLP, 1999 Avenue of the Stars, 7th
3 | Floor, Los Angeles, CA  90067.

    (4)  The parties reserve all other rights and remedies.

Dated:        May __, 2011            Respectfully Submitted,

                                                O'MELVENY & MYERS LLP

                                                By:_____
                                                     Daniel M. Petrocelli
                                                     Attorneys for Plaintiff DC Comics

Dated:        May __, 2011            Respectfully Submitted,

                                                TOBEROFF & ASSOCIATES, P.C.

                                                By:_____
                                                 Marc Toberoff
                                                 Attorneys for Defendants Joanne
                                                 Siegel, Laura Siegel Larson, Mark
                                                 Warren Peary, and Jean Adele Peavy

IT IS SO ORDERED.

Dated: _____        _____
                                                        Honorable Ralph Zarefsky
                                       Magistrate Judge, United States District Court

CC1:850318

STIPULATION & ORDER RE: M. PEARY
AND L. LARSON DEPOSITIONS

| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #097802) |
|   | dpetrocelli@omm.com |
| 2 | MATTHEW T. KLINE (S.B. #211640) |
|   | mkline@omm.com |
| 3 | CASSANDRA L. SETO (S.B. #246608) |
|   | cseto@omm.com |
| 4 | O'MELVENY & MYERS LLP |
|   | 1999 Avenue of the Stars, 7th Floor |
| 5 | Los Angeles, CA  90067-6035 |
|   | Telephone:  (310) 553-6700 |
| 6 | Facsimile:   (310) 246-6779 |
| 7 | PATRICK T. PERKINS (admitted *pro hac vice*) |
|   | pperkins@ptplaw.com |
| 8 | PERKINS LAW OFFICE, P.C. |
|   | 1711 Route 9D |
| 9 | Cold Spring, NY 10516 |
|   | Telephone:  (845) 265-2820 |
| 10 | Facsimile:   (845) 265-2819 |
| 11 | Attorneys for Plaintiff DC Comics |
| 12 | (continued on next page) |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS, | Case No. CV 10-3633 ODW (RZx) |
| Plaintiff, | **DISCOVERY MATTER** |
| v. | **STIPULATION AND COURT ORDER RE: DEPOSITIONS OF DEFENDANTS MARK WARREN PEARY AND LAURA SIEGEL LARSON** |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive, | |
|  | **Judge**:       Hon. Otis D. Wright II |
|  | **Magistrate**: Hon. Ralph Zarefsky |
|  | Complaint Filed: May 14, 2010 |
|  | Trial Date:       None Set |
| Defendants. | |

STIPULATION & ORDER RE: M. PEARY
AND L. LARSON DEPOSITIONS

EXHIBIT M
55

1  (continued from previous page)

2  MARC TOBEROFF (S.B. #188547)
     mtoberoff@ipwla.com
3  NICHOLAS C. WILLIAMSON (S.B. #231124)
     nwilliamson@ipwla.com
4  KEITH G. ADAMS (S.B. #240497)
     kgadams@ipwla.com
5  TOBEROFF & ASSOCIATES, P.C.
6  2049 Century Park East, Suite 2720
   Los Angeles, California 90067
7  Telephone:   (310) 246-3333
   Facsimile:   (310) 246-3101
8

9  Attorneys for Defendants Mark Warren
   Peary, Jean Peavy, Joanne Siegel, and
10 Laura Siegel Larson

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & ORDER RE: M. PEARY
AND L. LARSON DEPOSITIONS

