# EXHIBIT N

Case 2:10-cv-03633-ODW-RZ   Document 254-15   Filed 05/23/11   Page 1 of 3   Page ID #:16647

**From:** Petrocelli, Daniel
**Sent:** Monday, May 23, 2011 3:39 PM
**To:** 'mtoberoff@ipwla.com'
**Cc:** Seto, Cassandra; 'kgadams@ipwla.com'
**Subject:** Re: Fwd:

Marc, we have often communicated over the weekend and I asked you to let me know right away. That aside, there is no reason for your refusal to the June dates. The current discovery motions are not the last ones in the case. Others will follow. The July dates are not good for me, because I will preparing for a federal trial commencing in August. They also unreasonably add to the risk that Judge Wright will decide the pending motions without the benefit of the additional evidence we wish to submit. I also see no reason for your objection to our proposed report to Judge Wright, which we intend to file this week and which is directly related to the prolonged delay in securing defendants' depositions.

As I see it, the only reason you will not agree to the June dates is because of the risk, albeit slight, that the current motions will not be decided by Judge Zarefsky before then. Given all the factors and interests involved on both sides, I do not believe your position is fair or reasonable. Please let me know if you will re-consider.

Thanks.

Dan

**From:** Marc Toberoff [mailto:mtoberoff@ipwla.com]
**Sent:** Monday, May 23, 2011 03:18 PM
**To:** Petrocelli, Daniel
**Cc:** Seto, Cassandra; Keith Adams <kgadams@ipwla.com>
**Subject:** Re: Fwd:

Dan:

I left early on Friday and was jammed this morning. You sent me a proposed stipulation last Friday at 2 pm; and I responded the next business day by 2 pm; that is not unreasonable.

Our objection to your contemplated supplementation of long closed briefing on defendants' pending motions to dismiss and anti-SLAPP motion (which you call "apprising the District Court of the status of discovery") has little to do with this easily resolvable deposition schedule.

I honestly thought you would not mind our redlined counter-proposal. It incorporates dates (June 29, July 1) from your proposal provided the Court rules at the June 20 hearing on your "consolidated" motion to compel. If it does not, we still pin ourselves down to an outside date of July 22; which date was chosen to accomodate your planned vacation (July 6-18).

You are therefore bringing a motion to compel over a very short differential, which perhaps we can shorten further. Moreover, the fact you <u>are</u> amenable to this provided we stipulate to something else we believe is improper (i.e., supplemental briefing to Judge Wright) indicates that our proposed schedule is workable.

I hope you will reconsider, as this is something we should work out amongst ourselves.

Marc

1

**EXHIBIT N**
**59**

On Mon, May 23, 2011 at 2:46 PM, Petrocelli, Daniel <DPetrocelli@omm.com> wrote:
Marc, I expected to hear from you sooner. We spent the weekend working on our motion. In any event, and for all the reasons I explained, your proposed change is not acceptable, especially in light of your objection to apprising the District Court of the status of discovery.

Dan

---

**From:** Marc Toberoff [mailto:mtoberoff@ipwla.com]
**Sent:** Monday, May 23, 2011 02:08 PM
**To:** Petrocelli, Daniel
**Cc:** Seto, Cassandra
**Subject:** Fwd:

Dan:

Attached please find a redlined version of the stip we are discussing. I believe it is a valid compromise that fairly serves both sides interests.

Thanks


Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com


--
Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com

EXHIBIT N
60