1  DANIEL M. PETROCELLI (S.B. #097802)
    dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
    mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
    cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA  90067-6035
   Telephone:   (310) 553-6700
6  Facsimile:    (310) 246-6779

7  PATRICK T. PERKINS (admitted *pro hac vice*)
    pperkins@ptplaw.com
8  PERKINS LAW OFFICE, P.C.
   1711 Route 9D
9  Cold Spring, NY 10516
   Telephone:   (845) 265-2820
10 Facsimile:    (845) 265-2819

11 Attorneys for Plaintiff DC Comics

12               **UNITED STATES DISTRICT COURT**

13              **CENTRAL DISTRICT OF CALIFORNIA**

14 DC COMICS,                          | Case No. CV 10-3633 ODW (RZx)

15          Plaintiff,                  | **DISCOVERY MATTER**

16     v.                              | **[PROPOSED] ORDER GRANTING DC COMICS' *EX PARTE* APPLICATION TO COMPEL DEPOSITIONS OF DEFENDANTS MARK WARREN PEARY AND LAURA SIEGEL LARSON OR, IN THE ALTERNATIVE, SETTING DC'S MOTION TO COMPEL FOR HEARING ON JUNE 20, 2011**

17 PACIFIC PICTURES CORPORATION, IP WORLDWIDE, 
18 LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN 
19 PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, 
20 JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, 
21 LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive, 
22 
           Defendants.                  | **Judge**:        Hon. Otis D. Wright II
23                                       | **Magistrate**:   Hon. Ralph Zarefsky

24

25

26

27

28

                                                [PROPOSED] ORDER GRANTING DC
                                                COMICS' *EX PARTE* APPLICATION

1    Good cause appearing, IT IS HEREBY ORDERED that plaintiff DC

2    Comics' *Ex Parte* Application to Compel Depositions of Defendants Mark Warren

3    Peary and Laura Siegel Larson or, in the Alternative, Setting DC Comics' Motion

4    to Compel for Hearing on June 20, 2011, is GRANTED.

5    ___    Defendants Mark Warren Peary and Laura Siegel Larson are ordered

6    to appear for deposition within seven days of this order, at the offices of counsel for

7    DC Comics, O'Melveny & Myers LLP, 1999 Avenue of the Stars, 7th Floor, Los

8    Angeles, CA  90067, commencing at 9:00 a.m.

9

10    [Alternative]

11    ___    DC Comics' *Ex Parte* Application to Compel Depositions of

12    Defendants Mark Warren Peary and Laura Siegel Larson is set for hearing on June

13    20, 2011.  Defendants' opposition papers are due by May 31, 2011.  DC Comics'

14    reply in support of its motion is due June 6, 2011.

15

16    IT IS SO ORDERED.

17

18    Dated: _____    _____

19                                                   Honorable Ralph Zarefsky
                                                    Magistrate Judge, United States District Court

CC1:850188

20

21

22

23

24

25

26

27

28

- 1 -                          [PROPOSED] ORDER GRANTING DC
                                COMICS' *EX PARTE* APPLICATION