| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #097802) |
|   | dpetrocelli@omm.com |
| 2 | MATTHEW T. KLINE (S.B. #211640) |
|   | mkline@omm.com |
| 3 | CASSANDRA L. SETO (S.B. #246608) |
|   | cseto@omm.com |
| 4 | O'MELVENY & MYERS LLP |
|   | 1999 Avenue of the Stars, 7th Floor |
| 5 | Los Angeles, CA 90067-6035 |
|   | Telephone: (310) 553-6700 |
| 6 | Facsimile: (310) 246-6779 |
| 7 | PATRICK T. PERKINS (admitted *pro hac vice*) |
|   | pperkins@ptplaw.com |
| 8 | PERKINS LAW OFFICE, P.C. |
|   | 1711 Route 9D |
| 9 | Cold Spring, NY 10516 |
|   | Telephone: (845) 265-2820 |
| 10 | Facsimile: (845) 265-2819 |
| 11 | Attorneys for Plaintiff DC Comics |
| 12 | (continued on next page) |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS, | Case No. CV 10-3633 ODW (RZx) |
| Plaintiff, | **DISCOVERY MATTER** |
| v. | **STIPULATION AND COURT ORDER RE: DEPOSITIONS OF DEFENDANTS MARK WARREN PEARY AND LAURA SIEGEL LARSON** |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive, | |
| | **Judge**: Hon. Otis D. Wright II |
| | **Magistrate**: Hon. Ralph Zarefsky |
| | Complaint Filed: May 14, 2010 |
| | Trial Date: None Set |
| Defendants. | |

1  (continued from previous page)

2  MARC TOBEROFF (S.B. #188547)
    mtoberoff@ipwla.com
3  NICHOLAS C. WILLIAMSON (S.B. #231124)
    nwilliamson@ipwla.com
4  KEITH G. ADAMS (S.B. #240497)
    kgadams@ipwla.com
5  TOBEROFF & ASSOCIATES, P.C.
6  2049 Century Park East, Suite 2720
   Los Angeles, California 90067
7  Telephone:  (310) 246-3333
8  Facsimile:   (310) 246-3101

9  Attorneys for Defendants Mark Warren
   Peary, Jean Peavy, Joanne Siegel, and
10 Laura Siegel Larson

1  Plaintiff DC Comics ("DC") and the relevant Defendants Mark Warren Peary
2  and Laura Siegel Larson ("Defendants"), by and through their respective counsel of
3  record, hereby stipulate and agree as follows:
4  WHEREAS, DC noticed the deposition of defendant Mr. Peary for May 18,
5  2011, at the offices of counsel for DC, O'Melveny & Myers LLP, 1999 Avenue of
6  the Stars, 7th Floor, Los Angeles, CA 90067, commencing at 9:00 a.m.;
7  WHEREAS, DC noticed the deposition of defendant Mr. Larson for May 20,
8  2011, at the offices of counsel for DC, O'Melveny & Myers LLP, 1999 Avenue of
9  the Stars, 7th Floor, Los Angeles, CA 90067, commencing at 9:00 a.m.;
10  WHEREAS, counsel for DC and Defendants have a disagreement regarding
11  when and under what conditions these depositions should occur;
12  WHEREAS, counsel for DC and Defendants have resolved their
13  disagreement by way of this stipulation and order;
14  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, that:
15  (1) Defendant Mark Warren Peary shall appear for deposition on June 29,
16  2011, at the offices of counsel for DC Comics, O'Melveny & Myers LLP, 1999
17  Avenue of the Stars, 7th Floor, Los Angeles, CA 90067, commencing at 9:30 a.m.
18  (2) Defendant Laura Siegel Larson shall appear for deposition on July 1,
19  2011, at the offices of counsel for DC Comics, O'Melveny & Myers LLP, 1999
20  Avenue of the Stars, 7th Floor, Los Angeles, CA 90067, commencing at 9:30 a.m.
21  (3) In entering into this Stipulation, neither party waives any rights to seek
22  or oppose additional deposition days from Mr. Peary or Ms. Larson as provided by
23  the federal rules.

1  Dated: May 24, 2011            Respectfully Submitted,

2                                 O'MELVENY & MYERS LLP

3

4                                 By: /s/ Daniel M. Petrocelli
                                      Daniel M. Petrocelli
5                                     Attorneys for Plaintiff DC Comics

6  Dated: May 24, 2011            Respectfully Submitted,

7                                 TOBEROFF & ASSOCIATES, P.C.

8

9                                 By: /s/ Marc Toberoff
                                      Marc Toberoff
10                                    Attorneys for Defendants Joanne
                                      Siegel, Laura Siegel Larson, Mark
11                                    Warren Peary, and Jean Adele Peavy

12 IT IS SO ORDERED.

13

14 Dated: _____     _____
                                      Honorable Ralph Zarefsky
15                                Magistrate Judge, United States District Court

16

17

18 CC1:850318

19

20

21

22

23

24

25

26

27

28

STIPULATION & ORDER RE: M. PEARY
AND L. LARSON DEPOSITIONS