DANIEL M. PETROCELLI (S.B. #097802)
dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819

Attorneys for Plaintiff DC Comics

(continued on next page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DC COMICS,

Plaintiff,

v.

PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,

Defendants.

Case No. CV 10-3633 ODW (RZx)

**<u>DISCOVERY MATTER</u>**

**STIPULATION RE: DEPOSITIONS OF DEFENDANTS MARK WARREN PEARY AND LAURA SIEGEL LARSON**

**Judge**: Hon. Otis D. Wright II
**Magistrate**: Hon. Ralph Zarefsky

Complaint Filed: May 14, 2010
Trial Date: None Set

(continued from previous page)

MARC TOBEROFF (S.B. #188547)
 mtoberoff@ipwla.com
NICHOLAS C. WILLIAMSON (S.B. #231124)
 nwilliamson@ipwla.com
KEITH G. ADAMS (S.B. #240497)
 kgadams@ipwla.com
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California 90067
Telephone:  (310) 246-3333
Facsimile:   (310) 246-3101

Attorneys for Defendants Mark Warren
Peary, Jean Peavy, Joanne Siegel, and
Laura Siegel Larson

Plaintiff DC Comics ("DC") and the relevant Defendants Mark Warren Peary and Laura Siegel Larson ("Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, DC noticed the deposition of defendant Mr. Peary for May 18, 2011, at the offices of counsel for DC, O'Melveny & Myers LLP, 1999 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067, commencing at 9:00 a.m.;

WHEREAS, DC noticed the deposition of defendant Mr. Larson for May 20, 2011, at the offices of counsel for DC, O'Melveny & Myers LLP, 1999 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067, commencing at 9:00 a.m.;

WHEREAS, counsel for DC and Defendants have a disagreement regarding when and under what conditions these depositions should occur;

WHEREAS, counsel for DC and Defendants have resolved their disagreement by way of this stipulation;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, that:

(1) Defendant Mark Warren Peary shall appear for deposition on June 29, 2011, at the offices of counsel for DC Comics, O'Melveny & Myers LLP, 1999 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067, commencing at 9:30 a.m.

(2) Defendant Laura Siegel Larson shall appear for deposition on July 1, 2011, at the offices of counsel for DC Comics, O'Melveny & Myers LLP, 1999 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067, commencing at 9:30 a.m.

(3) In entering into this Stipulation, no party waives any rights to seek or oppose additional deposition days from Mr. Peary or Ms. Larson as provided by the federal rules.

Dated: May 24, 2011

Respectfully Submitted,

O'MELVENY & MYERS LLP

By: /s/ Daniel M. Petrocelli
    Daniel M. Petrocelli
    Attorneys for Plaintiff DC Comics

Dated: May 24, 2011

Respectfully Submitted,

TOBEROFF & ASSOCIATES, P.C.

By: /s/ Marc Toberoff
    Marc Toberoff
    Attorneys for Defendants Joanne Siegel, Laura Siegel Larson, Mark Warren Peary, and Jean Adele Peavy