| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #097802) |
|   | dpetrocelli@omm.com |
| 2 | MATTHEW T. KLINE (S.B. #211640) |
|   | mkline@omm.com |
| 3 | CASSANDRA L. SETO (S.B. #246608) |
|   | cseto@omm.com |
| 4 | O'MELVENY & MYERS LLP |
|   | 1999 Avenue of the Stars, 7th Floor |
| 5 | Los Angeles, CA 90067-6035 |
|   | Telephone: (310) 553-6700 |
| 6 | Facsimile: (310) 246-6779 |
| 7 | PATRICK T. PERKINS (admitted *pro hac vice*) |
|   | pperkins@ptplaw.com |
| 8 | PERKINS LAW OFFICE, P.C. |
|   | 1711 Route 9D |
| 9 | Cold Spring, NY 10516 |
|   | Telephone: (845) 265-2820 |
| 10 | Facsimile: (845) 265-2819 |

Attorneys for Plaintiff DC Comics

(continued on next page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS, | Case No. CV 10-3633 ODW (RZx) |
| Plaintiff, | **DISCOVERY MATTER** |
| v. | **[PROPOSED] ORDER GRANTING STIPULATION RE: DEPOSITIONS OF DEFENDANTS MARK WARREN PEARY AND LAURA SIEGEL LARSON** |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive, | **Judge**: Hon. Otis D. Wright II |
| | **Magistrate**: Hon. Ralph Zarefsky |
| | Complaint Filed: May 14, 2010 |
| Defendants. | Trial Date: None Set |

1  (continued from previous page)

2  MARC TOBEROFF (S.B. #188547)
    mtoberoff@ipwla.com
3  NICHOLAS C. WILLIAMSON (S.B. #231124)
    nwilliamson@ipwla.com
4  KEITH G. ADAMS (S.B. #240497)
    kgadams@ipwla.com
5  TOBEROFF & ASSOCIATES, P.C.
6  2049 Century Park East, Suite 2720
   Los Angeles, California 90067
7  Telephone:   (310) 246-3333
   Facsimile:    (310) 246-3101
8

9  Attorneys for Defendants Mark Warren
   Peary, Jean Peavy, Joanne Siegel, and
10 Laura Siegel Larson

Pursuant to the stipulation by and between plaintiff DC Comics and defendants Mark Warren Peary and Laura Siegel Larson dated May 24, 2011, IT IS HEREBY ORDERED as follows:

(1) Defendant Mark Warren Peary shall appear for deposition on June 29, 2011, at the offices of counsel for DC Comics, O'Melveny & Myers LLP, 1999 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067, commencing at 9:30 a.m.

(2) Defendant Laura Siegel Larson shall appear for deposition on July 1, 2011, at the offices of counsel for DC Comics, O'Melveny & Myers LLP, 1999 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067, commencing at 9:30 a.m.

(3) No party waives any rights to seek or oppose additional deposition days from Mr. Peary or Ms. Larson as provided by the federal rules.

IT IS SO ORDERED.

Dated: _____     _____
                                                        Honorable Ralph Zarefsky
                                                 Magistrate Judge, United States District Court