DANIEL M. PETROCELLI (S.B. #097802)
dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:   (310) 553-6700
Facsimile:   (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone:  (845) 265-2820
Facsimile:   (845) 265-2819

Attorneys for Plaintiff DC Comics

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>            Plaintiff,<br><br>      v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>            Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**DC COMICS' NOTICE OF WITHDRAWAL OF *EX PARTE* APPLICATION TO COMPEL DEPOSITIONS OF DEFENDANTS MARK WARREN PEARY AND LAURA SIEGEL LARSON OR, IN THE ALTERNATIVE, SETTING DC COMICS' MOTION TO COMPEL FOR HEARING ON JUNE 20, 2011**<br><br>**Judge**:        Hon. Otis D. Wright II<br>**Magistrate**: Hon. Ralph Zarefsky<br><br>**Complaint Filed**: May 14, 2010 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that based on the stipulation dated May 24, 2011, by and between plaintiff DC Comics and defendants Mark Warren Peary and Laura Siegel Larson, and the Court's entry of an order pursuant to said stipulation, plaintiff DC Comics hereby withdraws without prejudice its *Ex Parte* Application to Compel Depositions of Defendants Mark Warren Peary and Laura Siegel Larson or, in the Alternative, Setting DC Comics' Motion to Compel for Hearing on June 20, 2011.

Dated: May 24, 2011

Respectfully Submitted,

O'MELVENY & MYERS LLP

By: /s/ Daniel M. Petrocelli
Daniel M. Petrocelli
Attorneys for Plaintiff DC Comics