DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:  (310) 553-6700
Facsimile:   (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone:  (845) 265-2820
Facsimile:   (845) 265-2819

Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>            Plaintiff,<br><br>     v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>            Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DC COMICS' REPORT RE: STATUS OF DISCOVERY**<br><br>Hon. Otis D. Wright II<br><br>**Complaint Filed**: May 14, 2010<br>**Trial Date**:        None |

1   DC Comics wishes to briefly apprise the Court of the status of discovery
2   relevant to the pending anti-SLAPP motion filed by certain defendants, among
3   other issues. The parties have been engaged in document discovery involving the
4   production of documents by defendants and various motions before Magistrate
5   Zarefsky, including two discovery motions pending at this time. *See* Docket No.
6   253 at 2. On May 25, Magistrate Zarefsky ordered additional documents to be
7   produced by defendants. Docket No. 262. Depositions are about to commence; DC
8   is taking the depositions of defendants Mark Warren Peary and Laura Siegel Larson
9   on June 29 and July 1, respectively, and is in the process of setting several other
10  depositions for June and July. *See* Docket No. 225 at 13-14.

11  DC filed its opposition to defendants' SLAPP motion without the benefit of
12  any discovery. Although DC maintains the motion should be denied based on its
13  initial opposition, Docket Nos. 181-182, to the extent the motion remains pending,
14  DC will seek leave to supplement its opposition with evidence recently obtained in
15  discovery and evidence it anticipates obtaining from impending discovery
16  proceedings, including the upcoming depositions. DC advised the Court in its
17  initial opposition that it may seek to supplement its papers after obtaining
18  discovery. *E.g.*, Docket No. 181 at 2:8-9 ("This opposition is submitted without
19  prejudice to DC Comics' right to supplement its opposition papers after discovery
20  is conducted."); *see also id.* at 11:10-11 (court should set final briefing schedule
21  after discovery); Docket No. 182 ¶ 2 (identifying relevant discovery). In order to
22  avoid burdening the Court with successive filings, DC anticipates seeking leave to
23  supplement its opposition with evidence obtained in discovery in approximately 60
24  days. In the meantime, if the Court believes it would be appropriate, DC requests a
25  status conference to address the overall schedule of the case.

26  Prior to filing this report, DC sent defendants a copy and asked them to join
27  in the filing with a brief submission of their own. Defendants declined and
28  objected to DC's filing of this report. DC submits that this report is fully

1  appropriate to apprise the Court of matters relevant to the pending anti-SLAPP
2  motion and is consistent with this Court's Order that counsel should take
3  "responsibility for the progress of litigation," the rules permitting supplemental
4  submissions addressing evidence uncovered after briefing has closed, and with
5  Ninth Circuit law establishing that plaintiffs are entitled to discovery before
6  opposing a SLAPP motion.  Docket No. 18 at 1; WILLIAM W. SCHWARZER ET AL.,
7  RUTTER GROUP PRACTICE GUIDE:  FEDERAL CIVIL PROCEDURE BEFORE TRIAL §
8  12:110.1 (2011); *Matsunoki Group, Inc. v. Timberwork Or., Inc.*, 2010 WL
9  3490244, at *2 (N.D. Cal. Sept. 3, 2010); *Metabolife Int'l, Inc. v. Wornick*, 264
10 F.3d 832, 846 (9th Cir. 2001); *Shropshire v. Fred Rappoport Co.*, 294 F. Supp. 2d
11 1085, 1099-1100 (N.D. Cal. 2003)).

13 Dated:      May 26, 2011                    Respectfully Submitted,
14                                             O'MELVENY & MYERS LLP
15                                             By:   /s/ Daniel M. Petrocelli
16                                                Daniel M. Petrocelli
                                                Attorneys for Plaintiff DC Comics