Marc Toberoff (State Bar No. 188547)
 *mtoberoff@ipwla.com*
Keith G. Adams (State Bar No. 240497)
 *kgadams@ipwla.com*
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California, 90067
Telephone: (310) 246-3333
Fax:        (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>             Plaintiff,<br><br>   vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>             Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DISCOVERY MATTER**<br><br>**JOINT STIPULATION TO EXTEND TIME TO OPPOSE PLAINTIFF DC COMICS' MOTION FOR RECONSIDERATION OF APRIL 11, 2011 ORDER**<br><br>*[Proposed] Order Filed Concurrently Herewith*<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set<br><br>Date: June 20, 2011<br>Time: 10:00 a.m. |

1  DANIEL M. PETROCELLI (S.B. #097802)
     *dpetrocelli@omm.com*
2  MATTHEW T. KLINE (S.B. #211640)
     *mkline@omm.com*
3  CASSANDRA L. SETO (S.B. #246608)
     *cseto@omm.com*
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA  90067-6035
   Telephone:   (310) 553-6700
6  Facsimile:    (310) 246-6779

7  PATRICK T. PERKINS (admitted *pro hac vice*)
     *pperkins@ptplaw.com*
8  PERKINS LAW OFFICE, P.C.
   1711 Route 9D
9  Cold Spring, NY 10516
   Telephone:   (845) 265-2820
10 Facsimile:    (845) 265-2819

11 Attorneys for Plaintiff DC Comics

STIPULATION TO EXTEND TIME TO OPPOSE MOTION FOR RECONSIDERATION

Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as Personal Representative of the Estate of Joanne Siegel ("Defendants") and Plaintiff DC Comics ("DC"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, DC filed a Notice of Motion and Motion for Reconsideration of April 11, 2011 Order on May 23, 2011, and noticed the hearing date of their Motion for June 20, 2011;

WHEREAS, due to the federal holiday on Monday, May 30, 2011, Defendants requested that they be allowed to file their opposition to the motion on Tuesday, May 31, 2011, rather than this Friday, May 27, 2011 (when their opposition is currently due), and DC so agreed;

WHEREAS, under the current schedule DC's reply brief in support of their Motion is due June 6, 2011;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, that, subject to the Court's approval, Defendants' deadline to serve and file their Opposition to DC's Motion shall be continued to May 31, 2011, and DC's deadline to serve and file their Reply shall be continued to June 7, 2011. The hearing date of June 20, 2011 shall remain the same.

Dated: May 26, 2011

RESPECTFULLY SUBMITTED,

/s/ Marc Toberoff

Marc Toberoff
TOBEROFF & ASSOCIATES, P.C.

Attorneys for Defendants, Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel

/s/ Daniel M. Petrocelli

Daniel M. Petrocelli
O'MELVENY & MYERS LLP
Attorneys for Plaintiff DC Comics