1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISIO**

10

DC COMICS,

Case No: CV 10-03633 ODW (RZx)

11

              Plaintiff,

Hon. Otis D. Wright II, U.S.D.J.

    vs.

Hon. Ralph Zarefsky, U.S.M.J.

12

**DISCOVERY MATTER**

13

PACIFIC PICTURES CORPORATION;
IP WORLDWIDE, LLC; IPW, LLC;

14

MARC TOBEROFF, an individual;
MARK WARREN PEARY, as personal

**[PROPOSED] ORDER
GRANTING JOINT
STIPULATION TO EXTEND
TIME TO OPPOSE PLAINTIFF
DC COMICS' MOTION FOR
RECONSIDERATION OF
APRIL 11, 2011 ORDER**

15

representative of the ESTATE OF

16

JOSEPH SHUSTER; JEAN ADELE
PEAVY, an individual; LAURA

17

SIEGEL LARSON, individually and as

18

personal representative of the ESTATE
OF JOANNE SIEGEL, and DOES 1-10,

Complaint filed:  May 14, 2010
Trial Date:  None Set

19

inclusive,

20

             Defendants.

21
22
23
24
25
26
27
28

1    The parties having stipulated, and good cause appearing, IT IS HEREBY

2  ORDERED that defendants' deadline to file an opposition to plaintiff's Notice of

3  Motion and Motion for Reconsideration of April 11, 2011 Order (Docket No. 253)

4  shall be continued from May 27, 2011 to May 31, 2011, and DC Comics' deadline

5  for its reply shall be continued from June 6, 2011 to June 7, 2011.  The hearing date

6  of June 20, 2011 shall remain the same.

7    IT IS SO ORDERED

8

9  Dated: _____                    _____

10                                                   Honorable Ralph Zarefsky
                                                     Magistrate Judge, United States
11                                                   District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO OPPOSE MOTION FOR RECONSIDERATION