1  DANIEL M. PETROCELLI (S.B. #097802)
   dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
   mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
   cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA 90067-6035
   Telephone: (310) 553-6700
6  Facsimile: (310) 246-6779

7  PATRICK T. PERKINS (admitted *pro hac vice*)
   pperkins@ptplaw.com
8  PERKINS LAW OFFICE, P.C.
   1711 Route 9D
9  Cold Spring, NY 10516
   Telephone: (845) 265-2820
10 Facsimile: (845) 265-2819

11 Attorneys for Plaintiff DC Comics

**ORIGINAL**

FILED CLERK, U.S. DISTRICT COURT
MAY 25 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
2011 MAR 29 PM 3:50
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 10-03633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>[~~PROPOSED~~] **ORDER GRANTING DC COMICS' UNOPPOSED APPLICATION TO TEMPORARILY FILE UNDER SEAL COURT-ORDERED SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND AMENDED PRIVILEGE LOGS PURSUANT TO L.R. 79-5.1**<br><br>**Judge**: Hon. Otis D. Wright II<br>**Magistrate**: Hon. Ralph Zarefsky |

1  For the reasons set forth in DC Comics' Unopposed Application to
2  Temporarily File Under Seal Court-Ordered Supplemental Brief in Support of
3  Motion to Compel Production of Documents and Amended Privilege Logs Pursuant
4  to L.R. 79-5.1, and for good cause shown:
5      IT IS HEREBY ORDERED that DC Comics' Court-Ordered Supplemental
6  Brief in Support of Motion to Compel Production of Documents and Amended
7  Privilege Logs shall be sealed temporarily pending a ruling on DC Comics' Motion
8  to Compel the Production of Documents and Amended Privilege Logs.
9
10     IT IS SO ORDERED.
11
12 Dated: 5/25/11

*[signature]*

Hon. Ralph Zarefsky
Magistrate Judge, United States District Court

CC1:846847

- 1 -  [PROPOSED] ORDER GRANTING DC COMICS'
UNOPPOSED APPLICATION TO SEAL