| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISIO

| | |
|---|---|
| DC COMICS,<br><br>          Plaintiff,<br>     vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br>          Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO OPPOSE PLAINTIFF DC COMICS' MOTION FOR RECONSIDERATION OF APRIL 11, 2011 ORDER**<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set |

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO OPPOSE MOTION FOR RECONSIDERATION

The parties having stipulated, and good cause appearing, IT IS HEREBY ORDERED that defendants' deadline to file an opposition to plaintiff's Notice of Motion and Motion for Reconsideration of April 11, 2011 Order (Docket No. 253) shall be continued from May 27, 2011 to May 31, 2011, and DC Comics' deadline for its reply shall be continued from June 6, 2011 to June 7, 2011. The hearing date of June 20, 2011 shall remain the same.

IT IS SO ORDERED

Dated: May 27, 2011

_____
Honorable Ralph Zarefsky
Magistrate Judge, United States District Court