DANIEL M. PETROCELLI (S.B. #097802)
   dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
   mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
   cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
   pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819

Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS, <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive, <br><br> Defendants. | Case No. CV 10-3633 ODW (RZx) <br><br> **DISCOVERY MATTER** <br><br> **DC COMICS' NOTICE OF MOTION AND MOTION TO COMPEL THE FURTHER PRODUCTION OF DOCUMENTS (ISSUES 12-14)** <br><br> JOINT STIPULATION, DECLARATION OF JASON H. TOKORO, AND [PROPOSED] ORDER FILED CONCURRENTLY HEREWITH <br><br> **Judge**: Hon. Otis D. Wright II <br> **Magistrate**: Hon. Ralph Zarefsky <br><br> **Hearing Date**: June 20, 2011 <br> **Hearing Time**: 10:00 a.m. <br> **Courtroom**: 540 <br> **Discovery Cutoff**: None Set <br> **Pretrial Conference**: None Set <br> **Trial**: None Set |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on June 20, 2011, at 10:00 a.m., or as soon thereafter as the matter may be heard by the above-entitled court, located at 255 East Temple Street, Los Angeles, California in Courtroom 540, plaintiff DC Comics will and hereby does move the Court for an order: (a) compelling defendants to produce several documents it has improperly withheld or redacted; and (b) compelling defendants to update their document productions and privilege logs to produce all responsive documents and identify any and all documents over which they assert privilege—in whole or in part.

This motion is made pursuant to Rules 26, 34, and 37 of the Federal Rules of Civil Procedure and Rule 37-2 of the Local Rules of this Court on the grounds that defendants have refused to comply with their discovery obligations under the Federal Rules, a court-ordered stipulation entered on December 7, 2010, and this Court's April 11, 2011, discovery order. Pursuant to Local Rule 37-1, DC attempted unsuccessfully to resolve its disputes with defendants and therefore respectfully seeks the assistance of the Court.

This motion is based on this Notice of Motion and Motion; DC's portion of the accompanying joint stipulation; the accompanying Declaration of Jason H. Tokoro and exhibits in support thereof; the Proposed Order DC has submitted herewith; any supplemental memoranda that may be filed pursuant to Local Rule 37; all exhibits, files, and records on file in this action; matters of which judicial notice may be taken; and such additional submissions and argument as may be presented at or before the hearing on this motion.

Dated: May 19, 2011

Respectfully Submitted,
O'MELVENY & MYERS LLP

By: /s/ Daniel M. Petrocelli
Daniel M. Petrocelli
Attorneys for Plaintiff DC Comics

CC1:849356

- 1 -

DC COMICS' NOTICE OF MOT. & MOT. TO COMPEL (ISSUES 12-14)