# EXHIBIT D

**From:** Tokoro, Jason
**Sent:** Wednesday, May 04, 2011 9:03 PM
**To:** mtoberoff@ipwla.com; kgadams@ipwla.com; nwilliamson@ipwla.com
**Cc:** Petrocelli, Daniel; Kline, Matthew; Seto, Cassandra
**Subject:** RE: DC v. PPC

Marc,

We did not receive a response to the email below, despite your promises on Monday to provide us with this information.

Thank you,

Jason H. Tokoro

**From:** Tokoro, Jason
**Sent:** Tuesday, May 03, 2011 1:41 PM
**To:** mtoberoff@ipwla.com; kgadams@ipwla.com; nwilliamson@ipwla.com
**Cc:** Petrocelli, Daniel; Kline, Matthew; Seto, Cassandra
**Subject:** DC v. PPC

Marc,

When we called you back yesterday to discuss defendants' production of documents related to the probate of Joanne Siegel's estate, you stated that you fully intend to produce all responsive documents but you don't want to do so "piecemeal." We asked that you produce all documents by the end of the week, and you responded you would check with Ms. Siegel's probate attorney and get back to us. Please confirm whether we will receive these documents by the end of the week.

Also, in your email yesterday to Matt Kline, you stated you would address DC's request that defendants identify by Bates number the November 1, 2002, letter from Laura to Michael Siegel and Don Bulson, after finalizing defendants' opposition to DC's motion for review. Please immediately identify the document by Bates number, or, if the document has not been previously produced to DC, immediately produce this clearly responsive communication.

Thank you,

Jason H. Tokoro