# EXHIBIT H

# IP worldwide

December 16, 2002

<u>Privileged & Confidential</u>

Joanne Siegel
13929 Marquesas Way, Apt. 201A
Marina Del Rey, CA 90292

Laura Siegel Larson
6400 Pacific Avenue, #106
Playa Del Rey, CA 90293

Ariel Emanuel
9701 Wilshire Boulevard, 10th Floor
Beverly Hills, CA 90265

Dear Joanne, Laura and Ari:

This is confirm the agreement and understanding in connection with our recent discussion and disclosure to you of various risks and potential problems regarding Michael Siegel, and the mitigation of possible conflicts of interest with respect to the following proposed remedial actions:

1. IPW/Ariel Emanuel will enter into negotiations with Michael Siegel to purchase all of Michael Siegel's rights, title and interest in *Superman* and *Superboy* ("MS Interests") to be financed by Ariel Emanuel.

2. The proposed purchase will be subject to Michael Siegel entering into a formal written settlement agreement, settling and releasing each of you, your representatives, successors and assigns from any and all disputes, claims or causes of actions regarding *Superman* and *Superboy*. The settlement agreement will specifically disclose the separate *Superboy* termination, recently served and filed.

3. In the event, Michael Siegel agrees to the above purchase and settlement, the following conditions will apply to and bind Ariel Emanuel, IPW (or any designee thereof) with respect to the MS Interests:

    (a) The MS Interests will only be sold or assigned to a separate third party in conjunction with the sale or assignment of your interests in *Superman* and *Superboy*, respectively, to said third party and will not be sold or assigned independently of your interests.

    (b) You retain full and complete decision making authority with respect to the disposition of the copyright termination interests in *Superman* and *Superboy* arising from Jerome Siegel's copyright interest therein.

9701 Wilshire Boulevard, 10th Floor Beverly Hills, CA 90212 Tel: (310) 246-3100; Fax: (310) 246-3335
E-mail: MToberoff@IPWW.biz

000001883



Page 2
Joanne Siegel, Laura Siegel Larson and Ariel Emanuel
December 16, 2002

 (c) Ari Emanuel will fully indemnify you and hold you completely harmless against any and all claims, causes of action, damages, costs or loss (including reasonable attorney's fees), if any, arising out of the purchase of the MS Interests and the settlement agreement.

 (d) In the event a future profit participation or royalty interest ("MS Royalty") is retained in connection with the sale or transfer of the MS Interests to a third party along with your interests as set forth above, and the MS Royalty is thereafter offered for sale, you, or in the event of death, your heirs, will have a right of first refusal to purchase the MS Royalty.

If the above comports with your understanding please indicate this by your signatures below and returning a copy of this letter to me.

Yours sincerely,

Marc Toberoff

Agreed, Understood and Accepted:

_____ Date: _____
Ariel Z. Emanuel

_____ Date: _____
Joanne Siegel

_____ Date: _____
Laura Siegel Larson

000001884

EXHIBIT H
200

# Ip worldwide

January 21, 2002

*Privileged & Confidential*

Joanne Siegel
13929 Marquesas Way, Apt. 201A
Marina Del Rey, CA 90292

Laura Siegel Larson
6400 Pacific Avenue, #106
Playa Del Rey, CA 90293

Dear Joanne and Laura:

This is to confirm the agreement and understanding in connection with our recent discussion and disclosure to you of various risks and potential problems regarding Michael Siegel, and the mitigation of possible conflicts of interest with respect to the following proposed remedial actions:

1.   Ariel Emanuel ("AE") will attempt to purchase all of Michael Siegel's rights, title and interest in *Superman*, *Superboy* and *The Spectre* ("MS Interests") to be financed by AE.

2.   The proposed purchase will be subject to Michael Siegel entering into a formal written settlement agreement, settling and releasing each of you, your representatives, successors and assigns from any and all disputes, claims or causes of actions regarding *Superman, Superboy and The Spectre*. The settlement agreement will specifically disclose the separate *Superboy* termination, recently served and filed.

3.   In the event Michael Siegel agrees to the above purchase and settlement, the following conditions will apply to and bind AE, any designee entity owned or controlled by him and his heirs, successors or assigns with respect to the MS Interests:

(a)   The MS Interests will only be sold or assigned to a separate third party (i.e., not owned or controlled by AE) in conjunction with the sale or assignment of your interests in *Superman, Superboy* and/or *The Spectre*, respectively, to said third party and not independently of your interests.

9701 Wilshire Boulevard, 10th Floor Beverly Hills, CA 90212 Tel: (310) 246-3100; Fax: (310) 246-3335
E-mail: MToberoff@IPWW.biz

000001885

EXHIBIT H
201

# Ip worldwide

Page 2
Joanne Siegel and Laura Siegel Larson
January 21, 2002

(b) You retain full and complete decision making authority with respect to the disposition of the copyright termination interests in *Superman*, *Superboy* and *The Spectre* arising from Jerome Siegel's copyright interest therein.

(c) AE will fully indemnify you and hold you completely harmless against any and all claims, causes of action, damages, costs or loss (including attorney's fees), if any, arising out of the purchase of the MS Interests and the settlement agreement.

(d) AE will reimburse you for twenty-five percent (25%) of any expenses paid by you after October 17, 2000 in connection with the Jerome Siegel copyright termination interests in *Superman, Superboy or The Spectre*, including without limitation, the filing cost of the Superboy Copyright Termination, upon and subject to your providing him with an itemized list of such expenses.

(e) AE will also pay twenty-five percent (25%) of the following sums: (i) fees, commission or settlement amounts, if any, to the law firm of Gang, Tyre, Ramer & Brown and/or its attorneys regarding their alleged services in connection with Jerome Siegel's copyright termination interests; (ii) fees, costs or expenses of any audit, if any, of revenues or profits derived from *Superman, Superboy* or *The Spectre* and (iii) fees, costs or expenses of any other actions to protect, enforce or enhance Jerome Siegel's copyright termination interests in *Superman, Superboy or The Spectre*.

(f) If, after the sale or assignment of the *Superman/Superboy/The Spectre* rights is made and royalties are being paid to the Siegel interest, AE chooses to offer his royalty interest for sale, you, or in the event of your death, your heirs, will have the right of first refusal to purchase said royalty interest.

4. This letter contains the full and complete understanding of the parties and supersedes all prior or contemporaneous understandings whether written or oral with respect to the subject matter hereof and may not be modified except in writing signed by each party. This letter shall bind and inure to the benefit of the parties, their respective heirs, successors and assigns. Executed facsimile copies of this letter shall be valid

///
///
///
///
///
///
///
///

000001886

EXHIBIT H
202



Page 3
Joanne Siegel and Laura Siegel Larson
January 21, 2002

acceptable substitutes for executed originals.

If the above comports with your understanding please indicate this by your signatures below and returning a copy of this letter to me.

Yours sincerely,


Marc Toberoff

Agreed, Understood and Accepted:


_____       Date: _____
Ariel Z. Emanuel


_____       Date: _____
Joanne Siegel


_____       Date: _____
Laura Siegel Larson

000001887