# EXHIBIT J

EJ1406355574US

Laura:

I understand...I thought it was a great strategic move, however I don't want to put too much work into this if you remain quite hesitant.

Re: licensing opportunities – although possible in the right situation with people who really "get it" I believe key licensees will be hesitant for three reasons: 1. the clout of WB Consumer Products in the licensing industry; 2. perception that WB owns S and that to understand what you own requires an understanding of the nuances of copyright law; 3. fear of being sued or embroiled in litigation.

Best,

Marc Toberoff
Law Offices of Marc Toberoff
1999 Avenue of the Stars, Suite 1540
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101

-----Original Message-----
**From:** Mistylight3@cs.com [mailto:Mistylight3@cs.com]
**Sent:** Monday, October 10, 2005 1:48 AM
**To:** MToberoff@ipwla.com
**Subject:** Inquiry

Dear Marc,
After much consideration we have decided to permit you to make inquiries of key people regarding a movie based on Action Comics #1. However, we do not give permission for you to enter into any oral or written commitments for anyone to work on such a movie. Please let us know who you plan to speak with before you make contact with them and inform us of all activity on this matter as it develops. We also want to know of any publicity that may occur as a result of the inquiries, in advance, and we reserve the right to stop the inquiries at any time. If too many people get involved, we believe it will generate more headaches than we are willing to deal with. So to reiterate, you may proceed with a full inquiry but we do not want you to commission a script or enter into any employment agreements with anyone at this time. After the inquiries have been made, we will evaluate what you have learned and decide how to proceed.

We are also in favor of approaching product manufacturers about merchandising deals regarding use of the names Superman, Clark Kent, Lois Lane or other elements contained in Action Comics #1 and are willing to explore other commercial possibilities that may exist in connection with our ownership rights.

Thanks for your idea. We believe it is time for us to take matters into our own hands and to exercise the rights we obtained through the Copyright Act. However, we want to proceed cautiously. Please confirm whether you wish to do this or not.

Sincerely,
Joanne Siegel and Laura Siegel Larson

Q 0010