# EXHIBIT L

SIEGEL SUPPLEMENTAL PRIVILEGE LOG - May 6, 2011

| Log # | Date of Document | Identity of Author(s) | Identity of Recipient(s) | Document Type | Privilege Claim | Present Location |
|-------|------------------|------------------------|---------------------------|---------------|-----------------|------------------|
| 3271 | 6/12/2000 | Atty Gary Ruttenberg | Joanne Siegel | Letter | Atty/Client | Defendants' Counsel |
| 3272 | 12/1/2000 | Atty Gary Ruttenberg | Joanne Siegel | Letter | Atty/Client | Defendants' Counsel |
| 3273 | 11/10/2005 | Laura Siegel | Atty Marc Toberoff | Memorandum re: David Michaels Conference | Atty/Client | Defendants' Counsel |
| 3274 | 11/13/2005 | Atty David Michaels | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3275 | 11/15/2005 | Atty David Michaels | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3276 | 12/7/2005 | Atty David Michaels | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3277 | 12/9/2005 | Atty David Michaels | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3278 | 12/10/2005 | Atty David Michaels | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3279 | 12/12/2005 | Atty David Michaels | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3280 | 12/12/2005 | Laura Siegel | Atty David Michaels | E-mail | Atty/Client | Defendants' Counsel |
| 3281 | 12/12/2005 | Joanne Siegel | Atty David Michaels | Letter | Atty/Client | Defendants' Counsel |
| 3282 | 12/13/2005 | Atty David Michaels | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3283 | 7/20/2006 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3284 | 7/20/2006 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3285 | 7/20/2006 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3286 | 7/25/2006 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3287 | 7/25/2006 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3288 | 7/25/2006 | Laura Siegel | Atty Marc Toberoff | Facsimile Letter | Atty/Client | Defendants' Counsel |
| 3289 | 7/25/2006 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |

EXHIBIT L

| Log # | Date of Document | Identity of Author(s) | Identity of Recipient(s) | Document Type | Privilege Claim | Present Location |
|---|---|---|---|---|---|---|
| 3290 | 7/25/2006 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3291 | 7/25/2006 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3292 | 7/25/2006 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3293 | 7/25/2006 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3294 | 10/30/2006 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3295 | 3/20/2007 | Laura Siegel | Atty Marc Toberoff, Atty Alexander Merino, Atty Nicholas Williamson | E-mail | Atty/Client | Defendants' Counsel |
| 3296 | 3/20/2007 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3297 | 3/21/2007 | Laura Siegel | Atty Marc Toberoff, Atty Alexander Merino, Atty Nicholas Williamson | E-mail | Atty/Client | Defendants' Counsel |
| 3298 | 3/22/2007 | Laura Siegel | Atty Marc Toberoff | Facsimile | Atty/Client | Defendants' Counsel |
| 3299 | 3/22/2007 | Laura Siegel | Atty Marc Toberoff | Facsimile | Atty/Client | Defendants' Counsel |
| 3300 | 3/22/2007 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3301 | 3/22/2007 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3302 | 4/17/2008 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3303 | 4/17/2008 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3304 | 5/15/2010 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3305 | 5/25/2010 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3306 | 5/25/2010 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3307 | 5/25/2010 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3308 | 5/25/2010 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |

EXHIBIT L
254

| Log # | Date of Document | Identity of Author(s) | Identity of Recipient(s) | Document Type | Privilege Claim | Present Location |
|-------|------------------|-----------------------|--------------------------|---------------|-----------------|------------------|
| 3309 | 5/25/2010 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3310 | 5/25/2010 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3311 | 5/25/2010 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3312 | 5/26/2010 | Laura Siegel | Atty Marc Toberoff | Facsimile | Atty/Client | Defendants' Counsel |
| 3313 | 5/26/2010 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3314 | 5/26/2010 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3315 | 5/26/2010 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3316 | 5/26/2010 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3317 | 5/26/2010 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3318 | 5/26/2010 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3319 | 5/26/2010 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3320 | 5/26/2010 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3321 | 5/26/2010 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3322 | 5/26/2010 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3323 | 5/26/2010 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3324 | 5/26/2010 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3325 | 5/27/2010 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3326 | 5/27/2010 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3327 | 5/27/2010 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3328 | 6/1/2010 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |

