1  Marc Toberoff (State Bar No. 188547)
     *mtoberoff@ipwla.com*
2  Keith G. Adams (State Bar No. 240497)
     *kgadams@ipwla.com*
3  TOBEROFF & ASSOCIATES, P.C.
   2049 Century Park East, Suite 3630
4  Los Angeles, California, 90067
   Telephone: (310) 246-3333
5  Fax:       (310) 246-3101

6  Attorneys for Defendants Mark Warren
   Peary, as personal representative of the
7  Estate of Joseph Shuster, Jean Adele Peavy,
   and Laura Siegel Larson, individually and
8  as personal representative of the Estate of
   Joanne Siegel

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| DC COMICS,<br><br>         Plaintiff,<br><br>   vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>         Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF MARC TOBEROFF IN OPPOSITION TO DC COMICS' MOTION TO COMPEL THE FURTHER PRODUCTION OF DOCUMENTS (ISSUES 12-14)**<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set<br><br>Date:  June 20, 2011<br>Time:  10:00 a.m. |

DECLARATION OF MARC TOBEROFF

# DECLARATION OF MARC TOBEROFF

I, Marc Toberoff, declare as follows:

1.  I am an attorney at Toberoff & Associates, P.C., counsel of record for defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel. I am a member in good standing of the State Bar of California and submit this declaration in opposition to plaintiff's motion to compel the further production of documents. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.  Attached hereto as "Exhibit A" is a true and correct copy of an August 3, 2010 letter from my counsel in this case, Richard Kendall, to DC Comics' counsel, Daniel Petrocelli.

3.  Attached hereto as "Exhibit B" is a true and correct copy of the January 14, 2009 transcript of a hearing held in the related case, *Siegel v. Warner Bros. Entertainment, Inc.*, Case No. 04-08400 ODW (RZx).

4.  After DC asked for a November 2, 2002 letter from Laura Siegel to Michael Siegel, I caused my office to re-check our relevant case files. Although a November 2, 2002 letter was not located, a November 1, 2002 letter was located, from Joanne and Laura Siegel to Michael Siegel and Don Bulson, which simply recites that it is enclosing an October 28, 2002 letter from Joanne and Laura Siegel to DC's general counsel, Lillian Laserson.

5.  At the parties' May 3, 2011 meet-and-confer, I voluntarily brought up this November 1, 2002, and stated, in response to questions by DC's counsel, Matthew Kline, that I believed that this November 1, 2002 letter had been produced to DC, but was not certain. I then sought to verify this. On May 6, 2011, after my office reviewed defendants' production in this case and plaintiffs' full production in the related *Siegel* cases, as well as all related privilege logs, we concluded that the

1  November 1, 2002 had not been previously produced or logged, and thus
2  immediately produced the November 1, 2002 letter to DC.
3
4      I declare under penalty of perjury of the laws of the United States of America
5  that the foregoing is true and correct.
6      Executed on May 27, 2011, in Los Angeles, California

                                      Marc Toberoff