Marc Toberoff (State Bar No. 188547)
 *mtoberoff@ipwla.com*
Keith G. Adams (State Bar No. 240497)
 *kgadams@ipwla.com*
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California, 90067
Telephone: (310) 246-3333
Fax:         (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF GARY RUTTENBERG IN OPPOSITION TO DC COMICS' MOTION TO COMPEL THE FURTHER PRODUCTION OF DOCUMENTS**<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set<br><br>Date: June 20, 2011<br>Time: 10:00 a.m. |

DECLARATION OF GARY RUTTENBERG

# DECLARATION OF GARY RUTTENBERG

I, Gary Ruttenberg, declare as follows:

1. I am an attorney at Bloom & Ruttenberg, counsel of record for petitioner Laura Siegel Larson in *In the matter of the Estate of Joanne Siegel, Deceased,* Los Angeles Superior Court Case No. BP127358. I am a member in good standing of the State Bar of California and submit this declaration in opposition to plaintiff DC Comics' motion to compel. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. On March 8, 2011, I appeared and presented an *ex parte* Petition for Probate Letters of Special Administration to the Los Angeles Superior Court on behalf of Laura Siegel Larson as petitioner. The petition was to appoint Laura Siegel Larson as special administrator of the Estate of Joanne Siegel, pending her full appointment as personal representative of the estate.

3. In connection with that petition, at approximately 8:15 a.m. on March 8, 2011, I confidentially lodged a copy of Marc Toberoff's retainer agreement with Joanne Siegel and Laura Siegel Larson with the Court. The Court approved the petition to appoint Ms. Siegel as special administrator, and, at approximately 10:00 a.m. on March 8, 2011, returned the retainer agreement to me. The Court did not otherwise lodge or file the retainer agreement and, to the best of my knowledge, did not retain a copy of such agreement.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on May 27, 2011, in Los Angeles, California

Gary M. Ruttenberg

1
DECLARATION OF GARY RUTTENBERG