1   DANIEL M. PETROCELLI (S.B. #097802)
       dpetrocelli@omm.com
2   MATTHEW T. KLINE (S.B. #211640)
       mkline@omm.com
3   CASSANDRA L. SETO (S.B. #246608)
       cseto@omm.com
4   O'MELVENY & MYERS LLP
    1999 Avenue of the Stars, 7th Floor
5   Los Angeles, CA  90067-6035
    Telephone:  (310) 553-6700
6   Facsimile:   (310) 246-6779

7   PATRICK T. PERKINS (admitted *pro hac vice*)
       pperkins@ptplaw.com
8   PERKINS LAW OFFICE, P.C.
    1711 Route 9D
9   Cold Spring, NY 10516
    Telephone:  (845) 265-2820
10  Facsimile:   (845) 265-2819

11  Attorneys for Plaintiff DC Comics

12              **UNITED STATES DISTRICT COURT**

13              **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 14  DC COMICS, | Case No. CV 10-3633 ODW (RZx) |
| 15              Plaintiff, | **DISCOVERY MATTER** |
| 16              v. | **[PROPOSED] ORDER GRANTING DC COMICS' MOTION TO COMPEL FURTHER PRODUCTION OF DOCUMENTS (ISSUES 12-14)** |
| 17  PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive, | **Judge**:        Hon. Otis D. Wright II <br> **Magistrate**:   Hon. Ralph Zarefsky <br><br> **Hearing Date**:    June 20, 2011 <br> **Hearing Time**:   10:00 a.m. <br> **Courtroom**:    540 <br> **Discovery Cutoff**:   None Set <br> **Pretrial Conference**:  None Set <br> **Trial**:     None Set |
| 23              Defendants. | |



1       Good cause appearing, IT IS HEREBY ORDERED that plaintiff DC

2  Comics' Motion To Compel The Further Production Of Documents (Issues 12-14)

3  is GRANTED; and:

4       ____ By no later than June 27, 2011, defendants are ordered to conduct a

5  diligent search of all records and files in their possession, custody, or control, and

6  to produce all responsive documents, and identify all documents over which they

7  assert privilege (in whole or in part), not previously produced; <u>and</u>

8       ____ By no later than June 27, 2011, defendants are ordered to produce all

9  November 2002 correspondence involving the Siegel heirs, including the

10  November 2, 2002, letter from Laura Siegel Larson to Michael Siegel and the letter

11  enclosed with the November 1, 2002, letter from Ms. Larson to Don Bulson

12  copying Mr. Siegel; <u>and</u>

13       ____ If defendants assert that no such letters exist, by no later than June 27,

14  2011, defendants are ordered to submit verified discovery responses disclosing

15  whether, how, and when the documents were lost or destroyed; <u>and</u>

16       ____ By no later than June 27, 2011, defendants are ordered to produce an

17  unredacted copy of the May 13, 2003, letter, currently Bates-stamped LSL 00211-

18  12; <u>and</u>

19       ____ By no later than June 27, 2011, defendants are ordered to produce for

20  the Court's *in camera* review unredacted copies of the Siegels' retainer agreement

21  with Marc Toberoff and amendment thereto (currently Bates-stamped LSL 00213-

22  20) and the Shusters' retainer agreement with Mr. Toberoff (currently Bates-

23  stamped MWP 00054-57).  If the redacted contents do not reflect legal "advice

24  given," such material shall be ordered produced to DC; <u>and</u>

25       ____ By no later than June 27, 2011, defendants are ordered to produce the

26  Siegel retainer agreement and amendment in the form in which they were lodged

27  with the court in *Estate of Joanne Siegel*, Los Angeles Superior Court Case No.

28  BP127358.

[PROPOSED] ORDER GRANTING DC'S
MOT. TO COMPEL (ISSUES 12-14)

1

2    IT IS SO ORDERED.

3

4    Dated:                          _____

5                                    Honorable Ralph Zarefsky
                                     Magistrate Judge, United States District Court

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING DC'S
MOT. TO COMPEL (ISSUES 12-14)