# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br>　　　　　Plaintiff,<br>　　vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br>　　　　　Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER DENYING DC COMICS' MOTION TO COMPEL THE FURTHER PRODUCTION OF DOCUMENTS (ISSUES 12-14)**<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set<br><br>Date:　June 20, 2011<br>Time:　10:00 a.m. |

[PROPOSED] ORDER

1  The Court, having reviewed and considered Plaintiff DC Comics' Motion to
2  Compel the Further Production of Documents (Issues 12-14), defendants' opposition
3  thereto, and all further submissions and arguments on the matter, and good cause
4  appearing, hereby DENIES plaintiff's motion.
5  IT IS SO ORDERED

7  Dated: _____        _____
8                                  Honorable Ralph Zarefsky
                                   Magistrate Judge, United States
9                                  District Court