| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br>　　　　　　Plaintiff,<br>　　vs.<br><br>PACIFIC PICTURES CORPORATION;<br>IP WORLDWIDE, LLC; IPW, LLC;<br>MARC TOBEROFF, an individual;<br>MARK WARREN PEARY, as personal<br>representative of the ESTATE OF<br>JOSEPH SHUSTER; JEAN ADELE<br>PEAVY, an individual; LAURA<br>SIEGEL LARSON, individually and as<br>personal representative of the ESTATE<br>OF JOANNE SIEGEL, and DOES 1-10,<br>inclusive,<br>　　　　　　Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER DENYING DC COMICS' MOTION FOR RECONSIDERATION OF APRIL 11, 2011 ORDER**<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set<br><br>Date:　June 20, 2011<br>Time:　10:00 a.m. |

[PROPOSED] ORDER

1  The Court, having reviewed and considered Plaintiff DC Comics' Motion for
2  Reconsideration of April 11, 2011 Order, defendants' opposition thereto, and all
3  further submissions and arguments on the matter, and good cause appearing, hereby
4  DENIES plaintiff's motion.

5      IT IS SO ORDERED

7  Dated: _____      _____
8      Honorable Ralph Zarefsky
    Magistrate Judge, United States
9      District Court