UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-3633 ODW (RZx) | Date | June 1, 2011 |
|---|---|---|---|
| Title | *DC Comics v. Pacific Pictures Corp., et al.* | | |

| Present: | The Honorable Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not Present | n/a |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings (In Chambers):**   Order Re: Defendants' Pending Motions [145-148]

The Court is in receipt of DC Comics' Report Re: Status of Discovery, wherein DC Comics expresses its intent to file supplemental Oppositions to several pending motions "with evidence obtained in discovery in approximately 60 days." (Docket No. 263 at 1.) Given the trouble previously encountered in maintaining an orderly and fluid calendar, especially with the parties' compilation of nearly three (300) docket entries in about a year, the Court finds it prudent to **STRIKE** all Oppositions and Replies on record for the subject motions and set a new briefing schedule.

Accordingly, Plaintiffs shall file their Oppositions on or before **August 8, 2011** and Defendants shall file their Replies on or before August 29, 2011. The Court will not entertain supplemental briefs.

**SO ORDERED**

|  | ---- | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | SE |