| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #097802) |
|   | dpetrocelli@omm.com |
| 2 | MATTHEW T. KLINE (S.B. #211640) |
|   | mkline@omm.com |
| 3 | CASSANDRA L. SETO (S.B. #246608) |
|   | cseto@omm.com |
| 4 | O'MELVENY & MYERS LLP |
|   | 1999 Avenue of the Stars, 7th Floor |
| 5 | Los Angeles, CA 90067-6035 |
|   | Telephone: (310) 553-6700 |
| 6 | Facsimile: (310) 246-6779 |

PATRICK T. PERKINS (admitted *pro hac vice*)
pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819

Attorneys for Plaintiff DC Comics

(continued on next page)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS, | Case No. CV 10-3633 ODW (RZx) |
| Plaintiff, | **DISCOVERY MATTER** |
| v. | **[PROPOSED] ORDER GRANTING STIPULATION RE: DEPOSITIONS OF DEFENDANTS MARK WARREN PEARY AND LAURA SIEGEL LARSON** |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive, | **Judge**: Hon. Otis D. Wright II |
| | **Magistrate**: Hon. Ralph Zarefsky |
| | Complaint Filed: May 14, 2010 |
| | Trial Date: None Set |
| Defendants. | |

1  (continued from previous page)

2  MARC TOBEROFF (S.B. #188547)
    mtoberoff@ipwla.com
3  NICHOLAS C. WILLIAMSON (S.B. #231124)
    nwilliamson@ipwla.com
4  KEITH G. ADAMS (S.B. #240497)
    kgadams@ipwla.com
5  TOBEROFF & ASSOCIATES, P.C.
6  2049 Century Park East, Suite 2720
   Los Angeles, California 90067
7  Telephone:  (310) 246-3333
8  Facsimile:   (310) 246-3101

9  Attorneys for Defendants Mark Warren
   Peary, Jean Peavy, Joanne Siegel, and
10 Laura Siegel Larson

1  Pursuant to the stipulation by and between plaintiff DC Comics and
2  defendants Mark Warren Peary and Laura Siegel Larson dated May 24, 2011,
3  IT IS HEREBY ORDERED as follows:
4      (1) Defendant Mark Warren Peary shall appear for deposition on June 29,
5  2011, at the offices of counsel for DC Comics, O'Melveny & Myers LLP, 1999
6  Avenue of the Stars, 7th Floor, Los Angeles, CA 90067, commencing at 9:30 a.m.
7      (2) Defendant Laura Siegel Larson shall appear for deposition on July 1,
8  2011, at the offices of counsel for DC Comics, O'Melveny & Myers LLP, 1999
9  Avenue of the Stars, 7th Floor, Los Angeles, CA 90067, commencing at 9:30 a.m.
10     (3) No party waives any rights to seek or oppose additional deposition days
11 from Mr. Peary or Ms. Larson as provided by the federal rules.

IT IS SO ORDERED.

Dated: June 02, 2011                 _____
                                     Honorable Ralph Zarefsky
                                     Magistrate Judge, United States District Court

-1-    [PROPOSED] ORDER GRANTING STIP. RE: PEARY & LARSON DEPOSITIONS