Marc Toberoff (State Bar No. 188547)
 *mtoberoff@ipwla.com*
Keith G. Adams (State Bar No. 240497)
 *kgadams@ipwla.com*
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California, 90067
Telephone: (310) 246-3333
Fax:        (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br>          Plaintiff,<br>vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br>          Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DISCOVERY MATTER**<br><br>**JOINT STIPULATION TO SHORTEN TIME RE: DEFENDANTS' MOTION FOR PROTECTIVE ORDER**<br><br>*[Proposed] Order Filed Concurrently Herewith*<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set<br><br>Date: June 20, 2011<br>Time: 10:00 a.m. |

STIPULATION TO SHORTEN TIME RE: DEFENDANTS' MOTION FOR A PROTECTIVE ORDER

DANIEL M. PETROCELLI (S.B. #097802)
  *dpetrocelli@omm.com*
MATTHEW T. KLINE (S.B. #211640)
  *mkline@omm.com*
CASSANDRA L. SETO (S.B. #246608)
  *cseto@omm.com*
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:  (310) 553-6700
Facsimile:  (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
  *pperkins@ptplaw.com*
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone:  (845) 265-2820
Facsimile:  (845) 265-2819

Attorneys for Plaintiff DC Comics

STIPULATION TO SHORTEN TIME RE: DEFENDANTS' MOTION FOR A PROTECTIVE ORDER

1     Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as Personal Representative of the Estate of Joanne Siegel ("Defendants") and Plaintiff DC Comics ("DC"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, pursuant to a stipulation and court order, the depositions of Mark Warren Peary and Laura Siegel Larson are currently set for June 29 and July 1, 2011, respectively;

WHEREAS, defendants intend to bring a short motion for a protective order regarding such depositions, and such motion would be moot if not heard before June 29, 2011;

WHEREAS, DC disputes that defendants are entitled to a protective order, but are willing to accommodate defendants' request to bring their motion on shortened time as specified herein, subject to this Court's approval;

WHEREAS, DC has noticed two motions for hearing before this Court for 10:00 a.m. on June 20, 2011;

WHEREAS, this Court is unavailable for hearings on June 27, 2011;

WHEREAS, the parties have agreed upon a schedule so that defendants' motion for a protective order may be brought in the form of a Local Rule 37 joint stipulation for hearing on June 20, 2011, along with the above referenced motions;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, that, subject to the Court's approval, Defendants shall file their motion for a protective order in the form of a joint stipulation on June 13, 2011, for hearing at 10:00 a.m. on June 20, 2011.

| | | |
|---|---|---|
| Dated: June 3, 2011 | RESPECTFULLY SUBMITTED,<br>/s/ Marc Toberoff<br>Marc Toberoff<br>TOBEROFF & ASSOCIATES, P.C.<br><br>Attorneys for Defendants, Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel | |
| Dated: June 3, 2011 | /s/ Daniel M. Petrocelli<br>Daniel M. Petrocelli<br><br>O'MELVENY & MYERS LLP<br>Attorneys for Plaintiff DC Comics | |