# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br>　　　　Plaintiff,<br>　　vs.<br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br>　　　　Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO SHORTEN TIME RE: DEFENDANTS' MOTION FOR A PROTECTIVE ORDER**<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set |

[PROPOSED] ORDER GRANTING STIPULATION TO SHORTEN TIME RE: DEFENDANTS'
MOTION FOR A PROTECTIVE ORDER

1  The parties having stipulated, and good cause appearing, IT IS HEREBY
2  ORDERED that defendants shall file their contemplated motion for a protective order
3  by no later than June 13, 2011, for hearing at 10:00 a.m. on June 20, 2011.
4      IT IS SO ORDERED
5
6  Dated: _____     _____
7                                   Honorable Ralph Zarefsky
                                     Magistrate Judge, United States
8                                    District Court
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28