Marc Toberoff (State Bar No. 188547)
 mtoberoff@ipwla.com
Keith G. Adams (State Bar No. 240497)
 kgadams@ipwla.com
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 3630
Los Angeles, California, 90067
Telephone: (310) 246-3333
Fax:       (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| DC COMICS,<br><br>            Plaintiff,<br><br>    vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>            Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DECLARATION OF KEITH G. ADAMS IN SUPPORT OF DEFENDANTS' MOTION FOR REVIEW OF MAY 25, 2011 ORDER WAIVING PRIVILEGE ON STOLEN DOCUMENTS PRODUCED TO THE UNITED STATES ATTORNEY'S OFFICE PURSUANT TO A GRAND JURY SUBPOENA AS PART OF A CRIMINAL INVESTIGATION**<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set<br><br>Date:  July 11, 2011<br>Time:  1:30 p.m.<br>Place: Courtroom 11 |

# TABLE OF CONTENTS

| Exhibit | Document | Page |
|---|---|---|
|  | Declaration of Keith Adams | 01 |
| A | Document subpoena dated September 13, 2010 from the United States Attorney's Office – Central District of California to defendant Marc Toberoff, served on Mr. Toberoff's counsel, Richard Kendall of Kendall Brill & Klieger LLP. Previously filed at Docket No. 212, Ex. A. | 03 |
| B | September 13, 2011 e-mail from Brian Klein of the United States Attorney's Office to Richard Kendall, along with an attached draft confidentiality agreement dated September 10, 2011. Previously filed at Docket No. 212, Ex. B. | 10 |
| C | September 17, 2011 letter from Richard Kendall to Beong-Soo Kim of the United States Attorney's Office. Previously filed at Docket No. 212, Ex. C. | 13 |
| D | Defendant Marc Toberoff's Response to Plaintiff DC Comics' First Set of Interrogatories, dated January 24, 2011. Previously filed at Docket No. 212, Ex. I. | 16 |
| E | Declaration of Richard Kendall, dated April 11, 2011. Previously filed at Docket No. 213. | 40 |
| F | Supplemental Declaration of Richard Kendall, dated on May 5, 2011. Previously filed at Docket No. 238 | 44 |
| G | Magistrate Judge Zarefsky's May 25, 2011 order. Previously filed at Docket No. 262. | 49 |

**DECLARATION OF KEITH G. ADAMS**

I, Keith G. Adams, declare as follows:

1. I am an attorney at the law firm of Toberoff & Associates, P.C., counsel of record for defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel, in the above-captioned action, and submit this declaration in support of Defendants' Motion For Review of May 25, 2011 Order Waiving Privilege on Stolen Documents Produced to the United States Attorney's Office Pursuant to a Grand Jury Subpoena as Part of a Criminal Investigation. I am a member in good standing of the State Bar of California and am admitted to practice before this Court.

2. For the convenience of the Court, attached hereto as Exhibit "A" is a true and correct copy of a document subpoena dated September 13, 2010 from the United States Attorney's Office – Central District of California to defendant Marc Toberoff, served on Mr. Toberoff's counsel, Richard Kendall of Kendall Brill & Klieger LLP. This exhibit was previously attached as Exhibit "A" to the Declaration of Nicholas Daum in opposition to the underlying motion, filed on April 11, 2011 at Docket No. 212.

3. For the convenience of the Court, attached hereto as Exhibit "B" is a true and correct copy of a September 13, 2011 e-mail from Brian Klein of the United States Attorney's Office for the Central District of California to Richard Kendall, along with an attached draft confidentiality agreement dated September 10, 2011. This exhibit was previously attached as Exhibit "B" to the Declaration of Nicholas Daum in opposition to the underlying motion, filed on April 11, 2011 at Docket No. 212.

4. For the convenience of the Court, attached hereto as Exhibit "C" is a true and correct copy of a September 17, 2011 letter from Richard Kendall to Beong-Soo Kim of the United States Attorney's Office for the Central District of California.

This exhibit was previously attached as Exhibit "C" to the Declaration of Nicholas Daum in opposition to the underlying motion, filed on April 11, 2011 at Docket No. 212.

5. For the convenience of the Court, attached hereto as Exhibit "D" is a true and correct copy of Defendant Marc Toberoff's Response to Plaintiff DC Comics' First Set of Interrogatories, dated January 24, 2011. This exhibit was previously attached as Exhibit "I" to the Declaration of Nicholas Daum in opposition to the underlying motion, filed on April 11, 2011 at Docket No. 212.

6. For the convenience of the Court, attached hereto as Exhibit "E" is a true and correct copy of the Declaration of Richard Kendall in opposition to the underlying motion, filed on April 11, 2011 at Docket No. 213.

7. For the convenience of the Court, attached hereto as Exhibit "F" is a true and correct copy of the Supplemental Declaration of Richard Kendall in opposition to the underlying motion, filed on May 5, 2011 at Docket No. 238.

8. For the convenience of the Court, attached hereto as Exhibit "G" is a true and correct copy of Magistrate Judge Zarefsky's May 25, 2011 order, filed on May 25, 2011 at Docket No. 262.

9. On June 1, 2011, I and Marc Toberoff of Toberoff & Associates, P.C., along with Laura Brill of Kendall Brill & Klieger LLP, counsel for defendants, met and conferred with plaintiff DC Comics' counsel Matthew Kline and Cassandra Seto of O'Melveny & Myers LLP, regarding defendants' motion for review. The parties were unable to resolve their dispute in the meet-and-confer.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on June 7, 2011, at Los Angeles, California.

_____
Keith G. Adams