# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>            Plaintiff,<br><br>    vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>            Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DISCOVERY MATTER**<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO SHORTEN TIME RE: DEFENDANTS' MOTION FOR A PROTECTIVE ORDER**<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set |

NOTE: CHANGES MADE BY THE COURT

The parties having stipulated, ~~and good cause appearing~~, IT IS HEREBY ORDERED that defendants shall file their contemplated motion for a protective order by no later than June 13, 2011, for hearing at 10:00 a.m. on June 20, 2011. The Court does not encourage supplemental memoranda. If any party *must* file such a memorandum – and the Court discourages it – the memorandum shall be filed not later than Wednesday June 15, 2011 at noon, with a copy delivered to chambers by the same time.

IT IS SO ORDERED

Dated:  June 10, 2011

                                  Honorable Ralph Zarefsky
                                  Magistrate Judge, United States District Court