Marc Toberoff (State Bar No. 188547)
 *mtoberoff@ipwla.com*
Keith G. Adams (State Bar No. 240497)
 *kgadams@ipwla.com*
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 3630
Los Angeles, California, 90067
Telephone: (310) 246-3333
Fax:  (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DISCOVERY MATTER**<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR A PROTECTIVE ORDER STAYING CERTAIN DEPOSITIONS PENDING REVIEW OF MAY 25, 2011 ORDER**<br><br>*Joint Stipulation, Declaration of Marc Toberoff, Declaration of [INSERT] and [Proposed] Orders filed concurrently*<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set<br><br>Date:  June 20, 2011<br>Time:  10:00 a.m.<br>Place:  Courtroom 540 |

NOTICE OF MOTION & MOTION FOR A PROTECTIVE ORDER

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on June 20, 2011, at 10:00 a.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Ralph Zarefsky, located in the United States Courthouse, Edward R. Roybal Federal Building, 255 East Temple Street, Los Angeles, California, 90012, defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel ("Defendants"), will and hereby do move this Court for a protective order to postpone their depositions until review of this Court's May 25, 2011 order (Docket No. 262, the "May 25 Order") is exhausted.[1]

This motion is made upon the following grounds: The May 25 Order held that Defendants had waived privilege on numerous attorney-client communications stolen from their counsel's files by providing such documents to the United States Attorney's Office, pursuant to a grand jury subpoena and a confidentiality agreement, in connection with its investigation of the theft of such documents. Docket No. 262 (the "May 25 Order"). However, in apparent recognition of the importance of this matter of first impression in the Ninth Circuit, this Court judiciously invited review of its order and expressly stayed such order "until all review is exhausted or the District Judge rules to the contrary on the matter." *Id*. at 2-4.

The depositions of Defendants Mr. Peary and Ms. Larson, currently scheduled for June 29 and July 1, 2011, respectively, should be postponed until review of this Court's May 25 Order is completed. The earliest that a motion for review to Judge Wright would be heard is July 11, 2011. If the May 25 Order is upheld, proceeding with the depositions shortly beforehand on June 29 and July 1, 2011 will only invite motions to compel further depositions of Mr. Peary and Ms. Larson, and unnecessarily expose them to repeated depositions in this case, in addition to their

---

[1] This motion is brought on shortened time, pursuant to the Court's June 10, 2011 order (Docket No. 277).

1
NOTICE OF MOTION & MOTION FOR A PROTECTIVE ORDER

full depositions (twice for Ms. Larson) in the closely related case of *Siegel v. Warner Bros. Entertainment Inc.*, Case No. 04-CV-08400 ODW (RZx). This Court has the power under F.R.C.P. 26(c) to issue a protective order if discovery would lead to "undue burden or expense" and to control the timing and sequence of discovery pursuant to F.R.C.P. 26(d)(2). The Court can and should exercise such powers in the interests of judicial efficiency and orderly case management, and order that these depositions be postponed in tandem with the stay under the May 25 Order; *i.e.*, until seven (7) days "after review of this Court's May 25 Order is exhausted or the District Judge rules to the contrary on the matter." Docket No. 262 at 4.

This motion is based on this Notice of Motion, the attached memorandum of points and authorities, the Declaration of Marc Toberoff, all other matters of which this Court may take judicial notice, and any argument or evidence that may be presented to or considered by the Court prior to its ruling.

Pursuant to Local Rule 37-1, the parties met and conferred on the subjects raised in Defendants' motion on May 30-June 2, 2011.

Dated: June 13, 2011

RESPECTFULLY SUBMITTED,

_____
Marc Toberoff
TOBEROFF & ASSOCIATES, P.C.

Attorneys for Defendants
Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel

2
NOTICE OF MOTION & MOTION FOR A PROTECTIVE ORDER