1  Marc Toberoff (State Bar No. 188547)
     *mtoberoff@ipwla.com*
2  Keith G. Adams (State Bar No. 240497)
     *kgadams@ipwla.com*
3  TOBEROFF & ASSOCIATES, P.C.
   2049 Century Park East, Suite 3630
4  Los Angeles, California, 90067
   Telephone:  (310) 246-3333
5  Fax:          (310) 246-3101

6  Attorneys for Defendants Mark Warren
   Peary, as personal representative of the
7  Estate of Joseph Shuster, Jean Adele Peavy,
   and Laura Siegel Larson, individually and
8  as personal representative of the Estate of
   Joanne Siegel

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| DC COMICS,<br><br>            Plaintiff,<br><br>     vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>            Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF MARC TOBEROFF IN SUPPORT OF DEFENDANTS' MOTION FOR A PROTECTIVE ORDER STAYING CERTAIN DEPOSITIONS PENDING REVIEW OF MAY 25, 2011 ORDER**<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set<br><br>Date:  June 20, 2011<br>Time:  10:00 a.m.<br>Place: Courtroom 540 |

DECLARATION OF MARC TOBEROFF

# DECLARATION OF MARC TOBEROFF

I, Marc Toberoff, declare as follows:

1. I am an attorney at Toberoff & Associates, P.C., counsel of record for defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel. I am a member in good standing of the State Bar of California and submit this declaration in support of Defendants' Motion For a Protective Order Staying Certain Depositions Pending Review of May 25, 2011 Order. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as "Exhibit A" is a true and correct copy of a March 7, 2011 e-mail chain between me and DC Comics' counsel, Daniel Petrocelli.

3. Attached hereto as "Exhibit B" is a true and correct copy of an April 12, 2011 e-mail chain between me and DC Comics' counsel, Daniel Petrocelli and Matthew Kline.

4. Attached hereto as "Exhibit C" is a true and correct copy of an April 15, 2011 e-mail chain between me and Mr. Petrocelli. On April 15, 2011, I anticipated that DC's motion to compel privileged stolen documents (Docket No. 205) would be resolved by May 18, 2011.

5. Attached hereto as "Exhibit D" is a true and correct copy of a May 11, 2011 letter from me to Mr. Petrocelli.

6. On May 24, 2011, I anticipated that DC's motion to compel (Docket No. 205) would be resolved by June 29, 2011.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on June 3, 2011, in Los Angeles, California.

Marc Toberoff

1
DECLARATION OF MARC TOBEROFF