1  DANIEL M. PETROCELLI (S.B. # 097802)
     dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. # 211640)
     mkline@omm.com
3  CASSANDRA L. SETO (S.B. # 246608)
     cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA  90067-6035
   Telephone:  (310) 553-6700
6  Facsimile:   (310) 246-6779

7  PATRICK T. PERKINS (admitted *pro hac vice*)
     pperkins@ptplaw.com
8  PERKINS LAW OFFICE, P.C.
   1711 Route 9D
9  Cold Spring, NY 10516
   Telephone:  (845) 265-2820
10 Facsimile:   (845) 265-2819

11 Attorneys for Plaintiff DC Comics

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>  Plaintiff,<br><br>  v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, as personal representative of the ESTATE OF JOANNE SIEGEL, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>  Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF AARON HAYDEN IN SUPPORT OF DC COMICS' OPPOSITION TO DEFENDANTS' MOTION FOR A PROTECTIVE ORDER STAYING CERTAIN DEPOSITIONS PENDING REVIEW OF MAY 25, 2011 ORDER**<br><br>**Judge**:      Hon. Otis D. Wright II<br>**Magistrate**:  Hon. Ralph Zarefsky<br><br>**Hearing Date**:       June 20, 2011<br>**Hearing Time**:       10:00 a.m.<br>**Courtroom**:          540<br>**Discovery Cutoff**:   None Set<br>**Pretrial Conference**: None Set<br>**Trial:**              None Set |

HAYDEN DECL. ISO DC'S OPP. TO
DEFS.' MOT. FOR PROTECTIVE ORDER

## DECLARATION OF AARON HAYDEN

I, Aaron Hayden, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am an associate at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in support of DC Comics' Opposition To Defendants' Motion For A Protective Order Staying Certain Depositions Pending Review Of May 25, 2011 Order. I have personal knowledge of the matters set forth in this declaration, and if called to testify to the facts stated herein, I could and would do so competently.

2. Attached hereto as Exhibit 1 is a true and correct copy of a letter from my colleague Daniel Petrocelli to defendants' counsel Marc Toberoff dated June 29, 2010.

3. Attached hereto as Exhibit 2 is a true and correct copy of an email chain between Mr. Toberoff and Mr. Petrocelli beginning January 6, 2011.

4. Attached hereto as Exhibit 3 is a true and correct copy of a letter from Mr. Toberoff to Mr. Petrocelli dated January 28, 2011.

5. Attached hereto as Exhibit 4 is a true and correct copy of a letter from Mr. Petrocelli to Mr. Toberoff dated February 1, 2011.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 13th day of June 2011 at Los Angeles, California.

_____
Aaron Hayden

HAYDEN DECL. ISO DC'S OPP. TO DEFS.' MOT. FOR PROTECTIVE ORDER