# EXHIBIT 3

# TOBEROFF & ASSOCIATES, P.C.

A PROFESSIONAL CORPORATION

2049 CENTURY PARK EAST, SUITE 2720

LOS ANGELES, CALIFORNIA 90067

MARC TOBEROFF*
NICHOLAS C. WILLIAMSON
KEITH G. ADAMS
JEFFREY R. RHOADS

* Also admitted in New York

TELEPHONE
(310) 246-3333

FACSIMILE
(310) 246-3101

mtoberoff@ipwla.com

January 28, 2011

**<u>CONFIDENTIAL</u>**

<u>Via E-Mail</u>

Daniel Petrocelli, Esq.
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Re:     <u>*DC Comics v. Pacific Pictures Corp., et al.*</u>, Case No. 10-CV-03633 ODW (RZx)

Dear Dan:

I write to follow-up on our telephone conversation of January 26, 2011, regarding Joanne Siegel's deposition.  Joanne's deposition had been scheduled for January 12 and 14, 2011, and was rescheduled to February 1, 2011 at your request, due to your obligation to appear for jury duty.  Notwithstanding our prior objections, Joanne's advanced age and her prior medical condition, Joanne was fully prepared to have her deposition taken on January 12 and then, on February 1, 2011.

However, as I informed you, Joanne has recently taken a sharp turn for the worse.  She fainted several times since Friday, January 21, 2011.  She went in for a number of diagnostic tests on Monday, January 24.  Her cardiologist, Dr. Richard Taw, has diagnosed Joanne with critical aortic stenosis and severe congestive heart failure.  Due to Joanne's recent degeneration, she has been referred to Dr. Carr at Cedars-Sinai for a diagnostic angiography and/or percutaneous endovascular valve replacement, and Joanne should be meeting with Dr. Carr next week.

Joanne is extremely weak, requiring her for the first time to use a walker just to move from one room to another, and even that minimal exertion causes her to become exhausted and out of breath.  As discussed, she is absolutely unable to undergo a deposition on February 1, 2011.

As further discussed, we will monitor Joanne's medical condition closely so she can be deposed as soon as her condition improves and will do our best to give you as much advance notice as possible so as not to inconvenience you.  The best course of action may be to take Joanne's deposition when her condition improves, but in the "window" before surgery if at all feasible.

EXHIBIT 3
5

**TOBEROFF & ASSOCIATES, P.C.**

January 28, 2011
Re:     *DC Comics v. Pacific Pictures Corp.*
Page:   2 of 2


Due to the sensitive personal nature of the above, please hold this letter as confidential as if under the parties' Protective Order in the related *Siegel* litigations.

We will keep you advised of any further developments.

Thank you for your understanding.

Sincerely,

Marc Toberoff

EXHIBIT 3
6