# EXHIBIT 4

# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | 1999 Avenue of the Stars, 7th Floor | SAN FRANCISCO |
| BRUSSELS | Los Angeles, California 90067-6035 | SHANGHAI |
| HONG KONG | | SILICON VALLEY |
| LONDON | TELEPHONE (310) 553-6700 | SINGAPORE |
| LOS ANGELES | FACSIMILE (310) 246-6779 | TOKYO |
| NEWPORT BEACH | www.omm.com | WASHINGTON, D.C. |
| NEW YORK | | |

February 1, 2011

OUR FILE NUMBER
905,900-321

**VIA E-MAIL AND U.S. MAIL**

WRITER'S DIRECT DIAL
(310) 246-6850

Marc Toberoff
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California 90067

WRITER'S E-MAIL ADDRESS
dpetrocelli@omm.com

Re:   *DC Comics v. Pacific Pictures Corp. et al.*, **CV-10-3633 (ODW) (RZx)**

Dear Marc:

    Thank you for your January 28 letter regarding Joanne Siegel's deposition. As we discussed last week, we are amenable to accommodating your request to briefly postpone Ms. Siegel's deposition based on your representations concerning her health. At the same time, I also made clear that we need to reschedule Ms. Siegel's deposition at the earliest possible time. As you know, we have been seeking to depose Ms. Siegel for over 5 months, and there is a court order permitting the deposition to proceed. Please let me know early next week when you expect the deposition can be rescheduled.

    Many thanks.

Very truly yours,

Daniel M. Petrocelli
of O'MELVENY & MYERS LLP

CC1:843560

EXHIBIT 4
7