**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| DC COMICS,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR A PROTECTIVE ORDER STAYING CERTAIN DEPOSITIONS PENDING REVIEW OF MAY 25, 2011 ORDER**<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set<br><br>Date:　June 20, 2011<br>Time:　10:00 a.m.<br>Place:　Courtroom 540 |

[PROPOSED] ORDER

1 The Court, having reviewed and considered Defendants' Motion for a
2 Protective Order Staying Certain Depositions Pending Review of May 25, 2011
3 Order, plaintiff's opposition thereto, and all further submissions and arguments on
4 the matter, and good cause appearing, hereby GRANTS defendants' motion. The
5 depositions of Mark Warren Peary and Laura Siegel Larson should be postponed, and
6 are ordered to occur (7) days after all review of this Court's May 25, 2011 order is
7 exhausted or the District Judge rules to the contrary on the matter.
8     IT IS SO ORDERED

10 Dated: _____      _____
11                                          Honorable Ralph Zarefsky
                                                 Magistrate Judge, United States
12                                                  District Court