
| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. # 097802) |
| 2 |   dpetrocelli@omm.com<br>MATTHEW T. KLINE (S.B. # 211640) |
| 3 |   mkline@omm.com<br>CASSANDRA L. SETO (S.B. # 246608) |
| 4 |   cseto@omm.com<br>O'MELVENY & MYERS LLP |
| 5 | 1999 Avenue of the Stars, 7th Floor<br>Los Angeles, CA  90067-6035 |
| 6 | Telephone:   (310) 553-6700 |
| 7 | Facsimile:    (310) 246-6779 |
| 8 | PATRICK T. PERKINS (admitted *pro hac vice*) |
| 9 |   pperkins@ptplaw.com<br>PERKINS LAW OFFICE, P.C. |
| 10 | 1711 Route 9D<br>Cold Spring, NY 10516 |
| 11 | Telephone:   (845) 265-2820<br>Facsimile:    (845) 265-2819 |
| 12 | Attorneys for Plaintiff DC Comics |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS, | Case No. CV 10-3633 ODW (RZx) |
| Plaintiff, | **DISCOVERY MATTER** |
| v. | **DC COMICS' SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR A PROTECTIVE ORDER STAYING CERTAIN DEPOSITIONS PENDING REVIEW OF MAY 25, 2011 ORDER** |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, as personal representative of the ESTATE OF JOANNE SIEGEL, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive, | **DECLARATION OF CASSANDRA SETO FILED CONCURRENTLY HEREWITH**<br><br>**Judge**:       Hon. Otis D. Wright II<br>**Magistrate**: Hon. Ralph Zarefsky<br><br>**Hearing Date**:   June 20, 2011<br>**Hearing Time**:   10:00 a.m.<br>**Courtroom**:         540 |
| Defendants. | |

Yesterday afternoon, the District Court denied without opinion defendants' motion for review of this Court's May 25, 2011, order. Docket No. 279. In light of this ruling, defendants' Motion For A Protective Order Staying Certain Depositions Pending Review Of May 25, 2011 Order (set to be heard this Monday, June 20, 2011) should be denied as moot, in addition to the other grounds set forth in DC's opposition to defendants' motion.[1]

The stated basis for defendants' motion to stay the depositions of Mark Peary and Laura Siegel Larson was their assumption that their motion for review would not be decided before July 11, the date they noticed for hearing. Defendants asserted: "If the May 25 Order is upheld, proceeding with the depositions beforehand will only invite further motions to compel second depositions, and unnecessarily expose Mr. Peary and Ms. Larson to multiple depositions…." Docket No. 278 at 1:22-26. Now that the District Court has upheld the May 25 order and this Court's temporary stay has expired, defendants must now produce the documents at issue and the depositions should proceed as scheduled pursuant to the parties' stipulation and this Court's June 2 order. Docket No. 271.

Defendants, however, refuse to produce the documents, asserting this Court's stay remains in effect while they file a writ in the Ninth Circuit challenging the Court's May 25 order. *See* Decl. of Cassandra Seto Ex. A. Defendants misread this Court's stay order, which expressly was limited to the *District Court's* review of the May 25 ruling: "the Court stays its ruling to allow Defendants to *seek review before the District Judge*." Docket No. 262 at 4:4-7 (emphasis added). This Court's stay order makes no mention of further discretionary writ proceedings before the Ninth Circuit, nor did defendants seek such a stay from the District Court

---

[1] Mindful of this Court's June 10 order instructing the parties to file supplemental memoranda only if necessary, Docket No. 277, DC sought to obviate this memorandum, together with the underlying motion, by asking defendants to withdraw their motion in light of the District Court's order. They declined to do so. *See* Decl. of Cassandra Seto Ex. A.

1  in the event their motion for review was denied or pending any proceedings in the
2  Ninth Circuit.
3       For the reasons set forth in DC's opposition to defendants' motion for a
4  protective order, among others, there is no justification for further delaying the
5  depositions of Ms. Larson and Mr. Peary, Docket No. 278-1 at 2:26-4:16, 9:9-
6  16:25, and defendants must produce the U.S. Attorney documents pursuant to the
7  Court's May 25 order and the District Court's denial of review.

Dated:  June 15, 2011

Respectfully Submitted,
O'MELVENY & MYERS LLP

By: /s/ Daniel M. Petrocelli
    Daniel M. Petrocelli
    Attorneys for Plaintiff DC Comics

CC1:851604