| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #097802) |
|   | dpetrocelli@omm.com |
| 2 | MATTHEW T. KLINE (S.B. #211640) |
|   | mkline@omm.com |
| 3 | CASSANDRA L. SETO (S.B. #246608) |
|   | cseto@omm.com |
| 4 | O'MELVENY & MYERS LLP |
|   | 1999 Avenue of the Stars, 7th Floor |
| 5 | Los Angeles, CA 90067-6035 |
|   | Telephone: (310) 553-6700 |
| 6 | Facsimile: (310) 246-6779 |

PATRICK T. PERKINS (admitted *pro hac vice*)
pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819

Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS, | Case No. CV 10-3633 ODW (RZx) |
| Plaintiff, | **DISCOVERY MATTER** |
| v. | **DECLARATION OF CASSANDRA SETO IN SUPPORT OF DC COMICS' SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR A PROTECTIVE ORDER STAYING CERTAIN DEPOSITIONS PENDING REVIEW OF MAY 25, 2011 ORDER** |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive, | |
| Defendants. | **Judge**: Hon. Otis D. Wright II |
| | **Magistrate**: Hon. Ralph Zarefsky |
| | **Hearing Date**: June 20, 2011 |
| | **Hearing Time**: 10:00 a.m. |

SETO DECL. IN SUPPORT OF
DC'S SUPP. MEMO

# DECLARATION OF CASSANDRA SETO

I, Cassandra Seto, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am an associate at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in support of DC Comics' Supplemental Memorandum In Opposition To Defendants' Motion For A Protective Order Staying Certain Depositions Pending Review Of May 25, 2011 Order. I have personal knowledge of the matters set forth in this declaration, and if called to testify to the facts stated herein, I could and would do so.

2. Attached hereto as Exhibit A is a true and correct copy of an e-mail chain between my colleague Daniel Petrocelli and counsel for defendants dated June 14, 2011-June 15, 2011.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 15th day of June 2011 at Los Angeles, California.

_____
Cassandra Seto