# EXHIBIT A

**From:** Petrocelli, Daniel
**Sent:** Wednesday, June 15, 2011 10:13 AM
**To:** Marc Toberoff
**Cc:** Richard Kendall; Laura Brill; Keith Adams; Kline, Matthew; Seto, Cassandra
**Subject:** RE: FW:

Marc, your position is untenable. The stay imposed by the May 25 order does not extend to any appellate proceedings beyond review by the District Court, and defendants did not seek a further stay in the District Court in the event their motion for review was denied. Pursuant to the May 25 order, defendants must produce the documents at issue forthwith. DC has waived no rights.

Dan

**From:** marc.toberoff@gmail.com [mailto:marc.toberoff@gmail.com] **On Behalf Of** Marc Toberoff
**Sent:** Wednesday, June 15, 2011 9:27 AM
**To:** Petrocelli, Daniel
**Cc:** Richard Kendall; Laura Brill; Keith Adams
**Subject:** Re: FW:

Dan:

Defendants are seeking a writ as I indicated they would. As you know, the stay in the May 25, 2011 order by its own terms remains in effect, and DC waived the right to appeal that stay by failing to move for review.

Marc

On Wed, Jun 15, 2011 at 8:46 AM, Petrocelli, Daniel <DPetrocelli@omm.com> wrote:

Marc, not having heard back from you, we are filing a brief supplemental memorandum this morning in opposition to defendants' motion for a protective order.

Marc/Dick, when can we expect the documents? We would like them today.

Thanks.

Dan

1

EXHIBIT A
2

**From:** Petrocelli, Daniel
**Sent:** Tuesday, June 14, 2011 2:09 PM
**To:** 'Marc Toberoff'
**Subject:** RE:

Marc, I neglected to mention that we would like you to deliver to us right away all the documents defendants were ordered to produce pursuant to Judge Zarefsky's May 25 order. With the depositions rapidly approaching, we need to commence our review of the documents without further delay.

Thanks.

Dan

**From:** Petrocelli, Daniel
**Sent:** Tuesday, June 14, 2011 1:43 PM
**To:** Marc Toberoff
**Subject:**

Marc, in view of Judge Wright's order denying defendants' motion for review, please let me know if you will withdraw defendants' motion for a protective order. If so, we suggest you immediately file a notice of withdrawal with Judge Zarefsky. If not, we intend to file a supplemental brief notifying Judge Zarefsky of the order and explaining that it is a further ground for denial of defendants' motion.

If you wish to discuss, you can reach me at the office.

Dan

--
Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333

2

EXHIBIT A
3

Fax: (310) 246-3101
MToberoff@ipwla.com