Marc Toberoff (State Bar No. 188547)
 *mtoberoff@ipwla.com*
Keith G. Adams (State Bar No. 240497)
 *kgadams@ipwla.com*
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 3630
Los Angeles, California, 90067
Telephone: (310) 246-3333
Fax:         (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>            Plaintiff,<br><br>      vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>            Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DISCOVERY MATTER**<br><br>**SUPPLEMENTAL DECLARATION OF MARC TOBEROFF IN SUPPORT OF DEFENDANTS' MOTION FOR A PROTECTIVE ORDER STAYING CERTAIN DEPOSITIONS PENDING REVIEW OF MAY 25, 2011 ORDER**<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set<br><br>Date:  June 20, 2011<br>Time:  10:00 a.m.<br>Place: Courtroom 540 |

SUPPLEMENTAL DECLARATION OF MARC TOBEROFF

## DECLARATION OF MARC TOBEROFF

I, Marc Toberoff, declare as follows:

1. I am an attorney at Toberoff & Associates, P.C., counsel of record for defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel. I am a member in good standing of the State Bar of California and submit this supplemental declaration in further support of Defendants' Motion For a Protective Order Staying Certain Depositions Pending Review of May 25, 2011 Order. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as "Exhibit A" is a true and correct copy of a December 15, 2010 e-mail chain between me and DC Comics' counsel, Daniel Petrocelli.

3. Attached hereto as "Exhibit B" is a true and correct copy of a May 30, 2011 e-mail from me to Mr. Petrocelli.

4. At approximately 11:00 a.m. on June 1, 2011, in a telephone conversation with me, Mr. Petrocelli tentatively inquired "off-the-record," and subject to the approval of DC, whether it would make sense to delay Ms. Larson's deposition (but not Mr. Peary's) until after Judge Wright ruled on defendants' motion for review. During that conversation, I informed Mr. Petrocelli that they would seek review of this important matter by a writ of mandamus if necessary Judge Wright's June 1, 2011 order was thereafter issued at approximately 1:52 p.m. that day. After that ruling, Mr. Petrocelli did not mention this again.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on June 15, 2011, in Los Angeles, California.

Marc Toberoff

1
SUPPLEMENTAL DECLARATION OF MARC TOBEROFF

# EXHIBIT A

**YAHOO! SMALL BUSINESS**

| | |
|---|---|
| **RE: DC v. PPC / Joanne Siegel depo** | Wednesday, December 15, 2010 8:43 PM |
| From: "Petrocelli, Daniel" <DPetrocelli@OMM.com> | |
| To: "Marc Toberoff" <mtoberoff@ipwla.com> | |
| Cc: "Nicholas Williamson" <nwilliamson@ipwla.com>, "Keith Adams" <kgadams@ipwla.com>, "Seto, Cassandra" <cseto@OMM.com> | |

Marc, based on your representation below and without prejudice to any of DC's rights and positions, we agree not to proceed with our motion at this time. So you need not respond to the joint statement we served last Friday. We also will advise JAMS to release the conference room we reserved.

Dan

**From:** marc.toberoff@gmail.com [mailto:marc.toberoff@gmail.com] **On Behalf Of** Marc Toberoff
**Sent:** Wednesday, December 15, 2010 6:17 PM
**To:** Petrocelli, Daniel
**Cc:** Nicholas Williamson; Keith Adams; Seto, Cassandra
**Subject:** DC v. PPC / Joanne Siegel depo

Dan

As discussed today in principle:

Joanne Siegel will appear for a deposition at your offices at 9:30 am on January 12, 2011. To the extent she becomes too tired or ill to proceed with a full day deposition on January 12, 2011 Joanne will appear for the continuance of her deposition at your offices at 9:30 am on January 14, 2011, You agree to immediately withdraw your motion.

Please confirm the above asap.

Defendants reserve all rights.

Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com


--
Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com

**3**

# EXHIBIT B

YAHOO! SMALL BUSINESS

**DC v. PPC - Application to Shorten Time**　　　Monday, May 30, 2011 8:14 PM

From: "Marc Toberoff" <mtoberoff@ipwla.com>
To: "Petrocelli, Daniel" <DPetrocelli@omm.com>
Cc: "Keith Adams" <kgadams@ipwla.com>
1 File (81KB)



DC v. PPC.E...

Dan:

In light of Magistrate Zarefsky's May 25, 2011 order inviting a motion for review regarding the stolen documents and defendants intention to bring such motion, it is clear that the stolen documents issue will not be resolved before the currently-scheduled June 29-July 1 depositions of Mark Warren Peary and Laura Siegel Larson, as the earliest such a motion for review will be heard is on July 11, 2011. This reinforces the risk of multiple depositions (and needless motions to compel such depositions) that the parties' May 24, 2011 stipulation, entered into prior to the May 25 order, was intended to avoid.

As such, Defendants will seek a protective order postponing such depositions until after the stolen documents issue is resolved. However, based on Local Rule 37 and Magistrate Zarefsky's calendar, the earliest such a motion could be heard is July 11, 2011.

Given that DC has two motions set for hearing on June 20, 2011, the obvious solution is to have Defendants' motion for a protective order heard on shortened time on June 20, 2011, with the motion due on June 2, the opposition due on June 9, and the reply (if any) due on June 13. This approach would allow the issue to be fully briefed, and for the depositions to proceed as scheduled on June 29-July 1, 2011 if Magistrate Zarefsky denies Defendants' motion.

Please advise if DC will stipulate to having this motion heard on shortened time; otherwise, Defendants will have no choice but to seek ex parte leave to file its motion on shortened time.

Thank-you.

Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com

**5**