# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>        Plaintiff,<br><br>    vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>        Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR RECONSIDERATION OF JUNE 1, 2011 ORDER STRIKING OPPOSITIONS AND REPLIES TO MOTIONS TO DISMISS**<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set<br><br>Date:  July 18, 2011<br>Time:  1:30 p.m.<br>Place:  Courtroom 11 |

# [PROPOSED] ORDER

The Court, having reviewed and considered Defendants' Motion For Reconsideration of June 1, 2011 Order Only Insofar As It Strikes the Oppositions and Replies Re: Defendants' Motions to Dismiss, plaintiff's opposition thereto, and all further submissions and arguments on the matter, and good cause appearing, hereby GRANTS defendants' motion.  The record oppositions and replies (Docket Nos. 183-186, 191-192, 194-195) to defendants' motions to dismiss (Docket No. 146-148) are hereby REINSTATED.  Defendants' motions to dismiss (Docket Nos. 146-148) are hereby taken under submission.

IT IS SO ORDERED.

Dated: _____          _____
                              Hon. Otis D. Wright II