1  DANIEL M. PETROCELLI (S.B. #097802)
   dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
   mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
   cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA  90067-6035
   Telephone:  (310) 553-6700
6  Facsimile:   (310) 246-6779

7  PATRICK T. PERKINS (admitted *pro hac vice*)
   pperkins@ptplaw.com
8  PERKINS LAW OFFICE, P.C.
   1711 Route 9D
9  Cold Spring, NY 10516
   Telephone:  (845) 265-2820
10 Facsimile:   (845) 265-2819

11 Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING DC COMICS' *EX PARTE* APPLICATION TO CLARIFY COURT'S MAY 25, 2011, ORDER**<br><br>**Judge**:  Hon. Otis D. Wright II<br>**Magistrate**:  Hon. Ralph Zarefsky<br><br>**Complaint Filed**: May 14, 2010 |

1  Good cause appearing, DC Comics' *Ex Parte* Application To Clarify Court's
2  May 25, 2011 Order is hereby GRANTED.
3  This Court hereby clarifies its May 25, 2011 order (Docket No. 262) to
4  confirm that the temporary stay imposed by that order expired on June 13, 2011,
5  when the District Court denied defendants' motion for review of the May 25, 2011
6  order. Defendants must produce forthwith the U.S. Attorney documents to DC
7  Comics and by no later than 5:00 p.m. PDT on June 27, 2011.

9  IT IS SO ORDERED.

11  Dated: _____    _____
12  Hon. Ralph Zarefsky
   Magistrate Judge
13  United States District Court