DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:  (310) 553-6700
Facsimile:   (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone:  (845) 265-2820
Facsimile:   (845) 265-2819

Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>              Plaintiff,<br><br>       v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>              Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF CASSANDRA SETO IN SUPPORT OF DC COMICS' *EX PARTE* APPLICATION TO CLARIFY COURT'S MAY 25, 2011, ORDER**<br><br>**Judge**:         Hon. Otis D. Wright II<br>**Magistrate**:  Hon. Ralph Zarefsky<br><br>**Complaint Filed**: May 14, 2010 |

# DECLARATION OF CASSANDRA SETO

I, Cassandra Seto, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am an associate at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in support of DC Comics' *Ex Parte* Application To Clarify Court's May 25, 2011 Order. I have personal knowledge of the matters set forth in this declaration, and if called to testify to the facts stated herein, I could and would do so competently.

2. On June 21, 2011, I spoke with counsel for defendants Keith Adams and informed Mr. Adams of the date and substance of DC's *ex parte* application. Attached hereto as Exhibit A is a true and correct copy of a follow-up e-mail sent by me to Mr. Adams and Marc Toberoff on June 21, 2011.

3. Attached hereto as Exhibit B is a true and correct copy of an e-mail from me to Mr. Adams and Mr. Toberoff sent on June 22, 2011.

4. Attached hereto as Exhibit C is a true and correct copy of a letter from Mr. Adams to me sent on June 22, 2011.

5. Attached hereto as Exhibit D is a true and correct copy of an e-mail from me to Mr. Adams and Mr. Toberoff attaching a copy of DC's *ex parte* application and proposed order sent on June 22, 2011.

6. Attached hereto as Exhibit E is a true and correct copy of an e-mail from Mr. Adams to me sent on June 22, 2011.

7. Attached hereto as Exhibit F is a true and correct copy of an e-mail from me to Mr. Adams and Mr. Toberoff sent on June 22, 2011.

8. Attached hereto as Exhibit G is a true and correct copy of the Petition For A Writ Of Mandamus Compelling Hearing And Decisions On Motions And Prohibiting District Court From Allowing One-Sided Discovery, filed on December 17, 2010, in Ninth Circuit Appeal No. 10-73851 (Docket No. 1-3).

9. Attached hereto as Exhibit H is a true and correct copy of Defendants-Petitioners Pacific Pictures Corporation, IP Worldwide, LLC, IPW, LLC, Marc Toberoff, Mark Warren Peary, Jean Adele Peavy, Joanne Siegel, and Laura Siegel Larson's Motion For Stay Pending Decision On Petition For A Writ Of Mandamus, filed on December 20, 2010, in Ninth Circuit Appeal No. 10-73851 (Docket No. 5-1).

10. Attached hereto as Exhibit I is a true and correct copy of an order issued by the Ninth Circuit Court of Appeals on January 7, 2011, in Ninth Circuit Appeal No. 10-73851 (Docket No. 13).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 22nd day of June 2011 at Los Angeles, California.

_____
Cassandra Seto