# EXHIBIT A

**From:** Seto, Cassandra
**Sent:** Tuesday, June 21, 2011 9:02 PM
**To:** Keith Adams; Marc Toberoff
**Cc:** Petrocelli, Daniel; Kline, Matthew
**Subject:** DC Comics v. PPC

Hi Keith,

As I just told you over the phone, this is to confirm that DC is planning to file tomorrow an *ex parte* application to clarify the duration of the temporary stay imposed by Magistrate Zarefsky's May 25, 2011 order. Specifically, our application will request an order confirming that the stay expired when defendants' motion for review was denied by the district court on June 13. We believe *ex parte* relief is necessary because under the timing requirements of Local Rule 7 and Magistrate Zarefsky's calendar, the earliest date a motion for clarification could be heard is August 8 -- the same day DC's oppositions to defendants' Rule 12 and SLAPP motions are due, and one week after depositions are scheduled to commence.

Please let us know defendants' position.

Thanks,
Cassie

**Cassandra L. Seto**
**O'Melveny & Myers LLP**
1999 Avenue of the Stars, Suite 700, Los Angeles, California 90067
Telephone: 310.246.6703 | Facsimile: 310.246.6779

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

1

EXHIBIT A
3