# EXHIBIT B

**From:** Seto, Cassandra
**Sent:** Wednesday, June 22, 2011 10:37 AM
**To:** 'Marc Toberoff'; 'Keith Adams'
**Cc:** Petrocelli, Daniel; Kline, Matthew
**Subject:** DC Comics v. PPC

Dear Marc and Keith,

We plan to file our *ex parte* application at noon today.  Please let us know defendants' position as soon as possible.  If we do not receive a response by noon, we will so indicate in our application.

Thanks,
Cassie

1

EXHIBIT B
4