# EXHIBIT C

# TOBEROFF & ASSOCIATES, P.C.

A PROFESSIONAL CORPORATION

2049 CENTURY PARK EAST, SUITE 3630

LOS ANGELES, CALIFORNIA 90067

MARC TOBEROFF*
NICHOLAS C. WILLIAMSON
KEITH G. ADAMS
JEFFREY R. RHOADS

TELEPHONE
(310) 246-3333

FACSIMILE
(310) 246-3101

* Also admitted in New York

kgadams@ipwla.com

June 22, 2011

<u>Via E-Mail</u>

Cassandra Seto
Daniel Petrocelli
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Re:   <u>*DC Comics v. Pacific Pictures Corp., et al.*, Case No. 10-CV-03633 ODW (RZx)</u>

Cassie:

I write in response to our June 21, 2011 telephone conversation and your June 21, 2011 e-mail on DC's contemplated *ex parte* application.

DC's application is brought without any attempt whatsoever to meet-and-confer or to reach a compromise on the *ex parte* issue, and is contrary to the clear intent of Local Rule 7-19.1. There are a number of obvious ways short of an *ex parte* application to resolve this issue – *e.g.,* a motion on shortened time – that DC has not proposed or discussed.

Moreover, as described, DC's contemplated *ex parte* application is based on several false premises.

**Mr. Toberoff and Mr. Petrocelli discussed their different views on this issue as far back June 1, yet DC waited until now to file its motion on an *ex parte* basis.**

We do not agree with your statement that the earliest such motion could be heard is August 8. Under Local Rule 37, if DC served a joint stipulation on this issue either today or tomorrow, the motion could be heard on July 25, 2011. In this particular instance, as the parties have already ventilated their positions, defendants would be willing to waive the Local Rule 37's meet-and-confer requirement, provided that DC agree that its portion of the joint stipulation would be no more than five pages in length.

Your statement that an August 8 hearing would be "one week after depositions are scheduled to commence" is also incorrect. The depositions of Mark Peary and Laura Siegel are scheduled for next week, June 29 and July 1, and the depositions of Don Bulson and Kevin Marks are

EXHIBIT C
5

**TOBEROFF & ASSOCIATES, P.C.**

June 22, 2011
Re:   *DC Comics v. Pacific Pictures Corp.*
Page:   2 of 2

scheduled for July 19 and July 21. All of these depositions are several weeks before August 8. Unless DC intends to reschedule these depositions, DC's *ex parte* application appears to be based on a misreading of the deposition schedule.

In short, there is little justification for DC bringing its motion on an *ex parte* basis. However, consistent with the practice the parties employed for defendants' motion for a protective order, as reflected in the parties' May 30-June 3 e-mails, we ask that DC send a draft application and proposed order, so that defendants can understand the precise basis for the relief DC seeks.

All of defendants' rights and remedies are reserved. Please attach this letter to any *ex parte* application DC files with the Court.

Sincerely,

Keith G. Adams

EXHIBIT C
6