# EXHIBIT E

**From:** Keith Adams [mailto:kgadams@ipwla.com]
**Sent:** Wednesday, June 22, 2011 1:55 PM
**To:** Seto, Cassandra
**Cc:** Kline, Matthew; Petrocelli, Daniel; Marc Toberoff
**Subject:** RE: DC Comics v. PPC

Cassie:

Defendants disagree with your position that DC's motion could not be brought in the form of a joint stipulation, and the case you cite in no way supports that proposition.

Nonetheless, if DC insists on this motion, defendants would be willing to waive the Local Rule 7-3 meet-and-confer requirements, for the reasons set forth in my June 22 letter - namely, that the parties have already ventilated their positions. DC's motion could then be set for hearing on July 25, 2011, well in advance of August 8.

Defendants will oppose DC's ex parte application.

Keith G. Adams
Toberoff & Associates, P.C.
2049 Century Park East, Suite 3630
Los Angeles, CA 90067
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: kgadams@ipwla.com
http://www.ipwla.com

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.