# EXHIBIT F

**From:** Seto, Cassandra
**Sent:** Wednesday, June 22, 2011 1:59 PM
**To:** 'Keith Adams'; 'Marc Toberoff'
**Cc:** Petrocelli, Daniel; Kline, Matthew
**Subject:** FW: DC Comics v. PPC

Keith:

We disagree with your position and your proposal does not address the immediate and ongoing prejudice to DC. We will proceed with our application.

EXHIBIT F
17