UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-03633-ODW-(RZx) | Date | JUNE 23, 2011 |
|---|---|---|---|
| Title | DC COMICS v. PACIFIC PICTURES CORP., ET AL. | | |

| Present: The Honorable | RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE |
|---|---|

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** (IN CHAMBERS)

Any response to plaintiff's Ex Parte Application to Clarify Court's 5/25/11 Order (Doc. #283) shall be efiled and a courtesy copy shall be delivered to the Court no later than 12:00noon on June 24, 2011.

| | : | |
|---|---|---|
| | Initials of Preparer | igb |