UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-03633-ODW-(RZx) | Date | June 20, 2011 |
|---|---|---|---|
| Title | DC COMICS v. PACIFIC PICTURES CORP., ET AL. | | |

| Present: The Honorable | RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE |
|---|---|

| Ilene Bernal | Recorded on Courtsmart |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Matthew T. Kline<br>Cassandra L. Seto<br>Jason Tokoro | Marc Toberoff<br>Keith Adams |

**Proceedings:** HRG: 1) PLAINTIFF'S MOTION FOR RECONSIDERATION OF APRIL 11, 2011 ORDER (Doc 253)
2) PLAINTIFF'S MOTION TO COMPEL THE FURTHER PRODUCTION OF DOCUMENTS (ISSUES 12-14) (Doc 267)
3) DEFENDANTS' MOTION FOR A PROTECTIVE ORDER (Doc 278)

Plaintiff's motion for reconsideration of April 11, 2011 order (Doc 253) is denied.

Plaintiff's motion to compel the further production of documents (Issues 12-14) (Doc 267) is denied.

Defendants' motion for a protective order (Doc 278) is denied.

No further order shall issue.

|  | : | 55 |
|---|---|---|
| Initials of Preparer | | igb |