# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br>　　　　　Plaintiff,<br>　　vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br>　　　　　Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF DC COMICS'** ***EX PARTE*** **APPLICATION TO CLARIFY COURT'S MAY 25, 2011 ORDER**<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set |

[PROPOSED] ORDER

1  The Court, having reviewed and considered plaintiff DC Comics' *Ex Parte* Application to Clarify Court's May 25, 2011, Order, defendants' opposition thereto, and all further submissions and arguments on the matter, and good cause appearing, hereby DENIES plaintiff's application. As set forth in the May 25, 2011 order, and as defendants currently seek writ review, the stay shall continue in effect until all review is exhausted.

IT IS SO ORDERED

Dated: _____  _____
Honorable Ralph Zarefsky
Magistrate Judge, United States
District Court