# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 10-3633 ODW (RZx) | Date | July 7, 2011 |
|---|---|---|---|
| Title | *DC Comics v. Pacific Pictures Corp., et al.* | | |

| Present: | The Honorable Otis D. Wright II, United States District Judge |
|---|---|

| Sheila English | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings (In Chambers):** Order Granting Motion for Reconsideration [282]

Defendants' motion for reconsideration of this Court's June 1, 2011 order is **GRANTED**. If Defendants do not wish to refresh their briefs, they are free to rest on their previously filed papers.

However, the parties are hereby **ORDERED** to submit a joint report identifying by docket number each pending motion, along with its attendant opposition and reply. **Each motion shall be accompanied by no more than one opposition and one reply brief.**

**SO ORDERED**

|  | ---- | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | SE |