Marc Toberoff (State Bar No. 188547)
 *mtoberoff@ipwla.com*
Keith G. Adams (State Bar No. 240497)
 *kgadams@ipwla.com*
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 3630
Los Angeles, California, 90067
Telephone: (310) 246-3333
Fax:        (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| DC COMICS,<br><br>             Plaintiff,<br><br>    vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>             Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DECLARATION OF KEITH G. ADAMS IN SUPPORT OF DEFENDANTS' MOTION FOR REFERENCE FOR A REPORT AND RECOMMENDATION PURSUANT TO 28 U.S.C. § 636(b)(1)(B) AND F.R.C.P. 72(b) RE: DEFENDANTS' DISPOSITIVE MOTIONS**<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set<br><br>Date:  August 8, 2011<br>Time:  10:00 a.m.<br>Place: Courtroom 540 |

# **DECLARATION OF KEITH ADAMS**

I, Keith Adams, declare as follows:

1. I am an attorney at Toberoff & Associates, P.C., and counsel of record for defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel. I am a member in good standing of the State Bar of California and submit this declaration in support of Defendants' Motion For Reference For a Report and Recommendation Pursuant to 28 U.S.C. § 636(b)(1)(B) and F.R.C.P. 72(b) Re: Defendants' Dispositive Motions. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, could and would testify competently to such facts under oath.

2. I, along with Marc Toberoff, counsel for defendants, and Matthew Kline, counsel for plaintiff DC Comics, participated in a conference of counsel pursuant to L.R. 7-3 regarding defendants' instant motion on June 7, 2011. At the conference, Mr. Kline stated that plaintiff would oppose defendants' instant motion.

3. On July 8, 2011, at approximately 6:10 p.m., plaintiff's counsel Jason Tokoro electronically served three separate motions to compel, in the form of joint stipulations under Local Rule 37-1, on defendants' counsel. All three motions were set for hearing at 10:00 a.m. on August 8, 2011, before Magistrate Judge Zarefsky.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on July 11, 2011, in Los Angeles, California.

_____
Keith G. Adams