# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR REFERENCE FOR A REPORT AND RECOMMENDATION PURSUANT TO 28 U.S.C. § 636(b)(1)(B) AND F.R.C.P. 72(b) RE: DEFENDANTS' DISPOSITIVE MOTIONS**<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set<br><br>Date:　August 8, 2011<br>Time:　1:30 p.m.<br>Place:　Courtroom 11 |

[PROPOSED] ORDER GRANTING MOTION FOR RECONSIDERATION

**[PROPOSED] ORDER**

The Court, having reviewed and considered Defendants' Motion For Reference For a Report and Recommendation Pursuant to 28 U.S.C. § 636(b)(1)(B) and F.R.C.P. 72(b) Re: Defendants' Dispositive Motions, plaintiff's opposition thereto, and all further submissions and arguments on the matter, and good cause appearing, hereby GRANTS defendants' motion.  Defendants' motions to dismiss and anti-SLAPP motion (Docket Nos. 145-148) are hereby referred to Magistrate Judge Zarefsky for a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and F.R.C.P. 72(b).

IT IS SO ORDERED.

Dated: _____                    _____
                                         Hon. Otis D. Wright II