| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #097802) |
| | dpetrocelli@omm.com |
| 2 | MATTHEW T. KLINE (S.B. #211640) |
| | mkline@omm.com |
| 3 | CASSANDRA L. SETO (S.B. #246608) |
| | cseto@omm.com |
| 4 | O'MELVENY & MYERS LLP |
| | 1999 Avenue of the Stars, 7th Floor |
| 5 | Los Angeles, CA  90067-6035 |
| | Telephone:  (310) 553-6700 |
| 6 | Facsimile:   (310) 246-6779 |
| 7 | PATRICK T. PERKINS (admitted *pro hac vice*) |
| | pperkins@ptplaw.com |
| 8 | PERKINS LAW OFFICE, P.C. |
| | 1711 Route 9D |
| 9 | Cold Spring, NY 10516 |
| | Telephone:  (845) 265-2820 |
| 10 | Facsimile:   (845) 265-2819 |
| 11 | Attorneys for Plaintiff DC Comics |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS, | Case No. CV 10-03633 ODW (RZx) |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | **Judge**:  Hon. Otis D. Wright II |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive, | **Magistrate**:  Hon. Ralph Zarefsky |
| Defendants. | |

**PROOF OF SERVICE BY FEDERAL EXPRESS/OVERNIGHT DELIVERY**

I am a citizen of the United States and employed in Los Angeles County, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of eighteen years and not a party to the within action. My business address is 1999 Avenue of the Stars, 7th Floor, Los Angeles, California 90067-6035. On July 18, 2011, I served the following:

**NOTICE OF MANUAL FILING**

**EXHIBIT A TO DECLARATION OF AARON HAYDEN IN SUPPORT OF MOTION TO COMPEL THE PRODUCTION OF DENNIS LARSON DOCUMENTS**

**DC COMICS' UNOPPOSED APPLICATION TO SEAL EXHIBIT A TO DECLARATION OF AARON HAYDEN IN SUPPORT OF MOTION TO COMPEL THE PRODUCTION OF DENNIS LARSON DOCUMENTS**

**[PROPOSED] ORDER GRANTING DC COMICS' UNOPPOSED APPLICATION TO SEAL EXHIBIT A TO DECLARATION OF AARON HAYDEN IN SUPPORT OF MOTION TO COMPEL THE PRODUCTION OF DENNIS LARSON DOCUMENTS**

**DECLARATION OF JASON H. TOKORO IN SUPPORT OF DC COMICS' UNOPPOSED APPLICATION TO SEAL EXHIBIT A TO DECLARATION OF AARON HAYDEN IN SUPPORT OF MOTION TO COMPEL THE PRODUCTION OF DENNIS LARSON DOCUMENTS**

by putting a true and correct copy thereof together with an unsigned copy of this declaration, in a sealed envelope, with delivery fees paid or provided for, for delivery the next business day to:

Marc Toberoff
Toberoff & Associates, P.C.
2049 Century Peark East, Suite 3630
Los Angeles, CA 90067

Attorneys for defendants Laura Siegel Larson, Mark Warren Peary, and Jean Peavy

1 | and by placing the envelope for collection today by the overnight courier in
2 | accordance with the firm's ordinary business practices. I am readily familiar with
3 | this firm's practice for collection and processing of overnight courier
4 | correspondence. In the ordinary course of business, such correspondence collected
5 | from me would be processed on the same day, with fees thereon fully prepaid, and
6 | deposited that day in a box or other facility regularly maintained by Federal
7 | Express, which is an overnight carrier.
8 |     I declare under penalty of perjury under the laws of the United States that the
9 | above is true and correct. Executed on July 18, 2011, at Los Angeles, California.

_____
Mary Lee