DANIEL M. PETROCELLI (S.B. #097802)
dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:  (310) 553-6700
Facsimile:   (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone:  (845) 265-2820
Facsimile:   (845) 265-2819

Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**DC COMICS' NOTICE OF MOTION AND MOTION TO COMPEL THE PRODUCTION OF ALL COPIES OF THE MAY 13, 2003, LETTER**<br><br>**Judge**:　　Hon. Otis D. Wright II<br>**Magistrate**:　Hon. Ralph Zarefsky<br><br>**Hearing Date**:　　Aug. 8, 2011<br>**Hearing Time**:　　10:00 a.m.<br>**Courtroom**:　　　540<br>**Discovery Cutoff**:　None Set<br>**Pretrial Conference**:　None Set<br>**Trial**:　　　　　None Set |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE that on August 8, 2011, at 10:00 a.m., or as soon
3  thereafter as the matter may be heard by the above-entitled court, located at 255
4  East Temple Street, Los Angeles, California in Courtroom 540, plaintiff DC
5  Comics will and hereby does move the Court for an order compelling defendants to
6  produce all distinct copies of the May 13, 2003, letter that Michael Siegel sent to
7  Laura Siegel Larson, including copies bearing "Q" Bates stamps.

8      This motion is made pursuant to Rules 26, 34, and 37 of the Federal Rules of
9  Civil Procedure and Rule 37-2 of the Local Rules of this Court on the grounds that
10 each is responsive to DC's document requests and must be produced pursuant to
11 two court orders in this case: a December 7, 2010, order compelling defendants to
12 produce all responsive non-privileged documents, Docket No. 133; and an April 11,
13 2011, order compelling defendants to produce the May 13, 2033, letter, Docket No.
14 209.  Pursuant to Local Rule 37-1, DC attempted unsuccessfully to resolve its
15 dispute with defendants and therefore respectfully seeks the assistance of the Court.

16      This motion is based on this Notice of Motion and Motion; DC's portion of
17 the accompanying joint stipulation; the accompanying Declaration of Jason H.
18 Tokoro and exhibits in support thereof; the Proposed Order DC has submitted
19 herewith; any supplemental memoranda that may be filed pursuant to Local Rule
20 37; all exhibits, files, and records on file in this action; matters of which judicial
21 notice may be taken; and such additional submissions and argument as may be
22 presented at or before the hearing on this motion.

23 Dated:      July 18, 2011           Respectfully Submitted,
                                         O'MELVENY & MYERS LLP
24
                                         By: /s/ Daniel M. Petrocelli
25                                           Daniel M. Petrocelli
26                                           Attorneys for Plaintiff DC Comics

27

28