| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #097802) |
|  | dpetrocelli@omm.com |
| 2 | MATTHEW T. KLINE (S.B. #211640) |
|  | mkline@omm.com |
| 3 | CASSANDRA L. SETO (S.B. #246608) |
|  | cseto@omm.com |
| 4 | O'MELVENY & MYERS LLP |
|  | 1999 Avenue of the Stars, 7th Floor |
| 5 | Los Angeles, CA 90067-6035 |
|  | Telephone: (310) 553-6700 |
| 6 | Facsimile: (310) 246-6779 |

PATRICK T. PERKINS (admitted *pro hac vice*)
pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819

Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS, | Case No. CV 10-3633 ODW (RZx) |
| Plaintiff, | **DISCOVERY MATTER** |
| v. | **DECLARATION OF JASON H. TOKORO IN SUPPORT OF DC COMICS' MOTION TO COMPEL THE PRODUCTION OF ALL COPIES OF THE MAY 13, 2003, LETTER** |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive, | |
| Defendants. | **Judge**: Hon. Otis D. Wright II |
|  | **Magistrate**: Hon. Ralph Zarefsky |
|  | **Hearing Date**: August 8, 2011 |
|  | **Hearing Time**: 10:00 a.m. |
|  | **Courtroom**: 540 |
|  | **Discovery Cutoff**: None Set |
|  | **Pretrial Conference**: None Set |
|  | **Trial**: None Set |

J. TOKORO DECLARATION IN SUPPORT
OF DC'S MOTION TO COMPEL

## DECLARATION OF JASON H. TOKORO

I, Jason H. Tokoro, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am an associate at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in Support of DC Comics' Motion to Compel The Production Of All Copies Of The May 13, 2003, Letter. I have personal knowledge of the matters set forth in this declaration.

2. Attached hereto as Exhibit 1 is a true and correct copy of Defendants'/Counterclaimant's First Set of Requests for the Production of Documents and Things dated June 21, 2005.

3. Attached hereto as Exhibit 2 is a true and correct copy of a letter from my colleague, Matthew T. Kline, to Marc Toberoff, counsel for the Siegel and Shuster defendants, dated December 29, 2010.

4. Attached hereto as Exhibit 3 is a true and correct copy of a letter from Mr. Kline to Mr. Toberoff dated January 5, 2011.

5. Attached hereto as Exhibit 4 is a true and correct copy of an email from Mr. Toberoff to my colleague, Daniel M. Petrocelli, dated April 20, 2011.

6. Attached hereto as Exhibit 5 is a true and correct copy of the transcript of the June 20, 2011, hearing held before this Court.

7. On June 20, Mr. Kline sent Mr. Toberoff a letter requesting defendants produce the copies of the May 13, 2003, letter that Michael Siegel sent to defendant Laura Siegel Larson bearing "Q" Bates stamps. Mr. Kline wrote that if defendants refused to produce the documents, DC requested a conference pursuant to Local Rule 37-1 on June 21 or 22. Attached hereto as Exhibit 6 is a true and correct copy of the letter from Mr. Kline to Mr. Toberoff.

8. Mr. Toberoff's colleague, Keith Adams, responded to Mr. Kline by email on June 22, refusing to meet-and-confer with DC until June 29 or July 1. Mr.

1  Kline wrote back on June 27 and reiterated that the requested documents were
2  required to be produced in the *Siegel* case and in this case both pursuant to DC's
3  discovery requests and court order.  Attached hereto as Exhibit 7 is a true and
4  correct copy of the email chain between Mr. Kline and Mr. Adams.
5       9.   After the deposition of defendant Mark Warren Peary on June 29,
6  Mr. Kline and I conferred with Mr. Toberoff regarding defendants' refusal to
7  provide all copies of the May 13 letter.  Mr. Toberoff stated that defendants would
8  not produce the requested documents.  Mr. Kline asked Mr. Toberoff what the basis
9  was for defendants' refusal, and Mr. Toberoff responded that Magistrate Zarefsky's
10 June 20 ruling denying DC's motion to compel operated to bar DC's request to seek
11 these documents.  Mr. Kline stated DC's disagreement with that position and asked
12 if that was defendants' only ground for refusing to produce the documents in
13 question.  Mr. Toberoff confirmed that was the only ground.
14      10.  On July 1, Mr. Adams responded to Mr. Kline's June 27 email.  He
15 confirmed that defendants would not be producing the requested documents on the
16 ground Mr. Toberoff had asserted during our in-person meeting.  Exhibit 7.
17      I declare under penalty of perjury under the laws of the United States that the
18 foregoing is true and correct and that this declaration is executed this 8th day of
19 July 2011 at Los Angeles, California.

_____
Jason H. Tokoro

- 2 -   J. TOKORO DECLARATION IN SUPPORT
        OF DC'S MOTION TO COMPEL