# EXHIBIT 4

**From:** marc.toberoff@gmail.com [mailto:marc.toberoff@gmail.com] **On Behalf Of** Marc Toberoff
**Sent:** Wednesday, April 20, 2011 2:45 PM
**To:** Petrocelli, Daniel
**Cc:** Keith Adams; Nicholas Williamson; Kline, Matthew; Seto, Cassandra
**Subject:** Re:10-56980 DC Comics v. Pacific Pictures Corporation, et al

Dan:

In response to the inquiry in your April 19 letter about the redactions on the May 13 Letter that was produced (Bates no. LSL 211-212), defendants' only copy of the May 13 Letter contained attorney notations and underlining. These notations retain their status as privileged work product, as pursuant to paragraph 5(a) of the parties' December 6, 2010 stipulation, the parties were not required to log "internal communications solely between or among Defendants' counsel," which is precisely what such notations are. No redactions of the underlying May 13 Letter were made, and the whole of the May 13 letter was produced.

I hope this clarification is helpful.

Marc Toberoff

On Tue, Apr 19, 2011 at 3:36 PM, Tokoro, Jason <jtokoro@omm.com> wrote:

Counsel,

Please see attached letter sent on behalf of Daniel M. Petrocelli.

**Jason H. Tokoro**
**O'Melveny & Myers LLP - Century City**
1999 Avenue of the Stars, Suite 700
Los Angeles, California 90067
Direct Dial: (310) 246-6707
Fax: (310) 246-6779
Email: jtokoro@omm.com

EXHIBIT 4
29