# EXHIBIT 6

# O'MELVENY & MYERS LLP

| | 1999 Avenue of the Stars, 7th Floor<br>Los Angeles, California 90067-6035 | |
|---|---|---|
| BEIJING | | SAN FRANCISCO |
| BRUSSELS | | SHANGHAI |
| HONG KONG | TELEPHONE (310) 553-6700 | SILICON VALLEY |
| LONDON | FACSIMILE (310) 246-6779 | SINGAPORE |
| LOS ANGELES | www.omm.com | TOKYO |
| NEWPORT BEACH | | WASHINGTON, D.C. |
| NEW YORK | | |

June 20, 2011

OUR FILE NUMBER
905900-321

**VIA E-MAIL**

WRITER'S DIRECT DIAL
(310) 246-6840

Marc Toberoff
Toberoff & Associates, P.C.
2049 Century Park East, Suite 3630
Los Angeles, California 90067

WRITER'S E-MAIL ADDRESS
mkline@omm.com

Re:   <u>DC Comics v. Pacific Pictures Corp. et al.</u>, **CV-10-3633 (ODW) (RZx)**

Dear Marc:

During today's hearing before Magistrate Zarefsky you conceded that defendants are in possession of at least one additional copy of the May 13, 2003, letter from Michael Siegel to Laura Siegel Larson, which is marked with the Q-bates stamp used by the escrow holder in the *Siegel* action to identify the Toberoff Timeline documents. You further said that the Q-bates stamped copy could and should have been produced to DC. Please confirm you will produce all Q-bates stamped versions of the May 13, 2003, letter, and any and all other copies, by 10:00 a.m. on Wednesday, June 22, 2011. Alternatively should defendants refuse to produce the document, DC requests a conference pursuant to Local Rule 37-1. Please let us know when you are available tomorrow or Wednesday, June 21 or 22, to discuss this matter.

Very truly yours,

Matthew T. Kline
of O'MELVENY & MYERS LLP

cc:   Daniel M. Petrocelli, Esq.

EXHIBIT 6
76