# EXHIBIT 7

**From:** Keith Adams [mailto:kgadams@ipwla.com]
**Sent:** Friday, July 01, 2011 7:39 PM
**To:** Kline, Matthew
**Cc:** Petrocelli, Daniel; Seto, Cassandra; Tokoro, Jason; Marc Toberoff
**Subject:** RE: DC v. PPC - Case No. CV 10-3633

Matt:

Defendants reject your contentions about what they should have produced and when, and DC's ongoing efforts to profit from the malicious theft of documents from our law firm. DC clearly and specifically raised the issue of the "Q" stamp in its motion to compel briefs. See Docket No. 275 at 4. The Court denied DC's motion.

Keith

Keith G. Adams
Toberoff & Associates, P.C.
2049 Century Park East, Suite 3630
Los Angeles, CA 90067
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: kgadams@ipwla.com
http://www.ipwla.com

This message and any attached documents may contain information from
Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

--- On **Mon, 6/27/11, Tokoro, Jason *<jtokoro@OMM.com>*** wrote:

From: Tokoro, Jason <jtokoro@OMM.com>
Subject: RE: DC v. PPC - Case No. CV 10-3633
To: "Keith Adams" <kgadams@ipwla.com>, "Marc Toberoff" <mtoberoff@ipwla.com>
Cc: "Petrocelli, Daniel" <DPetrocelli@OMM.com>, "Kline, Matthew" <MKline@OMM.com>, "Seto, Cassandra" <cseto@OMM.com>
Date: Monday, June 27, 2011, 3:28 PM

Please see below correspondence sent on behalf of Matthew T. Kline:

\*       \*       \*

Dear Keith,

Defendants were required in the *Siegel* case—both pursuant to DC's discovery requests and court order—to produce these documents. Defendants are also required to produce these documents in this case pursuant to DC's discovery requests, the Court's December 10, 2010, order, and the Court's April 11, 2011, order.

1

EXHIBIT 7
77

Defendants' admission that the May 13 letter was enclosed with the Toberoff Timeline, Docket No. 269 at 11 n.6, along with the confirmation that a Q-bates stamped version exists but was not produced, makes clear that defendants have multiple copies of this document. The redacted version previously produced was not defendants' "only copy," as stated in Mr. Toberoff's April 20 email or alleged in defendants' portion of DC's motion to compel. *See* Docket No. 267-1 at 26:6-9. Defendants should possess at least three copies of the Q-bates stamped version of this letter, one for each set of Timeline documents. Your email does not state whether you will produce these documents, but notably does not attach or include them, in contravention of defendants' discovery obligations and the Court's orders. There is no good faith basis to delay the production of these documents or discussion of them.

Very truly yours,

Matt

---

**From:** Keith Adams [mailto:kgadams@ipwla.com]
**Sent:** Wednesday, June 22, 2011 11:15 AM
**To:** Kline, Matthew
**Cc:** Petrocelli, Daniel; Tokoro, Jason; Seto, Cassandra; Marc Toberoff
**Subject:** Re: DC v. PPC - Case No. CV 10-3633

Matt:

Consistent with Local Rule 37-1's timing requirements, defendants are available to meet-and-confer in person on DC's contemplated motion on either June 29 or July 1, 2011, when we are already scheduled to be at your office.

Keith G. Adams
Toberoff & Associates, P.C.
2049 Century Park East, Suite 3630
Los Angeles, CA 90067
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: kgadams@ipwla.com
http://www.ipwla.com

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

--- On **Mon, 6/20/11, Tokoro, Jason *<jtokoro@OMM.com>*** wrote:

From: Tokoro, Jason <jtokoro@OMM.com>
Subject: DC v. PPC - Case No. CV 10-3633
To: "'Marc Toberoff'" <mtoberoff@ipwla.com>, "'Keith Adams'" <kgadams@ipwla.com>, "'nwilliamson@ipwla.com'" <nwilliamson@ipwla.com>
Cc: "Petrocelli, Daniel" <DPetrocelli@OMM.com>, "Kline, Matthew" <MKline@OMM.com>, "Seto, Cassandra" <cseto@OMM.com>
Date: Monday, June 20, 2011, 7:50 PM

2

**EXHIBIT 7**

**78**

Counsel,

Please see attached correspondence sent on behalf of Matthew T. Kline.

**Jason H. Tokoro**
**O'Melveny & Myers LLP - Century City**
1999 Avenue of the Stars, Suite 700
Los Angeles, California  90067
Direct Dial:  (310) 246-6707
Fax:  (310) 246-6779
Email: jtokoro@omm.com

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

 please consider the environment - do you really need to print this email?