DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:  (310) 553-6700
Facsimile:   (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone:  (845) 265-2820
Facsimile:   (845) 265-2819

Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING DC COMICS' MOTION TO COMPEL THE PRODUCTION OF ALL COPIES OF THE MAY 13, 2003, LETTER**<br><br>**Judge**:　　Hon. Otis D. Wright II<br>**Magistrate**:　Hon. Ralph Zarefsky<br><br>**Hearing Date**:　Aug. 8, 2011<br>**Hearing Time**:　10:00 a.m.<br>**Courtroom**:　540<br>**Discovery Cutoff**:　None Set<br>**Pretrial Conference**:　None Set<br>**Trial**:　None Set |

1  Good cause appearing, IT IS HEREBY ORDERED that plaintiff DC Comics' Motion To Compel The Production Of All Copies Of The May 13, 2003, Letter is GRANTED; and:

By no later than August 10, 2011, defendants are ordered to produce all distinct copies of the May 13, 2003, letter that Michael Siegel sent to Laura Siegel Larson, including copies bearing "Q" Bates stamps. No redaction of the "Q" Bates stamps shall be allowed.

IT IS SO ORDERED.

Dated: _____
Honorable Ralph Zarefsky
Magistrate Judge, United States District Court