DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:  (310) 553-6700
Facsimile:   (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone:  (845) 265-2820
Facsimile:   (845) 265-2819

Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>            Plaintiff,<br><br>       v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>            Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**DC COMICS' NOTICE OF MOTION AND MOTION TO COMPEL THE PRODUCTION OF DENNIS LARSON DOCUMENTS**<br><br>**Judge**:         Hon. Otis D. Wright II<br>**Magistrate**:  Hon. Ralph Zarefsky<br><br>**Hearing Date**:           Aug. 8, 2011<br>**Hearing Time**:           10:00 a.m.<br>**Courtroom**:                540<br>**Discovery Cutoff**:      None Set<br>**Pretrial Conference**:  None Set<br>**Trial**:                            None Set |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that on August 8, 2011, at 10:00 a.m., or as soon thereafter as the matter may be heard by the above-entitled court, located at 255 East Temple Street, Los Angeles, California in Courtroom 540, plaintiff DC Comics will and hereby does move the Court for an order compelling defendants to search their own files, and all files in their possession, custody, or control, and to produce all non-privileged documents responsive to DC's document requests, and including arising out of the separation and divorce of Laura Siegel Larson and Dennis Larson, and a log of all additional documents withheld for privilege.

This motion is made pursuant to Rules 26, 34, and 37 of the Federal Rules of Civil Procedure and Rule 37-2 of the Local Rules of this Court on the grounds that this Court has twice ordered defendants to produce all non-privileged documents responsive to DC's requests, but defendants have failed to do so with respect to, *inter alia*, documents from the Larsons' separation and subsequent divorce. Pursuant to Local Rule 37-1, DC attempted unsuccessfully to resolve its disputes with defendants and therefore respectfully seeks the assistance of the Court.

This motion is based on this Notice of Motion and Motion; DC's portion of the accompanying joint stipulation; the accompanying Declaration of Aaron Hayden and exhibits in support thereof; the Proposed Order DC has submitted herewith; any supplemental memoranda that may be filed pursuant to Local Rule 37; all exhibits, files, and records on file in this action; matters of which judicial notice may be taken; and such additional submissions and argument as may be presented at or before the hearing on this motion.

Dated:     July 18, 2011                Respectfully Submitted,
                                        O'MELVENY & MYERS LLP

                                        By: /s/ Daniel M. Petrocelli
                                            Daniel M. Petrocelli
                                        Attorneys for Plaintiff DC Comics