# EXHIBIT D

**Attachments:**	Stipulation re Dennis Larson Documents.doc; 6.1 Letter from M. Kline.pdf

---

**From:** Seto, Cassandra
**Sent:** Wednesday, June 01, 2011 9:50 AM
**To:** Marc Toberoff; Keith Adams; Nicholas Williamson
**Cc:** 'rkendall@kbkfirm.com'; Laura Brill; Nicholas Daum; Petrocelli, Daniel; Kline, Matthew
**Subject:** DC v. PPC

Please see the attached and below from Matt Kline.

\*       \*       \*

Marc,

In response to your letter of last night, I can talk at 11:30 a.m. PDT today. Please send us a dial-in number. I will not be at my desk.

As to your other points (which we dispute unless otherwise indicated):

1. We need the documents responsive to requests 35-38 delivered to our offices, by hand, by no later than 10 a.m. PDT on June 17, 2011. Please confirm you will deliver them by then.

2. Attached find a Rule 37 letter on DC's "Other RFPs." Let's set a time tomorrow or Friday to discuss them. You have already served your responses under Rule 34; we don't agree with your desire to create more delay by re-starting the Rule 34 response process.

3. Attached find a proposed stipulation on the Dennis Larson documents. Please let us know if you agree with it. Your proposals regarding these documents have been too narrow, as we have discussed.

All DC's rights and remedies are reserved.

Matt


**Cassandra L. Seto**
**O'Melveny & Myers LLP**
1999 Avenue of the Stars, Suite 700, Los Angeles, California 90067
Telephone: 310.246.6703 | Facsimile: 310.246.6779

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

1

| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #097802) |
|   | dpetrocelli@omm.com |
| 2 | MATTHEW T. KLINE (S.B. #211640) |
|   | mkline@omm.com |
| 3 | CASSANDRA L. SETO (S.B. #246608) |
|   | cseto@omm.com |
| 4 | O'MELVENY & MYERS LLP |
|   | 1999 Avenue of the Stars, 7th Floor |
| 5 | Los Angeles, CA 90067-6035 |
|   | Telephone: (310) 553-6700 |
| 6 | Facsimile: (310) 246-6779 |

PATRICK T. PERKINS (admitted *pro hac vice*)
pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819

Attorneys for Plaintiff DC Comics

(continued on next page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS, | Case No. CV 10-3633 ODW (RZx) |
| Plaintiff, | **DISCOVERY MATTER** |
| v. | **JOINT STIPULATION RE: DENNIS LARSON DOCUMENTS** |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive, | **Judge**: Hon. Otis D. Wright II<br>**Magistrate**: Hon. Ralph Zarefsky<br><br>**Complaint Filed**: May 14, 2010<br>**Trial Date**: None Set |
| Defendants. | |

JOINT STIPULATION RE:
DENNIS LARSON DOCUMENTS

Exhibit D
76

1  (continued from previous page)

2  MARC TOBEROFF (S.B. #188547)
    mtoberoff@ipwla.com
3  NICHOLAS C. WILLIAMSON (S.B. #231124)
    nwilliamson@ipwla.com
4  KEITH G. ADAMS (S.B. #240497)
    kgadams@ipwla.com
5  TOBEROFF & ASSOCIATES, P.C.
6  2049 Century Park East, Suite 2720
   Los Angeles, California 90067
7  Telephone:  (310) 246-3333
8  Facsimile:   (310) 246-3101

9  Attorneys for Defendants Mark Warren
   Peary, Jean Peavy, and Laura Siegel Larson
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION RE:
DENNIS LARSON DOCUMENTS

Exhibit D
77

Plaintiff DC Comics ("DC") and the relevant defendant Laura Siegel Larson ("Ms. Larson"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, DC served Requests for Production of Documents on Ms. Larson on August 17, 2010, seeking, *inter alia*, "All DOCUMENTS" relating to the divorce proceedings between Ms. Larson and Dennis Larson, which implicated the Superman and Superboy rights at issue in the above-entitled action;

WHEREAS, Magistrate Zarefsky issued an order on April 11, 2011, providing that: "The Dennis Larson documents … shall be produced" by Ms. Larson by April 18, 2011, Docket No. 209 at 12:18-13:7;

WHEREAS, Ms. Larson produced certain correspondence relating to Mr. Larson on April 18, 2011, but did not produce all correspondence during the relevant time period (January 2000 to the present); attachments to correspondence; or any documents aside from correspondence;

WHEREAS, the parties have met and conferred on this matter and wish to avoid burdening the Court with further motion practice;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, that:

(1)   By no later than 6:00 p.m. PDT on June 6, 2011, Ms. Larson will produce to DC all non-privileged documents relating to the divorce proceedings between Ms. Larson and Dennis Larson, including, but not limited to:

(a)   All relevant "documents," as defined in DC's Requests for Production and reprinted below:

> "DOCUMENT" shall be interpreted in its broadest sense to include any and all "documents" and "other tangible things" as those terms are understood in Federal Rule of Civil Procedure 34, including, without limitation, any "writing," "recording," or "photograph" as those terms are defined in Federal Rule of Evidence 1001. This shall include, but is not limited to: e-mail, audio or video recordings, correspondence, letters, phone messages, notes, memoranda, facsimiles, publications, contracts, agreements, calendars, drafts of proposed contracts or agreements, papers, and photographs.

1         (b)    Any and all attachments and enclosures to responsive
2 documents;
3         (c)    Any and all discovery requests and/or responses;
4         (d)    Any and all documents in Ms. Larson's personal possession,
5 custody, or control;
6         (e) Any and all documents in the possession, custody, or control of any
7 person acting on behalf of Ms. Larson, including—but not limited to—her
8 attorneys, representatives, agents, and employees;
9     (2)    Notwithstanding the above, Ms. Larson does not need to produce any
10 pleadings, motion papers, or other litigation documents publicly filed with the
11 Superior Court—except to the extent that such documents were attached to or
12 enclosed with relevant correspondence; and
13     (3)    Ms. Larson is required to list on a privilege log any and all documents
14 over which she asserts privilege, aside from communications between Ms. Larson
15 and her divorce counsel.
16 IT IS SO STIPULATED.

Dated:     June __, 2011          Respectfully Submitted,

O'MELVENY & MYERS LLP

By: _____
    Daniel M. Petrocelli
    Attorneys for Plaintiff DC Comics

Dated:     June __, 2011          Respectfully Submitted,

TOBEROFF & ASSOCIATES, P.C.

By: _____
    Marc Toberoff
    Attorneys for Defendants Laura
    Siegel Larson, Mark Warren Peary,
    and Jean Adele Peavy