# EXHIBIT E

**From**: Marc Toberoff [mailto:mtoberoff@ipwla.com]
**Sent**: Thursday, June 02, 2011 07:10 PM
**To**: Kline, Matthew
**Subject**: Re: DC v. PPC re: Dennis Larson Documents

Matt:

We disagree for all the reasons previously stated and believe your rigid stance regarding Ms. Larson's divorce proceedings is unreasonable and that your contemplated motion, like so many other motions to compel you have brought in this case, is thoroughly unnecessary.

Marc

On Thu, Jun 2, 2011 at 5:43 PM, Kline, Matthew <MKline@omm.com> wrote:

Marc,

You are misstating our position; defendants are refusing to comply with a court order; and defendants are refusing a reasonable compromise that would obviate a motion. We will move to compel these documents and seek our fees and costs for having to enforce defendants' compliance.

All rights are reserved.

Matt

**From:** marc.toberoff@gmail.com [mailto:marc.toberoff@gmail.com] **On Behalf Of** Marc Toberoff
**Sent:** Thursday, June 02, 2011 4:58 PM
**To:** Kline, Matthew
**Cc:** Seto, Cassandra; Petrocelli, Daniel; Keith Adams
**Subject:** DC v. PPC re: Dennis Larson Documents

Matt:

We have addressed point (1) and will address point (2) in other correspondence.

Your proposed stipulation regarding Ms. Larson's marginally relevant divorce proceedings is unacceptable, for the reasons repeatedly set out during the parties' prior meet-and-confer exchanges, including my May 6 and May 11, 2011 letters.

Moreover, your proposed stipulation goes far beyond DC's original proposals. For example, while DC requested in our meet-and-confer, and its motion to compel for post-separation communications between Laura Siegel Larson and Dennis Larson; your stipulation now asks for all "DOCUMENTS," a much broader category.

We interpret your statement that our proposals are "too narrow," in conjunction with your proposed stipulation, as a rejection of the reasonable compromise offered in our May 6, 2011 letter. Please be advised that in the event we are required to oppose your contemplated motion as to documents relating to Ms. Larson's divorce proceedings, our May 6 compromise offer will be withdrawn.

Defendants reserve all rights and remedies.

Marc