DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:  (310) 553-6700
Facsimile:  (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone:  (845) 265-2820
Facsimile:  (845) 265-2819

Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>  Plaintiff,<br><br>  v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>  Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING DC COMICS' MOTION TO COMPEL THE PRODUCTION OF DENNIS LARSON DOCUMENTS**<br><br>**Judge**:     Hon. Otis D. Wright II<br>**Magistrate**: Hon. Ralph Zarefsky<br><br>**Hearing Date**:  Aug. 8, 2011<br>**Hearing Time**:  10:00 a.m.<br>**Courtroom**:    540<br>**Discovery Cutoff**: None Set<br>**Pretrial Conference**: None Set<br>**Trial**:          None Set |

1   Good cause appearing, IT IS HEREBY ORDERED that plaintiff DC
2   Comics' Motion To Compel The Production Of Dennis Larson Documents is
3   GRANTED; and:
4   By no later than August 22, 2011, defendants are ordered to produce all non-
5   privileged documents (other than public court filings) responsive to DC's document
6   requests set forth at Docket No. 161-15, and including arising out of the separation
7   and divorce of Laura Siegel Larson and Dennis Larson.  Defendants shall search
8   their own files, and all files in their possession, custody, or control for such
9   responsive documents (including all those in response to DC's Request Nos. 6, 8,
10  10, and 12, *id.*), and this search shall include the offices and/or files of Toberoff &
11  Associates, P.C., Pacific Pictures Corporation, IP Worldwide, LLC, IPW, LLC, and
12  Jennifer Harding, Esq.  By September 12, 2011, defendants shall produce a
13  privilege log of all additional documents being withheld on any privilege grounds.

15  IT IS SO ORDERED.

17  Dated: _____
                                    Honorable Ralph Zarefsky
18                                  Magistrate Judge, United States District Court