1  DANIEL M. PETROCELLI (S.B. #097802)
     dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
     mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
     cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA  90067-6035
   Telephone:  (310) 553-6700
6  Facsimile:   (310) 246-6779

7  PATRICK T. PERKINS (admitted *pro hac vice*)
     pperkins@ptplaw.com
8  PERKINS LAW OFFICE, P.C.
   1711 Route 9D
9  Cold Spring, NY 10516
   Telephone:  (845) 265-2820
10 Facsimile:   (845) 265-2819

11 Attorneys for Plaintiff DC Comics

12                    **UNITED STATES DISTRICT COURT**

13                   **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 14  DC COMICS, | Case No. CV 10-3633 ODW (RZx) |
| 15          Plaintiff, | **DISCOVERY MATTER** |
| 16     v. | **DC COMICS' NOTICE OF MOTION AND MOTION TO COMPEL THE PRODUCTION OF ALL COMMUNICATIONS WITH THE GOVERNMENT RE: TOBEROFF TIMELINE** |
| 17  PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive, | |
| | **Judge**:  Hon. Otis D. Wright II |
| | **Magistrate**:  Hon. Ralph Zarefsky |
| | **Hearing Date**:  Aug. 8, 2011 |
| | **Hearing Time**:  10:00 a.m. |
| | **Courtroom**:  540 |
| | **Discovery Cutoff**:  None Set |
| | **Pretrial Conference**:  None Set |
| |           Defendants. | **Trial**:  None Set |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on August 8, 2011, at 10:00 a.m., or as soon thereafter as the matter may be heard by the above-entitled court, located at 255 East Temple Street, Los Angeles, California in Courtroom 540, plaintiff DC Comics will and hereby does move the Court for an order compelling defendants to produce copies of all their communications with the U.S. Attorney's Office regarding the Toberoff Timeline or David Michaels, including the 13 documents identified at entries 3130, 3147-51, 3158-61, 3217, 3228 and 3284 of the Toberoff Privilege Log.

This motion is made pursuant to Rules 26, 34, and 37 of the Federal Rules of Civil Procedure and Rule 37-2 of the Local Rules of this Court on the grounds that (1) the communications are relevant to the claims of joint-interest and attorney-client privilege that defendants have unsuccessfully asserted in this case; and (2) the Court rejected defendants' sole asserted basis for withholding the correspondence—their alleged "joint prosecution privilege" with the government. Pursuant to Local Rule 37-1, DC attempted unsuccessfully to resolve its disputes with defendants and therefore respectfully seeks the assistance of the Court.

This motion is based on this Notice of Motion and Motion; DC's portion of the accompanying joint stipulation; the accompanying Declaration of Aaron Hayden and exhibits in support thereof; the Proposed Order DC has submitted herewith; any supplemental memoranda that may be filed pursuant to Local Rule 37; all exhibits, files, and records on file in this action; matters of which judicial notice may be taken; and such additional submissions and argument as may be presented at or before the hearing on this motion.

Dated:      July 18, 2011                Respectfully Submitted,
                                         O'MELVENY & MYERS LLP

                                         By: /s/ Daniel M. Petrocelli
                                             Daniel M. Petrocelli
                                         Attorneys for Plaintiff DC Comics