DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819

Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>             Plaintiff,<br><br>       v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>             Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF AARON HAYDEN IN SUPPORT OF DC COMICS' MOTION TO COMPEL THE PRODUCTION OF ALL COMMUNICATIONS WITH THE GOVERNMENT RE: TOBEROFF TIMELINE**<br><br>**Judge**:       Hon. Otis D. Wright II<br>**Magistrate**: Hon. Ralph Zarefsky<br><br>**Hearing Date**:       August 8, 2011<br>**Hearing Time**:       10:00 a.m.<br>**Courtroom**:          540<br>**Discovery Cutoff**:   None Set<br>**Pretrial Conference**: None Set<br>**Trial**:               None Set |

**DECLARATION OF AARON HAYDEN**

I, Aaron Hayden, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am an associate at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in Support of DC Comics' Motion to Compel The Production Of All Communications With The Government Re: Toberoff Timeline. I have personal knowledge of the matters set forth in this declaration.

2. Attached hereto as Exhibit A is a true and correct copy of the transcript of the April 25, 2011, hearing held before this Court.

3. Attached hereto as Exhibit B is a true and correct copy of a letter from my colleague, Matthew T. Kline, to Richard Kendall and Marc Toberoff, counsel for defendants, dated June 1, 2011.

4. Attached hereto as Exhibit C is a true and correct copy of a letter from Mr. Toberoff to Mr. Kline dated June 13, 2011.

5. On June 13, my colleagues Mr. Kline, Cassandra Seto, and I conducted a meet-and-confer with defendants' counsel Mr. Toberoff and Keith Adams concerning the instant motion and DC's outstanding discovery requests. Mr. Kline requested that defendants produce all of they and their counsels' correspondence with the U.S. Attorney's Office because defendants' basis for refusing to do so— *i.e.*, a claimed "joint prosecution privilege" with the government—was rejected by the Court in its May 25, 2011, order. Mr. Toberoff refused, stating that the communications were irrelevant and that the Court had denied DC's motion seeking these communications. Mr. Kline disputed these claims.

6. Attached hereto as Exhibit D is a true and correct copy of defendants' Petition for a Writ of Mandamus Reversing Waiver of Privilege on Stolen Privileged Documents Produced to the United States Attorney's Office Pursuant to

- 1 -   A. HAYDEN DECLARATION IN SUPPORT OF DC'S MOTION TO COMPEL

1  a Grand Jury Subpoena and a Confidentiality Agreement dated June 30, 2011, filed
2  in the United States Court of Appeals for the Ninth Circuit.
3      I declare under penalty of perjury under the laws of the United States that the
4  foregoing is true and correct and that this declaration is executed this 8th day of
5  July 2011 at Los Angeles, California.

                                                  _____
                                                  Aaron Hayden