# EXHIBIT B

# O'MELVENY & MYERS LLP

BEIJING

BRUSSELS

HONG KONG

LONDON

LOS ANGELES

NEWPORT BEACH

NEW YORK

1999 Avenue of the Stars, 7th Floor
Los Angeles, California  90067-6035

TELEPHONE  (310) 553-6700
FACSIMILE  (310) 246-6779
www.omm.com

SAN FRANCISCO

SHANGHAI

SILICON VALLEY

SINGAPORE

TOKYO

WASHINGTON, D.C.

June 1, 2011

OUR FILE NUMBER
905,900-321

**VIA E-MAIL**

WRITER'S DIRECT DIAL
(310) 246-6840

Richard Kendall
Kendall Brill & Klieger LLP
10100 Santa Monica Boulevard, Suite 1725
Los Angeles, California 90067

WRITER'S E-MAIL ADDRESS
mkline@omm.com

Marc Toberoff
Toberoff & Associates, P.C.
2049 Century Park East, Suite 3630
Los Angeles, California 90067

Re:    *DC Comics v. Pacific Pictures Corp. et al.*, CV-10-3633 (ODW) (RZx)

Dear Counsel:

      In response to Magistrate Zarefsky's May 25 order, and in an effort to avoid further Court intervention to resolve the parties' disputes, below are DC's proposals to limit the scope of certain requests for production and DC's identification of document requests it believes have not been fully responded to by defendants.  Pursuant to Local Rule 37, we request a conference to discuss these document requests.  This letter is not meant to be a comprehensive recitation of all the deficiencies at issue, and DC reserves all rights.

**PART I - DC's Proposals**

**Requests for Production to Defendant Marc Toberoff**

Request No. 5

- Original:  All DOCUMENTS RELATING to SUPERMAN and/or SUPERBOY.

- Proposed 5(a):  All DOCUMENTS RELATING to any interest the SIEGEL HEIRS' claim in SUPERMAN and/or SUPERBOY.

- Proposed 5(b):  All DOCUMENTS RELATING to any interest the SHUSTER HEIRS' claim in SUPERMAN and/or SUPERBOY.

O'MELVENY & MYERS LLP
June 1, 2011 - Page 2

Request No. 9

- Original:  ALL DOCUMENTS RELATING to any of the DEFENDANTS OBTAINED by YOU prior to YOUR initial contact with any of them.

- Proposed 9(a):  All DOCUMENTS RELATING to the SIEGEL HEIRS OBTAINED by YOU prior to YOUR initial contact with each of them.

- Proposed 9(b):  All DOCUMENTS RELATING to the SHUSTER HEIRS OBTAINED by YOU prior to YOUR initial contact with each of them.

Request No. 12

- Original:  All DOCUMENTS RELATING to or affecting the disposition, division, or ownership of any rights in SUPERMAN and/or SUPERBOY.

- Proposed:  All DOCUMENTS created during or since 2000 RELATING to or affecting the disposition, division, or ownership of any rights in SUPERMAN and/or SUPERBOY.

Request No. 13

- Original:  All DOCUMENTS RELATING to or affecting the division of revenue, proceeds, or other profits regarding SUPERMAN and/or SUPERBOY.

- Proposed:  All DOCUMENTS created during or since 2000 RELATING to or affecting the division of revenue, proceeds, or other profits regarding SUPERMAN and/or SUPERBOY.

Request No. 14

- Original:  All DOCUMENTS RELATING to or affecting the division of any settlement proceeds regarding SUPERMAN and/or SUPERBOY.

- Proposed:  All DOCUMENTS created during or since 2000 RELATING to or affecting the division of any settlement proceeds regarding SUPERMAN and/or SUPERBOY.

O'MELVENY & MYERS LLP
June 1, 2011 - Page 3

Request No. 15

- Original:  All DOCUMENTS RELATING to the potential sale, assignment, license, or other disposition of any rights RELATING to SUPERMAN and/or SUPERBOY, including but not limited to any solicitation, offer, option, or proposed agreement.

- Proposed:  All DOCUMENTS created during or since 2000 RELATING to the potential sale, assignment, license, or other disposition of any rights RELATING to SUPERMAN and/or SUPERBOY, including but not limited to any solicitation, offer, option, or proposed agreement.

Request No. 18

- Original:  All DOCUMENTS RELATING to the valuation of any past, current, or potential ownership interest in SUPERMAN and/or SUPERBOY.

- Proposed:  All DOCUMENTS created during or since 1995 RELATING to the valuation of any past, current, or potential ownership interest in SUPERMAN and/or SUPERBOY.

