1  DANIEL M. PETROCELLI (S.B. #097802)
    dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
    mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
    cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA  90067-6035
   Telephone:   (310) 553-6700
6  Facsimile:    (310) 246-6779

7  PATRICK T. PERKINS (admitted *pro hac vice*)
    pperkins@ptplaw.com
8  PERKINS LAW OFFICE, P.C.
   1711 Route 9D
9  Cold Spring, NY 10516
   Telephone:   (845) 265-2820
10 Facsimile:    (845) 265-2819

11 Attorneys for Plaintiff DC Comics

12                    **UNITED STATES DISTRICT COURT**

13                    **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 14  DC COMICS, | Case No. CV 10-3633 ODW (RZx) |
| 15       Plaintiff, | **DISCOVERY MATTER** |
| 16       v. | **[PROPOSED] ORDER GRANTING DC COMICS' MOTION TO COMPEL THE PRODUCTION OF ALL COMMUNICATIONS WITH THE GOVERNMENT RE: TOBEROFF TIMELINE** |
| 17  PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive, | |
| |  **Judge**:    Hon. Otis D. Wright II  **Magistrate**: Hon. Ralph Zarefsky |
| |  **Hearing Date**:       Aug. 8, 2011  **Hearing Time**:       10:00 a.m.  **Courtroom**:             540  **Discovery Cutoff**:    None Set  **Pretrial Conference**: None Set  **Trial**:                     None Set |
|         Defendants. | |

| | |
|---|---|
| 1 | Good cause appearing, IT IS HEREBY ORDERED that plaintiff DC Comics' Motion To Compel The Production Of All Communications With The Government Re: Toberoff Timeline is GRANTED; and: |
| 4 | By no later than August 10, 2011, defendants are ordered to produce copies of all their communications with the U.S. Attorney's Office regarding the Toberoff Timeline or David Michaels, including the 13 documents identified at entries 3130, 3147-51, 3158-61, 3217, 3228 and 3284 of the Toberoff Privilege Log. |
| 9 | IT IS SO ORDERED. |
| 11 | Dated: _____ |
|  | Honorable Ralph Zarefsky |
|  | Magistrate Judge, United States District Court |