1  DANIEL M. PETROCELLI (S.B. #097802)
    dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
    mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
    cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA 90067-6035
   Telephone: (310) 553-6700
6  Facsimile: (310) 246-6779

7  PATRICK T. PERKINS (admitted *pro hac vice*)
    pperkins@ptplaw.com
8  PERKINS LAW OFFICE, P.C.
   1711 Route 9D
9  Cold Spring, NY 10516
   Telephone: (845) 265-2820
10 Facsimile: (845) 265-2819

11 Attorneys for Plaintiff DC Comics

**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT
JUL 18 2011
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. CV 10-03633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**DC COMICS' UNOPPOSED APPLICATION TO SEAL EXHIBIT A TO DECLARATION OF AARON HAYDEN IN SUPPORT OF MOTION TO COMPEL THE PRODUCTION OF DENNIS LARSON DOCUMENTS**<br><br>DECLARATION OF JASON H. TOKORO AND [PROPOSED] ORDER FILED HEREWITH<br><br>**Judge**:  Hon. Otis D. Wright II<br>**Magistrate**: Hon. Ralph Zarefsky<br>**Hearing Date**:  Aug. 8, 2011<br>**Hearing Time**:  10:00 a.m.<br>**Courtroom**:  540<br>**Discovery Cutoff**: None Set<br>**Pretrial Conference**: None Set<br>**Trial**:  None Set |

Pursuant to Central District Local Rule 79-5.1 and consistent with this Court's April 11, 2011, order, DC Comics moves to seal Exhibit A to the Declaration Of Aaron Hayden In Support Of DC Comics' Motion To Compel The Production Of Dennis Larson Documents.

On April 11, 2011, this Court granted DC's motion to compel production of documents arising from the separation and divorce of Laura Siegel Larson and Dennis Larson. Docket No. 209 at 12:18-13:7. While ordering that the documents "shall be produced," the Court required that any of the documents "filed in connection with any pretrial matter save a dispositive motion, shall be filed under seal, absent agreement of the parties." *Id.* at 13:3-5. Exhibit A consists of documents Bates-stamped LSL 00221-84, and constitutes the entirety of defendants' April 18 production of Dennis Larson documents. DC's current motion seeks to compel production of additional documents related to the divorce of Ms. Larson and attaches those documents previously produced in order to demonstrate perceived deficiencies in the April 18 production.

In compliance with the Court's April 11 order, DC submits this application to seal the divorce documents previously produced. Defendants agree that the documents should be filed under seal pursuant to the Court's order. Decl. of Jason H. Tokoro ¶ 2, Ex. A.

Dated: July 18, 2011

Respectfully Submitted,

O'MELVENY & MYERS LLP

By: /s/ Daniel M. Petrocelli
Daniel M. Petrocelli
Attorneys for Plaintiff DC Comics

- 1 -

DC COMICS' UNOPPOSED APPLICATION TO SEAL HAYDEN DECL. EX. A