```
 1  DANIEL M. PETROCELLI (S.B. #097802)
       dpetrocelli@omm.com
 2  MATTHEW T. KLINE (S.B. #211640)
       mkline@omm.com
 3  CASSANDRA L. SETO (S.B. #246608)
       cseto@omm.com
 4  O'MELVENY & MYERS LLP
    1999 Avenue of the Stars, 7th Floor
 5  Los Angeles, CA 90067-6035
    Telephone: (310) 553-6700
 6  Facsimile:  (310) 246-6779

 7  PATRICK T. PERKINS (admitted pro hac vice)
       pperkins@ptplaw.com
 8  PERKINS LAW OFFICE, P.C.
    1711 Route 9D
 9  Cold Spring, NY 10516
    Telephone: (845) 265-2820
10  Facsimile:  (845) 265-2819

11  Attorneys for Plaintiff DC Comics
```

**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT
JUL 18 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. CV 10-03633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF JASON H. TOKORO IN SUPPORT OF DC COMICS' UNOPPOSED APPLICATION TO SEAL EXHIBIT A TO DECLARATION OF AARON HAYDEN IN SUPPORT OF MOTION TO COMPEL THE PRODUCTION OF DENNIS LARSON DOCUMENTS**<br><br>**Judge**:　　Hon. Otis D. Wright II<br>**Magistrate**:　Hon. Ralph Zarefsky<br>**Hearing Date**:　Aug. 8, 2011<br>**Hearing Time**:　10:00 a.m.<br>**Courtroom**:　540<br>**Discovery Cutoff**:　None Set<br>**Pretrial Conference**:　None Set<br>**Trial**:　None Set |

## DECLARATION OF JASON H. TOKORO

I, Jason H. Tokoro, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am an associate at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in support of DC Comics' Unopposed Application To Seal Exhibit A To Declaration Of Aaron Hayden In Support Of Motion To Compel The Production Of Dennis Larson Documents ("Application").

2. Attached hereto as Exhibit A is a true and correct copy of an email chain dated July 8, 2011 - July 18, 2011 related to DC's sealing application. On July 8, I sent counsel for defendants an email notifying them that DC would be filing the Application and asking whether they would agree to the relief sought therein. Having heard no response, my colleague Aaron Hayden sent a follow-up email on July 18, and later that day, counsel for defendants responded that they "have no objection or opposition" to DC Comics' Unopposed Application To Seal Exhibit A To Declaration Of Aaron Hayden In Support Of Motion To Compel The Production Of Dennis Larson Documents.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 18th day of July 2011 at ~~Los Angeles, California~~ Cleveland, Ohio. *AH*

_____
Jason H. Tokoro

1                                                               TOKORO DECL. RE: DC COMICS'

# EXHIBIT A

Case 2:10-cv-03633-ODW-RZ    Document 300    Filed 07/18/11    Page 3 of 5    Page ID
#:17805

**From:** Keith Adams [mailto:kgadams@ipwla.com]
**Sent:** Monday, July 18, 2011 10:43 AM
**To:** Hayden, Aaron
**Cc:** Kline, Matthew; Marc Toberoff; Seto, Cassandra; Petrocelli, Daniel
**Subject:** Re: FW: DC v. PPC

Aaron:

We have no objection or opposition to your application.

Keith G. Adams
Toberoff & Associates, P.C.
2049 Century Park East, Suite 3630
Los Angeles, CA 90067
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: kgadams@ipwla.com
http://www.ipwla.com

This message and any attached documents may contain information from
Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

--- On **Mon, 7/18/11, Hayden, Aaron <AHayden@OMM.com>** wrote:

From: Hayden, Aaron <AHayden@OMM.com>
Subject: FW: DC v. PPC
To: "mtoberoff@ipwla.com" <mtoberoff@ipwla.com>, "Keith Adams" <kgadams@ipwla.com>, "nwilliamson@ipwla.com" <nwilliamson@ipwla.com>
Cc: "Petrocelli, Daniel" <DPetrocelli@OMM.com>, "Kline, Matthew" <MKline@OMM.com>, "Seto, Cassandra" <cseto@OMM.com>, "Tokoro, Jason" <jtokoro@OMM.com>
Date: Monday, July 18, 2011, 9:14 AM

Counsel:

We have not received a response to the request in the email below that defendants stipulate to filing Exhibit A to the Hayden Declaration under seal. Please let us know by no later than 12:00 pm PDT today whether you will agree to stipulate to the attached seal application so we may inform the Court of your position.

Thank you,

1

EXHIBIT A
2

Aaron Hayden

---

**From:** Tokoro, Jason
**Sent:** Friday, July 08, 2011 6:10 PM
**To:** Marc Toberoff; 'Keith Adams'; 'nwilliamson@ipwla.com'
**Cc:** Petrocelli, Daniel; Kline, Matthew; Seto, Cassandra
**Subject:** DC v. PPC

Counsel:

Attached please find plaintiff's portion of the joint stipulation regarding DC Comics' Motion To Compel The Production Of Dennis Larson Documents and documents in support thereof. Exhibit A to the Hayden Declaration includes documents from Ms. Larson's divorce proceedings. DC intends to file these documents under seal pursuant to Magistrate Zarefsky's April 11 order. Docket No. 209 at 13. Please confirm that you will stipulate to the seal application and we will send a stipulation for your signature next week prior to filing.

**Jason H. Tokoro**
**O'Melveny & Myers LLP - Century City**
1999 Avenue of the Stars, Suite 700
Los Angeles, California 90067
Direct Dial: (310) 246-6707
Fax: (310) 246-6779
Email: jtokoro@omm.com

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

 please consider the environment - do you really need to print this email?

2

**EXHIBIT A**
**3**