DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819

Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS, <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive, <br><br> Defendants. | Case No. CV 10-3633 ODW (RZx) <br><br> **DISCOVERY MATTER** <br><br> **SUPPLEMENTAL DECLARATION OF JASON H. TOKORO IN SUPPORT OF DC COMICS' MOTIONS TO COMPEL (1) THE PRODUCTION OF ALL COMMUNICATIONS WITH THE GOVERNMENT RE: TOBEROFF TIMELINE; (2) ALL COPIES OF THE MAY 13, 2003, LETTER; AND (3) DENNIS LARSON DOCUMENTS** <br><br> **Judge**: Hon. Otis D. Wright II <br> **Magistrate**: Hon. Ralph Zarefsky <br><br> **Hearing Date**: Aug. 8, 2011 <br> **Hearing Time**: 10:00 a.m. <br> **Courtroom**: 540 <br> **Discovery Cutoff**: None Set <br> **Pretrial Conference**: None Set <br> **Trial**: None Set |

# DECLARATION OF JASON H. TOKORO

I, Jason H. Tokoro, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am an associate at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in support of DC Comics' Motions To Compel (1) The Production Of All Communications With The Government Re: Toberoff Timeline; (2) All Copies Of The May 13, 2003, Letter; and (3) Dennis Larson Documents. I have personal knowledge of the matters set forth in this declaration.

2. Attached hereto as Exhibit A is a true and correct copy of a letter sent by my colleague Matthew T. Kline to Marc Toberoff, counsel for the Siegel and Shuster defendants, dated July 25, 2011.

3. Attached hereto as Exhibit B are true and correct copies of excerpts from the deposition transcript of defendant Laura Siegel Larson, taken on July 22, 2011.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 25th day of July 2011 at Los Angeles, California.

_____
Jason H. Tokoro