```
 1  DANIEL M. PETROCELLI (S.B. #097802)
      dpetrocelli@omm.com
 2  MATTHEW T. KLINE (S.B. #211640)
      mkline@omm.com
 3  CASSANDRA L. SETO (S.B. #246608)
      cseto@omm.com
 4  O'MELVENY & MYERS LLP
    1999 Avenue of the Stars, 7th Floor
 5  Los Angeles, CA 90067-6035
    Telephone:  (310) 553-6700
 6  Facsimile:  (310) 246-6779

 7  PATRICK T. PERKINS (admitted pro hac vice)
      pperkins@ptplaw.com
 8  PERKINS LAW OFFICE, P.C.
    1711 Route 9D
 9  Cold Spring, NY 10516
    Telephone:  (845) 265-2820
10  Facsimile:  (845) 265-2819

11  Attorneys for Plaintiff DC Comics
```




## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. CV 10-03633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>[~~PROPOSED~~] ORDER GRANTING DC COMICS' UNOPPOSED APPLICATION TO SEAL EXHIBIT A TO DECLARATION OF AARON HAYDEN IN SUPPORT OF MOTION TO COMPEL THE PRODUCTION OF DENNIS LARSON DOCUMENTS<br><br>**Judge:** Hon. Otis D. Wright II<br>**Magistrate:** Hon. Ralph Zarefsky<br>**Hearing Date:** Aug. 8, 2011<br>**Hearing Time:** 10:00 a.m.<br>**Courtroom:** 540<br>**Discovery Cutoff:** None Set<br>**Pretrial Conference:** None Set<br>**Trial:** None Set |

[PROPOSED] ORDER GRANTING DC'S
UNOPPOSED APPLICATION TO SEAL

1     For the reasons set forth in DC Comics' Unopposed Application To Seal Exhibit A To Declaration Of Aaron Hayden In Support Of Motion To Compel The Production Of Dennis Larson Documents, and for good cause shown:

    IT IS HEREBY ORDERED that Exhibit A to the Declaration Of Aaron Hayden In Support Of Motion To Compel The Production Of Dennis Larson Documents shall be filed under seal.

    IT IS SO ORDERED.

Dated: 7/20/11

_____
(Honorable Ralph Zarefsky
Magistrate Judge, United States District Court