DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone:  (310) 553-6700
Facsimile:   (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone:  (845) 265-2820
Facsimile:   (845) 265-2819

Attorneys for Plaintiff DC Comics

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S STATE LAW CAUSES OF ACTION PURSUANT TO CALIFORNIA'S ANTI-SLAPP LAW (CAL. CODE CIV. PROC. § 425.16)**<br><br>Hon. Otis D. Wright II<br><br>**Complaint Filed**: May 14, 2010 |

1  Good cause appearing, and for all of the reasons in DC Comics' Updated,
2  Initial Opposition To Defendants' Motion To Strike Under California's Anti-
3  SLAPP Statute, IT IS HEREBY ORDERED that:
4  __ Defendants' Motion To Strike Plaintiff's State Law Causes Of Action
5  Pursuant To California's Anti-SLAPP Law (Cal. Code Civ. Proc. § 425.16)
6  (Docket No. 145-1) ("SLAPP Motion") is hereby DENIED;
7  <u>Or, in the alternative:</u>
8  __ Defendants' SLAPP Motion is hereby STAYED pending the close of
9  DC's discovery.  *See Metabolife Int'l, Inc. v. Wornick*, 264 F.3d 832, 846 (9th Cir.
10 2001) (Federal Rule of Civil Procedure 56 entitles plaintiff "to discover information
11 that is essential to its opposition" to a SLAPP motion); *Moser v. Triarc Cos.*, 2007
12 WL 3026425, at *3 (S.D. Cal. Oct. 16, 2007) (if SLAPP motion challenges
13 "sufficiency of the … evidence, the court must allow the nonmoving party to
14 conduct discovery"); *Shropshire v. Fred Rappoport Co.*, 294 F. Supp. 2d 1085,
15 1100 (N.D. Cal. 2003) (deferring ruling until summary judgment because "SLAPP
16 motion [and litigation-privilege] raises factual questions that cannot be resolved"
17 without discovery); *Lafayette Morehouse, Inc. v. Chronicle Publ'g Co.*, 37 Cal.
18 App. 4th 855, 868 (1995) (nothing in SLAPP statute "prevents *the court* from
19 continuing the hearing to a later date so that the discovery it authorized can be
20 completed").
21
22 IT IS SO ORDERED.
23
24 Dated: _____     _____
25                                Honorable Otis D. Wright II
                                   Judge, United States District Court
26
27
28

- 1 -     [PROPOSED] ORDER DENYING DEFS.' ANTI-SLAPP MOT.