# EXHIBIT 1

**Intellectual Properties Worldwide**

- Home
- Company
- About Us
- Contact Us

**Intellectual Properties Worldwide, LLC**

Intellectual Property Worldwide, LLC ("IPW") was formed in mid-2002 to acquire classic films, TV shows, novels and other "branded" intellectual property and to exploit/monetize these properties once they have been obtained.

Marc Toberoff, IPW's Chairman & CEO, is an experienced entertainment attorney and producer with expertise in identifying and obtaining intellectual property.  J. Todd Harris, the head of the production division, is a seasoned
Hollywood producer with over twenty three (23) films to his credit.   Together they bring the knowledge and experience needed to make IPW the premier "one-stop-shop" for classic intellectual property.

In just two years, IPW has amassed rights to over 250 popular literary titles.  During that time, IPW has assisted top talent agencies and film production companies in identifying and obtaining rights to "classic" intellectual properties.

EXHIBIT 1
76

About Us
Contact Us

### IPW's Management

Marc Toberoff, Esq., Chairman & CEO, is an intellectual property expert, entrepreneur and producer with a proven track record in recovering and exploiting valuable intellectual property rights to classic films and TV shows. Prior to founding IPW, Mr. Toberoff acquired theatrical film, pay TV, merchandising and publishing rights to the classic television series: *My Favorite Martian, Fantasy Island, The Wild Wild West, I Spy, Combat!, Ironsides, Police Woman, F-Troop, Petticoat Junction,*
*Welcome Back Kotter* and *Run For Your Life*. Mr. Toberoff's efforts led to Sony's feature film, *I SPY*, starring Eddie Murphy and Owen Wilson (2002), which he executive produced, Disney's feature film, *My Favorite Martian* (1998) starring Jeff Daniels, Christopher Lloyd and Elizabeth Hurley, which Mr. Toberoff produced; a new *Fantasy Island* TV series (2000), a second reality-based *Fantasy Island* TV series (2003) and Columbia's development of a *Fantasy Island* feature film franchise; *COMBAT!* set-up at Paramount with Bruce Willis; and *Run For Your Life* set up at Universal with John Travolta.

Raised in New York, Mr. Toberoff is a graduate of McGill and Princeton Universities and Columbia Law School. He is an active member of the New York and California Bars, the centers of intellectual property law.

J. Todd Harris, President of Production, has produced 27 films in the past ten years, including independent and studio features, and movies for television, with budgets ranging from $500,000 to $50 million. Previously, he was president of Davis Entertainment Filmworks in Los Angeles. The company, founded in 1995 by Mr. Harris and Davis Entertainment chairman John Davis, produced two to three independent films per year until 2003. Mr. Harris partnered in Daly-Harris Productions based at Paramount Pictures with actor Tim Daly in 1998. Mr. Harris financed the majority of his films through
private equity, production banking, foreign pre-sales, domestic and international subsidized production financing programs,
including international co-productions. He has been intimately involved in the complete production cycle of all of his pictures, from development through ancillary marketing, and has strong relationships with major talent (actors, directors, writers), every major talent agency and film financier in the industry. His films have played such festivals as Sundance, Cannes, Deauville, Venice, Tribeca and Toronto. Mr. Harris is member of the producers' branch of the Motion Picture Academy. Originally from New York, he is a graduate of Stanford University where he also earned his MBA. He lives in Los Angeles with his wife, lyricist Amy Powers, and their young sons Jasper and Cole..

Nicholas C. Williamson, Esq., Director of Legal Affairs and Research, is a graduate of the University of Georgia School of Law. Prior to graduate school he co-wrote and starred in the award winning short film *Knock It Down* while working as a market analyst. He graduated with a BA in philosophy, Phi Beta Kappa, high honors from the University of Georgia. While an
undergraduate, Mr. Williamson won a scholarship to study literature at Keble College, Oxford. Mr. Williamson is an active member of the California Bar.

EXHIBIT 1
77

## Company Overview

IPW manages an impressive library of over 250 popular literary titles. In order to monetize these assets, IPW has strategic partnership with top talent agencies and production companies that allows it to quickly package these classic properties for production either as theatrical motion pictures or other entertainment media.

Currently, IPW has several ongoing projects at various stages of development, including the following films and TV shows: *Fantastic Voyage* with producer/director James Cameron (*Titanic*), *Blue Movie* with Academy Award winning producer/director Steven Soderbergh (*Erin Brockovich, Traffic*), *The Immortals* with writer Ted Griffin (*Oceans 11*), *Sanford and Son* with star Bernie Mac, *The Phoenix* with director Gore Verbinski (*Pirates of the Caribbean, The Ring*), *Grand Hotel* with Academy Award winning writer Julian Fellowes (*Gosford Park*), *My Bodyguard* with Dimension Films, and a *Gilligan's Island* reality television series with Turner Entertainment.

The following is a just a sampling of the 250+ titles to which IPW holds remake, sequel and/or television rights:

- *All About Eve*
- *Asphalt Jungle*
- *The Brave One*
- *C.H.U.D.*
- *Fantastic Voyage*
- *Gentlemen Prefer Blondes*
- *Gilligan's Island*
- *Grand Hotel*
- *High Noon*
- *High Sierra*
- *Ironside*
- *My Bodyguard*
- *Piranha*
- *Police Woman*
- *Roots by Alex Haley*
- *Sanford and Son*
- *This Island Earth*
- *Touch of Evil*

EXHIBIT 1
78