# EXHIBIT 2

ING DIRECT Save your money®
A smart

IMDb
Register | Login | Help
Movies TV News Videos Community IMDbPro Rent Movies by Mail
Fall TV Preview Shows to Watch Comedy Drama brought to you by
IMDb > Marc Toberoff

# Marc Toberoff

More at IMDbPro »

Videos

Trailer HD

add/change photo

Add Resume
Marc Toberoff products
Shop at Amazon

**Quicklinks**
categorized

**Top Links**
- biography
- by votes
- awards
- NewsDesk
- message board

**Filmographies**
- by type
- by year
- by ratings
- by votes
- by TV series
- awards
- titles for sale
- by genre
- by keyword
- credited with
- tv schedule

**Biographical**
- biography
- other works
- publicity
- contact
- photo gallery
- resume
- Twitter
- blog
- NewsDesk
- message board

**External Links**
- official sites
- miscellaneous
- photographs
- sound clips
- video clips

## Overview

Share this page:
Like Be the first of your friends to like this.

**Contact:** View company contact info on IMDbPro.

**STARmeter:** Up 16% in popularity this week. See why on IMDbPro.

**NewsDesk:** (37 articles)
Piranha 3D Sequel Has Been Announced
(From GeekTyrant. 23 August 2010, 7:13 PM, PDT)
Sequel Greenlit For Killer Fish Eating Naked Girls In 3D Movie
(From LatinoReview. 23 August 2010, 3:59 PM, PDT)
Piranha 3D - The Sequel in the Works? Wait, Just a Minute...
(From Horrorbid. 23 August 2010, 3:20 PM, PDT)

**IMDb Resume:** Do you represent Marc Toberoff? Add a resume, photo, Twitter or Blog feed to this page with IMDb Resume. Get a customized IMDb URL and more.

Results faster than you can say "spoiler alert."
Introducing Google Instant
Google
ad feedback

Fall TV Preview
Premiere Dates Shows to Watch More »

## Filmography

**In Development:**
1. Queen Lara (details only on IMDbPro)
2. Fantasy Island (details only on IMDbPro)

**Producer:**
In Production
2010s
2000s
1990s
1980s

1. Devil to Pay (2010) *(announced)* (executive producer)
2. Piranha (2010) (producer)
   ... aka "Piranha 3D" - USA *(promotional title)*
3. The Family Tree (2010) (executive producer)
4. It's Alive (2008) (producer)
5. Bottle Shock (2008) (producer)
6. Black Irish (2007) (executive producer)
7. The Legend of Lucy Keyes (2006) (executive producer)
8. I Spy (2002) (executive producer)
   ... aka "I-Spy" - USA *(promotional title)*
9. My Favorite Martian (1999) (producer)
10. Sons (1989) (producer)
11. Zombie High (1987) (producer)

## Sponsored Links (What's This?)

**Movie Rental Netflix®**
www.Netflix.com/Movie_Rental * Rent Movies from $8.99 a month. Over 100,000 DVDs - Free Trial

**FanHouse - Official Site**
FanHouse.com * Scores, Stats, & Breaking News - Your Sports Live at FanHouse.

**Hey, Want a Girlfriend?**
www.Zoosk.com * Meet a Real Girl For Free on Zoosk Fastest Growing Site. Join Now!

## Additional Details

**Publicity Listings:** 1 Article See more »

**Genres:** Comedy | Drama | Thriller | Horror See more »

**Plot Keywords:** Bare Chested Male | Based On TV Series | Beating | Beautiful Woman See more »

## Message Boards

Discuss this person with other users on IMDb message board for Marc Toberoff

## Additional Searches

Find where Marc Toberoff is credited alongside another name

## Update Page

**Update**

You may report errors and omissions on this page to the IMDb database managers. They will be examined and if approved will be included in a future update. Clicking the 'Update' button will take you through a step-by-step process.

**Add resume**

With our Resume service you can add photos and build a complete resume to help you achieve the best possible presentation on the IMDb.
**Click here to add your resume and/or your photos to IMDb.**

Home | Search | Site Index | NowPlaying | Top Movies | MyMovies | Top 250 | TV | News | Video | Message Boards
Register | RSS | Advertising | Content Licensing | Contact Us | Jobs | IMDbPro | IMDb Resume | Box Office Mojo | Withoutabox | Follow us on Twitter | Mobile

International Sites: IMDb Germany | IMDb Italy | IMDb Spain | IMDb France | IMDb Portugal

Copyright © 1990-2010 IMDb.com, Inc.
Terms and Privacy Policy under which this service is provided to you.
An amazon.com company.

Amazon Affiliates:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AmazonWireless | Askville | Audible | DPReview | Endless | Fabric | Shopbop | Small Parts | Warehouse Deals | Zappos |
| Cellphones & Wireless Plans | Community Answers | Download Audio Books | Digital Photography | Shoes & Handbags | Sewing, Quilting & Knitting | Designer Fashion Brands | Tools, Parts & Materials | Open-Box Discounts | Shoes Clothing |

# Intellectual Properties Worldwide (I) [us]

IMDbPro FREE TRIAL *IMDbPro.com offers expanded company and employee contact details for over 30,000 companies in the entertainment industry as well as representation listings for over 80,000 individuals, including actors, directors, and producers.*
**Click here for a free trial!**

Benicio Del Toro Chrome fast.

ad feedback

**More information for this company is available on on IMDbPro.**

| | |
|---|---|
| **Contact:** | Available only on IMDbPro |
| **Branches:** | Available only on IMDbPro |

## Clients

| Name | Agent(office) | Relationship [sorted] |
|---|---|---|
| Available only on IMDbPro | | |

## Staff

| Name | Branch | Occupation |
|---|---|---|
| Available only on IMDbPro | | |

*Filmography as:* Production Company, Miscellaneous Company

**Production Company - filmography**

1. Piranha (2010) ... *Production Company (as IPW)*
2. Devil to Pay (2010) ... *Production Company*
3. Bottle Shock (2008) ... *Production Company*
4. Black Irish (2007) ... *Production Company*
5. The Legend of Lucy Keyes (2006) ... *Production Company*
6. Our Friend, Martin (1999) (V) ... *Production Company*

*Filmography as:* Production Company, Miscellaneous Company

**Miscellaneous Company - filmography**

1. Vanilla Sky (2001) ... *Licensor (Martin Luther King Jr.'s image) (as Intellectual Properties Managment, Atlanta, Georgia)*
2. A Huey P. Newton Story (2001) (TV) ... *Archival Footage*
3. Our Friend, Martin (1999) (V) ... *Copyright 1998*

Copyright © 1990-2010 IMDb.com, Inc.
Terms and Privacy Policy under which this service is provided to you.
An amazon.com company.

Amazon Affiliates:

| AmazonWireless | Askville | Audible | DPReview | Endless | Fabric | Shopbop | Small Parts | Warehouse Deals | Zappos |
|---|---|---|---|---|---|---|---|---|---|
| Cellphones & Wireless Plans | Community Answers | Download Audio Books | Digital Photography | Shoes & Handbags | Sewing, Quilting & Knitting | Designer Fashion Brands | Tools, Parts & Materials | Open-Box Discounts | Shoes Clothing |





