# EXHIBIT 7

**WARNER COMMUNICATIONS INC.**

RECEIVED
FEB 15 1978
LAW OFFICES
ALLEN, FASMAN & JANGER

December 23, 1975

Mr. Jerome Siegel
Mr. Joseph Shuster
c/o Edmund Preiss, Esq.
Kane, Kessler, Proujansky, Preiss & Permutt
680 Fifth Avenue
New York, New York 10019

Dear Mr. Siegel and Mr. Shuster:

    This letter, when countersigned by both of you, constitutes our agreement as follows:

    1. You conceived of and created "Superman".

    2. You acknowledge that Warner Communications Inc. ("Warner")*, both immediately before and immediately after the signing of this agreement, is the sole and exclusive owner of all right, title and interest in and to the "Superman" concept, idea, continuity, pictorial representation, formula, characters, cartoons and comic strips, title, logo, copyrights and trademarks, including any and all renewals and extensions of any such rights, in the United States and throughout the world, in any and all forms of publication, reproduction and presentation, whether now in existence

---

\* Such term, as used in this agreement, includes Warner Communications Inc., National Periodical Publications, Inc., Licensing Corporation of America, and all other Warner subsidiaries.

12/18/75     75 Rockefeller Plaza   New York, New York 10019   212 484 8000     000000833

EXHIBIT 7
179

or hereafter devised, together with the absolute right to transfer, license, sell or otherwise dispose of said rights.

3. You brought a proceeding in the United States District Court and in the United States Court of Appeals, asserting certain rights in Superman, and this case was determined against your claims. The Court of Appeals unanimously decided that "all rights in Superman, including the renewal copyright, have passed forever to [National Periodical Publications, Inc., a Warner subsidiary.]" You did not appeal this case to the Supreme Court of the United States. Your determination not to appeal was your own determination. Whatever your subjective reasons may have been, you acknowledge that the determination not to appeal was not made by reason of any promise or inducement by Warner or its representatives.

4. Warner does not have any legal obligation to pay you any sum of money whatsoever and does not acknowledge that any wrong has been done to you.

5. Warner has nevertheless determined, in consideration of your past services to Warner and in view of your present circumstances, to make the following voluntary payments:

    a. Warner will make monthly payments to each of you at the annual rate of $20,000 for your respective lifetimes, less any applicable withholding taxes, commencing January 1, 1976.

000000834

EXHIBIT 7
180

b. In addition, if Jerry Siegel dies, on or before December 31, 1985, Warner will pay his wife, Joanne Siegel, if she survives him, monthly payments at the rate of $20,000 a year, commencing on the date of Jerry's death, and ending December 31, 1985, and thereafter monthly payments at the rate of $10,000 a year for the balance of her life. If Joanne does not live to December 31, 1985, Warner will pay Laura Siegel, Jerry's daughter, if she survives Joanne and Jerry, at the rate of $20,000 a year from the date of Jerry's death or Joanne's death, whichever is later, to December 31, 1985; all payments to Laura will cease on that date. All payments to be less any applicable withholding taxes.

c. In addition, Warner will pay Frank Shuster (Joe's brother), if he survives Joe, monthly payments at the rate of $10,000 a year commencing on the date of Joe's death and ending December 31, 1985, and thereafter at the rate of $5,000 a year for the balance of his life. All payments to be less any applicable withholding taxes.

d. In addition, Warner will include both of you in the Warner insured medical plan, covering employees generally, or any successor plan thereto. A copy of such plan as now in effect, together with cover memo dated December 17, 1975, is annexed hereto and incorporated by this reference as Schedule X.

e. In addition, as requested by you, Warner has paid you, simultaneous with the signing of this agreement, the sum of $7,500 each (not subject to withholding) which you have stated that you intend to apply to legal fees and disbursements incurred by you in connection with the lawsuit described

000000835

EXHIBIT 7
181

above. Any such payment is to be made by you directly to your counsel in such action, in your discretion, and Warner does not recognize or have any obligation to such counsel. Warner does not recognize or have any obligation to your present counsel.

