# EXHIBIT 8

11928 Darlington Avenue
#102
Los Angeles, CA 90049
February 14, 1982
213-820-2492

Mr. Steven J. Ross
Chairman of the Board and
Chief Executive Officer
75 Rockefeller Plaza
New York, NY 10019

Dear Steve,

I hope you are well and happy.

I'm bringing the attached articles to your attention because you are a busy man and may not be aware of all that transpires at D.C. Comics.

In the enclosed xeroxed material, Paul Levitz says that Jerry Siegel and Joe Shuster would be excluded from royalties on comic books selling over 100,000 copies, but that everyone else, including inkers (and he) would have a share.

His reasons for exclusion of older creators were: 1) "It's hard to find out who the creators were in most cases."

It's no mystery who the creators were in Jerry and Joe's case. Not only of Superman, but Superboy and other comics. What they did is well known in the trade. Jerry and Joe were in great part responsible for the success of the comic book industry. There are numerous, lucrative imitations of their creation from which others have become very wealthy, enabling them to build up estates for their wives and children.

Paul Levitz also states: 2) "Jerry Siegel and Joe Shuster were on salary for their creation.

This is incorrect. Jerry and Joe were not on salary. Not when they created Superman, nor were they ever, but rather independent contractors. For ten years they sold their comics material for Superman and other comics on a per-page basis and paid very low rates. Later, from 1959 to 1966, Jerry again wrote for Superman and Superman related characters (an additional seven years) giving Jerry a total of seventeen years of writing Superman Stories.

Today, free lancers are very well paid for their work. Now, under the new policy free lancers will get a royalty-bonus on each issue of the comic books over 100,000 copies bringing them heavy, extra money.

Also, under the new policy, people who originate new comics for D.C. receive originators royalties on everything including merchandising, movies, the lot. This sounds similar to the paperback and book deals that authors receive.

That's fine. But all of Jerry and Joe's working and contributing lives at D.C. they begged for royalties but were denied and overlooked despite their wonderfully successful creation Superman, and the many avenues of profit it brought.

EXHIBIT 8
194

WB008050

(2)

Jerry and Joe created that character with love. They brought it to life with the origination story, set the formula or format, dreamed up the spectacular action scenes, the idealistic fight against evil. Superman was their baby. The character that they love.

The past discrimination at D.C. was a bitter pill for the two pioneers who even now, after 44 years and a new policy find Siegel and Shuster shut out from royalties.

You have been very good to us and you know I speak from my heart when I tell you I'm filled with gratitude.

Jerry and Joe have nobody to speak for them but me, so I feel moved to tell you of this.

I suppose our last year's bonus, increase in annual income and tax check was in part due to the movie's success. That's what I tell Jerry and Joe, who will be 70 years old in a couple of years.

While I'm telling you that, I might as well tell you all. You did say had I any problems to let you know.

I have a terrible worry. In 1975 when our settlement contract was set up, I asked for, but was denied, life insurance for Jerry and Joe. As a result, Jerry does not have adequate life insurance, while Joe tells me he has none.

Jerry and Joe look in fairly good health. But at times, Jerry has difficulty walking. A vascular problem related to his heart condition. As for Joe, he was recently on penicillin for an abcessed tooth. The reaction gave him dizzy spells and I feared he'd be hit by a car while crossing streets when grocery shopping. It's times like these that remind me of their frailty. I think you will agree that they should have adequate life insurance.

Should anything happen to Jerry, there is the problem of what's to become of me as his widow. I'll be 65 years old this year. And there is our daughter, Laura who would be left without any measure of security.

For many years after Jerry and Joe leave this earth, Superman in movies, TV, cassettes, comic books, merchandising, will continue to earn hundreds of millions of dollars from the domestic and foreign market. Superman's steady, increasing popularity since 1938 seems ever to grow with each new generation, while holding on with the older fans.

Yet, our contract states that after Jerry's demise, should it come before 1985, I would receive only $20,000 annually, about $16,000 after taxes, or $10,000 after 1985, about $7,000 annually after taxes. This would plunge me into an impossible financial situation without dignity nor security.

After 1985 according to the contract, our beloved daughter Laura, who Jerry and I worry about, would not even have contractual protection and may be struggling to survive while Superman continues to reap many millions.

