# EXHIBIT 11

WARNER COMMUNICATIONS INC.

MARTIN D. PAYSON
OFFICE OF THE PRESIDENT
AND GENERAL COUNSEL

August 8, 1988

Mr. Joseph Shuster
256 South Robertson
Beverly Hills, CA  90211

Dear Joe:

I know from Joanne Siegel that she has kept you up to date
as to the discussions and correspondence which have taken place
between she, Jerry and I, and the new compensation arrangements
which Warner Communications has agreed to for Jerry's and your
benefit.

Retroactive to January 1, 1988, we will be making payments
to each of you and Jerry at the rate of $80,000 per annum, plus
an annual cost of living increase of up to 10%, commencing 1989
based upon the U.S. Department of Labor statistics for the cost
of living applicable to the Los Angeles area.  In addition, we
will make a one-time payment of $15,000 (less withholding
taxes).  We have also agreed to reimburse Jerry and Joanne for
the reasonable moving expenses which they will incur on their
move to a new apartment.  At the time such expenses are paid,
we will make a similar payment to you, even though you will not
be incurring any such expenses.

I am pleased to enclose a check in the amount of $11,550
representing the 1988 special payment of $15,000 less
withholding taxes.

Steve Ross, Deane Johnson and William Sarnoff join me in
extending to you our best personal wishes.

Sincerely,

Martin D. Payson

Enclosure

cc:  Joanne Siegel

75 ROCKEFELLER PLAZA, NEW YORK, N.Y. 10019    212-484-6520

EXHIBIT 11
204

DCC00005673