# EXHIBIT 12

75 Rockefeller Plaza
New York, NY 10019
212 484 6520

Martin D. Payson
Vice Chairman
and General Counsel

TIME WARNER INC.

March 12, 1990

Mrs. Joanne Siegel
11928 Darlington Avenue, apt. 102
Los Angeles, CA  90049

Dear Joanne:

    This is to let you know that the cost of living for the Los Angeles area for 1989 increased by 5.15% over 1988. Accordingly, I am instructing the payroll department to make the 5.15% increase, to be applied to Jerry and Joe's compensation retroactive to January 1, 1990.

    With best wishes to you, Jerry and Joe.

                                            Cordially,

                                            Martin D. Payson

cc:  Joe Shuster
     Elaine Klein

EXHIBIT 12
205

DCC00005671