# EXHIBIT 13

75 Rockefeller Plaza
New York, NY 10019
212 484 6520

Martin D. Payson
Vice Chairman

# TIME WARNER INC.

March 5, 1991

Mrs. Joanne Siegel
11928 Darlington Avenue, Apt. 102
Los Angeles, CA 90049

Dear Joanne:

Please be advised that the cost of living for the Los
Angeles area for 1990 increased by 5.45% over 1989.
Accordingly, I am instructing the payroll department
to make the 5.45% increase, to be applied to Jerry and
Joe's compensation retroactive to January 1, 1991.

With best wishes to you, Jerry and Joe.

Sincerely,

Martin D. Payson

cc:  Joe Shuster
     Elaine Klein

EXHIBIT 13
206

DCC00005669