# EXHIBIT 18



**AVERY**®

50-1

In/Out Ca
100 P

*10/4/01 to 4/10/02*

# INCOMING/OUTGOING
# CALL REGISTER

| DATE | OUTGOING CALLS | |
|------|------|------|
| | NAME | MESSAGE |
| TIME | | |

| DATE | INCOMING CALLS | |
|------|------|------|
| | NAME | MESSAGE |
| TIME | | |

GTRB 0598

Avery·Aigner

EXHIBIT 18
582

| DATE 10/16/01 | OUTGOING CALLS | | NAME |

| TIME | NAME | MESSAGE | CALL COMPLETED |
|------|------|---------|----------------|
|      |      |         |                |
| 8:56 | John Shulman | #818-954-4224 | |

**REDACTED**

| 4:28 | John Shulman WB | # 818-954-4224 | |

**REDACTED**

AVERY FORM NO. 50-111

GTRB 0599

PRINTED IN USA

EXHIBIT 18
583

DATE
11/29/81

## INCOMING CALLS

NAME

| TIME | NAME | MESSAGE | CALL COMPLETED |
|------|------|---------|----------------|
| | | REDACTED | |
| 2:30 | Mark Toberoff | #589-5151 | |
| | | REDACTED | |

AVERY FORM NO. 50-111

GTRB 0600

EXHIBIT 18
584

| DATE | | NAME |
|---|---|---|
| 12/3/01 | **INCOMING CALLS** | |

REDACTED

| 2:42 | Don Gulgon | #440-263-8405 |
| | | @ 216-621-1113 |

REDACTED

AVERY FORM NO. 50-111

GTRB 0601
PRINTED IN USA

EXHIBIT 18
585

| DATE 12/5/81 | | INCOMING CALLS | | NAME |
|---|---|---|---|---|

| TIME | NAME | | MESSAGE | CALL COMPLETED |
|---|---|---|---|---|

REDACTED

| 3:05 | Don Bulson | | # 140248-9084 | |

REDACTED

AVERY FORM NO. 50-111

GTRB 0602
PRINTED IN USA

EXHIBIT 18
586

DATE
1/9/02

## OUTGOING CALLS

NAME

| TIME | NAME | MESSAGE | CALL COMPLETED |
|------|------|---------|----------------|
| | | | |

REDACTED

3:30 | John Schulman - Heidi

REDACTED

GTRB 0603

AVERY FORM NO. 50-111

EXHIBIT 18
587

| DATE 2/6/02 | | INCOMING CALLS | | NAME | |
|---|---|---|---|---|---|

| TIME | NAME | | MESSAGE | | CALL COMPLETED |
|---|---|---|---|---|---|

## REDACTED

| 1/1/05 | Mark Tobeloff re: Superman | — | #310-589-5151 Potential Buyout (end of Nov.) | | |

## REDACTED

GTRB 0604

AVERY FORM NO. 50-111

EXHIBIT 18
588

| DATE | | NAME |
|---|---|---|
| 2/7/02 | **OUTGOING CALLS** | |

| | MESSAGE | CALL COMPLETED |
|---|---|---|
| REDACTED | | |
| 2:55 Don Bulson | # 440 - 263 - 8405 | |
| REDACTED | REDACTED | |

AVERY FORM NO. 50-111

PRINTED IN USA

GTRB 0605

EXHIBIT 18
589



50-11
In/Out Call L
100 Pag

4/11/02 to 10/1/02

# INCOMING/OUTGOING CALL REGISTER

DATE

## OUTGOING CALLS

NA

| TIME | NAME | MESSAGE |
|------|------|---------|
| | | |

DATE

## INCOMING CALLS

| TIME | NAME | MESSAGE |
|------|------|---------|
| | | |

GTRB 0606

EXHIBIT 18
590

DATE
5/15/02

**INCOMING CALLS**

NAME

| TIME | | NAME | MESSAGE | CALL COMPLETED |
|------|--|------|---------|----------------|
| | | | | |

REDACTED

| 3 | 30 | John Schulman | ☎ 818 954-4224 | |

REDACTED

GTRB  0607

AVERY FORM NO. 50-111                                    PRINTED IN USA

EXHIBIT 18
591

DATE 5/16/02

# OUTGOING CALLS

NAME

| TIME | NAME | MESSAGE | CALL COMPLETED |
|------|------|---------|----------------|
| | | | |

REDACTED

2:55 John Schulman    #818-954-4224

REDACTED

GTRB 0608

AVERY FORM NO. 50-111

EXHIBIT 18
592



| TIME | | | NAME | MESSAGE | CALL COMPLETED |
|------|--|--|------|---------|----------------|

DATE
5/20/02

## OUTGOING CALLS

NAME

# REDACTED

2100 Don Bulson          mobile 440 263-8405

AVERY FORM NO. 50-111                                   PRINTED IN USA

GTRB 0609

EXHIBIT 18
593

DATE
5/23/02

## INCOMING CALLS

NAME

| TIME | NAME | MESSAGE | CALL COMPLETED |
|------|------|---------|----------------|
| | | | |
| 1:30 | Jon Rilson | # 716-621-1113 | |

REDACTED

GTRB  0610

AVERY FORM NO. 50-111                                                    PRINTED IN USA

EXHIBIT 18
594



DATE 5/24/02

**OUTGOING CALLS**

NAME

| TIME | NAME | MESSAGE | CALL COMPLETED |
|------|------|---------|----------------|
| 9:30 | John Schulman | # 818-954-4224 | |

