# EXHIBIT 27

LAW OFFICES OF
# MARC TOBEROFF

October 17, 2004

Joanne Siegel
13929 Marquesas Way, Apt. 201A
Marina Del Rey, CA 90292

Laura Siegel Larson
6400 Pacific Avenue, #106
Playa Del Rey, CA 90293

Re: First Amendment To Engagement Agreement

Dear Joanne and Laura:

This is to confirm that our engagement agreement dated October 3, 2004 (the "Agreement") is hereby amended only (the "Amendment") as follows:

Initials: _MT_, _JS_ _LSL_

1999 Avenue of the Stars, Suite 1540, Los Angeles, CA 90067 Tel: (310) 246-3333; Fax: (310) 246-3101
E-mail: MToberoff@ipwla.com

EXHIBIT 27
1069

Page 2
Joanne Siegel and Laura Siegel Larson
October 17, 2004

4.  Miscellaneous: This Amendment shall be binding upon and inure to the benefit of the parties' heirs, executors, successors and assigns. Executed facsimile copies of this Amendment shall be valid acceptable substitutes for executed originals. This Amendment shall be governed by and construed in accordance with the Laws of the State of California.

If the foregoing Amendment meets with your approval, kindly so indicate by signing four originals of this engagement letter and returning them to us for counter-signature, and we will return two fully executed originals to you.

Very truly yours,

*/s/ Marc Toberoff*

Marc Toberoff

Agreed, understood and accepted:

_/s/ Joanne Siegel_  Date: 10/17/04
Joanne Siegel

_/s/ Laura Siegel Larson_  Date: 10/17/04
Laura Siegel Larson

EXHIBIT 27
1070