# EXHIBIT 28



Aug. 21, 1992

Dear Paul,

I felt that I should share the enclosed letter to Marty Jayson with you. I have found myself in an embarrassing situation. I do appreciate that the conservative funeral expenses were picked up.

I will call you when I get into N.Y. on Sept 21 to find out the exact time of the Sept. 24th memorial service. I will look forward to seeing you & Jenette again.

Jean Shuster Peavy

EXHIBIT 28
1071

DCC00006476

316 Horton Ln. NW
Albuquerque, NM  87114
August 21, 1992

Marty Payson, Vice-President
Time Warner
75 Rockefeller Plaza
New York, NY  10019

Dear Mr. Payson,

    This will be one of the most difficult letters I've ever written and one I wish I didn't have to write.  As you know, your friend and my brother, Joe Shuster, died on July 30.  Joe and I were very close.  Every week we talked on the phone.  Back in the late 1940's and 1950's when Joe was struggling, I helped support him by sending him a weekly check so he could go on creating new ideas and hopefully sell them.  My brother Frank knows this because he took over supporting Joe after I married in 1955.  I was happy to do this because I loved him.  Joe always assured me that I would be taken care of after his demise.

    I have just returned from Los Angeles where I spent a very stressful two weeks arranging for Joe's funeral, disposing of the belongings in his apartment and trying to get the financial affairs in order.  In going through his papers I was shocked to learn that Joe did not only not have much money in the bank but that he had almost $20,000 in credit card debts and unpaid bills (copies of bills enclosed).  He only had one active bank account at Security Pacific National Bank with $23,773 in it, in which he received his direct deposit checks from Time Warner.  I do not have access to his account until the legal things are settled while the 20% interest continues to accrue on his credit card debt.  I could not find any other assets except two dormant bank accounts with $167 and $11 in them.  I thought Joe might have had a small life insurance policy through his pension to pay his final debts and expenses.  Unfortunately, he did not.

    As heir to his Will, I am responsible for paying off his credit card debts, along with any bills that will be coming in and forwarded to me-- utilities, half month's rent, unknown credit debts, legal fees, etc.  Today I received another bill from the County Coroner.  Thankfully, Paul Levitz said Time Warner would cover it.

    I find myself in a financial plight.  How could Joe Shuster end up with an estate of almost nothing?  And what if more debt and bills come in?  His estate may not even be able to cover it.  It's bad enough to lose a family member with whom you are close but it's devastating when they leave a burden of large unpaid debts and bills which the estate can barely cover.  On top of this, my son and I had great expenses flying out to California, staying at a motel, renting a car, etc.  My husband and I are of modest means.  We live on my husband's modest pension and this was very expensive for us.  In addition, we still don't know how much the legal fees will be.  The estate may not cover it at all.

EXHIBIT 28
1072

DCC00006477

This is very embarrassing for me to have to write to you this way. It's unbelievable to me that Joe could have so little considering the generosity shown by Time Warner in raising the pension income of Siegel and Shuster. Through his 1991 tax return and 1992 pay memos, I found out he was receiving $2,627 twice a month after withholding or $63,000 a year after taxes. I had my son itemize Joe's 1992 checks and bank statements to see where his money went. We've been able to account for most of his checks. From January of 1992 to the middle of July, we found he wrote almost $31,000 in checks, plus there are other checks still unaccounted for. In a little over six months, he spent everything he took in.

Almost $1,500 a month went for rent. Almost $500 for utilities. We also found that over $1,200 a month was being paid to Joanne Siegel for some kind of commission for including him in the pay raise. It appears that for quite a few years, she has been taking 20% of his income as an agent's commission for getting pay raises for Siegel and Shuster. All of this consumed about $3,200 a month. The rest went for groceries (home delivered), personal and health items, and lots of clothes and stereo systems that filled his large apartment from floor to ceiling which he gave to charity at the end.

Joe was very generous. He liked to spend on himself and he liked to give things away. In Joe's interview by a reporter from the Toronto Star who came to Joe's apartment, he wrote, "One corner of his apartment is jammed with stereo components--three turntables, several tapedecks, and a dozen high-power speakers--that will be donated to the visually impaired." This must have cost thousands of dollars. Yet, when I came to his apartment, more equipment had been bought and every room was jamm-packed from floor to ceiling full of stereo components and speakers. This time he promised this to the Music Department of the Los Angeles Valley College. When they came to take the equipment, they showed me a letter authorizing them to get it for this good cause. This equipment must have cost thousands and thousands of dollars. He also had every closet stuffed full of jackets and clothes piled everywhere.

Joe's ladyfriend admitted to me how generous he had been to her and her son. Her son is a psychology professor and I asked if he could tell me why Joe spent so much money. He said that Joe was a compulsive buyer triggered by years of deprivation, so when he had a chance, he went on shopping sprees. He was also very generous and gave when he heard there was a need.

I am glad Joe spent the last years of his life happy. Joe Shuster was a kind, generous, and creatively brilliant man. He made great contributions to this world. Unfortunately, Joe left his family with a crushing burden of unpaid debts and bills and only a tiny estate to cover it. Joe did not like to deal with business. And now he has put a terrible burden on me which I know he never intended. The kindness and generosity of Warner Communications and now Time Warner has been demonstrated in the past. Any help that Time Warner could give to the family of Joe Shuster to pay his final debts and expenses would be warmly appreciated at this time of mourning. The Shuster family looks forward to seeing you at the memorial service on September 24.

