# EXHIBIT 30

DC COMICS INC.
1325 Avenue of the Americas
New York, New York 10019
(212) 636-5555
FAX (212) 636-5401



Paul Levitz Executive Vice President & Publisher

September 8, 1992

Frank Shuster
98-120 Queens Boulevard
Apartment 4K
Rego Park NY 11374

Dear Frank:

I've had an opportunity to discuss your situation with Martin Payson, Vice Chairman of Time Warner, who as you know has been Joe's corporate "guardian angel" in recent years. It is my pleasure to tell you that Time Warner has chosen to look to the spirit of Joe's wish to go on assisting you after his passing, and let that be your guide. In that spirit, the company will begin making payments to you at an annual rate of $25,000 effective with the month after our last payment to Joe. This is instead of the $5,000 amount called for in Joe's settlement agreement with Warner Communications in 1975, and we hope will replace any direct assistance Joe had been providing in enabling you to have some comfort in retirement.

There's naturally some tax-related forms required to put you on the payroll, and I believe you were interested in arranging for direct deposit, which would require some additional paperwork (including your provision of a blank voided check from your checkbook). I've asked our human resources staff to arrange all the paperwork to be available any time from Monday, September 14th, that would be convenient to you, and if you call and let me know when you'd like to come in, we can get this started. I'm not sure how quickly the first check or deposit would be made, but we will certainly do our best to expedite matters.

I look forward to hearing from you, and to seeing you shortly.

Sincerely,

Paul Levitz

:lf

cc: Martin Payson
    Carolyn McCandless



A division of Warner Bros. Inc.–A Time Warner Company

EXHIBIT 30
1089