# EXHIBIT 31

Martin D. Payson
Vice Chairman


TIMEWARNER

September 8, 1992

Mrs. Jean Shuster Peavy
316 Horton Lane, NW
Albuquerque, NM 87114

Dear Mrs. Peavy:

I wish to acknowledge your letter of August 21, 1992 which arrived while I was away on vacation. I understand how difficult it was for you to write such a letter, but I am pleased that you chose to do so.

We certainly are prepared to assist Joe's family by paying the final debts and expenses described in your letter. I have forwarded a copy of your letter with the schedule of debts and expenses to Paul Levitz, Executive Vice President for DC Comics. Paul will arrange for direct payment of each of the outstanding bills. If you receive any further inquiries from creditors, please forward them directly to Paul Levitz. His address is as follows:

> DC Comics
> 1325 Avenue of the Americas
> New York, NY 10019

I wish to take this opportunity to extend to you my personal condolences on Joe's passing, and I look forward to meeting you at the memorial service on September 24th.

Sincerely,

Martin D. Payson

cc: Paul Levitz

Time Warner Inc. 75 Rockefeller Plaza New York NY 10019 Tel 212.484.6520

EXHIBIT 31
1090