# EXHIBIT 32

DC COMICS
1325 Avenue of the Americas
New York, New York 10019
(212) 636-5555
FAX (212) 636-5485



*Siegel file*

Paul Levitz Executive Vice President & Publisher

September 7, 1993

Jean Shuster Peavy
316 Horton Lane NW
Albuquerque NM 87114

Dear Jean:

I'm sorry to have taken a few weeks to reply to your letter of July 10th, but as you may know, summer is comic convention time as well as vacation time, and our offices are both deserted and chaotic during this season.

As I hope you recall from our meetings in New York, we've done extensive research into the copyright act and any potential rights that you and Frank may have as Joe's siblings and survivors. It is our firm conviction based on that research and expert counsel, that you don't have any legal rights or claims whatsoever.

Nonetheless, we do recognize the fact that Joe would want you to benefit from his great creativity and we have acted accordingly. As you know, Joe's agreement with Warner Communications (and thereby Time Warner and DC) only required us to pay $5,000 a year to Frank after Joe's death. During the 16 years that agreement was controlling, Joe did not ask us to increase that amount. After his death, we raised $5,000 to $25,000 a year without any legal obligation to do so, in deference to Joe's memory and your role in his life.

When you asked us to raise the amount to gross you up for what seemed to be an unlikely effect of taxes, I promised that we would review the effect of the taxes on you after you had experienced the IRS's effect on a year of the income. In the spring, when you and Frank have filed your taxes, I'll be happy to examine your situation in detail and we'll discuss the results of our examination with you.

In the meantime, we are not prepared to consider your request that you receive the same income that Jerry and Joanne Siegel are receiving. Perhaps Joe would have wanted that, but during his long relationship with us he gave no indication of that desire. And even if he had, in fairness, there is a vital difference between being the actual co-creator of Superman and being his surviving family. Jerry and Joe were, in every way, in a class by themselves.

We are, however, pleased that the launch on September 12th of the new Lois & Clark: The New Adventures of Superman television series will give a new generation a new chance to fall in love with Jerry's and Joe's wonderful creation. In celebration of that

EXHIBIT 32
1091

occasion, we're pleased to enclose a bonus check for $25,000 for you and Frank to enjoy as you watch the premiere.

Best,

Paul Levitz

:lf

cc: Frank Shuster

bcc: Lillian Laserson
John Schulman

EXHIBIT 32
1092



## DC COMICS
1325 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
GENERAL ACCOUNT

No. 015672

PAY

DATE 09/01/93          CHECK NO 00015672          NET AMOUNT ******25,000.00

TWENTY FIVE THOUSAND AND 00/100 DOLLARS

TO THE
ORDER
OF

JEAN SHUSTER PEAVY
316 HORTON LN NW
ALBUQUERQUE
NM    87114

By Paul Levitz

CHEMICAL
55 WATER STREET NEW YORK N.Y 10041                    AUTHORIZED SIGNAT

⑈015672⑈ ⑈021000128⑈ 616⑈001835⑈ (W)

## DC COMICS
125 AVENUE OF THE AMERICAS, NEW YORK, NEW YORK 10019
11-100-000002914        D C COMICS

PLEASE DETACH BEFORE DEPOSITING 015672
00015672

| VOUCHER NO. | INVOICE NUMBER | PURCHASE ORDER | INVOICE DATE | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| B49958 | | | 08 26 93 | 25,000.00 | .00 | 25,000.00 |
| **TOTALS** | | | | 25,000.00 | .00 | 25,000.00 |

EXHIBIT 32
1093