# EXHIBIT 33

316 Horton Ln., NW
Albuquerque, N.M. 87114

September 14, 1993

Paul Levitz
Executive Vice President & Publisher
DC COMICS
1325 Avenue of the Americas
New York, N.Y. 10019

Dear Paul:

Thank you for your explanation for the delay in responding to my letter of July 10th.; I hope that you enjoyed your vacations and the comic conventions.

Frank and I wish to extend our thanks and appreciation for the bonus check of $25,000. The Lois and Clark Show was wonderful and it should be a big hit.

In the Spring we will be furnishing you with our tax returns after they are filed, as you suggest, and perhaps then you will consider an increased payment.

Again, many thanks for your thoughtfulness in sending the check. Best to all of you at DC. Please convey our special regards to Jeanette.

Sincerely,

Jean Shuster Peavy

EXHIBIT 33
1094