# EXHIBIT 34

April 15, 1994

316 Horton Lane, NW
Albuquerque, N.M. 87114
(505) 897-7450
FAX (505) 897-7450

Paul Levitz
Executive Vice President & Publisher
DC COMICS
1325 Avenue of the Americas
New York, N.Y. 10019

Dear Paul:

I am planning to come into N.Y. to visit with my brother Frank the first two weeks of May. We hope you will be in town at that time so we can come in and visit with you.

As you had suggested awhile back we are sending you a copy of our tax returns. Perhaps you and Marty Payson will be able to examine them before we come in to see you. We hope you will make the adjustment to a higher income to cover our tax loss. I have it summarized on the Statement of Earning and Deductions sent by the Time Warner payroll office. If you could consider also including a cost of living increase as is done for employees, we would be most grateful.

Frank and I want you to know that we appreciate very much your past generosity. It was a delightful surprise for us to receive the bonus of $25,000 for the LOIS & CLARK SHOW. That was a wonderful gesture. Also, we have not forgotten how you picked up Joe's debts to get us through that stressful period.

Our need for requesting extra money is mostly to help our two children and three grandchildren. Joe was very fond of his nephew, Warren, now 32, and neice, Dawn, now 28. He was generous to them while he was alive. They were like his own children since he had none of his own.

Our daughter depends upon us to help her financially since she is now divorced and struggling to raise three kids on a low income. With the extra income you send us we are able to pay her big dental bills, buy necessary appliances and just helped her to buy a small car as her old one broke down. She needs it to get to work.

Our son lives at home with us, not married. He is a research health journalist. He co-authored the book with my husband SUPER NUTRITION GARDENING. He is now working on his second book covering the field of health and longevity. He spends most of his time at the New Mexico Medical Library to get his facts. His dream is to have a Health Spa, in the Caribbean Islands or elsewhere, to teach people how to prevent illness by following the advice of what has been found in medical research. We would like to help

EXHIBIT 34
1095

DCC0000642

2

him realize his dream which would be of so much value to many people. From the income you send us we are hoping to be able to build the Health Spa and participate in it as well. Unless we can find a sponsor for this we need to save and save until we are able to act upon it. That is the reason we were so bold as to ask for more money as we have a goal.

You said that Joe never personally asked for anything more for us after his death. That's because Joanne handled all of the business and he paid her generously to be his agent. Joe realized he had no business sense of his own. He was an artistic genius, all right brain. Joanne just never thought to ask for more for us after Joe's demise although she knew how close Joe was to his family. It was an oversight on her part. She knew where Joe's heart was when it came to his family. He was very devoted to all of us. He would have wanted us to be included in some of the fruits of the labor of the creation of SUPERMAN. Frank and I were there at its creation and were the first to ever see SUPERMAN on paper and get excited about this character.

Hundreds of millions of people have witnessed what Joe and Jerry's character SUPERMAN stood for, truth, justice and the American way. SUPERMAN is still the moral example for both children and adults in an age where morality seems to be taking a back seat. He is an American hero. We hope that the co-creator's family can continue to benefit from the standards of justice set up in the character of SUPERMAN.

Can Frank and I make an appointment with you for either Mon., May 2nd, or Tue., May 3rd? Anytime in the afternoon would be fine. Please set a date and phone or fax me at my no. here in Albuq. We'll be there. We look forward to seeing you again. It would be nice to see Jenette again during our visit. Frank and I have not met Marty Payson as I don't remember him being at the memorial service for Joe. It would be nice to meet him, if it was possible. Until our next visit,

Very sincerely,

*Jean Shuster Peavy*
Jean Shuster Peavy

P.S. I was going through my files of my early days of our Shuster family life and came across this article from the SATURDAY EVENING POST. I made a copy which I am enclosing as I thought that you and the others might enjoy reading it, if you haven't already seen it.

EXHIBIT 34
1096

DCC0000642



| TW INC | | | | PEAVY, JEAN A | | | | Description | Year to Date |
|---|---|---|---|---|---|---|---|---|---|
| Statement of Earnings and Deductions | | | | 22400224 | | | | GROSS | 576924 |
| | | | | 285140965 | | | | FICA TAX | |
| Description | Hours | Earnings | Description | Deductions | | | | FED. TAX | 169560 |
| REGULAR | | 96154 | FED. TAX | 28260 | | | | STATE TX | 29748 |
| | | | STATE NM | 4958 | | | | | |

| | Earnings | | | Deductions | | Net Pay | Pay Period | Deposit No. | Amount of Dep. |
|---|---|---|---|---|---|---|---|---|---|
| Current | 96154 | | | 33218 | | 62936 | End 03-25-94 | 10001171 | 62936 |

008526

SUMMARY

26 payments received per year = $961.54 Gross

$961.54 times 26 = $25,000

Deductions:

Federal tax:   $283.46 times 26 = $7,369.96

State tax:    $49.86 times 26 = $1,296.36
                               ─────────
                               $8,666.32   total deductions

$25,000 income
-8,666 taxes
─────────
$16,334 Net        (35% tax deductions)

TW INC
75 Rockefeller Plaza
New York, NY 10019

Dep. No **10001171**
Date 03-24-94

Deposit Amount
****629.36

22400224 HOM
PEAVY, JEAN A
316 HORTON LN NW

ALBUQUERQUE    NM 87114

**Direct Deposit Information Only
NON NEGOTIABLE**

EXHIBIT 34
1097

DCC0000642