# EXHIBIT 35



DC COMICS
1325 Avenue of the Americas
New York, New York 10019
(212) 636-5555
FAX (212) 636-5485

Paul Levitz/Executive Vice President & Publisher

July 11, 1994

Jean Shuster Peavy
316 Horton Lane NW
Albuquerque NM 87114

Frank Shuster
98-120 Queens Boulevard
Apartment 4K
Rego Park NY 11374

Dear Jean and Frank:

It was nice to have you visit in May, and I'm pleased to see that you're both well. I've finally had an opportunity to discuss your various requests with my colleagues, and would like to share our feelings with you.

While we have a great deal of personal sympathy for your desire to take care of Joe's nephew, niece and her family as you would have hoped (or expected) Joe to respond had he lived, we can't accept that as our corporate responsibility. We have acted in what we believe is a fair and decent, even generous, manner to you beyond our contractual obligations to you both in the spirit of our agreement with Joe. While he may have been willing to go even further, we can't act in his stead. We must, therefore, decline to either raise your annual stipend by the eight or nine thousand dollars you requested or to add an ongoing cost of living formula.

We are willing, however, to share the good fortune that Superman brings us with the family of his creators. We're pleased to acknowledge our pick-up for a second season of LOIS & CLARK: THE NEW ADVENTURES OF SUPERMAN (which happened the day you came in) with the enclosed bonus check for $10,000. On behalf of the DC, Warner Bros. and Time Warner team, we want you to feel Joe's genius is remembered and honored.

I hope that other occasions will arise in future years which we will find suitable for material acknowledgement that can assist your family, but we cannot promise to do more than consider them as they may occur.

Wishing you both continued health and happiness,

Best,

Paul Levitz

:lf

**Redacted**



A division of Warner Bros.–A Time Warner Entertainment Company

**EXHIBIT 35**

1098

. DCC0000642C



## DC COMICS
1325 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
GENERAL ACCOUNT

No. 010075

PAY

| DATE | CHECK NO. | NET AMOUNT |
|------|-----------|------------|
| 07/11/94 | 00010075 | |

TEN THOUSAND AND 00/100 DOLLARS

*********10,000.00********

TO THE
ORDER
OF

JEAN SHUSTER PEAVY
316 HORTON LN NW
ALBUQUERQUE
NM      87114

CHEMICAL
15 WATER STREET, NEW YORK, N.Y. 10041

AUTHORIZED SIGNATURE

"010075" ":021000128: 616"001835"

## DC COMICS
1325 AVENUE OF THE AMERICAS, NEW YORK, NEW YORK 10019

PLEASE DETACH BEFORE DEPOSITING  010075

| VOUCHER NO. | INVOICE NUMBER | PURCHASE ORDER | INVOICE DATE | AMOUNT | DISCOUNT | NET AMOUNT |
|-------------|----------------|----------------|--------------|--------|----------|------------|
| 14565 | 114565 | | 07/11/94 | 10,000.00 | 0.00 | 10,000.00 |
| | Bonus - "Lois and Clark" - 2nd season | | | | | |

EXHIBIT 35
1099

DCC0000642