# EXHIBIT 36

DC COMICS
1700 Broadway
New York, New York 10019
(212) 636-5555
FAX (212) 636-5485

Paul Levitz/Executive Vice President & Publisher



July 9, 1998

Jean Shuster Peavy
316 Horton Lane, NW
Albuquerque NM  87114-1053

Dear Jean:

Thanks for the offer of coming out to the San Diego Con.  We're not planning any major events around Superman at the convention, so we'll decline the offer, but I have reopened the question of a raise or bonus with my colleagues, and I'm pleased to enclose a check for $10,000 based on the Superman animated series' success.

If you and Warren decide to come out to San Diego for the fun of it, please let me know and we'll roll out the hospitality wagon.

Best,

Paul Levitz

:lf
enclosure

A division of Warner Bros.–A Time Warner Entertainment Company

EXHIBIT 36
1100

| DATE | CHECK NUMBER |
|---|---|
| 07/08/1998 | 002251 |

| INVOICE NUMBER | INVOICE DATE | VOUCHER NUMBER | VOUCHER DUE DATE | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 55644 | 07/02/1998 | TO016171 Due: | 07/02/1998 | $ 10,000.00 | | $ 10,000.00 |

| PRINT BATCH NUMBER | VENDOR CODE | PAY TO NAME | | GROSS TOTAL | DISCOUNT TOTAL | NET TOTAL |
|---|---|---|---|---|---|---|
| 191 | PEAVJ | JEAN SHUSTER PEAVY | | $ 10,000.00 | $ 0.00 | $ 10,000.00 |

DOCUMENT HAS A COLORED BACKGROUND. AN ARTIFICIAL WATERMARK IS PRESENT ON THE REVERSE SIDE.

DC COMICS
1700 BROADWAY
NY, NY 10019
GENERAL ACCOUNT

Chase Bank
55 Water Street
New York, NY 10041

50-943/213

| DATE | CHECK NUMBER |
|---|---|
| 07/08/1998 | 002251 |

PAY   Ten thousand and no/100 Dollars Only***********************************************

TO THE ORDER OF
JEAN SHUSTER PEAVY
316 HORTON LN NW
ALBUQUERQUE NM 87114

AMOUNT   $10,000.00

⑊002251⑊ ⑉021309434⑉ 755⑊776283⑊

EXHIBIT 36
1101