# EXHIBIT 41

| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #97802) |
|  | dpetrocelli@omm.com |
| 2 | MATTHEW T. KLINE (S.B. #211640) |
|  | mkline@omm.com |
| 3 | CASSANDRA L. SETO (S.B. #246608) |
|  | cseto@omm.com |
| 4 | O'MELVENY & MYERS LLP |
|  | 1999 Avenue of the Stars, 7th Floor |
| 5 | Los Angeles, CA 90067-6035 |
|  | Telephone: (310) 553-6700 |
| 6 | Facsimile: (310) 246-6779 |

PATRICK T. PERKINS (admitted *pro hac vice*)
pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819

Attorneys for Plaintiff DC Comics

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS, | Case No. CV-10-3633 ODW (RZx) |
| Plaintiff, | **DISCOVERY MATTER** |
| v. | **PLAINTIFF DC COMICS' AMENDED NOTICE OF DEPOSITION OF DEFENDANT JOANNE SIEGEL** |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive, | **Judge**: Hon. Otis D. Wright II<br>**Magistrate**: Hon. Ralph Zarefsky<br><br>Deposition Date: December 13, 2010<br>Deposition Time: 9:00 a.m. |
| Defendants. | |

AMENDED NOTICE OF DEPOSITION OF
DEFENDANT JOANNE SIEGEL

EXHIBIT 41
1492

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30 and the Magistrate's and Court's rulings on discovery in this case, the deposition upon oral examination of defendant Joanne Siegel (the "Deponent") will be taken in the above-entitled action on December 13, 2010 starting at 9:00 a.m. and continuing over the course of one day until completed or otherwise adjourned. The deposition will be held at the offices of O'Melveny & Myers LLP, 1999 Avenue of the Stars, Suite 700, Los Angeles, California 90067. The deposition will be taken before a notary public or other officer authorized to administer oaths and will be recorded by stenographic, sound, and visual means.

This Notice of Deposition is being served on Deponent's counsel at the address shown on the accompanying Proof of Service.

Dated: November 22, 2010

Respectfully submitted,

O'MELVENY & MYERS LLP

By: _____
Daniel M. Petrocelli

Attorneys for Plaintiff DC Comics

AMENDED NOTICE OF DEPOSITION OF DEFENDANT JOANNE SIEGEL

1

EXHIBIT 41
1493