# EXHIBIT 42

**From:** Seto, Cassandra
**Sent:** Monday, July 18, 2011 7:43 PM
**To:** 'Allison, Susan J.'
**Cc:** Petrocelli, Daniel; Kline, Matthew; Perkins, Patrick; Marc Toberoff; rkendall@kbkfirm.com; Tokoro, Jason
**Subject:** RE: D.C. Comics - Marks deposition

Please see the email below sent on behalf of Matt Kline.

\*   \*   \*

Susan,

Thanks for the note. We don't intend to proceed on July 21 because you haven't agreed to a second day of deposition for Mr. Marks after the writ is ruled upon. Also, we can take Mr. Marks' deposition the week of August 8--as discussed--but Mr. Toberoff refuses to extend the August 8 filing deadline by a week, necessitating proceeding on August 5 (assuming Mr. Marks is not in jury service and we have a ruling from the Ninth Circuit). We wish this wasn't the case, but he's created the logjam.

With all rights reserved.

Many thanks,

Matt

**From:** Allison, Susan J. [mailto:SJA@JMBM.com]
**Sent:** Monday, July 18, 2011 1:01 PM
**To:** Kline, Matthew
**Cc:** Petrocelli, Daniel; Kline, Matthew; Seto, Cassandra; Perkins, Patrick; Marc Toberoff; rkendall@kbkfirm.com; Tokoro, Jason
**Subject:** RE: D.C. Comics - Marks deposition

Matt:

I understand from his email earlier today that Mr. Toberoff intends to bring an ex parte application for a protective order relating to the August 5 date. Frankly, for our part, we do not see how a deposition of Mr. Marks (former counsel to the Siegel Interests) can fairly proceed without Mr. Toberoff (current counsel to the Siegel Interests) present, as issues of attorney-client privilege are bound to come up -- as they evidently have throughout this case -- and it is the Siegel Interest's privilege to either assert or waive.

We await the outcome of the ex parte application. Mr. Marks intends to comply with any court order on the issue of his deposition, subject to his jury service obligations. For the time being, Mr. Marks will continue to hold open the July 21 date. Matt, if it is your view that D.C. Comics will not take Mr. Marks' deposition on that date under any circumstance, please let me know so that Mr. Marks can at least make other arrangements.

Please note that should the parties get to the point of coming up with another date for Mr. Marks' deposition, he will be out of town from August 18 through Labor Day.

Thanks,

1

EXHIBIT 42
1494

Susan

Susan Allison of
JMBM | Jeffer Mangels Butler & Mitchell LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067

(310) 785-5303 Direct
(310) 712-3303 Fax
SAllison@jmbm.com
JMBM.com

This e-mail message and any attachments are confidential and may be attorney-client privileged. Dissemination, distribution or copying of this message or attachments without proper authorization is strictly prohibited. If you are not the intended recipient, please notify JMBM immediately by telephone or by e-mail, and permanently delete the original, and destroy all copies, of this message and all attachments. For further information, please visit JMBM.com.

Circular 230 Disclosure: To assure compliance with Treasury Department rules governing tax practice, we hereby inform you that any advice contained herein (including in any attachment) (1) was not written or intended to be used, and cannot be used, by you or any taxpayer for the purpose of avoiding any penalties that may be imposed on you or any taxpayer and (2) may not be used or referred to by you or any other person in connection with promoting, marketing or recommending to another person any transaction or matter addressed herein.

**From:** Tokoro, Jason [mailto:jtokoro@OMM.com]
**Sent:** Sunday, July 17, 2011 7:23 AM
**To:** Allison, Susan J.
**Cc:** Petrocelli, Daniel; Kline, Matthew; Seto, Cassandra; Perkins, Patrick; 'Marc Toberoff'; 'rkendall@kbkfirm.com'
**Subject:** RE: D.C. Comics - Marks deposition

Please see below correspondence sent on behalf of Matthew T. Kline.

\*       \*       \*

Susan,

The deposition is duly noticed, and we intend to proceed on August 5. If Mr. Toberoff refuses to attend or work out a compromise schedule, that is his choice, but we will take Mr. Marks' non-appearance if he refuses to appear (and is not in jury service that day). Again, these are all issues of Mr. Toberoff's making: he is pursuing the writ, he won't move the August 8 deadline to account for the writ or travel plans, and he continues to decline to produce documents on which witnesses need to be examined. We wish this wasn't the case and he'd work productively toward a compromise, but he refuses.

We reserve all rights,

EXHIBIT 42
1495

Matt

**From:** Allison, Susan J. [mailto:SJA@JMBM.com]
**Sent:** Saturday, July 16, 2011 08:47 AM
**To:** Kline, Matthew
**Cc:** Petrocelli, Daniel; Seto, Cassandra; Tokoro, Jason; Patrick Perkins <pperkins@ptplaw.com>; Marc Toberoff <mtoberoff@ipwla.com>; rkendall@kbkfirm.com <rkendall@kbkfirm.com>
**Subject:** RE: D.C. Comics - Marks deposition

Matt:

I'm not sure that you saw my email to all counsel sent at 12:42, just before you sent the one below. Mr. Marks will not commit to appear on a date to which all counsel have not agreed. All counsel and Mr. Marks appear to have agreed on July 21, so we will keep that date open. Let me know if you and Mr. Toberoff both agree to either July 21 or August 5 as the date for Mr. Marks' deposition (with the August 5 date subject to Mr. Marks' jury service obligations).

