# EXHIBIT 46

# TOBEROFF & ASSOCIATES, P.C.

A PROFESSIONAL CORPORATION

2049 CENTURY PARK EAST, SUITE 3630
LOS ANGELES, CALIFORNIA 90067

MARC TOBEROFF*
NICHOLAS C. WILLIAMSON
KEITH G. ADAMS
JEFFREY R. RHOADS

* Also admitted in New York

TELEPHONE
(310) 246-3333

FACSIMILE
(310) 246-3101

mtoberoff@ipwla.com

July 28, 2011

<u>Via E-Mail</u>

Matthew Kline
O'Melveny and Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Re:    *DC Comics v. Pacific Pictures Corp., et al.*, Case No. 10-CV-03633 ODW (RZx)

Matt:

Pursuant to defendants Marc Toberoff, Pacific Pictures Corp., IP Worldwide, LLC, and IPW, LLC's ("responding defendants") July 15, 2011 Responses and Objections to Plaintiff DC Comics' Amended Request For Production of Documents, and Mr. Toberoff's July 18, 2011 letter, enclosed please find the following document production:

1. MT    00015-00015 (production of defendant Marc Toberoff)
2. PPC    00001-00002 (production of defendant Pacific Pictures Corp.)
3. IPWW 00001-00007 (production of defendant IP Worldwide, LLC)
4. IPW    00001-00007 (production of defendant IPW, LLC)

In addition, pursuant to paragraph 3 of the parties' December 6, 2010 stipulation, the responding defendants hereby produce by designation the following documents, already produced in *Siegel v. Warner Bros. Ent. Inc.*, C.D. Cal. Case No. 04-8400 ODW (RZx) and *Siegel v. Time Warner Inc.*, C.D. Cal. Case No. 04-8776 ODW (RZx) (the *Siegel* cases), and designated in Mr. Toberoff's January 24, 2011 letter, as responsive to DC Comics' document requests:

1. SGL    00001-00817; 00820-01087; 01112-01224; 01290; 01296-01300; 01323-03538; 03541-06260
2. SHU    00001-00143
3. DB    00001-00044
4. GTRB 00001-00132; 00145-00157; 00230-00322; 00324-00326; 00329-00491; 00494-00625
5. IPW    00001-00020
6. PPC    00001-00009
7. EN    00001-00142

EXHIBIT 46
1586

**TOBEROFF & ASSOCIATES, P.C.**

July 28, 2011
Re:    *DC Comics v. Pacific Pictures Corp.*
Page:  2 of 3

|     |     |     |
| --- | --- | --- |
| 8. | JF | 00001-00048 |
| 9. | WL | 00001-00141; 00317-00343 |
| 10. | JS | 00001-00118; 00133-00168 |
| 11. | ME | 00001-00118; 00122-00186 |
| 12. | MH | 00001-03058; 03134-03391; 03488-03521 |

Please note that "SGL" refers to the production of plaintiffs Joanne Siegel and Laura Siegel Larson in the *Siegel* cases, and that "SHU" refers to the production of Mark Warren Peary and Jean Peavy in the *Siegel* cases.

As you are doubtless aware, defendants already produced virtually all responsive documents in the *Siegel* cases, wherein DC requested and/or subpoenaed virtually every possible responsive document. *See, e.g.,* Defendants' Subpoenas to Pacific Pictures Corporation/IPW, LLC, Requests No. 1 ("All Documents Concerning Superman, Superboy, and/or Spectre."), No. 2 ("All Documents Concerning any communications between Plaintiffs, or either of them, and Defendants, or any of them, the Shuster Representatives or any of them, Michael Siegel, Dennis Larson, You, IPW, Smashbox, Toberoff, Marks, Emanuel, and/or any other persons or entities Concerning Superman, Superboy, and/or Spectre."), No. 3 ("All Documents Concerning any relationship, business or otherwise, between Plaintiffs, or either of them, and Defendants, or any of them, the Shuster Representatives or any of them, Michael Siegel, Dennis Larson, You, IPW, Smashbox, Toberoff, Marks, Emanuel, and/or any other persons or entities Concerning Superman, Superboy, and/or Spectre."). Notably, in *Siegel*, DC did not seek to compel the further production of documents from PPC, IPWW or IPW despite ample opportunity, and DC can hardly be heard to complain now, over four years later.

