# EXHIBIT 50

# O'MELVENY & MYERS LLP

| | 1999 Avenue of the Stars, 7th Floor<br>Los Angeles, California 90067-6035 | |
|---|---|---|
| BEIJING | | SAN FRANCISCO |
| BRUSSELS | | SHANGHAI |
| HONG KONG | TELEPHONE (310) 553-6700 | SILICON VALLEY |
| LONDON | FACSIMILE (310) 246-6779 | SINGAPORE |
| LOS ANGELES | www.omm.com | TOKYO |
| NEWPORT BEACH | | WASHINGTON, D.C. |
| NEW YORK | | |

August 3, 2011

OUR FILE NUMBER
905,900-321

**VIA E-MAIL**

WRITER'S DIRECT DIAL
(310) 246-6840

Marc Toberoff
Toberoff & Associates, P.C.
2049 Century Park East, Suite 3630
Los Angeles, California 90067

WRITER'S E-MAIL ADDRESS
mkline@omm.com

Laura Brill
Kendall Brill & Klieger LLP
10100 Santa Monica Boulevard, Suite 1725
Los Angeles, California 90067

Re:   *DC Comics v. Pacific Pictures Corp. et al.*, **CV-10-3633 (ODW) (RZx)**

Dear Counsel:

      I write to follow up on the responses and objections served on August 1 by defendants Pacific Pictures Corporation, IP Worldwide, and IPW to Plaintiff DC Comics' First Set Of Interrogatories. Every response of PPC, IPWW, and IPW is subject to a General Objection "to the Interrogatories to the extent that they purport to demand information protected from disclosure by the attorney-client privilege, joint interest privilege, attorney work product doctrine or any other privileges…." Likewise, all six responses by each company are individually made "[s]ubject to" a privilege objection.

      Although you went on to respond to each request, it is unclear whether those responses withhold any further information based on the asserted privilege. Any such withholding is improper, as the interrogatories all deal with efforts to market purported rights to third parties or communications with potential third-party investors. *See U.S. v. Martin*, 278 F.3d 988, 999-1000 (9th Cir. 2002). None of the interrogatories seeks the substance of communications between an attorney and client, and none could, as PPC "is not a law firm," 2003 PPC Agreement ¶ 2, and both IPWW and IPW are limited liability companies owned by PPC, Ari Emanuel, and Endeavor, EN 00002-13, none of which is an attorney. As the interrogatory responses from Mr. Toberoff's business entities disclosed no such communications, we need responses from Mr. Toberoff himself. Please confirm immediately that no information has been withheld on the basis of privilege.

EXHIBIT 50
1674

O'MELVENY & MYERS LLP
August 3, 2011 - Page 2

    Additionally, we have attached Plaintiff DC Comics' Second Set Of Interrogatories To Defendant Marc Toberoff, which pose the exact same questions to him as were posed to his business entities. During our June 13 meet-and-confer call, and as confirmed in my July 7 letter, I asked Mr. Toberoff about his communications with actual or potential investors, and he refused to respond, advising DC to serve interrogatories on the subject. Please confirm immediately that you will respond to these simple interrogatories by the date listed.

    We are available this week to meet and confer, if necessary, to discuss any issues you have with the above.

                                   Very truly yours,

                                   Matthew T. Kline
                                   of O'MELVENY & MYERS LLP

Enclosure

EXHIBIT 50
1675

```
DANIEL M. PETROCELLI (S.B. #97802)
   dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
   mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
   cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone:  (310) 553-6700
Facsimile:  (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
   pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone:  (845) 265-2820
Facsimile:  (845) 265-2819
```

Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>                    Plaintiff,<br><br>       v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No. CV-10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**PLAINTIFF DC COMICS' SECOND SET OF INTERROGATORIES TO DEFENDANT MARC TOBEROFF**<br><br>**Judge**:  Hon. Otis D. Wright II<br>**Magistrate**:  Hon. Ralph Zarefsky |

**PROPOUNDING PARTY**:      Plaintiff DC Comics

**RESPONDING PARTY**:        Defendant Marc Toberoff

**SET NUMBER**:                     Second (Interrogatory Nos. 26-31)

PL.'S SECOND SET OF INTERROGS.
TO DEF. MARC TOBEROFF

EXHIBIT 50
1676

Pursuant to Federal Rule of Civil Procedure 33, plaintiff DC Comics hereby requests that defendant Marc Toberoff respond in writing and under oath to the following Second Set of Interrogatories ("Interrogatories"), in accordance with the definitions and instructions contained herein, by no later than September 2, 2011.

