# EXHIBIT 51

1

1    UNITED STATES DISTRICT COURT

2    FOR THE CENTRAL DISTRICT OF CALIFORNIA

3

4    JOANNE SIEGEL,                    )
     LAURA SIEGEL LARSON              )
5                                      )
                    Plaintiffs,       )
6                                      )
         v.                           )   CASE NO. CV 04-8400
7                                      )             CV 04-8776
     WARNER BROS, et al.              )
8                                      )
                    Defendants.       )
9

10

11

12

13    DEPOSITION OF MARK WARREN PEARY
                November 11, 2006
14               8:30 a.m.
             317 Paseo de Peralta
15           Santa Fe, New Mexico

16

17        PURSUANT TO THE FEDERAL RULES OF CIVIL
     PROCEDURE, this deposition was:

18    TAKEN BY:  MR. PATRICK PERKINS
                 Attorney for the Defendants
19

20

21

22    REPORTED BY:  MABEL JIN CHIN, NM CCR #81
                    Bean & Associates, Inc.
23                  Professional Court Reporting Service
                    500 Marquette, Northwest, Suite 280
24                  Albuquerque, New Mexico 87102

25    (3519B) MC

COPY



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1684

2

1                      A P P E A R A N C E S

2

3    For the Plaintiffs:

4            MR. MARC TOBEROFF
             2049 Century Park East, #2720
5            Los Angeles, California 90067

6    For the Defendants:

7            PERKINS LAW OFFICE, P.C.
             1711 Route 9D
8            Cold Spring, New York 10516
             BY:  MR. PATRICK PERKINS

9

10   ALSO PRESENT:   MS. MARGO MOIR, Videographer

11

12                      I N D E X

13   EXAMINATION OF MARK WARREN PEARY

14   By Mr. Perkins                                    3

15   CERTIFICATE OF COMPLETION OF DEPOSITION          86

16   WITNESS SIGNATURE/CORRECTION PAGE                88

17

18        EXHIBITS MARKED OR FORMALLY IDENTIFIED

19   1.   Subpoena in a Civil Case                     6

20   2.   Subpoena in a Civil Case                    13

21   3.   Joint Venture Agreement                     24

22   4.   Privilege Log                               37

23   5.   October 27, 2003 agreement                  40

24   6.   Order Admitting Will to Probate             48

25   7.   Notice of Termination of Transfer ...       50



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6849

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1685

3

1  8.   March 12, 2004 Register of Copyrights documents 57

2  9.   September 10, 2004 cancellation letter         59

3  10.  April 26, 2005 letter, Levitz to Peavy, Peary   64

4  11.  May 12, 2005 letter, Toberoff to Perkins         71

5                      *    *    *

6                 MARK WARREN PEARY,

7    after having been first duly sworn under

8    oath, was questioned and testified as follows:

9          MR. TOBEROFF:  Before we start, I would just

10  like to note at the outset of the deposition that we

11  have discussed timing, and that we have to leave at

12  4 o'clock sharp so that I can make a flight.

13        I would also just like to object that

14  plaintiffs were not -- I was not given notice as

15  attorney for Warren Peavy, the witness, that this

16  deposition was going to be videotaped as I believe is

17  required by the rules.

18        Oh, excuse me.  The Notice.  I'm seeing it's

19  not in the subpoena.  It may be required in the

20  subpoena, it's not in the subpoena but it is in the

21  Notice to me.

22                   EXAMINATION

23  BY MR. PERKINS:

24    Q.   Good morning, Mr. Peary.  My name is Patrick

25  Perkins.  I represent the defendants, DC Comics, and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1686

4

1    Warner Brothers, and some other Warner

2    Brothers-related entities in a lawsuit that was

3    brought in the United States District Court, the

4    Central District of California, by Joanne Siegel and

5    Laura Siegel Larson.  There are actually two cases

6    pending.  They have been linked for purposes of

7    expediting and discovery and making it easier.  This

8    deposition is being taken in connection with both of

9    those cases.

10           Without going into excruciating detail about

11   what the case involves, in general, generally what the

12   case involves are claims by Joanne Siegel and Laura

13   Siegel Larson that they have effectively recaptured

14   copyright rights in certain works that depict Superman

15   and Superboy.  And you are being -- you have been

16   asked to testify today because it is our belief that

17   you might have some knowledge that will bear on issues

18   in the case.

19           Mr. Peary, have you been deposed before?

20   A.    No.

21   Q.    Then let me go through with you briefly

22   what's going to happen.  I am going to ask you

23   questions and you are to give your very best answer

24   and answer truthfully.  You are to leave a moment of

25   time between my question and your answer to allow your

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1687

5

1    counsel to interpose an objection.

2           We have to speak clearly and slowly so that

3    the court reporter doesn't get mad at us and so that

4    she can take down everything accurately.

5           When I -- if you have a question about

6    anything that I ask you, if you don't understand the

7    question, please ask me to clarify it.  But if you

8    answer the question that I have asked you, I am going

9    to take that answer to mean that you have understood

10   what I have asked you.  Do you understand that?

11          MR. TOBEROFF:  I would like to object to

12   that instruction because he may not know whether --

13   that he doesn't understand the question.  He may think

14   he understands it, but your admonitions imply that

15   somebody always knows when they are confused.

16     Q.    You may answer the question.

17     A.    I'll answer as best I can, and there's a

18   possibility I might not understand like I think I do.

19   That's all I can do.

20     Q.    You understand that you are under oath

21   today, sir?

22     A.    Yes.

23     Q.    Have you taken any medication or other

24   supplements that would impede your ability to testify

25   truthfully and completely?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1688

6

1    A.    No.

2    Q.    Is there any other reason that you would not

3    be able to testify truthfully and completely?

4    A.    No.

5            MR. PERKINS:  I would like to have you mark

6    that.  We're going to call these Shuster 1 through --

7            (Exhibit 1 marked.)

8    Q.    (By Mr. Perkins)  I have asked the court

9    reporter to mark as Shuster 1 the testimonial subpoena

10   in this case that called for testimony to be taken

11   tomorrow.  In order to accommodate various schedules

12   we are taking that today.  Have you seen this before

13   today?

14   A.    Yes.

15   Q.    And are you appearing pursuant to the

16   subpoena?

17   A.    Yes.

18   Q.    Okay.  Mr. Peary, what is your home address?

19   A.    51 Camino Cabo, Santa Fe, New Mexico, 87508.

20   Q.    Mr. Peary, are you employed?

21   A.    Yes.

22   Q.    By whom are you employed?

23   A.    I'm self-employed.

24   Q.    And what is the nature of your business?

25   A.    Investment management.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1689

7

1    Q.    Can you explain what you mean by investment

2    management?

3    A.    Yes.  I buy stocks and futures, exchange --

4    exchange and deal in stocks and futures.

5    Q.    How long have you been doing that?

6    A.    About eight years.

7    Q.    And do you do that, perform that service for

8    persons other than yourself?

9    A.    Myself.

10    Q.    So you invest your own money?

11    A.    Yes.

12    Q.    You don't invest the money of others?

13    A.    No.

14    Q.    Do you have any other source of income?

15    A.    No.

16    Q.    Prior to the investment management that you

17    have been doing for the last eight years have you had

18    any other employment?

19    A.    Yes.

20    Q.    What employment did you have immediately

21    preceding the investment management?

22    A.    I have done several things.  Let me see

23    here.  I -- I was a writer.  That's the most immediate

24    thing.

25    Q.    What kinds of things did you write?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1690

8

1    A.    I wrote on health topics.

2    Q.    Did you write books or articles?

3    A.    Both.

4    Q.    Have you been published?

5    A.    Yes.

6    Q.    In what publications have you been

7    published?

8    A.    Well, let's see.  I have two books that have

9    been published.

10    Q.    And what are the names of those books?

11    A.    10 Biggest Diet Myths and Greatest Health

12    Secrets.  And another book earlier was Super Nutrition

13    Gardening.

14    Q.    And who -- what publishing houses published

15    these books?

16    A.    Oh, I'm not sure I recall the exact names.

17    It's been several years.

18    Q.    Do you remember when these books were

19    published?

20    A.    Um -- 2000, 2003 the latest one.

21    Q.    Have you ever done any writing -- or strike

22    that.  Have you ever written anything relating to

23    Superman?

24    A.    I have done -- I have done some -- some

25    screenwriting.  Nothing has been -- more or less a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1691

9

1   hobby, I would say.

2      Q.   And when you say screenwriting, have you

3   written a screenplay relating to Superman?

4      A.   No, not to Superman.

5      Q.   What does it relate to?

6      A.   To Joe Shuster.

7      Q.   And have you written -- do you have any --

8   anything written about Joe Shuster that you have

9   written?

10         MR. TOBEROFF:   Asked and answered.

11      Q.   You may answer.

12      A.   I'll just --

13         MR. TOBEROFF:   I'll tell him when he may

14   answer.

15      A.   You know, just what I said before, just what

16   I was working on.   I'm not making a living from it so

17   I wouldn't consider it a profession.

18      Q.   Did you produce any copies of those writings

19   concerning Joe Shuster in response to the subpoena in

20   this case?

21         MR. TOBEROFF:   Objection, assumes facts not

22   in evidence.

23      Q.   You may answer.

24         MR. TOBEROFF:   Excuse me.   Please don't tell

25   the witness "you may answer" because he follows

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1692

10

1    instructions from his attorney.  So unless I instruct

2    you not to answer, you may answer.

3        Q.    You may answer.

4        A.    Would you repeat that?

5        Q.    Sure.  Did you produce any of these writings

6    concerning Joe Shuster in response to the subpoena in

7    this case?

8            MR. TOBEROFF:  That assumes facts not in

9    evidence, misstates his testimony.  You can answer.

10       A.    Did I produce it?  No.

11       Q.    What is it that you have exactly that is

12   writing concerning Joe Shuster?

13       A.    Fiction story.

14       Q.    And how long is it?

15       A.    Oh, it's been working -- it's just a

16   screenplay that is more or less a hobby, so it's --

17   that's all I can say about it.  It's just -- that's

18   it.

19       Q.    How long is it?

20       A.    100 or so pages.  Standard.

21       Q.    And are any of the events that take place in

22   this writing based on fact?

23       A.    There's some history that's a matter of

24   public record.

25       Q.    What history?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1693

11

1      A.    That Superman was a character that they

2   created and it became popular, and pretty much that's

3   it.

4      Q.    Does it give any details as to how the

5   character was created?

6      A.    You mean the creative process between the

7   creators?

8      Q.    For example, yes.

9      A.    There are fictional scenes.

10     Q.    Did you do any research concerning the

11   history of the creation of Superman?

12     A.    Yes.

13     Q.    What did you do in your research?

14     A.    What's been written in books, articles.

15     Q.    Do you know which books or articles you are

16   referring to?

17     A.    No, I couldn't say particular.

18     Q.    Do you recall any?

19     A.    It's -- it's been a while, to tell you the

20   truth, so I'm -- I -- I don't think I do, no.

21     Q.    Did you do anything other than read the

22   books or articles to research the history of the

23   creation of Superman?

24     A.    Well, not really.

25     Q.    Can you tell me, Mr. Peary, what is your

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1694

12

1  education since high school?

2      A.   I would say three years of college.

3      Q.   Where did you attend college?

4      A.   Several different places -- Albuquerque and

5  some in El Paso.

6      Q.   Can you give me the years where you -- at

7  each institution that you attended?

