# EXHIBIT 59

1

1               UNITED STATES DISTRICT COURT

2          FOR THE CENTRAL DISTRICT OF CALIFORNIA

3

4  JOANNE SIEGEL,          )
    LAURA SIEGEL LARSON     )

5                      )

6           Plaintiffs, )

       v.           ) CASE NO. CV 04-8400

7                    )        CV 04-8776

    WARNER BROS, et al.    )

8                    )

           Defendants. )

9

10

11

12

13          DEPOSITION OF JEAN ADELE PEAVY
              November 11, 2006

14                1:26 p.m.
            317 Paseo de Peralta

15            Santa Fe, New Mexico

16

17     PURSUANT TO THE FEDERAL RULES OF CIVIL
    PROCEDURE, this deposition was:

18  TAKEN BY:  MR. PATRICK PERKINS
              Attorney for the Defendants

19

20

21

22  REPORTED BY:  MABEL JIN CHIN, NM CCR #81
              Bean & Associates, Inc.

23              Professional Court Reporting Service
              500 Marquette, Northwest, Suite 280

24              Albuquerque, New Mexico 87102

25  (3520B) MC

COPY

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 59
2080

2

1                    A P P E A R A N C E S

2

3    For the Plaintiffs:

4            MR. MARC TOBEROFF
             2049 Century Park East, #2720
5            Los Angeles, California 90067

6    For the Defendants:

7            PERKINS LAW OFFICE, P.C.
             1711 Route 9D
8            Cold Spring, New York 10516
             BY:  MR. PATRICK PERKINS
9

10   ALSO PRESENT:   MS. MARGO MOIR, Videographer

11

12                      I N D E X

13   EXAMINATION OF JEAN ADELE PEAVY

14   By Mr. Perkins                                  3

15   CERTIFICATE OF COMPLETION OF DEPOSITION         38

16   WITNESS SIGNATURE/CORRECTION PAGE               40

17

18       EXHIBITS MARKED OR FORMALLY IDENTIFIED

19   12.   Subpoena in a Civil Case                  5

20   13.   April 27, 1999 letter, Peavy to Levitz    12

21   14.   August 21, 1992 note, Peavy to Paul       18

22   15. September 10, 1992 letter, Frank to Paul    24

23   16.   August 1, 1992 letter, Levitz to Frank    25

24   17.   March 31, 2001 letter, Jean to Joanne     28

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 59
2081

3

1                    JEAN ADELE PEAVY,

2      after having been first duly sworn under

3      oath, was questioned and testified as follows:

4                       EXAMINATION

5    BY MR. PERKINS:

6        Q.   Good afternoon, Mrs. Peavy.  My name is

7    Patrick Perkins.  I am a lawyer for DC Comics and

8    other Warner Brothers entities.  I represent DC Comics

9    in a lawsuit that was filed in the United States

10   District Court in California by Joanne Siegel and

11   Laura Siegel Larson.  The lawsuit involves copyright

12   rights relating to the Superman character, and you

13   have been subpoenaed in this case to give testimony

14   because we believe you have information that might be

15   relevant to the case.

16         Mrs. Peavy, have you ever had your

17   deposition taken before?

18       A.   No.

19         MR. TOBEROFF:  Before we go further, I just

20   wanted to add, in the other one, Warren, the

21   deposition, you had mentioned that there were two

22   lawsuits and that one concerned Superman, the other

23   concerned Superboy, and correctly that they have been

24   consolidated for purposes of discovery.

25       Q.   I may be asking you certain questions, and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 59
2082

4

1    obviously wanting you to give answers.  It's important

2    that you understand the question that I am asking.

3    And if you don't understand it, then you please ask

4    for clarification.  Do you understand that?

5        A.    Uh-huh.

6        Q.    And you are going to have to give a verbal

7    "yes" or "no" even though --

8        A.    Okay.

9        Q.    -- we're being videotaped, for Ms. Chin, to

10   make it easier to take down people's answers.

11       A.    Okay.

12           MR. TOBEROFF:  It's hard for them to take

13   down "uh-huh" and "huh-uh."

14       A.    Oh.

15       Q.    Is there -- are you taking any medication or

16   anything that would impair your ability to testify

17   truthfully today?

18       A.    No.

19       Q.    Is there anything that would impede you from

20   testifying completely and truthfully today?

21       A.    No.

22       Q.    When I ask you questions -- I am sure your

23   lawyer has instructed you on this -- but you need to

24   leave sometime to allow him to object to the question

25   if there is an objection.  And I can't imagine there

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 59
2083

5

1   would be any objection to my questions, but sometimes

2   it happens.

3          MR. TOBEROFF:   Because the court reporter

4   can't take people talking over each other.   She can

5   only take one person at a time.

6          (Exhibit 12 marked.)

7      Q.   (By Mr. Perkins)   I have asked the court

8   reporter to mark as Exhibit 12 a document that's

9   entitled "Subpoena in a Civil Case."   Have you seen

10  this document before today, Ms. Peavy?

11     A.   I know we were subpoenaed, yes.

12     Q.   Do you -- do you recall searching for any

13  documents to produce to give to us in response to the

14  subpoena?

