DANIEL M. PETROCELLI (S.B. #097802)
dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:  (310) 553-6700
Facsimile:   (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone:  (845) 265-2820
Facsimile:   (845) 265-2819

Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**NOTICE OF ERRATA IN DC COMICS' UPDATED, INITIAL OPPOSITION TO DEFENDANTS' MOTION TO STRIKE UNDER CALIFORNIA'S ANTI-SLAPP STATUTE AND DECLARATION OF DANIEL M. PETROCELLI FILED ON AUGUST 8, 2011**<br><br>The Hon. Otis D. Wright II |

1  On August 8, 2011, plaintiff DC Comics filed its Updated, Initial Opposition To Defendants' Motion To Strike Under California's Anti-SLAPP Statute and supporting Declaration Of Daniel M. Petrocelli. Docket Nos. 304, 305. Upon review, the documents contain two sets of citation errors. First, DC's citations to the transcript of the deposition of Laura Siegel Larson were inadvertently made to a rough version of the transcript, not to the final, certified transcript attached as Exhibit 24 to the Declaration Of Daniel M. Petrocelli. These citation references have been corrected and do not affect the substance of DC's filing. Second, several citations in the Petrocelli Declaration were made to the internal page numbers of transcripts, rather than to the consecutively-paginated declaration exhibits. This non-substantive error has been corrected as well. A handful of other typographical errors—none substantive—were also corrected.

DC is re-filing corrected copies of (1) its Updated, Initial Opposition To Defendants' Motion To Strike Under California's Anti-SLAPP Statute; and (2) the Declaration Of Daniel M. Petrocelli In Support Of DC Comics' Updated, Initial Opposition To Defendants' Motion To Strike Under California's Anti-SLAPP Statute. Attached as Exhibits A and B to this filing, respectively, are redlines comparing the August 8 brief with the corrected copy, and comparing the corrected August 8 declaration with the corrected copy being filed.

Dated: August 9, 2011                    Respectfully Submitted,

                                         By: /s/ Daniel M. Petrocelli
                                             Daniel M. Petrocelli