UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 10-03633-ODW-(RZx) | Date | AUGUST 8, 2011 |
|---|---|---|---|
| Title | DC COMICS v. PACIFIC PICTURES CORP., ET AL. | | |

| Present: The Honorable | RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE |
|---|---|

| Ilene Bernal | Recorded on Courtsmart |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Matthew T. Kline | Marc Toberoff |
| | Keith Adams |

**Proceedings:** HRG: 1) PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DENNIS LARSON DOCUMENTS (Doc #297)
2) PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF ALL COMMUNICATIONS WITH THE GOVERNMENT RE TOBEROFF TIMELINE (Doc #298)
3) PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF ALL COPIES OF THE 5/13/03 LETTER (Doc #296)

1) Plaintiff's motion to compel production of Dennis Larson documents (Doc #297) is denied.

2) Plaintiff's motion to compel production of all communications with the government re Toberoff timeline (Doc #298) is granted. The production of the documents, however, shall be governed by the same stay that the Court put in place as to the Grand Jury documents.

3) Plaintiff's motion to compel production of all copies of the 5/13/03 letter (Doc #296) is denied.

The Court's rulings are made for the reasons stated on the record. No further order shall issue.

: 21

Initials of Preparer    igb