Marc Toberoff (State Bar No. 188547)
  mtoberoff@ipwla.com
Nicholas C. Williamson (State Bar No. 231124)
  nwilliamson@ipwla.com
Keith G. Adams (State Bar No. 240497)
  kgadams@ipwla.com
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 3630
Los Angeles, California, 90067
Telephone:   (310) 246-3333
Fax:              (310) 246-3101
MToberoff@ipwla.com

Attorneys for Defendants Mark Warren
Peary, as personal representative of the
Estate of Joseph Shuster, Jean Adele Peavy,
and Laura Siegel Larson

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>            Plaintiff,<br><br>     vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; JOANNE SIEGEL, an individual; LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>            Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>**DECLARATION OF MARC TOBEROFF IN FURTHER SUPPORT OF DEFENDANTS' RENEWED MOTION TO STRIKE UNDER CALIFORNIA'S ANTI-SLAPP STATUTE**<br><br>*Re: Anti-SLAPP Motion to Strike* (Docket No. 145), *under submission per the Court's February 14, 2011 Order* (Docket No. 169)<br><br>*Reply Brief, Declaration of Marc Toberoff, and Declaration of Kevin Marks*<br><br>Complaint filed:  May 14, 2010<br>Trial Date:  None Set |

| | **Exhibit** | **Document** | **Page** |
|---|---|---|---|
| 1 | | Declaration of Marc Toberoff | 1 |
| 2 | A | March 26, 2007 Declaration of Wayne Smith | 7 |
| 3 | B | March 2002 Gary Spence Files | 13 |
| 4 | C | January 24, 2006 Declaration of John M. Gatti | 43 |
| 5 | D | August 2, 2011 letter re: Pacific Pictures Corporation | 118 |
| 6 | E | February 14, 2011 letter from Daniel Petrocelli and Notice of Deposition | 120 |
| 7 | F | April 12, 2011 e-mail chain | 130 |
| 8 | G | May 11, 2011 letter from Marc Toberoff | 131 |
| 9 | H | June 10, 2011 letter from Matt Kline and Notice of Deposition | 133 |
| 10 | I | July 6-11, 2011 e-mail chain | 143 |
| 11 | J | July 11, 2011 letter from Jason Tokoro and Notices of Deposition | 148 |
| 12 | K | July 12, 2011 letter from Matt Kline and Notice of Deposition | 175 |
| 13 | L | July 15-18, 2011 e-mail chain | 182 |
| 14 | M | July 20, 2011 e-mail chain | 186 |
| 15 | N | July 25, 2011 letter from Keith Adams | 188 |
| 16 | O | July 26, 2011 letter from Matt Kline | 190 |
| 17 | P | July 29, 2011 letter from Matt Kline | 193 |
| 18 | Q | July 22, 2011 Notice of Entry of Order | 194 |
| 19 | R | *Variety,* December 9, 2009, "Dealmakers Impact Report 2009" | 200 |
| 20 | S | *Variety,* March 30, 2008, "Warner Vexed by Legal Man of Steel" | 203 |
| 21 | T | *The New York Times*, March 20, 2010, "A Supersized Custody Battle Over Marvel Superheroes" | 205 |
| 22 | U | *The Hollywood Reporter*, July 24, 2009, "Power of Attorneys" | 210 |
| 23 | V | *The Hollywood Reporter,* July 16, 2010, "Power Lawyers 2010" | 213 |
| 24 | W | *Variety,* June 29, 2005, "Warners Ponies Up *Hazzard* Pay" | 217 |

# DECLARATION OF MARC TOBEROFF

I, Marc Toberoff, declare as follows:

1.  I am an attorney at Toberoff & Associates, P.C., counsel of record for defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy and Laura Siegel Larson. I am also counsel for plaintiff Laura Siegel Larson, individually and as the personal representative of the Estate of Joanne Siegel (the "Siegels") in the related cases of *Joanne Siegel, et al. v. Warner Bros. Entertainment Inc., et al.*, Case No. 04-CV-8400 ODW (RZx) and *Joanne Siegel, et al. v. Time Warner Inc., et al.*, Case No. 04-CV-8776 ODW (RZx). I am a member in good standing of the State Bar of California and submit this declaration in further support of Defendants' motion to strike pursuant to California's Anti-SLAPP statute and in response to the August 8, 2011 Declaration of Daniel Petrocelli. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently to such facts under oath.

## Exhibits in Support of Defendants' Anti-SLAPP Reply Brief

2.  Attached hereto as Exhibit A is a true and correct copy of the March 26, 2007 Declaration of Wayne M. Smith in Support of Defendants' Motion to Compel Production of Whistle Blower Documents, filed in *Joanne Siegel et al. v. Warner Bros. Entertainment Inc., et al.*, Case No. CV-04-8400-SGL (RZx) (the "*Siegel* Litigation").

