1   WEISSMANN WOLFF BERGMAN
        COLEMAN GRODIN & EVALL LLP
2   Michael Bergman (SBN 37797)
    Anjani Mandavia (SBN 94092)
3   Adam Hagen (SBN 218021)
    9665 Wilshire Boulevard, Ninth Floor
4   Beverly Hills, California 90212
    Telephone: (310) 858-7888
5   Fax: (310) 550-7191

6   FROSS ZELNICK LEHRMAN & ZISSU, P.C.
    Roger L. Zissu (Admitted *pro hac vice*)
7   James D. Weinberger (Admitted *pro hac vice*)
    866 United Nations Plaza
8   New York, New York 10017
    Telephone: (212) 813-5900
9   Fax: (212) 813-5901

10  PERKINS LAW OFFICE, P.C.
    Patrick T. Perkins (Admitted *pro hac vice*)
11  1711 Route 9D
    Cold Spring, New York 10516
12  Telephone: (845) 265-2820
    Fax: (845) 265-2819

13

14  Attorneys for Defendants and Counterclaimant

15            **UNITED STATES DISTRICT COURT**

16            **CENTRAL DISTRICT OF CALIFORNIA**

17  | JOANNE SIEGEL and LAURA | Case Nos. [Consolidated for Discovery]: |
18  | SIEGEL LARSON, | CV 04-8400 SGL (RZx) |
    |     Plaintiffs, | CV 04-8776 SGL (RZx) |
19  | vs. | Hon. Steven G. Larson, U.S.D.J. |
20  | WARNER BROS. ENTERTAINMENT INC.; TIME WARNER INC.; DC COMICS; and DOES 1-10, | Hon. Ralph Zarefsky, U.S.M.J. |
21  |     Defendants. | **DECLARATION OF WAYNE M. SMITH IN SUPPORT OF DEFENDANTS'** |
22  | JOANNE SIEGEL and LAURA SIEGEL LARSON, | **MOTION TO COMPEL PRODUCTION OF WHISTLE-BLOWER DOCUMENTS** |
23  |     Plaintiffs, | |
    | vs. | |
24  | TIME WARNER INC.; WARNER COMMUNICATIONS INC.; WARNER BROS. ENTERTAINMENT INC.; WARNER BROS. TELEVISION PRODUCTION INC.; DC COMICS; and DOES 1-10, | **DISCOVERY MATTER LOCAL RULE 37** |
25  | | |
26  | | Time: 10:00 a.m. Date: April 16, 2007 Courtroom: 540 |
27  |     Defendants. | Mag. Judge Ralph Zarefsky Discovery Cutoff: Nov. 17, 2006 |
28  | AND RELATED COUNTERCLAIMS | |

{F0010672 3 }

**EXHIBIT A**
**7**

1    I, Wayne M. Smith, declare and state as follows:

2    1.    I am an attorney, admitted to practice before the Supreme Court of the

3    State of California and before this Court, and am employed by defendant Warner

4    Bros. Entertainment Inc. ("Warner Bros.") as Vice President, Senior Litigation and

5    Chief Patent Counsel. I submit this declaration in support of Defendants' Motion to

6    Compel Production of Whistle-blower Documents. I have personal knowledge of

7    the facts contained within this declaration, and, if called upon as a witness, I could

8    and would testify competently thereto.

9    2.    During the afternoon of June 28, 2006, I received a telephone call from

10   John A. Schulman, General Counsel of Warner Bros., who asked that I come to his

11   office. Upon arriving at his office, Mr. Schulman advised me that a set of

12   documents (the "Superman Documents") addressed to him and apparently relating

13   to the Siegel litigation had arrived from an anonymous source at his office that day.

14   Mr. Schulman informed me that the cover letter contained with the documents

15   indicated that other executives at Warner Bros. may have received the same set of

16   documents, and that he had called the offices of those executives to see if they had

17   received anything. He further advised me that he had asked those executives to send

18   the documents to his office without reviewing them, and that one set of documents

19   had already been delivered to him. Mr. Schulman handed me the stack

20   (approximately an inch high) of Superman Documents that he had received and

21   asked me to wait outside his office while he completed a meeting, after which we

22   would discuss them. The stack did not include any envelope or packaging in which

23   the documents may have arrived. This was not unusual as it has been my experience

24   that the practice of Mr. Schulman's office staff is to dispose of envelopes and

25   packaging upon opening mail.

26   3.    While I was waiting, I looked at what might be characterized as the

27   "cover letter" that came with the Superman Documents. The cover letter, which

28

[F00106723]

1

**EXHIBIT A**

**8**

1  was not signed, alleged various types of ethical misconduct on the part of the

2  Plaintiffs' counsel in connection with the Siegel litigations. The cover letter also

3  asserted ethical misconduct – violating the terms of a confidentiality agreement by

4  leaking settlement information to the press – in connection with another litigated

5  matter where Plaintiffs' counsel had also represented a party adverse to Warner

6  Bros. The letter appeared designed to right wrongs caused by Plaintiffs' counsel's

7  misconduct. The letter also referenced the documents enclosed, providing an

8  overview of their contents and their connection to Plaintiffs' counsel's alleged

9  wrongdoing. I also thumbed through the Superman Documents contained with the

10  letter, but did not read any of them in detail. Meanwhile, an assistant for another

11  Warner Bros. executive delivered what appeared to be another set of Superman

12  Documents to Mr. Schulman's office. I did not observe that any of the three sets of

13  Superman Documents – (i) the set Mr. Schulman handed to me; (ii) the other set in

14  his office; or (iii) the set that was delivered while I was waiting outside his office –

15  was contained in an envelope or other packaging.

16       4.       I then met with Mr. Schulman. I told Mr. Schulman that based on the

17  contents of the cover letter and my brief thumbing through the documents, it

18  appeared that certain of the documents in the package were privileged. I said that

19  before I looked at the documents I wanted to review the case law in the area to

20  determine what level of review, if any, of the Superman Documents was

21  appropriate. Mr. Schulman agreed with this approach, gave me one set of the

22  documents, retained the other two sets that he had received, and advised me that he

23  had only looked at the cover letter that came with the documents and would not

24  review the documents at all.

25       5.       I returned to my office with the set of documents. I initially went on

26  the internet and performed a Google search relating to the issue of what obligations,

27  if any, governed the handling of the Superman Documents we had received. My

28  initial search located an article from the June 2006 Los Angeles Lawyer magazine

1   entitled "On the Receiving End," by Kurt L. Schmalz (a true and correct copy of
2   which is attached as Exhibit "A" hereto) which was posted on the Los Angeles
3   County Bar Association web site.  The article concerns the obligations of lawyers
4   who unwittingly receive privileged documents from opposing counsel's files and
5   discusses various California cases that have dealt with the issue, including the *Rico*
6   *v. Mitsubishi Motors Corporation* case pending before the California Supreme
7   Court.

