DANIEL M. PETROCELLI (S.B. #097802)
dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819

Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS, <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive, <br><br> Defendants. | Case No. CV 10-3633 ODW (RZx) <br><br> **DISCOVERY MATTER** <br><br> **DC COMICS' NOTICE OF MOTION AND MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS OR, IN THE ALTERNATIVE, FOR RECONSIDERATION OF THE COURT'S JUNE 20 AND APRIL 11, 2011, ORDERS** <br><br> **Judge**: Hon. Otis D. Wright II <br> **Magistrate**: Hon. Ralph Zarefsky <br><br> **Hearing Date**: Sept. 26, 2011 <br> **Hearing Time**: 10:00 a.m. <br> **Courtroom**: 540 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on September 26, 2011, at 10:00 a.m., or as soon thereafter as the matter may be heard by the above-entitled court, located at 255 East Temple Street, Los Angeles, California in Courtroom 540, plaintiff DC Comics will and hereby does move the Court for an order compelling defendants to produce defendant Laura Siegel Larson's letter in response to Michael Siegel's May 13, 2003, letter (as she described the document at her recent deposition), as well as all drafts of the letter.  Alternatively, DC will and hereby does move the Court for an order reconsidering, in part, its June 20 and April 11, 2011, orders (Docket Nos. 253, 285) concerning communications sent by Larson to Siegel.

This motion is made pursuant to Rules 26, 34, and 37 of the Federal Rules of Civil Procedure, Rules 7-18 and 37-2 of the Court's Local Rules of, and the Court's power to reconsider orders on the ground of newly discovered evidence.  Pursuant to Local Rules 7-3 and 37-1, DC attempted unsuccessfully to resolve it disputes with defendants and therefore respectfully seeks the assistance of the Court.

This motion is based on this Notice of Motion and Motion; DC's portion of the accompanying joint stipulation; the accompanying Declarations of Matthew T. Kline and Cassandra Seto and exhibits in support thereof; the Proposed Order DC has submitted herewith; any supplemental memoranda that may be filed pursuant to Local Rule 37; all exhibits, files, and records on file in this action; matters of which judicial notice may be taken; and such additional submissions and argument as may be presented at or before the hearing on this motion.

Dated:      August 19, 2011            Respectfully Submitted,
                                       O'MELVENY & MYERS LLP

                                       By:  /s/ Daniel M. Petrocelli
                                          Daniel M. Petrocelli
                                          Attorneys for Plaintiff DC Comics