| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #097802) |
|   | dpetrocelli@omm.com |
| 2 | MATTHEW T. KLINE (S.B. #211640) |
|   | mkline@omm.com |
| 3 | CASSANDRA L. SETO (S.B. #246608) |
|   | cseto@omm.com |
| 4 | O'MELVENY & MYERS LLP |
|   | 1999 Avenue of the Stars, 7th Floor |
| 5 | Los Angeles, CA 90067-6035 |
|   | Telephone: (310) 553-6700 |
| 6 | Facsimile: (310) 246-6779 |

PATRICK T. PERKINS (admitted *pro hac vice*)
pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819

Attorneys for Plaintiff DC Comics

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS, | Case No. CV 10-3633 ODW (RZx) |
| Plaintiff, | **DISCOVERY MATTER** |
| v. | **[PROPOSED] ORDER GRANTING DC COMICS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS OR, IN THE ALTERNATIVE, FOR RECONSIDERATION OF THE COURT'S JUNE 20 AND APRIL 11, 2011, ORDERS** |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive, | |
| Defendants. | **Judge**: Hon. Otis D. Wright II |
| | **Magistrate**: Hon. Ralph Zarefsky |
| | **Hearing Date**: Sept. 26, 2011 |
| | **Hearing Time**: 10:00 a.m. |
| | **Courtroom**: 540 |

1  Good cause appearing, IT IS HEREBY ORDERED that plaintiff DC
2  Comics' Motion To Compel The Production Of Documents Or, In The Alternative,
3  For Reconsideration Of The Court's June 20 and April 11, 2011, Orders is
4  GRANTED; and:

5  By no later than October 3, 2011, defendants are ordered to produce to DC
6  defendant Laura Siegel Larson's letter in response to Michael Siegel's May 13,
7  2003, letter (as she described the document at her deposition, Kline Decl. Ex. D at
8  316:11-329:2), as well as all drafts of the letter that exist (*id.* at 329:3-330:3).

Dated: _____
Honorable Ralph Zarefsky
Magistrate Judge, United States District Court