1   DANIEL M. PETROCELLI (S.B. #097802)
      dpetrocelli@omm.com
2   MATTHEW T. KLINE (S.B. #211640)
      mkline@omm.com
3   CASSANDRA L. SETO (S.B. #246608)
      cseto@omm.com
4   O'MELVENY & MYERS LLP
    1999 Avenue of the Stars, 7th Floor
5   Los Angeles, CA  90067-6035
    Telephone:   (310) 553-6700
6   Facsimile:    (310) 246-6779

7   PATRICK T. PERKINS (admitted *pro hac vice*)
      pperkins@ptplaw.com
8   PERKINS LAW OFFICE, P.C.
    1711 Route 9D
9   Cold Spring, NY 10516
    Telephone:   (845) 265-2820
10  Facsimile:    (845) 265-2819

11  Attorneys for Plaintiff DC Comics

12              **UNITED STATES DISTRICT COURT**

13              **CENTRAL DISTRICT OF CALIFORNIA**

14  DC COMICS,                          | Case No. CV 10-3633 ODW (RZx)

15              Plaintiff,              | **DISCOVERY MATTER**

16          v.                         | **DECLARATION OF MATTHEW T. KLINE IN SUPPORT OF DC COMICS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS OR, IN THE ALTERNATIVE, FOR RECONSIDERATION OF THE COURT'S JUNE 20 AND APRIL 11, 2011, ORDERS**

17  PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,

            Defendants.

**Judge**:        Hon. Otis D. Wright II
**Magistrate**:   Hon. Ralph Zarefsky

**Hearing Date**:   Sept. 26, 2011
**Hearing Time**:   10:00 a.m.
**Courtroom**:      540

## <u>DECLARATION OF MATTHEW T. KLINE</u>

I, Matthew T. Kline, declare and state as follows:

1.    I am an attorney licensed to practice in the State of California and admitted to the Central District of California.  I am a partner at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in support of DC Comics' Motion To Compel The Production Of Documents Or, In The Alternative, For Reconsideration Of The Court's June 20 and April 11, 2011, Orders.  I have personal knowledge of the matters set forth in this declaration, and if called to testify to the facts stated herein, I could and would do so.

2.    Attached hereto as Exhibit A is a true and correct copy of the undated document entitled, "Superman - Marc Toberoff Timeline," attached as Exhibit A to DC's complaint in this case (Docket No. 49).

3.    Attached hereto as Exhibit B is a true and correct copy of a letter from Joshua M. Ryland, counsel for Don Bulson, to The Honorable Solomon Oliver, Jr., dated February 18, 2008.

4.    Attached hereto as Exhibit C is a true and correct copy of a letter from Marc Toberoff, counsel for the Siegel and Shuster defendants, to The Honorable Solomon Oliver, Jr., dated February 19, 2008.

5.    Attached hereto as Exhibit D is a true and correct copy of the transcript for the deposition of Laura Siegel Larson taken on July 22, 2011, in this case.

6.    Attached hereto as Exhibit E is a true and correct copy of a letter from me to Mr. Toberoff dated July 25, 2011.

7.    Attached hereto as Exhibit F is a true and correct copy of a letter form me to Keith G. Adams, Mr. Toberoff's colleague, dated July 29, 2011.

8.    Attached hereto as Exhibit G is a true and correct copy of a letter from Mr. Toberoff to me dated August 1, 2011.

KLINE DECL. ISO OF DC'S MTC PROD. OF DOCS OR MOT. FOR RECON.

9.    On August 3, 2011, I participated in an in-person Rule 37 conference with my colleague, Cassandra Seto, and Mr. Toberoff, to discuss, *inter alia*, DC's request that defendants produce Ms. Larson's letter in response to Michael Siegel's May 13, 2003, letter, and related drafts, as described by her at her July 22, 2011, deposition.  In our August 3 Rule 37 meeting, defendants would not:

- agree to produce a copy of "Larson's Response Letter" and/or drafts of it;
- confirm whether they possess Larson's Response Letter and/or the drafts;
- address whether it was defendants' position that Larson's Response Letter and/or drafts of it are privileged, and, if so, why;
- confirm whether Larson's Response Letter and/or drafts of it appear on defendants' privilege logs, and, if so, at what entry numbers; or
- confirm whether Larson's Response Letter and/or drafts of it were the subject of DC's prior motions.

10.    Attached hereto as Exhibit H is a true and correct copy of a letter from me to Mr. Toberoff and Laura Brill, counsel for the Toberoff defendants, dated August 4, 2011.

11.    Attached hereto as Exhibit I is a true and correct copy of a letter from Mr. Adams to me dated August 10, 2011.

12.    Attached hereto as Exhibit J is a true and correct copy of a letter from me to Mr. Adams and Mr. Toberoff dated August 11, 2011.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 17th day of August 2011 at Los Angeles, California.

_____
Matthew T. Kline

KLINE DECL. ISO OF DC'S MTC PROD. OF DOCS OR MOT. FOR RECON.