# EXHIBIT F

# O'MELVENY & MYERS LLP

| | 1999 Avenue of the Stars, 7th Floor<br>Los Angeles, California  90067-6035 | |
|---|---|---|
| BEIJING | | SAN FRANCISCO |
| BRUSSELS | | SHANGHAI |
| HONG KONG | TELEPHONE  (310) 553-6700 | SILICON VALLEY |
| LONDON | FACSIMILE  (310) 246-6779 | SINGAPORE |
| LOS ANGELES | www.omm.com | TOKYO |
| NEWPORT BEACH | | WASHINGTON, D.C. |
| NEW YORK | | |

July 29, 2011

OUR FILE NUMBER
905900-321

**VIA E-MAIL**

WRITER'S DIRECT DIAL
(310) 246-6840

Keith G. Adams
Toberoff & Associates, P.C.
2049 Century Park East, Suite 3630
Los Angeles, California 90067

WRITER'S E-MAIL ADDRESS
mkline@omm.com

Re:   *DC Comics v. Pacific Pictures Corp. et al.*, **CV-10-3633 (ODW) (RZx)**

Keith:

  Based on your representation that you have now produced all of the documents that you committed to producing in your July 15, 2011, responses to DC's requests for production of documents, we will withdraw our motion without prejudice.  However, your production does not cure the deficiencies identified in our 30-page, July 7 letter.  As you know, we contend that you have failed to produce numerous responsive documents.  We restate our request from July 19 to meet and confer on these issues as soon as possible.  Please provide us with the times you are available on Monday or Tuesday of next week, August 1 and 3.

  In addition, we sent you a letter this past Monday, July 25, requesting that you confirm that, by no later than July 29, you would: (1) produce all correspondence between Mr. Siegel and Ms. Larson, including Ms. Larson's November 2, 2002, letter to Mr. Siegel and Ms. Larson's response to the May 13 letter; (2) confirm that you have conducted a diligent and thorough review of all documents in Ms. Larson's possession, custody, and control—including any and all documents in her home, in storage, or in her attorneys' files, and any and all documents formerly belonging to Joanne Siegel; and (3) produce all responsive documents.  We also stated that if you declined to do so, to provide us with the earliest possible date this week you were available to meet and confer on these issues.  You have not responded to our letter and we will address these issues at the meet and confer next week Monday or Tuesday, as requested above.

  We hope to make some progress on these issues early next week but if we can't we are going to have to file a motion shortly thereafter.

EXHIBIT F
363

O'MELVENY & MYERS LLP
July 29, 2011 - Page 2

      DC reserves all rights.

                                  Very truly yours,

                                  Matthew T. Kline
                                  of O'MELVENY & MYERS LLP


cc:    Daniel M. Petrocelli, Esq., Marc Toberoff, Esq.

364