|   |   |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #097802) |
|   | dpetrocelli@omm.com |
| 2 | MATTHEW T. KLINE (S.B. #211640) |
|   | mkline@omm.com |
| 3 | CASSANDRA L. SETO (S.B. #246608) |
|   | cseto@omm.com |
| 4 | O'MELVENY & MYERS LLP |
|   | 1999 Avenue of the Stars, 7th Floor |
| 5 | Los Angeles, CA  90067-6035 |
|   | Telephone:  (310) 553-6700 |
| 6 | Facsimile:   (310) 246-6779 |
| 7 | PATRICK T. PERKINS (admitted *pro hac vice*) |
|   | pperkins@ptplaw.com |
| 8 | PERKINS LAW OFFICE, P.C. |
|   | 1711 Route 9D |
| 9 | Cold Spring, NY 10516 |
|   | Telephone:  (845) 265-2820 |
| 10 | Facsimile:   (845) 265-2819 |
| 11 | Attorneys for Plaintiff DC Comics |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| DC COMICS, | Case No. CV 10-3633 ODW (RZx) |
|---|---|
| Plaintiff, | **DISCOVERY MATTER** |
| v. | **DECLARATION OF CASSANDRA SETO IN SUPPORT OF DC COMICS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS OR, IN THE ALTERNATIVE, FOR RECONSIDERATION OF THE COURT'S JUNE 20 AND APRIL 11, 2011, ORDERS** |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive, | |
| Defendants. | **Judge**:       Hon. Otis D. Wright II<br>**Magistrate**: Hon. Ralph Zarefsky<br><br>**Hearing Date**:   Sept. 26, 2011<br>**Hearing Time**:   10:00 a.m.<br>**Courtroom**:      540 |

# DECLARATION OF CASSANDRA SETO

I, Cassandra Seto, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am an associate at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in support of DC Comics' Motion To Compel The Production Of Documents Or, In The Alternative, For Reconsideration Of The Court's June 20 and April 11, 2011, Orders. I have personal knowledge of the matters set forth in this declaration, and if called to testify to the facts stated herein, I could and would do so.

2. I reviewed the transcript of the deposition of defendant Laura Siegel Larson taken in the above-entitled action on July 22, 2011. During Ms. Larson's deposition, counsel for defendants interposed no fewer than 45 "privilege" objections and instructed her not to answer 45 questions.

3. On August 3, 2011, I participated in a Rule 37 conference with my colleague, Matthew T. Kline, and Marc Toberoff, counsel for the Siegel and Shuster defendants, to discuss, *inter alia*, DC's request that defendants produce Ms. Larson's letter in response to Michael Siegel's May 13, 2003, letter, and related drafts, which she had disclosed and described at her deposition. Kline Decl. Ex. D at 314:12-330:3.

4. I tracked closely what each of us said during the August 3 conference and helped draft DC's August 4, 2011, letter to Mr. Toberoff and Laura Brill, counsel for the Toberoff defendants, confirming the contents of the parties' August 3 discussion. DC's August 4 letter accurately reflects the parties' discussions and, in particular, Mr. Toberoff's refusal to engage on key issues related to this motion.

///
///
///

///

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 18th day of August 2011 at Los Angeles, California.

_____
Cassandra Seto