DANIEL M. PETROCELLI (S.B. #097802)
dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819

Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>  Plaintiff,<br><br>  v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>  Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**SUPPLEMENTAL DECLARATION OF MATTHEW T. KLINE IN SUPPORT OF DC COMICS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS OR, IN THE ALTERNATIVE, FOR RECONSIDERATION OF THE COURT'S JUNE 20 AND APRIL 11, 2011, ORDERS**<br><br>Judge: Hon. Otis D. Wright II<br>Magistrate: Hon. Ralph Zarefsky<br><br>Hearing Date: Sept. 26, 2011<br>Hearing Time: 10:00 a.m.<br>Courtroom: 540<br>Discovery Cutoff: None Set<br>Pretrial Conference: None Set<br>Trial: None Set |

## DECLARATION OF MATTHEW T. KLINE

I, Matthew T. Kline, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am a partner at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in support of DC Comics' Motion To Compel The Production Of Documents Or, In The Alternative, For Reconsideration Of The Court's June 20 And April 11, 2011, Orders. I have personal knowledge of the matters set forth in this declaration, and if called to testify to the facts stated herein, I could and would do so.

2. Attached hereto as Exhibit 1 is a true and correct copy of a privilege log produced on September 29, 2006, by Joanne Siegel and Laura Siegel Larson in *Siegel v. Warner Bros., et al.*, Case Nos. CV-04-8400 and CV-04-8776 (the "*Siegel* Cases").

3. Attached hereto as Exhibit 2 is a true and correct copy of a privilege log produced in the *Siegel* Cases, on October 23, 2006, by Don Bulson, Esq., Michael Siegel's lawyer.

4. Attached hereto as Exhibit 3 is a true and correct copy of an order that this Court issued in the *Siegel* Cases on April 30, 2007, as well as the accompanying transcript that it references.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 12th day of September 2011 at Los Angeles, California.

_____
Matthew T. Kline

1     SUPPL. KLINE DECL. ISO MTC PROD. OF
      DOCS OR MOT. FOR RECON.