# EXHIBIT 1

# PRIVILEGE LOG

| Log # | Date of Document | Identity of Recipient(s) | Identity of Autho(s)r | Document Type | Privilege Claim | Present Location |
|---|---|---|---|---|---|---|
| 1 | 4/8/1947 | Jerome Siegel | Atty Morton S. Wekstein | Letter | Atty/Client | Plaintiffs' Counsel |
| 2 | 5/19/1948 | Jerome Siegel | Atty Morton S. Wekstein | Letter | Atty/Client | Plaintiffs' Counsel |
| 3 | 0/0/0 | Atty Morton S. Wekstein | Jerome Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 4 | 0/0/0 | Atty Morton S. Wekstein | Jerome Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 5 | 0/0/0 | Atty Morton S. Wekstein | Jerome Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 6 | 0/0/0 | Atty Morton S. Wekstein | Jerome Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 7 | 0/0/0 | Atty Morton S. Wekstein | Jerome Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 8 | 0/0/0 | Atty Morton S. Wekstein | Jerome Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 9 | 0/0/0 | Atty Morton S. Wekstein | Jerome Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 10 | 0/0/0 | Atty Morton S. Wekstein | Jerome Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 11 | 0/0/0 | Atty Morton S. Wekstein | Jerome Siegel | Letter | Atty/Client | Plaintiffs' Counsel |

EXHIBIT 1
2

Sep-28-06    08:28pm    From-

| 12 | 0/0/0 | Atty Morton S. Wekstein | Jerome Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 13 | 0/0/0 | Atty Morton S. Wekstein | Jerome Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 14 | 0/0/0 | Atty Morton S. Wekstein | Jerome Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 15 | 0/0/0 | Atty Morton S. Wekstein | Jerome Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 16 | 0/0/0 | Atty Morton S. Wekstein | Jerome Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 17 | 0/0/0 | Atty Morton S. Wekstein | Jerome Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 18 | 0/0/0 | Atty Morton S. Wekstein | Jerome Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 19 | 0/0/0 | Atty Morton S. Wekstein | Jerome Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 20 | 0/0/0 | Atty Morton S. Wekstein | Jerome Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 21 | 0/0/0 | Atty Morton S. Wekstein | Jerome Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 22 | 0/0/0 | Atty Morton S. Wekstein | Jerome Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 23 | 11/30/1968 | Atty Carleton Eldridge | Jerome Siegel | Letter | Atty/Client | Plaintiffs' Counsel |

T-025    P.028/048    F-762

EXHIBIT 1

3

| 24 | 6/22/1969 | Atty Gordon King | Jerome Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 25 | 1/18/1970 | Atty Gordon King | Jerome Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 26 | 4/25/1970 | Atty Gordon King | Jerome Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 27 | 5/24/1970 | Atty Gordon King | Jerome Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 28 | 6/14/1970 | Atty Gordon King | Jerome Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 29 | 6/20/1970 | Atty Gordon King | Jerome Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 30 | 7/11/1970 | Atty Gordon King | Jerome Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 31 | 8/4/1970 | Atty Gordon King | Jerome Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 32 | 7/11/1971 | Atty Gordon King | Jerome Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 33 | 7/15/1971 | Atty Gordon King | Jerome Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 34 | 7/26/1971 | Atty Gordon King | Jerome Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 35 | 2/16/1972 | Atty Gordon King | Jerome Siegel | Letter | Atty/Client | Plaintiffs' Counsel |

EXHIBIT 1

4

| 36 | 2/22/1973 | Atty Gordon King | Jerome Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 37 | 2/24/1973 | Atty Gordon King | Jerome Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 38 | 3/1/1973 | Atty Gordon King | Jerome Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 39 | 3/11/1973 | Atty Gordon King | Jerome Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 40 | 10/21/1973 | Atty Gordon King | Jerome Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 41 | 11/3/1973 | Atty Gordon King | Jerome Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 42 | 3/2/1974 | Attys Gordon King & Carleton Eldridge | Jerome Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 43 | 3/20/1974 | Attys Gordon King & Carleton Eldridge | Jerome Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 44 | 3/22/1974 | Attys Gordon King & Carleton Eldridge | Jerome Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 45 | 3/26/1974 | Attys Gordon King & Carleton Eldridge | Jerome Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 46 | 3/31/1974 | Attys Gordon King & Carleton Eldridge | Jerome Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 47 | 4/9/1975 | Jerome Siegel | Atty Gordon King | Letter | Atty/Client | Plaintiffs' Counsel |

