# EXHIBIT 2

## PRIVILEGE LOG

| Log # | Date of Document | Identity of Recipient(s) | Identity of Author(s) | Document Description | Privilege Claim | Present Location |
|---|---|---|---|---|---|---|
| 1 | 7/18/1997 | Michael Siegel | Atty Himanshu Amin | Letter | Atty/Client | Plaintiffs' Counsel |
| 2 | 8/7/1997 | Atty Himanshu Amin | Atty Arthur Levine | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 3 | 8/15/1997 | | Atty Don Bulson | Notes | Atty Work Product | Plaintiffs' Counsel |
| 4 | 10/14/1997 | Atty Dennis Larson | Atty Himanshu Amin | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 5 | 11/5/1997 | Atty Himanshu Amin | Atty Dennis Larson | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 6 | 11/12/1997 | Michael Siegel | Atty Himanshu Amin | Letter | Atty/Client | Plaintiffs' Counsel |
| 7 | 1/15/1998 | Atty Arthur Levine | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 8 | 2/2/1998 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 9 | 3/18/1998 | Atty Arthur Levine | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 10 | 6/17/1998 | Atty Arthur Levine | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 11 | 6/26/1998 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 12 | 6/26/1998 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |

EXHIBIT 2

23

| 13 | 9/4/1998 | | Atty Don Bulson | Letter(draft) | Atty Work Product | Plaintiffs' Counsel |
|----|----------|---|----------------|---------------|-------------------|---------------------|
| 14 | 11/3/1998 | Atty Arthur Levine | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 15 | 11/13/1998 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 16 | 12/4/1998 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 17 | 12/14/1998 | | Atty Don Bulson | Notes | Atty Work Product | Plaintiffs' Counsel |
| 18 | 12/28/1998 | Atty Don Bulson | Atty Vinay Joshi | Memorandum | Atty Work Product | Plaintiffs' Counsel |
| 19 | 1/19/1999 | Atty Arthur Levine | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 20 | 3/3/1999 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 21 | 3/10/1999 | Atty Arthur Levine | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 22 | 3/17/1999 | Atty Don Bulson | Atty Arthur Levine | Facsimile | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 23 | 4/16/1999 | Atty Arthur Levine | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 24 | 6/8/1999 | Atty Arthur Levine | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 25 | 6/9/1999 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 26 | 6/9/1999 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |

EXHIBIT 2

24

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | 7/12/1999 | Atty Arthur Levine, Atty Don Bulson | Atty Kevin Marks | Memorandum | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 28 | 7/20/1999 | Atty Arthur Levine | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 29 | 8/2/1999 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 30 | 8/10/1999 | Atty Arthur Levine | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 31 | 8/24/1999 | Atty Don Bulson | Atty Arthur Levine | Facsimile | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 32 | 9/2/1999 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 33 | 9/2/1999 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 34 | 9/2/1999 | Atty Arthur Levine | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 35 | 9/3/1999 | | Atty Don Bulson | Notes | Atty Work Product | Plaintiffs' Counsel |
| 36 | 9/5/1999 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 37 | 9/7/1999 | | Atty Don Bulson | Notes | Atty/Work Product | Plaintiffs' Counsel |
| 38 | 9/8/1999 | Atty Arthur Levine | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 39 | 9/9/1999 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 40 | 9/9/1999 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |

EXHIBIT 2
25

| 41 | 9/14/1999 | Michael Siegel | Atty Don Bulson | Letter | Atty/Client | Plaintiffs' Counsel |
|----|-----------|----------------|-----------------|--------|-------------|---------------------|
| 42 | 9/14/1999 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 43 | 9/16/1999 | | Atty Don Bulson | Notes | Atty Work Product | Plaintiffs' Counsel |
| 44 | 9/17/1999 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 45 | 9/17/1999 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 46 | 9/20/1999 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 47 | 9/22/1999 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 48 | 9/22/1999 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 49 | 9/22/1999 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 50 | 9/23/1999 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 51 | 9/23/1999 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 52 | 9/23/1999 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 53 | 9/24/1999 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 54 | 9/24/1999 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |

