1   Marc Toberoff (State Bar No. 188547)
     *mtoberoff@ipwla.com*
2   Keith G. Adams (State Bar No. 240497)
     *kgadams@ipwla.com*
3   TOBEROFF & ASSOCIATES, P.C.
    2049 Century Park East, Suite 3630
4   Los Angeles, California, 90067
    Telephone:  (310) 246-3333
5   Fax:           (310) 246-3101

6   Attorneys for Defendants Mark Warren
    Peary, as personal representative of the
7   Estate of Joseph Shuster, Jean Adele
    Peavy, and Laura Siegel Larson,
8   individually and as personal
    representative of the Estate of Joanne
9   Siegel

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br>          Plaintiff,<br>     vs.<br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br>          Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**STATUS REPORT RE: THE COURT'S JULY 7, 2011 ORDER**<br><br>Complaint filed:   May 14, 2010<br>Trial Date:             None Set<br>Discovery Cut-off: None Set |

1  This Court's June 1, 2011 order (Docket No. 270) permitted plaintiff DC Comics ("DC") to file an updated opposition to defendants' anti-SLAPP motion to strike, and stated that "The Court will not entertain supplemental briefs." This Court's July 7, 2011 order (Docket No. 292) asked the parties to identify in a joint report ("Joint Report") the docket entries relevant to defendants' pending motions to dismiss and anti-SLAPP motion to strike, to be decided by the Court.

DC thereafter filed its updated opposition papers to defendants' anti-SLAPP motion on August 8-9, 2011, whereupon Defendants filed their updated reply papers on August 28, 2011. Docket Nos. 312-314. Once briefing had closed on defendants' anti-SLAPP motion, on September 8, 2011, defendants submitted to DC for review a Joint Report simply identifying the relevant docket entries pursuant to the Court's July 7 order. However, on September 12, 2011, DC refused to join in the report, stating that it wanted to file additional supplemental papers in response to defendants' reply.

While defendants object to such additional filings, unless otherwise ordered by the Court, it is anticipated that the Joint Report will now be filed after DC's filing of supplemental papers, and any responses thereto.

| Dated: September 13, 2011 | RESPECTFULLY SUBMITTED, |
|---|---|
| | /s/ Marc Toberoff |
| | Marc Toberoff |
| | TOBEROFF & ASSOCIATES, P.C. |
| | Attorneys for defendants, Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel |