1  DANIEL M. PETROCELLI (S.B. #097802)
     dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
     mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
     cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA 90067-6035
   Telephone: (310) 553-6700
6  Facsimile: (310) 246-6779

7  PATRICK T. PERKINS (admitted *pro hac vice*)
     pperkins@ptplaw.com
8  PERKINS LAW OFFICE, P.C.
   1711 Route 9D
9  Cold Spring, NY 10516
   Telephone: (845) 265-2820
10 Facsimile: (845) 265-2819

11 Attorneys for Plaintiff DC Comics

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DC'S RESPONSE TO DEFENDANTS' STATUS REPORT RE: THE COURT'S JULY 7, 2011 ORDER**<br><br>**Judge**:　　Hon. Otis D. Wright II<br>**Magistrate**:　Hon. Ralph Zarefsky<br><br>**Hearing Date**:　Sept. 26, 2011<br>**Hearing Time**:　10:00 a.m.<br>**Courtroom**:　540 |

1  The Status Report defendants unilaterally filed today, Docket No. 318, is
2  inappropriate and misrepresents DC's positions.  When defendants emailed DC
3  about filing a joint report in response to the Court's July 7 order, DC responded:
4  Marc:
5  Thanks for your e-mail.  To be clear, despite your stated request that the joint report be filed immediately, your email below is the first time you've raised the issue even though the Court requested the joint report over two months ago in its July 7 order.  I assume you were waiting until the conclusion of all briefing on the pending motions.  However, the briefing on the SLAPP motion is not complete:  we will be responding to your objections, as we did last time; re-filing our motion to strike evidence submitted with your SLAPP Reply; and moving to strike the purported August 2, 2011 letter agreement between you, Mr. Peary, and Ms. Peavy.  Toward that end, we have requested that you provide us with the cover emails accompanying the purported August 2 agreement or privilege log entries for the same; you declined to produce the emails on privilege grounds and promised updated log entries by month's end.  We would ask again that you produce the cover email or log entries and do so today or tomorrow so we can finalize our remaining papers and get them on file this week.  If you decline, we will so state in our papers.  Either way, we will file our papers this week and at that time send you a revised joint report for submission to the Court.
16  We are available to discuss.
17  Thanks,
18  Dan
19  Without contacting DC, defendants filed their Status Report and accused DC
20 of wanting to make "supplemental" filings prohibited by the Court.  Docket No.
21 318 at 1:3, 1:11-13.  This charge is incorrect.  DC does not intend to file—and did
22 not state that it would file—supplemental briefs in the nature of a sur-reply, as
23 defendants wrongly suggest.  Rather as set forth in DC's email, in order to identify
24 the complete record on defendants' SLAPP motion, DC believes the joint report
25 should include the objections to evidence and responses thereto filed by both
26 parties, so that the Court will have all the relevant filings collected and identified in
27 a single report.  Defendants themselves insist the joint report include their 89-page
28 set of evidentiary objections filed in response to DC's SLAPP opposition.

- 1 -                         DC'S RESPONSE TO STATUS REPORT

1   DC has a right and a need to respond to defendants' objections and to make
2   objections of its own to the new evidence submitted in defendants' SLAPP reply,
3   including new evidence defendants say they created on August 2, 2011, but did not
4   produce to DC until August 29—21 days *after* DC's SLAPP opposition was filed.
5   *E.g.*, *Iconix, Inc. v. Tokuda*, 457 F. Supp. 2d 969, 975-76 (N.D. Cal. 2006) (striking
6   evidence first submitted in reply); *Gadda v. State Bar of Cal.*, 511 F.3d 933, 937
7   n.2 (9th Cir. 2007) ("It is well established that issues cannot be raised for the first
8   time in a reply brief."); *Harbert v. Priebe*, 466 F. Supp. 2d 1214, 1217 (N.D. Cal.
9   2006) (plaintiff's failure to respond to objections may justify sustaining them).

10  In short, DC contends that the joint report on defendants' SLAPP motion
11  either should identify the moving papers, opposition papers, and reply papers—and
12  no other papers—or should identify all the parties' filings with respect to the
13  motion, including objections to evidence and responses thereto.  Defendants'
14  characterization of DC's position is erroneous, and their unilateral report to the
15  Court was unwarranted.

Dated:      September 13, 2011          Respectfully Submitted,
                                        O'MELVENY & MYERS LLP

                                        By:  /s/ Daniel M. Petrocelli
                                            Daniel M. Petrocelli
                                            Attorneys for Plaintiff DC Comics