**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 12 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: PACIFIC PICTURES CORPORATION; et al. | No. 11-71844 |
| | D.C. No. 2:10-cv-03633-ODW<br>Central District of California,<br>Los Angeles |
| PACIFIC PICTURES CORPORATION; et al., | |
| Petitioners, | ORDER |
| v. | |
| UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES, | |
| Respondent, | |
| DC COMICS, | |
| Real Party in Interest. | |

RECEIVED
CLERK, U.S. DISTRICT COURT

SEP 1 2 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Before: HAWKINS and CLIFTON, Circuit Judges.

This petition for a writ of mandamus raises issues that warrant a response. *See* Fed. R. App. P. 21(b). Accordingly, within 14 days after the date of this order, the real party in interest shall file a response.

rb/MOATT

The district court, within 14 days after the date of this order, may file a response if it so desires.  Petitioners may file a reply within 5 days after service of the responses.  The petition, responses, and any reply shall be referred to the next available motions panel.