1  DANIEL M. PETROCELLI (S.B. #097802)
   dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
   mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
   cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA  90067-6035
   Telephone:  (310) 553-6700
6  Facsimile:   (310) 246-6779

7  PATRICK T. PERKINS (admitted *pro hac vice*)
   pperkins@ptplaw.com
8  PERKINS LAW OFFICE, P.C.
   1711 Route 9D
9  Cold Spring, NY 10516
   Telephone:  (845) 265-2820
10 Facsimile:   (845) 265-2819

11 Attorneys for Plaintiff DC Comics

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**NOTICE OF ERRATA RE: EXHIBITS H-J TO DECLARATION OF MATTHEW T. KLINE, DOCKET NO. 316**<br><br>**Judge**:　　Hon. Otis D. Wright II<br>**Magistrate**:　Hon. Ralph Zarefsky<br><br>**Hearing Date**:　Sept. 26, 2011<br>**Hearing Time**:　10:00 a.m.<br>**Courtroom**:　540 |

NOTICE OF ERRATA RE:
EXHIBITS H-J TO KLINE DECL.

TO THE COURT, DEFENDANTS, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 2, 2011, plaintiff DC Comics electronically filed its Motion to Compel the Production of Documents or, In the Alternative, For the Reconsideration of the Court's June 20 and April 11, 2011, Orders. In support of its Motion, DC filed the declaration of Matthew T. Kline (Docket No. 316-1), which authenticated and attached Exhibits A through J. DC's electronic filing inadvertently omitted Exhibits H, I, and J. Those three exhibits are attached to this Notice of Errata. The hearing on DC's motion is set for September 26, 2011 at 10:00 a.m. PDT.

Dated: September 15, 2011　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　By: /s/ Daniel M. Petrocelli
　　　　　　　　　　　　　　　　　　　　　　Daniel M. Petrocelli