Marc Toberoff (State Bar No. 188547)
 *mtoberoff@ipwla.com*
Keith G. Adams (State Bar No. 240497)
 *kgadams@ipwla.com*
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 3630
Los Angeles, California, 90067
Telephone: (310) 246-3333
Fax: (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy and Laura Siegel Larson

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| DC COMICS,<br><br>              Plaintiff,<br><br>    v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>              Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br><br>**DEFENDANTS' RESPONSE TO DC COMICS' OBJECTIONS TO AND MOTION TO STRIKE NEW EVIDENCE RE: MOTION TO STRIKE PLAINTIFF'S STATE LAW CAUSES OF ACTION PURSUANT TO CALIFORNIA'S ANTI-SLAPP LAW (CAL. CODE CIV. PROC. § 425.16)**<br><br>*Re: Anti-SLAPP Motion to Strike (Docket No. 145) Pursuant to the Court's June 1, 2011 Order (Docket No. 270)*<br><br>Complaint Filed:   May 14, 2010<br>Discovery Cut-Off: None Set<br>Trial Date:        None Set |

DEFENDANTS' RESPONSE TO DC'S OBJECTIONS AND MOTION TO STRIKE

Defendants respond to plaintiff DC Comics' objections to and motion to strike (Docket No. 322) portions of Defendants' anti-SLAPP reply papers.

## I. Exhibit D To The Toberoff Reply Declaration (Docket No. 314-2)

DC's objections to and motion to strike the August 2, 2011 letter submitted with Defendants' reply papers lack merit. *First,* Defendants produced the letter mere weeks after it was created, and DC cites no authority that such is "improper." *Second*, the anti-SLAPP motion was filed back on January 14, 2011 (Docket No. 145); therefore, Defendants' very first opportunity to address the August 2, 2011 letter was in their reply brief. *Third,* contrary to DC's suggestion, the August 2, 2011 letter is not "new" evidence; the letter simply re-confirms what the parties had previously testified to, and what was obvious. It provides no basis whatsoever to further delay decision on the anti-SLAPP motion, as DC suggests. *See* Docket No. 312 at 7. DC struggles to exclude the August 2, 2011 letter because it puts to rest DC's frivolous allegations which should never have been made in the first place. *Fourth,* DC's argument that Ms. Peavy is incompetent to sign the August 2, 2011 letter is false speculation.

## II. Declaration of Kevin Marks (Docket No. 312-2)

DC's objections to the Declaration of Kevin Marks also lack merit. *First,* as set forth in Defendants' reply brief, the May 13, 2003 letter is irrelevant to DC's claims and Mr. Marks' declaration. *See* Docket No. 312 at 9-10. *Second,* while DC argues that it has not yet deposed Mr. Marks, that is certainly no basis to "object" to his declaration, especially since DC has repeatedly postponed Mr. Marks' deposition. *See* Docket No. 313 at 10.

## III. DC's Stricken Objections

DC incorporates by reference its prior objections (Docket No. 201) to Defendants' SLAPP reply. However, DC's objections were stricken pursuant to this Court's June 1, 2011 Order. Docket No. 270. To the extent the Court is nonetheless inclined to consider such objections, Defendants re-submit their prior response (Docket No. 203) to DC's prior objections, which is attached hereto as Exhibit A.

Dated: September 21, 2011

RESPECTFULLY SUBMITTED,

/s/ Marc Toberoff

Marc Toberoff
TOBEROFF & ASSOCIATES, P.C.

Attorneys for defendants, Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel