Marc Toberoff (State Bar No. 188547)
 *mtoberoff@ipwla.com*
Keith G. Adams (State Bar No. 240497)
 *kgadams@ipwla.com*
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 3630
Los Angeles, California, 90067
Telephone:   (310) 246-3333
Fax:         (310) 246-3101

Attorneys for Defendants Mark Warren
Peary, as personal representative of the
Estate of Joseph Shuster, Jean Adele
Peavy, and Laura Siegel Larson,
individually and as personal
representative of the Estate of Joanne
Siegel

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>                     Plaintiff,<br><br>       vs.<br><br>PACIFIC PICTURES CORPORATION;<br>IP WORLDWIDE, LLC; IPW, LLC;<br>MARC TOBEROFF, an individual;<br>MARK WARREN PEARY, as personal<br>representative of the ESTATE OF<br>JOSEPH SHUSTER; JEAN ADELE<br>PEAVY, an individual; LAURA<br>SIEGEL LARSON, individually and as<br>personal representative of the ESTATE<br>OF JOANNE SIEGEL, and DOES 1-10,<br>inclusive,<br><br>                     Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**OBJECTION TO DC COMICS'**<br>**SECOND SUR-REPLY IN THE**<br>**GUISE OF RESPONSES TO**<br>**EVIDENTIARY OBJECTIONS**<br><br>*Re: Anti-SLAPP Motion to Strike*<br>*(Docket No. 145) Pursuant to the*<br>*Court's June 1, 2011 Order (Docket*<br>*No. 270)*<br><br>Complaint filed:   May 14, 2010<br>Trial Date:       None Set<br>Discovery Cut-off:  None Set |

1  Defendants object to and move to strike plaintiff DC Comics' purported

2  Responses to Defendants' Evidentiary Objections to the Declaration of Daniel

3  Petrocelli ("Responses"; Docket No. 325) as yet another improper "sur-reply."

4  This Court's June 1, 2011 order (Docket No. 270) permitted DC to solely file

5  an updated opposition to defendants' anti-SLAPP motion to strike, and stated that

6  "[t]he Court will not entertain supplemental briefs." Nonetheless, on August 8,

7  2011, DC filed a 75-page Declaration of Daniel Petrocelli, written as a *de facto*

8  brief to supplement arguments made in DC's opposition. Docket No. 305.

9  Defendants objected to this blatantly improper filing on August 29, 2011. Docket

10 No. 313. More than two weeks after briefing had closed on defendants' anti-

11 SLAPP motion, DC then filed another improper supplemental brief on September

12 15, 2011, styled as "Evidentiary Objections To And Motion To Strike New

13 Evidence" (Docket No. 322), to which defendants objected (Docket No. 324).

14 Now, three weeks after briefing had closed, DC files a 204-page sur-reply rife with

15 brief-like arguments (the Introduction alone is four pages of argument) in the guise

16 of "Responses to Defendants' Evidentiary Objections."

17 Defendants object and move to strike DC's "Responses" as a supplemental

18 brief in clear violation of this Court's June 1, 2011 order. Defendants further object

19 and move to strike DC's "Responses" as an impermissible sur-reply, *see* L.R. 7-10

20 ("Absent prior written order of the Court, the opposing party shall not file a

21 response to the reply."); William W. Schwarzer *et al.*, CAL. PRAC. GUIDE: FED. CIV.

22 PRO. BEFORE TRIAL §§ 12:110, 12:110.1 (2010) ("Unless requested by the court, no

23 response to a reply brief is allowed."), and a blatant circumvention of the page

24 limitations set forth in Local Rule 11-6.

25 DC's voluminous improper filings are part of its overall strategy of attrition

26 designed to muddy the record and burden defendants as well as the Court –

27 precisely the sort of conduct the anti-SLAPP statute was designed to prevent. *See*

28 CCP § 426.16; *United States v. Lockheed Missiles Space Co.*, 190 F.3d 963, 970-71

DEFENDANTS' OBJECTIONS TO DC'S
SECOND SUR-REPLY

1   (9th Cir. 1999).  By burying the Court in paper, DC seeks to further delay a ruling

2   on defendants' dispositive anti-SLAPP motion and motions to dismiss (originally

3   filed in September 2010), which can readily be decided as a matter of law and

4   would put DC's unbridled tactics to an end.  Rather than burden the Court with a

5   substantive response to DC's improper 204-page filing, and in respect of the

6   Court's June 1, 2011 order, defendants rest on their previously filed papers in

7   support of their anti-SLAPP motion.  *See* Docket Nos. 145, 151, 312-314, 324.

8

9   Dated:  September 23, 2011          RESPECTFULLY SUBMITTED,
                                        /s/ Marc Toberoff

10                                      Marc Toberoff

11                                      TOBEROFF & ASSOCIATES, P.C.

12                                      Attorneys for defendants, Mark Warren Peary, as
                                        personal representative of the Estate of Joseph
13                                      Shuster, Jean Adele Peavy, and Laura Siegel
                                        Larson, individually and as personal
14                                      representative of the Estate of Joanne Siegel

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' OBJECTIONS TO DC'S
SECOND SUR-REPLY