Marc Toberoff (State Bar No. 188547)
  mtoberoff@ipwla.com
Keith G. Adams (State Bar No. 240497)
  kgadams@ipwla.com
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 3630
Los Angeles, California, 90067
Telephone:   (310) 246-3333
Fax:          (310) 246-3101

Attorneys for Defendants Mark Warren
Peary, as personal representative of the
Estate of Joseph Shuster, Jean Adele
Peavy, and Laura Siegel Larson,
individually and as personal
representative of the Estate of Joanne
Siegel

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>                    Plaintiff,<br><br>        vs.<br><br>PACIFIC PICTURES CORPORATION;<br>IP WORLDWIDE, LLC; IPW, LLC;<br>MARC TOBEROFF, an individual;<br>MARK WARREN PEARY, as personal<br>representative of the ESTATE OF<br>JOSEPH SHUSTER; JEAN ADELE<br>PEAVY, an individual; LAURA<br>SIEGEL LARSON, individually and as<br>personal representative of the ESTATE<br>OF JOANNE SIEGEL, and DOES 1-10,<br>inclusive,<br><br>                    Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**JOINT REPORT RE: DOCKET ENTRIES OF PENDING MOTIONS PURSUANT TO THE COURT'S JULY 7, 2011 ORDER**<br><br>Complaint filed:  May 14, 2010<br>Trial Date:       None Set |

(continued from previous page)

KENDALL BRILL & KLIEGER LLP
RICHARD B. KENDALL (S.B. #90072)
  rkendall@kbkfirm.com
LAURA W. BRILL (S.B. #195889)
  lbrill@kbkfirm.com
NICHOLAS F. DAUM (S.B. #236155)
  ndaum@kbkfirm.com
10100 Santa Monica Blvd, Suite 1725
Los Angeles, California 90067
Telephone:   (310) 556-2700
Facsimile:    (310) 556-2705

Attorneys for Defendants Marc Toberoff,
Pacific Pictures Corporation, IP Worldwide, LLC,
and IPW, LLC

Daniel M. Petrocelli (S.B. #097802)
  dpetrocelli@omm.com
Matthew T. Kline (S.B. #211640)
  mkline@omm.com
Cassandra L. Seto (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:   (310) 553-6700
Facsimile:    (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone:   (845) 265-2820
Facsimile:    (845) 265-2819

Attorneys for Plaintiff DC Comics

Pursuant to the Court's July 7, 2011 order (Docket No. 292), the parties hereby identify the docket entries relevant to defendants' pending motions to dismiss and motion to strike for the Court's review:

## I.    Motion to Dismiss and/or Stay First and Second Claims For Relief

| Docket No. | Description |
|---|---|
| 148 | Defendants' Renewed Notice of Motion and Motion to Dismiss and/or Stay re: First and Second Claims for Relief; Memorandum of Points and Authorities; Request for Judicial Notice |
| 183 | Plaintiff's Request for Judicial Notice in Opposition to Motions to Dismiss and Motion to Strike |
| 186 | Plaintiff's Opposition to Motion to Dismiss re: First and Second Claims for Relief |
| 191 | Defendants' Reply in Support of Motion to Dismiss re: First and Second Claims for Relief; Proposed Order |
| 194 | Defendants' Brief re: Issue Preclusion re: First and Second Claims for Relief |
| 228 | Plaintiff's Response to Brief re: Issue Preclusion re: First and Second Claims for Relief; Declaration of Cassandra Seto; Proposed Order |

## II.    Motion to Dismiss and/or Strike Third and Sixth Claims For Relief

| Docket No. | Description |
|---|---|
| 147 | Defendants' Renewed Notice of Motion and Motion to Dismiss and/or Strike re: Third and Sixth Claims for Relief; Memorandum of Points and Authorities; Request for Judicial Notice |
| 149 | Defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC and IPW, LLC's Notice of Joinder |
| 150 | Defendants Jean Adele Peavy and Mark Warren Peary's Notice of Joinder |
| 183 | Plaintiff's Request for Judicial Notice in Opposition to Motions to Dismiss and Motion to Strike |
| 185 | Plaintiff's Opposition to Motion to Dismiss re: Third and Sixth Claims for Relief |
| 192 | Defendants' Reply in Support of Motion to Dismiss re: Third and Sixth Claims for Relief; Supplemental Request for Judicial Notice; Proposed Order |

