# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 10-3633 ODW (RZx) | Date | 9/27/2011 |
|---|---|---|---|
| Title | *DC Comics v. Pacific Pictures Corp., et al.* | | |

Present: The Honorable Otis D. Wright II, United States District Judge

| Sheila English | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):  Attorneys Present for Defendant(s):

Not Present  Not Present

**Proceedings (In Chambers):** Order Striking Motions [146, 147, 148.]

  Defendants' piecemeal attacks in the form of three motions to dismiss are not well taken. The first such motion attacks the fourth and fifth claims, the second attacks the third and sixth claims, and the third motion attacks the first and second claims. (*See* Docket Nos. 146, 147, 148.) Such practice-slithering around the page limitation-is neither original nor tolerated. Defendants' motions are therefore ordered **STRICKEN**. Defendants may re-file one consolidated motion, not to exceed twenty-five (25) pages.

  Defendants' motion to strike pursuant to California's Anti-SLAPP Statute is taken under submission. (Docket No. 145.)

**SO ORDERED**

|  | ---- | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | SE | |