1  DANIEL M. PETROCELLI (S.B. #097802)
     dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
     mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
     cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA  90067-6035
   Telephone:  (310) 553-6700
6  Facsimile:   (310) 246-6779

7  PATRICK T. PERKINS (admitted *pro hac vice*)
     pperkins@ptplaw.com
8  PERKINS LAW OFFICE, P.C.
   1711 Route 9D
9  Cold Spring, NY 10516
   Telephone:  (845) 265-2820
10 Facsimile:   (845) 265-2819

11 Attorneys for Plaintiff DC Comics

12

13                    **UNITED STATES DISTRICT COURT**

14                    **CENTRAL DISTRICT OF CALIFORNIA**

15 DC COMICS,                          Case No. CV 10-03633 ODW (RZx)

16          Plaintiff,                 **[PROPOSED] ORDER GRANTING
                                       DC COMICS' NOTICE OF
17     v.                              MOTION AND MOTION FOR
                                       REVIEW OF MAGISTRATE'S
18 PACIFIC PICTURES                    ORDER ON PLAINTIFF'S
   CORPORATION, IP WORLDWIDE,          MOTION TO COMPEL OR, IN
19 LLC, IPW, LLC, MARC TOBEROFF,       THE ALTERNATIVE, FOR
   an individual, MARK WARREN          RECONSIDERATION OF THE
20 PEARY, as personal representative of COURT'S JUNE 20 AND APRIL
   the ESTATE OF JOSEPH SHUSTER,       11, 2011, ORDERS PURSUANT TO
21 JEAN ADELE PEAVY, an individual,    FED. R. CIV. P. 72(A) AND L.R. 72-
   LAURA SIEGEL LARSON, an             2.1**
22 individual and as personal
   representative of the ESTATE OF
23 JOANNE SIEGEL, and DOES 1-10,       Hon. Otis D. Wright II
   inclusive,
24        Defendants.

25

26

27

28
                                       [PROPOSED] ORDER GRANTING
                                          DC'S MOT. FOR REVIEW

1    Good cause appearing, IT IS HEREBY ORDERED that plaintiff DC

2   Comics' Motion For Review Of Magistrate's Order On Plaintiff's Motion To

3   Compel Or, In The Alternative, For Reconsideration Of The Court's June 20 And

4   April 11, 2011, Orders Pursuant To Fed. R. Civ. P. 72(a) And L.R. 72-2.1 is

5   GRANTED; and that defendants are hereby ordered to produce the July 2003 letter

6   from Laura Siegel Larson to Michael Siegel identified by defendants as listed as

7   Log Entry #82 on the Siegels' supplemental privilege log in Case No. 04-8400

8   ODW (RZx).

9

10       IT IS SO ORDERED.

11

12   Dated: _____

13                              Honorable Otis D. Wright II
                                Judge, United States District Court

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -                              [PROPOSED] ORDER GRANTING
                                    DC'S MOT. FOR REVIEW