1  Richard B. Kendall (State Bar No. 90072)
     *rkendall@kbkfirm.com*
2  Laura W. Brill (State Bar No. 195889)
     *lbrill@kbkfirm.com*
3  KENDALL BRILL & KLIEGER LLP
   10100 Santa Monica Blvd., Suite 1725
4  Los Angeles, California  90067
   Telephone:  (310) 556-2700
5  Facsimile:  (310)556-2705

6  Attorneys for Defendants Marc Toberoff,
   Pacific Pictures Corporation, IP
7  Worldwide, LLC, and IPW, LLC

8

### UNITED STATES DISTRICT COURT

9

### CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

10

| | |
|---|---|
| DC COMICS,<br><br>          Plaintiff,<br><br>   vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL; and DOES 1-10, inclusive,<br><br>          Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br><br>**DEFENDANTS' STATUS REPORT IN RESPONSE TO THE COURT'S SEPTEMBER 27, 2011 ORDER**<br><br>Complaint filed:  May 14, 2010<br>Trial Date:  None Set |

Marc Toberoff (State Bar No. 188547)
  *mtoberoff@ipwla.com*
Keith G. Adams (State Bar No. 240497)
  *kgadams@ipwla.com*
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 3630
Los Angeles, California, 90067
Telephone:   (310) 246-3333
Fax:         (310) 246-3101

Attorneys for Defendants Mark Warren
Peary, as personal representative of the
Estate of Joseph Shuster, Jean Adele Peavy,
and Laura Siegel Larson, individually and
as personal representative of the Estate of
Joanne Siegel

DEFENDANTS' STATUS REPORT IN RESPONSE TO THE COURT'S SEPTEMBER 27, 2011
ORDER

Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster and Jean Adele Peavy (the "Shuster Defendants"), defendant Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel (the "Siegel Defendant"), and their attorney, defendant Marc Toberoff, and certain entities associated with him, Pacific Pictures Corporation, IP Worldwide, LLC and IPW, LLC (the separately-represented "Toberoff Defendants") submit this brief status report regarding the Court's September 27, 2011 order (Docket No. 328), which struck Defendants' various Rule 12(b)(6) motions (Docket Nos. 146-148), but permitted all of the Defendants to file one consolidated 25-page motion to dismiss.

In accordance with the September 27, 2011 order, and with great respect for the Court's time, Defendants will submit a consolidated motion to dismiss by no later than Friday, October 14, 2011 (per F.R.C.P. 6(d) and 15(a)(3)).

Defendants filed separate motions to dismiss not to evade Local Rule 11-6's 25-page limit on motions, but because each defendant was only named as to certain of Plaintiff's Claims.  The First and Second Claims were made against only the Shuster Defendants, and so the Shuster Defendants filed a motion to dismiss such claims.  Docket No. 148.  The Fourth and Fifth Claims were similarly made only against the Toberoff Defendants, so the Toberoff Defendants filed a motion to dismiss such claims.  Docket No. 146.  The Siegel Defendant was only named in the Third and Sixth Claims, and so filed a motion to dismiss such claims (Docket No. 147), in which the other defendants joined (Docket Nos. 149-150).

Dated:  October 4, 2011          RESPECTFULLY SUBMITTED,

/s/ Laura Brill
Laura Brill

KENDALL BRILL & KLIEGER LLP
Attorneys for Defendants Marc Toberoff,  Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC

1
DEFENDANTS' STATUS REPORT IN RESPONSE TO THE COURT'S SEPTEMBER 27, 2011 ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/s/ Marc Toberoff

Marc Toberoff

TOBEROFF & ASSOCIATES, P.C.
Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel

DEFENDANTS' STATUS REPORT IN RESPONSE TO THE COURT'S SEPTEMBER 27, 2011 ORDER