# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>        Plaintiff,<br>   vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>        Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER DENYING DC COMICS' MOTION FOR REVIEW OF MAGISTRATE ZAREFSKY'S SEPTEMBER 15, 2011 ORDER DENYING DC COMICS' MOTION FOR RECONSIDERATION OF THE COURT'S JUNE 20 AND APRIL 11, 2011 ORDERS**<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set<br><br>Hearing Date: October 31, 2011<br>Hearing Time: 1:30 p.m.<br>Courtroom: 11 |

1    The Court, having reviewed and considered Magistrate Judge Zarefsky's April
2  11, 2011 order, June 20, 2011 order and September 15, 2011 order, Plaintiff DC
3  Comics' Motion For Review of Magistrate Zarefsky's September 15, 2011 Order
4  Denying DC Comics' Motion For Reconsideration of the Court's June 20 And April
5  11, 2011 Orders, Defendants' opposition thereto, and all further submissions and
6  arguments on the matter, and good cause appearing, hereby DENIES Plaintiff's
7  motion.  Neither error nor "clear error" was shown.  *See* Fed. R. Civ. P. 72(a), 28
8  U.S.C. § 636(b)(1)(A); *Maisonville v. F2 America, Inc.*, 902 F.2d 746, 748 (9th Cir.
9  1990); *Marlyn Nutraceuticals, Inc. v. Mucos Pharma GmbH & Co.*, 571 F.3d 873,
10  878 (9th Cir. 2009); Docket No. 18 at 3.

12   IT IS SO ORDERED.
13    Dated:    October __, 2011
14                                                                Hon. Otis D. Wright II, U.S.D.J.