DANIEL M. PETROCELLI (S.B. #097802)
dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819

Attorneys for Plaintiff DC Comics

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 10-03633 ODW (RZx)<br><br>**SUPPLEMENTAL DECLARATION OF JASON H. TOKORO IN SUPPORT OF DC COMICS' MOTION FOR REVIEW OF MAGISTRATE'S ORDER ON PLAINTIFF'S MOTION TO COMPEL OR, IN THE ALTERNATIVE, FOR RECONSIDERATION OF THE COURT'S JUNE 20 AND APRIL 11, 2011, ORDERS PURSUANT TO FED. R. CIV. P. 72(A) AND L.R. 72-2.1**<br><br>Hon. Otis D. Wright II<br><br>**Hearing Date**: October 31, 2011<br>**Hearing Time**: 1:30 p.m.<br>**Courtroom**: 11 |

TOKORO SUPPL. DECL. ISO
DC COMICS' MOT. FOR REVIEW

## DECLARATION OF JASON H. TOKORO

I, Jason H. Tokoro, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am an associate at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this supplemental declaration in support of DC Comics' Motion for Review of Magistrate's Order on Plaintiff's Motion to Compel or, in the Alternative, For Reconsideration of the Court's June 20 and April 11, 2011, Orders Pursuant to Federal Rule of Civil Procedure 72(a) and Local Rule 72-2.1. I have personal knowledge of the matters set forth in this declaration.

2. I have reviewed the 7,565 privilege log entries of the Siegel defendants and their representatives in the *Siegel* case and this case, and no communication between defendant Laura Siegel Larson and Michael Siegel is logged.

3. Attached hereto as Exhibit 1 is a true and correct copy of the privilege log of Don Bulson, Esq., prior counsel to Michael Siegel, served on October 23, 2006, in the *Siegel* case.

4. Attached hereto as Exhibit 2 is a true and correct copy of the supplemental privilege log of defendant Marc Toberoff, served on February 19, 2011, in this case.

5. The remaining privilege logs can be found at Docket Nos. 162-6, 162-7, 163-17, 267-15.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 13th day of October 2011 at Los Angeles, California.

Jason H. Tokoro