# EXHIBIT 2

| Log # | Date of Document | Identity of Author(s) | Identity of Recipient(s) | Document Type | Privilege Claim | Present Location |
|---|---|---|---|---|---|---|
| 3478 | 9/30/2010 | Atty Richard Kendall | Atty Susan J. Allison | E-mail | Joint Interest Privilege; Atty Work Product | Defendants' Counsel |
| 3479 | 9/30/2010 | Atty Richard Kendall | Atty Susan J. Allison | E-mail | Joint Interest Privilege; Atty Work Product | Defendants' Counsel |
| 3480 | 9/30/2010 | Atty Richard Kendall | | Declaration (Draft) | Joint Interest Privilege; Atty Work Product | Defendants' Counsel |
| 3481 | 9/30/2010 | Atty Richard Kendall | Atty Susan J. Allison | E-mail | Joint Interest Privilege; Atty Work Product | Defendants' Counsel |
| 3482 | 9/30/2010 | Atty Susan J. Allison | Atty Richard Kendall | E-mail | Joint Interest Privilege; Atty Work Product | Defendants' Counsel |
| 3483 | 9/30/2010 | Atty Richard Kendall | Atty Susan J. Allison | E-mail | Joint Interest Privilege; Atty Work Product | Defendants' Counsel |

**EXHIBIT 2**