DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:  (310) 553-6700
Facsimile:   (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone:  (845) 265-2820
Facsimile:   (845) 265-2819

Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>            Plaintiff,<br><br>      v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>            Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DECLARATION OF MATTHEW T. KLINE IN SUPPORT OF DC'S OPPOSITION TO DEFENDANTS' CONSOLIDATED MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6) (DOCKET NO. 333)**<br><br>Hon. Otis D. Wright II<br><br>**Hearing Date**:  November 14, 2011<br>**Hearing Time**:  1:30 p.m.<br>**Place**:  Courtroom 11<br><br>Complaint Filed: May 14, 2010<br>Discovery Cutoff: None Set<br>Trial Date:          None Set |

## DECLARATION OF MATTHEW T. KLINE

I, Matthew T. Kline, declare and state:

1. I am a partner at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in support of DC Comics' Opposition to Defendants' Consolidated Motion To Dismiss Pursuant To Fed. R. Civ. P. 12(b)(6) (Docket No. 333). I have personal knowledge of the matters set forth in this declaration.

2. Attached hereto as Exhibit 1 is a true and correct copy of a letter from Marc Toberoff, counsel for the Siegel and Shuster defendants, to my colleague, Daniel M. Petrocelli, dated October 5, 2011.

3. Attached hereto as Exhibit 2 is a true and correct copy of an email from me to counsel for Mr. Toberoff and his colleague, Keith Adams, dated October 6, 2011.

4. Attached hereto as Exhibit 3 is a true and correct copy of a letter from Mr. Adams to me dated October 6, 2011.

5. Attached hereto as Exhibit 4 is a true and correct copy of a letter from me to Mr. Adams and Mr. Toberoff dated October 7, 2011.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 24th day of October 2011 at Los Angeles, California.

_____
Matthew T. Kline