# EXHIBIT 1

# TOBEROFF & ASSOCIATES, P.C.

A PROFESSIONAL CORPORATION

2049 CENTURY PARK EAST, SUITE 3630
LOS ANGELES, CALIFORNIA 90067

MARC TOBEROFF*
NICHOLAS C. WILLIAMSON
KEITH G. ADAMS
JEFFREY R. RHOADS

TELEPHONE
(310) 246-3333

FACSIMILE
(310) 246-3101

* Also admitted in New York

mtoberoff@ipwla.com

October 5, 2011

<u>Via E-Mail</u>

Daniel Petrocelli
O'Melveny and Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Re:   <u>DC Comics v. Pacific Pictures Corp., et al.</u>, Case No. 10-CV-03633 ODW (RZx)

Dan:

Pursuant to the Court's September 27, 2011 order, defendants will file a "consolidated" Rule 12(b)(6) motion to dismiss DC's First Amended Complaint, on the grounds set forth in the briefing on defendants' prior motions to dismiss (Docket Nos. 146-148), by Friday, October 14, 2011, and set such motion for hearing on November 14, 2011.

Defendants are available to meet-and-confer today, tomorrow, or Friday on their motion.

Nothing in this letter should be construed as a waiver or limitation of any of defendants' rights or remedies, all of which are reserved.

Very truly yours,

Marc Toberoff

**EXHIBIT 1**
**2**