# EXHIBIT 2

**From:** Kline, Matthew
**Sent:** Thursday, October 06, 2011 11:21 AM
**To:** Marc Toberoff; 'Keith Adams'
**Cc:** Petrocelli, Daniel; Seto, Cassandra
**Subject:** Pacific Pictures

Marc,

We just finished our meet and confer call with you and Keith. To confirm, we initially offered to give you an extension from this Friday until the end of the day Monday to file your opposition for motion for review. You asked to have until 9am PDT on Tuesday to serve and file the brief. As you know, this extension deprives us of three days timely to prepare and file our reply. Nonetheless, we will accommodate you and give you the extra time you requested, as long as we receive your brief by no later than 9am PDT on Tuesday, October 11, 2011.

On your Rule 12 motions, we asked you to set them for hearing one week later than you proposed. You declined our request. We also asked whether your new motion would be eliminating any of the substantive arguments in your previous motions, such as your motion to strike or your preemption arguments. You refused to tell us. We think that violates the Court's local rules on meeting and conferring about such motions. We also told you that your refusal to provide us these details and with the extra time we requested interfered with our ability to prepare our opposition papers. You responded with a screaming rant attacking me personally. This has happened repeatedly before, it is highly unproductive and unprofessional behavior, and we will not tolerate it further.

All of DC's rights are reserved.

Matt


*******************************************
**Matthew T. Kline**
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Phone: (310) 246-6840
Fax: (310) 246-6779
mkline@omm.com
www.omm.com

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

Please consider the environment before printing this email

1

**EXHIBIT 2**

**3**