# EXHIBIT 4

# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | 1999 Avenue of the Stars, 7th Floor | SAN FRANCISCO |
| BRUSSELS | Los Angeles, California 90067-6035 | SHANGHAI |
| HONG KONG | | SILICON VALLEY |
| LONDON | TELEPHONE (310) 553-6700 | SINGAPORE |
| LOS ANGELES | FACSIMILE (310) 246-6779 | TOKYO |
| NEWPORT BEACH | www.omm.com | WASHINGTON, D.C. |
| NEW YORK | | |

October 7, 2011

OUR FILE NUMBER
905900-321

**VIA E-MAIL**

WRITER'S DIRECT DIAL
(310) 246-6840

Keith Adams
Marc Toberoff
Toberoff & Associates, P.C.
2049 Century Park East, Suite 3630
Los Angeles, California 90067

WRITER'S E-MAIL ADDRESS
mkline@omm.com

Re:   *DC Comics v. Pacific Pictures Corp. et al.*, **CV-10-3633 (ODW) (RZx)**

Dear Keith and Marc:

    I write in response to Keith's letter. If you want to imperil another motion by eluding the rules, that is your choice. We want and are entitled to know what grounds you'll be moving on, or to have more time to respond. You refuse to give us either. That will be grounds to deny or strike your motion.

    As for filing your opposition today, that is your choice. A stipulation easily could have been filed and approved—and even if it hadn't, we would not argue your brief was late. We gave you exactly what you asked for, and for whatever tactical reason, you now refuse to take advantage of the very extension you asked for.

    The remainder of your letter is disputed, and DC reserves all rights.

    Very truly yours,

Matthew T. Kline
of O'MELVENY & MYERS LLP

cc:   Daniel M. Petrocelli, Esq.
      Richard Kendall, Esq.

**EXHIBIT 4**
**6**