DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:  (310) 553-6700
Facsimile:  (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone:  (845) 265-2820
Facsimile:  (845) 265-2819

Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DC COMICS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' CONSOLIDATED MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. (DOCKET NO. 333)**<br><br>**Judge**:   Hon. Otis D. Wright II<br><br>**Hearing Date**:   October 18, 2010<br>**Hearing Time**:   1:30 p.m. |

Plaintiff DC Comics hereby requests that the Court take judicial notice of the following documents identified below in support of DC's concurrently filed Opposition to Defendants' Consolidated Motion to Dismiss (Docket No. 333). The court may take notice of facts that are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. *See* FED. R. EVID. 201(b); *U.S. v. Bernal-Obeso*, 989 F.2d 331, 333 (9th Cir.1993).

1. DC requests the Court take judicial notice of the Petition for Probate of Lots Will and for Letters Testamentary ("Petition") filed by defendant Mark Warren Peary on July 23, 2003, in *In re Estate of Joseph Shuster*, Case No. BP-080635, Superior Court of the State of California for the County of Los Angeles ("Probate Action"). A true and correct copy of the Petition is attached hereto as Exhibit A.[1] It is proper for the Court to take judicial notice of court records filed by a party. *E.g., Intri-Plex Techs., Inc. v. Crest Group, Inc.*, 499 F.3d 1048, 1052 (9th Cir. 2007); *Mir v. Little Co. of Mary Hosp.*, 844 F.2d 646, 649 (9th Cir. 1988); *Valerio v. Boise Cascade Corp.*, 80 F.R.D. 626, 635 n. 1 (N.D. Cal. 1978), *aff'd*, 645 F.2d 699 (9th Cir.); 21 WRIGHT & MILLER, FEDERAL PRACTICE AND PROCEDURE § 5106 (3d ed. 1998 & Supp. 2003) ("The most frequent use of judicial notice of ascertainable facts is in noticing the content of court records.").

2. For the same reasons and on the same basis, DC requests the Court take judicial notice of the Order Admitting Will To Probate, Appointing Executor and Authorizing Independent Administration of Estate With Limited Authority ("Order Appointing Executor") filed by defendant Mark Warren Peary on October 7, 2003, in the Probate Action. A true and correct copy of the Order Appointing Executor is attached hereto as Exhibit B.

---

[1] In certain instances, exhibits attached hereto have been slightly reduced in size to confirm with the Local Rules regarding format and pagination of exhibits. *See* L.R. 11-5.2, 11-5.3, 11-5.4. This was done solely to prevent pagination indications from overlapping with other text and to clearly differentiate the new pagination from prior document stamps. No other changes were made to any document.

1       3.    For the same reasons and on the same basis, DC requests the Court take judicial notice of the Duties and Liabilities of Personal Representative filed by defendant Mark Warren Peary on October 21, 2003, in the Probate Action. A true and correct copy of the of the Duties and Liabilities of Personal Representative is attached hereto as Exhibit C.

       4.    For the same reasons and on the same basis, DC requests the Court take judicial notice of Mark Peary and Jean Peavy's Memorandum in Opposition to Defendants' Motion to Compel Production of Documents Pursuant to Subpoena Duces Tecum For Contempt, and For Attorneys Fees ("Peavy Opposition") filed August 25, 2006 in *In re Subpoenas Duces Tecum*, Case No. MC-06-20 MV, United States District Court for the District of New Mexico. A true and correct copy of the Peavy Opposition is attached hereto as Exhibit D.

       5.    DC requests the Court take judicial notice of a letter from Jean Peavy to Paul Levitz dated September 7, 1999. A true and correct copy of the September 7, 1999, letter is attached hereto as Exhibit E. On a motion to dismiss under Rule 12(b)(6), courts are permitted to consider documents incorporated by reference in the complaint. *See U.S. v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003) ("Even if a document is not attached to a complaint, it may be incorporated by reference into the complaint if the plaintiff refers extensively to the document or the document forms the basis of the plaintiff's claim."); *Von Koenig v. Snapple Beverage Corp.*, 2010 WL 1980208 (E.D. Cal. May 10, 2010); *Parrino v. FHP, Inc.*, 146 F.3d 699, 705-06 (9th Cir. 1997). The September 7, 1999, letter is referred to in DC's first amended complaint in this action. Docket No. 49 ¶¶ 56, 116.

       6.    DC requests the Court take judicial notice of the fact that defendants stated no later than May 12, 2005 that DC had denied the validity of the Shusters' termination. Rule 201 of the Federal Rules of Evidence permits a court to take judicial notice of a fact that is "not subject to reasonable dispute in that it is … capable of accurate and ready determination by resort to sources whose accuracy

1  cannot reasonably be questioned." Rule 201(d) "makes the taking of judicial notice
2  mandatory if the Court is so requested and supplied with the necessary
3  information." *Haye v. U.S.*, 461 F. Supp. 1168, 1174 (C.D. Cal. 1978).  A letter
4  signed by defendant Marc Toberoff and dated May 12, 2005, a true and correct
5  copy of which is attached hereto as Exhibit F, states that DC sent a prior letter
6  "denying our clients' termination interests…."  The letter is on the letterhead of the
7  "Law Offices of Marc Toberoff," is signed by Marc Toberoff, is written "[o]n
8  behalf of" defendants Mark Peary and Jean Peavy, and is both dated and fax-
9  stamped May 12, 2005.  *See Brodsky v. Yahoo! Inc.*, 630 F. Supp. 2d 1104, 1111
10 (N.D. Cal. 2009) (judicial notice of conference call transcripts for the fact that
11 statements were made on the dates specified); *Twinde v. Threshold Pharm., Inc.*,
12 2009 WL 928132, at *5 (N.D. Cal. Apr. 3, 2009) (judicial notice of fact that
13 statements made in press releases were made on the dates specified).

14 Dated:  October 24, 2010                    Respectfully Submitted,

15                                                              O'MELVENY & MYERS LLP

16                                                              By:  /s/ Daniel M. Petrocelli
17                                                                      Daniel M. Petrocelli

- 3 -    DC'S REQUEST FOR JUDICIAL NOTICE ISO OPP. TO DEFS'' MOT. TO DISMISS