DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:   (310) 553-6700
Facsimile:    (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone:   (845) 265-2820
Facsimile:    (845) 265-2819

Attorneys for Plaintiff DC Comics

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>                    Plaintiff,<br><br>          v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' CONSOLIDATED MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6) (DOCKET NO. 333)**<br><br>Hon. Otis D. Wright II<br><br>**Complaint Filed**: May 14, 2010 |

1    Good cause appearing, and for all of the reasons in DC Comics' Opposition

2    To Defendants' Consolidated Motion To Dismiss Pursuant to Fed. R. Civ. P.

3    12(b)(6), IT IS HEREBY ORDERED that:

4    Defendants' Consolidated Motion To Dismiss (Docket No. 333) is hereby

5    DENIED.

6

7    IT IS SO ORDERED.

8

9    Dated: _____          _____

10                                                Honorable Otis D. Wright II
                                                 Judge, United States District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER DENYING
DEFS.' MOT. TO DISMISS.