DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819

Attorneys for Plaintiff DC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>                    Plaintiff,<br><br>          v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DC COMICS' RESPONSE TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT ON CONSOLIDATED MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6) (Docket No. 331-1)**<br><br>Hon. Otis D. Wright II<br><br>**Hearing Date**: November 14, 2011<br>**Hearing Time**: 1:30 p.m.<br>**Place**: Courtroom 11<br><br>Complaint Filed: May 14, 2010<br>Discovery Cutoff: None Set<br>Trial Date: None Set |

1   Plaintiff DC Comics hereby responds to defendants' Request for Judicial
2   Notice In Support of Consolidated Motion To Dismiss Pursuant To Fed. R. Civ. P.
3   12(b)(6).  Docket No. 331-1.  DC does not oppose the Court taking judicial notice
4   of the evidence requested by defendants and would have told defendants as much
5   had they contacted DC before filing the request.  DC does object to defendants'
6   efforts, yet again, Docket No. 328, to evade the Court's page limitation on Rule 12
7   briefing by repeating and augmenting their Rule 12 arguments in the body of their
8   request for judicial notice.  *E.g.*, Docket No. 331-1 at 4-5.  Such additional
9   argument should be stricken and are further grounds to deny defendants' re-filed
10  Rule 12 motion.

11  Dated:  October 24, 2011                    Respectfully Submitted,

12                                              By: /s/ Daniel M. Petrocelli
13                                                  Daniel M. Petrocelli