DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819

Attorneys for Plaintiff DC Comics

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>            Plaintiff,<br><br>      v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>            Defendants. | Case No. CV 10-03633 ODW (RZx)<br><br>[~~PROPOSED~~] ORDER GRANTING DC COMICS' NOTICE OF MOTION AND MOTION FOR REVIEW OF MAGISTRATE'S ORDER ON PLAINTIFF'S MOTION TO COMPEL OR, IN THE ALTERNATIVE, FOR RECONSIDERATION OF THE COURT'S JUNE 20 AND APRIL 11, 2011, ORDERS PURSUANT TO FED. R. CIV. P. 72(A) AND L.R. 72-2.1  (329)<br><br>Hon. Otis D. Wright II |

Good cause appearing, IT IS HEREBY ORDERED that plaintiff DC Comics' Motion For Review Of Magistrate's Order On Plaintiff's Motion To Compel Or, In The Alternative, For Reconsideration Of The Court's June 20 And April 11, 2011, Orders Pursuant To Fed. R. Civ. P. 72(a) And L.R. 72-2.1 is GRANTED; and that defendants are hereby ordered to produce the July 2003 letter from Laura Siegel Larson to Michael Siegel identified by defendants as listed as Log Entry #82 on the Siegels' supplemental privilege log in Case No. 04-8400 ODW (RZx).

IT IS SO ORDERED.

Dated: 10/24/'11

_____
Honorable Otis D. Wright II
Judge, United States District Court

[PROPOSED] ORDER GRANTING DC'S MOT. FOR REVIEW