# REPRESENTATION STATEMENT

Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2 counsel of record for Defendants PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, and LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, hereby provide the Court with the following list of all parties and attorneys in the appeal:

1. MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, Defendant, JEAN ADELE PEAVY, Defendant, and LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, Defendants, are represented by:

    Marc Toberoff and Keith G. Adams
    TOBEROFF & ASSOCIATES, P.C.
    2049 Century Park East, Suite 3630
    Los Angeles, California 90067
    Telephone No. (310) 246-3333; Facsimile No. (310) 246-3101

2. PACIFIC PICTURES CORPORATION, Defendant, IP WORLDWIDE, LLC, Defendant, IPW, LLC, Defendant, and MARC TOBEROFF, Defendant, are represented by:

    Richard B. Kendall, Laura W. Brill, and Nicholas F. Daum
    KENDALL BRILL & KLIEGER LLP
    10100 Santa Monica Blvd., Suite 1725
    Los Angeles, California  90067
    Telephone No. (310) 556-2700; Facsimile No. (310) 556-2705

3. DC COMICS, Plaintiff, is represented by:

    Daniel M. Petrocelli, Matthew T. Kline, and Cassandra L. Seto

    O'MELVENY & MYERS LLP

    1999 Avenue of the Stars, 7th Floor

    Los Angeles, California 90067

    Telephone No. (310) 553-6700; Facsimile No. (310) 246-6779

    Patrick T Perkins

    PERKINS LAW OFFICES PC

    1711 Route 9D

    Cold Spring, New York 10516

    Telephone No. (845) 265-2820; Fax No. (845) 265-2819