UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-03633-ODW(RZx) | Date | November 3, 2011 |
|---|---|---|---|
| Title | DC Comics v. Pacific Pictures Corporation et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | | None present |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None present | | None present |

**Proceedings:**     **(IN CHAMBERS)   Order Vacating Hearing on MOTION to Dismiss Consolidated Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) [333]**

The hearing on the above-referenced motion, scheduled for November 14, 2011 is hereby VACATED. The matter stands submitted.  An order will issue.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | | se |