TOBEROFF & ASSOCIATES, P.C.
Marc Toberoff (State Bar No. 188547)
  *mtoberoff@ipwla.com*
Keith G. Adams (State Bar No. 240497)
  *kgadams@ipwla.com*
2049 Century Park East, Suite 3630
Los Angeles, California, 90067
Telephone: (310) 246-3333
Fax:         (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>    Plaintiff,<br><br>  vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**NOTICE OF WITHDRAWAL OF DEFENDANTS' CONSOLIDATED NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6) (Docket No. 333)**<br><br>Complaint filed:  May 14, 2010<br>Discovery Cutoff:  None Set<br>Trial Date:          None Set<br><br>Date:  November 14, 2011<br>Time:  1:30 p.m.<br>Place:  Courtroom 11 |

NOTICE OF WITHDRAWAL OF DEFENDANTS' CONSOLIDATED MOTION TO DISMISS

1  KENDALL BRILL & KLIEGER LLP
   Richard B. Kendall (State Bar No. 90072)
2    *rkendall@kbkfirm.com*
   Laura W. Brill (State Bar No. 195889)
3    *lbrill@kbkfirm.com*
   Nicholas F. Daum (State Bar No. 236155)
4    *ndaum@kbkfirm.com*
   10100 Santa Monica Blvd., Suite 1725
5  Los Angeles, California  90067
   Telephone:   (310) 556-2700
6  Facsimile:    (310)556-2705

7  Attorneys for Defendants Marc Toberoff,
   Pacific Pictures Corporation, IP
8  Worldwide, LLC, and IPW, LLC

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF WITHDRAWAL OF DEFENDANTS' CONSOLIDATED MOTION TO DISMISS

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Local Rule 7-16, defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel, Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC hereby withdraw without prejudice their Consolidated Notice Of Motion And Motion To Dismiss Pursuant To Fed. R. Civ. P. 12(b)(6) (Docket No. 333), originally filed on October 14, 2011, and scheduled for hearing on November 14, 2011.  Defendants withdraw their motion because it implicates issues that are now under the jurisdiction of the Ninth Circuit Court of Appeals pursuant to defendants' recently-filed appeal (Docket No. 339; 9th Cir. Case No. 11-56934), and to avoid potentially wasting the District Court's resources and the risk of conflicting rulings. *See Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 59 (1982); *City of L.A., Harbor Division v. Santa Monica Baykeeper,* 254 F.3d 882, 886 (9th Cir. 2001).  Defendants will file their answer to DC Comics' First Amended Complaint by no later than November 17, 2011.

Dated:  November 3, 2011        RESPECTFULLY SUBMITTED,

/s/ Richard Kendall
Richard Kendall

KENDALL BRILL & KLIEGER LLP
Attorneys for Defendants Marc Toberoff *et al.*

/s/ Marc Toberoff
Marc Toberoff

TOBEROFF & ASSOCIATES, P.C.
Attorneys for Defendants Mark Warren Peary *et al.*