1  TOBEROFF & ASSOCIATES, P.C.
   Marc Toberoff (State Bar No. 188547)
2    *mtoberoff@ipwla.com*
   Keith G. Adams (State Bar No. 240497)
3    *kgadams@ipwla.com*
   2049 Century Park East, Suite 3630
4  Los Angeles, California, 90067
   Telephone:   (310) 246-3333
5  Fax:          (310) 246-3101

6  Attorneys for Defendants Mark Warren
   Peary, as personal representative of the
7  Estate of Joseph Shuster, Jean Adele Peavy,
   and Laura Siegel Larson, individually and
8  as personal representative of the Estate of
   Joanne Siegel

9
                **UNITED STATES DISTRICT COURT**
10
         **CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**
11

| | |
|---|---|
| 12 DC COMICS,<br><br>13　　　　　　Plaintiff,<br><br>14　　　vs.<br><br>PACIFIC PICTURES CORPORATION;<br>15 IP WORLDWIDE, LLC; IPW, LLC;<br>16 MARC TOBEROFF, an individual;<br>MARK WARREN PEARY, as personal<br>17 representative of the ESTATE OF<br>18 JOSEPH SHUSTER; JEAN ADELE<br>PEAVY, an individual; LAURA<br>19 SIEGEL LARSON, individually and as<br>20 personal representative of the ESTATE<br>21 OF JOANNE SIEGEL, and DOES 1-10,<br>inclusive,<br><br>22　　　　　　Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF DC COMICS' NOVEMBER 2, 2011 STATUS REPORT**<br><br>Complaint filed:　May 14, 2010<br>Discovery Cutoff:　None Set<br>Trial Date:　　　None Set |

KENDALL BRILL & KLIEGER LLP
Richard B. Kendall (State Bar No. 90072)
 *rkendall@kbkfirm.com*
Laura W. Brill (State Bar No. 195889)
 *lbrill@kbkfirm.com*
Nicholas F. Daum (State Bar No. 236155)
 *ndaum@kbkfirm.com*
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California  90067
Telephone:   (310) 556-2700
Facsimile:    (310)556-2705

Attorneys for Defendants Marc Toberoff,
Pacific Pictures Corporation, IP
Worldwide, LLC, and IPW, LLC

DEFENDANTS' RESPONSE TO DC COMICS' NOVEMBER 2, 2011 STATUS REPORT

Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel, Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC ("Defendants") hereby briefly respond to plaintiff DC Comics' ("DC") November 2, 2011 Status Report (Docket No. 341).

1.    As to the issues raised in DC's status report regarding a stay of discovery (Docket No. 341, ¶ 2), Defendants are not currently seeking a stay of discovery in this case.

2.    As noted in DC's status report (Docket No. 341, ¶ 1), and Defendants' notice of withdrawal (Docket No. 343) of their consolidated motion to dismiss (Docket No. 333), the merits of DC's Fourth, Fifth and Sixth Claims at issue in Defendants' motion to dismiss are under the jurisdiction of the Ninth Circuit Court of Appeals pursuant to Defendants' recently-filed notice of appeal (Docket No. 339; 9th Cir. Case No. 11-56934). *See Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 59 (1982).

3.    Defendants therefore decided after filing the notice of appeal to withdraw what remained of their motion to dismiss ("MTD") in the interests of judicial economy and to avoid the risk of conflicting rulings due to the considerable overlap of issues between the First and Third Claims (still subject to the motion) and the Fourth, Fifth and Sixth Claims (subject to the appeal). *Compare, e.g.,* Docket No. 49 ("FAC"), ¶¶ 112-17 (First Claim; addressing effect of 1992 Agreement) *with* 175-76 (Fourth Claim; addressing the effect of the 1992 Agreement); Docket No. 333 at 2-4, 6 (MTD First Claim) *with* 17-21 (MTD Fourth Claim); No. 334 at 5-10 (Opp. to MTD First Claim) *with* 17-18 (Opp. to MTD Fourth Claim); No. 338 at 2-4 (Reply to MTD First Claim) *with* 9 (Reply to MTD Fourth Claim); FAC, ¶¶ 167-72 (Third Claim; addressing the issue of DC's purported rights under 17 U.S.C. § 304(c)(6)(D)) *with* 187-89 (Sixth Claim; addressing the issue of DC's purported rights under 17

U.S.C. § 304(c)(6)(D)); Docket No. 333 at 8-10 (MTD Third and Sixth Claims); No. 334 at 11-16 (Opp. to MTD Third Claim) *with* 23-24 (Opp. to MTD Sixth Claim); No. 338 at 5-6 (Reply to MTD Third Claim) *with* 12 (Reply to MTD Sixth Claim).[1]

Dated:  November 3, 2011          RESPECTFULLY SUBMITTED,

                                   /s/ Richard Kendall
                                  Richard Kendall

                                  KENDALL BRILL & KLIEGER LLP
                                  Attorneys for Defendants Marc Toberoff *et al.*

                                   /s/ Marc Toberoff
                                  Marc Toberoff

                                  TOBEROFF & ASSOCIATES, P.C.
                                  Attorneys for Defendants Mark Warren Peary *et al.*

---

[1] For the reasons stated above, Defendants drafted their notice of withdrawal last night, November 2, 2011, for filing today, so that the notice of withdrawal would be filed well before Local Rule 7-16's seven (7) day advance notice requirement.  The notice was not filed in response to the Court's November 3, 2011 order (Docket No. 342) on the motion to dismiss.  *See* Exhibit 1, attached hereto.

DEFENDANTS' RESPONSE TO DC COMICS' NOVEMBER 2, 2011 STATUS REPORT