**YAHOO! SMALL BUSINESS**

**DC v. PPC - Notice of Withdrawal**                Wednesday, November 2, 2011 7:28 PM

From: "Keith Adams" <kgadams@ipwla.com>
To: "Marc Toberoff" <marc.toberoff@gmail.com>
1 File (76KB)



DC v. PPC.M

Attached

Keith G. Adams
Toberoff & Associates, P.C.
2049 Century Park East, Suite 3630
Los Angeles, CA 90067
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: kgadams@ipwla.com
http://www.ipwla.com

This message and any attached documents may contain information from
Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**EXHIBIT 1**