UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-03633-ODW(RZx) | Date | November 4, 2011 |
|---|---|---|---|
| Title | DC Comics v. Pacific Pictures Corporation et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | | None present |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None present | | None present |

**Proceedings:** **MINUTE ORDER (IN CHAMBERS)**

**AT THE REQUEST OF THE MOVING PARTY**, the MOTION to Dismiss Consolidated Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) **[333]** is hereby VACATED.

: 00

Initials of Preparer se