**FILED**

UNITED STATES COURT OF APPEALS

NOV 14 2011

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: PACIFIC PICTURES CORPORATION; et al. | No. 11-71844 |
| | D.C. No. 2:10-cv-03633-ODW Central District of California, Los Angeles |
| PACIFIC PICTURES CORPORATION; et al., | |
| Petitioners, | ORDER |
| v. | |
| UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES, | |
| Respondent, | |
| DC COMICS, | |
| Real Party in Interest. | |



RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 14 2011
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

Before: O'SCANNLAIN, LEAVY, and TROTT, Circuit Judges.

The petition for a writ of mandamus, the response and reply to the petition, and all pending motions are referred to the merits panel. The Clerk shall calendar this case during the week of February 6, 2012, at The Richard H. Chambers Courthouse in Pasadena, California.

KS/MOATT