1  DANIEL M. PETROCELLI (S.B. #097802)
   dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
   mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
   cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA  90067-6035
   Telephone:   (310) 553-6700
6  Facsimile:    (310) 246-6779

7  Attorneys for Plaintiff DC Comics

8  (continued on next page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| DC COMICS, | Case No. CV 10-3633 ODW (RZx) |
|---|---|
| Plaintiff, | **JOINT STIPULATION TO BIFURCATE DC COMICS' FIRST CLAIM FOR RELIEF PURSUANT TO FED. R. CIV. P. 42(B) AND TO SCHEDULE A TRIAL ON THAT CLAIM** |
| v. | |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive, | [PROPOSED] ORDER FILED CONCURRENTLY HEREWITH |
| | Hon. Otis D. Wright II |
| Defendants. | |

| | |
|---|---|
| 1 | PATRICK T. PERKINS (admitted *pro hac vice*) |
| | pperkins@ptplaw.com |
| 2 | PERKINS LAW OFFICE, P.C. |
| | 1711 Route 9D |
| 3 | Cold Spring, NY 10516 |
| | Telephone:  (845) 265-2820 |
| 4 | Facsimile:   (845) 265-2819 |
| 5 | Attorneys for Plaintiff DC Comics |
| 6 | MARC TOBEROFF (S.B. #188547) |
| | mtoberoff@ipwla.com |
| 7 | NICHOLAS C. WILLIAMSON (S.B. #231124) |
| 8 | nwilliamson@ipwla.com |
| | KEITH G. ADAMS (S.B. #240497) |
| 9 | kgadams@ipwla.com |
| 10 | TOBEROFF & ASSOCIATES, P.C. |
| | 22631 Pacific Coast Highway #348 |
| 11 | Malibu, CA 90265 |
| | Telephone:  (310) 246-3333 |
| 12 | Facsimile:   (310) 246-3101 |
| 13 | Attorneys for Laura Siegel Larson, |
| | Mark Warren Peary, and Jean Peavy |
| 14 | |
| 15 | RICHARD B. KENDALL (S.B. # 90072) |
| | rkendall@kbkfirm.com |
| 16 | LAURA W. BRILL (S.B. # 195889) |
| | lbrill@kbkfirm.com |
| 17 | NICHOLAS F. DAUM (S.B. # 236155) |
| | ndaum@kbkfirm.com |
| 18 | KENDALL BRILL & KLIEGER LLP |
| | 10100 Santa Monica Blvd., Suite 1725 |
| 19 | Los Angeles, California 90067 |
| | Telephone: (310) 556-2700 |
| 20 | Facsimile: (310) 556-2705 |
| 21 | Attorneys for Marc Toberoff, Pacific Pictures |
| | Corporation, IP Worldwide, LLC, and IPW, LLC |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1    The parties, by and through their respective counsel of record, hereby
2 stipulate and agree as follows:
3    WHEREAS, Federal Rule of Civil Procedure 42(b) provides: "The court, in
4 furtherance of convenience or to avoid prejudice, or when separate trials will be
5 conducive to expedition and economy, may order a separate trial on any claim … or
6 of any separate issue";
7    WHEREAS, plaintiff DC Comics' ("DC") First Claim for Relief, *see* DC's
8 First Amended Complaint (Docket No. 49), alleges that the Shuster estate's notice
9 of termination under the Copyright Act is invalid on five alleged grounds;
10   WHEREAS, defendants' interlocutory appeal of this Court's October 25,
11 2011, order denying defendants' motion to strike DC's Fourth, Fifth, and Sixth
12 Claims for Relief pursuant to California's anti-SLAPP statute, Docket No. 337, is
13 currently pending before the Ninth Circuit;
14   WHEREAS, this Court has issued a partial final judgment pursuant to
15 Federal Rule of Civil Procedure 54(b) in the related action *Siegel v. Warner Bros.*
16 *Entertainment Inc.*, Case No. 04-CV-08400 ODW (RZx);
17   WHEREAS, DC's First Claim for Relief can be efficiently and promptly
18 adjudicated by bifurcating and ordering a separate trial of the First Claim, which the
19 parties estimate can be concluded in one week;
20   WHEREAS, such a trial would adjudicate DC's "First Claim for Relief:
21 Declaratory Relief re: Invalidity of Copyright Termination Notice (Against
22 Defendants Shuster Estate, Peary, and Peavy)" based solely on the five specific
23 grounds enumerated in said First Claim, *see* DC's First Amended Complaint,
24 (Docket No. 49 ¶¶ 106-134), and the relief sought in connection therewith (*id.* ¶¶
25 190, 196-97);
26   WHEREAS, both parties reserve all rights as to the relevance and
27 admissibility of evidence proffered at such a trial of DC's First Claim for Relief,
28 and this stipulation and proposed order therein will not determine whether proffered

