1

2

3

4

5

6

7

8

9

10

11

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>              Plaintiff,<br><br>      v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>              Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**[PROPOSED] ORDER BIFURCATING DC COMICS' FIRST CLAIM FOR RELIEF PURSUANT TO FED. R. CIV. P. 42(B) AND SCHEDULING A TRIAL ON THAT CLAIM**<br><br>Hon. Otis D. Wright II |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER
BIFURCATING DC'S FIRST CLAIM
FOR RELIEF FOR TRIAL

1    The Court, having reviewed and considered the parties' Joint Stipulation To

2  Bifurcate DC Comics' First Claim For Relief Pursuant To Fed. R. Civ. P. 42(b)

3  And To Schedule A Trial On That Claim, and good cause appearing, hereby

4  GRANTS the parties' application.

5    IT IS HEREBY ORDERED THAT:  (a) DC's First Claim for Relief shall be

6  bifurcated pursuant to Federal Rule of Civil Procedure 42(b); (b) a trial shall be

7  scheduled solely as to DC's First Claim for Relief in mid-April 2012 or as soon

8  thereafter as is practicable based on the Court's calendar and the availability of

9  counsel; (c) the trial shall be confined solely to adjudication of DC's First Claim for

10  Relief, as specifically pleaded in DC's First Amended Complaint (Docket No. 49 ¶¶

11  106-134), and the relief sought in connection therewith (*id.* ¶¶ 190, 196-97); (d)

12  pursuant to the Court's November 28, 2011 order (Docket No. 350), the parties will

13  submit a joint status report at least 14 days before the February 6, 2012 status

14  conference setting forth a proposed pretrial schedule on DC's First Claim for

15  Relief; (e) the parties reserve all rights as to the relevance and admissibility of

16  evidence proffered at such a trial of DC's First Claim for Relief, and this order will

17  not determine whether proffered evidence is relevant or admissible as to the

18  operative allegations (*id.* ¶¶ 106-134) of DC's First Claim for Relief; and (f)

19  following trial, the Court shall certify its order on DC's First Claim for Relief for

20  immediate appeal pursuant to Federal Rule of Civil Procedure 54(b).

21    IT IS SO ORDERED.

22

23  Dated: _____    _____

24                                      Honorable Otis D. Wright II
                                        Judge, United States District Court

25

26

27

28

- 1 -
[PROPOSED] ORDER
BIFURCATING DC'S FIRST CLAIM
FOR RELIEF FOR TRIAL