DANIEL M. PETROCELLI (S.B. #097802)
 dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
 mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
 cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:  (310) 553-6700
Facsimile:   (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
 pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone:  (845) 265-2820
Facsimile:   (845) 265-2819

Attorneys for Plaintiff DC Comics

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>   Plaintiff,<br><br>   v.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>   Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**DC COMICS' NOTICE OF MOTION AND MOTION FOR LEAVE TO SERVE SIX ADDITIONAL INTERROGATORIES ON DEFENDANT MARC TOBEROFF**<br><br>JOINT STIPULATION, DECLARATION OF CASSANDRA SETO, AND [PROPOSED] ORDER FILED CONCURRENTLY HEREWITH<br><br>**Judge**:       Hon. Otis D. Wright II<br>**Magistrate**: Hon. Ralph Zarefsky<br><br>**Hearing Date**:    Jan. 30, 2012<br>**Hearing Time**:    10:00 a.m.<br>**Courtroom**:       540<br>**Discovery Cutoff**: None Set<br>**Pretrial Conference**: None Set |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on January 30, 2012, at 10:00 a.m., or as soon thereafter as the matter may be heard by the above-entitled court, located at 255 East Temple Street, Los Angeles, California in Courtroom 540, plaintiff DC Comics will and hereby does move the Court for leave to serve an additional six interrogatories on defendant Marc Toberoff—which DC has identified as Interrogatories 26-31.

This motion is made pursuant to Rules 26, 33, and 37 of the Federal Rules of Civil Procedure and Local Rule 37-2 on the grounds that the complexity of this case, the relevance of the information sought, the minimal burden imposed on Toberoff, and the lack of prior discovery on this issue all justify these six additional interrogatories.  Pursuant to Local Rule 37-1, the parties attempted to resolve this dispute, but were unable to do so.

This motion is based on this Notice of Motion and Motion; DC Comics' portion of the accompanying Joint Stipulation Regarding DC Comics' Motion For Leave To Serve Six Additional Interrogatories On Defendant Marc Toberoff; the accompanying Declaration of Cassandra Seto and exhibits in support thereof; any supplemental memoranda that may be filed pursuant to Local Rule 37; all exhibits, files, and records on file in this action; matters of which judicial notice may be taken; and such additional submissions and argument as may be presented at or before the hearing on this motion.

Dated:     December 20, 2011          Respectfully Submitted,

O'MELVENY & MYERS LLP

By:  /s/ Daniel M. Petrocelli
     Daniel M. Petrocelli
     Attorneys for Plaintiff DC Comics