DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:  (310) 553-6700
Facsimile:  (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone:  (845) 265-2820
Facsimile:  (845) 265-2819

Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>  Plaintiff,<br><br>  v.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>  Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF CASSANDRA SETO IN SUPPORT OF DC COMICS' MOTION FOR LEAVE TO SERVE SIX ADDITIONAL INTERROGATORIES ON DEFENDANT MARC TOBEROFF**<br><br>**Judge**:  Hon. Otis D. Wright II<br>**Magistrate**:  Hon. Ralph Zarefsky<br><br>**Hearing Date**:  Jan. 30, 2012<br>**Hearing Time**:  10:00 a.m.<br>**Courtroom**:  540<br>**Discovery Cutoff**:  None Set<br>**Pretrial Conference**:  None Set |

## **DECLARATION OF CASSANDRA SETO**

I, Cassandra Seto, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am an associate at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in support of DC's Motion for Leave to Serve Six Additional Interrogatories on Defendant Marc Toberoff. I have personal knowledge of the matters set forth in this declaration.

2. Attached hereto as Exhibit A is a true and correct copy of a parking pass to 20th Century Fox Studios produced by defendants on December 7, 2010.

3. Attached hereto as Exhibit B is a true and correct copy of DC Comics' First Set of Interrogatories To Defendant Marc Toberoff, dated December 10, 2010.

4. Attached hereto as Exhibit C is a true and correct copy of DC Comics' First Set of Requests for Production to Defendants Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC, dated December 10, 2010.

5. Attached hereto as Exhibit D is a true and correct copy of an e-mail exchange between Mr. Toberoff and employees of Paramount Pictures produced by defendants on December 17, 2010, and reproduced by designation on January 24, 2011.

6. Attached hereto as Exhibit E is a true and correct copy of DC Comics' First Set of Interrogatories to Defendants Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC, dated July 1, 2011.

7. Attached hereto as Exhibit F is a true and correct copy of a letter sent by my colleague Matthew Kline to Mr. Toberoff and counsel for defendants, dated July 7, 2011.

8. Attached hereto as Exhibit G is a true and correct copy of a letter sent by counsel for the defendants to Mr. Kline, dated July 25, 2011.

9. Attached hereto as Exhibit H is a true and correct copy of defendant Pacific Pictures Corporation's response to DC's first set of interrogatories, dated August 1, 2011.

10. Attached hereto as Exhibit I is a true and correct copy of Defendant IP Worldwide, LLC's Response to Plaintiff DC Comics' First Set of Interrogatories, dated August 1, 2011.

11. Attached hereto as Exhibit J is a true and correct copy of defendant IPW, LLC's Response to Plaintiff DC Comics' First Set of Interrogatories, dated August 1, 2011.

12. Attached hereto as Exhibit K is a true and correct copy of DC Comics' Second Set of Interrogatories to Defendant Marc Toberoff, dated August 3, 2010.

13. Attached hereto as Exhibit L is a true and correct copy of a letter sent by Mr. Kline to counsel for the defendants, dated August 3, 2011.

14. Attached hereto as Exhibit M is a true and correct copy of a letter sent by counsel for the defendants to Mr. Kline, dated August 10, 2011.

15. Attached hereto as Exhibit N is a true and correct copy of an e-mail exchange among myself, Mr. Kline, my colleague Daniel Petrocelli, and counsel for the defendants, dated August 10-11, 2010.

16. Attached hereto as Exhibit O is a true and correct copy of Defendant Marc Toberoff's Response To Plaintiff DC Comics' Second Set of Interrogatories, dated September 6, 2011.

17. Attached hereto as Exhibit P is a true and correct copy of an e-mail sent by Mr. Petrocelli to Mr. Toberoff and counsel for the defendants, dated September 16, 2011.

18. Attached hereto as Exhibit Q is a true and correct copy of an e-mail sent by counsel for the defendants to Mr. Petrocelli, dated September 22, 2011.

19. Attached hereto as Exhibit R is a true and correct copy of a letter sent by defendant Laura Siegel Larson to her half-brother Michael Siegel on July 11, 2003.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 20th day of December, 2011, at Los Angeles, California.

*Cassandra Seto*