# EXHIBIT D
# Part 1 of 2

 Google

Marc Toberoff <marc.toberoff@gmail.com>

---

## E-mail addresses

---

**Ferleger, Daniel - Paramount <Daniel_Ferleger@paramount.com>**                    Thu, Apr 29, 2010 at 10:10 AM
To: Mtoberoff@ipwla.com
Cc: "Martin, Scott - Paramount" <Scott_Martin@paramount.com>, "Moore, Rob - Paramount" <rsm@paramount.com>, "Cosgrove, Rona - Paramount" <Rona_Cosgrove@paramount.com>

Please forward the requested information to those listed above and me.  Thanks.


Daniel

This email (including any attachments) is for its intended recipient's use only.
This email may contain information that is confidential or privileged.
If you received this email in error, please immediately advise the sender by
replying to this email and then delete this message from your system.

---

LSL 00095



Marc Toberoff <marc.toberoff@gmail.com>

# Attachments for Paramount - Part 1/2

**Marc Toberoff <mtoberoff@lpwla.com>**                    **Thu, Apr 29, 2010 at 6:54 PM**
To: Daniel_Ferleger@paramount.com, "Martin, Scott - Paramount" <Scott_Martin@paramount.com>, "Moore, Rob
- Paramount" <rsm@paramount.com>, "Cosgrove, Rona - Paramount" <Rona_Cosgrove@paramount.com>

Gentlemen:

This is the first two e-mails attaching requested documents.

Please find attached copies of the works with respect to which Siegel's joint copyright interest has been held to
have been successfully recaptured and for which  Shuster's other half of the copyright will be recaptured on
October 26, 2013 : (1) the first Superman story published in Action Comics No. 1 and (2) the first two weeks of
newspaper strips.

As discussed, I also attached our motion for reconsideration of the Court's ruling regarding the many other
strips authored by Siegel and Shuster.  For the reasons stated therein the recapture of such strips which
contain the first appearance of numerous Superman elements has a good chance of success on appeal.

Regards
--
Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@lpwla.com

LSL 00096

EXHIBIT D
55



Marc Toberoff <marc.toberoff@gmail.com>

## Out of Office AutoReply: Attachments for Paramount - Part 1/2

**Martin, Scott - Paramount <Scott_Martin@paramount.com>**          Thu, Apr 29, 2010 at 6:54 PM
To: Marc Toberoff <mtoberoff@ipwla.com>

I will be in Europe on business the week of April 26th.  I will be checking email but responses will be delayed.

If you need to reach me urgently, please contact Chris Labrum in my office.  He can be reached on +1 323 956 5570 or Chris_Labrum@paramount.com.

This email (including any attachments) is for its intended-recipient's use only.
This email may contain information that is confidential or privileged.
If you received this email in error, please immediately advise the sender by
replying to this email and then delete this message from your system.

LSL 00097

12/6/2010 6:22 PM

**EXHIBIT D**
**56**

 **Gmail**
by Google

Marc Toberoff <marc.toberoff@gmail.com>

## Attachments for Paramount - Part 2/2

**Marc Toberoff <mtoberoff@ipwla.com>**                    **Thu, Apr 29, 2010 at 6:59 PM**
To: Daniel_Ferleger@paramount.com, "Martin, Scott - Paramount" <Scott_Martin@paramount.com>, "Moore, Rob - Paramount" <rsm@paramount.com>, "Cosgrove, Rona - Paramount" <Rona_Cosgrove@paramount.com>

Ladies and Gentlemen:

As requested, attached please find the Shuster termination notice, and copies of early Superboy comics.

Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com

---

**3 attachments**

📄 **Shuster Termination.PDF**
237K

📄 **More Fun Comics Superboy No. 101-103.PDF**
3795K

📄 **More Fun Comics Superboy No. 104-107.PDF**
6402K

---

**LSL 00098**

**EXHIBIT D**
**57**



'3505 D773



## NOTICE OF TERMINATION OF TRANSFER
## COVERING EXTENDED COPYRIGHT RENEWAL TERM
## OF "SUPERMAN"

To:  Time Warner Inc.
75 Rockefeller Plaza
New York, NY 10019
Attn: Richard D. Parsons
Chief Executive Officer

Time Warner
Entertainment Company, L.P.
75 Rockefeller Plaza
New York, NY 10019
Attn: Barry M. Meyer
Chairman & C.E.O.

