Marc Toberoff (State Bar No. 188547)
 *mtoberoff@ipwla.com*
Keith G. Adams (State Bar No. 240497)
 *kgadams@ipwla.com*
TOBEROFF & ASSOCIATES, P.C.
22631 Pacific Coast Highway #348
Malibu, California, 90265
Telephone: (310) 246-3333
Fax:         (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| DC COMICS, <br><br>             Plaintiff, <br>    vs. <br><br> PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive, <br><br>             Defendants. | Case No: CV 10-03633 ODW (RZx) <br><br> Hon. Otis D. Wright II, U.S.D.J. <br><br> **DECLARATION OF KEITH ADAMS IN OPPOSITION TO PLAINTIFF DC COMICS' MOTION FOR LEAVE TO SERVE SIX ADDITIONAL INTERROGATORIES ON DEFENDANT MARC TOBEROFF** <br><br> Complaint Filed: May 14, 2010 <br> Trial Date: None Set |

DECLARATION OF KEITH ADAMS

| | |
|---|---|
| 1 | **DECLARATION OF MARC TOBEROFF** |
| 2 | I, Keith Adams, declare as follows: |
| 3 | 1. I am an attorney at Toberoff & Associates, P.C., counsel of record |
| 4 | for defendants Mark Warren Peary, as personal representative of the Estate of |
| 5 | Joseph Shuster, Jean Adele Peavy, Joanne Siegel and Laura Siegel Larson. I am |
| 6 | a member in good standing of the State Bar of California and submit this |
| 7 | declaration in opposition to plaintiff DC Comics' Motion For Leave To Serve |
| 8 | Six Additional Interrogatories On Defendant Marc Toberoff. I have personal |
| 9 | knowledge of the facts set forth in this declaration and, if called as a witness, |
| 10 | could and would testify competently to such facts under oath. |
| 11 | 2. Attached hereto as "Exhibit A" is a true and correct copy of an |
| 12 | August 10, 2011 letter from me to DC Comics' counsel Matthew Kline. |
| 13 | 3. Attached hereto as "Exhibit B" is a true and correct copy of a |
| 14 | September 26, 2010 e-mail chain between defendants' counsel Marc Toberoff |
| 15 | and DC Comics' counsel Daniel Petrocelli on which I was copied. |
| 16 | I declare under penalty of perjury of the laws of the United States of |
| 17 | America that the foregoing is true and correct. |
| 18 | Executed on December 30, 2011, in Los Angeles, California |
| 19 | |
| 20 | /s/ Keith Adams<br>———————————<br>Keith Adams |

1
DECLARATION OF KEITH ADAMS