# EXHIBIT B

| | |
|---|---|
| **Subject:** | Re: Deposition Taken Off-Calendar |
| **From:** | Petrocelli, Daniel (DPetrocelli@OMM.com) |
| **To:** | mtoberoff@ipwla.com; |
| **Cc:** | kgadams@ipwla.com; rkendall@kbkfirm.com; |
| **Date:** | Monday, September 26, 2011 4:44 PM |

Confirmed. We will contact you to reschedule it, probably in 30 or so days.

Thanks.

Dan

---

**From**: Marc Toberoff [mailto:mtoberoff@ipwla.com]
**Sent**: Monday, September 26, 2011 04:40 PM
**To**: Petrocelli, Daniel
**Cc**: Keith Adams <kgadams@ipwla.com>; Richard Kendall <rkendall@kbkfirm.com>
**Subject**: Deposition Taken Off-Calendar

Dan:

This to confirm that my deposition which was scheduled for September 28, 2011 has been taken off calendar at your request.

Marc Toberoff
Toberoff & Associates, PC
2049 Century Park East, Suite 3630
Los Angeles, CA 90067
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com

**EXHIBIT B - 5**