1  DANIEL M. PETROCELLI (S.B. #097802)
   dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
   mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
   cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA 90067-6035
   Telephone: (310) 553-6700
6  Facsimile: (310) 246-6779

7  PATRICK T. PERKINS (admitted *pro hac vice*)
   pperkins@ptplaw.com
8  PERKINS LAW OFFICE, P.C.
   1711 Route 9D
9  Cold Spring, NY 10516
   Telephone: (845) 265-2820
10 Facsimile: (845) 265-2819

11 Attorneys for Plaintiff DC Comics

12                UNITED STATES DISTRICT COURT

13                CENTRAL DISTRICT OF CALIFORNIA

14

15 DC COMICS,                          Case No. CV 10-3633 ODW (RZx)

16          Plaintiff,                 **DISCOVERY MATTER**

17    v.                               **SUPPLEMENTAL DECLARATION
                                       OF CASSANDRA SETO IN**
18 PACIFIC PICTURES                    **SUPPORT OF DC COMICS'**
   CORPORATION; IP WORLDWIDE,          **MOTION FOR LEAVE TO SERVE**
19 LLC; IPW, LLC; MARC                 **SIX ADDITIONAL**
   TOBEROFF, an individual; MARK       **INTERROGATORIES ON**
20 WARREN PEARY, as personal           **DEFENDANT MARC TOBEROFF**
   representative of the ESTATE OF
21 JOSEPH SHUSTER; JEAN ADELE
   PEAVY, an individual; LAURA         **Judge**:        Hon. Otis D. Wright II
22 SIEGEL LARSON, individually and     **Magistrate**:   Hon. Ralph Zarefsky
   as personal representative of the
23 ESTATE OF JOANNE SIEGEL, and
   DOES 1-10, inclusive,               **Hearing Date**:       Jan. 30, 2012
24                                      **Hearing Time**:       10:00 a.m.
            Defendants.                **Courtroom**:          540
25                                      **Discovery Cutoff**:   None Set
                                       **Pretrial Conference**: None Set
26

27

28
                                              SETO SUPPL. DECL. ISO OF DC'S MOT.
                                              FOR LEAVE TO SERVE ADDT'L ROGS

## DECLARATION OF CASSANDRA SETO

I, Cassandra Seto, declare and state as follows:

1.     I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am an associate at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics ("DC") in the above-entitled action. I make this declaration in support of DC's Motion For Leave To Serv Six Additional Interrogatories On Defendant Marc Toberoff. I have personal knowledge of the matters set forth in this declaration.

2.     Attached hereto as Exhibit A is a true and correct copy of Defendant Laura Siegel Larson's Response To Plaintiff DC Comics' Second Set Of Interrogatories dated December 5, 2011.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 6th day of January, 2012, at Los Angeles, California.

Cassandra Seto

SETO SUPPL. DECL. ISO OF DC'S MOT.
FOR LEAVE TO SERVE ADD'T'L ROGS