| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #097802) |
| | dpetrocelli@omm.com |
| 2 | MATTHEW T. KLINE (S.B. #211640) |
| | mkline@omm.com |
| 3 | CASSANDRA L. SETO (S.B. #246608) |
| | cseto@omm.com |
| 4 | O'MELVENY & MYERS LLP |
| | 1999 Avenue of the Stars, 7th Floor |
| 5 | Los Angeles, CA 90067-6035 |
| | Telephone: (310) 553-6700 |
| 6 | Facsimile: (310) 246-6779 |
| 7 | PATRICK T. PERKINS (admitted *pro hac vice*) |
| | pperkins@ptplaw.com |
| 8 | PERKINS LAW OFFICE, P.C. |
| | 1711 Route 9D |
| 9 | Cold Spring, NY 10516 |
| | Telephone: (845) 265-2820 |
| 10 | Facsimile: (845) 265-2819 |
| 11 | Attorneys for Plaintiff DC Comics |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS, | Case No. CV 10-3633 ODW (RZx) |
| Plaintiff, | **DISCOVERY MATTER** |
| v. | **DECLARATION OF CASSANDRA SETO IN SUPPORT OF DC COMICS' MOTION FOR LEAVE TO CONDUCT FURTHER DEPOSITION OF DAWN PEAVY** |
| PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive, | |
| Defendants. | **Judge**: Hon. Otis D. Wright II |
| | **Magistrate**: Hon. Ralph Zarefsky |
| | **Hearing Date**: Feb. 13, 2012 |
| | **Hearing Time**: 10:00 a.m. |
| | **Courtroom**: 540 |
| | **Discovery Cutoff**: None Set |
| | **Pretrial Conference**: None Set |

SETO DECL. ISO OF DC'S MOT. FOR
LEAVE TO CONDUCT FURTHER
DEPO. OF D. PEAVY

# **DECLARATION OF CASSANDRA SETO**

I, Cassandra Seto, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am an associate at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics ("DC") in the above-entitled action. I make this declaration in support of DC's Motion For Leave To Conduct Further Deposition Of Dawn Peavy. I have personal knowledge of the matters set forth in this declaration.

2. Attached hereto as Exhibit A is a true and correct copy of the transcript of DC's deposition of Dawn Peavy on August 3, 2011. To avoid any claims that it is selectively excerpting deposition testimony, DC has attached a full and complete transcript of that deposition.

3. Attached hereto as Exhibit B is a true and correct copy of a letter from my colleague Matthew Kline to counsel for defendants dated August 4, 2011.

4. Attached hereto as Exhibit C is a true and correct copy of Plaintiff DC Comics' Second Set Of Requests For Production To Defendant Jean Adele Peavy, dated August 4, 2011.

5. Attached hereto as Exhibit D is a true and correct copy of Plaintiff DC Comics' Second Set Of Requests For Production To Defendant Mark Warren Peary, dated August 4, 2011.

6. Attached hereto as Exhibit E is a true and correct copy of a letter from Keith Adams, counsel for defendants, to Mr. Kline dated August 10, 2011.

7. Attached hereto as Exhibit F is a true and correct copy of a letter from Mr. Kline to Mr. Adams dated August 11, 2011.

8. Attached hereto as Exhibit G is a true and correct copy of an e-mail from Mr. Kline to counsel for defendants dated August 25, 2011.

9. Attached hereto as Exhibit H is a true and correct copy of a letter from my colleague Jason Tokoro to Mr. Toberoff dated August 30, 2011.

- 1 -   SETO DECL. ISO OF DC'S MOT. FOR LEAVE TO CONDUCT FURTHER DEPO. OF D. PEAVY

1  10. Attached hereto as Exhibit I is a true and correct copy of a letter from Mr. Tokoro to Mr. Toberoff dated September 2, 2011.

2  11. Attached hereto as Exhibit J is a true and correct copy of a letter from Mr. Adams to Mr. Tokoro dated September 6, 2011.

3  12. Attached hereto as Exhibit K is a true and correct copy of Defendant Jean Adele Peavy's Response And Objections To Plaintiff DC Comics' Second Set Of Requests For Production Of Documents, dated September 6, 2011.

4  13. Attached hereto as Exhibit L is a true and correct copy of Defendant Mark Warren Peary's Response And Objections To Plaintiff DC Comics' Second Set of Requests For Production Of Documents, dated September 6, 2011.

5  14. Attached hereto as Exhibit M is a true and correct copy of a letter from Mr. Toberoff to Mr. Kline dated September 8, 2011.

6  15. Attached hereto as Exhibit N is a true and correct copy of a letter from Mr. Tokoro to counsel for defendants dated September 15, 2011.

7  16. Attached hereto as Exhibit O is a true and correct copy of a letter from my colleague Daniel M. Petrocelli to Mr. Toberoff dated September 16, 2011.

8  17. Attached hereto as Exhibit P is a true and correct copy of a letter from Mr. Kline to Mr. Toberoff dated September 21, 2011.

9  18. Attached hereto as Exhibit Q is a true and correct copy of The Last Will and Testament of Jean Peavy, produced by defendants on September 30, 2011.

10  19. Attached hereto as Exhibit R is a true and correct copy of a letter from Mr. Petrocelli to Mr. Toberoff dated October 7, 2011.

11  20. Attached hereto as Exhibit S is a true and correct copy of a letter from Mr. Toberoff to Mr. Petrocelli dated October 14, 2011.

12  21. Attached hereto as Exhibit T is a true and correct copy of a letter from Mr. Petrocelli to Mr. Toberoff dated October 19, 2011.

13  22. Attached hereto as Exhibit U is a true and correct copy of a letter from Mr. Petrocelli to Mr. Toberoff dated November 4, 2011.

23. Attached hereto as Exhibit V is a true and correct copy of a letter from Mr. Toberoff to Mr. Petrocelli dated November 9, 2011.

24. Attached hereto as Exhibit W is a true and correct copy of a letter from Mr. Petrocelli to Mr. Toberoff dated November 11, 2011.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 11th day of January, 2012, at Los Angeles, California.

_____
Cassandra Seto