DANIEL M. PETROCELLI (S.B. #097802)
dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819

Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING DC COMICS' MOTION FOR LEAVE TO CONDUCT FURTHER DEPOSITION OF DAWN PEAVY**<br><br>**Judge**:　　Hon. Otis D. Wright II<br>**Magistrate**:　Hon. Ralph Zarefsky<br><br>**Hearing Date**:　Feb. 13, 2012<br>**Hearing Time**:　10:00 a.m.<br>**Courtroom**:　　540<br>**Discovery Cutoff**:　None Set<br>**Pretrial Conference**:　None Set |

Good cause appearing, IT IS HEREBY ORDERED that plaintiff DC Comics' Motion For Leave To Conduct Further Deposition of Dawn Peavy is GRANTED.

Dawn Peavy is ordered to appear for deposition within thirty days of this order. The deposition will be limited to 90 minutes of questions and answers on the record and shall address the following subjects and any appropriate follow-up questions: (1) the August 2, 2011, letter agreement between defendants Marc Toberoff, Mark Warren Peary, and Jean Adele Peavy, Docket No. 314-2 at 118-19, the circumstances of its signing, and Jean Peavy's health and competency to understand and execute such an agreement; and (2) the contents of the Last Will and Testament of defendant Jean Adele Peavy executed August 24, 2001, Seto Decl. Ex. Q, and communications Dawn Peavy has had concerning its contents.

IT IS SO ORDERED.

Dated: _____    _____
Honorable Ralph Zarefsky
Magistrate Judge, United States District Court