DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819

Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF CASSANDRA SETO IN SUPPORT OF DC COMICS' MOTION TO COMPEL PRODUCTION OF CORPORATE RECORDS AND OTHER DOCUMENTS FROM TOBEROFF DEFENDANTS**<br><br>**Judge**: Hon. Otis D. Wright II<br>**Magistrate**: Hon. Ralph Zarefsky<br><br>**Hearing Date**: Feb. 13, 2012<br>**Hearing Time**: 10:00 a.m.<br>**Courtroom**: 540<br>**Discovery Cutoff**: None Set<br>**Pretrial Conference**: None Set |

SETO DECL. ISO DC'S MTC PROD. OF
CORP. RECS. & OTHER DOCS. FROM DEFS.

# DECLARATION OF CASSANDRA SETO

I, Cassandra Seto, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am an associate at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in support of DC's Motion To Compel Production Of Corporate Records And Other Documents From Toberoff Defendants. I have personal knowledge of the matters set forth in this declaration.

2. Attached hereto as Exhibit 1 is a true and correct copy of a letter from my colleague Matthew Kline to counsel for defendants, Richard Kendall and Marc Toberoff, dated June 1, 2011.

3. Attached hereto as Exhibit 2 is a true and correct copy of an email exchange between Mr. Kline and Mr. Toberoff dated June 1, 2011.

4. Attached hereto as Exhibit 3 is a true and correct copy of an email exchange between Mr. Kline and Mr. Toberoff dated June 2, 2011.

5. Attached hereto as Exhibit 4 is a true and correct copy of an email exchange between Mr. Kline and Mr. Toberoff dated June 1-2, 2011.

6. Attached hereto as Exhibit 5 is a true and correct copy of a letter from Mr. Toberoff to Mr. Kline dated June 3, 2011.

7. Attached hereto as Exhibit 6 is a true and correct copy of an email exchange between Mr. Kline, Mr. Toberoff, and Mr. Kendall dated June 2-7, 2011.

8. Attached hereto as Exhibit 7 is a true and correct copy of an email exchange between Mr. Kline and Mr. Toberoff dated June 9-13, 2011.

9. Attached hereto as Exhibit 8 is a true and correct copy of a letter from Mr. Toberoff to Mr. Kline dated June 13, 2011.

10. Attached hereto as Exhibit 9 is a true and correct copy of a letter from Mr. Toberoff's colleague Keith Adams to me dated June 14, 2011.

11.    Attached hereto as Exhibit 10 is a true and correct copy of a letter from Mr. Adams to me dated July 1, 2011.

12.    Attached hereto as Exhibit 11 is a true and correct copy of a letter from Mr. Kline to Mr. Toberoff and Mr. Kendall's colleague Laura Brill dated July 7, 2011.

13.    Attached hereto as Exhibit 12 is a true and correct copy of an email exchange between me and Mr. Adams dated July 1-7, 2011.

14.    Attached hereto as Exhibit 13 is a true and correct copy of an email exchange between me and Mr. Adams dated July 12-14, 2011.

15.    Attached hereto as Exhibit 14 is a true and correct copy of an email from Mr. Adams to me dated July 15, 2011, attaching the Toberoff defendants' responses to DC's Amended Requests for Production.

16.    Attached hereto as Exhibit 15 is a true and correct copy of an email exchange between Mr. Kline and Mr. Toberoff dated July 15-17, 2011.

17.    Attached hereto as Exhibit 16 is a true and correct copy of a letter from Mr. Toberoff to Mr. Kline dated July 18, 2011.

18.    Attached hereto as Exhibit 17 is a true and correct copy of a letter from Mr. Kline to Mr. Toberoff dated July 19, 2011.

19.    Attached hereto as Exhibit 18 is a true and correct copy of an email from my colleague Jason H. Tokoro to Mr. Toberoff dated July 22, 2011, attaching DC's portion of a joint stipulation regarding DC's Motion To Compel The Production Of Documents.

20.    Attached hereto as Exhibit 19 is a true and correct copy of a letter from Mr. Adams to Mr. Kline dated July 28, 2011, attaching the Toberoff defendants' production of documents pursuant to their July 15, 2011, Responses And Objections To DC's Amended Request For Production Of Documents and Mr. Toberoff's July 18, 2011, letter.

21.    Attached hereto as Exhibit 20 is a true and correct copy of a letter from Mr. Kline to Mr. Adams dated July 29, 2011.

22.    Attached hereto as Exhibit 21 is a true and correct copy of a letter from Mr. Kline to Mr. Toberoff dated August 4, 2011.

23.    Attached hereto as Exhibit 22 is a true and correct copy of a letter from Mr. Adams to Mr. Kline dated August 10, 2011.

24.    Attached hereto as Exhibit 23 is a true and correct copy of a letter from Mr. Kline to Mr. Toberoff and Mr. Adams dated August 11, 2011, attaching a proposed order granting DC's Motion To Compel The Production of Documents.

25.    Attached hereto as Exhibit 24 is a true and correct copy of an email from Mr. Kline to Mr. Toberoff dated August 25, 2011.

26.    Attached hereto as Exhibit 25 is a true and correct copy of a letter from Mr. Tokoro to Mr. Toberoff dated August 30, 2011.

27.    Attached hereto as Exhibit 26 is a true and correct copy of a letter from Mr. Toberoff to Mr. Kline dated September 1, 2011.

28.    Attached hereto as Exhibit 27 is a true and correct copy of a letter from Mr. Tokoro to Mr. Toberoff dated September 2, 2011.

29.    Attached hereto as Exhibit 28 is a true and correct copy of a letter from Mr. Adams to Mr. Tokoro dated September 6, 2011.

30.    Attached hereto as Exhibit 29 is a true and correct copy of a letter from Mr. Adams to Mr. Tokoro dated September 8, 2011.

31.    Attached hereto as Exhibit 30 is a true and correct copy of a letter from Mr. Toberoff to Mr. Kline dated September 8, 2011.

32.    Attached hereto as Exhibit 31 is a true and correct copy of a letter from Mr. Tokoro to Mr. Toberoff and Mr. Kendall dated September 15, 2011.

33.    Attached hereto as Exhibit 32 is a true and correct copy of a letter from Mr. Adams to Mr. Tokoro dated September 22, 2011.

1    34. Attached hereto as Exhibit 33 is a true and correct copy of Endeavor's
2  production of documents in the *Siegel* litigation, EN00001-EN00142.
3    35. Attached hereto as Exhibit 34 is a true and correct copy of Defendant
4  Mark Warren Peary's First Request For Production Of Documents And Things To
5  Plaintiff DC Comics dated December 13, 2011.
6    36. Attached hereto as Exhibit 35 is a true and correct copy of Defendant
7  Mark Warren Peary's First Set Of Interrogatories To Plaintiff DC Comics dated
8  December 13, 2011.
9    37. Attached hereto as Exhibit 36 is a true and correct copy of a letter from
10 Mr. Kline to Mr. Toberoff dated December 16, 2011.
11   38. Attached hereto as Exhibit 37 is a true and correct copy of an email
12 from me to counsel for defendants dated December 21, 2011.
13   39. Attached hereto as Exhibit 38 is a true and correct copy of a letter from
14 Mr. Adams to Mr. Kline dated December 23, 2011.
15   40. Attached hereto as Exhibit 39 is a true and correct copy of an email
16 from Mr. Kline to Mr. Adams dated December 24, 2011.
17   I declare under penalty of perjury under the laws of the United States that the
18 foregoing is true and correct and that this declaration is executed this 11th day of
19 January, 2012, at Los Angeles, California.

Cassandra Seto