DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819

Attorneys for Plaintiff DC Comics

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>                Plaintiff,<br><br>        v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>                Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING DC COMICS' MOTION TO COMPEL PRODUCTION OF CORPORATE RECORDS AND OTHER DOCUMENTS FROM TOBEROFF DEFENDANTS**<br><br>**Judge**:       Hon. Otis D. Wright II<br>**Magistrate**:   Hon. Ralph Zarefsky<br><br>**Hearing Date**:    Feb. 13, 2012<br>**Hearing Time**:    10:00 a.m.<br>**Courtroom**:       540<br>**Discovery Cutoff**:  None Set<br>**Pretrial Conference**:  None Set<br>**Trial**:             None Set |

1   Good cause appearing, IT IS HEREBY ORDERED that plaintiff DC Comics

2   Motion To Compel Production Of Corporate Records And Other Document FROM

3   Toberoff Defendants is GRANTED; and:

4   1.  Corporate Documents.

5   Defendants Marc Toberoff's, Pacific Pictures Corporation's, IP Worldwide,

6   LLC's, and IPW, LLC's (the "Toberoff Defendants") objections to DC's requests

7   for production set forth in Appendix A to DC's Motion To Compel Production Of

8   Corporate Records From Toberoff Defendants And Other Documents are

9   OVERRULED,[1] and the Toberoff Defendants shall fully respond to these requests,

10  by no later than February 20, 2012.

11  2.  Emanuel Agreements.

12  The Toberoff Defendants shall produce to DC immediately unredacted

13  copies of the documents produced by the Endeavor talent agency as EN 00001-142.

14  In addition, the Toberoff Defendants shall produce unredacted copies of all

15  documents relating to agreements with Ari Emanuel, Endeavor, or any third party

16  "that pertain to Superman, Superboy, the Siegels or the Shusters," Docket No. 262

17  at 5, as well as drafts of such agreements and any and all correspondence

18  concerning the same.

19

20  IT IS SO ORDERED.

21

22  Dated: _____      _____

23                                                         Honorable Ralph Zarefsky
                                                    Magistrate Judge, United States District Court

24

25

26

27  _____

28      [1] Toberoff Request Nos. 56-58, Pacific Pictures Request No. 30, IP Worldwide Request No. 30, and IPW Request No. 25.

- 1 -