DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819

Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>        Plaintiff,<br><br>        v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF CASSANDRA SETO IN SUPPORT OF DC COMICS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>**Judge**: Hon. Otis D. Wright II<br>**Magistrate**: Hon. Ralph Zarefsky<br><br>**Hearing Date**: Feb. 13, 2012<br>**Hearing Time**: 10:00 a.m.<br>**Courtroom**: 540<br>**Discovery Cutoff**: None Set<br>**Pretrial Conference**: None Set |

# DECLARATION OF CASSANDRA SETO

I, Cassandra Seto, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am an associate at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in support of DC Comics' Motion To Compel Production Of Documents. I have personal knowledge of the matters set forth in this declaration.

2. Attached hereto as Exhibit A is a true and correct copy of a letter agreement dated January 21, 2003 and signed by Marc Toberoff, Ariel Emanuel, Joanne Siegel, and Laura Siegel Larson (IPWW 00003-00005).

3. Attached hereto as Exhibit B is a true and correct copy of the transcript of DC's deposition of defendant Laura Siegel Larson in the related *Siegel* cases, Case Nos. CV-04-8400 and CV-04-8776. To avoid any claims that it is selectively excerpting deposition testimony, DC has attached a full and complete deposition transcript.

4. Attached hereto as Exhibit C is a true and correct copy of a letter from Ms. Larson to her half-brother Michael Siegel dated July 11, 2003.

5. Attached hereto as Exhibit D is a true and correct copy of a letter from my colleague Matthew T. Kline to Mr. Toberoff dated November 22, 2011.

6. Attached hereto as Exhibit E is a true and correct copy of a letter from Mr. Toberoff's colleague, Keith Adams, to Mr. Kline dated November 29, 2011.

7. Attached hereto as Exhibit F is a true and correct copy of a Privilege Log of Bulson Archive produced by defendants on November 29, 2011.

8. On Friday, December 2, 2011, I participated in a meet-and-confer with my colleague, Jason H. Tokoro, and Mr. Adams. The parties were unable to resolve their disputes and defendants declined to produce the communication from Kevin Marks identified in Ms. Larson's July 11, 2003, letter.

1     9.   Attached hereto as Exhibit G is a true and correct copy of a letter from Mr. Kline to Mr. Toberoff dated December 5, 2011.

3     10.  Attached hereto as Exhibit H is a true and correct copy of a letter from Mr. Adams to Mr. Kline dated December 14, 2011.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 12th day of January, 2012, at Los Angeles, California.

                                                        */s/ Cassandra Seto*
                                                        Cassandra Seto