DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819

Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>              Plaintiff,<br><br>       v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>              Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING DC COMICS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>**Judge**:       Hon. Otis D. Wright II<br>**Magistrate**: Hon. Ralph Zarefsky<br><br>**Hearing Date**:        Feb. 13, 2012<br>**Hearing Time**:        10:00 a.m.<br>**Courtroom**:           540<br>**Discovery Cutoff**:    None Set<br>**Pretrial Conference**: None Set |

[PROPOSED] ORDER GRANTING DC COMICS' MOTION TO COMPEL

1  Good cause appearing, IT IS HEREBY ORDERED that plaintiff DC
2  Comics' Motion To Compel Production Of Documents is GRANTED; and:
3  __  Defendants are ordered to produce to DC by no later than February 21,
4  2012, an unredacted copy of the communication (the "Marks Communication) from
5  Kevin Marks identified in Defendant Laura Siegel Larson's July 11, 2003, letter to
6  her half-brother Michael Siegel, Seto Decl. Ex. C at 287, and the Toberoff Timeline
7  document, Docket No. 49, FAC Ex. A at 63, <u>or</u>
8  __  Defendants are ordered to provide the Court, for its *in camera* review,
9  the Marks Communication no later than February 21, 2012.
10
11  IT IS SO ORDERED.
12
13  Dated: _____   _____
14                                   Honorable Ralph Zarefsky
                                     Magistrate Judge, United States District Court