DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:   (310) 553-6700
Facsimile:   (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone:   (845) 265-2820
Facsimile:   (845) 265-2819

Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>           Plaintiff,<br><br>     v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>           Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DECLARATION OF MATTHEW T. KLINE PURSUANT TO LOCAL RULE 37-2.4 REGARDING DC COMICS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS, MOTION TO COMPEL PRODUCTION OF CORPORATE RECORDS AND OTHER DOCUMENTS FROM TOBEROFF DEFENDANTS, AND MOTION FOR LEAVE TO CONDUCT FURTHER DEPOSITION OF DAWN PEAVY**<br><br>**Judge**:       Hon. Otis D. Wright II<br>**Magistrate**:  Hon. Ralph Zarefsky<br><br>**Hearing Date**:         Feb. 13, 2012<br>**Hearing Time**:         10:00 a.m.<br>**Courtroom**:            540<br>**Discovery Cutoff**:     None Set<br>**Pretrial Conference**:  None Set<br>**Trial**:                None Set |

# DECLARATION OF MATTHEW T. KLINE

I, Matthew T. Kline, declare and state:

1. I am a partner at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration pursuant to Local Rule 37-2.4. I have personal knowledge of the matters set forth in this declaration. In now the third time this has happened in this case, *see* Docket Nos. 128, 208, defendants have failed to provide their opposition portions of the Joint Stipulations DC served on them more than a week ago on the following three discovery motions: DC's Motion to Compel Production of Corporate Records and Other Documents from Toberoff Defendants ("Records Motion"), DC's Motion for Leave to Conduct Further Deposition of Dawn Peavy ("Peavy Motion"), and DC's Motion to Compel Production of Documents ("RFP Motion").

2. On January 11, 2012, DC served defendants with its Records Motion and Peavy Motion, which noticed a hearing date of February 13, 2012. Pursuant to Local Rule 37-2.2, defendants were required to serve their opposition "within seven (7) days of receipt of the moving party's papers," or January 18, 2012. Attached hereto as Exhibit A is a true and correct copy of an email (excluding attachments) from my colleague Jason H. Tokoro to defendants' counsel dated January 11, attaching the Corporate Records Motion. Attached hereto as Exhibit B is a true and correct copy of an email (excluding attachments) from Mr. Tokoro to defendants' counsel dated January 11, attaching the Peavy Motion.

3. On January 12, 2012, DC served defendants with its RFP Motion, which noticed a hearing date of February 13, 2012. Pursuant to Local Rule 37-2.2, defendants were required to serve their opposition by January 19. Attached hereto as Exhibit C is a true and correct copy of an email (excluding attachments) from Mr. Tokoro to defendants' counsel dated January 12, attaching the RFP Motion.

4. On January 17—six days after being served with the Corporate Records and Peavy Motions—defendants first mentioned DC's three pending

motions. That day, my colleague Cassandra Seto and I participated in a conference call with defendants' counsel Marc Toberoff, Keith Adams, and Laura Brill to discuss the court-ordered filing of a joint status report. During the call, Mr. Adams requested that DC grant defendants an extension on serving their portions of the Corporate Records Motion, Peavy Motion, and RFP Motion, until January 30.

5. I advised Mr. Adams we were willing to give defendants an extension until the end of day on Monday, January 23, but we were concerned about a further extension because it would extend the hearing date on DC's discovery motions by two or more weeks, given the court's calendar was dark for the upcoming federal holiday. In the alternative, I told Mr. Adams if defendants could identify a particular motion they were having difficulty responding to in the time allowed, we could discuss extending the opposition on that motion to January 30. Mr. Adams stated that defendants would get back to us with their position on DC's proposal.

6. Having not heard from defendants, Ms. Seto sent Mr. Adams an email the following day, January 18, confirming that as an accomodation to defendants, DC was willing to grant them an extension to serve their oppositions until 9:00 p.m. PST on January 23—a five-day extension on the first two motions, and four-day extension on the third motion. Ms. Seto explained that DC could not agree to an extension beyond January 23 since it would postpone the hearing date by three weeks, from February 13 to March 5, due to Court's calendar and scheduling conflicts that I face and those that my partner, Daniel Petrocelli, faces, as he will be in trial. Attached hereto as Exhibit D is a true and correct copy of Ms. Seto's email.

7. Mr. Adams responded to Ms. Seto's email the same day, rejecting DC's proposal. Attached hereto as Exhibit E is a true and correct copy of Mr. Adams' letter.

8. Ms. Seto sent Mr. Adams an email on January 19, advising that DC would file its three discovery motions on Monday, January 23 and notice them for hearing on February 13. Attached hereto as Exhibit F is a true and correct copy of

- - 2 - -

Ms. Seto's email.

9. Mr. Adams responded to Ms. Seto's email the same day, again rejecting DC's proposal. Attached hereto as Exhibit G is a true and correct copy of Mr. Adams' email.

10. I responded to Mr. Adams the following day, January 20, confirming that DC would file its three discovery motions on Monday, January 30. Attached hereto as Exhibit H is a true and correct copy of my email.

11. DC respectfully requests that, despite defendants' efforts to delay the hearing on these motions, the Court hear them on February 13.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 23rd day of January 2012 at Los Angeles, California.

Matthew T. Kline