# EXHIBIT A

**Subject:**          DC v. PPC
**Attachments:**      Notice of Mtn re DC's MTC RFP Responses.pdf; 1-11-12 Seto Decl ISO MTC RFP
                      Responses.pdf; [Prop] Order re MTC RFP Responses.pdf; Exs 1-32.pdf; Exs 33-39.pdf; Joint
                      Stip re DC's MTC RFP Responses.pdf

**From:** Tokoro, Jason
**Sent:** Wednesday, January 11, 2012 4:47 PM
**To:** 'rkendall@kbkfirm.com'; 'lbrill@kbkfirm.com'; 'Keith Adams'; 'mtoberoff@ipwla.com'
**Cc:** Petrocelli, Daniel; Kline, Matthew; Seto, Cassandra
**Subject:** DC v. PPC

Counsel:

Attached please find plaintiff's portion of the joint stipulation regarding DC Comics' Motion To Compel Production of
Corporate Records and Other Documents From Toberoff Defendants and documents in support thereof.

Very truly yours,

**Jason H. Tokoro**
**O'Melveny & Myers LLP - Century City**
1999 Avenue of the Stars, Suite 700
Los Angeles, California 90067
Direct Dial: (310) 246-6707
Fax: (310) 246-6779
Email: jtokoro@omm.com

*This message and any attached documents contain information from the law firm
of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are
not the intended recipient, you may not read, copy, distribute, or use this
information. If you have received this transmission in error, please notify the
sender immediately by reply e-mail and then delete this message.*

 please consider the environment - do you really need to print this email?

1

**EXHIBIT A**
**4**

# EXHIBIT B

**Subject:** DC v. PPC
**Attachments:** Exs. A - W.PDF; [Prop] Order re Peavy Mtn.pdf; 1-11-12 Notice of Mtn re Peavy Mtn.pdf; 1-11-12 Seto Decl ISO Peavy Mtn.pdf; Joint Stip re DC's Mtn re Peavy.pdf

**From:** Tokoro, Jason
**Sent:** Wednesday, January 11, 2012 4:45 PM
**To:** 'Keith Adams'; 'mtoberoff@ipwla.com'
**Cc:** Petrocelli, Daniel; Kline, Matthew; Seto, Cassandra; 'rkendall@kbkfirm.com'; 'lbrill@kbkfirm.com'
**Subject:** DC v. PPC

Counsel:

Attached please find plaintiff's portion of the joint stipulation regarding DC Comics' Motion For Leave To Conduct Further Deposition of Dawn Peavy and documents in support thereof.

Very truly yours,

**Jason H. Tokoro**
**O'Melveny & Myers LLP - Century City**
1999 Avenue of the Stars, Suite 700
Los Angeles, California 90067
Direct Dial: (310) 246-6707
Fax: (310) 246-6779
Email: jtokoro@omm.com

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

  please consider the environment - do you really need to print this email?

**EXHIBIT B**
**5**

# EXHIBIT C

**Subject:**                DC v. PPC
**Attachments:**     Exs. A - H.PDF; 1-12-12 Seto Decl ISO MTC.pdf; [Prop] Order re DC's MTC.pdf; Notice of
Motion re DC's MTC.pdf; Joint Stip re DC's MTC Prod. Docs.pdf

**From:** Tokoro, Jason
**Sent:** Thursday, January 12, 2012 5:45 PM
**To:** 'rkendall@kbkfirm.com'; 'lbrill@kbkfirm.com'; 'Keith Adams'; 'mtoberoff@ipwla.com'
**Cc:** Petrocelli, Daniel; Kline, Matthew; Seto, Cassandra
**Subject:** DC v. PPC

Counsel:

Attached please find plaintiff's portion of the joint stipulation regarding DC Comics' Motion To Compel Production of Documents and documents in support thereof.

Very truly yours,

**Jason H. Tokoro**
**O'Melveny & Myers LLP - Century City**
1999 Avenue of the Stars, Suite 700
Los Angeles, California 90067
Direct Dial: (310) 246-6707
Fax: (310) 246-6779
Email: jtokoro@omm.com

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

 please consider the environment - do you really need to print this email?

