**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>                Plaintiff,<br><br>   vs.<br><br>PACIFIC PICTURES CORPORATION, ET AL.,<br><br>                Defendants. | CASE NO. CV 10-03633 ODW (RZx)<br><br>ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO PROPOUND ADDITIONAL INTERROGATORIES<br>[Doc 355] |

This matter comes before the Court on Plaintiff's motion for leave to serve an additional 6 interrogatories beyond the presumptive limit of 25. The Court finds that oral argument will not advance the resolution of the dispute. Accordingly, the hearing set for January 30, 2012 is vacated. FED. R. CIV. P. 78; L.R. 7-15.

Rule 33 sets the limit on interrogatories so that the Court will be able to make sure that discovery devices are being used efficiently, and not for the purpose of generating undue expense or creating harassment. *See* Advisory Committee Notes to 1993 Amendments to Rule 33. Here, as much time and expense may well be engendered by proceeding further with this motion than by answering the interrogatories, the subject matter of which have been addressed already by related parties. It is true that the questions also could be asked at deposition, but the deposition, when it occurs, is likely to be complex in any event.

1  The additional interrogatories would be consistent with Rule 26(b)(2), and therefore the motion is granted.

Plaintiff's motion only seeks leave to file the additional interrogatories, and thus the Court agrees with Defendant that it would be premature to address any additional objections that might be raised once leave in fact has been granted. However, the Court notes that (1) there is no provision in the federal rules for "general objections" that then are incorporated into answers to specific interrogatories; (2) objections "to the extent that" something is true or not are not valid objections; (3) the purpose of interrogatories is to obtain factual answers.

IT IS SO ORDERED.

DATED: January 24, 2012

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE

- 2 -