1 | Marc Toberoff (State Bar No. 188547)
     *mtoberoff@ipwla.com*
2 | Keith G. Adams (State Bar No. 240497)
     *kgadams@ipwla.com*
3 | TOBEROFF & ASSOCIATES, P.C.
     22631 Pacific Coast Highway #348
4 | Malibu, California, 90265
     Telephone:  (310) 246-3333
5 | Fax:           (310) 246-3101

6 | Attorneys for Defendants Mark Warren
     Peary, as personal representative of the
7 | Estate of Joseph Shuster, Jean Adele Peavy,
     and Laura Siegel Larson, individually and
8 | as personal representative of the Estate of
     Joanne Siegel

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DECLARATION OF KEITH G. ADAMS IN SUPPORT OF DEFENDANTS' OPPOSITION TO DC COMICS' MOTION FOR LEAVE TO CONDUCT FURTHER DEPOSITION OF DAWN PEAVY**<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set<br><br>*Defendants' Opposition Filed Concurrently Herewith*<br><br>Judge:　　Hon. Otis D. Wright II<br>Magistrate: Hon. Ralph Zarefsky<br><br>Hearing Date: February 13, 2012<br>Hearing Time: 10:00 a.m.<br>Courtroom:　　540<br><br>Discovery Cutoff:　None Set<br>Pretrial Conference: None Set<br>Trial:　　　　　None Set |

DECLARATION OF KEITH G. ADAMS

# TABLE OF CONTENTS

| Exhibit | Document | Page |
|---|---|---|
|  | Declaration of Keith G. Adams | 1 |
| A | Excerpts from the June 29, 2011 deposition of Mark Warren Peary | 3 |
| B | November 23, 2001 agreement between Jean Adele Peavy, Mark Warren Peary, and Pacific Pictures Corporation | 19 |
| C | October 27, 2002 agreement between the Estate of Joseph Shuster and Pacific Pictures Corporation | 23 |
| D | September 10, 2004 letter between Jean Adele Peavy, Mark Warren Peary and Pacific Pictures Corporation | 27 |
| E | July 1–8, 2011 e-mail chain between Marc Toberoff, counsel for Defendants, and Daniel Petrocelli, Matthew Kline, Cassandra Seto and Jason Tokoro, counsel for DC Comics | 28 |
| F | July 13, 2011 letter from Marc Toberoff to Matthew Kline | 34 |
| G | August 2, 2011 letter between Mark Warren Peavy, Jean Adele Peavy and Marc Toberoff | 36 |

# DECLARATION OF KEITH G. ADAMS

I, Keith G. Adams, declare as follows:

1. I am an attorney at the law firm of Toberoff & Associates, P.C., counsel of record for defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel, in the above-captioned action, and submit this declaration in support of Defendants' Opposition to DC Comics' Motion for Leave to Conduct Further Deposition of Dawn Peavy. I am a member in good standing of the State Bar of California and am admitted to practice before this Court.

2. Attached hereto as Exhibit "A" is a true and correct copy of excerpts from the deposition of Mark Warren Peary taken on June 29, 2011 in the above-captioned action. The full deposition transcript is attached at Docket No. 305-17.

3. Attached hereto as Exhibit "B" is a true and correct copy of a November 23, 2001 agreement between Jean Adele Peavy, Mark Warren Peary, and Pacific Pictures Corporation.

4. Attached hereto as Exhibit "C" is a true and correct copy of a October 27, 2003 agreement between the Estate of Joseph Shuster and Pacific Pictures Corporation.

5. Attached hereto as Exhibit "D" is a true and correct copy of a September 10, 2004 letter between Jean Adele Peavy, Mark Warren Peary and Pacific Pictures Corporation.

6. Attached hereto as Exhibit "E" is a true and correct copy of a July 1–8, 2011 e-mail chain between Marc Toberoff, counsel for Defendants, and Daniel Petrocelli, Matthew Kline, and Jason Tokoro, ocounsel for DC Comics.

7. Attached hereto as Exhibit "F" is a true and correct copy of a July 13, 2011 letter from Marc Toberoff to Matthew Kline.

8. Attached hereto as Exhibit "G" is a true and correct copy of a August 2,

1 | 2011 letter between Mark Warren Peavy, Jean Adele Peavy and Marc Toberoff.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on January 30, 2012, at Los Angeles, California.

_____
Keith G. Adams