1  Marc Toberoff (State Bar No. 188547)
     *mtoberoff@ipwla.com*
2  Keith G. Adams (State Bar No. 240497)
     *kgadams@ipwla.com*
3  TOBEROFF & ASSOCIATES, P.C.
   22631 Pacific Coast Highway #348
4  Malibu, California, 90265
   Telephone:  (310) 246-3333
5  Fax:        (310) 246-3101

6  Attorneys for Defendants Mark Warren
   Peary, as personal representative of the
7  Estate of Joseph Shuster, Jean Adele Peavy,
   and Laura Siegel Larson, individually and
8  as personal representative of the Estate of
   Joanne Siegel

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| DC COMICS,<br><br>             Plaintiff,<br><br>    vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>             Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DECLARATION OF KEITH G. ADAMS IN SUPPORT OF DEFENDANTS' OPPOSITION TO DC COMICS' MOTION TO COMPEL THE PRODUCTION OF CORPORATE RECORDS**<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set<br><br>*Defendant's Opposition Filed Concurrently Herewith*<br><br>Judge:       Hon. Otis D. Wright II<br>Magistrate:  Hon. Ralph Zarefsky<br><br>Hearing Date:  February 13, 2012<br>Hearing Time:  10:00 a.m.<br>Courtroom:     540<br><br>Discovery Cutoff:     None Set<br>Pretrial Conference:  None Set<br>Trial:                None Set |

DECLARATION OF KEITH G. ADAMS

# TABLE OF CONTENTS

| Exhibit | Document | Page |
|---|---|---|
|  | Declaration of Keith G. Adams | 1 |
| A | October 3, 2002 agreement between IP Worldwide, Joanne Siegel and Larson Siegel Larson. | 3 |
| B | September 10, 2004 letter between Jean Adele Peavy, Mark Warren Peary and Pacific Pictures Corporation | 7 |
| C | August 2, 2011 letter between Jean Adele Peavy, Mark Warren Peary and Marc Toberoff | 8 |

**DECLARATION OF KEITH G. ADAMS**

I, Keith G. Adams, declare as follows:

1. I am an attorney at the law firm of Toberoff & Associates, P.C., counsel of record for defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel, in the above-captioned action, and submit this declaration in support of Defendants' Opposition to DC Comics' Motion to Compel the Production of Corporate Records. I am a member in good standing of the State Bar of California and am admitted to practice before this Court.

2. Attached hereto as Exhibit "A" is a true and correct copy of the October 3, 2002 agreement between IP Worldwide, Joanne Siegel and Larson Siegel Larson.

3. Attached hereto as Exhibit "B" is a true and correct copy of a September 10, 2004 letter between Jean Adele Peavy, Mark Warren Peary and Pacific Pictures Corporation.

4. Attached hereto as Exhibit "C" is a true and correct copy of a August 2, 2011 letter between Jean Adele Peavy, Mark Warren Peary and Marc Toberoff.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on January 30, 2012, at Los Angeles, California.

_____
Keith G. Adams

1　[THIS PAGE INTENTIONALLY LEFT BLANK]