Marc Toberoff (State Bar No. 188547)
  mtoberoff@ipwla.com
Keith G. Adams (State Bar No. 240497)
  kgadams@ipwla.com
TOBEROFF & ASSOCIATES, P.C.
22631 Pacific Coast Highway #348
Malibu, California, 90265
Telephone:  (310) 246-3333
Fax:        (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| DC COMICS,<br><br>      Plaintiff,<br><br>  vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>      Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DECLARATION OF KEITH G. ADAMS IN SUPPORT OF DEFENDANTS' OPPOSITION TO DC COMICS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS (KEVIN MARKS COMMUNICATION)**<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set<br><br>*Defendant's Opposition Filed Concurrently Herewith*<br><br>Judge: Hon. Otis D. Wright II<br>Magistrate: Hon. Ralph Zarefsky<br><br>Hearing Date: February 13, 2012<br>Hearing Time: 10:00 a.m.<br>Courtroom: 540<br><br>Discovery Cutoff: None Set<br>Pretrial Conference: None Set<br>Trial: None Set |

**TABLE OF CONTENTS**

| Exhibit | Document | Page |
|---|---|---|
|   | Declaration of Keith G. Adams | 01 |
| A | Excerpts from October 7, 2006 deposition of Kevin S. Marks taken on October 7, 2006 in the related *Siegel* case | 3 |
| B | August 13, 2008 order in the related action *In re: Subpoena Duces Tecum Issued by the U.S. District Court for the Northern District of Ohio*, Case No. 1:06 MC 99. | 18 |
| C | Notice of Motion and Joint Stipulation re: Defendants' Motion to Reopen Discovery, to Compel Production of Documents and to Compel the Further Deposition of Kevin Marks filed on March 2, 2009 in the *Siegel* Actions. | 24 |
| D | Excerpts from Final Pre-Trial Conference Order issued by the Court on March 13, 2009 in the related action *Siegel et al. v. Warner Bros. Entertainment Inc., et al.*, Case No. CV 04-8400 in the United States District Court for the Central District of California. | 104 |

# **DECLARATION OF KEITH G. ADAMS**

I, Keith G. Adams, declare as follows:

1. I am an attorney at the law firm of Toberoff & Associates, P.C., counsel of record for defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel, in the above-captioned action, and submit this declaration in support of Defendants' Opposition to DC Comics' Motion to Compel Production of Documents (Kevin Marks Communication). I am a member in good standing of the State Bar of California and am admitted to practice before this Court.

2. Attached hereto as Exhibit "A" is a true and correct copy of excerpts from the deposition of Kevin S. Marks taken on October 7, 2006 in the related case *Siegel et al. v. Warner Bros. Entertainment Inc., et al.*, C.D. Cal. Case No. CV 04-8400 ("*Siegel*"). The full deposition transcript is attached at Docket No. 98-3.

3. Attached hereto as Exhibit "B" is a true and correct copy of the Order issued on August 13, 2008 in the related action *In re: Subpoena Duces Tecum Issued by the U.S. District Court for the Northern District of Ohio*, N.D. Ohio (Eastern Division) Case No. 1:06 MC 99.

4. Attached hereto as Exhibit "C" is a true and correct copy of the Notice of Motion and Joint Stipulation re: Defendants' Motion to Reopen Discovery, to Compel Production of Documents and to Compel the Further Deposition of Kevin Marks filed on March 2, 2009 at Docket No. 476 in *Siegel*.

5. Attached hereto as Exhibit "D" is a true and correct copy of excerpts from the Final Pre-Trial Conference Order entered on March 13, 2009 at Docket No. 476 in *Siegel*.

///
///
///

1     I declare under penalty of perjury of the laws of the United States of America
2 that the foregoing is true and correct.
3     Executed on January 30, 2012, at Los Angeles, California.

                                                  Keith G. Adams