Marc Toberoff (State Bar No. 188547)
 mtoberoff@ipwla.com
Keith G. Adams (State Bar No. 240497)
 kgadams@ipwla.com
TOBEROFF & ASSOCIATES, P.C.
22631 Pacific Coast Highway #348
Malibu, California, 90265
Telephone: (310) 246-3333
Fax:          (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>                Plaintiff,<br><br>        vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>                Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**OBJECTION TO THE DECLARATION OF MATTHEW T. KLINE (DOCKET NO. 363)**<br><br>Judge:        Hon. Otis D. Wright II<br>Magistrate: Hon. Ralph Zarefsky<br><br>Hearing Date: February 13, 2012<br>Hearing Time: 10:00 a.m.<br>Courtroom:    540<br><br>Discovery Cutoff:    None Set<br>Pretrial Conference: None Set<br>Trial:               None Set |

OBJECTION TO THE DECLARATION OF MATTHEW T. KLINE (DOCKET NO. 363)

1   Defendants hereby briefly object to the Declaration of Matthew T. Kline
2   (Docket No. 363), which implies that Defendants improperly attempted to delay the
3   hearing date on DC's three discovery motions set for hearing on February 13, 2012
4   (Docket Nos. 360-362). Defendants asked for a one-week extension, until January
5   30, 2011, to respond to the three motions, which contained 61 pages of arguments
6   and approximately 1,083 pages of exhibits, as they were served at once with the three
7   motions during a week when Defendants' counsel was consumed with completing an
8   important appellate brief. *See* Docket No. 363-1, Ex. E at 8.

9   DC waited months before bringing these motions, and there did not appear to
10  be any urgency as to any of the three motions: on the issue of deposing Dawn Peavy
11  twice (Docket No. 360), the parties last met-and-conferred in mid-November 2011;
12  as to the 2002 Kevin Marks letter (Docket No. 362), the parties last met-and-
13  conferred on December 2, 2011; and as to the production of corporate documents
14  (Docket No. 361) the parties last met-and-conferred on September 22, 2011. *Id.*
15  Despite there being no discovery cut-off, no pending depositions, and DC having had
16  several months to prepare its motions, DC nonetheless refused Defendants'
17  reasonable request for a mere one-week extension. *Id.*, Ex. F at 10.

18  Defendants then offered a reasonable proposal that would have maintained
19  DC's desired February 13, 2012 hearing date, but DC rejected that proposal out of
20  hand. Docket No. 363-1, Ex. H at 14. DC thereafter filed its motions on January 23,
21  2012, with a hearing date of February 13, 2012, in knowing contravention of Local
22  Rules 6-1 and 37-2.4, which require such motions to be filed twenty-eight days in
23  advance of their noticed hearing dates. *See id.* Nonetheless, Defendants do not
24  object to the hearings on DC's motions being heard on February 13, 2012, or on any
25  date thereafter convenient to the Court.
26  ///
27  ///
28  ///

Dated: January 30, 2012          RESPECTFULLY SUBMITTED,

/s/ Marc Toberoff
Marc Toberoff

TOBEROFF & ASSOCIATES, P.C.
Attorneys for Defendants Mark Warren Peary *et al.*