# EXHIBIT A

# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | 1999 Avenue of the Stars, 7th Floor | SAN FRANCISCO |
| BRUSSELS | Los Angeles, California 90067-6035 | SHANGHAI |
| HONG KONG | | SILICON VALLEY |
| LONDON | TELEPHONE (310) 553-6700 | SINGAPORE |
| LOS ANGELES | FACSIMILE (310) 246-6779 | TOKYO |
| NEWPORT BEACH | www.omm.com | WASHINGTON, D.C. |
| NEW YORK | | |

April 29, 2011

OUR FILE NUMBER
905900-321

**VIA EMAIL**

WRITER'S DIRECT DIAL
(310) 246-6840

Marc Toberoff
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California 90067

WRITER'S E-MAIL ADDRESS
mkline@omm.com

Re:   *DC Comics v. Pacific Pictures Corp. et al.*, CV-10-3633 (ODW) (RZx)

Dear Marc:

In advance of our Monday call and the motion to compel we may need to file, we need to add an additional issue to the discussion. We have just learned that the Siegel defendants submitted documents in the probate of Joanne Siegel's estate in March 2011, Case No. BP127358. Despite being clearly responsive to DC's discovery requests in this case, all of those documents, to our knowledge, have not been produced in this case.[1] Please produce all those filings and documents immediately, including but not limited to, the special administration petition, probate petition, orders of the probate court, probate letters, and the probate notices delivered to heirs and all persons named in Ms. Siegel's will. DC reserves all rights.

Very truly yours,

Matthew T. Kline
of O'MELVENY & MYERS LLP

cc:   Daniel M. Petrocelli

CC1:848947

---

[1] *E.g.,* Notice of Dep. Laura Siegel Larson and Req. for Prod. of Docs. Request Nos. 8 ("All DOCUMENTS relating to or affecting the disposition, division, or ownership of any rights in SUPERMAN and/or SUPERBOY."); 9 ("All DOCUMENTS relating to or affecting the division of revenue, proceeds, or other profits regarding SUPERMAN and/or SUPERBOY.").

**EXHIBIT A**
**2**