UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-03633-ODW(RZx) | Date | February 2, 2012 |
|---|---|---|---|
| Title | DC Comics v. Pacific Pictures Corporation et al | | |

| Present: The Honorable | OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE |
|---|---|
| Sheila English | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) :  Order Vacating Scheduling Conference**

The Court is in receipt of the parties' Joint Status Report re Rule 26. The Court has reviewed the report and deems a scheduling conference unnecessary. Accordingly, the scheduling conference presently set for February 6, 2012 at 1:30 p.m., is hereby **VACATED**, and no appearances are necessary. A Scheduling and Case Management Order will issue.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | | se |