DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:  (310) 553-6700
Facsimile:  (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone:  (845) 265-2820
Facsimile:  (845) 265-2819

Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. CV 10-03633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**DC COMICS' RESPONSE TO DEFENDANTS' OBJECTION TO REPLIES IN SUPPORT OF DC COMICS' MOTIONS TO COMPEL SET FOR HEARING ON FEBRUARY 13, 2012**<br><br>**Judge**:    Hon. Otis D. Wright II<br>**Magistrate**:  Hon. Ralph Zarefsky<br><br>**Hearing Date**:  Feb 13, 2012<br>**Hearing Time**:  10:00 a.m.<br>**Courtroom**:  540<br>**Discovery Cutoff**:  None Set<br>**Pretrial Conference**:  None Set<br>**Trial**:  None Set |

1    Defendants' sur-reply, which they style as an "objection" to DC's reply
2  briefs, should be stricken. The rules do not permit such sur-replies, C.D. Cal. R. 7-
3  10, and defendants neither sought nor obtained permission to file one.  Defendants
4  have been admonished not to maneuver around the Court's rules in such a manner.
5  Docket No. 328.

6    Dated:    February 10, 2012          Respectfully Submitted,
7                                          O'MELVENY & MYERS LLP

8                                          By:  /s/ Daniel M. Petrocelli
                                                Daniel M. Petrocelli