UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 10-03633-ODW-(RZx) | Date | FEBRUARY 13, 2012 |
| Title | DC COMICS v. PACIFIC PICTURES CORP., ET AL. | | |

| Present: The Honorable | RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE |
|---|---|
| Ilene Bernal | Recorded on Courtsmart |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Matthew T. Kline<br>Cassandra L. Seto<br>Ashley Pearson | Marc Toberoff |

**Proceedings:** HRG: 1) PLAINTIFF'S MOTION TO CONDUCT FURTHER DEPOSITION OF DAWN PEAVY [360]
2) PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF CORPORATE RECORDS AND OTHER DOCUMENTS [361]
3) PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS [362]

1) Plaintiff's motion to conduct further deposition of Dawn Peavy [360] is granted with limitations as outlined by the Court.

2) Plaintiff's motion to compel production of corporate records and other documents [361] is granted in part and denied in part.

The Court's rulings on the above two motions are made for the reasons stated on the record no further order shall issue.

3) Plaintiff's motion to compel production of documents [362] is taken under submission.

|  | 1 | : | 10 |
|---|---|---|---|
| Initials of Preparer | | igb | |