1

2                                                                          **O**

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11    DC COMICS,                          )    CASE NO. CV 10-03633 ODW (RZx)
                                          )
12                    Plaintiff,          )
                                          )    AMENDMENT TO
13           vs.                          )    ORDER DENYING PLAINTIFF'S
                                          )    MOTION TO COMPEL
14    PACIFIC PICTURES CORPORATION,       )    PRODUCTION
      ET AL.                              )    OF DOCUMENTS (Docket # 362)
15                                        )    [Docket # 378]
                      Defendants.         )
16    _____   )

17           The Court's "Order Denying Plaintiff's Motion to Compel Production

18    of Documents (#362)" is amended as follows:

19

20           Page 6, line 3: change "Ms. Siegel" to "Ms. Larson"

21

22           Except as so amended, the order remains the same.

23

24

25    Dated: February 17, 2012        _____
                                              RALPH ZAREFSKY
26                                     UNITED STATES MAGISTRATE JUDGE

27

28