DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone:  (310) 553-6700
Facsimile:   (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone:  (845) 265-2820
Facsimile:   (845) 265-2819

Attorneys for Plaintiff DC Comics

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>            Plaintiff,<br><br>      v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>            Defendants. | Case No. CV 10-03633 ODW (RZx)<br><br>**DC COMICS' NOTICE OF MOTION AND MOTION FOR REVIEW OF MAGISTRATE'S ORDER ON PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS PURSUANT TO FED. R. CIV. P. 72(A) AND L.R. 72-2.1**<br><br>DECLARATION OF JASON H. TOKORO AND [PROPOSED] ORDER FILED CONCURRENTLY HEREWITH<br><br>**Judge**:        Hon. Otis D. Wright II<br>**Magistrate**:  Hon. Ralph Zarefsky<br><br>**Hearing Date**:   Mar. 26, 2012<br>**Hearing Time**:   1:30 p.m.<br>**Courtroom**:       11 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on March 26, 2012, at 1:30 p.m., or as soon thereafter as the matter may be heard by the above-entitled court, located at 312 North Spring Street, Los Angeles, California in Courtroom 11, plaintiff DC Comics will and hereby does move the Court for review of the Magistrate's February 15, 2012, Order On Plaintiff's Motion To Compel The Production Of Documents.

This motion is made pursuant to paragraph 4 of this Court's Standing Order, Docket No. 18, Central District Local Rule 72-2.1, and Federal Rule of Civil Procedure 72(a), on the ground that the Magistrate's ruling denying DC's motion to compel the production of a single communication from Kevin Marks to the Siegel heirs is clearly erroneous and contrary to law.

Pursuant to paragraph 5(b) of this Court's Standing Order Regarding Newly Assigned Cases and Central District Local Rule 7-3, the parties have attempted unsuccessfully to resolve their disputes and therefore respectfully seek the assistance of the Court.

This motion is based on this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities; the concurrently-filed Declaration of Jason H. Tokoro and exhibits in support thereof; any additional briefing that may be filed; all exhibits, files, and records on file in this action; matters of which judicial notice may be taken; and such additional submissions and argument as may be presented at or before the hearing on this motion.

Dated:      February 27, 2012          Respectfully Submitted,
                                       O'MELVENY & MYERS LLP

                                       By:  /s/ Daniel M. Petrocelli
                                            Daniel M. Petrocelli
                                            Attorneys for Plaintiff DC Comics

DC COMICS' MOT. FOR REVIEW
OF MAGISTRATE'S ORDER

1    This motion for review concerns one document.  On October 24, 2011, this

2    Court granted DC's then-pending motion for review, and compelled Defendants to

3    produce a July 11, 2003, letter from defendant Laura Siegel Larson to her brother,

4    Michael Siegel.  Docket No. 336.  In that letter, Larson disclosed the contents of an

5    August 2002 memo from her attorney Kevin Marks to the Siegel heirs (the "Marks

6    Memo") that directly refutes key factual and legal positions that the Siegels and

7    Marc Toberoff have taken in this case and the related *Siegel* cases.  Because any

8    claim of privilege in the subject matters of the Marks Memo that were disclosed in

9    the July 2003 letter have been waived, the Marks Memo (or at least the portions of

10   it that have already been disclosed) should also be ordered produced.

11       1. Laura Siegel Larson's July 11, 2003, letter to her brother Michael—which

12   this Court ordered defendants to produce on October 24, *see id.*—openly discloses

13   that Laura's then-attorney, Kevin Marks, told her in August 2002 that she could *not*

14   accept Toberoff's offer to buy her family's putative Superman rights because she

15   "had a deal with Time Warner/DC" and that, if she repudiated her October 2001

16   agreement with DC and accepted Toberoff's competing offer, Marks would have to

17   "testify against [her] in court."  Docket No. 362-2 at 287.

18       Both here and in *Siegel*, Laura and Toberoff have argued that no such deal

19   existed—contending that while Marks confirmed with DC in October 2001 that

20   such a deal was made, as of May 2002, the Siegels told DC the deal had fallen apart

21   and the October 2001 deal was not "*enforceable*."  *E.g.*, Docket No. 368 at 5:16-21.

22   But as the admissions in Laura's long-suppressed July 2003 letter make clear, when

23   Marks wrote his August 2002 memo he never qualified his description of DC's deal

24   with the Siegels.  Docket No. 372 at 1:23-2:21.  Indeed, he remained emphatic in

25   2002 that a "deal" existed.  *Id.*  These powerful admissions directly support DC's

26   claims in this case and the *Siegel* cases and also impeach key witness testimony.  *Id.*

27       2. Upon receipt of the July 2003 letter, DC moved to compel production of

28   the Marks Memo, so that it could examine Marks, Laura, Toberoff, and others

1    using not only Laura's admissions in her July 2003 letter, but also Marks'

2    admissions in his 2002 memo.  Defendants resisted, arguing that notwithstanding

3    the disclosure of its contents, the Marks Memo was nonetheless still shielded by a

4    "common-interest privilege," and Laura had somehow not waived privilege when

5    she wrote her July 2003 letter.  Defendants' position is refuted by this Court's

6    October 24 order, defendants' own privilege logs, and the controlling case law on

7    privilege waivers.

8         a. This Court's October 24 order compelling defendants to produce the July

9    2003 letter rejected any privilege claim in the letter and, importantly, *its contents*.

10   The Court ordered the July letter produced despite defendants' claims it was subject

11   to a common-interest privilege and contained legal advice, and following the

12   Court's order, defendants did not attempt to further contest the matter and produced

13   the letter. *Compare* Docket No. 336, *with* Docket No. 331 at 1-2, 7-9.  The Court's

14   ruling is the law of this case and was clearly correct.  By July 2003, Laura's and

15   Michael's relationship had soured:  Michael was openly accusing Toberoff of fraud,

16   and Toberoff was withholding key facts from Michael and his counsel.  Docket

17   Nos. 362 at 10:15-11:26; 372 at 2:22-3:11.  Moreover, an Ohio district court

18   examined 15 communications between Laura and Michael from this time period

19   and *rejected* the notion that Laura's and Michael's interests were aligned or that

20   their communications were privileged. Docket No. 161-5.[1]

21        b. To the extent any plausible claim of common interest privilege could have

22   been made, it was waived.  Despite asserting "joint" or "common" interest privilege

23   some **_505_** times in their privilege logs in this case, defendants *never once* asserted a

24   common-interest privilege claim over the Marks Memo.  *Compare, e.g.,* Docket

25   No. 162-6 at 422, *with id.* at 418-19; *see* Appendix A (reproducing logs); Tokoro

26

---

27        [1] Those 15 communications are dated Apr. 16, 2003; Apr. 30, 2003; June 18, 2003;
     July 16, 2003; Aug. 6, 2003 (two documents); Nov. 12, 2004 (same); Nov. 17, 2004
28   (same); Nov. 18, 2004 (same); Nov. 24, 2004; Nov. 29, 2004; and Jan. 17, 2005.

DC COMICS' MOT. FOR REVIEW
OF MAGISTRATE'S ORDER

Decl. ¶¶ 2-5.  The failure to assert a common-interest privilege over the Marks Memo means any entitlement to that privilege that might theoretically exist, even assuming it was not already overruled by this Court, was abandoned.  *E.g.*, *Lenz v. Universal Music Corp.*, 2009 U.S. Dist. LEXIS 105180, at *7-8 (N.D. Cal. Oct. 29, 2009) (work-product privilege claim waived where defendant did not raise specific claim in its original logs); *Burlington N. & Santa Fe Ry. Co. v. U.S. Dist. Ct.*, 408 F.3d 1142, 1149-50 (9th Cir. 2005) (waiver given five-month delay in producing privilege logs); *Vieste, LLC v. Hill Redwood Dev.*, 2010 U.S. Dist. LEXIS 126607, at *27-29 (N.D. Cal. Nov. 18, 2010) (waiver when documents added to privilege log six months after initial production); *Hoot Winc, LLC v. RSM McGladrey Fin. Process Outsourcing, LLC*, 2010 U.S. Dist. LEXIS 57880, at *8-11 (S.D. Cal. June 11, 2010) (same; one year).

        c. Laura's July 2003 letter (quoted below) openly discloses and thus effects an unequivocal subject-matter privilege waiver over the following aspects of the Marks Memo:

> We fired Kevin Marks and Bruce Ramer because *they were insisting we* [Laura and her mother, Joanne Siegel] *take a bad TW/DC deal.*
> You'll remember that you [Michael], Don Bulson [your lawyer] and we were shocked when Kevin Marks said that if asked to, *he would testify against us in court.* …
> Kevin Marks had turned Marc [Toberoff] away saying *we had a deal with DC* when we did not. …
> *Kevin Marks told Marc we had a deal* with Time Warner/DC.  Docket No. 362-2 at 287 (emphasis added).

