DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819

Attorneys for Plaintiff DC Comics

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DC COMICS,<br><br>                Plaintiff,<br><br>        v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>                Defendants. | Case No. CV 10-03633 ODW (RZx)<br><br>**DECLARATION OF JASON H. TOKORO IN SUPPORT OF DC COMICS' MOTION FOR REVIEW OF MAGISTRATE'S ORDER ON PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS PURSUANT TO FED. R. CIV. P. 72(A) AND L.R. 72-2.1**<br><br>Hon. Otis D. Wright II<br><br>**Hearing Date**: March 26, 2012<br>**Hearing Time**: 1:30 p.m.<br>**Courtroom**:   11 |
|---|---|

**DECLARATION OF JASON H. TOKORO**

I, Jason H. Tokoro, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am an associate at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in support of DC Comics' Motion for Review of Magistrate's Order on Plaintiff's Motion to Compel Production of Documents Pursuant to Federal Rule of Civil Procedure 72(a) and Local Rule 72-2.1 ("DC's Motion"). I have personal knowledge of the matters set forth in this declaration.

2. I have reviewed the privilege log entries of the Siegel defendants and others in the *Siegel* case and this case, and I prepared Appendix A to DC's Motion. In the *Siegel* case, the Siegels asserted the "joint" or "common" interest privilege 76 times in their September 29, 2006, privilege logs. In this case, the Siegels asserted common-interest privilege 245 times in their December 15, 2010, privilege log; the Shusters asserted the common-interest privilege 1 time in their December 15, 2010, log; and Marc Toberoff asserted the common-interest privilege 259 times in his January 24, 2011, log. Defendants' privilege logs in this case can be found at Docket Nos. 162-5 (Shuster), 162-6, 162-7 (Siegel), and 163-17 (Toberoff).

3. The Siegel defendants and Toberoff *never once* asserted a common-interest claim over the August 2002 Kevin Marks memorandum ("Marks Memo") that is discussed in defendant Laura Siegel Larson's July 11, 2003, letter to her half-brother Michael, Docket No. 362-2 at 287, and the Toberoff Timeline document, Docket No. 49, FAC Ex. A at 63. Defendants' privilege log entries listing the August 2002 Marks Memo can be found at Siegel Privilege Log Entry No. 623 in this case, Toberoff Privilege Log Entry No. 624 in this case, and Siegel Privilege Log Entry No. 325 in *Siegel*. None of these three entries assert common- or joint-interest privilege; defendants assert only attorney-client privilege.

- 1 -

TOKORO DECL. ISO DC COMICS' MOTION FOR REVIEW

4.      In the *Siegel* case, Toberoff prepared a privilege log on behalf of Michael Siegel's lawyer, Don Bulson, in response to a subpoena that DC served. In that October 23, 2006, log, Toberoff listed 159 documents as being withheld on grounds of the common-interest privilege. The Marks Memo was not listed among them. *After* DC requested production of the Marks Memo in this case, Docket No. 362-2 at 291-92, and *after* this Court compelled defendants to produce Laura Siegel Larson's letter discussing and disclosing the Marks Memo's contents, Docket No. 336, defendants produced a new privilege log on behalf of Bulson on November 29, 2011, in response to DC's subpoena in this case, Docket No. 362-2 at 295-318. Entry Nos. 370 and 371 in the new November 2011 Bulson Log identify the Marks Memo and assert claims of "Attorney/Client," Atty Work Product," and "Common Interest Privilege." *Id.* at 310. Yet, neither the Siegels nor Toberoff asserted common- or joint-interest privilege over the Marks Memo in their logs in this case or *Siegel*, and neither amended or supplemented their logs to make such a claim.

5.      In *Siegel*, Marks and his law firm (Gang, Tyre, Ramer & Brown, Inc.) produced a privilege log to DC on October 4, 2006. Entry No. 713 in the October 2006 Marks Log identified the Marks Memo and asserted claims of "ac," "wp," and "ac-common interest." In this case, Marks referred DC to his October 2006 log in response to DC's subpoena. Yet again, neither the Siegels nor Toberoff asserted common- or joint-interest privilege over the Marks Memo.

6.      Attached hereto as Exhibit A is a true and correct copy of the transcript of the hearing before the Honorable Ralph Zarefsky on February 13, 2012.

7.      Attached hereto as Exhibit B is a true and correct copy of a letter from my colleague, Matthew T. Kline, to Mr. Toberoff dated February 17, 2012.

8.      Attached hereto as Exhibit C is a true and correct copy of an email from me to counsel for defendants dated February 21, 2012.

9.      Attached hereto as Exhibit D is a true and correct copy of an email exchange between me and Keith Adams dated February 22, 2012.

10. Attached hereto as Exhibit E is a true and correct copy of a letter from Mr. Adams to Mr. Kline dated February 24, 2012.

11. Attached hereto as Exhibit F is a true and correct copy of a letter from me to Mr. Adams dated February 27, 2012.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 27th day of February 2012 at Los Angeles, California.

_____
Jason H. Tokoro