# EXHIBIT B



# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | 1999 Avenue of the Stars, 7th Floor | SAN FRANCISCO |
| BRUSSELS | Los Angeles, California 90067-6035 | SHANGHAI |
| HONG KONG | | SILICON VALLEY |
| LONDON | TELEPHONE (310) 553-6700 | SINGAPORE |
| LOS ANGELES | FACSIMILE (310) 246-6779 | TOKYO |
| NEWPORT BEACH | www.omm.com | WASHINGTON, D.C. |
| NEW YORK | | |

February 17, 2012

**VIA E-MAIL**

Marc Toberoff
Toberoff & Associates, P.C.
22631 Pacific Coast Highway #348
Malibu, California 90265

OUR FILE NUMBER
905900-321

WRITER'S DIRECT DIAL
(310) 246-6840

WRITER'S E-MAIL ADDRESS
mkline@omm.com

Re:   <u>*DC Comics v. Pacific Pictures Corp. et al.*, CV-10-3633 (ODW) (RZx)</u>

Dear Counsel:

    Pursuant to Local Rule 72-2.1, we will seek review of Judge Zarefsky's February 15, 2012 order denying DC's motion to compel production of the Marks communication for all of the reasons set forth in our briefing and oral argument on the motion. *See* Docket No. 378; Docket Nos. 362, 372. Ms. Larson waived whatever privilege might otherwise have existed over this communication by disclosing its substance in her July 11, 2003 letter to Michael Siegel and by failing to log the Toberoff Timeline document that openly discussed its contents. *See, e.g., Tennenbaum v. Deloitte & Touche*, 77 F.3d 337, 341 (9th Cir. 1996) ("disclosure of privileged communications to someone outside the attorney-client relationship" waives privilege); *In re Qwest Comms. Int'l Inc.*, 450 F.3d 1179, 1185 (10th Cir. 2006) ("Any voluntary disclosure by the client is inconsistent with the attorney-client relationship and waives the privilege."). Judge Zarefsky's order makes a clear factual error as to the privilege defendants actually asserted, reaches a legal conclusion unsupported by the case law, and does not address two of the arguments DC actually advanced.

    Assuming you do not consent to the relief DC seeks, please let us know if you are available to meet and confer on Tuesday, February 21 or Wednesday, February 22.

O'MELVENY & MYERS LLP
February 17, 2012 - Page 2

All of DC's rights are hereby reserved.

          Very truly yours,

          /s/ Matthew T. Kline

          Matthew T. Kline
          of O'MELVENY & MYERS LLP

cc:    Daniel M. Petrocelli, Esq.
       Richard Kendall, Esq.