# EXHIBIT C

**Subject:** FW: DC Comics v. PPC
**Attachments:** 2.17.12 Letter.pdf

**From:** Tokoro, Jason
**Sent:** Tuesday, February 21, 2012 2:35 PM
**To:** 'Keith Adams'; 'rkendall@kbkfirm.com'; 'lbrill@kbkfirm.com'; 'mtoberoff@ipwla.com'
**Cc:** Petrocelli, Daniel; Kline, Matthew; Seto, Cassandra
**Subject:** FW: DC Comics v. PPC

Counsel,

We have not received a response to the below letter sent last week requesting a meet and confer regarding DC's intended motion for review of Magistrate Zarefsky's February 15, 2012 order. We remain available to meet and confer today or tomorrow. Please let us know what time works for you.

All of DC's rights are hereby reserved.

Regards,

Jason H. Tokoro

**From:** Seto, Cassandra
**Sent:** Friday, February 17, 2012 11:40 AM
**To:** 'Marc Toberoff'; 'Keith Adams'; 'rkendall@kbkfirm.com'; 'Laura Brill'
**Cc:** Petrocelli, Daniel; Kline, Matthew
**Subject:** DC Comics v. PPC

Dear Counsel,

Please see the attached letter sent on behalf of Matt Kline.

Thanks.

**Cassandra L. Seto**
**O'Melveny & Myers LLP**
1999 Avenue of the Stars, Suite 700, Los Angeles, California 90067
Telephone: 310.246.6703 | Facsimile: 310.246.6779

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*