# EXHIBIT D

**From:** Tokoro, Jason
**Sent:** Wednesday, February 22, 2012 1:38 PM
**To:** 'Keith Adams'; 'rkendall@kbkfirm.com'; 'lbrill@kbkfirm.com'; 'mtoberoff@ipwla.com'
**Cc:** Petrocelli, Daniel; Kline, Matthew; Seto, Cassandra
**Subject:** RE: DC Comics v. PPC

Keith,

We will call your office at 11:30 a.m. on Friday.

Very Truly Yours,

Jason

**From:** Keith Adams [mailto:kgadams@ipwla.com]
**Sent:** Wednesday, February 22, 2012 1:21 PM
**To:** Seto, Cassandra; Tokoro, Jason
**Subject:** Re: DC Comics v. PPC

Counsel:

We are available to meet-and-confer on DC's contemplated motion for review at 11:30 a.m. on Friday, February 24.

Keith G. Adams
Toberoff & Associates, P.C.
22631 Pacific Coast Highway #348
Malibu, California 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: kgadams@ipwla.com
http://www.ipwla.com

This message and any attached documents may contain information from
Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**From:** "Seto, Cassandra" <cseto@OMM.com>
**To:** Marc Toberoff <mtoberoff@ipwla.com>; Keith Adams <kgadams@ipwla.com>; "'rkendall@kbkfirm.com'" <rkendall@kbkfirm.com>; Laura Brill <lbrill@kbkfirm.com>
**Cc:** "Petrocelli, Daniel" <DPetrocelli@OMM.com>; "Kline, Matthew" <MKline@OMM.com>
**Sent:** Friday, February 17, 2012 5:59 PM
**Subject:** DC Comics v. PPC

Dear Counsel,

Please see the attached discovery responses, which were hand-delivered to your offices today.

1

**EXHIBIT D**
**70**