# EXHIBIT F

# O'MELVENY & MYERS LLP

| | 1999 Avenue of the Stars, 7th Floor<br>Los Angeles, California 90067-6035 | |
|---|---|---|
| BEIJING | | SAN FRANCISCO |
| BRUSSELS | | SHANGHAI |
| HONG KONG | TELEPHONE (310) 553-6700 | SILICON VALLEY |
| LONDON | FACSIMILE (310) 246-6779 | SINGAPORE |
| LOS ANGELES | www.omm.com | TOKYO |
| NEWPORT BEACH | | WASHINGTON, D.C. |
| NEW YORK | | |

February 27, 2012

OUR FILE NUMBER
905900-321

**VIA E-MAIL**

WRITER'S DIRECT DIAL
(310) 246-6707

Keith Adams
Toberoff & Associates, P.C.
22631 Pacific Coast Highway #348
Malibu, CA 90265

WRITER'S E-MAIL ADDRESS
jtokoro@omm.com

Re:   *DC Comics v. Pacific Pictures Corp. et al.*, CV-10-3633 (ODW) (RZx)

Dear Keith:

We write in response to your letter of Friday directed to Matt Kline, which purports to memorialize a meet-and-confer discussion of that same day. But as you are aware, Matt Kline did not participate in that discussion.

Your letter also largely misstates both our discussion and DC's positions. In one respect, however, the letter is accurate. It confirms your rejection of the compromise that we proposed – that defendants produce a redacted version of the Marks Memo, disclosing only the subject matters and topics in the Marks Memo that are disclosed in other documents that have been produced, namely, defendant Laura Siegel Larson's July 11, 2003, letter, and the Toberoff Timeline. Defendants' insistence on continuing to withhold evidence on which any claim of privilege has so clearly been waived leaves DC no choice but to file its motion for review before the District Court.

All of DC's rights are hereby reserved, and all of defendants' assertions are contested.

Very truly yours,

/s/ Jason H. Tokoro

Jason H. Tokoro
for O'MELVENY & MYERS LLP

cc:   Daniel M. Petrocelli, Esq.
      Matthew T. Kline, Esq.
      Richard Kendall, Esq.