1  DANIEL M. PETROCELLI (S.B. #097802)
     dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
     mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
     cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA 90067-6035
   Telephone: (310) 553-6700
6  Facsimile: (310) 246-6779

7  PATRICK T. PERKINS (admitted *pro hac vice*)
     pperkins@ptplaw.com
8  PERKINS LAW OFFICE, P.C.
   1711 Route 9D
9  Cold Spring, NY 10516
   Telephone: (845) 265-2820
10 Facsimile: (845) 265-2819

11 Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>             Plaintiff,<br><br>       v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>             Defendants. | Case No. CV 10-03633 ODW (RZx)<br><br>**[PROPOSED] ORDER GRANTING DC COMICS' NOTICE OF MOTION AND MOTION FOR REVIEW OF MAGISTRATE'S ORDER ON PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS PURSUANT TO FED. R. CIV. P. 72(A) AND L.R. 72-2.1**<br><br>Hon. Otis D. Wright II |

| | |
|---|---|
| 1 | Good cause appearing, IT IS HEREBY ORDERED that plaintiff DC Comics' Motion For Review Of Magistrate's Order On Plaintiff's Motion To Compel Production of Documents Pursuant To Fed. R. Civ. P. 72(a) And L.R. 72-2.1 is GRANTED; and: |

    __ Defendants are ordered to produce to DC by no later than April 2, 2012, an unredacted copy of the communication (the "Marks Memo") from Kevin Marks identified in Defendant Laura Siegel Larson's July 11, 2003, letter to her half-brother Michael Siegel, Docket No. 362-2 at 287, and the Toberoff Timeline document, Docket No. 49, FAC Ex. A at 63, OR

    __ Defendants are ordered to provide the Court, for its *in camera* review, the Marks Memo no later than April 2, 2012, and the Court will provide to DC the portions of the Marks Memo disclosed in Laura Siegel Larson's July 11, 2003, letter and/or the Toberoff Timeline.

    IT IS SO ORDERED.

Dated: _____
                              Honorable Otis D. Wright II
                              Judge, United States District Court