**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| DC COMICS,<br><br>  Plaintiff,<br><br>  vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; JOANNE SIEGEL, an individual; LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>  Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER DENYING DC COMICS' MOTION FOR REVIEW OF MAGISTRATE ZAREFSKY'S FEBRUARY 15, 2012 ORDER ON PLAINTIFF'S MOTION TO COMPEL PURSUANT TO FED. R. CIV. P. 72(A) AND L.R. 72-2.1**<br><br>Complaint filed: May 14, 2010<br>Trial Date:    None Set |

1  The Court, having reviewed and considered Magistrate Judge Zarefsky's
2  February 15, 2012 order, Plaintiff DC Comics' Motion For Review of Magistrate
3  Zarefsky's February 15, 2012 Order on Plaintiff's Motion to Compel Pursuant to
4  Fed. R. Civ. P. 72(a) and L.R. 72-2.1, Defendants' opposition thereto, and all further
5  submissions and arguments on the matter, and good cause appearing, hereby
6  DENIES Plaintiff's motion. Neither error nor "clear error" was shown. *See* Fed. R.
7  Civ. P. 72(a), 28 U.S.C. § 636(b)(1)(A); *Maisonville v. F2 America, Inc.*, 902 F.2d
8  746, 748 (9th Cir. 1990); *Marlyn Nutraceuticals, Inc. v. Mucos Pharma GmbH &*
9  *Co.*, 571 F.3d 873, 878 (9th Cir. 2009); Docket No. 18 at 3.

11  IT IS SO ORDERED.
12  Dated:   March __ 2012

13  Hon. Otis D. Wright II, U.S.D.J.