DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819

Attorneys for Plaintiff DC Comics

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>                Plaintiff,<br><br>     v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>                Defendants. | Case No. CV 10-03633 ODW (RZx)<br><br>**SUPPLEMENTAL DECLARATION OF CASSANDRA SETO IN SUPPORT OF DC COMICS' MOTION FOR REVIEW OF MAGISTRATE'S ORDER ON PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS PURSUANT TO FED. R. CIV. P. 72(A) AND L.R. 72-2.1**<br><br>Hon. Otis D. Wright II<br><br>**Hearing Date**: March 26, 2012<br>**Hearing Time**: 1:30 p.m.<br>**Courtroom**: 11 |

## SUPPLEMENTAL DECLARATION OF CASSANDRA SETO

I, Cassandra Seto, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am a counsel at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this supplemental declaration in connection with DC Comics' Motion for Review of Magistrate's Order on Plaintiff's Motion to Compel Production of Documents Pursuant to Federal Rule of Civil Procedure 72(a) and Local Rule 72-2.1. I have personal knowledge of the matters set forth in this declaration.

2. Attached hereto as Exhibit A is a true and correct copy of the transcript of the February 7, 2012, oral argument in *Pacific Pictures Corp. et al. v. DC Comics*, Appeal No. 11-71811, U.S. Court of Appeals for the Ninth Circuit.

3. Attached hereto as Exhibit B is a true and correct copy of a letter from my colleague Jason H. Tokoro to Marc Toberoff dated February 24, 2012.

4. Attached hereto as Exhibit C is a true and correct copy of a letter from me to Mr. Toberoff dated February 28, 2012.

5. Attached hereto as Exhibit D is a true and correct copy of an email from Keith Adams to me dated February 29, 2012.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 7th day of March 2012 at Los Angeles, California.

_____
Cassandra Seto