**FILED**

**NOT FOR PUBLICATION**

APR 11 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF; MARK WARREN PEARY; LAURA SIEGEL LARSON; JEAN ADELE PEAVY, | No. 11-71844<br><br>D.C. No. 2:10-cv-03633-ODW-RZ<br>Central District of California, Los Angeles |
| PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARK WARREN PEARY, as personal representative of the Estate of Joseph Shuster; MARC TOBEROFF, an individual; JEAN ADELE PEAVY; LAURA SIEGEL LARSON, an individual,<br><br>          Petitioners,<br><br>  v.<br><br>UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES,<br><br>          Respondent,<br><br>DC COMICS,<br><br>          Real Party in Interest. | ORDER<br><br> |

Before: KOZINSKI, Chief Judge, O'SCANNLAIN and N.R. SMITH, Circuit Judges.

Plaintiff-Real Party in Interest D.C. Comics' Motion to Strike One Paragraph of Defendants-Petitioners Reply in Support of Petition for Writ of Mandamus is **DENIED**.