
1. DANIEL M. PETROCELLI (S.B. #097802)
   dpetrocelli@omm.com
2. MATTHEW T. KLINE (S.B. #211640)
   mkline@omm.com
3. CASSANDRA L. SETO (S.B. #246608)
   cseto@omm.com
4. O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5. Los Angeles, CA 90067-6035
   Telephone: (310) 553-6700
6. Facsimile: (310) 246-6779

7. PATRICK T. PERKINS (admitted *pro hac vice*)
   pperkins@ptplaw.com
8. PERKINS LAW OFFICE, P.C.
   1711 Route 9D
9. Cold Spring, NY 10516
   Telephone: (845) 265-2820
10. Facsimile: (845) 265-2819

11. Attorneys for Plaintiff DC Comics

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING DC COMICS' *EX PARTE* APPLICATION TO LIFT TEMPORARY STAY ON COURT'S MAY 25, 2011, AND AUGUST 8, 2011, ORDERS**<br><br>**Judge**: Hon. Otis D. Wright II<br>**Magistrate**: Hon. Ralph Zarefsky |

1  Good cause appearing, IT IS HEREBY ORDERED that plaintiff DC
2  Comics' *Ex Parte* Application To Lift Temporary Stay On Court's May 25, 2011,
3  And August 8, 2011, Orders is GRANTED.
4  The temporary stay on production of the "Toberoff Timeline" and other
5  documents defendants provided to the U.S. Attorney's Office, as well as all of
6  defendants' and their counsels' communications with the U.S. Attorney's Office
7  over the past two years, *see* Docket Nos. 262, 309, is lifted. By no later than 5:00
8  pm (PDT) on April 30, 2012, defendants are ordered to produce those documents
9  by hand to DC's counsel, without limitation and without redaction or any other
10 alteration.

Dated:                                    _____
                                          Honorable Ralph Zarefsky
                                          Magistrate Judge, United States District Court

- 1 -

[PROPOSED] ORDER GRANTING DC'S *EX PARTE* APPLICATION