DANIEL M. PETROCELLI (S.B. #097802)
 dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
 mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
 cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:  (310) 553-6700
Facsimile:  (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
 pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone:  (845) 265-2820
Facsimile:  (845) 265-2819

Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>              Plaintiff,<br><br>     v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>              Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF CASSANDRA SETO IN SUPPORT OF DC COMICS'** ***EX PARTE*** **APPLICATION TO LIFT TEMPORARY STAY ON COURT'S MAY 25, 2011, AND AUGUST 8, 2011, ORDERS**<br><br>**Judge**:        Hon. Otis D. Wright II<br>**Magistrate**:  Hon. Ralph Zarefsky<br><br>Requested Hearing Date:  Apr. 30, 2012<br>Requested Hearing Time: 10:00 a.m. |

## DECLARATION OF CASSANDRA SETO

I, Cassandra Seto, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am a counsel at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in connection with DC Comics' *Ex Parte* Application To Lift Temporary Stay On Court's May 25, 2011, And August 8, 2011, Orders. I have personal knowledge of the matters set forth in this declaration.

2. Attached hereto as Exhibit A is a true and correct copy of the "Petition for a Writ of Mandamus Reversing Waiver of Privilege on Stolen Privileged Documents Produced to the United States Attorney's Office Pursuant to a Grand Jury Subpoena and a Confidentiality Agreement," filed in the Ninth Circuit Court of Appeals in *In re Pacific Pictures Corp. et al.*, Appeal No. 11-71844, Docket No. 1-1, dated June 30, 2011.

3. Attached hereto as Exhibit B is a true and correct copy of an order issued by the Ninth Circuit Court of Appeals in *In re Pacific Pictures Corp. et al.*, Appeal No. 11-71844, Docket No. 18, dated January 30, 2012.

4. Attached hereto as Exhibit C is a true and correct copy of a letter from my colleague Matthew T. Kline to counsel for defendants, Richard Kendall and Marc Toberoff, dated April 17, 2012.

5. Attached hereto as Exhibit D is a true and correct copy of an email from counsel for defendants, Keith Adams, to me dated April 17, 2012.

6. Attached hereto as Exhibit E is a true and correct copy of a letter from Mr. Kline to Mr. Kendall and Mr. Adams dated April 18, 2012.

7. Attached hereto as Exhibit F is a true and correct copy of a letter from Mr. Adams to Mr. Kline dated April 19, 2012.

8. Attached hereto as Exhibit G is a true and correct copy of the "Motion of Petitioners for an Extension of Time To File Petition for Rehearing and for

1 | Rehearing En Banc; Declaration of Laura Brill," filed in the Ninth Circuit Court of Appeals in *In re Pacific Pictures Corp. et al.*, Appeal No. 11-71844, Docket No. 28, dated April 24, 2012.

9.   Attached hereto as Exhibit H is a true and correct copy of the "Principal and Response Brief of Cross-Appellants and Appellees Warner Bros. Entertainment Inc. and DC Comics," filed in the Ninth Circuit Court of Appeals in *Larson v. Warner Bros. Entm't Inc.*, Appeal Nos. 11-55863, 11-56034, Docket No. 31-1, dated March 23, 2012.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 25th day of April 2012 at Los Angeles, California.

                                          /s/ Cassandra Seto
                                             Cassandra Seto