Marc Toberoff (State Bar No. 188547)
  mtoberoff@ipwla.com
Keith G. Adams (State Bar No. 240497)
  kgadams@ipwla.com
Pablo D. Arredondo (State Bar No. 241142)
  parredondo@ipwla.com
TOBEROFF & ASSOCIATES, P.C.
22337 Pacific Coast Highway #348
Malibu, California 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

Attorneys for Defendants
Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| DC COMICS,<br><br>            Plaintiff,<br><br>     vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>            Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF KEITH ADAMS IN SUPPORT OF DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO DC COMICS' APRIL 25, 2012 *EX PARTE* APPLICATION**<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set |

# DECLARATION OF KEITH ADAMS

I, Keith G. Adams, declare as follows:

1. I am an attorney at the law firm of Toberoff & Associates, P.C., counsel of record for defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel, in the above-captioned action, and submit this declaration in support of Defendants' Request for an Extension of Time to Respond to DC Comics' *Ex Parte* Application. I am a member in good standing of the State Bar of California and am admitted to practice before this Court.

2. Shortly after receiving DC's *ex parte* application, I called DC's counsel, Jason Tokoro, on his direct line and left a voicemail, in which I stated that defendants would seek an extension until Monday, April 30, 2012 to oppose DC's application, and requested a prompt response.

3. Shortly thereafter, I sent a follow-up e-mail to Daniel Petrocelli, Matthew Kline, Cassandra Seto and Jason Tokoro, DC's attorneys responsible for this action. Mr. Kline responded at approximately 7:20 p.m. Attached hereto as "Exhibit A" is a true and correct copy of that April 25, 2012 e-mail chain.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on April 25, 2012, at Malibu, California.

_____
Keith Adams

| | |
|---|---|
| Subject: | RE: DC v. PPC |
| From: | Kline, Matthew (MKline@OMM.com) |
| To: | kgadams@ipwla.com; jtokoro@OMM.com; cseto@OMM.com; |
| Cc: | DPetrocelli@OMM.com; mtoberoff@ipwla.com; parredondo@ipwla.com; lbrill@kbkfirm.com; rkendall@kbkfirm.com; |
| Date: | Wednesday, April 25, 2012 7:25 PM |

Keith,

DC opposes defendants' request. Defendants have been on notice of DC's *ex parte* application since April 17, over one week ago. As set forth in the *ex parte* application, DC is being severely prejudiced by defendants' refusal to produce the Toberoff Timeline and U.S. Attorney documents. As discussed, DC needs the documents for pending appellate filings due in the Ninth Circuit on May 24, 2012. In addition, DC needs to take and resume key discovery in this case, all of which were greatly impeded by defendants' writ and their attendant delay.

DC has no objection to defendants taking more than the usual 24 hours allotted to file their opposition. If they wish to file their opposition by close of business Friday, April 27, DC has no objection to asking the Court to move the requested hearing time from 10 a.m. to 2 p.m. PDT on April 30, on the express condition that defendants remain ready, if ordered to do so, to produce all of the requested and required documents to DC later that same day, April 30.

If you file your application for more time, please include the body of this email in any such application. If you call the Court's clerk to discuss this issue, please include us in any such telephone call. If you have already called the clerk without us, please let us know all that was discussed.

All of DC's rights and remedies are hereby reserved.

Thank you,

Matt Kline

**EXHIBIT A-2**

**From:** Keith Adams [mailto:kgadams@ipwla.com]
**Sent:** Wednesday, April 25, 2012 6:32 PM
**To:** Tokoro, Jason; Kline, Matthew; Seto, Cassandra
**Cc:** Petrocelli, Daniel; Marc Toberoff; Pablo Arredondo
**Subject:** DC v. PPC

Counsel:

As I stated in a voicemail I recently left with Jason Tokoro, Defendants have received your ex parte application, filed April 25, 2012. Due to multiple conflicting deadlines of counsel -- namely, a pre-trial conference on May 1-2, 2012, and an appellate brief due on April 27, 2012 -- defendants will request from Magistrate Zarefsky an extension of time to oppose DC's application to 12:00 p.m. on Monday, April 30, 2012.  Please let us know DC's position on this request as soon as possible.

Keith G. Adams
Toberoff & Associates, P.C.
22337 Pacific Coast Highway #348

Malibu, California 90265

Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: kgadams@ipwla.com
http://www.ipwla.com

This message and any attached documents may contain information from
Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**EXHIBIT A-3**