Name & Address:
Daniel M. Petrocelli (S.B. # 97802)
dpetrocelli@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone:  (310) 553-6700; Facsimile:  (310) 246-6779

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS | CASE NUMBER: |
| | CV 10-03633 ODW (RZx) |
| PLAINTIFF(S) | |
| v. | |
| PACIFIC PICTURES CORPORATION, et al. | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance

with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually

filed. **List Documents:**
See Attachment

**Document Description:**

☐ Administrative Record

☒ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the
Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☒ Other DC Comics' application to seal, supporting declaration, and proposed order

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☒ Manual Filing required (*reason*): The application to seal, supporting declaration, and proposed
order are required to be manually filed by General Order 10-7.

| | |
|---|---|
| April 26, 2012 | /s/ Daniel M. Petrocelli |
| Date | Attorney Name |
| | Daniel M. Petrocelli |
| | Party Represented |
| | Plaintiff DC Comics |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                    **NOTICE OF MANUAL FILING**

American LegalNet, Inc.
www.Forms*Workflow*.com

**ATTACHMENT**

List of Manually-Filed Documents Continued

DC COMICS' UNOPPOSED APPLICATION UNDER L.R. 79-5.1 TO HAVE
EXHIBIT A TO THE DECLARATION OF JASON H. TOKORO IN SUPPORT
OF DC COMICS' MOTION TO ENFORCE THE COURT'S FEBRUARY 13,
2012, ORDER PLACED UNDER SEAL

EXHIBIT A TO THE DECLARATION OF JASON H. TOKORO IN SUPPORT
OF DC COMICS' MOTION TO ENFORCE THE COURT'S FEBRUARY 13,
2012, ORDER

DECLARATION OF CASSANDRA SETO IN SUPPORT OF DC COMICS'
UNOPPOSED APPLICATION UNDER L.R. 79-5.1 TO HAVE EXHIBIT A TO
THE DECLARATION OF JASON H. TOKORO IN SUPPORT OF DC
COMICS' MOTION TO ENFORCE THE COURT'S FEBRUARY 13, 2012,
ORDER PLACED UNDER SEAL

[PROPOSED] ORDER GRANTING DC COMICS' UNOPPOSED
APPLICATION UNDER L.R. 79-5.1 TO HAVE EXHIBIT A TO THE
DECLARATION OF JASON H. TOKORO IN SUPPORT OF DC COMICS'
MOTION TO ENFORCE THE COURT'S FEBRUARY 13, 2012, ORDER
PLACED UNDER SEAL