DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:  (310) 553-6700
Facsimile:   (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone:  (845) 265-2820
Facsimile:   (845) 265-2819

Attorneys for Plaintiff DC Comics

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. CV 10-03633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING DC COMICS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND FOR RECONSIDERATION OF THE COURT'S JUNE 27, 2011, RULING**<br><br>**Judge**:　　Hon. Otis D. Wright II<br>**Magistrate**:　Hon. Ralph Zarefsky<br><br>**Hearing Date**:　　May 21, 2012<br>**Hearing Time**:　　10:00 a.m.<br>**Courtroom**:　　　　540<br>**Discovery Cutoff**:　None Set<br>**Pretrial Conference**:　None Set |

1   Good cause appearing, IT IS HEREBY ORDERED that plaintiff DC

2   Comics' Motion To Compel The Production Of Documents is GRANTED; and:

3   __ Defendants are ordered to produce to DC by no later than May 28,

4   2012, an unredacted copy of the November 17, 2001, email from defendant Marc

5   Toberoff to Michael Siegel identified as Entry No. 339 of the Privilege Log of

6   Bulson Archive, Docket No. 362-2 at 309;

7   __ Defendants are ordered to produce to DC by no later than May 28,

8   2012, unredacted copies of the expert report prepared and submitted by Renner Otto

9   in the firm's litigation against the Estate of Michael Siegel, *Renner Otto Boiselle &*

10  *Sklar LLP v. Estate of Michael Siegel*, Case No. CV-07-620856, Court of Common

11  Pleas, Cuyahoga County, Ohio, and the calendar and billing entries maintained by

12  Renner Otto concerning its representation of Michael Siegel, identified by Don

13  Bulson during his July 19, 2011, deposition, Docket No. 305-52 at 23:11-16, 23:22-

14  24:12, 14:21-15:18, 25:5-25:12; AND

15  __ Defendants are ordered to produce to DC by no later than May 28,

16  2012, an unredacted copy of the November 2, 2002, letter from defendant Marc

17  Toberoff to Michael Siegel identified as Entry No. 399 of the Privilege Log of

18  Bulson Archive, Docket No. 362-2 at 311.

19  IT IS SO ORDERED.

20

21  Dated: _____        _____
22                                          Honorable Ralph Zarefsky
                                   Magistrate Judge, United States District Court

- 1 -    [PROPOSED] ORDER GRANTING DC'S
         MOT. TO COMPEL AND FOR RECON.