| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #097802) |
|  | dpetrocelli@omm.com |
| 2 | MATTHEW T. KLINE (S.B. #211640) |
|  | mkline@omm.com |
| 3 | CASSANDRA L. SETO (S.B. #246608) |
|  | cseto@omm.com |
| 4 | O'MELVENY & MYERS LLP |
|  | 1999 Avenue of the Stars, 7th Floor |
| 5 | Los Angeles, CA 90067-6035 |
|  | Telephone: (310) 553-6700 |
| 6 | Facsimile: (310) 246-6779 |

PATRICK T. PERKINS (admitted *pro hac vice*)
pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819

Attorneys for Plaintiff DC Comics

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS, | Case No. CV 10-3633 ODW (RZx) |
| Plaintiff, | **DECLARATION OF ASHLEY K. PEARSON IN SUPPORT OF DC COMICS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS** |
| v. | |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive, | **Judge**: Hon. Otis D. Wright II |
|  | **Magistrate**: Hon. Ralph Zarefsky |
|  | **Hearing Date**: May 21, 2012 |
|  | **Hearing Time**: 10:00 a.m. |
|  | **Courtroom**: 540 |
|  | **Discovery Cutoff**: None Set |
|  | **Pretrial Conference**: None Set |
|  | **Trial**: None Set |
| Defendants. | |

## DECLARATION OF ASHLEY K. PEARSON

I, Ashley K. Pearson, declare and state:

1. I am an associate at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in support of DC Comics' Motion to Compel The Production Of Documents. I have personal knowledge of the matters set forth in this declaration.

1. Attached hereto as Exhibit A is a true and correct copy of an opinion issued by the United States Court of Appeals for the Ninth Circuit, dated April 17, 2012.

2. Attached hereto as Exhibit B is a true and correct copy of a letter from my colleague Matthew T. Kline to Marc Toberoff and Gerald A. Berk, dated August 3, 2011.

3. Attached hereto as Exhibit C is a true and correct copy of a letter from Toberoff to Mr. Kline, dated August 11, 2011.

4. Attached hereto as Exhibit D is a true and correct copy of a letter from Mr. Kline to Toberoff, dated August 29, 2011.

5. Attached hereto as Exhibit E is a true and correct copy of a letter from Toberoff to Mr. Kline, dated September 8, 2011.

6. Attached hereto as Exhibit F is a true and correct copy of a letter from Mr. Kline to Toberoff and Berk, dated September 15, 2011.

7. Attached hereto as Exhibit G is a true and correct copy of an email from Mr. Kline to Toberoff, his associate, Keith Adams, and Berk, dated September 21, 2011.

8. Attached hereto as Exhibit H is a true and correct copy of a letter from Toberoff to Mr. Kline, dated September 22, 2011.

9. Attached hereto as Exhibit I is a true and correct copy of a letter from Toberoff to my colleague, Dan Petrocelli, dated November 9, 2011.

10. Attached hereto as Exhibit J is a true and correct copy of a letter from

- 1 -

PEARSON DECL. ISO DC'S MOT. TO COMPEL & FOR RECON.

Mr. Petrocelli to Toberoff, dated November 11, 2011.

11. Attached hereto as Exhibit K is a true and correct copy of an email from Adams, to Mr. Petrocelli, Mr. Kline, and my colleague, Cassandra Seto, dated November 25, 2011.

12. Attached hereto as Exhibit L is a true and correct copy of a letter from Joshua M. Ryland to Mr. Kline and my colleague, Jason Tokoro, dated July 15, 2011.

13. Attached hereto as Exhibit M is a true and correct copy of the transcript from the hearing on June 20, 2011.

14. Attached hereto as Exhibit N is a true and correct copy of a Subpoena to Don Bulson, dated May 10, 2011.

15. Attached hereto as Exhibit O is a true and correct copy of two emails from Mr. Tokoro to Toberoff and Adams, dated January 11, 2012 and February 6, 2012.

16. Attached hereto as Exhibit P is a true and correct copy of a letter from Kevin S. Marks to John A. Schulman, dated October 19, 2001.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 17th day of April, 2012, at Los Angeles, California.

_____
Ashley K. Pearson