DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819

Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>          Plaintiff,<br><br>     v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>          Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING DC COMICS' MOTION TO ENFORCE THE COURT'S FEBRUARY 13, 2012 ORDER**<br><br>**Judge**:       Hon. Otis D. Wright II<br>**Magistrate**: Hon. Ralph Zarefsky<br><br>**Hearing Date**:         May 21, 2012<br>**Hearing Time**:         10:00 a.m.<br>**Courtroom**:            540<br>**Discovery Cutoff**:     None Set<br>**Pretrial Conference**:  None Set<br>**Trial**:                None Set |

1  Good cause appearing, IT IS HEREBY ORDERED that plaintiff DC
2  Comics' Motion To Enforce The Court's February 13, 2012, Order is GRANTED;
3  and:
4  By no later than May 29, 2012, defendants are ordered to produce to DC
5  Comics all capitalization documents for defendants Pacific Pictures Corporation, IP
6  Worldwide, LLC, and IPW, LLC, identified in DC Comics' Motion.

Dated: _____
Honorable Ralph Zarefsky
Magistrate Judge, United States District Court