DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:  (310) 553-6700
Facsimile:   (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone:  (845) 265-2820
Facsimile:   (845) 265-2819

Attorneys for Plaintiff DC Comics

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. CV 10-03633 ODW (RZx)<br><br>**DECLARATION OF JASON H. TOKORO IN SUPPORT OF DC COMICS' MOTION TO ENFORCE COURT'S FEBRUARY 13, 2012, ORDER**<br><br>**[PUBLICALLY REDACTED]**<br><br>**Judge**:　　Hon. Otis D. Wright II<br>**Magistrate**:　Hon. Ralph Zarefsky<br><br>**Hearing Date**:　　May 21, 2012<br>**Hearing Time**:　　10:00 a.m.<br>**Courtroom**:　　　540<br>**Discovery Cutoff**:　None Set<br>**Pretrial Conference**:　None Set<br>**Trial**:　　　　　None Set |

## DECLARATION OF JASON H. TOKORO

I, Jason H. Tokoro, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am an associate at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in support of DC Comics' Motion To Enforce The Court's February 13, 2012, Order ("DC's Motion"). I have personal knowledge of the matters set forth in this declaration.

2. Attached hereto as Exhibit A is an email from Pablo Arredondo to me dated March 16, 2012, attaching defendants' production of documents for Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC, pursuant to the Court's February 13, 2012, order.

3. Attached hereto as Exhibit B is a true and correct copy of a letter from me to Keith Adams dated March 28, 2012.

4. On April 6, 2012, I participated in a meet and confer call with my colleague, Cassandra Seto, and Mr. Adams, concerning defendants' March 16 production. During the call, Mr. Adams never represented that the 10 bank statements defendants produced on March 16 are all the banking or other fiscal records that defendants maintain or possess for the corporate defendants.

5. Attached hereto as Exhibit C is a true and correct copy of a letter from Mr. Adams to me dated April 6, 2012.

6. Attached hereto as Exhibit D is a true and correct copy of a letter from me to Mr. Adams dated April 10, 2012.

7. Attached hereto as Exhibit E is a true and correct copy of a printout from the New York Department of State website concerning the corporate status of defendant Pacific Pictures Corporation, produced by defendants with bates label PPC 00001-PPC 00002.

- 1 -

TOKORO DECL. ISO DC'S MOT.
TO ENFORCE COURT'S ORDER

1  I declare under penalty of perjury under the laws of the United States that the
2  foregoing is true and correct and that this declaration is executed this 20th day of
3  April, 2012, at Los Angeles, California.

4
5  _____
   Jason H. Tokoro
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TOKORO DECL. ISO DC'S MOT.
TO ENFORCE COURT'S ORDER