| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #097802)<br>   dpetrocelli@omm.com |
| 2 | MATTHEW T. KLINE (S.B. #211640)<br>   mkline@omm.com |
| 3 | CASSANDRA L. SETO (S.B. #246608)<br>   cseto@omm.com |
| 4 | O'MELVENY & MYERS LLP<br>1999 Avenue of the Stars, 7th Floor |
| 5 | Los Angeles, CA  90067-6035<br>Telephone:  (310) 553-6700 |
| 6 | Facsimile:   (310) 246-6779 |
| 7 | PATRICK T. PERKINS (admitted *pro hac vice*)<br>   pperkins@ptplaw.com |
| 8 | PERKINS LAW OFFICE, P.C.<br>1711 Route 9D |
| 9 | Cold Spring, NY 10516<br>Telephone:  (845) 265-2820 |
| 10 | Facsimile:   (845) 265-2819 |
| 11 | Attorneys for Plaintiff DC Comics |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DC COMICS,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>    Defendants. | | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF CASSANDRA SETO PURSUANT TO LOCAL RULE 37-2.4 REGARDING DC COMICS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND FOR RECONSIDERATION OF THE COURT'S JUNE 27, 2011, RULING, AND MOTION TO ENFORCE THE COURT'S FEBRUARY 13, 2012, ORDER**<br><br>**Judge**:        Hon. Otis D. Wright II<br>**Magistrate**: Hon. Ralph Zarefsky<br><br>**Hearing Date**:         May 21, 2012<br>**Hearing Time**:         10:00 a.m.<br>**Courtroom**:            540<br>**Discovery Cutoff**:    None Set<br>**Pretrial Conference**: None Set<br>**Trial**:                None Set |

# DECLARATION OF CASSANDRA SETO

I, Cassandra Seto, declare and state:

1. I am a counsel at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration pursuant to Local Rule 37-2.4. I have personal knowledge of the matters set forth in this declaration. In now the <u>seventh and eighth</u> times this has happened in this case, *see* Docket Nos. 125, 205, 206, 360, 361, 362, and in the <u>fourth and fifth</u> discovery motions in a row, defendants have failed to provide their opposition portions of the Joint Stipulations DC served on them regarding DC's Motion to Compel the Production of Documents and for Reconsideration of the Court's June 27, 2011, Order ("Bulson Motion") and DC's Motion to Enforce the Court's February 13, 2012, Order ("Capitalization Motion").

2. On April 18, 2012, at 5:02 p.m., DC served defendants with its Bulson Motion, which noticed a hearing date of May 21, 2012. Pursuant to Local Rule 37-2.2, defendants were required to serve their opposition "within seven (7) days of receipt of the moving party's papers," of April 25, 2012. Attached hereto as Exhibit A is a true and correct copy of an email (excluding attachments) from my colleague Ashley Pearson to defendants' counsel dated April 18, 2012, attaching the Bulson Motion.

3. On April 20, 2012, at 8:17 p.m., DC served defendants with its Capitalization Motion, which noticed a hearing date of May 21, 2012. Pursuant to Local Rule 37-2.2, defendants were required to serve their opposition by April 27, 2012. Attached hereto as Exhibit B is a true and correct copy of an email (excluding attachments) from me to defendants' counsel dated April 20, 2012, attaching the Capitalization Motion.

4. Defendants did not contact DC about either discovery motion until April 25, 2012—more than seven days after being served with the Bulson Motion and more than five days after being served with the Capitalization Motion. On

1  April 25, at 9:29 p.m.—*several hours after defendants' opposition portion of the Bulson Motion was due* and less than two days before defendants' opposition portion of the Capitalization was due—defendants sent DC an email requesting an extension of the deadlines for both the Bulson Motion and Capitalization Motion to Friday, May 4, 2012, at 6:30 p.m.  Attached hereto as Exhibit C is a true and correct copy of an email exchange between my colleague Jason H. Tokoro and Keith Adams dated April 25, 2012.

5. Mr. Tokoro responded to Mr. Adam's email that same night, stating that DC could not agree to defendants' requested extension given DC's need for the documents sought by the motions to oppose defendants' SLAPP appeal and pursue needed discovery.  He advised that DC would file its two discovery motions forthwith and notice them for the same hearing date of May 21, 2012.  *Id.*  Mr. Tokoro noted this was the fifth time in a row that defendants had failed to respond to a discovery motion on time.  *Id.*

6. Mr. Adams responded to Mr. Tokoro's email the same evening, stating that defendants were willing to "*try*" to provide their opposition portions of the joint stipulations on April 30—five days after their opposition portion was due for the Bulson Motion and three days after their opposition portion was due for the Capitalization Motion, so that DC might be able to keep its hearing date.  *Id.*

7. DC respectfully requests that, despite defendants' efforts to delay the hearing on these motions, the Court hear them on May 21—as it has done each prior time when defendants have failed timely to oppose DC's discovery motions.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 26th day of April 2012 at Los Angeles, California.

/s/ Cassandra Seto
Cassandra Seto