# EXHIBIT A

**From:** Pearson, Ashley
**Sent:** Wednesday, April 18, 2012 5:02 PM
**To:** 'rkendall@kbkfirm.com'; 'lbrill@kbkfirm.com'; 'kgadams@ipwla.com'; 'mtoberoff@ipwla.com'
**Cc:** Petrocelli, Daniel; Kline, Matthew; Seto, Cassandra
**Subject:** RE: DC v. PPC

Counsel:

Please find attached a revised Motion to Compel The Production Of Documents And For Reconsideration Of the Court's June 27, 2011, Ruling. This revised version starts the clock anew for your opposition, which is now due April 25. L.R. 37-2.2.

Very truly yours,

Ashley Pearson

---

**From:** Pearson, Ashley
**Sent:** Tuesday, April 17, 2012 4:51 PM
**To:** 'rkendall@kbkfirm.com'; 'lbrill@kbkfirm.com'; 'kgadams@ipwla.com'; 'mtoberoff@ipwla.com'
**Cc:** Petrocelli, Daniel; Kline, Matthew; Seto, Cassandra
**Subject:** DC v. PPC

Counsel:

Attached please find plaintiff's portion of the joint stipulation regarding DC Comics' Motion To Compel The Production Of Documents And For Reconsideration Of The Court's June 27, 2011, Ruling, and supporting Pearson Declaration and exhibits.

Very truly yours,

**Ashley Pearson**
**O'Melveny & Myers LLP**
1999 Avenue of the Stars, Suite 700, Los Angeles, California 90067
Telephone: 310.246.8426


*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error,*

**EXHIBIT A**
**3**

*please notify the sender immediately by reply e-mail and then delete this message.*

**EXHIBIT A**
**4**

# EXHIBIT B

**Attachments:** [Proposed] Order.pdf; 4-20-12 Tokoro Decl.pdf; DC's Notice Mtn to Enforce 2-13-12 Order (1).pdf; Ex. A. to Tokoro Decl.pdf; Ex. B - E to Tokoro Decl.PDF; Joint Stip re DC's Mtn to Enforce 2-13-12 Order.pdf

**From:** Tokoro, Jason
**Sent:** Friday, April 20, 2012 8:17 PM
**To:** 'kgadams@ipwla.com'; Pablo Arredondo; 'rkendall@kbkfirm.com'; 'lbrill@kbkfirm.com'; 'mtoberoff@ipwla.com'
**Cc:** Petrocelli, Daniel; Kline, Matthew; Seto, Cassandra
**Subject:** DC v. PPC

Counsel,

Attached please find plaintiff's portion of the joint stipulation regarding DC Comics' Motion To Enforce The Court's February 13, 2012, Order and supporting documents.

Exhibit A to the declaration of Jason H. Tokoro in support of DC's motion is defendants' March 16, 2012, production of documents pursuant to the Court's February 13, 2012, order. Defendants requested that DC agree to treat the documents as "confidential" pursuant to the terms of the protective order in *Siegel*. DC intends to request the Court's permission to file under seal Exhibit A, without prejudice to its right to challenge the confidentiality designation at a future time. Please let us know whether you oppose DC's request to file Exhibit A under seal.

All of DC's rights and remedies are hereby reserved.

Very truly yours,

Jason H. Tokoro
O'Melveny & Myers LLP - Century City
1999 Avenue of the Stars, Suite 700
Los Angeles, California 90067
Direct Dial: (310) 246-6707
Fax: (310) 246-6779
Email: jtokoro@omm.com

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

 please consider the environment - do you really need to print this email?

1

**EXHIBIT B**

**5**

# EXHIBIT C

**From:** Keith Adams [mailto:kgadams@ipwla.com]
**Sent:** Wednesday, April 25, 2012 9:29 PM
**To:** Kline, Matthew; Petrocelli, Daniel; Seto, Cassandra
**Cc:** Tokoro, Jason; Marc Toberoff; Pablo Arredondo
**Subject:** DC v. PPC

Dear Counsel:

Defendants require a short extension, until 6:30 p.m. on Friday, May 4, 2012, to provide their portion of the Joint Stipulation re: DC Comics Motion to Compel/For Reconsideration, served at approximately 5:00 p.m. on Wednesday, April 18, and defendants' portion of the Joint Stipulation re: DC Comics' Motion to Compel Compliance, served at approximately 8:15 p.m. on Friday, April 20, 2012.

As you are aware, defendants' counsel have numerous deadlines that conflict with their preparation of an opposition to DC's two motions, including: the preparation of defendants' opening brief in the *DC Comics* appeal, due yesterday, Tuesday, April 24; preparation of a petition for rehearing and rehearing en banc as to the Writ panel's recent opinion in DC Comics; preparation of a motion to extend the time to file such petition; and preparation of an opposition to DC's 15-page ex parte motion to compel that was served today. In addition, defendants' counsel have a pre-trial conference on May 1-2, 2012, and major appellate briefs due in other cases on April 27, 2012 and May 18, 2012.

Please let us know DC's position as soon as possible.

Keith G. Adams
Toberoff & Associates, P.C.
22337 Pacific Coast Highway #348
Malibu, California 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: kgadams@ipwla.com
http://www.ipwla.com

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.