1   DANIEL M. PETROCELLI (S.B. #097802)
     dpetrocelli@omm.com
2   MATTHEW T. KLINE (S.B. #211640)
     mkline@omm.com
3   CASSANDRA L. SETO (S.B. #246608)
     cseto@omm.com
4   O'MELVENY & MYERS LLP
    1999 Avenue of the Stars, 7th Floor
5   Los Angeles, CA  90067-6035
    Telephone:  (310) 553-6700
6   Facsimile:   (310) 246-6779

7   PATRICK T. PERKINS (admitted *pro hac vice*)
     pperkins@ptplaw.com
8   PERKINS LAW OFFICE, P.C.
    1711 Route 9D
9   Cold Spring, NY 10516
    Telephone:  (845) 265-2820
10  Facsimile:   (845) 265-2819

11  Attorneys for Plaintiff DC Comics

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>        Plaintiff,<br><br>    v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**NOTICE OF INCORRECT EXHIBIT ATTACHED TO DECLARATION OF CASSANDRA SETO PURSUANT TO LOCAL RULE 37-2.4 REGARDING DC COMICS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND FOR RECONSIDERATION OF THE COURT'S JUNE 27, 2011, RULING, AND MOTION TO ENFORCE THE COURT'S FEBRUARY 13, 2012, ORDER**<br><br>**Judge**:         Hon. Otis D. Wright II<br>**Magistrate**: Hon. Ralph Zarefsky<br><br>**Hearing Date**:   May 21, 2012<br>**Hearing Time**:   10:00 a.m.<br>**Courtroom**:          540 |

On April 26, 2012, DC Comics filed the Declaration of Cassandra Seto Pursuant to Local Rule 37-2.4 Regarding DC Comics' Motion to Compel the Production of Documents and for Reconsideration of the Court's June 27, 2011, Ruling and Motion to Enforce the Court's February 13, 2012, Order.  Docket No. 398.  Paragraphs 4 through 6 of the declaration recount an email exchange between defendants' counsel and DC's counsel on April 25, 2012, attached as Exhibit C.  Upon review, the document attached to the declaration as Exhibit C is the initial email of the exchange and not the complete chain of correspondence.   Attached hereto as Exhibit C is a true and correct copy of the complete email chain.

Dated:  April 26, 2012              Respectfully Submitted,

By: /s/ Daniel M. Petrocelli
    Daniel M. Petrocelli