# EXHIBIT C

**From:** Work [mailto:kgadams@ipwla.com]
**Sent:** Wednesday, April 25, 2012 11:47 PM
**To:** Tokoro, Jason
**Cc:** Pablo Arredondo; Marc Toberoff; Petrocelli, Daniel; Kline, Matthew; Seto, Cassandra
**Subject:** Re: DC v. PPC

Jason:

Leaving aside the remainder of your contentions, there is no need to file the motion "immediately" to maintain DC's May 21 hearing date. Solely to avoid burdening the court, and despite our extremely overburdened schedule that DC is well aware of and has manipulated for tactical advantage on matters long ago before it, defendants are willing to try to return their portions of the joint stipulations <u>on April 30</u> for filing that date, which would maintain your May 21, 2012 hearing date.

If DC nevertheless proceeds with its filing, please attach this email to any Local Rule 37-2.4 declaration that DC submits with its motion(s).

Keith Adams

On Apr 25, 2012, at 10:53 PM, "Tokoro, Jason" <jtokoro@OMM.com> wrote:

> Keith,
>
> As of the time of your email, your first opposition was already past due by several hours, and your second opposition was due in less than two days. Even had your request not come too late, we need the Bulson-related documents to oppose defendants' SLAPP appeal and pursue needed discovery. As such, we cannot agree to the extensions you propose and will file our motions immediately to maintain the same noticed hearing date. Please advise us immediately whether you oppose our motion to seal.
>
> We note that this makes five consecutive discovery oppositions that defendants did not file timely. In each instance, defendants granted themselves an extension by refusing to follow the joint-stipulation process. However, in each instance, the Court heard DC's motion on the date originally noticed. While we cannot force you to abide by the Rules, we will not be a party to your flouting of them.
>
> Best regards,
>
> Jason
>
> ---
>
> **From:** Keith Adams [mailto:kgadams@ipwla.com]
> **Sent:** Wednesday, April 25, 2012 9:29 PM
> **To:** Kline, Matthew; Petrocelli, Daniel; Seto, Cassandra
> **Cc:** Tokoro, Jason; Marc Toberoff; Pablo Arredondo
> **Subject:** DC v. PPC
>
> Dear Counsel:
>
> Defendants require a short extension, until 6:30 p.m. on Friday, May 4, 2012, to provide their portion of the Joint Stipulation re: DC Comics Motion to Compel/For Reconsideration, served at approximately 5:00

1

**EXHIBIT C**

**6**

p.m. on Wednesday, April 18, and defendants' portion of the Joint Stipulation re: DC Comics' Motion to Compel Compliance, served at approximately 8:15 p.m. on Friday, April 20, 2012.

As you are aware, defendants' counsel have numerous deadlines that conflict with their preparation of an opposition to DC's two motions, including: the preparation of defendants' opening brief in the *DC Comics* appeal, due yesterday, Tuesday, April 24; preparation of a petition for rehearing and rehearing en banc as to the Writ panel's recent opinion in DC Comics; preparation of a motion to extend the time to file such petition; and preparation of an opposition to DC's 15-page ex parte motion to compel that was served today. In addition, defendants' counsel have a pre-trial conference on May 1-2, 2012, and major appellate briefs due in other cases on April 27, 2012 and May 18, 2012.

Please let us know DC's position as soon as possible.

Keith G. Adams
Toberoff & Associates, P.C.
22337 Pacific Coast Highway #348
Malibu, California 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: kgadams@ipwla.com
http://www.ipwla.com

This message and any attached documents may contain information from
Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.