# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 10-03633 ODW (RZx) | Date | April 26, 2012 |
|---|---|---|---|
| Title | DC COMICS v. PACIFIC PICTURES CORPORATION, ET AL. | | |

| Present: The Honorable | RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE |
|---|---|
| Ilene Bernal | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** In Chambers –
**PLAINTIFF'S EX PARTE APPLICATION TO LIFT TEMPORARY STAY ON COURT'S MAY 25, 2011 AND AUGUST 8, 2011 ORDERS Filed April 25, 2011 - Doc 391**

Defendants shall have until April 30, 2012, at 12 p.m., to file and serve a response to Plaintiff's ex parte application to lift temporary stay. The Court denies Plaintiff's request for a hearing on April 30th; if the Court desires a hearing, it will set one after reviewing Defendants' response.

IT IS SO ORDERED.

: 
Initials of Preparer     igb