1  Marc Toberoff (State Bar No. 188547)
     *mtoberoff@ipwla.com*
2  Keith G. Adams (State Bar No. 240497)
     *kgadams@ipwla.com*
3  Pablo D. Arredondo (State Bar No. 241142)
     *parredondo@ipwla.com*
4  TOBEROFF & ASSOCIATES, P.C.
   22337 Pacific Coast Highway #348
5  Malibu, California 90265
   Telephone:   (310) 246-3333
6  Facsimile:    (310) 246-3101

7  Attorneys for Defendants
   Mark Warren Peary, as personal
8  representative of the Estate of Joseph
   Shuster, Jean Adele Peavy, and Laura
9  Siegel Larson, individually and as personal
   representative of the Estate of Joanne
10 Siegel

11             **UNITED STATES DISTRICT COURT**

12        **CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| 13  DC COMICS, | Case No: CV 10-03633 ODW (RZx) |
| 14           Plaintiff, | Hon. Otis D. Wright II, U.S.D.J. |
|     vs. | Hon. Ralph Zarefsky, U.S.M.J. |
| 15 | **DISCOVERY MATTER** |
| 16  PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; | **DECLARATION OF KEITH ADAMS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF DC COMICS'** ***EX PARTE*** **MOTION TO LIFT STAY** |
| 17  MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive, | |
| | Complaint filed: May 14, 2010 |
| | Trial Date: None Set |
|           Defendants. | |

# DECLARATION OF KEITH ADAMS

I, Keith G. Adams, declare as follows:

1. I am an attorney at the law firm of Toberoff & Associates, P.C., counsel of record for defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel, in the above-captioned action, and submit this declaration in support of Defendants' Opposition to DC Comics' *Ex Parte* Application to Lift Stay (Docket No. 391). I am a member in good standing of the State Bar of California and am admitted to practice before this Court.

2. Attached hereto as "Exhibit A" is an April 23, 2012 e-mail chain between defendants' counsel, Marc Toberoff, and DC's counsel, Daniel Petrocelli, Matt Kline, and Cassandra Seto.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on April 30, 2012, at Malibu, California.

Keith Adams

---

1
DECLARATION OF KEITH ADAMS IN SUPPORT OF DEFENDANTS' OPPOSITION TO DC COMICS' *EX PARTE* APPLICATION TO LIFT STAY

| | |
|---|---|
| Subject: | RE: FW: Extension request |
| From: | Seto, Cassandra (cseto@OMM.com) |
| To: | mtoberoff@ipwla.com; kgadams@ipwla.com; parredondo@ipwla.com; rkendall@kbkfirm.com; lbrill@kbkfirm.com; |
| Cc: | DPetrocelli@OMM.com; MKline@OMM.com; |
| Date: | Tuesday, April 3, 2012 10:40 PM |

Marc:

We don't oppose the request, but obviously it impacts the overall schedule on our briefs.

We reserve all rights to request the needed extensions.

Cassie

**From:** marc.toberoff@gmail.com [mailto:marc.toberoff@gmail.com] **On Behalf Of** Marc Toberoff
**Sent:** Tuesday, April 03, 2012 3:08 PM
**To:** Seto, Cassandra
**Cc:** Petrocelli, Daniel; Kline, Matthew
**Subject:** Re: FW: Extension request

Cassie:

Given the timing and that this is a very simple matter an earlier response would be much appreciated so that we can inform the Court today.

In any event, please let us know your position by 10:00 a.m. tomorrow, April 4th, as we will request this brief extension from the Court at that time.

Thanks

Marc Toberoff

On Tue, Apr 3, 2012 at 1:35 PM, Seto, Cassandra <cseto@omm.com> wrote:

**EXHIBIT A-2**

Marc,

Dan is in trial and Matt is tied up in meetings all day -- we'll get back to you tomorrow.

Thanks,

Cassie

**From:** marc.toberoff@gmail.com [mailto:marc.toberoff@gmail.com] **On Behalf Of** Marc Toberoff
**Sent:** Tuesday, April 03, 2012 12:01 PM
**To:** Petrocelli, Daniel
**Cc:** Seto, Cassandra
**Subject:** Extension request

Dan:

I'm writing to follow up on the voicemail I left you yesterday and this morning and the e-mail I sent you yesterday.

Pursuant to Circuit Rule 31-2.2 (a), we plan on asking the Court for a short 14-day extension of time to file our opening brief, from April 10 to April 24, 2012, in our appeal of the District Court's denial of the Anti-SLAPP motion.

The request is on the grounds that calendar conflicts and a prescheduled vacation of counsel conflicted with the preparation of the brief.  Assuming that DC agrees not to oppose the request, Defendants will agree not to oppose a reciprocal 14-day extension for DC's opposition brief.

Please get back to me on this today as soon as possible so that we can inform the Court of your position.

Thank-you

**Marc Toberoff**
Toberoff & Associates, PC

**EXHIBIT A-3**

22337 Pacific Coast Highway, # 348
Malibu, CA 90265
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com


--
**Marc Toberoff**
Toberoff & Associates, PC
22337 Pacific Coast Highway, # 348
Malibu, CA 90265
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com

**EXHIBIT A-4**