DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819

Attorneys for Plaintiff DC Comics

**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT
APR 26 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

(lodged proposed order)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>        Plaintiff,<br><br>    v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. CV 10-03633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**DC COMICS' UNOPPOSED APPLICATION UNDER L.R. 79-5.1 TO HAVE EXHIBIT A TO THE DECLARATION OF JASON H. TOKORO IN SUPPORT OF DC COMICS' MOTION TO ENFORCE THE COURT'S FEBRUARY 13, 2012, ORDER PLACED UNDER SEAL**<br><br>DECLARATION OF CASSANDRA SETO AND [PROPOSED] ORDER FILED HEREWITH<br><br>**Magistrate:** Hon. Ralph Zarefsky<br><br>**Complaint Filed:** May 14, 2010 |

1  Pursuant to Central District Local Rule 79-5.1, DC Comics moves to seal Exhibit A to the Declaration Of Jason H. Tokoro ("Tokoro Declaration") filed in support of DC Comics' Motion To Enforce The Court's February 13, 2012, Order ("Motion to Enforce").

On February 13, 2012, the Court ordered defendants to produce "documents showing [their] capital accounts" in response to DC's Document Requests 56, 57, and 58, sub-parts (f) and (g). Docket Nos. 382 at 19:8-14, 60:9-62:1; 377. On March 16—more than 30 days after the Court issued its order—counsel for defendants advised DC that defendants would produce the "capital account" documents conditioned on DC agreeing to treat the documents as "CONFIDENTIAL" pursuant to the protective order in the *Siegel* case and not be made publicly available. Decl. of Cassandra Seto ("Seto Decl.") Ex. A. Counsel for defendants stated that absent DC's agreement, defendants would not produce any documents and would seek a protective order from the Court. *Id.*

To avoid further delay in obtaining essential discovery, DC agreed to provisionally treat the documents as "CONFIDENTIAL" pursuant to the *Siegel* protective order, while reserving the right to later challenge the designations. *Id.* Defendants thereafter produced 10 random bank statements (Pacific Pictures: Feb. 2003, Oct. & Nov. 2008; IP Worldwide, LLC: May 2002, Mar. 2003, Feb. 2006, and Feb. 2012; IPW, LLC: July 2004, Apr. 2010, Feb. 2012). DC attaches defendants' March 16 production as Exhibit A to the Tokoro Declaration.

Defendants have not advised DC they oppose DC's application to seal. *Id.* ¶ 4; Ex. B. DC requests that this application be granted. *See* Local Rule 79-5.1.

Dated:  April 26, 2012

Respectfully Submitted,
O'MELVENY & MYERS LLP

By: _____
Daniel M. Petrocelli
Attorneys for Plaintiff DC Comics

- 1 -

DC COMICS' UNOPPOSED
APPLICATION TO SEAL