DANIEL M. PETROCELLI (S.B. #097802)
 dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
 mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
 cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
 pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819

Attorneys for Plaintiff DC Comics

**ORIGINAL**

FILED
CLERK U.S DISTRICT COURT
APR 26 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. CV 10-03633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF CASSANDRA SETO IN SUPPORT OF DC COMICS' UNOPPOSED APPLICATION UNDER L.R. 79-5.1 TO HAVE EXHIBIT A TO THE DECLARATION OF JASON H. TOKORO IN SUPPORT OF DC COMICS' MOTION TO ENFORCE THE COURT'S FEBRUARY 13, 2012, ORDER PLACED UNDER SEAL**<br><br>**Magistrate:**　Hon. Ralph Zarefsky<br><br>**Complaint Filed:** May 14, 2010 |

# DECLARATION OF CASSANDRA SETO

I, Cassandra Seto, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am a counsel at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in support of DC Comics' Unopposed Application Under L.R. 79-5.1 To Have Exhibits A To Declaration Of Jason H. Tokoro In Support Of DC Comics' Motion To Enforce The Court's February 13, 2012, Order, Placed Under Seal ("Application").

2. Attached hereto as Exhibit A is a true and correct copy of an email exchange between my colleague Jason H. Tokoro and Keith Adams dated March 16, 2012.

3. On April 20, 2012, Mr. Tokoro sent counsel for defendants an email notifying them that DC would be filing the Application and requesting they advise DC if defendants opposed DC's Application. Attached hereto as Exhibit B is a true and correct copy of that email.

4. As of the time of filing DC's Application, counsel for defendants have not advised DC that defendants oppose the Application.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 26th day of April 2012 at Los Angeles, California.

_____
Cassandra Seto

**From:** Tokoro, Jason
**Sent:** Friday, March 16, 2012 8:04 PM
**To:** 'Keith Adams'; Pablo Arredondo; 'mtoberoff@ipwla.com'
**Cc:** Petrocelli, Daniel; Kline, Matthew; Seto, Cassandra
**Subject:** RE: DC v. PPC - Production of Capital Account Documents

Keith,

We will agree to treat the "capital account" documents produced by defendants as "CONFIDENTIAL" pursuant to the protective order in the *Siegel* case, reserving all rights to challenge the designations later. Please produce the documents now.

Very truly yours,

Jason H. Tokoro


**From:** Keith Adams [mailto:kgadams@ipwla.com]
**Sent:** Friday, March 16, 2012 7:30 PM
**To:** Seto, Cassandra; Tokoro, Jason
**Cc:** Kline, Matthew; Marc Toberoff; Pablo Arredondo
**Subject:** DC v. PPC - Production of Capital Account Documents

Counsel:

I write to follow-up on our discussion of earlier today and Defendants' production of "capital account" documents. As these are all confidential financial documents, ask that DC agree to treat such documents as "CONFIDENTIAL" pursuant to the protective order in the Siegel case, as DC previously did with respect to the will of Jean Peavy. Please confirm that DC will treat the production as confidential, and we will produce the documents immediately.

If DC will not agree to this simple request, we will have no choice but to seek a protective order from the Court.

Keith G. Adams
Toberoff & Associates, P.C.
22337 Pacific Coast Highway #348
Malibu, California 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: kgadams@ipwla.com
http://www.ipwla.com

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy,

**EXHIBIT A**
**2**

distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**Attachments:** [Proposed] Order.pdf; 4-20-12 Tokoro Decl.pdf; DC's Notice Mtn to Enforce 2-13-12 Order (1).pdf; Ex. A. to Tokoro Decl.pdf; Ex. B - E to Tokoro Decl.PDF; Joint Stip re DC's Mtn to Enforce 2-13-12 Order.pdf

**From:** Tokoro, Jason
**Sent:** Friday, April 20, 2012 8:17 PM
**To:** 'kgadams@ipwla.com'; Pablo Arredondo; 'rkendall@kbkfirm.com'; 'lbrill@kbkfirm.com'; 'mtoberoff@ipwla.com'
**Cc:** Petrocelli, Daniel; Kline, Matthew; Seto, Cassandra
**Subject:** DC v. PPC

Counsel,

Attached please find plaintiff's portion of the joint stipulation regarding DC Comics' Motion To Enforce The Court's February 13, 2012, Order and supporting documents.

Exhibit A to the declaration of Jason H. Tokoro in support of DC's motion is defendants' March 16, 2012, production of documents pursuant to the Court's February 13, 2012, order. Defendants requested that DC agree to treat the documents as "confidential" pursuant to the terms of the protective order in *Siegel*. DC intends to request the Court's permission to file under seal Exhibit A, without prejudice to its right to challenge the confidentiality designation at a future time. Please let us know whether you oppose DC's request to file Exhibit A under seal.

All of DC's rights and remedies are hereby reserved.

Very truly yours,

Jason H. Tokoro
O'Melveny & Myers LLP - Century City
1999 Avenue of the Stars, Suite 700
Los Angeles, California 90067
Direct Dial: (310) 246-6707
Fax: (310) 246-6779
Email: jtokoro@omm.com

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

 please consider the environment - do you really need to print this email?

1

**EXHIBIT B**

**4**