# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 10-03633 ODW (RZx) | Date | April 30, 2012 |
|---|---|---|---|
| Title | DC COMICS v. PACIFIC PICTURES CORPORATION, ET AL. | | |

Present: The Honorable  **RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE**

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     In Chambers –
**PLAINTIFF'S EX PARTE APPLICATION TO LIFT TEMPORARY STAY ON COURT'S MAY 25, 2011 AND AUGUST 8, 2011 ORDERS Filed April 25, 2011 - Doc 391**

The Court construes Plaintiff's ex parte application as an ex parte application to shorten time and, as so construed, grants the application.  Hearing on the underlying motion to lift the stay is set for **Monday, May 7, 2012 at 10:00 a.m.**  Any reply by Plaintiff shall be filed and served not later than Wednesday May 2, 2012 at 12:00 p.m.

|  | : |
|---|---|
| Initials of Preparer | igb |