| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #097802) |
|   | dpetrocelli@omm.com |
| 2 | MATTHEW T. KLINE (S.B. #211640) |
|   | mkline@omm.com |
| 3 | CASSANDRA L. SETO (S.B. #246608) |
|   | cseto@omm.com |
| 4 | O'MELVENY & MYERS LLP |
|   | 1999 Avenue of the Stars, 7th Floor |
| 5 | Los Angeles, CA 90067-6035 |
|   | Telephone: (310) 553-6700 |
| 6 | Facsimile: (310) 246-6779 |
| 7 | PATRICK T. PERKINS (admitted *pro hac vice*) |
|   | pperkins@ptplaw.com |
| 8 | PERKINS LAW OFFICE, P.C. |
|   | 1711 Route 9D |
| 9 | Cold Spring, NY 10516 |
|   | Telephone: (845) 265-2820 |
| 10 | Facsimile: (845) 265-2819 |
| 11 | Attorneys for Plaintiff DC Comics |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DC COMICS, | | Case No. CV 10-3633 ODW (RZx) |
| Plaintiff, | | **DECLARATION OF ASHLEY K. PEARSON IN SUPPORT OF DC COMICS' REPLY IN SUPPORT OF EX PARTE APPLICATION TO LIFT TEMPORARY STAY ON COURT'S MAY 25, 2011, AND AUGUST 8, 2011, ORDERS** |
| v. | | |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive, | | |
| | | **Judge**: Hon. Otis D. Wright II |
| | | **Magistrate**: Hon. Ralph Zarefsky |
| Defendants. | | **Hearing Date**: May 7, 2012 |
| | | **Hearing Time**: 10:00 a.m. |

## DECLARATION OF ASHLEY K. PEARSON

I, Ashley K. Pearson, declare and state:

1. I am an associate at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in support of DC Comics' Motion to Compel The Production Of Documents. I have personal knowledge of the matters set forth in this declaration.

2. Attached hereto as Exhibit A is a true and correct copy of Real Party In Interest DC Comics' Opposition To Petitioners' Motion For An Extension Of Time To File Petition For Rehearing And Rehearing En Banc (excluding attachments), filed in Ninth Circuit Case No. 11-71844, and dated April 26, 2012.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 2nd day of May, 2012, at Los Angeles, California.

_____
Ashley K. Pearson