AO 435 (Rev. 04/11)
Administrative Office of the United States Courts

# TRANSCRIPT ORDER

FOR COURT USE ONLY
DUE DATE:

*Please Read Instructions:*

| 1. NAME<br>Ashley Pearson | 2. PHONE NUMBER<br>(310) 246-8426 | 3. DATE<br>2/16/2012 | |
|---|---|---|---|
| 4. MAILING ADDRESS<br>1999 Avenue of the Stars, Suite 700 | 5. CITY<br>Los Angeles | 6. STATE<br>CA | 7. ZIP CODE<br>90067 |
| 8. CASE NUMBER<br>CV 10-3633 ODW (RZx) | 9. JUDGE<br>Ralph Zarefsky | DATES OF PROCEEDINGS | |
| | | 10. FROM 5/7/2012 | 11. TO 5/7/2012 |
| 12. CASE NAME<br>DC Comics v. Pacific Pictures Corp., et al. | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Los Angeles | 14. STATE California |

15. ORDER FOR
☐ APPEAL ☐ CRIMINAL ☐ CRIMINAL JUSTICE ACT ☐ BANKRUPTCY
☐ NON-APPEAL ☒ CIVIL ☐ IN FORMA PAUPERIS ☐ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☒ PRE-TRIAL PROCEEDING (Spcy) | 5/7/2012 |
| ☐ CLOSING ARGUMENT (Defendant) | | Hearing on ex parte application to lift stay | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☒ | ☒ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL 0.00

18. SIGNATURE *Ashley Pearson* (signature)

19. DATE 5/7/2012

PROCESSED BY

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY
Dorothy Babykin, Babykin Courthouse Services

COURT ADDRESS

| | DATE | BY | | | |
|---|---|---|---|---|---|
| ORDER RECEIVED | | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | | 0.00 |

DISTRIBUTION: COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY