Marc Toberoff (State Bar No. 188547)
 *mtoberoff@ipwla.com*
Keith G. Adams (State Bar No. 240497)
 *kgadams@ipwla.com*
Pablo D. Arredondo (State Bar No. 241142)
 *parredondo@ipwla.com*
TOBEROFF & ASSOCIATES, P.C.
22631 Pacific Coast Highway #348
Malibu, California 90265
Telephone: (310) 246-3333
Fax:          (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>         Plaintiff,<br><br>     vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>         Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DECLARATION OF KEITH G. ADAMS IN SUPPORT OF DEFENDANTS' OPPOSITION TO DC COMICS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND FOR RECONSIDERATION OF THE COURT'S JUNE 27, 2011 RULING**<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set<br><br>Date:  May 21, 2012<br>Time: 10:00 a.m |

## DECLARATION OF KEITH G. ADAMS

I, Keith G. Adams, declare as follows:

1. I am an attorney at the law firm of Toberoff & Associates, P.C., counsel of record for defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel, in the above-captioned action, and submit this declaration in support of Defendants' Opposition to DC Comics' Motion To Compel The Production Of Documents And For Reconsideration Of The Court's June 27, 2011 Ruling. I am a member in good standing of the State Bar of California and am admitted to practice before this Court.

2. Attached hereto as Exhibit "A" is a true and correct copy of a letter dated November 29, 2011 from my colleague Marc Toberoff to Daniel Petrocelli, counsel for DC Comics.

3. Attached hereto as Exhibit "B" is a true and correct copy of a letter dated January 21, 2003 from Marc Toberoff to Joanne Siegel and Laura Siegel Larson.

4. Attached hereto as Exhibit "C" is a true and correct copy of an email dated August 11, 2011, sent from Marc Toberoff to Josh Ryland, counsel for Mr. Bulson.

5. Attached hereto as Exhibit "D" is a true and correct copy of an email dated September 8, 2011 from Marc Toberoff to Josh Ryland.

6. I am informed and believe that Josh Ryland did not respond to the emails described in Paragraphs 4 and 5 of this Declaration.

7. Attached hereto as Exhibit "E" is a true and correct copy of documents Defendants produced on behalf of the Estate of Michael Siegel on May 4, 2012.

8. Attached hereto as Exhibit "F" is a true and correct copy of the Defendants' Opening Brief in Appeal No. 11-56934 (Docket No. 8)., an appeal of Judge Wright's Anti-SLAPP order.

9.  Attached hereto as Exhibit "G" is a true and correct copy of a Petition for Rehearing and Rehearing En Banc filed in Appeal No. 11-71844 (Docket No. 31-1).

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on May 7, 2012, at Los Angeles, California.

_____
Keith G. Adams