Marc Toberoff (State Bar No. 188547)
 mtoberoff@ipwla.com
 nwilliamson@ipwla.com
Keith G. Adams (State Bar No. 240497)
 kgadams@ipwla.com
Pablo D. Arredondo (State Bar No. 241142)
TOBEROFF & ASSOCIATES, P.C.
22337 Pacific Coast Highway, #348
Malibu, California, 90265
Telephone:  (310) 246-3333
Fax:        (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy and Laura Siegel Larson

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>        Plaintiff,<br><br>  vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; JOANNE SIEGEL, an individual; LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>        Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF PABLO D. ARREDONDO IN SUPPORT OF DEFENDANTS' OPPOSITION TO DC COMICS' MOTION TO ENFORCE THE COURT'S FEBRUARY 13, 2012 ORDER**<br><br>Complaint filed: May 14, 2010<br>Trial Date:       None Set<br><br>Hearing Date: May 21, 2012<br>Hearing Time: 10:00 a.m. |

DECLARATION OF PABLO D. ARREDONDO IN SUPPORT OF DEFENDANTS' OPPOSITION TO DC COMICS' MOTION TO ENFORCE THE COURT'S FEBRUARY 12, 2012 ORDER

## DECLARATION OF PABLO D. ARREDONDO

I, Pablo D. Arredondo, declare as follows:

1. I am an attorney at Toberoff & Associates, P.C., counsel of record for defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson. I am a member in good standing of the State Bar of California and submit this declaration in support of Defendants' Opposition to DC Comics' Motion To Enforce The Court's February 13, 2012 Order. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. On May 4, 2012 I sent an email to Cassandra Seto attaching a document production from Defendants IPW, LLC and IP Worldwide, LLC. Attached as Exhibit A is a copy of that email.

3. Filed under seal is "Exhibit B" is a true and correct copy of documents Defendants IPW, LLC and IP Worldwide, LLC produced to DC Comics on May 4, 2012.

4. Attached hereto as "Exhibit C" is a true and correct copy of a May 3, 2012 email from my colleague Keith Adams to Daniel Petrocelli, counsel for DC Comics.

5. Attached hereto as "Exhibit D" is a true and correct copy of a May 3, 2012 email from Jason H. Tokoro to my colleague Keith G. Adams.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on May 7, 2012, in Los Angeles, California

Pablo D. Arredondo

---

1
DECLARATION OF PABLO D. ARREDONDO IN SUPPORT OF DEFENDANTS' OPPOSITION TO DC COMICS' MOTION TO ENFORCE THE COURT'S FEBRUARY 12, 2012 ORDER