# EXHIBIT A

| | |
|---|---|
| Subject: | DC v PPC |
| From: | Pablo Arredondo (parredondo@ipwla.com) |
| To: | cseto@OMM.com; |
| Cc: | mtoberoff@ipwla.com; kgadams@ipwla.com; jtokoro@OMM.com; |
| Date: | Friday, May 4, 2012 6:40 PM |

Counsel:

Please find attached document production for IP Worldwide, LLC and IPW, LLC. These documents are being produced pursuant to DC's agreement to keep them confidential pursuant to the terms of the protective order in *Siegel*.

Pablo D. Arredondo

Toberoff & Associates, P.C.

22337 Pacific Coast Highway, #348

Malibu, California 90256

(t) 310.246.3333

(f) 310.246.3101

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

# EXHIBIT B

FILED UNDER SEAL

# EXHIBIT C

## Pablo Arredondo

| | |
|---|---|
| From: | Keith Adams [kgadams@ipwla.com] |
| Sent: | Thursday, May 03, 2012 7:57 PM |
| To: | Daniel Petrocelli; Matthew Kline; Cassandra Seto |
| Cc: | Jason Tokoro; Pablo Arredondo; Marc Toberoff |
| Subject: | DC v. PPC - Production of Capital Account Documents |

Counsel:

Defendants are willing to produce additional "capital account" documents which show "the initial capitalization of the Toberoff companies, but also documents showing how defendants' capitalization changed over time" -- the express focus of DC's "Motion to Enforce The Court's February 13, 2012 Order." Unfortunately, defendants are not in possession of such documents for the long-defunct Pacific Pictures Corp.

Because these are all obviously confidential financial documents, we have marked the documents "CONFIDENTIAL" and ask that DC agree that this designation and production be treated as made pursuant to the protective order in the Siegel case, as DC previously agreed with respect to the earlier set of capital account documents produced on March 16, 2012. Please confirm that DC will treat this production and designation as covered by the terms of the protective order in the Siegel case.

As this production contains the information that is the express focus of DC's motion to compel, we ask that DC withdraw it motion to avoid unnecessarily burdening the parties and the Court.

This production is being made in the spirit of compromise, and should not be construed as a waiver of any of defendants' rights, claims or remedies, all of which are reserved.

Keith G. Adams
Toberoff & Associates, P.C.
22337 Pacific Coast Highway #348
Malibu, California 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: kgadams@ipwla.com
http://www.ipwla.com

This message and any attached documents may contain information fromToberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

As this production contains the information that is the express focus of DC's motion to compel, we ask that DC withdraw it motion to avoid unnecessarily burdening the parties and the Court.

This production is being made in the spirit of compromise, and should not be construed as a waiver of any of defendants' rights, claims or remedies, all of which are reserved.

Keith G. Adams
Toberoff & Associates, P.C.
22337 Pacific Coast Highway #348
Malibu, California 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: kgadams@ipwla.com
http://www.ipwla.com

This message and any attached documents may contain information fromToberoff & Associates, P.C. that is confidential and/or privileged.  If you are not the intended recipient, you may not read, copy, distribute or use this information.  If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

# EXHIBIT D

## Pablo Arredondo

**From:** Tokoro, Jason [jtokoro@OMM.com]
**Sent:** Thursday, May 03, 2012 9:26 PM
**To:** Keith Adams
**Cc:** Petrocelli, Daniel; Kline, Matthew; Seto, Cassandra; Pablo Arredondo; Marc Toberoff
**Subject:** RE: DC v. PPC - Production of Capital Account Documents

Keith,

We will agree to treat the "capital account" documents produced by defendants as "CONFIDENTIAL" pursuant to the protective order in the *Siegel* case, reserving all rights to challenge the designations later.

We cannot agree to withdraw our motion until we have assurance that your production encompasses all responsive documents—including, for example, formation documents establishing capital structure, such as corporate charters and bylaws; books and records reflecting capital contributions, capital withdrawals, and the capital accounts held by investors or shareholders; shareholder or investor agreements; stock certificates, stock ledgers, and documents reflecting the issuance or transfer of stock; financial records such as general ledgers, balance sheets, annual reports, tax returns, and Schedule K-1 forms; documents reflecting loans or other debt incurred; tax records; documents reflecting transactions or the transfer of assets between the related companies; and insurance contracts. If these documents do not exist or have been destroyed, we are entitled to a sworn statement to that effect.

We reserve all rights to seek fees and costs under Federal Rule of Civil Procedure 37(a)(5)(A) for having to file a motion to compel seeking those documents when you should have produced them from the outset.

All of DC's rights and remedies and hereby reserved.

Very truly yours,

Jason H. Tokoro

-----Original Message-----
From: Keith Adams [mailto:kgadams@ipwla.com]
Sent: Thursday, May 03, 2012 7:57 PM
To: Petrocelli, Daniel; Kline, Matthew; Seto, Cassandra
Cc: Tokoro, Jason; Pablo Arredondo; Marc Toberoff
Subject: DC v. PPC - Production of Capital Account Documents

Counsel:

Defendants are willing to produce additional "capital account" documents which show "the initial capitalization of the Toberoff companies, but also documents showing how defendants' capitalization changed over time" -- the express focus of DC's "Motion to Enforce The Court's February 13, 2012 Order." Unfortunately, defendants are not in possession of such documents for the long-defunct Pacific Pictures Corp.

Because these are all obviously confidential financial documents, we have marked the documents "CONFIDENTIAL" and ask that DC agree that this designation and production be treated as made pursuant to the protective order in the Siegel case, as DC previously agreed with respect to the earlier set of capital account documents produced on March 16, 2012. Please confirm that DC will treat this production and designation as covered by the terms of the protective order in the Siegel case.