UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-03633-ODW-(RZx) | Date | MAY 7, 2012 |
|---|---|---|---|
| Title | DC COMICS v. PACIFIC PICTURES CORP., ET AL. | | |

| Present: The Honorable | RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE |
|---|---|

| Ilene Bernal | Recorded on Courtsmart |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Daniel M. Petrocelli<br>Matthew T. Kline | Marc Toberoff |

**Proceedings:** HRG: PLAINTIFF'S EX PARTE APPLICATION TO LIFT TEMPORARY STAY ON THE COURT'S MAY 25, 2011 AND AUGUST 8, 2011 ORDERS


The Court orders the previously ordered stays lifted, effective May 11, 2012 at 12:00pm.


|  | : | 35 |
|---|---|---|
| Initials of Preparer | | igb |