DANIEL M. PETROCELLI (S.B. #097802)
dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819

Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 10-03633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>[PROPOSED] ORDER GRANTING DC COMICS' UNOPPOSED APPLICATION UNDER L.R. 79-5.1 TO HAVE EXHIBIT A TO THE DECLARATION OF JASON H. TOKORO IN SUPPORT OF DC COMICS' MOTION TO ENFORCE THE COURT'S FEBRUARY 13, 2012, ORDER PLACED UNDER SEAL<br><br>**Magistrate:** Hon. Ralph Zarefsky<br><br>**Complaint Filed:** May 14, 2010 |

1  For the reasons set forth in DC Comics' Unopposed Application Under L.R.
2  79-5.1 To Have Exhibit A To The Declaration Of Jason H. Tokoro In Support Of
3  DC Comics' Motion To Enforce The Court's February 14, 2012, Order Placed
4  Under Seal, and for good cause shown:

5  IT IS HEREBY ORDERED that Exhibit A to the Declaration Of Jason H.
6  Tokoro filed in support of DC Comics' Motion To Enforce The Court's February
7  13, 2012, Order shall be filed under seal.

8  IT IS SO ORDERED.

10 Dated: May 1, 2012

*Ralph Zarefsky*
Honorable Ralph Zarefsky
Magistrate Judge, United States District Court