Marc Toberoff (State Bar No. 188547)
 mtoberoff@ipwla.com
Keith G. Adams (State Bar No. 240497)
 kgadams@ipwla.com
Pablo D. Arredondo (State Bar No. 241142)
 parredondo@ipwla.com
TOBEROFF & ASSOCIATES, P.C.
22337 Pacific Coast Highway #348
Malibu, California 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>    Plaintiff,<br><br>vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DISCOVERY MATTER**<br><br>**DEFENDANTS' UNOPPOSED APPLICATION UNDER L.R. 79-5.1 TO HAVE EXHIBIT B TO THE DECLARATION OF PABLO D. ARREDONDO IN SUPPORT OF DEFENDANTS' OPPOSITION TO DC COMICS' MOTION TO ENFORCE THE COURT'S FEBRUARY 13, 2012 ORDER PLACED UNDER SEAL**<br><br>DECLARATION OF PABLO D. ARREDONDO AND [PROPOSED] ORDER FILED HEREWITH<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set<br><br>Hearing Date: May 21, 2012<br>Hearing Time: 10:00 a.m. |

Pursuant to Central District Local Rule 79-5.1, Defendants move to seal Exhibit B to the Declaration of Pablo D. Arredondo filed in support of Defendants' Opposition to DC Comics' ("DC") Motion to Enforce The Court's February 13, 2012 Order ("Motion to Enforce").

On February 13, 2012, the Court denied-in-part and granted-in-part DC's Motion to Compel the Production of Documents. Docket No. 382; 377. On March 16, 2013, Defendants produced bank statements of IPW, LLC, IP Worldwide, LLC and Pacific Pictures Corporation sufficient to show that these entities held separate accounts over a period of years. These records are attached as Exhibit A to the Declaration of Jason H. Tokoro in support of DC's Motion to Enforce, which was filed under seal. On May 4, 2012 Defendants produced private tax forms showing initial capitalization, shareholders, and changes in capitalization for IPW, LLC and IP Worldwide. Arredondo Decl. at ¶3, Exh. B. DC agreed to keep these documents confidential pursuant to the protective order in the *Siegel* case. Arredondo Decl. at ¶4, Exh. C. DC does not oppose this application. Arredondo Decl. at ¶5, Exh. D. Defendants request that this application be granted. *See* Local Rule 79-5.1.

Dated: May 7, 2012   RESPECTFULLY SUBMITTED,

_____
Marc Toberoff
TOBEROFF & ASSOCIATES, P.C.

Attorneys for Defendants
Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel