Marc Toberoff (State Bar No. 188547)
 mtoberoff@ipwla.com
 nwilliamson@ipwla.com
Keith G. Adams (State Bar No. 240497)
 kgadams@ipwla.com
Pablo D. Arredondo (State Bar No. 241142)
TOBEROFF & ASSOCIATES, P.C.
22337 Pacific Coast Highway, #348
Malibu, California, 90265
Telephone: (310) 246-3333
Fax: (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy and Laura Siegel Larson

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; JOANNE SIEGEL, an individual; LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF PABLO D. ARREDONDO IN SUPPORT OF DEFENDANTS' UNOPPOSED APPLICATION UNDER L.R. 79-5.1 TO THE DECLARATION OF PABLO D. ARREDONDO IN SUPPORT OF DEFENDANTS' OPPOSITION TO DC COMICS' MOTION TO ENFORCE THE COURT'S FEBURARY 13, 2012 ORDER PLACED UNDER SEAL**<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set<br><br>Hearing Date: May 21, 2012<br>Hearing Time: 10:00 a.m. |

DECLARATION OF PABLO D. ARREDONDO IN SUPPORT OF DEFENDANTS' OPPOSITION TO DC COMICS' MOTION TO ENFORCE THE COURT'S FEBRUARY 12, 2012 ORDER

# DECLARATION OF PABLO D. ARREDONDO

I, Pablo D. Arredondo, declare as follows:

1. I am an attorney at Toberoff & Associates, P.C., counsel of record for defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson. I am a member in good standing of the State Bar of California and submit this declaration in support of Defendants' Unopposed Application Under L.R. 79-5.1 To Have Exhibit B To Declaration of Pablo D. Arredondo In Opposition to DC Comics' Motion To Enforce The Court's February 13, 2012 Order, Placed Under Seal ("Application").

2. Attached hereto as Exhibit A is a true and correct copy of an email sent from me to counsel for DC on May 6, 2012, notifying them that Defendants would be filing the Application and requesting that they advice Defendants if DC opposed Defendants' Application.

3. Enclosed with this Application as Exhibit B is a true and correct copy of documents Defendants IPW, LLC and IP Worldwide, LLC produced to DC Comics on May 4, 2012. These documents are private tax forms for IPW, LLC and IP Worldwide, LLC.

4. Attached hereto as Exhibit C is a true and correct copy of an email sent from Jason H. Tokoro, counsel for DC, to my colleague, Keith G. Adams, indicating DC's agreement to keep the Tax Forms "Confidential" pursuant to the Protective Order in *Siegel v. Warner Bros. Entertainment Inc*, 2:04-cv-08400 (ODW).

5. Attached hereto as Exhibit D is a true and correct copy of an email from Jason Tokoro to myself indicating that DC does not oppose this application.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on May 7, 2012, in Los Angeles, California

Pablo D. Arredondo

1
DECLARATION OF PABLO D. ARREDONDO IN SUPPORT OF DEFENDANTS' OPPOSITION TO DC COMICS' MOTION TO ENFORCE THE COURT'S FEBRUARY 12, 2012 ORDER

# EXHIBIT A

## Pablo Arredondo

| | |
|---|---|
| **From:** | Pablo Arredondo [parredondo@ipwla.com] |
| **Sent:** | Monday, May 07, 2012 10:04 AM |
| **To:** | Seto, Cassandra; Tokoro, Jason |
| **Subject:** | DC v. PPC |

Counsel:

Exhibit B to the declaration of Pablo D. Arredondo in support of Defendants' Opposition to DC's Motion to Enforce The Court's February 13, 2012 Order is the "capital account" documents produced to DC on May 4, 2012. DC agreed to treat these documents as "confidential" pursuant to the terms of the protective order in *Siegel*. Defendants intend to request the Court's permission to file under seal Exhibit B. Please let us know by 1pm today whether you oppose Defendants' request to file Exhibit B under seal.

