1  Marc Toberoff (S.B. #188547)
   *mtoberoff@ipwla.com*
2  Keith G. Adams (S.B. #240497)
   *kgadams@ipwla.com*
3  Pablo D. Arredondo (S.B. #241142)
   *parredondo@ipwla.com*
4  TOBEROFF & ASSOCIATES, P.C.
   22337 Pacific Coast Highway, #348
5  Malibu, California 90265
   Telephone: (310) 246-3333
6  Facsimile: (310) 246-3101

7  Attorneys for Defendants Mark Warren
   Peary, Jean Peavy, and Laura Siegel Larson

8  (continued on next page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED APPLICATION UNDER L.R. 79-5.1 TO HAVE EXHIBIT B TO THE DECLARATION OF PABLO D. ARREDONDO IN SUPPORT OF DEFENDANTS' OPPOSITION TO DC COMICS' MOTION TO ENFORCE COURT'S FEBRUARY 13, 2012 ORDER PLACED UNDER SEAL<br><br>**Judge:** Hon. Otis D. Wright II<br>**Magistrate:** Hon. Ralph Zarefsky<br><br>**Complaint Filed:** May 14, 2010<br>**Trial Date:** None Set |

- 1 -

[PROPOSED] ORDER GRANTING
DEFENDANTS UNOPPOSED
APPLICATION TO SEAL

For the reasons set forth in Defendants' Unopposed Application Under L.R. 79-5.1 To Have Exhibit B To the Declaration of Pablo D. Arredondo In Support Of Defendants' Opposition to DC Comics' Motion To Enforce The Court's February 13, 2012 Order Placed Under Seal, and for good cause shown:

IT IS HEREBY ORDERED that Exhibit B To the Declaration of Pablo D. Arredondo In Support Of Defendants' Opposition to DC Comics' Motion To Enforce The Court's February 13, 2012 Order shall be filed under seal.

IT IS SO ORDERED.

Dated: 5/9/12

_____
Honorable Ralph Zarefsky
Magistrate Judge, United States District Court