| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #097802) |
| | dpetrocelli@omm.com |
| 2 | MATTHEW T. KLINE (S.B. #211640) |
| | mkline@omm.com |
| 3 | CASSANDRA L. SETO (S.B. #246608) |
| | cseto@omm.com |
| 4 | O'MELVENY & MYERS LLP |
| | 1999 Avenue of the Stars, 7th Floor |
| 5 | Los Angeles, CA  90067-6035 |
| | Telephone:   (310) 553-6700 |
| 6 | Facsimile:    (310) 246-6779 |
| 7 | PATRICK T. PERKINS (admitted *pro hac vice*) |
| | pperkins@ptplaw.com |
| 8 | PERKINS LAW OFFICE, P.C. |
| | 1711 Route 9D |
| 9 | Cold Spring, NY 10516 |
| | Telephone:  (845) 265-2820 |
| 10 | Facsimile:   (845) 265-2819 |
| 11 | Attorneys for Plaintiff DC Comics |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS, | Case No. CV 10-03633 ODW (RZx) |
| Plaintiff, | **DISCOVERY MATTER** |
| v. | **DECLARATION OF CASSANDRA SETO IN SUPPORT OF DC COMICS' OPPOSITION TO DEFENDANTS' *EX PARTE* APPLICATION FOR A PROTECTIVE ORDER** |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive, | |
| | **Magistrate**:   Hon. Ralph Zarefsky |
| | **Complaint Filed**: May 14, 2010 |
| Defendants. | |

SETO DECL. ISO DC COMICS'
OPP'N TO DEFS. *EX PARTE* APP.

## DECLARATION OF CASSANDRA SETO

I, Cassandra Seto, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am a counsel at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in support of DC Comics' Opposition To Defendants' *Ex Parte* Application For A Protective Order.

2. Attached hereto as Exhibit A is a true and correct copy of correspondence between counsel for DC Comics and counsel for defendants from September through October 2011 discussing a proposed protective order in the above-entitled action.

3. Attached hereto as Exhibit B is a true and correct copy of a letter from my colleague Matthew T. Kline to counsel for defendants dated April 17, 2012.

4. Attached hereto as Exhibit C is a true and correct copy of an email from Keith G. Adams to me dated April 17, 2012.

5. Attached hereto as Exhibit D is a true and correct copy of a letter from Mr. Kline to counsel for defendants dated April 18, 2012.

6. Attached hereto as Exhibit E is a true and correct copy of a letter from Mr. Adams to Mr. Kline dated April 19, 2012.

7. Attached hereto as Exhibit F is a true and correct copy of an email exchange between Laura Siegel Larson and Marc Toberoff dated October 10, 2005.

8. Attached hereto as Exhibit G is a true and correct copy of an email from Ms. Larson to Mr. Toberoff dated August 13, 2005.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 10th day of May 2012 at Los Angeles, California.

/s/ Cassandra Seto
Cassandra Seto