# EXHIBIT G

## Marc Toberoff

**From:** Mistylight3@cs.com
**Sent:** Saturday, August 13, 2005 12:21 AM
**To:** MToberoff@ipwla.com
**Subject:** Burg letters

Dear Marc,
As my mom explained when she called you today, I was too ill after my extensive medical tests to call you myself. I trust the two of you have fully discussed the letters which arrived by fax this evening.

There is no need to respond to Burg further, in fact please don't, but in case it ever comes up in the future, I want to you to know that when Terry Cunningham--who was seated a few seats from my mom--leaned over in that noisy screening hall and introduced herself to my mom she said that they had met many years ago at a party that had been thrown by Jennette Kahn [the woman who used to have the job that Paul Levitz has now]. There was a lot of talking all around us and my mother couldn't hear what Ms. Cunningham said so she had to repeat that they had met years ago more than once. She still couldn't hear Ms. Cunningham so I told her what she said and even then my mom did not remember her. My mother and father attended that party more than 10 years ago at a restaurant and met many, many people that night. My mother remembered the party but did not remember Ms. Cunningham. I did not attend the party and had never met the woman before ComicCon. For Burg to make the ridiculous statement, "...Terry Cunningham with whom your client has been acquainted for 15 years" gives the impression that my mom knew who she was--(she did not)--and that she has had ongoing personal contact with her for 15 years--(again, she did not). Burg's characterization is absolutely false. Furthermore, my mother did not ask Ms. Cunningham to get Paul--she simply asked whether he was in San Diego. If Terry Cunningham decided to go and get Paul so he could say hi to my mom it was something she chose to do, not the result of a request. If she said anything to my mom before she left, my mom could not hear her and she was surprised when Paul walked up and greeted us. Now the whole thing is turning into an argument between you and Burg. I hope we will not have to deal with this matter further.

Hope your weekend is a good one.
Sincerely,
Laura