UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 10-03633 ODW (RZx) | Date | May 10, 2012 |
|---|---|---|---|
| Title | DC COMICS v. PACIFIC PICTURES CORPORATION, ET AL. | | |

Present: The Honorable **RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE**

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   In Chambers –
**DEFENDANTS' EX PARTE APPLICATION FOR A PROTECTIVE ORDER REGARDING THE PRODUCTION OF THE "STOLEN DOCUMENTS"**
Filed May 9, 2012 - Doc 420

Defendants may designate as confidential any document to be produced that contains sensitive medical information. Any such document shall be used only in accordance with the custom of the parties as they have handled other documents designated as confidential. The designation shall expire within 30 days unless Defendants move, by noticed motion under L.R. 37, for a protective order as to that specific document; if Defendants so move, the designation will continue until the Court rules.

If any documents contain personal identifiers such as Social Security numbers, Plaintiff shall maintain the personal identifiers in confidence.

Except as set forth, Defendants' Ex Parte Application is denied.

                                                                              :
                                         Initials of Preparer        igb