DANIEL M. PETROCELLI (S.B. #097802)
 dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
 mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
 cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
 pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819

Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS, <br><br>  Plaintiff, <br><br>  v. <br><br> PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive, <br><br>  Defendants. | Case No. CV 10-03633 ODW (RZx) <br><br> **SUPPLEMENTAL DECLARATION OF JASON H. TOKORO IN SUPPORT OF DC COMICS' REPLY IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FOR RECONSIDERATION OF THE COURT'S JUNE 27, 2011, RULING** <br><br> **Judge**:       Hon. Otis D. Wright II <br> **Magistrate**: Hon. Ralph Zarefsky <br><br> **Hearing Date**:       May 21, 2012 <br> **Hearing Time**:       10:00 a.m. <br> **Courtroom**:           540 <br> **Discovery Cutoff**:   None Set <br> **Pretrial Conference**: None Set <br> **Trial**:                 None Set <br><br> **[PUBLICLY REDACTED PURSUANT TO ORDER DATED MAY 10, 2012]** |

# DECLARATION OF JASON H. TOKORO

I, Jason H. Tokoro, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am an associate at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in support of DC Comics' Motion To Compel The Production Of Documents And For Reconsideration Of The Court's June 27, 2011, Ruling. I have personal knowledge of the matters set forth in this declaration.

2. Attached hereto as Exhibit A is a true and correct copy of an email dated May 14, 2012, to my colleague Matthew T. Kline, from Josh Ryland, a partner at the law firm Renner, Otto, Boiselle & Sklar, LLP, in Cleveland Ohio, which represented Michael Siegel.

3. Attached hereto as Exhibit B is a true and correct copy of a letter from Marc Toberoff to Joanne Siegel and Laura Siegel Larson dated November 26, 2002.

4. Attached hereto as Exhibit C is a true and correct copy of a letter from Marc Toberoff to James Weinberger dated October 23, 2006, attaching a privilege log that Marc Toberoff prepared on behalf of Don Bulson and his law firm Renner, Otto, in *Siegel v. Warner Bros. Entm't, et al*, U.S. District Court for the Central District of California, Case No. CV 04-8400 ("*Siegel*").

5. Attached hereto as Exhibit D is a true and correct copy of a letter from Mr. Toberoff to Mr. Weinberger dated February 11, 2008, attaching a revised privilege log Mr. Toberoff prepared on behalf of Mr. Bulson and Renner Otto in *Siegel*.

6. The deposition of Mr. Bulson was taken in *Siegel* on April 22, 2008. To avoid any claims that it is selectively excerpting deposition testimony, DC has attached as Exhibit E a true and correct copy of the entire deposition transcript.

7. Attached hereto as Exhibit F is a true and correct copy of an email chain between DC's counsel and defense counsel dated May 11, 2012, and

1  concerning the timing of defendants' production of the Toberoff Timeline
2  documents and USAO documents.  As reflected in the email chain, DC objected to
3  defendants' delay in producing the materials.
4      8.    Attached hereto as Exhibit G is a true and correct copy of a cover letter
5  from Pablo Arredondo to my colleague Daniel M. Petrocelli dated May 11, 2012,
6  enclosing the Toberoff Timeline documents and USAO documents, except for those
7  pages bates labeled SD00172-75, SD00311-14, and SD00607-10.  DC received this
8  letter and accompanying documents from defendants today, May 14, 2012, at 12
9  noon PST.  DC is still in the process of reviewing the production, but there appear
10 to be missing pages, improper redactions, and illegible handwriting, given the poor
11 quality of the copies that were produced.  DC reserves the right to challenge the
12 adequacy and completeness of this production.
13     9.    Attached hereto as Exhibit H is a true and correct copy of those pages
14 of the Toberoff Timeline documents and USAO documents received by DC on May
15 14 bates labeled SD00172-75, SD00311-14, and SD00607-10.  These documents
16 were marked by defendants "Privileged and Confidential (per May 10, 2012 Order)
17 All Rights Reserved."  DC is provisionally filing these documents under seal and
18 reserves all rights to challenge these designations.
19     10.    DC does not believe the entirety of those pages of the Toberoff
20 Timeline documents and USAO documents received by DC on May 14 bates
21 labeled SD00172-75, SD00311-14, and SD00607-10, should be treated as
22 confidential pursuant to the Court's May 10, 2012, order.  The documents contain
23 important information that is key to DC's claims in this case, including
24 corroborating statements concerning the offer made by Mr. Toberoff to the Siegel
25 heirs on behalf of talent agent Ari Emanuel.  Docket No. 49 at ¶¶ 66-85.  This
26 information should not be sealed or redacted pursuant to the Court's May 10 order.
27 The Court's order is limited to "sensitive medical information" and "personal
28 identifies such as Social Security numbers."  Docket No. 424.   Attached hereto as

1  Exhibit I is a true and correct copy of the proposed redactions by DC of the only
2  medical information in the documents. It is, of course, incumbent upon defendants'
3  under the Court's order, to move to seal all or portions of these documents within
4  30 days of their production. Docket No. 424. Defendants have not initiated the
5  Rule 37 joint stipulation process required to file such a motion. *Cf. id.*
6     I declare under penalty of perjury under the laws of the United States that the
7  foregoing is true and correct and that this declaration is executed this 14th day of
8  May 2012, at Los Angeles, California.

                                            /s/ Jason H. Tokoro
                                                Jason H. Tokoro