# EXHIBIT H

# [LODGED PROVISIONALLY UNDER SEAL]