# EXHIBIT I

# [LODGED PROVISIONALLY UNDER SEAL]