**FILED**

NOT FOR PUBLICATION

MAY 10 2012

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF; MARK WARREN PEARY; LAURA SIEGEL LARSON; JEAN ADELE PEAVY, | No. 11-71844<br><br>D.C. No. 2:10-cv-03633-ODW-RZ<br>Central District of California,<br>Los Angeles |
| PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARK WARREN PEARY, as personal representative of the Estate of Joseph Shuster; MARC TOBEROFF, an individual; JEAN ADELE PEAVY; LAURA SIEGEL LARSON, an individual,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES,<br><br>Respondent,<br><br>DC COMICS,<br><br>Real Party in Interest. | ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 10 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Before: KOZINSKI, Chief Judge, O'SCANNLAIN and N.R. SMITH, Circuit Judges.

Petitioners' Motion for Stay Pending Decision on Petition for Rehearing and Rehearing En Banc is **DENIED**.

Petitioner's Motion to Exceed Word Limitation for Petition for Rehearing En Banc is **GRANTED**.