Marc Toberoff (State Bar No. 188547)
 *mtoberoff@ipwla.com*
Keith G. Adams (State Bar No. 240497)
 *kgadams@ipwla.com*
Pablo D. Arredondo (State Bar No. 241142)
 *parredondo@ipwla.com*
TOBEROFF & ASSOCIATES, P.C.
22337 Pacific Coast Highway #348
Malibu, California 90265
Telephone:  (310) 246-3333
Fax:          (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>               Plaintiff,<br><br>    vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>               Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF PABLO D. ARREDONDO RE: THE DECLARATION OF CASSANDRA SETO PURSUANT TO LOCAL RULE 37-2.4 REGARDINING DC COMICS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND FOR RECONSIDERATION OF THE COURT'S JUNE 27, 2011, RULING, AND MOTION TO ENFORCE THE COURT'S FEBRUARY 13, 2012 ORDER**<br><br>Judge: Hon. Otis D. Wright II<br>Magistrate: Hon. Ralph Zarefsky<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set<br><br>Hearing Date:  May 21, 2012<br>Hearing Time:  10:00 a.m.<br>Courtroom:     540 |

DECLARATION OF PABLO D. ARREDONDO

# DECLARATION OF PABLO D. ARREDONDO

I, Pablo D. Arredondo, declare as follows:

1.  I am an attorney at the law firm of Toberoff & Associates, P.C., counsel of record for defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel, in the above-captioned action, and submit this declaration in response to the Declaration of Cassandra Seto Pursuant to Local Rule 37-2.4 Regarding DC Comics' ("DC") Motion to Compel The Production of Documents And For Reconsideration Of The Court's June 27, 2011 Ruling ("Bulson Motion"), And Motion To Enforce The Court's February 13, 2012 Order ("Capital Accounts Motion").  I am a member in good standing of the State Bar of California and am admitted to practice before this Court.

2.  On April 25, 2012, my colleague Keith Adams wrote by email to counsel for DC Comics requesting a short extension until Friday May 4, 2012 to file defendants' portion of the joint stipulation for the Bulson and Capital Accounts Motions.  This email listed "numerous deadlines that conflict[ed]" with the preparation of an opposition, including preparation of a response to DC's 15 page *ex parte* motion that was served on April 25, 2012, and numerous appeal briefing. Attached hereto as Exhibit "A" is a true and correct copy of the April 25, 2012 email from Keith Adams to counsel for DC.

3.  On April 25, 2012, Jason Tokoro, counsel for DC, responded to Mr. Adams' email, denying defendants' request for a short extension and stating that DC would file their motions "immediately" in order to "maintain the same noticed [May 21, 2012] hearing date."  Despite purporting to provide a "true and correct copy of [the April 25, 2012] email exchange," Ms. Seto's declaration omits this email from Mr. Tokoro to Mr. Adams. Attached hereto as Exhibit "B" is a true and correct copy of the April 25, 2012 email from Jason Tokoro to Keith Adams.

4.  On April 25, 2012, Keith Adams responded to Jason Tokoro by email,

informing DC that it needn't file its motions immediately in order to maintain the May 21, 2012 hearing date and proposing that defendants return their portions of the joint stipulations on Monday, April 30, 2012, maintain the joint stipulation process *and* the May 21 hearing date.  Mr. Adams also requested that, in the event DC refused this proposal and proceeded with filing its motions immediately, that DC's counsel make sure to include his email in any Local Rule 37-2.4 declaration that DC submitted with its motions.  Despite purporting to provide a "true and correct copy of [the April 25, 2012] email exchange," Ms. Seto's declaration again conspicuously omits this final email from Mr. Adams to Mr. Tokoro.  Attached hereto as Exhibit "C" is a true and correct copy of the April 25, 2012 email from Mr. Adams to Mr. Tokoro.

Executed on May 17, 2012, at Los Angeles, California.

      /s/ Pablo Arredondo
      Pablo D. Arredondo