## Pablo Arredondo

| | |
|---|---|
| **From:** | Keith Adams [kgadams@ipwla.com] |
| **Sent:** | Wednesday, April 25, 2012 9:29 PM |
| **To:** | Matthew Kline; Daniel Petrocelli; Cassandra Seto |
| **Cc:** | Jason Tokoro; Marc Toberoff; Pablo Arredondo |
| **Subject:** | DC v. PPC |

Dear Counsel:

Defendants require a short extension, until 6:30 p.m. on Friday, May 4, 2012, to provide their portion of the Joint Stipulation re: DC Comics Motion to Compel/For Reconsideration, served at approximately 5:00 p.m. on Wednesday, April 18, and defendants' portion of the Joint Stipulation re: DC Comics' Motion to Compel Compliance, served at approximately 8:15 p.m. on Friday, April 20, 2012.

As you are aware, defendants' counsel have numerous deadlines that conflict with their preparation of an opposition to DC's two motions, including:  the preparation of defendants' opening brief in the *DC Comics* appeal, due yesterday, Tuesday, April 24; preparation of a petition for rehearing and rehearing en banc as to the Writ panel's recent opinion in DC Comics; preparation of a motion to extend the time to file such petition; and preparation of an opposition to DC's 15-page ex parte motion to compel that was served today.  In addition, defendants' counsel have a pre-trial conference on May 1-2, 2012, and major appellate briefs due in other cases on April 27, 2012 and May 18, 2012.

Please let us know DC's position as soon as possible.

Keith G. Adams
Toberoff & Associates, P.C.
22337 Pacific Coast Highway #348
Malibu, California 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: kgadams@ipwla.com
http://www.ipwla.com

This message and any attached documents may contain information from
Toberoff & Associates, P.C. that is confidential and/or privileged.  If you are not the intended recipient, you may not read, copy, distribute or use this information.  If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**EXHIBIT A**

**3**