UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 10-03633 ODW (RZx) | Date | May 17, 2012 |
|---|---|---|---|
| Title | DC COMICS v. PACIFIC PICTURES CORP., ET AL. | | |

Present: The Honorable **RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE**

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** In Chambers –
(1) **Plaintiff's Motion to Compel Production of Documents and for Reconsideration of the Court's June 27, 2011 Ruling [Doc 394];**
(2) **Plaintiff's Motion to Enforce the Court's February 13, 2012 Order [Doc 396]**

      On the Court's own motion, Plaintiff's Motions to (1) Compel the Production of Documents and for Reconsideration of the Court's June 27, 2011 Ruling, and (2) Enforce the Court's February 13, 2012 Order concurrently set for hearing on May 21, 2012, are **continued to Tuesday, May 29, 2012, at 10 a.m.**

                                                                                                                                                                    :

Initials of Preparer            igb