DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819

Attorneys for Plaintiff DC Comics

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DECLARATION OF ASHLEY K. PEARSON IN SUPPORT OF DC COMICS' RESPONSE TO DEFENDANTS' OBJECTION TO EXHIBITS G-I OF JASON TOKORO'S DECLARATION IN SUPPORT OF DC COMICS' REPLY IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FOR RECONSIDERATION OF THE COURT'S JUNE 27, 2011 RULING**<br><br>**Judge**:　　Hon. Otis D. Wright II<br>**Magistrate**:　Hon. Ralph Zarefsky<br>**Hearing Date**:　May 29, 2012<br>**Hearing Time**:　10:00 a.m.<br>**Courtroom**:　540 |

## DECLARATION OF ASHLEY K. PEARSON

I, Ashley K. Pearson, declare and state:

1. I am an associate at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in support of DC Comics' Response To Defendants' Objection To Exhibits G-I of Jason Tokoro's Declaration In Support Of DC Comics' Reply In Support Of Motion To Compel Production Of Documents And For Reconsideration Of The Court's June 27, 2011 Ruling. I have personal knowledge of the matters set forth in this declaration.

2. Attached hereto as Exhibit A is a true and correct copy of a privilege log produced by Laura Siegel Larson and Joanne Siegel in *Larson v. Warner Bros. Entertainment Inc.*, Case No. 04-8400 (RZx), in the United States District Court for the Central District of California, dated September 29, 2006.

3. Attached hereto as Exhibit B is a true and correct copy of a letter from my colleague Matthew Kline to Molly Dwyer, Clerk of Court for the United States Court of Appeals for the Ninth Circuit, dated May 15, 2012.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 18th day of May, 2012, at Los Angeles, California.

*/s/ Ashley K. Pearson*
Ashley K. Pearson

- 1 -

PEARSON DECL. ISO DC'S RESP. TO DEFS.' IMPROPER "OBJECTION"