ORIGINAL
Lodged propo order
FILED
2012 MAY 15 PM 2:48
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

1  DANIEL M. PETROCELLI (S.B. #097802)
    dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
    mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
    cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA 90067-6035
   Telephone: (310) 553-6700
6  Facsimile: (310) 246-6779

7  PATRICK T. PERKINS (admitted *pro hac vice*)
    pperkins@ptplaw.com
8  PERKINS LAW OFFICE, P.C.
   1711 Route 9D
9  Cold Spring, NY 10516
   Telephone: (845) 265-2820
10 Facsimile: (845) 265-2819

11 Attorneys for Plaintiff DC Comics

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>　　　Defendants. | Case No. CV 10-03633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**DC COMICS' UNOPPOSED APPLICATION UNDER L.R. 79-5.1 TO HAVE EXHIBITS H AND I TO THE DECLARATION OF JASON H. TOKORO IN SUPPORT OF DC COMICS' REPLY IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FOR RECONSIDERATION OF THE COURT'S JUNE 27, 2011, RULING PLACED UNDER SEAL**<br><br>DECLARATION OF CASSANDRA SETO AND [PROPOSED] ORDER FILED HEREWITH<br><br>**Magistrate:** Hon. Ralph Zarefsky<br><br>**Complaint Filed:** May 14, 2010 |

Pursuant to Central District Local Rule 79-5.1, DC Comics moves to seal Exhibits H and I to the Declaration Of Jason H. Tokoro ("Tokoro Declaration") filed in support of DC Comics' Motion To Compel Production Of Documents And For Reconsideration Of The Court's June 27, 2011, Ruling.

1. On May 7, 2012, the Court granted DC's *ex parte* application to lift the Court's temporary stay on its May 25, 2011, and August 8, 2011, orders, which ordered defendants to produce to DC all of the Toberoff Timeline documents provided to the U.S. Attorney's office ("USAO") and communications between defendants and the USAO. Docket No. 400. The Court lifted the stay effective May 11, 2012, at 12:00 p.m. *Id.* On May 10, 2012, the Ninth Circuit denied defendants' emergency motion for stay pending decision on petition for rehearing and rehearing en banc. Appeal No. 11-71844, Docket No. 39.

2. Defendants filed an *ex parte* application on May 9, 2012, seeking a protective order regarding the documents they were ordered to produce pursuant to the May 28 and August 8 orders. Docket No. 420. The Court denied in part an granted in part defendants' *ex parte* application, ruling:

> Defendants may designate as confidential any document to be produced that contains *sensitive medical information.* Any such document shall be used only in accordance with the custom of the parties as they have handled other documents designated as confidential. The designation shall expire within 30 days unless Defendants move, by noticed motion under L.R. 37, for a protective order as to that specific document; if Defendants so move, the designation will continue until the Court rules.
>
> If any documents contain *personal identifiers such as Social Security numbers*, Plaintiff shall maintain the personal identifiers in confidence.
>
> Except as set forth, Defendants' Ex Parte Application is denied.

Docket No. 424 (emphases added).

3. On May 14, 2012, at 12:00 p.m., DC received by postal service delivery from defendants the Toberoff Timeline documents and USAO documents. Certain

- 1 -

1  pages of the Timeline Documents and USAO documents were marked by
2  defendants "Privileged and Confidential (per May 10, 2012 Order) All Rights
3  Reserved." DC attaches these pages as Exhibit H to the Tokoro Declaration
4  (SD00172-75, DC00311-14, and SD00607-10).

5    4. DC does not believe the entirety of those materials received by DC on
6  May 14 bates labeled SD00172-75, DC00311-14, and SD00607-10, should be
7  treated as confidential pursuant to the Court's May 10, 2012, order. The documents
8  contain important information that is key to DC's claims in this case, including
9  corroborating statements concerning the offer made by Mr. Toberoff to the Siegel
10 heirs on behalf of talent agent Ari Emanuel. Docket No. 49 at ¶¶ 66-85. This
11 information should not be sealed or redacted pursuant to the Court's May 10 order.
12 DC attaches proposed redactions of the only medical information in the documents
13 as Exhibit I to the Tokoro Declaration. It is, of course, incumbent upon defendants'
14 under the Court's order, to move to seal all or portions of these documents within
15 30 days of their production. Docket No. 424. Defendants have not initiated the
16 Rule 37 joint stipulation process required to file such a motion. *Cf. id.*

17    Defendants do not oppose DC's application to seal. Seto Decl. Ex. A. DC
18 requests that this application be granted. *See* Local Rule 79-5.1.

Dated:    May 15, 2012

Respectfully Submitted,
O'MELVENY & MYERS LLP

By: _____
Daniel M. Petrocelli
Attorneys for Plaintiff DC Comics