```
 1  DANIEL M. PETROCELLI (S.B. #097802)
       dpetrocelli@omm.com
 2  MATTHEW T. KLINE (S.B. #211640)
       mkline@omm.com
 3  CASSANDRA L. SETO (S.B. #246608)
       cseto@omm.com
 4  O'MELVENY & MYERS LLP
    1999 Avenue of the Stars, 7th Floor
 5  Los Angeles, CA 90067-6035
    Telephone: (310) 553-6700
 6  Facsimile: (310) 246-6779

 7  PATRICK T. PERKINS (admitted pro hac vice)
       pperkins@ptplaw.com
 8  PERKINS LAW OFFICE, P.C.
    1711 Route 9D
 9  Cold Spring, NY 10516
    Telephone: (845) 265-2820
10  Facsimile: (845) 265-2819

11  Attorneys for Plaintiff DC Comics
```

**ORIGINAL**

FILED 2012 MAY 15 PM 2:49
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>    Plaintiff,<br><br>v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. CV 10-03633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF CASSANDRA SETO IN SUPPORT OF DC COMICS' UNOPPOSED APPLICATION UNDER L.R. 79-5.1 TO HAVE EXHIBITS H AND I TO THE DECLARATION OF JASON H. TOKORO IN SUPPORT OF DC COMICS' REPLY IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FOR RECONSIDERATION OF THE COURT'S JUNE 27, 2011, RULING PLACED UNDER SEAL**<br><br>Magistrate: Hon. Ralph Zarefsky<br><br>**Complaint Filed:** May 14, 2010 |

# DECLARATION OF CASSANDRA SETO

I, Cassandra Seto, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am a counsel at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in support of DC Comics' Unopposed Application Under L.R. 79-5.1 To Have Exhibits H and I To The Declaration Of Jason H. Tokoro In Support Of DC Comics' Reply In Support Of Motion To Compel Production Of Documents And For Reconsideration Of The Court's June 27, 2011, Ruling Placed Under Seal ("Application").

2. Attached hereto as Exhibit A is a true and correct copy of an email exchange between my colleague Jason H. Tokoro and Pablo Arredondo dated May 14-15, 2012.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 15th day of May 2012 at Los Angeles, California.

_____
Cassandra Seto

**Exhibit A**

**From:** Tokoro, Jason
**Sent:** Tuesday, May 15, 2012 12:03 PM
**To:** 'Pablo Arredondo'; 'Keith Adams'; 'Richard Kendall'; 'Laura Brill'; 'Marc Toberoff'
**Cc:** Petrocelli, Daniel; Kline, Matthew; Seto, Cassandra
**Subject:** RE: DC v. PPC

Pablo:

We disagree with your assertions and will include this correspondence in our filing.

All of DC's rights and remedies are hereby reserved.

Very truly yours,

Jason H. Tokoro

-----Original Message-----
From: Pablo Arredondo [mailto:parredondo@ipwla.com]
Sent: Tuesday, May 15, 2012 11:46 AM
To: Tokoro, Jason; 'Keith Adams'; 'Richard Kendall'; 'Laura Brill'; 'Marc Toberoff'
Cc: Petrocelli, Daniel; Kline, Matthew; Seto, Cassandra
Subject: RE: DC v. PPC

Jason:

Defendants oppose DC's gratuitous filing of these exhibits as they have nothing to do with the motion to compel at issue. Defendants further object to Exhibit I to the extent DC purports to redact medically sensitive information but leaves numerous instances of such sensitive information unredacted. If DC insists on filing Exhibit H and I, such should be filed under seal pursuant to Magistrate Zarefky's May 10, 2012 order.

DC's decision to attach the entire set of stolen documents to a reply on a discovery motion for a single letter between Laura and Michael Siegel is clearly an attempt to publicize these confidential documents, origially communicated with the clear expectation of privacy, before the Ninth Circuit has had a full opportunity to consider defendants' petition for rehearing and rehearing en banc. This strategy is pernicious and violates Rule 11 of the Federal Rules of Civil Procedure.

Defendants reserve all rights. Please attach this correspondence to your application.

Pablo

Pablo D. Arredondo
Toberoff & Associates, P.C.
22337 Pacific Coast Highway, #348

1

EXHIBIT A

Malibu, California 90256
(t) 310.246.3333
(f) 310.246.3101

This message and any attached documents may contain information from
Toberoff & Associates, P.C. that is confidential and/or privileged. If you
are not the intended recipient, you may not read, copy, distribute or use
this information. If you have received this transmission in error, please
notify the sender immediately by reply e-mail and then delete this message.

-----Original Message-----
From: Tokoro, Jason [mailto:jtokoro@OMM.com]
Sent: Tuesday, May 15, 2012 12:06 AM
To: Keith Adams; Pablo Arredondo; Richard Kendall; Laura Brill; Marc
Toberoff
Cc: Petrocelli, Daniel; Kline, Matthew; Seto, Cassandra
Subject: DC v. PPC

Counsel:

Exhibits H and I to the supplemental declaration of Jason H. Tokoro in
support of DC Comics' Reply in support of Motion to Compel Production of
Documents and For Reconsideration of the Court's June 27, 2011, Ruling
(attached) are pages of the Toberoff Timeline documents and USAO documents
DC received on May 14, 2012, that defendants marked, "Privileged and
Confidential (per May 10, 2012 Order) All Rights Reserved." DC does not
believe these documents should be treated as "confidential" in their
entirety. Out of an abundance of caution, DC is provisionally filing
Exhibits H and I under seal and reserves all rights to challenge these
designations should you initiate and file the required motion to protect
these documents.

Please let us know immediately if you oppose DC's request to file Exhibits H
and I under seal. We will file our motion Tuesday, May 15.

All of DC's rights and remedies are hereby reserved.

Very truly yours,
Jason H. Tokoro
O'Melveny & Myers LLP - Century City
1999 Avenue of the Stars, Suite 700
Los Angeles, California 90067
Direct Dial: (310) 246-6707
Fax: (310) 246-6779
Email: jtokoro@omm.com<mailto:jtokoro@omm.com>
This message and any attached documents contain information from the law
firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If
you are not the intended recipient, you may not read, copy, distribute, or
use this information. If you have received this transmission in error,

EXHIBIT A

please notify the sender immediately by reply e-mail and then delete this message.
P please consider the environment - do you really need to print this email?

3

EXHIBIT A