```
 1  DANIEL M. PETROCELLI (S.B. #097802)
      dpetrocelli@omm.com
 2  MATTHEW T. KLINE (S.B. #211640)
      mkline@omm.com
 3  CASSANDRA L. SETO (S.B. #246608)
      cseto@omm.com
 4  O'MELVENY & MYERS LLP
    1999 Avenue of the Stars, 7th Floor
 5  Los Angeles, CA 90067-6035
    Telephone: (310) 553-6700
 6  Facsimile: (310) 246-6779

 7  PATRICK T. PERKINS (admitted pro hac vice)
      pperkins@ptplaw.com
 8  PERKINS LAW OFFICE, P.C.
    1711 Route 9D
 9  Cold Spring, NY 10516
    Telephone: (845) 265-2820
10  Facsimile: (845) 265-2819

11  Attorneys for Plaintiff DC Comics
```

**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT
MAY 23 2012
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>             Plaintiff,<br><br>     v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>             Defendants. | Case No. CV 10-03633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>[~~PROPOSED~~] ORDER GRANTING DC COMICS' UNOPPOSED APPLICATION UNDER L.R. 79-5.1 TO HAVE EXHIBITS H AND I TO THE DECLARATION OF JASON H. TOKORO IN SUPPORT OF DC COMICS' REPLY IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FOR RECONSIDERATION OF THE COURT'S JUNE 27, 2011, RULING PLACED UNDER SEAL<br><br>**Magistrate:** Hon. Ralph Zarefsky<br><br>**Complaint Filed:** May 14, 2010 |

LODGED
CLERK, U.S. DISTRICT COURT
MAY 15 2012
CENTRAL DISTRICT OF CALIFORNIA
        DEPUTY

[PROPOSED] ORDER GRANTING DC'S
UNOPPOSED APPLICATION TO SEAL

1  For the reasons set forth in DC Comics' Unopposed Application Under L.R. 79-5.1 To Have Exhibits H And I To The Declaration Of Jason H. Tokoro In Support Of DC Comics' Reply In Support Of Motion To Compel Production Of Documents And For Reconsideration Of The Court's June 27, 2011, Ruling ("Tokoro Declaration") Placed Under Seal, and for good cause shown:

IT IS HEREBY ORDERED that Exhibits H and I to the Tokoro Declaration shall be filed under seal.

IT IS SO ORDERED.

Dated: 5/23/12

_____
Honorable Ralph Zarefsky
Magistrate Judge, United States District Court