1  Marc Toberoff (State Bar No. 188547)
     mtoberoff@ipwla.com
2    nwilliamson@ipwla.com
   Keith G. Adams (State Bar No. 240497)
3    kgadams@ipwla.com
   Pablo D. Arredondo (State Bar No. 241142)
4    parredondo@ipwla.com
   TOBEROFF & ASSOCIATES, P.C.
5  22337 Pacific Coast Highway, #348
   Malibu, California, 90265
6  Telephone: (310) 246-3333
   Fax:       (310) 246-3101
7
   Attorneys for Defendants Mark Warren
8  Peary, as personal representative of the
   Estate of Joseph Shuster, Jean Adele Peavy
9  and Laura Siegel Larson

10                UNITED STATES DISTRICT COURT

11         CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

12 | DC COMICS,                                    | Case No: CV 10-03633 ODW (RZx)
13 |        Plaintiff,                             | Hon. Otis D. Wright II, U.S.D.J.
   |    vs.                                        | Hon. Ralph Zarefsky, U.S.M.J.
14 |                                               | **DISCOVERY MATTER**
15 | PACIFIC PICTURES CORPORATION;                 |
   | IP WORLDWIDE, LLC; IPW, LLC;                  | **DEFENDANTS' APPLICATION
16 | MARC TOBEROFF, an individual;                 | UNDER L.R. 79-5.1 TO HAVE
   | MARK WARREN PEARY, as personal                | DOCUMENTS PRODUCED FOR
17 | representative of the ESTATE OF               | *IN CAMERA* INSPECTION
   | JOSEPH SHUSTER; JEAN ADELE                    | PURSUANT TO THE COURT'S
18 | PEAVY, an individual; JOANNE                  | MAY 25, 2012 ORDER PLACED
19 | SIEGEL, an individual; LAURA                  | UNDER SEAL**
20 | SIEGEL LARSON, an individual,                 |
   | and DOES 1-10, inclusive,                     | Complaint filed: May 14, 2010
21 |                                               | Trial Date:      None Set
22 |        Defendants.                            | Hearing Date:
   |                                               | Hearing Time:

DEFENDANTS UNOPPOSED MOTION TO FILE DOCUMENTS UNDER SEAL

Pursuant to Central District Local Rule 79-5.1, Defendants move to have documents produced for *in camera* inspection pursuant to the Court's May 25, 2012 Order (Docket 439) placed under seal.

On May 25, 2012 this Court ordered certain documents produced for *in camera* inspection. These documents were: (1) a November 17, 2001 email from Mr. Toberoff to Michael Siegel; (2) unredacted versions of Mr. Bulson's billing records and calendars; (3) a November 2, 2002 letter from Laura Siegel Larson to Michael Siegel. Declaration of Pablo Arredondo ("Arredondo Decl.") at ¶2. With the exception of Mr. Bulson's calendars, which are not in Defendants' possession (Arredondo Decl. at ¶5), these documents are attached to this application as Exhibits A-C. Arredondo Decl. at ¶¶3-4, 6.

Defendants request that this application be granted.

RESPECTFULLY SUBMITTED,

/s/ Marc Toberoff
_____

Dated: June 1, 2012

Marc Toberoff
TOBEROFF AND ASSOCIATES, P.C.
Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel