| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #097802) |
| | dpetrocelli@omm.com |
| 2 | MATTHEW T. KLINE (S.B. #211640) |
| | mkline@omm.com |
| 3 | CASSANDRA L. SETO (S.B. #246608) |
| | cseto@omm.com |
| 4 | O'MELVENY & MYERS LLP |
| | 1999 Avenue of the Stars, 7th Floor |
| 5 | Los Angeles, CA 90067-6035 |
| | Telephone: (310) 553-6700 |
| 6 | Facsimile: (310) 246-6779 |

Attorneys for Plaintiff DC Comics

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS, | Case No. CV 10-3633 ODW (RZx) |
| Plaintiff, | **DISCOVERY MATTER** |
| v. | **STIPULATION TO TREAT PORTIONS OF THE OCTOBER 2, 2004, EMAIL AS CONFIDENTIAL** |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive, | [PROPOSED] ORDER FILED CONCURRENTLY HEREWITH |
| | Hon. Otis D. Wright II |
| | Complaint filed: May 14, 2010 |
| | Trial Date: None Set |
| Defendants. | |

MARC TOBEROFF (S.B. #188547)
 mtoberoff@ipwla.com
PABLO ARREDONDO (S.B. #24142)
 parredondo@ipwla.com
TOBEROFF & ASSOCIATES, P.C.
22337 Pacific Coast Highway, #348
Malibu, CA 90256
Telephone:   (310) 246-3333
Facsimile:    (310) 246-3101

Attorneys for Laura Siegel Larson,
Mark Warren Peary, and Jean Peavy

1  The parties, by and through their respective counsel of record, hereby
2  stipulate and agree as follows:
3  WHEREAS, three copies of an e-mail from Laura Siegel Larson to Marc
4  Toberoff dated October 2, 2004 were produced by defendants pursuant to the
5  Court's May 8, 2012 Order (Docket No. 424), bates-stamped SD00172-75,
6  SD00311-14, and SD00607-10.
7  WHEREAS, the parties agree that the October 2 e-mail contains sensitive
8  medical information and that those portions of the e-mail redacted in Exhibit A
9  attached hereto qualify as such and should be kept confidential.
10  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that,
11  subject to the Court's approval, the parties will treat the portions of the October 2 e-
12  mail redacted in Exhibit A as "Confidential" pursuant to the protective order issued
13  in *Siegel et al. v. Time Warner Inc. et al.*, 2:04-cv-08776-ODW-RZ.  Absent
14  significantly changed circumstances (e.g., defendants' voluntary disclosure
15  hereafter of the contents of the redacted portions of the October 2 e-mail), the
16  parties will not challenge these confidentiality designations or redactions.

18  Dated:  June 11, 2012          O'MELVENY & MYERS LLP
19                                  By:  ___/s Matthew Kline___
20                                       Matthew T. Kline

21  Dated:  June 11, 2012          TOBEROFF & ASSOCIATES, P.C.
22                                  By:  ___/s Marc Toberoff___
23                                       Marc Toberoff

- 1 -  STIP. TO TREAT PORTIONS OF OCT. 2, 2004 E-MAIL AS CONFIDENTIAL