

Ya___. Mail - mtoberoff@ipwla.com          **REDACTED**                    Page 1 of 4

# YAHOO! SMALL BUSINESS
*Email*

Small Business Home - Yahoo! - Help

Mail ▾ | Addresses ▾ | Calendar ▾ | Notepad ▾          mtoberoff@ipwla.com [Sign-Out]

Check Mail | Compose | Search Mail          Mail Options [ Manage My Services ]

**Mail Accounts**

ipwla.com
yahoo.com

**Folders** [Add - Edit]

Inbox (2)
Draft
Sent
Bulk [Empty]
Trash [Empty]

Previous | Next | Back to Messages          Printable View - Full Headers

Delete | Reply ▾ | Forward ▾ | Spam | Move... ▾

This message is not flagged. [ Flag Message - Mark as Unread ]

**From:** Mistylight3@cs.com  ⚑ Add to Address Book
**Date:** Sat, 2 Oct 2004 17:56:10 EDT
**Subject:** S
**To:** MToberoff@ipwla.com

10/2/04

Dear Marc,

To understand why I am writing instead of engaging in what would no doubt be a lengthy and draining phone conversation you need to understand something.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Several days worth of long phone calls over this matter culminating in the three hour conference call with you the other day ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ That is why I rely so heavily on emails whenever possible-- both with you and my other attorneys. I could not answer nor talk to you on the phone since Wednesday and had to leave the talking to George and my mom. ▓▓▓▓▓▓▓▓▓▓▓

You seemed highly offended that I would not stay on the phone with you when I ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ I only answered the phone because I was expecting a call from my son at that moment. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ I won't go into the other ways I have been suffering. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ -working all night on this legal matter and other aspects of my life. When I say to someone ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ If the person does not listen, I have to end the conversation immediately. I am a single mother raising two children under very difficult circumstances and ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Since you are someone who has always been blessed with good health, I'm sure it is hard for you to truly understand the difficulties I face but I must insist that you respect my need to set boundaries to protect my health.

Q 0172

Privileged and Confidential (per May 10, 2012 Order)
All Rights Reserved

http://01.mail.yahoo.com/ym/ipwla.com/ShowLetter?MsgId=6382_1233482_51451_1058...  10/2/2004

SD 00172

**EXHIBIT A-2**

████████████████████████████████████ due to the negotiations over
the fee agreement. I was planning to send you an email last night but I had to
drop everything and go over to my mother's apartment to assist her. ████████

and we are both ████████████████████████████████ over business
will have on her. Business is important but so is our health and that has to
come first.

You have asked us to tell you what we object to and that's what I'm going to
do. As you know, your bulldog-like manner and lack of compassion for my
mother and me over genuine concerns we had involving the fee agreement left
us feeling that after two years you really don't understand us at all. On the one
hand you said the arrangement was negotiable. On the other hand, until talks
broke down, you rejected just about everything we attempted to negotiate. In
your latest email you have taken the condescending attitude that we have no
knowledge of contingency agreements which is insulting and untrue. We have
had two previous contingency agreements with firms--most recently with
Ramer--and the negotiations with those firms were never as contentious as the
one you have engaged us in. Both firms were willing to take our needs and
desires into account and the firms incorporated our desires into the agreements
without applying a "rule of thumb" (as you have) that was counter to our
wishes. The litigation agreement my father had with Coudert Bros. was at a
smaller percentage and the firm advanced all costs. When the litigation was
not successful they did not ask for nor were they reimbursed any of the costs
they advanced. Ramer's 5% fee agreement specifically exempted medical,
dental and life insurance policies and also exempted my mother's income from
any fees. We have learned by past experience that there are all kinds of
contingency agreements which take the specific needs of the client and firm
into account, so for you to insist that we must follow unacceptable aspects of
what you call "a standard agreement" from firms that we are not employing is
something we are not willing to do.

Another concern is on the same day that you told me that you had not started
work on the Complaint that was going to be filed on Friday, you told my mother
you had "sort of" started and told George that you had begun work on it. At one
point you said you would have it ready to file on Friday and in another
conversation you said you might not. This was before George told you to put
everything on hold. Within the course of a few hours, you gave all three of us
different answers to the same questions. Wouldn't that make you uneasy if you
were in our shoes? Isn't that inconsistent with saying that you care about us so
much that you will always keep us fully informed and disclose everything to us
promptly and accurately? You were not behaving like Paul Levitz, you had
turned into John Schulman. We do not need another Schulman in our lives.
Your behavior over the fee agreement had a very negative effect on the health
of my mother and me. We have serious concerns that if we give you a second
chance, the negative aspects of your behavior will keep reappearing and be
directed at us when you're under stress, in the heat of litigation, or that you will
constantly bring up the disagreement we've had over the fee agreement. That
is a dealbreaker for us. If we are going to go forward together, you must not
rehash this matter over and over. If you bring it up, I will politely ask you to
stop. If you persist, I will have to curtail the conversation.

