DANIEL M. PETROCELLI (S.B. #097802)
   dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
   mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
   cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:   (310) 553-6700
Facsimile:    (310) 246-6779

Attorneys for Plaintiff DC Comics

(continued on next page)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>                    Plaintiff,<br><br>          v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO TREAT PORTIONS OF THE OCTOBER 2, 2004 EMAIL AS CONFIDENTIAL**<br><br>Hon. Otis D. Wright II<br>Hon. Ralph Zarefsky<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MARC TOBEROFF (S.B. #188547)
  mtoberoff@ipwla.com
PABLO D. ARREDONDO (S.B. #241142)
  parredondo@ipwla.com
TOBEROFF & ASSOCIATES, P.C.
22337 Pacific Coast Highway, #348
Malibu, CA 90256
Telephone:   (310) 246-3333
Facsimile:    (310) 246-3101

Attorneys for Laura Siegel Larson,
Mark Warren Peary, and Jean Peavy

[PROPOSED] ORDER RE: STIPULATION TO
TREAT PORTIONS OF OCTOBER 2, 2004
EMAIL AS CONFIDENTIAL

The Court, having reviewed and considered the parties' stipulation dated June 11, 2012 to treat portions of the October 2, 2004 email as confidential, and good cause appearing, hereby APPROVES the parties' stipulation.

IT IS SO ORDERED.

Dated: _____

                                          Hon. Ralph Zarefsky
                         United States Magistrate Judge

[PROPOSED] ORDER RE: STIPULATION TO
TREAT PORTIONS OF OCTOBER 2, 2004
EMAIL AS CONFIDENTIAL