DANIEL M. PETROCELLI (S.B. #97802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone:  (310) 553-6700
Facsimile:   (310) 246-6779

PATRICK T. PERKINS (admitted pro hac vice)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone:  (845) 265-2820
Facsimile:   (845) 265-2819

Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. CV-10-3633 ODW (RZx)<br><br>**UNOPPOSED APPLICATION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DC COMICS PURSUANT TO L.R. 83-2.9.2.1**<br><br>[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH<br><br>**Judge**: Hon. Otis D. Wright II<br>**Magistrate**: Hon. Ralph Zarefsky |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Patrick T. Perkins, counsel for plaintiff DC Comics, hereby applies pursuant to Local Rule 83-2.9.2.1 for leave to withdraw as counsel of record for DC Comics in the above-entitled action, as Mr. Perkins is leaving the private practice of law. Daniel M. Petrocelli of O'Melveny & Myers LLP will continue to serve as lead counsel for DC Comics in this action, and DC Comics is also represented by Matthew T. Kline and Cassandra L. Seto of O'Melveny & Myers LLP.

This application is made pursuant to Local Rule 83-2.9.2.1 and is based on this application, the attached memorandum of points and authorities, and the attached declaration of Mr. Perkins.

Dated: June 13, 2012           Respectfully Submitted,

                               By: /s/Patrick T. Perkins
                                   Patrick T. Perkins
                                   Attorney for Plaintiff DC Comics

Patrick T. Perkins respectfully submits this application for leave to withdraw as counsel of record for DC Comics in the above-entitled action, as Mr. Perkins is leaving the private practice of law. Daniel M. Petrocelli of the law firm O'Melveny & Myers LLP is the lead attorney representing DC Comics in this action. DC Comics will continue to be represented by Mr. Petrocelli, as well as Matthew T. Kline and Cassandra L. Seto of O'Melveny & Myers LLP.

Pursuant to Local Rule 83-2.9.2.1, Mr. Perkins has given written notice of this application to DC Comics and counsel for defendants, Marc Toberoff of Toberoff & Associates, P.C. and Richard Kendall of Kendall Brill & Klieger LLC. Mr. Toberoff and Mr. Kendall have not responded with any objection to this application. Declaration of Patrick Perkins ¶¶ 2-3.

Mr. Perkins respectfully requests that this Court enter an order granting leave to withdraw as counsel for DC Comics.

Dated: June 13, 2012

Respectfully Submitted,

By: /s/Patrick T. Perkins
Patrick T. Perkins
Attorney for Plaintiff DC Comics

## DECLARATION OF PATRICK T. PERKINS

I, Patrick T. Perkins, declare and state as follows:

1. I am an attorney licensed to practice in the State of New York and admitted *pro hac vice* to this Court. I am a counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in connection with the foregoing Unopposed Application For Leave To Withdraw As Counsel for DC Comics Pursuant To L.R. 83-2.9.2.1. I have personal knowledge of the matters set forth in this declaration.

2. Attached hereto as Exhibit A is a true and correct copy of an e-mail I sent to counsel for defendants on June 11, 2012.

3. As of the filing of this Application, counsel for defendants have not asserted that they oppose my withdrawal.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 13th day of June 2012 at Los Angeles, California.

/s/ Patrick T. Perkins
Patrick T. Perkins

# EXHIBIT A

## Patrick Perkins

**From:** Patrick Perkins [pperkins@ptplaw.com]
**Sent:** Monday, June 11, 2012 5:11 PM
**To:** 'Marc Toberoff'; 'rkendall@kbkfirm.com'; 'Keith Adams'
**Cc:** 'Petrocelli, Daniel'; 'Kline, Matthew'; 'Seto, Cassandra'
**Subject:** Superman Cases

Counsel,

I will be filing motions with the district court and Ninth Circuit seeking leave to withdraw as counsel of record for DC Comics and the Warner entities in *Larson v. Warner Bros. Entm't Inc.*, C.D. Cal. Case No. CV-04-8400; *Larson v. Time Warner Inc.*, C.D. Cal. Case No. CV-04-8776; *DC Comics v. Pacific Pictures Corp.*, C.D. Cal. Case No. CV-10-3633; *Larson v. Warner Bros. Entm't Inc.*, Ninth Circuit Appeal Nos. 11-55863, 11-56034; and *Pacific Pictures Corp. v. DC Comics*, Ninth Circuit Appeal No. 11-56934. Daniel Petrocelli of O'Melveny & Myers LLP will continue to serve as lead counsel for DC Comics and the Warner entities in those proceedings.

Please let me know by the end of business tomorrow, June 12, 2012, whether you will oppose these motions so that I may notify the courts.

Best,

Patrick T. Perkins
Perkins Law Office, PC
1711 Route 9D
Cold Spring, New York 10516
Tel: (845) 265-2820
Fax: (845) 265-2819
e-mail: pperkins@ptplaw.com

CONFIDENTIALITY NOTICE: The information in this electronic mail transmission is confidential, intended only for the named recipient(s), and may contain information that is privileged, attorney work product, or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender at (845) 265-2820 and delete this email message from your computer.