DANIEL M. PETROCELLI (S.B. #97802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone:  (310) 553-6700
Facsimile:  (310) 246-6779

PATRICK T. PERKINS (admitted pro hac vice)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone:  (845) 265-2820
Facsimile:  (845) 265-2819

Attorneys for Plaintiff DC Comics

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>             Plaintiff,<br><br>      v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>             Defendants. | Case No. CV-10-3633 ODW (RZx)<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED APPLICATION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DC COMICS PURSUANT TO L.R. 83-2.9.2.1**<br><br>**Judge**: Hon. Otis D. Wright II<br>**Magistrate**: Hon. Ralph Zarefsky |

[PROPOSED] ORDER
GRANTING APPLICATION
FOR LEAVE TO WITHDRAW

1 | For good cause shown, IT IS HEREBY ORDERED that the Unopposed Application For Leave To Withdraw As Counsel For DC Comics Pursuant to L.R.83-2.9.2.1 is granted.  Patrick T. Perkins is hereby relieved as counsel for plaintiff DC Comics in the above-entitled action.

IT IS SO ORDERED.

Dated: _____

Honorable Otis D. Wright
Judge, United States District Court