DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:   (310) 553-6700
Facsimile:    (310) 246-6779

Attorneys for Plaintiff DC Comics

(continued on next page)

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>        Plaintiff,<br><br>        v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO TREAT PORTIONS OF THE OCTOBER 2, 2004 EMAIL AS CONFIDENTIAL**<br><br>Hon. Otis D. Wright II<br>Hon. Ralph Zarefsky<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set |

1

2   MARC TOBEROFF (S.B. #188547)
      mtoberoff@ipwla.com
3   PABLO D. ARREDONDO (S.B. #241142)
      parredondo@ipwla.com
4   TOBEROFF & ASSOCIATES, P.C.
    22337 Pacific Coast Highway, #348
5   Malibu, CA 90256
    Telephone:   (310) 246-3333
6   Facsimile:    (310) 246-3101

7

8   Attorneys for Laura Siegel Larson,
    Mark Warren Peary, and Jean Peavy
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE: STIPULATION TO
TREAT PORTIONS OF OCTOBER 2, 2004
EMAIL AS CONFIDENTIAL

1    The Court, having reviewed and considered the parties' stipulation dated

2    June 11, 2012 to treat portions of the October 2, 2004 email as confidential, and

3    good cause appearing, hereby APPROVES the parties' stipulation.

4    IT IS SO ORDERED.

5

6    Dated:  June 14, 2012

7    _____

8                                                    Hon. Ralph Zarefsky

9                                                    United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -