# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-03633-ODW (RZx) | Date | June 14, 2012 |
|---|---|---|---|
| Title | *DC Comics v. Pacific Pictures Corporation, et al.* | | |

| Present: The Honorable | **RALPH ZAREFSKY, UNITED STATES MAGISTRATE JUDGE** |
|---|---|

| Mel Zavala | CS 6-14-12 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present (Via Telephone) for Plaintiffs: | Attorneys Present ( Via Telephone) for Defendants: |
|---|---|
| Daniel Petrocelli<br>Matthew Kline | Marc Toberoff |

**Proceedings:** TELEPHONIC CONFERENCE

Telephonic conference held. Court states that his step-daughter has a summer internship with the legal department of Warner Brothers. Court declines to self-recuse, and invites comments from counsel. Counsel for Plaintiff state that they do not have a problem with the Court's continuing. Counsel for Defendants will confer will clients and will contact the Court and opposing counsel by no later than Monday, June 18, 2012 with Defendants' position.

|  | : | 05 |
|---|---|---|
|  | Initials of Preparer | MZ |