# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 10-03633-ODW (RZx) | Date | June 14, 2012 |
| Title | *DC Comics v. Pacific Pictures Corporation, et al.* | | |

Present: The Honorable  **RALPH ZAREFSKY, UNITED STATES MAGISTRATE JUDGE**

| Mel Zavala | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present (Via Telephone) for Defendants: |
| | Marc Toberoff |

**Proceedings:**   FOLLOW-UP TO TELEPHONE CONFERENCE

Marc Toberoff, counsel for Defendants, has contacted the Court's clerk via telephone, and stated that he has conferred with his clients following the Court's disclosure that the Court's step-daughter has a summer internship with the legal department of Warner Brothers, and that Defendants have no problem with the Court's continuing on the case.

:

Initials of Preparer   MZ