Marc Toberoff (S.B. #188547)
 *mtoberoff@ipwla.com*
Keith G. Adams (S.B. #240497)
 *kgadams@ipwla.com*
Pablo D. Arredondo (S.B. #241142)
 *parredondo@ipwla.com*
TOBEROFF & ASSOCIATES, P.C.
22337 Pacific Coast Highway, #348
Malibu, California 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

Attorneys for Defendants Mark Warren Peary, Jean Peavy, and Laura Siegel Larson

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION UNDER L.R. 79-5.1 TO HAVE DOCUMENTS PRODUCED FOR *IN CAMERA* INSPECTION PURSUANT TO THE COURT'S MAY 25, 2012 ORDER FILED UNDER SEAL<br><br>**Judge**:　　Hon. Otis D. Wright II<br>**Magistrate**:　Hon. Ralph Zarefsky<br><br>**Complaint Filed**: May 14, 2010<br>**Trial Date**:　　None Set |



1   For the reasons set forth in Defendants' Unopposed Application Under L.R.
2   79-5.1 To Have Documents Produced for *In Camera* Inspection Pursuant To The
3   Court's May 25, 2012 Order placed under seal, and for good cause shown:
4   IT IS HEREBY ORDERED that Exhibits A-C of Defendants' Application
5   Under L.R. 79-5.1 To Have Documents Produced for *In Camera* Inspection
6   Pursuant To The Court's May 25, 2012 Order shall be filed under seal.

8   IT IS SO ORDERED.

11  Dated: June 20, 2012

        _____
        Honorable Ralph Zarefsky
        Magistrate Judge, United States District Court