DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:  (310) 553-6700
Facsimile:   (310) 246-6779

Attorneys for Plaintiff DC Comics

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>              Plaintiff,<br><br>     v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>              Defendants. | Case No. CV 10-03633 ODW (RZx)<br><br>**DECLARATION OF JASON H. TOKORO IN SUPPORT OF DC COMICS' MOTION FOR PARTIAL REVIEW, PURSUANT TO FED. R. CIV. P. 72(A) AND L.R. 72-2.1, OF MAGISTRATE'S JUNE 21, 2012, ORDER**<br><br>**Judge**:         Hon. Otis D. Wright II<br>**Magistrate**:  Hon. Ralph Zarefsky<br><br>**Hearing Date**:  Aug. 6, 2012<br>**Hearing Time**:  1:30 p.m.<br>**Courtroom**:       11 |

# DECLARATION OF JASON H. TOKORO

I, Jason H. Tokoro, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am an associate at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in support of DC Comics' Motion For Partial Review, Pursuant to Fed. R. Civ. P. 72(a) and L.R. 72-2.1, Of Magistrate's June 21, 2012, Order. I have personal knowledge of the matters set forth in this declaration.

2. Attached hereto as Exhibit A is a true and correct copy of a letter from Laura Siegel Larson to Michael Siegel dated November 2, 2002.

3. Attached hereto as Exhibit B is a true and correct copy of Renner, Otto, Boieselle & Sklar, LLP's billing entries for the firm's representation of Michael Siegel, produced by defendants pursuant to Judge Zarefsky's June 21, 2012, order and bates-labeled EOMS 00183-EOMS 00214.

4. Attached hereto as Exhibit C is a true and correct copy Reply Brief Of Cross-Appellants And Appellees Warner Bros. Entertainment Inc. And DC Comics, filed in *Siegel v. Warner Bros. Entmt.*, Appeal Nos. 11-55863, 11-56034, on June 19, 2012.

5. Attached hereto as Exhibit D is a true and correct copy of an email exchange between counsel for DC and counsel for defendants dated May 29 through June 27, 2012.

6. Attached hereto as Exhibit E is a true and correct copy of a letter from my colleague Matthew T. Kline to counsel for defendants dated June 25, 2012.

7. Attached hereto as Exhibit F is a true and correct copy of a letter from Pablo Arredondo to Mr. Kline dated June 29, 2012.

8. Attached hereto as Exhibit G is a true and correct copy of an email from Mr. Kline to Mr. Arredondo dated July 2, 2012.

1  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 5th day of July, 2012, at Los Angeles, California.

           /s/ Jason H. Tokoro
           Jason H. Tokoro