1  DANIEL M. PETROCELLI (S.B. #097802)
      dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
      mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
      cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA  90067-6035
   Telephone:  (310) 553-6700
6  Facsimile:   (310) 246-6779

7  Attorneys for Plaintiff DC Comics

8

                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11  DC COMICS,                          Case No. CV 10-03633 ODW (RZx)

                Plaintiff,              **[PROPOSED] ORDER GRANTING**
12                                      **DC COMICS' MOTION FOR**
           v.                           **PARTIAL REVIEW,  PURSUANT**
13                                      **TO FED. R. CIV. P. 72(A) AND**
    PACIFIC PICTURES                    **L.R. 72-2.1, OF MAGISTRATE'S**
14  CORPORATION, IP WORLDWIDE,          **JUNE 21, 2012, ORDER**
    LLC, IPW, LLC, MARC TOBEROFF,
15  an individual, MARK WARREN          **Judge**:      Hon. Otis D. Wright II
    PEARY, as personal representative of **Magistrate**:  Hon. Ralph Zarefsky
16  the ESTATE OF JOSEPH SHUSTER,
    JEAN ADELE PEAVY, an individual,
17  LAURA SIEGEL LARSON, an             **Hearing Date**:   Aug. 6, 2012
    individual and as personal          **Hearing Time**:   1:30 p.m.
18  representative of the ESTATE OF      **Courtroom**:      11
    JOANNE SIEGEL, and DOES 1-10,
19  inclusive,

20              Defendants.

21

22

23

24

25

26

27

28

1      Good cause appearing, IT IS HEREBY ORDERED that plaintiff DC

2  Comics' Motion For Partial Review, Pursuant to Fed. R. Civ. P. 72(a) and L.R. 72-

3  2.1, Of Magistrate's June 21, 2012, Order is GRANTED; and:

4      Defendants are ordered to produce to DC  by no later than August 13, 2012,

5  an unredacted copy of the November 17, 2001, email from defendant Marc

6  Toberoff to Michael Siegel identified as Entry No. 339 of the Privilege Log of

7  Bulson Archive, Docket No. 362-2 at 309.

8  IT IS SO ORDERED.

9

10  Dated: _____           _____

11                              Honorable Otis D. Wright II
                                Judge, United States District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING DC'S
MOT. FOR PARTIAL REVIEW OF ORDER