1  DANIEL M. PETROCELLI (S.B. #097802)
   dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
   mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
   cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA 90067-6035
   Telephone: (310) 553-6700
6  Facsimile: (310) 246-6779

7  Attorneys for Plaintiff DC Comics

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  DC COMICS,<br>11              Plaintiff,<br>12       v.<br>13  PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br>19              Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**NOTICE OF MISTAKEN HEARING REGARDING DC COMICS' MOTION FOR PARTIAL REVIEW, PURSUANT TO FED. R. CIV. P. 72(A) AND L.R. 72-2.1, OF MAGISTRATE'S JUNE 21, 2012, ORDER**<br><br>**Judge**: Hon. Otis D. Wright II<br>**Magistrate**: Hon. Ralph Zarefsky<br><br>**Hearing Date**: Aug. 6, 2012<br>**Hearing Time**: 1:30 p.m.<br>**Courtroom**: 11 |

On July 5, 2012, DC Comics filed DC Comics' Notice Of Motion And Motion For Partial Review, Pursuant To Fed. R. Civ. P. 72(a) And L.R. 72-2.1, Of Magistrate's June 21, 2012, Order (the "Motion"). Docket No. 455. During the filing process, the Motion was inadvertently set for hearing on August 6, 2012, at 1:30 p.m., before Magistrate Judge Ralph Zarefsky. The Motion should be set for hearing on August 6, 2012, at 1:30 p.m., before Judge Otis D. Wright.

Dated: July 6, 2012          Respectfully Submitted,

By: /s/ Daniel M. Petrocelli
     Daniel M. Petrocelli

NOTICE OF MISTAKEN HEARING RE: DC'S MOT. FOR PARTIAL REVIEW