DANIEL M. PETROCELLI (S.B. #097802)
dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Attorneys for Plaintiff DC Comics

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. CV 10-03633 ODW (RZx)<br><br>[~~PROPOSED~~] ORDER GRANTING DC COMICS' MOTION FOR PARTIAL REVIEW, PURSUANT TO FED. R. CIV. P. 72(A) AND L.R. 72-2.1, OF MAGISTRATE'S JUNE 21, 2012, ORDER<br><br>**Judge**:　　Hon. Otis D. Wright II<br>**Magistrate**:　Hon. Ralph Zarefsky<br><br>**Hearing Date**:　Aug. 6, 2012<br>**Hearing Time**:　1:30 p.m.<br>**Courtroom**:　　11 |

1    Good cause appearing, IT IS HEREBY ORDERED that plaintiff DC Comics' Motion For Partial Review, Pursuant to Fed. R. Civ. P. 72(a) and L.R. 72-2.1, Of Magistrate's June 21, 2012, Order is GRANTED; and:

     Defendants are ordered to produce to DC by no later than August 13, 2012, an unredacted copy of the November 17, 2001, email from defendant Marc Toberoff to Michael Siegel identified as Entry No. 339 of the Privilege Log of Bulson Archive, Docket No. 362-2 at 309.

IT IS SO ORDERED.

Dated: 7/16/12

_____
Honorable Otis D. Wright II
Judge, United States District Court