DANIEL M. PETROCELLI (S.B. #097802)
 dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
 mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
 cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Attorneys for Plaintiff DC Comics

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DECLARATION OF DANIEL M. PETROCELLI IN SUPPORT OF DC COMICS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON ITS FIRST AND THIRD CLAIMS FOR RELIEF**<br><br>Hon. Otis D. Wright II<br><br>**Hearing Date**:  Aug. 20, 2012<br>**Hearing Time**:  1:30 p.m.<br>**Courtroom**:  11 |

# DECLARATION OF DANIEL M. PETROCELLI

I, Daniel M. Petrocelli, declare and state:

1.  I am a partner at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in support of DC Comics' Motion For Partial Summary Judgment On Its First And Third Claims For Relief. I have personal knowledge of the matters set forth in this declaration, and if called to testify to the facts stated herein, I could and would do so competently.

2.  Attached hereto as Exhibit 1 is a true and correct copy of an agreement signed by Jerome Siegel, Joseph Shuster and DC, dated December 4,1937.

3.  Attached hereto as Exhibit 2 is a true and correct copy of an agreement signed by Jerome Siegel, Joseph Shuster and DC's predecessor in interest, dated March 1, 1938. (When referring to DC's predecessors, I refer to "DC" throughout this declaration for simplicity.)

4.  Attached hereto as Exhibit 3 is a true and correct copy of an agreement signed by Jerome Siegel, Joseph Shuster and DC, dated September 22, 1938.

5.  Attached hereto as Exhibit 4 is a true and correct copy of an agreement signed by DC and the McClure Newspaper Syndicate dated September 22, 1938.

6.  Attached hereto as Exhibit 5 is a true and correct copy of a letter from J.S. Liebowitz to Jerome Siegel, dated September 28, 1938.

7.  Attached hereto as Exhibit 6 is a true and correct copy of an agreement signed by Jerome Siegel, Joseph Shuster and DC, dated December 19, 1939.

8.  Attached hereto as Exhibit 7 is a true and correct copy of an article titled "Up, Up And Awa-a-y! The Rise of Superman, Inc." from *The Saturday Evening Post*, dated June 21, 1941.

9.  Attached hereto as Exhibit 8 is a true and correct copy of a Certificate of Registration for A Claim to Renewal Copyright for Action Comics No. 1.

10. Attached hereto as Exhibit 9 is a true and correct copy of the

1  Complaint in *Siegel v. National Comics Pubs., Inc.*, No. 1099-1947 (N.Y. Sup. Ct.)
2  (the "Westchester Action").
3      11.    Attached hereto as Exhibit 10 is a true and correct copy of the referee's
4  Findings of Fact and Conclusions of Law in the Westchester Action, dated April
5  12, 1948.
6      12.    Attached hereto as Exhibit 11 is a true and correct copy of the
7  Stipulation filed in the Westchester Action, dated May 19, 1948.
8      13.    Attached hereto as Exhibit 12 is a true and correct copy of the Final
9  Judgment issued in the Westchester Action, dated May 21, 1948.
10     14.    Attached hereto as Exhibit 13 is a true and correct copy of an affidavit
11 signed by Jerome Siegel in in *Siegel v. National Periodical Publications, Inc*., 364
12 F. Supp. 1032 (S.D.N.Y. 1973) ("National"), dated March 1, 1973.
13     15.    Attached hereto as Exhibit 14 is a true and correct copy of an affidavit
14 signed by Joseph Shuster in National and dated March 7, 1973.
15     16.    Attached hereto as Exhibit 15 is a true and correct copy of an
16 agreement signed by Jerome Siegel, Joseph Shuster, and Jay Emmett on behalf of
17 Warner Communications Inc. dated December 23, 1975.
18     17.    Attached hereto as Exhibit 16 is a true and correct copy of a letter
19 signed by Joseph Shuster, dated November 12, 1978.
20     18.    Attached hereto as Exhibit 17 is a true and correct copy of a letter from
21 Martin D. Payson to Joseph Shuster, dated August 8, 1988.
22     19.    Attached hereto as Exhibit 18 is a true and correct copy of a letter from
23 Martin D. Payson to Joanne Siegel, dated March 12, 1990.
24     20.    Attached hereto as Exhibit 19 is a true and correct copy of a letter from
25 Martin D. Payson to Joanne Siegel, dated March 5, 1991.
26     21.    Attached hereto as Exhibit 20 is a true and correct copy of a death
27 certificate for Joseph Shuster, dated August 11, 1992.
28

PETROCELLI DECL. RE: DC'S
MOT. FOR PARTIAL SUMM. J.

