# EXHIBIT 15

**WARNER COMMUNICATIONS INC.**

December **23** 1975

Mr. Jerome Siegel
Mr. Joseph Shuster
c/o Edmund Preiss, Esq.
Kane, Kessler, Proujansky, Preiss & Permutt
680 Fifth Avenue
New York, New York 10019

Dear Mr. Siegel and Mr. Shuster:

This letter, when countersigned by both of you, constitutes our agreement as follows:

1. You conceived of and created "Superman".

2. You acknowledge that Warner Communications Inc. ("Warner")*, both immediately before and immediately after the signing of this agreement, is the sole and exclusive owner of all right, title and interest in and to the "Superman" concept, idea, continuity, pictorial representation, formula, characters, cartoons and comic strips, title, logo, copyrights and trademarks, including any and all renewals and extensions of any such rights, in the United States and throughout the world, in any and all forms of publication, reproduction and presentation, whether now in existence

. . . . .

\* Such term, as used in this agreement, includes Warner Communications Inc., National Periodical Publications, Inc., Licensing Corporation of America, and all other Warner subsidiaries.

12/18/75          75 Rockefeller Plaza   New York, New York 10019   212 484 8000

Confidential

**EXHIBIT 15**
142

DCC00007990

or hereafter devised, together with the absolute right to transfer, license, sell or otherwise dispose of said rights.

3.  You brought a proceeding in the United States District Court and in the United States Court of Appeals, asserting certain rights in Superman, and this case was determined against your claims. The Court of Appeals unanimously decided that "all rights in Superman, including the renewal copyright, have passed forever to [National Periodical Publications, Inc., a Warner subsidiary.]"  You did not appeal this case to the Supreme Court of the United States. Your determination not to appeal was your own determination. Whatever your subjective reasons may have been, you acknowledge that the determination not to appeal was not made by reason of any promise or inducement by Warner or its representatives.

4.  Warner does not have any legal obligation to pay you any sum of money whatsoever and does not acknowledge that any wrong has been done to you.

5.  Warner has nevertheless determined, in consideration of your past services to Warner and in view of your present circumstances, to make the following voluntary payments:

a.  Warner will make monthly payments to each of you at the annual rate of $20,000 for your respective lifetimes, less any applicable withholding taxes, commencing January 1, 1976.

Confidential

**EXHIBIT 15**
143

DCC00007991

b.   In addition, if Jerry Siegel dies, on or before December 31, 1985, Warner will pay his wife, Joanne Siegel, if she survives him, monthly payments at the rate of $20,000 a year, commencing on the date of Jerry's death, and ending December 31, 1985, and thereafter monthly payments at the rate of $10,000 a year for the balance of her life.  If Joanne does not live to December 31, 1985, Warner will pay Laura Siegel, Jerry's daughter, if she survives Joanne and Jerry, at the rate of $20,000 a year from the date of Jerry's death or Joanne's death, whichever is later, to December 31, 1985; all payments to Laura will cease on that date.  All payments to be less any applicable withholding taxes.

c.   In addition, Warner will pay Frank Shuster (Joe's brother), if he survives Joe, monthly payments at the rate of $10,000 a year commencing on the date of Joe's death and ending December 31, 1985, and thereafter at the rate of $5,000 a year for the balance of his life.  All payments to be less any applicable withholding taxes.

d.   In addition, Warner will include both of you in the Warner insured medical plan, covering employees generally, or any successor plan thereto.  A copy of such plan as now in effect, together with cover memo dated December 17, 1975, is annexed hereto and incorporated by this reference as Schedule X.

e.   In addition, as requested by you, Warner has paid you, simultaneous with the signing of this agreement, the sum of $7,500 each (not subject to withholding) which you have stated that you intend to apply to legal fees and disbursements incurred by you in connection with the lawsuit described

**EXHIBIT 15**
**144**

above.   Any such payment is to be made by you directly to your counsel in such action, in your discretion, and Warner does not recognize or have any obligation to such counsel. Warner does not recognize or have any obligation to your present counsel.

In addition, Warner has paid you, simultaneous with the signing of this agreement, the sum of $10,000 each (not subject to withholding), which you have requested, to be applied to your debts.

f.   The obligation of Warner to make the periodic payments provided for above to you, to Jerry's wife (or daughter) and to Joe's brother, and the credit line obligation set forth in paragraph 6, will cease forthwith, if you, or either of you, or anyone acting on your behalf, or claiming through you, commences an action, suit or proceeding against Warner (including its subsidiaries), or against any licensee of Warner (1) asserting any right, title or interest in the "Superman" concept, idea, continuity, pictorial representation, formula, characters, cartoons and comic strips, title, logo, copyrights and trademarks; or (2) asserting any financial claims against Warner or any licensee, or claiming any credit line rights, other than as provided for in this agreement.

