# EXHIBIT 16

Sunday
Nov. 12 / 1978

Dear Sol —

I enjoyed seeing you in L.A. — & want to thank you for excellent lunch at the Beverly Hills Hotel.

Jerry & I are looking forward to our trip to Washington D.C. & N.Y. to attend the Premiers of the SUPERMAN movie.

You suggested that I write to you regarding extra tickets. I would be very grateful if you could arrange to send 3 extra tickets for the N.Y. matinee showing on Dec. 12th. My sister is flying in from Texas for a re-union with me & my brother. Also, would appreciate an extra ticket for myself & for a girl-friend who is anxious to see the movie with me. (I would enjoy seeing the movie again too.)

I send along all my best wishes to you and everyone at D.C. and WARNERS. Thanks for your kindness & co-operation. — Looking forward to seeing you & your wife at the SUPERMAN Premier in Washington, D.C.

Warmest regards to all,

Joe

JOE SHUSTER
1519 SIXTH ST. #7
SANTA MONICA, CALIF. 90401

RECEIVED
NOV 16 1978

**EXHIBIT 16**
**177**

# EXHIBIT 17

WARNER COMMUNICATIONS INC.

MARTIN D. PAYSON
OFFICE OF THE PRESIDENT
AND GENERAL COUNSEL

August 8, 1988

Mr. Joseph Shuster
256 South Robertson
Beverly Hills, CA  90211

Dear Joe:

    I know from Joanne Siegel that she has kept you up to date as to the discussions and correspondence which have taken place between she, Jerry and I, and the new compensation arrangements which Warner Communications has agreed to for Jerry's and your benefit.

    Retroactive to January 1, 1988, we will be making payments to each of you and Jerry at the rate of $80,000 per annum, plus an annual cost of living increase of up to 10%, commencing 1989 based upon the U.S. Department of Labor statistics for the cost of living applicable to the Los Angeles area.  In addition, we will make a one-time payment of $15,000 (less withholding taxes).  We have also agreed to reimburse Jerry and Joanne for the reasonable moving expenses which they will incur on their move to a new apartment.  At the time such expenses are paid, we will make a similar payment to you, even though you will not be incurring any such expenses.

    I am pleased to enclose a check in the amount of $11,550 representing the 1988 special payment of $15,000 less withholding taxes.

    Steve Ross, Deane Johnson and William Sarnoff join me in extending to you our best personal wishes.

Sincerely,

Martin D. Payson

Enclosure

cc:  Joanne Siegel

75 ROCKEFELLER PLAZA, NEW YORK, N.Y. 10019   212-484-6520

Confidential

WB005603

**EXHIBIT 17**

178

# EXHIBIT 18

75 Rockefeller Plaza
New York, NY 10019
212 484 6520

Martin D. Payson
Vice Chairman
and General Counsel

# TIME WARNER INC.

March 12, 1990

Mrs. Joanne Siegel
11928 Darlington Avenue, apt. 102
Los Angeles, CA  90049

Dear Joanne:

This is to let you know that the cost of living for the
Los Angeles area for 1989 increased by 5.15% over 1988.
Accordingly, I am instructing the payroll department to make
the 5.15% increase, to be applied to Jerry and Joe's compen-
sation retroactive to January 1, 1990.

With best wishes to you, Jerry and Joe.

Cordially,

Martin D. Payson

cc:  Joe Shuster
     Elaine Klein

**EXHIBIT 18**

**179**

DCC00004908

# EXHIBIT 19

75 Rockefeller Plaza
New York, NY 10019
212 484 6520

Martin D. Payson
Vice Chairman

# TIME WARNER INC.

March 5, 1991

Mrs. Joanne Siegel
11928 Darlington Avenue, Apt. 102
Los Angeles, CA 90049

Dear Joanne:

Please be advised that the cost of living for the Los
Angeles area for 1990 increased by 5.45% over 1989.
Accordingly, I am instructing the payroll department
to make the 5.45% increase, to be applied to Jerry and
Joe's compensation retroactive to January 1, 1991.

With best wishes to you, Jerry and Joe.

Sincerely,

Martin D. Payson

cc:  Joe Shuster
     Elaine Klein

DCC00005669

**EXHIBIT 19**
**180**

# EXHIBIT 20

# CERTIFICATE OF DEATH
## STATE OF CALIFORNIA
### USE BLACK INK ONLY

| | | |
|---|---|---|
| STATE FILE NUMBER | | LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER |

**DECEDENT PERSONAL DATA**

| 1A. NAME OF DECEDENT—FIRST (Given) | 1B. MIDDLE | 1C. LAST (Family) | 2A. DATE OF DEATH—MO., DAY, YR., |
|---|---|---|---|
| JOSEPH | — | SHUSTER | Fnd July 30, 1992 1106 MAL |

| 4. RACE | 5. HISPANIC—SPECIFY | 6. DATE OF BIRTH—MO, DAY, YR | 7. AGE IN YEARS | IF UNDER 1 YEAR MONTHS DAYS | IF UNDER 24 HOURS HOURS MINUTES |
|---|---|---|---|---|---|
| CAUCASIAN | YES [ ]  X No | JULY 10, 1914 | 78 | | |

| 8. STATE OF BIRTH | 9. CITIZEN OF WHAT COUNTRY | 10. FULL NAME OF FATHER | 10B. STATE OF BIRTH | 11. FULL MAIDEN NAME OF MOTHER | 11B. STATE OF BIRTH |
|---|---|---|---|---|---|
| CANADA | USA | JULIUS SHUSTER | HOLLAND | IDA KAKLARSKY | RUSSIA |

| 12. MILITARY SERVICE? | 13. SOCIAL SECURITY NO. | 14. MARITAL STATUS | 15. NAME OF SURVIVING SPOUSE IF WIFE, ENTER MAIDEN NAME |
|---|---|---|---|
| 19 __ To 19 __   NONE X | ▓▓▓▓▓ | NEVER MARRIED | NONE |

| 16A. USUAL OCCUPATION | 16B. USUAL KIND OF BUSINESS OR INDUSTRY | 16C. USUAL EMPLOYER | 16D. YEARS IN OCCUPATION | 17. EDUCATION—YEARS COMPLETED |
|---|---|---|---|---|
| ARTIST | COMIC BOOKS | DC COMICS | 60 | 14 |

**USUAL RESIDENCE**

| 18A. RESIDENCE—STREET AND NUMBER OR LOCATION | 18B. CITY | 18C. ZIP CODE |
|---|---|---|
| 11944 MONTANA AVENUE #305 | W. LOS ANGELES | 90049 |

| 18D. County | 18E. NUMBER OF YEARS IN THIS COUNTY | 18F. STATE OR FOREIGN COUNTRY | 20. NAME, RELATIONSHIP, MAILING ADDRESS AND ZIP CODE OF INFORMANT |
|---|---|---|---|
| LOS ANGELES | 14 | CALIFORNIA | JEAN PEAVY-SISTER 316 HORTON LANE N.W ALBUQUERQUE, NEW MEXICO 87114 |

**PLACE OF DEATH**

| 19A. PLACE OF DEATH | 19B. IF HOSPITAL, SPECIFY ONE: IP, ER/OP, DOA | 19C. COUNTY |
|---|---|---|
| Residence | | Los Angeles |

| 19D. STREET ADDRESS—STREET AND NUMBER OR LOCATION | 19E. CITY |
|---|---|
| 11944 Montana Avenue #305 | W. Los Angeles |

**CAUSE OF DEATH**

| 21. DEATH WAS CAUSED BY: (ENTER ONLY ONE CAUSE PER LINE FOR A, B, AND C) | | TIME INTERVAL BETWEEN ONSET AND DEATH | 22. WAS DEATH REPORTED TO CORONER? REFERRAL NUMBER |
|---|---|---|---|
| IMMEDIATE CAUSE (A) | Congestive Heart Failure ▶ | Unk | X YES 92-06897 [ ] NO |
| DUE TO (B) | Arteriosclerotic Cardiovascular Disease ▶ | Years | 23. WAS BIOPSY PERFORMED? YES [ ] X |
| DUE TO (C) | ▶ | | 24A. WAS AUTOPSY PERFORMED? YES [ ] X |

| 25. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN 21 | 24B. WAS IT USED IN DETERMINING CAUSE OF DEATH? |
|---|---|
| Hypertension | |

| 26. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 21 or 25? IF YES, LIST TYPE OF OPERATION AND DATE. |
|---|
| No |

**PHYSICIAN'S CERTIFICATION**

| I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE AND PLACE STATED FROM THE CAUSES STATED. | 27B. SIGNATURE AND DEGREE OR TITLE OF CERTIFIER | 27C. CERTIFIER'S LICENSE NUMBER | 27D. DATE SIGNED |
|---|---|---|---|
| 27A. DECEDENT ATTENDED SINCE MONTH, DAY, YEAR | DECEDENT LAST SEEN ALIVE MONTH, DAY, YEAR | 27E. TYPE ATTENDING PHYSICIAN'S NAME AND ADDRESS | |

**CORONER'S USE ONLY**

| I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE AND PLACE STATED FROM THE CAUSES STATED. | 28A. SIGNATURE AND TITLE OF CORONER OR DEPUTY CORONER | 28B. DATE SIGNED |
|---|---|---|
| | ▶ Deputy Coroner  Mary T. Macau | 8-07-92 |

| 29. MANNER OF DEATH—Specify are natural, accident, suicide, homicide, pending investigation or could not be determined | 30A. PLACE OF INJURY | 30B. INJURY AT WORK YES [ ] NO [ ] | 30C. DATE OF INJURY MONTH, DAY, YEAR | 31. HOUR |
|---|---|---|---|---|
| Natural | | | | |

| 32. Location (STREET AND NUMBER OR LOCATION AND CITY) | 33. DESCRIBE HOW INJURY OCCURRED (EVENTS WHICH RESULTED IN INJURY) |
|---|---|

**FUNERAL DIRECTOR AND LOCAL REGISTRAR**

| 34A. DISPOSITION(S) | 34B. PLACE OF FINAL DISPOSITION—NAME AND ADDRESS | 34C. DATE MO., DAY, YEAR | 35A. SIGNATURE OF EMBALMER | 35B. LICENSE NUMBER |
|---|---|---|---|---|
| CR/RES | RES: 11944 MONTANA AVE., #305 W.LOS ANGELES,CA 90049 | 8/14/92 | NOT EMBALMED | NONE |

| 36. NAME OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH | 36B. LICENSE NO. | 37. SIGNATURE OF LOCAL REGISTRAR | 38. REGISTRATION DATE |
|---|---|---|---|
| PIERCE BROS WESTWOOD VILLAGE | FD-951 | ▶ Robert C. Metz  SH | AUG 1 0 1992 |

| STATE REGISTRAR | A. | B. | C. | D. | E. | F. | CENSUS TRACT |
|---|---|---|---|---|---|---|---|

VS-11 (REV. 3-91)   — MAKE NO ERASURES, WHITEOUTS, OR OTHER ALTERATIONS

---

THIS IS A TRUE CERTIFIED COPY OF THE RECORD FILED IN THE COUNTY OF LOS ANGELES DEPARTMENT OF HEALTH SERVICES IF IT BEARS THIS SEAL IN PURPLE INK.

AUG 11 1992

70

Director of Health Services and Registrar

---

**EXHIBIT 20**
**181**

DCC00073015

# EXHIBIT 20

# CERTIFICATE OF DEATH
## STATE OF CALIFORNIA
### USE BLACK INK ONLY

STATE FILE NUMBER

LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER

**DECEDENT PERSONAL DATA**

| 1A. NAME OF DECEDENT—FIRST (GIVEN) | 1B. MIDDLE | 1C. LAST (FAMILY) | 2A. DATE OF DEATH—MO., DAY, YR, 2B. HOUR | 3. SEX |
|---|---|---|---|---|
| JOSEPH | – | SHUSTER | Fnd July 30, 1992 1106 | MAL |

| 4. RACE | 5. HISPANIC—SPECIFY | 6. DATE OF BIRTH—MO, DAY, YR | 7. AGE IN YEARS | IF UNDER 1 YEAR — MONTHS DAYS | IF UNDER 24 HOURS — HOURS MINUTES |
|---|---|---|---|---|---|
| CAUCASIAN | ☐ YES ☒ No | JULY 10, 1914 | 78 | | |

| 8. STATE OF BIRTH | 9. CITIZEN OF WHAT COUNTRY | 10. FULL NAME OF FATHER | 11. FULL MAIDEN NAME OF MOTHER | 11. STATE OF BIRTH |
|---|---|---|---|---|
| CANADA | USA | JULIUS SHUSTER — HOLLAND | IDA KAKLARSKY | RUSSIA |

| 12. MILITARY SERVICE? | 13. SOCIAL SECURITY NO. | 14. MARITAL STATUS | 15. NAME OF SURVIVING SPOUSE IF WIFE, ENTER MAIDEN NAME |
|---|---|---|---|
| 19 — To 18 ☒ NONE | [redacted] | NEVER MARRIED | NONE |

| 16A. USUAL OCCUPATION | 16B. USUAL KIND OF BUSINESS OR INDUSTRY | 16C. USUAL EMPLOYER | 16D. YEARS IN OCCUPATION | 17. EDUCATION—YEARS COMPLETED |
|---|---|---|---|---|
| ARTIST | COMIC BOOKS | DC COMICS | 60 | 14 |

**USUAL RESIDENCE**

| 18A. RESIDENCE—STREET AND NUMBER OR LOCATION | | | 18B. CITY | 18C. ZIP CODE |
|---|---|---|---|---|
| 11944 MONTANA AVENUE #305 | | | W. LOS ANGELES | 90049 |

| 18D. County | 18E. NUMBER OF YEARS IN THIS COUNTY | 18F. STATE OR FOREIGN COUNTRY | 20. NAME, RELATIONSHIP, MAILING ADDRESS AND ZIP CODE OF INFORMANT |
|---|---|---|---|
| LOS ANGELES | 14 | CALIFORNIA | JEAN PEAVY–SISTER 316 HORTON LANE N.W ALBUQUERQUE, NEW MEXICO 87114 |

**PLACE OF DEATH**

| 19A. PLACE OF DEATH | 19B. IF HOSPITAL, SPECIFY ONE: IP, ER/OP, DOA | 19C. COUNTY |
|---|---|---|
| Residence | | Los Angeles |

| 19D. STREET ADDRESS—STREET AND NUMBER OR LOCATION | 19E. CITY |
|---|---|
| 11944 Montana Avenue #305 | W. Los Angeles |

**CAUSE OF DEATH**

| 21. DEATH WAS CAUSED BY: (ENTER ONLY ONE CAUSE PER LINE FOR A, B, AND C) | | TIME INTERVAL BETWEEN ONSET AND DEATH | 22. WAS DEATH REPORTED TO CORONER? REFERRAL NUMBER |
|---|---|---|---|
| IMMEDIATE CAUSE (A) | Congestive Heart Failure ▶ | Unk | ☒ YES 92-06897 ☐ NO |
| DUE TO (B) | Arteriosclerotic Cardiovascular Disease ▶ | Years | 23. WAS BIOPSY PERFORMED? ☐ YES ☒ NO |
| DUE TO (C) | | | 24A. WAS AUTOPSY PERFORMED? ☐ YES ☒ NO |

| 25. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN 21 | 26. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 21 OR 25? IF YES, LIST TYPE OF OPERATION AND DATE. |
|---|---|
| Hypertension | No |

**PHYSICIAN'S CERTIFICATION**

| I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE AND PLACE STATED FROM THE CAUSES STATED. | 27B. SIGNATURE AND DEGREE OR TITLE OF CERTIFIER | 27C. CERTIFIER'S LICENSE NUMBER | 27D. DATE SIGNED |
|---|---|---|---|
| 27A. DECEDENT ATTENDED SINCE / DECEDENT LAST SEEN ALIVE MONTH, DAY, YEAR | 27E. TYPE ATTENDING PHYSICIAN'S NAME AND ADDRESS | | |

**CORONER'S USE ONLY**

| I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE AND PLACE STATED FROM THE CAUSES STATED. | 28A. SIGNATURE AND TITLE OF CORONER OR DEPUTY CORONER | 28B. DATE SIGNED |
|---|---|---|
| | ▶ Deputy Coroner Mary T. Macmi | 8-07-92 |

| 29. MANNER OF DEATH—Specify one: natural, accident, suicide, homicide, pending investigation or could not be determined | 30A. PLACE OF INJURY | 30B. INJURY AT WORK ☐ YES ☐ NO | 30C. DATE OF INJURY MONTH, DAY, YEAR | 31. HOUR |
|---|---|---|---|---|
| Natural | | | | |

| 32. Location (STREET AND NUMBER OR LOCATION AND CITY) | 33. DESCRIBE HOW INJURY OCCURRED (EVENTS WHICH RESULTED IN INJURY) |
|---|---|

**FUNERAL DIRECTOR AND LOCAL REGISTRAR**

| 34A. DISPOSITION(S) | 34B. PLACE OF FINAL DISPOSITION—NAME AND ADDRESS | 34C. DATE MO., DAY, YEAR | 35A. SIGNATURE OF EMBALMER | 35B. LICENSE NUMBER |
|---|---|---|---|---|
| CR/RES | RES: 11944 MONTANA AVE. #305 W.LOS ANGELES, CA 90049 | 8/14/92 | NOT EMBALMED | NONE |

| 36. NAME OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH) | 36B. LICENSE NO. | 37. SIGNATURE OF LOCAL REGISTRAR | 38. REGISTRATION DATE |
|---|---|---|---|
| PIERCE BROS WESTWOOD VILLAGE | FD-951 | ▶ Robert C. Metz | AUG 10 1992 |

**STATE REGISTRAR**

| A. | B. | C. | D. | E. | F. | CENSUS TRACT |
|---|---|---|---|---|---|---|

VS-11 (REV. 3-91)                    MAKE NO ERASURES, WHITEOUTS, OR OTHER ALTERATIONS

THIS IS A TRUE CERTIFIED COPY OF THE RECORD FILED IN THE COUNTY OF LOS ANGELES DEPARTMENT OF HEALTH SERVICES IF IT BEARS THIS SEAL IN PURPLE INK.

AUG 11 1992

70

Director of Health Services and Registrar

## EXHIBIT 20
## 181

DCC00073015

# EXHIBIT 21

## AFFIDAVIT OF JEAN PEAVY UNDER
## CALIFORNIA PROBATE CODE SECTION 13101

The undersigned, JEAN PEAVY, hereby affirms the following information as required by California Probate Code Section 13101:

1.      The name of the decedent is JOSEPH SHUSTER (the "decedent").

2.      The decedent died on July 30, 1992 in Los Angeles County, California.

3.      At least 40 days have elapsed since the death of the decedent, as shown in a certified copy of the decedent's death certificate attached to this declaration.

4.      No proceeding is now being or has been conducted in California for administration of the decedent's estate.

5.      The gross value of the decedent's real and personal property in California, excluding the property described in Section 13050 of the California Probate Code, does not exceed Sixty Thousand Dollars ($60,000).

6.      The affiant is the successor of the decedent, as defined in Section 13006 of the California Probate Code.

7.      The property of the decedent to be transferred and delivered to the affiant, as the successor to the decedent, is:

768 shares of Timer Warner Inc. Common Stock

8.      No other person has a right to the interest of the decedent in the described property.

9.      The affiant requests that the described property be paid, delivered or transferred to her.

10.     The affiant declares under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:      August 17            , 1992

_Jean Peavy_
JEAN PEAVY

**EXHIBIT 21**
**182**

DCC00073013

**STATE OF**   NEW MEXICO                )

                                          )   ss.

**COUNTY OF**   BERNALILLO        )


On ___August 17_____, 1992, before me, a notary public for the State of _New Mexico_____, personally appeared JEAN PEAVY (____) known to me or (_X_) proved to me based on satisfactory evidence to be the person whose name is subscribed to the above instrument, and she acknowledged to me that she executed the same.

**IN WITNESS WHEREOF,** I have hereunto set my hand and affixed my official seal on the day and year first above written.


SEAL:

_Barbara Newson_
Notary Public for the
State of _New Mexico_____

OFFICIAL SEAL
BARBARA NEWSON
NOTARY PUBLIC
TH OF NEW MEXICO
Commission Expires 3-13-94


2.

EXHIBIT 21
183

DCC00073014

# EXHIBIT 22

316 Horton Ln. NW
Albuquerque, NM  87114
August 21, 1992

Marty Payson, Vice-President
Time Warner
75 Rockefeller Plaza
New York, NY  10019

Dear Mr. Payson,

   This will be one of the most difficult letters I've ever written
and one I wish I didn't have to write.  As you know, your friend and my
brother, Joe Shuster, died on July 30.  Joe and I were very close.
Every week we talked on the phone.  Back in the late 1940's and 1950's
when Joe was struggling, I helped support him by sending him a weekly
check so he could go on creating new ideas and hopefully sell them.
My brother Frank knows this because he took over supporting Joe after
I married in 1955.  I was happy to do this because I loved him.
Joe always assured me that I would be taken care of after his demise.

   I have just returned from Los Angeles where I spent a very stressful
two weeks arranging for Joe's funeral, disposing of the belongings
in his apartment and trying to get the financial affairs in order.  In
going through his papers I was shocked to learn that Joe did not only
not have much money in the bank but that he had almost $20,000 in
credit card debts and unpaid bills (copies of bills enclosed).  He
only had one active bank account at Security Pacific National Bank with
$23,773 in it, in which he received his direct deposit checks from
Time Warner.  I do not have access to his account until the legal things are set-
tled  while the 20% interest continues to accrue on his credit card debt.
I could not find any other assets except two dormant bank accounts with
$167 and $11 in them.  I thought Joe might have had a small life insurance
policy through his pension to pay his final debts and expenses.
Unfortunately, he did not.

   As heir to his Will, I am responsible for paying off his credit card
debts, along with any bills that will be coming in and forwarded to me--
utilities, half month's rent, unknown credit debts, legal fees, etc.  Today
I received another bill from the County Coroner.  Thankfully, Paul Levitz
said Time Warner would cover it.

   I find myself in a financial plight.  How could Joe Shuster end up
with an estate of almost nothing?  And what if more debt and bills come in?
His estate may not even be able to cover it.  It's bad enough to lose a
family member with whom you are close but it's devastating when they leave
a burden of large unpaid debts and bills which the estate can barely cover.
On top of this, my son and I had great expenses flying out to California,
staying at a motel, renting a car, etc.  My husband and I are of modest
means.  We live on my husband's modest pension and this was very expensive
for us.  In addition, we still don't know how much the legal fees will be.
The estate may not cover it at all.

**EXHIBIT 22**
**184**

DCC00006477

This is very embarrassing for me to have to write to you this way. It's unbelievable to me that Joe could have so little considering the generosity shown by Time Warner in raising the pension income of Siegel and Shuster. Through his 1991 tax return and 1992 pay memos, I found out he was receiving $2,627 twice a month after withholding or $63,000 a year after taxes. I had my son itemize Joe's 1992 checks and bank statements to see where his money went. We've been able to account for most of his checks. From January of 1992 to the middle of July, we found he wrote almost $31,000 in checks, plus there are other checks still unaccounted for. In a little over six months, he spent everything he took in.

Almost $1,500 a month went for rent. Almost $500 for utilities. We also found that over $1,200 a month was being paid to Joanne Siegel for some kind of commission for including him in the pay raise. It appears that for quite a few years, she has been taking 20% of his income as an agent's commission for getting pay raises for Siegel and Shuster. All of this consumed about $3,200 a month. The rest went for groceries (home delivered), personal and health items, and lots of clothes and stereo systems that filled his large apartment from floor to ceiling which he gave to charity at the end.

Joe was very generous. He liked to spend on himself and he liked to give things away. In Joe's interview by a reporter from the Toronto Star who came to Joe's apartment, he wrote, "One corner of his apartment is jammed with stereo components--three turntables, several tapedecks, and a dozen high-power speakers--that will be donated to the visually impaired." This must have cost thousands of dollars. Yet, when I came to his apartment, more equipment had been bought and every room was jamm-packed from floor to ceiling full of stereo components and speakers. This time he promised this to the Music Department of the Los Angeles Valley College. When they came to take the equipment, they showed me a letter authorizing them to get it for this good cause. This equipment must have cost thousands and thousands of dollars. He also had every closet stuffed full of jackets and clothes piled everywhere.

Joe's ladyfriend admitted to me how generous he had been to her and her son. Her son is a psychology professor and I asked if he could tell me why Joe spent so much money. He said that Joe was a compulsive buyer triggered by years of deprivation, so when he had a chance, he went on shopping sprees. He was also very generous and gave when he heard there was a need.

I am glad Joe spent the last years of his life happy. Joe Shuster was a kind, generous, and creatively brilliant man. He made great contributions to this world. Unfortunately, Joe left his family with a crushing burden of unpaid debts and bills and only a tiny estate to cover it. Joe did not like to deal with business. And now he has put a terrible burden on me which I know he never intended. The kindness and generosity of Warner Communications and now Time Warner has been demonstrated in the past. Any help that Time Warner could give to the family of Joe Shuster to pay his final debts and expenses would be warmly appreciated at this time of mourning. The Shuster family looks forward to seeing you at the memorial service on September 24.

-2-

**EXHIBIT 22**
**185**

DCC00006478

With warmest regards,

*Jean Shuster Peavy*

Jean Shuster Peavy


Enclosed:  The bill from the County Coroner.
A schedule of Joe's debts with copies of statements.
His latest bank statement from Security Pacific.
An itemization of the amounts of most of his checks written in 1992.
The agreement with Joeanne Seigel to take 20% of his income and copies
of the two latest checks to her.

**EXHIBIT 22**
**186**

DCC00006479

**Schedule of Debts of Joe Shuster**

| Due Date | Creditor | Amount |
|---|---|---|
| 8-24-92 | Sears Charge | $5,325.54 |
| 8-21-92 | First Select VISA | 5,280.76 |
| 8-21-92 | BankAmericard VISA | 2,742.75 |
| as of 8-19-92 | The Broadway | 2,415.15 |
| 8-13-92 | Circuit City Stores | 1,161.-- |
| 8-14-92 | Security Pacific Bank Card | 1,061.18 |
| 7-9-92 | JC Penney | 101.16 |
| 8-13-92 | Century Cable | 103.02 |
| July/August | Electric bill based on 1-7-92 bill | 200 |
| 8-7-92 | Telephone bill | 130 |
| 8-1 to 8-13 | assessment for ½ month rent | 750 |
| 1992 | Final Tax Returns-Tax Counsel Assc. | 300 |
| Total Debts and Final Obligations | | $19,570 |

LEGAL/PROBATE FEES STILL UNKNOWN               ?

**EXHIBIT 22**
**187**

DCC00006480

# SEARSCharge
P.O. BOX 5000
RCH CUCAMGA CA 91729

| | |
|---|---|
| Account Number: | ▮▮▮▮329 6 |
| Billing date: | July 25, 1992 |

**ACCOUNT SUMMARY**

| | |
|---|---|
| Previous balance | $5,435.59 |
| Total payments | − 200.00 |
| Total charges | + 5.41 |
| Total credits | − 0.00 |
| Finance charge | + 84.54 |
| New balance | $5,325.54 |
| Minimum due: | $156.00 |
| Due date: | August 24, 1992 |

JOSEPH M SHUSTER
11944 MONTANA AVE
LOS ANGELES CA   90049-5033

## TRANSACTIONS

| | | |
|---|---|---|
| Jul 11 | PAYMENT - THANK YOU . . . . . . . . . . . . . . . . . . . . . . | − $200.00 |
| Jul 15 | CATD7835431D, CATALOG SALE, 800-366-3000 . . . . . . . | 5.41 |

## SPECIAL ACCOUNT INFORMATION

The amount due shown above includes a past due amount. You should send the entire amount due now. If payment has been made recently, please disregard this request.

## HELPFUL INFORMATION

Available Credit: $1,694

If the amount of Available Credit is not sufficient, or you have a question, call:
    (800) 877-8498
    M - F 9-9, SAT 9-6

Mail any billing error notices to:
    P.O. BOX 5001
    RCH CUCAMONGA CA 91729-0000

    Please include your account
    number with any correspondence.

## SEARSCHARGE BONUS CLUB

Great News! Now the SearsCharge Bonus Club pays you back in money-saving certificates every time your SearsCharge purchases build up to $200 or more. You need only $140.48 more in charges to earn your bonus. It pays to shop at Sears!

## FINANCE CHARGE RATES

| Date of charges | Average Daily Balance | ANNUAL PERCENTAGE RATE | Monthly Periodic Rate | Average Daily Balance | FINANCE CHARGE |
|---|---|---|---|---|---|
| All | over $0.00 | 19.2% | 1.6% | $5,283.89 | $84.54 |
| | | | | Total | $84.54 |

NOTE: See other side for important information



Tear off and mail this coupon with your payment in the enclosed envelope. Your payment must arrive by the due date to avoid additional finance charges. Make check payable to *Sears, Roebuck and Co.* and include your account number on the check. 8498

SEARS PAYMENT CENTER
P.O. BOX 860020
PASADENA CA  91186-0020

| | |
|---|---|
| JOSEPH M SHUSTER | |
| Account Number: | ▮▮▮▮328 6 |
| Billing date: | July 25, 1992 |
| New balance: | $5,325.54 |
| Minimum due: | $156.00 |
| Due date: | August 24, 1992 |

Address change? Check in box below and write your new address on the back.

[ · ]

**EXHIBIT 22**
**188**

DCC00006481



Will Freeze as of July 30

FIRST SELECT VISA
P.O. BOX 9560
MANCHESTER, NH 03108-9560

REMIT TO:

FIRST SELECT VISA
P.O. BOX 9560
MANCHESTER, NH 03108-9560

JOSEPH M SHUSTER
11944 MONTANA AVE
LOS ANGELES  CA  90049-5033

YES, please protect my First Deposit VISA® account with the CREDIT PROTECTION PLAN described in the Plan Summary which I have read. I understand I can cancel at any time during the first 30 days of membership and receive a full refund with no further obligation.

X
SIGN HERE TO ENROLL (Primary Cardholder's Signature Required)

ACCOUNT NUMBER     ████ 4223

PAYMENT DUE DATE
AUG 21,1992

MINIMUM PAYMENT DUE
126.12

AMOUNT ENCLOSED

PLEASE MAKE CHECK PAYABLE TO FIRST DEPOSIT

0760

✂ DETACH HERE

| POSTING DATE | DESCRIPTION | TRANSACTION DATE | REFERENCE NUMBER | AMOUNT CR = CREDIT PY = PAYMENT |
|---|---|---|---|---|
| 07-27 | PAYMENT RECEIVED - THANK YOU | 07-27 | | 126.16PY |
| 07-27 | CREDIT PROTECTION | 07-27 | 74168512209000001410550 | 20.12 |

PROTECT YOUR GOOD CREDIT WITH JUST A STROKE OF A PEN! SIGN THE BOX AT THE TOP OF YOUR STATEMENT AND PROTECT YOUR ACCOUNT AGAINST UNEMPLOYMENT OR DISABILITY.  SEE ENCLOSED BROCHURE FOR DETAILS.

FOR CUSTOMER SERVICE ON YOUR FIRST SELECT VISA,
CALL TOLL-FREE AT 1-800-964-6000.

| AVERAGE DAILY BALANCE | DAILY PERIODIC RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|
| PURCHASES* | | |
| $ .00 | .060000% | 21.90% |
| CASH ADVANCES | | |
| $ 5,310.54 | .060000% | 21.90% |

The Cash Advance Check below is provided for your convenience. We will gladly honor this and any other cash advance check you use as long as you have credit available. You cannot use this check to pay your credit account with First Deposit National Credit Card Bank. Please save this stub for future reference.

Date: _____  Amount: $ _____
Payable To: _____

ACCOUNT NUMBER     ████ 4223

CREDIT LINE
6,200

CREDIT AVAILABLE
919

For Billing Errors,
See Reverse Side.

NUMBER OF DAYS IN BILLING CYCLE  32

CLOSING DATE
JUL 27,1992

MINIMUM PAYMENT DUE
126.12

PAYMENT DUE DATE
AUG 21,1992

| ACCOUNT SUMMARY | |
|---|---|
| PREVIOUS BALANCE | $ 5,284.84 |
| CREDITS | .00 |
| PAYMENTS | 126.16 |
| PURCHASES & OTHER CHARGES | .00 |
| CASH ADVANCES | 20.12 |
| FINANCE CHARGE | 101.96 |
| LATE PAYMENT CHARGE | .00 |
| NEW BALANCE | $ 5,280.76 |

* Only applicable for accounts with credit cards.

✂ DETACH HERE

**EXHIBIT 22**
**189**

DCC00006482

**BankAmericard**

**Payment Coupon**

VISA

7901

| | |
|---|---|
| PAYMENT DUE DATE | 08-21-92 |
| ▼ ENTER AMOUNT ENCLOSED | |

| | |
|---|---|
| BILLING DATE | 07-27-92 |
| NEW BALANCE | 2742.75 |
| MINIMUM PAYMENT DUE | 109.00 |

LEASE PRINT CHANGE OF ADDRESS
ON TELEPHONE NUMBER HERE ▶

STREET
CITY          STATE          ZIP
HOME PHONE   BUSINESS PHONE

TO AVOID ADDITIONAL PERIODIC CHARGES, PAYMENT OF THE NEW BALANCE MUST BE RECEIVED BY PAYMENT DUE DATE. THE MINIMUM PAYMENT WILL BE PAST DUE IF NOT RECEIVED BY THE PAYMENT DUE DATE.

