# EXHIBIT 41
# Part 2 of 2



EXHIBIT 41
415





EXHIBIT 41
416



EXHIBIT 41
417





EXHIBIT 41
418





EXHIBIT 41
420



EXHIBIT 41
421