# EXHIBIT 1



DC COMICS INC
666 Fifth Avenue
New York, New York 10103
(212) 484-2810
FAX (212) 484-2849



Paul Levitz  Executive Vice President & Publisher

July 9, 1990

Joe Shuster
11944 Montana Avenue
#305
West Los Angeles, CA 90049

Dear Joe:

We've just concluded a project with the Boys Clubs of America
(which in these modern days are totally co-ed) to use SUPERMAN
and WONDER WOMAN to encourage kids to get off the streets and
into the clubs.  Time Warner corporately underwrote the creation
and production of an animated public service announcement, and
the Boys Clubs have just reported it made over 384 million viewer
'impressions'.  It's hard to know the ultimate effect, but I
thought you'd be pleased to hear that your hero is reaching out to
help young people again.

Best,

Paul Levitz

:lf

A Warner Communications Company

DCC00004132

**EXHIBIT 1**

**5**

# EXHIBIT 2



*FASTER THAN A SPEEDING BULLET*



**DC COMICS INC.**
1325 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
(212) 636-5400

**DATE:** 8/4/92

**TO:** Kristen Deem

**COMPANY/DEPARTMENT:** Pierce Brothers Westwood Village Mortuary

**REFERENCE:** Joseph Shuster

**FAX NUMBER:** (310) 474-0917

**FROM:** Frank Shuster  c/o Paul Levitz DC Comics

**DEPARTMENT:** Executive

**TELEPHONE:** (212) 636-5555

**NUMBER OF PAGES (INCLUDING THIS ONE):** 2

**COMMENTS:**

Ms. Deem -

The Waiver of Right to Control Dispostion has been notarized
and will be mailed to you following the transmission of this
fax.

**DC FAX NUMBERS**
Accounting ...............636-5598
Advertising ...............636-5598
Business Affairs .......636-5401
Design .......................636-5430
Editorial....................636-5430
Editorial
   Administration .....636-5430
Executive..................636-5401
Film Library ............636-5496
International
   Rights ...................636-5401
Kahn, Jenette........636-5487
Legal Affairs ...........636-5401
Licensing..................636-5598
Marketing..................636-5446
Marketing-Retail....636-5599
Production ...............636-5430
Special Projects.......636-5496
WB International
   Publishing............636-5546

A division of Warner Bros. Inc. A Time Warner Company

**EXHIBIT 2**

**6**

DCC00006448

## WAIVER OF RIGHT TO CONTROL DISPOSITION

Date: AUGUST 2, 1992

To: PIERCE BROS. WESTWOOD VILLAGE    and    CHAPEL OF THE PINES
(Funeral Home Name)                           (Crematorium Name)

I, FRANK SHUSTER , the    BROTHER    of
(Undersigned)                                (Relation to Deceased)

JOSEPH  SHUSTER , do hereby waive and surrender any and all

rights I may have under applicable State laws where the above named deceased died

and/or in which State final disposition may occur.  I give full authority to _____

JEAN PEAVY    (SISTER) , to make any and all arrangements and

authorizations for the cremation and/or final disposition of the deceased.

X _Frank Shuster_          X _____
SIGNATURE                        WITNESS SIGNATURE

FRANK SHUSTER                     PAUL LEVITZ
Printed Name                      Printed Name

Address 98-120 QUEENS BLVD., APT. 4-K    Address 523 No. BEDFORD RD

REGAL PARK, N.Y.   11374                  CHAPPAQUA NY 10514

Phone ( 718) 275-5215                     Phone (212) 636-5555

This document must be signed before a witness who is able to attest to your identity.  A
faxed or photo copy of this document shall have the same meaning and force as an original
copy of the document.

Please sign this and HAVE WITNESS SIGN/COMPLETE.
THEN, HAVE THIS FORM NOTARIZED.
Then, mail to Pierce Brothers Westwood Village Mortuary
          1218 Glendon Avenue
          Los Angeles, CA 90024
          ATTN:  Kristen Deem
Once we receive this, we can schedule a cremation.  Call me at: (310) 474-1579
if you have any questions.

LILLIAN J. LASERSON
Notary Public, State of New York
No. 31-4987225
Qualified In New York County
Commission Expires Oct. 7, 1993

**EXHIBIT 2**
7

DCC00006449

# EXHIBIT 3

Aug. 21, 1992

Dear Paul,
    I felt that I should
share the enclosed letter
to Marty Payson with you.
I have found myself in
an embarrassing situa-
tion. I do appreciate
that the conservative
funeral expenses were
picked up.
    I will call you when
I get into N.Y. on Sept 21
to find out the exact
time of the Sept. 24th
memorial service. I
will look forward to
seeing you & Jerette again.
      Jean Shuster Peavy

**EXHIBIT 3**
**8**

DCC00006476

316 Horton Ln. NW
Albuquerque, NM  87114
August 21, 1992

Marty Payson, Vice-President
Time Warner
75 Rockefeller Plaza
New York, NY  10019

Dear Mr. Payson,

This will be one of the most difficult letters I've ever written
and one I wish I didn't have to write.  As you know, your friend and my
brother, Joe Shuster, died on July 30.  Joe and I were very close.
Every week we talked on the phone.  Back in the late 1940's and 1950's
when Joe was struggling, I helped support him by sending him a weekly
check so he could go on creating new ideas and hopefully sell them.
My brother Frank knows this because he took over supporting Joe after
I married in 1955.  I was happy to do this because I loved him.
Joe always assured me that I would be taken care of after his demise.

I have just returned from Los Angeles where I spent a very stressful
two weeks arranging for Joe's funeral, disposing of the belongings
in his apartment and trying to get the financial affairs in order.  In
going through his papers I was shocked to learn that Joe did not only
not have much money in the bank but that he had almost $20,000 in
credit card debts and unpaid bills (copies of bills enclosed).  He
only had one active bank account at Security Pacific National Bank with
$23,773 in it, in which he received his direct deposit checks from
Time Warner.  I do not have access to his account until the legal things are set-
tled  while the 20% interest continues to accrue on his credit card debt.
I could not find any other assets except two dormant bank accounts with
$167 and $11 in them.  I thought Joe might have had a small life insurance
policy through his pension to pay his final debts and expenses.
Unfortunately, he did not.

As heir to his Will, I am responsible for paying off his credit card
debts, along with any bills that will be coming in and forwarded to me--
utilities, half month's rent, unknown credit debts, legal fees, etc.  Today
I received another bill from the County Coroner.  Thankfully, Paul Levitz
said Time Warner would cover it.

I find myself in a financial plight.  How could Joe Shuster end up
with an estate of almost nothing?  And what if more debt and bills come in?
His estate may not even be able to cover it.  It's bad enough to lose a
family member with whom you are close but it's devastating when they leave
a burden of large unpaid debts and bills which the estate can barely cover.
On top of this, my son and I had great expenses flying out to California,
staying at a motel, renting a car, etc.  My husband and I are of modest
means.  We live on my husband's modest pension and this was very expensive
for us.  In addition, we still don't know how much the legal fees will be.
The estate may not cover it at all.

**EXHIBIT 3**
**9**

DCC00006477

This is very embarrassing for me to have to write to you this way. It's unbelievable to me that Joe could have so little considering the generosity shown by Time Warner in raising the pension income of Siegel and Shuster. Through his 1991 tax return and 1992 pay memos, I found out he was receiving $2,627 twice a month after withholding or $63,000 a year after taxes. I had my son itemize Joe's 1992 checks and bank statements to see where his money went. We've been able to account for most of his checks. From January of 1992 to the middle of July, we found he wrote almost $31,000 in checks, plus there are other checks still unaccounted for. In a little over six months, he spent everything he took in.

Almost $1,500 a month went for rent. Almost $500 for utilities. We also found that over $1,200 a month was being paid to Joanne Siegel for some kind of commission for including him in the pay raise. It appears that for quite a few years, she has been taking 20% of his income as an agent's commission for getting pay raises for Siegel and Shuster. All of this consumed about $3,200 a month. The rest went for groceries (home delivered), personal and health items, and lots of clothes and stereo systems that filled his large apartment from floor to ceiling which he gave to charity at the end.

Joe was very generous. He liked to spend on himself and he liked to give things away. In Joe's interview by a reporter from the Toronto Star who came to Joe's apartment, he wrote, "One corner of his apartment is jammed with stereo components--three turntables, several tapedecks, and a dozen high-power speakers--that will be donated to the visually impaired." This must have cost thousands of dollars. Yet, when I came to his apartment, more equipment had been bought and every room was jamm-packed from floor to ceiling full of stereo components and speakers. This time he promised this to the Music Department of the Los Angeles Valley College. When they came to take the equipment, they showed me a letter authorizing them to get it for this good cause. This equipment must have cost thousands and thousands of dollars. He also had every closet stuffed full of jackets and clothes piled everywhere.

Joe's ladyfriend admitted to me how generous he had been to her and her son. Her son is a psychology professor and I asked if he could tell me why Joe spent so much money. He said that Joe was a compulsive buyer triggered by years of deprivation, so when he had a chance, he went on shopping sprees. He was also very generous and gave when he heard there was a need.

I am glad Joe spent the last years of his life happy. Joe Shuster was a kind, generous, and creatively brilliant man. He made great contributions to this world. Unfortunately, Joe left his family with a crushing burden of unpaid debts and bills and only a tiny estate to cover it. Joe did not like to deal with business. And now he has put a terrible burden on me which I know he never intended. The kindness and generosity of Warner Communications and now Time Warner has been demonstrated in the past. Any help that Time Warner could give to the family of Joe Shuster to pay his final debts and expenses would be warmly appreciated at this time of mourning. The Shuster family looks forward to seeing you at the memorial service on September 24.

-2-

**EXHIBIT 3**
**10**

DCC00006478

With warmest regards,

Jean Shuster Peavy

Enclosed:  The bill from the County Coroner.
A schedule of Joe's debts with copies of statements.
His latest bank statement from Security Pacific.
An itemization of the amounts of most of his checks written in 1992.
The agreement with Joeanne Seigel to take 20% of his income and copies
of the two latest checks to her.

**EXHIBIT 3**
**11**

DCC00006479

### Schedule of Debts of Joe Shuster

| Due Date | Creditor | Amount |
|---|---|---|
| 8-24-92 | Sears Charge | $5,325.54 |
| 8-21-92 | First Select VISA | 5,280.76 |
| 8-21-92 | BankAmericard VISA | 2,742.75 |
| as of 8-19-92 | The Broadway | 2,415.15 |
| 8-13-92 | Circuit City Stores | 1,161.-- |
| 8-14-92 | Security Pacific Bank Card | 1,061.18 |
| 7-9-92 | JC Penney | 101.16 |
| 8-13-92 | Century Cable | 103.02 |
| July/August | Electric bill based on 1-7-92 bill | 200 |
| 8-7-92 | Telephone bill | 130 |
| 8-1 to 8-13 | assessment for ½ month rent | 750 |
| 1992 | Final Tax Returns-Tax Counsel Assc. | 300 |
| | Total Debts and Final Obligations | $19,570 |

LEGAL/PROBATE FEES STILL UNKNOWN                     ?

**EXHIBIT 3**
**12**

DCC00006480

# SEARS Charge
P.O. BOX 5000
RCH CUCAMGA CA 91729

Account Number: ███████029 6
Billing date:            July 25, 1992

## ACCOUNT SUMMARY

| | |
|---|---|
| Previous balance | $5,435.59 |
| Total payments | −  200.00 |
| Total charges | +    5.41 |
| Total credits | −    0.00 |
| Finance charge | +   84.54 |
| New balance | $5,325.54 |
| | |
| Minimum due: | $156.00 |
| Due date: | August 24, 1992 |

ll..l..ll..ll..ll..l.ll..l.ll..ll..l..ll..ll..ll
JOSEPH M SHUSTER
11944 MONTANA AVE
LOS ANGELES CA  90049-5033

## TRANSACTIONS

Jul 11   *PAYMENT - THANK YOU* . . . . . . . . . . . . . . . . . . . . . − $200.00
Jul 15   CATD7835431D, CATALOG SALE, 800-366-3000 . . . . . . . .   5.41

## SPECIAL ACCOUNT INFORMATION

The amount due shown above includes a past due amount. You should send the entire amount due now. If payment has been made recently, please disregard this request.

## HELPFUL INFORMATION

Available Credit: **$1,694**

If the amount of Available Credit is not sufficient, or you have a question, call:
(800) 877-8498
M - F 9-9, SAT 9-6

Mail any billing error notices to:
P.O. BOX 5001
RCH CUCAMONGA CA 91729-0000

Please include your account number with any correspondence.

## SEARSCHARGE BONUS CLUB

Great News! Now the SearsCharge Bonus Club pays you back in money-saving certificates every time your SearsCharge purchases build up to $200 or more. You need only $140.48 more in charges to earn your bonus. It pays to shop at Sears!

## FINANCE CHARGE RATES

| Date of charges | Average Daily Balance | ANNUAL PERCENTAGE RATE | Monthly Periodic Rate | Average Daily Balance | FINANCE CHARGE |
|---|---|---|---|---|---|
| All | over $0.00 | 19.2% | 1.6% | $5,283.89 | $84.54 |
| | | | | Total | $84.54 |

**NOTE: See other side for important information**

---



Tear off and mail this coupon with your payment in the enclosed envelope. Your payment must arrive by the due date to avoid additional finance charges. Make check payable to *Sears, Roebuck and Co.* and include your account number on the check.   8498

ll..ll..ll.ll.ll.l.ll..ll..ll..l.ll..ll..ll
SEARS PAYMENT CENTER
P.O. BOX 860020
PASADENA CA  91186-0020

JOSEPH M SHUSTER
Account Number: ███████329 6
Billing date:            July 25, 1992

New balance:         $5,325.54
Minimum due:          $156.00
Due date:            August 24, 1992

Address change? Check in box below and write your new address on the back.

[·]

EXHIBIT 3
13

DCC00006481



*Will Freeze as of July 30*

YES, please protect my First Deposit VISA® account with the CREDIT PROTECTION PLAN described in the Plan Summary which I have read. I understand I can cancel at any time during the first 30 days of membership and receive a full refund with no further obligation.

X _____
SIGN HERE TO ENROLL (Primary Cardholder's Signature Required)

FIRST SELECT VISA
P.O. BOX 9560
MANCHESTER, NH  03108-9560

REMIT TO:

FIRST SELECT VISA
P.O. BOX 9560
MANCHESTER, NH  03108-9560

JOSEPH M SHUSTER
11944 MONTANA AVE
LOS ANGELES  CA  90049-5033

| ACCOUNT NUMBER | 4223 |
| PAYMENT DUE DATE | AUG 21,1992 |
| MINIMUM PAYMENT DUE | 126.12 |
| AMOUNT ENCLOSED | |

PLEASE MAKE CHECK PAYABLE TO
FIRST DEPOSIT

0760

☛ DETACH HERE

| POSTING DATE | DESCRIPTION | TRANSACTION DATE | REFERENCE NUMBER | CA = CREDIT PY = PAYMENT | AMOUNT |
|---|---|---|---|---|---|
| 07-27 | PAYMENT RECEIVED - THANK YOU | 07-27 | 74168512209000001410559 | | 126.16PY |
| 07-27 | CREDIT PROTECTION | 07-27 | | | 20.12 |

PROTECT YOUR GOOD CREDIT WITH JUST A STROKE OF A PEN!  SIGN THE BOX AT THE TOP OF YOUR STATEMENT
AND PROTECT YOUR ACCOUNT AGAINST UNEMPLOYMENT OR DISABILITY.  SEE ENCLOSED BROCHURE FOR DETAILS.