| | |
|---|---|
| 1 | Plaintiff DC Comics ("DC") and the relevant Defendants Mark Warren Peary |
| 2 | and Laura Siegel Larson ("Defendants"), by and through their respective counsel of |
| 3 | record, hereby stipulate and agree as follows: |
| 4 | WHEREAS, DC noticed the deposition of defendant Mr. Peary for May 18, |
| 5 | 2011, at the offices of counsel for DC, O'Melveny & Myers LLP, 1999 Avenue of |
| 6 | the Stars, 7th Floor, Los Angeles, CA 90067, commencing at 9:00 a.m.; |
| 7 | WHEREAS, DC noticed the deposition of defendant Mr. Larson for May 20, |
| 8 | 2011, at the offices of counsel for DC, O'Melveny & Myers LLP, 1999 Avenue of |
| 9 | the Stars, 7th Floor, Los Angeles, CA 90067, commencing at 9:00 a.m.; |
| 10 | WHEREAS, counsel for DC and Defendants have a disagreement regarding |
| 11 | when and under what conditions these depositions should occur; |
| 12 | WHEREAS, counsel for DC and Defendants have resolved their |
| 13 | disagreement by way of this stipulation and order; |
| 14 | <ins>WHEREAS, DC has served a motion to compel documents relevant to these</ins> |
| 15 | <ins>depositions with a hearing date of June 20, 2011 (the "Motion");</ins> |
| 16 | NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, that: |
| 17 | (1) <ins>If the Motion is fully resolved at the June 20, 2011 hearing,</ins> Defendant |
| 18 | Mark Warren Peary <ins>and Defendant Laura Siegel Larson</ins> shall appear for deposition |
| 19 | on June <del>28</del><ins>29</ins>, 2011 <ins>and July 1, 2011, respectively, commencing at 9:30 a.m.</ins>, at the |
| 20 | offices of <ins>DC's</ins> counsel <del>for DC Comics</del>, O'Melveny & Myers LLP, 1999 Avenue |
| 21 | of the Stars, 7th Floor, Los Angeles, CA 90067<del>, commencing at 9:00 a.m</del>. |
| 22 | (2) <del>Defendant</del><ins>If the Motion is not fully resolved at the June 20, 2011</ins> |
| 23 | <ins>hearing, Defendants Mark Warren Peary and</ins> Laura Siegel Larson shall appear for |
| 24 | deposition <del>on July 1, 2011,</del><ins>within ten days of the order resolving the Motion</ins> at the |
| 25 | offices of <ins>DC's</ins> counsel <del>for DC Comics</del>, O'Melveny & Myers LLP, 1999 Avenue |
| 26 | of the Stars, 7th Floor, Los Angeles, CA 90067, commencing at 9:<del>00</del><ins>30</ins> a.m.<ins>, and</ins> |
| 27 | <ins>subject to the availability of DC's counsel.</ins> |
| 28 | <del>(3) In entering into this Stipulation, neither party waives any rights to seek</del> |

-1- STIPULATION & ORDER RE: M. PEARY AND L. LARSON DEPOSITIONS

1  ~~or oppose additional deposition days from Mr. Peary or Ms. Larson as provided by~~
2  ~~the federal rules.~~ (3) If no order fully resolving the Motion has been issued by July
3  20, 2011, Defendants Mark Warren Peary and Laura Siegel Larson shall appear for
4  deposition on July 22, 2011 and July 25, 2011, respectively, commencing at 9:30
5  a.m., at the offices of DC's counsel, O'Melveny & Myers LLP, 1999 Avenue of the
6  Stars, 7th Floor, Los Angeles, CA  90067.
7      (4)  The parties reserve all other rights and remedies.

8  Dated:       May __, 2011                    Respectfully Submitted,
9                                               O'MELVENY & MYERS LLP
10
11                                               By: _____
                                                  Daniel M. Petrocelli
12                                                Attorneys for Plaintiff DC Comics
13  Dated:       May __, 2011                    Respectfully Submitted,
14                                               TOBEROFF & ASSOCIATES, P.C.
15
16                                               By: _____
17                                                Marc Toberoff
                                                  Attorneys for Defendants Joanne
18                                                Siegel, Laura Siegel Larson, Mark
                                                  Warren Peary, and Jean Adele Peavy
19  IT IS SO ORDERED.
20
21  Dated: _____         _____
22                                                Honorable Ralph Zarefsky
                                       Magistrate Judge, United States District Court
23
24
25  CC1:850318
26
27
28

STIPULATION & ORDER RE: M. PEARY
AND L. LARSON DEPOSITIONS