EXHIBIT L
255

| Log # | Date of Document | Identity of Author(s) | Identity of Recipient(s) | Document Type | Privilege Claim | Present Location |
|---|---|---|---|---|---|---|
| 3329 | 6/2/2010 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3330 | 6/2/2010 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3331 | 6/2/2010 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3332 | 6/2/2010 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3333 | 6/2/2010 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3334 | 6/2/2010 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3335 | 6/2/2010 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3336 | 6/2/2010 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3337 | 7/9/2010 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3338 | 7/12/2010 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3339 | 7/12/2010 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3340 | 7/12/2010 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3341 | 7/19/2010 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3342 | 7/27/2010 | Atty Marc Toberoff | Atty Beong-soo Kim | Letter | Joint Interest Privilege | Defendants' Counsel |
| 3343 | 8/12/2010 | Atty Beong-Soo Kim | Atty Marc Toberoff | E-mail | Joint Interest Privilege | Defendants' Counsel |
| 3344 | 8/12/2010 | Atty Beong-Soo Kim | Atty Marc Toberoff | E-mail | Joint Interest Privilege | Defendants' Counsel |
| 3345 | 8/12/2010 | Atty Marc Toberoff | Atty Beong-Soo Kim | E-mail | Joint Interest Privilege | Defendants' Counsel |
| 3346 | 8/13/2010 | Atty Beong-Soo Kim | Atty Marc Toberoff | E-mail | Joint Interest Privilege | Defendants' Counsel |
| 3347 | 8/13/2010 | Atty Marc Toberoff | Atty Beong-Soo Kim | E-mail | Joint Interest Privilege | Defendants' Counsel |
| 3348 | 8/16/2010 | Atty Beong-Soo Kim | Atty Marc Toberoff | E-mail | Joint Interest Privilege | Defendants' Counsel |

EXHIBIT L
256

| Log # | Date of Document | Identity of Author(s) | Identity of Recipient(s) | Document Type | Privilege Claim | Present Location |
|-------|------------------|-----------------------|--------------------------|---------------|-----------------|------------------|
| 3349 | 8/16/2010 | Atty Marc Toberoff | Atty Beong-Soo Kim | E-mail | Joint Interest Privilege | Defendants' Counsel |
| 3350 | 8/16/2010 | Atty Marc Toberoff | Atty Beong-Soo Kim | E-mail | Joint Interest Privilege | Defendants' Counsel |
| 3351 | 8/17/2010 | Atty Marc Toberoff | Atty Beong-Soo Kim | E-mail | Joint Interest Privilege | Defendants' Counsel |
| 3352 | 9/14/2010 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3353 | 9/14/2010 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3354 | 9/15/2010 | Atty Nicholas Williamson | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3355 | 9/15/2010 | Atty Nicholas Williamson | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3356 | 9/15/2010 | Atty Nicholas Williamson | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3357 | 9/15/2010 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3358 | 9/15/2010 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3359 | 9/16/2010 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3360 | 9/16/2010 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3361 | 11/11/2010 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3362 | 11/11/2010 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3363 | 11/11/2010 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3364 | 11/11/2010 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3365 | 12/2/2010 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3366 | 12/2/2010 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3367 | 12/16/2010 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3368 | 12/17/2010 | Atty Keith Adams | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |

EXHIBIT L
257

| Log # | Date of Document | Identity of Author(s) | Identity of Recipient(s) | Document Type | Privilege Claim | Present Location |
|-------|------------------|----------------------|--------------------------|---------------|-----------------|------------------|
| 3369 | 12/17/2010 | Atty Keith Adams | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3370 | 12/17/2010 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3371 | 12/17/2010 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3372 | 12/22/2010 | Atty Keith Adams | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3373 | 12/22/2010 | Atty Keith Adams | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3374 | 12/22/2010 | Laura Siegel | Atty Keith Adams | E-mail | Atty/Client | Defendants' Counsel |
| 3375 | 12/22/2010 | Laura Siegel | Atty Keith Adams | E-mail | Atty/Client | Defendants' Counsel |
| 3376 | 12/22/2010 | Laura Siegel | Atty Keith Adams | E-mail | Atty/Client | Defendants' Counsel |
| 3377 | 12/22/2010 | Laura Siegel | Atty Keith Adams | E-mail | Atty/Client | Defendants' Counsel |
| 3378 | 12/22/2010 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3379 | 12/22/2010 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3380 | 12/22/2010 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3381 | 12/23/2010 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3382 | 12/24/2010 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3383 | 1/3/2011 | Atty Keith Adams | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3384 | 1/3/2011 | Atty Keith Adams | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3385 | 1/3/2011 | Laura Siegel | Atty Keith Adams | E-mail | Atty/Client | Defendants' Counsel |
| 3386 | 1/3/2011 | Laura Siegel | Atty Keith Adams | E-mail | Atty/Client | Defendants' Counsel |
| 3387 | 1/3/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3388 | 1/3/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |

EXHIBIT L
258

| Log # | Date of Document | Identity of Author(s) | Identity of Recipient(s) | Document Type | Privilege Claim | Present Location |
|-------|------------------|----------------------|--------------------------|---------------|-----------------|------------------|
| 3389 | 1/3/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3390 | 1/4/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3391 | 1/4/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3392 | 1/4/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3393 | 1/4/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3394 | 1/5/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3395 | 1/5/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3396 | 1/5/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3397 | 1/5/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3398 | 1/5/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3399 | 1/6/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3400 | 1/6/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3401 | 1/6/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3402 | 1/6/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3403 | 1/8/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3404 | 1/11/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3405 | 1/11/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3406 | 1/12/2011 | Atty Keith Adams | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3407 | 1/12/2011 | Atty Keith Adams | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3408 | 1/12/2011 | Atty Keith Adams | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |

EXHIBIT L
259

| Log # | Date of Document | Identity of Author(s) | Identity of Recipient(s) | Document Type | Privilege Claim | Present Location |
|-------|------------------|------------------------|---------------------------|----------------|------------------|-------------------|
| 3409 | 1/12/2011 | Atty Keith Adams | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3410 | 1/15/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3411 | 1/15/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3412 | 1/15/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3413 | 1/18/2011 | Atty Keith Adams | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3414 | 1/18/2011 | Atty Keith Adams | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3415 | 1/18/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3416 | 1/18/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3417 | 1/22/2011 | Atty Nicholas Williamson | Laura Siegel, Atty Keith Adams | E-mail | Atty/Client | Defendants' Counsel |
| 3418 | 1/25/2011 | Atty Keith Adams | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3419 | 1/25/2011 | Atty Keith Adams | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3420 | 1/25/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3421 | 1/25/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3422 | 1/25/2011 | Laura Siegel | Atty Keith Adams | E-mail | Atty/Client | Defendants' Counsel |
| 3423 | 1/25/2011 | Laura Siegel | Atty Keith Adams | E-mail | Atty/Client | Defendants' Counsel |
| 3424 | 1/25/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3425 | 1/25/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3426 | 1/25/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3427 | 1/26/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3428 | 1/26/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |

EXHIBIT L

260

| Log # | Date of Document | Identity of Author(s) | Identity of Recipient(s) | Document Type | Privilege Claim | Present Location |
|-------|------------------|-----------------------|--------------------------|---------------|-----------------|------------------|
| 3429 | 1/26/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3430 | 1/26/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3431 | 1/26/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3432 | 1/28/2011 | Atty Keith Adams | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3433 | 1/28/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3434 | 1/28/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3435 | 1/31/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3436 | 1/31/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3437 | 2/1/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3438 | 2/1/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3439 | 2/1/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3440 | 2/1/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3441 | 2/1/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3442 | 2/2/2011 | Atty Keith Adams | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3443 | 2/2/2011 | Laura Siegel | Atty Keith Adams | E-mail | Atty/Client | Defendants' Counsel |
| 3444 | 2/4/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3445 | 2/4/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3446 | 2/4/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3447 | 2/4/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3448 | 2/4/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |

EXHIBIT L
261

| Log # | Date of Document | Identity of Author(s) | Identity of Recipient(s) | Document Type | Privilege Claim | Present Location |
|---|---|---|---|---|---|---|
| 3449 | 2/4/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3450 | 2/4/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3451 | 2/7/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3452 | 2/9/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3453 | 2/9/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3454 | 2/10/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3455 | 2/10/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3456 | 2/11/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3457 | 2/11/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3458 | 2/11/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3459 | 2/11/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3460 | 2/11/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3461 | 2/13/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3462 | 2/13/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3463 | 2/13/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3464 | 2/13/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3465 | 2/13/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3466 | 2/13/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3467 | 2/13/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3468 | 2/13/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |

EXHIBIT L

262

| Log # | Date of Document | Identity of Author(s) | Identity of Recipient(s) | Document Type | Privilege Claim | Present Location |
|-------|------------------|----------------------|--------------------------|---------------|-----------------|------------------|
| 3469 | 2/13/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3470 | 2/13/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3471 | 2/13/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3472 | 2/13/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3473 | 2/13/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3474 | 2/13/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3475 | 2/13/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3476 | 2/13/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3477 | 2/13/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3478 | 2/13/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3479 | 2/13/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3480 | 2/13/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3481 | 2/13/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3482 | 2/13/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3483 | 2/13/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3484 | 2/14/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3485 | 2/14/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3486 | 2/14/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3487 | 2/14/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3488 | 2/14/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |

EXHIBIT L
263

| Log # | Date of Document | Identity of Author(s) | Identity of Recipient(s) | Document Type | Privilege Claim | Present Location |
|-------|------------------|----------------------|--------------------------|---------------|-----------------|------------------|
| 3489 | 2/14/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3490 | 2/15/2011 | Atty Gary Ruttenberg | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3491 | 2/15/2011 | Atty Gary Ruttenberg | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3492 | 2/15/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3493 | 2/15/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3494 | 2/15/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3495 | 2/15/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3496 | 2/15/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3497 | 2/15/2011 | Laura Siegel | Atty Gary Ruttenberg | E-mail | Atty/Client | Defendants' Counsel |
| 3498 | 2/16/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3499 | 2/16/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3500 | 2/16/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3501 | 2/16/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3502 | 2/16/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3503 | 2/16/2011 | LS | Atty Gary Ruttenberg | E-mail | Atty/Client | Defendants' Counsel |
| 3504 | 2/17/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3505 | 2/18/2011 | Atty Gary Ruttenberg | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3506 | 2/18/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3507 | 2/18/2011 | Atty Marc Toberoff | Atty Gary Ruttenberg | E-mail | Atty/Client | Defendants' Counsel |
| 3508 | 2/19/2011 | Atty Keith Adams | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |

EXHIBIT L

264

| Log # | Date of Document | Identity of Author(s) | Identity of Recipient(s) | Document Type | Privilege Claim | Present Location |
|---|---|---|---|---|---|---|
| 3509 | 2/19/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3510 | 2/19/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3511 | 2/19/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3512 | 2/19/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3513 | 2/19/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3514 | 2/19/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3515 | 2/19/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3516 | 2/19/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3517 | 2/19/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3518 | 2/21/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3519 | 2/21/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3520 | 2/22/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3521 | 2/22/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3522 | 2/22/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3523 | 2/22/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3524 | 2/22/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3525 | 2/22/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3526 | 2/22/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3527 | 2/22/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3528 | 2/22/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |

EXHIBIT L
265

| Log # | Date of Document | Identity of Author(s) | Identity of Recipient(s) | Document Type | Privilege Claim | Present Location |
|-------|------------------|------------------------|--------------------------|---------------|------------------|-------------------|
| 3529 | 2/22/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3530 | 2/23/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3531 | 2/26/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3532 | 2/26/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3533 | 2/26/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3534 | 3/1/2011 | Atty Gary Ruttenberg | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3535 | 3/1/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3536 | 3/1/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3537 | 3/1/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3538 | 3/1/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3539 | 3/1/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3540 | 3/1/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3541 | 3/1/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3542 | 3/1/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3543 | 3/1/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3544 | 3/1/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3545 | 3/1/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3546 | 3/1/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3547 | 3/1/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3548 | 3/1/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |

EXHIBIT L
266

| Log # | Date of Document | Identity of Author(s) | Identity of Recipient(s) | Document Type | Privilege Claim | Present Location |
|-------|------------------|-----------------------|--------------------------|---------------|-----------------|------------------|
| 3549 | 3/1/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3550 | 3/1/2011 | Atty Marc Toberoff | Atty Gary Ruttenberg | E-mail | Atty/Client | Defendants' Counsel |
| 3551 | 3/1/2011 | Atty Marc Toberoff | Atty Gary Ruttenberg | E-mail | Atty/Client | Defendants' Counsel |
| 3552 | 3/3/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3553 | 3/3/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3554 | 3/3/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3555 | 3/3/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3556 | 3/3/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3557 | 3/6/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3558 | 3/7/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3559 | 3/7/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3560 | 3/7/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3561 | 3/7/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3562 | 3/7/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3563 | 3/8/2011 | Atty Keith Adams | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3564 | 3/8/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3565 | 3/9/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3566 | 3/9/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3567 | 3/9/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3568 | 3/9/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |

EXHIBIT L

267

| Log # | Date of Document | Identity of Author(s) | Identity of Recipient(s) | Document Type | Privilege Claim | Present Location |
|-------|------------------|-----------------------|--------------------------|---------------|-----------------|------------------|
| 3569 | 3/11/2011 | Atty Gary Ruttenberg | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3570 | 3/11/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3571 | 3/11/2011 | Atty Marc Toberoff | Atty Gary Ruttenberg | E-mail | Atty/Client | Defendants' Counsel |
| 3572 | 3/11/2011 | Atty Marc Toberoff | Atty Gary Ruttenberg | E-mail | Atty/Client | Defendants' Counsel |
| 3573 | 3/11/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3574 | 3/12/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3575 | 3/15/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3576 | 3/15/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3577 | 3/15/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3578 | 3/15/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3579 | 3/16/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3580 | 3/16/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3581 | 3/17/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3582 | 3/17/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3583 | 3/17/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3584 | 3/17/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3585 | 3/18/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3586 | 3/18/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3587 | 3/18/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3588 | 3/18/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |

EXHIBIT L

| Log # | Date of Document | Identity of Author(s) | Identity of Recipient(s) | Document Type | Privilege Claim | Present Location |
|-------|------------------|-----------------------|--------------------------|---------------|-----------------|------------------|
| 3589 | 3/18/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3590 | 3/18/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3591 | 3/18/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3592 | 3/18/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3593 | 3/18/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3594 | 3/19/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3595 | 3/23/2011 | Atty Gary Ruttenberg | Laura Siegel, Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3596 | 3/23/2011 | Atty Gary Ruttenberg | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3597 | 3/23/2011 | Laura Siegel | Atty Gary Ruttenberg | E-mail | Atty/Client | Defendants' Counsel |
| 3598 | 3/25/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3599 | 3/28/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3600 | 3/28/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3601 | 3/28/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3602 | 3/29/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3603 | 3/29/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3604 | 3/31/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3605 | 4/1/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3606 | 4/7/2011 | Atty Gary Ruttenberg | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3607 | 4/7/2011 | Atty Gary Ruttenberg | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3608 | 4/7/2011 | Laura Siegel | Atty Gary Ruttenberg | E-mail | Atty/Client | Defendants' Counsel |

EXHIBIT L

| Log # | Date of Document | Identity of Author(s) | Identity of Recipient(s) | Document Type | Privilege Claim | Present Location |
|---|---|---|---|---|---|---|
| 3609 | 4/7/2011 | Laura Siegel | Atty Gary Ruttenberg | E-mail | Atty/Client | Defendants' Counsel |
| 3610 | 4/7/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3611 | 4/11/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3612 | 4/11/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3613 | 4/11/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3614 | 4/12/2011 | Atty Keith Adams | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3615 | 4/12/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3616 | 4/12/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3617 | 4/12/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3618 | 4/12/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3619 | 4/12/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3620 | 4/12/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3621 | 4/12/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3622 | 4/12/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3623 | 4/12/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3624 | 4/12/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3625 | 4/12/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3626 | 4/12/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3627 | 4/12/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3628 | 4/12/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |

EXHIBIT L

| Log # | Date of Document | Identity of Author(s) | Identity of Recipient(s) | Document Type | Privilege Claim | Present Location |
|-------|------------------|----------------------|--------------------------|---------------|-----------------|------------------|
| 3629 | 4/13/2011 | Atty Keith Adams | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3630 | 4/13/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3631 | 4/13/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3632 | 4/13/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3633 | 4/13/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3634 | 4/13/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3635 | 4/13/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3636 | 4/14/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3637 | 4/14/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3638 | 4/14/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3639 | 4/14/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3640 | 4/14/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3641 | 4/14/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3642 | 4/14/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3643 | 4/16/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3644 | 4/17/2011 | Atty Marc Toberoff | Laura Siegel, Atty Nicholas Williamson | E-mail | Atty/Client | Defendants' Counsel |
| 3645 | 4/17/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3646 | 4/28/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3647 | 4/28/2011 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Defendants' Counsel |
| 3648 | 4/28/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |

EXHIBIT L

| Log # | Date of Document | Identity of Author(s) | Identity of Recipient(s) | Document Type | Privilege Claim | Present Location |
|---|---|---|---|---|---|---|
| 3649 | 4/28/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3650 | 4/28/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3651 | 4/28/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3652 | 5/2/2011 | Atty Gary Ruttenberg | | Memorandum | Work Product | Defendants' Counsel |
| 3653 | 5/2/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3654 | 5/4/2011 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3655 | 5/5/2011 | Atty Gary Ruttenberg | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 3656 | 5/5/2011 | Atty Marc Toberoff | Atty Gary Ruttenberg, Laura Siegel, Atty Keith Adams | E-mail | Atty/Client | Defendants' Counsel |
| 3657 | 5/5/2011 | Atty Marc Toberoff | Atty Gary Ruttenberg | E-mail | Atty/Client | Defendants' Counsel |
| 3658 | 5/5/2011 | Atty Marc Toberoff | Atty Gary Ruttenberg | E-mail | Atty/Client | Defendants' Counsel |
| 3659 | 0/0/0 | Atty David Michaels | Laura Siegel | Memorandum | Atty/Client | Defendants' Counsel |
| 3660 | 0/0/0 | Atty David Michaels | Laura Siegel | Note | Atty/Client | Defendants' Counsel |

EXHIBIT L

272