Request No. 27

- Original:  All DOCUMENTS RELATING to YOUR introduction to the SIEGEL HEIRS.

  This is the request as originally proposed.  Defendants' objection misquoted DC's request.

Request No. 28

- Original:  All DOCUMENTS RELATING to YOUR introduction to the SHUSTER HEIRS.

  This is the request as originally proposed.  Defendants' objection misquoted DC's request.

Request No. 29

- Original:  All DOCUMENTS RELATING to the transfer of any property or interest between or among YOU and any DEFENDANT.

- Proposed:  All DOCUMENTS RELATING to the transfer of any property or interest in SUPERMAN and/or SUPERBOY between or among YOU and any DEFENDANT.

O'MELVENY & MYERS LLP

June 1, 2011 - Page 4

Request No. 30

- Original:  All COMMUNICATIONS RELATING to any disclosure of a potential or actual conflict of interest by or to YOU or any DEFENDANT.

- Proposed:  All COMMUNICATIONS RELATING to any disclosure of a potential or actual conflict of interest by or to YOU, the SIEGEL HEIRS, or SHUSTER HEIRS.

Request No. 31

- Original:  All DOCUMENTS RELATING to any waiver or acknowledgement of a potential or actual conflict of interest by or to YOU or any DEFENDANT.

- Proposed:  All DOCUMENTS RELATING to any waiver or acknowledgement of a potential or actual conflict of interest by or to YOU, the SIEGEL HEIRS, or SHUSTER HEIRS.

Request No. 32

- Original:  All DOCUMENTS RELATING to any past, current, or planned partnership or strategic alliance between YOU and any individual or entity RELATING to any DEFENDANT.

- Proposed:  All DOCUMENTS created during or since 2000 RELATING to any past, current, or planned partnership or strategic alliance between YOU and any individual or entity RELATING to any purported interest in SUPERMAN and/or SUPERBOY.

Request No. 40

- Original:  All DOCUMENTS RELATING to the letter agreement dated October 27, 2003 that YOU signed with the SHUSTER HEIRS.

This is the request as originally proposed.  Other than the specific communication targeted, this request mirrors Request No. 34, as to which defendants agreed to produce documents.

Request No. 41

- Original:  All DOCUMENTS RELATING to the letter dated September 10, 2004 that YOU signed with the SHUSTER HEIRS.

This is the request as originally proposed.  Other than the specific communication targeted, this request mirrors Request No. 34, as to which defendants agreed to produce documents.

O'Melveny & Myers llp
June 1, 2011 - Page 5

Request No. 42

- Original:  All DOCUMENTS RELATING to any COMMUNICATION between YOU and Kevin Marks.

- Proposed 42(a):  All DOCUMENTS RELATING to any COMMUNICATION between YOU and Kevin Marks RELATING to the SIEGEL HEIRS.

- Proposed 42(b):  All DOCUMENTS RELATING to any COMMUNICATION between YOU and Kevin Marks RELATING to the SHUSTER HEIRS.

Request No. 44

- Original:  All DOCUMENTS RELATING to the letter dated August 9, 2002 from Kevin Marks to Joanne and/or Laura Siegel.

This is the request as originally proposed.  Other than the specific communication targeted, this request mirrors Request No. 34, as to which defendants agreed to produce documents.

Request No. 46

- Original:  All DOCUMENTS RELATING to any COMMUNICATION between YOU and Michael Siegel RELATING to the rights in SUPERMAN and/or SUPERBOY.

- Proposed:  All DOCUMENTS RELATING to any COMMUNICATION between YOU and Michael Siegel or his representatives RELATING to the SIEGEL HEIRS' purported rights in SUPERMAN and/or SUPERBOY.

Request No. 48

- Original:  All DOCUMENTS RELATING to any COMMUNICATION between or among Laura Siegel Larson and Michael Siegel.

- Proposed:  All DOCUMENTS RELATING to any COMMUNICATION between Joanne Siegel and/or Laura Siegel Larson, on one hand, and Michael Siegel or his representatives on the other hand.

Request No. 52

- Original:  All DOCUMENTS RELATING to the letter agreement dated October 3, 2002 that YOU signed on behalf of DEFENDANT IP Worldwide, LLC, and any revisions, modifications, or adjustments thereto.

O'MELVENY & MYERS LLP

June 1, 2011 - Page 6

This is the request as originally proposed.  Other than the specific communication targeted, this request mirrors Request No. 34, as to which defendants agreed to produce documents.

Request No. 53

- Original:  All DOCUMENTS RELATING to the Notice of Termination of Transfer Covering Extended Renewal Term:  Superboy served on behalf of the SIEGEL HEIRS on or around November 8, 2002.