In addition, Warner has paid you, simultaneous with the signing of this agreement, the sum of $10,000 each (not subject to withholding), which you have requested, to be applied to your debts.

   f. The obligation of Warner to make the periodic payments provided for above to you, to Jerry's wife (or daughter) and to Joe's brother, and the credit line obligation set forth in paragraph 6, will cease forthwith, if you, or either of you, or anyone acting on your behalf, or claiming through you, commences an action, suit or proceeding against Warner (including its subsidiaries), or against any licensee of Warner (1) asserting any right, title or interest in the "Superman" concept, idea, continuity, pictorial representation, formula, characters, cartoons and comic strips, title, logo, copyrights and trademarks; or (2) asserting any financial claims against Warner or any licensee, or claiming any credit line rights, other than as provided for in this agreement.

   6. The following credit line provisions are agreed upon:

000000836

EXHIBIT 7
182

a. The following "obligatory credit line" provisions apply only during the lifetime of the longer-lived of Jerry Siegel and Joe Shuster. They apply only to "Superman Books" whether new or reprints bearing a July 1976 cover date, or which are on the July 1976 production schedule or are published or licensed after such date. "Superman Books" means only the following: (i) <u>Superman</u> and <u>Action Comics</u> comic books; (ii) other comic books, comic strips and books in which both of the following conditions are met: (A) "Superman" is the sole title of the strip, alone or with other words, and the name of another cartoon character is not also used in the title or is not used instead in the title; and (B) Superman is the sole central character of the strip, the foregoing being intended to exclude comic books, comic strips and other books combining more than one central character, or featuring a different central character. The foregoing definition explicitly excludes "Justice League of America", "World's Finest" and "The Superman Family", but is not limited to such exclusions. In construing this provision, it is understood that the reason for such exclusions is that, while Warner wishes to give you credit for creating Superman, it cannot do so and does not agree to do so in any situation where confusion may result as to whether someone else's creation is yours, or where it would be necessary to use multiple credit lines.

As to "Superman Books" (July 1976 and after), the following "obligatory credit line" provisions will apply: The credit line "created by Jerry Siegel and Joe Shuster", or

000000837

EXHIBIT 7
183

"by Jerry Siegel and Joe Shuster", or "Superman created by Jerry Siegel and Joe Shuster", or "Superman by Jerry Siegel and Joe Shuster", any of such forms being satisfactory, will be used on the first inside page in conjunction with the title or logo "Superman". Such credit line will appear approximately as in Exhibit A, but typeface and size can be changed in Warner's sole discretion, as long as the credit line remains legible.

You waive your rights of privacy under the New York Civil Rights Law and comparable or similar statutory or case law of other jurisdictions to permit the "obligatory credit line" uses, and to permit any other uses in any other publications if Warner or its licensees elect in their sole discretion to include a credit line in any of them. The agreement to carry such credit line, and the carrying of such credit line, does not constitute an admission by Warner or any licensee of any proprietary ownership, right, title or interest of Siegel and Shuster in Superman or in such comic books, strips or books, there being none, and you agree that there is no such proprietary ownership, right, title or interest. The omission of such credit line shall not give rise to any right or remedy on the part of Siegel and Shuster, including but not limited to injunctive relief, unless such credit line shall have been omitted from an issue or edition covered by the "obligatory credit line" use provision, and unless thereafter you shall give notice (in accordance with the notice provisions hereof) to Warner of such omission

000000838

EXHIBIT 7
184

and unless such credit line shall be omitted from an additional issue or edition which goes to press after the receipt date shown on such registered mail notice, in which case the remedy shall be limited to an affirmative injunction requiring such credit line to be carried in issues or editions going to press after the date of the injunction; it is explicitly understood and agreed that such injunction will not be an injunction to restrain distribution of the issues or editions from which credit has been omitted, and you hereby waive any such remedy. The reasonable expenses of obtaining such injunction shall be reimbursed to you by Warner, but you agree that you shall not be entitled to any damages or other payments whatsoever, which you hereby waive.