As long as you are around I feel, (and I hope I am right) that I can count on you to continue the same income to me as Jerry would be receiving. You realize I'm sure, that they don"t lower rent, food or other costs for widows. Giving a widow one-half of her husband's income is an old fashioned unrealistic practice that unfailingly causes hardship.

If, God forbid, anything happened to you, Steve, or you retired, I would be at the mercy of your successors and others who might not care if I'm thrown out into the street in my old age.

EXHIBIT 8
195

WB008051

(3)

Without an amendment to the contract stating that the same income continue to me, my financial security is in jeopardy.

Jerry does not have an estate to leave me. To ask an aged widow who has just experienced a terrible trauma (with all kinds of unexpected expenses) to suddenly cut her standard of living by 50% is a terrible upheaval.

Provisions for Laura could also be worked out so that the daughter of the creator of Superman doesn't suffer in poverty, while Superman continues with multi-million dollar earnings.

We are so grateful to you for all you have done for us. But there still remains the additional problems I've mentioned in these two letters which I hope you will consider.

Hoping to hear from you soon. Fondest regards from Jerry, Joe, Laura and me. God bless you.

*Joanne*

Joanne Siegel

P.S. Your lovely letter with two complimentary tickets to see Chariots of Fire has just arrived. Thank you for including us on your list.

The third paragraph in your letter regarding Chariots of Fire especially warmed my heart. Notably, "At the core of the picture is a celebration of the human spirit" and, "The film embodies all of the principles we strive to achieve here at WCI in our business relationships and in our daily lives."

EXHIBIT 8
196

WB008052

11928 Darlington Avenue
#102
Los Angeles, CA  90049
February 14, 1982
213-820-2492

Mr. Steven J. Ross
Chairman of the Board and
Chief Executive Officer
75 Rockefeller Plaza
New York, N.Y.  10019

Dear Steve,

For the past two and a half years, our daughter Laura has been Anchor/Reporter at KESQ-TV in Palm Springs.

As Anchor, she does the 6 o'clock news. As Reporter, she's covered mountain fires, desert floods, interviewed celebrities such as Betty and Gerald Ford, Frank Sinatra and Bob Hope. A real live, Lois Lane.

She has hosted the Palm Springs "Weekend with the Stars Telethon for Cerebral Palsy" for two consecutive years.

She initiated and produced documentaties, won awards and raised KESQ-TV's ratings to an all time high.

A hard worker, she is well liked by co-workers. Although she's gotten several pay raises, her annual salary in 1981 was $15,000. As a result, she can barely make ends meet.

We loaned her five thousand dollars to pay some of her most pressing bills (some medical) gave her two additional thousand dollars toward a down payment on a car plus additional money for necessities, all from the bonus you sent us last year.

Her eight year old junky car needs replacing, but because she could not manage payments for a new car is stuck with one that continually breaks down. The average car today costs between eleven and twelve thousand plus high bank interest rates.

She has diligently applied to various markets but the offers thus far do not warrent relocation. What she needs is placement in a larger market such as the New York, or preferably the Los Angeles, San Diego area.

As an alternative to Anchor/Reporter, she could handle and would enjoy hosting either an interview or co-hosting a magazine show.

<u>Steve, would it be possible, through your connections to recommend her for a good position?</u> The news business is so glutted with female reporters, and available jobs are so flooded with applications, that without an edge, or recommendation, the going is rough.

I hope you can help.

Professional name is Laura Carter.
Home phone: 714-325-8044
work:      714-328-8881

Fondly,

Joanne

EXHIBIT 8
197
WB008053

November 1981 ARB Analysis
Page 3

| Mon-Fri | 6-6:30PM | "KESQ 6 O'Clock Report" | | RTG | SH |
|---|---|---|---|---|---|
| | | | Nov '81 | 9 | 18 |
| | | | May '81 | 5 | 12 |
| | | | Nov '80 | 6 | 10 |

Highest News ratings in the station's history! Up 50% over November, 1980 and 80% over May 1981. Not only did we triple KMIR's performance but we came within 1 rating point of KNXT and were 50% better than KNBC and KABC.

---

nology and programming that is within our means.

We are committed to a policy of growth within the community, so that we can provide the necessary public service of a TV station to the community, in a responsible and acceptable manner. In view of this, we welcome any opinions or observations you pass on to us, as it is only through your comments that we can best ascertain the requirements and needs of our Desert community.