**REDACTED**

GTRB 0611

AVERY FORM NO. 50-111                                          PRINTED IN USA

EXHIBIT 18
595

DATE
7/11/02

**INCOMING CALLS**

NAME

| TIME | NAME | MESSAGE | CALL COMPLETED |
|------|------|---------|----------------|

REDACTED

| 2200 | John Schulman | 08954-4224 | |

REDACTED

GTRB  0612

PRINTED IN USA

EXHIBIT 18
596

DATE
7/18/02

# OUTGOING CALLS

NAME

| TIME | NAME | MESSAGE | CALL COMPLETED |
|------|------|---------|----------------|

REDACTED

1:28 Patrick Perkins    # 21283-5900

REDACTED

GTRB  0613

AVERY FORM NO. 50-111    PRINTED IN USA

EXHIBIT 18
597

| DATE | | |
|---|---|---|
| 7/24/02 | | |

**OUTGOING CALLS**

NAME

| TIME | NAME | MESSAGE | CALL COMPLETED |
|---|---|---|---|
| | | | |

REDACTED

| 6:09 M&K Goderoff | | 846-3333 | |

EXHIBIT 18
598

**OUTGOING CALLS**

DATE 7/30/02

NAME

| TIME | NAME | MESSAGE | CALL COMPLETED |
|------|------|---------|----------------|
| | | | |
| | | | |
| 12:08 | Dan Bulson | #216-621-1113, ext. 149 | |
| | | | |

REDACTED

| 3:05 | Mark Woolcroll | #312-246-3333 re Superman | |

GTRB 0615

EXHIBIT 18
599

| DATE 8/7/02 | | **OUTGOING CALLS** | | NAME | |
|---|---|---|---|---|---|
| TIME | | NAME | MESSAGE | | CALL COMPLETED |

**REDACTED**

| 12:25 | Mark Tobosoff-andrew | 310-246-3333 | |
| | Aenov. 5/810 28 min. | Conf. call w/ Mark, Kevri & Ari Emanuel at Endeavor. | |

**REDACTED**

GTRB  0616

EXHIBIT 18
600

| DATE 8/29/02 | OUTGOING CALLS | | NAME |
|---|---|---|---|

| TIME | NAME | MESSAGE | CALL COMPLETED |
|---|---|---|---|
| | REDACTED | | |
| | Mark Toberoff | #310-246-3333 | |
| | REDACTED | | |

AVERY FORM NO. 50-111

GTRB 0617

EXHIBIT 18
601

| DATE |
| --- |
| 8/30/02 |

## INCOMING CALLS

| NAME |
| --- |

| TIME | NAME | MESSAGE | CALL COMPLETED |
| --- | --- | --- | --- |
| 8.55 | Don Rulson | #216-621-1113 | |

REDACTED

| 2:00 | Don Bulson | #216-621-1113 | |

GTRB 0618

AVERY FORM NO. 50-111                                    PRINTED IN USA

EXHIBIT 18
602



**OUTGOING CALLS**

DATE: 9/3/02

NAME:

| TIME | NAME | MESSAGE | CALL COMPLETED |
|------|------|---------|----------------|
|  |  |  |  |
| 10.05 | Don Bulson | #216-621-1113 |  |

REDACTED

AVERY FORM NO. 50-111

PRINTED IN USA

GTRB  0619

EXHIBIT 18
603

| DATE 9/10/02 | **INCOMING CALLS** | NAME |
|---|---|---|

| TIME | NAME | MESSAGE | CALL COMPLETED |
|---|---|---|---|
|  |  |  |  |
| 9:54 | Don Bolson | # 216-621-1113 |  |

REDACTED

GTRB 0620

AVERY FORM NO. 50-111                                    PRINTED IN USA

EXHIBIT 18
604

DATE
9/12/02

## INCOMING CALLS

NAME

| TIME | | NAME | MESSAGE | CALL COMPLETED |
|------|--|------|---------|----------------|
| | | | | |

REDACTED

| 3:05 | Jon Benson, | #140-263-8405 | |

REDACTED

GTRB  0621

AVERY FORM NO. 50-111                                                    PRINTED IN USA

EXHIBIT 18
605



**INCOMING CALLS**

| DATE | NAME |
|------|------|
| 9/17/02 | |

| TIME | NAME | MESSAGE | CALL COMPLETED |
|------|------|---------|----------------|
| 12:53 | Don Bolson's | #440-263-8408 | |

REDACTED

AVERY FORM NO. 50-111

PRINTED IN USA

GTRB 0622

EXHIBIT 18
606

| DATE |
| --- |
| 9/19/02 |

## INCOMING CALLS

| NAME |
| --- |

| TIME | | | NAME | MESSAGE | CALL COMPLETED |
| --- | --- | --- | --- | --- | --- |
| | | | | | |

REDACTED

| 5. 37 | John n Cal. (maa) | # 818-954-... |

REDACTED

GTRB 0623

EXHIBIT 18
607

| DATE 9/25/02 | | | |
|---|---|---|---|

## INCOMING CALLS

| NAME | |
|---|---|

| TIME | NAME | MESSAGE | CALL COMPLETED |
|---|---|---|---|
| | REDACTED | | |
| 393# (John Schulman) | #818-954-4334 | | |
| | REDACTED | | |
| | | | |

GTRB 0624

EXHIBIT 18
608

| | | | OUTGOING CALLS | | | |
|---|---|---|---|---|---|---|

**DATE** 9/26/02

**NAME**

| TIME | | NAME | MESSAGE | CALL COMPLETED |
|---|---|---|---|---|
| | | | | |
| | | | | |
| 10:36 | Don Bulson | #440-263- 8405 | |
| 11:00 | Don Bulson | #440-263-8405 | |

REDACTED

GTRB  0625

AVERY FORM NO. 50-111                                         PRINTED IN USA

EXHIBIT 18
609