EXHIBIT 28
1073

DCC00006478

With warmest regards,

*Jean Shuster Peavy*

Jean Shuster Peavy

Enclosed: The bill from the County Coroner.
A schedule of Joe's debts with copies of statements.
His latest bank statement from Security Pacific.
An itemization of the amounts of most of his checks written in 1992.
The agreement with Joeanne Seigel to take 20% of his income and copies of the two latest checks to her.

EXHIBIT 28
1074
DCC00006479

## Schedule of Debts of Joe Shuster

| Due Date | Creditor | Amount |
|---|---|---|
| 8-24-92 | Sears Charge | $5,325.54 |
| 8-21-92 | First Select VISA | 5,280.76 |
| 8-21-92 | BankAmericard VISA | 2,742.75 |
| as of 8-19-92 | The Broadway | 2,415.15 |
| 8-13-92 | Circuit City Stores | 1,161.-- |
| 8-14-92 | Security Pacific Bank Card | 1,061.18 |
| 7-9-92 | JC Penney | 101.16 |
| 8-13-92 | Century Cable | 103.02 |
| July/August | Electric bill based on 1-7-92 bill | 200 |
| 8-7-92 | Telephone bill | 130 |
| 8-1 to 8-13 | assessment for ½ month rent | 750 |
| 1992 | Final Tax Returns-Tax Counsel Assc. | 300 |
| Total Debts and Final Obligations | | $19,570 |

LEGAL/PROBATE FEES STILL UNKNOWN          ?

EXHIBIT 28
1075

DCC00006480

## SEARSCharge

P.O. BOX 5000
RCH CUCAMGA CA 91729

| Account Number: | 8 80331 85329 6 |
| --- | --- |
| Billing date: | July 25, 1992 |

### ACCOUNT SUMMARY

| Previous balance | | $5,435.59 |
| --- | --- | --- |
| Total payments | − | 200.00 |
| Total charges | + | 5.41 |
| Total credits | − | 0.00 |
| Finance charge | + | 84.54 |
| **New balance** | | **$5,325.54** |
| Minimum due: | | $156.00 |
| Due date: | | August 24, 1992 |

JOSEPH M SHUSTER
11944 MONTANA AVE
LOS ANGELES CA  90049-5033

### TRANSACTIONS

Jul 11   PAYMENT - THANK YOU .................... − $200.00
Jul 15   CATD7835431D, CATALOG SALE, 800-366-3000 ........ 5.41

### SPECIAL ACCOUNT INFORMATION

The amount due shown above includes a past due amount. You should send the entire amount due now. If payment has been made recently, please disregard this request.

### HELPFUL INFORMATION

Available Credit: **$1,694**

If the amount of Available Credit is not sufficient, or you have a question, call:
 (800) 877-8498
 M - F 9-9, SAT 9-6

Mail any billing error notices to:
 P.O. BOX 5001
 RCH CUCAMONGA CA 91729-0000

 Please include your account number with any correspondence.

### SEARSCHARGE BONUS CLUB

Great News! Now the SearsCharge Bonus Club pays you back in money-saving certificates every time your SearsCharge purchases build up to $200 or more. You need only $140.48 more in charges to earn your bonus. It pays to shop at Sears!

### FINANCE CHARGE RATES

| Date of charges | Average Daily Balance | ANNUAL PERCENTAGE RATE | Monthly Periodic Rate | Average Daily Balance | FINANCE CHARGE |
| --- | --- | --- | --- | --- | --- |
| All | over $0.00 | 19.2% | 1.6% | $5,283.89 | $84.54 |
| | | | | Total | $84.54 |

NOTE: See other side for important information

---



Tear off and mail this coupon with your payment in the enclosed envelope. Your payment must arrive by the due date to avoid additional finance charges. Make check payable to *Sears, Roebuck and Co.* and include your account number on the check.   8498

SEARS PAYMENT CENTER
P.O. BOX 860020
PASADENA CA  91186-0020

JOSEPH M SHUSTER
Account Number:   8 80331 85329 6
Billing date:   July 25, 1992

New balance:   $5,325.54
Minimum due:   $156.00
Due date:   August 24, 1992

Address change? Check in box below and write your new address on the back.

[ · ]

EXHIBIT 28
1076

DCC00006481



Will Freeze as of July 30

YES, please protect my First Deposit VISA® account with the CREDIT PROTECTION PLAN described in the Plan Summary which I have read. I understand I can cancel at any time during the first 30 days of membership and receive a full refund with no further obligation.

X

SIGN HERE TO ENROLL (Primary Cardholder's Signature Required)

FIRST SELECT VISA
P.O. BOX 9560
MANCHESTER, NH 03108-9560

ACCOUNT NUMBER
4168-5125-5001-4223

PAYMENT DUE DATE
AUG 21,1992

REMIT TO:

FIRST SELECT VISA
P.O. BOX 9560
MANCHESTER, NH 03108-9560

MINIMUM PAYMENT DUE
$ 126.12

AMOUNT ENCLOSED
$

PLEASE MAKE CHECK PAYABLE TO FIRST DEPOSIT

JOSEPH M SHUSTER
11944 MONTANA AVE
LOS ANGELES CA 90049-5033

416851255001422300126120528076O

DETACH HERE

| POSTING DATE | DESCRIPTION | TRANSACTION DATE | REFERENCE NUMBER | AMOUNT CR = CREDIT PY = PAYMENT |
|---|---|---|---|---|
| 07-27 | PAYMENT RECEIVED - THANK YOU | 07-27 | 74168512209000001410550 | $ 126.16PY |
| 07-27 | CREDIT PROTECTION | 07-27 | | 20.12 |

PROTECT YOUR GOOD CREDIT WITH JUST A STROKE OF A PEN! SIGN THE BOX AT THE TOP OF YOUR STATEMENT AND PROTECT YOUR ACCOUNT AGAINST UNEMPLOYMENT OR DISABILITY. SEE ENCLOSED BROCHURE FOR DETAILS.