Thanks,
Susan


Susan Allison of
JMBM | Jeffer Mangels Butler & Mitchell LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067

(310) 785-5303 Direct
(310) 712-3303 Fax
SAllison@jmbm.com
JMBM.com

This e-mail message and any attachments are confidential and may be attorney-client privileged. Dissemination, distribution or copying of this message or attachments without proper authorization is strictly prohibited. If you are not the intended recipient, please notify JMBM immediately by telephone or by e-mail, and permanently delete the original, and destroy all copies, of this message and all attachments. For further information, please visit JMBM.com.

Circular 230 Disclosure: To assure compliance with Treasury Department rules governing tax practice, we hereby inform you that any advice contained herein (including in any attachment) (1) was not written or intended to be used, and cannot be used, by you or any taxpayer for the purpose of avoiding any penalties that may be imposed on you or any taxpayer and (2) may not be used or referred to by you or any other person in connection with promoting, marketing or recommending to another person any transaction or matter addressed herein.


**From:** Kline, Matthew [mailto:MKline@OMM.com]
**Sent:** Friday, July 15, 2011 12:43 PM
**To:** Marc Toberoff
**Cc:** Allison, Susan J.; Petrocelli, Daniel; Seto, Cassandra; Tokoro, Jason; Patrick Perkins
**Subject:** RE: D.C. Comics - Marks deposition

Marc,

3

EXHIBIT 42
1496

We disagree with the sum and substance of your email and will proceed with Mr. Marks' deposition on August 5, or shortly thereafter, if need arises. All of DC's rights are reserved.

Matt

**From:** marc.toberoff@gmail.com [mailto:marc.toberoff@gmail.com] **On Behalf Of** Marc Toberoff
**Sent:** Friday, July 15, 2011 11:40 AM
**To:** Kline, Matthew
**Cc:** Allison, Susan J.; Petrocelli, Daniel; Seto, Cassandra; Tokoro, Jason; Patrick Perkins
**Subject:** Re: D.C. Comics - Marks deposition

Matt:

Though inconvenient we would be happy to move Laura Siegel Larson's deposition back to Friday, July 22, provided you proceed with Mr. Marks' deposition on July 21 as originally scheduled.

You cannot proceed with the deposition on August 5. As Mr. Marks is the former attorney of Ms. Larson I must obviously be present at Mr. Marks' deposition to assert the attorney-client privilege on her behalf and must also be present at the deposition as counsel for the defendants.

In addition, Mr. Marks has indicated that he has jury duty the week of August 5. You will recall that Dan Petrocelli cancelled the previously scheduled deposition of Ms. Larson, on the basis of jury duty.

You have had over nine months to take Mr. Marks' deposition. Yet, just days before his long scheduled July 21 deposition, you cancelled it as a tactical manuever to force an extension of the already generous August 8 deadline for DC to file a second opposition to defendants' anti-SLAPP motion to strike DC's frivolous claims.

We will not permit you to use my summer vacation with my family (of which you have long had advance notice) to leverage an unwarranted extension of the August 8 deadline set by the Court. Nor should you inconvenience third parties, such as Mr. Marks, by such gamesmanship.

Marc Toberoff

On Fri, Jul 15, 2011 at 10:55 AM, Kline, Matthew <MKline@omm.com> wrote:

Dear Susan:

   Thank you for your letter. We will plan to proceed on Friday, August 5. If Mr. Marks is chosen for jury service (and I assume he's being asked to call in or report that Monday), we can reschedule the deposition for the following week or shortly thereafter. Having been through the process myself recently, often times you report that first day and that (or another day or two) is the extent of your service. Given defendants' pending writ--which they filed on June 30, after we set the July 21 deposition date on June 9--the July 21 date no longer works; that is, unless you'll agree to a second deposition session after the writ is resolved. Further, we'd be happy to try and target a later day in August, or even September, for Mr. Marks' deposition, but Mr. Toberoff refuses to extend the August 8 filing deadline in our case by even a few weeks. Finally, I'm not sure he told you this, but after we re-noticed Mr. Marks' deposition, Mr. Toberoff asked that Ms. Larson's deposition be moved to July 21, and we agreed to his request.

   I'm happy to discuss these issues, if you'd like.

4

**EXHIBIT 42**
**1497**

Best regards,

Matt

---

**From:** Allison, Susan J. [mailto:SJA@JMBM.com]
**Sent:** Thursday, July 14, 2011 12:23 PM
**To:** Kline, Matthew
**Cc:** Kevin S. Marks; Marc Toberoff; rkendall@kbkfirm.com

**Subject:** FW: D.C. Comics - Marks deposition

Please see the attached letter.

Susan Allison of
JMBM | Jeffer Mangels Butler & Mitchell LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067

(310) 785-5303 Direct
(310) 712-3303 Fax
SAllison@jmbm.com
JMBM.com

This e-mail message and any attachments are confidential and may be attorney-client privileged. Dissemination, distribution or copying of this message or attachments without proper authorization is strictly prohibited. If you are not the intended recipient, please notify JMBM immediately by telephone or by e-mail, and permanently delete the original, and destroy all copies, of this message and all attachments. For further information, please visit JMBM.com.

Circular 230 Disclosure: To assure compliance with Treasury Department rules governing tax practice, we hereby inform you that any advice contained herein (including in any attachment) (1) was not written or intended to be used, and cannot be used, by you or any taxpayer for the purpose of avoiding any penalties that may be imposed on you or any taxpayer and (2) may not be used or referred to by you or any other person in connection with promoting, marketing or recommending to another person any transaction or matter addressed herein.

--
Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com

EXHIBIT 42
1499