Responding defendants also produce by designation the following documents, already produced in this action, as responsive to DC Comics' document requests:

|     |     |     |
| --- | --- | --- |
| 1. | LSL | 00001-00481 |
| 2. | MWP | 00001-00057 |
| 3. | MT | 00001-00014 |

As this production moots DC's "motion to compel" served on July 22, 2011 and set for hearing on August 22, 2011, defendants ask that DC withdraw that motion. If DC proceeds with its premature and baseless motion, defendants will ask the Court for sanctions.

As you know, Mr. Toberoff has re-scheduled his vacation for August 22-September 6, 2011. If DC intends to proceed with its moot motion or to serve additional motions to compel this week for hearing on August 29, 2011, with respect to this document production or otherwise, we ask that DC set the hearing on such motion(s) for the next available date of September 12, 2011.

EXHIBIT 46
1587

**TOBEROFF & ASSOCIATES, P.C.**

July 28, 2011
Re:    *DC Comics v. Pacific Pictures Corp.*
Page:   3 of 3

Nothing in this letter should be construed as a waiver or limitation of any of defendants' rights or remedies, all of which are reserved.

Very truly yours,

Keith G. Adams

EXHIBIT 46
1588

**WARNER BROS.**
**ENTERTAINMENT INC.**

4000 Warner Boulevard
Burbank, California 91522
(818) 954-4223
Fax: (818) 954-4768
E-mail: john.schulman@warnerbros.com

John A. Schulman
Executive Vice President
& General Counsel

August 26, 2004

<u>Via Facsimile (310 246-3101)</u>
Marc Toberoff, Esq.
1999 Avenue of the Stars, Suite 1540
Los Angeles, CA 90067

Dear Mr. Toberoff:

I apologize for not responding earlier to your August 4 letter. I have been away from the office.

As to the claims regarding Superboy which you assert on behalf of your clients, the Siegels, simply put, DC Comics and Warner Bros. disagree with you. Warner Bros. is going to proceed to continue to produce *Smallville* -- this year's production commenced in July and we are now producing the fifth episode — something Warner Bros. believes it has the right to do. Moreover, I do want you to understand the basis for our position, and I have requested our outside counsel, Patrick Perkins, respond to you in detail. He informs me you will have his letter by early next week.

More importantly, DC Comics and Warner Bros. revere the contributions Mr. Siegel has made and wish to continue to honor his legacy. I accept your invitation to meet to try to negotiate a fair settlement of the Siegel heirs' claims. As I think you know, we have sought such a settlement for a considerable time, and we welcome the opportunity to resume discussions. Could I impose upon you to come to Burbank next week? I will call your office to set a time.

Thank you.

Sincerely,

John A. Schulman

JAS:hjl
cc:    Paul Levitz, President, DC Comics
       Patrick Perkins, Esq.

A Time Warner Company    MT 00015

TOTAL P.01

EXHIBIT 46
1589

Search - 100 Results - pacific pictures corporation

Source: Legal > Area of Law - By Topic > Corporate > Public Records > NY Business and Corporation Information [i]
Terms: **pacific pictures corporation**  (Edit Search)

✦Select for FOCUS™ or Delivery
Γ

### NEW YORK DEPARTMENT OF STATE

### THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY

THIS DATA IS NOT AN OFFICIAL RECORD OF THE DEPARTMENT OF STATE OR THE STATE OF NEW YORK. LEXISNEXIS IS NOT AN EMPLOYEE OR AGENT OF THE DEPARTMENT OF STATE OR THE STATE OF NEW YORK. THE DEPARTMENT OF STATE DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, REGARDING THIS DATA.

### NEW YORK DEPARTMENT OF STATE

**Company Name:** PACIFIC PICTURES CORPORATION

**Process Address:**
% MAX TOBEROFF
330 EAST 57TH STREET
APT 34A
NEW YORK, NY 10022

**Type:** DOMESTIC BUSINESS

**Status:** INACTIVE

**Status Comment:** DISSOLUTION BY PROCLAMATION

**Filing Date:** 6/25/2003

**Duration:** PERPETUAL

**County:** NEW YORK

**Date of Incorporation/Qualification:** 8/26/1988

**Corporation Number:** 1287565

**Microfilm Number:** B678470-6

**Stock Information:**
Type of Stock: NO PAR VALUE
Authorized Quantity: 200
Par Value: $ 0.00

**History:**
Type: DISSOLUTION BY PROCLAMATION (DOMESTIC BUSINESS)
Effective Date: 6/25/2003
Microfilm Number: DP-1664536