## DEFINITIONS AND INSTRUCTIONS

1. "COMMUNICATION" means all written, electronic, oral, telephonic, gesture, or other transmission or exchange of information, including without limitation any inquiry, request, dialogue, discussion, conversation, interview, correspondence, letter, note, consultation, negotiation, agreement, understanding, meeting, e-mail, and all documents evidencing any verbal or nonverbal interaction between any individuals or entities.

2. "PERSON" means any natural person, firm, association, corporation, partnership, or other legal entity or organization separately identifiable, and any department(s) or division(s) therein.

3. "DESCRIBE" means to set forth fully and in detail all factual information and data that are responsive to the particular request seeking such statement or description.

4. "YOU" or "YOUR" means Marc Toberoff and, as applicable, any PERSON acting on his behalf, including but not limited to his agents, employees, attorneys, and representatives.

5. "MARKET" means to any effort to promote, arrange, or negotiate the sale, assignment, lease, license, or any other disposition or exploitation of rights or property.

6. "INVESTOR" means any PERSON or entity that provides money or other capital in exchange for rights or property, including but not limited to an investment bank, private equity firm, hedge fund, venture capital firm, mutual fund, motion picture studio, entertainment production company, or individual.

1      7.    "SUPERMAN" means the Superman character as delineated in
2  literary works such as comic books, newspapers, novels, radio programs,
3  television programs, and motion pictures, and any of the works in which he
4  appears, including but not limited to *Action Comics. No. 1*.

5      8.    "SUPERBOY" means the Superboy character as delineated in
6  literary works such as comic books, newspapers, novels, radio programs,
7  television programs, and motion pictures, and any of the works in which he
8  appears, including but not limited to *More Fun Comics No. 101*.

9      9.    "IDENTIFY" means the following:

10     a.    When used in reference to a PERSON, it means to state the person's full name, present or last known address, and present or last known business affiliation and business address;

13     b.    When used in reference to an organization, it means to state the organization's full name and, if it is a corporation, partnership, or other business entity, the address of its principal place of business;

17     c.    When used in reference to a DOCUMENT, it means to state, to the extent known, the DOCUMENT'S (i) type (*i.e.* letter, memo, note, e-mail); (ii) subject matter; (iii) current location; (iv) every author, recipient or addressee; and (v) the bates number of the DOCUMENT if simultaneously or previously produced in this or any related action.

23     d.    When used in reference to a COMMUNICATION, it means to state, to the extent known, the COMMUNICATION'S (i) date; (ii) type (*i.e.* oral, telephonic, e-mail); (iii) subject matter; (iv) every author, recipient or addressee; and (v) the bates number of the DOCUMENT if simultaneously or previously produced in this or any related action.

1  10. "INCLUDING" means "including, but not limited to."

2  11. "Any" and "All" are interchangeable.

3  12. The singular form includes the plural form, and vice versa.

4  13. Each answer must be as complete and straightforward as the
5  information reasonably available to YOU permits.  If an Interrogatory cannot be
6  answered completely, answer it to the extent possible.

7  14. Whenever an Interrogatory may be answered by referring to a
8  DOCUMENT, the DOCUMENT may be attached as an exhibit to the response
9  and referred to in the response.  If the DOCUMENT has more than one page,
10 refer to the page and section where the answer to the Interrogatory can be found.

11 15. Federal Rule of Civil Procedure 33 provides these instructions,
12 which YOU must follow when responding to these Interrogatories:

13           a. Each interrogatory shall be answered separately and fully in
14              writing under oath, unless it is objected to, in which event the
15              objecting party shall state the reasons for objection and shall
16              answer to the extent the interrogatory is not objectionable.
17           b. The answers are to be signed by the person making them, and
18              the objections signed by the attorney making them.
19           c. The party upon whom the interrogatories have been served shall
20              serve a copy of the answers, and objections if any, within 30
21              days after the service of the interrogatories.
22           d. All grounds for an objection to an interrogatory shall be stated
23              with specificity.  Any ground not stated in a timely objection is
24              waived unless the party's failure to object is excused by the
25              court for good cause shown.
26           e. The party submitting the interrogatories may move for an order
27              under Rule 37(a) with respect to any objection to or other failure
28              to answer an interrogatory.