8      A.   I got a two-year degree in El Paso.

9      Q.   That's El Paso, Texas?

10     A.   Yes.

11     Q.   The University of Texas, El Paso?

12     A.   It would be the -- the junior college.

13     Q.   And when was that?

14     A.   1984, I believe.

15     Q.   And did you attend any other colleges or

16  universities?

17     A.   Yes.  I have taken various classes at the

18  college in Albuquerque, the University of Phoenix.

19     Q.   And the associate's degree that you earned

20  from El Paso, was there a specific major or

21  concentration?

22     A.   Let's see.  It was applied science

23  management.

24     Q.   Have you ever used your applied science

25  management degree in connection with any job that you



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1695

13

1   have had?

2       A.   Yes.

3       Q.   In which jobs?

4       A.   In home building.

5       Q.   Anything else?

6       A.   I suppose in maybe marketing books.

7            (Exhibit 2 marked.)

8       Q.   I'm handing you what's been marked as

9   Exhibit 2, Shuster 2.

10      A.   Yes.

11      Q.   Have you seen this before, Mr. Peary?

12      A.   I recall there was an earlier subpoena,

13  and the -- the time was changed to the present.  Um --

14  yes, I guess, yes.  I guess this is the one I saw;

15  right.

16      Q.   I would like to ask you to turn to the third

17  page of this document where it says "Schedule A,

18  Definitions" on top.  Do you see that?

19      A.   Yes.

20      Q.   Do you recall reading this when you received

21  the subpoena?

22      A.   I believe I did.

23      Q.   And turning to the next page, it says

24  "instructions."  Do you see that?

25      A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1696

14

1    Q.    And did you read the text that's underneath

2    "instructions"?

3    A.    Yes.

4    Q.    Okay.  And then the next page, page 3, it

5    says "Document Categories."  Do you see that?

6    A.    Yes.

7    Q.    And did you read this page at or around the

8    time you received the subpoena?

9    A.    Yes.

10   Q.    Mr. Peary, in connection with this subpoena,

11   did you search for any of the documents that are

12   listed on page 3 of this document?

13   A.    Yes.

14   Q.    Where did you search?

15   A.    In my home at various places.

16   Q.    And did you provide all of the documents

17   that would fall under any of the categories in pages 3

18   and 4 of Exhibit 2 to be produced in response to the

19   subpoena?

20   A.    Yes, everything I could find.

21   Q.    But you didn't produce a copy of your

22   screenplay about Joe Shuster, though, did you?

23       MR. TOBEROFF:  Objection.  Screenplay -- the

24   subpoena has been held in the Central District in New

25   Mexico as being overbroad.  Screenplay is not relevant

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1697

15

1   to this action.  You can answer.

2       A.   No, not the screenplay.

3       Q.   As you look at this -- these document

4   categories as you sit here today, are there other

5   documents that fall into any of these categories that

6   were not produced?

7       A.   Everything that I could find was produced.

8       Q.   Mr. Peary, who is Joe Shuster?

9       A.   To me?

10      Q.   Yes.

11      A.   He is an uncle.

12      Q.   And were you close to Mr. Shuster when he

13  was alive?

14      A.   I would say somewhat.

15      Q.   Can you tell me what the nature of your

16  relationship was with him?  And by that I mean, what

17  are your earliest memories of Mr. Shuster?

18      A.   Well, the early --

19           MR. TOBEROFF:  Objection, calls for a

20  narrative.  You can answer.

21      A.   Earliest would be probably when I was quite

22  young and he was living in a small apartment in Queens

23  with his brother Frank, and --

24      Q.   Do you remember when that was?

25      A.   It would have been the early -- early '70s,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1698

16

1    like, around somewhere in there -- quite a while back.

2        Q.    How old were you at that point?

3        A.    Oh, gee.  Depending -- 7 or 8.

4        Q.    Did you spend any significant amount of time

5    with Mr. Shuster?

6              MR. TOBEROFF:  Objection, vague and

7    ambiguous.

8        Q.    Do you understand the question?

9        A.    Uh-huh.  Okay.

10             MR. TOBEROFF:  Same objection.  You can

11   answer.

12       A.    I spent some time with him in -- when he

13   lived in -- in Los Angeles in the late '80s.

14             Or -- the late '80s?  No, the mid '80s.

15       Q.    And when you say spent sometime with him,

16   did you live with him?

17       A.    No.  No.  Familiar visits for -- just for

18   fun with family.

19       Q.    Did you ever have an opportunity to talk

20   with Mr. Shuster about his years creating and

21   illustrating Superman?

22             MR. TOBEROFF:  Vague and ambiguous as to

23   time.

24       A.    You know, we didn't really discuss it

25   directly with him.  It was kind of a touchy subject

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1699

17

1  with him, so it wasn't really brought up.

2      Q.    Well, did you talk to him about how the

3  Superman character was invented?

4          MR. TOBEROFF:  Vague.

5      A.    Very limited, very little.  He didn't

6  discuss much directly with us.

7      Q.    Well, what did he discuss?

8          MR. TOBEROFF:  Please limit yourself to what

9  he actually discussed with you as opposed to something

10 you may have read in an article.

11     A.    Who his girlfriend was at the time.  His

12 favorite restaurant.  His new apartment when he moved

13 there.  The area --

14     Q.    Let me interrupt you for a second.  What I'm

15 -- I'm looking for, and I don't want to

16 mischaracterize your testimony provided, but I thought

17 I understood that Mr. Shuster spoke very little about

18 the years when he was working on Superman; is that

19 correct?

20     A.    To me he did not speak very much about it.

21     Q.    Can you testify as to what he did tell you,

22 you personally, about the years where he was working

23 on Superman?

24     A.    He spoke mainly with my mother, who was --

25 had supported him for a while, so you would have to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1700

18

1    defer to her.

2        Q.    So you don't have any personal knowledge

3    from speaking to your uncle as to how the first

4    Superman story was created, for example?

5        A.    No.

6        Q.    And do you have any personal knowledge from

7    having spoken to your uncle about any lawsuits that

8    were brought with respect to Superman?

9        A.    No.   He didn't discuss anything like that.

10       Q.    Mr. Peary, at any time did you become aware

11   that in or around 1975 Mr. Shuster entered into an

12   agreement with Warner Communications?

13          MR. TOBEROFF:   Lacks foundation, vague.

14       A.    I think I did.

15       Q.    And do you have an understanding as to what

16   that agreement provided.

17          MR. TOBEROFF:   Calls for a legal

18   conclusion.   Document speaks for itself.

19       A.    No.   All I knew was he had arranged some

20   pension agreement.   That's all I knew.

21       Q.    And when you say "pension agreement," do you

22   mean pension agreement for himself?

23       A.    Yes.

24       Q.    And were you aware of how much money he was

25   receiving?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1701

19

1    A.    No.

2    Q.    Did Mr. Shuster, while he was alive, ever

3    talk to you about a will?

4    A.    Yes.

5    Q.    When did he talk to you about that?

6    A.    Let's say a few years before he died.

7    Q.    How many years before he died?

8    A.    I don't know exactly.  It was -- that's all

9    I can recall, just it was before he died.

10   Q.    And what did he tell you about the will?

11   A.    Well, let me see.  We -- we had a copy of it

12   after he signed it because he wanted us to have it.

13   That's -- that's what I saw.

14   Q.    When did you see that?

15   A.    It's the same answer as before, sometime

16   before he died, a few years, or something like a

17   couple of years.  I don't know exactly.

18   Q.    And he gave you a copy?

19   A.    Our family.  Our family had a copy, yes.

20   Q.    When you say "our family," who are you

21   referring to?

22   A.    That would be my mother, which is his

23   sister.

24   Q.    Anyone else?

25   A.    No.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1702

20

1    Q.    Mr. Peary, what is Pacific Pictures

2    Corporation?

3    A.    It's -- it's one of Marc Toberoff's

4    businesses.

5    Q.    When did you first make the acquaintance of

6    Marc Toberoff?

7    A.    It would have been 2001, I believe.

8    Q.    Do you remember when in 2001?

9    A.    Not exactly.    I was doing research on

10    copyrights and I contacted him as a result.    So exact

11    month, I don't remember.

12    Q.    What exactly were you researching with

13    respect to copyright?

14    A.    Copyright law and rights.

15    Q.    And why did you contact Mr. Toberoff?

16    A.    I thought we might have some rights.

17    Q.    What was the basis for your belief that you

18    thought you might have some rights?

19    A.    What I read about copyright law.

20    Q.    And where did you -- where did you read

21    about copyright law?

22    A.    Various places -- the Internet, articles in

23    magazines.

24    Q.    And what rights did you believe that you

25    had?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1703

21

1        A.    Rights connected to Superman.

2        Q.    What rights connected to Superman did you

3  believe you had?

4        A.    That's my understanding of it, that the law

5  grants certain rights, ownership rights.   That's my

6  understanding.

7        Q.    And that's why you contacted Mr. Toberoff?

8        A.    Yes.

9        Q.    Did you contact anyone else concerning those

10 rights?

11       A.    Yes, I have.   I have had done so in the

12 past, earlier.   I -- I talked to other people.

13       Q.    Whom did you speak to?

14       A.    I talked to an attorney in Albuquerque once.

15       Q.    Do you recall when that was?

16       A.    1990s sometime.   I don't know the exact

17 year.

18       Q.    Was your uncle still alive at the time?

19       A.    I don't think so.

20       Q.    Did you ever discuss the issue of copyright

21 rights in Superman with your uncle?

22       A.    No.   No.

23       Q.    Did he ever talk to you about any

24 unhappiness with respect to the arrangements that had

25 been made with respect to Superman, speak to you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1704

22

1    personally?

2          MR. TOBEROFF:  Vague and ambiguous.

3     A.    He didn't say much.  I don't think he wanted

4    to talk too much about it.  He really didn't say that

5    much.

6     Q.    So, going back to your testimony, you

7    contacted Mr. Toberoff sometime in 2001; correct?

8     A.    Yes.

9     Q.    And as you sit here today, you can't

10   remember when in 2001?

11    A.    Not the exact month, no.

12    Q.    Do you remember the season?

13    A.    It seems like it was mid year sometime.

14    Q.    Now, when you contacted Mr. Toberoff, had

15   you made any attempt to evaluate what, if anything,

16   the copyright rights in Superman were worth that you

17   were contacting Mr. Toberoff about?

18          MR. TOBEROFF:  Objection, vague and

19   ambiguous.

20    A.    I don't think I -- no, I don't think I went

21   that far.  I didn't.

22    Q.    Since then have you done anything to try to

23   evaluate the value of copyright rights in Superman?

24          MR. TOBEROFF:  Him personally?

25    Q.    (By Mr. Perkins)  You personally?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1705

23

1    A.    Me personally?  Not really on my own, just

2    whatever has been discussed with my attorney.

3    Q.    Were there discussions with your attorney

4    concerning the value of Superman?  That's a yes or no

5    question.

6         MR. TOBEROFF:  Objection, calls for

7    attorney-client privileged information.  The substance

8    of his conversations are privileged, and you just

9    outlined the substance.  Instruct him not to answer.

10   Q.    Are you going to follow Mr. Toberoff's

11   instruction not to answer the question?

12        MR. TOBEROFF:  Of course he is going to

13   follow my instruction.

14   A.    Yes.  That's a privileged question.

15   Q.    So you are going to follow his instruction

16   not to answer?

17   A.    Yes.

18   Q.    Thank you.  At what point did Mr. Toberoff

19   become your attorney?