15     A.   Oh, my son would have done that.

16     Q.   Did you independently do anything?

17     A.   No.   No.

18     Q.   Are there documents relating to Superman or

19  to Superboy that you have that your son would not know

20  about?

21     A.   No.

22     Q.   So you are comfortable that he searched

23  everywhere where documents do exist?

24     A.   Oh, yes.   Yes.

25     Q.   Ms. Peavy, you are the sister of Joseph



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 59
2084

6

1  Shuster; isn't that right?

2      A.   Yes.

3      Q.   Were you and your brother close?

4      A.   Very close.

5      Q.   If you don't mind my asking, what is the age

6  difference between you and --

7      A.   Six years.

8      Q.   And were you close to Mr. Shuster during the

9  years when he was beginning to do Superman?

10     A.   Yes.

11     Q.   And do you -- did he talk to you about the

12 process of creating the first Superman comic book?

13          MR. TOBEROFF:  Vague and ambiguous.  You can

14 answer.

15     A.   Yes.  I watched it being drawn.

16     Q.   You were there when he was drawing it?

17     A.   I am the only one in the world that watched

18 it being drawn.

19     Q.   How wonderful.  Do you remember when that

20 was?

21     A.   Well, let's see.  I was -- first they did

22 the evil character, and then they made it the good

23 character.  I think the good character was 1934.

24 21 -- 31 -- 33 -- 34.

25     Q.   Okay.  And do you recall when Mr. Shuster

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 59
2085

7

1  first met Jerry Siegel?

2      A.   Oh, yes.  In high school.  Uh-huh.

3      Q.   And when did you first meet Jerry Siegel?

4      A.   The first day they met.

5      Q.   Where was that?

6      A.   They met in high school.  They were

7  introduced by a cousin, by Jerry's cousin, and they

8  immediately came over to our -- to our house.  And

9  they got around -- we had a big dining room table

10  about, you know, a little bit bigger than this, and

11  they immediately started talking about science fiction

12  and very, very excited about HG Wells and all the --

13  all the great science fiction things that were going

14  on.  And they were both great fans, and so they -- the

15  first day they thought, we ought to do something

16  together.  So, immediate.

17      Q.   And do you recall how the first Superman

18  comic strip came to be?  Was there a script written

19  first or was there a drawing done first?  Do you

20  recall what the process was?

21      A.   They worked together.  Jerry got the idea

22  and they came over and around the dining table, and he

23  would talk about his idea for a story and, then Joe

24  would say, well, then -- well, how about this?  And he

25  would draw it out real, real fast and say, how does

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 59
2086

8

1    this look to you?  And Jerry would say, yes, great.

2    Great.   Great.   And they were both excited and

3    enthusiastic and very, very excited.

4         Q.    Now, do you recall when -- in which comic

5    book the first Superman story was published?  Do you

6    remember that?

7         A.    Oh, June 1938.

8         Q.    Right.  And do you remember the title of the

9    comic?

10        A.    Oh, well, was it --

11        Q.    It's okay if you don't.

12        A.    No.  No.  No, I don't think I would remember

13   the title.

14        Q.    Do you remember the title Action Comics?

15        A.    Oh, of course.

16        Q.    Okay.  So the June 1938 Action Comics Number

17   1, was that your recollection of the first story that

18   was published?

19        A.    Yes.

20        Q.    Now, after they -- strike that.  Let me go

21   back.

22             Were you -- did your brother keep you

23   apprised as to their efforts to sell the Superman

24   comic?

25        A.    Oh, yes, definitely.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 59
2087

9

1    Q.    And did he -- at some point did Joe Shuster
2    tell you that they had, in fact, found someone who
3    would publish Superman?
4    A.    Eventually, yes.
5    Q.    Eventually.  And did he tell you about --
6    about this before Action Comics Number 1 was
7    published?
8    A.    Oh, yes.  They were submitting it.  Uh-huh.
9    Q.    But did they tell you -- in other words, did
10   your brother tell you that Superman was going to be
11   published in Action Comics Number 1 before the comic
12   book actually came out?
13   A.    Oh, yes.
14   Q.    He did?
15   A.    Uh-huh.
16   Q.    After Action Comics Number 1 was
17   published -- or strike that.  Let me go back.
18        The comic that was in Action Comics Number
19   1, was that a comic that Joe and Jerry had come up
20   with together on their own without anybody else being
21   involved?
22   A.    Oh, that was a newspaper -- that was the
23   dailies from the newspaper.
24   Q.    And the dailies then became Action Comics
25   Number 1?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 59
2088

10

1    A.    Yes.   Yes.

2    Q.    So at the time that they found someone to

3  publish the dailies into a comic book, were there any

4  other Superman comics that were done, ready to be

5  published?

6    A.    Yes.   Yes.

7    Q.    Do you recall which ones they were?

8    A.    Many of them.   I know that they were --

9  there were many.

10   Q.    There were many that were completed?

11   A.    Yes.   Uh-huh.

12   Q.    How many?   Do you know?

13   A.    Oh, I wouldn't know how many, but there were

14  quite a few.   Quite a few.

15   Q.    And do you know if those were ultimately

16  published?

17   A.    Well, I guess they were.   A lot of Action

18  Comics came out, and it sold so well that they finally

19  made a Superman magazine out of it.