3.  Attached hereto as Exhibit B is a true and correct copy of Joanne Siegel's and Laura Siegel Larson's March 2002 correspondence and other documents concerning litigator Gary Spence, produced in this action on July 21, 2011, which were authenticated in the deposition excerpts attached as Exhibit 24 (at 142:4-17) to the August 8, 2011 Declaration of Daniel Petrocelli in Support of DC Comics' Updated, Initial Opposition to Defendants' Motion to Strike Under California's Anti-SLAPP Statute (Docket No. 305, "Petrocelli Declaration").

Case 2:10-cv-03633-ODW -RZ   Document 314   Filed 08/29/11   Page 4 of 8   Page ID
 #:20679

4. Attached hereto as Exhibit C is a true and correct copy of the January 24, 2006 Declaration of John M. Gatti in Support of Plaintiffs' Opposition to Defendant's Motion for Summary Adjudication, and Exhibits H, J, K thereto, filed in *Ladd et al. v. Warner Bros. Entertainment Inc., et al.*, LASC Case No. BC300043.

5. Attached hereto as Exhibit D is a true and correct copy of an August 2, 2011 letter between Marc Toberoff, as successor to Pacific Pictures Corporation, Mark Warren Peary, and Jean Adele Peavy.

### Exhibits re: Objections to the Declaration of Daniel Petrocelli

6. Attached hereto as Exhibit E is a true and correct copy of a February 14, 2011 letter from Daniel Petrocelli to Susan Allison, counsel for third-party Kevin Marks, the Siegels' former counsel, and the Notice of Subpoena for Deposition of Kevin S. Marks attached thereto.

7. Attached hereto as Exhibit F is a true and correct copy of an April 12, 2011 e-mail chain between me and Mr. Petrocelli.

8. Attached hereto as Exhibit G is a true and correct copy of a May 11, 2011 letter from me to Mr. Petrocelli.

9. Attached hereto as Exhibit H is a true and correct copy of a June 10, 2011 letter from DC's counsel, Matthew Kline, to Susan Allison, counsel for third-party Kevin Marks, the Siegels' former counsel, and the Amended Notice of Subpoena for Deposition of Kevin S. Marks attached thereto.

10. Attached hereto as Exhibit I is a true and correct copy of a July 6-11, 2011 e-mail chain between me, Mr. Petrocelli, and Mr. Kline.

11. Attached hereto as Exhibit J is a true and correct copy of a July 11, 2011 letter from DC's counsel, Jason Tokoro, to defendants' counsel, Laura Brill, and the Notices of Depositions of Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC attached thereto.

2
REPLY DECLARATION OF MARC TOBEROFF

12. Attached hereto as Exhibit K is a true and correct copy of a July 12, 2011 letter from Ms. Kline to Ms. Allison, and the Amended Notice of Subpoena for Deposition of Kevin S. Marks attached thereto.

13. Attached hereto as Exhibit L is a true and correct copy of a July 15-18, 2011 e-mail chain between me, Ms. Allison, and Mr. Kline.

14. Attached hereto as Exhibit M is a true and correct copy of a July 20, 2011 e-mail chain between me, Mr. Petrocelli, and Mr. Kline.

15. Attached hereto as Exhibit N is a true and correct copy of a July 25, 2011 letter from defendants' counsel, Keith Adams, to Mr. Kline.

16. Attached hereto as Exhibit O is a true and correct copy of a July 26, 2011 letter from Mr. Kline to me and Ms. Brill.

17. Attached hereto as Exhibit P is a true and correct copy of a July 29, 2011 letter from Mr. Kline to Ms. Allison.

## Response to the Declaration of Daniel Petrocelli

18. Mr. Petrocelli states in paragraph 9 of his declaration that I and my companies have been sued for "alleged business misconduct" and lists two lawsuits. Neither lawsuit resulted in any judgment against me or any company with which I am affiliated. In fact, the old 1997 suit, *Alomar v. Cavana*, Los Angeles Superior Court Case No. BC166806, and related actions, ended in a settlement that was very favorable to me. The second lawsuit, *Leeds v. Van Leeuwan*, Los Angeles Superior Court Case No. SC106045, involved the purported breach of a contract to which I was not a party. It was promptly dismissed after I filed a summary judgment motion.

19. Attached hereto as Exhibit Q is a true and correct copy of the July 22, 2011 Notice of Entry of Order in the *Leeds* case, attaching the order dismissing that case.

20. Attached hereto as Exhibit R is a true and correct copy of an article from *Variety* magazine entitled "Dealmakers Impact Report 2009," dated December 9, 2009, that I caused to be printed.

21. Attached hereto as Exhibit S is a true and correct copy of an article from *Variety* magazine entitled "Warner Vexed by Legal Man of Steel," dated March 30, 2008, that I caused to be printed.

22. Attached hereto as Exhibit T is a true and correct copy of an article from *The New York Times* entitled "A Supersized Custody Battle over Marvel Superheroes," dated March 20, 2010, that I caused to be printed.