8       6.    I read the Schmalz article and then downloaded and studied the three
9   principal California cases it identifies: *Aerojet-General Corporation v. Transport*
10  *Indemnity Insurance*, 18 Cal.App.4th 996 (1993), *State Compensation Insurance*
11  *Fund v. WPS, Inc. (State Fund)*, 70 Cal.App.4th 644 (1999) and the Court of Appeal
12  decision in the case under review, *Rico v. Mitsubishi Motors Corporation*, 116
13  Cal.App.4th 51 (2004) (*review granted* June 9, 2004).  Based on my review of the
14  relevant California authorities, it appeared that a conservative approach to handling
15  the Superman Documents was to follow the procedure laid out by the Court in *State*
16  *Fund*, specifically:  (i) to review each document but to cease the review once it
17  became apparent that the document was privileged; (ii) to contact opposing counsel
18  and advise that the documents have been received; and (iii) to refrain from using any
19  information in the documents until there was either an agreement with opposing
20  counsel, or the court had determined the documents' disposition.

21      7.    Following my review of the law, I called Mr. Schulman and advised
22  him of the results of my research.  I said that I intended to review the Superman
23  Documents in accordance with *State Fund*.  At Mr. Schulman's request I also sent
24  copies of the three key cases and the article to Mr. Schulman's office.

25      8.    That evening, I took the Superman Documents home with me and spent
26  approximately a half hour reviewing them.  Certain of the documents – such as
27  executed agreements relating to Superman and correspondence between the
28  Plaintiffs and non-lawyer third parties – did not appear subject to any applicable

{F0010672 1}

**EXHIBIT A**
**10**

1   privilege.  As I was going through the documents I placed them into three piles:  (i)

2   "non-privileged," (ii) "privileged," and (iii) "?" (where either I could not tell

3   whether it was privileged or I believed the document covered subject matter where

4   privilege may have been waived in the case, as explained below).  In reviewing each

5   document, where it first appeared to me that it was entirely privileged, I ceased

6   reading it, placed the document in the "privileged" pile and did not look at it further.

7   After going through the documents, I placed a post-it note on the top of each pile

8   (indicating "privileged," "non-privileged," or "?"), and fastened each pile together.

9   I did not look at the documents further.  Because I did not conduct a detailed review

10  of the Superman Documents, and because of the passage of time, I do not recall

11  their specific contents.  I do, however, recall generally the subject matter of certain

12  of the documents.

13       9.      The non-privileged pile was the second largest of the three.  It

14  contained what appeared to be agreements between, *inter alia*, the Siegels and/or

15  Shusters and various entities, as well as correspondence concerning the interest in

16  Superman that might be owned by Plaintiff Laura Siegel's estranged step-brother,

17  Michael Siegel.  To my knowledge, this last category of documents has never been

18  produced in the litigation

19       10.     The "?" pile was the smallest.  I believe that one or two of the

20  documents in this category potentially fall within the scope of a privilege waiver

21  based Plaintiffs' reliance on an affirmative defense that their predecessor counsel

22  did not have authority to accept a settlement proposal made by Defendants.

23  Defendants position on this privilege waiver is the subject of a separate Motion to

24  Compel filed concurrently herewith.

25       11.     The pile of documents I labeled "privileged" was the largest.

26       12.     Even from the brief review made, it appeared to me that, with the

27  exception of the cover letter (which also addressed the other litigation involving

28  Plaintiffs' counsel), all of the Superman Documents related to the subject matter of

[F001-06723 ]

**EXHIBIT A**
**11**

1   the instant litigation and were responsive to document requests the Defendants had

2   previously served on Plaintiffs.  However, it did not appear to me at the time that

3   any of the "non-privileged" documents had been produced in the litigation.

4   Moreover, at least some (and perhaps virtually all) of the privileged documents, as

5   well as those in the "?" pile, were, to the best of my knowledge, never identified in

6   any privilege log served by the Plaintiffs.

7           13.     The next morning, June 29, 2006, I returned with the Superman

8   Documents to see Mr. Schulman in his office.  Mr. Schulman and I discussed having

9   a neutral third party hold the documents pending either the parties' agreement as to

10  their disposition or order of the Court.  We decided to ask John Quinn, then with

11  Arnold & Porter, and former president of the Los Angeles County Bar Association,

12  to act as the neutral based on his reputation and legal ethics experience.  He agreed

13  and the following morning, June 30, 2006, the three sets of the Superman

14  Documents, including the set that I had categorized, were handed over to Mr. Quinn.

15  Out of an abundance of caution we handed over *all* the documents to Mr. Quinn, not

16  just those that were clearly or potentially privileged.  Further, we have not shared

17  the contents of the Superman Documents with any of the outside counsel

18  representing the Defendants in this action, nor have we used the contents of the

19  documents in the litigation.

20          I declare under penalty of perjury of the laws of the United States of America

21  that the foregoing is true and correct.

22          Dated this 26th day of March 2007 at Burbank, California.

23

24                                              _____
                                                                    Wayne M. Smith

25

26

27

28

**EXHIBIT A**
**12**   5

Subj:    **Re: GerrySpence.com Comments**
Date:    3/14/02 2:23:07 PM Pacific Standard Time
From:    gerry@gerryspence.com (Gerry Spence)
To:  mistylight3@cs.com

I don't think I have any conflicts, however you might know this better
than I.  I publish with Scribner's which I believe is owned by Viacom and
I am often on TV as a personality giving my opinions on various matters.
Undoubtedly some of these networks are owned by the corporations you
mention.  I have an old movie contract with Warner Bros in which I hope
someday to obtain turn-around rights.  But I have no rights now that I
know of.  THere, you know my life's history.