EXHIBIT 1
5

| 48 | 2/23/1996 | Atty George Zadorozny | Thomson & Thomson | Research Report | Atty Work Product | Plaintiffs' Counsel |
| 49 | 3/4/1996 | Atty George Zadorozny | Thomson & Thomson | Research Report | Atty Work Product | Plaintiffs' Counsel |
| 50 | 11/1/1996 | Joanne & Laura Siegel | Atty Arthur Levine | Letter | Atty/Client | Plaintiffs' Counsel |
| 51 | 11/21/1996 | Joanne & Laura Siegel | Atty Arthur Levine | Letter | Atty/Client | Plaintiffs' Counsel |
| 52 | 11/21/1996 | Atty Arthur Levine | Atty Dennis Larson | Letter | Atty/Client | Plaintiffs' Counsel |
| 53 | 12/24/1996 | Atty Dennis Larson | Atty Arthur Levine | Letter | Atty/Client | Plaintiffs' Counsel |
| 54 | 1/15/1997 | Atty Arthur Levine | Atty Dennis Larson | Letter | Atty/Client | Plaintiffs' Counsel |
| 55 | 1/23/1997 | Atty Arthur Levine | Atty Dennis Larson | Letter | Atty/Client | Plaintiffs' Counsel |
| 56 | 3/24/1997 | Atty Arthur Levine | Atty Dennis Larson | Letter | Atty/Client | Plaintiffs' Counsel |
| 57 | 3/30/1997 | Atty Arthur Levine | Atty Dennis Larson | Letter | Atty/Client | Plaintiffs' Counsel |
| 58 | 3/31/1997 | Atty Arthur Levine | Atty Dennis Larson | Letter | Atty/Client | Plaintiffs' Counsel |
| 59 | 4/1/1997 | Atty Arthur Levine | Atty Dennis Larson | Letter | Atty/Client | Plaintiffs' Counsel |

EXHIBIT 1
6

Sep-29-06    06:30pm    From-

| 60 | 4/3/1997 | Atty Arthur Levine | Atty Dennis Larson | Letter | Atty/Client | Plaintiffs' Counsel |
| 61 | 1/26/1998 | Atty Arthur Levine | Joanne Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 62 | 4/14/1998 | Atty Arthur Levine | Atty Dennis Larson | Letter | Atty/Client | Plaintiffs' Counsel |
| 63 | 7/14/1998 | Joanne Siegel | Atty Judith Trelogan | Letter | Atty/Client | Plaintiffs' Counsel |
| 64 | 4/28/1999 | Attys Bruce Ramer, Kevin Marks | Atty Dennis Larson | Letter | Atty/Client | Plaintiffs' Counsel |
| 65 | 6/2/1999 | Atty Kevin Marks | Thomson & Thomson | Research Report | Atty/Client | Plaintiffs' Counsel |
| 66 | 9/14/1999 | Atty Kevin Marks | Joanne Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 67 | 10/15/2002 | Atty Marc Toberoff | Joanne & Laura Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 68 | 10/21/2002 | Atty Marc Toberoff | Joanne & Laura Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 69 | 11/6/2002 | Joanne & Laura Siegel | Atty Marc Toberoff | Letter | Atty/Client | Plaintiffs' Counsel |
| 70 | 11/6/2002 | Atty Marc Toberoff | Joanne & Laura Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 71 | 12/2/2002 | Laura Siegel | Atty Marc Toberoff | Letter | Atty/Client | Plaintiffs' Counsel |

T-028    P.033/046    F-762

EXHIBIT 1
7

Sep-20-06   06:30pm   From-

| 72 | 1/5/2003 | Atty Marc Toberoff | Joanne & Laura Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 73 | 4/29/2003 | Atty Don Bulson | Atty Marc Toberoff | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 74 | 4/30/2003 | Atty Don Bulson | Atty Marc Toberoff | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 75 | 4/30/2003 | Atty Marc Toberoff | Joanne & Laura Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 76 | 5/28/2003 | Atty Marc Toberoff | Atty James R. Jackoway | Letter | Atty Work Product | Plaintiffs' Counsel |
| 77 | 5/30/2003 | Atty Marc Toberoff | Atty James R. Jackoway | Letter | Atty Work Product | Plaintiffs' Counsel |
| 78 | 5/30/2003 | Atty Marc Toberoff | Atty James R. Jackoway | Letter | Atty Work Product | Plaintiffs' Counsel |
| 79 | 7/5/2003 | Atty Marc Toberoff | Laura Siegel | Facsimile | Atty/Client | Plaintiffs' Counsel |
| 80 | 7/8/2003 | Atty Marc Toberoff | Laura Siegel | Facsimile | Atty/Client | Plaintiffs' Counsel |
| 81 | 7/8/2003 | Atty Marc Toberoff | Laura Siegel | Facsimile | Atty/Client | Plaintiffs' Counsel |
| 82 | 7/11/2003 | Atty Marc Toberoff | Laura Siegel | Facsimile | Atty/Client | Plaintiffs' Counsel |
| 83 | 7/11/2003 | Atty Marc Toberoff | Laura Siegel | Facsimile | Atty/Client | Plaintiffs' Counsel |