EXHIBIT 2
26

| 55 | 9/27/1999 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 56 | 9/28/1999 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 57 | 9/28/1999 | Joanne & Laura Siegel; Atty Dennis Larson; Atty Arthur Levine; Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 58 | 9/29/1999 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 59 | 10/8/1999 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client- Joint Interest | Plaintiffs' Counsel |
| 60 | 10/8/1999 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client- Joint Interest | Plaintiffs' Counsel |
| 61 | 10/11/1999 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 62 | 10/11/1999 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 63 | 10/11/1999 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 64 | 10/11/1999 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 65 | 10/12/1999 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 66 | | | Atty Don Bulson | Notes | Atty Work Product | Plaintiffs' Counsel |
| 67 | 10/27/1999 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 68 | 10/31/1999 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |

EXHIBIT 2
27

| | | | | | | |
|---|---|---|---|---|---|---|
| 69 | 11/3/1999 | Joanne & Laura Siegel; Atty Dennis Larson; Atty Bruce Ramer; Atty Arthur Levine; Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 70 | 11/3/1999 | | Atty Don Bulson | Notes | Atty Work Product | Plaintiffs' Counsel |
| 71 | 11/4/1999 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 72 | 11/5/1999 | | Atty Don Bulson | Notes | Atty Work Product | Plaintiffs' Counsel |
| 73 | 11/8/1999 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 74 | 11/12/1999 | Atty Don Bulson, Atty Dennis Larson | Atty Kevin Marks | Facsimile | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 75 | 12/6/1999 | Michael Siegel | Atty Don Bulson | Letter | Atty/Client | Plaintiffs' Counsel |
| 76 | 12/8/1999 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 77 | 12/6/1999 | Michael Siegel | Atty Don Bulson | Letter | Atty/Client | Plaintiffs' Counsel |
| 78 | 12/10/1999 | Joanne & Laura Siegel, Atty Don Bulson, Atty Arthur Levine | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 79 | 12/22/1999 | Atty Don Bulson | Atty Kevin Marks | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 80 | 12/22/1999 | Atty Kevin Marks | Atty Don Bulson | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 81 | 12/22/1999 | Atty Kevin Marks | Atty Don Bulson | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |

EXHIBIT 2

28

| 82 | 12/22/1999 | Atty Kevin Marks | Atty Don Bulson | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 83 | 12/29/1999 | Atty Don Bulson | Atty Kevin Marks | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 84 | 12/29/1999 | Atty Don Bulson | Atty Kevin Marks | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 85 | 12/30/1999 | Atty Kevin Marks | Atty Don Bulson | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 86 | 1/2/2000 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 67 | 1/3/2000 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 88 | 1/3/2000 | Atty Kevin Marks | Atty Don Bulson | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 89 | 1/3/2000 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 90 | 1/3/2000 | Atty Kevin Marks | Atty Don Bulson | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 91 | 1/4/2000 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 92 | 1/4/2000 | Atty Don Bulson | Atty Kevin Marks | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 93 | 1/5/2000 | Atty Don Bulson | Atty Kevin Marks | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 94 | 1/10/2000 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 95 | 1/10/2000 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |

EXHIBIT 2

29

F-893

P. 010

T-077

| 96 | 1/10/2000 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 97 | 1/11/2000 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 98 | 1/14/2000 | Atty Don Bulson | Atty Kevin Marks | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 99 | 1/17/2000 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 100 | 1/18/2000 | Atty Don Bulson | Atty Kevin Marks | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 101 | 2/14/2000 | | Atty Don Bulson | Notes | Atty Work Product | Plaintiffs' Counsel |
| 102 | 2/28/2000 | | Atty Don Bulson | Notes | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 103 | 3/1/2000 | Joanne & Laura Siegel; Atty Arthur Levine; Atty Bruce Ramer; Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 104 | 3/7/2000 | Atty Kevin Marks | Atty Don Bulson | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 105 | 3/8/2000 | Joanne & Laura Siegel; Atty Arthur Levine;  Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client | Plaintiffs' Counsel |
| 106 | 3/9/2000 | Atty Don Bulson | Atty Kevin Marks | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 107 | 3/9/2000 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 108 | 3/13/2000 | Michael Siegel | Atty Don Bulson | Letter | Atty/Client | Plaintiffs' Counsel |
| 109 | 3/21/2000 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |

From-

08:47pm

Oct-23-06

EXHIBIT 2
30

| | | | | | | |
|---|---|---|---|---|---|---|
| 110 | 3/30/2000 | Joanne & Laura Siegel; Atty Bruce Ramer; Atty Don Bulson; Atty Arthur Levine | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 111 | 3/30/2000 | Joanne & Laura Siegel, Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 112 | 4/3/2000 | Joanne & Laura Siegel; Atty Don Bulson; Atty Arthur Levine | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 113 | 4/5/2000 | | Atty Don Bulson | Notes | Atty Work Product | Plaintiffs' Counsel |
| 114 | 4/5/2000 | Joanne & Laura Siegel; Atty Don Bulson; Atty Arthur Levine | Atty Kevin Marks | Facsimile | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 115 | 4/11/2000 | Joanne & Laura Siegel; Atty Don Bulson; Atty Arthur Levine | Atty Kevin Marks | Facsimile | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 116 | 4/12/2000 | Atty Kevin Marks | Atty Don Bulson | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 117 | 4/12/2000 | Atty Don Bulson | Atty Kevin Marks | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 118 | 4/17/2000 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 119 | 4/17/2000 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 120 | 4/17/2000 | Atty Don Bulson | Atty Kevin Marks | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 121 | 4/17/2000 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 122 | 4/18/2000 | Atty Don Bulson | Atty Kevin Marks | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 123 | 4/18/2000 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |

EXHIBIT 2
31

F-883

P.012

T-077

| 124 | 5/2/2000 | Atty Don Bulson | Atty Kevin Marks | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 125 | 5/3/2000 | Atty Kevin Marks | Atty Don Bulson | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 126 | 5/3/2000 | Atty Don Bulson | Atty Kevin Marks | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 127 | 5/4/2000 | Atty Kevin Marks | Atty Don Bulson | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 128 | 5/4/2000 | Atty Don Bulson | Atty Kevin Marks | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 129 | 5/5/2000 | Atty Kevin Marks | Atty Don Bulson | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 130 | 5/5/2000 | Atty Don Bulson | Atty Kevin Marks | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 131 | 5/8/2000 | Atty Don Bulson | Atty Kevin Marks | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 132 | 5/8/2000 | Atty Kevin Marks | Atty Don Bulson | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 133 | 5/9/2000 | Atty Don Bulson | Atty Kevin Marks | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 134 | 5/10/2000 | Atty Don Bulson | Atty Kevin Marks | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 135 | 5/18/2000 | Joanne & Laura Siegel; Atty Bruce Ramer; Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 136 | 5/21/2000 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 137 | 5/26/2000 | Atty Don Bulson | Atty Kevin Marks | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |

From—

09:47pm

Oct-23-06

EXHIBIT 2
32

| 138 | 5/30/2000 | | Atty Don Bulson | Notes | Atty Work Product | Plaintiffs' Counsel |
|---|---|---|---|---|---|---|
| 139 | 6/5/2000 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 140 | 6/7/2000 | Atty Don Bulson | Atty Kevin Marks | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 141 | 6/9/2000 | Joanne & Laura Siegel; Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 142 | 6/27/2000 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 143 | 7/5/2000 | | Atty Don Bulson | Notes | Atty Work Product | Plaintiffs' Counsel |
| 144 | 7/6/2000 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 145 | 7/7/2000 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 146 | 7/10/2000 | Atty Kevin Marks | Atty Don Bulson | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 147 | 7/10/2000 | Atty Kevin Marks | Atty Don Bulson | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 148 | 7/14/2000 | | Atty Don Bulson | Notes | Atty Work Product | Plaintiffs' Counsel |
| 149 | 7/14/2000 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 150 | 7/17/2000 | Atty Don Bulson | Atty Kevin Marks | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 151 | 7/17/2000 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |

EXHIBIT 2
33

| | | | | | | |
|---|---|---|---|---|---|---|
| 152 | 7/17/2000 | Joanne & Laura Siegel; Atty Bruce Ramer; Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 153 | 7/18/2000 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 154 | 7/18/2000 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 155 | 7/18/2000 | Atty Kevin Marks | Atty Don Bulson | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 156 | 7/19/2000 | Atty Kevin Marks | Atty Don Bulson | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 157 | 7/19/2000 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 158 | 7/21/2000 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 159 | 7/24/2000 | Atty Kevin Marks | Atty Don Bulson | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 160 | 7/24/2000 | Atty Kevin Marks | Atty Don Bulson | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 161 | 7/24/2000 | Atty Kevin Marks | Atty Don Bulson | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 162 | 7/24/2000 | Atty Kevin Marks | Atty Don Bulson | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 163 | 7/24/2000 | Michael Siegel | Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 164 | 7/25/2000 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 165 | 7/25/2000 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |

EXHIBIT 2
34

| 166 | 7/26/2000 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 167 | 7/26/2000 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 168 | 7/26/2000 | Atty Don Bulson | Atty Kevin Marks | Facsimile | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 169 | 8/7/2000 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 170 | 8/8/2000 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 171 | 8/8/2000 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 172 | 8/8/2003 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 173 | 8/10/2000 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 174 | 8/21/2000 | | Atty Don Bulson | Notes | Atty Work Product | Plaintiffs' Counsel |
| 175 | | | Atty Don Bulson | Notes | Atty Work Product | Plaintiffs' Counsel |
| 176 | 8/25/2000 | Michael Siegel | Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 177 | 9/8/2000 | | Atty Don Bulson | Letter(draft) | Atty Work Product | Plaintiffs' Counsel |
| 178 | 9/6/2000 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 179 | 9/6/2000 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |

EXHIBIT 2

| 180 | 9/8/2000 | Atty Don Bulson | Atty Kevin Marks | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 181 | 9/11/2000 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 182 | 9/15/2000 | Atty Don Bulson | Atty Kevin Marks | Facsimile | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 183 | 9/17/2000 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 184 | 9/17/2000 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 185 | 9/18/2000 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 186 | 9/21/2000 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 187 | 10/26/2000 | Atty Don Bulson | Atty Kevin Marks | Facsimile | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 188 | 11/2/2000 | | Atty Don Bulson | Notes | Atty Work Product | Plaintiffs' Counsel |
| 189 | 11/8/2000 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 190 | 11/8/2000 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 191 | 11/15/2000 | Michael Siegel | Atty Don Bulson | Letter | Atty/Client | Plaintiffs' Counsel |
| 192 | 11/19/2000 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 193 | 11/27/2000 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |

EXHIBIT 2

36

| 194 | 11/28/2000 | Atty Don Bulson | Michael Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 195 | 12/4/2000 | Atty Don Bulson | Michael Siegel | Letter | Atty/Client | Plaintiffs' Counsel |
| 196 | 12/4/2000 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 197 | 12/5/2000 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 198 | 12/8/2000 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 199 | 1/3/2001 | Atty Don Bulson | Atty Kevin Marks | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 200 | 1/16/2001 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 201 | 1/30/2001 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 202 | 1/30/2001 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 203 | 1/31/2001 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 204 | 2/16/2001 | Michael Siegel | Atty Don Bulson | Letter | Atty/Client | Plaintiffs' Counsel |
| 205 | 3/9/2001 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 206 | 3/12/2001 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 207 | 4/30/2001 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |

EXHIBIT 2

37

| 208 | 5/4/2001 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 209 | 5/4/2001 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 210 | 5/4/2001 | Michael Siegel | Atty Don Bulson | Letter | Atty/Client | Plaintiffs' Counsel |
| 211 | 5/17/2001 | | Atty Don Bulson | Letter (Draft) | Atty Work Product | Plaintiffs' Counsel |
| 212 | 6/14/2001 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 213 | 6/26/2001 | Michael Siegel | Atty Don Bulson | Letter | Atty/Client | Plaintiffs' Counsel |
| 214 | 7/3/2001 | | Atty Don Bulson | Letter(draft) | Atty Work Product | Plaintiffs' Counsel |
| 215 | 7/9/2001 | Michael Siegel | Atty Don Bulson | Letter | Atty/Client | Plaintiffs' Counsel |
| 216 | 7/30/2001 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 217 | 7/30/2001 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 218 | 7/31/2001 | Michael Siegel | Atty Don Bulson | Letter | Atty/Client | Plaintiffs' Counsel |
| 219 | 7/31/2001 | | Atty Don Bulson | Notes | Atty Work Product | Plaintiffs' Counsel |
| 220 | 6/2/2001 | | Atty Don Bulson | Notes | Atty Work Product | Plaintiffs' Counsel |
| 221 | 8/24/2001 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |

EXHIBIT 2
38

| 222 | 8/30/2001 | Atty Don Bulson | Atty Kevin Marks | Facsimile | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 223 | 9/12/2001 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 224 | 9/13/2001 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 225 | 9/13/2001 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 226 | 9/24/2001 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 227 | 9/24/2001 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 228 | 10/17/2001 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 229 | 10/17/2001 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 230 | 10/19/2001 | Laura Siegel & Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 231 | 10/19/2001 | Laura Siegel & Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 232 | 10/19/2001 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client- Joint Interest | Plaintiffs' Counsel |
| 233 | 10/24/2001 | Michael Siegel | Atty Don Bulson | Letter | Atty/Client | Plaintiffs' Counsel |
| 234 | 11/27/2001 | | Atty Don Bulson | Notes | Atty Work Product | Plaintiffs' Counsel |
| 235 | 11/27/2001 | | Atty Don Bulson | Notes | Atty Work Product | Plaintiffs' Counsel |

EXHIBIT 2
39

| | | | | | | |
|---|---|---|---|---|---|---|
| 236 | 12/6/2001 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 237 | 12/26/2001 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 238 | 1/3/2002 | Atty Kevin Marks | Atty Don Bulson | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 239 | 1/3/2002 | Atty Kevin Marks | Atty Don Bulson | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 240 | 1/3/2002 | Atty Don Bulson | Atty Kevin Marks | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 241 | 1/10/2002 | Atty Don Bulson | Atty Kevin Marks | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 242 | 1/22/2002 | Atty Don Bulson | Atty Kevin Marks | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 243 | 2/5/2002 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 244 | 2/6/2002 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 245 | 2/7/2002 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 246 | 2/8/2002 | Atty Don Bulson | Atty Kevin Marks | Memorandum | Atty Work Product- Joint Interest | Plaintiffs' Counsel |
| 247 | 3/2/2002 | | Atty Don Bulson | Notes | Atty Work Product | Plaintiffs' Counsel |
| 248 | 3/8/2002 | | Atty Don Bulson | Notes | Atty Work Product | Plaintiffs' Counsel |
| 249 | 4/7/2002 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |

EXHIBIT 2
40

| 250 | 4/8/2002 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 251 | 5/9/2002 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 252 | 5/10/2002 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 253 | 5/10/2002 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 254 | 5/10/2002 | Atty Kevin Marks & Michael Siegel | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 255 | 5/10/2002 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 256 | 5/16/2002 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 257 | 5/28/2002 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 258 | 7/31/2002 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 259 | 8/13/2002 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 260 | 8/14/2002 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 261 | 8/14/2002 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 262 | 8/23/2002 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 263 | 8/27/2002 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |

EXHIBIT 2
41

| 264 | 8/28/2002 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 265 | 9/2/2002 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 266 | 9/2/2002 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 267 | 9/3/2002 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 268 | 9/4/2002 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 269 | 9/19/2002 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 270 | 9/19/2002 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 271 | 9/22/2002 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 272 | 9/23/2002 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 273 | 9/23/2002 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 274 | 9/24/2002 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 275 | 9/24/2002 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 276 | 9/24/2002 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 277 | 9/28/2002 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |

EXHIBIT 2
42

T-077    P. 023/033    F-893

| | | | | | | |
|---|---|---|---|---|---|---|
| 278 | 9/28/2002 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 279 | 10/1/2002 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 280 | 10/1/2002 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 281 | 11/8/2002 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 282 | 11/19/2002 | | Atty Don Bulson | Notes | Atty Work Product | Plaintiffs' Counsel |
| 283 | 11/25/2002 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 284 | 11/27/2002 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 285 | 12/19/2002 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 286 | 1/16/2003 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 287 | 1/23/2003 | | Atty Don Bulson | Notes | Atty Work Product | Plaintiffs' Counsel |
| 288 | 1/23/2003 | | Atty Don Bulson | Notes | Atty Work Product | Plaintiffs' Counsel |
| 289 | 1/24/2003 | | Atty Don Bulson | Notes | Atty Work Product | |
| 290 | 1/28/2003 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 291 | 3/24/2003 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |

Oct-23-06    09:48pm    From-

EXHIBIT 2
43

| 292 | 4/2/2003 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 293 | 4/2/2003 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 294 | 4/4/2003 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 295 | 4/7/2003 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 296 | 4/7/2003 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 297 | 4/14/2003 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 298 | 4/14/2003 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 299 | 4/16/2003 | Atty Don Bulson | Joanne & Laura Siegel | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 300 | 4/16/2003 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 301 | 4/30/2003 | Atty Don Bulson | Atty Marc Toberoff | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 302 | 5/6/2003 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 303 | 5/6/2003 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 304 | 5/7/2003 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 305 | 5/8/2003 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |

EXHIBIT 2
44

| 306 | 5/8/2003 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 307 | 5/12/2003 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 308 | 5/12/2003 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 309 | 5/12/2003 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 310 | 5/27/2003 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 311 | 5/27/2003 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 312 | 5/29/2003 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 313 | 6/3/2003 | | Atty Don Bulson | Notes | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 314 | 6/9/2003 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 315 | 6/10/2003 | | Atty Don Bulson | Notes | Atty Work Product | Plaintiffs' Counsel |
| 316 | 6/13/2003 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 317 | 6/17/2003 | | Atty Don Bulson | Letter(draft) | Atty Work Product | Plaintiffs' Counsel |
| 318 | 6/18/2003 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 319 | 6/18/2003 | Atty Marc Toberoff | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |

EXHIBIT 2
45

| 320 | 6/19/2003 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 321 | 6/23/2003 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 322 | 7/14/2003 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 323 | 7/14/2003 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 324 | 7/14/2003 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 325 | 7/16/2003 | Atty Don Bulson | Atty Marc Toberoff | Facsimile | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 326 | 7/21/2003 | | Atty Don Bulson | Notes | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 327 | 8/6/2003 | Atty Don Bulson | Atty Marc Toberoff | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 328 | 8/6/2003 | Atty Don Bulson | Atty Marc Toberoff | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 329 | 8/12/2003 | | Atty Don Bulson | Letter(draft) | Atty Work Product | Plaintiffs' Counsel |
| 330 | 9/17/2003 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 331 | 9/17/2003 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 332 | 9/17/2003 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 333 | 9/17/2003 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |

EXHIBIT 2

46

| 334 | 10/22/2003 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 335 | 10/22/2003 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 336 | 10/23/2003 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 337 | 10/27/2003 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs'Counsel |
| 338 | 10/28/2003 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 339 | 11/13/2003 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 340 | 11/13/2003 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs'Counsel |
| 341 | 11/18/2003 | | Atty Don Bulson | Notes | Atty Work Product | Plaintiffs' Counsel |
| 342 | 5/11/2004 | | Atty Don Bulson | Notes | Atty Work Product | Plaintiffs' Counsel |
| 343 | 5/11/2004 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 344 | 6/3/2004 | | Atty Don Bulson | Notes | Atty Work Product | Plaintiffs' Counsel |
| 345 | 6/7/2004 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 346 | 6/7/2004 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 347 | 6/7/2004 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |

EXHIBIT 2
47

| 348 | 6/8/2004 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 349 | 8/9/2004 | | Atty Don Bulson | Notes | Atty Work Product | Plaintiffs' Counsel |
| 350 | 6/10/2004 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 351 | 6/15/2004 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs'Counsel |
| 352 | 6/17/2004 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 353 | 6/21/2004 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 354 | 6/21/2004 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 355 | 6/21/2004 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 356 | 6/24/2004 | Atty Kevin Marks | Atty Don Bulson | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 357 | 6/27/2004 | Atty Don Bulson | Atty Kevin Marks | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 358 | 7/27/2004 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 359 | 7/27/2004 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 360 | 7/28/2004 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 361 | 8/4/2004 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |

EXHIBIT 2

48

| 362 | 6/5/2004 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 363 | 8/9/2004 | Atty Marc Toberoff | Atty Don Bulson | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 364 | 8/18/2004 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 365 | 8/19/2004 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 366 | 8/22/2004 | Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 367 | 8/22/2004 | Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 368 | 10/5/2004 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 369 | 10/5/2004 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 370 | 10/6/2004 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 371 | 10/6/2004 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 372 | 10/10/2004 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 373 | 10/12/2004 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 374 | 10/12/2004 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 375 | 10/12/2004 | Atty Marc Toberoff | Atty Don Bulson | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |

EXHIBIT 2
49

| 376 | 10/13/2004 |  | Atty Don Bulson | Notes | Atty Work Product | Plaintiffs' Counsel |
| 377 | 11/12/2004 | Atty Marc Toberoff | Atty Don Bulson | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 378 | 11/12/2004 | Atty Marc Toberoff | Atty Don Bulson | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 379 | 11/17/2004 | Atty Don Bulson | Atty Marc Toberoff | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 380 | 11/17/2004 | Atty Don Bulson | Atty Marc Toberoff | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 381 | 11/18/2004 | Atty Don Bulson | Atty Marc Toberoff | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 382 | 11/18/2004 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 383 | 11/19/2004 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 384 | 11/19/2004 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 385 | 11/19/2004 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 386 | 11/24/2004 | Atty Marc Toberoff | Atty Don Bulson | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 387 | 11/28/2004 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 388 | 11/29/2004 | Atty Don Bulson | Atty Marc Toberoff | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 389 | 12/2/2004 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |

EXHIBIT 2
50

| | | | | | | |
|---|---|---|---|---|---|---|
| 390 | 12/5/2004 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 391 | 12/6/2004 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 392 | 12/7/2004 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 393 | 1/17/2005 | Atty Don Bulson | Atty Marc Toberoff | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 394 | 2/4/2005 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 395 | 2/4/2005 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 396 | 2/5/2005 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 397 | 2/5/2005 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 398 | 2/5/2005 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 399 | 2/6/2005 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 400 | 2/17/2005 | | Atty Don Bulson | Notes | Atty Work Product | Plaintiffs' Counsel |
| 401 | 2/20/2005 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 402 | 2/28/2005 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 403 | 10/8/2005 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |

EXHIBIT 2

51

| 404 | 10/10/2005 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 405 | 10/11/2005 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 406 | 10/11/2005 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 407 | 10/24/2005 | Michael Siegel | Atty Don Bulson | Email | Atty/Client | Plaintiffs' Counsel |
| 408 | 10/24/2005 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 409 | 10/24/2005 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 410 | 10/25/2005 | Atty Don Bulson | Michael Siegel | Email | Atty/Client | Plaintiffs' Counsel |
| 411 | 10/31/2005 | | Atty Don Bulson | Notes | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 412 | 11/18/2005 | Atty Marc Toberoff | Atty Don Bulson | Email | Atty/Client-Joint Interest | Plaintiffs' Counsel |
| 413 | 00/00/00 | | Atty Don Bulson | Notes | Atty Work Product | Plaintiffs' Counsel |
| 414 | 00/00/00 | | Atty Don Bulson | Notes | Atty Work Product | Plaintiffs' Counsel |
| 415 | 00/00/00 | | Atty Don Bulson | Notes | Atty Work Product | Plaintiffs' Counsel |
| 416 | 00/00/00 | | Atty Don Bulson | Notes | Atty Work Product | Plaintiffs' Counsel |
| 417 | 00/00/00 | | Atty Don Bulson | Notes | Atty Work Product | Plaintiffs' Counsel |

EXHIBIT 2

52

| 418 | 00/00/00 | | Atty Don Bulson | Notes | Atty Work Product | Plaintiffs' Counsel |
| 419 | 00/00/00 | | Atty Don Bulson | Notes | Atty Work Product | Plaintiffs' Counsel |
| 420 | 00/00/00 | | Atty Don Bulson | Notes | Atty Work Product | Plaintiffs' Counsel |
| 421 | 00/00/00 | | Atty Don Bulson | Notes | Atty Work Product | Plaintiffs' Counsel |
| 422 | 00/00/00 | | Atty Don Bulson | Notes | Atty Work Product | Plaintiffs' Counsel |

EXHIBIT 2

53