### III.   Motion to Dismiss Fourth and Fifth Claims For Relief

| Docket No. | Description |
|---|---|
| 146 | Defendants' Renewed Notice of Motion and Motion to Dismiss re: Fourth and Fifth Claims for Relief; Memorandum of Points and Authorities; Request for Judicial Notice |
| 183 | Plaintiff's Request for Judicial Notice in Opposition to Motions to Dismiss and Motion to Strike |
| 184 | Plaintiff's Opposition to Motion to Dismiss re: Fourth and Fifth Claims for Relief |
| 195 | Defendants' Reply in Support of Motion to Dismiss re: Fourth and Fifth Claims for Relief; Proposed Order |

### IV.   Motion to Strike State-Law Claims (Fourth, Fifth, and Sixth Claims) Pursuant to California's Anti-SLAPP Statute

| Docket No. | Description |
|---|---|
| 145 | Defendants' Renewed Notice of Motion and Motion to Strike Pursuant to Anti-SLAPP Law; Memorandum of Points and Authorities; Declaration of Nicholas Daum |
| 151 | Defendants Laura Siegel Larson, Joanne Siegel, Jean Adele Peavy and Mark Warren Peary's Notice of Joinder |
| 183 | Plaintiff's Request for Judicial Notice in Opposition to Motions to Dismiss and Motion to Strike |
| 307 | Plaintiff's Corrected Opposition to Motion to Strike Pursuant to California's Anti-SLAPP Law |
| 308 | Plaintiff's (Corrected) Declaration of Daniel Petrocelli in Opposition to Motion to Strike Pursuant to Anti-SLAPP Law |
| 305 | Plaintiff's Exhibits to the Declaration of Daniel Petrocelli in Opposition to Motion to Strike Pursuant to Anti-SLAPP Law |
| 312 | Defendants' Reply in Support of Motion to Strike Pursuant to Anti-SLAPP Law |
| 313 | Defendants' Objections to the Declaration of Daniel Petrocelli in Opposition to Motion to Strike Pursuant to Anti-SLAPP Law |
| 314 | Defendants' Declaration of Marc Toberoff in Further Support of Motion to Strike Pursuant to California's Anti-SLAPP Law |
| 319 | DC's Response to Defendants' Status Report Re: The Court's July 7, 2011 Order |
| 322 | DC Comics' Evidentiary Objections To And Motion To Strike New Evidence Re: Defendants' Anti-SLAPP Motion |
| 324 | Response to DC Comics' Objections and Motion to Strike New Evidence Re: Defendants' Anti-SLAPP Motion |

JOINT REPORT RE: COURT'S
JULY 7, 2011 ORDER

| 325 | Plaintiff's Responses to Defendants Objections to the Declaration of Daniel Petrocelli in Opposition To Motion to Strike Pursuant to Anti-SLAPP Law |
|-----|---|
| 326 | Defendants' Objection to Plaintiff's Second Sur-Reply In The Guise Of Responses To Evidentiary Objections |

Dated:  September 23, 2011    RESPECTFULLY SUBMITTED,

/s/ Marc Toberoff
_____
Marc Toberoff
TOBEROFF & ASSOCIATES, P.C.

Attorneys for Defendants, Mark Warren Peary,
as personal representative of the Estate of Joseph
Shuster, Jean Adele Peavy, and Laura Siegel
Larson, individually and as personal
representative of the Estate of Joanne Siegel

/s/ Laura W. Brill
_____
Laura W. Brill
KENDALL BRILL & KLIEGER LLP

Attorneys for Defendants Marc Toberoff, Pacific
Pictures Corporation, IP Worldwide, LLC, and
IPW, LLC

/s/ Daniel M. Petrocelli
_____
Daniel M. Petrocelli
O'MELVENY & MYERS LLP

Attorneys for Plaintiff DC Comics

- 3 -