- 1 -   JOINT STIPULATION TO BIFURATE DC COMICS' FIRST CLAIM FOR RELIEF FOR TRIAL

1  evidence is relevant or admissible as to the operative allegations (*id.* ¶¶ 106-134) of
2  DC's First Claim for Relief;
3     WHEREAS, such a trial could moot DC's Second and Third Claims for
4  Relief, which are pleaded in the alternative to DC's First Claim for Relief, *see* DC's
5  First Amended Complaint;
6     WHEREAS, bifurcation is appropriate where, as here, it would "defer[]
7  costly and possibly unnecessary proceedings pending resolution of potentially
8  dispositive preliminary issues," *Jinro Am., Inc., v. Secure Invs., Inc.*, 266 F.3d 993,
9  998 (9th Cir. 2001);
10    WHEREAS, bifurcation is also warranted because the parties agree that it is
11  the most convenient, expeditious, and economical method for resolving DC's First
12  Claim for Relief, and resolution of DC's First Claim for Relief is in the best interest
13  of all parties and will avoid prejudice, *see* Fed. R. Civ. P. 42(b), given that the
14  alleged effective date of the copyright termination notice at issue in that claim is
15  October 26, 2013;
16    WHEREAS, the parties agree that adjudication of the First Claim for Relief
17  may and should result in issuance of a judgment pursuant to Federal Rule of Civil
18  Procedure 54(b), and hereby stipulate that the Court may enter such a judgment at
19  the conclusion of the trial;
20    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that,
21  subject to the Court's approval, (a) DC's First Claim for Relief shall be bifurcated
22  pursuant to Federal Rule of Civil Procedure 42(b); (b) a trial shall be scheduled
23  solely as to DC's First Claim for Relief in mid-April 2012 or as soon thereafter as is
24  practicable based on the Court's calendar and the availability of counsel; (c) the
25  trial shall be confined solely to adjudication of DC's First Claim for Relief, as
26  specifically pleaded in DC's First Amended Complaint (Docket No. 49 ¶¶ 106-
27  134), and the relief sought in connection therewith (*id.* ¶¶ 190, 196-97); (d)
28  pursuant to the Court's November 28, 2011 order (Docket No. 350), the parties will

submit a joint status report at least 14 days before the February 6, 2012 status conference setting forth a proposed pretrial schedule on DC's First Claim for Relief; (e) the parties reserve all rights as to the relevance and admissibility of evidence proffered at such a trial of DC's First Claim for Relief, and this stipulation and proposed order will not determine whether proffered evidence is relevant or admissible as to the operative allegations (*id.* ¶¶ 106-134) of DC's First Claim for Relief; and (f) following trial, the Court shall certify its order on DC's First Claim for Relief for immediate appeal pursuant to Federal Rule of Civil Procedure 54(b).

Dated: December 8, 2011        O'MELVENY & MYERS LLP

By: /s/ Daniel M. Petrocelli
    Daniel M. Petrocelli

Dated: December 8, 2011        TOBEROFF & ASSOCIATES, P.C.

By: /s/ Marc Toberoff
    Marc Toberoff

Dated: December 8, 2011        KENDALL BRILL & KLIEGER LLP

By: /s/ Richard B. Kendall
    Richard B. Kendall