Warner Bros. Entertainment Inc.
4000 Warner Boulevard
Burbank, CA 91522
Attn:  John A. Schulman
V.P & General Counsel

Warner Bros. Inc.
4000 Warner Boulevard
Burbank, CA 91522
Attn: John A. Schulman
V.P. & General Counsel

Warner Communications Inc.
c/o Time Warner, Inc.
75 Rockefeller Plaza
New York, NY 10019
Attn: Paul T. Cappuccio
E.V.P. & General Counsel

Warner Bros. Television
4000 Warner Boulevard
Burbank, CA 91522
Attn: Peter Roth, President

Warner Music Group
75 Rockefeller Plaza
New York, NY 10019
Attn: Roger Ames
Chairman & C.E.O.

Warner Bros. Worldwide
Consumer Products
4000 Warner Boulevard
Burbank, CA 91522
Attn:  Dan Romanelli, President

Warner Publisher Services, Inc.
135 W. 50th Street, 7th Floor
New York, NY 10020
Attn: Rich Jacobsen, President

Time Warner Book Group, Inc.
1271 Avenue of the Americas
New York, NY 10020
Attn: Laurence J. Kirshbaum, CEO

Warner Books, Inc.
1271 Avenue of the Americas
New York, NY 10020
Attn:  Laurence J. Kirshbaum, CEO

Little, Brown and Company, Inc.
1271 Avenue of the Americas
New York, NY 10020
Attn:  Laurence J. Kirshbaum, CEO

DC Comics, Inc.
1700 Broadway, 7th Floor
New York, NY 10019
Attn: Paul Levitz
President & Publisher

DC Comics, a General Partnership
1700 Broadway, 7th Floor
New York, NY 10019
Attn:  Paul Levitz
Executive V.P. & Publisher

DC Direct
c/o DC Comics
1700 Broadway, 7th Floor
New York, NY 10019
Attn:  Paul Levitz, E.V.P. & Publisher

V3505 D773  Page 1

LSL 00099

## EXHIBIT D
58




Milton Bradley Co.
Division of Hasbro Inc.
433 Shaker Road
East Longmeadow, MA 01028
Attn: David E. Wilson, President

Hasbro, Inc.
1027 Newport Avenue
Pawtucket, RI 02861
Attn: Alan Hassenfeld
Chief Executive Officer

Wildstorm Productions
888 Prospect Street, Suite 240
La Jolla, CA 92037
Attn: Jim Lee
Editor & Director

Wildstorm Productions
c/o DC Comics
1700 Broadway, 7th Floor
New York, NY 10019
Attn: Paul Levitz
President & Publisher

Dark Horse Publications
10956 S.E. Main St.
Milwaukie, OR 97222
Attn: Michael Richardson
President

Cantharus Productions, N.V.
8965 Bay Cove Ct.
Orlando, FL 32819
Attn: Ilya Salkind

Ilya Salkind and Pierre Spengler
12 Chiswick Lane
London W4 2JE, England
Attn: Albion Gee, Esq.
Albion Gee & Co.

Hallmark Entertainment, Inc.
1325 Avenue of the Americas
21st Floor
New York, NY 10019
Attn: Robert Halmi, Jr. Chairman

Marvel Entertainment Group, Inc.
10 East 40th Street, 9th Floor
New York, NY 10016
Attn: F. Peter Cuneo
President & C.E.O.

Golden Books Publishing
1540 Broadway
New York, NY 10036
Attn: Amy Jarashow
Associate Publisher

Random House Golden Books for
Young Readers
1540 Broadway
New York, NY 10036
Attn: Kate Klimo
Vice President & Publisher

Random House, Inc.
1745 Broadway
New York, NY 10019
Attn: Katherine J. Trager
Senior V.P. & General Counsel

Inkworks
4320 Delta Lake Dr.
Raleigh, NC 27612
Attn: Allan Caplan
President & CEO

Penguin Group, (USA) Inc.
375 Hudson Street
New York, NY 10014
Attn: David Shanks, C.E.O.

DK Publishing, Inc.
375 Hudson Street
New York, NY 10014
Attn: Christopher Davis, Publisher

Scholastic, Inc.
557 Broadway
New York, NY 10012
Attn: Richard Robinson
Chairman & CEO

V3505 D773    Page 2

LSL 00100

PLEASE TAKE NOTICE that pursuant to Section 304(d) of the United States Copyright Act (17 U.S.C. §304(d)) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. §201.10, the undersigned Mark Warren Peary, being the person entitled to terminate transfers pursuant to said statutory provisions, hereby terminates the grant of the transfer of renewal copyright(s) (to the extent of author Joseph Shuster's ownership share of the renewal copyright(s)) in and to the copyrighted work(s) entitled "SUPERMAN" made in those certain agreements all as identified below, and the undersigned sets forth in connection therewith the following:

1.    The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Time Warner Inc., 75 Rockefeller Plaza, New York, NY 10019, Attn: Richard D. Parsons, Chief Executive Officer; Time Warner Entertainment Company, L.P., 75 Rockefeller Plaza, New York, NY 10019, Attn: Barry M. Meyer, Chairman & C.E.O.; Warner Bros. Entertainment Inc., 4000 Warner Boulevard, Burbank, CA 91522, Attn: John A. Schulman, V.P. & General Counsel; Warner Bros. Inc., 4000 Warner Boulevard, Burbank, CA 91522, Attn: John A. Schulman, V.P. & General Counsel;  Warner Communications Inc., c/o Time Warner, Inc., 75 Rockefeller Plaza, New York, NY 10019, Attn: Paul T. Cappucio, E.V.P. & General Counsel; Warner Bros. Television, 4000 Warner Boulevard, Burbank, CA 91522, Attn: Peter Roth, President; Warner Music Group, 75 Rockefeller Plaza, New York, NY 10019, Attn: Roger Ames, Chairman & C.E.O.; Warner Bros. Worldwide Consumer Products, 4000 Warner Boulevard, Burbank, CA 91522, Attn: Dan Romanelli, President; Warner Publisher Services, 135 W. 50th Street, 7th Floor, New York, N.Y. 10020, Attn: Rich Jacobsen, President; Time Warner Book Group, Inc., 1271 Avenue of

V3505 D773 Page 3

LSL 00101

the Americas, New York, NY 10020, Attn: Laurence J. Kirshbaum, C.E.O.; Warner

Books, Inc., 1271 Avenue of the Americas, New York, NY 10020, Attn: Laurence J.

Kirshbaum, C.E.O.; Little, Brown, and Company, 1271 Avenue of the Americas, New

York, NY 10020, Attn: Laurence J. Kirshbaum, C.E.O.; DC Comics Inc., 1700

Broadway, 7th Floor, New York, NY 10019, Attn: Paul Levitz, Executive V.P. &

Publisher; DC Comics, A General Partnership, 1700 Broadway, 7th Floor, New York, NY

10019, Attn: Paul Levitz, Executive V.P. & Publisher; DC Direct, c/o DC Comics, 1700

Broadway, 7th Floor, New York, NY 10019, Attn: Paul Levtiz, E.V.P. & Publisher; Milton

Bradley Co., Division of Hasbro, Inc., 433 Shaker Road, East Longmeadow, MA 01028,

Attn: David E. Wilson, President; Hasbro, Inc., 1027 Newport Ave., Pawtucket, RI

02861, Attn: Alan Hassenfeld, Chief Executive Officer; Wildstorm Productions, 888

Prospect Street, Suite 240, La Jolla, CA 92037, Attn: Jim Lee, Editor & Director;

Wildstorm Productions, c/o DC Comics, 1700 Broadway, 7th Floor, New York, NY

10019, Attn: Paul Levitz, President & Publisher; Dark Horse Publications, 10956 S.E.

Main St., Milwaukie, OR 97222, Attn: Michael Richardson, President; Cantharus

Productions, N.V., 8965 Bay Cove Ct., Orlando, FL 32819, Attn: Ilya Salkind; Ilya

Salkind and Pierre Spengler, 12 Chiswick Lane, London W4 2JE, England, Attn: Albion

Gee, Esq., Albion Gee & Co.; Hallmark Entertainment, Inc., 1325 Avenue of the

Americas, 21st Floor, New York, NY 10019, Attn: Robert Halmi, Jr., Chairman; Marvel

Entertainment Group, Inc., 10 East 40th Street, 9th Floor, New York, NY 10016, Attn: F.

Peter Cuneo, President & C.E.O.; Golden Books Publishing, 1540 Broadway, New

York, NY 10036, Attn: Amy Jarashow, Associate Publisher; Random House Golden

Books for Young Readers, 1540 Broadway, New York, NY 10036, Attn: Kate Kilmo,

Vice President & Publisher; Random House, Inc., 1745 Broadway, New York, NY

V3505 D773  Page 4

LSL 00102

**EXHIBIT D**
**61**

10019, Attn: Katherine J. Trager, Senior V.P. & General Counsel; Inkworks, 4320 Delta

Lake Drive, Raleigh, NC 27612, Attn: Allan Caplan, President & C.E.O.; Penguin Group

(USA) Inc., 375 Hudson Street, New York, NY 10014, Attn: David Shanks, C.E.O.; DK

Publishing, Inc., 375 Hudson Street, New York, NY 10014, Attn: Christopher Davis,

Publisher; Scholastic, Inc., 557 Broadway, New York, NY 10012, Attn: Richard

Robinson, Chairman & C.E.O.  Pursuant to 37 C.F.R. Section 201.10(d), service of this

notice is being made by first class mail, and additionally service of this notice is being

made by certified mail, return receipt requested, to the above grantees or successors at

the addresses shown.