**EXHIBIT C**
**6**

# EXHIBIT D

**Subject:**          DC Comics v. PPC

**From:** Seto, Cassandra
**Sent:** Wednesday, January 18, 2012 10:09 AM
**To:** 'Keith Adams'; 'Marc Toberoff'
**Cc:** Petrocelli, Daniel; Kline, Matthew
**Subject:** DC Comics v. PPC

Hi Keith,

As we mentioned on our call yesterday, we can give you an extension on serving your portions of the three outstanding discovery motions until the end of the day on Monday, January 23, which will give you five extra days on two of the motions and four extra days on the third motion.

After reviewing our calendars, we are unable to agree to an extension beyond January 23, as this would push out the hearing date by three weeks.  Monday, February 20 is the President's Day holiday, and the following Monday, Dan is in trial and Matt is in Washington, D.C. for a Supreme Court matter the next day.

You can send us your opposition portions at 9.00 p.m. PST on Monday, January 23, if you agree to sign the combined joint stipulation by 10.00 p.m. so we can file that evening.

Thanks,
Cassie


**Cassandra L. Seto**
**O'Melveny & Myers LLP**
1999 Avenue of the Stars, Suite 700, Los Angeles, California 90067
Telephone:  310.246.6703  |  Facsimile:  310.246.6779

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**EXHIBIT D**
**7**

# EXHIBIT E

# TOBEROFF & ASSOCIATES, P.C.

A PROFESSIONAL CORPORATION

22631 PACIFIC COAST HIGHWAY #348
MALIBU, CALIFORNIA 90265

MARC TOBEROFF*
NICHOLAS C. WILLIAMSON
KEITH G. ADAMS
JEFFREY R. RHOADS

* Also admitted in New York

TELEPHONE
(310) 246-3333

FACSIMILE
(310) 246-3101

mtoberoff@ipwla.com

January 18, 2012

<u>Via E-Mail</u>

Cassandra Seto
O'Melveny and Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Re:     *DC Comics v. Pacific Pictures Corp., et al.*, Case No. 10-CV-03633 ODW (RZx)

Dear Cassandra:

I write in response to your January 18, 2012 e-mail, which rejected defendants' simple request for a one-week extension to January 30, 2012 for defendants to respond to DC's three discovery motions served last week, which total approximately 61 pages of argument and 1,083 pages of exhibits (not including exhibits incorporated by reference to docket entries) and cover at least six separate topics.

As I stated on our January 17, 2012 call, defendants requested the courtesy of an extension in light of counsel's appellate briefing schedule and consequent inability to address the motions last week. DC rejected the request on the stated basis that the extension would push the hearing date for the motions from February 13, 2012 to March 5, 2012, due to the intervening President's Day holiday and calendar conflicts of DC's counsel.

However, there does not appear to be any particular urgency to any of the three motions, nor any prejudice to DC from a short postponement of the hearing date from February 13 to February 27 or March 5. On the issue of Dawn Peavy's deposition, the parties last met-and-conferred on the topic in mid-November 2011. As to the 2002 communication from Kevin Marks, the parties last met-and-conferred on December 2, 2011; and as to the production of corporate documents from Mr. Toberoff and his companies, the last substantive communication was my September 22, 2011 letter. DC had ***months*** to prepare these motions; allowing defendants an additional week to oppose such motions and briefly postponing the hearing date hardly prejudices DC.

Nor was DC unable to serve such motions earlier; notably, DC served a discovery motion on December 20, 2011, days before defendants had to file an appellate brief in the closely-related *Larson v. Warner Bros. Entertainment Inc.* case and during the winter holiday.

**EXHIBIT E**
**8**

**TOBEROFF & ASSOCIATES, P.C.**

January 18, 2012
Re:     *DC Comics v. Pacific Pictures Corp.*
Page:  2 of 2

Nor would a postponement prejudice DC's planned discovery.  DC obviously seeks the corporate documents in advance of the deposition of Marc Toberoff, and Mr. Marks' 2002 communication in advance of his deposition.  DC has noticed neither deposition, and DC's prior conduct and draft January 16, 2012 status report make clear that it will take those depositions only *after* the Ninth Circuit has decided defendants' petition for a writ of mandamus regarding the "stolen documents."  As the hearing on that petition is set for February 6, 2012, it is extremely unlikely that such petition will be decided before either February 13 or March 5, 2012.