The case law is legion that when one discloses the subject matter of an allegedly privileged communication in a *non*-privileged forum in this way, all privilege in that same subject matter is waived.  *E.g.*:

- *Hernandez v. Tanninen*, 604 F.3d 1095, 1100 (9th Cir. 2010) ("Disclosing a privileged communication …. results in waiver as to all other communications on the same subject."); *Weil v. Inv./Indicators, Research & Mgmt.*, 647 F.2d 18, 24 (9th Cir.1981) (same);

DC COMICS' MOT. FOR REVIEW OF MAGISTRATE'S ORDER

- *Informatica Corp. v. Bus. Objects Data Integration, Inc.*, 454 F. Supp. 2d 957, 963 (N.D. Cal. 2006) ("The widely applied standard for determining the scope of a waiver of attorney-client privilege is that the waiver applies to all other communications relating to the same subject matter.");

- *Phoenix Solutions Inc. v. Wells Fargo Bank, N.A.*, 254 F.R.D. 568, 576 (N.D. Cal. 2008) ("When either privilege is waived, its scope extends to 'all communications on the same subject matter ....'); *U.S. v. Reyes*, 239 F.R.D. 591, 606 (N.D. Cal. 2006) (same).

3. Judge Zarefsky denied DC's motion seeking the Marks Memo, however. In doing so, he made several errors similar to those made when he denied DC access to the July 2003 letter—a decision this Court rightly overturned. *Supra* at 1.

a. First, Judge Zarefsky made a critical *factual* error in assuming that because defendants asserted an "attorney-client" privilege claim over the Marks Memo, they also asserted and preserved a "common-interest" privilege claim. Docket No. 378 at 2:9-3:1. As Appendix A to this brief makes plain, however, defendants knew full well how to assert "joint" or "common" interest privilege claims in their logs, and for whatever tactical reasons, they chose *never* to do so for the Marks Memo:

- Defendants' Marks Memo log entry (asserting only "Atty/Client" privilege):

| Log # | Date of Document | Identity of Author(s) | Identity of Recipient(s) | Document Type | Privilege Claim | Present Location |
|---|---|---|---|---|---|---|
| 623 | 8/9/2002 | Atty Kevin Marks | Joanne, Laura Siegel, Atty Don Bulson, Atty Bruce Ramer | Letter | Atty/Client | Defendants' Counsel |

- Other log entries (asserting "Atty/Client" and "Joint Interest" privileges):

| Log # | Date of Document | Identity of Author(s) | Identity of Recipient(s) | Document Type | Privilege Claim | Present Location |
|---|---|---|---|---|---|---|
| 532 | 9/24/2001 | Atty Kevin Marks | Atty Don Bulson, Joanne, Laura Siegel, Atty Bruce Ramer | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 548 | 10/17/2001 | Atty Kevin Marks | Atty Don Bulson, Joanne, Laura Siegel, Atty Bruce Ramer | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 549 | 10/19/2001 | Atty Kevin Marks | Atty Don Bulson, Laura Siegel | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 550 | 10/19/2001 | Atty Kevin Marks | Atty Don Bulson, Laura Siegel | Letter | Atty/Client-Joint Interest | Defendants' Counsel |

Docket No. 162-6 at 422, 418-19; *see also* Tokoro Decl. ¶¶ 2-5; Appendix A.

b. Second, citing no case directly to support his ruling on what he said were the "limited and quite unusual circumstances" here, Judge Zarefsky held that even though Laura's July 2003 letter was *not* privileged, her open and frank discussion of the contents of the Marks Memo in that July 2003 letter somehow did not waive

1  the privilege in those portions of the Marks Memo that she voluntarily disclosed.

2  Docket No. 378 at 5:16-25.  This holding is clearly erroneous as well.

3  Judge Zarefsky reached his holding employing the following logic.  He

4  reasoned: (i) common-interest privileges are recognized by the courts, *id.* at 3:19-

5  4:10; (ii) "statements made during the period that the joint defense agreement" are

6  privileged and remain privileged even after the agreement is terminated, *id.* at 4:13-

7  15; (iii) one party to a joint privilege cannot unilaterally waive it, *id.* at 4:15-21; and

8  (iv) since Laura did no more in her July 2003 letter than advert to statements in the

9  Marks Memo that Michael had seen before, no waiver had occurred, *id.* 5:16-21.

10  Parts (ii), (iii), and (iv) of this reasoning are all flawed and in conflict with

11  the order of this Court.  Starting with (ii), in its October 24 order, this Court

12  *rejected* defendants' claim that the July 23 letter was covered by the common-

13  interest privilege.  *Compare* Docket No. 336, *with* 331 at 1-2, 7-9.  While Judge

14  Zarefsky said that Laura and Michael *might* still have had certain other interests in

15  common in July 2003, Docket No. 378 at 4:22-5:15, he did not hold—nor could he

16  hold, given this Court's order—that the July 23 letter was privileged.  What this

17  means is that in a clearly non-privileged letter—that Laura never marked

18  privileged, that openly discussed Michael's animosity toward Toberoff, and that

19  Michael could have shared with anyone, given that it was *not* privileged—Laura

20  chose to discuss and disclose what her lawyer, Kevin Marks, had told her in 2002.

21  Laura's discussion of the Marks Memo in her July 2003 letter was not a

22  "statement[] made during the period that the joint defense agreement was in

23  existence."  *Id.* at 4:13-15. Rather, it was a *new* statement made in a letter *outside*

24  *the auspices of any such common-interest agreement*, when Laura was trying to

25  advance her own commercial interests, which were directly antagonistic to

26  Michael's.  Docket Nos. 362 at 10:15-11:26.  By disclosing the contents of Marks'

27  memo in this non-privileged forum, Laura waived any privilege in Marks' August

28  2002 advice.

1    *Electro Scientific Indus., Inc. v. Gen. Scanning, Inc.*, 175 F.R.D. 539 (N.D.

2    Cal. 1997)—a case Judge Zarefsky did not address—is instructive here.  There, a

3    company sought to advance its "commercial interests" by disclosing to customers

4    patent law advice that its lawyers had given it about the invalidity of a competitor's

5    patents.  The advice had once been privileged; it was "the bottom line of the

6    lawyer's opinion, his conclusion, the ultimate outcome of his legal reasoning."  *Id.*

7    at 543.  But the company waived any privilege when it made the tactical choice to

8    discuss the advice outside the umbrella of privilege to achieve commercial gain.  *Id.*

9         Here, too, Laura did not need to discuss Marks' memo in a *non-privileged*

10   letter to her brother.  She only did so hoping to convince him to sell his rights to

11   Toberoff—her business partner.  That clearly commercial choice has consequences;

12   namely, waiving privilege in the Marks Memo, or at least all parts of it discussed in

13   Laura's July 2003 letter.  *Id.*; *U.S. v. Mendelsohn*, 896 F.2d 1183, 1188-89 (9th Cir.

14   1990) (waiver; advice disclosed to third party); *Weil*, 647 F.2d at 25 (same; advice

15   disclosed to opposing counsel); *Reyes*, 239 F.R.D. 591, 603 (same; DOJ).

16        Turning to point (iii), while it is true that one party to a joint-privilege cannot

17   waive it for all parties, the rule rightly only applies when one holder of the joint-

18   privilege makes a waiver, and a third party tries to use the waiver against another

19   party to the privilege.  *See* Appendix B (collecting cases).  Here, it is *Laura* who

20   made the waiver, and it is against *Laura* that DC seeks to use the waiver.  The no-

21   unilateral-waiver rule makes sense if, for example, Criminal Defendants A and B

22   share a joint defense; A turns State's evidence; and the State asks A to disclose all

23   that B told him.  In such cases, it is *not* fair to bind B by A's choice.  *Id.*  But here,

24   holding Laura to her own waiver is fully fair and consistent with the case law.  *Id.*

25        As to point (iv), Judge Zarefsky reasoned that Michael was already aware of

26   the Marks Memo, so it should not matter that outside the terms of their common-

27   interest agreement, Laura re-communicated the memo's contents to him.  Not so.

28   Claims of privilege impede the search for the truth, *see U.S. v. Martin*, 278 F.3d

1    988, 999 (9th Cir. 2002)—no more so here, where defendants have taken factual

2    positions directly refuted by their own internal communications.  Because privilege

3    claims "impede[] full and free discovery of the truth," they are "strictly construed,"

4    *Weil*, 647 F.2d at 24, and to maintain privilege, one must jealously safeguard it and

5    may not selectively communicate outside its protections, *e.g.*, *id.*; *Westinghouse*

6    *Elec. Corp. v. Republic of Phil.*, 951 F.2d 1414, 1424 (3d Cir. 1991).

7         Yet that is exactly what Laura did here.  In a letter this Court ruled was *not*

8    privileged, she openly republished Marks' legal advice.  If she wanted to discuss

9    such privileged matters in a protected way, she was required to get Michael to agree

10   to shield their discussions in a new common-interest privilege.  She never did so,

11   and for good reason.  By July 2003, her interests had diverged, and Toberoff was

12   manipulating her, so he could buy Michael's rights for a pittance.  Docket Nos.

13   183-4 at 47; 305-52 at 1863:5-11, 1863:18-1867:2, 1877:21-1878:3; 362-2 at 3-5.