Pablo D. Arredondo
Toberoff & Associates, P.C.
22337 Pacific Coast Highway, #348
Malibu, California 90256
(t) 310.246.3333
(f) 310.246.3101

This message and any attached documents may contain information from
Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

1

# EXHIBIT C

## Pablo Arredondo

| | |
|---|---|
| **From:** | Tokoro, Jason [jtokoro@OMM.com] |
| **Sent:** | Thursday, May 03, 2012 9:26 PM |
| **To:** | Keith Adams |
| **Cc:** | Petrocelli, Daniel; Kline, Matthew; Seto, Cassandra; Pablo Arredondo; Marc Toberoff |
| **Subject:** | RE: DC v. PPC - Production of Capital Account Documents |

Keith,

We will agree to treat the "capital account" documents produced by defendants as "CONFIDENTIAL" pursuant to the protective order in the *Siegel* case, reserving all rights to challenge the designations later.

We cannot agree to withdraw our motion until we have assurance that your production encompasses all responsive documents—including, for example, formation documents establishing capital structure, such as corporate charters and bylaws; books and records reflecting capital contributions, capital withdrawals, and the capital accounts held by investors or shareholders; shareholder or investor agreements; stock certificates, stock ledgers, and documents reflecting the issuance or transfer of stock; financial records such as general ledgers, balance sheets, annual reports, tax returns, and Schedule K-1 forms; documents reflecting loans or other debt incurred; tax records; documents reflecting transactions or the transfer of assets between the related companies; and insurance contracts. If these documents do not exist or have been destroyed, we are entitled to a sworn statement to that effect.

We reserve all rights to seek fees and costs under Federal Rule of Civil Procedure 37(a)(5)(A) for having to file a motion to compel seeking those documents when you should have produced them from the outset.

All of DC's rights and remedies and hereby reserved.

Very truly yours,

Jason H. Tokoro

-----Original Message-----
From: Keith Adams [mailto:kgadams@ipwla.com]
Sent: Thursday, May 03, 2012 7:57 PM
To: Petrocelli, Daniel; Kline, Matthew; Seto, Cassandra
Cc: Tokoro, Jason; Pablo Arredondo; Marc Toberoff
Subject: DC v. PPC - Production of Capital Account Documents

Counsel:

Defendants are willing to produce additional "capital account" documents which show "the initial capitalization of the Toberoff companies, but also documents showing how defendants' capitalization changed over time" -- the express focus of DC's "Motion to Enforce The Court's February 13, 2012 Order." Unfortunately, defendants are not in possession of such documents for the long-defunct Pacific Pictures Corp.

Because these are all obviously confidential financial documents, we have marked the documents "CONFIDENTIAL" and ask that DC agree that this designation and production be treated as made pursuant to the protective order in the Siegel case, as DC previously agreed with respect to the earlier set of capital account documents produced on March 16, 2012. Please confirm that DC will treat this production and designation as covered by the terms of the protective order in the Siegel case.

# EXHIBIT D

## Pablo Arredondo

**From:** Tokoro, Jason [jtokoro@OMM.com]
**Sent:** Monday, May 07, 2012 11:44 AM
**To:** Pablo Arredondo
**Cc:** Petrocelli, Daniel; Kline, Matthew; Seto, Cassandra
**Subject:** RE: DC v. PPC

Pablo,

Reserving all rights, DC does not oppose defendants motion to file under seal at this time the "capital account" documents produced to DC on May 4, 2012.

Very truly yours,

Jason H. Tokoro

---

**From:** Pablo Arredondo [mailto:parredondo@ipwla.com]
**Sent:** Monday, May 07, 2012 10:04 AM
**To:** Seto, Cassandra; Tokoro, Jason
**Subject:** DC v. PPC

Counsel:

Exhibit B to the declaration of Pablo D. Arredondo in support of Defendants' Opposition to DC's Motion to Enforce The Court's February 13, 2012 Order is the "capital account" documents produced to DC on May 4, 2012. DC agreed to treat these documents as "confidential" pursuant to the terms of the protective order in *Siegel*. Defendants intend to request the Court's permission to file under seal Exhibit B. Please let us know by 1pm today whether you oppose Defendants' request to file Exhibit B under seal.

Pablo D. Arredondo
Toberoff & Associates, P.C.
22337 Pacific Coast Highway, #348
Malibu, California 90256
(t) 310.246.3333
(f) 310.246.3101

This message and any attached documents may contain information from
Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.