You have apologized for your behavior the other day and say you want to make
things right. You have told my mom that we should tell you what needs to be
changed in the fee agreement and you will make those changes. We are
willing to give you a second chance if you make the following changes. They
are non-negotiable.

1. No fee percentage will be charged for medical, dental or life insurance under
any circumstances. [My mother has received benefits for years and Time

Q 0173

Privileged and Confidential (per May 10, 2012 Order)
All Rights Reserved

http://us.f01.mail.yahoo.com/ym/ipwla.com/ShowLetter?MsgId=6382_1233482_51451_1058...   10/2/2004

SD 00173

**EXHIBIT A-3**

Yahoo! Mail - mtoberoff@ipwla.com    **REDACTED**    Page 3 of 4

Warner has repeatedly agreed to give them to Michael, me and even my children. They will not withhold these in any settlement or judgment and it will not require any genuine work on your part to obtain them. My mother says you have already agreed to this.]

2. No fee percentage will be charged for my mother's guaranteed income and annual cost of living increases under any circumstances. [Your percentage already generously compensates you for work on this case that would bring you enormous fees. To ask for a cut of this under any circumstance is particularly onerous to my mother and me. You should know that John Schulman was incorrect in his meeting with you when he said her income could be stopped because of action regarding copyright. The letter to my mom from Martin Payson, former General Counsel, only stated one condition under which Time Warner would stop the income during her lifetime€"if she asked for the income to be continued beyond her lifetime. In other words, if she asked them to give the income to me or my children after she was gone, they would terminate payments to her.]

3. No fee percentage will be charged for the $250,000 advance under any circumstances. [Once again, your percentage already generously compensates you for work on this case that would bring you enormous fees. John has already promised to forgive this advance twice€"in negotiations with Ramer and in the bogus deal recently offered to us through Ari. No genuine work on your part should be necessary. To ask for a cut of this under any circumstance is particularly annoying to my mother and me. We do not want to be nickle and dimed on this issue.]

4. If the Firm is discharged, costs advanced will be paid within 90 days of the notification that the Firm has been discharged. [We would need time to get the money to pay these costs.]

The following language in your last draft of the fee agreement concerning awards of fees and costs is acceptable:
"Any attorney's fees awarded by the Court, pursuant to statute or contract, in connection with the subject matter of this representation, shall be paid to the Firm and shall be applied against the fee obligation under this Agreement but shall not discharge nor limit Client's fee obligation under this Agreement. Any Costs awarded by the Court, in connection with the subject matter of this representation, shall be paid to the Firm and shall be applied against the Client's obligation to reimburse the Firm's Costs under this Agreement but shall not discharge nor limit Client's Cost reimbursement obligation under this Agreement."

The language of page 1, Item 3, "General Responsibilities of Attorney and Client" should read: "It will be the Firm's responsibility to perform the legal services reasonably required in connection with the full prosecution *and defense* of the Claims" to be consistent with the Scope of Engagement paragraph.

If you agree to the above and can write and file the Complaint a few days before the October 12th deadline, make the appropriate changes to the fee agreement and send it to us today for our review. ████████████

████████████████████████ ██████ ██ ██ ████ . This should not, however, prevent us from reaching an agreement with George's help and, if things are resolved, for you to move forward. When we are ready to meet, and in the future, we do not wish to rehash this. If we come to an

Q 0174

Privileged and Confidential (per May 10, 2012 Order)
All Rights Reserved

http://b1.mail.yahoo.com/ym/ipwla.com/ShowLetter?MsgId=6382_1233482_51451_1058...    10/2/2004

SD 00174

**EXHIBIT A-4**

agreement on the above, let us get on with business and put our problems
behind us.

Your most recent email did not say anything about John Schulman. Please let
us know what he had to say.

Laura

| Delete | Reply ∨ | Forward ∨ | Spam | Move... ∨ |

Previous | Next | Back to Messages                                    Save Message Text

| Check Mail | Compose | Search Mail |            Mail Options [ Manage My Services ]

Copyright © 1994-2004 Yahoo! Inc. All rights reserved. Terms of Service - Copyright Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

Q 0175

Privileged and Confidential (per May 10, 2012 Order)
All Rights Reserved
http://b1.mail.yahoo.com/ym/ipwla.com/ShowLetter?MsgId=6382_1233482_51451_1058...    10/2/2004

SD 00175

**EXHIBIT A-5**