1    22.   Attached hereto as Exhibit 21 is a true and correct copy of the affidavit of Jean Peavy dated August 17, 1992.

23.   Attached hereto as Exhibit 22 is a true and correct copy of a letter from Jean Peavy to Marty Payson dated August 21, 1992.

24.   Attached hereto as Exhibit 23 is a true and correct copy of a letter from Marty Payson to Jean Peavy dated September 8, 1992.

25.   Attached hereto as Exhibit 24 is a true and correct copy of an agreement signed by Frank Shuster, Jean Peavy, and Paul Levitz on behalf of DC Comics dated October 2, 1992.

26.   Attached hereto as Exhibit 25 is a true and correct copy of excerpts from a Notice of Termination of Transfer Covering Extended Renewal term for "Superman" dated April 3, 1997, regarding the March 31, 1938, grant.

27.   Attached hereto as Exhibit 26 is a true and correct copy of excerpts from a Notice of Termination of Transfer Covering Extended Renewal term for "Superman" dated April 3, 1997, regarding the December 4, 1937, agreement.

28.   Attached hereto as Exhibit 27 is a true and correct copy of excerpts from a Notice of Termination of Transfer Covering Extended Renewal term for "Superman" dated April 3, 1997, regarding the September 22, 1938, agreement with DC.

29.   Attached hereto as Exhibit 28 is a true and correct copy of excerpts from a Notice of Termination of Transfer Covering Extended Renewal term for "Superman" dated April 3, 1997, regarding the September 22, 1938, agreement with McClure Newspaper Syndicate.

30.   Attached hereto as Exhibit 29 is a true and correct copy of excerpts from a Notice of Termination of Transfer Covering Extended Renewal term for "Superman" dated April 3, 1997, regarding the 1948 Stipulation.

31.   Attached hereto as Exhibit 30 is a true and correct copy of excerpts from a Notice of Termination of Transfer Covering Extended Renewal term for

PETROCELLI DECL. RE: DC'S
MOT. FOR PARTIAL SUMM. J.

1  "Superman" dated April 3, 1997, regarding the December 19, 1939, agreement.

2      32.    Attached hereto as Exhibit 31 is a true and correct copy of excerpts from a Notice of Termination of Transfer Covering Extended Renewal term for "Superman" dated April 3, 1997, regarding the December 23, 1975, agreement.

    33.    Attached hereto as Exhibit 32 is a true and correct copy of a Joint Venture Agreement signed by Mark Peary, Jean Peavy, and Marc Toberoff on behalf of Pacific Pictures Corporation and dated November 23, 2001.

    34.    Attached hereto as Exhibit 33 is a true and correct copy of the Petition for Probate of Lost Will and for Letters Testamentary ("Petition") filed by Mark Warren Peary on July 23, 2003, in *In re Estate of Joseph Shuster*, Case No. BP-080635, in the Superior Court of the State of California for the County of Los Angeles ("Probate Action").

    35.    Attached hereto as Exhibit 34 is a true and correct copy of the Order Admitting Will To Probate, Appointing Executor and Authorizing Independent Administration of Estate with Limited Authority filed by Mark Warren Peary on October 7, 2003, in the Probate Action

    36.    Attached hereto as Exhibit 35 is a true and correct copy of the Duties and Liabilities of Personal Representative filed by Mark Warren Peary on October 21, 2003, in the Probate Action.

    37.    Attached hereto as Exhibit 36 is a true and correct of an agreement signed by Peary on behalf of the Estate of Joseph Shuster, Jean Peavy, and Marc Toberoff on behalf of Pacific Pictures Corporation, dated October 27, 2003.

    38.    Attached hereto as Exhibit 37 is a true and correct copy of the Notice Of Termination Of Transfer Covering Extended Copyright Renewal Term Of "Superman" served by Mark Warren Peary, as Executor of the Estate of Joseph Shuster, on November 10, 2003.