6.   The following credit line provisions are agreed upon:

a.  The following "obligatory credit line" provisions apply only during the lifetime of the longer-lived of Jerry Siegel and Joe Shuster.  They apply only to "Superman Books" whether new or reprints bearing a July 1976 cover date, or which are on the July 1976 production schedule or are published or licensed after such date.  "Superman Books" means only the following: (i) Superman and Action Comics comic books; (ii) other comic books, comic strips and books in which both of the following conditions are met: (A) "Superman" is the sole title of the strip, alone or with other words, and the name of another cartoon character is not also used in the title or is not used instead in the title; and (B)  Superman is the sole central character of the strip, the foregoing being intended to exclude comic books, comic strips and other books combining more than one central character, or featuring a different central character.  The foregoing definition explicitly excludes "Justice League of America", "World's Finest" and "The Superman Family", but is not limited to such exclusions.  In construing this provision, it is understood that the reason for such exclusions is that, while Warner wishes to give you credit for creating Superman, it cannot do so and does not agree to do so in any situation where confusion may result as to whether someone else's creation is yours, or where it would be necessary to use multiple credit lines.

As to "Superman Books" (July 1976 and after), the following "obligatory credit line" provisions will apply: The credit line "created by Jerry Siegel and Joe Shuster", or

"by Jerry Siegel and Joe Shuster", or "Superman created by
Jerry Siegel and Joe Shuster", or "Superman by Jerry Siegel
and Joe Shuster", any of such forms being satisfactory, will
be used on the first inside page in conjunction with the title
or logo "Superman".  Such credit line will appear approximately
as in Exhibit A, but typeface and size can be changed in
Warner's sole discretion, as long as the credit line remains
legible.

You waive your rights of privacy under the
New York Civil Rights Law and comparable or similar statutory
or case law of other jurisdictions to permit the "obligatory
credit line" uses, and to permit any other uses in any other
publications if Warner or its licensees elect in their sole
discretion to include a credit line in any of them.  The agree-
ment to carry such credit line, and the carrying of such credit
line, does not constitute an admission by Warner or any licensee
of any proprietary ownership, right, title or interest of Siegel
and Shuster in Superman or in such comic books, strips or books,
there being none, and you agree that there is no such proprietary
ownership, right, title or interest.  The omission of such credit
line shall not give rise to any right or remedy on the part of
Siegel and Shuster, including but not limited to injunctive re-
lief, unless such credit line shall have been omitted from an
issue or edition covered by the "obligatory credit line" use pro-
vision, and unless thereafter you shall give notice (in accord-
ance with the notice provisions hereof) to Warner of such omission

**EXHIBIT 15**
147

DCC00007995

and unless such credit line shall be omitted from an additional issue or edition which goes to press after the receipt date shown on such registered mail notice, in which case the remedy shall be limited to an affirmative injunction requiring such credit line to be carried in issues or editions going to press after the date of the injunction; it is explicitly understood and agreed that such injunction will not be an injunction to restrain distribution of the issues or editions from which credit has been omitted, and you hereby waive any such remedy. The reasonable expenses of obtaining such injunction shall be reimbursed to you by Warner, but you agree that you shall not be entitled to any damages or other payments whatsoever, which you hereby waive.

b.  Warner has previously licensed to Film Export A.G. the right to produce one or more Superman motion pictures, not yet released, for theatrical, TV, and other use.  Warner agrees to write a letter request

Confidential

**EXHIBIT 15**
**148**

DCC00007996

to the licensee to include a credit line ("Superman cr[...] by Jerry Siegel and Joe Shuster") in the screen credits. This is not a best efforts undertaking; Warner's sole obli[...] will be discharged by sending the letter, which shall quote this paragraph. Warner does not represent or warrant that th[...] licensee will honor the request; on the contrary, Warner has stated that there is no basis for reopening the license agreement. Any use by the movie licensee of the credit line will explicitly not constitute an acknowledgment of any proprietary ownership or right, title or interest of Siegel or Shuster in Superman or in such movies, there being none, as you acknowledge, nor will any royalties, remuneration or compensation be payable to you by reason of any such use. You waive your rights of privacy under the New York Civil Rights Law and similar or comparable statutory or case law of other jurisdictions if the movie licensee elects to carry the credit line. There is no requirement as to typeface or size if the licensee elects to carry the credit line. You acknowledge that the present agreement between you and Warner is binding whether or not the movie licensee agrees to carry the credit line.

      c. As to any motion picture or TV license agreements entered after the date hereof, Warner will require the licensee to carry the credit line ("Superman created by Jerry Siegel and Joe Shuster") in the screen credits. Any use by any such future movie or TV licensee of the credit line will explicitly not constitute an acknowledgment of any proprietary

ownership or right, title or interest of Siegel or Shuster in Superman or in such movie or TV presentation, there bein none, as you acknowledge, nor will any royalties, remuneratic or compensation be payable to you by reason of any such use. You waive your rights of privacy under the New York Civil Rights Law and comparable or similar statutory or case law of other jurisdictions to permit such credit line. There is no require-ment as to typeface or size in movie or TV use.

     d. No credit line will be carried on any use licensed by Licensing Corporation of America (a Warner subsidi-ary) including but not limited to clothing, toys, games, premiums, or other merchandising rights, and no credit line request will be made by Licensing Corporation of America to licensees.