MAKE CHECK PAYABLE T
BANK OF AMERICA NT&
WRITE YOUR ACCOUNT
NUMBER ON YOUR CHE

◀ MAIL PAYMENT TO:

JOSEPH M SHUSTER
11944 MONTANA AV 305
W LOS ANGELES CA 90049-5026

BANK OF AMERICA
CARD CENTER
PASADENA, CA 91127

0105

9010010900027427540240046999879010010900027427 *** 920038669

"0004522644" :524022250: 00000 00000"

RETURN PAYMENT COUPON WITH YOUR CHECK AND KEEP THE STATEMENT PORTION BELOW FOR YOUR RECOR

TO AVOID ADDITIONAL PERIODIC CHARGES, PAYMENT OF THE NEW BALANCE BY PAYMENT DUE DATE. THE MINIMUM PAYMENT WILL BE PAST DUE IF NOT RECEIVED BY THE PAYMENT DUE DATE.

| Account Number | 7901 | Name: | JOSEPH M SHUSTER |
|---|---|---|---|

**BankAmericard Statemen**

| Account Type | VISA | Credit Line | 4700 | Credit Available | 1957 | Billing Date | 07-27-92 | Payment Due Dat | 08-21-9 |
|---|---|---|---|---|---|---|---|---|---|

| ACCOUNT ACTIVITY | BankCard sub-Account | ValueAmerica sub-Account | Total Account |
|---|---|---|---|
| Previous Balance | 2831 75 | 00 | 2831 75 |
| New Activity (+) | | | |
| Cash Advances (+) | | | |
| Service Transactions (+) | | | |
| Payments (−) | 150 00 | | 150 00 |
| Credits (−) | | | |
| Sub Account Credit Transfers (+)(−) | | | |
| FINANCE CHARGE (+) | 45 32 | | 45 32 |
| Late/Collection Charge Overlimit Fee (+) | 00 | | 00 |
| Credit Insurance Premium (+) | 15 68 | | 15 68 |
| NEW BALANCE (=) | 2742 75 | 00 | 2742 75 |

| FINANCE CHARGE CALCULATION | Amounts Subject to Charge | I's Rate (%) (or Periodic Rate) | = Corresponding Finance Charge | Corresponding Annua Percentage Rate (%) |
|---|---|---|---|---|
| BankCard sub-Account Average Daily Balance | 2746 81 | 1.650 | 45 32 | 19.80 |
| Cash Advances | | 2.000 | | |
| Service Transactions | | 2.000 | | |
| ValueAmerica sub-Account | | | | |
| $ 1000 and under | | 1.500 | | 18.00 |
| over $ 1000 | | 1.000 | | 12.00 |

**ANNUAL PERCENTAGE RATE (%)**

| BankCard sub-Account | ValueAmerica sub-Account | Total Account |
|---|---|---|
| 19.80 | .00 | 19.80 |

BANK CARD CENTER
P.O. BOX 7042
PASADENA, CA 91109

SEND BILLING INQUIRIES TO

| Current Amount Due ▶ | 109 |
| Amount Past Due ▶ | |
| Amount Over Credit Line ▶ | |
| Minimum Payment Due ▶ | 109 |

| POSTING MO DAY | REFERENCE NUMBERS | ACTIVITY SINCE LAST STATEMENT | TRANSACTION DATE IF AVAILABLE | CHARGES | PAYMENTS AND CREDITS |
|---|---|---|---|---|---|
| | | YOUR BANKAMERICARD ACCEPTED AT SECURITY PACIFIC ATMS IN 11 WESTERN STATES! | | | |
| 0720 | 53252478 | PAYMENT − THANK YOU | | | 150 |
| 0727 | | CRED INS PREM, CENTRAL STATES, OMAHA, NE | | 15 68 | |
| 0727 | | ***FINANCE CHARGE*** | | 45 32 | |

| 920038669 | FOR CUSTOMER SERVICE, CALL: | PACIFIC TIME 1-800-323-1753 6:30 AM − 4:30 PM | FOR LOST OR STOLEN CARD, CALL: 1-800-423-3823 24-HOUR TELEPHONE NUMBER | 61 00 | 150 |
|---|---|---|---|---|---|
| STATEMENT NUMBER | | | | TOTAL CHARGES | TOTAL PAYME AND CREDIT |
| PAGE 1 OF 1 | | | | | |

**EXHIBIT 22**
190

DCC00006483

IF ADDRESS IS INCORRECT, ENTER NEW ADDRESS HERE

| ADDRESS | | |
|---|---|---|
| CITY | STATE | ZIP CODE |
| PHONE (HM) | | BUS. |

2009134

**ACCOUNT NUMBER**

████ 978 7

JOSEPH SHUSTER
APT 305
11944 MONTANA AVE
W LOS ANGELES, CA   90049-5026

**PAYMENT SHOULD BE
RECEIVED BY
AUG 03 92**

PLEASE RETURN THIS COUPON WITH YOUR PAYMENT
WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK

**THE BROADWAY**

P.O. BOX 52094
PHOENIX, AZ. 85072-2094

| TYPE OF ACCOUNT | NEW BALANCE | MINIMUM PAYMENT NOW DUE | PLEASE ENTER AMOUNT PAID |
|---|---|---|---|
| CHA | 99.99 | 15.00 | |
| HOM | 2276.32 | 110.00 | |
| TOTAL | 2376.31 | 125.00 | |

DO NOT WRITE IN THIS SPACE

003738319787 001250000237631200015000009999937

| DATE | STR NO. | REFERENCE NUMBER | DEPT. | DESCRIPTION | CHARGES | PAYMENTS & CREDITS |
|---|---|---|---|---|---|---|
| 0611 | 56 | 0020757 | 931 | - - - YOUR CHARGE ACCOUNT ELECTRONIC SERVICES | 99.99 | |
| 0321 | 44 | 0920311 | 573 | - - - YOUR HOMEMAKER ACCOUNT AUDIO SYSTMS & COMPNTS | 707.00 | |
| 0702 | 12 | 0116687 | 161 | MAIL PAYMENT-THANK YOU | | 210.00 |

TRAVELING THIS SUMMER? DON'T FORGET YOUR CARD - -
YOUR BROADWAY CARD IS ACCEPTED AT WEINSTOCKS, EMPORIUM AND
BROADWAY SOUTHWEST CONVENIENTLY LOCATED THROUGHOUT
CALIFORNIA, ARIZONA, NEVADA, NEW MEXICO, UTAH AND COLORADO.

*balance as of 8-19-92*   *#2,415*

| BILLING CYCLE ## CLOSING DATE | | ACCOUNT NUMBER | | PAYMENT SHOULD BE RECEIVED BY: | |
|---|---|---|---|---|---|
| JUL 09 92 | | ████ 978 7 A | | AUG 03 92 | |

| TYPE ACCT | PREVIOUS BALANCE | CHARGES | PAYMENTS & CREDITS | AVERAGE DAILY BALANCE | FINANCE CHARGE | NEW BALANCE | MINIMUM PAYMENT NOW DUE |
|---|---|---|---|---|---|---|---|
| CHA | .00 | 99.99 | .00 | .00 | .00 | 99.99 | 15.00 |
| HOM | 1743.31 | 707.00 | 210.00 | 2182.21 | 36.01 | 2276.32 | 110.00 |
| TOT | 1743.31 | 806.99 | 210.00 | 2182.21 | 36.01 | 2376.31 | 125.00 |

You are required to pay at least the minimum payment shown and you may at any time pay all or any additional portion of the NEW BALANCE. If we receive payment of the full amount of the NEW BALANCE within 30 days (28 days for February) of the Billing Cycle Closing Date shown above, you will avoid a FINANCE CHARGE. The FINANCE CHARGE is computed by applying to the AVERAGE DAILY BALANCE monthly periodic rate of **1.65%** on amounts up to **ALL** and **N/A** on amounts in excess of **N/A** which are annual percentage rates of **19.80%** and **N/A** respectively. Subject to a minimum charge of 50¢ per ....th where permitted by law. NOTICE: See reverse side for imp... ....ation information.

**EXHIBIT 22**
**191**

DCC00006484

SECURITY PACIFIC BANK, N.A.
BANKCARD SERVICES
PO BOX 2930
PHOENIX, ARIZONA 85038

*Finance charges accruing*

4100

400 RRB   7 13 3

| Account Number | Min Balance | Current Due Date | Current Minimum Amount Due | Past Due + Overlimit Amounts | = | Minimum Payment Due | Amount Enclosed |
|---|---|---|---|---|---|---|---|
| 4100 | $1061.18 | 08/14/92 | $0.00 | $0.00 | | $0.00 | $ |

BANKCARD SERVICES
BANKCARD PROCESSING
PASADENA CA 91052-0002

JOSEPH SHUSTER
11944 MONTANA AVE APT 305
LOS ANGELES CA 90049-5026

⑈060412⑈ ⑈524022250⑈ 00000⑈00000⑈

Telephone No        310-247-2800

| Account Number | Credit Line | Available Credit | Days in Billing Cycle | Billing Date | Payment Due Date | Minimum Payment Due |
|---|---|---|---|---|---|---|
| 4100 | $2500 | $1438 | 32 | 07/20/92 | 08/14/92 | $0.00 |

| Date of Trans | Post | Reference Number | Activity Since Last Statement | Amount |
|---|---|---|---|---|
| 07/09 | 07/09 | 7407000JG00Z9BYW3 | PAYMENT - THANK YOU | 100.00- |
| | | *FINANCE CHARGE* | | 16.95 |

*will not Freeze add Finance charges until paid*

| Previous Balance | − | Total Payments/Credits | = | Subtotal | + | Automatic Advances | + | Fees | + | Finance Charge | = | New Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $1144.23 | | $100.00 | | $1044.23 | | $0.00 | | $0.00 | | $16.95 | | $1061.18 |

An amount followed by a minus sign (−) is a credit or credit balance.

TO OBTAIN THE MOST CURRENT BALANCE, CREDIT LIMIT OR LAST
PAYMENT, CALL THE LOCAL PHONE NUMBER ABOVE.  USE YOUR ACCOUNT
NUMBER AND THE LAST 4 DIGITS OF THE PRIMARY SOCIAL SECURITY
NUMBER.  PRESS 1 AND THEN 4.  IT'S EASY TO USE!

Send inquiries to:   BANKCARD CUSTOMER SERVICE, PO BOX 52327, PHOENIX AZ, 85072

| | Automatic Advances | | AMOUNT SUBJECT TO PERIODIC RATE | |
|---|---|---|---|---|
| | | | Average Daily Balance Previous Cycle | Average Daily Balance Current Cycle |
| MONTHLY PERIODIC RATE (%) | 01.567 | | | |
| NOMINAL ANNUAL PERCENTAGE RATE (%) | 018.80 | | | |
| ANNUAL PERCENTAGE RATE (%) | 018.80 | | 0.00 | 1081.74 |

READY RESERVE ACCOUNT

**EXHIBIT 22**
**192**

DCC00006485



| POSTING DATE | DESCRIPTION | TRANSACTION DATE | REFERENCE NUMBER | AMOUNT CR-CREDIT P.Y. PAYMENT |
|---|---|---|---|---|
| 01-08 | LATE PAYMENT CHARGE | 01-08 | | 12.00 |

A FRIENDLY REMINDER...WE HAVE NOT YET RECEIVED YOUR PAYMENT.  PLEASE PAY THE AMOUNT DUE TODAY.

CATCH THE SUPER BOWL ON A BIG SCREEN TV!

*1st North Am. Natl. Bank issues credit for circuitcity*

*Balance as of 8-13-92 $1,161*

| AVERAGE DAILY BALANCE | MONTHLY PERIODIC RATE | ANNUAL PERCENTAGE RATE | FINANCE CHARGE |
|---|---|---|---|
| 1,070.23 | 1.6500% | 19.80% | $ 17.65 |
| .00 | 1.6500% | 19.80% | $ .00 |
| .00 | .0000% | 0.00% | $ .00 |

ACCOUNT NUMBER ██████880

| ACCOUNT SUMMARY | |
|---|---|
| | 1,070.23 |
| | .00 |
| | 12.00 |

CREDIT LINE 1,600
AVAILABLE CREDIT 500

PAST DUE PREVIOUS STATEMENT 67.00

| | .00 |
| MINIMUM DUE THIS CYCLE | .00 |

SEND INQUIRIES TO:
CIRCUIT CITY STORES, INC.
P.O. BOX 11768
RICHMOND, VA 23230
CUSTOMER SERVICE TELEPHONE: 1-800-477-6761

NUMBER OF DAYS IN BILLING CYCLE  31
CLOSING DATE  JAN 08,1992

MINIMUM PAYMENT DUE 67.00
FINANCE CHARGE 17.65
PAYMENT DUE DATE FEB 02,1992

134.00

$ 1,099.88

NOTICE: See Reverse Side for Important Information

To avoid an additional Finance Charge pay entire New Balance by Payment Due Date.

* SEE EXPLANATION OF CODES ON REVERSE SIDE

**EXHIBIT 22**
**193**

DCC00006486

# JCPenney

*Customer Service is Our Number One Priority*

## Account Statement

| | |
|---|---|
| Billing Error Notice Address ▶ See Reverse Side For Details | P.O. BOX 4444 BUENA PARK CA 90624 (714) 228-1200 |

| ACCOUNT NUMBER | 37-8 |
|---|---|
| CURRENT BILLING DATE | 06-13-92 |

PAGE 01 OF 01

To Avoid Additional Finance Charge, Pay New Balance By ▶ **07-09-92**

| Date | Store/Reference Number | ← | Balance Type | Item Description | Charges | Payments and Credits |
|---|---|---|---|---|---|---|
| 06-13 | | M | LATE CHARGE | | .80 | |
| | | | | YOUR ACCOUNT IS PAST DUE.  PLEASE PAY THE AMOUNT DUE OF TODAY. | | $48.80 |

| BALANCE SUMMARY | PREVIOUS BALANCE | - PAYMENTS AND CREDITS | + FINANCE CHARGE | + CHARGES | = NEW BALANCE | MINIMUM PAYMENT |
|---|---|---|---|---|---|---|
| MAJOR | 98.79 | .00 | 1.57 | .00 | 100.36 | 48.80 |
| OTHER | .00 | .00 | .00 | .80 | .80 | .00 |
| TOTAL | 98.79 | .00 | 1.57 | .80 | 101.16 | 48.80 |

Your finance charge rates are: (See reverse side for important information and explanation of your finance charge method)

| BAL. TYPE | | ON BALANCE OF | AS OF | ON BALANCE THRU $ | MONTHLY PERIODIC RATE(S) % | ANNUAL PERCENTAGE RATE(S) % | ON BALANCE OVER $ | MONTHLY PERIODIC RATE(S) % | ANNUAL PERCENTAGE RATE(S) % |
|---|---|---|---|---|---|---|---|---|---|
| M | B | 95.44 | 06-92 | ALL | 1.65 | 19.8 | | | |

△ Your Finance Charge Method is (see reverse)

---

PLEASE DETACH AND RETURN THIS STUB WITH YOUR PAYMENT

| ACCOUNT NUMBER: | 37-81 |
|---|---|

PAYMENT SHOULD REACH US BY: **07-09-92**

Indicate Address/Telephone Changes Here

| Address | |
|---|---|
| City, State, Zip Code | |
| Telephone Area Code ( ) | |

| BALANCE TYPE | NEW BALANCE | MINIMUM PAYMENT | WRITE AMOUNT PAID |
|---|---|---|---|
| MAJOR | 101.16 | 48.80 | |
| TOTAL | 101.16 | 48.80 | |

ZIP + 4 PRESORT
JOSEPH SHUSTER
11944 MONTANA AV 305
LOS ANGELES CA 90049-5026

4580 PARADISE BLV NW
ALBUQUERQUE NM 87201                66

0004562          198     6741347378 30 00048800010116

**EXHIBIT 22**
**194**

DCC00006487

# YOUR PHONE SERVICE WILL BE TEMPORARILY DISCONNECTED

UNLESS WE RECEIVE PAYMENT OF YOUR PAST DUE BILL BY          AUGUST 14,1992

**GTE California**

SERIAL CODE      62 0625 00580
DATE             8-07-92
ACCT NO          820-2446
AMT DUE          130.00

01 1717 8202446 880309 03

IF YOUR SERVICE IS TEMPORARILY DISCONNECTED, YOU WILL BE REQUIRED TO PAY THE FOLLOWING CHARGES IN ADDITION TO THE FULL AMOUNT DUE BEFORE THE TELEPHONE WILL BE RECONNECTED:

RECONNECT CHARGE $        23.00
DEPOSIT $

TO AVOID THESE ADDITIONAL CHARGES, PLEASE MAKE YOUR PAYMENT TODAY. AN ENVELOPE IS ENCLOSED FOR YOUR CONVENIENCE. ALLOW 5 DAYS FOR RECEIPT OF MAIL OR CONTACT A COMPANY REPRESENTATIVE AT THE CUSTOMER BILLING CENTER TO OBTAIN THE NEAREST IN-PERSON PAYMENT LOCATION BY CALLING TOLL FREE TO:
PLEASE BRING THE ENTIRE NOTICE WHEN PAYING IN PERSON.                1 800 223-6177

### PERMANENT DISCONNECTION

ACCOUNTS ARE TEMPORARILY DISCONNECTED FOR ONLY SEVEN CALENDAR DAYS, AFTER WHICH TIME THE SERVICE IS PERMANENTLY DISCONNECTED, UNLESS SPECIAL ARRANGEMENTS ARE INITIATED BY THE SUBSCRIBER AND AGREED TO BY THE COMPANY. IF THE SERVICE IS PERMANENTLY DISCONNECTED, AN APPLICATION FOR NEW SERVICE WILL BE REQUIRED, WHICH WILL REQUIRE PAYING NEW SERVICE CONNECTION CHARGES IN ADDITION TO THE DELINQUENT AMOUNT DUE AND THE DEPOSIT BEFORE SERVICE WILL BE INSTALLED.

72517 82002446 880309 702620 7 00013000 6  08 11

---

RETURN THIS LOWER PORTION WITH YOUR PAYMENT

01 1717 8202446 880309 03          AMOUNT DUE $          130.00

GTE CALIFORNIA
PAYMENT PROCESSING

SHUSTER, JOS.          717
11944 MONTANA AV, APT 305
LOS ANGELES  CA  90049-5026

72517 82002446 880309 702620 7 00013000 6  08 11

SEE REVERSE SIDE
FORM 90003489 (4-91)

**EXHIBIT 22**
**195**

DCC00006488



**CENTURY CABLE**
2939 NEBRASKA AVENUE
SANTA MONICA CA  90404-4028

DATE DUE
08/13/92
CENTURY CABLE
COMMITTED TO
COMMUNITY
SERVICE!

AMOUNT DUE
103.02

$

PLEASE INDICATE
AMOUNT ENCLOSED

J0
21
00
0
10
24
1

PLEASE RETURN THIS TOP PORTION ONLY, WITH REMITTANCE TO → ... *Thank You!*

00U-07-92-A-C

**1 ZP 7.26440.DS
JOE SHUSTER
11944 MONTANA AVE APT 305
LOS ANGELES CA
90049-5026

CENTURY CABLE
PO BOX 10201
VAN NUYS CA  91401-0201

08614 213457 01 5     8  010302

| CENTURY CABLE | ACCOUNT NUMBER | BILLED FROM | BILLED TO | DATE DUE | INCLUDES PAYMENTS RECEIVED BY |
|---|---|---|---|---|---|
| 2939 NEBRASKA AVE | 08614-213457-01-5 | 8/01/92 | 8/31/92 | 08/13/92 | 7/27/92 |
| SANTA MONICA, CA | | | | | |

FOR- 11944 MONTANA AVE APT 305

BILLING/REPAIR: 453-2233

| | | | MON-FRI 7AM-9PM AND SAT 8AM-9PM |
|---|---|---|---|
| 6/30 | PREVIOUS BALANCE | 103.02 | LOBBY: MON-FRI 8AM-6PM, SAT 8AM-4:30PM |

| | | | |
|---|---|---|---|
| 7/11 | PAYMENT-THANK YOU | 103.02- | **RATES MAY INCLUDE FRANCHISE FEES |
| 8/01- 8/31 | BASIC SERVICE | 24.20 | WHERE APPLICABLE** |
| 8/01- 8/31 | ADD'L OUTLET | 4.75 | |
| 8/01- 8/31 | DISNEY TRAP | * FREE * | |
| 8/01- 8/31 | CONVERTER RENTAL | 2.75 | OUR BUSIEST TIMES ARE MONDAYS |
| 8/01- 8/31 | CONVERTER RENTAL | 2.75 | AND THE DAY AFTER BILLS ARE |
| 8/01- 8/31 | VCR | * FREE * | DELIVERED. OUR LEAST BUSY DAYS |
| 8/01- 8/31 | ADD'L PREM. SVC | 5.72 | ARE WEDNESDAY AND THURSDAY. IF |
| 8/01- 8/31 | PREMIUM SERVICES | 62.85 | YOU HAVE A BILLING QUESTION, |
| | SHONTIME,DISNEY | | PLEASE TRY TO CALL DURING THESE |
| | CINEMAX | | LESS BUSY TIMES. |
| | HBO | | |
| | MOVIE CHANNEL | | |

| | | | |
|---|---|---|---|
| 7/31 | AMOUNT DUE | 103.02 | |

AUG 01 THRU AUG 31, 1992

**EXHIBIT 22**
**196**

DCC00006489

Los Angeles Department of Water and Power
P.O. Box 111, Los Angeles, California 90051

JOSEPH M SHUSTER
11944 MONTANA AV 305                    ACCT# 4-04-61024-11944-00-0305-3-01

BILL ISSUE DATE  01/09/92
AMOUNT OF PREVIOUS BILL   $      112.54
PAYMENTS SINCE   11/04/91  $      112.54-

ELECTRIC RESIDENTIAL   RATE R1A        SERVICE DATES
                                       10/31/91 TO 01/07/92

| | | | |
|---|---|---|---|
| SERVICE CHARGE | 2 MONTHS X $ 0.30/MO | $ | 0.60 |
| ENERGY USED | 1,850 KWH X $ 0.06624 | | 122.54 |
| ENERGY COST ADJUSTMENT | 1,850 KWH X $ 0.02520 | | 46.62 |
| LOW INCOME SUBSIDY CHARGE | 1,850 KWH X $ 0.00083 | | 1.54 |
| METER 01-ELECTRIC TOTAL $ | 171.30 | | |

CHARGES IMPOSED BY NON-DWP AGENCIES
| | | | |
|---|---|---|---|
| CITY UTILITY TAX | $ 171.30 X 10.0% | $ | 17.13 |
| STATE ENERGY SURCHARGE | 1,850 KWH X $ 0.00020 | | 0.37 |

PLEASE PAY THIS AMOUNT NOW DUE ▶  $   188.80

METER USAGE INFORMATION

| METER 01 | TYPE E | METER NUMBER 6-596677 | READS CURRENT 78177 | PREVIOUS 76327 | CONSTANT 1 | USAGE 1850 |
|---|---|---|---|---|---|---|

| METER | DAYS | | USAGE | | DAILY AVERAGE | |
|---|---|---|---|---|---|---|
| | THIS YR | LAST YR | THIS YR | LAST YR | THIS YR | LAST YR |
| 01 | 68 | 67 | 1850 | 2118 | 27 | 32 KWH |

**EXHIBIT 22**
**197**

DCC00006490

## Security Pacific National Bank

SAN VICENTE-BUNDY OFFICE
11980 SAN VICENTE BLVD
LOS ANGELES CA 90049

JOSEPH SHUSTER
11944 MONTANA AVE APT 305
LOS ANGELES CA    90049-5026

(310) 247-2800

No Safe Deposit Box

JUN 19 92 - JUL 21 92
AUG 19 92

ACCOUNT NUMBERS
6696

55 CHECKING

### ACTIVITY

| TYPE | DATE | AMOUNT | TYPE | DATE | AMOUNT | TYPE | DATE | AMOUNT |
|------|------|--------|------|------|--------|------|------|--------|
| 1154 | JUL06 | 150.48 | 1186 | JUL02 | 210.00 | 1202* | JUL13 | 200.00 |
| 1177* | JUN19 | 250.00 | 1188* | JUL01 | 100.00 | 1203 | JUL13 | 103.02 |
| 1181* | JUN25 | 1245.00 | 1190* | JUL09 | 100.00 | 1226* | JUL14 | 31.30 |
| 1183* | JUN29 | 250.00 | 1191 | JUL06 | 61.24 | 1227 | JUL16 | 59.32 |
| 1184 | JUN23 | 98.79 | 1192 | JUL06 | 1423.00 | 1228 | JUL20 | 137.44 |
| 1185 | JUN24 | 125.44 | 1193 | JUL20 | 1211.00 | 1229 | JUL20 | 150.00 |

### ELECTRONIC ACTIVITY

| COMPANY NAME | TRANSACTION DESCRIPTION | COMPANY DATE | IDENTIFICATION NUMBER | POST DATE | AMOUNT |
|-------------|------------------------|--------------|----------------------|-----------|--------|
| HARNER COMMUNICA | PAYROLL DD | 920619 | 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 | JUN19 | 2627.60 + |
| HARNER COMMUNICA | PAYROLL DD | 920703 | 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 | JUL03 | 2627.60 + |
| HARNER COMMUNICA | PAYROLL DD | 920717 | 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 | JUL17 | 2627.60 + |

### DAILY BALANCES

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| JUN19 | 24173.84 | JUN29 | 22454.61 | JUL06 | 23137.49 | JUL16 | 22643.85 |
| JUN23 | 24075.05 | JUL01 | 22354.61 | JUL09 | 23037.49 | JUL17 | 25271.45 |
| JUN24 | 23949.61 | JUL02 | 22144.61 | JUL13 | 22734.47 | JUL20 | 23773.01 |
| JUN25 | 22704.61 | JUL03 | 24772.21 | JUL14 | 22703.17 | | |

### CHECKING ACCOUNT SUMMARY

| | | |
|---|---|---|
| BEGINNING BALANCE . . . . . . . . . . . . . . . . . . . . . . . 0 | | 21796.24 |
| TOTAL OF      3 DEPOSITS . . . . . . . . . . . . . . . . . . . + | | 7882.80 |
| TOTAL OF     18 CHECKS/OTHER DEBITS . . . . . . . . . . . . . . - | | 5906.03 |
| SERVICE CHARGE . . . . . . . . . . . . . . . . . . . . . . . . - | | .00 |
| ENDING BALANCE . . . . . . . . . . . . . . . . . . . . . . . . 0 | | 23773.01 |

MORE ATMS FOR EASIER BANKING.  NOW YOU CAN USE YOUR READYBANKING CARD TO GET
CASH AT BANK OF AMERICA VERSATELLER ATMS WITH NO NETWORK CHARGE.

TR = Transfer account statu

**EXHIBIT 22**
**198**

DCC00006491

# 1492 CHECKS

```
  1423·00 +          51·90 +         1423·00 +
    40·50 +         100·21 +          110·74 +
    44·67 +        1423·00 +         1211·00 +
    61·57 +         107·77 +           45·27 +
   115·75 +          58·00 +          465·63 +
    36·00 +         312·03 +           50·00 +
  1500·00 +         144·00 +          200·00 +
    75·25 +        1211·00 +          121·69 +
   150·00 +    Feb 3407·91 *           98·00 +
   200·00 +                            67·09 +
   200·00 +                           197·00 +
   100·00 +                            32·00 +
    47·20 +                            71·00 +
    50·00 +          298·33 +          181·51 +
  1211·00 +         1423·00 +    March 4273·93 *
Jan 5254·94 *        150·00 +
                      34·00 +
                      80·75 +
                     100·00 +
   137·41 +          200·00 +
   172·00 +          103·02 +
    44·19 +          126·22 +
   126·27 +           96·57 +
    51·42 +          214·00 +          61·24 +
   200·00 +          250·00 +        1423·00 +
   117·19 +           98·79 +        1211·00 +
    27·05 +         1211·00 +         200·00 +
    27·06 +    May 4385·68 *          103·02 +
   154·21 +                            31·30 +
    41·75 +                            59·32 +
   145·24 +                           137·44 +
   200·00 +                           150·00 +
    31·05 +                     July 3376·32 *
   186·14 +         1430·00 +
   187·60 +          111·40 +            0· *
   200·00 +          103·02 +
   120·74 +          150·48 +         5254·94 +
    50·00 +          126·21 +         3407·91 +
    12·00 +          250·00 +         4273·93 +
    59·66 +           55·83 +         5908·51 +
   142·50 +          115·00 +         4385·68 +
   312·63 +           73·45 +         4301·52 +
  1211·00 +         1245·00 +         3376·32 +
  1423·00 +          105·69 +   Total 30908·81 *
   103·02 +          125·44 +
   121·00 +          210·00 +
   304·38 +          100·00 +
April 5908·51 *      100·00 +
                June 4301·52 *
```

**EXHIBIT 22**
**199**

DCC00006492

Joseph Shuster
11944 Montana Ave
Apt. 305
Los Angeles, CA  90049
May 27, 1986

11928 Darlington Ave
Apt. 102
Los Angeles, CA  90049
May 27, 1986

Dear Joe,

Your commission check to me dated May 15, 1986, which we thought had gotten lost in the mail, finally arrived.  As you have given me another check to replace this one, I am returning this one to you as you requested on the phone.

To avoid future confusion, please make a notation in your checkbook that this one was returned to you.

Enclosed also are 3 copies each of the two documents you requested as a favor to you,( I made a special trip to have these xeroxed for you).  One document is dated April 21, 1979 and the other March 23,1983, covering your agreement to pay me 20% of all bonuses and /or increases in lifetime income from D.C. Comics and/or Warner Communications which I have secured (and shall in the future secure) on your behalf.  I hope these copies will be helpful to you.

From now on, would you please mark your commission checks to me,"Re: percentage fee for income increase negotiation", or if applicable, "Re: percentage fee for bonus", rather than putting the inaccurate "manager's commission",  or "agent's commission", as you have in the past?

This will accurately state that I only negotiate bonuses and income increases for you on your lifetime income, and do not seek employment for you.

Warmest regards.

As ever,

*Joanne*

Joanne Siegel

P.S.  I will go to the W.L.A. postoffice to mail this with signed receipt requested to make sure your enclosed check and the documents reach you safely.

**EXHIBIT 22**
**200**

DCC00006493

# EXHIBIT 23

*Martin D. Payson*
*Vice Chairman*

 **T I M E W A R N E R**

September 8, 1992

Mrs. Jean Shuster Peavy
316 Horton Lane, NW
Albuquerque, NM 87114

Dear Mrs. Peavy:

I wish to acknowledge your letter of August 21, 1992 which arrived while I was away on vacation.  I understand how difficult it was for you to write such a letter, but I am pleased that you chose to do so.

We certainly are prepared to assist Joe's family by paying the final debts and expenses described in your letter.  I have forwarded a copy of your letter with the schedule of debts and expenses to Paul Levitz, Executive Vice President for DC Comics. Paul will arrange for direct payment of each of the outstanding bills.  If you receive any further inquiries from creditors, please forward them directly to Paul Levitz.  His address is as follows:

> DC Comics
> 1325 Avenue of the Americas
> New York, NY 10019

I wish to take this opportunity to extend to you my personal condolences on Joe's passing, and I look forward to meeting you at the memorial service on September 24th.

Sincerely,

Martin D. Payson

cc:  Paul Levitz

*Time Warner Inc.  75 Rockefeller Plaza  New York NY 10019  Tel 212.484.6520*

DCC00006498

**EXHIBIT 23**
**201**

# EXHIBIT 24

DC COMICS INC.
1325 Avenue of the Americas
New York, New York 10019
(212) 636-5555
FAX (212) 636-5401



Paul Levitz/Executive Vice President & Publisher

Dated as of August 1, 1992

Mr. Frank Shuster                          Ms. Jean Shuster Peavy
98-120 Queens Blvd., Apt. 4K               316 Horton Lane, NW
Rego Park, NY  11374                       Albuquerque, NM  87114

Dear Mr. Shuster and Ms. Peavy:

This is to confirm our agreement to pay you, collectively, a total of $25,000 a year, payable to Jean Shuster Peavy, commencing as of August 1, 1992, for as long as either one of you is alive.  Such amounts shall be payable in accordance with Warner Communication Inc.'s customary payroll practices and shall be subject to all applicable withholding taxes.  If Jean Shuster Peavy shall predecease Frank Shuster, then the foregoing payments shall be made to Frank Shuster for as long as he shall live.

We ask you to confirm by your signatures below that this agreement fully settles all claims to any payments or other rights or remedies which you may have under any other agreement or otherwise, whether now or hereafter existing regarding any copyrights, trademarks, or other property right in any and all work created in whole or in part by your brother, Joseph Shuster, or any works based thereon.  In any event, you now grant to us any such rights and release us, our licensees and all others acting with our permission, and covenant not to assert any claim of right, by suit or otherwise, with respect to the above, now and forever.

If, despite the terms of this agreement, either of you assert any such claim of right, for any reason, you agree to refund to us, upon the making of any such assertion, all amounts previously paid to you hereunder, and we will have no obligation to make any further payments under this agreement.  We also reserve all of our other rights, remedies and defenses in such an event.

If after full consideration of the foregoing, you accept and agree to all of the above, please so indicate by signing below where indicated.