FOR CUSTOMER SERVICE ON YOUR FIRST SELECT VISA,
CALL TOLL-FREE AT 1-800-964-6000.

| | AVERAGE DAILY BALANCE | DAILY PERIODIC RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|
| PURCHASES* | .00 | .060000% | 21.90% |
| CASH ADVANCES | 5,310.54 | .060000% | 21.90% |

The Cash Advance Check below is provided for your convenience. We will gladly honor this and any other cash advance check you use as long as you have credit available. You cannot use this check to pay your credit account with First Deposit National Credit Card Bank. Please save this stub for future reference.

Date _____  Amount: $ _____
Payable To: _____

| | ACCOUNT NUMBER | 4223 |
|---|---|---|
| CREDIT LINE | 6,200 | |
| CREDIT AVAILABLE | 919 | |
| NUMBER OF DAYS IN BILLING CYCLE | 32 | |
| CLOSING DATE | JUL 27,1992 | |
| MINIMUM PAYMENT DUE | 126.12 | |
| PAYMENT DUE DATE | AUG 21,1992 | |

For Billing Errors, See Reverse Side.

| ACCOUNT SUMMARY | |
|---|---|
| PREVIOUS BALANCE | 5,284.84 |
| CREDITS | .00 |
| PAYMENTS | 126.16 |
| PURCHASES* & OTHER CHARGES | 20.12 |
| CASH ADVANCES | .00 |
| FINANCE CHARGE | 101.96 |
| LATE PAYMENT CHARGE | .00 |
| NEW BALANCE | 5,280.76 |

* Only applicable for accounts with credit cards.

☛ DETACH HERE

**EXHIBIT 3**
**14**

DCC00006482

**BankAmericard**

**Payment Coupon**

VISA                                                     7901

LEASE PRINT CHANGE OF ADDRESS
R TELEPHONE NUMBER HERE ►

| PAYMENT DUE DATE | BILLING DATE |
|---|---|
| 08-21-92 | 07-27-92 |
| ▼ ENTER AMOUNT ENCLOSED | NEW BALANCE |
| | 2742.75 |
| | MINIMUM PAYMENT DUE |
| | 109.00 |

STREET
CITY                STATE              ZIP
HOME PHONE         BUSINESS PHONE

TO AVOID ADDITIONAL PERIODIC CHARGES,
PAYMENT OF THE NEW BALANCE MUST BE
RECEIVED BY PAYMENT DUE DATE. THE MIN-
IMUM PAYMENT WILL BE PAST DUE IF NOT
RECEIVED BY THE PAYMENT DUE DATE.

JOSEPH M SHUSTER                    BANK OF AMERICA
11944 MONTANA AV 305                CARD CENTER
W LOS ANGELES CA 90049-5026         PASADENA, CA 91127

MAKE CHECK PAYABLE T
BANK OF AMERICA N T & S
WRITE YOUR ACCOUNT
NUMBER ON YOUR CHE

◄ MAIL PAYMENT TO:

0105

4024004699987901001090002742754024004699879010010 9000274275   *** 920038669

⑈0004522644⑈ ⑈52402 2250⑈ 00000⑈00000⑈

RETURN PAYMENT COUPON WITH YOUR CHECK AND KEEP THE STATEMENT PORTION BELOW FOR YOUR RECOR

TO AVOID ADDITIONAL PERIODIC CHARGES, PAYMENT OF THE NEW BALANCE MUST BE RECEIVED BY PAYMENT DUE DATE. THE MINIMUM PAYMENT WILL BE PAST DUE IF NOT RECEIVED BY THE PAYMENT DUE DATE.

ccount Number                  7901   Name:   JOSEPH M SHUSTER

| Account Type | Credit Line | Credit Available | Billing Date | Payment Due Dat |
|---|---|---|---|---|
| VISA | 4700 | 1957 | 07-27-92 | 08-21-9 |

**BankAmericard Stateme**

| ACCOUNT ACTIVITY | | BankCard sub-Account | ValueAmerica sub-Account | Total Account |
|---|---|---|---|---|
| Previous Balance | | 283175 | 00 | 283175 |
| New Activity | (+) | | | |
| Cash Advances | (+) | | | |
| Service Transactions | (+) | | | |
| Payments | (−) | 15000 | | 15000 |
| Credits | (−) | | | |
| Sub-Account Credit Transfers | (+)(−) | | | |
| FINANCE CHARGE | (+) | 4532 | | 4532 |
| Late/Collection Charge/Overlimit Fee | (+) | 00 | | 00 |
| Credit Insurance Premium | (+) | 1568 | | 1568 |
| NEW BALANCE | (=) | 274275 | 00 | (274275) |

| FINANCE CHARGE CALCULATION | Amounts Subject to Charge | It's Rate (%) (or Periodic Rate) | = Corresponding Finance Charge | Corresponding Annual Percentage Rate (% |
|---|---|---|---|---|
| BankCard sub-Account Average Daily Balance | 274681 | 1.650 | 4532 | 19.80 |
| Cash Advances | | 2.000 | | |
| Service Transactions | | 2.000 | | |
| ValueAmerica sub-Account | | | | |
| $ 1000 and under | | 1.500 | | 18.00 |
| Over $ 1000 | | 1.000 | | 12.00 |

| ANNUAL PERCENTAGE RATE (%) | | |
|---|---|---|
| BankCard sub-Account | ValueAmerica sub-Account | Total Account |
| 19.80 | .00 | 19.80 |

| | |
|---|---|
| Current Amount Due ► | 109 |
| Amount Past Due ► | |
| Amount Over Credit Line ► | |
| Minimum Payment Due ► | 109 |

BANK CARD CENTER
P.O. BOX 7042
PASADENA, CA   91109

SEND BILLING INQUIRIES TO

| POSTING | | REFERENCE NUMBERS | ACTIVITY SINCE LAST STATEMENT | TRANSACTION DATE IF AVAILABLE | CHARGES | PAYMENTS AND CREDITS |
|---|---|---|---|---|---|---|
| MO | DAY | | | | | |
| | | | YOUR BANKAMERICARD ACCEPTED AT SECURITY PACIFIC ATMS IN 11 WESTERN STATES! | | | |
| 0720 | | 53252478 | PAYMENT - THANK YOU | | | 150 |
| 0727 | | | CRED INS PREM, CENTRAL STATES, OMAHA, NE | | 1568 | |
| 0727 | | | ***FINANCE CHARGE*** | | 4532 | |

| 920038669 | FOR CUSTOMER SERVICE, CALL: | PACIFIC TIME | FOR LOST OR STOLEN CARD, CALL: | | TOTAL CHARGES | TOTAL PAYME AND CREDI |
|---|---|---|---|---|---|---|
| STATEMENT NUMBER | 1-800-323-1753 | 6:30 AM - 4:30 PM | 1-800-423-3823 | | 6100 | 150 |
| PAGE  1  OF  1 | | | 24-HOUR TELEPHONE NUMBER | | | |

**EXHIBIT 3**

**15**

DCC00006483

IF ADDRESS IS INCORRECT ENTER NEW ADDRESS HERE

| ADDRESS | | | |
|---|---|---|---|
| CITY | STATE | ZIP CODE | |
| PHONE (HME) | | BUS | |

3909134

**ACCOUNT NUMBER**

▮▮▮▮ 978 7

JOSEPH SHUSTER
APT 305
11944 MONTANA AVE
W LOS ANGELES, CA    90049-5026

**PAYMENT SHOULD BE
RECEIVED BY
AUG 03 92**

PLEASE RETURN THIS COUPON WITH YOUR PAYMENT
WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK

**THE BROADWAY**

P.O. BOX 52094
PHOENIX, AZ. 85072-2094

| TYPE OF ACCOUNT | NEW BALANCE | MINIMUM PAYMENT NOW DUE | PLEASE ENTER AMOUNT PAID |
|---|---|---|---|
| CHA | 99.99 | 15.00 | |
| HOM | 2276.32 | 110.00 | |
| TOTAL | 2376.31 | 125.00 | |

DO NOT WRITE IN THIS SPACE

003738319787 00125000237631200015000009999937

| DATE | STR NO. | REFERENCE NUMBER | DEPT | DESCRIPTION | CHARGES | PAYMENTS & CREDITS |
|---|---|---|---|---|---|---|
| | | | | - - - YOUR CHARGE ACCOUNT - - | | |
| 0611 | 56 | 0020075 | 7931 | ELECTRONIC SERVICES | 99.99 | |
| | | | | - - -YOUR HOMEMAKER ACCOUNT- - | | |
| 0321 | 44 | 0920031 | 7573 | AUDIO SYSTMS & COMPNTS | 707.00 | |
| 0702 | 12 | 0116687 | 161 | MAIL PAYMENT-THANK YOU | | 210.00 |

TRAVELING THIS SUMMER? DON'T FORGET YOUR CARD - -
YOUR BROADWAY CARD IS ACCEPTED AT WEINSTOCKS, EMPORIUM AND
BROADWAY SOUTHWEST CONVENIENTLY LOCATED THROUGHOUT
CALIFORNIA, ARIZONA, NEVADA, NEW MEXICO, UTAH AND COLORADO.

*balance as of 8-19-92    #2,415*

| BILLING CYCLE ** CLOSING DATE | ACCOUNT NUMBER | PAYMENT SHOULD BE RECEIVED BY: | |
|---|---|---|---|
| JUL 09 92 | ▮▮▮▮ 978 7 A | AUG 03 92 | |

| TYPE ACCT | PREVIOUS BALANCE | CHARGES | PAYMENTS & CREDITS | AVERAGE DAILY BALANCE | FINANCE CHARGE | NEW BALANCE | MINIMUM PAYMENT NOW DUE |
|---|---|---|---|---|---|---|---|
| CHA | .00 | 99.99 | .00 | .00 | .00 | 99.99 | 15.00 |
| HOM | 1743.31 | 707.00 | 210.00 | 2182.21 | 36.01 | 2276.32 | 110.00 |
| TOT | 1743.31 | 806.99 | 210.00 | 2182.21 | 36.01 | 2376.31 | 125.00 |

You are required to pay at least the minimum payment shown and you may at any time pay all or any additional portion of the
NEW BALANCE. If we receive payment of the full amount of the NEW BALANCE within 30 days (28 days for February) of the
Billing Cycle Closing Date shown above**, you will avoid a FINANCE CHARGE next month. The FINANCE CHARGE is computed
by applying to the AVERAGE DAILY BALANCE monthly periodic rate of **1.65%** on amounts up to **ALL**
and **N/A**, on amounts in excess of **N/A**, which are annual percentage rates of **19.80%** and
**N/A** respectively. Subject to a minimum charge of 50¢ per ...th where permitted by law.
NOTICE. See reverse side for important information.

**EXHIBIT 3**
16

DCC00006484

SECURITY PACIFIC BANK, N.A.
BANKCARD SERVICES
PO BOX 2930
PHOENIX, ARIZONA 85038

*Finance charges accruing*

4100

400 RRD    7 13 3

| Account Number | Net Balance | Current Due Date | Current Minimum Amount Due | Past Due + Overlimit Amounts = | Minimum Payment Due | Amount Enclosed |
|---|---|---|---|---|---|---|
| 4100 | $1061.18 | 08/14/92 | $0.00 | $0.00 | $0.00 | $ |

BANKCARD SERVICES
BANKCARD PROCESSING
PASADENA CA 91052-0002

JOSEPH SHUSTER
11944 MONTANA AVE APT 305
LOS ANGELES CA 90049-5026

⑈060412⑈ ⑆524022250⑆ 00000⑈00000⑈

Telephone No.    310-247-2800

| Account Number | Credit Line | Available Credit | Days in Billing Cycle | Billing Date | Payment Due Date | Minimum Payment Due |
|---|---|---|---|---|---|---|
| 4100 | $2500 | $1438 | 32 | 07/20/92 | 08/14/92 | $0.00 |

| Date of Trans | Post | Reference Number | Activity Since Last Statement | Amount |
|---|---|---|---|---|
| 0709 | 0709 | 7407000JG00Z9BYW3 | PAYMENT - THANK YOU | 100.00- |
| | | | *FINANCE CHARGE* | 16.95 |

*will not freeze add Finance charges until paid*

| Previous Balance | − | Total Payments/Credits | = | Subtotal | + | Automatic Advances | + | Fees | + | Finance Charge | = | New Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $1144.23 | | $100.00 | | $1044.23 | | $0.00 | | $0.00 | | $16.95 | | $1061.18 |

An amount followed by a minus sign (−) is a credit or a credit balance.

TO OBTAIN THE MOST CURRENT BALANCE, CREDIT LIMIT OR LAST
PAYMENT, CALL THE LOCAL PHONE NUMBER ABOVE.  USE YOUR ACCOUNT
NUMBER AND THE LAST 4 DIGITS OF THE PRIMARY SOCIAL SECURITY
NUMBER.  PRESS 1 AND THEN 4.  IT'S EASY TO USE!

Send inquiries to:    BANKCARD CUSTOMER SERVICE, PO BOX 52327, PHOENIX AZ, 85072

| | Automatic Advances | | AMOUNT SUBJECT TO PERIODIC RATE | |
|---|---|---|---|---|
| | | | Average Daily Balance Previous Cycle | Average Daily Balance Current Cycle |
| MONTHLY PERIODIC RATE (%) | 01.567 | | | |
| NOMINAL ANNUAL PERCENTAGE RATE (%) | 018.80 | | | |
| ANNUAL PERCENTAGE RATE (%) | 018.80 | | 0.00 | 1081.74 |

READY RESERVE ACCOUNT

**EXHIBIT 3**

**17**

DCC00006485

| POSTING DATE | DESCRIPTION | TRANSACTION DATE | REFERENCE NUMBER | AMOUNT CR-CREDIT PY-PAYMENT |
|---|---|---|---|---|
| 01-08 | LATE PAYMENT CHARGE | 01-08 | | 12.00 |

A FRIENDLY REMINDER...WE HAVE NOT YET RECEIVED YOUR PAYMENT.  PLEASE PAY THE AMOUNT DUE TODAY.

CATCH THE SUPER BOWL ON A BIG SCREEN TV!

*1st North Am, Natnl Bank issues credit for circuitcity*

*Balance as of 8-B-92 $1,161*

| AVERAGE DAILY BALANCE | MONTHLY PERIODIC RATE | ANNUAL PERCENTAGE RATE* | FINANCE CHARGE* | | ACCOUNT NUMBER | | ACCOUNT SUMMARY |
|---|---|---|---|---|---|---|---|
| A 1,070.23 | 1.6500% | 19.80% $ | 17.65 | | 1880 | | 1,070.23 |
| B .00 | 1.6500% | 19.80% $ | .00 | CREDIT LINE | PAST DUE PREVIOUS STATEMENT | | .00 |
| C .00 | .0000% | 0.00% $ | .00 | 1,600 | 67.00 | | 12.00 |
| | | | | AVAILABLE CREDIT | MINIMUM DUE THIS CYCLE | | .00 |
| SEND INQUIRIES TO: | | | | 500 | 67.00 | | .00 |
| CIRCUIT CITY STORES, INC. | | | | NUMBER OF DAYS IN BILLING CYCLE | MINIMUM PAYMENT DUE | | 17.65 |
| P.O. BOX 11768 | | | | 31 | 134.00 | FINANCE CHARGE | |
| RICHMOND, VA 23230 | | | | CLOSING DATE | PAYMENT DUE DATE | | 1,099.88 |
| CUSTOMER SERVICE TELEPHONE: 1-800-477-6761 | | | | JAN 08,1992 | FEB 02,1992 | | |

NOTICE: See Reverse Side for Important Information.    To avoid an additional Finance Charge pay entire New Balance by Payment Due Date.