- Proposed:  All DOCUMENTS created from 1995-2002 RELATING to the Notice of Termination of Transfer Covering Extended Renewal Term:  Superboy served on behalf of the SIEGEL HEIRS on or around November 8, 2002.

Request No. 54

- Original:  All DOCUMENTS RELATING to the Transfer Covering Extended Copyright Renewal Term of "Superman" served on behalf of the Estate of Joseph Shuster on November 10, 2003.

- Proposed:  All DOCUMENTS created from 2001-2003 RELATING to the Transfer Covering Extended Copyright Renewal Term of "Superman" served on behalf of the Estate of Joseph Shuster on November 10, 2003.

Request No. 56

- Original:  All DOCUMENTS RELATING to your role and ownership interest in Pacific Pictures Corporation, including, articles of organization, operating agreements, minutes, capital tables or other DOCUMENTS evidencing capital accounts or capital structure, filings, income statements, business plans, etc.

- Proposed 56(a):  All DOCUMENTS identifying your past, present, and/or future role or position in Pacific Pictures Corporation.

- Proposed 56(b):  All DOCUMENTS identifying your past and/or present ownership interest in Pacific Pictures Corporation.

- Proposed 56(c):  All DOCUMENTS involved in the formation of Pacific Pictures Corporation, including, articles of organization, operating agreements, minutes, filings, business plans.

- Proposed 56(d):  All DOCUMENTS evidencing Pacific Pictures Corporation's past and/or present capital structure, including capital tables or other DOCUMENTS evidencing capital accounts or capital structure.

O'MELVENY & MYERS LLP
June 1, 2011 - Page 7

Request No. 57

- Original:  All DOCUMENTS RELATING to your role and ownership interest in IP Worldwide, LLC, including, articles of organization, operating agreements, minutes, capital tables or other DOCUMENTS evidencing capital accounts or capital structure, filings, income statements, business plans, etc.

- Proposed 56(a):  All DOCUMENTS identifying your past, present, and/or future role or position in IP Worldwide, LLC.

- Proposed 56(b):  All DOCUMENTS identifying your past and/or present ownership interest in IP Worldwide, LLC.

- Proposed 56(c):  All DOCUMENTS involved in the formation of IP Worldwide, LLC, including, articles of organization, operating agreements, minutes, filings,  business plans.

- Proposed 56(d):  All DOCUMENTS evidencing IP Worldwide, LLC's past and/or present capital structure, including capital tables or other DOCUMENTS evidencing capital accounts or capital structure.

Request No. 58

- Original:  All DOCUMENTS RELATING to your role and ownership interest in IPW, LLC, including, articles of organization, operating agreements, minutes, capital tables or other DOCUMENTS evidencing capital accounts or capital structure, filings, income statements, business plans, etc.

- Proposed 56(a):  All DOCUMENTS identifying your past, present, and/or future role or position in IPW, LLC.

- Proposed 56(b):  All DOCUMENTS identifying your past and/or present ownership interest in IPW, LLC.

- Proposed 56(c):  All DOCUMENTS involved in the formation of IPW, LLC, including, articles of organization, operating agreements, minutes, filings,  business plans.

- Proposed 56(d):  All DOCUMENTS evidencing IPW, LLC's past and/or present capital structure, including capital tables or other DOCUMENTS evidencing capital accounts or capital structure.

O'MELVENY & MYERS LLP
June 1, 2011 - Page 8

**Requests for Production to Defendant Pacific Pictures Corporation**

Request No. 5

- Original:  All DOCUMENTS RELATING to SUPERMAN and/or SUPERBOY.

- Proposed 5(a):  All DOCUMENTS RELATING to any interest the SIEGEL HEIRS' claim in SUPERMAN and/or SUPERBOY.

- Proposed 5(b):  All DOCUMENTS RELATING to any interest the SHUSTER HEIRS' claim in SUPERMAN and/or SUPERBOY.

Request No. 15

- Original:  All DOCUMENTS RELATING to the valuation of any past, current, or potential ownership interest in SUPERMAN and/or SUPERBOY.

- Proposed:  All DOCUMENTS created since 1995 RELATING to the valuation of any past, current, or potential ownership interest in SUPERMAN and/or SUPERBOY.

Request No. 19

- Original:  All DOCUMENTS RELATING to YOUR introduction to and involvement with the SHUSTER HEIRS.

- Proposed:  All DOCUMENTS RELATING to YOUR introduction to the SHUSTER HEIRS.

Request No. 23

- Original:  All DOCUMENTS RELATING to YOUR past and current ownership and management structure, including operating agreements, by-laws, capitalization schedules, capital accounts, shares, filings, and other financial forms.