      b. Warner has previously licensed to Film Export A.G. the right to produce one or more Superman motion pictures, not yet released, for theatrical, TV, and other use. Warner agrees to write a letter request

to the licensee to include a credit line ("Superman created by Jerry Siegel and Joe Shuster") in the screen credits. This is not a best efforts undertaking; Warner's sole obligation will be discharged by sending the letter, which shall quote this paragraph. Warner does not represent or warrant that the licensee will honor the request; on the contrary, Warner has stated that there is no basis for reopening the license agreement. Any use by the movie licensee of the credit line will explicitly not constitute an acknowledgment of any proprietary ownership or right, title or interest of Siegel or Shuster in Superman or in such movies, there being none, as you acknowledge, nor will any royalties, remuneration or compensation be payable to you by reason of any such use. You waive your rights of privacy under the New York Civil Rights Law and similar or comparable statutory or case law of other jurisdictions if the movie licensee elects to carry the credit line. There is no requirement as to typeface or size if the licensee elects to carry the credit line. You acknowledge that the present agreement between you and Warner is binding whether or not the movie licensee agrees to carry the credit line.

   c. As to any motion picture or TV license agreements entered after the date hereof, Warner will require the licensee to carry the credit line ("Superman created by Jerry Siegel and Joe Shuster") in the screen credits. Any use by any such future movie or TV licensee of the credit line will explicitly not constitute an acknowledgment of any proprietary

000000840

EXHIBIT 7
186

ownership or right, title or interest of Siegel or Shuster in Superman or in such movie or TV presentation, there being none, as you acknowledge, nor will any royalties, remuneration or compensation be payable to you by reason of any such use. You waive your rights of privacy under the New York Civil Rights Law and comparable or similar statutory or case law of other jurisdictions to permit such credit line. There is no requirement as to typeface or size in movie or TV use.

    d. No credit line will be carried on any use licensed by Licensing Corporation of America (a Warner subsidiary) including but not limited to clothing, toys, games, premiums, or other merchandising rights, and no credit line request will be made by Licensing Corporation of America to licensees.

    7. You agree to accept the payments and the credit line provision set forth above in full accord, satisfaction, recognition and release of any and all claims by you, whether legal, moral, equitable or otherwise; you acknowledge that the agreed payments and the credit line provision are fair, generous, equitable, satisfactory and sufficient, and that they meet the objectives of your recent communications to us and to the press, radio, TV, etc.; you acknowledge that you do not now have, and will not in the future have, any rights to Superman; and you agree that any statements you make to the press, radio, TV, etc. will be consistent with the foregoing. You authorize Warner to include the reference to you in the statement annexed hereto as Exhibit B which Warner intends to release, at the signing of this agreement. You intend to release the statement annexed

000000841

EXHIBIT 7
187

hereto as Exhibit C, and you authorize Warner to do so on your behalf, at the signing of this agreement. You further acknowledge that you have signed this agreement freely and without compulsion, and that this agreement has been reviewed by your present counsel, Edmund Preiss.

       8. Any notice to Warner shall be given by registered mail, return receipt requested as follows:

       Warner Communications Inc.
       75 Rockefeller Plaza
       New York, New York 10019
       Attention: Jay Emmett
                  Executive Vice President

with copy to:

       Martin D. Payson, Esq.
       Vice President and General Counsel
       Warner Communications Inc.
       75 Rockefeller Plaza
       New York, New York 10019

with copy to:

       National Periodical Publications, Inc.
       c/o Warner Communications Inc.
       75 Rockefeller Plaza
       New York, New York 10019
       Attention: William Sarnoff

Any notices to Mr. Siegel or Mr. Shuster shall be given by registered mail, return receipt requested as follows:

       Jerome Siegel
       11711 Mayfield Ave., Apt. 14
       West Los Angeles, California 90049

       Joseph Shuster
       98-120 Queens Boulevard Apt 4-K
       Forest Hills, New York 11374

000000842

EXHIBIT 7
188

with copy to:

>Edmund Preiss, Esq.
>Kane, Kessler, Proujansky, Preiss & Permutt
>680 Fifth Avenue
>New York, New York  10019

Any party may furnish change of address by notice.