Sincerely,

KEITH SWINEHART,
President, Pacific Media Corporation
General Manager, KESQ-TV

## EL PASEO MERCHANTS IN CO-OP TV ADVERTISING PLAN

A number of El Paseo merchants, who are members of the El Paseo Advertising Council, are taking advantage of a special co-op TV advertising program master-minded by Jim McLaughlan of the Council working with Ann Smiley, Account Executive, at KESQ-TV.

The El Paseo Advertising Council is preparing advertising and promotion aids geared to entice shoppers to El Paseo. These include an El Paseo booklet featured in a local publication, the distribution of rack folders to hotels throughout Palm Springs and Palm Desert, and now a thirty second generic El Paseo TV commercial which was recently produced by KESQ-TV.

The commercial is designed to offer participating merchants the advantages of TV advertising at a minimal cost. It has been formatted to allow for two merchants to be focused on, while maintaining overall exposure for El Paseo.

The whole package has received an enthusiastic response from the member merchants of the El Paseo Advertising Council, who are well aware of the positive results of TV advertising and the opportunity now afforded them through this co-operative program.

Ms. Benita Somerfield, of New York, and Marketing Director, Bill Wilson, of Kentucky, came to Palm Springs to oversee completion of the project, which proved to be a challenging and rewarding one for all concerned.

### STUDIO PERSONALITY



**LAURA CARTER**

Laura Carter anchors and produces the KESQ-TV 6 O'clock Report. She joined the KESQ-TV news team in 1979 as anchorwoman of the 11 O'clock Report which, under her direction, was expanded from fifteen minutes to a full half hour.

Laura came to KESQ-TV with an extensive news background as a radio news director and news writer and producer for KHJ-TV, in Los Angeles.

She attended U.C.L.A., where she won the Hugh O'Brian Award in Theater Arts for Best Actress. Her acting ability won her roles on Happy Days, Love, American Style, and a weekly co-starring role in Sons and Daughters, on CBS.

Laura is now wholly committed to her news career. This year she won a California Associated Press News Award for "Best Mini-Series" with her five-part report, "Nitrates - The Hidden Danger in Our Drinking Water." Her most recent project was another series, "Palm Springs Pioneers," which aired in November. In January, 1982, for the second straight year, she will host the local portion of the "Weekend with the Stars Telethon for Cerebral Palsy."

Laura comes from a famous family. Her father, Jerry Siegel, is the writer-creator of Superman, and her mother, Joanne, was the original model for girl reporter, Lois Lane.

regional and national advertisers are testimonials to the effectiveness of KESQ-TV's ability to sell goods and services.

Accounts such as Coors Beer, Toyota, Zodys, Robinsons and Pacific Federal Savings and Loan place 100% of their TV budget on Channels 3 & 42. Other advertisers such as A.C. Houston, Fayva Shoes, Jack In The Box, Gemco and Crocker Bank all place 70% or better of their advertising budget on KESQ-TV.

Why not get "in step" with the experts and join your contemporaries in placing your advertising where it will produce the most results. Call the KESQ-TV Sales Department for more information.

### FROM OUR ADVERTISERS...

The following is an excerpt from a letter recently received by Jack Brembeck, General Sales Manager for KESQ-TV from Mr. Paul Goguen, Advertising Director for the "Desmond's" chain.

"This letter is to thank you and your station for helping make our remodeling sale such a huge success. By running television spots, versus newspaper advertising, we have seen our business just about double.

Personally, I did not think TV would have the impact it did. As an experiment, I had originally planned to run TV spots for the start of the sale. After seeing the results, I realized how effective and inexpensive TV really is. It was then we decided to run for the remainder of the sale, and it really paid off."

### MINI-SERIES

The following five-part Special News Series were brought to you recently by members of the #1 News Team in the Coachella Valley.

JULY: Chuck Whitton had, "The Salton Sea Special Report."

NOVEMBER: John Patton and Chuck Whitton brought you, "The Space Shuttle Countdown."

Laura Carter produced and presented "Palm Springs Pioneers."

Chuck Whitton reported on Hazardous Waste."

.... KESQ-TV #1 IN NEWS ....

EXHIBIT 8
198

WB008054



# NEWS

among the creators if there is more than one creator. (If the book was created before the institution of this policy, the one percent will be absorbed by the company.)

Giordano mentioned that foreign sales would not be included in the deal because of bookkeeping problems—"but," he added, "we're taking steps to change that too."