FOR CUSTOMER SERVICE ON YOUR FIRST SELECT VISA,
CALL TOLL-FREE AT 1-800-964-6000.

412/184/585/614/725/727/730/1009

| AVERAGE DAILY BALANCE | DAILY PERIODIC RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|
| PURCHASES* $ .00 | .060000% | 21.90% |
| CASH ADVANCES $ 5,310.54 | .060000% | 21.90% |

The Cash Advance Check below is provided for your convenience. We will gladly honor this and any other cash advance check you use as long as you have credit available. You cannot use this check to pay your credit account with First Deposit National Credit Card Bank. Please save this stub for future reference.

Date: ______ Amount: $ ______
Payable To:

ACCOUNT NUMBER 41685125500142223

| | |
|---|---|
| CREDIT LINE | $ 6,200 |
| CREDIT AVAILABLE | $ 919 |
| NUMBER OF DAYS IN BILLING CYCLE | 32 |
| CLOSING DATE | JUL 27,1992 |
| MINIMUM PAYMENT DUE | $ 126.12 |
| PAYMENT DUE DATE | AUG 21,1992 |

For Billing Errors, See Reverse Side.

ACCOUNT SUMMARY

| | | |
|---|---|---|
| PREVIOUS BALANCE | | $ 5,284.84 |
| CREDITS | - | .00 |
| PAYMENTS | - | 126.16 |
| PURCHASES* & OTHER CHARGES | + | 20.12 |
| CASH ADVANCES | + | .00 |
| FINANCE CHARGE | + | 101.96 |
| LATE PAYMENT CHARGE | + | .00 |
| NEW BALANCE | = | $ 5,280.76 |

* Only applicable for accounts with credit cards.

DETACH HERE

DCC00006482

# BankAmericard

**Payment Coupon**

VISA
4024-0046-9998-7901

PLEASE PRINT CHANGE OF ADDRESS
OR TELEPHONE NUMBER HERE ▶

| PAYMENT DUE DATE | BILLING DATE |
|---|---|
| 08-21-92 | 07-27-92 |
| ▼ ENTER AMOUNT ENCLOSED | NEW BALANCE |
|  | 2742.75 |
|  | MINIMUM PAYMENT DUE |
|  | 109.00 |

TO AVOID ADDITIONAL PERIODIC CHARGES, PAYMENT OF THE NEW BALANCE MUST BE RECEIVED BY PAYMENT DUE DATE. THE MINIMUM PAYMENT WILL BE PAST DUE IF NOT RECEIVED BY THE PAYMENT DUE DATE.

STREET
CITY        STATE        ZIP
HOME PHONE       BUSINESS PHONE

JOSEPH M SHUSTER
11944 MONTANA AV 305
W LOS ANGELES CA 90049-5026

BANK OF AMERICA
CARD CENTER
PASADENA, CA 91127

MAKE CHECK PAYABLE TO BANK OF AMERICA NT&SA
WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK
◀ MAIL PAYMENT TO:

0105

4024004699987901001090002742754024004699987901001090002742 75   *** 920038669

⑈0004522644⑈ ⑆524022250⑆ 00000⑈00000⑈

*RETURN PAYMENT COUPON WITH YOUR CHECK AND KEEP THE STATEMENT PORTION BELOW FOR YOUR RECORDS*

---

TO AVOID ADDITIONAL PERIODIC CHARGES, PAYMENT OF THE NEW BALANCE MUST BE RECEIVED BY PAYMENT DUE DATE. THE MINIMUM PAYMENT WILL BE PAST DUE IF NOT RECEIVED BY THE PAYMENT DUE DATE.

Account Number 4024-0046-9998-7901    Name: JOSEPH M SHUSTER

**BankAmericard Statement**

| Account Type | Credit Line | Credit Available | Billing Date | Payment Due Date |
|---|---|---|---|---|
| VISA | 4700 | 1957 | 07-27-92 | 08-21-92 |

| ACCOUNT ACTIVITY | BankCard sub-Account | ValueAmerica sub-Account | Total Account | FINANCE CHARGE CALCULATION | Amounts Subject to Charge | X's Rate (%) (or Periodic Rate) | = Corresponding Finance Charge | Corresponding Annual Percentage Rate (%) |
|---|---|---|---|---|---|---|---|---|
| Previous Balance | 2831.75 | .00 | 2831.75 | BankCard sub-Account Average Daily Balance | 2746.81 | 1.650 | 45.32 | 19.80 |
| New Activity (+) |  |  |  | Cash Advances |  | 2.000 |  |  |
| Cash Advances (+) |  |  |  | Service Transactions |  | 2.000 |  |  |
| Service Transactions (+) |  |  |  | ValueAmerica sub-Account |  |  |  |  |
| Payments (−) | 150.00 |  | 150.00 | $ 1000 and under |  | 1.500 |  | 18.00 |
| Credits (−) |  |  |  | over $ 1000 |  | 1.000 |  | 12.00 |
| Sub-Account Credit Transfers (+)(−) |  |  |  | ANNUAL PERCENTAGE RATE (%) |  |  |  |  |
| FINANCE CHARGE (+) | 45.32 |  | 45.32 | BankCard sub-Account | ValueAmerica sub-Account | Total Account | Current Amount Due ▶ | 109 |
| Late/Collection Charge Overlimit Fee (+) | .00 |  | .00 | 19.80 | .00 | 19.80 | Amount Past Due ▶ |  |
| Credit Insurance Premium (+) | 15.68 |  | 15.68 | BANK CARD CENTER | SEND BILLING INQUIRIES TO ◀ | Amount Over Credit Line ▶ |  |  |
| NEW BALANCE (=) | 2742.75 | .00 | (2742.75) | P.O. BOX 7042 PASADENA, CA 91109 |  | Minimum Payment Due ▶ | 109 |  |