**PPC 00001**

EXHIBIT 46
1590

Type: INCORPORATION (DOMESTIC BUSINESS)
Effective Date: 8/26/1988
Microfilm Number: B678470-6


Source: Legal > Area of Law - By Topic > Corporate > Public Records > **NY Business and Corporation Information** [i]
Terms: **pacific pictures corporation** (Edit Search)
View: Full
Date/Time: Tuesday, March 2, 2004 - 9:57 PM EST


About LexisNexis | Terms and Conditions


Copyright © 2004 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

PPC 00002

EXHIBIT 46
1591



**R E S U L T   R E P O R T**
1 of 2

## PARASEC

**CLIENT #:**    Z42369

IP WORLDWIDE LLC

ATTN: Rafael Gomez
9595 WILSHIRE BLVD # 811
BEVERLY HILLS, CA 90212

**Order #:** 181242
**Date:** 01/13/2004
**Ref:**
**Email:** rgomez@ipww.biz

The results of your request are as follows:

1  **Entrepreneur Package**
   RE: IP MANAGEMENT
   IN: CA

2  **A. Name Reservation**
   RE: IP MANAGEMENT
   IN: CA

   December 24, 2003
   Name available and reserved for 60 calendar days.  Reservation No. R0809190.

3  **B. Type and File**
   RE: IP MANAGEMENT
   IN: CA

   January 09, 2004
   Filed 12/31/03 #2571126.  Certified copies enclosed.

4  **C. Obtain Corporate Kit**
   RE: IP MANAGEMENT
   IN: CA

   January 09, 2004
   Arriving under separate cover.

5  **Resignation Letter**
   RE: IP MANAGEMENT
   IN: CA

CONTINUED





# PARASEC

**RESULT REPORT**
2 of 2

**CLIENT #:** Z42369

IP WORLDWIDE LLC

ATTN: Rafael Gomez
9595 WILSHIRE BLVD # 811
BEVERLY HILLS, CA 90212

**Order #:** 181242
**Date:** 01/13/2004
**Ref:**
**Email:** rgomez@ipww.biz

The results of your request are as follows:

January 13, 2004
Resignation letter enclosed.

*Parasec and/or its agents accept no responsibility for errors or omissions contained in any report provided by Parasec. Should a claim be asserted against Parasec for errors or omissions, the sole extent of Parasec's liability shall be limited to an amount equal to the cost Parasec charged for the report. Parasec shall not be liable for consequential damages arising out of the use of the report by any customer or third party.*

*Parasec does not warrant the accuracy of the contents of the report. Parasec relies on records maintained by third parties and/or governmental agencies and is not responsible for the content of those records.*

Thank you for allowing us to service your needs. Please call me at (800)533-7272 if I can be of further assistance.

Monica Corbella



January 21, 2003

_Privileged & Confidential_

Joanne Siegel
13929 Marquesas Way, Apt. 201A
Marina Del Rey, CA 90292

Laura Siegel Larson
6400 Pacific Avenue, #106
Playa Del Rey, CA 90293

Dear Joanne and Laura:

This is to confirm the agreement and understanding in connection with our recent discussion and disclosure to you of various risks and potential problems regarding Michael Siegel, and the mitigation of possible conflicts of interest with respect to the following proposed remedial actions:

1.      Ariel Emanuel ("AE") will attempt to purchase all of Michael Siegel's rights, title and interest in _Superman_, _Superboy_ and _The Spectre_ ("MS Interests") to be financed by AE.

2.      The proposed purchase will be subject to Michael Siegel entering into a formal written settlement agreement, settling and releasing each of you, your representatives, successors and assigns from any and all disputes, claims or causes of actions regarding _Superman_, _Superboy_ and _The Spectre_. The settlement agreement will specifically disclose the separate _Superboy_ termination, recently served and filed.

3.      In the event Michael Siegel agrees to the above purchase and settlement, the following conditions will apply to and bind AE, any designee entity owned or controlled by him and his heirs, successors or assigns with respect to the MS Interests:

        (a)      The MS Interests will only be sold or assigned to a separate third party (i.e., not owned or controlled by AE) in conjunction with the sale or assignment of your interests in _Superman_, _Superboy_ and/or _The Spectre_, respectively, to said third party and not independently of your interests.