- 3 -

PL.'S SECOND SET OF INTERROGS.
TO DEF. MARC TOBEROFF

EXHIBIT 50
1679

16. Each Interrogatory shall be construed independently and no Interrogatory shall be viewed as limiting the scope of any other Interrogatory.

17. These Interrogatories impose a continuing obligation subsequent to YOUR initial responses to timely supplement YOUR responses if YOU determine that any response is incomplete or incorrect.

**INTERROGATORIES**

Interrogatory No. 26

DESCRIBE in detail all efforts YOU have made to MARKET any rights involving SUPERMAN and/or SUPERBOY.

Interrogatory No. 27

IDENTIFY any PERSONS with whom YOU have COMMUNICATED in connection with efforts to MARKET any rights involving SUPERMAN and/or SUPERBOY.

Interrogatory No. 28

DESCRIBE in detail when any efforts YOU have made to MARKET any rights involving SUPERMAN and/or SUPERBOY took place.

Interrogatory No. 29

DESCRIBE in detail all COMMUNICATIONS YOU have had with actual or potential INVESTORS concerning rights involving SUPERMAN and/or SUPERBOY.

Interrogatory No. 30

IDENTIFY any PERSON with whom YOU have COMMUNICATED concerning actual or potential INVESTORS in rights involving SUPERMAN and/or SUPERBOY.

Interrogatory No. 31

DESCRIBE in detail when YOU have COMMUNICATED with actual or potential INVESTORS concerning rights involving SUPERMAN and/or SUPERBOY.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  August 3, 2011 | Respectfully submitted, |
| 3 | | O'MELVENY & MYERS LLP |
| 4 | | |
| 5 | | By: /s/ Daniel M. Petrocelli |
| | |       Daniel M. Petrocelli |
| 6 | | Attorneys for Plaintiff DC Comics |

- 5 -

PL.'S SECOND SET OF INTERROGS. TO DEF. MARC TOBEROFF

EXHIBIT 50
1681

```
 1  DANIEL M. PETROCELLI (S.B. #97802)
      dpetrocelli@omm.com
 2  MATTHEW T. KLINE (S.B. #211640)
      mkline@omm.com
 3  CASSANDRA L. SETO (S.B. #246608)
      cseto@omm.com
 4  O'MELVENY & MYERS LLP
    1999 Avenue of the Stars, 7th Floor
 5  Los Angeles, CA  90067-6035
    Telephone:  (310) 553-6700
 6  Facsimile:   (310) 246-6779

 7  PATRICK T. PERKINS (admitted pro hac vice)
      pperkins@ptplaw.com
 8  PERKINS LAW OFFICE, P.C.
    1711 Route 9D
 9  Cold Spring, New York 10516
    Telephone: (845) 265-2820
10  Facsimile:  (845) 265-2819

11  Attorneys for Plaintiff DC COMICS
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| DC COMICS, | Case No. CV 10-3633 ODW (RZx) |
|---|---|
| Plaintiff, | **PROOF OF SERVICE** |
| v. | Hon. Otis D. Wright, II |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive, | |
| Defendants. | |

PROOF OF SERVICE

EXHIBIT 50
1682

**PROOF OF SERVICE BY E-MAIL**

1  
2    I am a citizen of the United States and employed in the County of Los  
3  Angeles, State of California; my business address is 1999 Avenue of the Stars,  
4  Suite 700, Los Angeles, California 90067. I am over the age of eighteen years and  
5  not a party to the within action.  
6    On August 3, 2011, I served the following document:  

7  
**PLAINTIFF DC COMICS' SECOND SET OF INTERROGATORIES TO DEFENDANT MARC TOBEROFF**
8  

9  by electronic mail upon:

10    Marc Toberoff, Esq.  
11    Toberoff & Associates, P.C.  
      2049 Century Park East, Suite 3630  
12    Los Angeles, CA 90067  
13    Email: mtoberoff@ipwla.com  

14    Laura Brill  
15    Kendall Brill & Klieger LLP  
      10100 Santa Monica Boulevard, Suite 1725  
16    Los Angeles, CA 90067  
17    Email: lbrill@kbkfirm.com  

18    I declare under penalty of perjury under the laws of the United States that the  
19  above is true and correct. Executed on August 3, 2011, at Los Angeles, California.

20  
21  SIGNATURE: _____  
                     Jason H. Tokoro

- 1 -    PROOF OF SERVICE

EXHIBIT 50
1683