20   A.    It was fairly soon after I contacted him.

21   Q.    Well, you have another relationship with

22   Mr. Toberoff also, or did, other than as an attorney,

23   didn't you?

24        MR. TOBEROFF:  Vague and ambiguous.

25   A.    Well, the -- the first relationship was as

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1706

24

1  counsel, and then we had discussed possible uses of

2  rights, but we really -- I employed him as counsel

3  very soon after I contacted him.

4         MR. PERKINS:  Would you mark that, please?

5         (Exhibit 3 marked.)

6     Q.    (By Mr. Perkins)  I have asked the court

7  reporter to mark as Exhibit 3 a document that's

8  entitled Joint Venture Agreement.  Could you turn to

9  the last page of this document, please?

10        MR. TOBEROFF:  Before you ask him questions

11 about an isolated portion of the document, I think you

12 should look it over because the rest of the agreement

13 may provide context for whatever question Mr. Perkins

14 is asking.

15        MR. PERKINS:  Well, I didn't ask any

16 questions yet, but I was just --

17        MR. TOBEROFF:  I presume you were about to?

18        MR. PERKINS:  I was just going to ask him if

19 it was his signature on the last page, because if it's

20 not, then it's going to be a very different

21 examination.

22    Q.    (By Mr. Perkins)  Is this your signature on

23 the last page?

24    A.    Yes.

25    Q.    Okay.  Have you seen this agreement before

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

EXHIBIT 51
1707

25

1   today?

2       A.   Yes.

3       Q.   Did you read it before you signed it?

4       A.   Yes.

5       Q.   Okay.  Why don't you go ahead and go through

6   the agreement, because I am going to ask you some

7   questions about it now.

8            Have you had occasion to read through the

9   document?

10      A.   Yes.

11      Q.   Now, this agreement is a Joint Venture

12  Agreement; correct?

13           MR. TOBEROFF:  Objection, calls for a legal

14  conclusion.  You can answer.

15      A.   Well, that's what it says here.

16      Q.   What did you understand you were doing when

17  you signed this agreement?

18      A.   We were employing Marc Toberoff, Esquire, as

19  our attorney to exploit any rights we may have in

20  connection with Superman.

21      Q.   And so what was Pacific Pictures

22  Corporation's role in this whole agreement, then, your

23  understanding?

24           MR. TOBEROFF:  Calls for speculation.

25      A.   Um -- I don't know how to characterize

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6849


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1708

26

1    exactly what Pacific Pictures' role is my.

2    Understanding is that this is when we employed Marc

3    Toberoff as our attorney, and this was a business name

4    he was using.  That's my understanding.

5        Q.    Did you -- did you get legal counsel to

6    advise you on this agreement before entering into it?

7        A.    No.

8        Q.    Now, in the first paragraph -- in the

9    paragraph that's named -- that listed number 1, do you

10   see that?

11       A.    Yes.

12       Q.    It lists a number of characters.  Do you see

13   that?

14       A.    Yes.

15       Q.    Now, I promised the court reporter that I

16   wouldn't reference one particular character because of

17   the difficulty in spelling it, so we won't go through

18   all of them.  But I want to draw your attention to two

19   specific characters.  Before I do, who decided which

20   names and characters would be included in paragraph

21   1?

22            MR. TOBEROFF:  Objection, attorney-client

23   privileged information.  Instruct you not to answer.

24            Also attorney work-product.

25       Q.    Are you going to follow your counsel's

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1709

27

1   instructions not to answer.

2           THE WITNESS:  Yes.

3           MR. TOBEROFF:  Mr. Perkins, for the

4   remainder of this deposition please assume that he is

5   going to follow his counsel and do not ask him after

6   each question whether he is going to follow the

7   instruction.  I find that improper.

8           MR. PERKINS:  It's actually not,

9   Mr. Toberoff.  I have to ask the question because if I

10  just leave it with your instruction and don't ask, I

11  open myself up to the possibility that at trial he

12  could answer the question saying I was never asked

13  whether I would follow the instruction.

14          MR. TOBEROFF:  Okay.  So let's say for the

15  remainder of the deposition when I instruct you not to

16  answer are you going to follow my instructions?

17          THE WITNESS:  Yes.

18          MR. PERKINS:  That's fine.  Thank you.

19          MR. TOBEROFF:  Okay.  Then you don't need to

20  keep asking him.

21          MR. PERKINS:  Thank you.

22      Q.   (By Mr. Perkins)  Do you have any

23  understanding as to why the character Superboy is

24  listed in paragraph one of this agreement?

25      A.   No.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1710

28

1    Q.    In the research that you did concerning
2  copyright law relating to Superman, was it your belief
3  that some of the rights that you may have held were
4  rights relating to Superboy?
5    A.    No.
6    Q.    And I also note that paragraph one mentions
7  Smallville.  Do you see that?
8    A.    Yes.
9    Q.    Do you have any understanding as to why that
10 was included in this paragraph?
11   A.    No, I don't.
12   Q.    Do you know what Smallville is?  What that's
13 referring to there?
14   A.    Yes.
15   Q.    What is it?
16   A.    It's -- it was a name that was created by --
17 in connection with the story in connection with
18 Superboy.
19   Q.    And based on the --
20   A.    Or actually, let me finish, because --
21        MR. TOBEROFF:  Wait.
22   A.    It was actually -- I'm recalling, it was
23 part of the whole story from the very beginning, if
24 I'm recalling the whole story, the whole Superman
25 story.  From the very beginning it was used in there,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1711

29

1    so that's all I know about it.

2        Q.    And based on the research that you did, was

3    it your belief that the copyright rights that you may

4    have had rights to would include rights in Smallville?

5        A.    When you say Smallville, are you talking

6    about, like, the TV show that's on or --

7        Q.    That -- I'm sorry -- yes.

8        A.    Oh.

9            MR. TOBEROFF:   Calls for a legal conclusion

10   as to rights he would have.

11       A.    That's -- that's not really my understanding

12   that that's part of our rights.

13       Q.    You testified earlier, if I'm not mistaken

14   and if I get it wrong please tell me, and I'm sure

15   Mr. Toberoff will jump in and say that I

16   mischaracterized it.   The joint -- the purpose of this

17   document was to hire Mr. Toberoff as your attorney.

18   Is that an accurate characterization of your belief.

19           MR. TOBEROFF:   Asked and answered.   Oh,

20   mischarac- -- okay.   Strike that.

21       A.    Yes.   My understanding was that, that this

22   is the document that we used to hire Mr. Toberoff as

23   our attorney.

24       Q.    If you could turn to the second page in

25   paragraph 5, do you see that?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1712

30

1    A.    Yes.

2    Q.    That paragraph provides for a division of

3    proceeds of 50 percent to you and your mother and 50

4    percent to Pacific Pictures, do you see that?

5    A.    Let's see.  Who are the claimants again?

6    Let's see.  Let's see.

7    Q.    In the top paragraph of the first page, it

8    identifies Jean A. Peavy and her son Mark Warren

9    Peary --

10    A.    Oh.

11    Q.    -- individually and collectively as

12    claimants.  Do you see that?

13    A.    Yes.

14    Q.    So, turning back to paragraph 5?

15    A.    Uh-huh.

16    Q.    There is a division of 50 percent to you and

17    your mother and 50 percent to Pacific Pictures.  Do

18    you see that?

19    A.    Yes.

20    Q.    And, do you recall how the parties to this

21    agreement came up with that division?

22         MR. TOBEROFF:  Vague and ambiguous.

23    A.    It's discussions, just discussions between

24    us and Mr. Toberoff.

25    Q.    And what was the basis for choosing that



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1713

31

1  particular division of proceeds?

2          MR. TOBEROFF:  Vague and ambiguous, asked

3  and answered.

4      A.    Yes, it was pretty much what I said before,

5  it was just based on just discussions over time.

6      Q.    Well, were there certain considerations that

7  went into determining this percentage?

8      A.    Perhaps the amount of work involved, the

9  amount of time, the commitment, like, it was the idea

10 it was not an immediate thing, it might take many

11 years.

12          Level of -- just, you know, that's it.

13     Q.    In entering into this Joint Venture

14 Agreement, what there any discussion as to how much

15 revenue was anticipated would come in, in exploiting

16 the rights here?

17     A.    Oh, I -- I don't recall discussing exact

18 figures, no.

19     Q.    Discuss -- do you recall general amounts?

20     A.    You know, that's -- that's not something we

21 really talked too much about.  It was more having to

22 do with what the exact copyright law states what our

23 rights might be.  We really didn't discuss figures

24 much.

25     Q.    Did you enter into a separate written



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1714

32

1    agreement with Mr. Toberoff concerning his

2    representation of you as a lawyer?

3        A.    This is all I recall, right here.

4              MR. TOBEROFF:  I want to interject.  The

5    question was vague and ambiguous at the time.

6        Q.    If I could ask you to turn to page 3 of the

7    document and take a look at paragraph 8, which is the

8    first paragraph on the page?  Could you please read

9    that paragraph to yourself, and then I'm going to ask

10   you some questions about it.

11       A.    Oh, okay.

12             Okay.

13       Q.    The second sentence of this agreement

14   states, and I quote, "Upon the expiration of the term

15   and the winding up of the venture, or in the event of

16   termination of the venture for any reason, all rights,

17   property or assets of the venture will be held 50

18   percent by the claimants and 50 percent by PPC as

19   tenants in common, and claimants and PPC will each be

20   entitled to receive and continue to receive 50 percent

21   of all proceeds derived from the rights after

22   termination of the venture."

23             My question is, Mr. Peary, what was your

24   understanding as to what, if any relationship, would

25   continue to exist between you and Pacific Pictures in



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1715

33

1  the event that this agreement was terminated?

2          MR. TOBEROFF:  Calls for a legal conclusion,

3  the document speaks for itself.

4      A.    My understanding of what that meant?

5  Probably death, if he died.

6      Q.    What -- what was your understanding of what

7  would happen to the rights that are at issue in this

8  agreement in the event that this agreement was

9  terminated?

10         MR. TOBEROFF:  Same objections, calls for a

11  legal conclusion.  The document speaks for itself.

12     A.    What would happen to the rights?

13     Q.    Well, who would own them?

14         MR. TOBEROFF:  Are you asking him to read

15  the document and tell you what it means?

16     Q.    I'm asking you, Mr. Peary, what your

17  understanding was of what would happen to the rights

18  if the agreement was terminated at the time that you

19  signed the agreement?

20     A.    Well, it was terminated at some later date.

21     Q.    Yes.

22     A.    The rights would be split 50 percent.

23     Q.    If I could have you go back to page -- to

24  the first page of Exhibit 3, in paragraph 3 there is

25  reference to PPC paying costs and expenses of the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1716

34

1    venture.  Do you see that?

2        A.    Yes.

3        Q.    And it refers to -- it lists a number of

4    costs and fees.  My question, Mr. Peary, is, were you

5    ever made aware as to whether any costs or fees were

6    incurred by the venture?

7            MR. TOBEROFF:  Vague and ambiguous.

8        A.    There were -- there was some fees associated

9    with the establishment of the Joe Shuster estate.

10   That's pretty much all I know.

11       Q.    Were you aware of any other attorneys' fees

12   that were incurred in connection with this venture?

13           MR. TOBEROFF:  Objection, vague and

14   ambiguous.

15       A.    The only fees I am aware of is fees

16   associated with the establishment of the Shuster

17   estate.