20   Q.    And when -- after the first Action Comics

21  Number -- after Action Comics Number 1 came out, did

22  Joe ever tell you about the way that he and Jerry

23  worked with the publisher?   Their working process.

24       MR. TOBEROFF:  The way they worked after

25  Action Comics Number 1 came out?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 59
2089

11

1    Q.    Yes.

2    A.    Hum -- what do you mean by "the way"?

3    Q.    Well, did he ever tell you whether they were

4  given assignments or what they were asked to do, how

5  it was supposed to work?

6    A.    Oh, they -- they paid them by the page.  I

7  know that.

8    Q.    Okay.

9         MR. TOBEROFF:  I think he is asking you --

10         MR. PERKINS:  You know what?  That's okay.

11  I appreciate that.  It's all right.

12         THE WITNESS:  I know they paid $10 a page.

13    Q.    (By Mr. Perkins)  Do you recall at any time

14  a novel that was published called The Adventures of

15  Superman that had illustrations by your brother?

16    A.    Uh-huh.

17    Q.    Do you recall that?

18    A.    Uh-huh.

19    Q.    Do you recall when that was published?

20    A.    Back in the '40s.

21    Q.    Back in the '40s.  And how did you come to

22  know about this -- about the novel?

23         MR. TOBEROFF:  Assumes facts not in

24  evidence.  You can answer.

25    A.    I just saw it.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 59
2090

12

1      Q.    When did you see it?

2      A.    Oh, I don't remember.

3      Q.    Did Joe give it to you or did you see it in

4  the store?

5      A.    No.  No.  I really wouldn't remember too

6  much about a novel -- the novel.  I just know it was

7  done and he was very, very proud of it.  So -- I know

8  that.

9            MR. PERKINS:  Why don't you mark that for

10  me?

11           (Exhibit 13 marked.)

12     Q.    (By Mr. Perkins)  And Ms. Peavy, I have

13  asked the court reporter to mark a document as Exhibit

14  13, which is a letter dated April 27, 1995, under your

15  signature, directed to Paul Levitz.

16     A.    Uh-huh.

17     Q.    Is this your signature at the bottom of the

18  page?

19     A.    Yes.

20     Q.    Did you write the letter?

21     A.    Me?  Um -- I -- I don't know if I did or my

22  son did.  Probably my son, and I signed it.

23     Q.    Okay.  The first sentence refers to, says,

24  quote, "It was a delightful surprise to receive a copy

25  of the book, The Adventures of Superman, by Lowther."

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 59
2091

13

1   Do you see that?

2       A.   Oh, yes.

3       Q.   Did you, in fact, receive a copy of that

4   from Paul Levitz?

5       A.   Oh, yes.  Yes.

6       Q.   And the next sentence says, "I had such a

7   feeling of nostalgia looking at the drawings"?

8       A.   Oh, yes.  Yes.  I wrote that.  I wrote

9   that.  I remember that.

10      Q.   Okay.

11      A.   Okay.  I remember that.

12      Q.   All right.  And have you read this book, by

13  any chance?  Have you read the novel or did you just

14  look at it?

15      A.   No, I didn't.  I just looked at the

16  pictures.

17      Q.   Okay.  Now, at some point in the 1940s

18  Mr. Shuster joined Jerry Siegel and filed a lawsuit

19  against -- against National Periodicals or some other

20  entities that they were working with.  Do you recall

21  that?

22      A.   Uh-huh.

23      Q.   Were you close to --

24           MR. TOBEROFF:  Excuse me.  Did you mean to

25  say -- did you say 1960s or '70s?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 59
2092

14

1      MR. PERKINS:  I said 1940s.

2      MR. TOBEROFF:  Oh, 1940s.

3      THE WITNESS:  '47, I believe or '48.

4      MR. PERKINS:  1947.

5      MR. TOBEROFF:  Sorry.  Sorry.

6      MR. PERKINS:  That's all right.  Wrong

7  lawsuit.

8      Q.   (By Mr. Perkins)  Were you close to Joe at

9  the time that that happened?

10     A.   Yes.  In the '40s I was.

11     Q.   Do you recall --

12     A.   Yes.

13     Q.   Did Joe tell you anything about that

14  lawsuit?

15     A.   I think that he -- that they felt that they

16  were weren't being compensated for their contribution

17  to a character that was making hundreds of millions of

18  people happy, and they weren't getting their due

19  compensation.  That's what I -- I'm aware of.

20     Q.   Did he ever talk to you about any of the

21  details of the lawsuit?

22     A.   No.

23     Q.   Did he ever talk to you about --

24     A.   Oh, well, I know that it kept going on and

25  on and on and on, I know that.  And we thought when is



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 59
2093

15

1   this ever going to be settled.  I remember that.

2        Q.    Okay.

3        A.    And very unhappy.  My poor brother, he was

4   -- he was poor.  And -- you know, and here is a

5   character that's making other people rich and he is

6   not -- doesn't have enough money.

7        Q.    Now --

8        A.    The same with Jerry, too.

9        Q.    Now, the case that took place in the

10  1940s --

11       A.    Uh-huh.

12       Q.    -- did he ever talk to you about what the

13  case -- what kind of claims there were in the case?