23. Consistently, in 2008, 2009, 2010 and 2011, I was honored to be named among the most influential entertainment litigators in the country by *The Hollywood Reporter*. Attached hereto as Exhibit U is a true and correct copy of an excerpt from an article from *The Hollywood Reporter* entitled "Power of Attorneys" dated July 24, 2009, that I caused to be printed. Attached hereto as Exhibit V is a true and correct copy of an excerpt from an article from *The Hollywood Reporter* entitled "Power Lawyers 2010" dated July 16, 2010, that I caused to be printed.

24. In 2009 I was invited to speak at the USC Gould School of Law – Beverly Hills Bar Association 2009 Institute on Entertainment Law and Business. In November, 2009 I served as a judge of the semi-finals of the prestigious National Entertainment Law Moot Court Competition. In 2010, I was a panelist at the American Bar Association Forum on the Entertainment & Sports Industries.

25. This year I was also invited to speak at the American Bar Association's Forum on the Entertainment and Sports Industries.

26. In 1997, I represented the family of writer Gilbert Ralston in a lawsuit *CBS Broadcasting Inc. v. Gilbert A. Ralston, et al.* 97-CV-05384 DDP (CTx), regarding a feature motion picture of Warner Bros. Entertainment Inc. ("Warner Bros.") based on the television series, "The Wild Wild West," which resulted in a favorable settlement for my client.

27. In 2004, I successfully represented the children of the Pulitzer Prize winning author Alex Haley. I demonstrated that upon the filing by Mr. Haley's children of the renewal copyright registration for their father's beloved novel,

1  ROOTS, the copyright to the novel reverted to the Haleys, and that Warner Bros.
2  could no longer distribute the "ROOTS" miniseries, the "ROOTS" sequel miniseries,
3  a "ROOTS Christmas special" and a "ROOTS" documentary, without a new license
4  from the Haley family.  I am proud to say that our efforts resulted in a lucrative new
5  license agreement with Warner Bros. that I negotiated on behalf of the Haley family.
6         28.    In 2005, I successfully represented the plaintiff in the copyright
7  infringement action, *Moonrunners Limited Partnership v. Time Warner, Inc.*, 2005
8  U.S. Dist. LEXIS 41244 (C.D. Cal. Jun. 17, 2005), wherein Judge Feess granted
9  plaintiff's motion for a preliminary injunction of Warner Bros.' pending feature
10 motion picture, "The Dukes of Hazzard," due to Warner Bros.' failure to obtain the
11 motion picture rights to the underlying "The Dukes of Hazzard" television series.
12 The case was settled immediately thereafter.   Attached hereto as Exhibit W is a true
13 and correct copy of an article from Variety magazine entitled "Warners Ponies Up
14 Hazzard Pay," dated June 29, 2005, that I caused to be printed.
15        29.    I am currently representing the plaintiff in *First National Bank in Sioux
16 Falls as trustee for The Sequoia Charitable Trust v. Warner Bros. Entertainment
17 Inc.*, Case No. 09-CV-08887 GAF (VKBx), an action (also before Judge Feess) to
18 enforce the charitable trust's valuable 6.5% gross participation in Warner Bros.'
19 gross revenues from "The Dukes of Hazzard" that the studio willfully refuses to
20 recognize with respect to its 2005 and 2007 "The Dukes of Hazzard" films.
21        30.    In 2007, I successfully represented the esteemed writer Buck Henry
22 ("The Graduate") and comedian Mel Brooks against Warner Bros. with respect to the
23 "Get Smart" television series the two had co-created. This resulted in a WGA
24 Arbitration, and promptly, in a settlement agreement between by clients and Warner
25 Bros.
26        31.    The theft of privileged documents from my law firm and their
27 transmittal with an anonymous cover letter, entitled the "Toberoff Timeline," to DC's
28 in-house legal team, as well as to other executives of DC's parent company, Warner

Bros., by a former junior attorney at my firm, is the subject of a grand jury investigation initiated by the United States Attorney for the Central District of California.

32. The young lawyer in question was hired in mid-2005 when my firm was litigating the related cases of *Joanne Siegel, et al. v. Warner Bros. Entertainment Inc., et al.*, Case No. 04-CV-8400 ODW (RZx) and *Joanne Siegel, et al. v. Time Warner Inc., et al.*, Case No. 04-CV-8776 ODW (RZx). He was employed by my firm as an entry-level associate, but abruptly left without notice after only approximately three months. In late November and early December, 2005, he surreptitiously contacted the Siegels and tried to convince them to terminate my firm and retain him instead, by falsely disparaging my character. After his efforts failed, this lawyer anonymously sent the defamatory "Toberoff Timeline," and numerous confidential and privileged documents, belonging to the Siegels and Shusters, that he had stolen from my firm's legal files, to Warner Bros.' General Counsel, John Schulman, and to other top Warner Bros. executives.

33. John Schulman and in-house litigation counsel, Wayne Smith, were the legal team managing the *Siegel* Litigation for Warner Bros., and its affiliate, DC, at all relevant times until Mr. Schulman resigned from Warner Bros. at the end of 2009. Mr. Smith continues to manage the *Siegel* Litigation and this case on behalf of Warner Bros. and DC.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on August 29, 2011, in Los Angeles, California

Marc Toberoff