I do not charge for consultation and do not consult on an hourly basis.
I rarely take new cases--not enough of me.  This may answer all of the
above for you.  Gerry


On 3/14/02 11:02 AM, mistylight3@cs.com wrote:

>name – L. Carter
>user_email – mistylight3@cs.com
>questions – Dear Gerry,
>I have a very interesting situation but before going into detail, I would
>like to know the following:
>
>1.  Do you have any conflict of interest with AOL-Time Warner, Inc., any
>of that corporation's divisions, subsidiaries or affiliates (such as
>Warner Bros. Television, Warner Bros. Studios, Warner Music, the WB Network,
>DC Comics, Cartoon Network, etc.) or any other conflict that would prevent
>you from being involved in a matter versus the above?
>2.  What is your hourly rate for a consultation?
>
>I look forward to hearing from you as soon as possible.
>
>Sincerely,
>L. Carter
>

––––––––––––– Headers –––––––––––––
Return-Path: <gerry@gerryspence.com>
Received: from  rly-yc03.mx.aol.com (rly-yc03.mail.aol.com [172.18.149.35]) by air-yc02.mail.aol.com (v83.45) with ESMTP id
MAILINYC21-0314172307; Thu, 14 Mar 2002 17:23:07 -0500
Received: from  jhmail.com (jhmail.com [161.58.219.108]) by rly-yc03.mx.aol.com (v83.45) with ESMTP id
MAILRELAYINYC39-0314172252; Thu, 14 Mar 2002 17:22:52 -0500
Received: from [192.168.1.125] (lax9-tgn-ivq-vty6.as.wcom.net [216.193.22.6]) by jhmail.com (8.11.6) id g2EMMop78841; Thu,
14 Mar 2002 15:22:50 -0700 (MST)
Message-Id: <200203142222.g2EMMop78841@jhmail.com>
Subject: Re: GerrySpence.com Comments
Date: Thu, 14 Mar 2002 14:22:50 -0800
x-mailer: Claris Emailer 2.0v3, January 22, 1998
From: Gerry Spence <gerry@gerryspence.com>
To: <mistylight3@cs.com>
Mime-Version: 1.0
Content-Type: text/plain; charset="US-ASCII"



Gerry Spence's
# Trial Lawyers College
Thunderhead Ranch, Dubois, Wyoming



ABOUT TLC
Board Members
What Former Participants Say
ABOUT GERRY SPENCE
TLC PROGRAMS
Trial Lawyers College
Regional Seminars
Death Penalty Seminar
New Judicial College
PUBLICATIONS
The WARRIOR
Subscribe
Author's Guidelines
Advertising Opportunities
ALUMNI CENTER
Graduate Center
Alumni Directory
Links to Alumni in your Area
HOW YOU CAN HELP TLC

## About Gerry Spence

Gerry Spence, recognized nationwide for his powerful courtroom victories, including the Estate of Karen Silkwood against Kerr-McGee and the defenses of former Philippine First Lady Imelda Marcos and White Separatist Randy Weaver, takes pride in being a country lawyer.



Born, raised and educated in Wyoming, Spence graduated cum laude from the University of Wyoming Law School in 1952. The University awarded him an honorary Doctor of Laws degree in May 1990. He spent his early years as a prosecutor and gradually developed an insurance clientele becoming one of the leading defense attorneys in the intermountain area. After successfully defending insurance companies for many years he "saw the light" and took on a new direction - representing people. No more corporations, insurance companies, banks or big businesses. Representing people remain his steadfast commitment.

Spence first gained national recognition when he received a $10,500,000.00 verdict against Kerr-McGee in the Karen Silkwood case on behalf of her children. Later he earned such verdicts as $26,535,000.00 against Penthouse for Miss Wyoming and successfully defended Ed Cantrell in the famous Rock Springs, Wyoming murder case. Spence received a $52,000,000.00 verdict against McDonald's Corporation, the fast-food chain, on behalf of a small, bankrupt, family-owned ice cream company for McDonald's breach of an oral contract. A Utah medical malpractice verdict of over $4,000,000.00 established a new standard for nursing care in that state. In 1990 he won acquittal for Imelda Marcos on multiple charges after a three-and-a-half month trial in New York City. In June 1992, he received a record-breaking $15,000,000.00 verdict for emotional damages incurred by his quadriplegic client because a major insurance company refused to pay the $50,000.00 policy more than twenty years earlier. Two weeks later he added $18,500,000.00 in punitive damages to the award. In July 1993, Spence successfully defended Randy Weaver on murder, assault, conspiracy and gun charges in the famous Idaho federal standoff case. Gerry Spence has not lost a jury trial since 1969, and has never lost a criminal case.

Gerry Spence is the author of Gunning For Justice, the story of his struggle through a painful metamorphosis to become the leading spokesman for a new system of law and lawyers for the people; Of Murder and Madness, a true story of insanity and the law (both published by Doubleday); Trial by Fire (William Morrow), the story of the Penthouse case; With Justice for None, (Times books, 1989) detailing his views on the failure of the American justice system, (published in paperback by Penguin Books in October, 1990). From Freedom to Slavery, The Rebirth of Tyranny in America, was published by St. Martin's Press on July 4, 1993. How to Argue and Win Every Time (St. Martin's Press, 1995) a national best seller, discusses, in depth, the power of persuasion

**EXHIBIT B**
**14**

LSL 00453

national best seller, discusses, in depth, the power of persuasion and teaches that everyone is capable of making the winning argument. In The Making of a County Lawyer (St. Martin's Press, 1996) Spence writes his painfully honest autobiography that reveals how a county lawyer became one of the greatest trial lawyers of our time. With O.J.: The Last Word (St. Martin's Press, 1997), Spence writes his portrait of America and its troubled justice system in the twilight of the twentieth century. In his most recent book, A Boy's Summer: Fathers and Sons Together (St. Martin's Press, 2000), Spence writes beautifully and lyrically about how fatherhood allows a man to rediscover the boy within himself, while at the same time assuming true adult responsibilities for the first time.

In June 1995 through September 1996, Spence teamed with television network CNBC to create The Gerry Spence Show, which aired live for one-half hour every Friday night. The show discussed legal and social issues, which affected the lives of the people of our country.

For many years, Gerry Spence has lectured at law schools and conducted seminars for various legal organizations around the country. He is the founder and President of the non-profit Trial Lawyer's College where trial lawyers learn to try cases and fight for justice on behalf of the people. He is also the founder of Lawyers and Advocates for Wyoming, a non-profit public interest law firm. Spence served as legal consultant for NBC television covering the O.J. Simpson trial and has hosted and appeared on Larry King Live and the Rivera Show numerous times.

Gerry Spence practices law in Jackson Hole, Wyoming.

To learn more about Gerry Spence, please visit his web site www.gerryspence.com.

[Home Page] [Contact Us]

EXHIBIT B
15

LSL 00454

Gerry Spence : An attorney for justice and freedom                    Page 1 of 1



Choose your destination ⌄

Gerry Spence was born and educated in the small towns of
Wyoming where he has practiced law for nearly fifty years. He
has spent his lifetime representing the poor, the injured, the
forgotten and the damned against what he calls "the new slave
master," mammoth corporation and mammoth government. He
has tried and won many nationally known cases, including the
Karen Silkwood case, the defense of Randy Weaver at Ruby
Ridge, the defense of Imelda Marcos, the case against Penthouse
Magazine for Miss Wyoming and other important criminal and
civil trials. He has never lost a criminal case. He has not lost a
civil case since 1969. He has had more multi-million dollar
verdicts without an intervening loss than any lawyer in America.