T-025   P.034/046   F-762

EXHIBIT 1
8

Sep-28-06 08:30pm From-

| 84 | 3/7/2004 | Atty Marc Toberoff | Laura Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
|---|---|---|---|---|---|---|
| 85 | 3/27/2004 | Atty Marc Toberoff | Joanne & Laura Siegel | Facsimile | Atty/Client | Plaintiffs' Counsel |
| 86 | 3/29/2004 | | Atty Marc Toberoff | Notes | Atty Work Product | Plaintiffs' Counsel |
| 87 | 3/29/2004 | Joanne & Laura Siegel | Atty Marc Toberoff | Letter | Atty/Client | Plaintiffs' Counsel |
| 88 | 4/13/2004 | Joanne & Laura Siegel | Atty Arthur Levine | Letter | Atty/Client | Plaintiffs' Counsel |
| 89 | 4/16/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 90 | 4/16/2004 | Atty Marc Toberoff | Laura Siegel | Facsimile | Atty/Client | Plaintiffs' Counsel |
| 91 | 5/7/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 92 | 5/11/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 93 | 5/11/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 94 | 5/12/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 95 | 5/12/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |

T-025 P.035/048 F-762

EXHIBIT 1
9

| 96 | 5/12/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 97 | 5/25/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 98 | 6/1/2004 | Atty Marc Toberoff | Laura Siegel | Facsimile | Atty/Client | Plaintiffs' Counsel |
| 99 | 6/1/2004 | Laura Siegel | Atty Arthur Levine | Facsimile | Atty/Client | Plaintiffs' Counsel |
| 100 | 6/1/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 101 | 6/1/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 102 | 6/5/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 103 | 6/5/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 104 | 6/5/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 105 | 6/5/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 106 | 6/5/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 107 | 6/8/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |

EXHIBIT 1
10

Sep-28-06    08:31pm    From-

| 108 | 6/11/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 109 | 6/11/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 110 | 6/21/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 111 | 6/21/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 112 | 6/22/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 113 | 6/22/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 114 | 6/23/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 115 | 6/20/2004 | Atty Marc Toberoff | Laura Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 116 | 7/7/2004 | Atty Marc Toberoff | Laura Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 117 | 7/17/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 118 | 7/21/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 119 | 7/30/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |

T-026    P.037/048    F-762

EXHIBIT 1
11

Sep-23-06    08:31pm    From-

| 120 | 7/30/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 121 | 7/31/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 122 | 7/31/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 123 | 8/3/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 124 | 8/3/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 125 | 8/4/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 126 | 8/4/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 127 | 8/4/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 128 | 8/4/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 129 | 8/4/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 130 | 8/4/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 131 | 8/4/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |

T-025    P.038/048    F-762

EXHIBIT 1

| 132 | 8/4/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 133 | 8/11/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 134 | 8/11/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 135 | 8/11/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 136 | 8/11/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 137 | 8/11/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 138 | 8/11/2004 | Laura Siegel | Atty Marc Toberoff | Facsimile | Atty/Client | Plaintiffs' Counsel |
| 139 | 8/12/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 140 | 8/16/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 141 | 8/16/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 142 | 8/23/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 143 | 9/7/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |

EXHIBIT 1

13

| 144 | 9/8/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 145 | 9/9/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 146 | 9/9/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 147 | 9/10/2004 | Atty Marc Toberoff | Laura Siegel | Facsimile | Atty/Client | Plaintiffs' Counsel |
| 148 | 9/13/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 149 | 9/13/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 150 | 9/20/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 151 | 9/20/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 152 | 9/20/2004 | Atty Marc Toberoff | Joanne & Laura Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 153 | 9/20/2004 | Atty Marc Toberoff | Joanne & Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 154 | 9/21/2004 | Atty Marc Toberoff | Atty Nicholas Williamson | Memorandum | Atty Work Product | Plaintiffs' Counsel |
| 155 | 9/21/2004 | Atty Marc Toberoff | Joanne and Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |

EXHIBIT 1
14

| | | | | | | |
|---|---|---|---|---|---|---|
| 156 | 9/21/2004 | Joanne & Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 157 | 9/21/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 158 | 9/21/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 159 | 9/21/2004 | Atty Marc Toberoff | Joanne & Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 160 | 9/22/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 161 | 9/24/2004 | Atty Marc Toberoff | Joanne & Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 162 | 9/27/2004 | | Atty Marc Toberoff | Notes to File | Atty Work Product | Plaintiffs' Counsel |
| 163 | 9/27/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 164 | 9/28/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 165 | 9/29/2004 | Atty George Zadorozny | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 166 | 9/29/2004 | Atty George Zadorozny & Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 167 | 9/29/2004 | Atty George Zadorozny & Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |

EXHIBIT 1
15

| 168 | 9/29/2004 | Atty George Zadorozny & Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 169 | 9/29/2004 | Atty George Zadorozny & Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 170 | 9/29/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 171 | 9/30/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 172 | 9/30/2004 | Atty George Zadorozny | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 173 | 10/1/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 174 | 10/1/2004 | Atty George Zadorozny | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 175 | 10/2/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 176 | 10/2/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 177 | 10/2/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 178 | 10/2/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 179 | 10/2/2004 | Atty Marc Toberoff & Laura Siegel | Atty George Zadorozny | E-mail | Atty/Client | Plaintiffs' Counsel |

EXHIBIT 1
16

| 180 | 10/2/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 181 | 10/2/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 182 | 10/3/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 183 | 10/3/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 184 | 10/3/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 185 | 10/3/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 186 | 10/3/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 187 | 10/3/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 188 | 10/3/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 189 | 10/3/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 190 | 10/3/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 191 | 10/4/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |

EXHIBIT 1
17

Sep-29-06    08:32am    From-

| 192 | 10/4/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 193 | 10/4/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 194 | 10/4/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 195 | 10/4/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 196 | 10/4/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 197 | 10/4/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 198 | 10/4/2004 | Atty Marc Toberoff & Laura Siegel | Atty George Zadorozny | E-mail | Atty/Client | Plaintiffs' Counsel |
| 199 | 10/4/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 200 | 10/4/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 201 | 10/4/2004 | Atty Marc Toberoff | Atty George Zadorozny | E-mail | Atty/Client | Plaintiffs' Counsel |
| 202 | 10/4/2004 | | Atty Nicholas Williamson | Notes | Atty Work Product | Plaintiffs' Counsel |
| 203 | 10/4/2004 | Laura Siegel | Atty Marc Toberoff | Letter | Atty/Client | Plaintiffs' Counsel |

T-025    P.044/048    F-762

EXHIBIT 1
18

Sep-28-06     08:33pm     From-

| 204 | 10/4/2004 | Laura Siegel | Atty Marc Toberoff | Letter | Atty/Client | Plaintiffs' Counsel |
| 205 | 10/5/2004 | Atty Marc Toberoff & Laura Siegel | Atty George Zadorozny | E-mail | Atty/Client | Plaintiffs' Counsel |
| 206 | 10/5/2004 | Atty Marc Toberoff & Laura Siegel | Atty George Zadorozny | E-mail | Atty/Client | Plaintiffs' Counsel |
| 207 | 10/5/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 208 | 10/5/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 209 | 10/5/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 210 | 10/5/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 211 | 10/5/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 212 | 10/5/2004 | Attys Marc Toberoff & George Zadorozny | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 213 | 10/5/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 214 | 10/5/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 215 | 10/5/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |

T-025     P.045/048     F-762

EXHIBIT 1
19

Sep-28-06   08:33pm   From-

| 216 | 10/5/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 217 | 10/5/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 218 | 10/5/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 219 | 10/5/2004 | Atty Marc Toberoff & George Zadorozny | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 220 | 10/5/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 221 | 10/5/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 222 | 10/5/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 223 | 10/5/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 224 | 10/5/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 225 | 10/6/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 226 | 10/6/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 227 | 10/6/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |

T-025   P.046/048   F-762

EXHIBIT 1
20

Sep-29-06    08:39pm    From-

| 228 | 10/6/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 229 | 10/6/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 230 | 10/6/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 231 | 10/6/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 232 | 10/6/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 233 | 10/6/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 234 | 10/6/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 235 | 10/7/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 236 | 10/7/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 237 | 10/7/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 238 | 10/7/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 239 | 10/7/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |

T-025    P.047/048    F-762

EXHIBIT 1

| 240 | 10/7/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |
| 241 | 10/7/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 242 | 10/7/2004 | Laura Siegel | Atty Marc Toberoff | E-mail | Atty/Client | Plaintiffs' Counsel |
| 243 | 10/7/2004 | Atty Marc Toberoff | Laura Siegel | E-mail | Atty/Client | Plaintiffs' Counsel |

EXHIBIT 1
22