2.    The works (individually, "Work;" collectively, the "Works") to which this

Notice of Termination applies are as follows[1]: The title of the original copyrighted Work

to which this Notice of Termination applies is SUPERMAN, an illustrated comic book

story constituting a front cover and pages 1-13, inclusive, in the body of Action Comics,

Vol. 1, No. 1, June, 1938 issue, which was published on April 18, 1938. This Work was

registered for copyright under registration No. B379787 and copyright was originally

---

[1] This Notice of Termination applies as well to each and every element of each Work,  including without limitation, the story or stories, character or characters, the interplay of such characters, theme or themes, settings or locales, and includes, but is not limited to, Superman, his origins and escape as an infant to Earth in a rocket ship, his super strength, his invulnerability (bullets bounce off his chest and he's impervious to fire), his super speed, his ability to leap great distances in a single bound, his telescopic vision, his super hearing and sense of smell,  his sense of humor, his clean-cut good looks, his high morals, ethics and compassion, his mission as a crime fighter and as a champion of the underdog, his stylized costume and cape, the diamond shaped "S" insignia on his chest, his secret identity / alter ego as the mild mannered bespectacled newspaper reporter, Clark Kent, the feisty and attractive female reporter love interest, Lois Lane, the love triangle between Superman, Lois Lane and Clark Kent, Clark Kent's boss / newspaper Editor (a.k.a. Perry White), the Daily Planet newspaper (f.k.a. the Daily Star) where Clark Kent, Lois Lane and the Editor work, the great skyscraper metropolis where these characters live (a.k.a. Metropolis), Superman's scientist father (a.k.a. Jor L) and Superman's birthplace --a highly advanced but doomed distant planet (a.k.a. Krypton).

V3505  D773  Page 5

LSL 00103

secured in this Work as of its April 18, 1938 publication date. This Work was written by

Jerome Siegel and illustrated by Joseph Shuster.  Renewal of the copyright in and to

this Work was made on June 1, 1965, in the name of National Periodical Publications,

Inc. claiming as proprietor of copyright, under renewal registration No. R362188.  This

Work was based upon, incorporated, and constituted a slightly revised version of, the

following Works to which this Notice of Termination also applies: twenty-four days (i.e.,

four six day weeks) of previously unpublished SUPERMAN newspaper comic strips,

created c. 1934, written by Jerome Siegel and illustrated by Joseph Shuster.[2] The

remaining Works to which this Notice of Termination applies are:

| Title | Name of Author | Date Copyright Secured | Copyright  Reg. No. |
|---|---|---|---|
| SUPERMAN story in comic book form | Jerome Siegel Joseph Shuster | Work created c.1933 | N/A[3] |

[2]  In Siegel and Shuster v. National Comics Pub., Inc. et al., the court found that Jerome Siegel and Joseph Shuster were "the originators and authors of the cartoon character Superman and of the title Superman and first created cartoon material in which said character and title first appeared in 1934...," and further found that this material as incorporated in Action Comics No. 1 constituted:  "the formula for the continuing SUPERMAN series to come. It depicted and narrated the origin of the character SUPERMAN, and contained a complete delineation of the pictorial representation of SUPERMAN, of his habits and character, of the superhuman powers and attributes with which SUPERMAN was endowed and of the sphere of public good which SUPERMAN exploits were to enhance." Findings of Fact and Conclusions of Law by Referee J. Addison Young, ¶¶ 8, 22 (November 1, 1947); See also Siegel and Shuster v. National Comics Pub., Inc. et al., Opinion of Referee J. Addison Young, page 9 ("[the aforementioned material] certainly contained the full delineation of the character Superman and though the story or continuity might vary in the future from time to time, it did, I believe constitute a formula for the continuing series to come..."). In Siegel v. National Periodical Publications, Inc, the Second Circuit Court of Appeals reversed the District Court's determination that Action Comics No. 1 was a work-for-hire and held: "Superman and his miraculous powers were completely developed long before the employment relationship was instituted. The record indicates that the revisions directed by the defendants were simply to accomodate Superman to a magazine format." 508 F.2d 909, 914 (2nd Circuit 1974).

[3]  The second and third Works listed in this table as well as the above-referenced 24 days of previously unpublished SUPERMAN newspaper comic strips were first published in a somewhat revised form on April 18, 1938 as Action Comics, Vol. 1, No. 1, June, 1938, which was registered for copyright under registration No. B379787 and renewed under registration No. R362188.