I would also remind DC that defendants granted DC the courtesy of a one-month extension to respond to defendants' discovery, and refrained from serving any additional discovery or motions on DC over the holidays.

In light of the above, defendants ask that DC reconsider its position and grant defendants until 9:00 p.m. on Monday, January 30, 2012, to serve their responses to DC's motions, which could be set for hearing on February 27 or March 5, 2012.  Either date would also provide DC an additional week or weeks to prepare any supplemental briefs regarding such motions.

Nothing in this letter should be construed as a waiver or limitation of any of defendants' rights or remedies, all of which are reserved.

Very truly yours,

Keith Adams

**EXHIBIT E**

**9**

# EXHIBIT F

**Subject:**                    DC Comics v. Pacific Pictures Corp.

---

**From:** Tokoro, Jason
**Sent:** Thursday, January 19, 2012 4:07 PM
**To:** 'Keith Adams'; 'mtoberoff@ipwla.com'
**Cc:** Petrocelli, Daniel; Kline, Matthew; Seto, Cassandra
**Subject:** RE: DC Comics v. Pacific Pictures Corp.

Please see email below sent on behalf of Cassie Seto.

\*          \*          \*

Keith,

Thank you for your note.  We disagree with defendants' factual contentions and see no need to debate this further.  Defendants have delayed discovery in this case and we see this as another delay tactic.  We were willing to make a reasonable compromise and grant defendants extensions on all three motions to Monday, January 23.  We even suggested that defendants let us know if there is a particular motion defendants are having difficulty responding to in the time allowed under the rules, and we could discuss extending the opposition to that motion further.  They didn't even do that.  The issues presented in the motions are straightforward and defendants have given no indication otherwise.  Defendants' claim that DC delayed serving these motions and will not be prejudiced by postponing the hearing date is unfounded and untrue.

In any event, defendants have been a consistent advocate of following the federal rules to the tee.  *E.g.,* 11/18/10 Letter ("[U]nder Local Rule 37-2.2, Defendants will provide their portion of the joint stipulation within seven days of receiving DC's portion of the renewed motion, as the rules provide.").  Yet, when we serve discovery requests or motions, defendants come up with an unending litany of excuses as to why they cannot timely respond.

We will be filing our motions either with or without defendants' portions of the joint stipulations on Monday, January 23, and will notice the hearing for the current date set therein:  February 13.

Regards,

Cassie

---

**From:** Keith Adams [mailto:kgadams@ipwla.com]
**Sent:** Wednesday, January 18, 2012 05:50 PM
**To:** Seto, Cassandra; Kline, Matthew; Petrocelli, Daniel
**Subject:** DC Comics v. Pacific Pictures Corp.

Counsel:

Please see the attached correspondence.

Keith G. Adams
Toberoff & Associates, P.C.
22631 Pacific Coast Highway #348
Malibu, California 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

1

**EXHIBIT F**

**10**

Email: kgadams@ipwla.com
http://www.ipwla.com

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

2

**EXHIBIT F**

**11**

# EXHIBIT G

**Subject:**           DC Comics v. Pacific Pictures Corp.

**From:** Keith Adams <kgadams@ipwla.com>
**Date:** January 19, 2012 7:25:52 PM PST
**To:** "Tokoro, Jason" <jtokoro@OMM.com>, "'mtoberoff@ipwla.com'"
<mtoberoff@ipwla.com>
**Cc:** "Petrocelli, Daniel" <DPetrocelli@OMM.com>, "Kline, Matthew" <MKline@OMM.com>,
"Seto, Cassandra" <cseto@OMM.com>
**Subject: Re: DC Comics v. Pacific Pictures Corp.**
**Reply-To:** Keith Adams <kgadams@ipwla.com>

Cassie:

Your e-mail fails to address any of the specific facts or issues raised in my January 19, 2012 letter, nor
does it explain how DC would be prejudiced in any way by a short delay of the hearing date.  As noted in
that letter, DC served 60 pages of motions during a week when defendants' counsel was already
committed to other important matters, including a major appellate brief, necessitating the extension.