14        4. There are two additional and independent reasons Judge Zarefsky plainly

15   erred in not ordering the Marks Memo produced.

16        a. The Toberoff Timeline, like the July 2003 letter, openly discusses Marks'

17   memo and recounts: Toberoff approaching Marks to acquire the Siegels' interests;

18   Marks telling Toberoff it was a "no go" because the Siegels "already reached an

19   agreement with" DC; Marks' conveying Toberoff's offer to the Siegels; and Marks

20   "tell[ing] the Siegels that he would testify in court against [them] if they accepted

21   this offer…."  Docket No. 49, FAC Ex. at 63.  After DC obtained the Timeline by

22   court order in 2008, it told defendants it intended to file it publicly as Exhibit 1 to a

23   discovery motion.  Docket No. 42 at 43.  Despite arguing the Timeline is "riddled

24   with privileged information," Docket No. 95 at 20:5, defendants took none of the

25   required steps to keep the Timeline from becoming a fully public document.  DC

26   told defendants if they wanted to prevent the Timeline from being publicly filed,

27   they were required to move for a protective order to seal it.  Docket No. 42 at 43-

28   44.  Defendants chose not to so move, and the Timeline, including its description of

the Marks Memo, has been a matter of public record since 2009. *Id.* Defendants' failure to take the steps necessary to preserve confidentiality in the Timeline waived any privilege in its contents and enclosures. *E.g., Weil*, 647 F.2d at 24.

Judge Zarefsky's ruling does not address this argument, though DC clearly raised it. Docket Nos. 362 at 11-12; 372 at 3-4. Instead, it addresses an argument DC never made. The order holds the mere "existence" of the Timeline does not waive privilege in its contents because Laura or her agents did not write it. Docket No. 378 at 5:26-6:5. But authorship was never the issue; it was Judge Larson's ruling that any privilege had been waived in the document, followed by defendants' *chosen* failure to maintain the document's confidentiality, that created the waiver.

b. Judge Zarefsky also never addressed that significant parts of the Marks Memo, as described by Laura herself, are not privileged. *Compare id.*, with Docket Nos. 362 at 12-13; 372 at 4. Both Larson's July 2003 letter and the Timeline describe the memo as (a) Marks' republishing Toberoff's offer to acquire the Siegels' purported rights; (b) Marks' republishing his disclosure to Toberoff that the Siegels reached an agreement with DC; and (c) Marks' recounting the fact the Siegels reached a settlement agreement with DC in 2001. Attorney-client privilege does not extend to the transmission of mere facts such as these. *E.g., Upjohn Co. v. U.S.*, 449 U.S. 383, 395-396 (1981). Marks was, in large part, "serv[ing] merely as a conduit for transmission of a message," and privilege does not extend to Marks' words and actions as "attorney-messenger." *U.S. v. Freeman*, 519 F.2d 67, 68 (9th Cir. 1975); *McKay v. Comm'r*, 886 F.2d 1237, 1238 (9th Cir. 1989) (relaying of notice from IRS to client "is not in the nature of a confidential communication"); *In re Fischel*, 557 F.2d 209, 212 (9th Cir. 1977) ("attorney's involvement in, or recommendation of, a transaction does not place a cloak of secrecy around all incidents of such a transaction"). Indeed, defendants do not dispute that key parts of the Marks Memo, including Toberoff's business offer to the Siegels, are not

1    privileged.  Docket No. 368 at 14:22-15:2.  Given this, there is no basis to deny DC

2    access to these and other non-privileged portions of the Marks Memo.

3        5.  In conclusion, the Court should either order the Marks Memo produced

4    outright (as it did with the July 2003 letter), or review it *in camera* so that the

5    portions of the Marks Memo that were disclosed in Laura's July 2003 letter and/or

6    the Toberoff Timeline can be produced and provided to DC.  The critical facts and

7    admissions in the letter are an important component of the search for the truth in

8    these cases.

9    Dated:        February 27, 2012          Respectfully Submitted,
10                                            O'MELVENY & MYERS LLP

11                                            By:  /s/ Daniel M. Petrocelli
12                                                 Daniel M. Petrocelli

DC COMICS' MOT. FOR REVIEW
OF MAGISTRATE'S ORDER

1

# APPENDIX A:

2

3

## A.  Marks Communication as Identified in Siegels' Privilege Log in this Case
(Docket No. 162-6 at 422):

4

5

| Log # | Date of Document | Identity of Author(s) | Identity of Recipient(s) | Document Type | Privilege Claim | Present Location |
|---|---|---|---|---|---|---|
| 623 | 8/9/2002 | Atty Kevin Marks | Joanne, Laura Siegel, Atty Don Bulson, Atty Bruce Ramer | Letter | Atty/Client | Defendants' Counsel |

6

## B.  "Common" or "Joint" Interest Privilege Entries in Siegel Privilege Log in this Case (Docket No. 162-6 at 392-411, 413-14, 416-23, 425-28, 430-32, 439, 444, 448, 453, 462, 464-65, 480, 502, 504, 506-07):

7

8

| Log # | Date of Document | Identity of Recipient(s) | Identity of Author(s) | Document Description | Privilege Claim | Present Location |
|---|---|---|---|---|---|---|
| 28 | 6/17/1988 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 42 | 4/18/1997 | Atty Dennis Larson | Michael Siegel, Joanne, Laura Siegel | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 44 | 8/7/1997 | Atty Arthur Levine | Atty Himanshu Amin | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 46 | 10/14/1997 | Atty Himanshu Amin | Atty Dennis Larson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 47 | 11/5/1997 | Atty Dennis Larson | Atty Himanshu Amin | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 49 | 1/15/1998 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 51 | 2/2/1998 | Atty Arthur Levine | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 52 | 2/2/1998 | Atty Arthur Levine | Atty Don Bulson | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 53 | 3/18/1998 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 54 | 3/18/1998 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 56 | 6/17/1998 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 57 | 6/26/1998 | Atty Arthur Levine | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 58 | 6/26/1998 | Atty Arthur Levine | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 59 | 6/26/1998 | Atty Arthur Levine | Atty Don Bulson, Joanne, Laura Siegel | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 62 | 9/4/1998 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 63 | 11/3/1998 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 64 | 11/3/1998 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 66 | 11/13/1998 | Atty Arthur Levine | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 68 | 12/4/1998 | Atty Arthur Levine | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 69 | 12/4/1998 | Atty Arthur Levine | Atty Don Bulson | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 72 | 1/19/1999 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 73 | 1/19/1999 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 77 | 3/3/1999 | Atty Arthur Levine | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 78 | 3/10/1999 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 79 | 3/10/1999 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 80 | 3/17/1999 | Atty Arthur Levine | Atty Don Bulson | Facsimile | Atty/Client-Joint Interest | Defendants' Counsel |
| 87 | 4/16/1999 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 88 | 4/16/1999 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 98 | 5/27/1999 | Atty Arthur Levine | Atty Don Bulson | Letter | Atty/Client- Joint Interest | Defendants' Counsel |

DC COMICS' MOT. FOR REVIEW
OF MAGISTRATE'S ORDER

| | | | | | | |
|---|---|---|---|---|---|---|
| 101 | 6/8/1999 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 102 | 6/9/1999 | Atty Arthur Levine | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 103 | 6/9/1999 | Atty Arthur Levine | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 104 | 6/9/1999 | Atty Arthur Levine | Atty Don Bulson, Joanne, Laura Siegel | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 111 | 7/12/1999 | Atty Kevin Marks | Atty Arthur Levine, Atty Don Bulson | Memo | Atty/Client-Joint Interest | Defendants' Counsel |
| 114 | 7/20/1999 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 115 | 7/20/1999 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 118 | 8/2/1999 | Atty Arthur Levine | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 119 | 8/2/1999 | Atty Arthur Levine | Atty Don Bulson, Joanne, Laura Siegel, Atty Kevin Marks | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 121 | 8/10/1999 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 122 | 8/10/1999 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 123 | 8/24/1999 | Atty Arthur Levine | Atty Don Bulson | Facsimile | Atty/Client-Joint Interest | Defendants' Counsel |
| 129 | 9/2/1999 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 130 | 9/2/1999 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 136 | 9/8/1999 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 137 | 9/8/1999 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 139 | 9/9/1999 | Atty Arthur Levine | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 142 | 9/14/1999 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 143 | 9/14/1999 | Atty Don Bulson | Atty Kevin Marks, Atty Arthur Levine | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 146 | 9/17/1999 | Atty Arthur Levine | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 160 | 9/28/1999 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 161 | 9/28/1999 | Atty Kevin Marks | Atty Dennis Larson, Atty Arthur Levine, Atty Don Bulson, Joanne Siegel, Laura Siegel | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 162 | 9/28/1999 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 164 | 10/8/1999 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 165 | 10/8/1999 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 166 | 10/8/1999 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 167 | 10/8/1999 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 174 | 10/27/1999 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 175 | 10/27/1999 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 177 | 11/3/1999 | Atty Kevin Marks | Atty Dennis Larson, Atty Bruce Ramer, Atty Arthur Levine, Atty Don Bulson, Joanne Siegel, Laura Siegel | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 182 | 11/8/1999 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 183 | 11/8/1999 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 184 | 11/12/1999 | Atty Kevin Marks | Atty Jon Bulson, Atty Dennis Larson | Facsimile | Atty/Client-Joint Interest | Defendants' Counsel |
| 189 | 12/6/1999 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 192 | 12/6/1999 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 194 | 12/10/1999 | Atty Kevin Marks | Atty Don Bulson, Atty Arthur Levine, Joanne Siegel, Laura Siegel | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 197 | 12/22/1999 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 198 | 12/22/1999 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 199 | 12/22/1999 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 200 | 12/22/1999 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 201 | 12/29/1999 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 202 | 12/29/1999 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 203 | 12/30/1999 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |

DC COMICS' MOT. FOR REVIEW OF MAGISTRATE'S ORDER

| No. | Date | From | To | Type | Privilege | |
|---|---|---|---|---|---|---|
| 206 | 1/3/2000 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 208 | 1/3/2000 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 209 | 1/3/2000 | Atty Kevin Marks | Atty Don Bulson, Atty Bruce Ramer | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 210 | 1/4/2000 | Michael Siegel | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 211 | 1/4/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 212 | 1/5/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 213 | 1/10/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 214 | 1/10/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 215 | 1/10/2000 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 216 | 1/10/2000 | Atty Kevin Marks | Atty Don Bulson, Atty Dennis Larson, Atty Bruce Ramer, Atty Arthur Levine | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 218 | 1/14/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 221 | 1/18/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 227 | 2/28/2000 | Atty Don Bulson | | Notes | Atty/Client-Joint Interest | Defendants' Counsel |
| 228 | 3/1/2000 | Atty Kevin Marks | Atty Arthur Levine, Atty Bruce Ramer, Atty Don Bulson, Joanne Siegel, Laura Siegel | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 231 | 3/7/2000 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 234 | 3/9/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 235 | 3/9/2000 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 237 | 3/21/2000 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 238 | 3/30/2000 | Atty Kevin Marks | Atty Bruce Ramer, Atty Don Bulson, Atty Arthur Levine, Joanne Siegel, Laura Siegel | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 239 | 3/30/2000 | Atty Kevin Marks | Atty Don Bulson, Joanne Siegel, Laura Siegel | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 241 | 4/3/2000 | Atty Kevin Marks | Atty Don Bulson, Atty Arthur Levine, Joanne Siegel, Laura Siegel | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 244 | 4/5/2000 | Atty Kevin Marks | Atty Don Bulson, Atty Arthur Levine, Joanne Siegel, Laura Siegel | Facsimile | Atty/Client-Joint Interest | Defendants' Counsel |
| 248 | 4/11/2000 | Atty Kevin Marks | Atty Don Bulson, Atty Arthur Levine, Joanne Siegel, Laura Siegel | Facsimile | Atty/Client-Joint Interest | Defendants' Counsel |
| 249 | 4/11/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 250 | 4/12/2000 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 251 | 4/12/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 252 | 4/12/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 257 | 4/17/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 259 | 4/18/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 261 | 4/18/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 267 | 5/2/2000 | Atty Kevin Marks | | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 268 | 5/3/2000 | Atty Don Bulson | | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 269 | 5/3/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 270 | 5/3/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 273 | 5/4/2000 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 274 | 5/4/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 275 | 5/5/2000 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 276 | 5/5/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 277 | 5/5/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 278 | 5/8/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 279 | 5/8/2000 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 281 | 5/8/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 282 | 5/9/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |

Appendix A-3

| 284 | 5/10/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 290 | 5/18/2000 | Atty Kevin Marks | Atty Bruce Ramer, Atty Don Bulson, Joanne Siegel, Laura Siegel | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 294 | 5/26/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 295 | 5/26/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 302 | 6/7/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 304 | 6/7/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 307 | 6/9/2000 | Atty Kevin Marks | Atty Don Bulson, Joanne Siegel, Laura Siegel | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 311 | 7/6/2000 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 313 | 7/7/2000 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 315 | 7/10/2000 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 316 | 7/10/2000 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 317 | 7/10/2000 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 321 | 7/17/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 323 | 7/17/2000 | Atty Kevin Marks | Atty Bruce Ramer, Atty Don Bulson, Joanne Siegel, Laura Siegel | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 325 | 7/18/2000 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 326 | 7/18/2000 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 327 | 7/19/2000 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 328 | 7/19/2000 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 329 | 7/19/2000 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 330 | 7/21/2000 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 331 | 7/21/2000 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 332 | 7/24/2000 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 333 | 7/24/2000 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 334 | 7/24/2000 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 335 | 7/24/2000 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 337 | 7/24/2000 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 342 | 7/26/2000 | Atty Kevin Marks | Atty Don Bulson | Facsimile | Atty/Client-Joint Interest | Defendants' Counsel |
| 356 | 9/5/2000 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 358 | 9/6/2000 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 359 | 9/6/2000 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 360 | 9/6/2000 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 362 | 9/8/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 363 | 9/8/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 364 | 9/8/2000 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 366 | 9/8/2000 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 368 | 9/9/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 372 | 9/15/2000 | Atty Kevin Marks | Atty Don Bulson | Facsimile | Atty/Client-Joint Interest | Defendants' Counsel |
| 373 | 9/15/2000 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 399 | 10/26/2000 | Atty Kevin Marks | Atty Don Bulson | Facsimile | Atty/Client-Joint Interest | Defendants' Counsel |
| 401 | 10/26/2000 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 406 | 11/8/2000 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 407 | 11/8/2000 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 408 | 11/8/2000 | Atty Kevin Marks | Joanne, Laura Siegel, Atty Don Bulson, Atty Bruce Ramer | Letter | Atty/Client-Joint Interest | Defendants' Counsel |

DC COMICS' MOT. FOR REVIEW
OF MAGISTRATE'S ORDER

| 429 | 1/3/2001 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
|---|---|---|---|---|---|---|
| 430 | 1/3/2001 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 433 | 1/16/2001 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 434 | 1/16/2001 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 447 | 3/12/2001 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 448 | 3/12/2001 | Atty Don Bulson | Atty Kevin Marks, Michael Siegel | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 460 | 4/30/2001 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 461 | 4/30/2001 | Atty Kevin Marks | Atty Don Bulson, Joanne, Laura Siegel, Atty Bruce Ramer | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 495 | 7/3/2001 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 507 | 7/30/2001 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 508 | 7/30/2001 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 509 | 7/30/2001 | Atty Kevin Marks | Atty Don Bulson, Joanne, Laura Siegel, Atty Bruce Ramer | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 512 | 7/31/2001 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 516 | 8/24/2001 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 517 | 8/24/2001 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 518 | 8/24/2001 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 519 | 8/30/2001 | Atty Kevin Marks | Atty Don Bulson | Facsimile | Atty/Client-Joint Interest | Defendants' Counsel |
| 522 | 9/13/2001 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 523 | 9/13/2001 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 524 | 9/13/2001 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 530 | 9/24/2001 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 531 | 9/24/2001 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 532 | 9/24/2001 | Atty Kevin Marks | Atty Don Bulson, Joanne, Laura Siegel, Atty Bruce Ramer | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 545 | 10/17/2001 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 546 | 10/17/2001 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 548 | 10/17/2001 | Atty Kevin Marks | Atty Don Bulson, Joanne, Laura Siegel, Atty Bruce Ramer | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 549 | 10/19/2001 | Atty Kevin Marks | Atty Don Bulson, Laura Siegel | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 550 | 10/19/2001 | Atty Kevin Marks | Atty Don Bulson, Laura Siegel | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 551 | 10/19/2001 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 553 | 10/19/2001 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 557 | 12/6/2001 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 560 | 1/3/2002 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 561 | 1/3/2002 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 562 | 1/3/2002 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 563 | 1/3/2002 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 564 | 1/3/2002 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 566 | 1/10/2002 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 567 | 1/10/2002 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 568 | 1/22/2002 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 569 | 1/22/2002 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 571 | 2/4/2002 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 575 | 2/8/2002 | Atty Kevin Marks | Atty Don Bulson | Memorandum | Atty/Client-Joint Interest | Defendants' Counsel |
| 588 | 5/10/2002 | Atty Don Bulson | Atty Kevin Marks, Michael Siegel | Letter | Atty/Client-Joint Interest | Defendants' Counsel |