    39.    Attached hereto as Exhibit 38 is a true and correct copy of excerpts from the transcript of the November 11, 2006, deposition of Jean Peavy.

|   |   |
|---|---|
| 1 | 40.    Attached hereto as Exhibit 39 is a true and correct copy of excerpts from the transcript of the November 11, 2006, deposition of Mark Warren Peary. |
| 3 | 41.    Attached hereto as Exhibit 40 is a true and correct copy of the Declaration of Paul Levitz in Support of Defendants' Motion for Partial Summary Judgment, filed with this Court on April 30, 2007, in the related *Siegel* cases, Case Nos. CV-04-8400 and CV-04-8776. |
| 7 | 42.    Attached hereto as Exhibit 41 is a true and correct copy of an order issued by this Court on March 26, 2008, in the related *Siegel* case, Case No. CV-04-8400 |
| 10 | 43.    Attached hereto as Exhibit 42 is a true and correct copy of an order issued by this Court on September 26, 2008, in the related *Siegel* case, Case No. CV-04-8400. |
| 13 | 44.    Attached hereto as Exhibit 43 is a true and correct copy of the "Toberoff Timeline." |
| 15 | 45.    Attached hereto as Exhibit 44 is a true and correct copy of the Declaration of Adam Ronan, M.D., in Opposition to Plaintiff's Motion to Initiate Discovery of Two Elderly Witnesses filed in this case on September 13, 2010. |
| 18 | 46.    Attached hereto as Exhibit 45 is a true and correct copy of excerpts from Plaintiff DC Comics' Renewed Opposition To Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC's Renewed Motion To Dismiss Plaintiff's First Amended Complaint Pursuant To Fed. R. Civ. P. 12(b)(6) (Docket No. 147) (RE: Third And Sixth Claims For Relief), filed in this case on March 21, 2011. |
| 24 | 47.    Attached hereto as Exhibit 46 is a true and correct copy of excerpts from the transcript of the June 29, 2011, deposition of Mark Warren Peary. |
| 26 | 48.    Attached hereto as Exhibit 47 is a true and correct copy of excerpts from the transcript of the July 22, 2011, deposition of Laura Siegel Larson. |

49. Attached hereto as Exhibit 48 is a true and correct copy of excerpts from the transcript of the August 3, 2011, deposition of Dawn Peavy.

50. Attached hereto as Exhibit 49 is a true and correct copy of the Notice Of Termination Of Transfer Covering Extended Copyright Renewal Term for the Superman promotional announcements served by Mark Warren Peary, as Personal Representative of the Estate of Joseph Shuster, on March 6, 2012.

51. Attached hereto as Exhibit 50 is a true and correct copy of the Notice Of Termination Of Transfer Covering Extended Copyright Renewal Term for the Superman promotional announcements served by Larson on March 6, 2012.

52. When Marc Toberoff raised issues concerning the scheduling of this motion, my partner Matt Kline proposed a briefing schedule by which DC would file its motion for partial summary judgment on July 16, 2012, defendants would file their opposition and cross-motion on July 30, DC would file its reply and opposition on August 10, and defendants would file their reply on August 17, allowing for a hearing date of September 10 or 17, 2012, if a hearing was needed. Although this would cut DC's time to file its opposition and reply short by three days, we offered it to Mr. Toberoff so that briefing could be complete on the parties' motions before he allegedly was set to leave for vacation. Mr. Toberoff declined Mr. Kline's proposal and proposed a schedule that would push the summary judgment hearing in this matter back by a month and afford him a month, rather than two weeks, to oppose DC's motion. On July 13, 2012, DC declined Mr. Toberoff's proposal and gave him notice that it would file its motion on July 16, 2012, as planned. A true and correct copy of the July 13, 2012, e-mail from Mr. Kline to Toberoff is attached hereto as Exhibit 51. A true and correct copy of DC's letter giving defendants notice of this motion is attached hereto as Exhibit 52.

1  I declare under penalty of perjury under the laws of the United States that the
2  foregoing is true and correct and that this declaration is executed this 16th day of
3  July 2012 at Los Angeles, California.

      /s/ Daniel M. Petrocelli
          Daniel M. Petrocelli