     7. You agree to accept the payments and the credit line provision set forth above in full accord, satisfaction, recognition and release of any and all claims by you, whether legal, moral, equitable or otherwise; you acknowledge that the agreed payments and the credit line provision are fair, generous, equitable, satisfactory and sufficient, and that they meet the objectives of your recent communications to us and to the press, radio, TV, etc.; you acknowledge that you do not now have, and will not in the future have, any rights to Superman; and you agree that any statements you make to the press, radio, TV, etc. will be consistent with the foregoing. You authorize Warner to include the reference to you in the statement annexed hereto as Exhibit B which Warner intends to release, at the signing of this agreement. You intend to release the statement annexed

hereto as Exhibit C, and you authorize Warner to do so on your behalf, at the signing of this agreement. You further acknowledge that you have signed this agreement freely and without compulsion, and that this agreement has been reviewed by your present counsel, Edmund Preiss.

8. Any notice to Warner shall be given by registered mail, return receipt requested as follows:

Warner Communications Inc.
75 Rockefeller Plaza
New York, New York 10019
Attention: Jay Emmett
           Executive Vice President

with copy to:

Martin D. Payson, Esq.
Vice President and General Counsel
Warner Communications Inc.
75 Rockefeller Plaza
New York, New York 10019

with copy to:

National Periodical Publications, Inc.
c/o Warner Communications Inc.
75 Rockefeller Plaza
New York, New York 10019
Attention: William Sarnoff

Any notices to Mr. Siegel or Mr. Shuster shall be given by registered mail, return receipt requested as follows:

Jerome Siegel
11711 Mayfield Ave., Apt. 14
West Los Angeles, California 90049

Joseph Shuster
98-120 Queens Boulevard
Forest Hills, New York       Apt 41C
                             11374

with copy to:

Edmund Preiss, Esq.
Kane, Kessler, Proujansky, Preiss & '
680 Fifth Avenue
New York, New York 10019

Any party may furnish change of address by notice

9. This agreement may be signed in counterpart. The counterparts taken together will constitute the original.

10. The payment provisions hereof will be binding upon any purchaser of substantially all of the assets of or any successor by merger to Warner Communications Inc. (the parent corporation). The credit line provisions (limited as set forth in paragraph 6) will be binding upon (a) any purchaser of the National Periodical Publications Inc. business, (b) any purchaser or licensee of the rights to publish the Superman and Action Comics series, or of any other comic book, comic strip or book in the "obligatory credit line use" category, and (c) any licensees of the future motion picture and TV rights to Superman, if any (excluding the existing movie licensee). Payment provisions and credit line provisions are personal to the named individuals and are not assignable, and do not benefit their heirs, executors or administrators.

11. This agreement shall be interpreted in accordance with the laws of New York applicable to contracts made and to be performed solely within New York.

Please sign below to signify that this sets forth

the entire understanding between us.

With our best wishes to you both.

WARNER COMMUNICATIONS INC.

By _____
Jay Emmett
Executive Vice President

Accepted and Agreed:

_____
Jerry Siegel

_____
Joseph Shuster

**EXHIBIT 15**
**154**

DCC00008002

WARNER COMMUNICATIONS INC.

PRESS RELEASE

December   , 1975

FOR IMMEDIATE RELEASE

Contact:

Warner Communications Inc. announced today that it will pay Jerry Siegel and Joseph Shuster, the creators of "Superman," $20,000 a year for life.  A subsidiary of Warner owns the Superman copyrights and publishes Superman comic books.

Mr. Siegel and Mr. Shuster called the arrangement "fair and generous."

Jay Emmett, Executive Vice President of Warner, said:

"Warner has determined to make a $20,000 a year lifetime provision for Jerry Siegel and Joe Shuster in recognition of their past services and out of concern for their present circumstances.

"Warner will also furnish medical benefits to Mr. Siegel and Mr. Shuster, and will make certain provisions for certain members of their families in the event of their deaths.

"Warner will also carry the credit line, 'Superman created by Jerry Siegel and Joe Shuster' in Superman and certain other comic books.