Very truly yours,

DC Comics

By: _____
      Paul Levitz

ACCEPTED AND AGREED TO:

_Frank Shuster_
Frank Shuster

Dated: 10/2/92

_Jean Shuster Peavy_
Jean Shuster Peavy

Dated: 10/2/92

A division of Warner Bros. Inc.—A Time Warner Company

DCC00057854

**EXHIBIT 24**
**202**

# EXHIBIT 25

# NOTICE OF TERMINATION OF TRANSFER
# COVERING EXTENDED RENEWAL TERM

TO:  Time Warner Inc.
c/o Gerald M. Levin
Chairman of the Board & C.E.O.
75 Rockefeller Plaza
New York, NY 10019

Time Warner
Entertainment Company, L.P.
75 Rockefeller Plaza
New York, NY 10019

Warner Communications Inc.
75 Rockefeller Plaza
New York, NY 10019

Warner Bros. Inc.
c/o Robert Daly and Terry Semel
Co-Chairmen of the Board & Co-C.E.O.
4000 Warner Boulevard
Burbank, CA 91522

DC Comics Inc.
c/o Jenette Kahn
President & Editor In Chief
1700 Broadway
New York, NY 10019

DC Comics,
a New York General Partnership
c/o Paul Levitz
Executive V.P. & Publisher
1700 Broadway
New York, NY 10019

Warner Bros. Television
c/o Tony Jonas, President
4000 Warner Boulevard
Burbank, CA 91522

Warner Bros. Consumer Products
c/o Dan Romanelli, President
4000 Warner Boulevard
Burbank, CA 91522

Warner Bros. Worldwide Licensing
c/o George Jones, President
4000 Warner Boulevard
Burbank, CA 91522

Warner Music Group
c/o Robert Daly and Terry Semel
Co-Chairmen
75 Rockefeller Plaza
New York, NY 10019

Dark Horse Publications
c/o Michael Richardson, President
10956 S.E. Main St.
Milwaukie, OR 97222

Marvel Entertainment Group, Inc.
c/o Scott Sassa, C.E.O.
387 Park Ave. South
New York, NY 10016

Hasbro, Inc.
c/o Alan Hassenfeld, C.E.O.
1027 Newport Ave.
Pawtucket, RI 02861

Fleer/Skybox International
c/o Ed Feeley, President & C.E.O.
1120 Route 73
Mt. Laurel, NJ 08054

Golden Books Publishing
1220 Mound Ave.
Racine, WI 53404

Inverse Ink
TAO Research Corporation
c/o Lingtao Wang, President
785A Castro Street
Mountain View, CA 94041

2-March 1, 1938 Agreement

1

000000857

**EXHIBIT 25**
**203**

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the Copyright Law (Title 17, U.S.C.) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. section 201.10, the undersigned Joanne Siegel and Laura Siegel Larson, being the persons who own an interest sufficient to terminate transfers pursuant to said statutory provisions, hereby terminate the grant of the transfer of renewal copyright(s) (to the extent of author Jerome Siegel's share in the ownership of the renewal copyright(s)) made in a certain agreement between Jerome Siegel and Joe Shuster and Detective Comics, Inc. executed on or about March 1, 1938, and the undersigned set forth in connection therewith the following:

1.      The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Time Warner Inc., 75 Rockefeller Plaza, New York, NY 10019; Time Warner Entertainment Company, L.P., 75 Rockefeller Plaza, New York, NY 10019; Warner Communications Inc., 75 Rockefeller Plaza, New York, NY 10019; Warner Bros. Inc., 4000 Warner Boulevard, Burbank, CA 91522; DC Comics Inc., 1700 Broadway, New York, NY 10019; DC Comics, a New York General Partnership, 1700 Broadway, New York, NY 10019; Warner Bros. Television, 4000 Warner Boulevard, Burbank, CA 91522; Warner Bros. Consumer Products, 4000 Warner Boulevard, Burbank, CA 91522; Warner Bros. Worldwide Licensing, 4000 Warner Boulevard, Burbank, CA 91522; Warner Music Group, 75 Rockefeller Plaza, New York, NY 10019; Dark Horse Publications, 10956 S.E. Main St., Milwaukie, OR 97222; Marvel Entertainment Group, Inc., 387 Park Ave. South, New York, NY 10016; Hasbro, Inc., 1027 Newport Ave., Pawtucket, RI 02861; Fleer/Skybox International, 1120 Route 73, Mt. Laurel, NJ 08054; Golden Books Publishing, 1220 Mound Ave., Racine, WI 53404; and Inverse Ink, TAO Research

2-March 1, 1938 Agreement

2

000000858

EXHIBIT 25
204

Corporation, 785A Castro Street, Mountain View, CA 94041.  Pursuant to 37 C.F.R. Section 201.10(d), service of this notice is being made by first class mail to the above grantees or successors at the addresses shown.

2.      Each work to which this notice of termination applies is as follows:  The title of the original copyrighted work to which this Notice of Termination applies is SUPERMAN, an illustrated comic book story constituting a front cover and pages 1-13, inclusive, in the body of Action Comics, Vol. 1, No. 1, June, 1938 issue, publication date April 18, 1938 (which is also the date that copyright was originally secured in this work), Copyright Registration No. B379787.  This work was written by Jerome Siegel and illustrated by Joe Shuster.  Renewal for the work was made June 1, 1965, in the name of National Periodical Publications, Inc. claiming as proprietor of copyright, renewal registration No. R362188.  The aforesaid work was based upon the following works to which this Notice of Termination also applies: Twenty-four (24) days (i.e., four weeks) of previously unpublished SUPERMAN newspaper comic strips (created c. 1934), also written by Jerome Siegel and illustrated by Joe Shuster; and a seven page synopsis of the last 18 days (i.e., weeks 2, 3, & 4) of said 24 days of strips, also created c. 1934 and written by Jerome Siegel.  The remaining works to which this Notice of Termination applies[1] are:

---

[1]This Notice of Termination applies to each and every work (in any medium whatsoever, whenever created) that includes or embodies any character, story element, or indicia reasonably associated with SUPERMAN or the SUPERMAN stories, such as, without limitation, Superman, Clark Kent, Lois Lane, Perry White, Jimmy Olsen, Superboy, Supergirl, Lana Lang, Lex Luthor, Mr. MXYZPTLK (also known as Mr. MXYZTPLK), Ma and Pa Kent, Steel, the planet Krypton, Kryptonite, Metropolis, Smallville, or the Daily Planet.  Every reasonable effort has been made to find and list herein every such SUPERMAN-related work ever created.  Nevertheless, if any such work has been omitted, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted work.

2-March 1, 1938 Agreement

3

000000859

**EXHIBIT 25**
**205**

| Title | Name of Author[2] | Date Copyright Secured[3] | Copyright Reg. No. |
|---|---|---|---|
| SUPERMAN story in Comic Book form | Jerome Siegel | Unpublished Work created c. 1933 | N/A[4] |
| Untitled paragraph previewing future SUPERMAN exploits | Jerome Siegel | Unpublished Work created c. 1934 | N/A |
| 15 SUPERMAN daily comic strips (12 strips & 3 scripts) | Jerome Siegel | Unpublished Work created c. 1934 | N/A |
| 9 page synopsis covering an additional 2 months of daily (at 6 days per week) comic strips of SUPERMAN[5] | Jerome Siegel | Unpublished Work created c. 1934 | N/A |

---

[2]Pursuant to 37 C.F.R § 201.10(b)(1)(ii), this Notice includes the name of at least one author of each work to which this notice of termination applies.  The listing of any corporation as author of any work is done per the practice shown in Copyright Office records, and is not to be construed as an admission that any given work is or was a work made for hire.  Nor is anything else herein to be construed as any such admission.

[3]Regarding works governed by the 1976 Copyright Act as to "Date Copyright Secured," and commencing in 1978, the records of the U.S. Copyright Office list only the year of creation,  rather than the day, month, and year of creation.  Accordingly, for every registered post-1977 *published work* whose year of creation is the same as its year of publication, only the specific publication date (month, day, and year) will be given, and the year therein will constitute the year of creation.  For every registered post-1977 *published work* whose year of creation differs from its year of publication, the year of creation will be given (e.g., "DCRE: 1979" [i.e., "Date Created: 1979"]), followed by the specific publication date.  For every registered post-1977 *unpublished work* whose year of creation is the same as its year of registration, only the specific registration date (month, day, and year) followed by the designation "(DREG)" [i.e., "Date Registered"]  will be given, and the year therein will constitute the year of creation.  For every registered post-1977 *unpublished work* whose year of creation differs from its year of registration, the year of creation will be given (e.g., "DCRE: 1979"), followed by the specific registration date.

[4]The first four works listed in this table as well as the above-referred 24 days of previously unpublished SUPERMAN newspaper comic strips and seven page synopsis of the last 18 days of said strips were never published or registered, at least not in their original form, so there are no copyright registration numbers for them.  Accordingly, under the 1909 Act, copyright in the said works was not (and could not have been) secured prior to April 18, 1938, the date of the first published and registered SUPERMAN work, namely, *Action Comics #1* (described above).

[5]This list of titles/works as part of paragraph number 2 continues through page 550.  Paragraph number 3 begins on page 551.

2-March 1, 1938 Agreement

4

000000860

**EXHIBIT 25**
**206**

3.    The grant to which this Notice of Termination applies is a one page agreement between Detective Comics, Inc. and Jerome Siegel and Joe Shuster, co-authors of the comic book/strip SUPERMAN, identified as follows: An Agreement executed on or about March 1, 1938, which states in part that the co-authors are selling and transferring to Detective Comics, Inc., the comic strip SUPERMAN,

"all good will attached thereto and exclusive right to the use of the characters and story, continuity and title of strip contained therein, to you [Detective] and your assigns to have and hold forever and to be your exclusive property. . . "

The Agreement included at the time all SUPERMAN works in existence up through said date (March 1, 1938), which included the above described SUPERMAN story in a form suitable for comic book publication, the thirteen page SUPERMAN comic book story and its cover, the twenty-four (24) days (i.e., four weeks) of previously unpublished SUPERMAN newspaper comic strips from which the thirteen pages were derived, a seven page synopsis of the last 18 days (i.e., weeks 2, 3, & 4) of said 24 days of strips, an untitled paragraph previewing future SUPERMAN exploits, fifteen SUPERMAN daily comic strips (12 strips & 3 scripts), and a nine page synopsis covering an additional two months of daily (at 6 days per week) comic strips of SUPERMAN.  As affirmed in Siegel v. National Periodical Pub., Inc., 508 F.2d 909 (2d Cir. 1974), said Agreement also granted Detective Comics, Inc. rights in the future, including renewal rights.

4.    The effective date of termination shall be April 16, 1999.

2-March 1, 1938 Agreement

551

000000861

**EXHIBIT 25**
**207**

5.     Jerome Siegel died on January 28, 1996.  Mr. Siegel is survived by his widow, Joanne Siegel, and two children: Jerome and Joanne Siegel's daughter Laura Siegel Larson, and Mr. Siegel's son by a previous marriage, Michael Siegel.  Joanne Siegel and Laura Siegel Larson, who own and constitute more than one-half of author Jerome Siegel's termination interest, are executing this notice and constitute a 75% majority interest of those persons entitled to exercise the termination interest of Jerome Siegel as to the grant of the transfer described herein-above.  To the best knowledge and belief of the undersigned, this notice has been signed by all persons whose signature is necessary to terminate said grant under Section 304(c) of Title 17, United States Code.

Dated: March 30, 1997

Joanne Siegel
13900 Panay Way, R-115
Marina del Rey, CA 90292

Laura Siegel Larson
6400 Pacific Avenue, No. 106
Playa del Rey, CA 90293

2-March 1, 1938 Agreement                                       552

000000862

**EXHIBIT 25**
**208**

## CERTIFICATE OF INVESTIGATION

I hereby certify that before serving the foregoing document described as NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL TERM, and pursuant to 37 C.F.R. Section 201.10(d), I caused a reasonable investigation to be made on behalf of Joanne Siegel and Laura Siegel Larson as to the current ownership of the rights being terminated, by commissioning a search of U.S. copyright records, including a search of the records in the U.S. Copyright Office.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of April, 1997, at Washington, DC.

ARTHUR J. LEVINE, Esq.
FINNEGAN, HENDERSON,
FARABOW, GARRETT & DUNNER, L.L.P.
1300 "I" Street, N.W.
Washington, DC 20005
(202) 408-4000
Counsel for Joanne Siegel
and Laura Siegel Larson

2-March 1, 1938 Agreement

553

000000863

**EXHIBIT 25**
**209**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document described as NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL TERM was served this _____ day of April, 1997, by First Class Mail, postage prepaid, upon the following:

Time Warner Inc.
c/o Gerald M. Levin
Chairman of the Board & C.E.O.
75 Rockefeller Plaza
New York, NY 10019

Time Warner
Entertainment Company, L.P.
75 Rockefeller Plaza
New York, NY 10019

Warner Communications Inc.
75 Rockefeller Plaza
New York, NY 10019

Warner Bros. Inc.
c/o Robert Daly and Terry Semel
Co-Chairmen of the Board & Co-C.E.O.
4000 Warner Boulevard
Burbank, CA 91522

DC Comics Inc.
c/o Jenette Kahn
President & Editor In Chief
1700 Broadway
New York, NY 10019

DC Comics,
a New York General Partnership
c/o Paul Levitz
Executive V.P. & Publisher
1700 Broadway
New York, NY 10019

Warner Bros. Television
c/o Tony Jonas, President
4000 Warner Boulevard
Burbank, CA 91522

Warner Bros. Consumer Products
c/o Dan Romanelli, President
4000 Warner Boulevard
Burbank, CA 91522

Warner Bros. Worldwide Licensing
c/o George Jones, President
4000 Warner Boulevard
Burbank, CA 91522

Warner Music Group
c/o Robert Daly and Terry Semel
Co-Chairmen
75 Rockefeller Plaza
New York, NY 10019

Dark Horse Publications
c/o Michael Richardson, President
10956 S.E. Main St.
Milwaukie, OR 97222

Marvel Entertainment Group, Inc.
c/o Scott Sassa, C.E.O.
387 Park Ave. South
New York, NY 10016

Hasbro, Inc.
c/o Alan Hassenfeld, C.E.O.
1027 Newport Ave.
Pawtucket, RI 02861

Fleer/Skybox International
c/o Ed Feeley, President & C.E.O.
1120 Route 73
Mt. Laurel, NJ 08054

Golden Books Publishing
1220 Mound Ave.
Racine, WI 53404

2-March 1, 1938 Agreement

554

000000864

**EXHIBIT 25**
**210**

Inverse Ink
TAO Research Corporation
c/o Lingtao Wang, President
785A Castro Street
Mountain View, CA 94041

I declare under penalty of perjury that the foregoing is true and correct.

ARTHUR J. LEVINE, Esq.
FINNEGAN, HENDERSON,
FARABOW, GARRETT & DUNNER, L.L.P.
1300 "I" Street, N.W.
Washington, DC 20005
(202) 408-4000
Counsel for Joanne Siegel
and Laura Siegel Larson

2-March 1, 1938 Agreement

555

000000865

**EXHIBIT 25**
**211**

# EXHIBIT 26

# NOTICE OF TERMINATION OF TRANSFER
# COVERING EXTENDED RENEWAL TERM

TO:   Time Warner Inc.
      c/o Gerald M. Levin
      Chairman of the Board & C.E.O.
      75 Rockefeller Plaza
      New York, NY 10019

      Time Warner
      Entertainment Company, L.P.
      75 Rockefeller Plaza
      New York, NY 10019

      Warner Communications Inc.
      75 Rockefeller Plaza
      New York, NY 10019

      Warner Bros. Inc.
      c/o Robert Daly and Terry Semel
      Co-Chairmen of the Board & Co-C.E.O.
      4000 Warner Boulevard
      Burbank, CA 91522

      DC Comics Inc.
      c/o Jenette Kahn
      President & Editor In Chief
      1700 Broadway
      New York, NY 10019

      DC Comics,
      a New York General Partnership
      c/o Paul Levitz
      Executive V.P. & Publisher
      1700 Broadway
      New York, NY 10019

      Warner Bros. Television
      c/o Tony Jonas, President
      4000 Warner Boulevard
      Burbank, CA 91522

      Warner Bros. Consumer Products
      c/o Dan Romanelli, President
      4000 Warner Boulevard
      Burbank, CA 91522

Warner Bros. Worldwide Licensing
c/o George Jones, President
4000 Warner Boulevard
Burbank, CA 91522

Warner Music Group
c/o Robert Daly and Terry Semel
Co-Chairmen
75 Rockefeller Plaza
New York, NY 10019

Dark Horse Publications
c/o Michael Richardson, President
10956 S.E. Main St.
Milwaukie, OR 97222

Marvel Entertainment Group, Inc.
c/o Scott Sassa, C.E.O.
387 Park Ave. South
New York, NY 10016

Hasbro, Inc.
c/o Alan Hassenfeld, C.E.O.
1027 Newport Ave.
Pawtucket, RI 02861

Fleer/Skybox International
c/o Ed Feeley, President & C.E.O.
1120 Route 73
Mt. Laurel, NJ 08054

Golden Books Publishing
1220 Mound Ave.
Racine, WI 53404

Inverse Ink
TAO Research Corporation
c/o Lingtao Wang, President
785A Castro Street
Mountain View, CA 94041

1-December 4, 1937 Agreement

1

000000848

**EXHIBIT 26**

**212**

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the Copyright Law (Title 17, U.S.C.) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. section 201.10, the undersigned Joanne Siegel and Laura Siegel Larson, being the persons who own an interest sufficient to terminate transfers pursuant to said statutory provisions, hereby terminate the grant of the transfer of renewal copyright(s) (to the extent of author Jerome Siegel's share in the ownership of the renewal copyright(s)) made in a certain agreement between Jerome Siegel and Joe Shuster and Detective Comics, Inc. executed on or about December 4, 1937, and the undersigned set forth in connection therewith the following:

1.      The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Time Warner Inc., 75 Rockefeller Plaza, New York, NY 10019; Time Warner Entertainment Company, L.P., 75 Rockefeller Plaza, New York, NY 10019; Warner Communications Inc., 75 Rockefeller Plaza, New York, NY 10019; Warner Bros. Inc., 4000 Warner Boulevard, Burbank, CA 91522; DC Comics Inc., 1700 Broadway, New York, NY 10019; DC Comics, a New York General Partnership, 1700 Broadway, New York, NY 10019; Warner Bros. Television, 4000 Warner Boulevard, Burbank, CA 91522; Warner Bros. Consumer Products, 4000 Warner Boulevard, Burbank, CA 91522; Warner Bros. Worldwide Licensing, 4000 Warner Boulevard, Burbank, CA 91522; Warner Music Group, 75 Rockefeller Plaza, New York, NY 10019; Dark Horse Publications, 10956 S.E. Main St., Milwaukie, OR 97222; Marvel Entertainment Group, Inc., 387 Park Ave. South, New York, NY 10016; Hasbro, Inc., 1027 Newport Ave., Pawtucket, RI 02861; Fleer/Skybox International, 1120 Route 73, Mt. Laurel, NJ 08054; Golden Books

1-December 4, 1937 Agreement                    2

000000849

EXHIBIT 26
213

Publishing, 1220 Mound Ave., Racine, WI 53404; and Inverse Ink, TAO Research
Corporation, 785A Castro Street, Mountain View, CA 94041.  Pursuant to 37 C.F.R. Section
201.10(d), service of this notice is being made by first class mail to the above grantees or
successors at the addresses shown.

2.      Each work to which this notice of termination applies is as follows:  The title of
the original copyrighted work to which this Notice of Termination applies is SUPERMAN, an
illustrated comic book story constituting a front cover and pages 1-13, inclusive, in the body
of Action Comics, Vol. 1, No. 1, June, 1938 issue, publication date April 18, 1938 (which is
also the date that copyright was originally secured in this work), Copyright Registration No.
B379787.  This work was written by Jerome Siegel and illustrated by Joe Shuster.  Renewal
for the work was made June 1, 1965, in the name of National Periodical Publications, Inc.
claiming as proprietor of copyright, renewal registration No. R362188.  The aforesaid work
was based upon the following works to which this Notice of Termination also applies:
Twenty-four (24) days (i.e., four weeks) of previously unpublished SUPERMAN newspaper
comic strips (created c. 1934), also written by Jerome Siegel and illustrated by Joe Shuster;
and a seven page synopsis of the last 18 days (i.e., weeks 2, 3, & 4) of said 24 days of
strips, also created c. 1934 and written by Jerome Siegel.  The remaining works to which this
Notice of Termination applies[1] are:

_____

[1]This Notice of Termination applies to each and every work (in any medium whatsoever, whenever
created) that includes or embodies any character, story element, or indicia reasonably associated with
SUPERMAN or the SUPERMAN stories, such as, without limitation, Superman, Clark Kent, Lois Lane,
Perry White, Jimmy Olsen, Superboy, Supergirl, Lana Lang, Lex Luthor, Mr. MXYZTPLK (also known as
Mr. MXYZPTLK), Ma and Pa Kent, Steel, the planet Krypton, Kryptonite, Metropolis, Smallville, or the
Daily Planet.  Every reasonable effort has been made to find and list herein every such SUPERMAN-
related work ever created.  Nevertheless, if any such work has been omitted, such omission is
unintentional and involuntary, and this Notice also applies to each and every such omitted work.

1-December 4, 1937 Agreement                                3

000000850

EXHIBIT 26
214

| Title | Name of Author[2] | Date Copyright Secured[3] | Copyright Reg. No. |
|---|---|---|---|
| SUPERMAN story in Comic Book form | Jerome Siegel | Unpublished Work created c. 1933 | N/A[4] |
| Untitled paragraph previewing future SUPERMAN exploits | Jerome Siegel | Unpublished Work created c. 1934 | N/A |
| 15 SUPERMAN daily comic strips (12 strips & 3 scripts) | Jerome Siegel | Unpublished Work created c. 1934 | N/A |
| 9 page synopsis covering an additional 2 months of daily (at 6 days per week) comic strips of SUPERMAN[5] | Jerome Siegel | Unpublished Work created c. 1934 | N/A |

---

[2]Pursuant to 37 C.F.R § 201.10(b)(1)(ii), this Notice includes the name of at least one author of each work to which this notice of termination applies. The listing of any corporation as author of any work is done per the practice shown in Copyright Office records, and is not to be construed as an admission that any given work is or was a work made for hire. Nor is anything else herein to be construed as any such admission.

[3]Regarding works governed by the 1976 Copyright Act as to "Date Copyright Secured," and commencing in 1978, the records of the U.S. Copyright Office list only the year of creation, rather than the day, month, and year of creation. Accordingly, for every registered post-1977 *published work* whose year of creation is the same as its year of publication, only the specific publication date (month, day, and year) will be given, and the year therein will constitute the year of creation. For every registered post-1977 *published work* whose year of creation differs from its year of publication, the year of creation will be given (e.g., "DCRE: 1979" [i.e., "Date Created: 1979"]), followed by the specific publication date. For every registered post-1977 *unpublished work* whose year of creation is the same as its year of registration, only the specific registration date (month, day, and year) followed by the designation "(DREG)" [i.e., "Date Registered"] will be given, and the year therein will constitute the year of creation. For every registered post-1977 *unpublished work* whose year of creation differs from its year of registration, the year of creation will be given (e.g., "DCRE: 1979"), followed by the specific registration date.

[4]The first four works listed in this table as well as the above-referred 24 days of previously unpublished SUPERMAN newspaper comic strips and seven page synopsis of the last 18 days of said strips were never published or registered, at least not in their original form, so there are no copyright registration numbers for them. Accordingly, under the 1909 Act, copyright in the said works was not (and could not have been) secured prior to April 18, 1938, the date of the first published and registered SUPERMAN work, namely, *Action Comics #1* (described above).

[5]This list of titles/works as part of paragraph number 2 continues through page 550. Paragraph number 3 begins on page 551.

1-December 4, 1937 Agreement

4

000000851

**EXHIBIT 26**
**215**

3.   The grant to which this Notice of Termination applies is a two page agreement between Detective Comics, Inc. and Jerome Siegel and Joe Shuster, co-authors of the comic book/strip SUPERMAN, identified as follows: An Agreement of Employment executed on or about December 4, 1937, which states in part that "any new and additional features which the Employees [Siegel and Shuster] produce for use in a comic magazine are to be first submitted to the Employer [Detective Comics, Inc.], who reserves the right to accept or reject same within a period of Sixty days." Prior to the execution of this agreement, Jerome Siegel had written the following SUPERMAN works: SUPERMAN story in a form suitable for comic book publication, twenty-four (24) days (i.e., four weeks) of previously unpublished SUPERMAN newspaper comic strips, a seven page synopsis of the last 18 days (i.e., weeks 2, 3, & 4) of said 24 days of strips, an untitled paragraph previewing future SUPERMAN exploits, fifteen SUPERMAN daily comic strips (12 strips and 3 scripts), and a nine page synopsis covering an additional two months of daily (at 6 days per week) comic strips of SUPERMAN. Assuming for purposes of this notice that said agreement contains a provision affecting rights to SUPERMAN, which, when first exercised by Detective Comics, Inc. on March 1, 1938, constituted a grant of non-work-for-hire SUPERMAN works and a grant of a transfer of renewal copyright(s) in SUPERMAN, the said grant included all SUPERMAN works in existence up through said date (March 1, 1938) as listed in paragraph 2 above and the renewal rights therein, and also included rights in the future including the renewal rights in the remaining works set forth in paragraph 2 above.


4.      The effective date of termination shall be April 16, 1999.

---

1-December 4, 1937 Agreement

000000852

**EXHIBIT 26**
**216**

5.      Jerome Siegel died on January 28, 1996.  Mr. Siegel is survived by his widow, Joanne Siegel, and two children: Jerome and Joanne Siegel's daughter Laura Siegel Larson, and Mr. Siegel's son by a previous marriage, Michael Siegel.  Joanne Siegel and Laura Siegel Larson, who own and constitute more than one-half of author Jerome Siegel's termination interest, are executing this notice and constitute a 75% majority interest of those persons entitled to exercise the termination interest of Jerome Siegel as to the grant of the transfer described herein-above.  To the best knowledge and belief of the undersigned, this notice has been signed by all persons whose signature is necessary to terminate said grant under Section 304(c) of Title 17, United States Code.

Dated: March 30, 1997

Joanne Siegel
13900 Panay Way, R-115
Marina del Rey, CA 90292

Laura Siegel Larson
6400 Pacific Avenue, No. 106
Playa del Rey, CA 90293

1-December 4, 1937 Agreement

552

000000853

**EXHIBIT 26**
**217**

## CERTIFICATE OF INVESTIGATION

I hereby certify that before serving the foregoing document described as NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL TERM, and pursuant to 37 C.F.R. Section 201.10(d), I caused a reasonable investigation to be made on behalf of Joanne Siegel and Laura Siegel Larson as to the current ownership of the rights being terminated, by commissioning a search of U.S. copyright records, including a search of the records in the U.S. Copyright Office.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 3cl day of April, 1997, at Washington, DC.

ARTHUR J. LEVINE, Esq.
FINNEGAN, HENDERSON,
FARABOW, GARRETT & DUNNER, L.L.P.
1300 "I" Street, N.W.
Washington, DC 20005
(202) 408-4000
Counsel for Joanne Siegel
and Laura Siegel Larson

1-December 4, 1937 Agreement

553

000000854

EXHIBIT 26
218

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document described as NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL TERM was served this 3̶0̶ day of April, 1997, by First Class Mail, postage prepaid, upon the following:

Time Warner Inc.
c/o Gerald M. Levin
Chairman of the Board & C.E.O.
75 Rockefeller Plaza
New York, NY 10019

Time Warner
Entertainment Company, L.P.
75 Rockefeller Plaza
New York, NY 10019

Warner Communications Inc.
75 Rockefeller Plaza
New York, NY 10019

Warner Bros. Inc.
c/o Robert Daly and Terry Semel
Co-Chairmen of the Board & Co-C.E.O.
4000 Warner Boulevard
Burbank, CA 91522

DC Comics Inc.
c/o Jenette Kahn
President & Editor In Chief
1700 Broadway
New York, NY 10019

DC Comics,
a New York General Partnership
c/o Paul Levitz
Executive V.P. & Publisher
1700 Broadway
New York, NY 10019

Warner Bros. Television
c/o Tony Jonas, President
4000 Warner Boulevard
Burbank, CA 91522

Warner Bros. Consumer Products
c/o Dan Romanelli, President
4000 Warner Boulevard
Burbank, CA 91522

Warner Bros. Worldwide Licensing
c/o George Jones, President
4000 Warner Boulevard
Burbank, CA 91522

Warner Music Group
c/o Robert Daly and Terry Semel
Co-Chairmen
75 Rockefeller Plaza
New York, NY 10019

Dark Horse Publications
c/o Michael Richardson, President
10956 S.E. Main St.
Milwaukie, OR 97222

Marvel Entertainment Group, Inc.
c/o Scott Sassa, C.E.O.
387 Park Ave. South
New York, NY 10016

Hasbro, Inc.
c/o Alan Hassenfeld, C.E.O.
1027 Newport Ave.
Pawtucket, RI 02861

Fleer/Skybox International
c/o Ed Feeley, President & C.E.O.
1120 Route 73
Mt. Laurel, NJ 08054

Golden Books Publishing
1220 Mound Ave.
Racine, WI 53404

1-December 4, 1937 Agreement

554

000000855

**EXHIBIT 26**
**219**

Inverse Ink
TAO Research Corporation
c/o Lingtao Wang, President
785A Castro Street
Mountain View, CA 94041

I declare under penalty of perjury that the foregoing is true and correct.

ARTHUR J. LEVINE, Esq.
FINNEGAN, HENDERSON,
FARABOW, GARRETT & DUNNER, L.L.P.
1300 "I" Street, N.W.
Washington, DC 20005
(202) 408-4000
Counsel for Joanne Siegel
and Laura Siegel Larson

1-December 4, 1937 Agreement

555

000000856

**EXHIBIT 26**
**220**

# EXHIBIT 27

## NOTICE OF TERMINATION OF TRANSFER
## COVERING EXTENDED RENEWAL TERM

TO:   Time Warner Inc.
      c/o Gerald M. Levin
      Chairman of the Board & C.E.O.
      75 Rockefeller Plaza
      New York, NY 10019

      Time Warner
      Entertainment Company, L.P.
      75 Rockefeller Plaza
      New York, NY 10019

      Warner Communications Inc.
      75 Rockefeller Plaza
      New York, NY 10019

      Warner Bros. Inc.
      c/o Robert Daly and Terry Semel
      Co-Chairmen of the Board & Co-C.E.O.
      4000 Warner Boulevard
      Burbank, CA 91522

      DC Comics Inc.
      c/o Jenette Kahn
      President & Editor In Chief
      1700 Broadway
      New York, NY 10019

      DC Comics,
      a New York General Partnership
      c/o Paul Levitz
      Executive V.P. & Publisher
      1700 Broadway
      New York, NY 10019

      Warner Bros. Television
      c/o Tony Jonas, President
      4000 Warner Boulevard
      Burbank, CA 91522

      Warner Bros. Consumer Products
      c/o Dan Romanelli, President
      4000 Warner Boulevard
      Burbank, CA 91522

Warner Bros. Worldwide Licensing
c/o George Jones, President
4000 Warner Boulevard
Burbank, CA 91522

Warner Music Group
c/o Robert Daly and Terry Semel
Co-Chairmen
75 Rockefeller Plaza
New York, NY 10019

Dark Horse Publications
c/o Michael Richardson, President
10956 S.E. Main St.
Milwaukie, OR 97222

Marvel Entertainment Group, Inc.
c/o Scott Sassa, C.E.O.
387 Park Ave. South
New York, NY 10016

Hasbro, Inc.
c/o Alan Hassenfeld, C.E.O.
1027 Newport Ave.
Pawtucket, RI 02861

Fleer/Skybox International
c/o Ed Feeley, President & C.E.O.
1120 Route 73
Mt. Laurel, NJ 08054

Golden Books Publishing
1220 Mound Ave.
Racine, WI 53404

Inverse Ink
TAO Research Corporation
c/o Lingtao Wang, President
785A Castro Street
Mountain View, CA 94041

3-September 22, 1938 Agreement (1)

1

000000866

**EXHIBIT 27**
**221**

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the Copyright Law (Title 17, U.S.C.) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. section 201.10, the undersigned Joanne Siegel and Laura Siegel Larson, being the persons who own an interest sufficient to terminate transfers pursuant to said statutory provisions, hereby terminate the grant of the transfer of renewal copyright(s) (to the extent of author Jerome Siegel's share in the ownership of the renewal copyright(s)) made in a certain agreement between Jerome Siegel and Joseph Shuster and Detective Comics, Inc. executed on or about September 22, 1938, and the undersigned set forth in connection therewith the following:

1.     The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Time Warner Inc., 75 Rockefeller Plaza, New York, NY 10019; Time Warner Entertainment Company, L.P., 75 Rockefeller Plaza, New York, NY 10019; Warner Communications Inc., 75 Rockefeller Plaza, New York, NY 10019; Warner Bros. Inc., 4000 Warner Boulevard, Burbank, CA 91522; DC Comics Inc., 1700 Broadway, New York, NY 10019; DC Comics, a New York General Partnership, 1700 Broadway, New York, NY 10019; Warner Bros. Television, 4000 Warner Boulevard, Burbank, CA 91522; Warner Bros. Consumer Products, 4000 Warner Boulevard, Burbank, CA 91522; Warner Bros. Worldwide Licensing, 4000 Warner Boulevard, Burbank, CA 91522; Warner Music Group, 75 Rockefeller Plaza, New York, NY 10019; Dark Horse Publications, 10956 S.E. Main St., Milwaukie, OR 97222; Marvel Entertainment Group, Inc., 387 Park Ave. South, New York, NY 10016; Hasbro, Inc., 1027 Newport Ave., Pawtucket, RI 02861; Fleer/Skybox International, 1120 Route 73, Mt. Laurel, NJ 08054; Golden Books

3-September 22, 1938 Agreement (1)

2

000000867

EXHIBIT 27
222

Publishing, 1220 Mound Ave., Racine, WI 53404; and Inverse Ink, TAO Research

Corporation, 785A Castro Street, Mountain View, CA 94041.  Pursuant to 37 C.F.R. Section

201.10(d), service of this notice is being made by first class mail to the above grantees or

successors at the addresses shown.


2.     Each work to which this notice of termination applies is as follows:  The title of

the original copyrighted work to which this Notice of Termination applies is SUPERMAN, an

illustrated comic book story constituting a front cover and pages 1-13, inclusive, in the body

of Action Comics, Vol. 1, No. 1, June, 1938 issue, publication date April 18, 1938 (which is

also the date that copyright was originally secured in this work), Copyright Registration No.

B379787.  This work was written by Jerome Siegel and illustrated by Joe Shuster.  Renewal

for the work was made June 1, 1965, in the name of National Periodical Publications, Inc.

claiming as proprietor of copyright, renewal registration No. R362188.  The aforesaid work

was based upon the following works to which this Notice of Termination also applies:

Twenty-four (24) days (i.e., four weeks) of previously unpublished SUPERMAN newspaper

comic strips (created c. 1934), also written by Jerome Siegel and illustrated by Joe Shuster;

and a seven page synopsis of the last 18 days (i.e., weeks 2, 3, & 4) of said 24 days of

strips, also created c. 1934 and written by Jerome Siegel.  The remaining works to which this

Notice of Termination applies[1] are:

---

[1]This Notice of Termination applies to each and every work (in any medium whatsoever, whenever created) that includes or embodies any character, story element, or indicia reasonably associated with SUPERMAN or the SUPERMAN stories, such as, without limitation, Superman, Clark Kent, Lois Lane, Perry White, Jimmy Olsen, Superboy, Supergirl, Lana Lang, Lex Luthor, Mr. MXYZTPLK (also known as Mr. MXYZPTLK), Ma and Pa Kent, Steel, the planet Krypton, Kryptonite, Metropolis, Smallville, or the Daily Planet.  Every reasonable effort has been made to find and list herein every such SUPERMAN-related work ever created.  Nevertheless, if any such work has been omitted, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted work.