* SEE EXPLANATION OF CODES ON REVERSE SIDE

**EXHIBIT 3**
**18**

DCC00006486

# JCPenney

## Account Statement

*Customer Service is Our Number One Priority*

Billing Error
Notice Address ▶
See Reverse
Side For Details

P.O. BOX 4444
BUENA PARK CA 90624
(714) 228-1200

| ACCOUNT NUMBER | ▉▉▉37-8 |
| --- | --- |
| CURRENT BILLING DATE | 06-13-92 |

PAGE 01 OF 01

To Avoid Additional Finance Charge, Pay New Balance By ▶ 07-09-92

| Date | Store/Reference Number | ⌐ Balance Type | Item Description | Charges | Payments and Credits |
| --- | --- | --- | --- | --- | --- |
| 06-13 | | M | LATE CHARGE | .80 | |
| | | | YOUR ACCOUNT IS PAST DUE.  PLEASE PAY THE AMOUNT DUE OF TODAY. | | $48.80 |

| BALANCE SUMMARY | PREVIOUS BALANCE | - PAYMENTS AND CREDITS | + FINANCE CHARGE | + CHARGES | = NEW BALANCE | MINIMUM PAYMENT |
| --- | --- | --- | --- | --- | --- | --- |
| MAJOR | 98.79 | .00 | 1.57 | .00 | 100.36 | 48.80 |
| OTHER | .00 | .00 | .00 | .80 | .80 | .00 |
| TOTAL | 98.79 | .00 | 1.57 | .80 | 101.16 | 48.80 |

Your finance charge rates are: (See reverse side for important information and explanation of your finance charge method)

| BAL. TYPE | | ON BALANCE OF | AS OF | ON BALANCE THRU $ | MONTHLY PERIODIC RATE(S) % | ANNUAL PERCENTAGE RATE(S) % | ON BALANCE OVER $ | MONTHLY PERIODIC RATE(S) % | ANNUAL PERCENTAGE RATE(S) % |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| M | B | 95.44 | 06-92 | ALL | 1.65 | 19.8 | | | |

△ Your Finance Charge Method is (see reverse)

-----

PLEASE DETACH AND RETURN THIS STUB WITH YOUR PAYMENT

ACCOUNT NUMBER: ▉▉▉37-81

PAYMENT SHOULD REACH US BY: 07-09-92

Indicate Address/Telephone Changes Here

Address

City, State, Zip Code

Telephone
Area Code  (      )

| BALANCE TYPE | NEW BALANCE | MINIMUM PAYMENT | WRITE AMOUNT PAID |
| --- | --- | --- | --- |
| MAJOR | 101.16 | 48.80 | |
| TOTAL | 101.16 | 48.80 | |

ZIP + 4 PRESORT
JOSEPH SHUSTER
11944 MONTANA AV 305
LOS ANGELES CA 90049-5026

4580 PARADISE BLV NW
ALBUQUERQUE NM 87201                66

0004562          198      6741347378 30 0004880001011b

## EXHIBIT 3

## 19

DCC00006487

# YOUR PHONE SERVICE WILL BE TEMPORARILY DISCONNECTED

UNLESS WE RECEIVE PAYMENT OF YOUR PAST DUE BILL BY        AUGUST 14,1992

**GTE California**

SERIAL CODE    62 0625 00580
DATE           8-07-92
ACCT. NO       820-2446
AMT DUE        130.00
01 1717 8202446 880309 03

IF OUR RECORDS ARE IN ERROR OR IF YOU HAVE RECENTLY PAID YOUR SERVICE HAD NOT BEEN RECEIVED, IF PAYMENT HAS BEEN MADE, PLEASE DISREGARD THIS NOTICE.

IF YOUR SERVICE IS TEMPORARILY DISCONNECTED, YOU WILL BE REQUIRED TO PAY THE FOLLOWING CHARGES IN ADDITION TO THE FULL AMOUNT DUE BEFORE THE TELEPHONE WILL BE RECONNECTED:

        RECONNECT CHARGE $      23.00
        DEPOSIT $

TO AVOID THESE ADDITIONAL CHARGES, PLEASE MAKE YOUR PAYMENT TODAY. AN ENVELOPE IS ENCLOSED FOR YOUR CONVENIENCE. ALLOW 5 DAYS FOR RECEIPT OF MAIL OR CONTACT A COMPANY REPRESENTATIVE AT THE CUSTOMER BILLING CENTER TO OBTAIN THE NEAREST IN-PERSON PAYMENT LOCATION BY CALLING TOLL FREE TO:
PLEASE BRING THE ENTIRE NOTICE WHEN PAYING IN PERSON.        1 800 223-6177

### PERMANENT DISCONNECTION

ACCOUNTS ARE TEMPORARILY DISCONNECTED FOR ONLY SEVEN CALENDAR DAYS, AFTER WHICH TIME THE SERVICE IS PERMANENTLY DISCONNECTED, UNLESS SPECIAL ARRANGEMENTS ARE INITIATED BY THE SUBSCRIBER AND AGREED TO BY THE COMPANY. IF THE SERVICE IS PERMANENTLY DISCONNECTED, AN APPLICATION FOR NEW SERVICE WILL BE REQUIRED, WHICH WILL REQUIRE PAYING NEW SERVICE CONNECTION CHARGES IN ADDITION TO THE DELINQUENT AMOUNT DUE AND THE DEPOSIT BEFORE SERVICE WILL BE INSTALLED.

72517 82002446 880309 702620 7 00013000 6  08 11

- - - - - - - - - - - - - - RETURN THIS LOWER PORTION WITH YOUR PAYMENT - - - - - - - - - - - - - - - -

01 1717 8202446 880309 03                AMOUNT DUE $        130.00

GTE CALIFORNIA
PAYMENT PROCESSING

SHUSTER, JOS.              717
11944 MONTANA AV, APT 305
LOS ANGELES   CA   90049-5026

72517 82002446 880309 702620 7 00013000 6  08 11

SEE REVERSE SIDE
FORM 90003489 (4-91)

**EXHIBIT 3**
**20**

DCC00006488



**CENTURY CABLE**
2939 NEBRASKA AVENUE
SANTA MONICA CA  90404-4028

DATE DUE
08/13/92
CENTURY CABLE
COMMITTED TO
COMMUNITY
SERVICE!

AMOUNT DUE
103.02

$

PLEASE INDICATE
AMOUNT ENCLOSED

J0
21
00
0
10
24
1

PLEASE RETURN THIS TOP PORTION ONLY, WITH REMITTANCE TO →  ... Thank You!

00U-07-92-A-C

**1 ZP 7.26440.DS
JOE SHUSTER
11944 MONTANA AVE APT 305
LOS ANGELES CA
90049-5026

CENTURY CABLE
PO BOX 10201
VAN NUYS CA  91401-0201

08614 213457 01 5    8  010302

| CENTURY CABLE | ACCOUNT NUMBER | BILLED FROM | BILLED TO | DATE DUE | INCLUDES PAYMENTS RECEIVED BY |
|---|---|---|---|---|---|
| 2939 NEBRASKA AVE | 08614-213457-01-5 | 8/01/92 | 8/31/92 | 08/13/92 | 7/27/92 |
| SANTA MONICA, CA | | | | | |

FOR- 11944 MONTANA AVE APT 305

BILLING/REPAIR: 453-2233
MON-FRI 7AM-9PM AND SAT 8AM-9PM
LOBBY: MON-FRI 8AM-6PM, SAT 8AM-4:30PM

| | | | |
|---|---|---|---|
| 6/30 | PREVIOUS BALANCE | 103.02 | |
| 7/11 | PAYMENT-THANK YOU | 103.02- | **RATES MAY INCLUDE FRANCHISE FEES |
| 8/01- 8/31 | BASIC SERVICE | 24.20 | WHERE APPLICABLE** |
| 8/01- 8/31 | ADD'L OUTLET | 4.75 | |
| 8/01- 8/31 | DISNEY TRAP | * FREE * | |
| 8/01- 8/31 | CONVERTER RENTAL | 2.75 | OUR BUSIEST TIMES ARE MONDAYS |
| 8/01- 8/31 | CONVERTER RENTAL | 2.75 | AND THE DAY AFTER BILLS ARE |
| 8/01- 8/31 | VCR | * FREE * | DELIVERED. OUR LEAST BUSY DAYS |
| 8/01- 8/31 | ADD'L PREM. SVC | 5.72 | ARE WEDNESDAY AND THURSDAY. IF |
| 8/01- 8/31 | PREMIUM SERVICES | 62.85 | YOU HAVE A BILLING QUESTION, |
| | SHOWTIME,DISNEY | | PLEASE TRY TO CALL DURING THESE |
| | CINEMAX | | LESS BUSY TIMES. |
| | HBO | | |
| | MOVIE CHANNEL | | |
| 7/31 | AMOUNT DUE | 103.02 | |

AUG 01 THRU AUG 31, 1992

**EXHIBIT 3**
**21**

DCC00006489

Los Angeles Department of Water and Power
P.O. Box 111, Los Angeles, CA 90051-0100

JOSEPH M SHUSTER
11944 MONTANA AV 305                    ACCT# 4-04-61024-11944-00-0305-3-01

BILL ISSUE DATE  01/09/92
AMOUNT OF PREVIOUS BILL      $      112.54
PAYMENTS SINCE   11/04/91    $      112.54-

ELECTRIC RESIDENTIAL   RATE R1A      SERVICE DATES
                                     10/31/91 TO 01/07/92

SERVICE CHARGE              2 MONTHS X $  0.30/MO      $       0.60
ENERGY USED                 1,850 KWH X $  0.06624          122.54
ENERGY COST ADJUSTMENT      1,850 KWH X $  0.02520           46.62
LOW INCOME SUBSIDY CHARGE   1,850 KWH X $  0.00083            1.54
          METER 01-ELECTRIC TOTAL $      171.30

CHARGES IMPOSED BY NON-DWP AGENCIES
CITY UTILITY TAX        $      171.30 X   10.0%        $      17.13
STATE ENERGY SURCHARGE         1,850 KWH X  0.00020           0.37
          PLEASE PAY THIS AMOUNT NOW DUE ►      $     188.80

METER USAGE INFORMATION

| METER | TYPE | METER NUMBER | READS CURRENT | PREVIOUS | CONSTANT | USAGE |
|-------|------|--------------|---------------|----------|----------|-------|
| 01    | E    | 6-596677     | 78177         | 76327    | 1        | 1850  |

| METER | DAYS | | USAGE | | DAILY AVERAGE | |
|-------|---------|---------|---------|---------|---------|---------|
|       | THIS YR | LAST YR | THIS YR | LAST YR | THIS YR | LAST YR |
| 01    | 68      | 67      | 1850    | 2118    | 27      | 32 KWH  |

**EXHIBIT 3**
**22**

DCC00006490

## Security Pacific National Bank

SAN VICENTE-BUNDY OFFICE
11980 SAN VICENTE BLVD
LOS ANGELES CA 90049

JOSEPH SHUSTER
11944 MONTANA AVE APT 305
LOS ANGELES CA    90049-5026



(310) 247-2800

## No Safe Deposit Box

JUN 19 92 - JUL 21 92
AUG 19 92

ACCOUNT NUMBERS
6696

55 CHECKING    ACTIVITY

| TYPE | DATE | AMOUNT | TYPE | DATE | AMOUNT | TYPE | DATE | AMOUNT |
|------|------|--------|------|------|--------|------|------|--------|
| 1154 | JUL06 | 150.48 | 1186 | JUL02 | 210.00 | 1202* | JUL13 | 200.00 |
| 1177* | JUN19 | 250.00 | 1188* | JUL01 | 100.00 | 1203 | JUL13 | 103.02 |
| 1181* | JUN25 | 1245.00 | 1190* | JUL09 | 100.00 | 1226* | JUL14 | 31.30 |
| 1183* | JUN29 | 250.00 | 1191 | JUL06 | 61.24 | 1227 | JUL16 | 59.32 |
| 1184 | JUN23 | 98.79 | 1192 | JUL06 | 1423.00 | 1228 | JUL20 | 137.44 |
| 1185 | JUN24 | 125.44 | 1193 | JUL20 | 1211.00 | 1229 | JUL20 | 150.00 |

### ELECTRONIC ACTIVITY

| COMPANY NAME | TRANSACTION DESCRIPTION | COMPANY DATE | IDENTIFICATION NUMBER | POST DATE | AMOUNT |
|------|------|------|------|------|------|
| WARNER COMMUNICA | PAYROLL DD | 920619 | 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 | JUN19 | 2627.60 + |
| WARNER COMMUNICA | PAYROLL DD | 920703 | 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 | JUL03 | 2627.60 + |
| WARNER COMMUNICA | PAYROLL DD | 920717 | 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 | JUL17 | 2627.60 + |

### DAILY BALANCES

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| JUN19 | 24173.84 | JUN29 | 22454.61 | JUL06 | 23137.49 | JUL16 | 22643.85 |
| JUN23 | 24075.05 | JUL01 | 22354.61 | JUL09 | 23037.49 | JUL17 | 25271.45 |
| JUN24 | 23949.61 | JUL02 | 22144.61 | JUL13 | 22734.47 | JUL20 | 23773.01 |
| JUN25 | 22704.61 | JUL03 | 24772.21 | JUL14 | 22703.17 | | |

### CHECKING ACCOUNT SUMMARY

| | |
|------|------|
| BEGINNING BALANCE . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0 | 21796.24 |
| TOTAL OF    3 DEPOSITS . . . . . . . . . . . . . . . . . . . . . . . + | 7882.80 |
| TOTAL OF    18 CHECKS/OTHER DEBITS . . . . . . . . . . . . . . - | 5906.03 |
| SERVICE CHARGE . . . . . . . . . . . . . . . . . . . . . . . . . . . . - | .00 |
| ENDING BALANCE . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 23773.01 |

MORE ATMS FOR EASIER BANKING.  NOW YOU CAN USE YOUR READYBANKING CARD TO GET
CASH AT BANK OF AMERCIA VERSATELLER ATMS WITH NO NETWORK CHARGE.