- Proposed:  All DOCUMENTS identifying YOUR past and current ownership and management structure, including operating agreements, by-laws, capitalization schedules, capital accounts, shares, filings, and other financial forms.

Request No. 24

- Original:  All DOCUMENTS RELATING to the Memorandum of Agreement dated February 2, 2002 that YOU entered into with Ari Emanuel.

O'MELVENY & MYERS LLP
June 1, 2011 - Page 9

       This is the request as originally proposed.  Other than the specific communication
targeted, this request mirrors Marc Toberoff Request No. 34, as to which defendants agreed to
produce documents.

<u>Request No. 25</u>

- Original:  All DOCUMENTS RELATING to any contributions by YOU to the IP
  Worldwide joint venture.

- Proposed:  All DOCUMENTS identifying any contributions by YOU to the IP
  Worldwide joint venture.

<u>Request No. 27</u>

- Original:  All DOCUMENTS RELATING to the letter agreement dated October 27, 2003
  that YOU entered into with the SHUSTER HEIRS.

       This is the request as originally proposed.  Other than the specific communication
targeted, this request mirrors Marc Toberoff Request No. 34, as to which defendants agreed to
produce documents.

<u>Request No. 28</u>

- Original:  All DOCUMENTS RELATING to the letter dated September 10, 2004 that
  YOU signed with the SHUSTER HEIRS.

       This is the request as originally proposed.  Other than the specific communication
targeted, this request mirrors Marc Toberoff Request No. 34, as to which defendants agreed to
produce documents.

<u>Request No. 29</u>

- Original:  All DOCUMENTS RELATING to the formation of PACIFIC PICTURES.

- Proposed:  All DOCUMENTS involved in the formation of PACIFIC PICTURES,
  including, articles of organization, operating agreements, minutes, filings,  business
  plans.

<u>Request No. 30</u>

- Original:  All DOCUMENTS RELATING to the current corporate status of PACIFIC
  PICTURES.

- Proposed:  All DOCUMENTS identifying the current corporate status of PACIFIC
  PICTURES.

O'MELVENY & MYERS LLP

June 1, 2011 - Page 10

Request No. 33

- Original:  All DOCUMENTS RELATING to any individual or entity that currently holds property or interests formerly held by PACIFIC PICTURES.

- Proposed:  All DOCUMENTS indentifying any individual or entity that currently holds property or interests formerly held by PACIFIC PICTURES.

**Requests for Production to Defendant IP Worldwide, LLC**

Request No. 5

- Original:  All DOCUMENTS RELATING to SUPERMAN and/or SUPERBOY.

- Proposed 5(a):  All DOCUMENTS RELATING to the SIEGEL HEIRS' purported interest in SUPERMAN and/or SUPERBOY.

- Proposed 5(b):  All DOCUMENTS RELATING to the SHUSTER HEIRS' purported interest in SUPERMAN and/or SUPERBOY.

Request No. 15

- Original:  All DOCUMENTS RELATING to the valuation of any past, current, or potential ownership interest in SUPERMAN and/or SUPERBOY.

- Proposed:  All DOCUMENTS created since 1995 RELATING to the valuation of any past, current, or potential ownership interest in SUPERMAN and/or SUPERBOY.

Request No. 18

- Original:  All DOCUMENTS RELATING to YOUR introduction to and involvement with the SIEGEL HEIRS.

- Proposed:  All DOCUMENTS RELATING to YOUR introduction to the SIEGEL HEIRS.

Request No. 24

- Original:  All DOCUMENTS RELATING to the Memorandum of Agreement dated February 2, 2002 that YOU entered into with Ari Emanuel.

  This is the request as originally proposed.  Other than the specific communication targeted, this request mirrors Marc Toberoff Request No. 34, as to which defendants agreed to produce documents.

O'MELVENY & MYERS LLP
June 1, 2011 - Page 11

Request No. 25

- Original:  All DOCUMENTS RELATING to the contributions of DEFENDANTS Marc Toberoff and Pacific Pictures Corporation to IP WORLDWIDE.

- Proposed:  All DOCUMENTS identifying contributions of DEFENDANTS Marc Toberoff and Pacific Pictures Corporation to IP WORLDWIDE.

Request No. 27

- Original:  All DOCUMENTS RELATING to the letter agreement dated October 3, 2002—and any revisions, modifications, or adjustments thereto—that IP WORLDWIDE signed with the SIEGEL HEIRS.

This is the request as originally proposed.  Other than the specific communication targeted, this request mirrors Request No. 34 to Mr. Toberoff, as to which defendants agreed to produce documents.