9. This agreement may be signed in counterpart. The counterparts taken together will constitute the original.

10. The payment provisions hereof will be binding upon any purchaser of substantially all of the assets of or any successor by merger to Warner Communications Inc. (the parent corporation). The credit line provisions (limited as set forth in paragraph 6) will be binding upon (a) any purchaser of the National Periodical Publications Inc. business, (b) any purchaser or licensee of the rights to publish the <u>Superman</u> and <u>Action Comics</u> series, or of any other comic book, comic strip or book in the "obligatory credit line use" category, and (c) any licensees of the future motion picture and TV rights to Superman, if any (excluding the existing movie licensee). Payment provisions and credit line provisions are personal to the named individuals and are not assignable, and do not benefit their heirs, executors or administrators.

11. This agreement shall be interpreted in accordance with the laws of New York applicable to contracts made and to be performed solely within New York.

Please sign below to signify that this sets forth

000000843

EXHIBIT 7
189

the entire understanding between us.

      With our best wishes to you both.

                              WARNER COMMUNICATIONS INC.

                              By _____
                                    Jay Emmett
                                 Executive Vice President

Accepted and Agreed:

_____
Jerry Siegel

_____
Joseph Shuster

000000844

EXHIBIT 7
190

WARNER COMMUNICATIONS INC.

PRESS RELEASE

December    , 1975

Contact:                                    FOR IMMEDIATE RELEASE

      Warner Communications Inc. announced today that it will pay Jerry Siegel and Joseph Shuster, the creators of "Superman," $20,000 a year for life. A subsidiary of Warner owns the Superman copyrights and publishes Superman comic books.

      Mr. Siegel and Mr. Shuster called the arrangement "fair and generous."

      Jay Emmett, Executive Vice President of Warner, said:

      "Warner has determined to make a $20,000 a year lifetime provision for Jerry Siegel and Joe Shuster in recognition of their past services and out of concern for their present circumstances.

      "Warner will also furnish medical benefits to Mr. Siegel and Mr. Shuster, and will make certain provisions for certain members of their families in the event of their deaths.

      "Warner will also carry the credit line, 'Superman created by Jerry Siegel and Joe Shuster' in Superman and certain other comic books.

      "Mr. Siegel and Mr. Shuster previously sued a Warner subsidiary, claiming rights in Superman. The United

States Court of Appeals determined, on December 5, 1974, that "all rights in Superman...have passed forever" to National Periodical Publications, Inc., a Warner subsidiary. Accordingly, Warner is making these provisions for Mr. Siegel and Mr. Shuster voluntarily, and not as a matter of legal obligation."

000000846

EXHIBIT 7
192

EXHIBIT C

[Press Statement to be released
by Jerry Siegel and Joe Shuster]

After almost thirty years, we are overjoyed at being reunited with Superman. We have always been proud of our creation, the enjoyment it has given to generations of children and adults, and the ideals which it has come to represent.

We feel the agreement with Warner Communications is fair and generous. We are most grateful to the personal considerations and good will shown us by Jay Emmett, Executive Vice President of Warner Communications. The agreement restores our name to our creation which means so much to us, as it does to all writers and artists. It provides the economic security that will enable us and our families to live in dignity. We are no longer young and, unfortunately, not indestructible as our creation, but our spirit is undiminished.

The response to our story from all over the world has been overwhelming; from artists and writers, the press, television, radio and the public, and from readers and loyal fans of Superman of all ages. We are particularly grateful for the untiring efforts of Neal Adams, Past President of the Academy of Comic Book Arts; Jerry Robinson, Past President of the National Cartoonists Society; and Mr. Edmund Preiss, our attorney, and for their assistance and guidance in the resolution of our problems. We also want to express our appreciation for the support from the National Cartoonists Society, the Cartoonists Guild, The American Association of Editorial Cartoonists, and the Academy of Comic Book Arts.

We wish Warner every success with the many future sagas of our "son", Superman!

It is now the Christmas Season -- a time of good will toward all -- and for us, this year will be a very, very Happy New Year!

000000847

EXHIBIT 7
193