**A Great Leap Forward:** Steve Gerber, an outspoken critic of what he considers an unfair payment system for artists and writers in comics (he is currently suing Marvel Comics for the rights to Howard the Duck), applauded the new system as "a great leap forward."

Despite a couple of complaints about the way the new system worked—Gerber cited the fact that creators who had created characters before the system was implemented did not get a creator's percentage—he was very happy about it. "This is actually meaningful money," said Gerber, who estimated he would be clearing close to another $500.00 per issue of *The Phantom Zone*, a mini-series he recently completed for DC. "That's a little bit more than pocket change."

Levitz responded to the criticism of the exclusion of older creators: "The bottom line," he said, "is that it would be impossible to administer. It's goddamn hard to find out who the creators were in most cases." Levitz noted that in the case of the two major heroes, Superman and Batman, the creators (Jerry Siegel and Joe Shuster, and Bob Kane) were on salary for their creations.

As for those characters created since DC's first participation plan in the mid-70s, Levitz noted that only one full book, Gerry Conway and Al Milgrom's *Firestorm*, would have been affected. As for back-up features, Levitz said, "the money involved would wind up being so small it would hardly matter," noting that a back-up in DC's best-selling title *Teen Titans* would, if it existed, yield less than $100 an issue to its creators.

**Marvel's Reaction:** The announcement that DC was instituting the policy was followed almost immediately with rumors that Marvel was working on something similar. "Marvel is going to react," Marvel Editor-in-Chief Jim Shooter said when asked. "We're not just going to sit there." Although Shooter (who noted that he had been working on a similar plan for four years) emphasized that Marvel's proposed royalties plan was not "graven in stone," it appears it will resemble DC's plan closely.

"I didn't think they wouldn't," Giordano responded when he heard Marvel was going to follow DC's lead. "As a matter of fact, I welcome them to the group; I welcome the competition. I think this is the way we should have paid our people all along."   —KT—

## DC Miscellania: New Team on Green Lantern

The new team on *Green Lantern* is Mike W. Barr and Keith Pollard, as Joe Staton has left DC (moving to Illinois in the process), while Marv Wolfman is devoting himself to some new projects... Virtually all of DC's super-heroines will team up in *Wonder Woman* #291-293, in a story plotted by Paul Levitz... *Best of DC Digest* #24 will feature the Legion of Super-Heroes: in addition to the reprints, there will be 33 pages of new material, including 18 pages of "Legion Fact Sheets" by George Perez and a new 15-page story by Paul Levitz and Carmine Infantino... This summer's crossover between the Justice League of America and the Justice Society of America will involve the All-Star Squadron and will be set in 1962; it will be a five-part story, alternating between issues of *JLA* and *ASS* all summer... George Perez is drawing an issue of *DC Comics Presents*, co-starring Omac, while Joe Kubert is working on one featuring the Demon; both were written by Len Wein... the Teen Titans will guest star in *Action Comics* #532... DC is working with Atari on a project whereby DC would create comic books to go with game cartridges created by the video game manufacturer... Tony Tollin and Adrienne Roy have left their staff positions at DC to go freelance; they will still be working as colorists for the company.   —KT—

## Marvel Miscellania: Paperbacks, G.I. Joe



**Paperbacks:** Marvel has begun to release paperback reprints of its own comics. The reprints will appear at a rhythm of two every month, beginning with a *Spider-Man* book and a *Star Wars* book (the latter containing material never published in America. These two went on sale in November.

Coming in 1982 are: a *Star Trek* book, reprinting three issues of the recently-cancelled Marvel Comic; a Hulk issue, reprinting the Harlan Ellison *Avengers/Hulk* crossover story from the early '70s, and "They Shoot Hulks, Don't They?" (guest starring Tom Wolfe); a *Fantastic Four* reprint; and an *X-Men* reprint, which will feature *Giant-Size X-Men* #1 (the first to feature the new team) and *X-Men* #117 ("Psi-War").

The books will be 160 pages long each, in full color, and will sell for $2.50.

**Super-Hero Mini-Series:** Marvel is preparing for release a mini-series, *The Mighty Marvel Contest of Heroes Mini-Series*. This will feature material prepared for the 1980 Winter Olympics Treasury by Bill Mantlo, Herb Trimpe, and Mike Esposito, and is said to include every living Marvel super-hero that lives on Earth.