| POSTING MO DAY | REFERENCE NUMBERS | ACTIVITY SINCE LAST STATEMENT | TRANSACTION DATE IF AVAILABLE | CHARGES | PAYMENTS AND CREDITS |
|---|---|---|---|---|---|
|  |  | YOUR BANKAMERICARD ACCEPTED AT SECURITY PACIFIC ATMS IN 11 WESTERN STATES! |  |  |  |
| 07 20 | 53252478 | PAYMENT - THANK YOU |  |  | 150 |
| 07 27 |  | CRED INS PREM, CENTRAL STATES, OMAHA, NE |  | 15.68 |  |
| 07 27 |  | ***FINANCE CHARGE*** |  | 45.32 |  |

920038669
STATEMENT NUMBER
PAGE 1 of 1

FOR CUSTOMER SERVICE, CALL:    PACIFIC TIME
1-800-323-1753    6:30 AM - 4:30 PM

FOR LOST OR STOLEN CARD, CALL:
1-800-423-3823
24-HOUR TELEPHONE NUMBER

61.00    150
TOTAL CHARGES    TOTAL PAYMENTS AND CREDITS

EXHIBIT 28
1078
DCC00006483

```
IF ADDRESS IS INCORRECT, ENTER NEW ADDRESS HERE
```

3009134

| ADDRESS | | |
|---|---|---|
| CITY | STATE | ZIP CODE |
| PHONE: HM( ) | | BUS( ) |

JOSEPH SHUSTER
APT 305
11944 MONTANA AVE
W LOS ANGELES, CA  90049-5026

**THE BROADWAY**

P.O. BOX 52094
PHOENIX, AZ. 85072-2094

**ACCOUNT NUMBER**

0 373 831 978 7

PAYMENT SHOULD BE
RECEIVED BY
AUG 03 92

PLEASE RETURN THIS COUPON WITH YOUR PAYMENT.
WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK

| TYPE OF ACCOUNT | NEW BALANCE | MINIMUM PAYMENT NOW DUE | PLEASE ENTER AMOUNT PAID |
|---|---|---|---|
| CHA | 99.99 | 15.00 | |
| HOM | 2276.32 | 110.00 | |
| TOTAL | 2376.31 | 125.00 | |

DO NOT WRITE IN THIS SPACE

003738319787  00125000237631200015000000999937

| DATE | STR NO. | REFERENCE NUMBER | DEPT. | DESCRIPTION | CHARGES | PAYMENTS & CREDITS |
|---|---|---|---|---|---|---|
| | | | | - - - YOUR CHARGE ACCOUNT - - - - | | |
| 0611 | 56 | 0020757 | 931 | ELECTRONIC SERVICES | 99.99 | |
| | | | | - - -YOUR HOMEMAKER ACCOUNT- - - - - | | |
| 0321 | 44 | 0920317 | 573 | AUDIO SYSTMS & COMPNTS | 707.00 | |
| 0702 | 12 | 0116687 | 161 | MAIL PAYMENT-THANK YOU | | 210.00 |

TRAVELING THIS SUMMER? DON'T FORGET YOUR CARD - -
YOUR BROADWAY CARD IS ACCEPTED AT WEINSTOCKS, EMPORIUM AND
BROADWAY SOUTHWEST CONVENIENTLY LOCATED THROUGHOUT
CALIFORNIA, ARIZONA, NEVADA, NEW MEXICO, UTAH AND COLORADO.

*balance as of 8-19-92   (#2,415)*

| BILLING CYCLE CLOSING DATE | | ACCOUNT NUMBER | | | PAYMENT SHOULD BE RECEIVED BY: | | |
|---|---|---|---|---|---|---|---|
| JUL 09 92 | | 0 373 831 978 7 A | | | | AUG 03 92 | |
| TYPE ACCT | PREVIOUS BALANCE | CHARGES | PAYMENTS & CREDITS | AVERAGE DAILY BALANCE | FINANCE CHARGE | NEW BALANCE | MINIMUM PAYMENT NOW DUE |
| CHA | .00 | 99.99 | .00 | .00 | .00 | 99.99 | 15.00 |
| HOM | 1743.31 | 707.00 | 210.00 | 2182.21 | 36.01 | 2276.32 | 110.00 |
| TOT | 1743.31 | 806.99 | 210.00 | 2182.21 | 36.01 | 2376.31 | 125.00 |

You are required to pay at least the minimum payment shown and you may at any time pay all or any additional portion of the NEW BALANCE. If we receive payment of the full amount of the NEW BALANCE within 30 days (28 days for February) of the Billing Cycle Closing Date shown above**, you will avoid a FINANCE CHARGE next month. The FINANCE CHARGE is computed by applying to the AVERAGE DAILY BALANCE monthly periodic rate of **1.65%** on amounts up to **ALL** and **N/A** on amounts in excess of **N/A**, which are annual percentage rates of **19.80%** and **N/A** respectively. Subject to a minimum charge of 50¢ per ... with where permitted by law.
NOTICE: See reverse side for imp... information.