9701 Wilshire Boulevard, 10th Floor Beverly Hills, CA 90212 Tel: (310) 246-3100; Fax: (310) 246-3335
E-mail: MToberoff@IPWW.biz

IPWW 00003

EXHIBIT 46
1594

# **Ip** w o r l d w i d e

Page 2
Joanne Siegel and Laura Siegel Larson
January 21, 2003

    (b)    You retain full and complete decision making authority with respect to the disposition of the copyright termination interests in *Superman, Superboy* and *The Spectre* arising from Jerome Siegel's copyright interest therein.

    (c)    AE will fully indemnify you and hold you completely harmless against any and all claims, causes of action, damages, costs or loss (including attorney's fees), if any, arising out of the purchase of the MS Interests and the settlement agreement.

    (d)    AE will reimburse you for twenty-five percent (25%) of any expenses paid by you after October 17, 2000 in connection with the Jerome Siegel copyright termination interests in *Superman, Superboy or The Spectre* , including without limitation, the filing cost of the Superboy Copyright Termination, upon and subject to your providing him with an itemized list of such expenses.

    (e)    AE will also pay twenty-five percent (25%) of the following sums: (i) fees, commission or settlement amounts, if any, to the law firm of Gang, Tyre, Ramer & Brown and/or its attorneys regarding their alleged services in connection with Jerome Siegel's copyright termination interests; (ii) fees, costs or expenses of any audit, if any, of revenues or profits derived from *Superman, Superboy* or *The Spectre* and (iii) fees, costs or expenses of any other actions to protect, enforce or enhance Jerome Siegel's copyright termination interests in *Superman, Superboy or The Spectre.*

    (f)    If , after the sale or assignment of the *Superman/Superboy/The Spectre* rights is made and royalties are being paid to the Siegel interest, AE chooses to offer his royalty interest for sale, you, or in the event of your death, your heirs, will have the right of first refusal to purchase said royalty interest.

4.    This letter contains the full and complete understanding of the parties and supersedes all prior or contemporaneous understandings whether written or oral with respect to the subject matter hereof and may not be modified except in writing signed by each party. This letter shall bind and inure to the benefit of the parties, their respective heirs, successors and assigns. Executed facsimile copies of this letter shall be valid

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**IPWW 00004**

EXHIBIT 46
1595

# Ip worldwide

Page 3
Joanne Siegel and Laura Siegel Larson
January 21, 2003

acceptable substitutes for executed originals.

If the above comports with your understanding please indicate this by your signatures below and returning a copy of this letter to me.

Yours sincerely,

Marc Toberoff

Agreed, Understood and Accepted:

_____          Date: 1/23/03
Ariel Z. Emanuel

_____          Date: 1/22/03
Joanne Siegel

_____          Date: 1/22/03
Laura Siegel Larson

IPWW 00005

EXHIBIT 46
1596

# Ip worldwide

March 29, 2004

Joanne Siegel
13929 Marquesas Way, Apt. 201A
Marina Del Rey, CA 90292

Laura Siegel Larson
6400 Pacific Avenue, #106
Playa Del Rey, CA 90293

Re: "*Superman*"

Dear Joanne and Laura:

This is to confirm our understanding that the agreement ("Agreement") between you and IP Worldwide dated as of October 3, 2002 (executed by you on October 23, 2002) is re-instated and that the Term of the Agreement is extended until December 31, 2004.

Sincerely,


Marc Toberoff


Agreed and Accepted:



_____          Date: _____
Joanne Siegel



_____          Date: _____
Laura Siegel Larson

9701 Wilshire Boulevard, 10th Floor Beverly Hills, CA 90212 Tel: (310) 246-3100; Fax: (310) 246-3335
E-mail: MToberoff@IPWW.biz

**IPWW 00006**

EXHIBIT 46
1597

# Ip worldwide

March 29, 2004

Joanne Siegel
13929 Marquesas Way, Apt. 201A
Marina Del Rey, CA 90292

Laura Siegel Larson
6400 Pacific Avenue, #106
Playa Del Rey, CA 90293

Re: "*Superman*"

Dear Joanne and Laura:

This is to confirm our understanding that the agreement ("Agreement") between you and IP Worldwide dated as of October 3, 2002 (executed by you on October 23, 2002) is re-instated and that the Term of the Agreement is extended until April 23, 2005.