18       Q.    Now, you mentioned that under this agreement

19   you believe that you were hiring Mr. Toberoff as your

20   attorney.  What is your understanding of the fee

21   arrangement with Mr. Toberoff for his legal services?

22           MR. TOBEROFF:  Asked and answered.

23       A.    Yes.  My understanding is what it says in

24   paragraph 5 that we discussed.

25       Q.    All right.  Hold on to that document, and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1717

35

```
1   I'm going to mark something else and we're going to go
2   back to it.
3           MR. TOBEROFF:  I'm getting a glass of
4   water.
5           THE VIDEOGRAPHER:  Your mike.
6           MR. TOBEROFF:  Oh, sorry.
7           (A discussion was held off the record.)
8       Q.   (By Mr. Perkins)  Before you look at Exhibit
9   4, I would like you to go back to Exhibit 3 for a
10  moment, Mr. Peary.  Is this document, this agreement
11  the first agreement between you and Mr. Toberoff that
12  you believe established him as your attorney?
13      A.   Yes.
14      Q.   And the date on the back page of this, it's
15  signed November 28, 2001; correct?
16      A.   Yes.
17      Q.   Did you have any discussions with
18  Mr. Toberoff prior to November 28, 2001?
19          MR. TOBEROFF:  Just a second.  I need to put
20  on my mike.
21          Objection, asked and answered.
22      A.   Yes.  I would refer you back to the prior
23  answer about when I first talked to him.
24      Q.   He wasn't your lawyer when you first talked
25  to him; correct?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

EXHIBIT 51
1718

36

1      A.    Not at first.

2      Q.    Do you remember what you said during your

3   first conversation with Mr. Toberoff?

4            MR. TOBEROFF:  Objection.  I would like to

5   counsel -- instruct you not to answer questions about

6   your conversation because they are privileged, even

7   though I had not yet been retained.  Your

8   conversations and our interviews are still privileged.

9   So I instruct you not to answer any questions as to

10  the substance of our conversations when you first

11  contacted me.

12     Q.    Did you ever have any conversations with

13  Mr. Toberoff as the President of Pacific Pictures, as

14  opposed to as your lawyer?

15           MR. TOBEROFF:  Vague and ambiguous, calls

16  for a legal conclusion.

17     A.    Um -- you know, I would say I contacted him

18  seeking legal advice.

19     Q.    But in November you entered into this

20  agreement which is a joint venture with the company

21  called Pacific Pictures; correct?

22     A.    Yes.

23     Q.    And Mr. Toberoff is the president of Pacific

24  Pictures Corporation; correct?

25           MR. TOBEROFF:  Assumes facts not in



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51

37

1    evidence.

2        A.    Well, that's what it says here.

3        Q.    That's what the document says.  So my

4    question, sir, is, did you ever have discussions

5    with Mr. Toberoff in his capacity as the President of

6    Pacific Pictures Corporation?

7            MR. TOBEROFF:  Objection, calls for a legal

8    conclusion, calls for speculation.

9        A.    Yes.  I wasn't really aware of the Pacific

10   Pictures -- as having any dealings with Pacific

11   Pictures, because I have always talked with Marc

12   Toberoff, the man, as seeking legal advice.

13       Q.    So it's your testimony, as you sit here

14   today, that all of the discussions that you had with

15   Mr. Toberoff were in the context of his role as your

16   lawyer?

17           MR. TOBEROFF:  Asked and answered.

18       A.    Yes.

19           (Exhibit 4 marked.)

20       Q.    Okay.  If you could take a look at Exhibit

21   4, this is a document that's -- it's one of these

22   lawyer things that people who don't litigate will

23   scratch their heads about, and I'm going to try to

24   explain to you what it is, and Mr. Toberoff will chime

25   in if I have got it wrong.  It's identified a



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51

1720

38

1    privilege log, and it is a list of documents that was

2    provided to us by your lawyer among the documents that

3    were responsive to the subpoena that your lawyer has

4    taken the position are protected by the

5    attorney-client privilege, and therefore we cannot see

6    them.  Do you understand that?

7        A.   Yes.

8        Q.   And so this log goes through and gives the

9    date of the document, and it gives who the author is

10   and it gives what kind of document it is and what the

11   privilege claim is.  Do you see that?

12       A.   Yes.

13       Q.   Okay.  The second document on here

14   identifies an attorney named John Pettker,

15   P-E-T-T-K-E-R.  Do you see that?

16       A.   Yes.

17       Q.   Who is John Pettker?

18       A.   He is an attorney involved in establishing

19   the Joe Shuster estate.

20       Q.   And who -- who hired him?

21       A.   Our attorney, Marc Toberoff.

22       Q.   Did you have any direct dealings with

23   Mr. Pettker?

24       A.   No, I don't believe so.

25       Q.   Going back to Exhibit 3 for a moment, if we



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51

1721

39

1    could, if you could turn to the third page of the

2    document?  You have testified on a couple of occasions

3    that one of the things that was going to happen as a

4    result of this joint venture was to establish the Joe

5    Shuster estate; is that correct?

6            MR. TOBEROFF:  Misstates his testimony as to

7    on behalf of the venture.

8        Q.    Well, then -- that's a good point.  At some

9    point you undertook to establish the Joe Shuster

10   estate; is that accurate?

11       A.    Well, I -- it was -- it was between me and

12   Marc Toberoff.  As far as my understanding of it, that

13   that was legally necessary to establish the estate.

14       Q.    Okay.  And if you look at paragraph 10, the

15   last sentence reads, and I quote, "The parties hereby

16   approve Michael Catron," C-A-T-R-O-N, "for appointment

17   as the administrator of Joe Shuster's estate, once it

18   is established."  Who is Michael Catron?

19       A.    He is -- he is a friend.

20       Q.    And is he, in fact, the administrator of Joe

21   Shuster's estate?

22       A.    No.

23       Q.    And why not?

24       A.    We changed, decided to change that,

25   discussion with Marc Toberoff.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1722

40

1    Q.    Who initially came up with the name Michael

2    Catron as the administrator?

3         MR. TOBEROFF:  Came up with it?  Vague and

4    ambiguous.

5    A.    I'm not sure who first came up with it.  He

6    is a long-time friend.  That's all I can say.

7         MR. PERKINS:  Would you mark this for me?

8         (Exhibit 5 marked.)

9    Q.    (By Mr. Perkins)  I have asked the court

10   reporter to mark as Exhibit 5 a document that is dated

11   October 27, 2003.  It is addressed to Mark Warren

12   Peary, and it is from Pacific Pictures Corporation.

13   If I could invite your attention to the last page,

14   please?

15        Is that your signature?

16   A.    Yes.

17   Q.    And did you read this document before you

18   signed it?

19   A.    Yes.

20   Q.    Mr. Peary, what was the purpose of entering

21   into this agreement?

22   A.    As far as I understand, the purpose of this

23   was after I was appointed executor of the Shuster

24   estate.

25   Q.    And why did you need to enter this

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6849



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1723

41

1  agreement, having been appointed executor of the

2  Shuster estate?

3      A.    I assume since my legal role changed that

4  this needed to be another agreement.

5      Q.    Did you receive legal counsel from anyone

6  prior to entering into this agreement with respect to

7  this agreement?

8           MR. TOBEROFF:  Are you asking whether he

9  sought an outside attorney?

10     A.    An outside attorney?

11     Q.    Yes.

12     A.    Other than Marc Toberoff?

13     Q.    Yes, other than Marc Toberoff.

14     A.    No, I don't believe so.

15     Q.    And as of October 27, 2003, when you signed

16  this agreement, had there been any -- strike that.

17          As of October 27, 2003, when you signed this

18  agreement, did you have any idea as to the value of

19  the rights that are at issue in this document?

20          MR. TOBEROFF:  Vague and ambiguous.

21     A.    Do I have any I -- did I have any idea as to

22  the value?  It wasn't really discussed between me --

23          MR. TOBEROFF:  Don't talk about discussions

24  with me.

25     A.    Okay.  So, no, I guess -- I guess not.  I


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1724

42

1  don't really have -- did not really have any idea of

2  the value, no.

3      Q.   As of October 27, 2003, to your knowledge,

4  had any effort been made to place a value on these

5  rights, either by you or by anyone connected to you?

6          MR. TOBEROFF:   Objection, vague and

7  ambiguous.   And by value, do you mean a specific

8  dollar figure?   In other words, you have asked this

9  question several times as to value.   What do you mean?

10     Q.   Well, what -- Mr. Peary, when I use the term

11  value in connection with rights, what do you

12  understand me to mean?

13     A.   I understand you to mean a dollar figure.

14     Q.   Okay.   So, using that as the definition, as

15  of October 27, 2003, to your knowledge, had anyone

16  placed a value on the rights that are at issue in this

17  agreement?

18          MR. TOBEROFF:   Anyone in the world?

19     Q.   Anyone, to your knowledge?

20     A.   No, not to my knowledge.   Not any specific

21  amount, no.

22     Q.   Was there a general amount?

23     A.   No.

24     Q.   Mr. Peary, are you aware of any offers that

25  have been made to you, either directly or through a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1680
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1725

43

1    representative, to either purchase or license any of

2    the rights that are at issue in Exhibit 5?

3        A.   Yes, I recall something.

4        Q.   Tell me what you recall.

5        A:   Let's see.  We received a letter from DC

6    Comics with -- it was addressed to me and my mother,

7    and it was some kind of an offer made -- I don't

8    recall the exact details.

9        Q.   Other than the offer from DC Comics, have

10   any other offers been made?

11       A.   No.

12       Q.   To your knowledge, have any offers been

13   solicited on your behalf to any third party?

14       A.   No.

15       Q.   Mr. Peary, who is Joanne Siegel?

16       A.   She is Jerry Siegel's wife.

17       Q.   Do you know her personally?

18       A.   I have met her a few times.

19       Q.   When is the last time that you spoke with

20   her?

21       A.   It would have been in July of this year.

22       Q.   And what was the context of that

23   conversation?  Was it in person?

24       A.   Yes.

25       Q.   Where did you speak with her?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51

1726

44

1        A.    In Los Angeles.

2        Q.    Where in Los Angeles?

3        A.    At the -- at a hotel we were staying.

4        Q.    And who was present at the conversation?

5        A.    Besides myself and Joanne, and my mother and

6    her two sons and -- I mean, her two grandsons and her

7    daughter and Marc Toberoff.  And my sister, yes.

8        Q.    And what was discussed at this meeting?

9              MR. TOBEROFF:  Mischaracterizes his

10   testimony.

11       Q.    Well, what did you talk about?

12       A.    Mainly family things, what her grandsons

13   were doing, what we were doing.  And -- and we talked

14   about the new Superman movie.  And that's pretty much

15   it.

16       Q.    What did you talk about with respect to the

17   new Superman movie?

18       A.    The -- we liked it, the story, the actors.

19   That's pretty much it.

20       Q.    Was Laura Siegel Larson there also?

21       A.    Yes.

22       Q.    And have you had any direct discussions with

23   Laura Siegel Larson?

24       A.    Discussions about --

25       Q.    About anything?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51

1727

45

1    A.    Well, just -- I think the first time I met

2  her was then, that July of this year.

3    Q.    Had you spoken with her before that?

4    A.    I don't recall actually speaking with her,

5  no.

6    Q.    Prior to the July 2006 conversation with

7  Joanne Siegel did you have any other conversations

8  with her?

9    A.    Yes.  Yes, I have.

10    Q.    What is the -- what other conversations do

11  you recall having?