14  Did he ever talk to you about anything like that?

15       A.    I don't think I know the claim itself.

16       Q.    Okay.  Did your brother ever talk to you

17  about the character Superboy?

18       A.    Um -- no, not Joe.  Not Joe, no.

19       Q.    He never did?

20       A.    No.

21       Q.    Okay.  Now, your brother had another lawsuit

22  in the late 1960s that he had.

23       A.    Uh-huh.

24       Q.    Do you recall -- do you recall that?

25       A.    Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 59
2094

16

1    Q.    And do you recall what that lawsuit was

2  about?

3    A.    Oh, here they were a couple of the creators

4  of Superman living in poverty.  They were destitute.

5  They were really desperate.

6    Q.    Did Mr. Shuster talk to you about why they

7  brought the lawsuit?

8    A.    I think they wanted some compensation.

9    Q.    Now, did they end up ever getting any

10 compensation?

11   A.    Not then.

12   Q.    When -- when did they end up getting

13 compensation?

14        MR. TOBEROFF:  Vague and ambiguous, calls

15 for a narrative.

16   A.    Much later.  I was married by then, and

17 raising kids, and I didn't keep as much -- track of

18 anything legal at all.

19   Q.    When you were -- are you aware that in the

20 1970s Mr. Shuster entered into an agreement with

21 Warner Communications for some compensation to him?

22   A.    Yes.  I think there was something going on I

23 read.  Yes.

24   Q.    Were you close to him at that time?

25   A.    No.  I was married and raising two kids, and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 59
2095

17

1   he -- yes.  I was living in Texas then, so --

2       Q.    In El Paso?

3       A.    Yes.

4       Q.    And were you estranged at all?

5       A.    Oh, no.

6       Q.    Okay.

7       A.    No.  No.  He -- he called me on the phone,

8   he is interested in the kids, you know, about Warren

9   and Dawn and my husband and me and how we were getting

10  along and, you know, not too well and, you know -- I

11  mean -- no, we had a happy family life, but I mean,

12  financially we weren't doing as good as we would have

13  liked.

14      Q.    Do you -- did you at any time have an

15  understanding as to how much money Mr. Shuster was

16  receiving in this deal that he entered into with

17  Warner Communications?

18      A.    No.

19      Q.    Were you aware that the deal also provided

20  for certain monies to be paid to your other brother,

21  Frank --

22      A.    Uh-huh.

23      Q.    -- under that agreement?

24      A.    Uh-huh.

25      Q.    And do you recall how much he was to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 59
2096

18

1   receive?

2       A.   I don't remember.

3       Q.   You don't remember.

4       A.   Originally 5,000 -- I don't even remember.

5       Q.   At some point did you become aware that

6   Joanne Siegel -- well, strike that.  Who was Joanne

7   Siegel?

8       A.   Jerry's wife.

9       Q.   Okay.  And at some point did you become

10  aware that Joanne Siegel was acting as an agent for

11  your brother?

12      A.   Yes.  I think -- -- you know, Joe would --

13  when I talked to him on the phone he would always say

14  Joanne was handling it.  That's all I know.  Joanne

15  was handling it.

16      Q.   Did you ever come to learn whether Joanne

17  was charging Joe anything for that?

18      A.   I don't know.

19           (Exhibit 14 marked.)

20      Q.   I have asked the court reporter to mark a

21  document, multipage document as Exhibit 14.

22           MR. TOBEROFF:  Am I correct that this

23  basically has no Bates stamps, that prior to this

24  deposition this has never been produced?

25           MR. PERKINS:  No.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 59
2097

19

1          MR. TOBEROFF:  It has been produced?

2          MR. PERKINS:  Yes.

3          MR. TOBEROFF:  Okay.

4          THE WITNESS:  Okay.

5      Q.    (By Mr. Perkins)  Do you recall writing this

6   note?

7      A.    Yes.

8      Q.    And who is the Paul that's referenced in

9   this note?

10     A.    Well, I am writing to Paul Levitz.

11     Q.    And this is your handwriting; correct?

12     A.    Yes.

13     Q.    Okay.  The next page there is a typed letter

14  that begins -- to a Mr. Marty Payson?

15     A.    Uh-huh.

16     Q.    Who was Marty Payson?

17     A.    Oh, if I recall he was the -- was the

18  treasurer then or something?  He was some executive

19  there.

20     Q.    Did you have direct contact with him at all?

21     A.    Never.

22     Q.    If I could ask you to look at the second to

23  last page of this letter, is that your signature?

24     A.    Yes.

25     Q.    Okay.  Now, this was written or is dated

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 59
2098

20

1  August 21, 1992?

2      A.    Uh-huh.

3      Q.    Which is less than a month after your

4  brother Joe died; correct?

5      A.    Yes.   Uh-huh.

6      Q.    And do you recall why this letter was sent?

7      A.    Um -- well, wait a minute.   I --

8          MR. TOBEROFF:   Why don't you take your time

9  and read it?

10         MR. PERKINS:   Take a minute and read the

11 letter.

12         MR. TOBEROFF:   I would read the whole

13 letter.

14         THE WITNESS:   We --

15         MR. TOBEROFF:   Wait.   I would read the whole

16 letter before you answer about the document.