Spence is the founder of the Trial Lawyers College which has
established a revolutionary method of training lawyers for the
people. He believes that what he has learned needs to be shared
with those who will continue to strive for justice on behalf of
ordinary people.



Spence is the author of twelve previous books, including the best-
seller, How to Argue and Win Every Time, From Freedom to
Slavery, O.J.: the Last Word, The Making of a Country Lawyer,
Murder and Madness, A Boy's Summer, With Justice for None,
Give Me Liberty!, Gunning for Justice, Gerry Spence's Wyoming
and Half-Moon and Empty Stars.

Spence is also a noted photographer and poet.

**EXHIBIT B**
**16**
                                                        LSL 00455







# Gerry L. Spen

## BIOGRAPHY

Gerry Spence, recognized nationwide 1
powerful courtroom victories, including
estate of Karen Silkwood against Kerr-
those for the defenses of former Philip;
Lady Imelda Marcos and White Separa
Weaver, takes pride in being a country lawyer.

Born, raised and educated in Wyoming, Spence graduated cum l:
the University of Wyoming Law School in 1952. The University an
an honorary Doctor of Laws degree in May 1990.

He spent his early years as a prosecutor and gradually developed
insurance clientele, becoming one of the leading defense attorney
intermountain west. After successfully defending insurance comp;
many years he "saw the light" and took on a new direction--repres
people. No more corporations, insurance companies, banks, or bi
businesses. Representing people remains his steadfast commitm

Spence first gained national recognition when he received a $10,!
verdict against Kerr-McGee in the Karen Silkwood case on behalf
children. Later he earned such verdicts as $26,535,000 against P
Miss Wyoming and successfully defended Ed Cantrell in the famc
Springs, Wyoming murder case. Spence received a $52,000,000
against McDonald's Corporation, the fast-food chain, on behalf of
bankrupt, family-owned ice cream company for McDonald's breac
contract. A Utah medical malpractice verdict of over $4,000,000 e
new standard for nursing care in that state. In 1990 he won acquit
Imelda Marcos on multiple charges after a three and one-half mol
New York City. In 1992, he received a record-breaking $15,000,0(
emotional damages incurred by his quadriplegic client because a
insurance company refused to pay the $50,000 policy more than 1
earlier. Two weeks later he added $18,500,000 in punitive damag
award. In 1993, Spence successfully defended Randy Weaver on
assault, conspiracy, and gun charges in the famous Idaho federal
case. He has not lost a jury trial since 1969, and he has never los
case.

EXHIBIT B
17

LSL 00456

He is the author of thirteen books:

- **Gunning for Justice**, describing the story of his struggle t
  painful and desolate metamorphosis to become the leadin
  spokesman for a new system of law and lawyers for the pe
  (Doubleday 1982);
- **Of Murder and Madness**, recounting a true story of insan
  law (Doubleday 1983);
- **Trial by Fire**, portraying the story of Miss Wyoming versus
  (William Morrow 1986);
- **With Justice for None**, detailing his views on the failure o
  American justice system, (Times Books 1989, Penguin Bo
  paperback 1990);
- **From Freedom to Slavery: The Rebirth of Tyranny in A**
  characterizing how Americans have given their freedoms t
  master, "the New King" (St. Martin's Press 1993);
- **How to Argue and Win Every Time**, a national best selle
  in depth the power of persuasion and teaching that everyo
  capable of making the winning argument (St. Martin's Pres
- **The Making of a Country Lawyer**, revealing through a pe
  honest autobiography how a country lawyer became one c
  greatest trial lawyers of our time (St. Martin's Press 1996);
- **O. J.: The Last Word**, painting his portrait of America and
  justice system in the twilight of the twentieth century (St. M
  1997);
- **Give Me Liberty!**, outlining how we, "The New American S
  free ourselves and our nation (St. Martin's Press October '
- **A Boy's Summer**, communicating in a book of short essay
  adventures, and experiments that fathers and sons can do
  Martin's Press 2000);
- **Gerry Spence's Wyoming**, turning his attention to his nat
  share the marvels and mysteries he finds in the landscape
  the people through photography and poetry (St. Martin's P
  November 2000);
- **Half-Moon and Empty Stars**, his first novel, telling the sto
  brothers, half Arapaho, half white, set in a small Wyoming
  (Scribner 2001); and
- **Seven Simple Steps to Personal Freedom**, is a powerfu
  large-hearted, and life-changing book that asks us all to ta
  greatest risk for the greatest reward--our own freedom (St.
  Press 2001).

From June 1995 through September 1996, Spence teamed with t
network CNBC to create The Gerry Spence Show, which aired liv
an hour every Friday night. The show discussed legal and social i
affected the lives of the people of our country.

For many years Spence has lectured at law schools and conducts
at various legal organizations around the country. He is the found
director of the nonprofit Trial Lawyers College where lawyers learn

EXHIBIT B
18
LSL 00457

on behalf of the people. He is also the founder of Lawyers and Ac
Wyoming (L.A.W.), a nonprofit public interest law firm. Spence se
consultant for NBC television covering the O.J. Simpson trial and
and appeared on Larry King Live and the Rivera Show numerous

Gerry Spence practices in Jackson Hole, Wyoming with his partne
P. Moriarity, Robert P. Schuster, Gary L. Shockey, J. Douglas Mc
Jacobson, Jr., Kent W. Spence, Robert A. Krause, R. Daniel Flec
Bryan Ulmer, III.

Spence, Moriarity & Schuster, LLC
15 South Jackson Street
PO Box 548
Jackson, Wyoming 83001
307-733-7290
Fax 307-733-5248

Home | Firm Profile | Practice Areas & Specialties | Partners | Clients & Cases
Contact Info | Location | Frequently Asked Questions | Links | LAW Public Interest La

Disclaimer
© 2001 Spence, Moriarity & Schuster, LLC. All Rights Reserved.

LSL 00458

Gerry Spence : America's Finest Trial Lawyer                                    Page 1 of 1



Choose your destination ▾

Gerry Spence
P.O. Box 548
Jackson, WY 83001

Email: gerry@gerryspence.com

If you have any questions or comments for me, please fill out the following form. I try to answer all of my email personally.