V3505 D773 Page 6

LSL 00104

**EXHIBIT D**
**63**

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| 15 SUPERMAN daily comic strips (12 strips and 3 scripts) | Jerome Siegel Joseph Shuster | Work created c.1934 | N/A |
| Action Comics #2 [4] | Jerome Siegel Joseph Shuster | May 25, 1938 | B379788 |
| Action Comics #3 | Jerome Siegel Joseph Shuster | June 25, 1938 | B385466 |
| Action Comics #4 | Jerome Siegel Joseph Shuster | July 25, 1938 | B387907 |
| Action Comics #5 | Jerome Siegel Joseph Shuster | August 25, 1938 | B394784 |
| Action Comics # 6 | Jerome Siegel Joseph Shuster | September 26, 1938 | B394866 |
| Action Comics # 7 | Jerome Siegel Joseph Shuster | October 25, 1938 | B399214 |

3.     This Notice of Termination applies to the following grants, assignments, transfers and/or agreements to the extent each grants, transfers or assigns the renewal copyright (or any interest in or to the renewal copyright) to any Work identified hereinabove:

(a)     A one page agreement between Detective Comics, Inc., on the one hand and Jerome Siegel and Joe Shuster, co-authors of the comic book/strip SUPERMAN, on the other, executed on or about March 1, 1938;

---

[4] Action Comics Nos. 2-6 were reprinted in Superman Nos. 1 and 3 (Copyright Reg. Nos. AA299871 and B443035, respectively) to which this Notice of Termination, therefore, also applies.

LSL 00105

V3505 D773   Page 7

(b)    A two page agreement of purported employment between Detective Comics, Inc., on the one hand, and Jerome Siegel and Joe Shuster, co-authors of the comic book/strip SUPERMAN, on the other, executed on or about December 4, 1937;

(c)    A three page letter agreement between Detective Comics, Inc., on the one hand, and Jerome Siegel and Joseph Shuster, co-authors of the comic book/strip SUPERMAN, on the other, executed on or about September 22, 1938;

(d)    A three page letter agreement between Detective Comics, Inc. and The McClure Newspaper Syndicate, on the one hand, and Jerome Siegel and Joseph Shuster, co-authors of the comic book/strip SUPERMAN, on the other, executed on or about September 22, 1938;

(e)    A two page letter agreement between Detective Comics, Inc., on the one hand, and Jerome Siegel and Joseph Shuster, co-authors of the comic book/strip SUPERMAN, on the other, executed on or about December 19, 1939;

(f)    A seven page agreement or stipulation between National Comics Publications, Inc., Independent News Co., Inc., The McClure Newspaper Syndicate, Harry Donenfeld, Jacob S. Liebowitz, Paul H. Sampliner and Wayne Boring, on the one hand, and Jerome Siegel and Joseph Shuster, co-authors of the comic book/strip SUPERMAN, on the other, executed on or about May 19, 1948;

(g)    A twelve page letter agreement (with additional pages for exhibits) between Warner Communications Inc., on the one hand, and Jerome Siegel and Joseph Shuster, co-authors of the comic book/strip SUPERMAN, on the other, executed on or about December 23, 1975.

4.    The effective date of termination shall be October 26, 2013.

V3505 D773  Page 8

LSL 00106

5.    No prior termination of the grants of rights in the copyright of the aforementioned Works for their renewal copyright term has been exercised by the author, Joseph Shuster, or his statutory heirs or representatives pursuant to Section 304 (c) of the United States Copyright Act (17 U.S.C. §304(c)).

6.    Joseph Shuster died on July 30, 1992.  There is no living widow, child or grandchild of Mr. Shuster. The undersigned, Mark Warren Peary is the Executor  of the Estate of Joseph Shuster; and, as such, is the person entitled to exercise Joseph Shuster's termination interest pursuant to 17 U.S.C. § 304 (d), incorporating without limitation 17 U.S.C. § 304 (c)(2)(D), as to the grants of the transfers described herein. To the best knowledge and belief of the undersigned, this notice has been signed by all persons whose signature is necessary to terminate said grants under Section 304(d) of Title 17, United States Code.

Dated: November 7 , 2003

Mark Warren Peary
Executor of the Estate of Joseph Shuster
c/o Marc Toberoff, Esq.
9595 Wilshire Boulevard, Suite 811
Beverly Hills, CA 90212

Y3505 D773  Page 9

LSL 00107

**EXHIBIT D**
**66**

 

## CERTIFICATE OF INVESTIGATION

I hereby certify that before serving the foregoing document described as NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL TERM OF "SUPERMAN", and pursuant to 37 C.F.R. Section 201.10(d), I caused a reasonable investigation to be made as to the current ownership of the rights being terminated, including a search of the records in the U.S. Copyright Office.

I declare under penalty of perjury that the foregoing is true and correct. Executed this /² day of November, 2003, at Los Angeles, California.