Nonetheless, as a compromise, Defendants would also be willing to stipulate to a January 30, 2012 filing
and a February 13, 2012 hearing date for all three motions, provided that DC extends defendants' time to
respond regardless of whether the Court approves the stipulation.

If DC is unwilling to agree to either of these solutions, please attach both my January 18 letter and this e-
mail to any Local Rule 37-2.4 declaration filed by DC.  Furthermore, as DC is aware the motions would be
converted to noticed motions pursuant to Local Rules 6-1 and 37-2.4, and the proper hearing date would
be February 27, 2012, not February 13, 2012.

Keith G. Adams
Toberoff & Associates, P.C.
22631 Pacific Coast Highway #348
Malibu, California 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: kgadams@ipwla.com
http://www.ipwla.com

This message and any attached documents may contain information from
Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you
may not read, copy, distribute or use this information. If you have received this transmission in error,
please notify the sender immediately by reply e-mail and then delete this message.

---

**From:** "Tokoro, Jason" <jtokoro@OMM.com>
**To:** 'Keith Adams' <kgadams@ipwla.com>; "'mtoberoff@ipwla.com'" <mtoberoff@ipwla.com>
**Cc:** "Petrocelli, Daniel" <DPetrocelli@OMM.com>; "Kline, Matthew" <MKline@OMM.com>; "Seto,
Cassandra" <cseto@OMM.com>
**Sent:** Thursday, January 19, 2012 4:07 PM
**Subject:** RE: DC Comics v. Pacific Pictures Corp.

Please see email below sent on behalf of Cassie Seto.

\*        \*        \*

**EXHIBIT G**
**12**

Keith,

Thank you for your note. We disagree with defendants' factual contentions and see no need to debate this further. Defendants have delayed discovery in this case and we see this as another delay tactic. We were willing to make a reasonable compromise and grant defendants extensions on all three motions to Monday, January 23. We even suggested that defendants let us know if there is a particular motion defendants are having difficulty responding to in the time allowed under the rules, and we could discuss extending the opposition to that motion further. They didn't even do that. The issues presented in the motions are straightforward and defendants have given no indication otherwise. Defendants' claim that DC delayed serving these motions and will not be prejudiced by postponing the hearing date is unfounded and untrue.

In any event, defendants have been a consistent advocate of following the federal rules to the tee. *E.g.,* 11/18/10 Letter ("[U]nder Local Rule 37-2.2, Defendants will provide their portion of the joint stipulation within seven days of receiving DC's portion of the renewed motion, as the rules provide."). Yet, when we serve discovery requests or motions, defendants come up with an unending litany of excuses as to why they cannot timely respond.

We will be filing our motions either with or without defendants' portions of the joint stipulations on Monday, January 23, and will notice the hearing for the current date set therein: February 13.

Regards,

Cassie

---

**From**: Keith Adams [mailto:kgadams@ipwla.com]
**Sent**: Wednesday, January 18, 2012 05:50 PM
**To**: Seto, Cassandra; Kline, Matthew; Petrocelli, Daniel
**Subject**: DC Comics v. Pacific Pictures Corp.

Counsel:

Please see the attached correspondence.

Keith G. Adams
Toberoff & Associates, P.C.
22631 Pacific Coast Highway #348
Malibu, California 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: kgadams@ipwla.com
http://www.ipwla.com

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

2

**EXHIBIT G**

**13**

# EXHIBIT H

**Subject:**                    DC Comics v. Pacific Pictures Corp.

**From:** Tokoro, Jason
**Sent:** Friday, January 20, 2012 9:45 AM
**To:** 'Keith Adams'; 'mtoberoff@ipwla.com'
**Cc:** Petrocelli, Daniel; Kline, Matthew; Seto, Cassandra
**Subject:** RE: DC Comics v. Pacific Pictures Corp.

Please see below email sent on behalf of Matthew T. Kline.

*          *          *

Keith:

Your proposal does not afford DC replies and also needlessly burdens the Court with an additional stipulation to approve. We cannot agree to it, and absent receiving your oppositions Monday, will have no choice but to file as now long-planned. We disagree with your letters and wish defendants' time was spent agreeing to the reasonable relief sought in DC's motions or opposing them and not needless back-and-forth.