Appendix A-5

| | | | | | | |
|---|---|---|---|---|---|---|
| 589 | 5/10/2002 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 590 | 5/10/2002 | Atty Don Bulson | Atty Kevin Marks, Michael Siegel | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 602 | 6/24/2002 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 611 | 7/11/2002 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 612 | 7/12/2002 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 613 | 7/12/2002 | Atty Kevin Marks | Joanne, Laura Siegel, Don Bulson | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 629 | 8/22/2002 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 647 | 9/23/2002 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 687 | 4/29/2003 | Atty Marc Toberoff | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 688 | 4/30/2003 | Atty Marc Toberoff | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 704 | 6/3/2003 | Atty Don Bulson | | Notes | Atty/Client-Joint Interest | Defendants' Counsel |
| 720 | 7/21/2003 | Atty Don Bulson | | Notes | Atty/Client-Joint Interest | Defendants' Counsel |
| 734 | 1/17/2004 | Atty Marc Toberoff | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 781 | 6/24/2004 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 782 | 6/27/2004 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 805 | 8/9/2004 | Atty Don Bulson | Atty Marc Toberoff | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 818 | 8/22/2004 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 819 | 8/22/2004 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 952 | 10/12/2004 | Atty Don Bulson | Atty Marc Toberoff | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 1048 | 10/31/2005 | Atty Don Bulson | | Notes | Atty/Client-Joint Interest | Defendants' Counsel |
| 1127 | 6/27/2006 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 1203 | 8/22/2006 | Atty Don Bulson | Atty Nicholas Williamson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 1204 | 8/22/2006 | Atty Nicholas Williamson | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 1360 | 11/2/2006 | Atty Marc Toberoff | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 1361 | 11/2/2006 | Atty Don Bulson | Atty Marc Toberoff | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 1362 | 11/2/2006 | Atty Joshua Ryland | Atty Marc Toberoff, Atty Alexander Merino, Atty Nicholas Williamson | E-mail | Atty/Client-Joint Interest, Atty Work Product | Defendants' Counsel |
| 1375 | 11/3/2006 | Atty Don Bulson | Atty Marc Toberoff, Atty Alexander Merino, Atty Nicholas Williamson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 1409 | 11/6/2006 | Atty Joshua Ryland | Atty Marc Toberoff, Atty Alexander Merino, Atty Nicholas Williamson | E-mail | Atty/Client-Joint Interest, Atty Work Product | Defendants' Counsel |
| 1410 | 11/6/2006 | Atty Alexander Merino | Atty Joshua Ryland | E-mail | Atty/Client-Joint Interest, Atty Work Product | Defendants' Counsel |
| 1411 | 11/6/2006 | Atty Alexander Merino | Atty Joshua Ryland, Atty Thomas Fistek, Atty Don Bulson | E-mail | Atty/Client-Joint Interest, Atty Work Product | Defendants' Counsel |
| 1412 | 11/6/2006 | Atty Alexander Merino | Atty Joshua Ryland | E-mail | Atty/Client-Joint Interest, Atty Work Product | Defendants' Counsel |
| 1661 | 2/13/2007 | Atty Marc Toberoff | Atty Joshua Ryland | E-mail | Atty/Client-Joint Interest, Atty Work Product | Defendants' Counsel |
| 1662 | 2/13/2007 | Atty Joshua Ryland | Atty Marc Toberoff | E-mail | Atty/Client-Joint Interest, Atty Work Product | Defendants' Counsel |
| 1663 | 2/13/2007 | Atty Joshua Ryland | Atty Marc Toberoff, Atty Nicholas Williamson | E-mail | Atty/Client-Joint Interest, Atty Work Product | Defendants' Counsel |

Appendix A-6

| | | | | | | |
|---|---|---|---|---|---|---|
| 2033 | 2/11/2008 | Atty Marc Toberoff | Atty Joshua Ryland | E-mail | Atty/Client-Joint Interest, Atty Work Product | Defendants' Counsel |
| 2034 | 2/11/2008 | Atty Marc Toberoff | Atty Joshua Ryland | E-mail | Atty/Client-Joint Interest, Atty Work Product | Defendants' Counsel |
| 2035 | 2/11/2008 | Atty Marc Toberoff | Atty Joshua Ryland | E-mail | Atty/Client-Joint Interest, Atty Work Product | Defendants' Counsel |
| 2036 | 2/11/2008 | Atty Marc Toberoff | Atty Joshua Ryland | E-mail | Atty/Client-Joint Interest, Atty Work Product | Defendants' Counsel |
| 2037 | 2/11/2008 | Atty Marc Toberoff | Atty Joshua Ryland | E-mail | Atty/Client-Joint Interest, Atty Work Product | Defendants' Counsel |
| 2038 | 2/11/2008 | Atty Joshua Ryland | Atty Marc Toberoff | E-mail | Atty/Client-Joint Interest, Atty Work Product | Defendants' Counsel |
| 2039 | 2/11/2008 | Atty Joshua Ryland | Atty Marc Toberoff | E-mail | Atty/Client-Joint Interest, Atty Work Product | Defendants' Counsel |
| 2074 | 4/2/2008 | Atty Joshua Ryland | Atty Marc Toberoff, Atty Nicholas Williamson | E-mail | Atty/Client-Joint Interest; Atty Work Product | Defendants' Counsel |
| 2103 | 4/9/2008 | Laura Siegel, Joanne Siegel | Atty Marc Toberoff | Collective Bargaining Agreement | Atty/Client-Joint Interest; Atty Work Product; JAMS Agreement | Defendants' Counsel |
| 2135 | 4/23/2008 | Atty Joshua Ryland | Atty Marc Toberoff, Atty Nicholas Williamson, Atty Don Bulson | E-mail | Atty/Client-Joint Interest; Atty Work Product | Defendants' Counsel |

## C.  "Common" or "Joint" Interest Privilege Entries in Peary/Peavy  Privilege Log in this Case (Docket No. 162-5 at 389):

| Log # | Date of Document | Identity of Author(s) | Identity of Recipient(s) | Document Type | Privilege Claim | Present Location |
|---|---|---|---|---|---|---|
| 27 | 4/9/2008 | Mark Warren Peary | Atty Marc Toberoff | Collective Bargaining Agreement | Atty/Client-Joint Interest; Atty Work Product; JAMS Agreement | Defendants' Counsel |

## D.  "Common" or "Joint" Interest Privilege Entries in Toberoff  Privilege Log in this Case (Docket No. 163-17 at 856-75, 877-78, 880-88, 890-93, 896-98, 906, 912, 918, 923, 932-33, 935-36, 952, 974-75, 977, 979-80, 982, 1036-38, 1041-42, 1045):

| Log # | Date of Document | Identity of Author(s) | Identity of Recipient(s) | Document Type | Privilege Claim | Present Location |
|---|---|---|---|---|---|---|
| 28 | 6/17/1988 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 42 | 4/18/1997 | Atty Dennis Larson | Michael Siegel, Joanne, Laura Siegel | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 44 | 8/7/1997 | Atty Arthur Levine | Atty Himanshu Amin | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 46 | 10/14/1997 | Atty Himanshu Amin | Atty Dennis Larson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 47 | 11/5/1997 | Atty Dennis Larson | Atty Himanshu Amin | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 49 | 1/15/1998 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 51 | 2/2/1998 | Atty Arthur Levine | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 52 | 2/2/1998 | Atty Arthur Levine | Atty Don Bulson | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 53 | 3/18/1998 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 54 | 3/18/1998 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 56 | 6/17/1998 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 57 | 6/26/1998 | Atty Arthur Levine | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |

DC COMICS' MOT. FOR REVIEW OF MAGISTRATE'S ORDER

| | Date | From | To | Type | Privilege | Source |
|---|---|---|---|---|---|---|
| 58 | 6/26/1998 | Atty Arthur Levine | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 59 | 6/26/1998 | Atty Arthur Levine | Atty Don Bulson, Joanne, Laura Siegel | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 62 | 9/4/1998 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 63 | 11/3/1998 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 64 | 11/3/1998 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 66 | 11/13/1998 | Atty Arthur Levine | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 68 | 12/4/1998 | Atty Arthur Levine | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 69 | 12/4/1998 | Atty Arthur Levine | Atty Don Bulson | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 72 | 1/19/1999 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 73 | 1/19/1999 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 77 | 3/3/1999 | Atty Arthur Levine | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 78 | 3/10/1999 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 79 | 3/10/1999 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 80 | 3/17/1999 | Atty Arthur Levine | Atty Don Bulson | Facsimile | Atty/Client-Joint Interest | Defendants' Counsel |
| 87 | 4/16/1999 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 88 | 4/16/1999 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 98 | 5/27/1999 | Atty Arthur Levine | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 101 | 6/8/1999 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 102 | 6/9/1999 | Atty Arthur Levine | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 103 | 6/9/1999 | Atty Arthur Levine | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 104 | 6/9/1999 | Atty Arthur Levine | Atty Don Bulson, Joanne, Laura Siegel | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 111 | 7/12/1999 | Atty Kevin Marks | Atty Arthur Levine, Atty Don Bulson | Memo | Atty/Client-Joint Interest | Defendants' Counsel |
| 114 | 7/20/1999 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 115 | 7/20/1999 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 118 | 8/2/1999 | Atty Arthur Levine | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 119 | 8/2/1999 | Atty Arthur Levine | Atty Don Bulson, Joanne, Laura Siegel, Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 121 | 8/10/1999 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 122 | 8/10/1999 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 123 | 8/24/1999 | Atty Arthur Levine | Atty Don Bulson | Facsimile | Atty/Client-Joint Interest | Defendants' Counsel |
| 129 | 9/2/1999 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 130 | 9/2/1999 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 136 | 9/8/1999 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 137 | 9/8/1999 | Atty Don Bulson | Atty Arthur Levine | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 139 | 9/9/1999 | Atty Arthur Levine | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 142 | 9/14/1999 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 143 | 9/14/1999 | Atty Don Bulson | Atty Kevin Marks, Atty Arthur Levine | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 146 | 9/17/1999 | Atty Arthur Levine | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |

DC COMICS' MOT. FOR REVIEW OF MAGISTRATE'S ORDER

| | | | | | | |
|---|---|---|---|---|---|---|
| 160 | 9/28/1999 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 161 | 9/28/1999 | Atty Kevin Marks | Atty Dennis Larson, Atty Arthur Levine, Atty Don Bulson, Joanne Siegel, Laura Siegel | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 162 | 9/28/1999 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 164 | 10/8/1999 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 165 | 10/8/1999 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 166 | 10/8/1999 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 167 | 10/8/1999 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 174 | 10/27/1999 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 175 | 10/27/1999 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 177 | 11/3/1999 | Atty Kevin Marks | Atty Dennis Larson, Atty Bruce Ramer, Atty Arthur Levine, Atty Don Bulson, Joanne Siegel, Laura Siegel | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 182 | 11/8/1999 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 183 | 11/8/1999 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 184 | 11/12/1999 | Atty Kevin Marks | Atty Don Bulson, Atty Dennis Larson | Facsimile | Atty/Client-Joint Interest | Defendants' Counsel |
| 189 | 12/6/1999 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 192 | 12/6/1999 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 194 | 12/10/1999 | Atty Kevin Marks | Atty Don Bulson, Atty Arthur Levine, Joanne Siegel, Laura Siegel | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 197 | 12/22/1999 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 198 | 12/22/1999 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 199 | 12/22/1999 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 200 | 12/22/1999 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 201 | 12/29/1999 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 202 | 12/29/1999 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 203 | 12/30/1999 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 206 | 1/3/2000 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 208 | 1/3/2000 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 209 | 1/3/2000 | Atty Kevin Marks | Atty Don Bulson, Atty Bruce Ramer | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 210 | 1/4/2000 | Michael Siegel | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 211 | 1/4/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 212 | 1/5/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 213 | 1/10/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 214 | 1/10/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 215 | 1/10/2000 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 216 | 1/10/2000 | Atty Kevin Marks | Atty Don Bulson, Atty Dennis Larson, Atty Bruce Ramer, Atty Arthur Levine | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 218 | 1/14/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 221 | 1/18/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |

Appendix A-9

| 227 | 2/28/2000 | Atty Don Bulson | | Notes | Atty/Client-Joint Interest | Defendants' Counsel |
| 228 | 3/1/2000 | Atty Kevin Marks | Atty Arthur Levine, Atty Bruce Ramer, Atty Don Bulson, Joanne Siegel, Laura Siegel | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 231 | 3/7/2000 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 234 | 3/9/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 235 | 3/9/2000 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 237 | 3/21/2000 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 238 | 3/30/2000 | Atty Kevin Marks | Atty Bruce Ramer, Atty Don Bulson, Atty Arthur Levine, Joanne Siegel, Laura Siegel | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 239 | 3/30/2000 | Atty Kevin Marks | Atty Don Bulson, Joanne Siegel, Laura Siegel | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 241 | 4/3/2000 | Atty Kevin Marks | Atty Don Bulson, Atty Arthur Levine, Joanne Siegel, Laura Siegel | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 244 | 4/5/2000 | Atty Kevin Marks | Atty Don Bulson, Atty Arthur Levine, Joanne Siegel, Laura Siegel | Facsimile | Atty/Client-Joint Interest | Defendants' Counsel |
| 248 | 4/11/2000 | Atty Kevin Marks | Atty Don Bulson, Atty Arthur Levine, Joanne Siegel, Laura Siegel | Facsimile | Atty/Client-Joint Interest | Defendants' Counsel |
| 249 | 4/11/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 250 | 4/12/2000 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 251 | 4/12/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 252 | 4/12/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 257 | 4/17/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 259 | 4/18/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 261 | 4/18/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 267 | 5/2/2000 | Atty Kevin Marks | | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 268 | 5/3/2000 | Atty Don Bulson | | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 269 | 5/3/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 270 | 5/3/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 273 | 5/4/2000 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 274 | 5/4/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 275 | 5/5/2000 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 276 | 5/5/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 277 | 5/5/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 278 | 5/8/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 279 | 5/8/2000 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 281 | 5/8/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 282 | 5/9/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 284 | 5/10/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 290 | 5/18/2000 | Atty Kevin Marks | Atty Bruce Ramer, Atty Don Bulson, Joanne Siegel, Laura Siegel | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 294 | 5/26/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 295 | 5/26/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 302 | 6/7/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |

DC COMICS' MOT. FOR REVIEW OF MAGISTRATE'S ORDER

| 304 | 6/7/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 307 | 6/9/2000 | Atty Kevin Marks | Atty Don Bulson, Joanne Siegel, Laura Siegel | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 311 | 7/6/2000 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 313 | 7/7/2000 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 315 | 7/10/2000 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 316 | 7/10/2000 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 317 | 7/10/2000 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 321 | 7/17/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 323 | 7/17/2000 | Atty Kevin Marks | Atty Bruce Ramer, Atty Don Bulson, Joanne Siegel, Laura Siegel | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 325 | 7/18/2000 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 326 | 7/18/2000 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 327 | 7/19/2000 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 328 | 7/19/2000 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 329 | 7/19/2000 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 330 | 7/21/2000 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 331 | 7/21/2000 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 332 | 7/24/2000 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 333 | 7/24/2000 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 334 | 7/24/2000 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 335 | 7/24/2000 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 337 | 7/24/2000 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 342 | 7/26/2000 | Atty Kevin Marks | Atty Don Bulson | Facsimile | Atty/Client-Joint Interest | Defendants' Counsel |
| 356 | 9/5/2000 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 358 | 9/6/2000 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 359 | 9/6/2000 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 360 | 9/6/2000 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 362 | 9/8/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 363 | 9/8/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 364 | 9/8/2000 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 366 | 9/8/2000 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 368 | 9/9/2000 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 372 | 9/15/2000 | Atty Kevin Marks | Atty Don Bulson | Facsimile | Atty/Client-Joint Interest | Defendants' Counsel |
| 373 | 9/15/2000 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 399 | 10/26/2000 | Atty Kevin Marks | Atty Don Bulson | Facsimile | Atty/Client-Joint Interest | Defendants' Counsel |
| 401 | 10/26/2000 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client- Joint Interest | Defendants' Counsel |

DC COMICS' MOT. FOR REVIEW OF MAGISTRATE'S ORDER

| | | | | | | |
|---|---|---|---|---|---|---|
| 406 | 11/8/2000 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 407 | 11/8/2000 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 408 | 11/8/2000 | Atty Kevin Marks | Joanne, Laura Siegel, Atty Don Bulson, Atty Bruce Ramer | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 429 | 1/3/2001 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 430 | 1/3/2001 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 433 | 1/16/2001 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 434 | 1/16/2001 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 447 | 3/12/2001 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 448 | 3/12/2001 | Atty Don Bulson | Atty Kevin Marks, Michael Siegel | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 460 | 4/30/2001 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 461 | 4/30/2001 | Atty Kevin Marks | Atty Don Bulson, Joanne, Laura Siegel, Atty Bruce Ramer | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 495 | 7/3/2001 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 507 | 7/30/2001 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 508 | 7/30/2001 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 509 | 7/30/2001 | Atty Kevin Marks | Atty Don Bulson, Joanne, Laura Siegel, Atty Bruce Ramer | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 512 | 7/31/2001 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 516 | 8/24/2001 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 517 | 8/24/2001 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 518 | 8/24/2001 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 519 | 8/30/2001 | Atty Kevin Marks | Atty Don Bulson | Facsimile | Atty/Client-Joint Interest | Defendants' Counsel |
| 522 | 9/13/2001 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 523 | 9/13/2001 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 524 | 9/13/2001 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 530 | 9/24/2001 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 531 | 9/24/2001 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 532 | 9/24/2001 | Atty Kevin Marks | Atty Don Bulson, Joanne, Laura Siegel, Atty Bruce Ramer | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 545 | 10/17/2001 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 546 | 10/17/2001 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 548 | 10/17/2001 | Atty Kevin Marks | Atty Don Bulson, Joanne, Laura Siegel, Atty Bruce Ramer | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 549 | 10/19/2001 | Atty Kevin Marks | Atty Don Bulson, Laura Siegel | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 550 | 10/19/2001 | Atty Kevin Marks | Atty Don Bulson, Laura Siegel | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 551 | 10/19/2001 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 553 | 10/19/2001 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 558 | 12/6/2001 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |

DC COMICS' MOT. FOR REVIEW OF MAGISTRATE'S ORDER

| | | | | | | |
|---|---|---|---|---|---|---|
| 561 | 1/3/2002 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 562 | 1/3/2002 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 563 | 1/3/2002 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 564 | 1/3/2002 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 565 | 1/3/2002 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 567 | 1/10/2002 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 568 | 1/10/2002 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 569 | 1/22/2002 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 570 | 1/22/2002 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 572 | 2/4/2002 | Atty Kevin Marks | Atty Don Bulson | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 576 | 2/8/2002 | Atty Kevin Marks | Atty Don Bulson | Memorandum | Atty/Client-Joint Interest | Defendants' Counsel |
| 589 | 5/10/2002 | Atty Don Bulson | Atty Kevin Marks, Michael Siegel | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 590 | 5/10/2002 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 591 | 5/10/2002 | Atty Don Bulson | Atty Kevin Marks, Michael Siegel | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 603 | 6/24/2002 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 612 | 7/11/2002 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 613 | 7/12/2002 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 614 | 7/12/2002 | Atty Kevin Marks | Joanne, Laura Siegel, Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 630 | 8/22/2002 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client- Joint Interest | Defendants' Counsel |
| 648 | 9/23/2002 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client- Joint Interest | Defendants' Counsel |
| 688 | 4/29/2003 | Atty Marc Toberoff | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 689 | 4/30/2003 | Atty Marc Toberoff | Atty Don Bulson | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 705 | 6/3/2003 | Atty Don Bulson | | Notes | Atty/Client-Joint Interest | Defendants' Counsel |
| 728 | 7/21/2003 | Atty Don Bulson | | Notes | Atty/Client-Joint Interest | Defendants' Counsel |
| 747 | 1/17/2004 | Atty Marc Toberoff | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 794 | 6/24/2004 | Atty Don Bulson | Atty Kevin Marks | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 795 | 6/27/2004 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 818 | 8/9/2004 | Atty Don Bulson | Atty Marc Toberoff | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 831 | 8/22/2004 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 832 | 8/22/2004 | Atty Don Bulson | Atty Kevin Marks | Letter | Atty/Client-Joint Interest | Defendants' Counsel |
| 965 | 10/12/2004 | Atty Don Bulson | Atty Marc Toberoff | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 1062 | 10/31/2005 | Atty Don Bulson | | Notes | Atty/Client-Joint Interest | Defendants' Counsel |
| 1154 | 6/27/2006 | Atty Kevin Marks | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 1242 | 8/22/2006 | Atty Don Bulson | Atty Nicholas Williamson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 1243 | 8/22/2006 | Atty Nicholas Williamson | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |

DC COMICS' MOT. FOR REVIEW OF MAGISTRATE'S ORDER

| | | | | | | |
|---|---|---|---|---|---|---|
| 1400 | 11/2/2006 | Atty Marc Toberoff | Atty Don Bulson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 1401 | 11/2/2006 | Atty Don Bulson | Atty Marc Toberoff | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 1402 | 11/2/2006 | Atty Joshua Ryland | Atty Marc Toberoff, Atty Alexander Merino, Atty Nicholas Williamson | E-mail | Atty/Client-Joint Interest, Atty Work Product | Defendants' Counsel |
| 1415 | 11/3/2006 | Atty Don Bulson | Atty Marc Toberoff, Atty Alexander Merino, Atty Nicholas Williamson | E-mail | Atty/Client-Joint Interest | Defendants' Counsel |
| 1449 | 11/6/2006 | Atty Joshua Ryland | Atty Marc Toberoff, Atty Alexander Merino, Atty Nicholas Williamson | E-mail | Atty/Client-Joint Interest, Atty Work Product | Defendants' Counsel |
| 1450 | 11/6/2006 | Atty Alexander Merino | Atty Joshua Ryland | E-mail | Atty/Client-Joint Interest, Atty Work Product | Defendants' Counsel |
| 1451 | 11/6/2006 | Atty Alexander Merino | Atty Joshua Ryland, Atty Thomas Fistek, Atty Don Bulson | E-mail | Atty/Client-Joint Interest, Atty Work Product | Defendants' Counsel |
| 1452 | 11/6/2006 | Atty Alexander Merino | Atty Joshua Ryland | E-mail | Atty/Client-Joint Interest, Atty Work Product | Defendants' Counsel |
| 1701 | 2/13/2007 | Atty Marc Toberoff | Atty Joshua Ryland | E-mail | Atty/Client-Joint Interest, Atty Work Product | Defendants' Counsel |
| 1702 | 2/13/2007 | Atty Joshua Ryland | Atty Marc Toberoff | E-mail | Atty/Client-Joint Interest, Atty Work Product | Defendants' Counsel |
| 1703 | 2/13/2007 | Atty Joshua Ryland | Atty Marc Toberoff, Atty Nicholas Williamson | E-mail | Atty/Client-Joint Interest, Atty Work Product | Defendants' Counsel |
| 2085 | 2/11/2008 | Atty Marc Toberoff | Atty Joshua Ryland | E-mail | Atty/Client-Joint Interest, Atty Work Product | Defendants' Counsel |
| 2086 | 2/11/2008 | Atty Marc Toberoff | Atty Joshua Ryland | E-mail | Atty/Client-Joint Interest, Atty Work Product | Defendants' Counsel |
| 2087 | 2/11/2008 | Atty Marc Toberoff | Atty Joshua Ryland | E-mail | Atty/Client-Joint Interest, Atty Work Product | Defendants' Counsel |
| 2088 | 2/11/2008 | Atty Marc Toberoff | Atty Joshua Ryland | E-mail | Atty/Client-Joint Interest, Atty Work Product | Defendants' Counsel |
| 2089 | 2/11/2008 | Atty Marc Toberoff | Atty Joshua Ryland | E-mail | Atty/Client-Joint Interest, Atty Work Product | Defendants' Counsel |
| 2090 | 2/11/2008 | Atty Joshua Ryland | Atty Marc Toberoff | E-mail | Atty/Client-Joint Interest, Atty Work Product | Defendants' Counsel |
| 2091 | 2/11/2008 | Atty Joshua Ryland | Atty Marc Toberoff | E-mail | Atty/Client-Joint Interest, Atty Work Product | Defendants' Counsel |
| 2128 | 4/2/2008 | Atty Joshua Ryland | Atty Marc Toberoff, Atty Nicholas Williamson | E-mail | Atty/Client-Joint Interest; Atty Work Product | Defendants' Counsel |
| 2157 | 4/9/2008 | Mark Warren Peary | Atty Marc Toberoff | Collective Bargaining Agreement | Atty/Client-Joint Interest; Atty Work Product; JAMS Agreement | Defendants' Counsel |
| 2165 | 4/9/2008 | Laura Siegel, Joanne Siegel | Atty Marc Toberoff | Collective Bargaining Agreement | Atty/Client-Joint Interest; Atty Work Product; JAMS Agreement | Defendants' Counsel |

Appendix A-14

| | | | | | | |
|---|---|---|---|---|---|---|
| 2202 | 4/23/2008 | Atty Joshua Ryland | Atty Marc Toberoff, Atty Nicholas Williamson, Atty Don Bulson | E-mail | Atty/Client-Joint Interest; Atty Work Product | Defendants' Counsel |
| 3130 | 7/27/2010 | Atty Marc Toberoff | Atty Beong-soo Kim | Letter | Joint Interest Privilege | Defendants' Counsel |
| 3147 | 8/12/2010 | Atty Beong-Soo Kim | Atty Marc Toberoff | E-mail | Joint Interest Privilege | Defendants' Counsel |
| 3148 | 8/12/2010 | Atty Marc Toberoff | Atty Beong-Soo Kim | E-mail | Joint Interest Privilege | Defendants' Counsel |
| 3149 | 8/12/2010 | Atty Beong-Soo Kim | Atty Marc Toberoff | E-mail | Joint Interest Privilege | Defendants' Counsel |
| 3150 | 8/13/2010 | Atty Marc Toberoff | Atty Beong-Soo Kim | E-mail | Joint Interest Privilege | Defendants' Counsel |
| 3151 | 8/13/2010 | Atty Beong-Soo Kim | Atty Marc Toberoff | E-mail | Joint Interest Privilege | Defendants' Counsel |
| 3158 | 8/16/2010 | Atty Marc Toberoff | Atty Beong-Soo Kim | E-mail | Joint Interest Privilege | Defendants' Counsel |
| 3159 | 8/16/2010 | Atty Beong-Soo Kim | Atty Marc Toberoff | E-mail | Joint Interest Privilege | Defendants' Counsel |
| 3160 | 8/16/2010 | Atty Marc Toberoff | Atty Beong-Soo Kim | E-mail | Joint Interest Privilege | Defendants' Counsel |
| 3161 | 8/17/2010 | Atty Marc Toberoff | Atty Beong-Soo Kim | E-mail | Joint Interest Privilege | Defendants' Counsel |
| 3217 | 9/13/2010 | Atty Brian Klein | Atty Richard Kendall | E-mail | Joint Interest Privilege | Defendants' Counsel |
| 3228 | 9/17/2010 | Atty Richard Kendall | Atty Beong-Soo Kim; Atty Brian Klein | Letter | Joint Interest Privilege | Defendants' Counsel |
| 3284 | 10/21/2010 | Atty Richard Kendall | Atty Brian Klein | E-mail | Joint Interest Privilege | Defendants' Counsel |