"Mr. Siegel and Mr. Shuster previously sued a Warner subsidiary, claiming rights in Superman.  The United

Confidential

**EXHIBIT 15**

155

DCC00008003

States Court of Appeals determined, on December 5, 1974, that "all rights in Superman...have passed forever" to National Periodical Publications, Inc., a Warner subsidiary. Accordingly, Warner is making these provisions for Mr. Siegel and Mr. Shuster voluntarily, and not as a matter of legal obligation."

Confidential

**EXHIBIT 15**

**156**

DCC00008004

EXHIBIT C

[Press Statement to be released by Jerry Siegel and Joe Shuster]

After almost thirty years, we are overjoyed at being re-united with Superman. We have always been proud of our creation, the enjoyment it has given to generations of children and adults, and the ideals which it has come to represent.

We feel the agreement with Warner Communications is fair and generous. We are most grateful to the personal considerations and good will shown us by Jay Emmett, Executive Vice President of Warner Communications. The agreement restores our name to our creation which means so much to us, as it does to all writers and artists. It provides the economic security that will enable us and our families to live in dignity. We are no longer young and, unfortunately, not indestructible as our creation, but our spirit is undiminished.

The response to our story from all over the world has been overwhelming; from artists and writers, the press, television, radio and the public, and from readers and loyal fans of Superman of all ages. We are particularly grateful for the untiring efforts of Neal Adams, Past President of the Academy of Comic Book Arts; Jerry Robinson, Past President of the National Cartoonists Society; and Mr. Edmund Preiss, our attorney, and for their assistance and guidance in the resolution of our problems. We also want to express our appreciation for the support from the National Cartoonists Society, the Cartoonists Guild, The American Associa-tion of Editorial Cartoonists, and the Academy of Comic Book Arts.

We wish Warner every success with the many future sagas of our "son", Superman!

It is now the Christmas Season -- a time of good will towards all -- and for us, this year will be a very, very Happy New Year!

Confidential

**EXHIBIT 15**
157

DCC00008005

# Inter-Office Memo



**WARNER COMMUNICATIONS**

To: Allan Ecker                    From: Martin Payson

Subject: Siegel & Schuster

Date: December 17, 1975          Copies to:

Enclosed is a xerox set of the pages from the Warner Communications Group Insurance Benefits Booklet describing our medical benefits.

I call your attention to the last page entitled "Additional Provisions as a Consequence of Medicare". Under that Section, we would be able to continue to cover Messrs. Siegel and Schuster after age 65, but the benefit which they would then be eligible to receive would be the normal plan benefits less benefits to which they are eligible to receive under Medicare.

Provided that Messrs. Siegel and Schuster are fully aware of this consequence, there would be no problem in continuing to cover them beyond age 65.

MDP

*MDP*

Confidential

**EXHIBIT 15**
**158**

DCC00008006

# Hospital Expense Benefits
### For You and Your Dependents



## IN-PATIENT BENEFITS

Benefits are payable when an accidental injury or sickness requires you or your Dependent to be confined in a hospital while insured. Separate maximums are provided for each period of disability.

Payment will be made for charges for:

1. Room and Board up to the amount of the best semi-private accommodations daily for a maximum of 120 days.

2. Miscellaneous Fees incurred on the days for which the Room and Board benefit is payable.
   Miscellaneous Fees include:
   (a) hospital charges for Other Hospital Services and Supplies,
   (b) charges for professional ambulance service to or from the hospital, and
   (c) charges for anesthetics and their administration.

## OUT-PATIENT BENEFITS

Payment will be made for charges for Miscellaneous Fees listed above within 24 hours from and in connection with an accident or a surgical procedure.

11

## NOT COVERED

Confinement for medical care or treatment not recommended by a physician is not covered. In addition, no payment will be made (a) for nursing care and for attendance by a physician, or (b) for pregnancy (see Pregnancy Benefits).

Other exclusions and limitations are set forth under the heading "Health Insurance Exclusions and Limitations".

## EXTENDED CARE FACILITY BENEFITS

Benefits will be payable for not more than 60 days for an insured employee or dependent, under age 65, who becomes confined in an extended care facility by means of a direct transfer from a hospital following a hospital confinement of at least three consecutive days for the same non-occupational condition which resulted in hospital confinement.

A benefit will be payable equal to the reasonable and customary charges for the following:

1. The daily charges made by the extended care facility for board and room, but not more than 50% of the daily board and room maximum available under the Hospital Expense Insurance coverage during hospital confinement. The maximum duration of benefits shall be 60 days in the extended care facility or, if less, the number of days until the extended care benefits equal the unused hospital room and board benefits.

2. Charges made by the extended care facility while board and room benefits are payable for routine nursing care — physical, occupational or speech therapy — medical social services — biologicals, supplies and appliances — diagnostic and therapeutic services and ambulance services up to the unused portion of the maximum amount available under the policy for other than room and board.