3-September 22, 1938 Agreement (1)                    3

000000868


**EXHIBIT 27**
**223**

| Title | Name of Author[2] | Date Copyright Secured[3] | Copyright Reg. No. |
|---|---|---|---|
| SUPERMAN story in Comic Book form | Jerome Siegel | Unpublished Work created c. 1933 | N/A[4] |
| Untitled paragraph previewing future SUPERMAN exploits | Jerome Siegel | Unpublished Work created c. 1934 | N/A |
| 15 SUPERMAN daily comic strips (12 strips & 3 scripts) | Jerome Siegel | Unpublished Work created c. 1934 | N/A |
| 9 page synopsis covering an additional 2 months of daily (at 6 days per week) comic strips of SUPERMAN[5] | Jerome Siegel | Unpublished Work created c. 1934 | N/A |

[2]Pursuant to 37 C.F.R § 201.10(b)(1)(ii), this Notice includes the name of at least one author of each work to which this notice of termination applies. The listing of any corporation as author of any work is done per the practice shown in Copyright Office records, and is not to be construed as an admission that any given work is or was a work made for hire. Nor is anything else herein to be construed as any such admission.

[3]Regarding works governed by the 1976 Copyright Act as to "Date Copyright Secured," and commencing in 1978, the records of the U.S. Copyright Office list only the year of creation, rather than the day, month, and year of creation. Accordingly, for every registered post-1977 *published work* whose year of creation is the same as its year of publication, only the specific publication date (month, day, and year) will be given, and the year therein will constitute the year of creation. For every registered post-1977 *published work* whose year of creation differs from its year of publication, the year of creation will be given (e.g., "DCRE: 1979" [i.e., "Date Created: 1979"]), followed by the specific publication date. For every registered post-1977 *unpublished work* whose year of creation is the same as its year of registration, only the specific registration date (month, day, and year) followed by the designation "(DREG)" [i.e., "Date Registered"] will be given, and the year therein will constitute the year of creation. For every registered post-1977 *unpublished work* whose year of creation differs from its year of registration, the year of creation will be given (e.g., "DCRE: 1979"), followed by the specific registration date.

[4]The first four works listed in this table as well as the above-referred 24 days of previously unpublished SUPERMAN newspaper comic strips and seven page synopsis of the last 18 days of said strips were never published or registered, at least not in their original form, so there are no copyright registration numbers for them. Accordingly, under the 1909 Act, copyright in the said works was not (and could not have been) secured prior to April 18, 1938, the date of the first published and registered SUPERMAN work, namely, *Action Comics #1* (described above).

[5]This list of titles/works as part of paragraph number 2 continues through page 550. Paragraph number 3 begins on page 551.

3-September 22, 1938 Agreement (1)

4

000000869

**EXHIBIT 27**
**224**

3.  The grant to which this Notice of Termination applies is a three page agreement between Detective Comics, Inc. and Jerome Siegel and Joseph Shuster, co-authors of the comic book/strip SUPERMAN, identified as follows: A Letter Agreement executed on or about September 22, 1938, which states in part that, "We, Detective Comics, Inc., are the exclusive owners of comic strips known by the title... 'Superman'... and to the rights to publish comics carrying said title... and characters contained therein and continuity thereof."  The foregoing agreement included at the time all SUPERMAN works in existence up through said date (September 22, 1938), as listed in paragraph 2 above; and as affirmed in Siegel v. National Periodical Pub., Inc., 508 F.2d 909 (2d Cir. 1974), the agreement also granted Detective Comics, Inc. rights in the future, including renewal rights.


4.      The effective date of termination shall be April 16, 1999.

EXHIBIT 27
225

5.      Jerome Siegel died on January 28, 1996.  Mr. Siegel is survived by his widow, Joanne Siegel, and two children: Jerome and Joanne Siegel's daughter Laura Siegel Larson, and Mr. Siegel's son by a previous marriage, Michael Siegel.  Joanne Siegel and Laura Siegel Larson, who own and constitute more than one-half of author Jerome Siegel's termination interest, are executing this notice and constitute a 75% majority interest of those persons entitled to exercise the termination interest of Jerome Siegel as to the grant of the transfer described herein-above.  To the best knowledge and belief of the undersigned, this notice has been signed by all persons whose signature is necessary to terminate said grant under Section 304(c) of Title 17, United States Code.

Dated: March 30, 1997

*Joanne Siegel*

Joanne Siegel
13900 Panay Way, R-115
Marina del Rey, CA 90292

*Laura Siegel Larson*

Laura Siegel Larson
6400 Pacific Avenue, No. 106
Playa del Rey, CA 90293

000000871

EXHIBIT 27
226

## CERTIFICATE OF INVESTIGATION

I hereby certify that before serving the foregoing document described as NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL TERM, and pursuant to 37 C.F.R. Section 201.10(d), I caused a reasonable investigation to be made on behalf of Joanne Siegel and Laura Siegel Larson as to the current ownership of the rights being terminated, by commissioning a search of U.S. copyright records, including a search of the records in the U.S. Copyright Office.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3d day of April, 1997, at Washington, DC.

ARTHUR J. LEVINE, Esq.
FINNEGAN, HENDERSON,
FARABOW, GARRETT & DUNNER, L.L.P.
1300 "I" Street, N.W.
Washington, DC 20005
(202) 408-4000
Counsel for Joanne Siegel
and Laura Siegel Larson

3-September 22, 1938 Agreement (1)

553

000000872

EXHIBIT 27
227

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document described as NOTICE OF

TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL TERM was served this

___ day of April, 1997, by First Class Mail, postage prepaid, upon the following:

Time Warner Inc.
c/o Gerald M. Levin
Chairman of the Board & C.E.O.
75 Rockefeller Plaza
New York, NY 10019

Time Warner
Entertainment Company, L.P.
75 Rockefeller Plaza
New York, NY 10019

Warner Communications Inc.
75 Rockefeller Plaza
New York, NY 10019

Warner Bros. Inc.
c/o Robert Daly and Terry Semel
Co-Chairmen of the Board & Co-C.E.O.
4000 Warner Boulevard
Burbank, CA 91522

DC Comics Inc.
c/o Jenette Kahn
President & Editor In Chief
1700 Broadway
New York, NY 10019

DC Comics,
a New York General Partnership
c/o Paul Levitz
Executive V.P. & Publisher
1700 Broadway
New York, NY 10019

Warner Bros. Television
c/o Tony Jonas, President
4000 Warner Boulevard
Burbank, CA 91522

Warner Bros. Consumer Products
c/o Dan Romanelli, President
4000 Warner Boulevard
Burbank, CA 91522

Warner Bros. Worldwide Licensing
c/o George Jones, President
4000 Warner Boulevard
Burbank, CA 91522

Warner Music Group
c/o Robert Daly and Terry Semel
Co-Chairmen
75 Rockefeller Plaza
New York, NY 10019

Dark Horse Publications
c/o Michael Richardson, President
10956 S.E. Main St.
Milwaukie, OR 97222

Marvel Entertainment Group, Inc.
c/o Scott Sassa, C.E.O.
387 Park Ave. South
New York, NY 10016

Hasbro, Inc.
c/o Alan Hassenfeld, C.E.O.
1027 Newport Ave.
Pawtucket, RI 02861

Fleer/Skybox International
c/o Ed Feeley, President & C.E.O.
1120 Route 73
Mt. Laurel, NJ 08054

Golden Books Publishing
1220 Mound Ave.
Racine, WI 53404

3-September 22, 1938 Agreement (1)

554

000000873

**EXHIBIT 27**
**228**

Inverse Ink
TAO Research Corporation
c/o Lingtao Wang, President
785A Castro Street
Mountain View, CA 94041

I declare under penalty of perjury that the foregoing is true and correct.

ARTHUR J. LEVINE, Esq.
FINNEGAN, HENDERSON,
FARABOW, GARRETT & DUNNER, L.L.P.
1300 "I" Street, N.W.
Washington, DC 20005
(202) 408-4000
Counsel for Joanne Siegel
and Laura Siegel Larson

3-September 22, 1938 Agreement (1)

555

000000874

EXHIBIT 27
229

# EXHIBIT 28

# NOTICE OF TERMINATION OF TRANSFER
## COVERING EXTENDED RENEWAL TERM

TO:   Time Warner Inc.
c/o Gerald M. Levin
Chairman of the Board & C.E.O.
75 Rockefeller Plaza
New York, NY 10019

Time Warner
Entertainment Company, L.P.
75 Rockefeller Plaza
New York, NY 10019

Warner Communications Inc.
75 Rockefeller Plaza
New York, NY 10019

Warner Bros. Inc.
c/o Robert Daly and Terry Semel
Co-Chairmen of the Board & Co-C.E.O.
4000 Warner Boulevard
Burbank, CA 91522

DC Comics Inc.
c/o Jenette Kahn
President & Editor In Chief
1700 Broadway
New York, NY 10019

DC Comics,
a New York General Partnership
c/o Paul Levitz
Executive V.P. & Publisher
1700 Broadway
New York, NY 10019

Warner Bros. Television
c/o Tony Jonas, President
4000 Warner Boulevard
Burbank, CA 91522

Warner Bros. Consumer Products
c/o Dan Romanelli, President
4000 Warner Boulevard
Burbank, CA 91522

Warner Bros. Worldwide Licensing
c/o George Jones, President
4000 Warner Boulevard
Burbank, CA 91522

Warner Music Group
c/o Robert Daly and Terry Semel
Co-Chairmen
75 Rockefeller Plaza
New York, NY 10019

Dark Horse Publications
c/o Michael Richardson, President
10956 S.E. Main St.
Milwaukie, OR 97222

Marvel Entertainment Group, Inc.
c/o Scott Sassa, C.E.O.
387 Park Ave. South
New York, NY 10016

Hasbro, Inc.
c/o Alan Hassenfeld, C.E.O.
1027 Newport Ave.
Pawtucket, RI 02861

Fleer/Skybox International
c/o Ed Feeley, President & C.E.O.
1120 Route 73
Mt. Laurel, NJ 08054

Golden Books Publishing
1220 Mound Ave.
Racine, WI 53404

Inverse Ink
TAO Research Corporation
c/o Lingtao Wang, President
785A Castro Street
Mountain View, CA 94041

4-September 22, 1938 Agreement (2)

1

000000875

**EXHIBIT 28**
**230**

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the Copyright Law (Title 17, U.S.C.) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. section 201.10, the undersigned Joanne Siegel and Laura Siegel Larson, being the persons who own an interest sufficient to terminate transfers pursuant to said statutory provisions, hereby terminate the grant of the transfer of renewal copyright(s) (to the extent of author Jerome Siegel's share in the ownership of the renewal copyright(s)) made in a certain agreement between Jerome Siegel and Joseph Shuster, Detective Comics, Inc., and The McClure Newspaper Syndicate executed on or about September 22, 1938, and the undersigned set forth in connection therewith the following:

1.     The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Time Warner Inc., 75 Rockefeller Plaza, New York, NY 10019; Time Warner Entertainment Company, L.P., 75 Rockefeller Plaza, New York, NY 10019; Warner Communications Inc., 75 Rockefeller Plaza, New York, NY 10019; Warner Bros. Inc., 4000 Warner Boulevard, Burbank, CA 91522; DC Comics Inc., 1700 Broadway, New York, NY 10019; DC Comics, a New York General Partnership, 1700 Broadway, New York, NY 10019; Warner Bros. Television, 4000 Warner Boulevard, Burbank, CA 91522; Warner Bros. Consumer Products, 4000 Warner Boulevard, Burbank, CA 91522; Warner Bros. Worldwide Licensing, 4000 Warner Boulevard, Burbank, CA 91522; Warner Music Group, 75 Rockefeller Plaza, New York, NY 10019; Dark Horse Publications, 10956 S.E. Main St., Milwaukie, OR 97222; Marvel Entertainment Group, Inc., 387 Park Ave. South, New York, NY 10016; Hasbro, Inc., 1027 Newport Ave., Pawtucket, RI 02861; Fleer/Skybox International, 1120 Route 73, Mt. Laurel, NJ 08054; Golden Books

000000876

**EXHIBIT 28**
**231**

Publishing, 1220 Mound Ave., Racine, WI 53404; and Inverse Ink, TAO Research
Corporation, 785A Castro Street, Mountain View, CA 94041.  Pursuant to 37 C.F.R. Section
201.10(d), service of this notice is being made by first class mail to the above grantees or
successors at the addresses shown.

2.      Each work to which this notice of termination applies is as follows:  The title of
the original copyrighted work to which this Notice of Termination applies is SUPERMAN, an
illustrated comic book story constituting a front cover and pages 1-13, inclusive, in the body
of Action Comics, Vol. 1, No. 1, June, 1938 issue, publication date April 18, 1938 (which is
also the date that copyright was originally secured in this work), Copyright Registration No.
B379787.  This work was written by Jerome Siegel and illustrated by Joe Shuster.  Renewal
for the work was made June 1, 1965, in the name of National Periodical Publications, Inc.
claiming as proprietor of copyright, renewal registration No. R362188.  The aforesaid work
was based upon the following works to which this Notice of Termination also applies:
Twenty-four (24) days (i.e., four weeks) of previously unpublished SUPERMAN newspaper
comic strips (created c. 1934), also written by Jerome Siegel and illustrated by Joe Shuster;
and a seven page synopsis of the last 18 days (i.e., weeks 2, 3, & 4) of said 24 days of
strips, also created c. 1934 and written by Jerome Siegel.  The remaining works to which this
Notice of Termination applies[1] are:

---

[1]This Notice of Termination applies to each and every work (in any medium whatsoever, whenever
created) that includes or embodies any character, story element, or indicia reasonably associated with
SUPERMAN or the SUPERMAN stories, such as, without limitation, Superman, Clark Kent, Lois Lane,
Perry White, Jimmy Olsen, Superboy, Supergirl, Lana Lang, Lex Luthor, Mr. MXYZTPLK (also known as
Mr. MXYZPTLK), Ma and Pa Kent, Steel, the planet Krypton, Kryptonite, Metropolis, Smallville, or the
Daily Planet.  Every reasonable effort has been made to find and list herein every such SUPERMAN-
related work ever created.  Nevertheless, if any such work has been omitted, such omission is
unintentional and involuntary, and this Notice also applies to each and every such omitted work.

4-September 22, 1938 Agreement (2)                        3

000000877

**EXHIBIT 28**
**232**

| Title | Name of Author[2] | Date Copyright Secured[3] | Copyright Reg. No. |
|---|---|---|---|
| SUPERMAN story in Comic Book form | Jerome Siegel | Unpublished Work created c. 1933 | N/A[4] |
| Untitled paragraph previewing future SUPERMAN exploits | Jerome Siegel | Unpublished Work created c. 1934 | N/A |
| 15 SUPERMAN daily comic strips (12 strips & 3 scripts) | Jerome Siegel | Unpublished Work created c. 1934 | N/A |
| 9 page synopsis covering an additional 2 months of daily (at 6 days per week) comic strips of SUPERMAN[5] | Jerome Siegel | Unpublished Work created c. 1934 | N/A |

[2]Pursuant to 37 C.F.R § 201.10(b)(1)(ii), this Notice includes the name of at least one author of each work to which this notice of termination applies. The listing of any corporation as author of any work is done per the practice shown in Copyright Office records, and is not to be construed as an admission that any given work is or was a work made for hire. Nor is anything else herein to be construed as any such admission.

[3]Regarding works governed by the 1976 Copyright Act as to "Date Copyright Secured," and commencing in 1978, the records of the U.S. Copyright Office list only the year of creation, rather than the day, month, and year of creation. Accordingly, for every registered post-1977 *published work* whose year of creation is the same as its year of publication, only the specific publication date (month, day, and year) will be given, and the year therein will constitute the year of creation. For every registered post-1977 *published work* whose year of creation differs from its year of publication, the year of creation will be given (e.g., "DCRE: 1979" [i.e., "Date Created: 1979"]), followed by the specific publication date. For every registered post-1977 *unpublished work* whose year of creation is the same as its year of registration, only the specific registration date (month, day, and year) followed by the designation "(DREG)" [i.e., "Date Registered"] will be given, and the year therein will constitute the year of creation. For every registered post-1977 *unpublished work* whose year of creation differs from its year of registration, the year of creation will be given (e.g., "DCRE: 1979"), followed by the specific registration date.

[4]The first four works listed in this table as well as the above-referred 24 days of previously unpublished SUPERMAN newspaper comic strips and seven page synopsis of the last 18 days of said strips were never published or registered, at least not in their original form, so there are no copyright registration numbers for them. Accordingly, under the 1909 Act, copyright in the said works was not (and could not have been) secured prior to April 18, 1938, the date of the first published and registered SUPERMAN work, namely, *Action Comics #1* (described above).

[5]This list of titles/works as part of paragraph number 2 continues through page 550. Paragraph number 3 begins on page 551.

4-September 22, 1938 Agreement (2)

4

000000878

**EXHIBIT 28**
**233**

3.   The grant to which this Notice of Termination applies is a three page agreement between Detective Comics, Inc., The McClure Newspaper Syndicate and Jerome Siegel and Joseph Shuster, co-authors of the comic book/strip SUPERMAN, identified as follows: A Letter Agreement executed on or about September 22, 1938, which states in part that "Superman" is "owned by Detective" and copyright "reverts to Detective at the termination of this contract. The title 'Superman' shall always remain the property of Detective... Radio, motion picture, silent and talkie, book and all other rights are retained and owned by Detective."  The foregoing agreement included at the time all SUPERMAN works in existence up through said date (September 22, 1938), as listed in paragraph 2 above; and as affirmed in Siegel v. National Periodical Pub., Inc., 508 F.2d 909 (2d Cir. 1974), the agreement also granted Detective Comics, Inc. rights in the future, including renewal rights.

4.   The effective date of termination shall be April 16, 1999.

4-September 22, 1938 Agreement (2)

551

000000879

**EXHIBIT 28**
**234**

5.     Jerome Siegel died on January 28, 1996.  Mr. Siegel is survived by his widow, Joanne Siegel, and two children: Jerome and Joanne Siegel's daughter Laura Siegel Larson, and Mr. Siegel's son by a previous marriage, Michael Siegel.  Joanne Siegel and Laura Siegel Larson, who own and constitute more than one-half of author Jerome Siegel's termination interest, are executing this notice and constitute a 75% majority interest of those persons entitled to exercise the termination interest of Jerome Siegel as to the grant of the transfer described herein-above.  To the best knowledge and belief of the undersigned, this notice has been signed by all persons whose signature is necessary to terminate said grant under Section 304(c) of Title 17, United States Code.

Dated: March 30, 1997

Joanne Siegel
13900 Panay Way, R-115
Marina del Rey, CA 90292

Laura Siegel Larson
6400 Pacific Avenue, No. 106
Playa del Rey, CA 90293

4-September 22, 1938 Agreement (2)

000000880

EXHIBIT 28
235

## CERTIFICATE OF INVESTIGATION

I hereby certify that before serving the foregoing document described as NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL TERM, and pursuant to 37 C.F.R. Section 201.10(d), I caused a reasonable investigation to be made on behalf of Joanne Siegel and Laura Siegel Larson as to the current ownership of the rights being terminated, by commissioning a search of U.S. copyright records, including a search of the records in the U.S. Copyright Office.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 3d day of April, 1997, at Washington, DC.

ARTHUR J. LEVINE, Esq.
FINNEGAN, HENDERSON,
FARABOW, GARRETT & DUNNER, L.L.P.
1300 "I" Street, N.W.
Washington, DC 20005
(202) 408-4000
Counsel for Joanne Siegel
and Laura Siegel Larson

4-September 22, 1938 Agreement (2)

553

000000881

**EXHIBIT 28**
**236**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document described as NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL TERM was served this 31 day of April, 1997, by First Class Mail, postage prepaid, upon the following:

Time Warner Inc.
c/o Gerald M. Levin
Chairman of the Board & C.E.O.
75 Rockefeller Plaza
New York, NY 10019

Time Warner
Entertainment Company, L.P.
75 Rockefeller Plaza
New York, NY 10019

Warner Communications Inc.
75 Rockefeller Plaza
New York, NY 10019

Warner Bros. Inc.
c/o Robert Daly and Terry Semel
Co-Chairmen of the Board & Co-C.E.O.
4000 Warner Boulevard
Burbank, CA 91522

DC Comics Inc.
c/o Jenette Kahn
President & Editor In Chief
1700 Broadway
New York, NY 10019

DC Comics,
a New York General Partnership
c/o Paul Levitz
Executive V.P. & Publisher
1700 Broadway
New York, NY 10019

Warner Bros. Television
c/o Tony Jonas, President
4000 Warner Boulevard
Burbank, CA 91522

Warner Bros. Consumer Products
c/o Dan Romanelli, President
4000 Warner Boulevard
Burbank, CA 91522

Warner Bros. Worldwide Licensing
c/o George Jones, President
4000 Warner Boulevard
Burbank, CA 91522

Warner Music Group
c/o Robert Daly and Terry Semel
Co-Chairmen
75 Rockefeller Plaza
New York, NY 10019

Dark Horse Publications
c/o Michael Richardson, President
10956 S.E. Main St.
Milwaukie, OR 97222

Marvel Entertainment Group, Inc.
c/o Scott Sassa, C.E.O.
387 Park Ave. South
New York, NY 10016

Hasbro, Inc.
c/o Alan Hassenfeld, C.E.O.
1027 Newport Ave.
Pawtucket, RI 02861

Fleer/Skybox International
c/o Ed Feeley, President & C.E.O.
1120 Route 73
Mt. Laurel, NJ 08054

Golden Books Publishing
1220 Mound Ave.
Racine, WI 53404

4-September 22, 1938 Agreement (2)

554

000000882

## EXHIBIT 28
237

Inverse Ink
TAO Research Corporation
c/o Lingtao Wang, President
785A Castro Street
Mountain View, CA 94041


I declare under penalty of perjury that the foregoing is true and correct.


ARTHUR J. LEVINE, Esq.
FINNEGAN, HENDERSON,
FARABOW, GARRETT & DUNNER, L.L.P.
1300 "I" Street, N.W.
Washington, DC 20005
(202) 408-4000
Counsel for Joanne Siegel
and Laura Siegel Larson

4-September 22, 1938 Agreement (2)

555

000000883

**EXHIBIT 28**
**238**

# EXHIBIT 29

## NOTICE OF TERMINATION OF TRANSFER
## COVERING EXTENDED RENEWAL TERM

TO:   Time Warner Inc.
c/o Gerald M. Levin
Chairman of the Board & C.E.O.
75 Rockefeller Plaza
New York, NY 10019

Time Warner
Entertainment Company, L.P.
75 Rockefeller Plaza
New York, NY 10019

Warner Communications Inc.
75 Rockefeller Plaza
New York, NY 10019

Warner Bros. Inc.
c/o Robert Daly and Terry Semel
Co-Chairmen of the Board & Co-C.E.O.
4000 Warner Boulevard
Burbank, CA 91522

DC Comics Inc.
c/o Jenette Kahn
President & Editor In Chief
1700 Broadway
New York, NY 10019

DC Comics,
a New York General Partnership
c/o Paul Levitz
Executive V.P. & Publisher
1700 Broadway
New York, NY 10019

Warner Bros. Television
c/o Tony Jonas, President
4000 Warner Boulevard
Burbank, CA 91522

Warner Bros. Consumer Products
c/o Dan Romanelli, President
4000 Warner Boulevard
Burbank, CA 91522

Warner Bros. Worldwide Licensing
c/o George Jones, President
4000 Warner Boulevard
Burbank, CA 91522

Warner Music Group
c/o Robert Daly and Terry Semel
Co-Chairmen
75 Rockefeller Plaza
New York, NY 10019

Dark Horse Publications
c/o Michael Richardson, President
10956 S.E. Main St.
Milwaukie, OR 97222

Marvel Entertainment Group, Inc.
c/o Scott Sassa, C.E.O.
387 Park Ave. South
New York, NY 10016

Hasbro, Inc.
c/o Alan Hassenfeld, C.E.O.
1027 Newport Ave.
Pawtucket, RI 02861

Fleer/Skybox International
c/o Ed Feeley, President & C.E.O.
1120 Route 73
Mt. Laurel, NJ 08054

Golden Books Publishing
1220 Mound Ave.
Racine, WI 53404

Inverse Ink
TAO Research Corporation
c/o Lingtao Wang, President
785A Castro Street
Mountain View, CA 94041

6-May 19, 1948 Agreement

000000893

## EXHIBIT 29
## 239

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the Copyright Law (Title 17, U.S.C.) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. section 201.10, the undersigned Joanne Siegel and Laura Siegel Larson, being the persons who own an interest sufficient to terminate transfers pursuant to said statutory provisions, hereby terminate the grant of the transfer of renewal copyright(s) (to the extent of author Jerome Siegel's share in the ownership of the renewal copyright(s)) made in a certain agreement between Jerome Siegel and Joseph Shuster and National Comics Publications, Inc. executed on or about May 19, 1948, and the undersigned set forth in connection therewith the following:

1.      The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Time Warner Inc., 75 Rockefeller Plaza, New York, NY 10019; Time Warner Entertainment Company, L.P., 75 Rockefeller Plaza, New York, NY 10019; Warner Communications Inc., 75 Rockefeller Plaza, New York, NY 10019; Warner Bros. Inc., 4000 Warner Boulevard, Burbank, CA 91522; DC Comics Inc., 1700 Broadway, New York, NY 10019; DC Comics, a New York General Partnership, 1700 Broadway, New York, NY 10019; Warner Bros. Television, 4000 Warner Boulevard, Burbank, CA 91522; Warner Bros. Consumer Products, 4000 Warner Boulevard, Burbank, CA 91522; Warner Bros. Worldwide Licensing, 4000 Warner Boulevard, Burbank, CA 91522; Warner Music Group, 75 Rockefeller Plaza, New York, NY 10019; Dark Horse Publications, 10956 S.E. Main St., Milwaukie, OR 97222; Marvel Entertainment Group, Inc., 387 Park Ave. South, New York, NY 10016; Hasbro, Inc., 1027 Newport Ave., Pawtucket, RI 02861; Fleer/Skybox International, 1120 Route 73, Mt. Laurel, NJ 08054; Golden Books

000000894

EXHIBIT 29
240

Publishing, 1220 Mound Ave., Racine, WI 53404; and Inverse Ink, TAO Research Corporation, 785A Castro Street, Mountain View, CA 94041.  Pursuant to 37 C.F.R. Section 201.10(d), service of this notice is being made by first class mail to the above grantees or successors at the addresses shown.

2.     Each work to which this notice of termination applies is as follows:  The title of the original copyrighted work to which this Notice of Termination applies is SUPERMAN, an illustrated comic book story constituting a front cover and pages 1-13, inclusive, in the body of Action Comics, Vol. 1, No. 1, June, 1938 issue, publication date April 18, 1938 (which is also the date that copyright was originally secured in this work), Copyright Registration No. B379787.  This work was written by Jerome Siegel and illustrated by Joe Shuster.  Renewal for the work was made June 1, 1965, in the name of National Periodical Publications, Inc. claiming as proprietor of copyright, renewal registration No. R362188.  The aforesaid work was based upon the following works to which this Notice of Termination also applies: Twenty-four (24) days (i.e., four weeks) of previously unpublished SUPERMAN newspaper comic strips (created c. 1934), also written by Jerome Siegel and illustrated by Joe Shuster; and a seven page synopsis of the last 18 days (i.e., weeks 2, 3, & 4) of said 24 days of strips, also created c. 1934 and written by Jerome Siegel.  The remaining works to which this Notice of Termination applies[1] are:

---

[1]This Notice of Termination applies to each and every work (in any medium whatsoever, whenever created) that includes or embodies any character, story element, or indicia reasonably associated with SUPERMAN or the SUPERMAN stories, such as, without limitation, Superman, Clark Kent, Lois Lane, Perry White, Jimmy Olsen, Superboy, Supergirl, Lana Lang, Lex Luthor, Mr. MXYZTPLK (also known as Mr. MXYZPTLK), Ma and Pa Kent, Steel, the planet Krypton, Kryptonite, Metropolis, Smallville, or the Daily Planet.  Every reasonable effort has been made to find and list herein every such SUPERMAN-related work ever created.  Nevertheless, if any such work has been omitted, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted work.

6-May 19, 1948 Agreement

3

000000895

**EXHIBIT 29**
**241**

| Title | Name of Author[2] | Date Copyright Secured[3] | Copyright Reg. No. |
|---|---|---|---|
| SUPERMAN story in Comic Book form | Jerome Siegel | Unpublished Work created c. 1933 | N/A[4] |
| Untitled paragraph previewing future SUPERMAN exploits | Jerome Siegel | Unpublished Work created c. 1934 | N/A |
| 15 SUPERMAN daily comic strips (12 strips & 3 scripts) | Jerome Siegel | Unpublished Work created c. 1934 | N/A |
| 9 page synopsis covering an additional 2 months of daily (at 6 days per week) comic strips of SUPERMAN[5] | Jerome Siegel | Unpublished Work created c. 1934 | N/A |

---

[2]Pursuant to 37 C.F.R § 201.10(b)(1)(ii), this Notice includes the name of at least one author of each work to which this notice of termination applies. The listing of any corporation as author of any work is done per the practice shown in Copyright Office records, and is not to be construed as an admission that any given work is or was a work made for hire. Nor is anything else herein to be construed as any such admission.

[3]Regarding works governed by the 1976 Copyright Act as to "Date Copyright Secured," and commencing in 1978, the records of the U.S. Copyright Office list only the year of creation, rather than the day, month, and year of creation. Accordingly, for every registered post-1977 published work whose year of creation is the same as its year of publication, only the specific publication date (month, day, and year) will be given, and the year therein will constitute the year of creation. For every registered post-1977 published work whose year of creation differs from its year of publication, the year of creation will be given (e.g., "DCRE: 1979" [i.e., "Date Created: 1979"]), followed by the specific publication date. For every registered post-1977 unpublished work whose year of creation is the same as its year of registration, only the specific registration date (month, day, and year) followed by the designation "(DREG)" [i.e., "Date Registered"] will be given, and the year therein will constitute the year of creation. For every registered post-1977 unpublished work whose year of creation differs from its year of registration, the year of creation will be given (e.g., "DCRE: 1979"), followed by the specific registration date.

[4]The first four works listed in this table as well as the above-referred 24 days of previously unpublished SUPERMAN newspaper comic strips and seven page synopsis of the last 18 days of said strips were never published or registered, at least not in their original form, so there are no copyright registration numbers for them. Accordingly, under the 1909 Act, copyright in the said works was not (and could not have been) secured prior to April 18, 1938, the date of the first published and registered SUPERMAN work, namely, *Action Comics #1* (described above).

[5]This list of titles/works as part of paragraph number 2 continues through page 550. Paragraph number 3 begins on page 551.

6 May 19, 1948 Agreement

000000896

EXHIBIT 29
242

3.  The grant to which this Notice of Termination applies is a seven page agreement between National Comics Publications, Inc. and Jerome Siegel and Joseph Shuster, co-authors of the comic book/strip SUPERMAN, identified as follows: A stipulation executed on or about May 19, 1948, providing in part that by virtue of a March 1, 1938 agreement, the co-authors transferred to Detective Comics, Inc. their ". . . rights in and to the comic strip SUPERMAN" and that National Comics Publications, Inc. "is the... owner of and has the... right to the use of the title[s] SUPERMAN [and SUPERBOY and] to the conception, idea, continuity, pictorial representation and formula of the cartoon feature SUPERMAN as heretofore portrayed and published" and the right to exploit "the characters SUPERMAN (also known as 'Clark Kent'), LOIS LANE, PERRY WHITE and all other characters" appearing in the SUPERMAN or SUPERBOY cartoons or comic strip material; and that said rights included licensing, "book and magazine publications, newspaper syndication, radio broadcasts, dramatic presentations, television, motion picture reproduction and all other forms of reproduction and presentation..." (A copy of the stipulation is available on request.)  The foregoing stipulation included at the time all SUPERMAN works in existence up through said date (May 19, 1948), as listed in paragraph 2 above; and as affirmed in Siegel v. National Periodical Pub., Inc., 508 F.2d 909 (2d Cir. 1974), the stipulation also granted National Comics Publications, Inc. rights in the future, including renewal rights.


4.      The effective date of termination shall be April 16, 1999.

EXHIBIT 29
243

5.      Jerome Siegel died on January 28, 1996.  Mr. Siegel is survived by his widow, Joanne Siegel, and two children: Jerome and Joanne Siegel's daughter Laura Siegel Larson, and Mr. Siegel's son by a previous marriage, Michael Siegel.  Joanne Siegel and Laura Siegel Larson, who own and constitute more than one-half of author Jerome Siegel's termination interest, are executing this notice and constitute a 75% majority interest of those persons entitled to exercise the termination interest of Jerome Siegel as to the grant of the transfer described herein-above.  To the best knowledge and belief of the undersigned, this notice has been signed by all persons whose signature is necessary to terminate said grant under Section 304(c) of Title 17, United States Code.

Dated: March 30, 1997

Joanne Siegel
13900 Panay Way, R-115
Marina del Rey, CA 90292

Laura Siegel Larson
6400 Pacific Avenue, No. 106
Playa del Rey, CA 90293

**EXHIBIT 29**
244

## CERTIFICATE OF INVESTIGATION

I hereby certify that before serving the foregoing document described as NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL TERM, and pursuant to 37 C.F.R. Section 201.10(d), I caused a reasonable investigation to be made on behalf of Joanne Siegel and Laura Siegel Larson as to the current ownership of the rights being terminated, by commissioning a search of U.S. copyright records, including a search of the records in the U.S. Copyright Office.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ____ day of April, 1997, at Washington, DC.