**EXHIBIT 3**
**23**

DCC00006491

# 1992 CHECKS

| | | |
|---|---|---|
| 1423·00 + | 51·90 + | 1423·00 + |
| 40·50 + | 100·21 + | 110·74 + |
| 44·67 + | 1423·00 + | 1211·00 + |
| 61·57 + | 107·77 + | 45·27 + |
| 115·75 + | 58·00 + | 465·63 + |
| 36·00 + | 312·03 + | 50·00 + |
| 1500·00 + | 144·00 + | 200·00 + |
| 75·25 + | 1211·00 + | 121·69 + |
| 150·00 + | Feb 3407·91 * | 98·00 + |
| 200·00 + | | 67·09 + |
| 200·00 + | | 197·00 + |
| 100·00 + | | 32·00 + |
| 47·20 + | | 71·00 + |
| 50·00 + | 298·33 + | 181·51 + |
| 1211·00 + | 1423·00 + | March 4273·93 * |
| Jan 5254·94 * | 150·00 + | |
| | 34·00 + | |
| | 80·75 + | |
| | 100·00 + | |
| 137·41 + | 200·00 + | |
| 172·00 + | 103·02 + | 61·24 + |
| 44·19 + | 126·22 + | 1423·00 + |
| 126·27 + | 96·57 + | 1211·00 + |
| 51·42 + | 214·00 + | 200·00 + |
| 200·00 + | 250·00 + | 103·02 + |
| 117·19 + | 98·79 + | 31·30 + |
| 27·05 + | 1211·00 + | 59·32 + |
| 27·06 + | May 4385·68 * | 137·44 + |
| 154·21 + | | 150·00 + |
| 41·75 + | | July 3376·32 * |
| 145·24 + | | |
| 200·00 + | | 0· * |
| 31·05 + | 1430·00 + | |
| 186·14 + | 111·40 + | 5254·94 + |
| 187·60 + | 103·02 + | 3407·91 + |
| 200·00 + | 150·48 + | 4273·93 + |
| 120·74 + | 126·21 + | 5908·51 + |
| 50·00 + | 250·00 + | 4385·68 + |
| 12·00 + | 55·83 + | 4301·52 + |
| 59·66 + | 115·00 + | 3376·32 + |
| 142·50 + | 73·45 + | Total 30908·81 * |
| 312·63 + | 1245·00 + | |
| 1211·00 + | 105·69 + | |
| 1423·00 + | 125·44 + | |
| 103·02 + | 210·00 + | |
| 121·00 + | 100·00 + | |
| 304·38 + | 100·00 + | |
| April 5908·51 * | June 4301·52 * | |

**EXHIBIT 3**
24

DCC00006492

Joseph Shuster
11944 Montana Ave
Apt. 305
Los Angeles, CA  90049
May 27, 1986

11928 Darlington Ave
Apt. 102
Los Angeles, CA  90049
May 27, 1986

Dear Joe,

    Your commission check to me dated May 15, 1986, which we thought had gotten lost in the mail, finally arrived.  As you have given me another check to replace this one, I am returning this one to you as you requested on the phone.

    To avoid future confusion, please make a notation in your checkbook that this one was returned to you.

    Enclosed also are 3 copies each of the two documents you requested as a favor to you,( I made a special trip to have these xeroxed for you).  One document is dated April 21, 1979 and the other March 23,1983, covering your agreement to pay me 20% of all bonuses and /or increases in lifetime income from D.C. Comics and/or Warner Communications which I have secured (and shall in the future secure) on your behalf.  I hope these copies will be helpful to you.

    From now on, would you please mark your commission checks to me,"Re: percentage fee for income increase negotiation", or if applicable, "Re: percentage fee for bonus", rather than putting the inaccurate "manager's commission",  or "agent's commission", as you have in the past?

    This will accurately state that I only negotiate bonuses and income increases for you on your lifetime income, and do not seek employment for you.

    Warmest regards.

As ever,

*Joanne*

Joanne Siegel

P.S.  I will go to the W.L.A. postoffice to mail this with signed receipt requested to make sure your enclosed check and the documents reach you safely.

**EXHIBIT 3**

**25**

DCC00006493

# EXHIBIT 4



DC COMICS INC.
1325 Avenue of the Americas
New York, New York 10019
(212) 636-5555
FAX (212) 636-5401

Paul Levitz·Executive Vice President & Publisher

August 21, 1992

Frank Shuster
98-40 Queens Boulevard
Apartment 4K
Rego Park  NY  11374

Dear Frank:

Just a note to let you know that we're still checking on the details of Joe's financial consideration from Time Warner and our future arrangements for you.  I've been on the road (and will have to head out again Monday to Wednesday), but I hope to have more detail for you by the end of next week.

I did have the opportunity to mention your sumpathies to Jerry Siegel, Bob Kane and Neal Adams, each of whom send their condolences.  While at the San Diego Comic Convention I also made a brief memorial statement about Joe to their "Inkpot Awards" dinner ( a gathering of several hundred professionals and fans), and have been asked by them, and by many, many individuals to send you their sympathy on your loss.

Thanks for your patience, and I hope to see you next week.

Sincerely,

Paul Levitz

:lf



A division of Warner Bros. Inc.–A Time Warner Company

DCC00006462

**EXHIBIT 4**
**26**

# EXHIBIT 5

DC COMICS INC.
1325 Avenue of the Americas
New York, New York 10019
(212) 636-5555
FAX (212) 636-5401



Paul Levitz·Executive Vice President & Publisher

September 8, 1992

Frank Shuster
98-120 Queens Boulevard
Apartment 4K
Rego Park NY 11374

Dear Frank:

I've had an opportunity to discuss your situation with Martin Payson, Vice Chairman of Time Warner, who as you know has been Joe's corporate "guardian angel" in recent years. It is my pleasure to tell you that Time Warner has chosen to look to the spirit of Joe's wish to go on assisting you after his passing, and let that be your guide. In that spirit, the company will begin making payments to you at an annual rate of $25,000 effective with the month after our last payment to Joe. This is instead of the $5,000 amount called for in Joe's settlement agreement with Warner Communications in 1975, and we hope will replace any direct assistance Joe had been providing in enabling you to have some comfort in retirement.

There's naturally some tax-related forms required to put you on the payroll, and I believe you were interested in arranging for direct deposit, which would require some additional paperwork (including your provision of a blank voided check from your checkbook). I've asked our human resources staff to arrange all the paperwork to be available any time from Monday, September 14th, that would be convenient to you, and if you call and let me know when you'd like to come in, we can get this started. I'm not sure how quickly the first check or deposit would be made, but we will certainly do our best to expedite matters.

I look forward to hearing from you, and to seeing you shortly.

Sincerely,

Paul Levitz

:lf

cc: Martin Payson
    Carolyn McCandless



A division of Warner Bros. Inc.–A Time Warner Company

DCC00006495

EXHIBIT 5

27

# EXHIBIT 6

Sept. 10, 1992

Dear Paul —

Thank you for your letter of Sept. 8. I was extremely pleased to be informed of Mr. Payson's decision to raise the amount of pension payment, and I am most grateful for the new amount Time Warner will be providing.

I had the opportunity to discuss this good news with my sister Jean and told her I would help her out because of her financial problems.

She pointed out that my income tax as a single individual would be higher than hers as a married person. She made the suggestion that if payments were made in her name, she would not pursue the termination of the Superman copyright as provided for to creators' heirs in the 1976 U.S. Copyright Act, and that she could send me whatever money I wanted as a gift which would not be taxable to me. This arrangement is agreeable with me. Hence, we agreed to suggest that perhaps your accounting department could arrange

**EXHIBIT 6**
**28**

DC 00006

- 2 -

to have payments signed over to my
sister Jean, so that all future
payments be sent in her name instead
of mine. I know this arrangement is
different from the one provided in the
Agreement and you may need to discuss
this arrangement further with Mr. Payson
as well as with Jean herself. She will be
arriving in New York on September 20th, and
will remain through the week. We plan to
call you on Monday Sept. 21st to arrange
an appointment.

Another matter I'd like to mention is Joe
memorial service which we set for Thursday
Sept. 24th. Some of Joe's relatives have said
they would like to attend and need to know
the exact time, address, and floor at which
the service will be held. Also, I wonder
if there is a piano in the room, or whether
one can be rented.

Thank you for your condolence card
and your thoughtfulness to me during
my visit at the new DC offices.
                                    Sincerely,
                                    Frank Shuster

**EXHIBIT 6**
**29**

DC 00007

# EXHIBIT 7

September 15, 1992

TO:  Paul Levitz
     DC Comics
     1325 Avenue of the Americas
     New York, NY  10019

FROM:  Warren, Jean Shuster Peavy's son.

RE:  Jean asked me to forward all of the final debts and expenses for
Joe Shuster on to you which are enclosed.  The only thing that we know
of that's not included is a bill for Joe's final tax returns which
will be sent at the end of the year.

     We are deeply grateful for your help.  I hope to meet you when I fly
in for Joe's memorial service.

P.S.  Sears should send a final bill after repossessing a few items.
      Wait on paying the BankAmericard debt.  Insurance might cover it if
      he paid his premiums.  Still waiting to find out.

DCC00006855

**EXHIBIT 7**
**30**

# EXHIBIT 8



DC COMICS INC.
1325 Avenue of the Americas
New York, New York 10019
(212) 636-5555
FAX (212) 636-5401

Paul Levitz/Executive Vice President & Publisher

Dated as of August 1, 1992

Mr. Frank Shuster
98-120 Queens Blvd., Apt. 4K
Rego Park, NY  11374

Ms. Jean Shuster Peavy
316 Horton Lane, NW
Albuquerque, NM  87114

Dear Mr. Shuster and Ms. Peavy:

This is to confirm our agreement to pay you, collectively, a total of $25,000 a year, payable to Jean Shuster Peavy, commencing as of August 1, 1992, for as long as either one of you is alive.  Such amounts shall be payable in accordance with Warner Communication Inc.'s customary payroll practices and shall be subject to all applicable withholding taxes.  If Jean Shuster Peavy shall predecease Frank Shuster, then the foregoing payments shall be made to Frank Shuster for as long as he shall live.

We ask you to confirm by your signatures below that this agreement fully settles all claims to any payments or other rights or remedies which you may have under any other agreement or otherwise, whether now or hereafter existing regarding any copyrights, trademarks, or other property right in any and all work created in whole or in part by your brother, Joseph Shuster, or any works based thereon.  In any event, you now grant to us any such rights and release us, our licensees and all others acting with our permission, and covenant not to assert any claim of right, by suit or otherwise, with respect to the above, now and forever.

If, despite the terms of this agreement, either of you assert any such claim of right, for any reason, you agree to refund to us, upon the making of any such assertion, all amounts previously paid to you hereunder, and we will have no obligation to make any further payments under this agreement.  We also reserve all of our other rights, remedies and defenses in such an event.

If after full consideration of the foregoing, you accept and agree to all of the above, please so indicate by signing below where indicated.

Very truly yours,

DC Comics

By: _Paul Levitz_

ACCEPTED AND AGREED TO:

_Frank Shuster_
Frank Shuster

Dated: 10/2/92

_Jean Shuster Peavy_
Jean Shuster Peavy

Dated: 10/2/92

A division of Warner Bros. Inc.–A Time Warner Company

DCC00057854

**EXHIBIT 8**
**31**

# EXHIBIT 9

Mr. Frank Shuster
98-120 Queens Blvd., Apt. 4K
Rego Park, NY  11374
October 2, 1992

Mr. Paul Levitz
Executive VP & Publisher
DC Comics
1325 Avenue of the Americas
New York, NY  10019

Dear Mr. Levitz:

In consideration of the agreement dated as of August 1, 1992
between DC Comics, myself and Jean Shuster Peavy, I hereby waive
any rights or remedies that I may have under the agreement dated
December 23, 1975 between Warner Communications Inc., Jerome Siegel
and Joseph Shuster.

Very truly yours,

*Frank Shuster*

Frank Shuster

Confidential

WB007972

**EXHIBIT 9**

**32**

# EXHIBIT 10

316 Horton Ln., NW
Albuquerque, N.M.
87114
Oct. 7, 1992

Paul Levitz, publisher
DC Comics Inc.
1325 Avenue of the Americas
New York, N.Y. 10019

Dear Paul,
        Happy for you that your baby is finally here. Sorry we had to miss seeing you when Frank & I went into the office Oct. 2 ⁿᵈ to sign the papers. We were very disappointed to learn that the $25,000 could not be given as a gift. This means that we would only end up with about half of your intended compensation as the income tax would take about 45% of it.
        As the family of Joe Shuster, we know we deserve more. We, as Joe was, are peaceloving people & even though we are aware of the copyright laws, decided not to stir up trouble & settle for just a crumb off the table. You have all been very kind to us & we appreciate your friendship. We feel that surely Time-Warner can figure out a way for us to receive the full $25,000. If it can't be given to us as a gift, can they reimburse us for the amount of money that will be deducted at payroll by making out a separate check for that amount & sending it to us? It is an unusual request to have Time-Warner pick up the tab for the income tax but otherwise we will be left with practically nothing after Frank & I divide it.
        Please discuss this with Marty Payson. We know you are all trying to be fair. Thanks for your consideration. Looking forward to hearing from you soon. We will be home next week.
                        Sincerely, Jean Shuster Peavy

DC 00156

**EXHIBIT 10**
33

# EXHIBIT 11



DC COMICS INC.
1325 Avenue of the Americas
New York, New York 10019
(212) 636-5555
FAX (212) 636-5401



Paul Levitz/Executive Vice President & Publisher

October 12, 1992

Mrs. Jean Shuster Peavy
316 Horton Lane NW
Albuquerque NM 87114

Mr. Frank Shuster
98-120 Queens Boulevard
Apartment 4K
Rego Park NY 11374

Dear Jean and Frank:

I'm sorry I was unable to meet with you last week, but trust you understand the relentless demands of my then 48-hour old baby and concerns for my wife and elder children. All are fine now, thankfully, and I've returned to work.

On behalf of Martin Payson, the Time Warner and DC managements, and my own self, I'd like to thank you both for your kind words at the memorial service, and your cooperation throughout this difficult time for your family. We hope that our efforts in clearing up Joe's bills and providing this lifetime income to you both will be helpful, and we are glad to honor Joe's great contribution to our company.

I hope to see you both again under more joyous circumstances, when your schedules permit or when we next gather to celebrate Jerry and Joe's genius.

Sincerely,

Paul Levitz

:lf

cc: Lillian Laserson
    Martin Payson



A division of Warner Bros. Inc.–A Time Warner Company

DCC00006441

**EXHIBIT 11**

**34**

# EXHIBIT 12

DC COMICS INC.
1325 Avenue of the Americas
New York, New York 10019
(212) 636-5464
FAX (212) 636-5401



Lillian Laserson/Vice President—Legal Affairs

October 12, 1992

Mr. Frank Shuster
98-120 Queens Blvd., Apt. 4K
Rego Park, NY  11374

Dear Mr. Shuster:

Enclosed for your records is a fully executed original copy of the agreement between you and us dated as of August 1, 1992.  Your sister should be receiving the first payment under this agreement shortly.  Subsequent payments will be direct-deposited per your instructions.  If there are any problems with this or if you have any questions, please give me a call.

It was a pleasure seeing you again and a particular treat to learn that you lettered the Superman panels which I have hanging in my office.

Best regards.

Sincerely yours,

Lillian Laserson

LL:lz

Enc.

cc:  Paul Levitz
     Jean Shuster Peavy
     Carolyn McCandless



A division of Warner Bros. Inc.—A Time Warner Company

**EXHIBIT 12**
**35**

DC 00015

# EXHIBIT 13




DC COMICS INC.
1325 Avenue of the Americas
New York, New York 10019
(212) 636-5464
FAX (212) 636-5401

Lillian Laserson/Vice President—Legal Affairs

October 12, 1992

Ms. Jean Shuster Peavy
316 Horton Lane, NW
Albuquerque, NM   87114

Dear Ms. Peavy:

Enclosed for your records is a fully executed original copy of the agreement between you and us dated as of August 1, 1992.   You should be receiving the first payment under this agreement shortly. Subsequent payments will be direct-deposited per your instructions. If there are any problems with this or if you have any questions, please give me a call.

It was a pleasure meeting you and I hope that you enjoyed the remainder of your stay in New York.

Best regards.

Sincerely yours,

Lillian Laserson

LL:lz

Enc.

cc:   Paul Levitz
      Frank Shuster
      Carolyn McCandless

A division of Warner Bros. Inc.—A Time Warner Company

**EXHIBIT 13**
**36**

DC 00014

# EXHIBIT 14



October 18, 1992

Mr. Paul Levitz
DC COMICS INC.
1325 Avenue of the Americas
New York NY 10019

Dear Paul:

This is to acknowledge receipt of our signed agreement with you dated as of August 1, 1992.