Request No. 28

- Original:  All DOCUMENTS RELATING to the identification of IP WORLDWIDE on the Document Cover Sheet for Recordation of Documents filed with the Transfer Covering Extended Copyright Renewal Term of "Superman" served on behalf of the Estate of Joseph Shuster on November 10, 2003.

- Proposed:  All DOCUMENTS created from 2001-2003 RELATING to the identification of IP WORLDWIDE on the Document Cover Sheet for Recordation of Documents filed with the Transfer Covering Extended Copyright Renewal Term of "Superman" served on behalf of the Estate of Joseph Shuster on November 10, 2003.

Request No. 29

- Original:  All DOCUMENTS RELATING to the formation of IP WORLDWIDE.

- Proposed:  All DOCUMENTS involved in the formation of IP WORLDWIDE, including, articles of organization, operating agreements, minutes, filings,  business plans.

Request No. 30

- Original:  All DOCUMENTS RELATING to the current corporate status of IP WORLDWIDE.

- Proposed:  All DOCUMENTS identifying the current corporate status of IP WORLDWIDE.

O'MELVENY & MYERS LLP
June 1, 2011 - Page 12

Request No. 33

- Original:  All DOCUMENTS RELATING to any past, current, or planned property in which IP WORLDWIDE held, holds, or will hold an interest.

- Proposed:  All DOCUMENTS identifying any past, current, or planned property in which IP WORLDWIDE held, holds, or will hold an interest.

Request No. 34

- Original:  All DOCUMENTS RELATING to any individual or entity that currently holds property or interests formerly held by IP WORLDWIDE.

- Proposed:

**Requests for Production to Defendant IPW, LLC**

Request No. 24

- Original:  All DOCUMENTS RELATING to the formation of IPW.

- Proposed:  All DOCUMENTS involved in the formation of IPW, including, articles of organization, operating agreements, minutes, filings, business plans.

Request No. 25

- Original:  All DOCUMENTS RELATING to the current corporate status of IPW.

- Proposed:  All DOCUMENTS identifying the current corporate status of IPW.

Request No. 26

- Original:  All DOCUMENTS RELATING to the past and current ownership and management structure of IPW, including operating agreements, capitalization schedules, capital accounts, filings, and other financial forms.

- Proposed:  All DOCUMENTS identifying the past and current ownership and management structure of IPW, including operating agreements, capitalization schedules, capital accounts, filings, and other financial forms.

Request No. 29

- Original:  All DOCUMENTS RELATING to any individual or entity that currently holds property or interests formerly held by IPW.

O'MELVENY & MYERS LLP
June 1, 2011 - Page 13

- Proposed:  All DOCUMENTS identifying any individual or entity that currently holds property or interests formerly held by IPW.

## PART II

DC seeks clarification of objections to certain requests for which defendants (1) agreed to produce non-privileged, responsive documents but have produced no new documents in this case; (2) agreed to produce non-privileged, responsive documents but have produced extremely limited new documents in this case; or (3) refused to produce any documents.  DC has reason to believe that additional non-privileged, responsive documents exist, but have not been produced.

### A.    Agreements Between or Among Defendants

The requests in this section all relate to various agreements between or among defendants.  No new agreements have been produced in this case, despite the existence of at least one consent agreement between defendants, and at least one agreement related to the payment of a portion of any Superboy recovery by the Siegels to the Shusters.  Moreover, defendants have produced no drafts of agreements or correspondence evidencing negotiation of the agreements that have been previously produced.  Unless it is defendants' position that the Siegels or Shusters signed the first draft of their various agreements with IP Worldwide, Pacific Pictures Corporation, etc., such drafts and/or correspondence exist and should be produced to DC immediately.  Defendants also have not produced any of the documentation required by the California Rules of Professional Conduct where an attorney engages in a business transaction with his client—*e.g.*, disclosures, conflict waivers, and consent forms.  *See, e.g.*, *Fair v. Bakhtiari*, 2011 WL 1991999, at *1 (Cal. Ct. App. May 24, 2011) (even a "very successful" business transaction between an attorney and client may be void unless attorney follows requisite disclosure and consent procedures).

### Requests for Production to Defendant Marc Toberoff

- Request No. 3:  All agreements between or among YOU and any DEFENDANT.

- Request No. 34:  All DOCUMENTS RELATING to the letter agreement dated November 23, 2001 that YOU signed with the SHUSTER HEIRS.

- Request No. 40:  All DOCUMENTS RELATING to the letter agreement dated October 27, 2003 that YOU signed with the SHUSTER HEIRS.

- Request No. 41:  All DOCUMENTS RELATING to the letter dated September 10, 2004 that YOU signed with the SHUSTER HEIRS.