**Second X-Men Series:** Marvel has definitely decided to put out a second X-Men series, chronicling the adventures of a younger, teen-aged group composed of young mutants who have appeared in other books. The writer on the book will be Chris Claremont, and the artist will be Bob McLeod, on his first regular penciling job. Louise Jones will edit. No title has been found for the new book, although plenty of not-too-serious suggestions

17

EXHIBIT 8
199

WB008055



# NEWSWATCH

## DC Creates New Royalties System for Freelancers

DC has created a new system of royalty payment for its writers and artists; the system, which has been instituted retroactively and will apply to comics published since July of 1981, will affect at least half of the DC titles, in several cases adding substantially to the income of the creators working on the books. Marvel is already reported to be working on a similar system.

DC has financed the move in part by cutting down the number of story pages to 23, shortly after announcing that the story pages were being cut from 27 to 25 (beginning with the April issues); the second cut will take effect soon after that, leaving DC's titles with a margin of only a couple of pages over Marvel's.

**A More Vital Interest:** Managing Editor Dick Giordano said that one of the reasons for the move was to give the creators "a more vital interest in the material." Citing Frank Miller's *Daredevil* as a case where the enthusiasm of one individual creator took a minor book and "turned it into a best-seller," Giordano said he hoped this sytem would "encourage Frank Miller type stuff."

"I'm very excited about it in more ways than one," he continued. "I feel that it can't help but improve the quality of the material and I think that's going to be an important plus for the marketplace."

Giordano noted that he himself was planning to take on a regular book as an inker. "Even though there's only 30% involved there, why shouldn't I do it?" he asked. "I can get emotionally involved in something as easily as the next guy."

Giordano said that credit for working out the idea fell on Paul Levitz, DC's Manager of Business Affairs (and formerly an editor for the company). "He had lots of encouragement and lots of help from all of us," Giordano said, "but I think that he brought it all the way around, coming up with the way to finance it, what would be best for everyone."

Levitz, however, downplayed his participation in the idea, citing Giordano, DC President Jenette Kahn, and Editor Joe Orlando as other sources. "There isn't anything brilliant about the idea of paying royalties," he noted. "We wanted to do something for freelancers to get them involved in successful books; freelance talent is integral to our success and they deserve compensation."

**Percentages:** According to a letter sent out to DC freelancers, the royalties will be paid for those comics that sell in excess of 100,000 copies. (Paul Levitz noted that, in the first month, this would apply to 13 of the 29 titles published that month.)

If a comic book sells more than 100,000 copies, the base rate of 100,000 is deducted from the total sales; this amount of copies is then multiplied by the cover price of the comic, to give a dollars-and-cents sales figure above the 100,000 base rate.

Of this figure, four percent is set aside for the creative team on the title. One half (two percent) goes to the writer, the other half to the artist(s) (if there is more than one artist, the profit is split either 70/30—in the case of a penciller/inker team—or 50/50—in the case of a layout/finisher team). This means that of the sales price, the writer will get 2%; a penciller will get 1.4%; a layout artist or an inker will get 1%; and an inker will get .7%.

When asked about the small percentage for the inker, DC Managing Editor Dick Giordano replied, "We feel the inker doesn't make as large a contribution as the finisher, who then becomes involved in the drawing. If Neal Adams pencils something, whether I ink it or somebody else inks it won't make that much of a difference in the marketplace."

In addition to this, in the case of a comic book concept created after the institution of this policy, an extra one percent will be paid to the creator of the comic, whether or not he is involved in that particular comic; this one percent, of course, will be split



## How the System Works

In its letter to freelancers, DC explained the new royalties system by taking as an example the October issue of *Teen Titans* (DC's best-selling title) and calculating the royalties that would be paid to the creative team, Marv Wolfman, George Perez, and Romeo Tanghal.

The October issue of *Teen Titans* will have sold roughly 217,000 copies, according to the letter. After the base sale of 100,000 copies has been deducted, 117,000 copies remain to which the royalties are applied. Multiplying this figure with the 60¢ cover price of that issue, gives $70,200; four percent of that is $2,808, which is distributed among the creative people.

Of this $2,808, half goes to the writer of the series, Marv Wolfman, $1,404. The other half, $1,404, goes to the artists. If George Perez had pencilled and Romeo Tanghal inked, they would have received, respectively, $982.80 and $421.20. Since, however, Perez did only layouts and Tanghal provided finishes, the $1,404 is split evenly between them, with each getting $702.00.