EXHIBIT 28
1079

DCC00006484

**SECURITY PACIFIC BANK, N.A.**
BANKCARD SERVICES
PO BOX 2930
PHOENIX, ARIZONA 85038

*Finance charges accruing*

4070005302514100000000000106118

400 RRB  7 13 3

| Account Number | New Balance | Payment Due Date | Current Minimum Amount Due | Past Due + Overlimit Amounts | = Minimum Payment Due | Amount Enclosed |
|---|---|---|---|---|---|---|
| 4070 0053 0251 4100 | $1061.18 | 08/14/92 | $0.00 | $0.00 | $0.00 | $ |

BANKCARD SERVICES
BANKCARD PROCESSING
PASADENA CA 91052-0002

JOSEPH SHUSTER
11944 MONTANA AVE APT 305
LOS ANGELES CA 90049-5026

⑊060412⑊ ⑊524022250⑊ 00000⑊00000⑊

Telephone No.  310-247-2800

| Account Number | Credit Line | Available Credit | Days in Billing Cycle | Billing Date | Payment Due Date | Minimum Payment Due |
|---|---|---|---|---|---|---|
| 4070 0053 0251 4100 | $2500 | $1438 | 32 | 07/20/92 | 08/14/92 | $0.00 |

| Date of Trans | Post | Reference Number | Activity Since Last Statement | Amount |
|---|---|---|---|---|
| 07/09 | 07/09 | 7407000JG00Z9BYW3 | PAYMENT - THANK YOU | 100.00- |
|  |  | *FINANCE CHARGE* |  | 16.95 |

*will not freeze add finance charges until paid*

| Previous Balance | − Total Payments/Credits | = Subtotal | + Automatic Advances | + Fees | + Finance Charge | = New Balance |
|---|---|---|---|---|---|---|
| $1144.23 | $100.00 | $1044.23 | $0.00 | $0.00 | $16.95 | $1061.18 |

An amount followed by a minus sign (−) is a credit or a credit balance.

TO OBTAIN THE MOST CURRENT BALANCE, CREDIT LIMIT OR LAST PAYMENT, CALL THE LOCAL PHONE NUMBER ABOVE. USE YOUR ACCOUNT NUMBER AND THE LAST 4 DIGITS OF THE PRIMARY SOCIAL SECURITY NUMBER. PRESS 1 AND THEN 4. IT'S EASY TO USE!

Send inquiries to: BANKCARD CUSTOMER SERVICE, PO BOX 52327, PHOENIX AZ, 85072

| | Automatic Advances | | AMOUNT SUBJECT TO PERIODIC RATE | |
|---|---|---|---|---|
| | | | Average Daily Balance Previous Cycle | Average Daily Balance Current Cycle |
| MONTHLY PERIODIC RATE (%) | 01.567 | | | |
| NOMINAL ANNUAL PERCENTAGE RATE (%) | 018.80 | | | |
| ANNUAL PERCENTAGE RATE (%) | 018.80 | | 0.00 | 1081.74 |

READY RESERV ACCOUNT

EXHIBIT 28
1080
DCC00006485



| POSTING DATE | DESCRIPTION | TRANSACTION DATE | REFERENCE NUMBER | AMOUNT CR-CREDIT PY-PAYMENT |
|---|---|---|---|---|
| 01-08 | LATE PAYMENT CHARGE | 01-08 | | 12.00 |

A FRIENDLY REMINDER...WE HAVE NOT YET RECEIVED YOUR PAYMENT. PLEASE PAY THE AMOUNT DUE TODAY.

CATCH THE SUPER BOWL ON A BIG SCREEN TV!

*1st North Am. Natnl. Bank issues credit for circuitcity*

*Balance as of 8-13-92 $1,161*

| | AVERAGE DAILY BALANCE | MONTHLY PERIODIC RATE | ANNUAL PERCENTAGE RATE | FINANCE CHARGE |
|---|---|---|---|---|
| A | 1,070.23 | 1.6500% | 19.80% | $17.65 |
| B | .00 | 1.6500% | 19.80% | $.00 |
| C | .00 | .0000% | 0.00% | $.00 |

ACCOUNT NUMBER: 1523000008841880

CREDIT LINE: 1,600
AVAILABLE CREDIT: 500
PAST DUE PREVIOUS STATEMENT: 67.00
MINIMUM DUE THIS CYCLE: 67.00
MINIMUM PAYMENT DUE: 134.00
NUMBER OF DAYS IN BILLING CYCLE: 31
CLOSING DATE: JAN 08, 1992
PAYMENT DUE DATE: FEB 02, 1992

ACCOUNT SUMMARY
PREVIOUS BALANCE: 1,070.23
.00
LATE CHARGES: 12.00
.00
.00
FINANCE CHARGE: 17.65
NEW BALANCE: 1,099.88

SEND INQUIRIES TO:
CIRCUIT CITY STORES, INC.
P.O. BOX 11768
RICHMOND, VA 23230
CUSTOMER SERVICE TELEPHONE: 1-800-477-6761