Sincerely,

Marc Toberoff

Agreed and Accepted:

Joanne Siegel                    Date: 4/12/04

Laura Siegel Larson              Date: 4/12/04

9701 Wilshire Boulevard, 10th Floor Beverly Hills, CA 90212 Tel: (310) 246-3100; Fax: (310) 246-3335
E-mail: MToberoff@IPWW.biz

**IPWW 00007**

EXHIBIT 46
1598



# State of California
## Kevin Shelley
## Secretary of State

### LIMITED LIABILITY COMPANY
### ARTICLES OF ORGANIZATION

NOTE:  A limited liability company is not permitted to render professional services.

**A $70.00 filing fee must accompany this form.**

**IMPORTANT – Read instructions before completing this form.**

File # _____

This Space For Filing Use Only

1. **NAME OF THE LIMITED LIABILITY COMPANY** (END THE NAME WITH THE WORDS "LIMITED LIABILITY COMPANY," "LTD. LIABILITY CO.," OR THE ABBREVIATIONS "LLC" OR "L.L.C.")

   IPW, LLC

2. THE PURPOSE OF THE LIMITED LIABILITY COMPANY IS TO ENGAGE IN ANY LAWFUL ACT OR ACTIVITY FOR WHICH A LIMITED LIABILITY COMPANY MAY BE ORGANIZED UNDER THE BEVERLY-KILLEA LIMITED LIABILITY COMPANY ACT.

   INITIAL AGENT FOR SERVICE OF PROCESS - If the agent is an individual, the agent must reside in California and both items 3 and 4 must be completed.  If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 3 must be completed (leave Item 4 blank).

3. **NAME OF THE INITIAL AGENT FOR SERVICE OF PROCESS**  Marc Toberoff

4. IF AN INDIVIDUAL, THE ADDRESS OF THE INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA

   ADDRESS  1999 Avenue of the Stars, Suite 1540

   CITY  Los Angeles                                          STATE  **CA**      ZIP CODE  90067

5. THE LIMITED LIABILITY COMPANY WILL BE MANAGED BY: (CHECK ONLY ONE)
   - [✔] ONE MANAGER
   - [ ] MORE THAN ONE MANAGER
   - [ ] ALL LIMITED LIABILITY COMPANY MEMBER(S)

6. ADDITIONAL INFORMATION SET FORTH ON THE ATTACHED PAGES, IF ANY, IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS CERTIFICATE.

7. TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY (FOR INFORMATIONAL PURPOSES ONLY)

   Media and Entertainment

8. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

   _(signature)_
   SIGNATURE OF ORGANIZER                                  July 7, 2004
                                                            DATE
   Marc Toberoff
   TYPE OR PRINT NAME OF ORGANIZER

9. **RETURN TO:**

   NAME        Marc Toberoff
   FIRM        IP Worldwide, LLC
   ADDRESS     1999 Avenue of the Stars, Suite 1540
   CITY/STATE  Los Angeles, CA
   ZIP CODE    90067

LLC-1 (REV 08/2004)

IPW 00001

EXHIBIT 46
1599



# State of California
## Kevin Shelley
## Secretary of State

File # _____

### LIMITED LIABILITY COMPANY
### ARTICLES OF ORGANIZATION

NOTE: A limited liability company is not permitted to render professional services.

**A $70.00 filing fee must accompany this form.**

**IMPORTANT – Read instructions before completing this form.**

This Space For Filing Use Only

1. **NAME OF THE LIMITED LIABILITY COMPANY** (END THE NAME WITH THE WORDS "LIMITED LIABILITY COMPANY," "LTD. LIABILITY CO.," OR THE ABBREVIATIONS "LLC" OR "L.L.C.")

   IPW, LLC

2. **THE PURPOSE OF THE LIMITED LIABILITY COMPANY IS TO ENGAGE IN ANY LAWFUL ACT OR ACTIVITY FOR WHICH A LIMITED LIABILITY COMPANY MAY BE ORGANIZED UNDER THE BEVERLY-KILLEA LIMITED LIABILITY COMPANY ACT.**

   **INITIAL AGENT FOR SERVICE OF PROCESS** - If the agent is an individual, the agent must reside in California and both items 3 and 4 must be completed. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 3 must be completed (leave Item 4 blank).