12    A.    I spoke with her at a Comic-Con convention

13  in San Diego.

14    Q.    When?

15    A.    In 1998 or '99.

16    Q.    So between your discussion at Comic-Con in

17  1998 or 1999, and your discussion in July of 2006,

18  have you had any other discussions with Joanne Siegel?

19    A.    I talked with her on the phone a few times.

20    Q.    Okay.  When is the last time you spoke with

21  her on the phone?

22    A.    It would have been -- it would have been

23  after we saw her in Los Angeles this year.

24    Q.    Okay.  Do you remember when?

25    A.    Um -- the exact month, yes -- around

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1728

46

1    September, I think.    Probably a couple of months.

2         Q.    And do you recall what she said to you?

3         A.    Well, she had asked to speak to Jean and --

4    just mostly pleasantries.    Just it was nice to get a

5    chance to talk and meet -- everyone meet the family

6    and talk about what we were doing, mainly.    That's all

7    it was that I recall.

8         Q.    Was there any discussion of Superman in your

9    conversation?

10        A.    No.

11        Q.    Any discussion of the litigation?

12        A.    No.

13        Q.    Did she end up speaking with your mother?

14        A.    I believe so.

15        Q.    Other than the July 2006 conversation and

16   the September of 2006 telephone conversations, do you

17   recall any other conversations that you had with

18   Joanne Siegel?

19        A.    Yes.    There's been a few times that she has

20   called over the years that I have spoken with her

21   briefly.    We haven't discussed any business, though.

22   It's pleasantries, family issues, that Laura is

23   dealing with multiple sclerosis, so there's some kind

24   of a sad story there, but that's pretty much it.

25        Q.    Have you ever had any telephone

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1729

47

1    conversations with Laura Siegel Larson?

2       A.   No, I don't think so.

3       Q.   Mr. Peary, do you have any agreement of any

4    kind with Joanne Siegel or Laura Siegel Larson?

5       A.   No.

6       Q.   Is there any arrangement whereby you would

7    have the authority to approve any kind of settlement

8    that Joanne Siegel might enter into with DC Comics?

9       A.   No.

10      Q.   So it's possible for Joanne Siegel and Laura

11   Siegel Larson to settle their case with DC Comics and

12   you would have no say-so in that; is that accurate?

13      A.   That's my understanding.

14      Q.   And if they were to settle and receive money

15   from DC Comics, is there any arrangement by which you

16   would receive any of that money?

17      A.   No.

18      Q.   Do you -- are you aware that Joanne Siegel

19   and Laura Siegel Larson are also represented by Marc

20   Toberoff?

21      A.   Yes.

22      Q.   Are you aware of the arrangement that is in

23   place between the Siegels and Mr. Toberoff?

24      A.   Yes, I'm aware that they have retained him

25   as their attorney.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1730

48

1    Q.   Are you -- do you know whether the business

2  terms are in any way similar to the business terms

3  that you have entered into and arrangement with

4  Pacific Pictures?

5    A.   I don't know the details, no.

6         (Exhibit 6 marked.)

7    Q.   I have asked the court reporter to mark as

8  Exhibit 6 a multipage document that bears Bates

9  numbers -- and when I say Bates numbers, Mr. Peary, I

10 mean the numbers in the lower right-hand corner.

11 Those are numbers that I will represent to you are

12 placed thereon by your attorneys in order to identify

13 these documents that are coming from your production

14 and to keep some kind of order.

15   A.   Okay.

16   Q.   The Bates numbers run from 79 through 108.

17   A.   Okay.

18   Q.   Have you seen this document before today?

19   A.   Yes.

20   Q.   And what is it?

21   A.   Order Admitting Will to Probate, appointing

22 me as executor, and authorizing independent

23 administration of the estate.

24   Q.   Now, this document, if you will turn to page

25 90, if you look at the bottom right-hand corner?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1731

49

1          Pages 90 through 92, can you take a look at
2    those, please?
3        A.    Uh-huh.
4        Q.    Okay.   Is this the will that you testified
5    about previously in your deposition?
6        A.    Yes, this is the will I'm aware of.
7        Q.    And do you know where this will was located?
8        A.    Joseph Shuster retained an original and
9    my -- my mother also retained an original.
10       Q.    Does your mother still have the original?
11       A.    Yes.
12       Q.    So, was this will ever lost?
13       A.    Well, we always had a copy, and my mother
14   had misplaced the original at the time the -- the
15   estate was being established.   But she has since found
16   the original.   We always had the copy.
17       Q.    And when was the -- when was the copy --
18   strike that.
19          When was the original found?
20       A.    Yes.   She found it -- she found it after we
21   had already filed the documents to establish the
22   estate.   So, it was -- it was a year or so ago when
23   she found it.   I know it was after we had found it.
24          MR. PERKINS:   Okay.   We're going to take a
25   break.   There's five minutes left of tape so they need

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1732

50

1   to switch over.  So, why don't we take five or ten

2   minutes?

3           (A recess was taken.)

4       Q.   (By Mr. Perkins)  Looking at Exhibit 6,

5   again, Mr. Peary.

6       A.   Is this it?

7       Q.   Yes, that's it.  Are you aware as to whether

8   or not the Court actually granted the petition to

9   authorize you to administer the estate?

10      A.   Yes, I'm aware.

11      Q.   And did it, in fact, grant your petition?

12      A.   Yes.

13          (Exhibit 7 marked.)

14      Q.   Okay.  I have asked the court reporter to

15   mark as Exhibit 7 a multipage document bearing the

16   Bates numbers 9 through 21.  Have you seen this

17   document before?

18      A.   Yes.

19      Q.   And if you would turn to page 17, please?

20           That's Bates number 17.  That's confusing,

21   but -- is that your signature?

22      A.   Yes.

23      Q.   Did you review this document before you

24   signed it?

25      A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

EXHIBIT 51

1733

51

1    Q.    And what is this document?

2          MR. TOBEROFF:  Vague and ambiguous.

3    A.    I have to review it a minute.

4    Q.    Sure.  Take your time.

5    A.    My understanding of this is, this is in my

6    capacity for the Shuster estate to some kind of a

7    notice, terminates the grant of the transfer of

8    renewal copyrights to the extent of Joe Shuster

9    ownership share of the renewal copyright in the

10   copyrighted works entitled Superman.

11   Q.    Do you have any knowledge as to if this were

12   -- if this were a valid document, when it would take

13   effect?

14   A.    I am aware of -- of some statutes, copyright

15   statutes on this.

16   Q.    Do you know what -- what year, if this were

17   a valid document, what the effective date would be,

18   what year?

19   A.    Yes.

20   Q.    What year?

21   A.    The -- the copyright law would have to take

22   effect in 2013.

23   Q.    Now, if you would turn to page 13, which is

24   the paragraph 2, back one page -- I'm sorry, it's

25   confusing because there are two sets of page numbers.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1734

52

1   Bates number 13.

2       A.   Okay.

3       Q.   I apologize.  Paragraph 2 begins to identify

4   works.  Do you see that?

5       A.   Yes.

6       Q.   And it identifies some on page 13 and then

7   over to page 14 and then over to page 15.  Do you see

8   that?

9       A.   Yes.

10      Q.   Do you know how many works are identified in

11  this notice?

12           MR. TOBEROFF:  Objection, the document

13  speaks for itself.  Are you asking to look at the

14  document?

15           MR. PERKINS:  Sure.

16           THE WITNESS:  Not off the top of my head.  I

17  would have to review it in detail.

18      Q.   (By Mr. Perkins)  Well, let's review it in

19  detail, then.  Paragraph 2, it refers to Action Comics

20  Number 1.  Do you see that?

21      A.   Yes.  Yes.

22      Q.   Okay.  And then we go to the next page.  It

23  refers to on the next page, it reads, and I quote,

24  "This Work was based upon, incorporated, and

25  constituted a slightly revised version of the



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1735

53

1  following Works to which the Notice of Termination

2  also applies."  Do you see that?

3       A.   Yes.

4       Q.   And then identifies "24 days of previously

5  unpublished Superman newspaper comic strips."  Do you

6  see that?

7       A.   Yes.

8            MR. TOBEROFF:  Okay.  Objection, your

9  questions are pointing him in the right direction,

10  omits a -- in paragraph 2 a footnote which is on Bates

11  stamp 13.  Thereafter it talks about the Works to

12  which this notice applies, there's a footnote 1, and

13  that footnote 1 also has bearing on the Works to which

14  this termination applies.

15           MR. PERKINS:  Okay.  Well, we can go back to

16  that.  I recognize that it still -- and I don't want

17  to debate the meaning of the document with you, but it

18  talks about each and every element of the Work, and

19  the Work is defined in paragraph 2.  So it's a subset

20  of what's in paragraph 2.

21           MR. TOBEROFF:  Right, but it's part of

22  paragraph 2.

23           MR. PERKINS:  Sure.

24           MR. TOBEROFF:  To the extent he is reading

25  it --



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1736

54

1          MR. PERKINS:  I agree with you.

2          MR. TOBEROFF:  Okay.  Fine.

3          MR. PERKINS:  I agree with you.

4          MR. TOBEROFF:  Okay.

5      Q.    (By Mr. Perkins)  So, then, if you go to

6  page 15, it lists 15 daily comic strips.  Do you see

7  that?

8      A.    Yes.

9      Q.    And then Action Comics numbers 2 through 7.

10 Do you see that?

11     A.    Yes.

12     Q.    So, rough count is that this is a dozen

13 works that are listed?  More than that, if we take

14 each of the strips separately?

15     A.    Well, some of this is legal in that there's

16 specific Works listed, but then there's also the

17 entire, like it says in footnote 1 and 2, there's the

18 entire character and, so, as far as I understand,

19 there a very broad range of things here.

20     Q.    What's the basis for your understanding that

21 it's a broad range?

22     A.    What it says here, and my discussions with

23 Marc Toberoff.

24          MR. TOBEROFF:  No.

25     Q.    Yes.  Don't tell me what you talked about

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1737

55

1    with Mr. Toberoff.

2          Have you seen the document that's similar to

3    this that was served by the Siegels?

4        A.    No.

5        Q.    Are you aware that their document contains

6    more than 15,000 titles?

7        A.    No.

8        Q.    Do you have any idea as to why your document

9    does not contain 15,000 titles?

10          MR. TOBEROFF:  It assumes facts not in

11    evidence, misstates the document.

12        A.    No, I don't.

13        Q.    Are you aware of any works that are Superman

14    works that Jerry Siegel is the author of but Joe

15    Shuster is not the author of?

16          MR. TOBEROFF:  Objection, vague as to

17    "Superman works."

18        A.    I mean, the only thing that I have an idea

19    of is Superboy.

20        Q.    Anything else?

21        A.    No.

22        Q.    Do you know which comic book Superboy

23    appears in for the first time?

24        A.    Not offhand.

25        Q.    Do you know who did the illustrations for

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

EXHIBIT 51

1738

56

1    the first Superboy comic book?

2         A.    I am not -- I'm not exactly sure.  I assume

3    that Joe Shuster did illustrations, but I don't know

4    if he was sole.  I don't know.

5         Q.    Going back, I'm sorry, to Exhibit 7 -- I'm

6    sorry, I got you in mid --

7              Going back to Exhibit 7, this document was

8    signed by you on November 10, 2003; correct?

9         A.    What page again?  Oh, 17?

10        Q.    I'm sorry.  Strike that.  Let's do this

11   again.  Page 17, this document was signed by you on

12   November 7, 2003; correct?

13        A.    Yes.

14        Q.    And that was after the probate court in

15   California established you as the administrator of the

16   Shuster estate; correct?