17         THE WITNESS:   Oh.

18         MR. TOBEROFF:   Just take your time.

19         THE WITNESS:   Yes, Joe -- estate almost

20 nothing -- that's right.

21         Okay.   Yes.   I remember that now, yes.

22     Q.    (By Mr. Perkins)   What was the purpose of

23 writing this letter to Marty Payson?

24     A.    I had to appeal for help, financial help.

25     Q.    Did you receive any help as a result?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 59
2099

21

1    A.    Yes.  They took care of everything.

2    Q.    Did -- and when you say they took care of

3  everything, what do you mean?

4    A.    Well, I mean, I think they -- whatever had

5  to be paid they paid.

6    Q.    Now, at page 2 of the letter -- so it's the

7  third page of that document, in the second paragraph?

8    A.    Second page, yes.

9    Q.    I will read to you in the second paragraph

10  beginning the third sentence, "We also found out" --

11  I'm sorry, "We also found that over $1,200 a month was

12  being paid to Joanne Siegel for some kind of

13  commission for including him in the pay raise.  It

14  appears that for quite a few years she has been taking

15  20 percent of his income as an agent's commission for

16  getting pay raises for Siegel and Shuster."  Do you

17  see that?

18    A.    Yes.  Yes.

19    Q.    Had you known this --

20    A.    I didn't.

21    Q.    -- before you wrote the letter?

22    A.    No, I didn't know it before.

23    Q.    And what was your reaction to this when you

24  found out?

25        MR. TOBEROFF:  Vague and ambiguous.  You can



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 59
2100

22

1  answer.  Calls for a narrative.

2      A.   She was always handling the business.

3  That's all I know.  She was putting herself out

4  handling the business.

5      Q.   And did you ever ask her about this 20

6  percent that she was receiving from Joe?

7      A.   When they -- when I was in Joe's apartment

8  and Jerry and Joanne came over, yes, and we talked

9  about it.

10     Q.   And do you --

11     A.   Sorry.  Now I do recall about it, yes.

12     Q.   Do you recall what was said during that

13 conversation?

14     A.   Well, no.  I thought it was okay then

15 because, you know, understanding how Joanne had worked

16 for -- you know, to help Joe along with Jerry, then --

17 before that -- I wrote this letter before and I didn't

18 realize until I talked to Joe, Joanne and Jerry, as to

19 why it was okay.

20     Q.   And what was your understanding as to what

21 was being done to earn that money?

22     A.   She -- she had worked to get a higher pay

23 raise, I guess.

24     Q.   And do you remember how much Joe was

25 receiving by the time he died?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 59
2101

23

1    A.    No, I have no idea.

2    Q.    You don't remember?

3          At some point -- strike that.

4          Was -- was -- after Joe died was your

5    brother Frank still receiving money from Warner

6    Communications?

7    A.    Yes.

8    Q.    Do you remember how much?

9    A.    Huh-uh.  No, I don't think I remember how

10   much.

11   Q.    Do you recall having any discussions with

12   either Paul Levitz or anyone else about an amount of

13   money that would continue to be paid to Frank?

14   A.    To Frank, yes.  Yes.

15   Q.    Do you recall how much that was?

16   A.    Yes.  I think it was 25,000.

17   Q.    Per year?

18   A.    Yes.

19   Q.    And who was to receive that money?

20   A.    My brother, Frank.

21   Q.    And was the money paid to Frank or to you?

22   A.    Oh, no.  No.  To Frank.

23   Q.    And when he died, who then began -- did you

24   begin receiving that money?

25   A.    Yes.  yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 59
2102

24

1       Q.    Okay.

2       A.    Well, yes.  Yes.

3             (Exhibit 15 marked.)

4       Q.    I am going to hand you what's been marked as

5   Exhibit 15.

6             MR. TOBEROFF:  Before you ask the question,

7   I would also like to note that this letter, which I

8   also don't recall seeing, is also not Bates stamped.

9   Has this been produced before today?

10            MR. PERKINS:  To my knowledge, yes.

11            MR. TOBEROFF:  I have never seen Exhibit 14

12  and I have never seen this letter.  I could have

13  missed it in the document, but I'm curious as to why

14  all the documents are Bates stamped except these

15  letters, which I don't recall seeing.

16            THE WITNESS:  Uh-huh.

17            MR. TOBEROFF:  I have never seen this

18  letter.  I don't believe it was produced.

19            And it couldn't be -- no comment.

20            THE WITNESS:  My brother -- I have never

21  seen it, either.

22      Q.    (By Mr. Perkins)  You have never seen it

23  before?

24      A.    No.

25      Q.    Do you recall whether the payments --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 59
2103

25

1  payments were made to you instead of to your brother?

2      A.    Yes.

3      Q.    Were they, in fact, made to you?

4      A.    Uh-huh.

5            MR. TOBEROFF:  Wait a moment for me to

6  object.

7            THE WITNESS:  Okay.

8            MR. TOBEROFF:  Also, let him finish the

9  question before you answer --

10           THE WITNESS:  Okay.

11           MR. TOBEROFF:  -- even though you think you

12  know what he is asking --

13           THE WITNESS:  Okay.

14           MR. TOBEROFF:  -- let him finish the

15  question.