**Your Name**

**Your Email**

Questions/Comments:
(If you are sending a lengthy message, over 150 words, please use the link above to send the message)

Submit

EXHIBIT B
20

LSL 00459

Spence, Moriarity & Schuster, personal injury and criminal lawyers                    Page 1 of 2







### Welcome to Spence, Moriarity & Schuster, LLC

Our practice emphasizes personal injury, wrongful death, medical
criminal and business litigation — as well as workplace, automobile
product, toxic, recreational, and reputation injuries, class actions,
and employment discrimination.





**EXHIBIT B**
**21**

LSL 00460

Firm Profile - Spence, Moriarity & Schuster, personal injury and criminal lawyers          Page 1 of 2







Spence, Moriarity & Schuster represents people. We are ten partn dedicated to fight for the rights of the injured.

Your injury may have been on the job.  It may have been in a car. been from a defective product -- or the result of poor medical care you and your family were the victims of toxic exposures. Spence, Schuster represents people like you.

We do not represent big business, banks, or insurance companie: family business has been hurt, we do represent people like you.

We represent people charged with crimes.  We believe the founda system is the best representation possible for the accused.

Our practice is nationwide.  For nearly 30 years, Spence, Moriarity has fought for justice across the country.  We are assisted at hom experienced staff and we associate with skilled local lawyers wher

Spence, Moriarity & Schuster is proud of its heritage – decades of representing scores of people.

Spence, Moriarity & Schuster, LLC
15 South Jackson Street
PO Box 548
Jackson, Wyoming 83001
307-733-7290
Fax 307-733-5248

Home  |  Firm Profile  |  Practice Areas & Specialties  |  Partners  |  Clients & Cases
Contact Info  |  Location  |  Frequently Asked Questions  |  Links  |  LAW Public Interest Lav

http://www.smswy.com/firmprofile.html                                      3/11/02

**EXHIBIT B**
**22**                                                                LSL 00461

Practice Areas - Spence, Moriarity & Schuster, personal injury and criminal lawyers          Page 1 of 2





### PLAINTIFF'S PERSONAL INJURY

- Workplace injuries
- Automobile injuries
- Defective product injuries
- Toxic exposure injuries
- Medical malpractice
- Professional malpractice
- Unsafe drugs, vaccinations
- Employment issues
- Discrimination, wrongful termination

- Injury to reputation
- Wrongful death
- Qui Tam "Whistle Blow
- Insurance company ba
- Police misconduct
- Recreational injuries
- Class actions
- Explosions, electrocutio
- Civil rights claims

### CRIMINAL DEFENSE

### BUSINESS LITIGATION

Click here to view case examples of the above

*Disclaimer:*
*The Wyoming State Bar does not certify any lawyer as a specia*
*expert. Anyone considering a lawyer should independently inv*
*the lawyer's credentials and ability, and not rely on advertiseme*
*self-proclaimed expertise. We encourage such an investigatior*
*you retain any lawyer. Resumes are available upon request. I*
*answer any questions regarding our credentials and abilities.*

http://www.smswy.com/practiceareas.html                              3/11/02

**EXHIBIT B**
**23**

LSL 00462

Gerry Spence : America's Finest Trial Lawyer                                      Page 1 of 1



Choose your destination ▾

The Trial Lawyers College is dedicated to training and educating lawyers and judges who are committed to the jury system and to representing and obtaining justice for individuals: the poor, the injured, the forgotten, the voiceless, the defenseless and the damned, and to protecting the rights of such people from corporate and government oppression. In all of its activities, the Trial Lawyers College will foster and nourish an open atmosphere of caring for people regardless of their race, creed, religion, national origin, physical abilities, gender or sexual orientation.

You may also visit our web site at:
www.triallawyerscollege.com





http://www.gerryspence.com/college.html                                          3/11/02

**EXHIBIT B**
**24**

LSL 00463

Contact Spence, Moriarity & Schuster, personal injury and criminal lawyers          Page 1 of 2







Do you have a case you want us to consider? If so, please call us use the contact form below.

We will maintain all communications with strictest confidence. No information that you send in an e-mail message might not be conf privileged. Sending an e-mail message will not make you a client Moriarity & Schuster, LLC.

**Spence, Moriarity & Schuster, LLC**

Post Office Box  548 (Mail)

15 South Jackson Street (Fed Ex, UPS, etc.)

Jackson, WY 83001

(307) 733-7290 (telephone)

(307) 733-5248 (fax)

Click here to e-mail
Client Sevices at SMS

## Contact Form

| | |
|---|---|
| First Name: | (required) |
| Last Name: | (required) |
| Street Address: | (required) |
| Street Address 2: | |
| City: | (required) |

http://www.smswy.com/contact.html                                        3/11/02

LSL 00464

FAQ - Spence, Moriarity & Schuster, personal injury and criminal lawyers          Page 1 of 3





Frequently Asked Questions

1.   How do I pay for my legal fees?

2.   How do I pay for the expenses of the case?

3.   How do you decide whether you will take my case?

4.   How much is my case worth?

5.   I don't live in Wyoming. How can you take my case?

6.   Who from your law firm will work on my case?

7.   I have been speaking to your legal assistants.   When will a la
me?

8.   How long will it take before we go to trial?

9.   If there is a trial will I need to be there?

10.   What is a deposition?

11.   If my case settles, how long will it take before I receive money

12.   Will you speak with me before settling my case?

http://www.smswy.com/faq.html                                      3/11/02

LSL 00465

FAQ - Spence, Moriarity & Schuster, personal injury and criminal lawyers                    Page 2 of 3

1.    We take cases on a contingency fee basis. This means that if
is no recovery, you owe us nothing for our services.

2.    In most cases, Spence, Moriarity & Schuster, LLC will advance
expenses of the case and we will be paid back by you when there
recovery.

3.    We look at many cases and we are not a large law firm.
Unfortunately, we are not able to help all of the people who ask for
need our help. We look at each case individually as it comes in, as
partnership. That is, the ten partners in the law firm all give
consideration to the cases. If we believe that we can be of service
you, we will take the case. Sometimes, if we are unable to help you
know of other lawyers who can help and we will refer you to them.

4.    The value of each case is different and must be evaluated
separately. We take a great deal of time to come to a proper evalu
of your case. Spence, Moriarity & Schuster, LLC has been evaluati
cases and representing people for nearly three decades. However
must know that there is never a guarantee of any recovery.

5.    The lawyers at Spence, Moriarity & Schuster, LLC are licensed
practice in several different states. If, however, you live in a state w
we are not licensed, we associate with competent local counsel an
work closely with them on your case. Since we associate with local
counsel we are able to appear and practice in states where we are
licensed.