Marc Toberoff, Esq.
9595 Wilshire Boulevard, Suite 811
Beverly Hills, CA 90212

Counsel for the Estate of Joseph Shuster

V3505 D773 Page 10

LSL 00108

## EXHIBIT D
## 67

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true copy of the foregoing document described as

NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL

TERM OF "SUPERMAN" to be served this _10th_ day of November, 2003, by First Class

Mail, postage prepaid, upon the following:

To:  Time Warner Inc.
75 Rockefeller Plaza
New York, NY 10019
Attn: Richard D. Parsons
Chief Executive Officer

Time Warner
Entertainment Company, L.P.
75 Rockefeller Plaza
New York, NY 10019
Attn: Barry M. Meyer
Chairman & C.E.O.

Warner Bros. Entertainment Inc.
4000 Warner Boulevard
Burbank, CA 91522
Attn: John A. Schulman
V.P. & General Counsel

Warner Bros. Inc.
4000 Warner Boulevard
Burbank, CA 91522
Attn: John A. Schulman
V.P. & General Counsel

Warner Communications Inc.
c/o Time Warner, Inc.
75 Rockefeller Plaza
New York, NY 10019
Attn: Paul T. Cappucio
E.V.P. & General Counsel

Warner Bros. Television
4000 Warner Boulevard
Burbank, CA 91522
Attn: Peter Roth, President

Warner Music Group.
75 Rockefeller Plaza
New York, NY 10019
Attn: Roger Ames
Chairman & C.E.O

Warner Bros. Worldwide
Consumer Products
4000 Warner Boulevard
Burbank, CA 91522
Attn: Dan Romanelli, President

Warner Publisher Services, Inc.
135 W. 50th Street, 7th Floor
New York, NY 10020
Attn: Rich Jacobsen
President

Time Warner Book Group, Inc.
1271 Avenue of the Americas
New York, NY 10020
Attn: Laurence J. Kirshbaum, CEO

Warner Books, Inc.
1271 Avenue of the Americas
New York, NY 10020
Attn: Laurence J. Kirshbaum, CEO

Little, Brown and Company, Inc.
1271 Avenue of the Americas
New York, NY 10020
Attn: Laurence J. Kirshbaum, CEO

DC Comics, Inc.
1700 Broadway, 7th Floor
New York, NY 10019
Attn: Paul Levitz
President & Publisher

V3505 D773    Page 11

LSL 00109



DC Comics, a General Partnership
1700 Broadway, 7th Floor
New York, NY 10019
Attn: Paul Levitz
Executive V.P. & Publisher

DC Direct
c/o DC Comics
1700 Broadway, 7th Floor
New York, NY 10019
Attn: Paul Levitz
E.V.P. & Publisher

Milton Bradley Co.
Division of Hasbro Inc.
433 Shaker Road
East Longmeadow, MA 01028
Attn: David E. Wilson, President

Hasbro, Inc.
1027 Newport Avenue
Pawtucket, RI 02861
Attn: Alan Hassenfeld
Chief Executive Officer

Wildstorm Productions
888 Prospect Street, Suite 240
La Jolla, CA 92037
Attn: Jim Lee
Editor & Director

Wildstorm Productions
c/o DC Comics
1700 Broadway, 7th Floor
New York, NY 10019
Attn: Paul Levitz
President & Publisher

Dark Horse Publications
10956 S.E. Main St.
Milwaukie, OR 97222
Attn: Michael Richardson,
President

Cantharus Productions, N.V.
8965 Bay Cove Ct.
Orlando, FL 32819
Attn: Ilya Salkind

Ilya Salkind and Pierre Spengler.
12 Chiswick Lane
London W4 2JE, England
Attn: Albion Gee, Esq.
Albion Gee & Co

Hallmark Entertainment, Inc.
1325 Avenue of the Americas
21st Floor
New York, NY 10019
Attn: Robert Halmi, Jr.
Chairman

Marvel Entertainment Group, Inc..
10 East 40th Street, 9th Floor
New York, NY 10016
Attn: F. Peter Cuneo
President & C.E.O

Golden Books Publishing
1540 Broadway
New York, NY 10036
Attn: Amy Jarashow
Associate Publisher

Random House Golden Books for
Young Readers
1540 Broadway
New York, NY 10036
Attn: Kate Klimo
Vice President & Publisher

Random House, Inc.
1745 Broadway
New York, NY 10019
Attn: Katherine J. Trager
Senior V.P. & General Counsel

Inkworks
4320 Delta Lake Dr.
Raleigh, NC 27612
Attn: Allan Caplan
President & CEO

Penguin Group (USA) Inc.
375 Hudson Street
New York, NY 10014
Attn: David Shanks, C.E.O.