Thank you,

Matt

**From:** Keith Adams [mailto:kgadams@ipwla.com]
**Sent:** Thursday, January 19, 2012 7:26 PM
**To:** Tokoro, Jason; 'mtoberoff@ipwla.com'
**Cc:** Petrocelli, Daniel; Kline, Matthew; Seto, Cassandra
**Subject:** Re: DC Comics v. Pacific Pictures Corp.

Cassie:

Your e-mail fails to address any of the specific facts or issues raised in my January 19, 2012 letter, nor does it explain how DC would be prejudiced in any way by a short delay of the hearing date.  As noted in that letter, DC served 60 pages of motions during a week when defendants' counsel was already committed to other important matters, including a major appellate brief, necessitating the extension.

Nonetheless, as a compromise, Defendants would also be willing to stipulate to a January 30, 2012 filing and a February 13, 2012 hearing date for all three motions, provided that DC extends defendants' time to respond regardless of whether the Court approves the stipulation.

If DC is unwilling to agree to either of these solutions, please attach both my January 18 letter and this e-mail to any Local Rule 37-2.4 declaration filed by DC.  Furthermore, as DC is aware the motions would be converted to noticed motions pursuant to Local Rules 6-1 and 37-2.4, and the proper hearing date would be February 27, 2012, not February 13, 2012.

Keith G. Adams
Toberoff & Associates, P.C.
22631 Pacific Coast Highway #348
Malibu, California 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: kgadams@ipwla.com
http://www.ipwla.com

1

**EXHIBIT H**

**14**

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---

**From:** "Tokoro, Jason" <jtokoro@OMM.com>
**To:** 'Keith Adams' <kgadams@ipwla.com>; "'mtoberoff@ipwla.com'" <mtoberoff@ipwla.com>
**Cc:** "Petrocelli, Daniel" <DPetrocelli@OMM.com>; "Kline, Matthew" <MKline@OMM.com>; "Seto, Cassandra" <cseto@OMM.com>
**Sent:** Thursday, January 19, 2012 4:07 PM
**Subject:** RE: DC Comics v. Pacific Pictures Corp.

Please see email below sent on behalf of Cassie Seto.

\*        \*        \*

Keith,

Thank you for your note.  We disagree with defendants' factual contentions and see no need to debate this further. Defendants have delayed discovery in this case and we see this as another delay tactic.  We were willing to make a reasonable compromise and grant defendants extensions on all three motions to Monday, January 23.  We even suggested that defendants let us know if there is a particular motion defendants are having difficulty responding to in the time allowed under the rules, and we could discuss extending the opposition to that motion further.  They didn't even do that. The issues presented in the motions are straightforward and defendants have given no indication otherwise.  Defendants' claim that DC delayed serving these motions and will not be prejudiced by postponing the hearing date is unfounded and untrue.

In any event, defendants have been a consistent advocate of following the federal rules to the tee.  *E.g.,* 11/18/10 Letter ("[U]nder Local Rule 37-2.2, Defendants will provide their portion of the joint stipulation within seven days of receiving DC's portion of the renewed motion, as the rules provide.").  Yet, when we serve discovery requests or motions, defendants come up with an unending litany of excuses as to why they cannot timely respond.

We will be filing our motions either with or without defendants' portions of the joint stipulations on Monday, January 23, and will notice the hearing for the current date set therein:  February 13.

Regards,

Cassie

---

**From:** Keith Adams [mailto:kgadams@ipwla.com]
**Sent:** Wednesday, January 18, 2012 05:50 PM
**To:** Seto, Cassandra; Kline, Matthew; Petrocelli, Daniel
**Subject:** DC Comics v. Pacific Pictures Corp.

Counsel:

Please see the attached correspondence.

Keith G. Adams
Toberoff & Associates, P.C.
22631 Pacific Coast Highway #348
Malibu, California 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: kgadams@ipwla.com
http://www.ipwla.com

2

**EXHIBIT H**
**15**

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

3

**EXHIBIT H**

**16**