DC COMICS' MOT. FOR REVIEW OF MAGISTRATE'S ORDER

1

## APPENDIX B:

2

3    *U.S. v. Gonzalez*, 2012 WL 206266, at *6-8 (9th Cir. Jan. 25, 2012) (Luis Alberto

4    Gonzalez and Katherine Elizabeth Paiz shared joint-defense agreement in criminal

     case; Paiz filed habeas petition and put at issue Gonzalez's discussions with Paiz's

5    counsel Nina Wilder by arguing ineffective assistance of counsel; given habeas

6    filing, government sought discovery of all joint-defense discussions between

     Gonzalez and Wilder; court held that Gonzalez not bound by Paiz's waiver and,

7    thus, government prevented from discovering discussions between Gonzalez and

     Wilder during term of joint defense agreement)

8

9    *Teleglobe Commc'ns Corp. v. BCE, Inc. (In re Teleglobe Commc'ns Corp.)*, 493

10   F.3d 345, 379-80 (3d Cir. 2007) (BCE Inc. and Teleglobe shared a joint defense

     and created documents during the course of the joint representation; Teleglobe

11   disclosed documents in insolvency proceedings and waived attorney-client

     privilege in favor of debtors; held:  BCE not bound by Teleglobe's waiver)

12

13   *In re Grand Jury Subpoenas*, 902 F.2d 244, 249-50 (4th Cir. 1990) (subsidiary and

     parent company part of joint defense agreement; divestiture of subsidiary gave

14   subsidiary right to unilaterally waive any privilege in documents not related to the

     joint defense but its waiver could not be used to compel parent company to produce

15   privileged documents in response to grand-jury subpoenas)

16

17   *John Morrell & Co. v. Local Union 304A of the United Food & Commercial

     Works, AFL-CIO*, 913 F.2d 544, 555-56 (8th Cir. 1990), *cert. denied*, 500 U.S. 905

18   (1991) (John Morrell & Co. and settling employee class from class action part of

     joint-defense agreement; Morrell disclosed legal memorandum to settling employee

19   class as part of joint-defense agreement; settling employee class disclosed legal

20   memorandum to third party (United Food & Commercial Workers International

     Union); United Food sought to use legal memorandum as evidence in later court

21   proceeding, and Morrell objected; held:  United Food could not introduce legal

22   memorandum into evidence since Morrell itself had not waived privilege)

23   *Oppliger v. U.S.*, 2010 WL 503042, at *4-6 (D. Neb. Feb. 8, 2010) (James H.

24   Oppliger and Richard Behrns shared common-interest agreement; Behrns shared

     common-interest privilege communications with government; Oppliger objected;

25   court ordered government to return or destroy copies of privileged communications

26   produced to it by Behrns)

27   *Coudriet v. Int'l Longshore & Warehouse Union Local 23*, 2008 WL 2262322, at

28   *2-3 (W.D. Wash. May 29, 2008) (International Longshore & Warehouse Union

DC COMICS' MOT. FOR REVIEW
OF MAGISTRATE'S ORDER

and local unions shared common-interest agreement; local unions disclosed several common-interest-privilege protected statements in complaint against ILWU; court ordered paragraphs of complaint stricken because there is no showing that ILWU has waived the common-interest privilege)

*S.E.C. v. Nicita*, 2008 WL 170010, at *3-4 (S.D. Cal. Jan. 16, 2008) (Advanced Marketing Services, Michael Nicita (CEO), and Edward Leonard (CFO) shared common-interest agreement; AMS shared common-interest privilege communications with SEC; SEC ordered to return to Nicita and Leonard privileged documents produced to the SEC by cooperating AMS)

*ASARCO, LLC v. Americas Mining Corp.*, 2007 WL 3504774, at *7-8 (D. Idaho Nov. 15, 2007) (DOJ and Idaho attorney general formed joint-defense relationship and share documents; DOJ produced shared documents in response to FOIA request; Idaho attorney general objects; court quashed subpoenas seeking joint-defense documents because Idaho did not waive its right to assert privilege)

*Static Control Components, Inc. v. Lexmark Int'l, Inc.*, 2007 WL 926985, at *7 (E.D. Ky. March 26, 2007) (Static Control Components, Inc. and Pendl shared joint-defense relationship; Pendl puts at issue Static's discussions with Pendl's counsel (Wyatt, Tarrant & Combs, LLP) by stating intention to rely on advice-of-counsel defense to Lexmark International, Inc.'s claims; court quashed subpoena to Wyatt seeking joint-defense communications because Pendl could not waive privilege for Static)

*The Jordan (Bermuda) Inv. Co., Ltd. v. Hunter Green Invs. Ltd.*, 2006 WL 2773022, at *2-3 (S.D.N.Y. Sept. 27, 2006) (Investment Management Services, Inc.; International Fund Services, N.A. LLP; International Fund Services Ireland Ltd.; Beacon Emerging Debt Fund, Ltd.; Beacon Growth Fund LLP; and Hunter Green Investments, Ltd. shared joint representation concerning private placement offering; the Beacon entities waived privilege; court denied The Jordan (Bermuda) Investment Co.'s motion to compel production of joint-defense documents, finding Beacon entities could not waive privilege of separate business entities)

*U.S. v. LeCroy*, 348 F. Supp. 2d 375, 387-88 (E.D. Pa. 2004) (J.P. Morgan Chase, Charles LeCroy, and Anthony C. Snell formed joint-defense relationship; J.P. Morgan produced in response to grand jury subpoena its general counsel's notes of interviews taken of LeCroy and Snell; court upheld LeCroy's and Snell's privilege objections to government's use of the attorney-notes of interviews taken during the joint-defense relationship; Lecroy and Snell were not bound by J.P. Morgan's waiver of privilege)

*Stanley v. Trinchard*, 2004 WL 1752221, at *3 (E.D. La. Aug. 3, 2004) (Gary Hale and the St. Tammany Parrish Sheriff's Office shared joint-defense relationship; bankruptcy trustee served subpoena on Parrish's counsel (Michele Gaudin) seeking joint-defense communications; court quashed subpoena and issued protective order; held:  Parrish not bound by Hale's waiver of privilege by release of attorney file to bankruptcy trustee)

*AT&T Corp. v. Microsoft Corp.*, 2003 WL 21212614, at *7-8 (N.D. Cal. Apr. 18, 2003) (DSP Group, Inc. and Microsoft shared a common-interest relationship; Microsoft put at issue DSP's discussions with counsel by asserting advice-of-counsel defense to AT&T's claims; court denied AT&T's motion to compel documents from DSP because DSP could not be bound by AT&T's waiver; DSP had not asserted defense that placed common-interest communications at issue)

*In re Madison Mgmt. Grp., Inc.*, 212 B.R. 894, 897-98 (Bankr. N.D. Ill. 1997) (parent and subsidiary corporations shared joint-representation relationship; chapter 7 trustee sought to disclose joint-representation documents to third parties; court refused trustee's motion to lift protective orders as to the withheld documents; held: the trustee of the subsidiary could not unilaterally waive the privilege and bind the parent corporations to that waiver)

*In re In-Store Adver. Sec. Litig.*, 163 F.R.D. 452, 458 (S.D.N.Y. 1995) (corporation and Director Defendants shared joint defense agreement concerning initial public offering; joint-defense documents were transferred to third party; court denied class representatives motion to compel production of joint defense documents, holding that the transfer of documents was in violation of the joint defense agreement and without the Director Defendants' consent; the Director Defendants were not bound by the waiver)

*Interfaith Hous. Delaware, Inc. v. Town of Georgetown*, 841 F. Supp. 1393, 1401-02 (D. Del. 1994) (members of Town Council shared joint-defense relationship; Leroy B. Tyndall, a member of the Town Council, testified during deposition without any privilege objection that the Town Council's challenged decision was based on advice of counsel; Interfaith sought production of joint-defense documents based on Tyndall's waiver; court denied Interfaith's motion to compel, finding that other members of the Town Council were not bound by Tyndall's waiver)

*In re Sealed Case*, 120 F.R.D. 66, 72 (N.D. Ill. 1988) (parent and subsidiary corporations shared joint-defense relationship; plaintiff-purchaser filed securities fraud lawsuit against parent corporation regarding purchase of subsidiary;

1
2
3
4

subsidiary waived any attorney-client privilege or work product interest in favor of disclosure to plaintiff-purchaser; court denied plaintiff-purchaser's motion to compel; held: subsidiary could not unilaterally waive joint-defense privilege and permit plaintiff-purchaser access to joint-defense documents for use in securities litigation against parent corporation)

5
6
7
8
9

*Ohio-Sealy Mattress Mfg. Co. v. Kaplan*, 90 F.R.D. 21, 29 (N.D. Ill. 1980) (co-defendants shared joint-defense agreement; plaintiff claimed settling defendants' communications with counsel not shielded by joint-defense privilege since documents reflected confidences of only settling defendants; court found settling defendants' communications were part of joint-defense relationship and settling defendants could not unilaterally waive privilege such that defendants would be bound by waiver)

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Appendix B-4

DC COMICS' MOT. FOR REVIEW
OF MAGISTRATE'S ORDER