12

**EXHIBIT 15**
**160**

DCC00008008

# Surgical Procedures Expense Benefits

For You and Your Dependents



Payment will be made for the actual charge by the surgeon or oral surgeon, in certain specific instances, when a surgical procedure required because of an accidental injury or sickness is performed on you or your Dependent while insured.

The maximum amount payable for each surgical procedure with respect to the surgeon's fee is determined by multiplying the applicable Relative Value as shown in the Surgical Schedule in the policy by $6 per unit.

The maximum payable for all procedures performed during the same period of disability is $1,200.

Some examples of surgical procedures and Relative Values are listed on the following page.

The benefit is payable regardless of where the procedure is performed.

## MULTIPLE PROCEDURES

If more than one procedure is performed through the same incision, payment will be made only for the procedure for which the highest amount is shown except where the Schedule in the policy specifies to the contrary. If more than one procedure is performed during the same operation through separate incisions, payment will be made for the procedure with the highest amount plus 50% of the amount for the other procedures except where the Schedule in the policy specifies to the contrary.

## NOT COVERED

No payment will be made for obstetrical procedures (See "Pregnancy Benefits").

Other exclusions and limitations are set forth under the heading "Health Insurance Exclusions and Limitations".

13

## Some Examples of Procedures and Payments

| | | Unit Value |
|---|---|---|
| **INTEGUMENTARY SYSTEM** | | |
| Excision of pilonidal cyst or sinus | | 30.0 |
| Incision and drainage of carbuncle | | 2.0 |
| Complete (simple) mastectomy | | 30.0 |

| **MUSCULOSKELETAL SYSTEM** | Closed Reduction | Open Reduction |
|---|---|---|
| Fracture treatment of, simple | | |
| Clavicle | 15.0 | 40.0 |
| Femur, condyle or condyles | 35.0 | 60.0 |
| Joints, Dislocation, closed reduction | | |
| Knee, simple | | 20.0 |
| Ankle, simple | | 10.0 |

| **CARDIOVASCULAR SYSTEM** | | Unit Value |
|---|---|---|
| Heart and Pericardium | | |
| Valvulotomy or commissurotomy, | | |
| mitral | | 140.0 |
| aortic, pulmonic or tricuspid | | 150.0 |
| Myocardial aneurysm | | 200.0 |
| Arterial septal defect (open) | | 180.0 |

| **DIGESTIVE SYSTEM** | | Unit Value |
|---|---|---|
| Tonsillectomy, adenoidectomy or both | | |
| under age 18 | | 15.0 |
| age 18 or over | | 20.0 |
| Appendectomy | | 40.0 |
| Herniotomy, femoral, inguinal, unilateral | | 35.0 |

| **URINARY SYSTEM** | | Unit Value |
|---|---|---|
| Nephrectomy, excision of kidney | | 80.0 |
| Cystoscopy diagnostic office, initial | | 5.0 |

| **MALE GENITAL SYSTEM** | | Unit Value |
|---|---|---|
| Excision of hydrocele, unilateral | | 30.0 |
| Transurethral resection of prostate, including control of post-operative bleeding — complete | | 80.0 |

| **FEMALE GENITAL SYSTEM** | | Unit Value |
|---|---|---|
| Repair of rectocele | | 50.0 |

| **ENDOCRINE SYSTEM** | | Unit Value |
|---|---|---|
| Thyroidectomy, subtotal or partial | | 60.0 |

14

# Pregnancy Benefits



The Pregnancy Benefits described below are available to you if you are a female employee, or to your wife if you are a male employee, and if you are insured with respect to your Dependents.

## HOSPITAL EXPENSE

Benefits are payable when pregnancy requires confinement in a hospital. Payment will be made for Room and Board charges and for Miscellaneous Fees as described in the In-patient section of the Hospital Expense Benefits for a maximum of 10 days.

## OBSTETRICAL SURGICAL EXPENSE

Payment will be made for the actual charge by the surgeon when an obstetrical procedure is performed. The maximum amount for each obstetrical procedure is determined by multiplying the Relative Value shown for the procedure in the Schedule of Obstetrical Procedures below by $6. The benefit is payable regardless of where the procedure is performed.

15

## Schedule of Obstetrical Procedures

| | Unit Value |
|---|---|
| Caesarean Section | 50.0 |
| Removal of extrauterine embryo (ectopic pregnancy) | 50.0 |
| Delivery of child or children including hospital postpartum care | 20.0 |
| Miscarriage, treatment with dilatation and curettage | 15.0 |

### NOT COVERED

Not covered is any hospital confinement commencing or obstetrical procedure performed (a) before this insurance commences or (b) within 9 months after this insurance commences unless the pregnancy began while this insurance was in force or (c) after termination of the policy or termination of the coverage under the policy.