ARTHUR J. LEVINE, Esq.
FINNEGAN, HENDERSON,
FARABOW, GARRETT & DUNNER, L.L.P.
1300 "I" Street, N.W.
Washington, DC 20005
(202) 408-4000
Counsel for Joanne Siegel
and Laura Siegel Larson

6-May 19, 1948 Agreement

553

000000899

**EXHIBIT 29**
**245**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document described as NOTICE OF

TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL TERM was served

this 3rd day of April, 1997, by First Class Mail, postage prepaid, upon the following:

Time Warner Inc.
c/o Gerald M. Levin
Chairman of the Board & C.E.O.
75 Rockefeller Plaza
New York, NY 10019

Time Warner
Entertainment Company, L.P.
75 Rockefeller Plaza
New York, NY 10019

Warner Communications Inc.
75 Rockefeller Plaza
New York, NY 10019

Warner Bros. Inc.
c/o Robert Daly and Terry Semel
Co-Chairmen of the Board & Co-C.E.O.
4000 Warner Boulevard
Burbank, CA 91522

DC Comics Inc.
c/o Jenette Kahn
President & Editor In Chief
1700 Broadway
New York, NY 10019

DC Comics,
a New York General Partnership
c/o Paul Levitz
Executive V.P. & Publisher
1700 Broadway
New York, NY 10019

Warner Bros. Television
c/o Tony Jonas, President
4000 Warner Boulevard
Burbank, CA 91522

Warner Bros. Consumer Products
c/o Dan Romanelli, President
4000 Warner Boulevard
Burbank, CA 91522

Warner Bros. Worldwide Licensing
c/o George Jones, President
4000 Warner Boulevard
Burbank, CA 91522

Warner Music Group
c/o Robert Daly and Terry Semel
Co-Chairmen
75 Rockefeller Plaza
New York, NY 10019

Dark Horse Publications
c/o Michael Richardson, President
10956 S.E. Main St.
Milwaukie, OR 97222

Marvel Entertainment Group, Inc.
c/o Scott Sassa, C.E.O.
387 Park Ave. South
New York, NY 10016

Hasbro, Inc.
c/o Alan Hassenfeld, C.E.O.
1027 Newport Ave.
Pawtucket, RI 02861

Fleer/Skybox International
c/o Ed Feeley, President & C.E.O.
1120 Route 73
Mt. Laurel, NJ 08054

Golden Books Publishing
1220 Mound Ave.
Racine, WI 53404

6-May 19, 1948 Agreement

554

000000900

**EXHIBIT 29**
**246**

Inverse Ink
TAO Research Corporation
c/o Lingtao Wang, President
785A Castro Street
Mountain View, CA 94041


I declare under penalty of perjury that the foregoing is true and correct.

ARTHUR J. LEVINE, Esq.
FINNEGAN, HENDERSON,
FARABOW, GARRETT & DUNNER, L.L.P.
1300 "I" Street, N.W.
Washington, DC 20005
(202) 408-4000
Counsel for Joanne Siegel
and Laura Siegel Larson

EXHIBIT 29
247

# EXHIBIT 30

# NOTICE OF TERMINATION OF TRANSFER
## COVERING EXTENDED RENEWAL TERM

TO:  Time Warner Inc.
c/o Gerald M. Levin
Chairman of the Board & C.E.O.
75 Rockefeller Plaza
New York, NY 10019

Time Warner
Entertainment Company, L.P.
75 Rockefeller Plaza
New York, NY 10019

Warner Communications Inc.
75 Rockefeller Plaza
New York, NY 10019

Warner Bros. Inc.
c/o Robert Daly and Terry Semel
Co-Chairmen of the Board & Co-C.E.O.
4000 Warner Boulevard
Burbank, CA 91522

DC Comics Inc.
c/o Jenette Kahn
President & Editor In Chief
1700 Broadway
New York, NY 10019

DC Comics,
a New York General Partnership
c/o Paul Levitz
Executive V.P. & Publisher
1700 Broadway
New York, NY 10019

Warner Bros. Television
c/o Tony Jonas, President
4000 Warner Boulevard
Burbank, CA 91522

Warner Bros. Consumer Products
c/o Dan Romanelli, President
4000 Warner Boulevard
Burbank, CA 91522

Warner Bros. Worldwide Licensing
c/o George Jones, President
4000 Warner Boulevard
Burbank, CA 91522

Warner Music Group
c/o Robert Daly and Terry Semel
Co-Chairmen
75 Rockefeller Plaza
New York, NY 10019

Dark Horse Publications
c/o Michael Richardson, President
10956 S.E. Main St.
Milwaukie, OR 97222

Marvel Entertainment Group, Inc.
c/o Scott Sassa, C.E.O.
387 Park Ave. South
New York, NY 10016

Hasbro, Inc.
c/o Alan Hassenfeld, C.E.O.
1027 Newport Ave.
Pawtucket, RI 02861

Fleer/Skybox International
c/o Ed Feeley, President & C.E.O.
1120 Route 73
Mt. Laurel, NJ 08054

Golden Books Publishing
1220 Mound Ave.
Racine, WI 53404

Inverse Ink
TAO Research Corporation
c/o Lingtao Wang, President
785A Castro Street
Mountain View, CA 94041

5-December 19, 1939 Agreement

1

000000884

**EXHIBIT 30**
248

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the Copyright Law (Title 17, U.S.C.) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. section 201.10, the undersigned Joanne Siegel and Laura Siegel Larson, being the persons who own an interest sufficient to terminate transfers pursuant to said statutory provisions, hereby terminate the grant of the transfer of renewal copyright(s) (to the extent of author Jerome Siegel's share in the ownership of the renewal copyright(s)) made in a certain agreement between Jerome Siegel and Joseph Shuster and Detective Comics, Inc. executed on or about December 19, 1939, and the undersigned set forth in connection therewith the following:

1.      The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Time Warner Inc., 75 Rockefeller Plaza, New York, NY 10019; Time Warner Entertainment Company, L.P., 75 Rockefeller Plaza, New York, NY 10019; Warner Communications Inc., 75 Rockefeller Plaza, New York, NY 10019; Warner Bros. Inc., 4000 Warner Boulevard, Burbank, CA 91522; DC Comics Inc., 1700 Broadway, New York, NY 10019; DC Comics, a New York General Partnership, 1700 Broadway, New York, NY 10019; Warner Bros. Television, 4000 Warner Boulevard, Burbank, CA 91522; Warner Bros. Consumer Products, 4000 Warner Boulevard, Burbank, CA 91522; Warner Bros. Worldwide Licensing, 4000 Warner Boulevard, Burbank, CA 91522; Warner Music Group, 75 Rockefeller Plaza, New York, NY 10019; Dark Horse Publications, 10956 S.E. Main St., Milwaukie, OR 97222; Marvel Entertainment Group, Inc., 387 Park Ave. South, New York, NY 10016; Hasbro, Inc., 1027 Newport Ave., Pawtucket, RI 02861; Fleer/Skybox International, 1120 Route 73, Mt. Laurel, NJ 08054; Golden Books

5-December 19, 1939 Agreement

2

000000885

**EXHIBIT 30**
**249**

Publishing, 1220 Mound Ave., Racine, WI 53404; and Inverse Ink, TAO Research Corporation, 785A Castro Street, Mountain View, CA 94041.  Pursuant to 37 C.F.R. Section 201.10(d), service of this notice is being made by first class mail to the above grantees or successors at the addresses shown.

2.      Each work to which this notice of termination applies is as follows:  The title of the original copyrighted work to which this Notice of Termination applies is SUPERMAN, an illustrated comic book story constituting a front cover and pages 1-13, inclusive, in the body of Action Comics, Vol. 1, No. 1, June, 1938 issue, publication date April 18, 1938 (which is also the date that copyright was originally secured in this work), Copyright Registration No. B379787.  This work was written by Jerome Siegel and illustrated by Joe Shuster.  Renewal for the work was made June 1, 1965, in the name of National Periodical Publications, Inc. claiming as proprietor of copyright, renewal registration No. R362188.  The aforesaid work was based upon the following works to which this Notice of Termination also applies:  Twenty-four (24) days (i.e., four weeks) of previously unpublished SUPERMAN newspaper comic strips (created c. 1934), also written by Jerome Siegel and illustrated by Joe Shuster; and a seven page synopsis of the last 18 days (i.e., weeks 2, 3, & 4) of said 24 days of strips, also created c. 1934 and written by Jerome Siegel.  The remaining works to which this Notice of Termination applies[1] are:

---

[1]This Notice of Termination applies to each and every work (in any medium whatsoever, whenever created) that includes or embodies any character, story element, or indicia reasonably associated with SUPERMAN or the SUPERMAN stories, such as, without limitation, Superman, Clark Kent, Lois Lane, Perry White, Jimmy Olsen, Superboy, Supergirl, Lana Lang, Lex Luthor, Mr. MXYZTPLK (also known as Mr. MXYZPTLK), Ma and Pa Kent, Steel, the planet Krypton, Kryptonite, Metropolis, Smallville, or the Daily Planet.  Every reasonable effort has been made to find and list herein every such SUPERMAN-related work ever created.  Nevertheless, if any such work has been omitted, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted work.

5-December 19, 1939 Agreement                                    3

000000886

**EXHIBIT 30**
**250**

| Title | Name of Author[2] | Date Copyright Secured[3] | Copyright Reg. No. |
|---|---|---|---|
| SUPERMAN story in Comic Book form | Jerome Siegel | Unpublished Work created c. 1933 | N/A[4] |
| Untitled paragraph previewing future SUPERMAN exploits | Jerome Siegel | Unpublished Work created c. 1934 | N/A |
| 15 SUPERMAN daily comic strips (12 strips & 3 scripts) | Jerome Siegel | Unpublished Work created c. 1934 | N/A |
| 9 page synopsis covering an additional 2 months of daily (at 6 days per week) comic strips of SUPERMAN[5] | Jerome Siegel | Unpublished Work created c. 1934 | N/A |

---

[2]Pursuant to 37 C.F.R § 201.10(b)(1)(ii), this Notice includes the name of at least one author of each work to which this notice of termination applies.  The listing of any corporation as author of any work is done per the practice shown in Copyright Office records, and is not to be construed as an admission that any given work is or was a work made for hire.  Nor is anything else herein to be construed as any such admission.

[3]Regarding works governed by the 1976 Copyright Act as to "Date Copyright Secured," and commencing in 1978, the records of the U.S. Copyright Office list only the year of creation,  rather than the day, month, and year of creation.  Accordingly, for every registered post-1977 *published work* whose year of creation is the same as its year of publication, only the specific publication date (month, day, and year) will be given, and the year therein will constitute the year of creation.  For every registered post-1977 *published work* whose year of creation differs from its year of publication, the year of creation will be given (e.g., "DCRE: 1979" [i.e., "Date Created: 1979"]), followed by the specific publication date.  For every registered post-1977 *unpublished work* whose year of creation is the same as its year of registration, only the specific registration date (month, day, and year) followed by the designation "(DREG)" [i.e., "Date Registered"]  will be given, and the year therein will constitute the year of creation.  For every registered post-1977 *unpublished work* whose year of creation differs from its year of registration, the year of creation will be given (e.g., "DCRE: 1979"), followed by the specific registration date.

[4]The first four works listed in this table as well as the above-referred 24 days of previously unpublished SUPERMAN newspaper comic strips and seven page synopsis of the last 18 days of said strips were never published or registered, at least not in their original form, so there are no copyright registration numbers for them.  Accordingly, under the 1909 Act, copyright in the said works was not (and could not have been) secured prior to April 18, 1938, the date of the first published and registered SUPERMAN work, namely, *Action Comics #1* (described above).

[5]This list of titles/works as part of paragraph number 2 continues through page 550.  Paragraph number 3 begins on page 551.

5-December 19, 1939 Agreement        4        000000887

**EXHIBIT 30**
**251**

3.  The grant to which this Notice of Termination applies is a two page agreement between Detective Comics, Inc. and Jerome Siegel and Joseph Shuster, co-authors of the comic book/strip SUPERMAN, identified as follows: A Letter Agreement executed on or about December 19, 1939, modifying the September 22, 1938 Letter Agreement between Detective Comics, Inc., and Jerome Siegel and Joseph Shuster, and providing in part that: "we, Detective Comics, Inc., are the sole and exclusive owners of the comic strip entitled 'SUPERMAN' . . . and to [sic] all rights of reproduction of all said comic strips and the titles and characters contained therein and the continuity thereof, including but not limited to the fields of magazine or other book publication, newspaper syndication, radio broadcast, television, motion picture reproduction and all other form of reproduction..." and all rights of copyright in said forms of reproduction.  The foregoing agreement included at the time all SUPERMAN works in existence up through said date (December 19, 1939), as listed in paragraph 2 above; and as affirmed in Siegel v. National Periodical Pub., Inc., 508 F.2d 909 (2d Cir. 1974), the agreement also granted Detective Comics, Inc. rights in the future, including renewal rights.

4.   The effective date of termination shall be April 16, 1999.

EXHIBIT 30
252

5.      Jerome Siegel died on January 28, 1996.  Mr. Siegel is survived by his widow, Joanne Siegel, and two children: Jerome and Joanne Siegel's daughter Laura Siegel Larson, and Mr. Siegel's son by a previous marriage, Michael Siegel.  Joanne Siegel and Laura Siegel Larson, who own and constitute more than one-half of author Jerome Siegel's termination interest, are executing this notice and constitute a 75% majority interest of those persons entitled to exercise the termination interest of Jerome Siegel as to the grant of the transfer described herein-above.  To the best knowledge and belief of the undersigned, this notice has been signed by all persons whose signature is necessary to terminate said grant under Section 304(c) of Title 17, United States Code.

Dated: March 30, 1997

Joanne Siegel
13900 Panay Way, R-115
Marina del Rey, CA 90292

Laura Siegel Larson
6400 Pacific Avenue, No. 106
Playa del Rey, CA 90293

5-December 19, 1939 Agreement

552

000000889

EXHIBIT 30
253

## CERTIFICATE OF INVESTIGATION

I hereby certify that before serving the foregoing document described as NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL TERM, and pursuant to 37 C.F.R. Section 201.10(d), I caused a reasonable investigation to be made on behalf of Joanne Siegel and Laura Siegel Larson as to the current ownership of the rights being terminated, by commissioning a search of U.S. copyright records, including a search of the records in the U.S. Copyright Office.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this _____ day of April, 1997, at Washington, DC.

ARTHUR J. LEVINE, Esq.
FINNEGAN, HENDERSON,
FARABOW, GARRETT & DUNNER, L.L.P.
1300 "I" Street, N.W.
Washington, DC 20005
(202) 408-4000
Counsel for Joanne Siegel
and Laura Siegel Larson

5-December 19, 1939 Agreement

553

000000890

**EXHIBIT 30**
**254**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document described as NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL TERM was served this 3ʳ day of April, 1997, by First Class Mail, postage prepaid, upon the following:

Time Warner Inc.
c/o Gerald M. Levin
Chairman of the Board & C.E.O.
75 Rockefeller Plaza
New York, NY 10019

Time Warner
Entertainment Company, L.P.
75 Rockefeller Plaza
New York, NY 10019

Warner Communications Inc.
75 Rockefeller Plaza
New York, NY 10019

Warner Bros. Inc.
c/o Robert Daly and Terry Semel
Co-Chairmen of the Board & Co-C.E.O.
4000 Warner Boulevard
Burbank, CA 91522

DC Comics Inc.
c/o Jenette Kahn
President & Editor In Chief
1700 Broadway
New York, NY 10019

DC Comics,
a New York General Partnership
c/o Paul Levitz
Executive V.P. & Publisher
1700 Broadway
New York, NY 10019

Warner Bros. Television
c/o Tony Jonas, President
4000 Warner Boulevard
Burbank, CA 91522

Warner Bros. Consumer Products
c/o Dan Romanelli, President
4000 Warner Boulevard
Burbank, CA 91522

Warner Bros. Worldwide Licensing
c/o George Jones, President
4000 Warner Boulevard
Burbank, CA 91522

Warner Music Group
c/o Robert Daly and Terry Semel
Co-Chairmen
75 Rockefeller Plaza
New York, NY 10019

Dark Horse Publications
c/o Michael Richardson, President
10956 S.E. Main St.
Milwaukie, OR 97222

Marvel Entertainment Group, Inc.
c/o Scott Sassa, C.E.O.
387 Park Ave. South
New York, NY 10016

Hasbro, Inc.
c/o Alan Hassenfeld, C.E.O.
1027 Newport Ave.
Pawtucket, RI 02861

Fleer/Skybox International
c/o Ed Feeley, President & C.E.O.
1120 Route 73
Mt. Laurel, NJ 08054

Golden Books Publishing
1220 Mound Ave.
Racine, WI 53404

5-December 19, 1939 Agreement

554

000000891

**EXHIBIT 30**
**255**

Inverse Ink
TAO Research Corporation
c/o Lingtao Wang, President
785A Castro Street
Mountain View, CA 94041

I declare under penalty of perjury that the foregoing is true and correct.

ARTHUR J. LEVINE, Esq.
FINNEGAN, HENDERSON,
FARABOW, GARRETT & DUNNER, L.L.P.
1300 "I" Street, N.W.
Washington, DC 20005
(202) 408-4000
Counsel for Joanne Siegel
and Laura Siegel Larson

EXHIBIT 30
256

# EXHIBIT 31

# NOTICE OF TERMINATION OF TRANSFER
## COVERING EXTENDED RENEWAL TERM

TO:    Time Warner Inc.
c/o Gerald M. Levin
Chairman of the Board & C.E.O.
75 Rockefeller Plaza
New York, NY 10019

Time Warner
Entertainment Company, L.P.
75 Rockefeller Plaza
New York, NY 10019

Warner Communications Inc.
75 Rockefeller Plaza
New York, NY 10019

Warner Bros. Inc.
c/o Robert Daly and Terry Semel
Co-Chairmen of the Board & Co-C.E.O.
4000 Warner Boulevard
Burbank, CA 91522

DC Comics Inc.
c/o Jenette Kahn
President & Editor In Chief
1700 Broadway
New York, NY 10019

DC Comics,
a New York General Partnership
c/o Paul Levitz
Executive V.P. & Publisher
1700 Broadway
New York, NY 10019

Warner Bros. Television
c/o Tony Jonas, President
4000 Warner Boulevard
Burbank, CA 91522

Warner Bros. Consumer Products
c/o Dan Romanelli, President
4000 Warner Boulevard
Burbank, CA 91522

Warner Bros. Worldwide Licensing
c/o George Jones, President
4000 Warner Boulevard
Burbank, CA 91522

Warner Music Group
c/o Robert Daly and Terry Semel
Co-Chairmen
75 Rockefeller Plaza
New York, NY 10019

Dark Horse Publications
c/o Michael Richardson, President
10956 S.E. Main St.
Milwaukie, OR 97222

Marvel Entertainment Group, Inc.
c/o Scott Sassa, C.E.O.
387 Park Ave. South
New York, NY 10016

Hasbro, Inc.
c/o Alan Hassenfeld, C.E.O.
1027 Newport Ave.
Pawtucket, RI 02861

Fleer/Skybox International
c/o Ed Feeley, President & C.E.O.
1120 Route 73
Mt. Laurel, NJ 08054

Golden Books Publishing
1220 Mound Ave.
Racine, WI 53404

Inverse Ink
TAO Research Corporation
c/o Lingtao Wang, President
785A Castro Street
Mountain View, CA 94041

**EXHIBIT 31**
**257**

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the Copyright Law (Title 17, U.S.C.) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. section 201.10, the undersigned Joanne Siegel and Laura Siegel Larson, being the persons who own an interest sufficient to terminate transfers pursuant to said statutory provisions, hereby terminate the grant of the transfer of renewal copyright(s) (to the extent of author Jerome Siegel's share in the ownership of the renewal copyright(s)) made in a certain agreement between Jerome Siegel and Joseph Shuster and Warner Communications Inc. executed on or about December 23, 1975, and the undersigned set forth in connection therewith the following:

1.    The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Time Warner Inc., 75 Rockefeller Plaza, New York, NY 10019; Time Warner Entertainment Company, L.P., 75 Rockefeller Plaza, New York, NY 10019; Warner Communications Inc., 75 Rockefeller Plaza, New York, NY 10019; Warner Bros. Inc., 4000 Warner Boulevard, Burbank, CA 91522; DC Comics Inc., 1700 Broadway, New York, NY 10019; DC Comics, a New York General Partnership, 1700 Broadway, New York, NY 10019; Warner Bros. Television, 4000 Warner Boulevard, Burbank, CA 91522; Warner Bros. Consumer Products, 4000 Warner Boulevard, Burbank, CA 91522; Warner Bros. Worldwide Licensing, 4000 Warner Boulevard, Burbank, CA 91522; Warner Music Group, 75 Rockefeller Plaza, New York, NY 10019; Dark Horse Publications, 10956 S.E. Main St., Milwaukie, OR 97222; Marvel Entertainment Group, Inc., 387 Park Ave. South, New York, NY 10016; Hasbro, Inc., 1027 Newport Ave., Pawtucket, RI 02861; Fleer/Skybox International, 1120 Route 73, Mt. Laurel, NJ 08054; Golden Books

7-December 23, 1975 Agreement

2

000000903

EXHIBIT 31
258

Publishing, 1220 Mound Ave., Racine, WI 53404; and Inverse Ink, TAO Research Corporation, 785A Castro Street, Mountain View, CA 94041.  Pursuant to 37 C.F.R. Section 201.10(d), service of this notice is being made by first class mail to the above grantees or successors at the addresses shown.

2.     Each work to which this notice of termination applies is as follows:  The title of the original copyrighted work to which this Notice of Termination applies is SUPERMAN, an illustrated comic book story constituting a front cover and pages 1-13, inclusive, in the body of Action Comics, Vol. 1, No. 1, June, 1938 issue, publication date April 18, 1938 (which is also the date that copyright was originally secured in this work), Copyright Registration No. B379787.  This work was written by Jerome Siegel and illustrated by Joe Shuster.  Renewal for the work was made June 1, 1965, in the name of National Periodical Publications, Inc. claiming as proprietor of copyright, renewal registration No. R362188.  The aforesaid work was based upon the following works to which this Notice of Termination also applies:  Twenty-four (24) days (i.e., four weeks) of previously unpublished SUPERMAN newspaper comic strips (created c. 1934), also written by Jerome Siegel and illustrated by Joe Shuster; and a seven page synopsis of the last 18 days (i.e., weeks 2, 3, & 4) of said 24 days of strips, also created c. 1934 and written by Jerome Siegel.  The remaining works to which this Notice of Termination applies[1] are:

---

[1]This Notice of Termination applies to each and every work (in any medium whatsoever, whenever created) that includes or embodies any character, story element, or indicia reasonably associated with SUPERMAN or the SUPERMAN stories, such as, without limitation, Superman, Clark Kent, Lois Lane, Perry White, Jimmy Olsen, Superboy, Supergirl, Lana Lang, Lex Luthor, Mr. MXYZTPLK (also known as Mr. MXYZPTLK), Ma and Pa Kent, Steel, the planet Krypton, Kryptonite, Metropolis, Smallville, or the Daily Planet.  Every reasonable effort has been made to find and list herein every such SUPERMAN-related work ever created.  Nevertheless, if any such work has been omitted, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted work.

7-December 23, 1975 Agreement                                3

000000904

EXHIBIT 31
259

| Title | Name of Author[2] | Date Copyright Secured[3] | Copyright Reg. No. |
|---|---|---|---|
| SUPERMAN story in Comic Book form | Jerome Siegel | Unpublished Work created c. 1933 | N/A[4] |
| Untitled paragraph previewing future SUPERMAN exploits | Jerome Siegel | Unpublished Work created c. 1934 | N/A |
| 15 SUPERMAN daily comic strips (12 strips & 3 scripts) | Jerome Siegel | Unpublished Work created c. 1934 | N/A |
| 9 page synopsis covering an additional 2 months of daily (at 6 days per week) comic strips of SUPERMAN[5] | Jerome Siegel | Unpublished Work created c. 1934 | N/A |

---

[2] Pursuant to 37 C.F.R § 201.10(b)(1)(ii), this Notice includes the name of at least one author of each work to which this notice of termination applies. The listing of any corporation as author of any work is done per the practice shown in Copyright Office records, and is not to be construed as an admission that any given work is or was a work made for hire. Nor is anything else herein to be construed as any such admission.

[3] Regarding works governed by the 1976 Copyright Act as to "Date Copyright Secured," and commencing in 1978, the records of the U.S. Copyright Office list only the year of creation, rather than the day, month, and year of creation. Accordingly, for every registered post-1977 *published work* whose year of creation is the same as its year of publication, only the specific publication date (month, day, and year) will be given, and the year therein will constitute the year of creation. For every registered post-1977 *published work* whose year of creation differs from its year of publication, the year of creation will be given (e.g., "DCRE: 1979" [i.e., "Date Created: 1979"]), followed by the specific publication date. For every registered post-1977 *unpublished work* whose year of creation is the same as its year of registration, only the specific registration date (month, day, and year) followed by the designation "(DREG)" [i.e., "Date Registered"] will be given, and the year therein will constitute the year of creation. For every registered post-1977 *unpublished work* whose year of creation differs from its year of registration, the year of creation will be given (e.g., "DCRE: 1979"), followed by the specific registration date.

[4] The first four works listed in this table as well as the above-referred 24 days of previously unpublished SUPERMAN newspaper comic strips and seven page synopsis of the last 18 days of said strips were never published or registered, at least not in their original form, so there are no copyright registration numbers for them. Accordingly, under the 1909 Act, copyright in the said works was not (and could not have been) secured prior to April 18, 1938, the date of the first published and registered SUPERMAN work, namely, *Action Comics #1* (described above).

[5] This list of titles/works as part of paragraph number 2 continues through page 550. Paragraph number 3 begins on page 551.

7-December 23, 1975 Agreement

4

000000905

EXHIBIT 31
260

3.   The grant to which this Notice of Termination applies is a twelve page agreement (with additional pages for exhibits)  between Warner Communications Inc. and Jerome Siegel and Joe Shuster, co-authors of the comic book/strip SUPERMAN, identified as follows: A Letter Agreement executed on or about December 23, 1975, acknowledging that Warner Communications Inc.

"is the sole and exclusive owner of all right, title and interest in and to the 'Superman' concept, idea, continuity, pictorial representation, formula, characters, cartoons and comic strips, title, logo, copyrights and trademarks, including any and all renewals and extensions of any such rights, in the United States and throughout the world, in any and all forms of publication, reproduction and presentation, whether now in existence or hereafter devised, together with the absolute right to transfer, license, sell or otherwise dispose of said rights."

The foregoing agreement included at the time all SUPERMAN works in existence up through said date (December 23, 1975), as listed in paragraph 2, above, and the renewal rights therein, and also included rights in the future including the renewal rights in the remaining works set forth in paragraph 2 above.

4.      The effective date of termination shall be April 16, 1999.

**EXHIBIT 31**
**261**

5.      Jerome Siegel died on January 28, 1996.  Mr. Siegel is survived by his widow, Joanne Siegel, and two children: Jerome and Joanne Siegel's daughter Laura Siegel Larson, and Mr. Siegel's son by a previous marriage, Michael Siegel.  Joanne Siegel and Laura Siegel Larson, who own and constitute more than one-half of author Jerome Siegel's termination interest, are executing this notice and constitute a 75% majority interest of those persons entitled to exercise the termination interest of Jerome Siegel as to the grant of the transfer described herein-above.  To the best knowledge and belief of the undersigned, this notice has been signed by all persons whose signature is necessary to terminate said grant under Section 304(c) of Title 17, United States Code.

Dated: March 30, 1997

Joanne Siegel
13900 Panay Way, R-115
Marina del Rey, CA 90292

Laura Siegel Larson
6400 Pacific Avenue, No. 106
Playa del Rey, CA 90293

**EXHIBIT 31**
**262**

## CERTIFICATE OF INVESTIGATION

I hereby certify that before serving the foregoing document described as NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL TERM, and pursuant to 37 C.F.R. Section 201.10(d), I caused a reasonable investigation to be made on behalf of Joanne Siegel and Laura Siegel Larson as to the current ownership of the rights being terminated, by commissioning a search of U.S. copyright records, including a search of the records in the U.S. Copyright Office.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of April, 1997, at Washington, DC.

ARTHUR J. LEVINE, Esq.
FINNEGAN, HENDERSON,
FARABOW, GARRETT & DUNNER, L.L.P.
1300 "I" Street, N.W.
Washington, DC 20005
(202) 408-4000
Counsel for Joanne Siegel
and Laura Siegel Larson

7-December 23, 1975 Agreement

553

000000908

**EXHIBIT 31**
**263**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document described as NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL TERM was served this 3rd day of April, 1997, by First Class Mail, postage prepaid, upon the following:

Time Warner Inc.
c/o Gerald M. Levin
Chairman of the Board & C.E.O.
75 Rockefeller Plaza
New York, NY 10019

Time Warner
Entertainment Company, L.P.
75 Rockefeller Plaza
New York, NY 10019

Warner Communications Inc.
75 Rockefeller Plaza
New York, NY 10019

Warner Bros. Inc.
c/o Robert Daly and Terry Semel
Co-Chairmen of the Board & Co-C.E.O.
4000 Warner Boulevard
Burbank, CA 91522

DC Comics Inc.
c/o Jenette Kahn
President & Editor In Chief
1700 Broadway
New York, NY 10019

DC Comics,
a New York General Partnership
c/o Paul Levitz
Executive V.P. & Publisher
1700 Broadway
New York, NY 10019

Warner Bros. Television
c/o Tony Jonas, President
4000 Warner Boulevard
Burbank, CA 91522

Warner Bros. Consumer Products
c/o Dan Romanelli, President
4000 Warner Boulevard
Burbank, CA 91522

Warner Bros. Worldwide Licensing
c/o George Jones, President
4000 Warner Boulevard
Burbank, CA 91522

Warner Music Group
c/o Robert Daly and Terry Semel
Co-Chairmen
75 Rockefeller Plaza
New York, NY 10019

Dark Horse Publications
c/o Michael Richardson, President
10956 S.E. Main St.
Milwaukie, OR 97222

Marvel Entertainment Group, Inc.
c/o Scott Sassa, C.E.O.
387 Park Ave. South
New York, NY 10016

Hasbro, Inc.
c/o Alan Hassenfeld, C.E.O.
1027 Newport Ave.
Pawtucket, RI 02861

Fleer/Skybox International
c/o Ed Feeley, President & C.E.O.
1120 Route 73
Mt. Laurel, NJ 08054

Golden Books Publishing
1220 Mound Ave.
Racine, WI 53404

7-December 23, 1975 Agreement

000000909

## EXHIBIT 31
264

Inverse Ink
TAO Research Corporation
c/o Lingtao Wang, President
785A Castro Street
Mountain View, CA 94041

I declare under penalty of perjury that the foregoing is true and correct.

ARTHUR J. LEVINE, Esq.
FINNEGAN, HENDERSON,
FARABOW, GARRETT & DUNNER, L.L.P.
1300 "I" Street, N.W.
Washington, DC 20005
(202) 408-4000
Counsel for Joanne Siegel
and Laura Siegel Larson

EXHIBIT 31
265

# EXHIBIT 32

Aug-14-06   12:06pm   From-                                    T-935   P.003/006   F-542

## JOINT VENTURE AGREEMENT

AGREEMENT made as of November 23, 2001by and between Pacific Pictures
Corporation ("PPC") with offices at 23852 Pacific Coast Highway, Suite 555, Malibu,
CA 90265 ; tel. (310) 589-5151; fax: (310) 589-5152 and Jean A. Peavy and her son
Mark Warren Peary (f/k/a Mark Warren Peavy) (individually and collectively,
"Claimants") located at 51 Camino Cabo, Sante Fe, New Mexico 87508; tel. / fax: (505)
466-4551, regarding the formation of a joint venture for the purpose of retrieving,
enforcing and exploiting all of Joe Shuster's, and his estate's rights, claims, copyrights,
property, title and interests in and to Joe Shuster's creations (hereinafter, such rights,
property and claims, are individually and collectively referred to as the "Rights").

1.      The Rights shall include without limitation, all current and future rights,
claims, title, copyrights and interests in and to each character, story element, and indicia
associated with, and all rights to proceeds from "SUPERMAN," or the "SUPERMAN"
stories and comic books, such as, without limitation, "Superman," "Clark Kent," "Lois
Lane," "Jimmy Olsen," "Lex Luther," "Lana Lang," "Mr. Mxyztplk," "Superboy,"
"Supergirl," "The Daily Planet," "Krypton," "Kryptonite," and "Smallville."

2.      In consideration of the mutual covenants contained herein and other good
and valuable consideration, PPC and Claimants hereby form a joint venture (the
"Venture") to investigate, retrieve, enforce and exploit the Rights, including without
limitation, via the establishment of Joe Shuster's estate and the estate's termination
pursuant to Section 304 (c) of the U.S. Copyright Law (Title 17, U.S.C.) of any and all
grant or transfers by Joe Shuster of any copyright interest in his creations. In
consideration for PPC'S contributions to the Venture and the mutual covenants contained
herein Claimants hereby transfer and assign to the Venture their rights, title and interests
in the Rights. The name of the Venture shall be the "Joe Shuster Venture." The Venture's
office address shall be the California address set forth above.

3.      PPC will pay any and all costs and expenses of the Venture, including the
legal fees and costs of setting up Joe Shuster's estate, U.S. copyright office costs such as
document retrieval costs and filing fees, research costs, and any and all attorneys' fees,
costs and disbursements in connection with any legal actions or disputes concerning the
enforcement and/or defense of the Rights and the Venture. In addition to attorneys' fees,
PPC will be responsible for the payment of any legal filing fees, expert witness fees,
subpoena and service of process fees, jury fees, deposition transcript costs, photocopying,

Initials: _MWP_ _JAP_ _HT_

**134**

**EXHIBIT 32**
**266**

Page 2
Joint Venture Agreement / Joe Shuster
11/23/01

postage, long distance telephone and fax charges, computerized legal research, reporter's fees, costs for preparation of exhibits and demonstrative evidence, travel costs outside of the Los Angeles area if required, and messenger fees. Any and all attorneys' fees payable on a contingency basis will be paid solely out of PPC'S share of Proceeds set forth in paragraph 5 below.

4.      The terms of any and all agreements regarding any of the Rights, in any respect, shall be subject to the express written approval of Claimants and PPC. The parties each warrant and represent that after signing this Agreement they will not without the express written consent of all the parties transfer, limit or encumber the Rights in any respect.

5.      Any and all moneys and proceeds received from the enforcement, settlement or exploitation of any of the Rights, including without limitation, fixed and contingent compensation, settlement or judgment amounts, purchase prices, option or quitclaim fees, and/or royalties (" Proceeds"), will be shared, divided and payable: fifty percent (50%) to Claimants and fifty percent (50%) to PPC. The parties will use all reasonable efforts to have Joe Shuster's estate/administrator and third party payors, if any, directly pay to the Claimants and PPC their respective fifty percent (50%) share of Proceeds. Prior to the above distribution of Proceeds, PPC will be entitled to recoup all of its out-of-pocket expenses under this Agreement subject to the presentation to Claimants of a reasonable accounting and receipts for said expenses.