Jean has returned to Albuquerque and expressed how pleased she was that the memorial service for our brother Joe turned out so well. We thank you for your thoughtfulness in providing a reception buffet for the Shuster family.

If you still have the letters of Bob Kane and Christopher Reeve which were read at the service, we would appreciate receiving copies of them.

We would like to express our high regard for Lillian Laserson when we met with her two weeks ago.

Also, please convey our best wishes to Jenette Kahn. You have both been very helpful and considerate during this most difficult time for us.

Hope you are "kvelling" with pride and joy from your newborn baby. Mazltov to you and mahmeh.

Kindest regards,

*Frank Shuster*

Frank Shuster

DCC00006474

**EXHIBIT 14**
**37**

# EXHIBIT 15



DC COMICS INC.
1325 Avenue of the Americas
New York, New York 10019
(212)  636-5555
FAX (212) 636-5401



Paul Levitz/Executive Vice President & Publisher

October 23, 1992

Frank  Shuster
98-120 Queens Blvd. - Apt. 4K
Rego Park, NY 11374

Dear Frank,

    Thanks for the kind words and good wishes.  I've enclosed a
copy of Bob Kane's remarks, and I'm asking Julie Schwartz to
see if he has a copy of Chris Reeve's that he can forward to you.

Best,

Paul  Levitz

A division of Warner Bros. Inc.–A Time Warner Company

DCC00006440

**EXHIBIT 15**

**38**

# EXHIBIT 16



DC COMICS INC.
1325 Avenue of the Americas
New York, New York 10019
(212) 636-5555
FAX (212) 636-5401



Paul Levitz/Executive Vice President & Publisher

November 5, 1992

Mrs. Jean S. Peavy
316 Horton Lane NW
Albuquerque NM 87114

Dear Jean:

Thanks for the congratulations. Both Garret and his mom are doing fine, and I'm now back at work.

I appreciate your concerns about the impact of taxes on your income, but I confess the math seems illogical to me. If we were paying the income directly to Frank, who you said pays no income tax now, I believe even in New York's high tax environment on that modest an income he'd pay less than 25% in taxes. I don't know New Mexico's situation, or your finances, but I'd be surprised to find a 45% impact.

In any case, I've discussed your request with Martin Payson, and we feel that with the added $25,000 or more that we're paying out to help with Joe's final bills, and having set the income to you and Frank significantly above the level our settlement with Joe required, we've demonstrated Time Warner's good faith and consideration amply for now. We'd like to suggest that after the final bills are settled, and you have actually gone through a tax filing based on this income (presumably the 1993 tax year filing due in early 1994), we consider the matter again. You can then show us the actual tax impact, and we will then consider making an adjustment if there's an undue burden.

I hope the rest of your tour went well, and that you find all well on your return home.

Sincerely,

Paul Levitz

:lf
cc: Martin Payson



A division of Warner Bros. Inc.–A Time Warner Company

DCC00006439

**EXHIBIT 16**
**39**

# EXHIBIT 17

⁴/₅₅

316 Horton Lane, NW
Albuququerque, N.M. 87114
December 23, 1992

Paul Levitz, Publisher
D.C. Comics Inc.
1325 Avenue of the Americas
New York, N.Y. 10019

Dear Paul:

Sorry to hear of the passing of Steve Ross.

Thank you for your letter of November 5, 1992. I want to respond to your question as to why the income isn't going to Frank who is in a lower tax bracket. First of all, let me express again Frank's and my gratitude for having picked up Joe's debts. It would have been catastrophic for us to have been burdened with it. We also appreciate the fact that you offered $25,000 per year over the original agreement.

The illogic of the income being sent to me instead of to Frank is for two reasons. First of all, he prefers not to be bothered with the need to file an income tax. It gives him a greater sense of freedom, he says. We have arranged for me to send him a monthly amount that is considered a gift.

Frank, being a bachelor, and a very loving human being, wants my family to benefit from this needed extra income. We have a daughter and her family of three young children who have come into hard times and we are helping her. My husband and I are still only renting, and would like to some day buy a home, so Frank wants us to have a greater share of the money so we can save up for a decent home.

Of course, the income coming to me does put us into a higher tax bracket. However, I overestimated the amount. We figured out that we would be paying 28% Federal income tax, and 6% N.M. state tax. In this case we would not be needing to pay 8% social security, which I had thought we would. So the total would be only 34%, which is still quite a lot.

I felt that I needed to explain the peculiar thinking of Frank and myself. I hope now you will understand. Thank you for considering an adjustment in 1994.

Our best regards to Jenette and to Marty Payson.

With best wishes,

Jean

Jean Shuster Peavy

**EXHIBIT 17**
**40**

DCC00006437

# EXHIBIT 18



**DC COMICS**
1325 Avenue of the Americas
New York, New York 10019
(212) 636-5555
FAX (212) 636-5485



Paul Levitz/Executive Vice President & Publisher

January 4, 1993

Ms. Jean Shuster Peavy
316 Horton Lane, NW
Albuquerque NM 87114

Dear Jean:

Thanks for the card and the note. I hope the income helps alleviate your situation, and as promised, we will indeed review the amount next year.

Hoping this is a healthy new year for you and yours.

Best,

Paul Levitz

:lf



A division of Warner Bros.–A Time Warner Entertainment Company

DCC00006438

**EXHIBIT 18**

**41**

# EXHIBIT 19

DC COMICS
1325 Avenue of the Americas
New York, New York 10019
(212) 636-5555
FAX (212) 636-5485



Paul Levitz/Executive Vice President & Publisher

April 21, 1993

Frank Shuster
98-120 Queens Boulevard
Apartment 4-K
Rego Park NY 11374

Jean Shuster Peavy
315 Horton Lane NW
Albuquerque NM 87114

Dear Frank and Jean:

I thought you'd be pleased to know that the Canadian government has contacted us about doing a SUPERMAN postage stamp as part of a series honoring comics characters with Canadian links. We'll keep you posted, but I thought you would enjoy this special honor for Joe's work.

Best,

Paul Levitz

:lf

A division of Warner Bros.—A Time Warner Entertainment Company

**EXHIBIT 19**

**42**

DCC00006436

# EXHIBIT 20

316 Horton Ln., NW
Albuquerque, N.M. 87114
July 10, 1993

Paul Levitz
Executive Vice President & Publisher
DC COMICS
1325 Avenue of the Americas
New York, New York 10019

Dear Paul:

Thank you for informing Frank and me about the Canadian government planning to issue a SUPERMAN postage stamp in recognition of Joe's Canadian birth. That will indeed be an honor.

Today, July 10th, would have been Joe's 79th birthday. July 30, 1993 will be the first anniversary of Joe's passing. Last year we wrote to you about increasing our payment because more than a third of the $25,000 was going to taxes. You said you would review our request for a raise beginning the second year.

In the meantime, during the past year, Frank and I have been able to review our rights as Joe's only surviving next of kin. We are aware of the fact that in 1994, after 56 years, SUPERMAN ownership could revert back to its creators or their heirs. We are also fully aware that the multi-million dollar SUPERMAN property may generate income in the remaining nineteen years of the renewal copyright period.

Frank and I are not planning to reclaim the SUPERMAN copyright. Instead we are merely asking for a fair share. We feel that we are at least entitled to the same kind of financial arrangement that Joe and Jerry had been receiving. What Joe's income would have been today plus a yearly increment to account for inflation, is, we believe, a reasonable request.

We know that Joe would have wanted us to receive what he and Jerry Siegel and his wife, Joanne, are receiving today. We do believe that such an increase in payments would be appropriate.

Both Frank and I helped to support Joe during his very lean years. I gave him a weekly allowance for quite a long time so that he would not have to continue with menial jobs and could spend his time creating new comic book ideas. He worked on Funnyman with Jerry Siegel which was published for a short time. While Jerry Siegel went to work at a post office, Joe was creating new ideas on his own like "Golly Galoo", "The Amazing Adventures of the Kosmo Kid" and "Kiddie Kingdom". None reached publication.

After I married, Frank took over the role of supporting Joe when it became increasingly difficult for him to draw because of his failing eyesight. This support, which included apartment rent, food and utility bills, and all of Joe's personal expenses, extended over a period of some 26 years, until Jerry Robinson,

Confidential

**EXHIBIT 20**
**43**

WB010161

2

President of the National Cartoonists Society, learned about Joe's plight:
that Joe had derived no benefits from his creation for almost thirty years,
that he had no Social Security benefits, no pension, and no royalties from
the fabulous creation which had built a multi-million dollar empire for others.
Joe told Mr. Robinson that all he wanted was a fair and equitable pension plan
in order to achieve some degree of financial security for himself and the supprt
of his family. He was always thinking of us as well.

Jerry Robinson, together with Neal Adams, approached the former DC manage-
ment to redress Joe and Jerry's situation and rectify past inequities, consid-
ering that the benefits and profits of the creators' earlier years of work
remained bountiful only for the publisher.

Knowing our brother as we do, we believe that today Joe would have been
happy to know that in his brother and sister's later years, (I am 72 and Frank
is 75 years of age) they are reaping their rewards.

What Joe and Jerry sincerely believed in was "truth, justice, and the
American way." If their oft-quoted slogan could turn into reality for his loved
ones, and, like SUPERMAN in his comic-strip exploits, also serve the interests
of justice, fairness and equity, Joe would indeed have been so happy.

We have the utmost confidence that after you and Mr. Payson review our
request, you will respond favorably, implementing as of August 1, 1993, the
increased payments.

We are pleased to see SUPERMAN'S continued popularity in the comic books,
and also with the impending new television show of LOIS and CLARK.

We send our personal best wishes to you and Jenette and best regards to
Mr. Payson. I remember Joe showing me the Christmas cards he had received
from you and Marty Payson and his expressions of gratitude to all of you for
your generosity. We believe we have a right to expect that you will be fair
with us as well and will grant our request for increased payment. We will
stick to our bargain which we signed, dated as of August 1, 1992.

With full trust in the generosity of the SUPERMAN publishers, we are

Most sincerely,

Jean Shuster Peavy and
Frank Shuster

Confidential

**EXHIBIT 20**
**44**

WB010162

# EXHIBIT 21



DC COMICS
1325 Avenue of the Americas
New York, New York 10019
(212) 636-5555
FAX (212) 636-5485



Paul Levitz/Executive Vice President & Publisher

July 16, 1993

Frank Shuster
98-120 Queens Boulevard
Apartment 4K
Rego Park NY 11374

Dear Frank:

Enclosed please find an award plaque from the Harvey Awards' Hall of Fame balloting. Jerry and Joe were elected to the Hall of Fame this year by a group that includes working comics industry professionals, retailers and distributors.

I hope all else goes well with you.

Best,

Paul Levitz

:lf

cc: Jean Shuster Peavy



A division of Warner Bros.–A Time Warner Entertainment Company

DCC00006435

**EXHIBIT 21**

**45**

# EXHIBIT 22

(505)897-7450                                    316 Horton Ln., NW
                                                 Albuquerque, N.M. 87114
                                                 August 25, 1993

Paul Levitz
Executive Vice-President & Publisher
DC COMICS
1325 Avenue of the Americas
New York, New York 10019

Dear Paul:

    On July 10, 1993 I sent a letter to you and marked it PERSONAL.  It
has been almost seven weeks since we wrote to you and yet have had no
response.  Frank and I are wondering if you received the letter.  Or had
you and Marty Payson or whoever else is involved not had a chance to review
it because of being away on summer vacations.

    We would appreciate it very much if you could handle our request as
soon as possible.

    Do hope you have all had a good summer.  We are looking forward to
watching the Lois and Clark Show on Sunday nights and wishing it great
success.

                                    Sincerely,

                                    Jean Shuster Peavy
                                    Jean Shuster Peavy

cc: Frank Shuster

**EXHIBIT 22**
**46**

DCC00006434

# EXHIBIT 23

DC COMICS
1325 Avenue of the Americas
New York, New York 10019
(212) 636-5555
FAX (212) 636-5485



Paul Levitz, Executive Vice-President & Publisher

September 7, 1993

Jean Shuster Peavy
316 Horton Lane NW
Albuquerque NM 87114

Dear Jean:

I'm sorry to have taken a few weeks to reply to your letter of July 10th, but as you may know, summer is comic convention time as well as vacation time, and our offices are both deserted and chaotic during this season.

As I hope you recall from our meetings in New York, we've done extensive research into the copyright act and any potential rights that you and Frank may have as Joe's siblings and survivors. It is our firm conviction based on that research and expert counsel, that you don't have any legal rights or claims whatsoever.

Nonetheless, we do recognize the fact that Joe would want you to benefit from his great creativity and we have acted accordingly. As you know, Joe's agreement with Warner Communications (and thereby Time Warner and DC) only required us to pay $5,000 a year to Frank after Joe's death. During the 16 years that agreement was controlling, Joe did not ask us to increase that amount. After his death, we raised $5,000 to $25,000 a year without any legal obligation to do so, in deference to Joe's memory and your role in his life.

When you asked us to raise the amount to gross you up for what seemed to be an unlikely effect of taxes, I promised that we would review the effect of the taxes on you after you had experienced the IRS's effect on a year of the income. In the spring, when you and Frank have filed your taxes, I'll be happy to examine your situation in detail and we'll discuss the results of our examination with you.

In the meantime, we are not prepared to consider your request that you receive the same income that Jerry and Joanne Siegel are receiving. Perhaps Joe would have wanted that, but during his long relationship with us he gave no indication of that desire. And even if he had, in fairness, there is a vital difference between being the actual co-creator of Superman and being his surviving family. Jerry and Joe were, in every way, in a class by themselves.

We are, however, pleased that the launch on September 12th of the new Lois & Clark: The New Adventures of Superman television series will give a new generation a new chance to fall in love with Jerry's and Joe's wonderful creation. In celebration of that



Confidential

WB007959

**EXHIBIT 23**
**47**

occasion, we're pleased to enclose a bonus check for $25,000 for you and Frank to enjoy as you watch the premiere.

Best,

Paul Levitz

:lf

cc: Frank Shuster

Confidential

WB007960

**EXHIBIT 23**

**48**



# DC COMICS

1325 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
GENERAL ACCOUNT

No. 015672

| | | | |
|---|---|---|---|
| PAY | DATE 09/01/93 | CHECK NO 00015672 | NET AMOUNT ◆◆◆◆◆25,000·00 |

TWENTY FIVE THOUSAND AND 00/100 DOLLARS

TO THE
ORDER
OF

JEAN SHUSTER PEAVY
316 HORTON LN NW
ALBUQUERQUE
NM    87114

CHEMICAL
55 WATER STREET NEW YORK, N.Y. 10041

By Paul Levitz

AUTHORIZED SIGNATURE

‖835‖ W

DC COMICS

D C COMICS

PLEASE DETACH BEFORE DEPOSITING
00015672  015672

| VOUCHER NO. | INVOICE NUMBER | PURCHASE ORDER | INVOICE DATE | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| B49958 | | | 08 26 93 | 25,000·00 | ·00 | 25,000·00 |
| TOTALS | | | | 25,000·00 | ·00 | 25,000·00 |

Confidential

WB007961

**EXHIBIT 23**
**49**

# EXHIBIT 24

316 Horton Ln., NW
Albuquerque, N.M. 87114

September 14, 1993

Paul Levitz
Executive Vice President & Publisher
DC COMICS
1325 Avenue of the Americas
New York, N.Y. 10019

Dear Paul:

    Thank you for your explanation for the delay in responding to my
letter of July 10th. I hope that you enjoyed your vacations and the
comic conventions.