- Request No. 44:  All DOCUMENTS RELATING to the letter dated August 9, 2002 from Kevin Marks to Joanne and/or Laura Siegel.

O'MELVENY & MYERS LLP
June 1, 2011 - Page 14

## Requests for Production to Defendant Pacific Pictures Corporation

- <u>Request No. 1</u>:  All agreements between or among YOU and any DEFENDANT RELATING to the SIEGEL HEIRS' purported rights in SUPERMAN and/or SUPERBOY.

- <u>Request No. 2</u>:  All agreements between or among YOU and any DEFENDANT RELATING to the SHUSTER HEIRS' purported rights in SUPERMAN and/or SUPERBOY.

- <u>Request No. 3</u>:  All agreements between or among YOU and any third party RELATING to the SIEGEL HEIRS' purported rights in SUPERMAN and/or SUPERBOY.

- <u>Request No. 4</u>:  All agreements between or among YOU and any third party RELATING to the SHUSTER HEIRS' purported rights in SUPERMAN and/or SUPERBOY.

- <u>Request No. 20</u>:  All DOCUMENTS RELATING to the letter agreement dated November 23, 2001 that YOU entered into with the SHUSTER HEIRS.

- <u>Request No. 24</u>:  All DOCUMENTS RELATING to the Memorandum of Agreement dated February 2, 2002 that YOU entered into with Ari Emanuel.

- <u>Request No. 27</u>:  All DOCUMENTS RELATING to the letter agreement dated October 27, 2003 that YOU entered into with the SHUSTER HEIRS.

- <u>Request No. 28</u>:  All DOCUMENTS RELATING to the letter dated September 10, 2004 that YOU signed with the SHUSTER HEIRS.

## Requests for Production to Defendant IP Worldwide, LLC

- <u>Request No. 1</u>:  All agreements between or among YOU and any DEFENDANT RELATING to the SIEGEL HEIRS' purported rights in SUPERMAN and/or SUPERBOY.

- <u>Request No. 2</u>:  All agreements between or among YOU and any DEFENDANT RELATING to the SHUSTER HEIRS' purported rights in SUPERMAN and/or SUPERBOY.

- <u>Request No. 3</u>:  All agreements between or among YOU and any third party RELATING to the SIEGEL HEIRS' purported rights in SUPERMAN and/or SUPERBOY.

- <u>Request No. 4</u>:  All agreements between or among YOU and any third party RELATING to the SHUSTER HEIRS' purported rights in SUPERMAN and/or SUPERBOY.

O'MELVENY & MYERS LLP
June 1, 2011 - Page 15

- Request No. 24:  All DOCUMENTS RELATING to the Memorandum of Agreement purporting to create the IP WORLDWIDE joint venture dated February 2, 2002 between DEFENDANT Pacific Pictures Corporation and Ari Emanuel.

**Requests for Production to Defendant IPW, LLC**

- Request No. 1:  All agreements between or among YOU and any DEFENDANT RELATING to the SIEGEL HEIRS' purported rights in SUPERMAN and/or SUPERBOY.

- Request No. 2:  All agreements between or among YOU and any DEFENDANT RELATING to the SHUSTER HEIRS' purported rights in SUPERMAN and/or SUPERBOY.

- Request No. 3:  All agreements between or among YOU and any third party RELATING to the SIEGEL HEIRS' purported rights in SUPERMAN and/or SUPERBOY.

- Request No. 4:  All agreements between or among YOU and any third party RELATING to the SHUSTER HEIRS' purported rights in SUPERMAN and/or SUPERBOY.


**B.      Toberoff's Ownership Interest**

The requests in this section all implicate the Toberoff Defendants' ownership interest in the Siegels' or Shusters' copyright termination rights.  For example, the November 23, 2001 agreement between the Shusters and Pacific Pictures Corporation ("2001 PPC Agreement") required the Shusters to transfer 50% of their copyright interest to the joint venture created by that agreement.  In forming IP Worldwide, LLC, Pacific Pictures contributed its copyright interests, presumably including its portion of the Shusters' purported Superman interest.  Though the 2001 PPC Agreement and the 2003 amendment were canceled by a September 10, 2004 letter agreement, no mention was made regarding the outstanding half of the Shusters' copyright interest.  Defendants have produced no documents illuminating this key fact, and any such documents should be produced immediately.

**Requests for Production to Defendant Marc Toberoff**

- Request No. 10:  All DOCUMENTS RELATING to YOUR past, current, or potential ownership interest in any rights in SUPERMAN and/or SUPERBOY.

**Requests for Production to Defendant Pacific Pictures Corporation**

- Request No. 8:  All DOCUMENTS RELATING to YOUR ability to negotiate or enter into agreements regarding SUPERMAN and/or SUPERBOY.