A few more examples—using "What If" situations—will explain the other details of the plan.

- *If Marv Wolfman had scripted the story over someone else's plot*, the plotter would have received one third of the writer's percentage (.67% of the sales, or, in this case, $468), leaving the scripter with $936 (1.33% of the sales).
- *If there had been a back-up story in the issue*, one third of the royalties would have gone to the creative team of the back-up, split up according to the same system. Thus, of the $2,808, the team responsible for the main story would only have received $1,872, while the back-up feature's team would have received $936—again split up among writers and artists in the same percentage.
- *If Wolfman and Perez had created the Titans after the implementation of the plan*, they would have split an extra one percent ($702 each) as creators' royalties; this would have brought Wolfman's cut to a total of $2,106, and Perez's to a total of $1,404.

# MeDIaScene

## COMIXSCENE

Frank Curry, the Stones' manager, passed along the word that 'Mick loved it.' I used song lyrics for captions, and created small vignettes to tell the story in a manner totally different from the KISS or Beatles projects. Then Bill Sinkiewicz sat down and produced 20 pages of art, about a third of the book, and now everyone is waiting for them to track down Jagger in France, which is wreaking havoc with our deadlines.

"Meanwhile, I had the occasion to hide under a pseudonym for the first time in my career as a comics writer a few weeks ago. I gave a simple 10-page Hulk plot to an artist, and it simply came back totally mangled beyond recognition. I can't say it was a bad job by the artist, and I thoroughly enjoy the guy's work most of the time, but he really turned this Hulk piece inside out. I did what I could to repair the situation, but when it was done I still didn't feel too happy with it, so I decided to become Arab for one issue, Itza bin bond."

Doug has also been called on to help John Buscema with plotting his Merlin story for the black & white Marvel monsters. It seems that John had taken the story right up to a jousting sequence after some 30 pages, but wasn't too sure as to how to bring about a climax with

King Arthur, Merlin and Satan in Hell. The tale does not fit anywhere in Arthurian legendry, but the art is very much in the old Prince Valiant tradition, and Tom Palmer is scheduled to be the inker.

In Moench's other series, the Shogun Warriors will undergo some radical changes in coming months, as the Sanctuary is destroyed, and The Followers of Light killed off. Now each Shogun robot operator will have to hide his own giant tinkertoy, as well as carry out all repairs. This is in response to a decision by Jim Shooter to make the series more "Marvelized," with a

stronger thread of realism in the character developments. When the series was created, it was a conscious decision to keep the plots simple, and the robots gimmicky, just like the cartoons were. Now things will proceed more in the regular Marvel formula of problems and slugfests, even though Herb Trimpe's "big-foot" style may have to be substituted with that of a more realistically oriented artist.

In The Deadly Hands of Kung Fu, Doug is going to bring all his characters back to New York as soon as the seven part Fu Manchu sequence is wrapped up, and simply try to trim down

and delineate the line-up. There will be more emphasis on martial arts choreography and sequential fight scenes in an effort to rekindle some of the book's lost energy. "Gulacy and I had the best rapport on this series," Doug explains, "and it's never recovered completely from Paul's

leaving. Either I have not been given artists of sufficient ability since then, or they have simply not been cinematic storytellers. In either case, I have been on the book for years now, and it has been a long time since there was anything to get really excited about, so I plan to work more closely with Mike Zeck to pep

things up. Shang-Chi has always been the one character I've been identified with most, and I don't know yet how the Rick Marschall and Lynn Greene situations will affect my assignments, so I will continue to concentrate most heavily on Kung Fu."

"At DC, there has been no response yet to Marvel's six-issue bonus program, but then they already offer a ten percent merchandising share system on non-comic utilization of characters, art or stories, which Marvel does not. Under the DC plan, the utilization of the Huntress in the TV show Challenge of the Superheroes has already netted Paul Levitz, Joe Staton and Bob Layton a fistful of dollars, and Tony Isabella even got a few bucks for the use of Black Lightning in a page of the DC Calendar last year. A settlement was also made recently with John Albano for a piece of the action in the upcoming Jonah Hex movie project.

In addition, publisher Jenette Kahn has recently signed 33 contracts for the use of new superhero material in formats as diverse as a revival of the Big Little Book format for Superman, and a Wonder Woman Pop-up Book. In addition, there are plans for the creation of a bookstore Superman Book of Super-Achievements, in which

EXHIBIT 8
201

WB008057