NOTICE: See Reverse Side for Important Information
To avoid an additional Finance Charge pay entire New Balance by Payment Due Date.
* SEE EXPLANATION OF CODES ON REVERSE SIDE

EXHIBIT 28
1081
DCC00006486

# JCPenney

*Customer Service is Our Number One Priority*

## Account Statement

| | |
|---|---|
| Billing Error Notice Address ► See Reverse Side For Details | P.O. BOX 4444<br>BUENA PARK CA 90624<br>(714) 228-1200 |

ACCOUNT NUMBER  674-134-737-8
CURRENT BILLING DATE  06-13-92

PAGE 01 OF 01

To Avoid Additional Finance Charge, Pay New Balance By ► 07-09-92

| Date | Store/Reference Number | Balance Type | Item Description | Charges | Payments and Credits |
|---|---|---|---|---|---|
| 06-13 | | M | LATE CHARGE | .80 | |
| | | | YOUR ACCOUNT IS PAST DUE. PLEASE PAY THE AMOUNT DUE OF $48.80 TODAY. | | |

| BALANCE SUMMARY | PREVIOUS BALANCE | - PAYMENTS AND CREDITS | + FINANCE CHARGE | + CHARGES | = NEW BALANCE | MINIMUM PAYMENT |
|---|---|---|---|---|---|---|
| MAJOR | 98.79 | .00 | 1.57 | .00 | 100.36 | 48.80 |
| OTHER | .00 | .00 | .00 | .80 | .80 | .00 |
| TOTAL | 98.79 | .00 | 1.57 | .80 | 101.16 | 48.80 |

Your finance charge rates are: (See reverse side for important information and explanation of your finance charge method)

| BAL. TYPE | | ON BALANCE OF | AS OF | ON BALANCE THRU $ | MONTHLY PERIODIC RATE(S) % | ANNUAL PERCENTAGE RATE(S) % | ON BALANCE OVER $ | MONTHLY PERIODIC RATE(S) % | ANNUAL PERCENTAGE RATE(S) % |
|---|---|---|---|---|---|---|---|---|---|
| M | B | 95.44 | 06-92 | ALL | 1.65 | 19.8 | | | |

△ Your Finance Charge Method is (see reverse)

---

PLEASE DETACH AND RETURN THIS STUB WITH YOUR PAYMENT

ACCOUNT NUMBER: 674-134-737-81
PAYMENT SHOULD REACH US BY: 07-09-92

| BALANCE TYPE | NEW BALANCE | MINIMUM PAYMENT | WRITE AMOUNT PAID |
|---|---|---|---|
| | | | |
| MAJOR | 101.16 | 48.80 | |
| TOTAL | 101.16 | 48.80 | |

Indicate Address/Telephone Changes Here
Address
City, State, Zip Code
Telephone Area Code (   )

ZIP + 4  PRESORT
JOSEPH SHUSTER
11944 MONTANA AV 305
LOS ANGELES CA 90049-5026

4580 PARADISE BLV NW
ALBUQUERQUE NM 87201

66

0004562        198        6741347378 30 00048800010116

EXHIBIT 28
1082
DCC00006487

# YOUR PHONE SERVICE WILL BE TEMPORARILY DISCONNECTED

UNLESS WE RECEIVE PAYMENT OF YOUR PAST DUE BILL BY         AUGUST 14, 1992

**GTE California**

SERIAL CODE   62 0625 00580
DATE          8-07-92
ACCT. NO      820-2446
AMT DUE       130.00

01 1717 8202446 880309 03

WHEN THIS NOTICE WAS MAILED, PAYMENT FOR YOUR TELEPHONE SERVICE HAD NOT BEEN RECEIVED. IF PAYMENT HAS BEEN MADE, PLEASE DISREGARD THIS NOTICE.

IF YOUR SERVICE IS TEMPORARILY DISCONNECTED, YOU WILL BE REQUIRED TO PAY THE FOLLOWING CHARGES IN ADDITION TO THE FULL AMOUNT DUE BEFORE THE TELEPHONE WILL BE RECONNECTED:

RECONNECT CHARGE $     23.00
DEPOSIT $

TO AVOID THESE ADDITIONAL CHARGES, PLEASE MAKE YOUR PAYMENT TODAY. AN ENVELOPE IS ENCLOSED FOR YOUR CONVENIENCE. ALLOW 5 DAYS FOR RECEIPT OF MAIL OR CONTACT A COMPANY REPRESENTATIVE AT THE CUSTOMER BILLING CENTER TO OBTAIN THE NEAREST IN-PERSON PAYMENT LOCATION BY CALLING TOLL FREE TO:
PLEASE BRING THE ENTIRE NOTICE WHEN PAYING IN PERSON.         1 800 223-6177

## PERMANENT DISCONNECTION

ACCOUNTS ARE TEMPORARILY DISCONNECTED FOR ONLY SEVEN CALENDAR DAYS. AFTER WHICH TIME THE SERVICE IS PERMANENTLY DISCONNECTED, UNLESS SPECIAL ARRANGEMENTS ARE INITIATED BY THE SUBSCRIBER AND AGREED TO BY THE COMPANY. IF THE SERVICE IS PERMANENTLY DISCONNECTED, AN APPLICATION FOR NEW SERVICE WILL BE REQUIRED, WHICH WILL REQUIRE PAYING NEW SERVICE CONNECTION CHARGES IN ADDITION TO THE DELINQUENT AMOUNT DUE AND THE DEPOSIT BEFORE SERVICE WILL BE INSTALLED.