3. **NAME OF THE INITIAL AGENT FOR SERVICE OF PROCESS**    Marc Toberoff

4. **IF AN INDIVIDUAL, THE ADDRESS OF THE INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA**

   ADDRESS    1999 Avenue of the Stars, Suite 1540

   CITY    Los Angeles          STATE    **CA**    ZIP CODE    90067

5. **THE LIMITED LIABILITY COMPANY WILL BE MANAGED BY: (CHECK ONLY ONE)**
   - [✔] ONE MANAGER
   - [ ] MORE THAN ONE MANAGER
   - [ ] ALL LIMITED LIABILITY COMPANY MEMBER(S)

6. **ADDITIONAL INFORMATION SET FORTH ON THE ATTACHED PAGES, IF ANY, IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS CERTIFICATE.**

7. **TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY** (FOR INFORMATIONAL PURPOSES ONLY)

   Media and Entertainment

8. **I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.**

   _____    July 7, 2004
   SIGNATURE OF ORGANIZER    DATE

   Marc Toberoff
   TYPE OR PRINT NAME OF ORGANIZER

9. **RETURN TO:**

   NAME    Marc Toberoff
   FIRM    IP Worldwide, LLC
   ADDRESS    1999 Avenue of the Stars, Suite 1540
   CITY/STATE    Los Angeles, CA
   ZIP CODE    90067

   **IPW 00002**

LLC-1 (REV 06/2004)    APPROVED BY SECRETARY OF STATE

EXHIBIT 46
1600



| | | File # _____ |
|---|---|---|
| **State of California**<br>**Kevin Shelley**<br>**Secretary of State** | | |

### LIMITED LIABILITY COMPANY
### ARTICLES OF ORGANIZATION

NOTE:  A limited liability company is not permitted to render professional services.

**A $70.00 filing fee must accompany this form.**

**IMPORTANT – Read Instructions before completing this form.**    This Space For Filing Use Only

1.  NAME OF THE LIMITED LIABILITY COMPANY (END THE NAME WITH THE WORDS "LIMITED LIABILITY COMPANY," "LTD. LIABILITY CO.," OR THE ABBREVIATIONS "LLC" OR "L.L.C.")

   IPW, LLC

2.  THE PURPOSE OF THE LIMITED LIABILITY COMPANY IS TO ENGAGE IN ANY LAWFUL ACT OR ACTIVITY FOR WHICH A LIMITED LIABILITY COMPANY MAY BE ORGANIZED UNDER THE BEVERLY-KILLEA LIMITED LIABILITY COMPANY ACT.

   INITIAL AGENT FOR SERVICE OF PROCESS - If the agent is an individual, the agent must reside in California and both items 3 and 4 must be completed.  If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and item 3 must be completed (leave item 4 blank).

3.  NAME OF THE INITIAL AGENT FOR SERVICE OF PROCESS    Marc Toberoff

4.  IF AN INDIVIDUAL, THE ADDRESS OF THE INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA

   ADDRESS   1999 Avenue of the Stars, Suite 1540

   CITY   Los Angeles                                    STATE   CA      ZIP CODE   90067

5.  THE LIMITED LIABILITY COMPANY WILL BE MANAGED BY:  (CHECK ONLY ONE)
   - [✓] ONE MANAGER
   - [ ] MORE THAN ONE MANAGER
   - [ ] ALL LIMITED LIABILITY COMPANY MEMBER(S)

6.  ADDITIONAL INFORMATION SET FORTH ON THE ATTACHED PAGES, IF ANY, IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS CERTIFICATE.

7.  TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY (FOR INFORMATIONAL PURPOSES ONLY)

   Media and Entertainment

8.  I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

   _____                July 7, 2004
   SIGNATURE OF ORGANIZER                   DATE

   Marc Toberoff
   TYPE OR PRINT NAME OF ORGANIZER

9.  RETURN TO:

   NAME      ⌐ Marc Toberoff                      ⌐
   FIRM        IP Worldwide, LLC
   ADDRESS     1999 Avenue of the Stars, Suite 1540
   CITY/STATE  Los Angeles, CA
   ZIP CODE   ⌊ 90067                             ⌋

LLC-1 (REV 06/2004)                         APPROVED BY SECRETARY OF STATE

**IPW 00003**

EXHIBIT 46
1601

California Secretary of State - California Business Search - Limited Partnership / Limited ...    Page 1 of 1