17        A.    Yes.

18        Q.    Okay.

19              MR. TOBEROFF:  You had said administrator.

20   It may be, but I'm not sure that's the legal title in

21   the probate document.

22              MR. PERKINS:  Okay.

23              MR. TOBEROFF:  I'm not positive.  It may

24   have been executor or personal representative.

25              THE WITNESS:  Yes, it is executor.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51

1739

57

1          MR. PERKINS:  Okay.

2          MR. TOBEROFF:  I'm not sure exactly.

3          MR. PERKINS:  That's fine.

4     Q.   (By Mr. Perkins)  I have asked the court

5     reporter to mark as Exhibit 8 the document that bears

6     Bates numbers 63 through 78.

7          (Exhibit 8 marked.)

8     Q.   Have you seen this document before?

9     A.   Let's see.  I don't recall this.

10    Q.   Well, let me invite your attention to the

11    second page of the document.  And it says "Certificate

12    of Recordation."  Do you see that?  The second --

13    you're -- back one more.  Yes.

14         I'm going to represent to you that this is a

15    recordation of the document that we looked at before,

16    Exhibit 7, that this is the official recordation of

17    that document with the United States Copyright

18    Office.

19    A.   Okay.

20    Q.   Okay?  And I would like you to look at the

21    third page of the document.  And you will notice that

22    in box 10 there's a signature there that appears to be

23    Mr. Toberoff's signature, and underneath it says "duly

24    authorized agent of IP Worldwide/Estate of Joe

25    Shuster" -- "Joseph Shuster."  Do you see that?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1740

58

1    A.    Yes.

2    Q.    Who is IP Worldwide?

3    A.    As I understand it, that's a professional

4   name used for his law practice, Marc Toberoff's law

5   practice.

6    Q.    And do you have any kind of agreement with

7   IP Worldwide relating to the rights, the copyright

8   rights of Joe Shuster?

9    A.    I don't know if it says IP Worldwide.  Our

10  agreements are with Marc Toberoff as our attorney.  I

11  don't recall if it says IP Worldwide.

12   Q.    Are there agreements, written agreements

13  other than the two you have seen during this

14  deposition?

15        MR. TOBEROFF:  Referring to?

16   Q.    Between you and Mr. Toberoff's entities?

17   A.    I believe there was another agreement

18  between us and Marc Toberoff.  The -- the estate?  I

19  don't know.

20   Q.    Okay.  We'll come back to that.

21        Did you see this recordation before it was

22  filed with the United States Copyright Office?

23        MR. TOBEROFF:  You mean this document?

24   Q.    Yes.

25   A.    Before -- no, not before.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1741

59

1    Q.    Have you seen it before today?

2          MR. TOBEROFF:  Asked and answered.

3    A.    Yes, I did answer that before.

4          MR. TOBEROFF:  Well, you can answer.

5    Q.    Indulge me. - I don't remember.

6    A.    Oh, okay.  I don't recall seeing this, this

7    one sheet here.  But every other page following I

8    have.

9          MR. TOBEROFF:  I mean, if it helps I can

10   represent to you that this --

11         MR. PERKINS:  You know, I would rather

12   not --

13         MR. TOBEROFF:  Okay.

14         MR. PERKINS:  -- have you testify to that.

15         MR. TOBEROFF:  All right.

16         MR. PERKINS:  Here you go.

17         (Exhibit 9 marked.)

18   Q.    (By Mr. Perkins)  I have asked the court

19   reporter to mark as Exhibit 9 a one-page document that

20   bears Bates number 133, and it's dated September 10,

21   2004.  Have you seen this document before today?

22   A.    Yes.

23   Q.    And is that your signature, twice?

24   A.    Yes.

25   Q.    This document states that, quote, "1, The

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1742

60

1    Joint Venture Agreement dated as of November 23, 2001

2    between you and Pacific Pictures Corp; and 2, the

3    Engagement Agreement dated October 27, 2003 between

4    the Estate of Joseph Shuster and Pacific Pictures Corp

5    have been cancelled," closed quote.  Do you see that?

6        A.    Yes.

7        Q.    Why is it that the two agreements referenced

8    are -- were canceled by this document?

9        A.    It was replaced by a retainer directly with

10   Marc Toberoff as our attorney.

11       Q.    If I could have you take a look at Exhibit

12   4, which is the privilege log?

13       A.    Uh-huh.

14       Q.    Can you identify from any of these documents

15   which of the documents listed in the log are this

16   other retainer agreement directly with Marc Toberoff?

17       A.    It doesn't say it here.  It just says

18   "letters."  I can't really identify just from this.

19       Q.    Yes, neither can I.  Do you have -- do you

20   know whether the document is an agreement or a letter?

21       A.    We have a legal retainer with Marc Toberoff

22   as our attorney.  The estate has a legal retainer.

23       Q.    And do you know what the date of that is?

24       A.    Um -- it's around the time of this -- this

25   letter here from Exhibit 9.  It's --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1743

61

1      Q.    When you entered into this agreement or when

2  you signed this document and entered into the retainer

3  agreement, did the nature of your business

4  relationship with Mr. Toberoff change?

5           MR. TOBEROFF:  Mis -- mischaracterizes the

6  testimony, vague and ambiguous.  You can answer.

7      A.    No, the nature did not change.

8      Q.    And are the business terms of the new

9  agreement the same or similar to the business terms in

10 the two agreements that are canceled by Exhibit 9?

11          MR. TOBEROFF:  Attorney-client privilege and

12 instruct you not to answer as to the terms of our

13 retainer agreement.

14     Q.    Mr. Peary, under the terms of the retainer

15 agreement are you or the estate required to pay

16 Mr. Toberoff a percentage of revenues from Superboy?

17          Excuse me.  Just a minute.

18          I'm going to withdraw the question because I

19 didn't mean to say Superboy.  Let's go back and do

20 that again.

21          MR. TOBEROFF:  I was wondering what I was

22 going to say.

23     Q.    Under the retainer agreement with

24 Mr. Toberoff, is the estate and/or you or your mother

25 required to pay Mr. Toberoff a percentage of revenues

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1744

62

1    derived from exploitation of copyrights of Joseph

2    Shuster?

3           MR. TOBEROFF:  Vague and ambiguous, calls

4    for a legal conclusion.  Are you asking -- he can

5    answer solely as to whether it's a contingent fee, the

6    retainer agreement provides for contingent fees or

7    hourly fees.  As I understand, you are entitled to

8    know that.  He can answer that question.  But I don't

9    -- other questions as to terms of the agreement, I am

10   instructing him not to answer.

11       Q.    Let me ask you, then, that question.  Is it

12   a contingent fee agreement?

13       A.    Yes.

14       Q.    And what is the percentage that you are to

15   pay?

16           MR. TOBEROFF:  Instruct you not to answer,

17   attorney-client privilege.

18       Q.    Now, going back to -- if I could ask you to

19   pull out Exhibit 3 and Exhibit 9?

20       A.    Okay.

21       Q.    All right.  If you would look at Exhibit 3,

22   and I would ask you to go to page -- to the third page

23   of the document, paragraph 8?  I asked you questions

24   about this paragraph, and in particular, what your

25   understanding was of what would happen to the rights

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1745

63

1    at issue in this agreement if for any reason the

2    agreement was terminated.   Do you remember those

3    questions that I asked you?

4        A.    Yes.

5        Q.    And you testified that you believed that if

6    the agreement were terminated for any reason, that the

7    ownership would remain 50-50.   Do you recall that

8    testimony?

9        A.    Yes.

10       Q.    Okay.   So my question is, is it the

11   intention under Exhibit 9 that the terms of paragraph

12   8 that we have talked about would remain in play,

13   namely, that having canceled the agreement, the

14   ownership split remains 50-50 between you and Pacific

15   Pictures?

16           MR. TOBEROFF:   That calls for a legal

17   conclusion.

18       A.    What my understanding is, it's -- applies to

19   Marc --

20           MR. TOBEROFF:   Don't testify to the terms of

21   our legal retainer agreement.

22           If you could answer without doing that you

23   could answer.

24       A.    Yes, I -- I guess it would -- it involves

25   the legal retainer agreement, the terms of that, so I



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1746

64

1    guess I can't say anything.

2        Q.    Did you receive any counsel, legal counsel

3    from any lawyer, other than Mr. Toberoff, with respect

4    to entering into Exhibit 9?

5        A.    No.

6        Q.    Is there any relationship at this point

7    between the estate and Pacific Pictures Corporation?

8            MR. TOBEROFF:  Objection, vague and

9    ambiguous, calls for a legal conclusion, you could

10   answer.

11       A.    My understanding is that the agreement with

12   Pacific Pictures has been supplanted with a new legal

13   retainer.

14           (Exhibit 10 marked.)

15       Q.    I have asked the court reporter to mark as

16   Exhibit 10 a document dated April 28, 2005.  It's

17   bearing Bates numbers 1 through 7, and it's a letter

18   addressed to Jean Adele Peavy and Mark Warren Peary

19   from Paul Levitz at DC Comics.  Have you seen this

20   letter before today?

21       A.    Yes.

22       Q.    Did you review this letter carefully when

23   you received it?

24       A.    Yes, I read it.

25       Q.    And did you form any impressions as to the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1680
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51

1747

65

1    contents of this letter prior to speaking with your

2    counsel?

3        A.    Impressions --

4        Q.    Well, did you have a reaction to it?

5        A.    No.  Actually, I sent -- sent a copy to our

6    attorney, Marc Toberoff, immediately, so I didn't

7    contemplate it that much.

8        Q.    Did you read it before you sent it to him?

9        A.    I reviewed it.

10       Q.    Did you discuss the document with your

11   mother?

12       A.    No.

13       Q.    As you sit here today, do you recall what

14   you understood this document was offering to you?

15       A.    Yes, I have some memory of what it offered.

16       Q.    Okay.  Can you tell me what it was?

17       A.    Different elements to it.  There was --

18   elements -- I don't know.  I would have to review it

19   to get a good handle on it.  It's been a while since I

20   have seen it.

21       Q.    Okay.

22       A.    There's a lot of different elements to it.

23       Q.    Okay.

24       A.    There's --

25       Q.    Well, why don't you go ahead and read it and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1748

66

1    then I'll ask you some questions about it.  Okay?

2        A.    Okay.

3              Okay.

4        Q.    So you have had a chance to review the

5    letter?

6        A.    Yes.  Yes.

7        Q.    Okay.  Let me ask you to turn to page 2 of

8    the letter, please.  Earlier you testified in talking

9    about the Notice of Termination that is Exhibit 7,

10   that assuming it is valid, is effective in the year

11   2013.  Do you recall that?

12       A.    Yes.

13       Q.    Okay.  The last paragraph on page 2, I am

14   going to read something from it and then I'm going to

15   ask you a question.  Okay?  It says, and I quote, "I

16   want to be frank in telling you that if we are able to

17   resolve matters with the Siegel heirs," paren,

18   "whether by settlement or judgment," closed paren,

19   "before we reach an agreement with you, so that we

20   acquire or are adjudged to own rights to the Superman

21   character during the copyright extension term that

22   begins in 2013, there will not be any pressing need to

23   reach an agreement with you in advance of that date."

24   Do you see that?

25       A.    Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1749

67

1    Q.    What did you understand that sentence to

2    mean?

3         MR. TOBEROFF:    Objection.    The witness has

4    testified that after receiving this agreement he

5    immediately forwarded it to me.    It's safe to assume

6    we had in depth discussions regarding the agreement.

7    His -- his -- your questions are impinging upon