16           THE WITNESS:  Uh-huh.

17           MR. TOBEROFF:  You are doing fine.

18           THE WITNESS:  Uh-huh.

19           (Exhibit 16 marked.)

20           THE WITNESS:  Okay.

21      Q.    (By Mr. Perkins)  All right.  I have had the

22  court reporter mark as Exhibit 16 a two-page

23  document.  I have -- I have copied them together.

24  They really don't go together, I'm sorry about that.

25  Actually, you may even take off the back page.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 59
2104

26

1          MR. TOBEROFF:  Just the page 1 we should

2    keep?

3          MR. PERKINS:  Yes.

4          MR. TOBEROFF:  I'll do it for you.

5          THE WITNESS:  All right.

6          MR. PERKINS:  The other one doesn't -- it's

7    not very --

8      Q.   (By Mr. Perkins)  Did you -- is this your

9    signature at the bottom of the page?

10     A.    Yes.  Uh-huh.

11     Q.    Did you review this document before you

12   signed it?

13     A.    I probably glanced at it, yes.

14     Q.    Now, in the agreement, the second full

15   paragraph, the last sentence says, quote, "In any

16   event, you now grant to us any such rights and release

17   us" -- let me try that again.

18          "In any event, you now grant to us any such

19   rights and release us, our licensees and all others

20   acting with our permission, and covenant not to assert

21   any claim of right, by suit or otherwise, with respect

22   to the above, now and forever."

23          In the following paragraph it states, and I

24   quote, "If, despite the terms of this agreement,

25   either of you assert any such claim of right, for any



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 59
2105

27

1    reason, you agree to refund to us, upon the making of

2    any such assertion, all amounts previously paid to you

3    hereunder, and we will have no obligation to make any

4    further payments under this agreement," period, closed

5    quote.  Do you see that?

6        A.   Yes.

7        Q.   Do you remember reading that when you signed

8    this document?

9        A.   I probably read it but I -- you know, I was

10   -- I was listening to my brother Frank at the time, so

11   I wasn't paying much attention.  I was depending upon

12   him to, you know, tell me if I should sign it.  So --

13       Q.   Do you have an understanding as to what this

14   second to last paragraph means?

15           MR. TOBEROFF:  Calls for a legal conclusion.

16   You can answer.

17       A.   Yes.  I -- I don't -- I don't have any claim

18   if that's what -- yes.

19       Q.   Well, the first sentence of the second to

20   the last paragraph says that if either of you assert

21   any such claim of right for any reason, you agree to

22   refund to us, upon the making of any such assertion,

23   all amounts previously paid to you hereunder.  Do you

24   see that?

25       A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 59
2106

28

1    Q.   Now, to your knowledge, had you made any

2  claim to --

3    A.   Huh-uh.

4    Q.   -- own or to be able to recapture the

5  copyrights of your brother, Joseph Shuster?

6        MR. TOBEROFF:  Objection, calls for a legal

7  conclusion, vague and ambiguous.  You can answer the

8  question if you understand it.

9    A.   Yes.  No, I haven't made any claim.

10   Q.   Are you aware as to whether or not the

11 estate of your brother has made any claim?

12   A.   My son handles everything legal, so I

13 don't -- I don't know what's going on there.

14   Q.   Okay.

15        (Exhibit 17 marked.)

16   Q.   I have asked the court reporter to mark as

17 Exhibit 17 the document, one-page document appears to

18 be a letter that bears Bates number 53 on it.

19   A.   Uh-huh.  Um.  Okay.  I remember that.

20   Q.   Did you -- is this -- did you write this

21 letter?

22   A.   Uh-huh.

23   Q.   And this is your signature at the bottom?

24   A.   Yes.  Yes.

25   Q.   Do you have regular contact with Joanne

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 59
2107

29

1  Siegel.

2      A.    Uh-huh.

3      Q.    How often do you communicate with her?

4      A.    Oh, we call each other on the phone.

5      Q.    When is the last time you spoke with

6  Mrs. Siegel?

7      A.    A few weeks ago, I think.

8      Q.    And do you recall what you discussed?

9      A.    Family stuff.  We never talk business.

10      Q.    Have you ever had any conversations with her

11  about her lawsuit?

12      A.    Never.

13      Q.    I would like to invite your attention to the

14  second paragraph, first sentence, says, quote, "There

15  was so much injustice done that I am hoping the wrongs

16  will be righted and that your attorney will get a fair

17  deal for you," period, closed quote.  Do you remember

18  reading that -- writing that?

19      A.    Yes.  Yes.

20      Q.    And did you -- was that referring to

21  something that you had discussed with Joanne?

22      A.    Yes.  I knew she had an attorney.

23      Q.    Do you recall who that was?

24      A.    No.

25      Q.    At some point did you recommend to Joanne

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


DEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 59
2108

30

1    Siegel that she -- strike that.

2         Do you have any kind of agreement with

3    Joanne Siegel about money relating to Superman?

4         A.    No.

5         Q.    Do you know, for example, how much money she

6    receives from Warner Brothers?

7         A.    I have no idea.

8         Q.    Do you know whether she knows how much money

9    you receive?

10        A.    I think she is the one that -- is the one

11   that got it for Frank, and then I inherited it, so I

12   think she knows about -- yes, what I get, yes.