6.    We have many people at any given time working on your case
There are lawyers and legal assistants with whom you will work dir
There are also investigators, law clerks and word processors all wo
on your case. Some of these people you will never see or have con
with. But we are all working to bring your case to a successful
conclusion.

7.    We have legal assistants to assist the lawyers in working on yo
case. The legal assistants are an integral part of our team. Many ti
the lawyers who are directly responsible for your case are out of th
office or are working on other cases. You should know that any tim
want to speak with the lawyer who is responsible for your case, eve
attempt will be made to have that lawyer call you directly at his/her
earliest convenience.

http://www.smswy.com/faq.html                                                    3/11/02

LSL 00466

8.    We work in states all over the United States. Each court in the United States differs in the amount of time it takes to bring a case trial. Once we know what court we are in we are in a much better position to estimate the time to trial.

9.    Yes.

10.    During the course of your case you will most likely have to gi\ deposition. A deposition is a statement that is given under oath be certified court reporter. When your deposition is taken one of the lawyers in this office will be there to represent you.

11.    Typically, once a case is settled, documents must be exchan between both parties of the lawsuit. This process usually takes 30 days, but can take longer if your case involves special circumstanc

12.    Yes, no case is ever settled without your expressed consent. Whenever settlement negotiations are initiated by either party you informed and it is only with your full participation, advice, and cons that your case settled.

Spence, Moriarity & Schuster, LLC
15 South Jackson Street
PO Box 548
Jackson, Wyoming 83001
307-733-7290
Fax 307-733-5248

Home  |  Firm Profile  |  Practice Areas & Specialties  |  Partners  |  Clients & Cases
Contact Info   | Location   |  Frequently Asked Questions  |  Links  |  LAW Public Interest Lav

Disclaimer
© 2001 Spence, Moriarity & Schuster, LLC. All Rights Reserved.

EXHIBIT B
28

LSL 00467





## LAW Public Interest Law Firm

The mission for Lawyers & Advocates for Wyoming is to provide representation in defense and promotion of the public's interest c issues of health, safety, consumer rights, and civil liberties to Wy citizens as well as other individuals who are unable to secure a la the nature of the controversy or financial inability. It is further the Lawyers and Advocates for Wyoming to train and educate perso in the practice of law and to encourage social betterment through profession.

**Background**

Lawyers & Advocates for Wyoming or L.A.W. was started in 199 Gerry Spence's dream to create a law firm that was devoted sole Wyoming's public interest. He wanted a law firm that would alway Wyoming's people and important Wyoming causes—even if thos not generate an economic value for the law firm. Based on this d his partners at Spence, Moriarity and Schuster, LLC started L.A.\

L.A.W. is not-for-profit. It strives to support itself by re-investing f from cases into the firm and using the money to fund future case sole employee is a Director who is selected by the Board of Direc Board is made up of the members of the law firm of Spence, Mor Schuster, LLC.) The Director is responsible for the day-to-day op the firm and the day-to-day management of all cases assigned to each case that is handled by L.A.W., one or more Board membe assigned to assist and advise the Director in that particular case. members do not receive fees for the work they perform on L.A.W of their time is donated. L.A.W. simply would not be successful w hours of work that the Board contributes to L.A.W., and the guide provide the Director. This firm also takes cases outside the state if they have social appeal and are seen to advance the bettermer

EXHIBIT B
29

LSL 00468

LAW Public Interest Law Firm - Spence, Moriarity & Schuster, personal injury and crimin..   Page 2 of 2

Spence, Moriarity & Schuster, LLC
15 South Jackson Street
PO Box 548
Jackson, Wyoming 83001
307-733-7290
Fax 307-733-5248

Home | Firm Profile | Practice Areas & Specialties | Partners | Clients & Cases
Contact Info | Location | Frequently Asked Questions | Links | LAW Public Interest Law

Disclaimer
© 2001 Spence, Moriarity & Schuster, LLC. All Rights Reserved.

EXHIBIT B
30

LSL 00469

Gerry Spence : America's Finest Trial Lawyer                                    Page 1 of 1





Choose your destination

From time to time Gerry will set out here his thoughts on such topics as,

- ▫ Who are we?
- ▫ Where are we headed, and why?
- ▫ How can we live a more fulfilling life?
- ▫ How can we be free?
- ▫ What is the matter with justice in America?
- ■ How can we get better judges, better trained lawyers, and how can lawyers serve the people better?
- ▫ And other Ideas he carries around in his head.



Have We Already Been Defeated? (Dated: 9-20-01)

On Being Afraid (Dated: 7-17-01)



**EXHIBIT B**
**31**

LSL 00470

Case 2:10-cv-03633-ODW -RZ   Document 314-1   Filed 08/29/11   Page 26 of 36   Page ID #:20709



Choose your destination ▾

## Have We Already Been Defeated?

I am terror stricken. I am awakening from a nightmare in which America has been defeated, her people enslaved, her freedoms confiscated, and her citizens imprisoned within their own borders. I awaken to discover that the dream could be true.

Beyond the pain of the already dead and dying, the unspeakable horror is that the enemy may have beaten us already. And the enemy laughs. And the enemy is insane.

That we may have been conquered is an unutterable secret. Our leaders will not tell us because they do not know. They, too, are part of this giant that has suffered such ungodly pain, such unremitting horror and sorrow. As we watch, the giant rises up preparing to crush its enemies it cannot see nor fully understand. As we watch we learn that the giant, too, does not know that it may have already been beaten.

No one has told us that our enemy can never be defeated, not even by the most powerful nation in the history of the world.

The enemy, of course, is Hatred. And Power, even absolute power, cannot destroy Hatred. Power can only create Hatred.



Power can wipe out thousands, millions, nations, the world, but it cannot destroy Hatred. We can kill those who have killed us but each of their dead and ours will be replaced many fold by a new, more potent strain of hatred. Hatred killed thousands in New York, and instantly created two hundred-sixty million people filled with rage and a new hatred of their own. The giant can kill their leaders and those who succor them. The giant can wipe out their villages, but Hatred will find ways to obliterate our freedoms, our institutions, to extinguish our moral beacons and at last it may even destroy our cities and our civilization. The enemy, Hatred, is instantly contagious. It destroys reason. It turns good men into killers. It infects all that it touches. It cannot be defeated except by love. But how can we love that which we hate so?

When I say that already we may have been defeated I do not mean the body count will be in their favor. We will always win the body count. If they wipe out great buildings, we can destroy whole cities. If they wipe out a city, we can destroy a whole nation. The giant has the power. We are Power. Power can win the body count but it cannot win this war. Because the enemy is not human. This is a war against a malicious spirit.