V3505 D773     Page 12

LSL 00110

**EXHIBIT D**
**69**

DK Publishing, Inc.
375 Hudson Street
New York, NY 10014
Attn: Christopher Davis, Publisher

Scholastic, Inc.
557 Broadway
New York, NY 10012
Attn: Richard Robinson
Chairman & CEO

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___ day of November, 2003, at Los Angeles, California.

Marc Toberoff, Esq.
9595 Wilshire Blvd., Suite 811
Beverly Hills, CA 90212

Counsel for the Estate of Joseph Shuster

V3505 D773 Page 13

LSL 00111









LSL 00113

PAGE 193
EXHIBIT K

**EXHIBIT D**

**72**



LSL 00114

PAGE 194
EXHIBIT K

**EXHIBIT D**

**73**



LSL 00115

PAGE 195
EXHIBIT K

**EXHIBIT D**
74



LSL 00116

PAGE 196
EXHIBIT K



LSL 00117

PAGE 197
EXHIBIT K



LSL 00118
DCC 00142147

### Editorial Advisory Board
## SUPERMAN DC
## COMIC MAGAZINES:

DR LAURETTA BENDER
Associate Professor of Psychiatry
School of Medicine, New York University

PEARL S. BUCK
Author "The Good Earth", "The Promise"
etc. Winner, 1938 Nobel Prize;
President, The East and West Association

JOSETTE FRANK
Consultant on Children's Reading,
Child Study Association of America

DR. C. BOWIE MILLICAN
Department of English Literature
New York University

Dr. W. W. D. SONES
Professor of Education and
Director of Curriculum Study,
University of Pittsburgh

Dr. ROBERT THORNDIKE
Department of Educational Psychology,
Teachers College, Columbia University

Com. GENE TUNNEY, U.S.N.R.
Former World's Heavyweight
Boxing Champion
Member, Executive Board
New York Boy Scout Foundation



The following magazines all bear this
trademark as your guarantee of
the best in comic reading

ACTION COMICS
ADVENTURE COMICS
ALL FUNNY COMICS
BATMAN
BOY COMMANDOS
BUZZY
DETECTIVE COMICS
LEADING COMICS
MORE FUN COMICS
STAR SPANGLED COMICS
SUPERMAN
WORLD'S FINEST COMICS



THE NEWEST
MEMBER of the
FAMILY

For rib-tickling humo
and swing-time actior
get hep to the antic
of America's newes
favorite!

AT ALL NEWSSTANDS 10¢



THIS COMIC'S SOLID, FOLKS!

LSL 00119
DCC 00142148

**EXHIBIT D**
78



LSL 00120
DCC 00142149



LSL.00121

EXHIBIT D
80



LSL 00122
DCC 0014215



00123



E00124



LSL 00125
00142154

**EXHIBIT D**
**84**



LSL 00126
DCC 0012155

**EXHIBIT D**
**85**



LSL 00127
DCC 00142156

*Editorial Advisory Board*

**SUPERMAN DC COMIC MAGAZINES:**

DR. LAURETTA BENDER
Associate Professor of Psychiatry
School of Medicine, New York University

PEARL S. BUCK
Author "The Good Earth", "The Promise"
etc. Winner, 1938 Nobel Prize;
President, The East and West Association

JOSETTE FRANK
Consultant on Children's Reading.
Child Study Association of America

DR. C. BOWIE MILLICAN
Department of English Literature
New York University

Dr. W. W. D. SONES
Professor of Education and
Director of Curriculum Study,
University of Pittsburgh

Dr. ROBERT THORNDIKE
Department of Educational Psychology
Teachers College, Columbia University

Com. GENE TUNNEY U.S.N.R.
Former World's Heavyweight
Boxing Champion
Member, Executive Board
New York Boy Scout Foundation



The following magazines all bear this
trademark as your guarantee of
the best in comic reading

ACTION COMICS
ADVENTURE COMICS
ALL FUNNY COMICS
BATMAN
BOY COMMANDOS
BUZZY
DETECTIVE COMICS
LEADING COMICS
MORE FUN COMICS
STAR SPANGLED COMICS
SUPERMAN
WORLD'S FINEST COMICS



*You don't need a* **TELESCOPE!**

WHEN YOU'RE SHOPPING FOR THE *BEST* IN COMICS, YOU DON'T HAVE FAR TO LOOK! IT'S RIGHT UNDER YOUR NOSE, ON EVERY NEWSSTAND —THE **SUPERMAN DC SYMBOL**...YOUR *GUARANTEE* OF TOP ENTERTAINMENT IN ADVENTURE AND HUMOR!