Other exclusions and limitations are set forth under the heading "Health Insurance Exclusions and Limitations".

16

**EXHIBIT 15**
164

DCC00008012

# Benefits for Expense of Physician's Hospital Visits

For You and Your Dependents



Payment will be based on the actual charge by the physician for hospital visits for treatment of you or your Dependent while insured required as the result of an accidental injury or sickness.

The benefit shall be equal to the amount of charge for each such treatment but not to exceed $5 per day.

The maximum during any one period of disability is $600.

Payment will be made only for visits made on days for which Room and Board charges are payable under Hospital Expense Benefits and limited to one treatment on any one day.

## NOT COVERED

Visits not covered are those made in connection with a surgical procedure, pregnancy, dental work, or eye examination for glasses.

Other exclusions and limitations are set forth under the heading "Health Insurance Exclusions and Limitations".

17



# Diagnostic Procedures Expense Benefits
### For You and Your Dependents

Payment will be made for the actual charge up to the reasonable and customary limit for laboratory or X-ray examinations of you or your Dependent while insured when required by your physician for the diagnosis of an accidental injury or sickness.

## MULTIPLE EXAMINATIONS

If more than one examination is required during the same period of disability, payment will be made for each up to $100.

The maximum payable for any one person as a result of any and all sicknesses in 12 consecutive months, or as the result of one accident, is $100.

## NOT COVERED

Examinations not covered are those made: while confined in a hospital, which are payable under Hospital Expense Benefits, in connection with pregnancy, or for dental work except when required because of accidental injury to natural teeth.

Other exclusions and limitations are set forth under the heading "Health Insurance Exclusions and Limitations".

18

Confidential

**EXHIBIT 15**
166

DCC00008014

# Major Medical Expense Benefits

### For You and Your Dependents



Payment will be made for 80% of the covered medical expenses listed on the following pages incurred by you or your Dependent while insured which exceed the total of the basic benefits deductible and the cash deductible described below, up to $250,000. The benefit is payable regardless of where the expenses are incurred — whether in or out of the hospital — as long as they are incurred as a result of an injury or sickness, except as limited in the case of certain mental and nervous disorders described herein. The benefit is payable with respect to expenses incurred, by you if you are a female employee or your wife if you are a male employee, as a result of complications of pregnancy (see Definitions).

## BASIC BENEFITS DEDUCTIBLE

The basic benefits deductible includes those expenses and services which relate to the covered medical expenses hereunder and which are payable under other benefits of the policy described herein or provided under another group policy or plan sponsored by the Policyholder or under any governmental plan or law.

## CASH DEDUCTIBLE

The amount of the cash deductible is $100. It applies separately to you and each of your Dependents each calendar year, except that —

1. Any covered medical expenses incurred during the last 3 months of a year and applied toward the cash deductible for that year may be applied also toward the cash deductible for the next year.

2. If 2 or more members of your family are injured in the same accident, only one cash deductible will be applied each year against all the expenses incurred as a result of such accident.

3. Not more than $300 will be applied against all expenses incurred by you and members of your family during any one year.

19

## COVERED MEDICAL EXPENSES

Covered medical expenses are reasonable and customary charges actually incurred for the services and supplies listed below upon the recommendation and approval of the attending physician and required for treatment of you or your Dependent.

1. Hospital Services for
   a. Room and Board up to the hospital's regular daily semi-private rate.
   b. Other Hospital Services and Supplies.
2. Physician's Services for a surgical procedure and other medical care and treatment, except as limited in the case of certain mental and nervous disorders.
3. Dentist's or Oral Surgeon's Services for treatment of damage to sound natural teeth as a result of an injury and certain cutting procedures in the oral cavity.
4. Nursing care furnished in a hospital or elsewhere by a registered graduate nurse, and private duty nursing service by a registered or licensed practical nurse in a hospital if a registered graduate nurse was not available provided in any case that such nurse is one who does not ordinarily reside in your home and is not a member of your immediate family.
5. Emergency Transportation Service by professional ambulance when used locally.
6. X-ray and Laboratory Examinations made for diagnostic or treatment purposes.
7. Radiation Therapy by X-ray, radon, radium and radioactive isotopes.
8. Anesthetics and their administration.
9. Medical Supplies
   a. Prescription drugs and medicines.
   b. Oxygen and the administration thereof.
   c. Rental (or purchase, at the John Hancock's option) of iron lung, oxygen tent, hospital bed, wheel chair and similar durable medical equipment designed primarily for use in a hospital for therapeutic purposes.
   d. Blood and blood plasma, and the administration thereof, to the extent the charges therefor are not reduced by blood donations.
   e. Braces, crutches and prostheses when necessitated by an injury which occurs, or by a disease which commences while insured under this coverage, including charges for replacement when required because of pathological change, but not including charges for repair or maintenance.