6.      All notices, correspondence and payments to each party under this Agreement shall be sent to the respective addresses set forth on page 1 of this Agreement unless either party notifies the other of an address change in writing.

7.      The Venture and/or the Estate of Joe Shuster (to be established hereunder) will retain Marc Toberoff, Esq. to render legal services in connection with the Rights and the Venture, including in connection with all legal disputes, litigation, arbitration and/or mediation regarding the Rights; to implement, enforce and prosecute the Rights; and to handle the negotiation of any contracts regarding exploitation of the Rights.

Initials

**135**

**EXHIBIT 32**
**267**

Page 3
Joint Venture Agreement / Joe Shuster
11/23/01

8.     The term ("Term") of the Venture shall extend for the full duration of the Rights and any exploitation of the Rights. Upon the expiration of the Term and the winding-up of the Venture or in the event of termination of the Venture for any reason, all Rights, property or assets of the Venture will be held fifty percent (50%) by the Claimants and fifty percent (50%) by PPC as tenants in common, and Claimants and PPC will each be entitled to receive and continue to receive fifty percent (50%) of all Proceeds derived from the Rights after termination of the Venture.

9.     To cover the unlikely event that Marc Toberoff dies or is disabled; PPC will prior to service of any notice of termination regarding the Rights (pursuant to Section 304 (c) of the U.S. Copyright Law) either (a) arrange for a suitable replacement attorney experienced in copyright litigation and willing to enforce the Rights on solely a contingent fee basis; or (b) if no such replacement attorney is arranged to obtain "key man" insurance for Mr. Toberoff in the amount of $150,000 payable solely to Claimants.

10.    All parties agree to execute such further documents and to perform such further acts as may be reasonably necessary or desirable to carry out the purposes and effect of this Agreement, including without limitation an irrevocable letter of authority instructing the administrator of Joe Shuster's Estate to divide and disburse all Proceeds from the Rights as set forth in paragraph 5 above. When required hereunder, consent shall not be unreasonably withheld by any party regarding the business of the Venture. The parties hereby approve Michael Catron for appointment as the administrator of Joe Shuster's Estate, once it is established.

11.    This Agreement contains the full understanding of the parties and supersedes all prior or contemporaneous understandings whether written or oral with respect to the subject matter hereof and may not be modified except in writing signed by the party to be bound. By countersigning this Agreement the parties each acknowledge that they clearly understand the terms and conditions of this Agreement; and have agreed to these terms and conditions after detailed and mature deliberation. The parties further acknowledge that they have not signed this Agreement in reliance on any promise or representation not expressly set forth in this Agreement. The parties have mutually participated in the negotiation and drafting of this Agreement and agree that the terms of this Agreement shall not be construed more favorably to one party than the other. To the extent any provision of this Agreement is found invalid, said provision shall be stricken

136

EXHIBIT 32
268

Page 4

Joint Venture Agreement / Joe Shuster

11/23/01

and shall not affect the validity of the remaining provisions hereof. This Agreement shall bind and inure to the benefit of the parties, their respective heirs, successors and assigns. Executed facsimile copies of this Agreement shall be valid acceptable substitutes for executed originals.

11.     This Agreement shall be governed by the laws of California applicable to agreements made and to be performed therein.

Agreed, understood and accepted:

Pacific Pictures Corporation


By: Marc Toberoff, President                           Date: _Nov. 28, 2001_


Jean A. Peavy                                          Date: _Nov. 28, 2001_


Mark Warren Peary                                      Date: _Nov. 28, 2001_

(f/k/a Mark Warren Peavy)

EXHIBIT 32
269

# EXHIBIT 33

DE-111

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | TELEPHONE AND FAX NOS.: | FOR COURT USE ONLY |
|---|---|---|

(213) 895-4900          (213) 895-4921

JOHN D. PETTKER, Esq. (SBN 42346)
RODI, POLLOCK, PETTKER, GALBRAITH & CAHILL
A Law Corporation
444 South Flower Street, Suite 1700
Los Angeles, California 90071-2901

ATTORNEY FOR (Name):   MARK WARREN PEARY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS: 111 N. Hill Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central District

ESTATE OF (Name):   **JOSEPH SHUSTER, also known as JOE SHUSTER**
/lost                                           DECEDENT

**FILED**
LOS ANGELES SUPERIOR COURT

JUL 2 3 2003

JOHN A. CLARKE, CLERK

BY E. ALVAREZ, DEPUTY

PETITION FOR
- [X] Probate of Will and for Letters Testamentary
- [ ] Probate of Will and for Letters of Administration with Will Annexed
- [ ] Letters of Administration
- [ ] Letters of Special Administration
- [X] Authorization to Administer Under the Independent Administration of Estates Act [X] with limited authority

CASE NUMBER: BP080635

HEARING DATE: 8/25/03

DEPT.: 5          TIME: 9:15

1. Publication will be in (specify name of newspaper):  DAILY JOURNAL
   a. [X] Publication requested.     b. [ ] Publication to be arranged.
2. **Petitioner** (name of each):   MARK WARREN PEARY          requests
   a. [X] decedent's will and codicils, if any, be admitted to probate.
   b. [X] (name):  MARK WARREN PEARY
        be appointed (1) [X] executor          (3) [ ] administrator
                      (2) [ ] administrator with will annexed   (4) [ ] special administrator
        and Letters issue upon qualification.
   c. [X] that [ ] full [X] limited  authority be granted to administer under the Independent Administration of Estates Act.
   d. (1) [X] bond not be required for the reasons stated in item 3d.
      (2) [ ] $             bond be fixed.  It will be furnished by an admitted surety insurer or as otherwise provided by law.
                  (Specify reasons in Attachment 2 if the amount is different from the maximum required by Probate Code section 8482.)
      (3) [ ] $             in deposits in a blocked account be allowed.  Receipts will be filed.  (Specify institution and location):

3. a. Decedent died on (date):  July 30, 1992          at (place):  West Los Angeles, California
      (1) [X] a resident of the county named above.
      (2) [ ] a nonresident of California and left an estate in the county named above located at (specify location permitting
                  publication in the newspaper named in item 1):
   b. Street address, city, and county of decedent's residence at time of death (specify):  11944 Montana Avenue #305, West Los
      Angeles, County of Los Angeles, California 90049
   c. Character and estimated value of the property of the estate:
      (1) Personal property:       $       None
      (2) Annual gross income from
          (a) real property:       $       None
          (b) personal property:   $       None
                 Total:            $       None
      (3) Real property:  $ None          (If full authority under the Independent Administration of Estates Act is requested,
                                            state the fair market value of the real property less encumbrances.)
   d. (1) [X] Will waives bond.   [ ] Special administrator is the named executor and the will waives bond.
      (2) [X] All beneficiaries are adults and have waived bond, and the will does not require a bond.  (Affix waiver as Attachment
              3d(2).)
      (3) [X] All heirs at law are adults and have waived bond.  (Affix waiver as Attachment 3d(3).)
      (4) [ ] Sole personal representative is a corporate fiduciary or an exempt government agency.
   e. (1) [ ] Decedent died intestate.
      (2) [X] Copy of decedent's will dated: 6/28/1988  [ ] codicils dated:          are affixed as Attachment 3e(2).
              [X] The will and all codicils are self-proving (Prob. Code, § 8220).
                                     (Continued on reverse)

| Form Approved by the Judicial Council of California DE-111 [Rev. January 1, 1998] Mandatory Use [1/1/2000] | **PETITION FOR PROBATE** | Probate Code, §§ 8002, 10450 |
|---|---|---|

Legal Solutions Plus

EXHIBIT A
4
**EXHIBIT 33**
**270**

**In the Matter of the Estate of JOSEPH SHUSTER, Decedent**
**Los Angeles County, California, Superior Court – Central District**

**ATTACHMENT 2c**
**Requested Additional Power**

Requested Additional Power

Petitioner requests that the court grant him the following power in addition to the general powers conferred upon him by law and under the Independent Administration of Estates Act: *the power to terminate prior transfers of the decedent's copyright(s) pursuant to Section §304(c) of the United States Copyright Act, 17 U.S.C. §304(c)(2)(D), and to maintain and defend on behalf of the decedent and the estate all proceedings necessary or appropriate in connection with this action.*

261503_1.doc

EXHIBIT A
5
**EXHIBIT 33**
**271**

**In the Matter of the Estate of JOSEPH SHUSTER, Decedent**
**Los Angeles County, California, Superior Court – Central District**

**ATTACHMENT 2d(1), 3(c) and 3(d)(1), (2) and (3)**

No bond should be required of petitioner to act as Executor, or if a bond is required by the Court, it should be for a nominal amount, for the following reasons:

1.     The first named Executor, Jean Adele Peavy, has signed and filed a Declination to Act as Personal Representative and Waiver of Bond of Mark Warren Peary as Personal Representative. Jean Adele Peavy, who is the sister of the decedent, is also the sole beneficiary under the decedent's Will and the sole heir at law of the decedent's estate under the laws of intestacy.

2.     Petitioner is the alternate named Executor under the decedent's Will, and the decedent's Will waives bond.

3.     Petitioner, who is the son of Jean Adele Peavy, is the nephew of the decedent.

4.     A probate proceeding with respect to the decedent's estate would be unnecessary but for the fact that a personal representative of his estate needs to be appointed for the purpose of *terminating prior transfers of the decedent's copyright(s) pursuant to Section §304(c) of the United States Copyright Act, 17 U.S.C. §304(c)(2)(D)*. This right of the personal representative of the decedent's estate to terminate prior transfers of the decedent's copyright(s) was enacted into federal law as part of the Sonny Bono Copyright Act effective October 27, 1998. The purpose of such new law, enacted over six years after the decedent's death, is to give authors and their estates the power to recover previously assigned copyrights within time limits delineated in the statute.

5.     All assets of the decedent, with the exception of the decedent's interest in and to *the copyrights*, which currently have an undetermined value, were of minimal value and transferred through a §13101 affidavit by Jean Adele Peavy shortly after the decedent's death on July 30, 1992.

Dated:     July 15     , 2003

*Mark Warren Peary*
MARK WARREN PEARY

261503_1.doc

In the Matter of the Estate of JOSEPH SHUSTER, Decedent
Los Angeles County, California, Superior Court – Central District


ATTACHMENT 3e(2)
*(Lost)* Last Will and Testament

Grounds for Admission of *Lost* Will
        The decedent died more than 10 years ago on July 30, 1992.  Petitioner
and other family members have made a diligent and extensive search for the original Will
executed by the decedent on June 28, 1988, but have been unable to find it.  Petitioner
has only found a copy of such Will, which he is submitting for probate as the decedent's
lost Will.  Petitioner believes that the original of such Will has been lost or inadvertently
destroyed.  There would be no reason for the decedent to have revoked such Will by
destroying it, because the terms of the Will replicate the result if the decedent died
intestate.  Under both the Will and the laws on intestacy, petitioner's mother, Jean Adele
Peavy, who is the decedent's sister and sole surviving heir at law, would be the sole
beneficiary of the decedent's estate and, but for her declination to act, would be entitled to
be appointed personal representative.  Further, under both the decedent's Will and the
laws of intestacy, by reason of the declinations to act that have been filed concurrently
with this petition, petitioner is entitled to be appointed personal representative.

        The decedent never married and never had any issue.

261503_1.doc


EXHIBIT A
7
**EXHIBIT 33**
**273**

THE

Last Will and Testament of

Joseph Shuster

Dated _June 28_ 19 88

EXHIBIT A
8
**EXHIBIT 33**
**274**

# Last Will and Testament of

**KNOW ALL PERSONS BY THESE PRESENTS:**

That, I ____JOSEPH SHUSTER_____

of _____W. Los Angeles, California_____

being of sound and disposing mind and memory, and not acting under duress, menace, fraud or the undue influence of any person whomsoever, do make, publish and declare this my Last Will and Testament.

I.

I hereby declare that I am the ___brother___ of _JEAN ADELE PEAVY_____

at the time of the execution of this Will.

II.

I make no bequest, gift or devise to my children named in Paragraph I, or to any other child or children hereafter born to or adopted by me, except as hereinafter stated, knowing their _____N/A_____ will provide for them.
_____(mother, or father)

III.

I hereby direct and order that all just debts for which proper claims are filed against my estate, and the expenses of my last illness and funeral, be paid by my execut_rix_ as soon after my death as is practicable; provided, however, that this direction shall not authorize any creditor to require payment of any debt or obligation prior to its normal maturity in due course.

IV.

I give, devise and bequeath unto ___JEAN ADELE PEAVY_____ all of the rest, residue and remainder of my estate, whether real or personal, and wheresoever situated. In the event that ___Jean Adele Peavy_____ shall predecease me, or in the event that both ___Jean Adele Peavy_____ and I shall die as a result of a common accident, illness or disaster, then I give, devise and bequeath the residue and remainder of my estate to my nephew, ___MARK WARREN PEARY_____.

V.

I hereby nominate and appoint my ___sister___, ___Jean Adele Peavy_____, execut_rix_ of this my Last Will and Testament, to act without bond. In the event that my ___sister_____, is for any reason unable or unwilling to act as execut_rix_ hereof, I nominate and appoint ___Mark Warren Peary_____ to act as execut_or___, also without bond.

VI.

I further direct that my estate be settled without the intervention of any court, except to the extent required by law, and that my executrix settle my estate in such a manner as shall seem best and most conveniently to her, and I hereby empower my executrix to mortgage, lease, sell, exchange and convey the personal and real property of my estate without an order of court for that purpose and without notice, approval or confirmation and in all other respects to administer and settle my estate without the intervention of court.

EXHIBIT A
10
**EXHIBIT 33**
**276**

VII.

I hereby revoke any and all former Wills and Codicils thereto made by me and declare this my Last Will and Testament.

In Witness Whereof I have hereunto set my hand this _28_ day of _June_ 19_88_

_Joseph Shuster_
Testator

STATE OF CALIFORNIA
County of _Los Angeles_                    } ss.

Each of the undersigned, being first duly sworn on oath, states that on this _28_ day of _June_, 19_88_:

(1) I am over the age of eighteen (18) years and competent to be a Witness to the Will of _JOSEPH SHUSTER_ (the Testat__or__);

(2) The Testat__or__, in my presence and in the presence of the other Witnesses whose signatures appear below:

    (a) Declared the foregoing instrument consisting of _one_ pages, of which this is the last to be _his_ Will;

    (b) Requested me and the other Witnesses to act as Witnesses to _his_ Will and to make this affidavit; and

    (c) Signed such instrument;

(3) I believe the Testat__or__ to be of sound mind, and that in so declaring and signing, _he_ was not acting under any duress, menace, fraud, or undue influence;

(4) The other witnesses and I, in the presence of the Testat__or__ and of each other now affix our signatures as Witnesses to the Will and make this affidavit.

_Tom Fenaughty_                          _Robert ___ E Williams_
Witness                                  Witness
_3374 Overland Ave #1_                   _3545 Mentone Ave #3_
Address                                  Address
_L.A. Ca. 90064_                         _Los Angeles, California 90034_

Witness

Address

SUBSCRIBED & SWORN to before me this _28_ day of _June_, 19_88_.

_F. Patrick Hagerty_

Notary Public in and for the State of California, residing at _Santa Monica, Calif._

```
OFFICIAL SEAL
F. PATRICK HAGERTY
NOTARY PUBLIC-CALIFORNIA
PRINCIPAL OFFICE IN
LOS ANGELES COUNTY
My Commission Expires April 23, 1991.
```

**In the Matter of the Estate of JOSEPH SHUSTER, Decedent
Los Angeles County, California, Superior Court – Central District**

**ATTACHMENT 3g
Nonresident of California and Permanent Address**

I, Mark Warren Peary, the proposed personal representative, am a non-resident of California. I reside in the State of New Mexico at the following residence address:

51 Camino Cabo
Santa Fe, NM 87508

I hereby consent to act as the personal representative of the estate of my uncle, Joseph Shuster.

Dated: _____July 15_____, 2003

MARK WARREN PEARY

261503_1.doc

In the Matter of the Estate of JOSEPH SHUSTER, Decedent
Los Angeles County, California, Superior Court – Central District

### ATTACHMENT 8

The following is a list of the names, relationships, ages, and addresses, so far as known to or reasonably ascertainable by petitioner, of (1) all persons named in decedent's will and codicils, whether living or deceased, (2) all persons named or checked in items 2, 5, 6, and 7, and (3) all beneficiaries of a devisee trust in which the trustee and personal representative are the same person:

| Name and Address | Relationship | Age |
|---|---|---|
| Mark Warren Peary<br>51 Camino Cabo<br>Santa Fe, NM 87508 | Petitioner/Nephew | Adult |
| Jean Adele Peavy<br>51 Camino Cabo<br>Santa Fe, NM 87508 | Sister | Adult |
| Dawn L. Peavy<br>11405 Lake Nemi<br>El Paso, Texas 79936 | Niece | Adult |

261503_1.doc

EXHIBIT A
13
**EXHIBIT 33**
**279**

1  RODI, POLLOCK, PETTKER, GALBRAITH
   & CAHILL, A Law Corporation
2  JOHN D. PETTKER (SBN 42346)
   444 South Flower Street, Suite 1700
3  Los Angeles, California 90071-2901
   Telephone: (213) 895-4900
4  Facsimile: (213) 895-4921

5  Attorneys for MARK WARREN PEARY

6

7

8                    SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                      FOR THE COUNTY OF LOS ANGELES, CENTRAL

10

11  In re the Matter of the Estate of          CASE NO.  BP 0 80635

12                                             DECLINATION TO ACT AS PERSONAL
13                                             REPRESENTATIVE AND WAIVER OF BOND
                                               OF MARK WARREN PEARY AS PERSONAL
14  JOSEPH SHUSTER, also known as              REPRESENTATIVE
    JOE SHUSTER
15

16

17                         Decedent.

18

19      I, JEAN ADELE PEAVY, state as follows:

20      1.      I am the only sibling of the decedent, JOSEPH SHUSTER.  The decedent's and my

    parents are both deceased, having predeceased the decedent.  I have two children, both of whom

21  survived the decedent.  They are Mark Warren Peary and Dawn L. Peavy.

22      2.      I am the sole beneficiary under the decedent's Will dated June 28, 1988, and am

23  nominated to act as Executor under such Will.

24      3.      I hereby decline to serve as personal representative of the decedent's estate, whether

    as Executor of the decedent's Will or Administrator of his estate.
25

26      4.      I hereby waive the requirement of a bond by Mark Warren Peary, whether acting as
27

28

                                               1
    DECLINATION TO ACT AS PERSONAL REPRESENTATIVE AND WAIVER OF BOND OF MARK WARREN PEARY AS PERSONAL
                                        REPRESENTATIVE

EXHIBIT A
14
**EXHIBIT 33**
**280**



1  Executor of the decedent's Will or Administrator of his estate.

2      Dated: July 15, 2003

3

4                                                    Jean Adele Peavy

5                                                  JEAN ADELE PEAVY

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  261504_1.doc

2

DECLINATION TO ACT AS PERSONAL REPRESENTATIVE AND WAIVER OF BOND OF MARK WARREN PEARY AS PERSONAL REPRESENTATIVE

RODI, POLLOCK, PETTKER, GALBRAITH & CAHILL
A LAW CORPORATION
444 SOUTH FLOWER STREET, SUITE 1700
LOS ANGELES, CALIFORNIA 90071-2901
TELEPHONE (213) 895-4900

EXHIBIT A
15
**EXHIBIT 33**
**281**

1   RODI, POLLOCK, PETTKER, GALBRAITH
    & CAHILL, A Law Corporation
2   JOHN D. PETTKER (SBN 42346)
    444 South Flower Street, Suite 1700
3   Los Angeles, California 90071-2901
    Telephone: (213) 895-4900
4   Facsimile: (213) 895-4921

5   Attorneys for MARK WARREN PEARY

6

7

8           SUPERIOR COURT OF THE STATE OF CALIFORNIA

9              FOR THE COUNTY OF LOS ANGELES, CENTRAL

10

11  In re the Matter of the Estate of          CASE NO.

12
                                               NOMINATION OF PERSONAL REPRESENTATIVE,
13                                             DECLINATION TO ACT, AND WAIVER OF BOND
                                               OF MARK WARREN PEARY
14  JOSEPH SHUSTER, also known as
    JOE SHUSTER
15

16

17                          Decedent.

18

19          I, DAWN L. PEAVY, state and declare as follows:

20          1.      I am the niece of JOSEPH SHUSTER (the "decedent"), the decedent named herein,

21  being the daughter of the decedent's sister, Jean Adele Peavy.  My brother is Mark Warren Peary.

22          2.      If the decedent's Will is not admitted to probate and an Executor thereof is not

23  appointed and if my mother, Jean Adele Peavy, declines to act as personal representative of the

24  decedent's estate, I am a person entitled to equal priority for appointment as the personal

25  representative of the decedent's estate with my brother, MARK WARREN PEARY.

26          3.      If for any reason MARK WARREN PEARY is not appointed by the Court as

27  Executor of the decedent's Will, I hereby nominate MARK WARREN PEARY of Albuquerque,

28  New Mexico, to serve as the personal representative of the decedent's estate without the

                                          1
    NOMINATION OF PERSONAL REPRESENTATIVE, DECLINATION TO ACT, AND WAIVER OF BOND OF MARK WARREN PEARY

1    requirement of any bond, pursuant to the authority provided to me under Sections 8461 and 8465

2    of the California Probate Code, and I decline to act as such personal representative.

3         4.    My intent in making this nomination is to ensure the appointment of a person that I

4    trust to serve as the personal representative of my uncle's estate.

5         I declare under penalty of perjury under the laws of the State of California, that the

6    foregoing is true and correct.

7    Executed on _July 15_____, 2003, in El Paso, Texas.

8

9                                    _Dawn L. Peavy_____

10                                   DAWN L. PEAVY

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   261505_1.doc

RODI, POLLOCK, PETTKER, GALBRAITH & CAHILL
A LAW CORPORATION
444 SOUTH FLOWER STREET, SUITE 1700
LOS ANGELES, CALIFORNIA 90071-2901
TELEPHONE: (213) 895-4900

2

NOMINATION OF PERSONAL REPRESENTATIVE, DECLINATION TO ACT, AND WAIVER OF BOND OF MARK WARREN PEARY

# EXHIBIT 34

ORIGINAL                                                                8/xr

FILED
LOS ANGELES SUPERIOR COURT

OCT 0 7 2003

JOHN A. CLARKE, CLERK
M. Gastelum
BY M. GASTELUM, DEPUTY

1  **RODI, POLLOCK, PETTKER, GALBRAITH
   & CAHILL, A Law Corporation**
2  **JOHN D. PETTKER (SBN 42346)**
   444 South Flower Street, Suite 1700
3  Los Angeles, CA  90071-2901
   Telephone: 213-895-4900
4  Facsimile: 213-895-4750

5  Attorneys for MARK WARREN PEARY,
   Petitioner

6

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                  FOR THE COUNTY OF LOS ANGELES

10

11  In the Matter of the Estate of          NO. BP-080635

12  JOSEPH SHUSTER, also known as JOE       **ORDER ADMITTING WILL TO
    SHUSTER,                                PROBATE, APPOINTING EXECUTOR**
13                                          **AND AUTHORIZING INDEPENDENT**
                            Deceased.       **ADMINISTRATION OF ESTATE WITH**
14                                          **LIMITED AUTHORITY**

15                                          **Hearing Date:  8-25-03**
                                            **Dept. 5 at 9:15 a.m.**
16

17

18         Petitioner, MARK WARREN PEARY, filed his petition for probate of will and for letters

19  testamentary and for authorization to administer estate under the Independent Administration of

20  Estates Act with limited authority of the estate of Joseph Shuster, also known as Joe Shuster,

21  deceased (the "decedent"), and such petition came on regularly for hearing and approval by the

22  Court at 9:15 a.m. on August 25, 2003, in Department 5 of the above-entitled Court, the

23  Honorable H. RONALD HAUPTMAN, Judge Pro Tem presiding.  JOHN D. PETTKER of Rodi,

24  Pollock, Pettker, Galbraith & Cahill, A Law Corporation, appeared as the attorney for petitioner,

25  and no one appeared in opposition.

26         On evidence given to the satisfaction of the Court, THE COURT FINDS THAT:

27         1.      All notices required by law have been given.

28  /   /   /

1
ORDER ADMITTING WILL TO PROBATE, APPOINTING EXECUTOR AND AUTHORIZING IAEA WITH LIMITED AUTHORITY

Case 2:10-cv-03633-ODW-RZ   Document 459-3   Filed 07/16/12   Page 130 of 186   Page ID
#:27342
Case 2:10-cv-03633-ODW -RZ   Document 334-8   Filed 10/24/11   Page 3 of 6   Page ID
#:22043

2.      The decedent died on July 30, 1992, a resident of the County of Los Angeles, State of California.

3.      The decedent died testate, leaving a will dated June 28, 1988.  This will has never been revoked but was lost or inadvertently destroyed.  Such will is admitted to probate by Minute Order on August 25, 2003, as the decedent's last Will, and its provisions are as follows:

## LAST WILL AND TESTAMENT OF

KNOW ALL PERSONS BY THESE PRESENTS:

I

That, I JOSEPH SHUSTER, of W. Los Angeles, California, being of sound and disposing mind and memory, and not acting under duress, menace, fraud or the undue influence of any person whomsoever, do make, publish and declare this my Last Will and Testament.

I hereby declare that I am the brother of JEAN ADELE PEAVY at the time of the execution of this Will.

II

I make no bequest, gift or devise to my children named in Paragraph I, or to any other child or children hereafter born to or adopted by me, except as hereinafter stated, knowing their _____N/A_____ will provide for them.

III

I hereby direct and order that all just debts for which proper claims are filed against my estate, and the expenses of my last illness and funeral, be paid by my executrix as soon after my death as is practicable; provided, however, that this direction shall not authorize any creditor to require payment of any debt or obligation prior to its normal maturity in due course.

IV

I give devise and bequeath unto JEAN ADELE PEAVY all of the rest, residue and remainder of my estate, whether real or personal, and wheresoever situated.  In the event that Jean Adele Peavy shall predecease me, or in the event that both Jean Adele Peavy and I shall die as a

/   /   /

RODI, POLLOCK, PETKER, GALBRAITH & CAHILL
A LAW CORPORATION
444 SOUTH FLOWER STREET, SUITE 1700
LOS ANGELES, CALIFORNIA 90071-2901
TELEPHONE: (213) 895-4900

2

ORDER ADMITTING WILL TO PROBATE, APPOINTING EXECUTOR AND AUTHORIZING IAEA WITH LIMITED AUTHORITY

1   result of a common accident, illness or disaster, then I give, devise and bequeath the residue and

2   remainder of my estate to my nephew, MARK WARREN PEARY.

3                                        V

4        I hereby nominate and appoint my sister, Jean Adele Peavy, executrix of this my Last Will

5   and Testament, to act without bond.  In the event that my sister is for any reason unable or

6   unwilling to act as executrix hereof, I nominate and appoint Mark Warren Peary to act as executor,

7   also without bond.

8                                       VI

9        I further direct that my estate be settled without the intervention of any court, except to the

10  extent required by law, and that my executrix settle my estate in such a manner as shall seem best

11  and most conveniently to her, and I hereby empower my executrix to mortgage, lease, sell,

12  exchange and convey the personal and real property of my estate without an order of court for that

13  purpose and without notice, approval or confirmation and in all other respects to administer and

14  settle my estate without the intervention of court.

15                                      VII

16       I hereby revoke any and all former Wills and Codicils thereto made by me and declare this

17  my Last Will and Testament.

18       In Witness Whereof I have hereunto set my hand this 28th day of June, 1988.

19

20                                      JOSEPH SHUSTER
                                        Testator

21  STATE OF CALIFORNIA        )
                               )  ss.
22  COUNTY OF LOS ANGELES )

23       Each of the undersigned, being first duly sworn on oath, states that on this 28th day of June,

24  1988:

25       (1)     I am over the age of eighteen (18) years and competent to be a Witness to the Will

26  of JOSEPH SHUSTER (the Testator);

27       (2)     The Testator, in my presence and in the presence of the other Witnesses whose

28  signatures appear below:

ROOI, POLLOCK, PETTKER, GALBRATH & CAHILL
A LAW CORPORATION
444 SOUTH FLOWER STREET, SUITE 1700
LOS ANGELES, CALIFORNIA 90071-2901
TELEPHONE (213) 895-4900

                                        3

ORDER ADMITTING WILL TO PROBATE, APPOINTING EXECUTOR AND AUTHORIZING IAEA WITH LIMITED AUTHORITY

1   (a) Declared the foregoing instrument consisting of one pages, of which this is the

2 last to be his Will;

3   (b) Requested me and the other Witnesses to act as Witnesses to his Will and to

4 make this affidavit; and

5   (c) Signed such instrument;

6  (3) I believe the Testator to be of sound mind, and that in so declaring and signing, he

7 was not acting under any duress, menace, fraud, or undue influence;

8  (4) The other witnesses and I, in the presence of the Testator and of each other now

9 affix our signatures as Witnesses to the Will and make this affidavit.

10 Tom Fenaughty      Robert Williams

11 3374 Overland Ave., #1    3545 Mentone Ave. #3

12 Los Angeles, CA 90064    Los Angeles, California 90034

13 SUBSCRIBED & SWORN to before me this 28th day of June, 1988.

14  [NOTARIAL SEAL]    F. PATRICK HAGERTY
           Notary Public in and for the State of California,
15          residing at Santa Monica, Calif.

16 **THE COURT ORDERS:**

17  1.  MARK WARREN PEARY is appointed Executor of the decedent's Will recited

18 above, and letters testamentary shall issue on qualification.

19  2.  The Executor is granted limited authority to administer the estate under the

20 Independent Administration of Estates Act (there is no authority, without court supervision, to (1)

21 sell or exchange real property or (2) grant an option to purchase real property or (3) borrow money

22 with the loan secured by an encumbrance upon real property).

23  3.  The Executor is also granted the following special power in addition to the general

24 powers conferred upon him by law and under the Independent Administration of Estates Act:

25 The power to terminate prior transfers of the decedent's copyright(s) pursuant to Section §304(d)

26 of the United States Copyright Act, 17 U.S.C. §304(d), incorporating without limitation 17 U.S.C.

27 §304(c)(2)(D), and to maintain and defend on behalf of the decedent and the estate all proceedings

28 necessary or appropriate in connection with this action.

4

ORDER ADMITTING WILL TO PROBATE, APPOINTING EXECUTOR AND AUTHORIZING IAEA WITH LIMITED AUTHORITY

1        4.    Bond is fixed at $6,000.00.

2    Dated: _____

3

4                                       _____

5    OCT 0 7 2008       Judge Pro Tem of the Superior Court

6    264438_1.doc                 H. RONALD HAUPTMAN,
                            JUDGE PRO TEM

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ROOI, POLLOCK, PETIKER, GALBRATH & CAHILL
A LAW CORPORATION
444 SOUTH FLOWER STREET, SUITE 1700
LOS ANGELES, CALIFORNIA 90071-2901
TELEPHONE (213) 895-4900

ORDER ADMITTING WILL TO PROBATE, APPOINTING EXECUTOR AND AUTHORIZING IAEA WITH LIMITED AUTHORITY

EXHIBIT B
22
**EXHIBIT 34**
**288**

# EXHIBIT 35

COPY

DE-147

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):*
RODI, POLLOCK, PETTKER, GALBRAITH
& CAHILL, A Law Corporation
JOHN D. PETTKER (SBN 42346)
444 South Flower Street, Suite 1700
Los Angeles, California 90071-2901
TELEPHONE NO.: 213-895-4900    FAX NO. *(Optional):*  213-895-4921 fax
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* MARK WARREN PEARY, Petitioner

FOR COURT USE ONLY

SUPERIOR COURT

OCT 21 2003

ORIGINAL FILED

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS: 111 North Hill Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central District

ESTATE OF *(Name):*   JOSEPH SHUSTER, also known as  -
JOE SHUSTER
DECEDENT

DUTIES AND LIABILITIES OF PERSONAL REPRESENTATIVE
and Acknowledgment of Receipt

CASE NUMBER:
BP080635

# DUTIES AND LIABILITIES OF PERSONAL REPRESENTATIVE

When the court appoints you as personal representative of an estate, you become an officer of the court and assume certain duties and obligations. An attorney is best qualified to advise you about these matters. You should understand the following:

## 1. MANAGING THE ESTATE'S ASSETS

**a. Prudent Investments**
You must manage the estate assets with the care of a prudent person dealing with someone else's property. This means that you must be cautious and may not make any speculative investments.

**b. Keep estate assets separate**
You must keep the money and property in this estate separate from anyone else's, including your own. When you open a bank account for the estate, the account name must indicate that it is an estate account and not your personal account. Never deposit estate funds in your personal account or otherwise mix them with your or anyone else's property. Securities in the estate must also be held in a name that shows they are estate property and not your personal property.

**c. Interest-bearing accounts and other investments**
Except for checking accounts intended for ordinary administration expenses, estate accounts must earn interest. You may deposit estate funds in insured accounts in financial institutions, but you should consult with an attorney before making other kinds of investments.

**d. Other restrictions**
There are many other restrictions on your authority to deal with estate property. You should not spend any of the estate's money unless you have received permission from the court or have been advised to do so by an attorney. You may reimburse yourself for official court costs paid by you to the county clerk and for the premium on your bond. Without prior order of the court, you may not pay fees to yourself or to your attorney, if you have one. If you do not obtain the court's permission when it is required, you may be removed as personal representative or you may be required to reimburse the estate from your own personal funds, or both. You should consult with an attorney concerning the legal requirements affecting sales, leases, mortgages, and investments of estate property.

## 2. INVENTORY OF ESTATE PROPERTY

· **Locate the estate's property**
You must attempt to locate and take possession of all the decedent's property to be administered in the estate.

· **Determine the value of the property**
You must arrange to have a court-appointed referee determine the value of the property unless the appointment is waived by the court. You, rather than the referee, must determine the value of certain "cash items." An attorney can advise you about how to do this.