    Frank and I wish to extend our thanks and appreciation for the
bonus check of $25,000.  The Lois and Clark Show was wonderful and
it should be a big hit.

    In the Spring we will be furnishing you with our tax returns
after they are filed, as you suggest, and perhaps then you will consider
an increased payment.

    Again, many thanks for your thoughtfulness in sending the check.
Best to all of you at DC.  Please convey our special regards to
Jeanette.

                                        Sincerely,

                                        Jean Shuster Peavy

                                        Jean Shuster Peavy

DCC00006430

**EXHIBIT 24**
**50**

# EXHIBIT 25

April 15, 1994                          316 Horton Lane, NW
                                        Albuquerque, N.M.87114
                                        (505)897-7450
                                        FAX (505)897-7450


Paul Levitz
Executive Vice President & Publisher
DC COMICS
1325 Avenue of the Americas
New York, N.Y. 10019

Dear Paul:

     I am planning to come into N.Y. to visit with my brother
Frank the first two weeks of May. We hope you will be in town
at that time so we can come in and visit with you.

     As you had suggested awhile back we are sending you a copy
of our tax returns. Perhaps you and Marty Payson will be able
to examine them before we come in to see you. We hope you will
make the adjustment to a higher income to cover our tax loss.
I have it summarized on the Statement of Earning and Deductions
sent by the Time Warner payroll office. If you could consider
also including a cost of living increase as is done for employees,
we would be most grateful.

     Frank and I want you to know that we appreciate very much
your past generosity. It was a delightful surprise for us to
receive the bonus of $25,000 for the LOIS & CLARK SHOW. That
was a wonderful gesture. Also, we have not forgotten how you
picked up Joe's debts to get us through that stressful period.

     Our need for requesting extra money is mostly to help our
two children and three grandchildren. Joe was very fond of his
nephew, Warren, now 32, and neice, Dawn, now 28. He was generous
to them while he was alive. They were like his own children since
he had none of his own.

     Our daughter depends upon us to help her financially since
she is now divorced and struggling to raise three kids on a low
income. With the extra income you send us we are able to pay
her big dental bills, buy necessary appliances and just helped
her to buy a small car as her old one broke down. She needs it
to get to work.

     Our son lives at home with us, not married. He is a research
health journalist. He co-authored the book with my husband SUPER
NUTRITION GARDENING. He is now working on his second book cover-
ing the field of health and longevity. He spends most of his time
at the New Mexico Medical Library to get his facts. His dream is
to have a Health Spa, in the Caribbean Islands or elsewhere, to
teach people how to prevent illness by following the advice of
what has been found in medical research. We would like to help

DCC00006423

**EXHIBIT 25**
**51**

2

him realize his dream which would be of so much value to many people. From the income you send us we are hoping to be able to build the Health Spa and participate in it as well. Unless we can find a sponsor for this we need to save and save until we are able to act upon it. That is the reason we were so bold as to ask for more money as we have a goal.

You said that Joe never personally asked for anything more for us after his death. That's because Joanne handled all of the business and he paid her generously to be his agent. Joe realized he had no business sense of his own. He was an artistic genius, all right brain. Joanne just never thought to ask for more for us after Joe's demise although she knew how close Joe was to his family. It was an oversight on her part. She knew where Joe's heart was when it came to his family. He was very devoted to all of us. He would have wanted us to be included in some of the fruits of the labor of the creation of SUPERMAN. Frank and I were there at its creation and were the first to ever see SUPERMAN on paper and get excited about this character.

Hundreds of millions of people have witnessed what Joe and Jerry's character SUPERMAN stood for, truth, justice and the American way. SUPERMAN is still the moral example for both children and adults in an age where morality seems to be taking a back seat. He is an American hero. We hope that the co-creator's family can continue to benefit from the standards of justice set up in the character of SUPERMAN.

Can Frank and I make an appointment with you for either Mon., May 2nd, or Tue., May 3rd? Anytime in the afternoon would be fine. Please set a date and phone or fax me at my no. here in Albuq. We'll be there. We look forward to seeing you again. It would be nice to see Jenette again during our visit. Frank and I have not met Marty Payson as I don't remember him being at the memorial service for Joe. It would be nice to meet him, if it was possible. Until our next visit,

Very sincerely,

*Jean Shuster Peavy*

Jean Shuster Peavy

P.S. I was going through my files of my early days of our Shuster family life and came across this article from the SATURDAY EVENING POST. I made a copy which I am enclosing as I thought that you and the others might enjoy reading it, if you haven't already seen it.

DCC00006424

**EXHIBIT 25**
52

TW INC
Statement of Earnings and Deductions

PEAVY, JEAN A
22400224
████ 0965

| Description | Hours | Earnings | Description | Deductions |
|---|---|---|---|---|
| REGULAR | | 961 54 | FED. TAX | 283 60 |
| | | | STATE NM | 49 58 |

| Description | Year to Date |
|---|---|
| GROSS | 576924 |
| FICA TAX | |
| FED. TAX | 159500 |
| STATE TX | 29748 |

| | Earnings | Deductions | Net Pay | Pay Period | Deposit No. | Amount of Dep. |
|---|---|---|---|---|---|---|
| Current | 961 54 | 332 18 | 629 36 | End 03-25-94 | 10001171 | 629 36 |

008526

### SUMMARY

26 payments received per year = $961.54 Gross

$961.54 times 26 = $25,000

Deductions:

Federal tax:   $283.46 times 26 = $7,369.96

State tax:       $49.86 times 26 = $1,296.36
                                              $8,666.32   total deductions

$25,000 income
−8,666 taxes
$16,334 Net        (35% tax deductions)

TW INC
75 Rockefeller Plaza
New York,NY 10019

Dep. No  10001171

Date   03-24-94

Deposit Amount
****629.36

22400224 HOM
PEAVY, JEAN A
316 HORTON LN NW

ALBUQUERQUE    NM 87114

**Direct Deposit Information Only
NON NEGOTIABLE**

**EXHIBIT 25**
**53**

DCC00006425

```
                                                                    /
        FORM 1040 - U.S. INDIVIDUAL INCOME TAX RETURN        1993
Use IRS |                                            | OMB No 1545-0074
label.  | William S. Peavy                           | Your   SSN
Other-  | _____        | 4[████]0584
wise,   | Jean A. Peavy                              | Spouse's SSN
print   | 316 Horton Lane, N.W.                       | [████]0965
or type | Albuquerque, NM 87114                       |
PRESIDENTIAL ELECTION | Taxpayer $3? [_] Yes    [X] No
   CAMPAIGN           | Spouse  $3? [_] Yes    [X] No
```
---
```
          1 [_] Single
FILING    2 [X] Married filing joint return (even if only one had income)
          3 [_] Married filing separate. Enter spouse's social security number
              above and full name here._____
STATUS    4 [_] Head of household.   Enter child's name _____
          5 [_] Qualifying widow(er) (year spouse died 19___).
```
---
```
EXEMPTIONS
6a.......[X] Yourself        6b [X] Spouse ___   6a & 6b ...._____2.
6c  Name              | If 1 or | Relation-|Mos| 6c Children
   (Check if under 1) | older: SSN| ship   |home| lived with.._____
   _____ _ ____ _ _____ __   6c Children
   _____ _ ____ _ _____ __   lived out..._____
   _____ _ ____ _ _____ __
   _____ _ ____ _ _____ __   6c Other...._____
6d Child claimed under pre-85 agreement, check here...........[_]
6e Total number of exemptions claimed...................:....(6e)_____2.
```
---
```
          7 Wages, salaries, tips, etc..............................(7)___25,000.
          8a Taxable interest inc. Attach Sch B if over $400..(8a)_____748.
INCOME    b Tax-exempt interest income.....(8b) _____
          9 Dividend income. Attach Schedule B if over $400....(9)___2,254.
         10 Taxable refunds, credits of state/local inc taxes.(10)_____
         11 Alimony received...............................(11)_____
         12 Business income or (loss). Attach Sch C or C-EZ...(12)_____
         13 Capital gain or (loss). Attach Schedule D........(13)___-3,000.
         14 Capital gain distributions not on line 13........(14)_____
         15 Other gains or (losses). Attach Form 4797........(15)_____
         16a Total IRA _____ b Taxable amount.....(16b)_____0.
         17a Total pens _____ b Taxable amount.....(17b)___36,339.
         18 Rents, royalties, partnerships, etc.(Schedule E)..(18)_____
         19 Farm income or (loss). Attach Schedule F.........(19)_____
         20 Unemployment compensation.......................(20)_____
         21a Social security benefits..._...(21a) _____
            b Taxable amount.................................(21b)_____
         22 Other income. List type and amount.
                                          ..........(22)_____
         23 TOTAL INCOME....................................(23)___61,341.
```
---
```
ADJUST  24a Your IRA deduction.............................(24a)_____
MENTS    b Spouse's IRA deduction..........................(24b)_____
         25 One-half of self-employment tax...............(25)_____
         26 Self-employed health insurance deduction......(26)_____
 TO      27 Keogh retirement plan and SEP deduction.......___(27)_____
         28 Penalty on early withdrawal of savings........(28)_____
INCOME   29 Alimony paid. Recip SSN: _____
            [                                    ]  ........(29)_____
         30 Add lines 24a thru 29.  TOTAL ADJUSTMENTS........(30)_____
 AGI     31 Subtract ln 30 from ln 23. ADJUSTED GROSS INCOME..(31)___61,341.
 D181  For Paperwork Reduction Act Notice, see Separate Instructions
```

**EXHIBIT 25**

**54**

DCC00006426

```
Jrm 1040 - Page 2                                                    1993
  William S. & Jean A. Peavy                          ████████    0584
------------------------------------------------------------------------
          32 Amount from line 31 (adjusted gross income).......(32)____61,341.
          33a Check if [X] YOU 65/older [_] Blind;
                        [X] SP 65/older [_] Blind....(33a) _____2.
            b If dependent of someone else, check here...[_]
            c If MFS & spouse itemizes/dual-status alien.[_]
TAX       34 Larger of ITEMIZED or STANDARD DEDUCTION.....__...(34)____7,600.
COMPU-    35 Subtract line 34 from line 32....................(35)____53,741.
TATION    36 If ln 32 is $81,350 or less, mult $2,350 by ln 6e.(36)____4,700.
          37 TAXABLE INCOME. Sub ln 36 from 35 (zero if minus).(37)____49,041.
          38 Tax.....a [X] Tax Table  b [_] Tax Rate Sch c[_] Sch D
             Tax Wks d [_] Form 8615  e Form 8814 _____.....(38)____8,930.
          39 Additional taxes:a Fm 4970 [_] b Form 4972 [_]...(39)_____
          40 Add lines 38 and 39............................(40)____8,930.
------------------------------------------------------------------------
          41 Credit for child/dependent care (Form 2441)..___..(41)_____
CRED-     42 Credit for the elderly or disabled (Sch R)...___..(42)_____
ITS       43 Foreign tax credit. Attach Form 1116..........(43)_____29.
          44 Other credits: Check if from....a Form 3800 [_]
             b Fm 8396 [_]  c Form 8801 [_]  d [_] Form ____.(44)_____
          45 Add lines 41 through 44....__......_...........(45)_____29.
          46 Subtract line 45 from line 40 (zero if minus).....(46)____8,901.
          47 Self-employment tax (Sch SE)...............____..(47)_____
OTHER     48 Alternative minimum tax. Attach Form 6251.......(48)_____
TAXES     49 Recapture taxes. a Fm 4255 [_]b 8611[_]c 8828[_]..(49)_____
          50 Soc Sec/Medicare tax on tips (Form 4137).........(50)_____
          51 Tax on retirement plans, IRAs. Attach Fm 5329.__..(51)_____
          52 Advance earned income credit payments from W-2..(52)_____
          53 Add lines 46-52. TOTAL TAX._____ ____.....(53)____8,901.
------------------------------------------------------------------------
          54 Federal income tax withheld. Form(s) 1099,Ck [X]..(54)____8,599.
PAY-      55 1993 ES & 1992 return amt.._____..(55)____1,280.
MENTS     56 EARNED INCOME CREDIT. Attach Schedule EIC...___..(56)_____
          57 Amount paid with Form 4868 (extension request)...(57)_____
          58aExcess Soc Sec, Medicare and RRTA tax withheld...(58a)_____
          58bDeferral of additional 1993 taxes. Attach Fm 8841(58b)_____
          59 Other payments.a Form 2439 [_]  b Form 4136 [_]...(59)_____
          60 Add lns 54-59. TOT PAYMENTS._____.....____.....(60)____9,879.
REFUND    61 If ln 60 is more than ln 53, amt you OVERPAID.....(61)____978.
OR        62 Amount of line 61 you want REFUNDED TO YOU........(62)____978.
AMOUNT    63 Amount of ln 61 APPLIED TO YOUR 1994 ESTIMATED TAX(63)_____
YOU       64 If line 53 is more than 60, AMOUNT YOU OWE........(64)_____
OWE       65 Estimated tax penalty. Also include on line 64....(65)_____
------------------------------------------------------------------------
Under penalties of perjury, I declare that I have examined this return and
accompanying schedules & statements, & to the best of my knowledge & belief,
they are true, correct, and complete. Declaration of preparer (other than
taxpayer) is based on all information of which preparer has any knowledge.
SIGN   | Your signature             Date          Your occupation
HERE.  | _William S. Peavy_____  4-11-94___    _Retired_____
       | Spouse's signature(if joint) Date        Spouse's occupation
PAID   | _Jean A. Peavy_____  4-11-94__     _Retired_____
PREP-  | Preparer's signature       Date   Self-emp? Preparer's SSN
ARER'S | _Lewis J. Wallach_____  ____    [X]    _____
USE    | Firm's name _Lewis J. Wallach, CPA_____  E.I.No. _____
ONLY   | Address _4310 Pan American, Suite 208___
       | _Albuquerque, NM_____  ZIP code 87107-4721
J181  For Paperwork Reduction Act Notice, see Separate Instructions
```