O'MELVENY & MYERS LLP
June 1, 2011 - Page 16

- <u>Request No. 9</u>:  All DOCUMENTS RELATING to or affecting the disposition, division, or ownership of any rights in SUPERMAN and/or SUPERBOY.

- <u>Request No. 10</u>:  All DOCUMENTS RELATING to or affecting the division of revenue, proceeds, or other profits regarding SUPERMAN and/or SUPERBOY.

- <u>Request No. 11</u>:  All DOCUMENTS RELATING to or affecting the division of any settlement proceeds regarding SUPERMAN and/or SUPERBOY.

**Requests for Production to Defendant IP Worldwide, LLC**

- <u>Request No. 8</u>:  All DOCUMENTS RELATING to YOUR ability to negotiate or enter into agreements regarding SUPERMAN and/or SUPERBOY.

- <u>Request No. 9</u>:  All DOCUMENTS RELATING to or affecting the disposition, division, or ownership of any rights in SUPERMAN and/or SUPERBOY.

- <u>Request No. 10</u>:  All DOCUMENTS RELATING to or affecting the division of revenue, proceeds, or other profits regarding SUPERMAN and/or SUPERBOY.

- <u>Request No. 11</u>:  All DOCUMENTS RELATING to or affecting the division of any settlement proceeds regarding SUPERMAN and/or SUPERBOY.

- <u>Request No. 20</u>:  All DOCUMENTS RELATING to the transfer of any property or interest from IP WORLDWIDE to IPW, LLC.

- <u>Request No. 21</u>:  All DOCUMENTS RELATING to YOUR assertion in the Certification of Interested Parties filed on YOUR behalf in the above-entitled case on July 15, 2010 that YOU have "no pecuniary interest in the matters that are the subject of Plaintiff's Third and Sixth Causes of action."

**Requests for Production to Defendant IPW, LLC**

- <u>Request No. 8</u>:  All DOCUMENTS RELATING to YOUR ability to negotiate or enter into agreements regarding SUPERMAN and/or SUPERBOY.

- <u>Request No. 9</u>:  All DOCUMENTS RELATING to or affecting the disposition, division, or ownership of any rights in SUPERMAN and/or SUPERBOY.

- <u>Request No. 10</u>:  All DOCUMENTS RELATING to or affecting the division of revenue, proceeds, or other profits regarding SUPERMAN and/or SUPERBOY.

- <u>Request No. 11</u>:  All DOCUMENTS RELATING to or affecting the division of any settlement proceeds regarding SUPERMAN and/or SUPERBOY.

O'MELVENY & MYERS LLP
June 1, 2011 - Page 17

- Request No. 20:  All DOCUMENTS RELATING to the transfer of any property or interest from DEFENDANT IP Worldwide, LLC to IPW.

- Request No. 21:  All DOCUMENTS RELATING to YOUR assertion in the Certification of Interested Parties filed on YOUR behalf in the above-entitled case on July 15, 2010 that YOU have "no pecuniary interest in the matters that are the subject of Plaintiff's Third and Sixth Causes of action."


### C.      Marketing of Purported Superman Rights

The requests in this section all implicate efforts by Mr. Toberoff, his companies, or related entities to market the Siegels' and/or Shusters' purported interest in Superman and/or Superboy.  Mr. Toberoff has stated that he has received interest in these purported Superman rights from numerous sources, but defendants have produced only sixteen new pages of emails setting up or following up one meeting with Paramount Pictures (LSL 00085-98, 00172, 00209), and one copy of a parking pass to the Fox Studios lot (LSL 00210).  If defendants have engaged in the widespread efforts they describe to market their purported copyright interests, many more documents responsive to the requests above should exists, and any such documents should be produced immediately.

**Requests for Production to Defendant Marc Toberoff**

- Request No. 16:  All DOCUMENTS RELATING to any efforts YOU have made to sell, lease, license, or otherwise exploit any rights in SUPERMAN and/or SUPERBOY.

- Request No. 17:  All DOCUMENTS RELATING to any potential investors or other PERSONS who have expressed interest in purchasing or otherwise investing in any rights in SUPERMAN and/or SUPERBOY.

- Request No. 55:  All DOCUMENTS RELATING to any COMMUNICATIONS you have initiated with holders of putative copyright termination rights in connection with your encouraging them to exercise such copyright termination right, whether or not such right was ever exercised.

**Requests for Production to Defendant Pacific Pictures Corporation**

- Request No. 12:  All DOCUMENTS RELATING to the potential sale, assignment, license, or other disposition of any rights relating to SUPERMAN and/or SUPERBOY, including but not limited to any solicitation, offer, option, or proposed agreement.