72517 82002446 880309 702620 7 00013000 6 08 11

--- RETURN THIS LOWER PORTION WITH YOUR PAYMENT ---

01 1717 8202446 880309 03         AMOUNT DUE $    130.00

GTE CALIFORNIA
PAYMENT PROCESSING

SHUSTER, JOS.                  717
11944 MONTANA AV, APT 305
LOS ANGELES   CA   90049-5026

72517 82002446 880309 702620 7 00013000 6 08 11

SEE REVERSE SIDE
FORM 90003489 (4-91)

EXHIBIT 28
1083
DCC00006488



```
                                          DATE DUE      AMOUNT DUE
      CENTURY                             08/13/92       103.02
      CABLE                             CENTURY CABLE
  2939 NEBRASKA AVENUE                   COMMITTED TO
  SANTA MONICA CA  90404-4028             COMMUNITY
                                           SERVICE!     $

JO      PLEASE RETURN THIS TOP PORTION ONLY, WITH REMITTANCE TO  ... Thank You!
21                                                                  PLEASE INDICATE
00                                                                  AMOUNT ENCLOSED
0                                                 000-07-92-A-C
10      **1 ZP 7.26440.DS
24      JOE SHUSTER                        CENTURY CABLE
1       11944 MONTANA AVE APT 305          PO BOX 10201
        LOS ANGELES CA                     VAN NUYS CA  91401-0201
        90049-5026


         08614 213457 01 5      8   010302

CENTURY CABLE          ACCOUNT NUMBER     BILLED FROM  BILLED TO   DATE DUE    INCLUDES PAYMENTS
2939 NEBRASKA AVE      08614-213457-01-5   8/01/92     8/31/92    08/13/92      RECEIVED BY
SANTA MONICA, CA                                                                 7/27/92
                                          BILLING/REPAIR: 453-2233
FOR- 11944 MONTANA AVE APT 305
                                          MON-FRI 7AM-9PM AND SAT 8AM-9PM
6/30        PREVIOUS BALANCE    103.02    LOBBY: MON-FRI 8AM-6PM, SAT 8AM-4:30PM

7/11        PAYMENT-THANK YOU   103.02-   **RATES MAY INCLUDE FRANCHISE FEES
8/01- 8/31  BASIC SERVICE        24.20    WHERE APPLICABLE**
8/01- 8/31  ADD'L OUTLET          4.75
8/01- 8/31  DISNEY TRAP         * FREE *
8/01- 8/31  CONVERTER RENTAL      2.75    OUR BUSIEST TIMES ARE MONDAYS
8/01- 8/31  CONVERTER RENTAL      2.75    AND THE DAY AFTER BILLS ARE
8/01- 8/31  VCR                 * FREE *  DELIVERED. OUR LEAST BUSY DAYS
8/01- 8/31  ADD'L PREM. SVC       5.72    ARE WEDNESDAY AND THURSDAY. IF
8/01- 8/31  PREMIUM SERVICES     62.85    YOU HAVE A BILLING QUESTION,
            SHOWTIME, DISNEY              PLEASE TRY TO CALL DURING THESE
            CINEMAX                       LESS BUSY TIMES.
            HBO
            MOVIE CHANNEL

7/31        AMOUNT DUE          103.02

      AUG 01 THRU AUG 31, 1992
```

EXHIBIT 28
1084

DCC00006489

Los Angeles Department of Water and Power
P.O. Box 111, Los Angeles, CA 90051-0100

```
JOSEPH M SHUSTER
11944 MONTANA AV 305                        ACCT# 4-04-61024-11944-00-0305-3-01

   BILL ISSUE DATE  01/09/92
   AMOUNT OF PREVIOUS BILL    $      112.54
   PAYMENTS SINCE   11/04/91   $      112.54-

ELECTRIC RESIDENTIAL    RATE R1A        SERVICE DATES
                                        10/31/91 TO 01/07/92

   SERVICE CHARGE                 2 MONTHS X $  0.30/MO     $       0.60
   ENERGY USED                    1,850 KWH X $  0.06624          122.54
   ENERGY COST ADJUSTMENT         1,850 KWH X $  0.02520           46.62
   LOW INCOME SUBSIDY CHARGE      1,850 KWH X $  0.00083            1.54
           METER 01-ELECTRIC TOTAL $       171.30


            CHARGES IMPOSED BY NON-DWP AGENCIES
   CITY UTILITY TAX          $       171.30 X   10.0%         $    17.13
   STATE ENERGY SURCHARGE            1,850 KWH X $  0.00020         0.37
                  PLEASE PAY THIS AMOUNT NOW DUE ▶      $    188.80

                      METER USAGE INFORMATION
METER|TYPE|   METER NUMBER   |READS CURRENT  PREVIOUS|CONSTANT|  USAGE
 01  | E  |  6-596677        |       78177     76327 |    1   |  1850


|METER|       DAYS          |       USAGE          |    DAILY AVERAGE      |
|     | THIS YR | LAST YR   | THIS YR  | LAST YR   | THIS YR  | LAST YR    |
| 01  |   68    |    67     |   1850   |   2118    |    27    |   32  KWH  |
```