# California Business Portal

SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | SPECIAL PROGRAMS

## Business Search LP/LLC

Printer Friendly Page

New Search

Search Tips

Field Definitions

Status Definitions

LLC Name Availability

LP Name Availability

Records Order Form
Certificates
Copies
Status Printouts

LLC FAQS

LP FAQS

LLC Main Page

LP Main Page

Site Search

Limited Partnerships/Limited Liability Companies    LP/LLC

The information displayed here is current as of "Aug 13, 2004" and is updated weekly. It is not a complete or certified record of the Limited Partnership or Limited Liability Company.

| LP/LLC | | |
|---|---|---|
| IPW, LLC | | |
| Number: 200421510363 | Date Filed: 7/9/2004 | Status: active |
| Jurisdiction: CALIFORNIA | | |
| Principal Address | | |
| 1999 AVENUE OF THE STARS STE 1540 | | |
| LOS ANGELES, CA 90067 | | |
| Agent for Service of Process | | |
| MARC TOBEROFF | | |
| 1999 AVENUE OF THE STARS STE 1540 | | |
| LOS ANGELES, CA 90067 | | |

Printer Friendly

New Search

---

- Fees and instructions for requesting certification of limited partnership and/or limited liability company records are included on the **LP/LLC Records Order Form.**
- Blank fields indicate the information is not contained in the computer file.
- If the agent for service of process is a corporation, the address of the agent must be requested in writing. Fees and instructions for requesting this information are included on the **Corporate Records Order Form.**

Copyright ©2001 California Secretary of State. Privacy Statement.

**IPW 00004**

http://kepler.ss.ca.gov/corpdata/ShowLp...

EXHIBIT 46
1602

California Secretary of State - California Business Search - Limited Partnership / Limited ...   Page 1 of 1

# California Business Portal

SECRETARY OF STATE    ELECTIONS & VOTER INFO    POLITICAL REFORM    CA BUSINESS PORTAL    ARCHIVES & MUSEUM    SPECIAL PROGRAMS

Business Search
LP/LLC

Limited Partnerships/Limited Liability Companies  LP/LLC

| Printer Friendly Page |
| New Search |
| Search Tips |
| Field Definitions |
| Status Definitions |
| LLC Name Availability |
| LP Name Availability |
| Records Order Form Certificates Copies Status Printouts |
| LLC FAQS |
| LP FAQS |
| LLC Main Page |
| LP Main Page |
| Site Search |

The information displayed here is current as of "Aug 13, 2004" and is updated weekly. It is not a complete or certified record of the Limited Partnership or Limited Liability Company.

| LP/LLC | | |
|---|---|---|
| IPW, LLC | | |
| Number: 200421510363 | Date Filed: 7/9/2004 | Status: active |
| Jurisdiction: CALIFORNIA | | |
| **Principal Address** | | |
| 1999 AVENUE OF THE STARS STE 1540 | | |
| LOS ANGELES, CA 90067 | | |
| **Agent for Service of Process** | | |
| MARC TOBEROFF | | |
| 1999 AVENUE OF THE STARS STE 1540 | | |
| LOS ANGELES, CA 90067 | | |

Printer Friendly

New Search

- Fees and instructions for requesting certification of limited partnership and/or limited liability company records are included on the **LP/LLC Records Order Form**.
- Blank fields indicate the information is not contained in the computer file.
- If the agent for service of process is a corporation, the address of the agent must be requested in writing. Fees and instructions for requesting this information are included on the **Corporate Records Order Form**.

Copyright   2001 California Secretary of State. **Privacy Statement.**

IPW 00005

http://kepler...

EXHIBIT 46
1603



# State of California
## Kevin Shelley
## Secretary of State

File # **2 0 0 4 2 1 5 1 0 3 6 3**

## LIMITED LIABILITY COMPANY ARTICLES OF ORGANIZATION

NOTE: A limited liability company is not permitted to render professional services.

A $70.00 filing fee must accompany this form.

**IMPORTANT – Read instructions before completing this form.**

**FILED**
In the office of the Secretary of State of the State of California

JUL - 9 2004

KEVIN SHELLEY, SECRETARY OF STATE

This Space For Filing Use Only

1. **NAME OF THE LIMITED LIABILITY COMPANY** (END THE NAME WITH THE WORDS "LIMITED LIABILITY COMPANY," "LTD. LIABILITY CO.," OR THE ABBREVIATIONS "LLC" OR "L.L.C.")