8    attorney work-product and attorney-client privilege to

9    that extent.    Certain questions may not, depending on

10   how you are asking them.

11   Q.    Mr. Peary, as you sit here today, what do

12   you understand that sentence to mean?

13   A.    That basically they are trying to separate

14   us as opposing parties.

15   Q.    What do you mean by that?

16   A.    They are trying to scare us a bit and that

17   someone has to -- someone's rights are going to

18   infringe on someone else's.    My feeling about it is

19   it's a dividing tactic.

20   Q.    And what is it about this that identifies it

21   as a dividing tactic to you?

22   A.    It says that if they settle first there

23   would be no pressing need to reach an agreement with

24   us, and vice versa.

25   Q.    Do you have any understanding as to whether

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6849


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1750

68

1    -- whether that's true?

2        MR. TOBEROFF:  Objection to the extent your

3    understanding is based on our conversations.

4        A.    Yes.  I --

5        Q.    Well, let me ask it this way, Mr. Peary.

6    Have you made an independent judgment as to whether or

7    not what's stated here, namely, that if DC makes a

8    deal with the Siegels first that there will be no

9    pressing need to make a deal with you before 2013,

10   whether that is true?  Have you made an independent

11   judgment of that?

12       MR. TOBEROFF:  Objection, calls for

13   speculation.  Does he know what DC's motivations are.

14   Also, you are getting into an area that involves

15   attorney-client strategies, attorney work-product,

16   mental impressions, attorney-client privilege.  I

17   would instruct you not to answer that question.

18       Q.    You ultimately decided to reject this offer,

19   didn't you?

20       A.    Yes.

21       Q.    And did you make a counterproposal?

22       A.    No.

23       Q.    Why not?

24       MR. TOBEROFF:  Instruct you not to answer on

25   the basis of attorney work-product, attorney-client

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1751

69

1    privileged communications.

2        Q.    Who made the decision whether or not to

3    accept this?

4        A.    To accept it or reject it?

5        Q.    Yes.  Either.  Who made the decision to

6    reject this offer?

7        A.    It was --

8            MR. TOBEROFF:  You can answer that.

9        A.    It was jointly decided after extensive

10   discussions with our attorney, Marc Toberoff.

11       Q.    Do you have any idea in looking at page 4 --

12           MR. TOBEROFF:  I'm sorry, before you go to

13   the next question I just like to state what -- you

14   know, I'm trying to respect the privilege and

15   work-product, at the same time I'm trying to give you

16   certain information as much as we can without

17   infringing on that privilege or doctrine.  I want to

18   say that when I do that it should not be misunderstood

19   as a waiver of the privilege, the fact that I'm trying

20   to help the process, or at times compromise the

21   process.  So, why don't we have a standing agreement

22   that that will not -- I'll just tell you, it's not

23   intended as a waiver of the privilege or the

24   work-product doctrine.

25           MR. PERKINS:  I understand, I am,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6849



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1752

70

1  Mr. Toberoff, doing my very best not to engage in

2  colloquy with you at this deposition.

3        MR. TOBEROFF:  I understand.

4        MR. PERKINS:  And I haven't done it at all.

5  And I am going to say for the record that I think your

6  instructions here are not consistent with the law and

7  would ask you to reconsider.  And that's all I'll

8  say.  Obviously you are going to disagree, but I want

9  to make my record, that I've asked you to --

10        MR. TOBEROFF:  I understand, and I'm making

11  my instructions very carefully.

12        Q.    (By Mr. Perkins)  Okay.  Page 4 of the

13  document sets forth a royalty proposal.  Do you see

14  that?

15        A.    Yes.

16        Q.    And that those payments would begin for

17  works created after April 18, 2013.  Do you see that?

18        A.    Yes.

19        Q.    Do you know what kind of income these

20  percentages would generate for you?  Do you have any

21  idea?

22        A.    Not -- not any detail, no.

23        Q.    Do you have a general idea?

24        MR. TOBEROFF:  Objection, calls for

25  speculation.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1753

71

1     A.    I -- I haven't researched it thoroughly

2  enough to give any figure.

3     Q.    So, the -- did you have a belief as to

4  whether or not this offer was, you know, was an offer

5  that was commensurate with the value of the rights

6  that you believe to hold?

7     A.    Did I have a belief if it was commensurate?

8     Q.    Yes.

9     A.    Yes, I have a belief.

10    Q.    What is that belief?

11    A.    That it's not commensurate.

12    Q.    And what is your basis for that belief?

13        MR. TOBEROFF:  Objection, instruct you not

14  to answer, attorney work-product.

15        MR. PERKINS:  Well, what if he came up with

16  it on his own?

17        THE WITNESS:  Well, my -- my belief is based

18  on extensive discussions with Marc Toberoff.

19        MR. PERKINS:  Exhibit 11.

20        (Exhibit 11 marked.)

21    Q.    (By Mr. Perkins) Going back to Exhibit 10

22  for a moment, did -- did you or your representatives

23  make any inquiries to DC Comics for more information

24  to evaluate the actual dollars that would have been

25  payable under this proposal?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1754

72

1    A.    I am not certain.  I'm not certain how much

2  of an inquiry was made.

3    Q.    I would like you to look at Exhibit 11,

4  which is a document that's dated May 12, 2005.  It's

5  page 109.

6    A.    Uh-huh.

7    Q.    Did you see this letter before it was sent?

8    A.    No.  I authorized Marc Toberoff to respond.

9    Q.    And what did you want communicated to DC

10  Comics?

11    A.    What it says here.

12    Q.    Okay.  So, starting with the second

13  paragraph, "It is believed that the offer is extremely

14  low," -- this is a quote, I'm sorry, "It is believed

15  that the offer is extremely low and bears no relation

16  to the net present value of the estate's 50 percent

17  interest in Superman profits for the duration of

18  copyright commencing 2013," closed quote.  Do you see

19  that?

20    A.    Yes.

21    Q.    Now, that is something that you want

22  communicated to DC Comics; correct?

23    A.    Yes.  We are in agreement with their

24  attorney in this.

25    Q.    And what is the basis for the statement that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1755

73

1   "the offer is extremely low and bears no relation to

2   the net present value of the estate's 50 percent

3   interest in Superman profits for the duration of

4   copyright commencing 2013"?

5           MR. TOBEROFF:  Objection, attorney-client

6   privilege, and particularly attorney-client

7   work-product, and instruct you not to answer.

8       Q.    The next sentence reads, "nor does DC's

9   offer reflect the considerable strategic value of the

10  estate's 50 percent copyright interest in tandem with

11  the Siegels' 50 percent copyright interest in

12  Superman."  Do you see that?

13      A.    Yes.

14      Q.    What do you understand the considerable

15  strategic value of the estate's 50 percent copyright

16  interest to be?

17          MR. TOBEROFF:  Objection, attorney

18  work-product.  I instruct you not to answer.

19          MR. PERKINS:  I'm asking him his

20  understanding of the words on the page as he sits here

21  today.

22          MR. TOBEROFF:  No.  You asked him what it is

23  in fact -- what the strategic value of the -- what is

24  your understanding of what that strategic value is,

25  not what the words strategic value means.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1756

74

1          MR. PERKINS:  No.  I am asking what he

2  understands the sentence to mean.

3     Q.  (By Mr. Perkins)  What do you understand

4  that is being referred to when it refers to the

5  strategic value in that sentence?

6          MR. TOBEROFF:  Attorney work-product,

7  strategies and -- the sentence evokes attorney

8  work-product?

9     Q.  Well, Mr. Peary, you testified that you

10  wanted communicated to DC Comics what is in this

11  letter; isn't that correct?

12     A.  I'm in agreement with what the letter says.

13     Q.  But you testified that you wanted that

14  communicated to DC Comics; isn't that right?

15     A.  Well, I don't know about the word

16  communicated.  I am in agreement with everything this

17  letter states.  So, I mean, it's -- that's all I can

18  say.  I'm in agreement with it.

19     Q.  And you agree, therefore, that there is a

20  strategic value in the estate's 50 percent copyright

21  interest?

22          MR. TOBEROFF:  You can answer "yes" or "no."

23     A.  Yes.

24     Q.  And do you have an understanding as to what

25  happens to that strategic value to the extent it

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51

75

1  exists if DC Comics makes a deal with the Siegels?

2      A.    It seems like --

3            MR. TOBEROFF:  Vague and ambiguous as to

4  time.

5      A.    I -- I -- it seems like a legal opinion.

6  I'm not sure.

7      Q.    I'm not asking you a legal opinion, I'm

8  asking your opinion.  If before 2013 --

9            MR. TOBEROFF:  He just answered.

10     Q.    If before 2013 DC Comics makes a deal with

11 the Siegels, what, if any, strategic benefit or

12 strategic value does the 50 percent copyright interest

13 hold?

14           MR. TOBEROFF:  Objection, attorney work

15 product, instruct you not to answer.

16     Q.    Do you understand from the prior letter from

17 Mr. Levitz that if you don't make that -- you don't

18 make a deal before the Siegels do that DC Comics has

19 expressed to you that they don't have -- feel a

20 pressing need to make a deal with you before 2013?

21     A.    I recall that in the letter.

22     Q.    And you have testified that you have no

23 ability to control whether or not the Siegels make a

24 deal; correct?

25     A.    Right.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1758

76

1    Q.   Okay.  And so the question is, do you, as

2  you sit here today, see that there is any benefit to

3  you in making a deal before you -- before the Siegels

4  make a deal?

5       MR. TOBEROFF:  Objection, attorney

6  work-product as to his strategies regarding the

7  Siegels' litigation, instruct you not to answer.

8    Q.   Well, Mr. Peary, who is going to look out

9  for the estate's interests with respect to its

10  purported 50 percent copyright interest in connection

11  with the Siegels' deal?

12       MR. TOBEROFF:  Vague and ambiguous.

13    A.   Who is looking out for the interests of the

14  Shuster estate?

15    Q.   Yes.

16    A.   Well, I'm looking out for it, and along with

17  counsel.

18    Q.   Have you received any written documents that

19  set forth a valuation of your or the estate's 50

20  percent copyright interest?

21    A.   No --

22       MR. TOBEROFF:  Excluding communications from

23  me to him?

24       MR. PERKINS:  No.  Actually, no, not

25  excluding communications.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1680
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51

1759

77

1        MR. TOBEROFF:  He can't answer the question,

2   then.

3        MR. PERKINS:  Well, he can answer whether

4   the document exists.

5        MR. TOBEROFF:  No, he can't, because you're

6   describing the substance and content of the document.

7   If he answers that question and you are not excluding

8   communications between his attorney and him, then he

9   is disclosing the contents of a communication from me

10  to him, because you have described it.

11       MR. PERKINS:  Well, I'm -- I disagree, but

12  if you instruct him not to answer --

13       MR. TOBEROFF:  If you want to ask it --

14       MR. PERKINS:  -- that's the instruction.

15       MR. TOBEROFF:  If you ask him to answer the

16  question excluding communications with me, I'll allow

17  him to answer?

18       MR. PERKINS:  The problem with that,

19  Mr. Toberoff, is that your client has testified that

20  every communication that he had with you has been as

21  an attorney-client communication, even though he was

22  in two separate business arrangements with companies

23  of yours where you were not -- it was not a legal

24  relationship, and so his understanding --