13        Q.    And do you -- other than -- are you still

14   receiving the $25,000 per year?

15        A.    Uh-huh.

16        Q.    And do you -- do you also receive other

17   money from DC Comics?

18        A.    No.

19        Q.    Do you ever receive bonus payments from

20   them?

21        A.    No -- no.  No.  I don't remember.  No, we

22   didn't get anything for -- this latest one, no.

23        Q.    Have you ever gotten a bonus payment?

24        A.    No, I don't -- no, I don't think I ever

25   did.  No.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 59
2109

31

1    Q.    Okay.  When you referred to injustice being

2    done, what were you referring to?

3    A.    Well, over the years they were not

4    compensated for -- for their creation, so that's the

5    injustice.

6    Q.    That's what you're referring to?

7    A.    Yes.

8    Q.    Was there any other injustice that you are

9    referring to?

10    A.    No.

11    Q.    And you mentioned that you never talk

12    business with Joanne Siegel?

13    A.    Huh-uh.

14    Q.    Have there been ever any instances --

15    MR. TOBEROFF:  I think that

16    mischaracterizes -- I believe it mischaracterizes the

17    testimony, but that's okay.

18    A.    Well, I mean, I knew she had had a lawyer.

19    Q.    Okay.

20    A.    But I mean, I didn't know any of her

21    dealings with -- with whatever was going on with her

22    personal -- her personal case.  We never talked about

23    her personal case, that's what I mean.

24    Q.    Do you recall when -- when you first met

25    Mr. Toberoff?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 59
2110

32

 1     A.    Uh-huh.

 2     Q.    When was that?

 3     A.    Um -- 2001, about the middle of 2001

 4 sometime.

 5     Q.    And earlier today your son indicated that

 6 Mr. Toberoff's name was given to Joanne Siegel?

 7     A.    Uh-huh.

 8     Q.    And he thought that you had been the one to

 9 communicate that?

10     A.    I told her about him.

11     Q.    Do you recall when you did that?

12     A.    Maybe about a year later, after -- after we

13 had, I don't know, Marc Toberoff as our counsel, and

14 she was unhappy with or she was -- she was unhappy

15 with her lawyer.

16     Q.    What did she tell you about being unhappy

17 with her lawyer?  What did she tell you?

18     A.    Well, he -- the case -- her case wasn't

19 moving.

20     Q.    And was that the only thing that she

21 expressed to you was making her unhappy?

22     A.    Yes, I think so.  Nothing was happening, as

23 far as I know.  So I told her -- I thought that Marc

24 Toberoff would -- we liked him very much, and we -- we

25 felt he was very ethical, very knowledgeable, very

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 59
2111

33

1    intelligent.  And so we -- I -- I on the telephone, I

2    suggested that she get in touch with him.

3        Q.    Okay.  Do you recall whether she -- did she

4    ever tell you that she did that?

5        A.    Oh, yes, she did.

6        Q.    What did she tell you?

7        A.    Oh, she told me that she called him and that

8    they -- they had a luncheon.  I guess they met for

9    lunch or something.  She and Laura and Mr. Toberoff

10   met for lunch in LA.

11       Q.    And what did she tell you about that

12   meeting?

13       A.    I -- she asked him a lot of questions and

14   she liked him a lot.

15       Q.    Did she tell you what questions she asked

16   him?

17       A.    No.  No.

18       Q.    Did she tell you why she liked him?

19       A.    She thought he was smart, ethical.  She got

20   good vibrations about him and so did I.  So --

21             MR. TOBEROFF:  Thank you.

22       Q.    I was going to say, what's not to like?

23             MR. TOBEROFF:  I'm not -- I'm not allowed

24   to --

25             If you wake up every morning after talking

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 59
2112

34

1    to the defendants to see if there are horns growing

2    out of my head.

3        Q.    (By Mr. Perkins)  Mrs. Peavy, do you recall

4    signing any agreements with any of Mr. Toberoff's

5    companies?

6        A.    Yes, I guess we did.  Companies or with

7    Mr. Toberoff?

8        Q.    Did you get legal counsel with respect to

9    whether or not to sign those agreements?

10        A.    We couldn't afford any legal counsel so,

11    no.  I just had a good feeling -- we just had a good

12    feeling about him.

13        Q.    Okay.  Do you recall in any of those

14    agreements that you signed how much Mr. Toberoff would

15    receive in connection with whatever income you

16    received from Superman?

17        A.    No.  We went in as partners, as far as I

18    know.

19        Q.    And when you say partners, what do you --

20        A.    Well, I mean, we couldn't afford anything,

21    so --

22        Q.    So by that you mean a 50-50 partnership?  Is

23    that what you were saying?

24        A.    Yes.

25        Q.    In 2005, were you -- did you receive a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 59
2113

35

1   letter from Paul Levitz making an offer to license

2   certain Superman rights?

3       A.   I think Warren might have.  I am not sure

4   about that.

5       Q.   That's okay.

6            MR. PERKINS:  Can you show her what was

7   previously marked as Exhibit 10?