EXHIBIT B
32
LSL 00471

Only fools attempt to defeat a spirit with guns and rockets and bombs. It is like blowing up the air. It is like bombing graveyards. Destroying all that lives cannot destroy Hatred. It grows like a perpetual cancer. It breeds Hatred and infects all that it touches until nothing remains except the offspring of Hatred which is terror and pain and death. Some have said this is a war of good against evil. But Power that only begets Hatred is not good. In the end, Hatred becomes the most indomitable power of all.

In response to our demand for just and immediate reprisals we already may be committed to a broad kind of indiscriminate killing. Already we have committed our children to kill and to be killed. And the enemy, Hatred, laughs, because it knows that killing on either side will bring on more hatred until, after decades, perhaps generations, the giant will have depleted itself, its coffers drained, its natural resources exhausted, its population drowned in fear and sorrow and hatred over the endless fields of dead. At last the giant, drained and gasping in its own poisoned air, may surely fall. There will be no victors in this war except Hatred. It can defeat all sides, all comers, all challengers, all weapons. All Power. It can defeat All.

I have spoken here of a simple proposition, one that men of Power find difficult to understand because men of power understand only power. Many politicians have spoken to a people who have suffered, who have lost their children and loved ones and who are afraid. But they play to an enflamed and suffering people often without careful questions and with expressions of hatred instead. Reason is out. Dissent is seen as unpatriotic. To ask simple a question, like, "Why are we hated so?" cannot be asked. Justice has become confused with killing so that the more we kill in retribution, and the sooner, the more justice we are said to receive, and the safer we shall become. But such justice delivers only Hatred--theirs and ours--and leaves us more vulnerable to those who will hate us still more.

Let us now go forward to that time when the body count is over. We can see their dead and ours lined in long rows, the parts of the bodies in terrible heaps, the mangled and limbless children, the weeping, the wounded and the wretched. The world is drowning in tears. But in this horrid conflagration we have not won, because freedom, which was once our life blood, has been drained from us as part of the price of the war.

No longer can we trust our neighbors. No longer can we wander safely from our own borders, nor move within them without fear. Our Constitution is only a memory on faded parchment. We can not speak freely for fear we will be hated. Our civil liberties, once guaranteed under that blessed document, have given way to the exigencies of this struggle. The police have demanded that they be given more power, that they be permitted to tap our phones and search our homes without warrants. We have become prisoners with electronic tattoos. Reacting to our fear we have embraced the police who have promised to keep us safe. But we are no longer safe from them. We have been stripped of our rights and stand naked and helpless

EXHIBIT B
33
LSL 00472

before them. Our lawyers, once warriors for the people, can no longer speak out for us. Their tools of justice, our constitutional rights, have been confiscated so that they stand impotent and whining. And the courts turn their heads. We have become locked within our self-constructed prisons on the promise that we will be safe there. But we are no longer safe from the police in this new police state--a nation still called America.

That blessed ideal fundamental to any free nation--the rule of law--can no longer be heard through the racket of our rage. America, once founded on the rule of law, has already committed to sacrifice the rule of law for its security. The terrible need of Power to grasp more power is never satiated. Hatred also hates freedom and despises the rule of law. And once the rule of law has been forfeited, like an arm severed, like a leg amputated, like a soul stripped of its sense of humanity, it can never again be called upon to protect a free people.

The goal of a free nation is to reveal by example the enlightened possibilities of the human race, not to wield its power of destruction and death over the helpless, the poor, the starving and the war torn masses. The goal of a free nation must be no different outside its borders than within them. In America we do not massacre whole towns because they may be the chosen domicile of a criminal or a conspiracy of criminals. Instead we carefully root out the felons and bring them to justice. In the same way, the goal of a free nation must be to first view all people as members of the human race, and, as such, to insist that they possess fundamental human rights. They are, as we, citizens of the world. The rule of law shows us the way. Those who have committed these atrocities and those who aided and abetted them must be positively identified and brought to justice. Despite their crimes of horror they must be surrounded with all of the rights to which any citizen of the world is entitled. If we ask the rest of the world to join us in this war, our request must not be that they join us in the madness of killing, in the eternal seeding of hatred, but that they join us in our quest for justice under the rule of law. The venue for such trials must be a special international tribunal, for the crimes were not against us alone but against the entire world, against the human race.

If we are, indeed, to remain a free nation, the people, at last, must wield their final power over Power. We, the people, must ensure that unleashed Power, this enraged giant, does not, itself, become the most proficient, the most hideous, the most gargantuan terrorist in the history of mankind and thereby plant a crop that bears an eternal fruit of Hatred.

We cannot be asked to love those who have wrought such pain and death on so many innocent people. Such love is beyond the capacity of the human organism. But we are able to love our system based on the rational, just, rule of law. And, we are able, through the love of it, not to further nourish Hatred, but instead to accept the greatest of challenges, and, indeed, the greatest of opportunities that have ever been tendered a free nation-

EXHIBIT B
34

LSL 00473

-to teach the world by our example, to hold Power tightly to the rein, and at last to lead the world toward a day when we shall be free from fear and terrorism by embracing, yes, cherishing the rule of law. It is the majesty of the rule of law that underlies the Constitution of the United States. With it we can lead the world to freedom. Without it we are doomed to the endless pain and destruction that an unleashed Hatred will forever wage upon us. In a sane world, we can never surrender to Hatred.

top

EXHIBIT B
35

LSL 00474

Gerry Spence : America's Finest Trial Lawyer                                     Page 1 of 2





Choose your destination ▼

### On Being Afraid

I have always been afraid. It is a painful feeling, fear. It sits down in the bottom part of the belly and hurts. But it is the energy of survival. I have always been afraid of fear and at the same time grateful for it--afraid of its pain and grateful that because of the pain I can take steps to eradicate it by overcoming that which frightens me.



One who is afraid reacts to it as any animal. If one is a rabbit, one runs into one's hole and hides. If one is a turtle one pulls back into one's shell. We have all known people who react to their fear in this fashion. Some call them shy. Some, wrongfully, call them cowards. Never reach your hand down into a rabbit's hole and try to pull the rabbit out. You will only extract a bloody finger.

But some people, me included, react to fear as a lion reacts. We get angry. It is easier to be angry than to be afraid. It is less painful. The frightened lion attacks whatever frightens him. So does the grizzly. So do I. But it is fear, nevertheless, that motivates the attack. And our fear generates fear in others which may not always be what we had hoped for.