LSL 00128
DCC 00142157

**EXHIBIT D**
**87**



LSL 00129
DCC 0014215



LSL 00130



00131

**EXHIBIT D**
**90**



LSK 00132

**EXHIBIT D**



LSL 00133

**EXHIBIT D**
**92**



LSL 00134
TC 00142163

LSL 00135
DCC 00142164



LSL 00136

DCC 00142165



*Editorial Advisory Board*

# SUPERMAN DC
## COMIC MAGAZINES:

DR LAURETTA BENDER
Associate Professor of Psychiatry
School of Medicine, New York University

PEARL S. BUCK
Author, The Good Earth, The Promise
etc. Winner, 1938 Nobel Prize
President The East and West Association

JOSETTE FRANK
Consultant on Children's Reading,
Child Study Association of America

BESS B LANE
Educational Director
United Parents Associations

DR C BOWIE MILLICAN
Department of English Literature
New York University

Dr. W. W. D. SONES
Professor of Education and
Director of Curriculum Study
University of Pittsburgh

Dr. ROBERT THORNDIKE
Department of Educational Psychology
Teachers College, Columbia University

Com. GENE TUNNEY U.S.N.R.
Former World's Heavyweight
Boxing Champion
Member Executive Board
New York Boy Scout Foundation



The following magazines all bear this
trademark as your guarantee of
the best in comic reading

ACTION COMICS
ADVENTURE COMICS
ALL FUNNY COMICS
BATMAN
BOY COMMANDOS
BUZZY
DETECTIVE COMICS
LEADING COMICS
MORE FUN COMICS
REAL SCREEN FUNNIES
STAR SPANGLED COMICS
SUPERMAN
WORLD'S FINEST COMICS



LSL 00137
DCC 00142166



**EXHIBIT D**
**97**



00139





LSD 00141
DCC 00142169



EXHIBIT D
101



00143

MORE FUN COMICS
TWO MEAN-LOOKIN' FELLERS IN THAT CABIN SENT ME THIS WAY—AN' THEY WOULDN'T HELP ME WHEN I GOT STUCK!
HMMM... FROM WHAT MY X-RAY EYES TELL ME, I THINK I CAN GUESS WHY!
WITHIN THE CABIN...
HE'S STOPPED YELLIN'! THAT MEANS HE'S A GONER, AN' WE AIN'T GOT NOTHIN' TO WORRY ABOUT!
SUDDENLY—
HEY! THE CABIN'S TIPPIN'!
WE'LL GIVE THEM A TASTE OF THEIR OWN MEDICINE, SHALL WE, JOHNNY?
GEE! D'YOU THINK I'LL BE STRONG LIKE YOU WHEN I GROW UP?
WHAT'S HAPPENIN'?
SUPERBOY!
LOOK! THE BRAT'S OUTA THE QUICKSAND—AN' WE'RE IN!
WE GIVE UP! WE SWIPED THE FOXES OFFA THE FARM AN' THEIR SKINS ARE ALL HERE!
RUFUS SLUDGE HIRED US! HE SAID IT'D HELP HIM GET SOME PROPERTY HE WANTED, AN' HE'D SPLIT THE PROFITS WITH US!
THAT'S ALL I WANT TO KNOW!



**EXHIBIT D**



LSB 00145
DCC 00142173



*Editorial Advisory Board*

## SUPERMAN DC
## COMIC MAGAZINES:

**DR. LAURETTA BENDER**
Associate Professor of Psychiatry
School of Medicine, New York University

**PEARL S. BUCK**
Author, The Good Earth", 'The Promise',
etc. Winner, 1938 Nobel Prize;
President The East and West Association

**JOSETTE FRANK**
Consultant on Children's Reading,
Child Study Association of America

**BESS B. LANE**
Educational Director
United Parents Associations

**DR. C. BOWIE MILLICAN**
Department of English Literature
New York University

**Dr. W. W. D. SONES**
Professor of Education and
Director of Curriculum Study,
University of Pittsburgh

**Dr. ROBERT THORNDIKE**
Department of Educational Psychology,
Teachers College Columbia University

**Com. GENE TUNNEY, U.S.N.R.**
Former World's Heavyweight
Boxing Champion
Member, Executive Board
New York Boy Scout Foundation



The following magazines all bear this
trademark as your guarantee of
the best in comic reading.

ACTION COMICS
ADVENTURE COMICS
ALL FUNNY COMICS
BATMAN
BOY COMMANDOS
BUZZY
DETECTIVE COMICS
LEADING COMICS
MORE FUN COMICS
REAL SCREEN COMICS
STAR SPANGLED COMICS
SUPERMAN
WORLD'S FINEST COMICS





LSL 00147

DCC 00142175



LSL 00148
DCC 0014217b



00149
7

00150

**EXHIBIT D**
**109**



EXHIBIT D
110