20

Confidential

**EXHIBIT 15**
168

DCC00008016

# Definitions

When the following terms are used in this booklet these definitions apply.

## HOSPITAL

Hospital means only a licensed hospital which provides 24 hour nursing care and has facilities both for diagnosis and for major surgery (not applicable to chronic disease hospitals).

## HOSPITAL CONFINEMENT

A person shall be considered to be hospital confined under the following conditions:

(1) a board and room charge is made, or

(2) he remains in the hospital for 18 consecutive hours or longer, or

(3) he enters the hospital before midnight of the day following the day of an injury requiring emergency care, or

(4) he enters the hospital for a surgical procedure.

## REASONABLE AND CUSTOMARY

A charge shall be considered reasonable and customary to the extent that it does not exceed the general level of charges being made for a similar disease or injury.

## TOTAL DISABILITY with respect to Health Insurance

1. Your complete inability to perform any and every duty pertaining to your occupation or employment; and

2. your Dependent's complete inability to perform the normal activities of a person of like age and sex.

## ROOM AND BOARD

Room, board, general duty nursing, and any other services regularly furnished by the hospital as a condition of occupancy of the class of accommodations occupied, but not including professional services of physicians nor intensive nursing care by whatever name called.

## COMPLICATIONS OF PREGNANCY

1. Extra-uterine pregnancy or complications requiring intra-abdominal surgery after termination of pregnancy.

## MENTAL OR NERVOUS DISORDER

Neurosis, psychoneurosis, psychopathy, psychosis, or mental or emotional disease or disorder of any kind.

22

Confidential

**EXHIBIT 15**
**169**

DCC00008017

# Health Insurance Exclusions and Limitations

The calculation of benefits payable under any health benefit shall not include or be based upon any charge made for or in connection with any hospital confinement, or any examination, or any surgical, medical or other treatment, or any service or supply

(1) which is furnished
   (a) without the recommendation and approval of a physician;
   (b) primarily for beautification;
   (c) in connection with an injury which is not a non-occupational injury or disease which is not a non-occupational disease;
   (d) by or through any government or any subdivision or agency thereof;
(2) which is paid or payable or reimbursable by or through any plan or program of any government or any subdivision or agency thereof, other than a plan or program established for its civilian employees;
(3) which charge would not have been made in the absence of insurance, or which none of the individuals insured under the Group Policy is legally obligated to pay;
(4) which is not medically necessary to the care and treatment of any injury, disease or pregnancy of the individual on whose account the charge is made.

## SUCCESSIVE PERIODS OF DISABILITY

Successive periods of hospital confinement and successive surgical procedures will be considered as occurring during one period of disability unless you or your Dependent have completely recovered from the injury or sickness causing the earlier confinement or surgical procedure, or
   (a) in your case only, unless you have returned to active work with the Policyholder for at least one full day before the later confinement or procedure, or
   (b) in the case of your Dependent only, unless the later confinement or procedure is due to an injury or sickness entirely unrelated to the causes of the earlier confinement or procedure.

These exclusions and limitations do not apply to the Accidental Death and Dismemberment Insurance.

23

Confidential

**EXHIBIT 15**
**170**

DCC00008018

# Co-ordination of Benefits Provision

When benefits would be payable under more than one group plan, benefits under those plans will be coordinated to the extent that the total benefits under all plans will not exceed the total allowable expenses.

"Allowable expenses" means any necessary, reasonable and customary expense which is covered in whole or in part under at least one of those Plans.

24

**EXHIBIT 15**
171

Confidential

DCC00008019

# When Your Insurance Terminates

Your insurance under this Plan will terminate at the earliest time stated below:

1. On the last day of the month during which your employment terminates. For insurance purposes, your employment is deemed terminated when you cease active work, but the Policyholder may continue your insurance
   (a) if you are absent from work because of injury or sickness, or
   (b) if you are absent from work because of leave of absence or temporary layoff, but only for a limited period as stated in the group policy.

2. When you cease your contributions toward the Plan.

3. When this Plan is discontinued.

In addition to the above, the insurance terminates with respect to an individual Dependent:

1. When such person becomes insured as an employee.

2. On the last day of the month during which such person ceases to be an eligible Dependent; except that the coverage of a Dependent child shall not cease because of the attainment of the anniversary of his date of birth specified in the definition of "Dependent" hereunder, if proof is furnished to John Hancock within 31 days after such anniversary that on such anniversary the Dependent child is incapable of self-sustaining employment by reason of mental retardation or physical handicap and that such child is chiefly dependent upon your support and maintenance. The coverage as to such child will be continued while such incapacity continues and while your insurance with respect to your Dependents remains in force, provided such child meets all the requirements of the definition of "Dependent" except age.