**File an inventory and appraisal**
Within four months after Letters are first issued to you as personal representative, you must file with the court an inventory and appraisal of all the assets in the estate.

m Adopted for Mandatory Use
udicial Council of California
-147 [Rev. January 1, 2002]

**DUTIES AND LIABILITIES OF PERSONAL REPRESENTATIVE**
(Probate)

Lega
Solutio
@ Pl



EXHIBIT
70

BEAN
ASSOCIATES.

EXHIBIT C
23
**EXHIBIT 35**
289

| ESTATE OF (Name): JOSEPH S. STER, also known as JOE SHUSTER | CASE NUMBER: BP080635 |
|---|---|
| | DECEDENT |

**d. File a change of ownership**
At the time you file the inventory and appraisal, you must also file a change of ownership statement with the county recorder or assessor in each county where the decedent owned real property at the time of death, as provided in section 480 of the California Revenue and Taxation Code.

## 3. NOTICE TO CREDITORS
You must mail a notice of administration to each known creditor of the decedent within four months after your appointment as personal representative.  If the decedent received Medi-Cal assistance, you must notify the State Director of Health Services within 90 days after appointment.

## 4. INSURANCE
You should determine that there is appropriate and adequate insurance covering the assets and risks of the estate. Maintain the insurance in force during the entire period of the administration.

## 5. RECORD KEEPING
**a. Keep accounts**
You must keep complete and accurate records of each financial transaction affecting the estate.  You will have to prepare an account of all money and property you have received, what you have spent, and the date of each transaction.  You must describe in detail what you have left after the payment of expenses.
**b. Court review**
Your account will be reviewed by the court.  Save your receipts because the court may ask to review them.  If you do not file your accounts as required, the court will order you to do so.  You may be removed as personal representative if you fail to comply.

## 6. CONSULTING AN ATTORNEY
If you have an attorney, you should cooperate with the attorney at all times.  You and your attorney are responsible for completing the estate administration as promptly as possible.  **When in doubt, contact your attorney.**

> **NOTICE:  1.** This statement of duties and liabilities is a summary and is not a complete statement of the law. Your conduct as a personal representative is governed by the law itself and not by this summary.
> **2.** If you fail to perform your duties or to meet the deadlines, the court may reduce your compensation, remove you from office, and impose other sanctions.

## ACKNOWLEDGMENT OF RECEIPT

1. I have petitioned the court to be appointed as a personal representative.

2. My address and telephone number are *(specify):*   51 Camino Cabo, Santa Fe, New Mexico 87508
                                                        Telephone:  505-466-4551

3. I acknowledge that I have received a copy of this statement of the duties and liabilities of the office of personal representative.

Date: September 30, 2003

MARK WARREN PEARY
(TYPE OR PRINT NAME)                                                    (SIGNATURE OF PETITIONER)

Date: _____

_____                                             _____
(TYPE OR PRINT NAME)                                                   (SIGNATURE OF PETITIONER)

---

**CONFIDENTIAL INFORMATION:  If required to do so by local court rule, you must provide your date of birth and driver's license number on supplemental Form DE-147S. (Prob. Code, § 8404(b).)**

DE-147 [Rev. January 1, 2002]          **DUTIES AND LIABILITIES OF PERSONAL REPRESENTATIVE**          **107**
                                                  (Probate)

EXHIBIT C
24
**EXHIBIT 35**
**290**

# EXHIBIT 36

# PACIFIC PICTURES CORPORATION



23852 Pacific Coast Highway, Suite 555
Malibu, CA 90265
Tel: (310) 589-5151
Fax: (310) 589-5152

October 27, 2003

Mark Warren Peary (f/k/a Mark Warren Peavy)
Executor
Estate of Joseph Shuster
51 Camino Cabo,
Sante Fe, New Mexico 87508

Dear Warren:

We are pleased to welcome you ("Client") as a client of Pacific Pictures Corp. ("PPC"). This letter is intended to supplement the joint venture agreement dated as of November 23, 2001 between PPC and you and your mother, Jean Peavy, and to confirm the agreement regarding your engagement of our company as the Executor of the recently probated Estate of Joseph Shuster.

1.  Client hereby engages PPC as its exclusive advisor for the purpose of retrieving, enforcing and exploiting all of Joe Shuster's, and his estate's rights, claims, copyrights, property, title and interests in and to Joe Shuster's creations (hereinafter, such rights, property and claims, are individually and collectively referred to as the "Rights"). The Rights shall include without limitation, all current and future rights, claims, title, copyrights and interests of Client in and to each character, story element, and indicia associated with, and all rights to proceeds from "SUPERMAN," or the "SUPERMAN" stories and comic books, including, without limitation, Client's copyright termination interest in "SUPERMAN" pursuant to Section 304(d) of the U.S. Copyright Law.

2.  In furtherance of this exclusive agreement, PPC (which is not a law firm) shall engage the services of attorney Marc Toberoff ("Toberoff") to furnish directly to Client all legal services required by Client in connection with the Rights, including in connection with all legal disputes, litigation, arbitration and/or mediation regarding the Rights; to implement, enforce and prosecute the Rights; and to handle the negotiation of any contracts regarding exploitation of the Rights. PPC may engage additional outside counsel to assist Client, but only at PPC's sole expense.

3.  PPC has paid and will continue to pay any and all costs and expenses incurred by it in connection with this agreement, including the legal fees and costs of setting up Joseph Shuster's Estate, U.S. copyright office costs such as document retrieval costs and filing fees, research costs, and any and all attorneys' fees, costs and disbursements in connection with any legal actions or disputes concerning the

Initials: _AT_, _mwp_

125

**EXHIBIT 36**
**291**

# PACIFIC PICTURES CORPORATION

Page 2
Estate of Joseph Shuster
October 27, 2003

enforcement and/or defense of the Rights and the Estate of Joseph Shuster. In addition to attorneys' fees, PPC will be responsible for the payment of any legal filing fees, expert witness fees, subpoena and service of process fees, jury fees, deposition transcript costs, photocopying, postage, long distance telephone and fax charges, computerized legal research, reporter's fees, costs for preparation of exhibits and demonstrative evidence, travel costs outside of the Los Angeles area if required, and messenger fees. Any and all attorneys' fees payable on a contingency basis will be paid solely out of PPC's share of Proceeds set forth in paragraph 5 below.

4.    The terms of any and all agreements regarding any of the Rights, in any respect, shall be subject to the express written approval of Client and PPC. The parties each warrant and represent that after signing this Agreement they will not without the express written consent of all the parties transfer, limit or encumber the Rights in any respect.

5.    Any and all moneys and proceeds, in cash or in kind, received from the enforcement, settlement or exploitation of any of the Rights, including without limitation, fixed and contingent compensation, settlement or judgment amounts, purchase prices, option or quitclaim fees, and/or royalties (" Proceeds"), will be shared, divided and payable: fifty percent (50%) to Client and fifty percent (50%) to PPC. Prior to the above distribution of Proceeds, PPC will be entitled to recoup all of its out-of-pocket expenses under this Agreement subject to the presentation to Client of a reasonable accounting and receipts for said expenses. The parties hereby acknowledge and agree that the due payment to and receipt by Client of Proceeds hereunder shall constitute the due receipt of Proceeds by Jean Peavy and Warren Peavy, respectively, pursuant to paragraph 5 of the Joint Venture Agreement, in full satisfaction of  PPC's  obligations under said paragraph.

6.    All notices, correspondence and payments to each party under this Agreement shall be sent to the respective addresses set forth on page 1 of this Agreement unless either party notifies the other of an address change in writing.

7.    The term ("Term") of this agreement shall extend for the full duration of the Rights and any exploitation of the Rights. Upon the expiration of the Term or in the event of termination by Client of this agreement for any reason, all Rights will be held fifty percent (50%) by the Client and fifty percent (50%) by PPC as tenants in common, and Client and PPC will each be entitled to receive and continue to receive fifty percent (50%) of all Proceeds derived from the Rights after termination, if any.

Initials: _____ , _____

**126**

**EXHIBIT 36**
**292**

# PACIFIC PICTURES CORPORATION

Page 3
Estate of Joseph Shuster
October 27, 2003

8.    To cover the unlikely event that Marc Toberoff dies or is disabled; PPC will prior to service of any notice of termination regarding the Rights (pursuant to Section 304 (d) of the U.S. Copyright Law) either (a) arrange for a suitable replacement attorney experienced in copyright litigation and willing to enforce the Rights on solely a contingent fee basis; or (b) if no such replacement attorney is arranged to obtain "key man" insurance for Mr. Toberoff in the amount of $150,000 payable solely to Client.

9.    All parties agree to execute such further documents and to perform such further acts as may be reasonably necessary or desirable to carry out the purposes and effect of this Agreement. When required hereunder, consent shall not be unreasonably withheld by any party regarding actions conducted under this agreement.

10.    This Agreement contains the full understanding of the parties and supersedes all prior or contemporaneous understandings whether written or oral with respect to the subject matter hereof and may not be modified except in writing signed by the party to be bound. By countersigning this Agreement the parties each acknowledge that they clearly understand the terms and conditions of this Agreement; and have agreed to these terms and conditions after detailed and mature deliberation. The parties further acknowledge that they have not signed this Agreement in reliance on any promise or representation not expressly set forth in this Agreement. The parties have mutually participated in the negotiation and drafting of this Agreement and agree that the terms of this Agreement shall not be construed more favorably to one party than the other. If any provision of this Agreement is found to be unenforceable for any reason, the remainder shall be enforced as fully as possible and the unenforceable provisions shall be deemed modified to the limited extent required to permit its enforcement in a manner most closely representing the intention of the parties expressed herein. This Agreement shall bind and inure to the benefit of the parties, their respective heirs, successors and assigns. Executed facsimile copies of this Agreement shall be valid acceptable substitutes for executed originals.

11.    This Agreement shall be governed by the laws of California applicable to agreements made and to be performed therein.

If the terms and conditions of this agreement are acceptable to you, please

/ / /
/ / /
/ / /
/ / /

Initials: _HS_, _MWT_

127

**EXHIBIT 36**
**293**

# PACIFIC PICTURES CORPORATION

Page 4
Estate of Joseph Shuster
October 27, 2003

acknowledge your acceptance by signing below.

Very truly yours,

Marc Toberoff
President

**Approval of Engagement of Pacific Pictures Corp.**

I have read the foregoing agreement and I agree to its terms.

The Estate of Joseph Shuster

Date: 10-30-03

By: Mark Warren Peary, Executor
(f/k/a Mark Warren Peavy)

I have read the foregoing agreement and agree to its terms to the extent any of my interests are concerned.

Date: 10-30-03

Jean A. Peavy

128

**EXHIBIT 36**
**294**

# EXHIBIT 37

14
6-29-11

## NOTICE OF TERMINATION OF TRANSFER
## COVERING EXTENDED COPYRIGHT RENEWAL TERM
## OF "SUPERMAN"

To: Time Warner Inc.
75 Rockefeller Plaza
New York, NY 10019
Attn: Richard D. Parsons
Chief Executive Officer

Time Warner
Entertainment Company, L.P.
75 Rockefeller Plaza
New York, NY 10019
Attn: Barry M. Meyer
Chairman & C.E.O.

Warner Bros. Entertainment Inc.
4000 Warner Boulevard
Burbank, CA 91522
Attn: John A. Schulman
V.P & General Counsel

Warner Bros. Inc.
4000 Warner Boulevard
Burbank, CA 91522
Attn: John A. Schulman
V.P. & General Counsel

Warner Communications Inc.
c/o Time Warner, Inc.
75 Rockefeller Plaza
New York, NY 10019
Attn: Paul T. Cappuccio
E.V.P. & General Counsel

Warner Bros. Television
4000 Warner Boulevard
Burbank, CA 91522
Attn: Peter Roth, President

Warner Music Group
75 Rockefeller Plaza
New York, NY 10019
Attn: Roger Ames
Chairman & C.E.O.

Warner Bros. Worldwide
Consumer Products
4000 Warner Boulevard
Burbank, CA 91522
Attn: Dan Romanelli, President

Warner Publisher Services, Inc.
135 W. 50th Street, 7th Floor
New York, NY 10020
Attn: Rich Jacobsen, President

Time Warner Book Group, Inc.
1271 Avenue of the Americas
New York, NY 10020
Attn: Laurence J. Kirshbaum, CEO

Warner Books, Inc.
1271 Avenue of the Americas
New York, NY 10020
Attn: Laurence J. Kirshbaum, CEO

Little, Brown and Company, Inc.
1271 Avenue of the Americas
New York, NY 10020
Attn: Laurence J. Kirshbaum, CEO

DC Comics, Inc.
1700 Broadway, 7th Floor
New York, NY 10019
Attn: Paul Levitz
President & Publisher

DC Comics, a General Partnership
1700 Broadway, 7th Floor
New York, NY 10019
Attn: Paul Levitz
Executive V.P. & Publisher

DC Direct
c/o DC Comics
1700 Broadway, 7th Floor
New York, NY 10019
Attn: Paul Levitz, E.V.P. & Publisher

9

**EXHIBIT 37**
**295**

Milton Bradley Co.
Division of Hasbro Inc.
433 Shaker Road
East Longmeadow, MA 01028
Attn: David E. Wilson, President

Hasbro, Inc.
1027 Newport Avenue
Pawtucket, RI 02861
Attn: Alan Hassenfeld
Chief Executive Officer

Wildstorm Productions
888 Prospect Street, Suite 240
La Jolla, CA 92037
Attn: Jim Lee
Editor & Director

Wildstorm Productions
c/o DC Comics
1700 Broadway, 7th Floor
New York, NY 10019
Attn: Paul Levitz
President & Publisher

Dark Horse Publications
10956 S.E. Main St.
Milwaukie, OR 97222
Attn: Michael Richardson
President

Cantharus Productions, N.V.
8965 Bay Cove Ct.
Orlando, FL 32819
Attn: Ilya Salkind

Ilya Salkind and Pierre Spengler
12 Chiswick Lane
London W4 2JE, England
Attn: Albion Gee, Esq.
Albion Gee & Co.

Hallmark Entertainment, Inc.
1325 Avenue of the Americas
21st Floor
New York, NY 10019
Attn: Robert Halmi, Jr. Chairman

Marvel Entertainment Group, Inc.
10 East 40th Street, 9th Floor
New York, NY 10016
Attn: F. Peter Cuneo
President & C.E.O.

Golden Books Publishing
1540 Broadway
New York, NY 10036
Attn: Amy Jarashow
Associate Publisher

Random House Golden Books for
Young Readers
1540 Broadway
New York, NY 10036
Attn: Kate Klimo
Vice President & Publisher

Random House, Inc.
1745 Broadway
New York, NY 10019
Attn: Katherine J. Trager
Senior V.P. & General Counsel

Inkworks
4320 Delta Lake Dr.
Raleigh, NC 27612
Attn: Allan Caplan
President & CEO

Penguin Group, (USA) Inc.
375 Hudson Street
New York, NY 10014
Attn: David Shanks, C.E.O.

DK Publishing, Inc.
375 Hudson Street
New York, NY 10014
Attn: Christopher Davis, Publisher

Scholastic, Inc.
557 Broadway
New York, NY 10012
Attn: Richard Robinson
Chairman & CEO

2

**EXHIBIT 37**
**296**

10

PLEASE TAKE NOTICE that pursuant to Section 304(d) of the United States Copyright Act (17 U.S.C. §304(d)) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. §201.10, the undersigned Mark Warren Peary, being the person entitled to terminate transfers pursuant to said statutory provisions, hereby terminates the grant of the transfer of renewal copyright(s) (to the extent of author Joseph Shuster's ownership share of the renewal copyright(s)) in and to the copyrighted work(s) entitled "SUPERMAN" made in those certain agreements all as identified below, and the undersigned sets forth in connection therewith the following:

1.      The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Time Warner Inc., 75 Rockefeller Plaza, New York, NY 10019, Attn: Richard D. Parsons, Chief Executive Officer; Time Warner Entertainment Company, L.P., 75 Rockefeller Plaza, New York, NY 10019, Attn: Barry M. Meyer, Chairman & C.E.O.; Warner Bros. Entertainment Inc., 4000 Warner Boulevard, Burbank, CA 91522, Attn: John A. Schulman, V.P. & General Counsel; Warner Bros. Inc., 4000 Warner Boulevard, Burbank, CA 91522, Attn: John A. Schulman, V.P. & General Counsel;  Warner Communications Inc., c/o Time Warner, Inc., 75 Rockefeller Plaza, New York, NY 10019, Attn: Paul T. Cappucio, E.V.P. & General Counsel; Warner Bros. Television, 4000 Warner Boulevard, Burbank, CA 91522, Attn: Peter Roth, President; Warner Music Group, 75 Rockefeller Plaza, New York, NY 10019, Attn: Roger Ames, Chairman & C.E.O.; Warner Bros. Worldwide Consumer Products, 4000 Warner Boulevard, Burbank, CA 91522, Attn: Dan Romanelli, President; Warner Publisher Services, 135 W. 50th Street, 7th Floor, New York, N.Y. 10020, Attn: Rich Jacobsen, President; Time Warner Book Group, Inc., 1271 Avenue of

3

**EXHIBIT 37**
**297**

11

the Americas, New York, NY 10020, Attn: Laurence J. Kirshbaum, C.E.O.; Warner

Books, Inc., 1271 Avenue of the Americas, New York, NY 10020, Attn: Laurence J.

Kirshbaum, C.E.O.; Little, Brown, and Company, 1271 Avenue of the Americas, New

York, NY 10020, Attn: Laurence J. Kirshbaum, C.E.O.; DC Comics Inc., 1700

Broadway, 7th Floor, New York, NY 10019, Attn: Paul Levitz, Executive V.P. &

Publisher; DC Comics, A General Partnership, 1700 Broadway, 7th Floor, New York, NY

10019, Attn: Paul Levitz, Executive V.P. & Publisher; DC Direct, c/o DC Comics, 1700

Broadway, 7th Floor, New York, NY 10019, Attn: Paul Levtiz, E.V.P. & Publisher; Milton

Bradley Co., Division of Hasbro, Inc., 433 Shaker Road, East Longmeadow, MA 01028,

Attn: David E. Wilson, President; Hasbro, Inc., 1027 Newport Ave., Pawtucket, RI

02861, Attn: Alan Hassenfeld, Chief Executive Officer; Wildstorm Productions, 888

Prospect Street, Suite 240, La Jolla, CA 92037, Attn: Jim Lee, Editor & Director;

Wildstorm Productions, c/o DC Comics, 1700 Broadway, 7th Floor, New York, NY

10019, Attn: Paul Levitz, President & Publisher; Dark Horse Publications, 10956 S.E.

Main St., Milwaukie, OR 97222, Attn: Michael Richardson, President; Cantharus

Productions, N.V., 8965 Bay Cove Ct., Orlando, FL 32819, Attn: Ilya Salkind; Ilya

Salkind and Pierre Spengler, 12 Chiswick Lane, London W4 2JE, England, Attn: Albion

Gee, Esq., Albion Gee & Co.; Hallmark Entertainment, Inc., 1325 Avenue of the

Americas, 21st Floor, New York, NY 10019, Attn: Robert Halmi, Jr., Chairman; Marvel

Entertainment Group, Inc., 10 East 40th Street, 9th Floor, New York, NY 10016, Attn: F.

Peter Cuneo, President & C.E.O.; Golden Books Publishing, 1540 Broadway, New

York, NY 10036, Attn: Amy Jarashow, Associate Publisher; Random House Golden

Books for Young Readers, 1540 Broadway, New York, NY 10036, Attn: Kate Kilmo,

Vice President & Publisher; Random House, Inc., 1745 Broadway, New York, NY

10019, Attn: Katherine J. Trager, Senior V.P. & General Counsel; Inkworks, 4320 Delta Lake Drive, Raleigh, NC 27612, Attn: Allan Caplan, President & C.E.O.; Penguin Group (USA) Inc., 375 Hudson Street, New York, NY 10014, Attn: David Shanks, C.E.O.; DK Publishing, Inc., 375 Hudson Street, New York, NY 10014, Attn: Christopher Davis, Publisher; Scholastic, Inc., 557 Broadway, New York, NY 10012, Attn: Richard Robinson, Chairman & C.E.O.  Pursuant to 37 C.F.R. Section 201.10(d), service of this notice is being made by first class mail, and additionally service of this notice is being made by certified mail, return receipt requested, to the above grantees or successors at the addresses shown.

2.      The works (individually, "Work;" collectively, the "Works") to which this Notice of Termination applies are as follows[1]: The title of the original copyrighted Work to which this Notice of Termination applies is SUPERMAN, an illustrated comic book story constituting a front cover and pages 1-13, inclusive, in the body of Action Comics, Vol. 1, No. 1, June, 1938 issue, which was published on April 18, 1938. This Work was registered for copyright under registration No. B379787 and copyright was originally

---

[1] This Notice of Termination applies as well to each and every element of each Work,  including without limitation, the story or stories, character or characters, the interplay of such characters, theme or themes, settings or locales, and includes, but is not limited to, Superman, his origins and escape as an infant to Earth in a rocket ship, his super strength, his invulnerability (bullets bounce off his chest and he's impervious to fire), his super speed, his ability to leap great distances in a single bound, his telescopic vision, his super hearing and sense of smell,  his sense of humor, his clean-cut good looks, his high morals, ethics and compassion, his mission as a crime fighter and as a champion of the underdog, his stylized costume and cape, the diamond shaped "S" insignia on his chest, his secret identity / alter ego as the mild mannered bespectacled newspaper reporter, Clark Kent, the feisty and attractive female reporter love interest, Lois Lane, the love triangle between Superman, Lois Lane and Clark Kent, Clark Kent's boss / newspaper Editor (a.k.a. Perry White), the Daily Planet newspaper (f.k.a. the Daily Star) where Clark Kent, Lois Lane and the Editor work, the great skyscraper metropolis where these characters live (a.k.a. Metropolis), Superman's scientist father (a.k.a. Jor L) and Superman's birthplace --a highly advanced but doomed distant planet (a.k.a. Krypton).

**EXHIBIT 37**
**299**

13

secured in this Work as of its April 18, 1938 publication date. This Work was written by

Jerome Siegel and illustrated by Joseph Shuster.  Renewal of the copyright in and to

this Work was made on June 1, 1965, in the name of National Periodical Publications,

Inc. claiming as proprietor of copyright, under renewal registration No. R362188.  This

Work was based upon, incorporated, and constituted a slightly revised version of, the

following Works to which this Notice of Termination also applies: twenty-four days (i.e.,

four six day weeks) of previously unpublished SUPERMAN newspaper comic strips,

created c. 1934, written by Jerome Siegel and illustrated by Joseph Shuster.[2] The

remaining Works to which this Notice of Termination applies are:

| Title | Name of Author | Date Copyright Secured | Copyright  Reg. No. |
|-------|----------------|------------------------|---------------------|
| SUPERMAN story in comic book form | Jerome Siegel Joseph Shuster | Work created c.1933 | N/A[3] |

---

[2] In <u>Siegel and Shuster v. National Comics Pub., Inc. et al.</u>, the court found that Jerome Siegel and Joseph Shuster were "the originators and authors of the cartoon character Superman and of the title Superman and first created cartoon material in which said character and title first appeared in 1934...," and further found that this material as incorporated in Action Comics No. 1 constituted: "the formula for the continuing SUPERMAN series to come. It depicted and narrated the origin of the character SUPERMAN, and contained a complete delineation of the pictorial representation of SUPERMAN, of his habits and character, of the superhuman powers and attributes with which SUPERMAN was endowed and of the sphere of public good which SUPERMAN exploits were to enhance." Findings of Fact and Conclusions of Law by Referee J. Addison Young, ¶¶ 8, 22 (November 1, 1947); <i>See also</i> <u>Siegel and Shuster v. National Comics Pub., Inc. et al.</u>, Opinion of Referee J. Addison Young, page 9 ("[the aforementioned material] certainly contained the full delineation of the character Superman and though the story or continuity might vary in the future from time to time, it did, I believe constitute a formula for the continuing series to come..."). In <u>Siegel v. National Periodical Publications, Inc</u>, the Second Circuit Court of Appeals reversed the District Court's determination that Action Comics No. 1 was a work-for-hire and held: "Superman and his miraculous powers were completely developed long before the employment relationship was instituted. The record indicates that the revisions directed by the defendants were simply to accomodate Superman to a magazine format." 508 F.2d 909, 914 (2nd Circuit 1974).

[3] The second and third Works listed in this table as well as the above-referenced 24 days of previously unpublished SUPERMAN newspaper comic strips were first published in a somewhat revised form on April 18, 1938 as Action Comics, Vol. 1, No. 1, June, 1938, which was registered for copyright under registration No. B379787 and renewed under registration No. R362188.

**EXHIBIT 37**

**300**

14

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| 15 SUPERMAN daily comic strips (12 strips and 3 scripts) | Jerome Siegel Joseph Shuster | Work created c.1934 | N/A |
| Action Comics #2 [4] | Jerome Siegel Joseph Shuster | May 25, 1938 | B379788 |
| Action Comics #3 | Jerome Siegel Joseph Shuster | June 25, 1938 | B385466 |
| Action Comics #4 | Jerome Siegel Joseph Shuster | July 25, 1938 | B387907 |
| Action Comics #5 | Jerome Siegel Joseph Shuster | August 25, 1938 | B394784 |
| Action Comics # 6 | Jerome Siegel Joseph Shuster | September 26, 1938 | B394866 |
| Action Comics # 7 | Jerome Siegel Joseph Shuster | October 25, 1938 | B399214 |

3.     This Notice of Termination applies to the following grants, assignments, transfers and/or agreements to the extent each grants, transfers or assigns the renewal copyright (or any interest in or to the renewal copyright) to any Work identified hereinabove:

(a)     A one page agreement between Detective Comics, Inc., on the one hand and Jerome Siegel and Joe Shuster, co-authors of the comic book/strip SUPERMAN, on the other, executed on or about March 1, 1938;

---

[4] Action Comics Nos. 2-6 were reprinted in Superman Nos. 1 and 3 (Copyright Reg. Nos. AA299871 and B443035, respectively) to which this Notice of Termination, therefore, also applies.

7

**EXHIBIT 37**

**301**

15

(b)    A two page agreement of purported employment between Detective Comics, Inc., on the one hand, and Jerome Siegel and Joe Shuster, co-authors of the comic book/strip SUPERMAN, on the other, executed on or about December 4, 1937;

(c)    A three page letter agreement between Detective Comics, Inc., on the one hand, and Jerome Siegel and Joseph Shuster, co-authors of the comic book/strip SUPERMAN, on the other, executed on or about September 22, 1938;

(d)    A three page letter agreement between Detective Comics, Inc. and The McClure Newspaper Syndicate, on the one hand, and Jerome Siegel and Joseph Shuster, co-authors of the comic book/strip SUPERMAN, on the other, executed on or about September 22, 1938;

(e)    A two page letter agreement between Detective Comics, Inc., on the one hand, and Jerome Siegel and Joseph Shuster, co-authors of the comic book/strip SUPERMAN, on the other, executed on or about December 19, 1939;

(f)    A seven page agreement or stipulation between National Comics Publications, Inc., Independent News Co., Inc., The McClure Newspaper Syndicate, Harry Donenfeld, Jacob S. Liebowitz, Paul H. Sampliner and Wayne Boring, on the one hand, and Jerome Siegel and Joseph Shuster, co-authors of the comic book/strip SUPERMAN, on the other, executed on or about May 19, 1948;

(g)    A twelve page letter agreement (with additional pages for exhibits) between Warner Communications Inc., on the one hand, and Jerome Siegel and Joseph Shuster, co-authors of the comic book/strip SUPERMAN, on the other, executed on or about December 23, 1975.

4.    The effective date of termination shall be October 26, 2013.

**EXHIBIT 37**

**302**

5.      No prior termination of the grants of rights in the copyright of the aforementioned Works for their renewal copyright term has been exercised by the author, Joseph Shuster, or his statutory heirs or representatives pursuant to Section 304 (c) of the United States Copyright Act (17 U.S.C. §304(c)).

6.      Joseph Shuster died on July 30, 1992.  There is no living widow, child or grandchild of Mr. Shuster. The undersigned, Mark Warren Peary is the Executor  of the Estate of Joseph Shuster; and, as such, is the person entitled to exercise Joseph Shuster's termination interest pursuant to 17 U.S.C. § 304 (d), incorporating without limitation 17 U.S.C. § 304 (c)(2)(D), as to the grants of the transfers described herein. To the best knowledge and belief of the undersigned, this notice has been signed by all persons whose signature is necessary to terminate said grants under Section 304(d) of Title 17, United States Code.

Dated: November 7, 2003

Mark Warren Peary
Executor of the Estate of Joseph Shuster
c/o Marc Toberoff, Esq.
9595 Wilshire Boulevard, Suite 811
Beverly Hills, CA 90212

9

**EXHIBIT 37**

**303**

17

## CERTIFICATE OF INVESTIGATION

I hereby certify that before serving the foregoing document described as NOTICE

OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL TERM OF

"SUPERMAN", and pursuant to 37 C.F.R. Section 201.10(d), I caused a reasonable

investigation to be made as to the current ownership of the rights being terminated,

including a search of the records in the U.S. Copyright Office.

I declare under penalty of perjury that the foregoing is true and correct. Executed

this 10th day of November, 2003, at Los Angeles, California.

Marc Toberoff, Esq.
9595 Wilshire Boulevard, Suite 811
Beverly Hills, CA 90212

Counsel for the Estate of Joseph Shuster

10

**EXHIBIT 37**
**304**

18

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true copy of the foregoing document described as

NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL

TERM OF "SUPERMAN" to be served this 10th day of November, 2003, by First Class

Mail, postage prepaid, upon the following:

To:  Time Warner Inc.
     75 Rockefeller Plaza
     New York, NY 10019
     Attn: Richard D. Parsons
     Chief Executive Officer

     Time Warner
     Entertainment Company, L.P.
     75 Rockefeller Plaza
     New York, NY 10019
     Attn: Barry M. Meyer
     Chairman & C.E.O.

     Warner Bros. Entertainment Inc.
     4000 Warner Boulevard
     Burbank, CA 91522
     Attn: John A. Schulman
     V.P. & General Counsel

     Warner Bros. Inc.
     4000 Warner Boulevard
     Burbank, CA 91522
     Attn: John A. Schulman
     V.P. & General Counsel

     Warner Communications Inc.
     c/o Time Warner, Inc.
     75 Rockefeller Plaza
     New York, NY 10019
     Attn: Paul T. Cappucio
     E.V.P. & General Counsel

     Warner Bros. Television
     4000 Warner Boulevard
     Burbank, CA 91522
     Attn: Peter Roth, President

     Warner Music Group.
     75 Rockefeller Plaza
     New York, NY 10019
     Attn: Roger Ames
     Chairman & C.E.O

     Warner Bros. Worldwide
     Consumer Products
     4000 Warner Boulevard
     Burbank, CA 91522
     Attn: Dan Romanelli, President

     Warner Publisher Services, Inc.
     135 W. 50th Street, 7th Floor
     New York, NY 10020
     Attn: Rich Jacobsen
     President

     Time Warner Book Group, Inc.
     1271 Avenue of the Americas
     New York, NY 10020
     Attn: Laurence J. Kirshbaum, CEO

     Warner Books, Inc.
     1271 Avenue of the Americas
     New York, NY 10020
     Attn: Laurence J. Kirshbaum, CEO

     Little, Brown and Company, Inc.
     1271 Avenue of the Americas
     New York, NY 10020
     Attn: Laurence J. Kirshbaum, CEO

     DC Comics, Inc.
     1700 Broadway, 7th Floor
     New York, NY 10019
     Attn: Paul Levitz
     President & Publisher

11

19

**EXHIBIT 37**

305

DC Comics, a General Partnership
1700 Broadway, 7th Floor
New York, NY 10019
Attn: Paul Levitz
Executive V.P. & Publisher

DC Direct
c/o DC Comics
1700 Broadway, 7th Floor
New York, NY 10019
Attn: Paul Levitz
E.V.P. & Publisher

Milton Bradley Co.
Division of Hasbro Inc.
433 Shaker Road
East Longmeadow, MA 01028
Attn: David E. Wilson, President

Hasbro, Inc.
1027 Newport Avenue
Pawtucket, RI 02861
Attn: Alan Hassenfeld
Chief Executive Officer

Wildstorm Productions
888 Prospect Street, Suite 240
La Jolla, CA 92037
Attn: Jim Lee
Editor & Director

Wildstorm Productions
c/o DC Comics
1700 Broadway, 7th Floor
New York, NY 10019
Attn: Paul Levitz
President & Publisher

Dark Horse Publications
10956 S.E. Main St.
Milwaukie, OR 97222
Attn: Michael Richardson,
President

Cantharus Productions, N.V.
8965 Bay Cove Ct.
Orlando, FL 32819
Attn: Ilya Salkind

Ilya Salkind and Pierre Spengler.
12 Chiswick Lane
London W4 2JE, England
Attn: Albion Gee, Esq.
Albion Gee & Co

Hallmark Entertainment, Inc.
1325 Avenue of the Americas
21st Floor
New York, NY 10019
Attn: Robert Halmi, Jr.
Chairman

Marvel Entertainment Group, Inc..
10 East 40th Street, 9th Floor
New York, NY 10016
Attn: F. Peter Cuneo
President & C.E.O

Golden Books Publishing
1540 Broadway
New York, NY 10036
Attn: Amy Jarashow
Associate Publisher

Random House Golden Books for
Young Readers
1540 Broadway
New York, NY 10036
Attn: Kate Klimo
Vice President & Publisher

Random House, Inc.
1745 Broadway
New York, NY 10019
Attn: Katherine J. Trager
Senior V.P. & General Counsel

Inkworks
4320 Delta Lake Dr.
Raleigh, NC 27612
Attn: Allan Caplan
President & CEO

Penguin Group (USA) Inc.
375 Hudson Street
New York, NY 10014
Attn: David Shanks, C.E.O.

DK Publishing, Inc.
375 Hudson Street
New York, NY 10014
Attn: Christopher Davis, Publisher

Scholastic, Inc.
557 Broadway
New York, NY 10012
Attn: Richard Robinson
Chairman & CEO

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10 day of November, 2003, at Los Angeles, California.