**EXHIBIT 25**

**55**

DCC00006427

1993 NEW MEXICO PIT - 1
PERSONAL INCOME TAX LONG FORM

For the year January 1 - December 31, 1993 or other taxable year
 beginning _____ 1993, ending _____       [_] AMENDED
Your first name        Last name            SSN       [X] RESIDENT
William S.             Peavy            (1)  ████0584*[_] NONRESIDENT
Spouse's first name   Last name            SSN        [X] RESIDENT
Jean A.                Peavy            (2)  ████0965*[_] NONRESIDENT
Your mailing address, city, state and zip
316 Horton Lane, N.W., Albuquerque, NM, 87114 _____
Name of Claimant of Deceased Taxpayer(See instructions on page 3)
-------------------------------------------------------------------
FILING STATUS (Check one)           [_] (3) Married filing separately
3  [_] (1) Single                       (Enter spouse's SSN on line 2)
                                    [_] (4) Head of Household
   [X] (2) Married filing jointly   Name of Qual Pers _____
                                    [_] (5) Qualifying widow(er) with Dep
                                    Year spouse died  [_] 91 [_] 92
-------------------------------------------------------------------
EXEMPTIONS
4a [X] Yourself    If someone (such as your parent) can claim you
4b [X] Spouse      as a dependent, do not check box 4a.
-------------------------------------------------------------------
5  DEPENDENTS         X If   If 1 or
   Name               < 1    over: SSN
_____ [_] _____ | Number of boxes checked on
_____ [_] _____ | 4a and 4b ...........(4c)____ 2.
_____ [_] _____ | Number of dependents
_____ [_] _____ | listed in 5 ..........(5)_____
_____ [_] _____ | Add boxes 4c and 5
_____ [_] _____ | Total Exemptions ......(6)____ 2.*
_____ [_] _____ |
_____ [_] _____ |
-------------------------------------------------------------------
INCOME AND ADJUSTMENTS
 7 Federal Adjusted Gross Income (line 31, federal Form 1040).(7)___61,341.*
 8 Interest and Dividends from federally tax-exempt bonds ....(8)_____*
 9 NOL carry forward included in line 22 of federal Form 1040.(9)_____*
10 Add lines 7, 8 and 9. This is Your New Mexico Base income.(10)___61,341.
-------------------------------------------------------------------
DEDUCTIONS FROM BASE INCOME
11 Federal Deduction Amount (line 34, federal Form 1040).....(11)____7,600.*
   If you itemized for federal tax purposes, check this box.[_]
12 Federal Exemption Amount (line 36, federal Form 1040).....(12)____4,700.*
13 Deduction for New Mexico tax-exempt Int and Divnd.........(13)_____116.*
14 NOL Carry forward allowed under New Mexico law............(14)_____*
15 Interest received on U.S. government Obligations..........(15)_____*
16 Taxable Railroad Retirement Act Annuities and Benefits;
   Taxable Railroad Unemployment Insurance Act sick pay.....(16)_____*
17 Income of an Indian that was wholly earned on the reservation
   or pueblo of which the individual is an enrolled member
   while domiciled on that reservation or pueblo. I am enrolled
   as a member of the _____ Indian nation, tribe or
   pueblo. My enrollment number is _____
                 Spouse's number  _____......(17)_____*
18 If you or your spouse are age 65 or older or blind check here
            Yourself [X] *      Spouse [X] * .................(18)_____*
19 Deduction for adoption of special needs children..........(19)_____*
20 ADD lines 11 through 19. Enter total here.................(20)___12,416.
21 THIS IS YOUR NEW MEXICO TAXABLE INCOME(Sub Ln20 from Ln10)(21)___48,925.*

**EXHIBIT 25**

**56**

DCC00006428

```
1993 NEW MEXICO PIT-1                                          PAGE 2
  William S. & Jean A. Peavy                           ████████0584
TAXES
21a Amount from line 21, New Mexico Taxable Income .........(21a)___48,925.
22  Tax from appropriate table or sch for line 21a amount....(22)____2,489.*
23  Enter amount of tax on lump sum distributions from wkst..(23)_____*
24  ADD lines 22 and 23. Enter total here....................(24)____2,489.
25  Tax from PIT-B Form, Allocation & Apportionment Schedule.(25)_____*
26  Enter amount from line 24 or if you completed the PIT-B Form,
    enter the amount from line 25............................(26)____2,489.*
CREDITS-------------------------------------------------------------------
27  For New Mexico Residents Only - Credit for taxes paid
    to another state from worksheet, page 9 of instructions..(27)_____*
28  Cultural Properties Preservation credit(Attach PIT-4)....(28)_____*
29  ADD lines 27 and 28. Enter total here....................(29)_____*
30  SUBTRACT line 29 from line 26.(Zero if negative number)
    THIS IS YOUR NET TAX.....................................(30)____2,489.
-------------------------------------------------------------------------
31  New Mexico Income Tax Witheld.(ATTACH COPY OF W-2 FORMS).(31)____1,031.##
32  Prepayment of 1993 New Mexico Personal income Taxes......(32)_____*
33  Total claimed on Rebate and Credit Sch (Attach PIT-RC)...(33)_____*
AMENDED RETURNS ONLY:
34  Enter amount paid with original tax return plus
    additional tax paid after it was filed...................(34)_____*
35  ADD lines 31 through 34. enter total here................(35)____1,031.*
AMENDED RETURNS ONLY:
36  Enter the amount of any previous refund that you received
    for tax year 1993. If none enter zero....................(36)_____*
37  SUBTRACT line 36 from line 35.    -
    If line 36 is zero, enter the amount from line 35........(37)____1,031.
38  If line 30 is greater than line 37, the difference is the
    TAX DUE. Enter the amount you owe........................(38)____1,458.##
39  If line 30 is less than line 37, the difference is the
    REFUND AMOUNT. Enter here................................(39)_____*
    NEW MEXICO VOLUNTARY CONTRIBUTION FUNDS. If you wish to contribute
    any of your tax refund to any of the following funds, complete
    PIT-D form. Total fund contribution may not exceed the amount
    on line 39.
         SHARE WITH     VETERANS NATIONAL  SUBSTANCE ABUSE
         WILDLIFE        CEMETERY FUND     EDUCATION FUND
            NEW MEXICO FOREST        NEW MEXICO POLITICAL
            RE-LEAF PROGRAM               PARTIES
40  Total of voluntary fund contributions. (Attach PIT-D)....(40)_____*
41  SUBTRACT line 40 from line 39 and enter the amount here.
    THIS IS YOUR NET REFUND..................................(41)_____*
-------------------------------------------------------------------------
    + SIGN THE FORM + ATTACH CHECK OR MONEY ORDER FOR FULL AMOUNT +
    + MAKE PAYABLE TO NEW MEXICO TAXATION AND REVENUE DEPARTMENT +
    + INDICATE SOCIAL SECURITY NUMBER ON CHECK OR MONEY ORDER +
-------------------------------------------------------------------------
NOTE: THIS RETURN IS NOT COMPLETE UNLESS IT IS SIGNED BY THE TAXPAYER
      I declare that I have examined this return, including accompanying
      schedules and statements, and to the best of my knowledge and belief,
      it is true, correct and complete. Declaration of preparer (other
      than taxpayer) is based on all information of which preparer has any
      knowledge.
SIGN   ₩S Peavy           4-11-94    Lewis D. Walloch
       Your Signature      MM/DD/YY   Signature of Preparer
HERE   Jean A. Peavy       4-11-94
       Spouse's Signature(If MFJ, BOTH  MM/DD/YY  Preparer's NM CRS
       must sign, even if only one had income.)   ID Number or SSN.
    MAIL TO: Taxation and Revenue Dept, PO Box 25122, Santa Fe, NM 87504-5122
```

EXHIBIT 25
57

DCC00006429

# EXHIBIT 26

Tel: 505-897-7450                         316 Horton Ln., NW
Fax: 505-897-7450                         Albuquerque, N.M. 87114

                                          June 14, 1994


Paul Levitz
Executive Vice-President & Publisher
DC COMICS
1325 Avenue of the Americas
New York, N.Y. 10019

Dear Paul:

     Frank and I enjoyed our visit with you on May 9th.  Thank
you for giving each of us the book, THE DEATH & LIFE OF SUPERMAN.
Stern wrote a very interesting story which held me captivated
throughout.

     You asked us to remind you in about a month if we hadn't
yet heard from you about raising our pension to $35,000 a year.
to cover the 35% loss from income taxes.  Has any decision yet
been made?  We know that you personally are a compassionate
man.  We hope you have been able to influence the new treasurer
of TIME-WARNER.  We also look forward to another bonus from the
LOIS & CLARK SHOW.

     We hope this can be handled before the summer Comic Book
Conventions beginbecause we know you will be pre-occupied then.
Do hope you enjoy them.

     Thank you, Paul, for your kindness and understanding in the
care of Joe Shuster's family.  We hope that TIME-WARNER will be
as generous as you would be.

     Relay our best regards to Jenette.  Sorry we missed her on
our visit to your office.

                                   Sincerely,

                                   Jean Shuster Peavy
                                   Jean Shuster Peavy




cc: Frank Shuster


DCC00006422

**EXHIBIT 26**
**58**

# EXHIBIT 27



**DC COMICS**
1325 Avenue of the Americas
New York, New York 10019
(212) 636-5555
FAX (212) 636-5485

Paul Levitz/Executive Vice President & Publisher

July 11, 1994

Jean Shuster Peavy
316 Horton Lane NW
Albuquerque NM 87114

Frank Shuster
98-120 Queens Boulevard
Apartment 4K
Rego Park NY 11374

Dear Jean and Frank:

It was nice to have you visit in May, and I'm pleased to see that you're both well. I've finally had an opportunity to discuss your various requests with my colleagues, and would like to share our feelings with you.

While we have a great deal of personal sympathy for your desire to take care of Joe's nephew, niece and her family as you would have hoped (or expected) Joe to respond had he lived, we can't accept that as our corporate responsibility. We have acted in what we believe is a fair and decent, even generous, manner to you beyond our contractual obligations to you both in the spirit of our agreement with Joe. While he may have been willing to go even further, we can't act in his stead. We must, therefore, decline to either raise your annual stipend by the eight or nine thousand dollars you requested or to add an ongoing cost of living formula.

We are willing, however, to share the good fortune that Superman brings us with the family of his creators. We're pleased to acknowledge our pick-up for a second season of LOIS & CLARK: THE NEW ADVENTURES OF SUPERMAN (which happened the day you came in) with the enclosed bonus check for $10,000. On behalf of the DC, Warner Bros. and Time Warner team, we want you to feel Joe's genius is remembered and honored.

I hope that other occasions will arise in future years which we will find suitable for material acknowledgement that can assist your family, but we cannot promise to do more than consider them as they may occur.

Wishing you both continued health and happiness,

Best,

Paul Levitz

:lf

Redacted



A division of Warner Bros.–A Time Warner Entertainment Company

**EXHIBIT 27**

**59**

DCC00006420



**DC COMICS**
1325 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
GENERAL ACCOUNT

No. 010075

$\frac{1-1}{211}$

| PAY | | DATE | CHECK NO. | NET AMOUNT |
|---|---|---|---|---|
| | | 07/11/94 | 00010075 | |

TEN THOUSAND AND 00/100 DOLLARS                    *********10,000.00********

TO THE
ORDER
OF

JEAN SHUSTER PEAVY
316 HORTON LN NW
ALBUQUERQUE
NM      87114

CHEMICAL
55 WATER STREET, NEW YORK, N.Y. 10041

Paul Levitz

RC                                                AUTHORIZED SIGNATURE

⑆4835⑆

**DC COMICS**
1325 AVENUE OF THE AMERICAS, NEW YORK, NEW YORK 10019

PLEASE DETACH BEFORE DEPOSITING   010075

| VOUCHER NO. | INVOICE NUMBER | PURCHASE ORDER | INVOICE DATE | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 914565 | 114565 | | 07/11/94 | 10,000.00 | 0.00 | 10,000.00 |
| | Bonus - "Lois and Clark" - 2nd season | | | | | |

DCC00006421

**EXHIBIT 27**
**60**

# EXHIBIT 28



316 Horton Lane, NW
Albuquerque, N.M. 87114

July 25, 1994

Paul Levitz, Executive Vice President and Publisher
DC COMICS
1325 Avenue of the Americas
New York, N.Y. 10019

Dear Paul:

I returned from a vacation to find your letter and check of
$10,000 as a bonus for the renewal of the LOIS & CLARK SHOW.
Frank and I want to thank you very much for your consideration.
We will appreciate being remembered in the future when you
find other occasions to financially honor Joe's memory with
your generosity to his family.

We hope your ZERO HOUR, CRISIS IN TIME is successful.  Sounds
like a unique idea retelling the origins of your comic book
characters.

Frank and I wish for the continued success of DC COMICS.

Most sincerely,

Jean Shuster Peavy
and Frank Shuster

DCC00006399

**EXHIBIT 28**
**61**

# EXHIBIT 29

316 Horton Lane, NW
Albuquerque, N.M. 87114

April 10, 1995

Paul Levitz, DC Comics
Executive Vice President & Publisher
1325 Avenue of the Americas
New York, N.Y. 10019

Dear Paul:

This is tax time and I'm confused about the $10,000 gift you
sent for the renewal of the LOIS & CLARK SHOW last year, which
we appreciated very much.  However, we received a 1099 form
from the IRS reporting it as compensation instead of as a
clear bonus gift.  What was your intention?

If it was intended as a gift your accountant would need to
file an amended 1099 and state that to the IRS.  Then please
send us a copy of it.

If it was intended as compensation, as the $25,000 a year we
receive, then I guess that we're stuck with sending the IRS
almost $3400 of the $10,000.

I hope your accountant can handle this as soon as possible
as we need to hold up our filing our income tax until this
is settled.

Is there a chance that LOIS & CLARK will be renewed?  It was
such a great show that it will be a pity if they take it off
their schedule.

Hope all is going well with DC Comics and with you personally.

Best regards,

Jean Shuster Peavy

**EXHIBIT 29**

**62**

DCC00006419

# EXHIBIT 30



DC COMICS
1325 Avenue of the Americas
New York, New York 10019
(212) 636-5555
FAX (212) 636-5485

Paul Levitz/Executive Vice President & Publisher

April 17, 1995

Frank Shuster
98-120 Queens Boulevard
Rego Park NY 11374

Jean Shuster Peavy
316 Horton Lane NW
Albuquerque NM 87114

Dear Frank and Jean:

I'm pleased to send you each a copy of a replica edition just published of George Lowther's SUPERMAN prose novel which Joe so beautifully illustrated.

Enjoy, and I hope all else is well.

Best,

Paul Levitz

:lf



A division of Warner Bros.–A Time Warner Entertainment Company

**EXHIBIT 30**

**63**

DCC00006417

# EXHIBIT 31



**DC COMICS**
1325 Avenue of the Americas
New York, New York 10019
(212) 636-5555
FAX (212) 636-5485

Paul Levitz/Executive Vice President & Publisher

April 19, 1995

Jean Shuster Peavy
316 Horton Lane NW
Albuquerque NM 87114

Dear Jean:

I'm sorry you were confused by the check on LOIS & CLARK and the resulting 1099. The check represents a bonus, as it did last year, and the 1099 is the same treatment as we used last year. We understand that this creates a tax liability, but that's the nature of the tax laws.

I hope all is well with you and your family.

Best,

Paul Levitz

:lf

A division of Warner Bros.–A Time Warner Entertainment Company

**EXHIBIT 31**

**64**

# EXHIBIT 32



316 Horton Lane, NW
Albuquerque, N.M. 87114

April 27, 1995

Paul Levitz
Executive Vice-President & Publisher
DC COMICS
1325 Avenue of the Americas
New York, N.Y. 10019

Dear Paul:

It was a delightful surprise to receive a copy of the book,
THE ADVENTURES OF SUPERMAN by Lowther.  I had such a feeling
of nostalgia looking through the drawings that Joe had made.
I was glad to see another acknowledgement of Joe and Jerry's
character.   Frank is just as pleased as I am.

It looks like good news for LOIS AND CLARK.  It is really a
very entertaining show and I'm glad it is going to be
renewed.  I do hope you will remember Frank and myself
once again.  Is it possible to reward us with a gift
versus a bonus so that there is no tax liability to us?
In any case, you know we appreciate your thoughtfulness.

Once again, Frank and I both thank you for a copy of the
latest book to each of us.

Personal regards,

Jean Shuster Peavy

Jean Shuster Peavy

DCC00006416

**EXHIBIT 32**

**65**

# EXHIBIT 33



DC COMICS
1700 Broadway
New York, New York 10019
(212) 636-5555
FAX (212) 636-5485



Paul Levitz/Executive Vice President & Publisher

June 7, 1995

Jean Shuster Peavy
316 Horton Lane NW
Albuquerque NM  87114

Dear Jean:

We've recently received official word of the pick up of LOIS & CLARK: THE NEW ADVENTURES OF SUPERMAN for a third season, and wanted to share our success with you and Frank.  Enclosed please find a bonus check for $10,000, continued honor of Joe's wonderful co-creation.