- Request No. 13:  All DOCUMENTS RELATING to any efforts YOU have made to sell, lease, license, or otherwise exploit any rights in SUPERMAN and/or SUPERBOY.

O'MELVENY & MYERS LLP
June 1, 2011 - Page 18

- <u>Request No. 14</u>:  All DOCUMENTS RELATING to any potential investors or other PERSONS who have expressed interest in purchasing or otherwise investing in any rights in SUPERMAN and/or SUPERBOY.

**Requests for Production to Defendant IP Worldwide, LLC**

- <u>Request No. 12</u>:  All DOCUMENTS RELATING to the potential sale, assignment, license, or other disposition of any rights relating to SUPERMAN and/or SUPERBOY, including but not limited to any solicitation, offer, option, or proposed agreement.

- <u>Request No. 13</u>:  All DOCUMENTS RELATING to any efforts YOU have made to sell, lease, license, or otherwise exploit any rights in SUPERMAN and/or SUPERBOY.

- <u>Request No. 14</u>:  All DOCUMENTS RELATING to any potential investors or other PERSONS who have expressed interest in purchasing or otherwise investing in any rights in SUPERMAN and/or SUPERBOY.

**Requests for Production to Defendant IPW, LLC**

- <u>Request No. 12</u>:  All DOCUMENTS RELATING to the potential sale, assignment, license, or other disposition of any rights relating to SUPERMAN and/or SUPERBOY, including but not limited to any solicitation, offer, option, or proposed agreement.

- <u>Request No. 13</u>:  All DOCUMENTS RELATING to any efforts YOU have made to sell, lease, license, or otherwise exploit any rights in SUPERMAN and/or SUPERBOY.

- <u>Request No. 14</u>:  All DOCUMENTS RELATING to any potential investors or other PERSONS who have expressed interest in purchasing or otherwise investing in any rights in SUPERMAN and/or SUPERBOY.

D.    **Communication with U.S. Attorney's Office**

The requests in this section implicate communications with the Assistant United States Attorney's Office related to the Toberoff Timeline.  In his May 25 order, Magistrate Zarefsky found "no merit to Defendants' argument that they enjoyed a joint prosecution privilege with the United States."  All such communications should therefore be produced.

**Requests for Production to Defendant Marc Toberoff**

- <u>Request No. 19</u>:  All DOCUMENTS RELATING to any internal or external investigation YOU participated in regarding the TOBEROFF TIMELINE AUTHOR and/or TOBEROFF TIMELINE, including the findings of any such investigation.

O'MELVENY & MYERS LLP

June 1, 2011 - Page 19

- <u>Request No. 21</u>:  All DOCUMENTS RELATING to the ALLEGED GRAND JURY INVESTIGATION.

- <u>Request No. 23</u>:  All DOCUMENTS RELATING to any legal, administrative, or disciplinary action YOU have participated in regarding the TOBEROFF TIMELINE AUTHOR or the TOBEROFF TIMELINE, including any COMMUNICATIONS YOU have had with law enforcement or the state bar association.

### E.    Toberoff-Related Business Entities

The requests in this section seek documents related to the business activities of Mr. Toberoff's various businesses.  In the *Siegel* cases, DC received agreements related to these business entities but little else, and defendants have produced no responsive documents in this case.  Unless defendants contend that Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC conducted no work for the Siegels or Shusters, solicited no other clients, generated no business plans or other documents regarding their business activities, many such responsive documents still exist, and they should be produced immediately.

**<u>Requests for Production to Defendant Pacific Pictures Corporation (BUS ACT)</u>**

- <u>Request No. 31</u>:  All DOCUMENTS RELATING to any past, current, or planned business activity of PACIFIC PICTURES.

**<u>Requests for Production to Defendant IP Worldwide, LLC</u>**

- <u>Request No. 32</u>:  All DOCUMENTS RELATING to any past, current, or planned business activity of IP WORLDWIDE.

**<u>Requests for Production to Defendant IPW, LLC</u>**

- <u>Request No. 27</u>:  All DOCUMENTS RELATING to any past, current, or planned business activity of IP WORLDWIDE.

*      *      *

EXHIBIT B

74

O'MELVENY & MYERS LLP
June 1, 2011 - Page 20

      We are available next Thursday or Friday, June 2 or 3, to discuss the compromise detailed above.  Please let us know as soon as possible whether these dates work for you.

      Our client reserves all rights.

                        Very truly yours,

                        Matthew T. Kline
                        of O'MELVENY & MYERS LLP

cc:    Daniel M. Petrocelli

EXHIBIT B
75