EXHIBIT 28
1085

DCC00006490

*Security Pacific National Bank*

SAN VICENTE-BUNDY OFFICE
11980 SAN VICENTE BLVD
LOS ANGELES CA 90049

JOSEPH SHUSTER        0706 186 695
11944 MONTANA AVE APT 305        010
LOS ANGELES CA  90049-5026        0
                                  ITEMS
                                  ENCLOSED  18
                                  PAGE NO    1

(310) 247-2800

*No Safe Deposit Box*

ACCOUNT NUMBERS:
CHECKING         0706 186 695
READY-BANKING    4424 0307 0618 6696
CHECK GUARANTEE

JUN 19 92 - JUL 21 92
AUG 19 92

55 CHECKING

### ACTIVITY

| TYPE | DATE | AMOUNT | TYPE | DATE | AMOUNT | TYPE | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1154 | JUL06 | 150.48 | 1186 | JUL02 | 210.00 | 1202* | JUL13 | 200.00 |
| 1177* | JUN19 | 250.00 | 1188* | JUL01 | 100.00 | 1203 | JUL13 | 103.02 |
| 1181* | JUN25 | 1245.00 | 1190* | JUL09 | 100.00 | 1226* | JUL14 | 31.30 |
| 1183* | JUN29 | 250.00 | 1191 | JUL06 | 61.24 | 1227 | JUL16 | 59.32 |
| 1184 | JUN23 | 98.79 | 1192 | JUL06 | 1423.00 | 1228 | JUL20 | 137.44 |
| 1185 | JUN24 | 125.44 | 1193 | JUL20 | 1211.00 | 1229 | JUL20 | 150.00 |

### ELECTRONIC ACTIVITY

| COMPANY NAME | TRANSACTION DESCRIPTION | COMPANY DATE | IDENTIFICATION NUMBER | POST DATE | AMOUNT |
|---|---|---|---|---|---|
| WARNER COMMUNICA | PAYROLL DD | 920619 | 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 | JUN19 | 2627.60 + |
| WARNER COMMUNICA | PAYROLL DD | 920703 | 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 | JUL03 | 2627.60 + |
| WARNER COMMUNICA | PAYROLL DD | 920717 | 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 | JUL17 | 2627.60 + |

### DAILY BALANCES

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| JUN19 | 24173.84 | JUN29 | 22454.61 | JUL06 | 23137.49 | JUL16 | 22643.85 |
| JUN23 | 24075.05 | JUL01 | 22354.61 | JUL09 | 23037.49 | JUL17 | 25271.45 |
| JUN24 | 23949.61 | JUL02 | 22144.61 | JUL13 | 22734.47 | JUL20 | 23773.01 |
| JUN25 | 22704.61 | JUL03 | 24772.21 | JUL14 | 22703.17 | | |

### CHECKING ACCOUNT SUMMARY

BEGINNING BALANCE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $   21796.24
TOTAL OF   3 DEPOSITS . . . . . . . . . . . . . . . . . . . . . . . . . . . +   7882.80
TOTAL OF  18 CHECKS/OTHER DEBITS. . . . . . . . . . . . . . . . . . . . . . -   5906.03
SERVICE CHARGE. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -       .00
ENDING BALANCE. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $   23773.01

MORE ATMS FOR EASIER BANKING. NOW YOU CAN USE YOUR READYBANKING CARD TO GET CASH AT BANK OF AMERCIA VERSATELLER ATMS WITH NO NETWORK CHARGE.

EXHIBIT 28
1086
DCC00006491

# 1992 CHECKS

```
   1423·00 +            51·90 +          1423·00 +
     40·50 +           100·21 +           110·74 +
     44·67 +          1423·00 +          1211·00 +
     61·57 +           107·77 +            45·27 +
    115·75 +            58·00 +           465·63 +
     36·00 +           312·03 +            50·00 +
   1500·00 +           144·00 +           200·00 +
     75·25 +          1211·00 +           121·69 +
    150·00 +     Feb  3407·91 *            98·00 +
    200·00 +                                67·09 +
    200·00 +                               197·00 +
    100·00 +                                32·00 +
     47·20 +                                71·00 +
     50·00 +           298·33 +           181·51 +
   1211·00 +          1423·00 +    March 4273·93 *
Jan 5254·94 *          150·00 +
                        34·00 +
                        80·75 +
                       100·00 +
    137·41 +           200·00 +
    172·00 +           103·02 +
     44·19 +           126·22 +            61·24 +
    126·27 +            96·57 +          1423·00 +
     51·42 +           214·00 +          1211·00 +
    200·00 +           250·00 +           200·00 +
    117·19 +            98·79 +           103·02 +
     27·05 +          1211·00 +            31·30 +
     27·06 +     May  4385·68 *            59·32 +
    154·21 +                               137·44 +
     41·75 +                               150·00 +
    145·24 +                        July  3376·32 *
    200·00 +
     31·05 +                                  0· *
    186·14 +          1430·00 +
    187·60 +           111·40 +          5254·94 +
    200·00 +           103·02 +          3407·91 +
    120·74 +           150·48 +          4273·93 +
     50·00 +           126·21 +          5908·51 +
     12·00 +           250·00 +          4385·68 +
     59·66 +            55·83 +          4301·52 +
    142·50 +           115·00 +          3376·32 +
    312·63 +            73·45 +    Total 30908·81 *
   1211·00 +          1245·00 +
   1423·00 +           105·69 +
    103·02 +           125·44 +
    121·00 +           210·00 +
    304·38 +           100·00 +
April 5908·51 *        100·00 +
                 June 4301·52 *
```

EXHIBIT 28
1087

DCC00006492