   IPW, LLC

2. THE PURPOSE OF THE LIMITED LIABILITY COMPANY IS TO ENGAGE IN ANY LAWFUL ACT OR ACTIVITY FOR WHICH A LIMITED LIABILITY COMPANY MAY BE ORGANIZED UNDER THE BEVERLY-KILLEA LIMITED LIABILITY COMPANY ACT.

   INITIAL AGENT FOR SERVICE OF PROCESS - If the agent is an individual, the agent must reside in California and both Items 3 and 4 must be completed. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 3 must be completed (leave Item 4 blank).

3. **NAME OF THE INITIAL AGENT FOR SERVICE OF PROCESS**   Marc Toberoff

4. IF AN INDIVIDUAL, THE ADDRESS OF THE INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA

   ADDRESS   1999 Avenue of the Stars, Suite 1540

   CITY   Los Angeles            STATE   **CA**      ZIP CODE   90067

5. THE LIMITED LIABILITY COMPANY WILL BE MANAGED BY: (CHECK ONLY ONE)

   [✔] ONE MANAGER

   [ ] MORE THAN ONE MANAGER

   [ ] ALL LIMITED LIABILITY COMPANY MEMBER(S)

6. ADDITIONAL INFORMATION SET FORTH ON THE ATTACHED PAGES, IF ANY, IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS CERTIFICATE.

7. TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY (FOR INFORMATIONAL PURPOSES ONLY)

   Media and Entertainment

8. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

   _____
   SIGNATURE OF ORGANIZER

   Marc Toberoff                   July 7, 2004
   TYPE OR PRINT NAME OF ORGANIZER          DATE

9. **RETURN TO:**

   NAME ⌐ Marc Toberoff
   FIRM   IP Worldwide, LLC
   ADDRESS   1999 Avenue of the Stars, Suite 1540
   CITY/STATE   Los Angeles, CA
   ZIP CODE ⌐ 90067

LLC-1 (REV 06/2004)

**IPW 00006**

EXHIBIT 46
1604



# State of California
## Kevin Shelley
## Secretary of State

### STATEMENT OF INFORMATION
### (Limited Liability Company)

**L**

**Filing Fee $20.00. If amendment, see instructions.**

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. LIMITED LIABILITY COMPANY NAME (Please do not alter if name is preprinted.)

IPW, LLC

This Space For Filing Use Only

**DUE DATE:** *October 9, 2004*

**FILE NUMBER AND STATE OR PLACE OF ORGANIZATION**

| 2. SECRETARY OF STATE FILE NUMBER | 3. STATE OR PLACE OF ORGANIZATION |
|---|---|
| 200421510363 | California |

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY AND STATE | ZIP CODE |
|---|---|---|
| 1999 Avenue of the Stars, Suite 1540 | Los Angeles, CA | 90067 |

| 5. CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (DOMESTIC ONLY) | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1999 Avenue of the Stars, Suite 1540 | Los Angeles | CA | 90067 |

**NAME AND COMPLETE ADDRESS OF THE CHIEF EXECUTIVE OFFICER, IF ANY**

| 6. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| Marc Toberoff | 1999 Avenue of the Stars, Ste. 1540 | Los Angeles, CA | 90067 |

**NAME AND COMPLETE ADDRESS OF ANY MANAGER OR MANAGERS, OR IF NONE HAVE BEEN APPOINTED OR ELECTED, PROVIDE THE NAME AND ADDRESS OF EACH MEMBER** (Attach additional pages, if necessary.)

| 7. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| Marc Toberoff | 1999 Avenue of the Stars, Ste. 1540 | Los Angeles, CA | 90067 |
| 8. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| | | | |
| 9. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| | | | |

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California address. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 11 must be left blank.)

10. NAME OF AGENT FOR SERVICE OF PROCESS

Marc Toberoff

| 11. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1999 Avenue of the Stars, Ste. 1540 | Los Angeles | CA | 90067 |

**TYPE OF BUSINESS**

12. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY

Media and Entertainment

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT

| Marc Toberoff | | Member | 10/01/04 |
|---|---|---|---|
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE |

APPROVED BY SECRETARY OF STATE

**IPW 00007**

LLC-12 (REV 09/2004)

EXHIBIT 46
1605