25       MR. TOBEROFF:  That's incorrect.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1760

78

1          MR. PERKINS:  Well, it is not incorrect.

2    There are two agreements that are sitting here that

3    are clearly business agreements.

4          MR. TOBEROFF:  That's your legal opinion.

5          MR. PERKINS:  Right.  You are in the

6    practice of entering into joint venture agreements

7    with your clients as a lawyer?

8          MR. TOBEROFF:  I'm not testifying here today

9    and I'm not a witness.

10          MR. PERKINS:  Well, that's the first time,

11   Mr. Toberoff.

12          MR. TOBEROFF:  And you said you didn't want

13   to enter into colloquy.

14          MR. PERKINS:  I don't.

15          MR. TOBEROFF:  I'm respecting that.

16          MR. PERKINS:  But I'm really very frustrated

17   by these instructions because it's really not allowing

18   us to inquire.  Clearly the issue in this case is

19   value and there is an, you know, an attempt to keep us

20   from finding out what people have valued this at,

21   people who are not acting in a capacity as lawyers.

22          MR. TOBEROFF:  I disagree.  The issue is not

23   value.  DC is obligated to account for a percentage of

24   its profits, which is an accounting responsibility due

25   to copyright interests.  Has nothing to do with some

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1761

79

1   abstract concept of value.  It's a fact as to what are

2   the profits.

3           MR. PERKINS:  Okay.

4           MR. TOBEROFF:  That's what's due my client.

5           MR. PERKINS:  Well, then, let's go to that,

6   then.

7       Q.   (By Mr. Perkins)  Mr. Peary, are you aware

8   at all as to profits that the Superman property has

9   garnered over the last five years?

10      A.   Um -- profits on all exploitation of the

11  rights?

12      Q.   In any exploitation?

13      A.   I have not seen a figure for profits.  I

14  have seen figures on -- on revenues and -- over the

15  years.

16      Q.   And whose revenues?

17      A.   Revenues that have come to DC and Warner

18  Brothers and other parties exploiting the rights.

19      Q.   Do you have any understanding as to what the

20  actual profits have been?

21          MR. TOBEROFF:  Vague and ambiguous as to

22  profits.

23      A.   I don't have -- I don't have any specific

24  figures that I have seen on profits.

25      Q.   Okay.  So, going back to, then, the second

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1762

80

1  paragraph, what is the basis for the statement that

2  the offer is extremely low and bears no relation to

3  net present value?

4         MR. TOBEROFF:  Objection, attorney

5  work-product, instruct you not to answer.

6     Q.   You don't have any idea what the net present

7  value of the Superman rights is, do you?

8         MR. TOBEROFF:  Objection, instruct you not

9  to answer.  Same objection.

10        You could -- you could answer yes or no, but

11  not as to your -- not as to valuations you have

12  arrived at with your attorney.

13    A.   Say it again.

14    Q.   Do you have any idea what the net present

15  value is of the Superman rights that you believe to

16  own?

17    A.   It's --

18        MR. TOBEROFF:  You can answer "yes" or "no,"

19  but --

20    A.   Do I have any idea?  I -- well, I have

21  ideas, I have my own opinions.

22    Q.   They are your own opinions?

23    A.   And I have mine and -- well, sure.  I have

24  my own opinions, that that's -- it's -- I don't have a

25  dollar figure that I can give you.  That's because

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1763

81

1  it's involving our legal arrangement, so I can't

2  discuss anything else.

3      Q.    Well, what is your own opinion of the

4  value?

5           MR. TOBEROFF:  Objection, you are focusing

6  on own.  He has consistently stated that he has had

7  extensive conversations with his attorney about this,

8  so obviously his own opinion is based on those

9  discussions.

10     Q.    Is that right?  Your own opinion is based on

11 what your lawyer just told you?

12          MR. TOBEROFF:  Misstates what I just said.

13     A.    My opinion is based upon the totality of my

14 knowledge and understanding of -- of what I have

15 learned throughout my life, I would say, not one

16 thing.

17     Q.    Are you able, then, to subtract out your

18 discussions with counsel and use the remainder of your

19 life experience to give me your own opinion as to the

20 value of these rights?

21     A.    I -- I think that's going to be determined

22 legally, so I can't really give you an opinion.

23     Q.    Do you have an opinion?

24     A.    I can't give you a -- all I can say is that

25 in accordance with this letter here on Exhibit 11, I'm

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1764

82

1   in agreement with this, that the offer was inadequate.

2        Q.    Is that an opinion based on anything other

3   than discussions with counsel?

4        A.    That is --

5              MR. TOBEROFF:  Objection, asked and

6   answered.

7        A.    Yes.

8        Q.    I am sorry?

9        A.    What I said before, it's based on extensive

10  discussions with legal counsel.

11       Q.    Okay.  Are you able to give an opinion as to

12  the value of the estate's 50 percent interest in

13  Superman without relying on what you have been told by

14  your counsel?

15             MR. TOBEROFF:  Objection, asked and

16  answered.

17             MR. PERKINS:  No, he won't answer that

18  question.  I'm asking him to answer this question.

19  Could you read it back, please, to make sure that he

20  hears exactly what I have asked?

21             MR. TOBEROFF:  You can answer it again.

22             MR. PERKINS:  Could you please read it

23  back?

24             (The record was read by the reporter.)

25             THE WITNESS:  No, my opinion is intricately



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51

1765

83

1    tied in with my advice from counsel.

2        Q.    (By Mr. Perkins)   Thank you.   I would like

3    to go back, if I could, to the privilege log.   I know

4    that I asked this question before but don't believe I

5    got the answer.   The Exhibit 9 agreement, September

6    10, 2004, you indicated that at or around that time

7    you entered into a separate agreement with

8    Mr. Toberoff for his legal representation.   Do you

9    recall that testimony?

10       A.    Yes.

11       Q.    And are you able to make out from this log

12   any document that would be the agreement that you are

13   talking about?

14            MR. TOBEROFF:   Asked and answered.

15       A.    I looked before and I couldn't state exactly

16   just from the description of the letter.   I couldn't

17   tell.

18            MR. PERKINS:   Mr. Toberoff, I would ask that

19   the privilege log be updated to include that document

20   to the extent it's not on here.   I can't tell from the

21   descriptions, but based on the testimony I don't think

22   it's here, so I request that that be updated.

23       Q.    Mr. Peary, do you know who introduced

24   Mr. Toberoff to Joanne Siegel?

25       A.    Yes.   We recommended him.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1766

84

1    Q.    And why did you do that?

2    A.    As we have extremely high confidence in him,

3  his track record, his ability as a lawyer and as a

4  person of high ethics.

5    Q.    And who made the call to Joanne to do that?

6        MR. TOBEROFF:  Assumes facts not in

7  evidence, lacks foundation.

8    A.    I don't remember.

9    Q.    Do you recall how Joanne was told about

10  Mr. Toberoff?

11        MR. TOBEROFF:  Vague and ambiguous.

12    A.    It could have been my mother talking with

13  her.  I'm not sure.

14    Q.    Did you tell Joanne Siegel about

15  Mr. Toberoff directly?

16    A.    No.

17    Q.    Do you recall when Joanne Siegel was told

18  about Mr. Toberoff?

19    A.    It's been -- it's been at least a couple of

20  years.  I don't -- I don't know.  I don't recall the

21  exact date.

22    Q.    It's -- that's all I wanted to know.  Give

23  me just two minutes off the record, Marc, to see

24  whether I'm done.

25        MR. TOBEROFF:  Okay.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1767

85

1          (A recess was taken.)

2          MR. PERKINS:  Mr. Peary, I have nothing

3    further for you.   Thank you very much.

4          THE WITNESS:  Okay.  Thank you.

5          (The deposition concluded at 11:18 a.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1680
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1768

86

1              UNITED STATES DISTRICT COURT

2          FOR THE CENTRAL DISTRICT OF CALIFORNIA

3

4    JOANNE SIEGEL,                  )
     LAURA SIEGEL LARSON             )
5                                    )
                    Plaintiffs,      )
6                                    )
          v.                         )    CASE NO. CV 04-8400
7                                    )             CV 04-8776
     WARNER BROS, et al.             )
8                                    )
                    Defendants.      )
9

10        CERTIFICATE OF COMPLETION OF DEPOSITION

11        I, MABEL JIN CHIN, New Mexico CCR #81, DO HEREBY
     CERTIFY that on November 11, 2006, the deposition of
12   MARK WARREN PEARY was taken before me at the request
     of, and sealed original thereof retained by:
13
               Attorney for the Defendants
14             PERKINS LAW OFFICE, P.C.
               1711 Route 9D
15             Cold Spring, New York 10516
               BY:  MR. PATRICK PERKINS
16
          I FURTHER CERTIFY that copies of this certificate
17   have been mailed or delivered on _____, with
     changes, if any, by the witness appended, to the
18   following counsel of record and parties not
     represented by counsel:
19
               Attorney for the Plaintiffs
20             MR. MARC TOBEROFF
               2049 Century Park East, #2720
21             Los Angeles, California 90067

22        I FURTHER CERTIFY that examination of this
     transcript and signature of the witness were requested
23   by the witness and all parties present.

24        On November 21, 2006, a letter was mailed or
     delivered to Mr. Toberoff regarding obtaining
25   signature of the witness.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

**DEAN & ASSOCIATES**, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
500 Marquette NW, Suite 280
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1769

1    I FURTHER CERTIFY that the recoverable cost of the
original and one copy of the deposition, including
2  exhibits to Mr. Perkins is $_____.

3    I FURTHER CERTIFY that I did administer the oath
to the witness herein prior to the taking of this
4  deposition; that I did thereafter report in
stenographic shorthand the questions and answers set
5  forth herein, and the foregoing is a true and correct
transcript of the proceeding had upon the taking of
6  this deposition to the best of my ability.

7    I FURTHER CERTIFY that I am neither employed by
nor related to nor contracted with (unless excepted by
8  the rules) any of the parties or attorneys in this
case, and that I have no interest whatsoever in the
9  final disposition of this case in any court.

10

11   _____

     MABEL JIN CHIN
12   Certified Court Reporter #81
     License expires:   12/31/2006
13

14

15

16

17

18

19

20  (3519B) MC
     Date taken:   November 11, 2006
21  Proofread by: LR

22

23

24

25



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

DEAN & ASSOCIATES Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
500 Marquette NW, Suite 280
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51
1770

88

1    SIEGEL vs. WARNER BROS

2              WITNESS SIGNATURE/CORRECTION PAGE

3    If there are any typographical errors to your
     deposition, indicate them below.

4    PAGE    LINE

5    _____ Change to _____

6    _____ Change to _____

7    _____ Change to _____

8    _____ Change to _____

9

10   Any other changes to your deposition are to be listed
     below with a statement as to the reason for such

11   change.

12   PAGE    LINE            CORRECTION         REASON

13

14

15

16

17

18

19      I, MARK WARREN PEARY, do hereby certify that I
     have read the foregoing pages of my testimony as

20   transcribed, and that the same is a true and correct
     transcript of the testimony given by me in this

21   deposition on November 11, 2006, except for the
     changes made.

22

23                           _____

24                           MARK WARREN PEARY
                             DATE SIGNED: _____/_____

25

     (3519B) MC Proofread by: LR

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6346


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 51

1771