8       Q.   Before I have you read the whole thing,

9   Ms. Peavy, and I don't think we're going to do that --

10      A.   No.

11      Q.   Because I want to --

12      A.   Anyway, you know, I don't think I read it.

13      Q.   You don't think you read this?

14      A.   No, because that's legal stuff and I just --

15   I let it --

16      Q.   Were you aware that this -- among other

17   things, there was an offer to pay a -- to pay two

18   million dollars to you and Warren if you would sign an

19   agreement?

20      A.   You know, my son didn't take it seriously

21   because we didn't talk about it.  He just said he got

22   a letter and he wasn't -- forget it.

23      Q.   Did he say anything else to you about it?

24      A.   Huh-uh.  I don't think we -- I don't think

25   he took it seriously.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 59
2114

36

1      Q.    Are you aware that DC Comics had offered to

2  pay you two million dollars?

3      A.    Yes.  I think he might have mentioned that,

4  yes.

5            MR. PERKINS:  I just want to take a quick

6  break.

7            (A recess was taken.)

8      Q.    (By Mr. Perkins)  I wanted to go back to

9  something that counsel said regarding Exhibit 14.

10  Exhibit 14 was produced.  The Bates numbers are DCC

11  6476 through 6479.  That I have with me.  I don't

12  have --

13            MR. TOBEROFF:  I'm sorry, 6476 through 6479?

14            MR. PERKINS:  That's right.  It's actually a

15  more complete document that's produced that has the

16  actual receipts and bills that go with it.

17            MR. TOBEROFF:  Oh, okay.

18            MR. PERKINS:  So it goes all the way through

19  6494.  As for the handwritten letter, I don't have it

20  with me but, you know, my recollection is that was

21  also produced.

22            MR. TOBEROFF:  Okay.  If I am wrong I take

23  back what I said.

24            MR. PERKINS:  Mrs. Peavy, I have no further

25  questions for you.  Thank you so much for coming

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 59
2115

37

1    today.   It was a pleasure meeting you.

2           THE WITNESS:   Oh, thank you very much.

3    Okay.   So that's all?

4           MR. PERKINS:   That's it.

5           (The deposition concluded at 2:33 p.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 59
2116

38

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA


JOANNE SIEGEL,                    )
LAURA SIEGEL LARSON              )
                                 )
                Plaintiffs,      )
                                 )
        v.                       )  CASE NO. CV 04-8400
                                 )            CV 04-8776
WARNER BROS, et al.              )
                                 )
                Defendants.      )


CERTIFICATE OF COMPLETION OF DEPOSITION

   I, MABEL JIN CHIN, New Mexico CCR #81, DO HEREBY
CERTIFY that on November 11, 2006, the deposition of
JEAN ADELE PEAVY was taken before me at the request
of, and sealed original thereof retained by:

        Attorney for the Defendants
        PERKINS LAW OFFICE, P.C.
        1711 Route 9D
        Cold Spring, New York 10516
        BY:  MR. PATRICK PERKINS

   I FURTHER CERTIFY that copies of this certificate
have been mailed or delivered on _____, with
changes, if any, by the witness appended, to the
following counsel of record and parties not
represented by counsel:

        Attorney for the Plaintiffs
        MR. MARC TOBEROFF
        2049 Century Park East, #2720
        Los Angeles, California 90067

   I FURTHER CERTIFY that examination of this
transcript and signature of the witness were requested
by the witness and all parties present.

   On _____, a letter was mailed or
delivered to Mr. Toberoff regarding obtaining
signature of the witness.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 59
2117

39

1    I FURTHER CERTIFY that the recoverable cost of the original and one copy of the deposition, including
2   exhibits to Mr. Perkins is $_____.

3    I FURTHER CERTIFY that I did administer the oath to the witness herein prior to the taking of this
4   deposition; that I did thereafter report in stenographic shorthand the questions and answers set
5   forth herein, and the foregoing is a true and correct transcript of the proceeding had upon the taking of
6   this deposition to the best of my ability.

7    I FURTHER CERTIFY that I am neither employed by nor related to nor contracted with (unless excepted by
8   the rules) any of the parties or attorneys in this case, and that I have no interest whatsoever in the
9   final disposition of this case in any court.

10

11                    _____
                        MABEL JIN CHIN
12                      Certified Court Reporter #81
                        License expires:  12/31/2006
13

14

15

16

17

18

19

20   (3520B) MC
     Date taken:  November 11, 2006
21   Proofread by: LR

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 59
2118

40

1    SIEGEL vs. WARNER BROS

2          WITNESS SIGNATURE/CORRECTION PAGE

3    If there are any typographical errors to your
     deposition, indicate them below.

4
     PAGE    LINE
5
     _____Change to _____
6
     _____Change to _____
7
     _____Change to _____
8
     _____Change to _____
9

10   Any other changes to your deposition are to be listed
     below with a statement as to the reason for such

11   change.

12   PAGE    LINE              CORRECTION        REASON

13

14

15

16

17

18

19       I, JEAN ADELE PEAVY, do hereby certify that I have
     read the foregoing pages of my testimony as

20   transcribed, and that the same is a true and correct
     transcript of the testimony given by me in this

21   deposition on November 11, 2006, except for the
     changes made.

22

23                           _____

24                           JEAN ADELE PEAVY
                             DATE SIGNED: _____

25   (3520B) MC Proofread by: LR

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 59
2119