Fear has been given to us so that we may recognize that which endangers us in this complex world. To avoid injury of one kind or another we need to recognize the danger, whatever it may be. Fear permits us to ask ourselves: what are we afraid of and to evaluate it. It gives us an opportunity to say to ourselves, we don't need to be afraid of this person or that job. It is something we can handle. It gives us an opportunity to understand that the other person may be as afraid of us as we are afraid of them. It gives us a chance to deal with our fear. Are we afraid for our health? Whatever our fear, is it justified? If it is, we must listen and take appropriate steps.

In the end, fear is a gift. The small, two-point buck is not afraid. But he is the one who usually ends up in the back of the hunter's pickup truck while the old buck with the magnificent horns and the lordly stance is the first to bolt and run when he hears the crack of the hunter's foot on a twig.

Fear is also the stuff of courage. We cannot be brave

**EXHIBIT B**
**36**

LSL 00475

without fear. One who faces unreasonable danger is not courageous unless that person has first felt fear and overcome it. He is only foolish. I know of no persons who are brave who are not first afraid. So, at last, fear is our friend. Listen to it. It speaks loudly to us. It is not to be ignored. It is to be cherished as our protective partner.

top

**EXHIBIT B**
**37**

LSL 00476

Spence, Moriarity & Schuster, LLC
15 South Jackson Street
PO Box 548
Jackson, Wyoming 83001
307-733-7290
Fax 307-733-5248

Home  |  Firm Profile  |  Practice Areas & Specialties  |  Partners  |  Clients & Cases
Contact Info   | Location   | Frequently Asked Questions  |  Links  | LAW Public Interest Lav

Disclaimer
© 2001 Spence, Moriarity & Schuster, LLC. All Rights Reserved.

**EXHIBIT B**
**38**

LSL 00477

Spence, Moriarity & Schuster, personal injury and criminal lawyers          Page 2 of 2

Spence, Moriarity & Schuster, LLC
15 South Jackson Street
PO Box 548
Jackson, Wyoming 83001
307-733-7290
Fax 307-733-5248

Home | Firm Profile | Practice Areas & Specialties | Partners | Clients & Cases
Contact Info | Location | Frequently Asked Questions | Links | LAW Public Interest Law

Disclaimer
© 2001 Spence, Moriarity & Schuster, LLC. All Rights Reserved.

**EXHIBIT B**
**39**

LSL 00478

Firm Profile - Spence, Moriarity & Schuster, personal injury and criminal lawyers         Page 2 of 2

Disclaimer
© 2001 Spence, Moriarity & Schuster, LLC. All Rights Reserved.

http://www.smswy.com/firmprofile.html                                    3/11/02

**EXHIBIT B**
**40**

LSL 00479

CompuServe Search                                                        Page 1 of 2





Search Again:   [Corporate Fraud]        Enter Web
Search Help                               Site Address

**Search again with these terms:**
| fraud | credit card fraud | insurance fraud | internet fraud |

**Web Pages**                    1 - 10 of 218865 | Next 10 >

° **Amazon.com: buying info: Handbook on Corporate Fraud : Prevention, Detection, and Investigation**
Books All Products Explore this book buying info rate this item See more by this author all books by Jack Bologna Share your thoughts write a review write a So You'd Like to... guide e-mail a friend about this item Your Favorite Magazines! Explore
http://www.amazon.com/exec/obidos/ISBN=075069243X

° **Welcome Page to Fraudabc.com**
Information Resource Workshops Red Flags About Information Workshops Red Flags Golden Rules of Forensic Auditing About News Archives Independent Online Sunday Times Business Day Services 24hr Fraud HotLine SA Fraud Prevention Service Discovery
http://www.fraudabc.com/

° **corporate fraud company fraud investigations CFS ltd uk**
corporate fraud solutions ltd, company fraud investigations, specialist investigators uk
http://www.corporatefraudsolutions.co.uk/

° **Corporate Fraud Investigations**
Corporate Fraud Investigations Business Intelligence Due Diligence Added Value Corporate Fraud Fraud Prevention Technical Surveillance & Surveillance Capabilities Legal Enquiries & Process Serving Professional Witness Security Management Consultancy
http://www.vivendi.demon.co.uk/page4.html

° **Websters Solicitors - Corporate Fraud**
Websters Solicitors: Professional & expert specialist legal advice in Personal Injury, Professional Negligence, Litigation & Fraud. Offices in London & Guildford.'}
http://www.websters.uk.com/fraud.html

° **Corporate Fraud - Background Checks - UK England Europe**
Private investigators in England, UK, Europe and beyond for fraud, corporate due diligence, tracing missing persons, background checks, surveillance
http://www.investigators.cwc.net/fraud.htm

° **Corporate Fraud Investigations - Leading International and Australian Consulting Detective Agency Newsletter Home Page**
Consulting Detectives since 1967 the principals have formed this company to combat the Y2K crime threat utilising there accumulated knowledge in forensic Auditing, Industrial Espionage, IT Fraud, Computer Hacking, Data encryption Security plus Surve

° **Corporate Welfare Military Waste and Fraud - $172 billion a year**
Military Waste & Fraud: $172 billion/year excerpted from the book Take the Rich Off Welfare by Mark Zepezauer and Arthur Naiman Odonian Press, 1996 Military Waste and Fraud - $172 billion a year When it comes to wasting money, the Pentagon has no
http://www.thirdworldtraveler.com/Corporate_Wel...

• Corporate Fraud
• Buy Books Here!
• Search Amazon



Search for:
[Corporate Frau]  Find It

Sponsored Links

? FRAUD SUSPECTED ?
The UK's only serious investigation service available 24x7
www.vogon-computer-evidence.co.uk


Search for: Corporate Fraud



Find:

Breaking News

Go!

.../cssearch-results.adp?SourcePage=CSroll&Tabs=Y&Brand=CSI&Type=I&Channel=&Service 3/11/02

St. Martin's Press

Of Murder & Madness 1995
From Freedom to Slavery 1996
How To Argue & Win 1994
O J the Last Word 1997

[illegible] Paperback – [illegible] 1999

Half Moon & Empty Stars 2001 – Scribner

Seven Simple Steps to Pers. Freedom – 2001 – St. Martin's

Gerry Spence's Wyoming – 2000 "

A Boy's Summer – 2000 – St. Martin's

Making of a Country Lawyer – 1997 "

With Justice For None – Penguin Bks 1989

Orig: Times Books 1989

Random House

Trial by Fire – Wm Morrow & Co 1986

Gerry Spence: Gunning for Justice – Doubleday & Co 1982

Audio Tapes: Audio Renaissance 1995

EXHIBIT B
42

LSL 00481