25

Confidential

**EXHIBIT 15**
**172**

DCC00008020

# Conversion Privileges Upon Termination of Insurance

## LIFE INSURANCE

If your insurance is terminated because of termination of employment in the eligible classes, you may convert your group life insurance without medical examination or other evidence of insurability.

   a. To any individual life policy then customarily issued by John Hancock (except term insurance);

   b. By applying to John Hancock within 31 days after termination of Insurance and paying the premium applicable to the form and amount of the policy at your then attained age;

   c. In any amount up to the amount for which you were insured.

If your insurance is terminated due to discontinuance of this Plan you will have the same conversion privilege described above if you have been insured under this Plan for 5 years or longer, except that the amount of the individual policy may not exceed $2,000 and may not include any amount you become eligible for under any other group plan within the 31 days.

Your group life insurance is payable if you die within the 31 day period allowed for conversion whether or not you have made application for an individual policy.

## HEALTH INSURANCE

An individual policy providing hospital and surgical benefits may be obtained, without medical examination or other evidence of insurability.

   a. By you, when your employment in the eligible classes is terminated;

   b. By your surviving spouse, when your Dependents Insurance is terminated; or

   c. By your child, when he ceases to be an eligible Dependent while your Dependents Insurance is still in force or when your Dependents Insurance is terminated due to termination of employment or death if such child is then age 19 or older;

provided such applicant qualifies, makes application and pays the premium for such individual policy within 31 days after such termination of Insurance.

Information as to the coverage available and premium rates can be obtained from the Policyholder when insurance terminates.

26

**EXHIBIT 15**
**173**

DCC00008021

# Extended Benefits

### After Termination of Insurance

**HEALTH INSURANCE BENEFITS OTHER THAN MAJOR MEDICAL EXPENSE BENEFITS**

If the Health Insurance Benefits terminate as to you or your Dependent for any reason —

1. John Hancock will pay:
   (a) any Accidental Death and Dismemberment Insurance benefits for a loss suffered within 90 days of an accident which occurred prior to the date of termination;
   (b) any Hospital Expense Benefits for an existing period of confinement; and

2. If at the date of such termination you or your Dependent are totally disabled, Hospital Expense Benefits will apply to a confinement commencing within 3 months thereafter and other benefits described herein will apply to charges incurred within 3 months thereafter, while such total disability continues.

3. The Pregnancy Benefits will apply to a pregnancy that exists at the date of termination, as evidenced by a written statement from the attending physician, provided the group policy is in force at such termination date.

27

**EXHIBIT 15**
**174**

DCC00008022

# Extended Benefits

## After Termination of Insurance

### MAJOR MEDICAL EXPENSE BENEFITS

If the Major Medical Expense Benefits terminate as to you or your Dependent for any reason, benefits described herein will apply to Covered Medical Expenses incurred within one year after this coverage is discontinued with respect to

(a) an accidental bodily injury or sickness causing total disability at such termination date and on account of which you or your Dependent are continuously so disabled to the date each such medical expense is incurred, or

(b) a pregnancy that exists at the date of termination, as evidenced by a written statement of the attending physician;

provided benefits are not payable for such expenses under any other group insurance policy or group plan.

28

Confidential

**EXHIBIT 15**
175

DCC00008023

# Additional Provision As A Consequence of Medicare

1. **Persons Subject to This Provision**
Each Person Subject to Medicare (as defined below) covered under the policy is subject to this Provision, but, except to the extent stated herein, the provisions of the policy have full force and effect with respect to such persons.

2. **Definitions**
**Person Eligible under Medicare**

You or your Dependent if enrolled and covered under the voluntary portion of Medicare or eligible to enroll and be covered under such voluntary portion.

**Full Medicare Coverage**

Coverage for all the benefits provided under Medicare including any benefits provided under the voluntary portion of Medicare. For the purposes of the insurance, each Person Eligible under Medicare will be deemed to have Full Medicare Coverage.

3. **Effect of Medicare**
The benefits payable under the policy with respect to any day of confinement of a Person Eligible under Medicare or with respect to any treatment rendered or services and supplies furnished to such person will be equal to the excess of (a) the benefits which would have been payable under the policy in the absence of this provision, over (b) the amount of benefits provided for the same expenses under Full Medicare Coverage.

4. **Effect of This Provision on Other Policy Provisions**

    A. The term "Plan" as used in the Co-ordination of Benefits Provision does not include Medicare.

    B. The Health Conversion Privilege is not available to any Person Eligible under Medicare.

29

Confidential

**EXHIBIT 15**
**176**

DCC00008024