Marc Toberoff, Esq.
9595 Wilshire Blvd., Suite 811
Beverly Hills, CA 90212

Counsel for the Estate of Joseph Shuster

13

**EXHIBIT 37**

**307**

21

# EXHIBIT 38

1

1          UNITED STATES DISTRICT COURT

2       FOR THE CENTRAL DISTRICT OF CALIFORNIA

3

4  JOANNE SIEGEL,                )
   LAURA SIEGEL LARSON           )          COPY
5                                )
              Plaintiffs,        )
6                                )
       v.                        )  CASE NO. CV 04-8400
7                                )            CV 04-8776
   WARNER BROS, et al.           )
8                                )
              Defendants.        )
9

10

11

12

13          DEPOSITION OF JEAN ADELE PEAVY
              November 11, 2006
14               1:26 p.m.
             317 Paseo de Peralta
15           Santa Fe, New Mexico

16

17       PURSUANT TO THE FEDERAL RULES OF CIVIL
    PROCEDURE, this deposition was:

18  TAKEN BY:   MR. PATRICK PERKINS
                Attorney for the Defendants
19

20

21

22  REPORTED BY:  MABEL JIN CHIN, NM CCR #81
                  Bean & Associates, Inc.
23                Professional Court Reporting Service
                  500 Marquette, Northwest, Suite 280
24                Albuquerque, New Mexico 87102

25  (3520B) MC

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 38
308

25

1   payments were made to you instead of to your brother?

2       A.    Yes.

3       Q.    Were they, in fact, made to you?

4       A.    Uh-huh.

5             MR. TOBEROFF:  Wait a moment for me to

6   object.

7             THE WITNESS:  Okay.

8             MR. TOBEROFF:  Also, let him finish the

9   question before you answer --

10            THE WITNESS:  Okay.

11            MR. TOBEROFF:  -- even though you think you

12  know what he is asking --

13            THE WITNESS:  Okay.

14            MR. TOBEROFF:  -- let him finish the

15  question.

16            THE WITNESS:  Uh-huh.

17            MR. TOBEROFF:  You are doing fine.

18            THE WITNESS:  Uh-huh.

19            (Exhibit 16 marked.)

20            THE WITNESS:  Okay.

21      Q.    (By Mr. Perkins)  All right.  I have had the

22  court reporter mark as Exhibit 16 a two-page

23  document.  I have -- I have copied them together.

24  They really don't go together, I'm sorry about that.

25  Actually, you may even take off the back page.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

**EXHIBIT 38**
**309**

26

1          MR. TOBEROFF:  Just the page 1 we should

2     keep?

3          MR. PERKINS:  Yes.

4          MR. TOBEROFF:  I'll do it for you.

5          THE WITNESS:  All right.

6          MR. PERKINS:  The other one doesn't -- it's

7     not very --

8     Q.   (By Mr. Perkins)  Did you -- is this your

9     signature at the bottom of the page?

10    A.   Yes.  Uh-huh.

11    Q.   Did you review this document before you

12    signed it?

13    A.   I probably glanced at it, yes.

14    Q.   Now, in the agreement, the second full

15    paragraph, the last sentence says, quote, "In any

16    event, you now grant to us any such rights and release

17    us" -- let me try that again.

18         "In any event, you now grant to us any such

19    rights and release us, our licensees and all others

20    acting with our permission, and covenant not to assert

21    any claim of right, by suit or otherwise, with respect

22    to the above, now and forever."

23         In the following paragraph it states, and I

24    quote, "If, despite the terms of this agreement,

25    either of you assert any such claim of right, for any

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


Bean & Associates, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

**EXHIBIT 38**
**310**

27

1  reason, you agree to refund to us, upon the making of

2  any such assertion, all amounts previously paid to you

3  hereunder, and we will have no obligation to make any

4  further payments under this agreement," period, closed

5  quote.  Do you see that?

6      A.  Yes.

7      Q.  Do you remember reading that when you signed

8  this document?

9      A.  I probably read it but I -- you know, I was

10  -- I was listening to my brother Frank at the time, so

11  I wasn't paying much attention.  I was depending upon

12  him to, you know, tell me if I should sign it.  So --

13      Q.  Do you have an understanding as to what this

14  second to last paragraph means?

15      MR. TOBEROFF:  Calls for a legal conclusion.

16  You can answer.

17      A.  Yes.  I -- I don't -- I don't have any claim

18  if that's what -- yes.

19      Q.  Well, the first sentence of the second to

20  the last paragraph says that if either of you assert

21  any such claim of right for any reason, you agree to

22  refund to us, upon the making of any such assertion,

23  all amounts previously paid to you hereunder.  Do you

24  see that?

25      A.  Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

**EXHIBIT 38**
311

28

1    Q.   Now, to your knowledge, had you made any

2    claim to --

3    A.   Huh-uh.

4    Q.   -- own or to be able to recapture the

5    copyrights of your brother, Joseph Shuster?

6         MR. TOBEROFF:  Objection, calls for a legal

7    conclusion, vague and ambiguous.  You can answer the

8    question if you understand it.

9    A.   Yes.  No, I haven't made any claim.

10   Q.   Are you aware as to whether or not the

11   estate of your brother has made any claim?

12   A.   My son handles everything legal, so I

13   don't -- I don't know what's going on there.

14   Q.   Okay.

15        (Exhibit 17 marked.)

16   Q.   I have asked the court reporter to mark as

17   Exhibit 17 the document, one-page document appears to

18   be a letter that bears Bates number 53 on it.

19   A.   Uh-huh.  Um.  Okay.  I remember that.

20   Q.   Did you -- is this -- did you write this

21   letter?

22   A.   Uh-huh.

23   Q.   And this is your signature at the bottom?

24   A.   Yes.  Yes.

25   Q.   Do you have regular contact with Joanne

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 38
312

29

1    Siegel.

2        A.    Uh-huh.

3        Q.    How often do you communicate with her?

4        A.    Oh, we call each other on the phone.

5        Q.    When is the last time you spoke with

6    Mrs. Siegel?

7        A.    A few weeks ago, I think.

8        Q.    And do you recall what you discussed?

9        A.    Family stuff.  We never talk business.

10       Q.    Have you ever had any conversations with her

11   about her lawsuit?

12       A.    Never.

13       Q.    I would like to invite your attention to the

14   second paragraph, first sentence, says, quote, "There

15   was so much injustice done that I am hoping the wrongs

16   will be righted and that your attorney will get a fair

17   deal for you," period, closed quote.  Do you remember

18   reading that -- writing that?

19       A.    Yes.  Yes.

20       Q.    And did you -- was that referring to

21   something that you had discussed with Joanne?

22       A.    Yes.  I knew she had an attorney.

23       Q.    Do you recall who that was?

24       A.    No.

25       Q.    At some point did you recommend to Joanne

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

**EXHIBIT 38**
**313**

38

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

JOANNE SIEGEL,                           )
LAURA SIEGEL LARSON                       )
                                          )
                    Plaintiffs,           )
                                          )
        v.                                )   CASE NO. CV 04-8400
                                          )             CV 04-8776
WARNER BROS, et al.                       )
                                          )
                    Defendants.           )

CERTIFICATE OF COMPLETION OF DEPOSITION

    I, MABEL JIN CHIN, New Mexico CCR #81, DO HEREBY
CERTIFY that on November 11, 2006, the deposition of
JEAN ADELE PEAVY was taken before me at the request
of, and sealed original thereof retained by:

            Attorney for the Defendants
            PERKINS LAW OFFICE, P.C.
            1711 Route 9D
            Cold Spring, New York 10516
            BY:  MR. PATRICK PERKINS

    I FURTHER CERTIFY that copies of this certificate
have been mailed or delivered on _____, with
changes, if any, by the witness appended, to the
following counsel of record and parties not
represented by counsel:

            Attorney for the Plaintiffs
            MR. MARC TOBEROFF
            2049 Century Park East, #2720
            Los Angeles, California 90067

    I FURTHER CERTIFY that examination of this
transcript and signature of the witness were requested
by the witness and all parties present.

    On _____, a letter was mailed or
delivered to Mr. Toberoff regarding obtaining
signature of the witness.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 38
314

39

1    I FURTHER CERTIFY that the recoverable cost of the original and one copy of the deposition, including
2    exhibits to Mr. Perkins is $ _____.

3    I FURTHER CERTIFY that I did administer the oath to the witness herein prior to the taking of this
4    deposition; that I did thereafter report in stenographic shorthand the questions and answers set
5    forth herein, and the foregoing is a true and correct transcript of the proceeding had upon the taking of
6    this deposition to the best of my ability.

7    I FURTHER CERTIFY that I am neither employed by nor related to nor contracted with (unless excepted by
8    the rules) any of the parties or attorneys in this case, and that I have no interest whatsoever in the
9    final disposition of this case in any court.

10

11

12   MABEL JIN CHIN
     Certified Court Reporter #81
13   License expires:  12/31/2006

14

15

16

17

18

19

20   (3520B) MC
     Date taken:  November 11, 2006
21   Proofread by: LR

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

**EXHIBIT 38**
**315**

40

1   SIEGEL vs. WARNER BROS

2              WITNESS SIGNATURE/CORRECTION PAGE

3   If there are any typographical errors to your
    deposition, indicate them below.

4   PAGE    LINE

5

6   _____Change to _____

7   _____Change to _____

8   _____Change to _____

9   _____Change to _____

10  Any other changes to your deposition are to be listed
    below with a statement as to the reason for such
11  change.

12  PAGE    LINE          CORRECTION          REASON

13

14

15

16

17

18

19      I, JEAN ADELE PEAVY, do hereby certify that I have
    read the foregoing pages of my testimony as
20  transcribed, and that the same is a true and correct
    transcript of the testimony given by me in this
21  deposition on November 11, 2006, except for the
    changes made.

22

23                        _____

24                        JEAN ADELE PEAVY
                          DATE SIGNED: _____

25  (3520B) MC Proofread by: LR



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

**EXHIBIT 38**
**316**

# EXHIBIT 39

```
 1              UNITED STATES DISTRICT COURT

 2         FOR THE CENTRAL DISTRICT OF CALIFORNIA

 3

 4   JOANNE SIEGEL,                )
     LAURA SIEGEL LARSON          )
 5                                 )
                   Plaintiffs,    )
 6                                 )
          v.                      ) CASE NO. CV 04-8400
 7                                 )          CV 04-8776
     WARNER BROS, et al.          )
 8                                 )
                   Defendants.    )
 9

10

11

12

13            DEPOSITION OF MARK WARREN PEARY
                  November 11, 2006
14                    8:30 a.m.
                 317 Paseo de Peralta
15                Santa Fe, New Mexico

16

17        PURSUANT TO THE FEDERAL RULES OF CIVIL
     PROCEDURE, this deposition was:

18   TAKEN BY:  MR. PATRICK PERKINS
                Attorney for the Defendants
19

20

21

22   REPORTED BY:  MABEL JIN CHIN, NM CCR #81
                   Bean & Associates, Inc.
23                 Professional Court Reporting Service
                   500 Marquette, Northwest, Suite 280
24                 Albuquerque, New Mexico 87102

25   (3519B) MC
```

COPY

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 39
317

1    could, if you could turn to the third page of the

2    document?  You have testified on a couple of occasions

3    that one of the things that was going to happen as a

4    result of this joint venture was to establish the Joe

5    Shuster estate; is that correct?

6            MR. TOBEROFF:  Misstates his testimony as to

7    on behalf of the venture.

8        Q.   Well, then -- that's a good point.  At some

9    point you undertook to establish the Joe Shuster

10   estate; is that accurate?

11       A.   Well, I -- it was -- it was between me and

12   Marc Toberoff.  As far as my understanding of it, that

13   that was legally necessary to establish the estate.

14       Q.   Okay.  And if you look at paragraph 10, the

15   last sentence reads, and I quote, "The parties hereby

16   approve Michael Catron," C-A-T-R-O-N, "for appointment

17   as the administrator of Joe Shuster's estate, once it

18   is established."  Who is Michael Catron?

19       A.   He is -- he is a friend.

20       Q.   And is he, in fact, the administrator of Joe

21   Shuster's estate?

22       A.   No.

23       Q.   And why not?

24       A.   We changed, decided to change that,

25   discussion with Marc Toberoff.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 39
318

```
 1        Q.    Who initially came up with the name Michael

 2   Catron as the administrator?

 3              MR. TOBEROFF:  Came up with it?  Vague and

 4   ambiguous.

 5        A.    I'm not sure who first came up with it.  He

 6   is a long-time friend.  That's all I can say.

 7              MR. PERKINS:  Would you mark this for me?

 8              (Exhibit 5 marked.)

 9        Q.    (By Mr. Perkins)  I have asked the court

10   reporter to mark as Exhibit 5 a document that is dated

11   October 27, 2003.  It is addressed to Mark Warren

12   Peary, and it is from Pacific Pictures Corporation.

13   If I could invite your attention to the last page,

14   please?

15              Is that your signature?

16        A.    Yes.

17        Q.    And did you read this document before you

18   signed it?

19        A.    Yes.

20        Q.    Mr. Peary, what was the purpose of entering

21   into this agreement?

22        A.    As far as I understand, the purpose of this

23   was after I was appointed executor of the Shuster

24   estate.

25        Q.    And why did you need to enter this
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 39
319

1  agreement, having been appointed executor of the

2  Shuster estate?

3      A.    I assume since my legal role changed that

4  this needed to be another agreement.

5      Q.    Did you receive legal counsel from anyone

6  prior to entering into this agreement with respect to

7  this agreement?

8          MR. TOBEROFF:  Are you asking whether he

9  sought an outside attorney?

10     A.    An outside attorney?

11     Q.    Yes.

12     A.    Other than Marc Toberoff?

13     Q.    Yes, other than Marc Toberoff.

14     A.    No, I don't believe so.

15     Q.    And as of October 27, 2003, when you signed

16  this agreement, had there been any -- strike that.

17         As of October 27, 2003, when you signed this

18  agreement, did you have any idea as to the value of

19  the rights that are at issue in this document?

20         MR. TOBEROFF:  Vague and ambiguous.

21     A.    Do I have any I -- did I have any idea as to

22  the value?  It wasn't really discussed between me --

23         MR. TOBEROFF:  Don't talk about discussions

24  with me.

25     A.    Okay.  So, no, I guess -- I guess not.  I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 39
320

1   don't really have -- did not really have any idea of

2   the value, no.

3        Q.   As of October 27, 2003, to your knowledge,

4   had any effort been made to place a value on these

5   rights, either by you or by anyone connected to you?

6        MR. TOBEROFF:  Objection, vague and

7   ambiguous.  And by value, do you mean a specific

8   dollar figure?  In other words, you have asked this

9   question several times as to value.  What do you mean?

10       Q.   Well, what -- Mr. Peary, when I use the term

11  value in connection with rights, what do you

12  understand me to mean?

13       A.   I understand you to mean a dollar figure.

14       Q.   Okay.  So, using that as the definition, as

15  of October 27, 2003, to your knowledge, had anyone

16  placed a value on the rights that are at issue in this

17  agreement?

18       MR. TOBEROFF:  Anyone in the world?

19       Q.   Anyone, to your knowledge?

20       A.   No, not to my knowledge.  Not any specific

21  amount, no.

22       Q.   Was there a general amount?

23       A.   No.

24       Q.   Mr. Peary, are you aware of any offers that

25  have been made to you, either directly or through a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 39
321

86

1        UNITED STATES DISTRICT COURT

2    FOR THE CENTRAL DISTRICT OF CALIFORNIA

3

4    JOANNE SIEGEL,                  )
     LAURA SIEGEL LARSON            )
5                                    )
                   Plaintiffs,       )
6                                    )
          v.                         )  CASE NO. CV 04-8400
7                                    )          CV 04-8776
     WARNER BROS, et al.             )
8                                    )
                   Defendants.       )
9

10        CERTIFICATE OF COMPLETION OF DEPOSITION

11       I, MABEL JIN CHIN, New Mexico CCR #81, DO HEREBY
     CERTIFY that on November 11, 2006, the deposition of
12   MARK WARREN PEARY was taken before me at the request
     of, and sealed original thereof retained by:
13

          Attorney for the Defendants
14        PERKINS LAW OFFICE, P.C.
          1711 Route 9D
15        Cold Spring, New York 10516
          BY:  MR. PATRICK PERKINS
16

17       I FURTHER CERTIFY that copies of this certificate
     have been mailed or delivered on _____, with
18   changes, if any, by the witness appended, to the
     following counsel of record and parties not
19   represented by counsel:

          Attorney for the Plaintiffs
20        MR. MARC TOBEROFF
          2049 Century Park East, #2720
21        Los Angeles, California 90067

22       I FURTHER CERTIFY that examination of this
     transcript and signature of the witness were requested
23   by the witness and all parties present.

24       On _____, a letter was mailed or
     delivered to Mr. Toberoff regarding obtaining
25   signature of the witness.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 39
322

```
1        I FURTHER CERTIFY that the recoverable cost of the
    original and one copy of the deposition, including
2   exhibits to Mr. Perkins is $_____.

3        I FURTHER CERTIFY that I did administer the oath
    to the witness herein prior to the taking of this
4   deposition; that I did thereafter report in
    stenographic shorthand the questions and answers set
5   forth herein, and the foregoing is a true and correct
    transcript of the proceeding had upon the taking of
6   this deposition to the best of my ability.

7        I FURTHER CERTIFY that I am neither employed by
    nor related to nor contracted with (unless excepted by
8   the rules) any of the parties or attorneys in this
    case, and that I have no interest whatsoever in the
9   final disposition of this case in any court.

10

11                  _____
                    MABEL JIN CHIN
12                  Certified Court Reporter #81
                    License expires:  12/31/2006
13

14

15

16

17

18

19

20  (3519B) MC
    Date taken:  November 11, 2006
21  Proofread by: LR

22

23

24

25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



EXHIBIT 39

323

```
 1   SIEGEL vs. WARNER BROS

 2              WITNESS SIGNATURE/CORRECTION PAGE

 3   If there are any typographical errors to your
     deposition, indicate them below.
 4
     PAGE    LINE
 5
     _____Change to _____
 6
     _____Change to _____
 7
     _____Change to _____
 8
     _____Change to _____
 9

10   Any other changes to your deposition are to be listed
     below with a statement as to the reason for such
11   change.

12   PAGE    LINE              CORRECTION          REASON

13

14

15

16

17

18

19      I, MARK WARREN PEARY, do hereby certify that I
     have read the foregoing pages of my testimony as
20   transcribed, and that the same is a true and correct
     transcript of the testimony given by me in this
21   deposition on November 11, 2006, except for the
     changes made.
22
                          _____
23
                          MARK WARREN PEARY
24                        DATE SIGNED: _____

25
     (3519B) MC Proofread by: LR
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

EXHIBIT 39
324

# EXHIBIT 40

CONFORMED COPY

1   WEISSMANN WOLFF BERGMAN
      COLEMAN GRODIN & EVALL LLP
2   Michael Bergman (SBN 37797)
    Anjani Mandavia (SBN 94092)
3   9665 Wilshire Boulevard, Ninth Floor
    Beverly Hills, California 90212
4   Telephone:  310-858-7888
    Fax:        310-550-7191
5
    FROSS ZELNICK LEHRMAN & ZISSU, P.C.
6   Roger L. Zissu (Admitted *pro hac vice*)
    866 United Nations Plaza
7   New York, New York 10017
    Telephone:  212-813-5900
8   Fax:        212-813-5901
9   PERKINS LAW OFFICE, P.C.
    Patrick T. Perkins (Admitted *pro hac vice*)
10  1711 Route 9D
    Cold Spring, NY 10516
11  Telephone: 845-265-2820
    Fax:        845-265-2819
12
    Attorneys for Defendants and Counterclaimant
13
14          UNITED STATES DISTRICT COURT
      CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION
15  JOANNE SIEGEL and LAURA      ) Case Nos. [Consolidated for
    SIEGEL LARSON,               ) Discovery]
16                               ) CV 04-8400 SGL (RZx)
           Plaintiffs,           ) CV 04-8776 SGL (RZx)
17                               ) Hon. Stephen G. Larson, U.S.D.J.
       vs.                       ) Hon. Ralph Zarefsky, U.S.M.J.
18                               )
    TIME WARNER INC., WARNER     ) **DECLARATION OF PAUL**
19  COMMUNICATIONS INC., WARNER  ) **LEVITZ IN SUPPORT OF**
    BROS. ENTERTAINMENT INC.,    ) **DEFENDANTS' MOTION FOR**
20  WARNER BROS. TELEVISION      ) **PARTIAL SUMMARY**
    PRODUCTION INC., DC COMICS,  ) **JUDGMENT**
21  and DOES 1-10,               )
                                 )
22         Defendants.           )
                                 ) Time:       10:00 a.m.
23                               ) Date:       July 16, 2007
                                 ) Courtroom  1
24                               ) Judge Stephen G. Larson
                                 )
25                               )
                                 )
26                               )
                                 )
27  _____ )
    AND RELATED COUNTERCLAIMS.   )
28                               )

DECLARATION OF PAUL LEVITZ

**EXHIBIT 40**
**325**

# DECLARATION OF PAUL LEVITZ

I, PAUL LEVITZ, declare:

1.     I am the President & Publisher of DC Comics ("DC"), a defendant and counter-claimant in this action. My business address is 1700 Broadway, New York, New York 10019. The facts set forth in this Declaration are within my personal knowledge except where stated to be on information and belief, and as to those latter facts I am informed and believe them to be true and correct. If called as a witness I could and would testify competently as to the facts contained in this Declaration.

2.     I first started working for DC over 30 years ago, initially as a free-lancer while I was still in high school. Since then I have held a number of positions at the company, rising from Assistant Editor to Vice President, to my current position as President & Publisher. I have been in charge of developing the vision that has guided DC's growth over the past five years, and for the previous two decades was one of the two principal executives with that responsibility. In my current position, I participate in the daily operations of DC and also delegate authority to DC executives and employees to oversee those daily operations.

3.     This Declaration will address the corporate history of DC and its relationship with defendants Time Warner Inc. ("TWI") and Warner Bros. Entertainment Inc. ("WBEI"). It also will set forth some of the background of the Superman property, and DC and its predecessors' relationship with Jerome Siegel ("Siegel") and Joseph Shuster ("Shuster"), who together created the original Superman character. Because this history and the parties' relationship reach back almost 70 years, some of the facts stated in this Declaration are necessarily on information and belief and/or are based on the records and files of DC and its predecessors. However, this early history is part of the acknowledged background of Superman, and is non-controversial.

## The Creation and Development of Superman and Superboy

4.    I am informed and believe that in the 1930s, Plaintiffs' predecessor, Siegel, along with his creative partner, artist Shuster, jointly conceived of and created a cartoon strip that ultimately became the first Superman story. Their proposed syndicated strip of Superman was rejected numerous times over several years by a number of different publishers; but in 1938, Detective Comics, Inc. ("Detective"), the predecessor-in-interest to DC, agreed to publish Superman in its upcoming new comic book series, *Action Comics*. Siegel and Shuster had been providing Detective with comic book features since late 1935, and had entered into an agreement with Detective in December 1937, which provided that "any new and additional features which [Siegel and Shuster] produce for use in a comic magazine are to be first submitted to [Detective]." Siegel and Shuster submitted their Superman strip to Detective under the December 1937 agreement.

5.    On March 1, 1938, Siegel and Shuster executed an assignment to Detective of all of their rights in Superman and in any previously created work employing that character. At Detective's direction, Siegel and Shuster adapted and expanded their existing Superman strips into a format suitable for a comic book, and Detective announced the debut of its *Action Comics* series, and Superman, in full page announcements in its May, 1938 issues of some of its existing publications. Thereafter, the first Superman story was published by Detective on April 18, 1938 in *Action Comics No. 1*, which had a cover date of June 1938.

6.    The initial graphic representations of the Superman character in 1938, in a simple cartoon style, presented his adventures with a limited number of characters in settings that had the look and feel of that particular period. In the almost 70 years since the publication of *Action Comics No. 1*, DC has authored or supervised the creation of, and has published and distributed, thousands of other comic books and syndicated newspaper comic strips containing the adventures of Superman throughout the United States and abroad in many millions of copies. In

2

DECLARATION OF PAUL LEVITZ

**EXHIBIT 40**
**327**

1  addition, it has overseen the creation, development and licensing of the character in

2  a variety of media, including but not limited to, radio, novels, live action and

3  animated motion pictures, television, live theatrical productions, merchandise and

4  theme park exploitations.  In these tens of thousands of iterations, DC has changed

5  Superman's appearance and has added decades of new material to further define,

6  update and develop the character in an ongoing flow of new exploits and

7  supporting characters resulting in the creation of an entire fictional Superman

8  "universe."

9        7.      The presentations of Superman since 1938, provided first by Detective

10  and then DC, were not a static depiction but an ever-evolving portrayal, featuring

11  new super-powers, new villains and new components to the Superman universe

12  and back-story.  Significantly, many of Superman's powers that are among his

13  most famous today did *not* appear in *Action Comics No. 1* but only appeared in

14  later publications.  These include his ability to fly; his super-vision which enables

15  him to see through walls ("x-ray" vision) and across great distances ("telescopic"

16  vision); his super-hearing which enables him to hear conversations at great

17  distances; his ability to survive in space without atmospheric protection; and his

18  "heat vision," the ability to aim rays of extreme heat with his eyes.  Also absent

19  from *Action Comics No. 1* was any reference to some of the more famous story

20  elements now associated with Superman but at the time not yet created, such as

21  "Kryptonite" or the name of Superman's home planet, "Krypton," the "Fortress of

22  Solitude," and the "Daily Planet."  In addition, some of the most famous

23  supporting characters associated with Superman do not appear in *Action Comics*

24  *No. 1*, including Jimmy Olsen and villains Lex Luthor and Brainiac.  Unlike many

25  creative properties developed for media in later decades, in its early days there was

26  no Superman "bible" which explored aspects of the property not yet presented in

27  the comics.  On information and belief, the Superman story and characters evolved

28  on an episode-by-episode basis as directed by the editors of DC for decades.

3

**DECLARATION OF PAUL LEVITZ**

**EXHIBIT 40**
**328**

8. In November, 1938, Siegel sent to Detective a letter "pitching" the idea of a comic strip starring a juvenile Superman, and in December, 1940 submitted a script, under the byline of Siegel and Shuster, titled "Superboy," and containing some episodes depicting Superman's parents on Krypton, and Superman on Earth as a baby, a toddler, and an elementary school-age boy. By the time the script was submitted, Superman's "origin story" on Krypton, and his childhood with his adopted Earth parents, the Kents, had been explored in a series of daily and Sunday comic strips, and in the comic book *Superman No. 1*, published in 1939. Superman's childhood continued to be depicted thereafter, by DC and its licensees, including in a 1941 animated cartoon from the Max Fleischer studios, in a May 31, 1942 Sunday comic strip and in a 1942 novel by George Lowther called *The Adventures of Superman*.

9. Detective did not proceed with either of Siegel's "Superboy" submissions. However, in November, 1944, without Siegel's or Shuster's participation, Detective published a comic strip entitled "Superboy" in *More Fun Comics No. 101*. Detective continued to publish "Superboy" comic strips – again without Siegel's or Shuster's participation – bi-monthly until 1946 and monthly thereafter for many years.

10. Throughout the almost 70 year history of Superman, DC has built up strong trademark rights in the name and mark "Superman" and in certain key symbols and indicia of origin in connection with, and to identify all authorized uses of, the Superman character in print and all other media. Indeed, DC owns dozens of federal trademark registrations for Superman related indicia across a broad array of goods and services. These include, *inter alia*, Superman's characteristic outfit, comprised of a full length blue leotard with red cape, a yellow belt, and the "S" emblem, as well as certain key identifying phrases. Most notable among the latter is "Look! . . . Up in the sky! . . . It's a bird! . . . It's a plane! . . . It's Superman!" first used in the introduction to the 1940 radio program *The*

1   *Adventures of Superman*, and thereafter repeated in Superman television

2   programming and used on Superman licensed products.

3        11.    All of these Superman symbols and indicia of origin have been used

4   on and in connection with a wide variety of publications and licensed goods and

5   services, as they have been added to the Superman character and mythology under

6   DC's and/or its predecessors' supervision and direction, since as early as 1938.

7   The development of one particularly strong trademark corresponded with the

8   evolution of the appearance of the emblem on the chest of Superman's costume.  In

9   *Action Comics No. 1*, the emblem was a small yellow inverted triangle bearing the

10   letter "S" shown in yellow and sometimes in red.  Thereafter, the emblem changed

11   significantly, and today is a large yellow five-sided shield, outlined in the color

12   red, and bearing the letter "S" in the middle, also in the color red (the "S in Shield

13   Device").  The S in Shield Device, as transformed by DC and its predecessors, has

14   become a strong symbol, standing alone, of all goods and services relating to

15   Superman and his sole source, DC and its predecessors.

16   **<u>Corporate History and Relationships</u>**

17        12.    The company now known as DC Comics began in the 1930s as

18   "National Allied Publishing."  Through a series of name changes, mergers, and

19   acquisitions in the 1930s and 1940s, National Allied Publishing became Detective

20   Comics, Inc., then "National Comics Publications, Inc." and then "National

21   Periodical Publications, Inc." ("NPP").  In 1967, NPP was purchased by Warner

22   Communications, Inc. ("WCI").  In 1976, NPP's name was changed to DC

23   Comics, Inc. (the "DC" standing for "Detective Comics").

24        13.    In 1993, DC Comics, Inc. was dissolved and converted to a New York

25   general partnership called "DC Comics" and has remained in that same form

26   through the present.  Since the formation of the DC Comics partnership in 1993, its

27   partners have undergone one change.  From 1993 through March 2003, the

28   partners of DC were WCI and Time Warner Entertainment Company, L.P.

**DECLARATION OF PAUL LEVITZ**

**EXHIBIT 40**
**330**

("TWEC"), a Delaware limited partnership, and each held a one-half interest in the
partnership.  In March, 2003, Time Warner Inc. ("TWI") completed a restructuring
of TWEC, and in connection with that restructuring WCI contributed its 50%
interest in DC to E.C. Publications, Inc. ("EC") and TWEC distributed its assets,
including its partnership interest in DC, to WCI.  As a result, today the partners of
DC are EC and WCI, each holding a one-half interest.  EC is also a subsidiary of
WCI, and is the publisher of magazines and comic books such as *Mad Magazine*.
WBEI has no ownership or partnership interest in DC.  A true and correct chart of
the current corporate structure and affiliations between DC, WBEI and TWI is
attached to this Declaration as Exhibit A.

   14. DC is in the business of creating, publishing, and licensing comic
book stories and characters.  DC publishes scores of titles, amounting to an output
of hundreds of different comic books and graphic novels annually.  DC is not in
the business of producing movies, television shows, or animated programs.  For
that reason, DC enters into license agreements to exploit its intellectual property
through those and other media outlets.  DC and its predecessors have entered into a
number of license agreements over the years − with both affiliates and non-
affiliates − that involve the rights to market or exploit Superman.  Some of the
agreements grant exclusive licenses to Superman in certain markets or media, and
some grant non-exclusive rights.  For example, in November, 1974, NPP entered
into a production agreement for movies based on the Superman property with Film
Export A.G. ("Film Export"), an independent party not affiliated with any TWI
entity.  The agreement granted Film Export the exclusive right to produce, exhibit,
and distribute movies based on Superman for a period of up to twenty-five years.
Over the years, WBEI acquired − from Film Export and its representatives −
certain of the rights that Film Export had acquired from NPP.

   15. Since April 16, 1999 (the purported effective date of Plaintiffs'
Superman Termination Notices), and prior to the restructuring of TWEC in 2003,

**DECLARATION OF PAUL LEVITZ**

**EXHIBIT 40**
**331**

1    DC entered into several license agreements with various divisions of TWEC
2    concerning Superman, including agreements for the production and distribution of
3    the motion picture *Superman Returns* and of the television series *Smallville*.  Both
4    the motion picture and the television episodes note that the characters in the movie
5    and the programs are the copyright of DC.
6          16.    The agreement for *Superman Returns* is an "Option Purchase
7    Agreement" dated as of November 6, 1999, pursuant to which DC granted to
8    Warner Bros., a division of TWEC, the exclusive right to produce a feature motion
9    picture utilizing the Superman property.  The agreement for *Smallville* is a "Rights
10   Option and Assignment Agreement" dated as of December 5, 2000, as amended
11   September 5, 2002, pursuant to which DC granted Warner Bros. Television
12   Production, a division of TWEC, the exclusive license to produce a live action
13   episodic television series based on "the stories and adventures of the comic book
14   character known as 'Clark Kent' or 'Superman'."  DC approved the name
15   "Smallville" for the series, which was contemplated to be an hour-long dramatic
16   action series focusing on Clark Kent as a teenager, before he became Superman.
17   After the 2003 restructuring of TWEC, those license agreements were ultimately
18   assigned to WB Studio Enterprises Inc., an indirect wholly-owned subsidiary of
19   WBEI.
20         17.    While DC has in the past, and continues to have, a business
21   relationship with WBEI, DC and WBEI are in *separate businesses* and establish
22   their own business plans; have *separate offices*; maintain *separate bank accounts*
23   and other books and records; and have mostly different executive officers.  For
24   financial reporting purposes, both DC and WBEI fall within the "filmed
25   entertainment" group of TWI companies – which also includes New Line Cinema
26   Corporation and Castle Rock Entertainment – and for operating management
27   purposes, DC reports to its ultimate corporate parent through WBEI.  Accordingly,
28   I report to and obtain approvals from WBEI's President and Chief Operating

7

**DECLARATION OF PAUL LEVITZ**

**EXHIBIT 40**
**332**

1  Officer before making significant acquisitions or certain financial decisions or

2  investments that are outside the scope of DC's customary acquisitions and

3  investments; before implementing meaningful strategic changes; and before

4  embarking on something substantially outside DC's normal course of business.

5  However, neither WBEI nor TWI has day to day involvement in DC's core

6  creative or business decisions and operations other than in areas where they

7  provide administrative support, such as real estate services; DC does not

8  commingle its funds and assets with those of WBEI or TWI, and DC is not used as

9  a mere shell or conduit for the affairs of either WBEI or TWI.

10

11      I declare under penalty of perjury under the laws of California and of

12  the United States that the foregoing is true and correct and that I executed this

13  Declaration this 26th day of April, 2007, at New York, New York

14

15

16                                   PAUL LEVITZ

17

18

19

20

21

22

23

24

25

26

27

28

8

**DECLARATION OF PAUL LEVITZ**

**EXHIBIT 40**
**333**

**EXHIBIT A**

**EXHIBIT 40**
**334**



**EXHIBIT 40**
335