Hope all else is well with you and yours.

Best,

Paul Levitz

:lf

cc: Frank Schuster



A division of Warner Bros.–A Time Warner Entertainment Company

**EXHIBIT 33**
**66**

DCC00006414



CHEMICAL
55 Water Street
New York, N.Y. 10041

DC COMICS
1700 Broadway
New York, NY 10019
General Account

No. 30430

PAY

DATE
06/03/95

CHECK NO.
00030430

NET AMOUNT
******10,000.00

TEN THOUSAND AND 00/100 DOLLARS

TO THE
ORDER
OF

JEAN SHUSTER PEAVY
316 HORTON LN NW
ALBUQUERQUE
NN   87114

AUTHORIZED SIGNATL

**THE BACK OF THIS CHECK MUST CONTAIN AN ARTIFICIAL WATERMARK OR IS VOID**

1835

DC COMICS
1700 BROADWAY, NEW YORK, NY 10019

D C COMICS

PLEASE DETACH BEFORE DEPOSITING

30430
00030430

| VOUCHER NO. | INVOICE NUMBER | PURCHASE ORDER | INVOICE DATE | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| Q22247 | 22247 | | 05 26 95 | 10,000.00 | .00 | 10,000.00 |
| LOIS & CLARK | | | | | | |
| TOTALS | | | | 10,000.00 | .00 | 10,000.00 |

EXHIBIT 33
67

DCC00006415

# EXHIBIT 34



316 Horton Lane, NW
Albuquerque, N.M. 87114
(505) 897-7450
FAX (505) 897-7450

June 14, 1995

Paul Levitz
Executive Vice President & Publisher
DC COMICS
1700 Broadway
New York, N.Y. 10019

Dear Paul:

So glad to hear that LOIS & CLARK has been renewed for
its third season.  Frank and I want to thank you so
much for sharing its success with the $10,000 bonus
check you sent to continue to honor Joe's co-creation.

We note the new address for DC COMICS and hope you are
happy in your new surroundings.

Best wishes,

Jean Shuster Peavy

cc: Frank Shuster

**EXHIBIT 34**

**68**

DCC00006413

# EXHIBIT 35



DC COMICS
1700 Broadway
New York, New York 10019
(212) 636-5555
FAX (212) 636-5485



Paul Levitz/Executive Vice President & Publisher

November 27, 1995

Jean Shuster Peavy
316 Horton Lane NW
Albuquerque  NM  87114

Dear Jean:

Enclosed please find 25 of the Canadian Post Office's commemorative book including
the Joe Shuster SUPERMAN stamp.  Unfortunately we were unable to obtain any
'first day covers' or other versions, but I hope your family will enjoy this special
memento.

Sincerely,

Paul Levitz

:lf

**EXHIBIT 35**

**69**

DCC00006383

# EXHIBIT 36



DC COMICS
1700 Broadway
New York, New York 10019
(212) 636-5555
FAX (212) 636-5485

Paul Levitz/Executive Vice President & Publisher

November 27, 1995


Frank Shuster
98-120 Queens Boulevard
Rego Park  NY  121374

Apartment 4K

Dear Frank:

Enclosed please find 25 of the Canadian Post Office's commemorative book including
the Joe Shuster SUPERMAN stamp.  Unfortunately we were unable to obtain any
'first day covers' or other versions, but I hope your family will enjoythis special
memento.

Sincerely,

Paul Levitz

:lf

# EXHIBIT 37

Christmas 1995

Dear Paul,

Thank you for your consideration in sending us the 2 books of the Canadian Post Office's commemorative stamps. It was nice seeing it & will be a nice addition to our Superman mementos.

We're glad to see that Lois & Clark are holding up so well in the ratings. We hope it will be renewed for a fourth season.

We hope DC Comics continues to do better than Marvel Comics.

*Season's Greetings*

AND BEST WISHES FOR A HAPPY NEW YEAR

Jean Shuster Peavy

**EXHIBIT 37**
71

DCC00006381

# EXHIBIT 38

March 17, 1966

Dear Paul =

Thank you for your recent memorandum concerning the Jerry Siegel Memorial.

I am not certain at the present time whether or not I will be able to attend the N.Y. Memorial due to a back problem which is still bothering me.

I would, however, like to offer a few suggestions concerning the service.

I suggest that you invite Mike Catron to be the keynote speaker. He is currently writing a book about Siegel & Shuster and is probably the foremost authority on the life and work of Jerry Siegel. His phone no. is: (717) 597-5820. FAX: (717) 597-7107, Address: P.O. Box 610, GREENCASTLE, PA 17225.

I also suggest you send a more personal letter to each and every DC employee and freelancer to remind them that they each owe their employment or financial benefit

EXHIBIT 38
72

DCC00006775

- 2 -

to Jerry Siegel, whether or not they ever personally met him, and that it would be nice if they could manage to say a few words of appreciation for the father of SUPERMAN.

Another suggestion would be to open and close the memorial service with a classical piano selection. You can either select a student pianist from the Juliard School of Music for a minimum fee or a professional pianist from the musician's union at a standard fee. And since the name Siegel is a common Jewish name, you could probably find a pianist whose last name is also Siegel.

Hope these suggestions will be worthy of your consideration.

Best wishes to you and all the staff at DC.

Sincerely,

Frank Shuster

**EXHIBIT 38**
73

DCC00006776

# EXHIBIT 39



DC COMICS
1700 Broadway
New York, New York 10019
(212) 636-5555
FAX (212) 636-5485

Paul Levitz/Executive Vice President & Publisher

March 25, 1996

Jean Shuster Peavy
316 Horton Lane NW
Albuquerque  NM  87114

Dear Jean:

I'm please to inform you that we;ve had an early pick-up for LOIS & CLARK: THE
NEW ADVENTURES OF SUPERMAN for the season beginning this fall.  The
show's done very well in the ratings, and has made it up to the top 20 shows.  In
continuing recognition of Joe's contribution to our success, we're enclosing a check
for $10,000 for you and Frank.

I hope all else is well with you and your family.

Sincerely,

Paul Levitz

:lf

cc: Frank Shuster



A division of Warner Bros.–A Time Warner Entertainment Company

**EXHIBIT 39**
**74**

DCC00006375

CHEMICAL
14 Water Street
New York, N.Y. 10041



DC COMICS
1700 Broadway
New York, NY 10019
General Account

No. 34839

PAY

DATE
03/21/96

CHECK NO.
Q0034839

NET AMOUNT
*****10,000.00

TEN THOUSAND AND 00/100 DOLLARS

TO THE
ORDER
OF

JEAN SHUSTER PEAVY
316 HORTON LN NW
ALBUQUERQUE
NM   87114

AUTHORIZED SIGNATURE

THE BACK OF THIS CHECK MUST CONTAIN AN ARTIFICIAL WATERMARK OR IS VOID

1835

DC COMICS
1700 BROADWAY, NEW YORK, NY 10019

D C COMICS

PLEASE DETACH BEFORE DEPOSITING
00034839

34839

| VOUCHER NO. | INVOICE NUMBER | PURCHASE ORDER | INVOICE DATE | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| T10088 | | | 03 20 96 | 10,000.00 | .00 | 10,000.00 |
| | | | | | | |
| TOTALS | | | | 10,000.00 | .00 | 10,000.00 |

**EXHIBIT 39**
75

DCC00006376

# EXHIBIT 40



DC COMICS
1700 Broadway
New York, New York 10019
(212) 636-5555
FAX (212) 636-5485

Paul Levitz/Executive Vice President & Publisher

March 25, 1996

Frank Shuster
98-120 Queens Boulevard
Apartment 4K
Rego Park NY 11374

Dear Frank:

I certainly hope you'll be feeling better in time to participate at the New York memorial, as one of Jerry's earliest colleagues and friends.

The general approach to the two memorials for Jerry are being established based on our discussions with Joanne Siegel and their daughter Laura. I'm sure we'll have an outstanding participation from the current DC staff and freelancers, who certainly do understand the debt they have to both Jerry and Joe.

Hoping to see you in May.

Best,

Paul Levitz

:lf

A division of Warner Bros.–A Time Warner Entertainment Company

**EXHIBIT 40**

**76**

DCC00006377

# EXHIBIT 41

316 Horton Ln. NW
Albuquerque, NM 87114
Fax/Phone: 505-897-7450

March 29, 1996

Paul Levitz, Exec. Vice Pres. & Publisher
Jenette Kahn, President
DC Comics
1700 Broadway
New York, NY 10019

Dear Paul and Jenette:

I'm faxing a Memorial letter to you which I hope can be read
at Jerry's Memorial service. Sorry I could not be there in
person. I need to be in New York in early June. My brother
Frank and I would like to come in and visit with both of you at
that time.

... to relay. A screenplay is
... on Warren Peary and Rick Palacio about the
life story of Siegel and Shuster titled "DREAMERS." A couple of
Hollywood production companies have shown some interest in it
... company, co-producers of Braveheart, and
... . I think that Warner Brothers should take a look at the
screenplay and have first choice of producing it if they are
interested. I've read the synopsis. It is wonderful. I believe
it is a picture that would do very well for Warner. I would be
glad to send you the synopsis and you could see if there is
interest at Warner Brothers. Please let me know.

We will look forward to seeing you if you will be in town.
I will be there from May 29 through June 11.

With very best wishes,

Jean Shuster Peavy

**EXHIBIT 41**

**77**

DCC00006372

5085977450  PAGE
MAR 28 '96 10:18

## MEMORIAL TO JERRY SIEGEL

My brother Frank and I regret the fact that we could not attend the Memorial Services for our beloved friend, Jerry Siegel. As sister and brother of Joe Shuster, artist creator of SUPERMAN, we had known Jerry almost all of our lives. I, Jean, was 11 years old when I first met him. He became a third brother to me as he was over at our apartment every single day working with Joe. As all children do, we loved the comics. Frank and I read the early comics that they had created. When they created SUPERMAN, as we know him today, I became real excited. Of all their characters, this, I remember saying, was their best. It grabbed me and I felt that it would effect everyone as it had me. I'm glad that my childish intuition was correct.

Over the years I had witnessed the life of Jerry and Joe with its ups and downs, their joy of creation and their despair of rejection. They had small wins in the beginning when they sold some of their early comics, and had great joy when they finally sold their favorite character, SUPERMAN.

We are pleased that the last 18 years of Jerry's life was lived with the recognition he deserved and the security that they had earned, thanks to the younger generations at DC COMICS and WARNER BROS.

The last time I saw Jerry Siegel and his wife, Joanne, was when Joe passed away in 1992. My brother Frank and I will always love Jerry in our memory. A great creative genius has been lost to the world but his creations will live on forever.

Jean Shuster Peavy

*Jean Shuster Peavy*

P.01
5085977450
WARREN PEARY

**EXHIBIT 41**
**78**

DCC00006373

# EXHIBIT 42





DC COMICS
1700 Broadway
New York, New York 10019
(212) 636-5555
FAX (212) 636-5485

Paul Levitz/Executive Vice President & Publisher

March 30, 1996

Jean Shuster Peavy
316 Horton Lane NW
Albuquerque NM 87114

Frank Shuster
98-120 Queens Boulevard
Apartment 4K
Rego Park NY 11374

Dear Jean and Frank:

The memorial service for Jerry in Los Angeles went very beautifully, and I read
Jean's message to the audience. I'm enclosing copies of the program for each of
you, and thought you'd like to know that the attendees also included Bob Kane
(creator of <u>Batman</u>), Stan Lee (creator of the Marvel Comics characters), and Forrest
J. Ackerman (a member of science fiction fandom who knew Jerry and Joe through
correspondence since they were kids).

I'll look forward to seeing you in June, and to seeing Warren's screenplay when
completed. The Warner film executives will be happy to read and evaluate it.

Best,

Paul Levitz

:lf



A division of Warner Bros – A Time Warner Entertainment Company

DCC00006206

**EXHIBIT 42**
**79**



# JERRY SIEGEL
## 1914-1996

Jerry Siegel conceived Superman with his collaborator, Joe Shuster, when they were high school students in Cleveland. After several years of unsuccessfully trying to have the character syndicated as a comic strip, Superman was selected by DC Comics as the lead feature for ACTION COMICS #1 (June, 1938). Siegel & Shuster's Man of Steel was an instant hit, virtually creating the comic book industry by the millions of readers it attracted, and the thousands of other super heroes it inspired.

The classic story of Lois, Clark and Superman, has remained constant since the very first episode. Superman went on to become an extraordinary performer in every entertainment medium, including newspaper strips, radio drama, theatrical cartoons, novels, children's books, movie serials, live-action television, Broadway theater, television cartoons, and motion pictures. Jerry Siegel continued to script the character for eight years, and contributed to Superman's legend into the sixties.

Today Superman is known and beloved by children and adults alike, in nearly every country in the world. He is the star of a new comic every week, while reaching out to a wider audience in the hit TV series *Lois & Clark: The New Adventures of Superman* from Warner Bros. Television, with a new cartoon series debuting this fall on the Kids' WB, and Warner Bros. Theatrical is working on a new blockbuster Superman movie. The tale told by Jerry Siegel is still told and retold, embellished and passed on, and acted out by kids with towels round their neck and fine actors alike.

Jerry Siegel contributed many different stories to our culture, including other characters still published by DC, but it is Superman that touched all of our lives. Whether we first read the story as children or have just had the opportunity to work with Superman at the many divisions of Warner Bros., we celebrate Jerry Siegel's life and creativity. We thank his wife, Joanne, and daughter, Laura, for sharing Superman's father with us.

### MARCH 29, 1996
### BURBANK, CALIFORNIA

### SPEAKERS

JOHN SCHULMAN — *Executive Vice President & General Counsel, Warner Bros.*

JENETTE KAHN — *President & Editor-in-Chief, DC Comics*

PAUL LEVITZ — *Executive Vice President & Publisher, DC Comics*

TONY JONAS — *President, Warner Bros. Television*

JENNIFER PERINI — *Vice President, Warner Bros. Theatrical Production*

PAUL DINI — *Producer, Warner Bros. Television Animation*

LAURA SIEGEL-LARSON

JOANNE SIEGEL

**EXHIBIT 42**

DCC00006207

# EXHIBIT 43

316 Horton Lane NW
Albuquerque, N.M. 87114
Phone & Fax (505)897-7450

April 3, 1996

Paul Levitz, Exec. Vice-President
          and Publisher
DC COMICS
1700 Broadway
New York, N.Y. 10013

Dear Paul:

First of all, thank you so much for the $10,000 bonus check
for Frank and myself.  So happy that LOIS & CLARK  continues
to be successful and that you are remembering us in this way
as you said you would.  We really appreciate it.

We are glad that the Burbank Memorial Service for Jerry
went well.  It was interesting to hear of who some of the
attendees were.  I particularly remember Bob Kane.  He and
Joe had been good friends and he came to our home back in
the early 1940's.

I hope the New York Memorial Service will go well too and
that my letter will be read again to honor Jerry.

I will call you in late May to set up a time for our visit.
It would be nice to see Jenette as well, if she is available.
I will bring my son's screenplay in at that time so that you
can read it first, if you wish, and then pass it on to the
Warner film executives.

                              Best regards,

                              Jean Shuster Peavy

                              Jean Shuster Peavy

cc: Frank Shuster

**EXHIBIT 43**
**81**

DCC00006374