# EXHIBIT 44

Warren Peary
Rick Palacioz
316 Horton Ln. NW
Albuquerque, NM 87114
Ph./Fax  505-897-7450

May 29, 1996

Paul Levitz,  Exec. V-Pres.
DC COMICS
1700 Broadway
New York, NY 10019

Dear Paul,

We are delighted to enclose the screenplay "DREAMERS™" - an inspiring life story of  Joe Shuster and Jerry Siegel.  We've also enclosed supporting graphics created specifically for you and Warner Brothers for a strong visual feel of the story.   A brief synopsis is as follows:

Drawn together by destiny, two poor, Jewish kids growing up in the Depression cling to their dreams and create the world's greatest superhero that becomes a beacon of hope and courage to America and the world in a time of great turmoil.  An enduring lifelong friendship sees them through the ups and downs of fame and fortune.  In the end, they discover the most important thing of all is how their enduring legacy has changed peoples lives forever in ways that have made the world a better place.

We are very excited about DREAMERS™ as it is based on one of the greatest stories ever and came to us as an inspiration in tribute to the lives of these two great people.  Currently, we have two other Hollywood production companies interested in the screenplay, The Ladd Company at Paramount Studios and Tipperary Pictures.  We want to give Warner Brothers "first crack" at this screenplay as it is a magical and moving story that would be perfect for Warner, in addition to fueling even greater interest in Superman.

Since you will be passing DREAMERS™ on to a Warner Brothers development Exec we would like to ask from you a letter acknowledging receipt of the screenplay written by Warren Peary and Rick Palacioz.  If you could send us two letters on your letterhead acknowledging receipt with your (and Jenette Kahn's if possible) "autograph" to frame for our business offices that would be great as we're big fans of DC Comics and Warner Brothers.

Warren Peary is Joe Shuster's nephew and knew his uncle quite well during the last 20 years of his life.  He is also a professional writer and a published author.  Rick Palacioz has studied screen writing under a number of premiere Hollywood screenwriters including Hilary Bader (Lois & Clark, Voyager, Deep Space Nine), Marshall Herskowitz (Legends of the Fall), Graham Yost (Speed, Broken Arrow), and Dan Petrie (Big Easy, Beverly Hills Cop).

Thank you for your sincere interest.  We would appreciate it if the people at Warner Brothers could let us know of their interest within 3 months.  Thanks again.


Sincerely yours,

Warren Peary

Warren Peary                              Rick Palacioz


P.S.  In your letter to us, could you please let us know the name of a contact person who recieved the script at Warner Brothers.

**EXHIBIT 44**
**82**

DCC00006235



**DREAMERS** ™

**The Spirit of Hope, Imagination, and achieving the Impossible**

© Copyright 1995 by Rick Palacios. All Rights Reserved.

EXHIBIT 44

Trademarks: Rick Palacios / ZEUS tm INTERNATIONAL. DREAMERS tm is a trademark of Warren Peary and Rick Palacios.

DCC00006236



Jerry Siegel and Joe Shuster at work dreaming of the adventures of the mightiest Hero of them all —

**SUPERMAN!**

**EXHIBIT 44**
84

DCC00006337



**EXHIBIT 44**
85

DCC00006238



Trylon and Perisphere Theme Center

**DREAMERS —**

**The Spirit of Hope, Imagination, and achieving the Impossible captured at the 1939 New York World's Fair.**

New York World's Fair 1939

EXHIBIT 44
86

A-35
DCC00006239



**EXHIBIT 44**
87

DCC00006240

**Sexy, Sophisticated and Glamorous ... a Lorraine "type" of woman.**



**EXHIBIT 44**
88

DCC00006241





Londoners dig out
after a terrifying
Nazi air raid turns
buildings into
rubble.

**EXHIBIT 44**
89

DCC00006242





**EXHIBIT 44**
90

DCC00006243



Mass euphoria sweeps the world with Japan's surrender...

...as jubilant New Yorkers swarm into the streets...

...as this "classic vintage photo" of a sailor kissing a nurse shows.



**EXHIBIT 44**
91

DCC00006244

*Superman the "Father" of all this.*

# NEWS & NOTES

APRIL 19, 1996 • MOVIES, TV, BOOKS, MUSIC, MULTIMEDIA & VIDEO • EDITED BY MAGGIE MURPHY

# DRAWING POWER

*Studios and stars count on comics to provide big franchises.* **BY TY BURR**



**A**ND YOU THOUGHT action-movie heroes were *already* two-dimensional.... With more than 25 high-profile film projects based on comic-book characters in the works, Hollywood has fallen prey to a serious case of superhero worship. Consider what's happening on the pulp fiction

front: *Barb Wire*, **Pamela Lee's** action feature based on the Dark Horse Comics character, opens May 3; a month later, *The Phantom*, with **Billy Zane** as the legendary purple crime fighter, hits theaters. Meanwhile, shooting has just begun on Columbia's *Men in Black*, an action feature based on the Malibu Comics title about cops battling aliens, starring **Tommy Lee Jones** and **Will Smith**. The lineup of Hollywood heavies looking to go back to the drawing boards goes on: **Wesley Snipes** is close to signing on to star in New Line's *Blade the Vampire Slayer*, director **Richard Donner** (*Lethal Weapon*) is producing a feature based on the ultra-popular *X-Men* comic for Fox, and **Ivan Reitman** (*The Late Shift*)

will produce and possibly direct a *Wonder Woman* feature for Warner Bros.

Comics have reached such a critical mass in Hollywood that even superstars want to join the superhero club. According to hot comics artist Rob Liefeld, **Tom Cruise** was so eager to get in on this spandex fetish that he asked Liefeld to create a comic-book concept for him. Liefeld came up with the Mark, a hero who receives superpowers from a magical tattoo. "It's a great story and it was very much tailor-made for [Cruise]," says Liefeld. Cruise's production company is currently working on a script, while Liefeld is creating the comic book.

Aside from their being neat, prepackaged ideas, studios have latched on to comic-

**EXHIBIT 44**
92

DC 00006245



**EXHIBIT 44**

93

DCC00006246

DREAMERS ™

The Story Of Joe Shuster and Jerry Siegel

The Creators of SUPERMAN

by

Warren Peary & Rick Palacioz

316 Horton Ln. NW
Albuquerque, NM 87114
505-897-7450

WGA Registered
No. 09988-00
      09988-01

Copyright © 1996 by Mark Warren Peary and Rick Palacioz.
All Rights Reserved. "DREAMERS" is a trademark of Warren Peary and Rick Palacioz

**EXHIBIT 44**
**94**

DCC00006247

1.

DREAMERS ™
by
Warren Peary & Rick Palacioz

FADE IN:

LEGEND: (Words in white scrolling down over starfield)

    In 1933 America is in the midst of a
    Great Depression.  It is a time of
    despair when the nation could easily
    veer off course to ruin.

    Meanwhile, half-way around the world,
    an evil rises to power in Europe as
    Hitler's Nazi War Machine begins
    spreading terror, death and destruction
    that will eventually lead to the
    Holocaust.

    It is during this time that a great
    destiny begins to unfold.  A new hero is
    born - an American Legend that would
    become a beacon of HOPE and COURAGE to
    our struggling nation and the world in a
    time of great turmoil.

    Truth, Justice, and the American Way is
    the "Battle Cry" of this man called
    SUPERMAN - the embodiment all that is
    good and noble in every man, woman and
    child.

    Divine Providence appears in the form of
    two Cleveland high school kids, sons of
    poor Jewish immigrants, drawn together
    by a great destiny.

Starfield screen zooms into planet Earth like a rocket ship.
Down to American continent, down to Ohio, down through
clouds, down to Cleveland, and down to top of apartment
building where a teenage KID sits watching the golden hues
of the morning sun lighten his drawing pad as he sketches.

Suddenly a middle-aged woman's VOICE breaks the silence and
the boy's trance-like state.

                MAMA SHUSTER(VO)
                (yelling)

    Hurry Joe, you'll be late for school!

**EXHIBIT 44**

DCC00006248

2.

                         JOE
             Okay! Okay! I'm coming!

EXT.   STREET OUTSIDE APARTMENT - CLEVELAND

Joe rushes down the stairs out the old apartment building in a
frantic state like he'd done it a thousand times.

                     MAMA [for MAMA SHUSTER]
                  (holding a brown sack)
             Don't forget your lunch!

He scurries back to grab the brown sack and runs down the street
throught the morning traffic.

INT.   CLASSROOM - GLENVILLE HIGH - CLEVELAND

Joe almost falling through the doorway just as the bell rings
after everyone is already seated, runs to the back of the class.

                         TEACHER
             So nice of you to join us Mr. Shuster.

Joe smiles sheepishly.  As the teacher has been lecturing a
while, Joe sneaks out his drawing pad.  Trying to hide it he
engrosses himself in the creation of a new character.

                         TEACHER
             Mr. Shuster!  This is not art class!

Startled and almost jumping out of his chair, the pencil flys out
of his hand, his art pad and class book all drop to the floor
simultaneously.  Everyone laughs.  Mercifully, the bell rings and
everyone walks out as he picks up his things.

INT.   HALL, GLENVILLE HIGH - CLEVELAND

Joe walks down the hall awkwardly clutching all his things as if
they're just about to drop.  Three girls are talking by a locker
catching Joe from the corner of their eyes.  Upon seeing one of
them that he likes, Joe briefly tidys himself up and walks toward
them.

A group of kids pass in front of him jostling him.  When he gets
through them the girls have left.  Resuming his original path a
VOICE yells out to him over the crowd.

                         JERRY
             Hey, I heard you draw science fiction stuff.

A little startled and peering behind thick-lensed glasses to see
who'd be interested in his drawings.

**EXHIBIT 44**

**96**

DCC00006249

3.

                    JOE
          Yea, that's right.

                    JERRY
          Great!  I've been writing some science-
          fiction stories.  Would you like to take look?

                    JOE
          Yeah, I'd love to!  Let's meet after school!

                    JERRY
          Great!  Oh, by the way, I'm Jerry, Jerry Siegel.

                    JOE
                (shaking hands)
          I'm Joe Shuster.

                    JERRY
                (walking away)
          See you after school.

EXT.  STREET OUTSIDE JOE'S APARTMENT - CLEVELAND

They dash up the stairs as fast as they can, Jerry, who's a
little heavier, is huffing and puffing, almost tripping, keeping
up with skinny Joe.

INT.  JOE'S APARTMENT

Bursting into the apartment, Joe runs over to a cabinet and pulls
out his work.  Before Jerry's eyes, on drawing pads, wrapping
paper, the back of calendars and anything else Joe can find,
stretches fantastic cities, modern skyscrapers, bustling
transport systems, and flying craft darting through the sky.

                    JOE
          This is the City Of The Future: 1980!

                    JERRY
          Wow!  That's great!  I've got a story about
          a man who goes into the future... where is that,
          I'll find it.  (searching through a stack of
          papers in an old leather case)  Here it is!

                    MAMA
          Joe, who's your new friend?

                    JOE
          Mama, this is Jerry Siegel.  He writes
          science-fiction stuff!

A moment of silence fills the room as if with those words some

**EXHIBIT 44**

97

DCC00006250

4.

great destiny is recognized.  They resume talking.

MONTAGE

of the boys meeting after school, huddled over their drawings and writings, talking excitedly about new ideas.

INT.  GLENVILLE HIGH NEWSPAPER OFFICE

                    JERRY
          Look Joe, we got our first stories published!

Joe runs across the room to the table where Jerry's standing to see a rather crude-looking, mimeographed "fanzine" they published from the school newspaper office the title reading SCIENCE FICTION.

                    JOE
          That's fantastic!

They look at their names printed on the cover and reverently hold it in front of them with pride.

EXT.  OUTSIDE GLENVILLE HIGH - DAY

Jerry and Joe in their own world excitedly talk about their next story when three BULLIES walk into their path.

                    BULLY 1
          Hey Siegel, whatcha got there?

Jerry who is five foot seven, 130 pounds and Joe, five foot six and only 110 pounds, both stop and look up.

                    JERRY
          Nothing you'd want to see.

Bully 1 grabs the fanzine out of Jerry's hand.

                    JOE
          Hey, why don't you leave us alone!

                    BULLY 1
          Whatcha gonna do about it, squirt!

                    BULLY 2
                 (all laughing)
          Yeah, squirt!

Bully 1 opens the fanzine and the others gather around.  Jerry tries to get it back from them.  Bully 1 keeps it out of his reach as he keeps grabbing for it, then he throws it to the

**EXHIBIT 44**
**98**

DCC0000651

5.

ground.  Jerry runs over to pick it.  He gets tripped by Bully 1
falling flat to the ground.  Joe rushes toward the bullies.  They
push him to the ground flat on his back jeering.

                         BULLIES
                  (turning around and walking away laughing)
                  Did you see that!  Ha Ha!  The squirts!

                           JOE
                  (getting up dusting himself off)
                  If I was just bigger...I'd show those punks.

                          JERRY
                  Why do those guys have to pick on us?

                           JOE
                  I don't know Jerry...I don't know.

INT.   JOE'S APARTMENT - NIGHT

Over in a corner with one dim lamp, Joe draws, his head stooped
only a few inches over his work.  He's wearing cotton gloves and
an old jacket in the cold, unheated apartment shivering and
coughing.

                          MAMA
                  Joe, it's time to eat.

Mama wipes tears from her eyes with her apron walking back to the
kitchen area of their threadbare apartment.  Mama stands by a
window.  Her daughter JEAN walks over.

                          JEAN
                  Mama what's wrong?  Are you alright?

                          MAMA
                  (with tears in her eyes)
                  We're running out of food.  I just don't
                  know what we're going to do...

                          JEAN
                  (hugging)
                  Oh, Mama, please don't cry.

                          MAMA
                  (wiping her tears)
                  Come child, it's time to eat.

The whole family of five sits around a meager dinner table - Joe,
Mama, PAPA, Jean and younger brother, FRANK.

POV - PAPA

**EXHIBIT 44**
**99**

6.

Holding a newspaper dated March 5, 1933.  Headline:

>"ROOSEVELT INAUGURATED,
>PLEDGES A NEW DEAL FOR AMERICA"

Just below that another headline reads:

>"UNEMPLOYMENT HITS 25%,
>15 MILLION OUT OF WORK"

                    PAPA
        (dropping the newspaper on the table)
        Well, they can add one more to this list.

                    MAMA
        Oh no!  What are we going to do?  Can't
        you find another job? -- Look (pointing
        to headline) the President has promised
        a 'New Deal'.

                    PAPA
        Is that going to help me put food on the
        table or buy heat so we don't have to wear
        gloves inside?

Joe realizes he's still wearing gloves at the table and pulls
them off as everyone is silent a few moments.

                    MAMA
        Oh, I tried going by the bank today and it
        was closed.  They said an emergency
        National Bank Holiday had been declared.

                    PAPA
        My God, what's happening to this country?
        (head slumping between hands) Now the
        government's closed the banks down.

                    JOE
        I can get a job...selling newpapers or
        something.  Papa, I wanna help out.

Mama Shuster smiles at Joe and the other kids tearfully.

AFTER DINNER

                    MAMA
        Oh, the new President is making his
        first radio address tonight.  Hurry
        kids, go turn on the radio.

The kids run over and turn on an old table radio.  Adjusting the

**EXHIBIT 44**
**100**

DCC00006253

7.

controls, a voice emerges between static "...the President of the United States...(static)...My friends, since you have elected me I have pledged...(static)..."

                    MAMA
        Oh, turn it up, I don't want to miss it.

"Let us unite in banishing fear...(static)...It is your problem no less than it is mine.  Together we cannot fail...(static)..."

                    MAMA
        We're missing it.

                    FRANK
                (adjusting controls)
        It's no use.  This radio is just too old.
        This is the best we can get.

They huddle around closer trying to catch glimpses of inspiration between static in their meager apartment.

INT.  GLENVILLE HIGH - DAY

Joe walks down the hall with his books, looking tired.

                    JERRY
        Hey Joe, see you after school?

                    JOE
        No, I've got to look for a job.

Joe starts to lose his balance.

                    JERRY
        Are you okay Joe?

                    JOE
        Yeah...I just missed breakfast and
        lunch and...

Joe faints from lack of food as Jerry tries to catch him, books falling to the floor.  A crowd rushes over.  Upon recovering a TEACHER kneels down.

                    TEACHER
        You go home for the day...and get some food.

INT.  JOE'S BEDROOM AFTER SCHOOL

Joe is lying on his bed recovering.

**EXHIBIT 44**
**101**

DCC00006254

8.

                    MAMA
         Joe you've got to eat more.

                    JOE
         I know but I looked in the ice box and
         we didn't have much...so I thought I
         could do without...and...

                    MAMA SHUSTER
         (holding Joe in her arms with tears in her eyes)
         I'm sorry Joe.  I'm so sorry.  Times have
         been tough for us but it will get better,
         I just know it will.

EXT.  NEWSTAND ON CLEVELAND STREET - DAY

Joe is selling papers.  Nearby others sell apples.  Groups of
unemployed people stand around and wait in souplines.  A new load
of papers is dropped off.  Joe rushes out and snaps open the
binding.

INSERT - NEWSPAPER HEADLINE

            "NATIONAL SOCIALISTS WIN IN GERMANY
            LED BY NEW LEADER ADOLPH HITLER"

                    MAN ON STREET
         I'll take one kid.

                    JOE
         Here you go Mister.  Thanks.

Jerry walks up the street to Joe.

                    JERRY
         Hey Joe, Errol Flynn has a new movie
         out.  Can you make it Saturday?

                    JOE
         I love Errol Flynn movies! -- But I'll
         have to see if my family can spare an
         extra nickel. -- Did I tell you?

                    JERRY
         Tell me what?

                    JOE
         I got a small scholarship from the
         Cleveland Art School so I can take
         some art classes at night.

                    **EXHIBIT 44**
                    **102**

DOC00006255

9.

                    JERRY
          Hey that's great.  Well, I hope you
          can make it to the movie on Saturday.

INT.   CLEVELAND ART SCHOOL - EVENING

Joe takes a seat near the front of the small classroom.  A GIRL
his age walks in sitting next to him.

                    JOE
               (looking over)
          Hi.

                         FRANCINE
          Hi. -- I'm Francine.

                    JOE
          I'm Joe, Joe Shuster.

                         FRANCINE
          Nice to meet you Joe.

                    JOE
          So what brings you to art school?

                         FRANCINE
          Oh, I don't know.  I guess I thought it
          would be fun.  What about you?

                    JOE
          Me?  I'm a cartoonist...at least I'd like
          to be.  You know, to make a living from it.

                         FRANCINE
          You sound serious about it.  Is that some
          of your work?  (pointing to drawings sticking
          out of a pad)

                    JOE
          What this?  Oh yeah, these are some of
          my drawings.  (showing them to her)

                         FRANCINE
          This is real good.

                    JOE
          You think so?

                         FRANCINE
          Absolutely.

**EXHIBIT 44**

**103**

DCC00006256

99.

Joe and Jerry are walking to Grand Central Station.  Jerry is in
a soldier's uniform.

                    JOE
          So it didn't work out for you and Stella.

                    JERRY
          No.  We're getting a divorce.

                    JOE
          I'm sorry, Jerry.

                    JERRY
          No, don't be.  It's just as well.

                    JOE
          Look Jerry, you write to our family and
          we'll write to you.  You're like a part
          of the family anyway.

                    JERRY
          Gee, thanks Joe.  That means a lot to me.

                    JOE
          I wish I could go with you but they wouldn't
          let me in Jerry, being so near-sighted.

                    JERRY
          Don't worry about it Joe, you do what you
          can on the home front.  Keep Superman going
          and I'll be back.

                    JOE
          (stopping to face each other)
          Don't get yourself killed.

                    JERRY
          Hey, (placing both hands on Joe's shoulders)
          I'll be okay.

Joe places his hands on Jerry's shoulders and they hug.
Jerry walks away towards other men in uniforms.

INT.   SHUSTER FAMILY APARTMENT - NEW YORK - DAY

                    JOE
          Hey, I got a letter from Jerry.

Joe brings it out of his jacket as Mama and Jean gather round.

**EXHIBIT 44**
**104**

DCC00006346

100.

                    JOE
            (reading out loud)
    "Dear Joe and family, I wanted to let you
    know that I got over to Hawaii all right.
    The weather was real nice but I know a lot
    of the guys are scared.  I'm covering the
    war for the Stars and Stripes newspaper.
    They say we'll be heading out to face
    Japanese forces in" ...it's scratched out...
    "but won't tell us much more than that.  Met
    some new friends.  Hope all is well.  Look
    forward to getting back to Superman."

                    MAMA
    Oh, I hope Jerry will be okay.

                    JOE
    He'll be fine.  I just know it.

INT.  BARRICKS, AIRFIELD - HAWAII - DAY

A young American fighter pilot, HANK, is suited up for the
invasion of Iwo Jima ready to face death.

                    HANK
    Jerry...I guess it's time.

                    JERRY
    I guess it is.

                    HANK
    Could you do me a favor?  My kid gave me this
    Superman. (bringing out a comic from his suit)
    Said it'll give me courage.  -- You know kids.
    (laughing nervously with eyes tearing up) I
    promised I'd bring it back to him. -- Could
    you sign it...He'd really love it.

                    JERRY
    Of course.  (signing it)

They shake hands vigorously and Hank walks out to the airfield
securing the Superman comic in his flight suit.

MONTAGE

of bombers with various INSIGNIAS on the side - a PIN-UP WOMAN, a
TIGER and finally SUPERMAN - flying into black bursts of
exploding shells unharmed and dropping bombs.

EXT.  P-51 FIGHTER IN FLIGHT - DAY

                    **EXHIBIT 44**
                        **105**

DCC00006347

101.

we see through the cockpit window Hank holding his plane steady.

INT.   P-51 FIGHTER COCKPIT

where we see a PHOTO of Hank's wife and son.  He looks at them a few seconds then back up swooping down lower and fires his machine guns.  Bursting shells and machine gun streamers shoot across in front of his plane.  Suddenly he's hit.

                    HANK
          Oh my God!  I'm hit!

Black smoke billows around the plane.

                    HANK
               (picking up radio)
          May day!  May day!  This is Gold Leader 1.  I've
          been hit!  I'm losing oil pressure real bad!

POV - HANK

                    HANK
          Oh God...!!!

A shell bursts directly in front consuming the plane in black smoke and flames.

                              FADE TO BLACK:


FADE IN:

EXT.   STREETS OF NEW YORK - DAY

LEGEND:  SEPTEMBER 2, 1945 - VICTORY DAY

where hundreds of people are going WILD in euphoric celebration. Confetti and streamers fill the air as the crowd CHEERS.  Joe, Mama and Jean push through the crowd toward Grand Central Station.  They see Jerry walking out carrying a duffel bag along with other uniformed men meeting women and family with hugs and kisses.

                    JOE
          Jerry!

Everyone runs to each other.  Joe hugs and slaps him on the back. Mama and Jean hug and kiss him on the cheek.

                    JERRY
          Boy is it good to be back!  Home sweet home!


**EXHIBIT 44**
**106**

DCC00006348

102.

                 JOE
I knew you'd be fine Jerry.  C'mon we've got
some celebrating to do!

                JERRY
Joe, I want you to meet a friend I met
in the war.  This is Hank.

They shake.  Hank then turns away and hoists his SON on his
shoulder  The boy waves the Superman comic that Jerry signed
high in the air at Jerry and Joe smiling.  Hank looks up at his
son, grinning ear to ear, puts his arm around his WIFE, then
gives Jerry a "thumbs up" as he walks away into the crowd.

Joe, Jerry, Mama and Jean walk through the joyous crowd in New
York's Times Square.  They walk past a sailor kissing a nurse as
in the "classic vintage picture."  Jerry stops to leer at the
kissing couple.

                JERRY
Boy, it's been a while, sure would be nice
to get some of that.

Just then someone taps him on the shoulder.  He turns around to
see a big, burly "Rosy The Riveter" type of WOMAN.

             BIG WOMAN
Hey soldier boy!  Give me a kiss!

Jerry tries to move away.  She grabs him by the scruff of the
neck, turns him around and plants a big one on him.

INT.  COPACABANA - NIGHT

Joe, Lorraine, Jerry, and his new "big girlfriend" are sitting at
a table laughing, joking and drinking admist an overflowing crowd
of celebrators.  In the b.g. the band plays "Chattanooga Choo
Choo."

               M.C.
Ladies and gentlemen, the CopaCabana and the
Glenn Miller Orchestra welcome you tonight and
to any servicemen, we welcome you home!

The crowd applauds and cheers.

               M.C.
And any serviceman gets a free bottle of
champagne!

More applause and cheers.  Champagne bottle corks POP off
everywhere.  Jerry opens a bottle spilling foam on the table and

EXHIBIT 44
107

DCC00006349

103.

his lap.   The band begins playing a sizzling "In The Mood."

                    "BIG GIRLFRIEND"
          C'mon Jer', let's dance!

She "yanks" him up and they start swinging on the dance floor.
Joe pours Lorraine champagne.

                         JOE
          Well, I know someone who's getti'n laid tonight.

They both laugh.

LATER THAT NIGHT

The band is playing "Star Dust."   Joe and Lorraine and Jerry and
his "big girlfriend" are slowly dancing with only a few other
couples on the floor.

                    LORRAINE
          Looks like our friend Jerry is holding
          up pretty well.

                         JOE
          More like she's holding him up.

The two couples pass near each other.   Joe waves to Jerry.   An
exhausted Jerry waves back with his head resting on the "big
girlfriend's" shoulder.

                         JOE
          So Lorraine, where are you from originally?

                    LORRAINE
          Originally my family was in France.   They
          had to flee when the war started.
                    (Beat)
          Soon I will have to go back to help them
          rebuild their lives.   But New York
          will always be my second home.   Perhaps
          someday soon you can come with me to France.

                         JOE
          That would be swell.   I've never been to France.
                    (Beat)
          So what about "us?"

                    LORRAINE
          There will always be a special place in my
          heart for you Joe.   -- Hold me close.

**EXHIBIT 44**
**108**

DCC00006350

104.

They hold on to each other tightly swaying in a romantic,
dreamlike reverie as specks of light from the ballroom ceiling
sprinkle everyone in "star dust."

INT.   CARTOONISTS LEAGUE MASQUERADE BALL - NIGHT

Joe stands at the entrance to the ballroom.  A big banner hangs
over the band.  Couples in half-masks and funny hats and hairdos
dance.  Jerry walks in.

                    JOE
          Hi Jerry.  Hey where's...

                    JERRY
          Don't say it.  She was just too much.

Joe laughs.  They put on half masks and walk around the floor
greeting a number of people shaking hands.

                    PEOPLE ON FLOOR
          Is that you guys, Jerry Siegel & Joe Shuster?
          Good to see you guys again this year!
          How's the Super twosome?

                    JOE
          The Cartoonists League's thrown quite a ball
          this year huh?

                    JERRY
          Yeah, it looks like the best one yet.

                    JOE
          How about some punch?

                    JERRY
          Sure.

Joe goes over and pours punch.  Turning around he sees Jerry
loading up on snacks.  They sit at a table around several friends
and acquintances.

                    JERRY
                 (nudging Joe)
          Hey, look at her.

They see a pretty WOMAN in a red gown and dark hair wearing a
half mask.  Just then the band begins playing "Moonlight
Serenade."

                    JOE
          Go on over and ask her to dance.  Go ahead
                 (nudging him) I'll watch your food.

**EXHIBIT 44**
**109**

DCC00006351

105.

Jerry gets up and walks toward her.  Joe picks up a morsel off
Jerry's plate popping it in his mouth.

                    JERRY
          Hello.  Would you like to dance?

                    WOMAN
               (turning her head)
          Thank you.  That would be nice. (dancing)
          Aren't you Jerry Siegel?

                    JERRY
          Why yes, how did you know?

                    WOMAN
          Why you and Joe Shuster are legends in
          the comics industry.  You're the pioneers
          - the Lewis & Clark of comics.

                    JERRY
          Gee thanks.  So what is your name?

                    WOMAN
          You don't recognize me, do you?

                    JERRY
          Well... (she removes her mask) Wait a minute.
          We met before, haven't we?  You're uh...

                    JOANNE
          I'm Joanne.  I met you and Joe when you were
          still struggling kids back in Cleveland.

                    JERRY
          Wow!  Joanne!  Yeah, I remember.   You came
          over to model.  What a small world.

                    JOANNE
          Since Superman took off, I have always wanted
          to see you guys again.

They smile at each other and laugh.  Joe starts talking to the
MAN sitting next to him.

                    JOE
          Bud, let's make another contribution to the
          League this year.

                    BUD
          Uh...Joe, we need to talk

     EXT.   BALLROOM PATIO

**EXHIBIT 44**
**110**

DCC00006352

106.

                              BUD
        Joe, as your accountant I have to tell you,
        you can't afford to give to any more charities.
        You're going broke.

                              JOE
        Broke?!  What are you talking about?

                              BUD
        Joe you're spending more than what's coming in.
        You guys have office expenses.  You've given to
        youth centers, veterans groups, the USO...and
        taxes have gone up a lot.

                              JOE
        But Superman is going as good as ever and
        we've got the new character Superboy and
        all the products, the cartoon movies...
        We should be getting a percent of all that.
        Our income must be going up.

                              BUD
        But it's not going up.  Look Joe (placing hand
        on shoulder) I don't know what to tell you.
        You're going to have to cut back.

Bud walks away leaving Joe standing there stunned.

EXT.  CENTRAL PARK, NEW YORK - DAY

Kids are playing, couples stroll and sit on blankets.  Joe and
Jerry are sitting on a park bench.

                              JERRY
        She's really great, Joe.  Imagine after all
        these years to meet up with Joanne again.

                              JOE
        That's swell Jerry.  Uh...I had a talk with
        Bud, my accountant, the other night.  He said
        we're going to have to cut back.  He said the
        income isn't coming in like we thought.

                              JERRY
        Well I don't understand.  Superman's doing
        great and with Superboy... Superman revenues
        are soaring.

                              JOE
        I told him that.  He said it's just not coming
        in like we thought it was.

**EXHIBIT 44**
**111**

DCC00006353

107.

                        JERRY
          This can't be right Joe.  I'll have to get my
          accountant to look into it.

Just then a kite lands at their feet with a big Superman "S" on
it.  Jerry picks it up handing it to a KID who comes running over
to get it.

                        KID
          Thanks Mister.

They smile at the kid as he runs off.

INT.  JOE'S APARTMENT - NEW YORK - DAY

The doorbell rings.  Joe walks over to get it.

                        JOE
          Hi Jerry.

                        JERRY
          Joe, guess what?  I'm getting married and
          I want you to be my best man!

                        JOE
          That's great Jerry!  Is it...

                        JERRY
          Yeah, me and Joanne have been seeing a lot of
          each other and Joe...she's really the one!

They hug slapping each other on the back, then sit.

                        JERRY
          Oh, I talked to my accountant.

                        JOE
          And...

                        JERRY
          All I can say is that I thought more money
          was coming in as well.  Our income should
          have doubled by now, instead, it hasn't gone
          up at all in five years.  We can't be getting
          what we're due. -- I think we're going to have
          to take action Joe, this is just not right.

They sit silently a few seconds.

                        JOE
          You want something to drink?

**EXHIBIT 44**
**112**

DCC00006354

108.

                              JERRY
                  I could use some water.

                              JOE
                     (going over to get water)
                  So where are you going on your honeymoon?

                              JERRY
                  We haven't decided yet.  We did want to go to
                  Hawaii but we'll have to go somewhere closer...
                  maybe Niagara Falls.

EXTREME CU - WATER BEING POURED INTO GLASS

DISSOLVE TO: WATER BEING POURED INTO GLASS AT A NEW YORK CAFE

LEGEND:  TWO YEARS LATER

where Joe and Jerry sit for lunch looking upset.

                              JERRY
                  Damn!  I can't believe what's happened!  Two
                  years in court...I thought for sure we'd get
                  the rights back.  The judge wouldn't give us
                  the rights and now we're kicked off of Superman.
                  What are we gonna do now, Joe?

Jerry's head sinks into his hands.

                              JOE
                  Don't worry.  We got some extra money from
                  Superboy and we have other characters we can sell.

                              JERRY
                     (looking up at Joe)
                  I'm sorry, Joe.

                              JOE
                  Sorry for what?

                              JERRY
                  I'm the one who decided to sign that release.
                  I just wanted to see Superman in print.

                              JOE
                  Hey, I signed it too.  There's no way you could
                  have known.  Jerry, don't blame yourself.  C'mon,
                     (placing hand on shoulder) it'll be alright.
                  Things are gonna work out somehow.  We just have
                  to stick together.

Jerry places his hand over Joe's and forces a smile.

**EXHIBIT 44**
**113**

DCC00006355

10.

JOE
Oh gee, thanks. -- Francine, huh? ...That's
a pretty name.

Just then the art TEACHER walks in, breaking their longing gaze.

FRANCINE
Let's talk some more after class.

EXT.  MOVIE THEATRE - DAY

Where Joe and Jerry are standing outside looking at the
attractions while Joe's thoughts drift back to Francine.

JERRY
How was art school?

JOE
Huh?  Oh, yeah, I really enjoyed it.
Oh look here's something I drew.

He shows Jerry a drawing of a heroic-looking figure.

JERRY
That's great.  You know, I've been trying
to come up with some kind of a new hero -
something that no one has thought of before.

JOE
Like what?

JERRY
I don't know.  It's right on the edge (holding
finger to head) but I'm not sure. -- We better
get into the theatre.

10a.

JOE
So what are you gonna do now that we're
outa high school?

JERRY
My family thinks I'm wasting my time with
this writing.  -- But I love this stuff Joe.
It inspires me.  When I see the hopelessness
in people's faces I think, "what if I could
create something...some kind of a hero, that
would help them believe that anything is
possible" and maybe inspire them a little.

JOE
I feel exactly the same way.  We better get in.

(OVER)

**EXHIBIT 44**
**114**

DCC00006257

109

INT.   JOE'S APARTMENT, NEW YORK - DAY -- TWO YEARS LATER

Joe is in a white shirt with sleeves rolled up and in need of a
shave directing two guys moving out a nice sofa through the front
door.  Jerry dodges them and walks in.

                        JOE
                (holding out his arms)
         Well, that's the last of it.  What do you think?

Jerry looks around seeing a nearly empty apartment with boxes for
tables and one lone chair in the center of the room.

                        JOE
         I've had to sell it all off.

                        JERRY
         My place is starting to look the same.

                        JOE
         Any word on them picking up Funny Man again
         for publication?

                        JERRY
         No, just six issues.  That's all they're
         gonna take.

                        JOE
         What about the other characters we've been
         submitting?

                        JERRY
         No one seems to want 'em Joe.  I don't know
         what's going on.  We've been trying for two
         years but just can't seem to get anyone to
         publish our work.

                        JOE
         How's Joanne taking it?

                        JERRY
         She's holding up alright.  Hey, whatever
         happened to Lorraine?

                        JOE
         After we lost...well...I just quit seeing
         her.  I didn't return her calls or anything.
         She wrote to me a while back.  She's moved
         to Paris.

**EXHIBIT 44**
**115**

DCC00006356

110.

                    JERRY
        I'm sorry.

                         JOE
        No, don't be.  I can't take her to any of
        those places.  I just don't belong any more.

                    JERRY
        So what's next?

                         JOE
        I'm gonna have to move in with the family to a
        cheaper place.  (Shrugging) What else can I do?

Joe walks over to the window, opens it and leans over it sticking
his head out.

POV - 1950 NEW YORK TRAFFIC FROM TENTH STORY

BACK TO SCENE

                         JOE
        This town is really something isn't it Jerry?
        It can give you so much, then take it away all
        at once.  It's like a thief that comes in the
        night while you sleep.

Joe turns away from the window toward Jerry.

                    JOE
            (placing hand on shoulder)
        We gotta hang in there.

Panning across to open window of New York City and traffic below.

INT.   PACKAGE DELIVERY OFFICE - NEW YORK

Where a SUPERVISOR is giving instruction to a DELIVERY MAN.

                    SUPERVISOR
        Now take this package to Lexington and 58th,
        and this one goes to Madison and 52nd.

The delivery man grabs the packages and turns around.  We see
it's a slightly older Joe Shuster, a little heavier, slightly
graying, wearing thick glasses and an old jacket.

INT.   HALL OF APARTMENT BUILDING - NEW YORK

Joe rings the bell.  A WOMAN answers.

**EXHIBIT 44**
**116**

111.

                    JOE
          Delivery for Miss Stevens.

                    WOMAN
          Oh yes, I've been expecting the package.  Come
          on in a moment.  I'll get the payment.

INT.  APARTMENT

A TV is on in the room with two KIDS sitting in front of it.  On
comes 'The Adventures of Superman' with George Reeves.  Joe sees
the kids come to life in excitement.

                    WOMAN
          Here you go, and here's a little extra for you.

                    JOE
          Thank you Ma'am.

He walks out and down the hall.

INT.  OFFICE BUILDING HALLWAY - NEW YORK

where Joe is wandering down the hall trying to find the right
office squinting behind thick glasses and nearly blind.  He
accidently walks into the spiffy new offices of Action Comics.

RECEPTIONIST AREA - ACTION COMICS

One of the employees recognizes him, gets up and runs to the
boss.

                    RECEPTIONIST
          Can I help you?

                    JOE
          Uh...yeah, I'm supposed to deliver a package
          to National Distributors and...

                              FLASH CUT:


BOSSES OFFICE

Where we only see the EMPLOYEE

                    EMPLOYEE
          My God, do you know who's wandering around
          the hall?  Joe Shuster!

BACK TO SCENE

In an old jacket with frayed cuffs, looking tired and poor Joe is

**EXHIBIT 44**
**117**

DCC00006358

112.

about to leave when Lonenfield comes out.

He's in an expensive pin stripe suit, gold rings, a rolex watch
looking very wealthy with slicked-back silver hair.

                    LONENFIELD
                    (sharply)
         What are you doing here?

                    JOE
         Well..uh...I was trying to find...

                    LONENFIELD
         Why don't you get yourself a decent overcoat?!

He pulls out his wallet picking out a $100 bill and thrusts it
into Joe's hand.

                    LONENFIELD
         Here, take it!  (Joe turning around and
         walking out) And I don't want to see you
         around here any more!

Lonenfield marches back to his office.  Several employees
gathered around, look at Joe in silence as he wanders off.

INT.  PACKAGE DELIVERY OFFICE - NEXT DAY

where the supervisor is in the back office fielding a phone call.

                    SUPERVISOR
         Yes Sir.  Yes Sir.  I see.  I understand.

He hangs up the phone and comes out to Joe.

                    SUPERVISOR
         I got a call from one of the businesses you
         saw yesterday.  They say you embarrassed them
         being dressed so poorly and don't want you
         coming back to that building.  I'm gonna have
         to fire you.

                    JOE
         But I didn't...

                    SUPERVISOR
         You can pick up your stuff now and leave.

The supervisor walks away.

EXT.  NEW YORK SIDEWALK - AUTUMN DAY

**EXHIBIT 44**
**118**

DCC00006359

113.

Joe and Jerry are walking in a "working class" area in frayed jackets clutching their arms to keep warm.

                    JOE
          I got fired from my delivery job the other
          day. And you wanna guess who I ran into?

                    JERRY
          No who?

                    JOE
          No...I shouldn't say. It's not important.

                    JERRY
          You mean...

                    JOE
          Yeah, him.

                    JERRY
          Damn! I can't believe it! That son of a...

                    JOE
                (interrupting)
          Jerry, let's drop it. It doesn't matter.

They pass a newstand where a kid runs up, plunks down 10 cents and buys a 1955 Superman Comic. Jerry stops a moment looking at the rack of Superman comics. He suddeny hunches over, losing his balance slightly as he curls up his arms into his chest.

                    JOE
                (putting his arm around him)
          Jerry! Are you okay?

                    JERRY
                (recovering balance)
          Yeah...yeah, I'm fine.

                    JOE
          Are you sure you're okay Jerry?

                    JERRY
          There was a little pain but it's gone.
                (Beat)
          I just can't take it anymore Joe. I can't
          write another story and I just can't take
          seeing Superman. I'm sorry Joe...I just...

His head droops. Joe puts his arm around his shoulder.

**EXHIBIT 44**
**119**

DCC00006360

114.

                        JOE
          Hey, don't worry.  It'll be alright.  You
          want to get some coffee?

                        JERRY
          No, I'm going to head back.

                        JOE
          Okay.  Well, I'll see you later.

INT.  COFFEE SHOP

Joe takes a sip of coffee and starts doodling Superman-like
images on his napkin.  A KID jumps in a stool, one stool away and
starts looking over.

                        KID
          Hey Mister, you an artist?

                        JOE
          I was an artist.

The kid jumps over to see the drawings on Joe's napkin.

                        KID
          You know who that looks like?  (pointing)

                        JOE
          No, who?

                        KID
          That looks like Superman.  Can you draw Superman?

                        JOE
          I can give it a shot.

Joe gets a piece of paper out of his coat and draws Superman.

                        KID
          Wow!  That looks just like Superman.  Thanks
          Mister.  (turning away to Father) Look Dad.
          Look what that man drew for me.

The edge of Joe's mouth turns up as he cracks a smile.
Then he gets up, walks outside in the cold clutching his arms to
stay warm.

EXT.  CENTRAL PARK - COLD AUTUMN DAY

Where Joe and Jerry walk along slowly amidst windy swirls of
leaves surrounded by nearly-bare trees.  Few people are around.
We see their slightly-graying, older FACES.  [Music in b.g.:

                    **EXHIBIT 44**
                        **120**

DCC00006361

115.

Frank Sinatra's "It Was A Very Good Year"]

FLASHBACKS

Happy scenes of young Joe and Jerry meeting for the first time in school, sharing dreams and ideas, Jerry bursting in with the Superman idea, scenes of struggle and comraderie, the first sale of Superman, the World's Fair, new houses, Joe's love of Francine, their first night club, Joe's meeting and loving of Lorraine, being put in the limelight of celebrityhood, the crowded streets of Victory Day, and Joe's last dance with Lorraine.

BACK TO PRESENT DAY

Panning above the two to encompass the early evening Manhattan skyline above the trees of Central Park.

EXT.  NEW YORK - EARLY EVENING

Panning from the Manhattan skyline down to the Alvin Theatre on West 52nd Street and Broadway.

Marquee Reads: PREMIERE NIGHT - Hal Prince's IT'S A BIRD...IT'S A PLANE...IT'S SUPERMAN!

Below the marquee is gathered a crowd of celebrities and rich-looking people in black ties and evening gowns while reporters flash pictures.

We see two FIGURES walking along in the cold in old jackets. Moving in closer, we see it's Joe and Jerry looking old, grey, and nearly destitute 15 years later.

                    JOE
          Look at the crowd Jerry.  I sure wish we had
          the money to buy a ticket.  I wish we could
          afford to go in.  I'm going over there.

                    JERRY
          You go ahead.  I'll stay here.

Joe walks to the edge of the crowd trying to peer in against the red velvet ropes.  A POLICEMAN comes over.

                    POLICEMAN
          I'm sorry, (pushing away) you'll have to move
          away from here.

                    JOE
          But we're the creators of Superman.

**EXHIBIT 44**
**121**

116.

                    POLICEMAN
         Yeah, and I'm the King of Siam.  Now move on!

Joe turns around.  Suddenly Jerry grabs his chest and crumples to
the ground.

                    JOE
         Jerry!  (running over)  Someone help me, my
         friend has collapsed!

A policeman runs over calling in an ambulance.

                    MAN IN CROWD AT THEATRE
         What's happening over there?

                    ANOTHER MAN
         Looks like some old guy is having a heart attack.

They turn their heads back.  Joe kneels down holding Jerry's head
in his lap.

                    JOE
         C'mon Jerry, hang in there.  You'll be alright.

CU -- flashing red ambulance light.

INT.  NEW YORK MEMORIAL HOSPITAL - DAY

CU -- of red light on a biomonitor.

Moving away we see the lines of a heart monitor recording heart
beats.  It is Jerry Siegel lying in a hospital bed in an inclined
position.  A nurse let's Joe in the room.  He places a 6 inch
tall object on the table next to Jerry.  It's out of focus.

                    JOE
         Jerry.  What happened?

                    JERRY
         I had a heart attack...the doctors say I'll
         be okay if I take it easy.  I don't know
         what happened Joe, my heart just gave out.
         -- I think I've had it Joe.  I don't know
         what's left. -- I don't know if I can keep
         hanging on.

                    JOE
         Come on, Jerry, (grasping his hand) there's
         plenty left.  I don't know what I'd do if
         you weren't here.

**EXHIBIT 44**
**122**

DCC00006363

117.

> JERRY
> What have we done with our lives Joe?  All
> those kids that used to look up to Superman
> ...they needed us, Joe.  Now nobody needs us.
> The world might just be better off without us.

> JOE
> Don't say that Jerry!  It's not true.  Look how
> many kids are happier because of what we've done.
> Without us, those kids wouldn't have had a hero.

> JERRY
> (turning head away)
> How do you do it, Joe?  I mean, how can you be
> so positive when look at all that's happened
> to us.  We've got nothing.

> JOE
> Jerry...most people would give anything for the
> friendship and trust we have.  It's worth everything.

Jerry looks at Joe then turns his head away again.

> JOE
> What's happened to us?  We used to be such
> dreamers.  Have we really given up?  Is this
> how we should let it end Jerry, should we just
> give up?

Jerry turns his head back to Joe.  We see his anguished,
desperate face.  A tear runs down his cheek.

> JERRY
> I don't know if I can take it anymore Joe...
> I just don't know. -- Please don't ask me to
> turn back...let me go.  I'm just so tired.
> Joe...I'm just so tired.

> JOE
> (moving in closer and clutching hands)
> Don't do this to me Jerry.  I can't make it
> without you.  The burden...it's just too much.
> (Beat)
> In my heart, if I knew it was your time, do
> you really think that I could stand in your way?

> JERRY
> (clutching Joe's hands as eyes fill with tears)
> We'll fly again, won't we Joe?

Joe chokes up, tears running down his face nodding "yes."  In the
b.g. we focus on a small vintage statue of Superman that Joe

**EXHIBIT 44**
123

DCC00006364

118.

placed on the table next to Jerry.

INT.  JERRY'S OLD APARTMENT   NEW YORK - DAY

Joanne answers a knock at the door.

                    JOANNE
          Hello Joe.

                         JOE
          Hello Joanne.  (kissing on cheek) How's
          Jerry doing?

                         JOANNE
          He's been getting a little stronger but with
          the hospital bills piling up, it's hard.  I
          don't know what we're going to do Joe.
          We're out of money.

                         JOE
          I wish I could help.  I sold off my last
          vintage comic a while back.  There's a
          little money left from it...

                         JOANNE
          No Joe, you can't.  You need it as bad as
          we do.

Joe walks over to Jerry who's sitting opening mail.  We see bills
covering the table.

                    JOE
          How you holding up, Jerry?

                    JERRY
          As best I can, Joe.  -- I thought about
          what you said in the hospital.  You know,
          about not giving up?  I've been writing
          letters to anyone I can think of and look at
          this.  We got a letter back from a guy named
          Neal Adams.  He's a member of the Cartoonist
          League - he's one of the cartoonists that
          replaced you - he says he's gonna help us.

                    JOE
          (sitting down in front of Jerry)
          That's good news.

                    JERRY
          He says the old comic company has been bought
          out by a completely new company.  Some company
          called Warner Communications.

DCC00006365

**EXHIBIT 44**
**124**

11.

The movie ends as they sit fixated.

                    JOE
          That was great.  I wish Francine was here.

                    JERRY
          Who? ...Hey let's see it again!

INT.  JERRY SIEGEL'S BEDROOM - NIGHT

It is a hot summer night and Jerry can't sleep.  A gentle breeze
blows the curtains at the open window as moonlight shines in.
Looking at the ceiling, Jerry lies in his bed daydreaming, half
asleep, half awake.

All is quiet.  Suddenly wind starts blowing through the window,
the curtains flying all around.  Then his bed starts to shake.
Blinding light appears around the outside of his room from behind
the door and windows growing in intensity.  Jerry holds onto his
bed looking back and forth in fear and amazement.

POV - JERRY

flying through the clouds illuminated by moonlight.  Patches of
earth appear through the clouds with the distant lights of the
city below.  Turning up into the night sky speckled with stars,
he accelerates into space.

A planet appears before him.  Descending closer and closer a huge
glowing domed structure appears.  He flys directly head on into
the structure.

Suddenly he's standing in a huge cavernous hall illuminated with
soft bluish-green light.  Figures in strange futuristic clothes
are all around conversing with one another. He turns his head to
see several beings walking right at him.

                    JERRY
               (holding out his hands)
          Woah!  Wait!  Let me move...

The beings walk right through him like he's a ghost.

                    JERRY
          My God!  What happenned!

A levitating platform moves toward him pushed by several beings.
As it slowly passes he sees a capsule of some sort.  Bending over
to look closer he sees two blue eyes looking up at him calmly.
It's a baby, it's face and eyes illuminated.

For a couple seconds the platform stops.  The baby stares into

DCC00006258

**EXHIBIT 44**
**125**

119.

                    JOE
          Aren't they the Warner Brothers people?  So
          what do we do next?

                    JERRY
          He's writing a bunch of letters on our behalf
          and said we could be getting calls from some
          media people pretty soon.
                    (Beat)
          Do you think anyone still cares, Joe?

                    JOE
              (putting hand on shoulder)
          Of course they do, Jerry.

Jerry looks right at Joe.  A slight sparkle appears in his eyes
for the first time in many years.

MONTAGE

of Joe and Jerry taking calls, getting articles written up, and
giving interviews to the media.

FOOTAGE OF ACTUAL INTERVIEW ON NBC'S TOMORROW SHOW

                    TOM SNYDER
          And we're back.  I'm Tom Snyder and this is
          the Tomorrow Show.  Tonight we have with us
          two very special guests.  They are the creators
          of Superman, Jerry Seigel and Joe Shuster.  Now
          you guys have had a tough time.  Tell me, are
          you bitter?

                    JOE
          You know, I co-created Superman and it's in
          nearly every country in the world.  It's all over
          the world.  How could I be unhappy about that?

EXT.  CENTRAL PARK - SPRING DAY

Joe leans against a railing watching a jetliner make a long white
vapor trail across the blue sky.  He feels a hand on his back.

                    JERRY
          Joe!  You won't believe what's happened!  They've
          offered us pensions.

                    JOE
          Who's that?

                    JERRY
          Warner, they're giving us lifetime pensions and

DCC00006366

**EXHIBIT 44**
**126**

120.

restoring our names to Superman!

They sit down on a bench looking out at the sky.

                    JOE
          It's finally over Jerry.  All these years.
          -- See...they do care.

                    JERRY
          There's something else.

                    JOE
          What's that?

                    JERRY
          They're making a new big budget SUPERMAN
          feature film and we're invited as the
          guests of honor when it comes out.

                    JOE
            (looking up at the clouds)
          The guests of honor.  I'm gonna love seeing
          Superman again...up there on a big screen in
          color.  I've missed him Jerry.

                    JERRY
          Yeah Joe, I have too.

EXT.  WASHINGTON D.C. - DAY

POV - Over a white limousine driving down the capital streets.

The limo pulls up in front of the John F. Kennedy Center For The
Performing Arts.  Out steps Joe Shuster and Jerry Siegel in black
tie escorted by Joanne and sister, Jean.  They are greeted and
escorted in through a crowd while reporters take pictures.

Marquee above:  PREMIERE - SUPERMAN: THE MOVIE

                    REPORTER
          Mr. Shuster, Mr. Siegel, Patricia Waters of
          the Washington Star.  How does it feel coming
          to the premiere?

                    JOE
          This is the first Superman event we've ever
          been invited to.  Everyone is treating Jerry
          and me fairly now.  We're very happy and
          excited about the movie.

INT.  LOBBY, KENNEDY CENTER

DCC00006367

**EXHIBIT 44**
**127**

121.

All around are celebrities and dignitaries including President
Jimmy Carter, Senator Edward Kennedy, the cast, producers, CEO
and President of Warner Communications.

Joe and Jerry are seated near the front.  The lights darken and
the theater becomes quiet.  The movie begins and this time
"SUPERMAN created by JERRY SIEGEL and JOE SHUSTER" fills the
screen during opening credits.  APPLAUSE fills the theater.

ECU -- Joe and Jerry, eyes wide like two kids, with light from
the movie dancing off their faces as the powerful Superman theme
music plays.

INT.  LOBBY, KENNEDY CENTER

Joe and Jerry walk out with people shaking their hands.  The
president of Warner walks up and warmly shakes their hands.

                    WARNER PRESIDENT
          As the president of Warner Communications I
          want to personally thank you.  You guys have
          made all this possilbe.

They thank him and work their way outside.

EXT.  KENNEDY CENTER - EVENING

A distinguished-looking English GENTLEMAN in black tie walks up
to Joe and Jerry.  He vigorously shakes their hands.

                    GENTLEMAN
          Mr. Siegel, Mr. Shuster, I'm so glad to meet
          you!  What an honor it is!  You know I read
          Superman when I was a boy and it gave me so
          much courage during the London bombing raids.
                    (Beat)
          I can't tell you how much it meant to me.
          It helped shape my whole life.

Another man calls to him from the crowd gesturing to come over.

                    MAN
          Prime Minister.

The PRIME MINISTER shakes their hands again.

                    PRIME MINISTER
          It was so wonderful to meet you.  Thank
          you...thank you so much!

CU -- Joe and Jerry as tears well up in Jerry's eyes.

DCC00006368

**EXHIBIT 44**

122.

                    JERRY
        You were right, Joe.

                    JOE
        About what?

                    JERRY
        We did make a difference.  I had no idea
        how much.

                    JOE
        Why are you crying, Jerry?  Are you happy?

                    JERRY
        It's the kids, Joe.  They need a hero...
        someone to show them that nothing is
        impossible if they cling to their dreams.
        I cry for the kids...that someone will
        always be there to be a hero for them.

Joe puts his arm around Jerry.  Tears well up in Joe's eyes.
Suddenly the flash of cameras fills the night sky.

CU -- JOE AND JERRY

                                        DISSOLVE TO:


EXT.  HUGE WHITE STONE STATUE OF SUPERMAN - DUSK

CU -- JOE AND JERRY AT 25 YEARS OLD

standing in front of the statue.  Faint glimmers of orange
stretch across the horizon as the sun sets.  They look upward.

Moving away and upward, we see the entire statue and a vast crowd
of people all around.  A spotlight shoots light on one side.
Then another.  And another.  Finally the whole statue is bathed
in beams of light shooting across the sky.

Panning full circle around the statue.  Suddenly fireworks
explode all around splashing RED, BLUE, and GOLD across the sky.
In the b.g. we HEAR the cheering crowd.  A large explosion bursts
forth from the feet of the statue just as an image of Superman
launches into the sky as if the spirit of Superman is released
from the statue.

POV - THE SPIRIT OF SUPERMAN

flying over clouds past the speed of sound then descending
downward flying over plains, mountains, valleys and oceans,
finally turning upward to a star-filled sky.

DCC00006369

**EXHIBIT 44**
**129**

123.

CUT TO:

Panning down from the star-filled sky to a hill where the shapes
of two KIDS are lightly illuminated.  They look up into the sky,
eyes filled with wonder and dreams.  One of them points as a
bright light shoots across the sky.  The light suddenly bursts
into a dazzling giant star.

LEGEND OVER STARFIELD:

> In 1987, the Smithsonian Institution's
> National Museum of American History
> presented a special exhibit and symposium
> on the original American icon - Superman.
>
> On July 30, 1992, Joe Shuster died at home in
> Santa Monica, California near his lifelong
> friend.  Three and a half years later, on
> January 28, 1996, Jerry Siegel died.
>
> The world is a better place because they were
> here.

FADE OUT:

THE END

DCC00006370

**EXHIBIT 44**
**130**

12.

Jerry's eyes with a deep penetrating calmness, then he moves away on the platform.

                    JERRY
          Wait!  Where are you taking my baby?
          -- My baby?  What am I saying?
          I'm not a father.

Suddenly he's swept up out of the great hall into the star-speckled blackness of space.

BACK TO SCENE:

Jerry's eyes pop open.  He turns his head one way, then the other.  He's in his bed.

Suddenly a sound like the clasp of thunder startles him as the image of a powerful man crashes through the ceiling with blinding light, debris flying everywhere.  He sees only a shadowy outline of the man backed by shimmering light. The man extends his hand toward Jerry and then disappears.

Jerry AWAKENS.  It's dark and quiet.  He looks around the room. All is normal.  He throws open the covers, jumps out of bed, heart pounding and starts to write furiously.

INT.  JOE'S BEDROOM - SAME NIGHT

Joe is sleeping restlessly tossing and turning back and forth, mumbling a little as if in an intense dream.  Wind starts blowing through the window.  He wakes up and goes to the window.

POV - JOE

A distance flash of light streaks across the night sky like a very bright shooting star.

EXT.  STREET OUTSIDE JOE'S APARTMENT - NEXT MORNING

The normally quiet Jerry runs over to Joe's apartment, almost tripping several times, shirt tails flying and script clutched in fevered hands through the empty, early-morning streets of Cleveland.

INT.  JOE'S APARTMENT

Joe and the whole family are roused out of bed by Jerry knocking at the door.

                    MAMA
          Now who could that be this early?

DCC00006259

**EXHIBIT 44**
**131**

13.

                    JERRY
          (in uncontrolled excitement)
          Hello, Mrs. Shuster, is Joe...

                    MAMA
          Jerry, it's so early.

                    JOE
          Hi Jerry.  What's going on?

                    JERRY
          Joe, look! (holding up script) It came
          to me last night!  The hero we've been
          talking about.  He's a SUPERMAN from
          another planet!  A hero of all heroes!
          Like all the strong men of myth rolled
          into one!

                    JOE
          Wow!  That's incredible! -- You
          know, I had the strangest dream last
          night.  I thought I saw something...

Joe runs over to his drawing table whipping out all the drawing
paper he can find and takes fire immediately.

                    JOE
          So where does it start?

                    JERRY
          Well, there's this planet, Krypton, and...

MONTAGE

of the boys working all day and into the night without food or
rest in an excited frenzy polishing off the first 12 Superman
strips.

BACK TO SCENE:

The two boys gaze at their new creation proudly around the
drawing table as night unfolds.

                    JERRY
          We've done it, Joe!  This is it!  This is the
          hero the world's been waiting for!

POV - JOE'S DRAWING OF THE PLANET KRYPTON BLOWING UP

POV - ABOVE THE BOYS

moving away, out the window into the night sky, light from the

DCC00006260

**EXHIBIT 44**
**132**

14.

apartment window getting smaller and smaller.

FADE TO BLACK:

FADE IN:

EXT.  SIGN PRINTER'S SHOP, CLEVELAND - DAY -- MONTHS LATER

Joe's working behind a large glass, facing the street when Jerry
walks in.

                    JERRY
          Good news Joe, Humor Publishers wants to
          print Superman.

                    JOE
          Great!  How many strips do they want?

                    JERRY
          I should get a letter from them today.
          I'll come over later.

INT.  JOE'S APARTMENT - EVENING

Joe runs over to answer the knock at the door.

                    JOE
          Hi Jerry, what's the word?

Jerry is silent for a moment.

                    JERRY
          Well, huh...they're not taking it.

                    JOE
          But I thought you said...

                    JERRY
          They reneged on us.

Joe is now silent for a moment head slumped.  Suddenly he reaches
over, tearing up all his artwork throwing it into the fire.  As
he starts throwing the last piece into the fire, Jerry reaches
out grabbing his wrist and stops him.

                    JERRY
          Joe wait, don't do it.

POV - JERRY

looking at the last piece of artwork.  It's the cover with the
very first drawing of Superman.  The other pieces burn in the

DCC00006261

**EXHIBIT 44**
**133**

15.

fire in the background.

LATER THAT EVENING

Joe is sitting at his drawing table silently, head slumping
between his hands, staring down at a blank sheet of paper.

                    MAMA
                (putting her arm around him)
        What's wrong Joe?

                    JOE
        It's no good.  No one wants it.

                    MAMA
        You mean Superman?

                    JOE
        The publisher reneged and no one else
        wants it.  This was it Mama, I felt it.
        I really thought we had something.

                    MAMA
                (sitting across from Joe)
        You know Joe, when your Papa and I were
        about your age we had to flee our homes
        and families in Russia.  When the
        Bolsheviks took over they didn't want
        us either.  Some of us left and some
        stayed.  Many that stayed were killed.
                (Beat)
        The point is Joe, we didn't give up.
        There were times we were scared but we
        didn't give up.  We made a new life for
        ourselves and you have to do the same.
        If you believe in what you're doing, hold
        on to it with everything you've got
        and believe in yourself.

She lifts his head up with her hand and looks at him lovingly.

                    MAMA
        Joe, you're my son, whether you sell
        your work or not I will always believe
        in you!

                    JOE
        Even if I'm a failure?

                    MAMA SHUSTER
        Honey you're only a failure if you don't
        try.  That's the hardest part, to keep

DCC00006262

**EXHIBIT 44**
**134**

16.

trying.  That's what takes courage.
(Beat)
Some things are meant to be.  Maybe things
will work out for you boys after all.

Mama Shuster reaches over to hug Joe deeply and smooth back his
hair and kiss his forehead.

                    JOE
          Thanks Mama, I love you.

                    MAMA
          (walking over to Jerry sitting in a chair)
          Joe's feeling pretty bad honey, I know you
          boys are feeling pretty disappointed...but
          don't give up!

Jerry takes a deep breath forcing a smile on his face walks
over to put his hand on Joe's shoulder.

                    JERRY
          We can't quit Joe, not now.  We have to keep
          trying.  I...I feel pretty bad myself but we
          need each other now more than ever!

                    JOE
          I don't know Jerry...maybe you'd be
          better off without me.  Maybe I'm not
          so good after all...

                    JERRY
          Don't say that, don't even think that!
          I...I can't do this without you, I'm a
          good writer but Joe, you're the artist!
          Heck I can't draw a lick!

Joe starts to snicker and soon both boys are laughing.

                    JOE
          Yeah, ha ha! But you're good at drawing
          stick men!

                    JERRY
          (yelling out to Jean in the bedroom)
          Ha ha! Jeanie!  Did you hear that?!
          Joe's mak'in fun of me! Ha ha!

Jean Shuster comes running out of the bedroom with her hair in
curlers and makeup looking like a ghost.

DCC00006263

**EXHIBIT 44**
**135**

17.

                    JERRY and JOE
                    (simultaneously)
          Ahhh! It's the monster girl from deep space!

                    JEAN
          Oh, be quiet!  (hurling a pillow at them)

They catch the pillow throwing it back and soon they're hurling
pillows across the room as everyone breaks out in laughter.

MONTAGE

of the boys working on Superman, refining the CLARK KENT/SUPERMAN
dual identity and other characters.

INT.   NEWSPAPER OFFICE BACKROOM - CLEVELAND

where Jerry is working on cut-rate advertising layouts.

                    JOE
                    (walking in)
          Hey, Jerry, heard anything back on Superman?

                    JERRY
          No...but look (pointing to newspaper comic)
          we did get Slam Bradley in Sunday's newspaper.

                    JOE
          Well at least that's something good.

                    JERRY
          Yeah, and I think we'll get Dr. Occult
          published. (holding up Dr. Occult layouts)

                    JOE
                    (looking around)
          You know, I think I'll place an ad for a
          model for the Lois Lane character we've
          been working on.  Can you get me a good rate?

                    JERRY
          Sure, but how much can you pay for a model?

                    JOE
          I don't know.  We'll come up with something.
          -- Besides, it's a great way to meet girls.
          Hey look, here's an ad from a girl looking
          to be a model.  We should call her.


INT.   JOE'S APARTMENT - DAY

DCC00006264

EXHIBIT 44
136

18.

Joe holds a newpaper classified section in his hands while walking a girl to the door.

> JOE
> Thanks for answering the ad.  I'll let you know.

Joe sits down next to Jerry at his desk.

> JOE
> So what did you think of that one?

> JERRY
> I don't know...

> JOE
> Yeah you're right, not pretty enough.

> JERRY
> And flat-chested.

> JOE
> Yeah, and too flat-chested.

Just then the door bell RINGS.  Joe opens it and standing there is JOANNE, the future Mrs. Siegel.  Joe is immediately smitten by her.

> JOANNE
> I'm glad you saw my ad.  Hi, I'm Joanne. You wanted a model for a Lois Lane character..um...

> JOE
> Right!  Come in!  Yeah, I'm looking for a model.  Yeah we have this new character, Superman, and... -- Would you like a glass of water, tea...milk?  We have milk...

> JOANNE
> (lightly laughing)
> No... Thank you very much anyway.

> JOE
> Hey, Jerry!  Come meet Joanne our new Lois Lane model.

> JERRY
> (extending his hand for a handshake)
> Hi Joanne.

DCC00006265

**EXHIBIT 44**

19.

                    JOANNE
        So you have a new character.  What exactly
        do you guys do?

                    JOE
        Comic books.  We get stories published in
        comic books and newspaper strips.

Joe walks to a table where comic books and newpapers are piled.

                    JERRY
        Yeah, we started with our own fanzine we
        published from our high school newpaper
        office.

                    JOANNE
        You worked at a school newspaper?

                    JERRY
        There for two years.

                    JOANNE
                    (laughing)
        So did I, what a coincidence.

Joe returns carrying comics and newspapers.

                    JOE
        Look, here's some of our work.
        Slam Bradley, Dr. Occult, Federal Men.
        And, oh, here's The Spy.

                    JOANNE
        Well, I'm impressed.

                    JERRY
        Don't be, we can't pay you much.

                    JOANNE
        Oh don't worry about that, this looks like
        fun.  I'd probably do it for free.
        -- So what's this Superman all about?

                    JERRY
        Oh, that's the one that came to us a
        couple years ago.  It's our best one.

                    JOE
        Yeah, we think it's our best one but we
        haven't been able to get it published yet.

DCC00006266

**EXHIBIT 44**
**138**

20.

                    JOANNE
        Well it sounds intriguing.

                    JERRY
        We'll just have to keep trying.

                    JOE
        Can you come over Saturday to model?

                    JOANNE
        Sure, I'd love to.

                    JOE
        And maybe... maybe afterwards we can
        go out for a soda or something.

                    JOANNE
        That would be nice, I'd like that.

                    JOE
                 (smiling)
        Great!  I'll see you Saturday.

                    JOE & JERRY
        (simultaneously as she walks out the door)
                 YES!!

INT.  DRUGSTORE SODA FOUNTAIN - DAY

Joe and Joanne are sitting at a table sipping a soda next to a
window facing the street.

                    JOE
        ...yeah, so we'd like to be able to
        devote full time to our stories but
        for now it's just touch and go.  Jerry
        does some newpaper ad layouts.  I find
        what work I can.  Gotta keep eatin.

Just then Jerry walks in.

                    JOE
                 (motioning to Jerry)
        Hey Jerry, over here.

                    JERRY
        Mind if I join you guys?

Joe motions Jerry to sit.  Jerry orders a soda.

                    JOANNE
        Joe was just telling me about your

**EXHIBIT 44**
**139**

DCC00006267

21.

ambitions to do your stories and art
full time.

                    JERRY
        We'd love to, but for now we have to
        do what we can.

                    JOE
                (to Joanne)
        Do you want another soda?

                    JOANNE
        Sure, that would be nice.

Joe summons a waitress for two more sodas.

                    WAITRESS
                (placing sodas on table)
        That'll be 10 cents.

Joe reaches into his pocket then his billfold feeling around.

                    JOE
                (with an embarrased look)
        Huh... I... I don't seem to have any
        money left. ...uh Jerry...

                    JERRY
        Sure Joe, I can cover it.

                    JOE
        I promise I'll pay you back.  (mumbling
        to himself) This is embarrasing.

                    JERRY
        Don't worry about it Joe.

Just then a brand new Cord convertible pulls up and out steps a
young guy in a snazzy double-breasted suit.  Joe's jaw drops
slowly as he watches this spectacle before him.

POV - JOE

following the guy with his eyes as he opens the passenger door
for a beautiful girl.  Tracking them as they walk in and past
their table.

BACK TO SCENE:

The group is silent for a moment.

DCC00006268

**EXHIBIT 44**
**140**

22.

             JOANNE
Well, I gotta get back now.  Thank you
Joe. I really enjoyed today.

             JOE
I enjoyed it too.

             JOANNE
Good to see you again Jerry.

             JERRY
You too.

Joanne gets up and walks out.

             JERRY
So do you like her?

             JOE
Sure I like her...what a great smile.
How about you?

             JERRY
Smile?  It's the curvey curves I like.

             JOE
I'll tell you Jerry, one of these days
we're going to have enough money so if we
want to take a girl out, I'll take her
out in style and not be embarrased.

Just then they turn their heads as they hear the rich couple that
walked in start to ARGUE.  The couple storms past them, the woman
leading, with the guy following.  They hear something about a
wedding date, postponement, her family, his family, etc. etc.

             JERRY
        (turning his head back)
Let's finish the latest Superman strip
tomorrow then we can submit it to the
Bell Newspaper Syndicate.

             JOE
Didn't we already submit it to them?

             JERRY
Yeah, but we can try again.

             JOE
Okay, like you said, we'll keep trying.

MONTAGE

DCC00006269

**EXHIBIT 44**
**141**

23.

of the boys doing more Superman strips, sending them out over and over again, and responses coming in over and over again with letters starting out with, "We are sorry...", "Thank you but we are not interested...", "We regret to inform you..."

LEGEND OVER MONTAGES TIME PASSING: 1935...1936...1937...1938

INT.  JOE'S APARTMENT - DAY -- 1938

Joe answers a KNOCK on the door

                    JOE
          Come on in.  What's new?

                    JERRY
          Well, we got some more mail today.
          (holding up a bundle of mail)

                    JOE
          Let's keep our fingers crossed.  I know
          someone's going to take Superman.

Jerry opens a letter from the Ledger Syndicate.  He reads out loud.

                    JERRY
          Ok.  Let's see. (holding up the letter)
          "Frankly we feel the public has had its
          fill of superhuman subjects."

                    JOE
          Had its fill?  What do they mean had its
          fill?  There's nothing like Superman out
          there!

                    JERRY
          Okay.  Well don't worry.  Here's one from
          the Bell Syndicate. -- "We are in the
          market only for strips likely to have the
          most extraordinary appeal and we do not feel
          Superman gets into that category."

Joe's head droops.  Both are quiet for a second.  Jerry opens the last letter.

                    JERRY
          Ok.  United Feature...

Jerry stops then sets the letter down.

                    JOE
          What did they say?

DCC00006270

**EXHIBIT 44**
**142**

24.

                    JERRY
                  (gloomily)
          Oh well, they're filled up.

                    JOE
          Let me see the letter.

Joe grabs the letter reading out loud.

                    JOE
          "...a rather immature piece of work."
          Immature piece of work?  I've had it
          Jerry!  I've had enough of this!

                    JERRY
          I have too Joe, but we've got to keep
          trying.

                    JOE
          Trying?!  How many rejections have we
          recieved on Superman?

                    JERRY
          Well, a lot.

                    JOE
          Your damn right a lot!  And not just
          once but two or three times from the
          same syndicates.  The McClure Syndicate
          has turned us down six times! -- How
          long have we been trying to sell
          Superman?

                    JERRY
          About five years I guess.

                    JOE
          How much longer can this go on?  Isn't
          it obvious?  No one wants Superman!
          It's no use Jerry!  (swiping the letters
          off the table to the floor) No use at all!!

Joe in a frustrated rage starts ripping his artwork off the wall
all around the room tearing it up.  Jerry grabs him firmly by the
shoulders spinning him around looking at him squarely in the eye.

                    JERRY
          You can't quit Joe, not now!  I feel
          horrible too, but we just can't give up.

DCC00006271

**EXHIBIT 44**
**143**

25.

                    JOE
What's the use?  We've tried and tried
and nothing seems to be happening good
for us.  I just can't take it any more.

                    JERRY
For what it's worth, I believe in you.

                    JOE
I just thought it was really going to
happen after all these years,
you know?

                    JERRY
What are we going to do?

                    JOE
               (sitting down)
I don't know anymore Jerry, I believe in
Superman but why doesn't anybody else?
               (Beat)
Nobody seems to understand who he really
is.  I know in my heart people need him but
why is it so hard to convince other people?

                    JERRY
               (sitting next Joe)
I wish I had an answer, I think about it a lot
but y'know I feel pretty alone sometimes.
               (Beat)
It's hard to be a writer and not be able to
tell people what you feel inside, except for
you Joe, I can always talk to you.

                    JOE
We're just two crazy dreamers huh?

Jerry feeling slightly embarrased looks down at his feet and
wipes a tear from his eye.

                    JERRY
We're going to make it Joe one way or
another.  Just wait and see.  You and
me together, we can do it.  One day the
world's gonna know about Superman.

                    JOE
The whole world, huh?  You really think so?
Hey, what do you think about that Superdog?

A mixed dog, RAGSY rolls over and gives the boys a baleful eye

DCC00006272

**EXHIBIT 44**
**144**

26.

and a whine as if to say "hey, who me?"

                    JOE
          Well at least Ragsy still believes in us.
          Right Ragsy?

Ragsy whoops it up howling and soon the boys are whooping along
with him howling the blues.

Their spirits lifted by their canine friend they make further
resolve to carry on their quest.  Jerry jumps out of his chair
standing like a goofy superhero with arms on his side.

                    JERRY
          What would our hero Superman do?
          Where there is DANGER I will be there!
          Where there is OPPRESSION I will stand for..

                    JOE & JERRY
          (Joe jumps out of his seat standing like a hero)
          TRUTH, JUSTICE, AND THE AMERICAN WAY!
          Onward ever onward...

                    JOE
          Hey we outta go see a movie, we need to get
          our spirits up!

                    JERRY
          Yep!  Me too... hey I got 50 cents, c'mon
          I'll pay for a movie!

                    JOE
          Hey that sounds like a good idea...

EXT.  CLEVELAND PARK - DAY

Jerry and Joe sit on a park bench sharing a sack lunch.  Joe is
munching on half of a peanut butter sandwich drawing on a sketch
pad in between bites while Jerry wolfs up the other half
stretched out on the grass thinking out loud.

                    JOE
          A red cape and blue tights?  Naw, boxer
          shorts, that's more manly!  Or a blue cape
          and yellow shorts?

                    JERRY
          My favorite color is blue!

                    JOE
          Red!

DCC00006273

**EXHIBIT 44**

27.

                    JERRY
What would impress the girls?

                    BOTH
RED!

                    JOE
Y'know, red is like a guy color, don't you think?
I mean which color shorts would you wear?

                    JERRY
If I could afford some, I'd get red!  But
you know, I really like the way you've
already drawn Superman, looks great like it is!

                    JOE
Yeah, I think you're right! You know me I'm a
perfectionist.

                    JERRY
Oh, Joe!  I forgot to tell you. (pulling out a
folded envelope) I got a letter from some guy
in New York named Major Wheeler-Nicholson who
wants to look at some of our other characters.
He wants us to come in.

                    JOE
New York?  Wow!  I've never been to New York!
(tilting head up to sky) ...the biggest city
in the world.

                    JERRY
I've never been there either.  We got enough
money for train fare don't we?

                    JOE
We can cover it. -- Hey Jerry what
happened to the other sandwich?

                    JERRY
Uh...well I was pretty hungry...sorry

                    JOE
Well at least there's still the chips and candy
bars.

Joe digs around for the potato chips but they're gone too.
We see Jerry's stuffed cheeks and his eyes moving sideways
guiltily.  Chips crumble out of his mouth.

Joe drops his pad and pounces on Jerry's full tummy tickling him
mercilessly as they roll around laughing, Jerry spitting potato

**EXHIBIT 44**
**146**

DCC00006274

28.

chips.

                              JERRY
              Ha! Ha!  Okay! Stop! Stop! I give up!

                               JOE
              Hey it's almost one o'clock c'mon we'd
              better get going or we're gonna be late!
              And you can pay for more candy bars!

                              JERRY
              Candy bars?!  Hurry! Let's go!

EXT.  ATLAS THEATRE - DOWNTOWN CLEVELAND

Marquee reads: DRACULA -- starring BELLA LUIGOSA

The two boys stand at the ticket booth mimicking vampires
while being waited on by a cute blond GIRL.

                              BOTH
              Ve Vant To Drink Your Blood Aan Any Ting
              Else You Vant To Give!

                              Girl
              You have to buy a ticket first!

                               JOE
              Oh yeah...

The two dig around to pool money for the tickets, Jerry
drops pennies on the sidewalk in a fluster and bends over
to retrieve them.

Joe gets a mischievous grin on his face, eyeing the girl.

                               JOE
                (kicking Jerry to get his attention)
              My friend is blind...miss, so maybe you
              should just charge us for one ticket?

Jerry begins to impersonate a blind man and acting goofy.

                              GIRL
              Blind huh?

                               JOE
              No really, look (waving hand in front of his
              eyes, Jerry stares into space) see?

                              GIRL
              Well then I guess he can't see this!

DCC00006275

**EXHIBIT 44**
**147**

29.

The vivacious booth girl bends forward temptingly and unbuttons her blouse just enough to reveal cleavage and plants a kiss on the glass booth right in front of Joe's lips.

Jerry who was munching on a candy bar starts choking at the revealing womanhood while Joe and the girl burst out laughing in delight as Joe backslaps Jerry to get the candy unstuck from his throat.

By now Jerry is bending over in a coughing fit.

                    JOE
          Not only is he blind but he has bad taste
          in underwear!  Look polka dotted boxer shorts!

Joe reaches over to pull up Jerry's bloomer shorts sticking out of his trousers and gives him a "wedgie".  Now everybody bursts out laughing.

                    GIRL
          You guys should be a vaudeville act! Ha! Ha!
          You're so funny and cute (eyeing Joe) Tell
          ya what, show's on me today!  Besides my dad
          owns the theater...so have fun and stop by
          (eyeing Joe) on your way out.

INT.  GRAND CENTRAL STATION - DAY

LEGEND:  NEW YORK CITY - 1938

where Joe and Jerry wander into the cavernous hall each carrying a bag and portfolio case with their mouths open at the sight. People scurry back and forth all around them.

                    JERRY
          Wow!  Look at this place.  I've never seen
          anything like it.

                    JOE
          Me too.  I sure hope this Major Wheeler-
          Nicholson guy will buy some of our work.

EXT.  NEW YORK SIDEWALK

They walk out of the station and look up stretching their necks as far back as they can to see the tops of buildings.

                    JOE
          Hey Jerry, I can't see the top of these
          buildings.

They start bumping into people.

**EXHIBIT 44**
148

DCC00006276

30.

                         BOTH
             Excuse me...excuse me.

We see a BEGGAR walking out onto the street.  A Rolls Royce
screeches it's brakes honking at him.

                         DRIVER
             Hey, watch it you bum!

The beggar holds out his hand mockingly doing a little "soft
shoe" dance in front of the car.  The car honks again and
screeches on past.  The beggar thrusts a tin cup in their faces.

                         BEGGAR
             Hey, buddy, can you spare a dime?

Joe and Jerry set their bags down feeling in their pockets.

                         JOE
             I got a nickel.

                         JERRY
             I got 4 cents.

                         BEGGAR
             A dime, a dime!  Don'tcha have a dime?

                         JOE
             Sorry, we gotta keep the nickel.

                         BEGGAR
             Geeze, and I thought I was cheap!

The beggar walks down an alley where we see destitute homeless
PEOPLE sitting against buildings in cardboard boxes huddled
around.

Joe and Jerry move on through the shuffle of humanity on the
sidewalk.

INT.  COMIC EDITOR'S OFFICE - NEW YORK

A young comic editor, VINCE SULLIVAN, pours himself a cup of java
and sits down to address the day's work spread out in front of
him.  The decal on the frosted glass door reads:  NATIONAL ALLIED
PUBLISHING, Major Malcolm Wheeler-Nicholson Publisher.

We see MAGAZINE COVERS and COMIC BOOK COVERS pinned to the wall
along with a 1930's Pinup Gal CALENDAR showing marked deadlines.

A svelte young woman, MARCY, walks through the doorway carrying a
stack of comic book pasteups to plop down on his desk.

DCC00006277

**EXHIBIT 44**
**149**

31.

                    MARCY
                (chewing, smacking her gum)
        Vince, the Major wants you to add new
        strips to the issue, sorry hon.

                    VINCE
                (smacking his forehead)
        Marcy!  Where am I going to get the extra
        material?

                    MARCY
        (blowing a big bubble and popping it)
        Babe what can I tell ya? You know the
        Major, he's always asking for the impossible
        ah...oh by the way we got some new talent
        coming in today!

                    VINCE
        Perfect! Maybe they can help me outta this
        mess!

                    MARCY
        Gee I hope they're cute (sighing) I need
        to find me a man!

                    VINCE
        So what am I? The invisible man around here?

                    MARCY
        Oh I didn't mean it like that, besides I think
        of you more like my kid brother?

Marcy sits on the table crossing her legs sexily revealing a
leggy thigh putting on her lipstick.

                    ~~LYNN~~ VINCE
                (wincing, biting his knuckle)
        Oh man!  Couldn't you think of me more like
        like a real distant barely related doesn't
        count cousin.

                    MARCY
        Oh Vinnie!  Don't think of such a thing
        a girl's gotta have her morals.  Besides that
        would be monkey business!

                    VINCE
        (scratching his sides like a monkey)
        Then call me Cheetah.

The front office door swings open and in walks Joe Shuster
and Jerry Siegal.

DCC00006278

**EXHIBIT 44**
**150**

32.

          JOE
Uh, excuse me, uh we have an appointment
with Major Wheeler-Nicholson.

         MARCY
Well, come right on in ...have a seat the
Major should be right along any minute now.

         VINCE
Hey fellas, the names Vince, Vince Sullivan.
boy am I glad to meet you!  We could use some
new talent around here!

In the b.g. we now hear the sound of a trumpet BLARING
"CHARGE"!

A MAN, MAJOR MALCOLM WHEELER-NICHOLSON dressed up in a WW I army
outfit comes bustling in resembling Teddy Roosvevelt, rattling
his sabre and blowing REVELRIE on his horn.

         MARCY
(saluting donning a WW I "Pot hat")
Sir!  Your new recruits have arrived.

         MAJOR
Ten-hut! (everybody stands at attention)
At ease men! Boys we're about to revolutionize
the comic book industry and you're just in time
to help us do it!

         JERRY
Oh wow!  Uh this is my partner Joe.  I think
we've got just what you need Major, sir!

         MAJOR
Sounds like just what the doctor ordered,
eh boys?  Well you've come to the right place!
Hmmm well you fellas don't really know much
about me eh? Ahem, I am quite well known.

         JOE
Well, I er...

         MAJOR
Hmmm how could you know?  You weren't there!
Were you?

         BOTH
Well, ah, er...

**EXHIBIT 44**
**151**

DCC00006279

33.

                MAJOR
       (turning on an old RCA phonograph record)
       It's a long way to Tipperary! (others join
       in on the song) c'mon boys join in!
       (beating in his desk with a riding
       crop in time to the music)
             (Beat)
       I remember it just like it was yesterday...

We go BACK IN TIME as the Major reminisces ....

                      DISSOLVE TO:

EXT -- Somewhere on the Western Front of France WWI

where we see the Major laying in a trench knee deep in wartime
battle, shells exploding all around him.  A mounted RIDER comes
charging at the enemy Prussian soldiers, sword held high at full
gallop.  It looks like TEDDY ROOSEVELT.

The Major jumps up in alarm signaling for his horse as we see
Roosevelt fall from his mount after his horse rears throwing him
to the ground.

                MAJOR
       Hold on Teddy! I'm coming!

The Major's horse leaps quickly over the trenches spurting
earnestly towards the fallen comrade, his sword in hand
the Major deftly wields his flashing blade to drive back
the enemy, pulling Teddy to his mount and speeding off.

              ROOSEVELT
       Major!  I would've been done for!  You saved
       me and the country once more!  By Golly you're
       the bravest, fiercest soldier I've got! A man's
       man!  I'll see that you're awarded another medal
       for bravery!

                      DISSOLVE TO:

BACK TO PRESENT DAY

INT.  MAJOR'S OFFICE

                MAJOR
       (pointing to a medal on chest of MANY medals)
       And boys THAT'S where this medal came from!

                MARCY
       (whispering to the boys)
       Humor the Major, he means well...don't tell

DCC00006280

**EXHIBIT 44**
**152**

34.

him I told ya, but he got that medal from
falling off his horse.

            MAJOR
    Well, ahem I was just doing a good soldier's
    job, eh? Alrighty then let's see what you got
    for me.

Joe reaches into his makeshift cardboard art folio and pulls out
a pile of comic strips to show.

            JOE
    We've got Henri Duval of France, Federal Men,
    Radio Squad...

            JERRY
    Slam Bradley, The Spy, Dr. Occult...

            MAJOR
    Hmmm let's take a look see.

The artwork is on the back of wallpaper, brown wrapping
paper and other "scrap paper".

The Major looks at the BACK of the wallpaper admiring it's
DESIGN.

            MAJOR
    Boys this is wonderful, wonderful, I love
    it!, can you get me a couple of rolls for
    my office?

            JOE
    Ah, the artwork's on the backside...Sorry
    that was our last roll.

            MAJOR
    Hmmm that's a shame, oh well...hmmm yes, yes
    I LIKE this work boys, This is EXACTLY what
    we need at New Adenture Comics!
    Marcy sign the boys up!

Joe and Jerry slap each other on the back with big smiles
on their faces.

            MARCY
    Congratulations Boys!

            JERRY
    Major we have another character we're really
    excited about, we'd also like to submit to you.
    We call him SUPERMAN!

DCC00006281

**EXHIBIT 44**
**153**

35.

                    JOE
        Yeah, we think he's gonna be a real big hit!


                    MAJOR
        Okay boys, I'll take your word for it, but
        let's save him for later, we're still
        working on building a readership for our
        current characters and looks like you'll
        keep our plate full for awhile with what
        I see here in front of me.  You can go
        ahead and send this Superman on in later
        when you get a chance.

                    JERRY
        Yes sir! Gee thanks a lot for giving us
        a chance!

                    JOE
        Yeah it really means a lot to us to get
        stuff published and get paid for it too!

                    MAJOR
        Mark my words boys, something big is going
        to come out of all this, something really
        big!

INT.  JOE'S APARTMENT - CLEVELAND - NIGHT

Joe works feverishly at his drawing board muttering to himself "I
can do it!"

Time passes and we see Joe asleep on his drawing board amidst
dozens of drawings.  We notice one in particular that seems to
stand out from the rest.  It's a drawing of Superman leaping over
a tall building looking determined, a balloon caption from his
mouth that reads:  I CAN DO IT!

INT.  OFFICE OF HARRY LONENFIELD - NEW YORK
(Co-owner of Action Comics Company)

                    LONENFIELD
                    (picking up phone)
        Lonenfield.

                    GAINES (VO)
        Harry, this MC Gaines with the McClure
        Syndicate.  Major Wheeler-Nicholson asked
        me to give you a call, said you were looking
        for some material for a new comic book.

**EXHIBIT 44**
**154**

DCC00006282

36.

> LONENFIELD
> That's right.  Go ahead and send over what
> you got.  Say, how's the Major doing anyway?

> GAINES (VO)
> He's gettin his saber polished I hear.
> Something about some dictator in Germany
> rais'in hell in Europe.  Isn't that crazy?

> LONENFIELD
> He never could stay away from a good war.
> Anyway, send that stuff over right away.

> CUT TO:

The same drawing of Superman leaping saying "_I can do it_" in the
hands of Harry Lonenfield.

> LONENFIELD
> This Superman is really something, look
> at him.

His partner and manager Jack Dienowitz eyes him warily.

> DIENOWITZ
> So you think this Superman character
> could do us some good?

> LONENFIELD
> Jack, this is what kids are looking for.
> The strength of Hercules and the daring
> of Errol Flynn and he can leap tall
> buildings.  He's a hero to the little guy.

> DIENOWITZ
> So you really think he's worth printing?

> LONENFIELD
> Look, we need material for the new line of
> Action Comics.  We can buy up the character
> right away!

> DIENOWITZ
> Well okay, let's get the kids signed up and
> give it a whirl, you just might have something.

Lonenfield picks up the phone and makes a call to Jerry Siegel.

INT.  JOE'S APARTMENT - CLEVELAND - DAY

Joe is concentrating intently at his drawing board when he is
startled by BANGING on his door.

DCC00006283

**EXHIBIT 44**
**155**

37.

JERRY
Joe!  Joe!  Open up!  It's me Jerry!
(Joe running over to the door throwing
it open wide) You won't believe this but
we got a deal!  For sure this time!

JOE
What!  Are you kiddin me?

JERRY
(huffing and puffing)
It's true!  I just talked to a Mr...ah...
let's see where's that piece of paper.

Jerry digs into his pants pocket to pull out a crumpled piece of
paper.

JERRY
Mr. Lonenfield with Action Comics they
want to publish Superman.  They want us
to go to New York and sign a contract
right away.

JOE
Great!  We can catch the early morning
train out of Cleveland to New York.

Suddenly Mama Shuster, sister Jean, and brother Frank come
running out of the bedroom to see what the ruckus is all about.

JEAN
Hey Jerry!  What's happened?  You guys
look so funny!

MAMA SHUSTER
Boys what on earth is going on ?!

JOE
Mama, Mama, we're going to get
Superman published!

JERRY
I got a call from Action Comics
Mrs. Shuster.  They want us to come
to New York right away and sign a
contract to publish Superman!

MAMA
That's wonderful Joe!  (Hugging) I knew
you would do it.

INT.  WAITING ROOM OUTSIDE LONENFIELD'S OFFICE - NEW YORK

DCC00006284

EXHIBIT 44
156

38.

Jerry and Joe slowly open the door with ACTION COMICS laid over
frosted glass on it, poking their heads in first then walking in.
They're dressed in their "best" old coats and ties.

                    RECEPTIONIST
          May I help you?

                    JERRY
          Yes Ma'am, we're here to see Mr. Lonenfield.
          Jerry Siegel and Joe Shuster.

                    RECEPTIONIST
                    (pushing speaker)
          Mr. Lonenfield, Jerry Siegel and Joe Shuster
          are here to see you. -- You can go on in now
          boys.

INT. LONENFIELD'S OFFICE

where Harry Lonenfield is sitting behind a big wooden desk.  His
managing partner, JACK DIENOWITZ, is standing on the other side
of the room pouring a drink.

                    LONENFIELD
          (standing up and coming around his desk
          to meet them smiling) Mr. Siegel, Mr. Shuster
          (shaking hands) Good to meet you boys.
                    (Beat)
          This is my partner Jack Dienowitz.

                    DIENOWITZ
                    (shaking hands)
          How are you boys doing?

                    JERRY & JOE
          Fine...fine

They all sit except for Dienowitz who stands off to the side.

                    LONENFIELD
          Listen boys, we saw your work and we liked
          it.  We're willing to put Superman as the
          lead in the first issue of our new Action
          Comics.  (Jerry & Joe smile at each other
          fidgeting in their chairs)
          What I'm gonna need you to do is paste up your
          strip so it'll fit into a 13 page comic book
          story.

                    JERRY & JOE
                    (nodding eagerly)
          Yeah we can do that...we can do that.

DCC00006285

**EXHIBIT 44**
**157**

39.

>LONENFIELD
>Good.  We'll pay you $10 a page so that
>comes to $130.  How does that sound?

Jerry and Joe look at each other excitedly talking between
themselves.

>JERRY
>A lot of people work an entire month to
>make $130.

>JOE
>Sounds good to me.

>BOTH
>(to Lonenfield)
>That's fine...yeah sounds good.

>LONENFIELD
>Good.  There's one more piece of business.
>-- Jack?

>DIENOWITZ
>Before we can pay you, we're going to need
>you to sign this release form.

>JERRY
>What...what is this for?

>DIENOWITZ
>(handing it to Jerry)
>It's customary of all our contributors to
>release all rights to us.  (sitting halfway
>on the desk in front of them) This is the
>businesslike way of doing things.

>LONENFIELD
>(lighting up a cigar)
>Listen boys if you need time to look over
>the agreement take some time, we'll be here.

>JERRY
>Ah, we will if you don't mind.  We need to think
>about it before we make our decision together,
>right Joe?

>JOE
>Sure Jerry ...I mean this is all happening
>so fast , we didn't think it was going to
>be like this ...

DCC00006286

**EXHIBIT 44**
**158**

40.

> **DIENOWITZ**
> Boys why don't you take your time like Harry
> suggested, here go on out and have a soda.

Dienowitz pulls out a dollar and hands it the two young men.

> **JOE**
> Thanks Mister Dienowitz, we'll be back in
> hour, is that okay?

> **DIENOWITZ**
> Sure sure...(Dienowitz buzzes his speaker)
> Alma, Mr. Siegal and Mr. Shuster are going
> to come back in an hour...send them on through.

> **SECRETARY (VO)**
> Yes sir, Mr. Dienowitz.

Both men walk over to shake hands with Siegal and Shuster
patting them on the back.

> **LONENFIELD**
> Good luck now boys...see ya in an hour.
> (buzzing the secretary again) Send in the
> other two artists...

Joe and Jerry look at each other, their confidence shaken as they
leave the office and watch two equally young artists with looks
of hope filling their faces walk past them.  One of the artists
reaches out to shake hands with Joe.

> **ARTIST**
> Hi, the names Kane, Bob Kane.  Maybe I'll
> be seeing ya around?

> **JOE**
> Yeah, yeah you'll be hear'in about me, the
> bosses want to sign us up!

> **KANE**
> So you're the guys with the Superman character
> huh?  Yeah, the editor, Sullivan has been telling
> me about you guys.

> **JOE**
> So you work for Action comics?

> **KANE**
> Yeah! I do stuff here and there, got this new
> character I'm working on.

DCC00006287

**EXHIBIT 44**
**159**

41.

                    JOE
        Oh yeah, what is it?

                    KANE
        Still working on the idea, gonna have something
        to do with a bat man.

                    JOE
        Neat!  Well hey, let's get together later sometime.

                    KANE
        Good luck!

Jerry who's gone ahead comes back looking for Joe.

                    JERRY
        There you are. I thought I'd lost you!

The two make their way out to the now crowded office seeing other
young hopefuls everywhere clutching artwork.

                    JERRY
        (whispering to Joe as they move past them)
        Look at all these kids, they're all here
        to get work with Action Comics!

INT.  SODA POP AND ICE CREAM PARLOR

where Joe and Jerry sit sipping a Coca-Cola looking weary.

                    JOE
        We better think this over Jerry, we need
        the money and we've been trying to sell
        Superman for five years now!  We've come
        a long ways and we're out of money, just
        train fare back.
                    (Beat)
        We don't want to go back empty-handed do we?
        Maybe we should take a chance.  This is the
        real thing Jerry, what do you think we should do?

                    JERRY
        Things gotta start sometime... but I don't
        know anything about this legal stuff.  I don't
        know...I guess it's okay.
                    (Beat)
        We've worked so long and hard.  Joe, we've just
        about given up on Superman.  (shrugging) Well,
        at least this  way we'll see him in print.
        Y'know I just want to see Superman in print.
        That's what's really important.  And besides,
        $130 is good money.

DCC00006288

**EXHIBIT 44**
**160**

42.

             JOE
            (nodding)
    Our family could sure use it.

Jerry nods in agreement playing with his straw, fidgiting.

           JERRY
    Something big is gonna happen out of
    all this.  It's time...time for Superman
    to be born...

INT.   LONENFIELD'S OFFICE

           JERRY
     (to Lonenfield holding the release)
    What about future stories?

           LONENFIELD
       (facing them again)
    Listen, if it does well, they'll be a
    lot more work for you boys.

           JERRY
    Well..uh...could we make more if...

           LONENFIELD
       (interrupting)
    If it does well, you'll make a lot more.
    Don't worry about it.  We'll take care of
    you guys.

Jerry and Joe look over the form while Dienowitz strolls across
the room and Lonenfield turns in his chair looking out the
window.  CU -- Jerry and Joe signing the historic 1938 contract
with Action Comics.

           DIENOWITZ
    Welcome to Action Comics fellas!

           Lonenfield
    Here's your check boys, it's time to
    go to work!

INT.   SHUSTER APARTMENT - CLEVELAND - TWO DAYS LATER

Where Joe and Jerry are furiously working to paste up a full 13
pages of Superman.  Joe sits at the drawing board and for the
first time we witness with him a history making event, the
drawing that will become the cover of ACTION COMICS #1

           CUT TO:

DCC00006289

EXHIBIT 44

161

43.

PRINTER'S PRESS ROOM - ACTION COMICS - NEW YORK

where dozens of comics are being printed and we see the cover of
Issue No. 1 Action Comics rolling off the presses.  We see
SUPERMAN lifting a car as bad guys run away.

INT.  LONENFIELD'S OFFICE - NEW YORK - DAY

                  LONENFIELD
      So Jack, how are the sales going?

                  DIENOWITZ
      Sales are okay.  We're keeping up with
      the competition.

                  LONENFIELD
      Well good.  Send the boys another $130,
      we'll do a second run.

INT.  SHUSTER APARTMENT - CLEVELAND - DAY

Joe and Jerry sit at the table working.

                  JERRY
      Good news Joe.  Mr. Lonenfield called
      to say they're sending us $130 for a
      2nd run.

                  JOE
      That's great to hear!  So is it selling well?

                  JERRY
      He didn't say.

                  JOE
      I hope this is it Jerry.  This is our
      chance to make it.  If this doesn't work
      out I don't know what we'll do.

                  JERRY
      I don't know either Joe...I don't know
      either.

MONTAGE

of more Action Comics coming off the presses, being dropped at
newstands, and children buying.

Then more Action Comics coming off the presses, being dropped off
at newstands but this time children all around the country lining
up, clamering to buy Action Comics and SOLD OUT signs being put
on the racks everywhere.

DCC00006290

**EXHIBIT 44**
**162**

44.

INT.   LONENFIELD'S OFFICE - NEW YORK - DAY

                    LONENFIELD
          What's going on out there Jack?  A bunch
          of my distributors called to say they ran
          out of comic books.

                    DIENOWITZ
          I'm not sure Harry.

                    LONENFIELD
          I'm hearing the rumbling of distant drums
          Jack.  We better have a newstand survey --
          find out what's going on.

                    DIENOWITZ
          I'm on it.

INT.   LONENFIELD'S OFFICE - NEW YORK - DAY

LEGEND: 3 DAYS LATER

                    LONENFIELD
          What have you got, Jack?

                    DIENOWITZ
          Well it seems that sales have tripled
          since the last printing.

                    LONENFIELD
          So Action Comics is trouncing the
          competition.

                    DIENOWITZ
          It's not Action Comics the kids are
          asking for but that magazine with
          Superman on the cover.

                    LONENFIELD
          Superman?  See what did I tell you;
          these Siegel and Shuster boys are
          geniuses.  Have Superman splashed on
          the cover of all Action Comics!

EXT.   CITY STREET NEWSTAND - ANY CITY USA - DAY

where a long line of kids is buying up Action Comics in an
excited frenzy of mild pushing and shoving.  At the back of the
line stands a boy smaller than the others.  He looks around the
bigger kids to see what's in front.  Two bigger kids walk up in
front of him pushing him behind.  Saddened, a tear shows up in
his eye.

DCC00006291

EXHIBIT 44
163

45.

The newstand man catches a glimpse of this and pulls a comic from the back of the rack.  Soon all the comics are gone and a SOLD OUT sign is put on the rack.  The remaining kids moan in disappointment as they walk away.  The small boy stands there a second wiping the tears from his eyes.

                         NEWSSTAND MAN
          Hey kid, come here.

He pulls out from his back pocket the last issue with Superman emblazened on the cover.  The boy's eyes light up and a big smile appears on his face.

                         SMALL BOY
          Gee, thanks mister!

He runs off in glee tightly holding his treasure, finds a spot under a tree to sit and opens the first page.

POV - SMALL BOY

Seeing the very first picture of the planet Krypton starting to blow apart.

MONTAGE - THE BOY'S IMAGINATION

of live action of the planet KRYPTON blowing apart into a million firey pieces.  A small glowing SPACESHIP hurdles toward us from the destroyed planet.  It zooms right above us into the blackness of space.  We see EARTH from space getting larger and larger. FROM the planet Earth a bright glowing ball streaks across the sky.

Suddenly a glowing, blurred image of Superman BURSTS through the ground straight into the sky with streaks of red, blue and gold color streaming from behind.  The Superman image SHOOTS across the sky over farms and cities with people pointing up in awe.  Up higher into the sky the image flys.

POV - Superman flying directly toward us in a lightning-fast blur then bursting into a FLASH OF LIGHT.

INT.  LONENFIELD'S OFFICE - NEW YORK -  DAY

where Lonenfield is fielding call after call as the phones are ringing off the hook.

                         LONENFIELD
                       (to his partner)
          It's crazy out there Jack!  Kids are
          going nuts over Superman.  Newstands
          all over the country are selling out.

DCC00006292

**EXHIBIT 44**
**164**

46.

The Ledger Syndicate, the Bell Syndicate,
United Feature - they all want Superman
in their papers throughout the country.
It's becoming a phenomena, this Superman.
I've never seen anything like it!

                    DIENOWITZ
You were right Harry.  These Siegel
and Shuster boys are geniuses.  Kids all
over the country are lined up for Superman,
Harry, I've seen it with my own eyes.  It's
unbelievable, just unbelievable!

                    LONENFIELD
By sheer dumb luck, we've stumbled onto
a gold mine!  These boys have revolutionized
the industry.  (throwing an open comic on
his desk in blazing color)  After all, they've
created the world's greatest  Superhero.  It's
written all over the sales records.

                    DIENOWITZ
I'm gonna keep the press runs small for
a while, y'know make 'em thirst for more!
                    (Beat)
Y'know we're gonna be rich beyond our
wildest dreams and we owe it all to these
two kids.

                    LONENFIELD
Dreamers...

                    DIENOWITZ
What's that?

                    LONENFIELD
Dreamers.  They are two dreamers.  Jerry
told me Superman came to him in a dream
and then he got with Joe and they just
dreamed some more.  It's like something...
magical.  Together they were Superman, you
could just see it and feel it in their eyes.

                    DIENOWITZ
You know, I've seen the same look in the eyes
of kids throughout the country.  It's like this
Superman character has been born in them.

                    LONENFIELD
Y'know, I feel a little guilty we didn't
give these two a better deal.

DCC00006293

**EXHIBIT 44**

**165**

47.

                  DIENOWITZ
        Look, maybe later we can do better by
        them, but for now business is business.

                  LONENFIELD
        Yeah, you're right Jack.  We do got a
        business to run.  So here's what I think
        we should do next...

They both nod in agreement as they go over their plans
to carve out a market for the Man Of Steel.

                            CUT TO:

MONTAGE

of Joe and Jerry working full time producing page after page of
Superman stories.

EXT.  A CLEVELAND STREET - DAY

LEGEND:  SIX MONTHS LATER

where Joe and Jerry are walking along.

                  JERRY
        We got $130 for next month's issue of
        Superman.

                  JOE
        I guess Superman is doing okay, huh?

                  JERRY
        It's sure has been good to get steady pay.

                  JOE
        You bet it has.  (passing a newstand) Hey,
        look here's the comics books.  (to newstand
        man) Hey, Mister, where's Action Comics?

                NEWSTAND MAN
          (pointing to SOLD OUT sign)
        It was here before we sold out.  Gotta get
        here earlier if you want one.  Kids are buying
        it out.  Here take a look at this.  (holding up
        newspaper pointing to article)

                  JOE
           (reading out loud)
        "Superman breaks comic book sale's records.
        100,000 sold out every month.  Kids every-
        where clamoring for Superman!?"

DCC00006294

**EXHIBIT 44**

48.

Both their jaws drop open as he sets the paper down.

>                     JOE
>           Goodness gracious, Jerry!  We had no idea!
>                     (Beat)
>           Uh, shouldn't we be maki'n a little more?

>                     JERRY
>           Yeah Joe, we should.  My God, do you know
>           what this means?!  Every newspaper syndicate
>           editor in the country that turned down
>           Superman will be begging to get it now.

>                     JOE
>           Can't we sell to them besides Action Comics?

>                     JERRY
>           (who by now looks white as a ghost)
>           Uh...you know that form we signed?

>                     JOE
>           Yeah, what about it?

>                     JERRY
>           I think we sold all our rights to Action
>           Comics.

>                     JOE
>           Well, can't we get them back?

>                     JERRY
>           I don't know Joe, we have to try.

INT.  SIEGEL'S SMALL HOUSE  - CLEVELAND - DAY

Jerry is on the phone and Joe stands beside him.

INTERCUT - JERRY/LONENFIELD

>                     JERRY
>           This is Jerry Siegel in Cleveland.
>           May I speak to Mr. Lonenfield?

>                     SECRETARY (VO)
>           One moment please.

>                     JERRY
>                     (to Joe)
>           They're putting him on.

>                     LONENFIELD
>           Hello there Jerry.  How ya boys doing?

DCC00006295

**EXHIBIT 44**
**167**

49.

          JERRY
Fine thank you.  Uh...did you get our
letter?

          LONENFIELD
Yes I did.

          JERRY
Well, you know Mr. Lonenfield, when we
signed that release we had no idea how
well Superman was going to sell and since
it's done so well and all...well...we think
it's fair that we get back the rights.

          LONENFIELD
We can't do that.
            (Beat)
But if you'll come to New York I'm sure we
can work something out.

          JERRY
Well...all right.  We can be there tomorrow.

          LONENFIELD
Good, good.  See you then.

END INTERCUT

Jerry slowly hangs up the phone looking up at Joe.

          JOE
Well?  What did he say?

          JERRY
He said we can't get the rights back but
we'll work something out.

INT.  TRAIN TO NEW YORK SEATCAR - NIGHT

Jerry and Joe sit in the train bouncing along trying to sleep in
their clothes for lack of sleeper fare.

          JOE
       (gazing out window)
It's gonna work out Jerry, just you wait
and see.

          JERRY
I hope you're right Joe...I hope you're right.

          JOE
You know that dream you had six years ago

DCC00006296

**EXHIBIT 44**
**168**

50.

that you told me about when we created Superman?

             JERRY
     Yeah, what about it?

             JOE
     It was an omen, Jerry.  Superman is going
     to change the world.  It's too powerful
     not to.  Just wait and see.

Jerry who's crumpled up on the seat next to Joe, turns his head and looks straight at him.

EXT.   TRAIN STATION NEXT MORNING - NEW YORK

Jerry and Joe step down from the train, clothes rumpled, hair tasseled, and yawning.

             JERRY
     We better get some coffee.

             JOE
     I think I slept on my foot. (limping)

             JERRY
          (holding his neck)
     I feel like I've been run over by a train.

They stumble off into the crowd trying to wake up.

INT.   LONENFIELD'S OFFICE - NEW YORK

             LONENFIELD
          (gesturing)
     Come on in boys.  Would you like some
     coffee?  A soda?

             JOE
     No thank you, we've had plenty of coffee.

             LONENFIELD
          (as Dienowitz walks in)
     Jack come on in.  (to Jerry & Joe) I talked
     about your concerns with Mr. Dienowitz.  So
     what do you have in mind?

             JERRY
     Well..uh...since Superman has been selling
     so well...how about $5 more per page?

**EXHIBIT 44**
**169**

DCC00006297

51.

                    DIENOWITZ
          You want a 50% raise?!  Well...I don't know.
          What do you think Harry?

Lonenfield nods his head at Dienowitz.

                    DIENOWITZ
          Well alright.  We'll give you $5 more a page,
          after all...an artist must be happy. -- But
          remember, you'll be required to do all your
          work for us and no one else.

Jerry and Joe nod surrenderingly and sign a new contract.

EXT.  NEW YORK SIDEWALK - 42ND & BROADWAY

where Joe and Jerry are slowly walking along.

                    JOE
          Don't worry Jerry, at least we got
          something.  Besides we'll have all
          the Superman work we can get now.

                    JERRY
          Yeah, I guess you're right.

                    JOE
          (pointing to poster on side of building)
          Hey look Jerry.  The NEW YORK WORLD'S
          FAIR is coming. -- With the extra money
          maybe we can go.  What do you say?

                    JERRY
          Yeah, that sounds like a good idea.

Joe slaps Jerry on the back smiling.  Jerry brightens up and
slaps Joe on the back as they walk down the sidewalk.

MONTAGE

of Lonenfield and Dienowitz fielding phone calls, ordering press
runs, negotiating with syndication editors and the Superman
strips being placed in every newpaper throughout the nation.

                              CUT TO:

INT.  LONENFIELD'S OFFICE - NEW YORK -  DAY

                    LONENFIELD
          Look at this Jack, (holding up a newspaper)
          every newspaper syndicate editor in the nation
          is calling Superman tops.

**EXHIBIT 44**
**170**

DCC00006298

52.

                    DIENOWITZ
        Well, they're not lying Harry.  I just
        got the latest sales records. -- You won't
        believe it.

                    LONENFIELD
        -- Go ahead tell me.

                    DIENOWITZ
        The new bimonthly Superman magazine sold
        1.3 million copies.  And the new quarterly...
        it sold out.

                    LONENFIELD
        This thing has exceeded my wildest expectations.
        It's unbelievable!  Jack you are right...we're
        gonna be rich beyond our wildest dreams!

INT.  NEIGHBORHOOD CLOTHING STORE - CLEVELAND - DAY

Joe walks in and Francine is hanging clothes.

                    JOE
        Hi Francine.  How have you been?

                    FRANCINE
        Hi Joe.  Good to see you again.  How's your
        art been going?

                    JOE
        Remember the special character I was telling
        you about?  We got him published!  We got
        Superman published!  And it's doing real good.

                    FRANCINE
        That's wonderful.  (grabbing his hands) I knew
        you were going to do something special when I
        first met you.

                    JOE
        So...would you like to do something sometime,
        get a soda, go to the zoo?

                    FRANCINE
        Sure, I'd love to.  Thanks for asking Joe,
        that's sweet.  Give me a call and we'll go
        do something. -- Well, I better get back
        to this.

                    JOE
        Great, I'll talk with you soon.

**EXHIBIT 44**
**171**

DCC00006299

53.

EXT.  NEW YORK - DAY

LEGEND:  NEW YORK WORLD'S FAIR 1939

Where Joe and Jerry look all around in awe at the futuristic
shapes around them.  In front of them is the PERISPHERE, a 200
foot tall globe and the TRYLON a 700 foot tall column.

                         JOE
          Wow!  Look Jerry.

                         JERRY
          It looks like the stuff you've drawn Joe.

                         JOE
          Hey look! (pointing to a banner over a huge
          exhibit hall) The WORLD OF TOMORROW!

Joe and Jerry eagerly run toward the hall.

INT.  EXHIBIT HALL

A new era is ushered in by the sights and sounds of the future.
The air is electrified with excitment.  Streamlined art deco
furniture and appliances, models of modern cities, highways,
trains, cars and planes are all around.

They walk to one exhibit where a group of people has gathered
around.  In the center is industrial designer Raymond Loewy
telling of his new concepts in streamlining.

                         LOEWY
          ...so the aerodynamic shape enables the
          vehicle to attain greater speeds.

                         MAN IN CROWD
          So do you think man will ever travel faster
          than the speed of sound?

                         LOEWY
          Nothing is impossible.  Who knows what sort
          of incredible wonders the future will bring.

Everyone is bristling with optimism about the future.  Another
crowd gathers at a large exhibit.  Joe and Jerry walking to it
see a bold banner "THE MAN OF TOMORROW."

                         JERRY
          Look Joe.  The Man Of Tomorrow.  I wonder
          who that is?

Two young boys run by them toward the exhibit practically running

DCC00006300

**EXHIBIT 44**
**172**

54.

into them.  Moving in through the crowd they jostle to get close.
Joe says "Hello" to a pretty well-dressed woman next to him.  She
says "Hello" but then ignores him.

On a stage before them stands a woman in a silver jump suit
holding a metallic staff in front of a silvery curtain.  An M.C.
walks to the center of the stage.

                    M.C.
          Ladies and gentlemen, boys and girls.  You are
          about to witness what NO ONE has seen before.
          The Man Of Tomorrow comes to Earth from a planet
          of super beings, a planet DOOMED for destruction.
          An infant, the last of their kind, is HURDLED
          toward Earth in a space ship.

The curtains open revealing a large Tesla coil shooting bolts of
electricity across the stage.  The model of a planet hung from
the stage blows apart startling everyone.

                    M.C.
          KRYPTON is destroyed!  Now he is among us.

                    JERRY
          Joe, that's SUPERMAN!

                    JOE
          Superman!  (to woman next to him) We're the
          creators of Superman!

                    WOMAN
          Oh really?  And I'm Lois Lane.

                    M.C.
          BEHOLD!  The Man Of Steel - SUPERMAN!

Smoke from dry ice bursts forth from the floor of the stage.
"Superman" appears rising from the stage floor, fists on his
sides.  Electric lightning bolts sizzle behind him.  Everyone
applauds and kids scream in excitement.

                    M.C.
          A molecular structure a million years further
          evolved than our own.  His skin resists bullets.
          And our gravity is so light he can JUMP over
          buildings in a single bound and LEAP 1/8 of a mile.
          Dedicated to helping those in need.  SUPERMAN!
          THE MAN OF TOMORROW!

"Superman" steps down from the stage giving autographs.  Joe and
Jerry are jostled by all the kids trying to get close.  As
"Superman" makes his way through the crowd he comes face to face

DCC00006301

**EXHIBIT 44**
**173**

55.

with Jerry and Joe.

                    "SUPERMAN"
          How you guys doing?  Would you like an
          autograph?

                    BOTH
          Sure...sure, that would be great.

                    "SUPERMAN"
          So who do I make it to?

                    JERRY
          Jerry Siegel...

                    JOE
          and Joe Shuster.

                    "SUPERMAN"
               (starting to write then stops)
          Wait a minute...aren't you guys?
          (he looks down at Superman comics) You
          guys are Siegel and Shuster the creators
          of Superman!  What am I doing?  Give me
          YOUR autographs!

"Superman" brings Jerry and Joe on stage and calls over the M.C.
whispering in his ear.

                    M.C.
          Ladies and gentlemen.  We have a special
          announcement to make.  We have a surprise
          guest appearance by...the creators of
          Superman!  JERRY SIEGEL and JOE SHUSTER!

A spotlight shines on Jerry and Joe on stage giving autographs to
"Superman."  Flashes of light blind them as reporters take
pictures from all sides.  The well-dressed woman that was next to
Joe walks up to him.

                    WOMAN
          You really are the creators.  Look, if you're
          ever in New York again, why don't you give me
          a call.  (slipping a card in Joe's pocket)
          I'm a BIG fan.

She smiles sexily and walks off into the crowd.

EXT.  CITY STREET - CLEVELAND - DAY

where Joe and Jerry are walking home from their New York trip
through the neighborhood.  They pass a newstand.

DCC00006302

**EXHIBIT 44**
**174**

56.

                    NEWSTAND MAN
          Congratulations boys, you're celebrities.

                    JOE & JERRY
                (to each other confused)
          What?  What's he talking about?

As they continue to walk, other people they pass comment:

                "Hey guys, looking good."
                "How's it feel being stars?"
                "Good going guys."

Walking up to the Shuster apartment building Jean and Frank come
running out with a paper in hand.

                    JEAN
          Hey look!  You guys are on the front page!

                    FRANK
          Yeah, you're in the New York Times, you
          guys are celebrities!

POV - JOE AND JERRY

looking at a New York Times headline, article and photo of
themselves giving autographs to "Superman."  Headline reads:

                "SUPERMAN CREATORS MAKE SURPRISE
                APPEARANCE AT WORLD'S FAIR"

BACK TO SCENE

                    JOE
          Jerry, we made the papers!

                    JERRY
          The New York Times!

                    JOE
          We're celebrities Jerry, do you
          realize that?

They both stand there in stunned silence for a few seconds as
they start to grasp their newfound status.

                    JERRY
          We're the creators of Superman, Joe.

                    JOE
          Yeah I know that...

DCC00006303

**EXHIBIT 44**
**175**

57.

                    JERRY
          No, I mean WE'RE the creators!  Superman
          is the hottest thing around and we've
          hardly seen anything out of it!

                    JOE
          I know, you're right Jerry but do you think
          We can get a better deal?

                    JERRY
          We have to Joe, it's the only thing that's
          fair and just.

                    JOE
          You're right Jerry, they've got to give us a
          better deal.

POV - JOE AND JERRY

looking at the headline and photo once again.

INT.  LONENFIELD'S OFFICE - NEW YORK - DAY

POV - JACK DIENOWITZ

looking at the same newspaper headline and photo of Joe and
Jerry.

                    DIENOWITZ
          (throwing paper on Harry Lonenfield's desk)
          Did you see this?

                    LONENFIELD
          I did.

                    DIENOWITZ
          Looks like our boys are moving up in the
          world.

                    LONENFIELD
          Yeah, I guess they are.

                    DIENOWITZ
          So, you think we'll be hearing from them
          again?

                    LONENFIELD
          I'm sure we will.  I'm sure we will.

INT.  SHUSTER APARTMENT - CLEVELAND - NIGHT

where 19 year old Jean is sprawled in curlers across a chair

DCC00006304

**EXHIBIT 44**

58.

talking endlessly on the phone.

                    JOE
          Can you hurry?

                    JEAN
               (trying to wave Joe away)
          I've got to go, my brother keeps bothering
          me.  (hanging up) Here's the phone, but I'm
          not through.

As she walks away Joe makes a sarcastic smily face at her.

                    JOE
                 (on the phone)
          Francine?  Hi this is Joe.  Did you hear
          the news? -- Yeah me and Jerry, we're in
          the paper.  Isn't that neat? -- Okay,
          great.  I'll see you tomorrow at
          Schroder's Drugstore.  Bye.

INT.  DRUGSTORE - NEXT DAY

Joe and his girlfriend, Francine, sit sipping soda.

                    JOE
          Superman is gonna be big, I can just feel
          it.  I'm sure I'll be making more money
          soon and maybe we'll have more time together.

                    FRANCINE
          That would be nice Joe...real nice.
          (both pausing to sip soda) What do you
          want out of life Joe?

                    JOE
          You mean besides working on Superman.
          Oh...I don't know.  I guess someone to
          be with.  Someone I can trust. -- Yeah,
          that's really important, to have
          someone I can trust.

                    FRANCINE
          What about fame and money?

                    JOE
          It's good if you can get it...but it's not
          like trust.  Fame and money may come and go
          at anytime but trust lives on forever.

                    FRANCINE
          Joe...(looking up at him) you can trust me.

DCC00006305

**EXHIBIT 44**
**177**

59.

Joe smiles back at her placing his hand on top of hers.  Their
hands squeeze together as they smile at each other.

INT.  SHUSTER APARTMENT - CLEVELAND - NIGHT

Joe works at his drawing desk when the phone rings.  Joe picks it
up.

INTERCUT - JERRY/JOE

                    JERRY
          Joe, this is Jerry.

                    JOE
          Hi Jerry, what's up?

                    JERRY
          I got a letter back from Mr. Lonenfield.

                    JOE
          And...?

                    JERRY
          And he said we could come in and renegotiate
          our contract.

                    JOE
          Great!  I know we'll get a fair deal Jerry...
          I just know it.

INT.  LONENFIELD'S OFFICE - NEW YORK - DAY

Lonenfield is in a high back leather chair behind a fancy new
desk.  Dienowitz stands against the wall behind Lonenfield.  Joe
and Jerry walk in with The New York Times containing their
pictures.  They sit down.

                    LONENFIELD
          I'm not sure there's a whole lot we can do for you.

                    JERRY
               (dropping paper on desk)
          Mr. Lonenfield, we <u>know</u> how well Superman has
          done for you and we want a better deal.

                    JOE
          Yes sir, that's right -- we do.

The tension builds as Lonenfield and Dienowitz are silent.
Lonenfield moves his lower jaw around, his fingertips touching
one another near his chin.  Cold "poker eyes" dart across the
room scanning the boys and the paper on his desk.  The tension

DCC00006306

**EXHIBIT 44**
178

60.

rises.   Then he speaks.

                    LONENFIELD
          You boys have helped our comic book company
          grow.  And we want you to know we appreciate
          that.  -- Hell, Action Comics has practically
          become Superman.  No one can deny that.
                    (Beat)
          So here's what we'll do.  We'll give you a
          raise to $20 a page and...(looking over at
          Dienowitz) 5% of all Superman revenue.

Joe and Jerry look at each other without talking.  Joe smiles
slightly nodding his head at Jerry looking for his reaction.
Jerry smiles and nods in agreement at Joe.

                    JERRY
          Well...that sounds like a reasonable offer.

                    JOE & JERRY
          Yep, that's acceptable.

                    LONENFIELD
          Good, good.  (standing and extending his
          hand across the desk to shake) Boys you
          have yourself a deal.

INT.  HALL OUTSIDE LONENFIELD'S OFFICE

Both boys burst out in glee jumping up and down in excitement,
slapping each other on the back.

                    JOE
          We did it!  Jerry, we did it!

INT.  SHUSTER APARTMENT - CLEVELAND - SAME DAY

There is a knock at the door.  Jean answers it.  "Telegram for
the Shusters."

                    JEAN
          Mama!  Mama!  A telegram!

INSERT - MESSAGE IN BOLD LETTERS ON TELEGRAM

          "PROSPERITY HAS COME TO THE SHUSTERS"

BACK TO SCENE:

The whole family jumps up and down passing the telegram around
for each to read.

DCC00006307

**EXHIBIT 44**

61.

INT.   SHUSTER APARTMENT - CLEVELAND - THAT EVENING

Joe and Jerry burst through the front door as the whole family
runs out in an excited frenzy.

                    FRANK
          We got your telegram.   What's
          happened?

                    MAMA SHUSTER
          What do you mean prosperity has come?   What...

                    JOE
          Mama, Mama, we've really made it with
          Superman.   We're going to be rich!

                    JERRY
          Yeah, we're getting a percent of revenue!

                    JEAN
          Oh wow!   That's so exciting!   I knew you
          guys were gonna make it!   I just knew it!

                    MAMA SHUSTER
                    (tears streaming)
          Oh boys!   I'm so happy for you, so happy!
          Oh Papa!   Papa!   We've got wonderful news!

Mama Shuster pulls up her apron to wipe the tears from her eyes
and goes into another room to get Papa Shuster.

MONTAGE

of Joe and Jerry renting an office, hiring 5 other artists to
keep up with the load jammed cheek to jowl furiously drawing and
lettering Superman panels, and only Joe drawing Superman's face.

Joe and Jerry going out looking at nice homes in nice
neighborhoods, moving their families out of their crumbling
apartments and into elegant homes.

INT.   NEW SHUSTER HOME - CLEVELAND - DAY

Mama Shuster and the rest of the family walk in through their
elegant new front door with Tiffany-style etched glass on each
side led by Joe.

POV - CEILING OF ENTRY FOYER

Through a crystal chandelier looking down at the whole group
walking in.

DCC00006308

**EXHIBIT 44**
**180**

62.

BACK TO SCENE:

Mama puts her hands over her cheeks.  Everyone looks around with their jaws dropped open slightly in wonder.

                    JOE
          Well, what do you think?

                    MAMA
          It's like a dream...a beautiful dream.  I'm
          afraid I'll wake up.

                    JEAN & FRANK
          Wow!  Look at this place.

                    PAPA
          Joe, I don't know what to say.  Can you
          afford this?

                    JOE
          Papa, don't worry, we can afford this.  This
          place is for you, for Mama, for all of us.

                    PAPA
          I've been poor all my life and I never thought
          I'd see anything like this.  (taking hat off
          and holding it over his chest)

They start wandering into the grand parlor filled with shiny new furniture.  Jean and Frank break out running all over the place.

                    JOE
          Mama look here, I want to show you something.

They walk over to a low cabinent with something on top covered by a blanket.

                    JOE
          Look!  (yanking off blanket)

                    MAMA
          A new radio!

                    JOE
          It's the newest top-of-the-line radio
          phonograph!

                    MAMA
          Oh Joe, I'm so happy!

She hugs Joe warmly as joy overwhelms her then sits.

DCC00006309

**EXHIBIT 44**
**181**

63.

                              MAMA
              I can hardly believe this has happened.

                               JOE
              You told me to not give up Mama, you
              were right.

INT.   SHUSTER HOME - THAT EVENING

The whole family, except for Mama, are sitting around a large new
dining table covered by a table cloth, silver ware and china in
an elegant dining room.  Mama comes out of the kitchen with a
steaming dish in hand.

                               JOE
              You know Mama, we can hire a maid to...

                              MAMA
              No, no.  I do the cooking here.  This is
              what I do for my family.

                              PAPA
              Yes Mama is right, and I still go to work.

Joe shrugs and smiles.

                               JOE
              Frank, are you going to be able to work
              with me full time on Superman panels?

                              FRANK
              You bet.  I wouldn't miss it for anything.
              Besides, maybe some of your fame will rub
              off on me and I'll start getti'n the girls.

Joe looks at him not 'getting it' at first, then they all break
out laughing.

                              JEAN
              Oh listen everybody, I got my first
              radio job doing voices.

                              MAMA
              That's wonderful honey. -- Look at
              us all sitting here at this big dining
              table.  This is all so wonderful; I can
              hardly believe it.

Mama takes the hand of Joe and Jean sitting next to her, then
they all join hands around the table in thankfulness and joy.

INT.   JERRY'S NEW HOME - CLEVELAND - DAY

DCC00006310

**EXHIBIT 44**
**182**

64.

where Jerry is stretched out on an oversized bed reading while a
Benny Goodman record plays in the background.

                    STELLA
          Jerry, Joe's at the door.

Jerry jumps up and runs to the front door.

                    JERRY
          Joe!  (shaking hands vigorously) What
          do you think of the new place?

                    JOE
          It's great Jerry.  You'll have to come
          over to our new place.

                    JERRY
          You remember Stella.

                    JOE
               (shaking hands)
          Yes, nice to see you again.

                    JERRY
          We did it Joe.  We got married!

                    JOE
          Congratulations!  (hugging while slapping
          each other on the back)

                    JERRY
          Yeah, it was a spur of the moment thing.
          We just decided to do it and went down to
          the Justice of the Peace and here we are.

They all smile and break out laughing.

                    JERRY
          Oh, look Joe.  Come over here and see
          what I got.

They walk into the living room where a new "lazy man's" hip
machine stands.  Jerry gets onto it strapping the belt around his
waist.

                    JERRY
               (turning it on)
          Look at this, (his whole body jiggling)
          I can stand here and lose as much weight
          as I want.

Suddenly several candy bars are shaken out of his pockets falling

DCC00006311

**EXHIBIT 44**
**183**

65.

to the floor.

                        JERRY
          Oops!

He turns off the machine to retrieve the candy bars smiling
somewhat embarrassed.

                        JOE
          That's great Jerry.  Yeah, remember how
          I've always wanted to lift weights...Well
          I bought myself a set of weights and look
          here, (he pulls out a "physical-culture"
          magazine) John Grimek the new "Mr. America"
          says here in this article that anyone can
          gain 25 pounds with these exercises.

                        JERRY
          You're trying to gain it and I'm trying
          to lose it.  Isn't that something.

They break out laughing and sit on new furniture.

                        JOE
          (Stella handing him a cold drink)
          Thank you.

                        JERRY
          They want us in New York next week for
          a policy conference.

                        JOE
          A policy conference?

                        JERRY
          Yeah, it's something about making sure
          Superman is providing the right moral
          leadership for all the kids.
                        (Beat)
          Did you hear about what's happening in
          Europe?  (pointing to a newspaper headline
          "Germany Invades France")

                        JOE
          Yeah, some German dictator has invaded a
          bunch of countries or something.

                        JERRY
          Yeah, they say he wants all of Europe
          including England.  Here it says (picking
          up newpaper) in his speeches Adolph Hitler
          is declaring a 1,000 year reign ruled by a

DCC00006312

**EXHIBIT 44**

**184**

66.

"Super Race."

                         JOE
          A super race?

                         JERRY
          Isn't that crazy?

                         JOE
          Superman's the only member of a "Super
          Race" I know of.

                         JERRY
          You said it.

EXT.  OHIO COUNTRYSIDE - DAY

Where Joe and Francine sit under a tree having a picnic next to
Joe's new Buick Deluxe.  Francine lays across the blanket looking
at the sky.

                         FRANCINE
          Look at how blue it is...it feels like forever.
          It's how I feel when we're together.

Tears glisten in her eyes.

                         JOE
          Francine, are you alright?  You look like you're
          going to cry.

She looks over at him smiling.  Joe reaches over and kisses here
tenderly on the mouth.

                         JOE
          Did you hear about Jerry?

                         FRANCINE
          No, what?

                         JOE
          He got married, all of a sudden.

                         FRANCINE
          Wow. -- what do you think about
          marriage?

                         JOE
          I think it's great...if you find the
          right one.

DCC00006313

**EXHIBIT 44**
**185**

67.

                              FRANCINE
               How do you know when it's the right one?

                                JOE
               Oh...I don't know.  When you find someone
               you know you can trust...and the little
               things they do that may bug you...well,
               they don't really bug you that much and
               you love them anyway.

                              FRANCINE
               Little things?  Like...(she picks up a
               handful of leaves and twigs dropping them
               on Joe's head) this?

                                JOE
               Aah!  I'll get you for that.

He reaches over and starts tickling her as they roll around with
each other.  They stop, looking in each other's eyes and start to
kiss.

                                JOE
               Can I see you on Sunday?

                              FRANCINE
               Oh, I'd love to but...well I have to go to
               Mass.  It's my family.

                                JOE
               Well that's okay, we'll see each other some
               other time.

INT.  NEW SHUSTER HOME - CLEVELAND - NIGHT

the whole family is sitting around the new radio in the parlor.

                                JOE
               Jerry and I have to go to New York next
               week for some kind of a policy conference.

                               MAMA
               My, my, I don't know how you boys keep up
               with all the activity.

                                JOE
               We enjoy it.  Oh, there's going to be a new
               Superman radio show on, turn the radio on.

They rush to turn on the radio adjusting the knobs.

"And now Mutual Radio Network brings to you for the first time

DCC00006314

**EXHIBIT 44**
**186**

68.

ever...the adventures of Superman!  Faster than a speeding
bullet...more powerful than a locomotive...able to leap tall
buildings in a single bound.  Look what is that?  Up in the sky.
It's a bird, it's a plane, No it's Superman!..."

The whole family claps in delight.

EXT.   OUTSIDE ACTION COMICS OFFICE BUILDING - NEW YORK

where Jerry and Joe are met by Lonenfield's assistant.

> ASSISTANT
> Jerry, Joe, I'd like you to meet Dr. Thorndike
> of Columbia's Psychology Department (shaking
> hands) and this is Dr. C. Bowie Millican of
> New York University.  They are two of the
> members on our advisory board.

> JERRY & JOE
> Nice to meet you.

> ASSISTANT
> We're going to take a little drive to meet
> some of your fans.

INT.   AUTOMOBILE

> DR. THORNDIKE
> You know Jerry, Joe, we're big fans of
> Superman.

> JERRY & JOE
> Thank you.

> DR. THORNDIKE
> We really like what you young men have done
> with him.  Superman has shown kids all over
> the world that you can't use strength and
> power to hurt others and that justice
> comes from treating others fairly.  Why you've
> provided moral leadership to...how many is it?
> (looking over to Dr. Millican)

> DR. MILLICAN
> 35 million.

> DR. THORNDIKE
> to 35 million youngsters...

> DR. MILLICAN
> and many adults...

DCC00006315

**EXHIBIT 44**

**187**

69.

       DR. THORNDIKE
     Millions of kids have pledged to live by the
     ideals Superman has shown them.  I even hear
     that the Roosevelt kids are members of Supermen
     Of America.

       JERRY
     Wow, we had no idea...

They drive up to an inner city youth center in a "bad" part of
Brooklyn.  As they step out, they see a group of tough-looking
youths standing on the edge of the building yelling out and
harrassing people as they walk by.

INT.   YOUTH CENTER

where a group of kids ranging in ages 8 - 15 is gathered.

       DR. THORNDIKE
     We'd like for you to meet some of your fans.
     (to kids) Kids this is Jerry Siegel and Joe
     Shuster.  They created Superman.

The kids run up to them in excitement thrusting Superman comics
at them for autographing.

       DR. MILLICAN
     Jeremy, would tell us why Superman is
     important to you?

A 12 year old kid with sandy blonde hair steps forward.

       JEREMY
     In our neighborhood, some of the kids
     have gone into gangs and they get into
     trouble.  Sometimes someone gets killed.
       (Beat)
     My big brother was killed and my father
     isn't around anymore.  (wiping his eyes)
     Superman is someone to follow.  He's a
     hero.  He helps me figure out what's
     right from wrong.

CU -- Jeremy's face.

         DISSOVE TO:

EXT.   TOWN SOMEWHERE IN GERMANY - DAY

CU -- A boy's face similiar to Jeremy's.

Moving away we see he's marching in a Hitler Youth gang that

DCC00006316

**EXHIBIT 44**
**188**

70.

starts picking up rocks throwing them through windows terrorizing the neighborhood.

                                        CUT TO:

Vintage clips of Hitler's "Super Race" BLASTING through other countries' defenses and blitzkrieg bombing raids wreaking death, terror, and destruction, and Hitler ranting from the podium in front of thousands of Nazis marching in military procession.

                                        CUT TO:

STREETS OF LONDON DURING BOMBING RAID - NIGHT

Bomb sirens SHRIEK through the night air as the sky lights up with bursting SHELLS during the London Blitzkrieg.  The burst of shells ROARS and SHAKES the ground.  Men, women and children scurry into underground bunkers terrified for their lives.

INT.   UNDERGROUND BUNKER

where people huddle together trembling in fear for their lives as the bombing raids of Germany's Luftwaffen Air Force lays siege to the city pounding the underground bunker.  Children begin crying. Mothers hold them closer trying to comfort them.

In a far dimly lit corner, a YOUNG BOY sits engrossed in a magazine, turning the pages slowly, reverently mouthing each and every word with awe as though "in another world."  The boy's FATHER walks over to him looking dazed but the boy is completely calm.

                          FATHER
              What are you reading son?

                           BOY
              It's Superman Father.  He'll help us win the
              war.  Look (revealing the open pages) he'll
              bust through the lines and pick Hitler right
              up by the scruff of his cowardly neck.

POV - BOY LOOKING AT OPEN SUPERMAN MAGAZINE

                                        CUT TO:

INT.  A MILITARY OFFICE - DAY

where we see those same open pages of Superman hoisting Hitler up by the neck.  CU -- A fist slams down on the desk.  We follow up his arm to see the enraged face of ADOLPH HITLER who's looking at the comic.  He calls in one of his officers in the Ministry of Propaganda.

DCC00006317

**EXHIBIT 44**
**189**

71.

> HITLER
> Where did you get this trash?!

> OFFICER
> Fuhrer, some of our men have been finding
> these behind French and Belgian lines.
> They must be smuggling them in from Britain.

> HITLER
> Well STOP IT!  Burn every one you find! And
> this Siegel and Shuster...put them on the list!

> OFFICER
> Yes, mein Fuhrer!

The officer does a "Heil Hitler" turns around and walks out while
Hitler THROWS Superman in the trash.  He sits at his desk a few
seconds looking out the window then the phone rings.

> MUSSOLINI
> (Split-screen)
> Adolph, this is Benito Mussolini.  Your
> Ministry of Propaganda told me of this
> illegal Superman that's being smuggled in.

> HITLER
> Don't worry Benito, we're taking steps to
> remove this trash.

> MUSSOLINI
> Where am I?

> HITLER
> What do you mean?

> MUSSOLINI
> In the entire book, I am not mentioned.
> How can this be!

Mussolini slams down the phone.  Hitler sits at his desk sternly
a second.  Looks over, then digs out Superman from the trash and
starts to look through it being slightly amused that Mussolini
was left out.  A slight crack of a smile appears.

> CUT TO:

POV - GREEN TREES OVER A CLEVELAND PARK - DAY

panning down where Joe and Francine lazily stroll hand in hand
under the trees.

DCC00006318

**EXHIBIT 44**
**190**

72.

> FRANCINE
> How was your trip to New York?

> JOE
> Oh, it was fine.  Superman is really important
> to a lot of kids.  You know...I may go on other
> trips and it would sure be nice to have you
> with me...it would be nice to have you with me
> everywhere.

> FRANCINE
> Everywhere?

They stop and sit on a bench in front of a large water fountain
facing each other.

> JOE
> Yes everywhere...and always.  Francine,
> (pulling out an engagement ring) will you
> marry me?

> FRANCINE
> Oh Joe, (putting her hands over her cheeks)
> this is such a surprise.

She puts on the ring hugging and kissing Joe with tears in her
eyes.

> JOE
> So you like it?

> FRANCINE
> I love it!  This is so wonderful.

Suddenly she stops hugging him and withdraws.

> JOE
> Francine, what's wrong?

> FRANCINE
> Everything is happenning so fast for us,
> things are changing for you.  You've gone
> to New York...I'm just a simple Ohio girl.

> JOE
> But that's what I want Francine.  That's what
> I need.  You're down to earth, your beautiful
> ...you're just the kind of girl every guy
> dreams about marrying.  -- I've got some good
> money starting to come in...I could make a
> good life...for both of us.

DCC00006319

**EXHIBIT 44**
**191**

73.

>           FRANCINE
> Oh, Joe, I do love you.  Maybe we could have
> a wonderful life but...

>           JOE
> But what?

>           FRANCINE
> It will have to be a Catholic wedding and
> our children will have to be Catholic and
> your family...

>           JOE
> I know, my family is Jewish.  They'll want
> a Jewish wedding and...

She falls into his arms sobbing.

>           FRANCINE
> What are we going to do Joe?  I don't
> know if we can make it work.

>           JOE
> I don't know Francine...(stroking her dark
> hair) All I know is that I love you.

She looks up at him into his eyes.

>           JOE
> I love you so much, maybe...maybe I can
> convert.

>           FRANCINE
> You would do that for me?  But your family.

>           JOE
> I know.

They sit on the park bench embracing each other.

INT.  NEW SHUSTER HOME - CLEVELAND - NIGHT

Mama is walking back and forth from kitchen to dining room with
Joe following in a heated exchange.

>           MAMA
> I don't want to hear that Joe!  How can
> you say such a thing?!

>           JOE
> But I love her Mama, and she loves me.

DCC00006320

**EXHIBIT 44**
**192**

74.

                    MAMA
If she loves you so much then why doesn't
she convert?!

                    JOE
Her family is very strict and...

                    MAMA
You would reject all your heritage for
this girl?

                    JOE
But Mama...

                    PAPA
Joe, your Mama is right.  How can turn
your back on your roots?  Let her convert.

                    JOE
But her family...never mind.

Joe throws up his hands in surrender and walks out and up the
stairs.

                    MAMA
Can you believe that boy?  What has gotten
into him?

                    PAPA
I don't know...but family has to stick
together.

JOE'S BEDROOM

where Joe is lifting weights in his T-shirt in a FURY of
frustration.  He's a little bigger than in high school but still
looks fairly skinny.  Finally he is exhausted.  He falls down on
the chair at his desk and looks over at the      PICTURE of
Francine and himself sitting on the desk.  His eyes become
watery, barely able to contain his emotions.

EXT.  BRIDGE IN PARK - CLEVELAND - DAY

Joe leans against the side of the bridge looking at the water
below.

POV - JOE

Looking at the water when he hears a voice "Joe."

BACK TO SCENE

DCC00006321

**EXHIBIT 44**
**193**

75.

He turns to see Francine standing next to him.

                    JOE
          Hello Francine.

                    FRANCINE
          You look tired.

                    JOE
          Yeah, I havn't been sleeping well.

                    FRANCINE
          Did you talk to your family?

                    JOE
                    (glumly)
          Yes. Did you talk to yours?

                    FRANCINE
                    (somberly)
          Yes.

                    JOE
                    (grabbing her hands)
          Maybe we can just take off together and
          leave all this behind.  Maybe we can go
          to Miami and buy a cottage on the beach
          and...

                    FRANCINE
          I can't Joe. -- I love you Joe
          but my family...I just...

Her head droops.  Joe lifts her chin with his fingers.  They look
into each other's eyes.  Tears are streaming down Francine's
face.  Joe gently tries to wipe her tears with his finger.

                    FRANCINE
          I have to give you your ring back (placing
          it in his hand).  I'm sorry Joe...I'm so sorry.

She runs away crying.  Tears well up in Joe's eyes as he stands
there numb and lifeless holding the ring.

                    JOE
          Francine!!

In agony Joe swings around hurling the ring into the river.

CU -- Ring hitting the water like a pebble making a large
WATER RING that we move into.

DCC00006322

**EXHIBIT 44**
**194**

76.

DISSOLVE TO:

INT.  BATHROOM IN JOE'S HOME

EXTREME CU of WATER cupped in two HANDS.

The phone RINGS in the b.g. as we see a HAND wipe steam from a mirror to see Joe's haggard face and reddened eyes. The phone continues to ring as Joe stares hard at a picture of his sweetheart on his bureau.

A lump forms in his throat as he grabs up the picture in a burst of pain and flings it to shatter on the floor.

Choking he grabs up the phone.

>                    JOE
>           Hello! What do you want!  Who? Max Fleischer,
>           the Max Fleischer of Fleischer Studios! You
>           want to do what?

>                    FLEISCHER(VO)
>           I'm going to produce a series of cartoon
>           movies based on your work, but I need you
>           down here to work with my artists.  I want
>           to get started on this project right away!

>                    JOE
>           Yeah, sure, I can do that.  Okay.  Bye.

Joe hangs up the phone running his fingers through his hair in frustration.

>                    JOE
>                 (to himself)
>           Oh, Francine, why did this have to happen.

>                    JEAN (VO)
>                 (yelling from downstairs)
>           Joe, it's for you, it's Jerry.

DOWNSTAIRS FOYER

Joe walks down the stairs.

>                    JERRY
>           Hey Joe, how's it going?

Joe just slowly walks his way not saying anything.

DCC00006323

**EXHIBIT 44**
**195**

77.

                          JERRY
          Not good huh?

                          JOE
          You could say that.

                          JERRY
          you broke up with Francine, huh?

                          JOE
          Yeah.  You know, I'd rather not talk
          about it.

Jerry is silent for a few seconds not knowing what to say.

                          JERRY
          Well Joe, just remember I'm here for you
          if want to talk.

Joe looks at Jerry nodding slightly in appreciation.

INT.  JOE AND JERRY'S CLEVELAND OFFICE - DAY

Jerry is writing drafts for stories and Joe is drawing along with
several other artists.  Jerry walks over to Joe who's finishing
up a Superman face.

                          JOE
          We're almost done with the final panel.

                          JERRY
          How you holding up Joe?  (placing hand
          on shoulder)

                          JOE
          I'm getti'n through it.

                          JERRY
          Hey there's a new movie playing called
          The Maltese Falcon with Humphrey Bogart.
          Do you think we'll be done in time to see
          it tomorrow?

                          JOE
          Yeah, sure.  I'll be done by then.  Hey
          Jerry did I tell you?

                          JERRY
          Tell me what?

                          JOE
          Fliescher Studios wants us to come to

DCC00006324

**EXHIBIT 44**
**196**

78.

Miami next week to help with the layout
of their Superman cartoon movies.

                    JERRY
        Miami, Wow!  Palm trees, mambo, girls in
        swimsuits.

He starts moving back and forth doing a silly mambo.  Joe
watching this silliness starts laughing.

                    JOE
        We're going to have to get you dance lessons.

Soon Joe joins in and everyone else stops their work to look at
the two.  Soon they all crack up and everyone laughs.

INT.  NEW SHUSTER HOME - CLEVELAND - DAY

Joe sits in the parlor drawing on a pad still feeling a little
glum.  Mama walks in and sits next to him.

                    JOE
        I'm going to Miami next week.  It'll be
        good for me.  I need to get away.

                    MAMA
        Are you still feeling bad Joe?

                    JOE
        I'll be okay.

                    MAMA
        I know how much she meant to you.
        -- Joe, I'm so sorry.  I just wish you
        could find yourself a nice Jewish girl.

                    JOE
        I don't know why she has to be Jewish.
        Mama it shouldn't matter.  This is not
        the 1800's.  This is the 20th century.

They both are silent not knowing what to say.

                    MAMA
        I'm sorry Joe.  We never meant to hurt you.
        Can you forgive Papa and me?  Oh Joe, I
        believe in you and love you so much.

Joe looks over into loving eyes and smiles.

                    JOE
        You always have a way of making me feel

79.

> better.   (hugging) Just like Jerry.
> He always makes me feel better.

              MAMA
> He's a good friend Joe.  You two must stick
> together.  A good friend is hard to come by.

                   JOE
> Jerry said he may move to New York.  He
> has to go in so often anyway.  I'm thinking
> maybe we should move to New York.

                   MAMA
> New York.  It's such a big city.

                   JOE
> You'll like it Mama.  It's exciting.
> Besides there's nothing really left
> for me in Cleveland now anyway.

INT.  NEW SHUSTER HOME - EVENING

Where the family sits around the table finishing dinner.

                   MAMA
> Joe was telling me that Jerry is moving
> to New York and he would like to move
> there to be near Jerry.

                   JEAN
> New York!  Wow!  That place is exciting.

                   MAMA
> But I don't know it's such a big move.

                   JOE
> Don't worry Mama, I can find you a
> beautiful apartment and I'll have my
> own apartment nearby.

They all start chattering about the move to New York.

                   MAMA
> Oh, we're about to miss the radio show.
> Go turn it on.

Jean and Frank run over to turn on the new radio.

"And now, NBC's Chase and Sanborn Hour present Edgar Bergen and
Charlie McCarthy.  Hello Charlie.  Hello dummy.  Wait a minute
you're the dummy...(interrupting)   We bring you this special
news bulletin.  The President Of The United States broadcasting

DCC00006326

**EXHIBIT 44**
**198**

80.

live to a joint session of Congress."

         FRANKLIN D. ROOSEVELT (VO)
"My fellow Americans...it is my sad duty to inform you of a
tragic event which has taken place.  Yesterday, December 7, 1941,
a date which will live in infamy, The United States of America
was suddenly and deliberately attacked by naval and air forces of
the Empire of Japan.  I have asked Congress for a Declaration Of
War."

             MAMA
    Turn it up! Turn it up!

            FDR (VO)
"With confidence in our armed forces, with the unbounding
determination of our people, we will gain the inevitable triumph.
So help us God."

They shut off the radio.  The entire family sits in stunned
silence a moment.

            MAMA
    Oh my God!  What has happened?  I don't
    want to lose you boys in a war.

Tears roll down her face as the entire family gathers around to
hug and comfort Mama.

EXT.  BROADWAY, NEW YORK - DAY

Where Joe is driving his family in his Buick Deluxe convertable
looking at all the marquees.

            JEAN
    Wow!  Look at this place!  This is the
    place to get into show business.

            FRANK
    (tapping Joe on shoulder and pointing)
    Hey, Joe look at those women!

They see four beautiful women on skates promoting the new
Broadway musical 'Roller Vanities.'

            MAMA
    Joe, this is all so exciting!  It looks
    like the whole world lives here.

They drive through New York streets up to an elegant high rise
apartment building.

DCC00006327

**EXHIBIT 44**
**199**

81.

                              JOE
                    This is your new home.

They pile out of the car walking with suitcases to where a
DOORMAN stands opening doors for everyone.

INT.   JOE'S NEW APARTMENT - NEW YORK

The door bell rings.  Joe walks over to get it.

                              JOE
                    Jerry!  (hugging and slapping on the back)

                            JERRY
                    Hey! Great place Joe.

                              JOE
                    Would you like a drink or something?

                             JERRY
                    No that's okay.  Just wanted to see how
                    you were settling in. -- So Joe when did
                    you start drinking?

                              JOE
                    I guess the big city life is starting to
                    rub off on me, come on in.

They sit and Jerry unfolds a paper as Joe pours himself a
drink.

                            JERRY
                       (pointing to article)
                    Take a look at this, Joe.  It says here
                    that Hitler has some kind of a "hit list"
                    with politicians, businessmen, writers
                    and artists on it.  And look here!
                    Oh my gosh! We're on the list too!

                              JOE
                    Wow! That's the craziest thing I've
                    ever heard!  What's this maniac got
                    against us?  We're just little guys.
                       (Beat)
                    Hey Jerry, I've got reservations at
                    THE RIVIERA tonight.  Why don't you
                    come along, I'm gonna meet Lorraine
                    there.

                            JERRY
                    Say, isn't she that classy rich dame
                    you met at the World's Fair?

**EXHIBIT 44**
**200**

DCC00006328

82.

                              JOE
                   Yeah, she's got an accent, sounds European.

EXT.  THE RIVIERA - NIGHT

Joe drives up front to valet parking with Jerry.  They get out of
the car in nice suits, getting the red carpet treatment.

INT.  THE RIVIERA

Walking in they see a scene of magical glitz, glamour and
sophistication.  Waiters in short black coats pass in front
delivering exotic drinks and champagne.

In the b.g. a big band is play "April In Paris."  They stop for
moment looking out in awe at the elegance before them.

                         MAITRE DE
                   Gentlemen, this way please.

They're seated at a table near the band as Joe hands him a tip.

                          JERRY
                   Can you believe this place Joe?  Have you
                   ever seen anything like it?

                           JOE
                      (hardly hearing Jerry)
                   What...Oh, no.  This place is fantastic!

                         WAITER
                   May I suggest a fine wine, monsieur?
                   We have an excellent Chateau de Loire, 1933.

                          JERRY
                   Hey 1933, that's the year we created Superman.
                   We'll take it!

                         WAITER
                   Very good.

They look out toward the band and dance floor where couples in
black ties and evening gowns gracefully dance.  Suddenly the band
stops and the band leader turns around and announces.

                       BAND LEADER
                   Ladies and gentlemen.  The Riviera and the
                   Harry James Orchestra proudly presents a
                   special guest singer tonight.  Miss Lorraine
                   de Begere.

The audience claps.  The lights soften and the band starts

**EXHIBIT 44**

**201**

DCC00006329

83.

playing.  The SINGER walks out into the spotlight in a long,
sleek shimmering evening gown with a slit cut up the thigh.

The lights focus on her revealing a perfect "hour glass" figure
and an ephemereal beauty that lightens the whole stage.  Long,
shining blond hair flows down around a gorgeous face of sultry
eyes and pouty lips.

She starts singing "You Made Me Love You" in a manner so sexy it
makes men melt in their chairs.

                    JERRY
        She's beautiful!

                    JOE
        She sure is.  That's who I'm meeting tonight.

                    JERRY
        That's her?  Wow!  You are one lucky Joe!

Lorraine continues to sing slinking her way around the front
tables then toward Joe.  She comes to Joe looking down at him and
swallowing him up in her eyes.

She places her gloved hand on his shoulder and slides it across
his neck to his other shoulder.  Making her way back to the
center of the stage she finishes the song.  She smiles and bows
as the audience claps then walks to their table.

                    JOE
        (standing and extending his hand to her)
        Lorraine...I didn't know you were a star and
        could sing like that.  That was great!

                    LORRAINE
        Thank you but I'm just one star in the heavens
        tonight. (sweeping her hand around room)
        I do it mainly for fun.

                    JOE
        Do you remember Jerry?

                    LORRAINE
        Oh, yes.  The other half of Superman, right?
        How are you?  (shaking hands)

                    JERRY
        Fine.  Gee, that was outstanding.

                    LORRAINE
        Thank you.  (all sitting) So, Joe, you're
        here in New York now.  Well I'll have to

DCC00006330

**EXHIBIT 44**
**202**

84.

show you around.

                    JOE
I'd love that.

The band begins a new sexy song "The Man With A Horn."

                 LORRAINE
Would you like to dance Joe?

                    JOE
Oh, I don't know.  (she looks into his eyes)
Well alright.

CU -- Lorraine and Joe looking in each other eyes while dancing.

                 LORRAINE
So how do you like New York so far?

                    JOE
It's different.

                 LORRAINE
Oh, in what way?

                    JOE
Well for one thing, where I come from,
they don't make women like you.

                 LORRAINE
                  (laughing)
And what kind of a woman would that be?

                    JOE
One that I'd like to get to know better.

                 LORRAINE
Don't worry baby, I think we can arrange
that.  All you have to do is call me.
You know how to do that, don't you?
(whispering in his ear) You stick your
big finger on the phone and dial.

Joe looks a little dazed and delighted all at the same time.

POV - Moving away from the two, swaying to the music and light
glistening off them like a dream, to encompass the entire dance
floor and band.

MONTAGE

DCC00006331

**EXHIBIT 44**
**203**

85.

of Joe and Lorraine sightseeing all over New York to the Empire State Building, the Statue of Liberty, and Central Park, laughing and enjoying themselves.

INT.  SWANK CAFE - NEW YORK - DAY

Joe and Lorraine are having lunch around a small table near large windows and potted palm trees.

                    LORRAINE
          So Joe, what brought you to New York?

                    JOE
          Well, my partner Jerry moved here and we
          need to be near each other to work on
          Superman.  There was nothing left for me
          in Cleveland anyway.

                    LORRAINE
          Nothing left for you?  Hmmm...that sounds
          like a woman.

                    JOE
          There was a woman...but it's over now.
          (glumly)  I guess it was just never meant
          to be.

                    LORRAINE
          Sounds like you really cared about her.

                    JOE
          Yeah, I did.

                    LORRAINE
          You have a new life now and don't worry...
          I'll make you forget about her.
                    (Beat)
          I want you to come with me tonight to the
          COPACABANA.  There are some people I want
          you to meet.

                    JOE
          Sure, that sounds great.

                    LORRAINE
          Meet me there at nine.

She gets up in a tight white skirt, blouse and heels, bends over to give Joe a brief , flirtatious kiss on the lips and struts off.

INT.  COPACOBANA - NIGHT

DCC00006332

**EXHIBIT 44**
**204**

Where Joe walks in an expensive suit looking eager.  A WAITER
escorts him to a reserved table.  In the b.g. the band is playing
"Marie."  He sits looking around eagerly but doesn't see her.  He
orders a drink but still doesn't see her.

                    BAND LEADER
          Ladies and gentlemen.  The CopaCabana
          and The Tommy Dorsey Orchestra is proud to
          present a rising new star, Mr. Frank Sinatra.

The band begins playing the soulful "I'll Never Smile Again" as
the light focuses on FRANK SINATRA crooning.  Joe drifts into a
melancholy reverie as he looks into his drink.

POV - JOE'S FACE REFLECTED IN DRINK

FLASHBACK

Joe and Francine sharing soda, smiling at each other, holding
hands, playing and loving each other.

BACK TO PRESENT DAY

(Music to instrumental) He feels a soft hand on his shoulder and
hears a voice "Joe." He looks up.  It's Lorraine georgeous as
ever.

                    LORRAINE
          Sorry I was late Joe.  I was talking to
          some of my friends back stage.  (sitting
          close to him) Are you okay Joe?

Joe's eyes are watery from his sentimental lapse.

                    JOE
          Oh yeah, I'm fine.

She strokes his cheek with her finger and looks into his eyes.

                    LORRAINE
          Joe, you need to forget about her and get
          on with your life.  I'll help you do that.

Joe takes her two hands kissing them.  His head droops.  The band
finishes and everyone applauds.  Joe turns his head back to her,
looks in her eyes and then a big smile breaks on his face.

                    JOE
          You know, you're right.  Let's have a
          good time!  Waiter, your best champagne!

DCC00006333

**EXHIBIT 44**

87.

Just then the band begins playing a blistering version of "Opus
One." Joe leaps out of his chair lifting up Lorraine and
knocking the chair over. Lorraine laughs and "woops it up" in
delight. They swing out onto the dance floor.

>                    LORRAINE
>          Weee! I knew you'd come around Joe! Woo!

They swing their way around the dance floor. We see the band and
dancers back and forth. Joe and Lorraine tear up the floor.
Soon other couples clear an area and begin watching them.

The song ends. They prance back arm-in-arm and flop down on
cushiony bench seats laughing.

>                    LORRAINE
>          Oh Joe. (fanning herself) I'm getting hot.

>                    JOE
>          Well, I'll get some water.

>                    LORRAINE
>          (touching his chin with tip of her finger)
>          I think it's going to take more than water.

>                    JOE
>          I'll be back.


INT. ELEGANT MEN'S ROOM - COPACABANA

Joe is splashing water on his face and tidying himself up.

POV - JOE LOOKING AT HIMSELF IN THE MIRROR

we see a new man, more grown up, mature and confident.

BACK TO SCENE

The washroom attendant, a small older black guy, offers Joe a
towel.

>                    JOE
>          Oh, thanks, but I just bought some towels
>          the other day.

>                    ATTENDANT
>                    (laughing)
>          No man this for you to use, not to buy.

>                    JOE
>          Oh, yeah, of course, that's right. I knew

DCC00006334

**EXHIBIT 44**
**206**

88.

that.  Just kiddin.

                    ATTENDANT
You're funny man.  You know what you are?

                    JOE
No what?

                    ATTENDANT
You're a "jive-talking hepcat."

                    JOE
A "hepcat?"

                    ATTENDANT
Yeah man.  And I bet you got some beautiful
woman out there waiting for you don'tcha?

                    JOE
Well, let's just say she's not bad to look at.
Thanks.

                    ATTENDANT
You get back to her.

The attendant smiles and waves him off.

VIEW OF BAND, DANCE FLOOR AND TABLES

Toe stands, his eyes gazing at Lorraine's beauty as if in a
dream.  She appears almost luminated like an angel.  Suddenly he
snaps out of his trance and walks over.

                    BAND LEADER
Ladies and gentlemen, Mr. Frank Sinatra.

The band begins playing "That's Why The Lady Is A Tramp."
Everyone is captivated by his singing.  The song ends with
vigorous applause.

                    FRANK SINATRA
Thank you so much.  Ladies and gentlemen,
we have a special guest in our audience
tonight.  One of the creators of Superman,
Mr. Joe Shuster.

The spotlight shines over to Joe.  Prodded by Lorraine, Joe
stands up, a little embarrased.  Everyone applauds.

                    JOE
How did he know?

**EXHIBIT 44**
**207**

DCC00006335

89.

                    LORRAINE
          We're friends.  I just told him who my date was.

The band begins a new song.  Frank Sinatra walks over to their
table.  Joe stands extending his hand to shake.

                    JOE
          That was great Mr. Sinatra!

                    FRANK SINATRA
          Please call me Frank.

                    JOE
          What'll you have to drink?

The waiter comes over pouring drinks.  They are joined by others
wanting a piece of the "in" table and soon everyone is laughing
and "wooping it up."

INT.  LORRAINE'S PENTHOUSE - LATER THAT NIGHT

A crystal door knob turns and Joe and Lorraine walk in with their
arms around each other.  They "fall" onto a plush couch laughing.
CU -- Joe and Lorraine.

                    JOE
          Oh, Lorraine I had a wonderful time and...

She puts a finger to his lips, hushing him.  She moves closer and
kisses him.  They stop a moment looking into each other's eyes.
Joe then takes the lead and embracing her firmly they kiss
passionately.

She pulls away, gets up and turns on the phonograph playing a
sexy song.  She walks into the other room.  Joe looks a little
confused not quite knowing what to do.  Then he sees a finger
from the other room gesturing him in.

Walking in, he sees Lorraine standing in front of a large bed
with her evening gown still on but the shoulder straps removed
and her hands across her chest holding the gown up.

                    LORRAINE
          Tonight, you're my Superman.

She lets the gown slowly slide down her body.

POV - BEHIND LORRAINE

We see the gown dropping all the way to the floor.

BACK TO SCENE

**EXHIBIT 44**
**208**

DCC00006336

90.

The edge of her nude backside is reflected in an art deco mirror.
She walks over to him.

CU -- of her right against Joe unbuttoning his shirt as they look
into each other's eyes.  She helps him pull the shirt off
revealing an adequately muscular chest.

He embraces her as they begin kissing while she reaches down
undoing his belt and pants.  She kneels down kissing his abdomen
and moves up his chest, to his neck and then they kiss
passionately on the lips.

Joe moves down, kissing her on the neck, her head tilting back in
ecstasy with her long, shiny hair falling back.  We hear sounds
of PLEASURE.

Pan around room stopping at phonograph playing a sexy
instrumental and large open window revealing the lights of the
city.  Their reflections are caught in two wine glasses sitting
on a bureau.

INT.   LORRAINE'S PENTOUSE - NEXT MORNING

Joe wakes up yawning in the bed.  Forgetting where he is for a
moment, he startles himself.  Then looking around he sees through
open doors, Lorraine standing out on the patio looking over the
balcony in a silky white night gown.  She turns around hearing
him awaken.

                    LORRAINE
                 (walking toward him)
          How did you sleep?

                    JOE
          Okay I guess.  (she sits on bed) I had
          the strangest dream.  I dreamt I was with
          the most beautiful woman in New York making
          love in her penthouse suite.

                    LORRAINE
                    (laughing)
          That was no dream.

                    JOE
              (sitting up close to her)
          So why did you ask me to call you to
          begin with?

                    LORRAINE
          Does a woman have to have a reason?  There
          was just something about you.  Sometimes you
          can't understand the way love happens.

DCC00006337

**EXHIBIT 44**
**209**

91.

                    JOE
        What are you saying?

                    LORRAINE
        I've never met a man like you before Joe.
        You're different than any of the other guys
        I've ever known.  I don't make love to just
        any man.

Joe smiles.  She smiles back bending over touching their
foreheads.  She gives him a quick kiss on the lips.  Joe pulls
her around on top of the bed kissing and playing like two kids.

EXT.  NEW YORK SIDEWALK - DAY

where Joe and Jerry are walking admist the noon crowd.

                    JERRY
        So how are things going with you and Lorraine?

                    JOE
        She's unbelievable Jerry.  I've never met
        a woman like her.  I've never had so much
        fun in my life.  It's been great.

                    JERRY
        I wish I could say the same about me and Stella.

                    JOE
        Some problems at home?

                    JERRY
        Oh a few.  She's gone off to her
        mother's for a week.

                    JOE
        Well listen Jerry, come on over and have
        dinner with me and the family tonight.

                    JERRY
        Are you sure?

                    JOE
        Sure!  (slapping on back) Come on by at
        six.  We can talk more.

                    JERRY
        Thanks Joe.  (stopping at a newstand) I'll
        take one.  (reading headlines) Look at this.
        They caught some German spies here in New York
        on a mission to plant bombs. [Actual Event]

DCC00006338

**EXHIBIT 44**
**210**

92.

INSERT - A JUNE 30, 1942 HEADLINE:

      "GERMAN SPIES CAPTURED IN NEW YORK CITY,
      BOMB PLANTING MISSION STOPPED"

BACK TO SCENE

              JOE
German spies in New York?  I guess this war
is really expanding now.
          (Beat)
Hey Jerry, you don't think they've sent any
more of those spies over here do you?

             JERRY
I doubt it.  How could they, I mean we would
have caught them by now right?

             JOE
Yeah, you're right. -- Look over there.
(pointing to store window) Lorraine would
love that necklace.  I'm going to get it.

             JERRY
You go ahead, I'll see you tonight.

             JOE
Okay.

INT.  SHUSTER FAMILY APARTMENT - NEW YORK - NIGHT

where everyone sits in the living room.

             MAMA
So Jerry, we haven't seen as much of you
lately.  You must be staying busy.

             JERRY
Oh yeah, Superman is going like gangbusters.
And me and Joe are going to some war bond
rallies to drum up support.

             MAMA
How nice.  I haven't seen much of you lately
either Joe.

             JERRY
Oh he's been plenty busy...met a new woman.

             MAMA
Joe, you'll have to bring her over sometime.

**EXHIBIT 44**
**211**

93.

                    JOE
Sure...sometime.  So Frank, you're going into
the service?

                  FRANK
Yeah, I'm going to be in military communications,
you know, keeping the media guys happy.

                  JEAN
I'm going to be singing for the USO.

                  JOE
When they call us we'll be ready, won't we Jerry?

                  JERRY
You bet Joe.  (getting up) This has been so nice
tonight.  Thank you so much.

                  JOE
C'mon Jerry I'll walk with you.  Thanks Mama.
(kissing cheek) Love you.

Mama smiles.  Everyone hugs and shakes hands and Joe and Jerry
walk out.

EXT.   NEW YORK SIDEWALK - THAT NIGHT

where Joe and Jerry are walking home.

                  JOE
Hey, you want a drink?

                  JERRY
Sure, why not.

INT.   COCKTAIL LOUNGE

Joe and Jerry take a seat at a table and order wine.

                  JOE
So you and Stella aren't getti'n along?

                  JERRY
It could be better.  She says I spend too
much time working on Superman.  I guess
you could say I'm married to Superman.
But Superman is important Joe.  It means
so much to so many kids.

                  JOE
You bet it's important.  The kids are
counting on us.

**EXHIBIT 44**

**212**

DCC00006340

94.

                              JERRY
                    I've been thinking about a new character...
                    a Superboy.  You know, when Superman was a kid.

                              JOE
                    You mean something like this?  (drawing on napkin)

                              JERRY
                    Yeah, that looks good.

They finish their drinks, get up and walk out.

EXT.  NEW YORK SIDEWALK - NIGHT

They walk along side by side and start to hear FOOTSTEPS behind
them.  They turn a corner, the footsteps follow.  They seem to be
getting closer.  No one else is on the sidewalk.

Joe and Jerry take a quick peak behind them.  There is a MAN in a
trench coat and broad rim hat covering his eyes about 20 feet
back.

They walk a little faster.  The footsteps walk faster.  They walk
faster yet.  The footsteps walk faster.  They take a quick glance
behind and start to panic speedwalking into a side street.  It's
a dead end.


                              JOE
                         (whispering to each other in panic)
                    Jerry he's coming this way.

                              JERRY
                    I know!  What should we do?

                              JOE
                    I don't know, you tell me!

The "STALKER" approaches them reaching with his hand into his
trenchcoat.

                              STALKER
                    Hey, aren't you guys Siegel and Shuster?

                                        FLASH CUT:

Black and white footage of a Bogart movie with a man pulling a
gun out of his coat and firing several times.

BACK TO SCENE

We see the back of the man, a plume of smoke rising above his

DCC00006341

**EXHIBIT 44**
213

95.

head.  Panning around, we see a pipe in his mouth and a pen in
his hand.  Joe and Jerry are staggering back clutching their
chests like they've been shot.

                    "STALKER"
          Oh, I'm so sorry.  Here, let me help. (wiping
          ink off their jackets with a handkerchief)
          Would you give me your autographs?

                  JOE & JERRY
          Yeah sure, how...how did you know?

                    "STALKER"
          Oh, I saw you in the lounge.  You walked out
          before I had a chance to ask.  (taking
          autographs) Thanks so much.  My kid will love it.

The "stalker" walks away.

                      JERRY
          God, I almost had a heart attack!  I thought
          that guy was a Nazi...

                      JOE
          Assassin?

                      JERRY
             (walking out to street)
          Yeah, assassin.  You know with that hit list
          thing we read and those German spies and...

                      JOE
          ...I know.  This war.  It's starting to shake
          people up.  People need to stick together in
          this country.  You and me...we need to stick
          together.  I'm always here for you if you ever
          need me Jerry.  Just remember that.

                      JERRY
          I'm here for you too Joe.  (slapping each
          other on the back)

                      JOE
          Why don't you come to THE LATIN QUARTER with
          me and Lorraine tomorrow night?

                      JERRY
          I don't know, I'm not much into night life.

                      JOE
          Come on, it'll be fun.  We'll pick you up at 8.

**EXHIBIT 44**
**214**

DCC00006342

96.

INT.   THE LATIN QUARTER NIGHTCLUB - NIGHT

Joe walks in with his arm around Lorraine like movie stars.
Jerry follows them to a reserved table up front.  They order
drinks and the M.C. walks out.

                    M.C.
           Ladies and gentlemen, welcome to The Latin
           Quarter.  Tonight we have Mr. Desi Arnez and
           his band so sit back, relax and enjoy the show!

The spotlights light up the stage and the band begins playing a
riveting Latin piece.  Chorus girls come out from each side in
colorful, wild costumes dancing to the beats.

From the middle of a line of chorus girls emerges DESI ARNEZ in a
Latin costume with rippled sleeves on his shirt.  He begins
singing "Babalu" in the classic style of the 40's.

The piece ends with the crowd applauding heartily.  Joe smiles at
Lorraine and kisses her.  He looks over at Jerry and gives him a
slap on the back.

                    JOE
           This is great, huh Jerry?

                    JERRY
           Yeah, it really is.

                    M.C.
           Ladies and gentlemen, and now a man who makes
           them laugh coast to coast, Mr. MILTON BERLE!

He comes out smiling in a black tuxedo with everyone applauding.

                    MILTON BERLE
           Good evening ladies and germs.  (Laughter)
           What do you think of this get-up?  I feel
           like I just fell off a wedding cake.
           (Laughter)  I just flew in from Hollywood.
           My arms are still tired.  (Laughter)
           Hollywood.  It's like granola, full of
           fruits, nuts and flakes.  (Laughter)  How
           many married couples do we have  in here?
           How many are married to each other?  (Laughter)
           (going near table with mike in hand) You two
           married?  You take good care of him lady.  Men
           like him don't grow on trees.  They usually
           swing from them.  (Laughter)
                    (Beat)
           Did you hear about the nudists who wanted a
           divorce?  They saw too much of each other.

**EXHIBIT 44**
**215**

DCC00006343

97.

(Laughter)  Ah, yes, marriage.  So many single
ladies looking for husbands.  So many husbands
looking for single ladies.  (Laughter)
Statistics show...now don't laugh this is
true...80% of married men cheat in the United
States.  The others cheat outside the country.
(Laughter)  Suspicion started way back.  Even
Eve said to Adam: "What do you mean Cain and
Able don't look like you?"  (Laughter)
       (Beat)
(walking to an older couple)  And how long have
you been married sir?  Oh, 25 years.  We have
some husbands in the audience tonight celebrating
their 25th anniversaries - and we're gonna have
two minutes of silence for them - perhaps the
first they've ever heard.  (laughter)  (walking
over to Joe and Jerry)  Look who we have in the
audience tonight - Jerry Siegel and Joe Shuster,
the creators of Superman.  Everyone give them a
big hand.

The spotlight shines on them.  Joe stands up smiling and prods
Jerry next to him to do the same.

                  MILTON BERLE
    You all have been a great audience!  Thanks.

The audience applauds.  The band begins playing and people get up
to dance.  Milten Berle comes over to the table.

                  JOE
Mr. Berle!  (Standing and shaking) .I've
always wanted to meet you.  Please sit down.
Can I buy you a drink?

                  MILTON BERLE
I make it a practice never to drink before noon.
Fortunately, it happens to be noon in Bangkok.

They all laugh and soon other "big shots" join them.

                  MILTON BERLE
Hey, Desi, LUCY, I got some people I want you
to meet.  (waving over) Meet Joe Shuster and
Jerry Seigel, the creators of Superman.

                  JOE
Mr. Arnez, Miss Ball, great to meet you.

                  DESI ARNEZ
           (shaking hands)
Please call me Desi, nice to meet you.

**EXHIBIT 44**
**216**

DCC00006344

98.

                    LUCILLE BALL
          We're big fans.  Hope we see you here again.

INT.   STORK CLUB (EXCLUSIVE RESTAURANT) - THAT NIGHT

where Joe is sitting at a large table crowded with celebs and
other "chic" people laughing and eating.  A waiter comes over
with the check.

                    JOE
          Here I'll take the check.

                    JERRY
          Joe, are you sure you want to take that
          check.  This place is expensive.

                    JOE
          No problem.  I got enough money.

                    MILTON BERLE
          Oh my, did you see how short the waitresses
          skirts are in here?  My mother wouldn't approve.
          Fortunately, my mother's not here.

They all laugh while Joe brings out a wad of cash on a money clip
and pays.

                                        CUT TO:

MONTAGE

A big band with Benny Goodman playing a rip-roaring "Sing, Sing,
Sing."  After a while moving into Cab Callaway's version in white
tuxedo and his leggy dancers inciting us to riotous living and
"sins" of pleasure.

FADE IN AND OUT:

Montages of Joe and Lorraine going out to all the clubs, flashing
neon of The Riviera, The CopaCabana, The Latin Quarter, The
Cotton Club, The Diamond Horseshoe, stepping out of big white
limousines, drinking, laughing, dancing, being at the center of
celebrityhood, paying for expensive meals, making love with
Lorraine and "living it up" wildly, culminating in a euphoric
crescendo.

                                        FADE TO BLACK:

FADE IN:

EXT.   NEW YORK SIDEWALK - DAY

DCC00006345

**EXHIBIT 44**
**217**

# EXHIBIT 45

Phone & Fax: 505/897-7450                316 Horton Lane, NW
                                         Albuquerque, N.M. 87114

                                         September 9, 1996


Paul Levitz, Exec. Vice President
            and Publisher
DC COMICS
1700 Broadway
New York, N.Y. 10013

Dear Paul:

I hope you enjoyed your summer and all of the Comic Book
Conventions.

Can you give me an update on the screenplay my son, Warren,
submitted to you?  By now perhaps you've had a chance to read
it.  How did you like it?  Have you passed it on to Lorenzo
Di Bonaventura and gotten any feedback yet?  It would seem
like a perfect project for Warner Bros.  We sent the synopsis
to Ladd Productions and Tipperary and both showed great inter-
est in reading the full screenplay.  They thought the Siegel-
Shuster saga would make a good movie.  We feel, though, that
this is the perfect vehicle for Warner Bros.

Warren and his partner had finished the screenplay quickly to
get it to you as soon as possible.  We didn't realize the
Comic Book Conventions would delay your reading it.  Since
then, Warren sees some new scenes that would add to the over-
all effect.  Also, they would like to change the name from
DREAMERS  to TRUTH, JUSTICE and the AMERICAN WAY.  When they
originally thought of that title, it seemed too long.  On second
thought, however, it is a much more descriptive and exclusive
title to tell the story of Siegel & Shuster.  What do you think?

We're glad to see the animated SUPERMAN made its debut and that
it will have 65 half hour series following.  We hope it will be
as successful as the BATMAN series was.  Will you remember Frank
and myself with this new success?  Joe would have been pleased
that you still continue to honor him through his family.

We hope to hear from you very soon.

Best wishes,

Jean Shuster Peavy

Jean Shuster Peavy


**EXHIBIT 45**
**218**

DCC00006621

# EXHIBIT 46



DC COMICS
1700 Broadway
New York, New York 10019
(212) 636-5555
FAX (212) 636-5485

Paul Levitz/Executive Vice President & Publisher

November 18, 1996

Jean Shuster Peavy
316 Horton Lane, NW
Albuquerque NM 87114

Dear Jean:

I'm sorry to have taken so long to get back to you about "DREAMERS," but as
your son has no doubt been reading in the trades, Time Warner's movie units have
been going through structural issues relating to the Turner merger for the past
season.   Warner Bros., the least affected unit, isn't interested in pursuing
"DREAMERS" at this time, so I had focused my attention on your behalf on the
smaller units.  It doesn't appear to be of interest to any of them at this time, with so
much of their slates in transition.  I'll be happy to recirculate the revised draft if you
want to send it along, but I can't recommend you wait for our response.

On your title question, "TRUTH JUSTICE AND THE AMERICAN WAY" is a
trademark of ours as part of the Superman property, and I expect we'd be unwilling
to allow a movie to be made under that title unless we were making it.

The new SUPERMAN  cartoon series has indeed debuted, and we're also issuing the
pilot on home video, copies of which I'm enclosing for your pleasure.  We do hope it
will be a success, and as it develops we'll certainly keep you and Frank in mind.

I hope all else is well with you and yours.

Best,

Paul Levitz

:lf

**EXHIBIT 46**
**219**

DCC00006224

# EXHIBIT 47

*Dear Paul,*

## Season's Greetings

### AND BEST WISHES FOR A HAPPY NEW YEAR

Remembering you at this Holiday
season. Loved the animated video. It
was done very well. Thanks for
having sent it. (Do you have one of Jerry's
memorial service?)
*Jean Shuster Peavy*

**EXHIBIT 47**
**220**

DCC00006630

# EXHIBIT 48



DC COMICS
1700 Broadway
New York, New York 10019
(212) 636-5555
FAX (212) 636-5485

Paul Levitz/Executive Vice President & Publisher

January 5, 1997

Jean Shuster Peavy
316 Horton Lane NW
Albuquerque NM 87114

Dear Jean:

Thanks for the kind words and the holiday card. We're not planning a major Superman's 60th birthday celebration per se. Most of the energy is going into the new movie which is in development, and we hope to launch in '99.

One bit of good Superman news which is still confidential but I can share with you, is that it looks like there will be a Superman stamp in 1998, as part of the U.S. Postal Service's commemoration of this century. No design is final, but Joe's artwork will be the focus if our expectations are met. I'll let you know more as it gets settled.

I hope this is a far easier year for you and Warren.

Best,

Paul Levitz

:lf



A division of Warner Bros.–A Time Warner Entertainment Company

DCC00006618

**EXHIBIT 48**
**221**

# EXHIBIT 49

To: _____
Date: 1/28/97

☒ With our compliments
❑ For your information
❑ Per our discussion
☒ As you requested
❑ For your approval
❑ For your signature
❑ Please take up with me
❑ Please handle
❑ Note and return
❑ Please call
❑ Please file

**Paul Levitz**
(212) 636-5555

January 28, 1997

Dear Jean -

Paul's out of town this week and the extra tapes we ordered of Jerry's memorial service just came in. Didn't want you to have to wait any longer to have your request fulfilled, so enclosed please find your copy.

Linda

Linda Fields (212) 636-5484

DCC00006629

**EXHIBIT 49**
**222**

# EXHIBIT 50

Dec. 26, 1997

Dear Paul,

Remembering you at this holiday season & wishing you a successful 1998.

I've read of big plans for the 60th Superman anniversary with a big movie coming out. That is something to look forward to.

I know the animated cartoon is still popular & should have more runs now with the Cartoon Network. Hope Lois & Clark will continue in re-runs. Is anything else being planned for Superman's 60th Anniversary?

...and best wishes

for the new year.

Hope all is well with you & your family.

Jean Shuster Peavy

DCC00006619

**EXHIBIT 50**

223

# EXHIBIT 51

DC COMICS
1700 Broadway
New York, New York 10019
(212) 636-5555
FAX (212) 636-5485



Paul Levitz/Executive Vice President & Publisher

April 20, 1998

Jean Shuster Peavy
316 Horton Lane Southwest
Albuquerque  NM 87114

Dear Jean:

As promised, I passed Warren's proposal on to Warner Books.  They've decided to pass on it,
though with a number of positive comments about the project, which I've enclosed.  Warner
takes on relatively few lifestyle books, so Warren shouldn't be discouraged by this.  Please wish
him the best of luck pursuing the project with other houses.

Best,

Paul Levitz

:lf

A division of Warner Bros.—A Time Warner Entertainment Company

DCC00006614

**EXHIBIT 51**
**224**

Laurence J. Kirshbaum
Chairman

**TIME WARNER
TRADE PUBLISHING**

Little, Brown and Company (Inc.)
Warner Books, Inc.
Time Warner Electronic Publishing
Time Warner AudioBooks

April 17, 1998

Mr. Paul Levitz
DC COMICS
1700 Broadway
New York, NY  10019

Dear Paul:

Thank you for letting us look at <u>Unlocking The Secrets Of
Longevity</u> by Warren Peary.

I had one of our Senior Editors read the material and even
though she liked it, she felt that it wasn't for us.  I've
attached her comments for your review and files.

I'm sorry it didn't work out.  Again, thanks for thinking of
us.

Warmest regards,

Laurence J. Kirshbaum

/lf

Enclosure

Time & Life Building • 1271 Avenue of the Americas • New York, New York 10020 • 212-522-3763 • Fax 212-522-7988
E-Mail laurence_kirshbaum@time-inc.com

DCC00006615

**EXHIBIT 51**

**225**

Larry —
This proposal is well put together — the writing is fine and the information and research are solid. But there's nothing new here, and no special hook. Also, the author isn't a doctor, and I think a professional would make a stronger spokesperson.

I'd pass.

Coll

DCC00006616

**EXHIBIT 51**
**226**

# EXHIBIT 52

505-897-7450

June 8, 1998

316 Horton Lane, NW
Albuquerque, N.M. 87114-1053

Paul Levitz, Exec.Vice President
      and Publisher
DC COMICS
1700 Broadway
New York, N.Y. 10019

Dear Paul:

In speaking to my friend Mike Catron he reminded me that the Comic
Book Convention was taking place in August in San Diego. He suggest-
ed that I attend since I've never been to one. I remember my
brother Joe telling me what fun they used to be. That's when he
would draw up Superman portraits for customers that wanted to buy
his originals. I always thought it would be fun for me to attend
but right now I can't afford the expense of it. My total income
has gone down since my husband passed away.

On our last phone conversation you said you would look into getting
a bonus for me for the Superman animated cartoon shows which are
going so well. They're really great. I didn't benefit from it in
1996 or 1997. You had once said you would prefer to share with me
in the Superman profits rather than asking for a raise from Time-
Warner. My expenses continue to go up, as my rent being raised
again, but income has gone down.

If you could work it out for me to receive a bonus, my son Warren
and I would attend the Conference. I, or we, would be willing to
help man the SUPERMAN booth at specific times and answer personal
questions about the early years when Superman was first created,
I being the first person in the world to see it upon its creation.
Mike Catron suggested that some fans might even be interested in
my signing my autograph as Joe Shuster's sister, or even Warren
as his nephew.

If being at the booth would be of value to DC COMICS as Mike Catron
thought, we would be happy to do that. Perhaps Joanne Siegel would
be willing to help as well.

Please let me know so that Warren and I can begin to make arrange-
ments to attend. It would be nice to see you again there.

Regards to Jenette.

Best wishes,

Jean Shuster Peavy

DC 00157

**EXHIBIT 52**

227

# EXHIBIT 53



DC COMICS
1700 Broadway
New York, New York 10019
(212) 636-5555
FAX (212) 636-5485

Paul Levitz/Executive Vice President & Publisher

July 9, 1998

Jean Shuster Peavy
316 Horton Lane, NW
Albuquerque  NM  87114-1053

Dear Jean:

Thanks for the offer of coming out to the San Diego Con.  We're not planning any major events around Superman at the convention, so we'll decline the offer, but I have reopened the question of a raise or bonus with my colleagues, and I'm pleased to enclose a check for $10,000 based on the Superman animated series' success.

If you and Warren decide to come out to San Diego for the fun of it, please let me know and we'll roll out the hospitality wagon.

Best

Paul Levitz

:lf
enclosure



A division of Warner Bros.–A Time Warner Entertainment Company

DCC00006612

**EXHIBIT 53**
**228**

| | | | | DATE | 07/08/1998 | CHECK NUMBER | 002251 |

| INVOICE NUMBER | INVOICE DATE | VOUCHER NUMBER | VOUCHER DUE DATE | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 55644 | 07/02/1998 | T0016171 Due: | 07/02/1998 | $ 10,000.00 | | $ 10,000.00 |

| PRINT BATCH NUMBER | VENDOR CODE | PAY TO NAME | GROSS TOTAL | DISCOUNT TOTAL | NET TOTAL |
|---|---|---|---|---|---|
| 191 | PEAVJ | JEAN SHUSTER PEAVY | $ 10,000.00 | $ 0.00 | $ 10,000.00 |

**█ DOCUMENT HAS A COLORED BACKGROUND. AN ARTIFICIAL WATERMARK IS PRESENT ON THE REVERSE SIDE. █**

**DC COMICS**
**1700 BROADWAY**
**NY, NY 10019**
**GENERAL ACCOUNT**

Chase Bank
55 Water Street
New York, NY 10041

50-943/213

| | DATE | 07/08/1998 | CHECK NUMBER | 002251 |

*PAY*    Ten thousand and no/100 Dollars Only*********************************************************************

TO THE    JEAN SHUSTER PEAVY
ORDER    316 HORTON LN NW
OF    ALBUQUERQUE  NM 87114

| AMOUNT | $ 10,000.00 |

DCC00006613

**EXHIBIT 53**
**229**

# EXHIBIT 54

505-897-7450                              316 Horton Lane, NW
                                          Albuquerque, N.M. 87114-1053

                                          July 20, 1998


Paul Levitz, Executive Vice-
    President & Publisher
DC COMICS
1700 Broadway
New York, N.Y. 10019

Dear Paul:

Thank you so much for the $10,000 bonus.  It is highly
appreciated.

My son Warren had already made plans to attend the Convention
for the weekend of Friday, Aug. 14th.  Since you made it
possible for me to go, I decided to do so also.  I will
arrive later in the afternoon.  Mike Catron volunteered to
pick me up at the airport.

Warren and I will be staying at the HARBOR VIEW QUALITY
INN HOTEL.  We plan to come to the Convention on Saturday
and hope you will be there at that time.  Mike said DC
had a whole aisle of booths so it will be fun exploring
them.

I wrote to Joanne encouraging her to come down as well and
perhaps get her daughter Laura to come.  If she does, it
will be the first time since Joe and Jerry passed that the
Siegels and Shusters will be represented by family.

Once again to you and Jenette, a wholehearted thank you
for the bonus.

Best wishes,

Jean Shuster Peavy

DCC00006611

**EXHIBIT 54**

**230**

# EXHIBIT 55


**DC COMICS**
1700 Broadway
New York, New York 10019
(212) 636-5555
FAX (212) 636-5485

Paul Levitz/Executive Vice President & Publisher



August 20, 1998

Jean Schuster Peavy
316 Horton Lane, NW
Albuquerque NM 87114-1053

Dear Jean:

I'm so sorry we only passed briefly at San Diego. Hope you and Warren had a great time, and we get a chance to catch up later in the year.

Best,

Paul Levitz

:lf

Dictated but not read.


A division of Warner Bros.–A Time Warner Entertainment Company

DCC00006610

**EXHIBIT 55**
**231**

# EXHIBIT 56



**DC COMICS**
1700 Broadway
New York, New York 10019
(212) 636-5555
FAX (212) 636-5485




Paul Levitz/Executive Vice President & Publisher

September 14, 1998

Jean Shuster-Peavy
316 Horton Lane NW
Albuquerque NM 87114

Dear Jean:

The Superman stamp debuted in Cleveland to rousing response, and I wanted you and Warren to have the enclosed first day cover and event brochure. The major of Cleveland declared the day SUPERMAN DAY and spoke movingly of Joe and Jerry. I'm enclosing the PLAIN DEALER coverage to give you a sense of the day.

Hope all is well.

Best,

Paul Levitz

:lf
enclosures


A division of Warner Bros.–A Time Warner Entertainment Company

DCC00006609

**EXHIBIT 56**
**232**

# EXHIBIT 57

Dec. 1998

Dear Paul,

Wishing you every happiness
throughout the holidays.

I was thrilled to receive the two
SUPERMAN, THE DAILIES. The strips
are so much a part of my early
memories. Thanks from me & my son,
Warren, for your thoughtfulness.
Have a Happy, healthy & successful
New Year.

Jean Shuster Peavy

**EXHIBIT 57**
**233**

DCC00006209







200C 15640-1

© AGC Inc.
MADE IN U.S.A.
U.S. PATENT 4,867,057
CAN. PATENT 1,314,783
U.K. PATENT 2,211,145

DCC00006210

**EXHIBIT 57**
**234**

# EXHIBIT 58



505-897-7450

316 Horton Lane, NW
Albuquerque, N.M. 87114-1053

March 10, 1999

Paul Levitz. Exec. V.P. & Publisher
DC COMICS
1700 Broadway
New York, N.Y. 10019

Dear Paul:

Thank you for your thoughtfulness in sending the books
CELEBRATING THE CENTURY.  I am pleased also to have the
extra copies to share with my children and grandchildren.

It makes me proud to know that Joe and Jerry's work has
become part of American history.  I have wonderful memories
of watching SUPERMAN being born on paper and feeling the
enthusiasm that this would be a character the whole world
would embrace.  And indeed it did!

Are there any plans for a SUPERMAN 5 movie to be made?  I
hope so.  Wish I could share more in the success of the
character Siegel and Shuster created.

Best wishes,

Jean Shuster Peavy

DCC00006607

**EXHIBIT 58**

**235**

# EXHIBIT 59

505-897-7450                              316 Horton Lane, NW
                                          Albuquerque, N.M. 87114-1053

                                          September 7, 1999


Paul Levitz, Exec. V. P. & Publisher
DC COMICS
1700 Broadway
New York, N.Y.

Dear Paul:

Hope you attended the Comic-Con's 30th Anniversary last month.
Sorry I had to miss it.  Mike Catron recently sent me a video
he made of the 1998 ACTION NO. 1 COMIC BOOK PANEL which I
had participated in.  Did you ever see it?

The second part of the video he had recorded was of the 1996
Memorial Tribute to Jerry Siegel which you M.C.'d.  It was fun
watching.  I'm glad the public appreciates the fact that Siegel
and Shuster were the pioneers of the comic book industry and
the source of prosperity for so many.  I think back of the 30
years in which they suffered in poverty and my brother Frank and
I supporting Joe.  We're all glad that a new generation of true
comic book enthusiasts took over DC COMICS.

As Joe's sister I would like to still share in some of the
benefits from the legendary SUPERMAN.  You had once told Frank
and I that instead of a yearly raise of the pension, you would
prefer to offer a bonus directly from DC itself.  I'm making
that request again for 1999.

I have learned from the Internet that Joanne Siegel has filed
a copyright claim for SUPERMAN.  I want you to know that I
intend to continue to honor our pension agreement.  I would,
however, appreciate a generous bonus for this year as you
had done many times in the past.

Regards to Janette and any of the staff who know me.

Best wishes,

Jean Shuster Peavy

Jean Shuster Peavy

DCC00006198

**EXHIBIT 59**
**236**

# EXHIBIT 60

DC COMICS
1700 Broadway
New York, New York 10019
(212) 636-5555
FAX (212) 636-5485

Paul Levitz/Executive Vice President & Publisher



October 18, 1999

Jean Shuster Peavy
316 Horton Lane, NW
Albuquerque NM 87114-1053

Dear Jean:

Thanks for your note. I've reviewed your request for a bonus for SUPERMAN for 1999 with my colleagues. We're pleased that you continue to honor our agreement and that your health enables you to enjoy some benefit from Joe's wonderful creativity. In that spirit we're pleased to accept your request. Enclosed you'll find a $10,000 check in appreciation of our several successful SUPERMAN programs this year. Please give Warren my best and perhaps we'll meet up at next year's San Diego show.

Best,

Paul Levitz

:lf

Redacted

A Division of Warner Bros.–A Time Warner Entertainment Company

**EXHIBIT 60**
**237**

DCC00006204

| | | | | DATE | 10 12 1999 | CHECK NUMBER | 008683 | |

| INVOICE NUMBER | INVOICE DATE | VOUCHER NUMBER | VOUCHER DUE DATE | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 83799 | 10/11/1999 | D0055060 Due: | 10/11/1999 | $ 10,000.00 | | $ 10,000.00 |
| | | SUPERMAN 1999 | | | | |

| PRINT BATCH NUMBER | VENDOR CODE | PAY TO NAME | | GROSS TOTAL | DISCOUNT TOTAL | NET TOTAL |
|---|---|---|---|---|---|---|
| 829 | PEAVJ | JEAN SHUSTER PEAVY | | $ 10,000.00 | $ 0.00 | $ 10,000.00 |

Re-Order #VL655  Attec (800) 333-5180  (714) 727-1248 Fax (714) 727-1793

**█ DOCUMENT HAS A COLORED BACKGROUND. AN ARTIFICIAL WATERMARK IS PRESENT ON THE REVERSE SIDE. 🔒**



**DC COMICS**
1700 BROADWAY
NY, NY 10019
GENERAL ACCOUNT

Chase Bank
55 Water Street
New York, NY 10041

50-943/213

| | DATE | 10/12/1999 | CHECK NUMBER | 008683 |

*PAY*   Ten thousand and no/100 Dollars Only*********************************************************

TO THE
ORDER
OF

JEAN SHUSTER PEAVY
316 HORTON LN NW
ALBUQUERQUE  NM  87114

| AMOUNT | $ 10,000.00 |

*[signatures]*

28 3

**EXHIBIT 60**
**238**

DCC00006205

# EXHIBIT 61

316 Horton Lane, NW
Albuquerque, N.M. 87114-1053

October 22, 1999


Paul Levitz/Exec. V.P. & Publisher
DC COMICS
1700 Broadway
New York, N.Y. 10019

Dear Paul:

I received the check of $10,000 and want to express my
appreciation to you and your colleagues for responding
to my request.  I am very grateful for this.

I wish all of you continued success with Joe and Jerry's
out-of-this world creation.

Regards to all.


Best wishes,

*Jean Shuster Peavy*

Jean Shuster Peavy

**EXHIBIT 61**

**239**

DCC00006203

# EXHIBIT 62

Warren Peary
Jean Shuster Peavy
316 Horton Ln. NW
Albuquerque, NM 87114
Phone/Fax 505-897-7450

November 5, 1999

Paul Levitz
DC COMICS
1700 Broadway
New York, New York  10019

Dear Paul,

We are still trying to sell a screenplay about the lives of
Jerry Siegel and Joe Shuster.  You had written a note saying
you would be willing to resubmit the screenplay to Warner
Brothers in New York after a rewrite.  It has been rewritten
extensively.  Would you be able to submit it?

I have faxed an article from the November issue of DreamWatch
describing Joanne Siegel's claim to 50% of the rights to
Superman.  Does her claim interfere with us selling our
screenplay?  Thank you.

Confidential

WB008506

**EXHIBIT 62**
**240**



# SUPERMAN GROUNDED!

**PLANS FOR A NEW SUPERMAN FEATURE FILM FACE THEIR BIGGEST CHALLENGE YET, AS A MOMENTOUS LEGAL DISPUTE THREATENS TO PERMANENTLY GROUND THE MAN OF STEEL.**

Created by Joe Shuster and Jerry Siegel, the iconic character has remained the property of DC Comics since 1938, when the two men sold their rights to the company for a reported $130. Siegel's widow Joanne and daughter Laura Siegel Larson now claim a 50% share in rights to the character, having issued legal papers revoking the transfer of rights with the US Copyright Office in Washington DC.

Thanks to changes in US law, creators and their heirs now have the chance to terminate the transfer of rights after set periods of time. However, the termination must be preceded by two years of notification, meaning that the Siegels' papers, submitted in 1997, took effect from 15 April this year. As Shuster has no direct heirs, DC retains 50% of the rights.

According to the documents filed, the Siegels' termination of transfer not only applies to Superman himself, but to every work, in every medium, that includes any character, story element, or indicia reasonably associated with the man of tomorrow. The papers list hundreds of productions which fall under these terms, from comics and films to the Spin Doctors' song, Pocket Full of Kryptonite. While DC retains the rights to all productions between

1938 and 1999, any future revenue from them must be split with the Siegels.

From now on, the Siegels will be entitled to half of all revenue generated from a production related to Superman, including any TV series or theatrical feature films. The terms also allow the Siegels to license or produce their own Superman material, although conversely they must share half of their profits with DC. As the arrangement is unlikely to encourage film or TV companies to embark on a production doomed to lose half its revenue, analysts predict that some form of settlement will likely be agreed.

In the years following their sale of the character rights, Siegel and Shuster attempted to claim a share of profits from DC Comics, settling a lawsuit for $120,000 apiece in 1948. With his eyesight failing, Shuster became a message boy, while Siegel continued to produce some work for DC before being dismissed. In 1978 DC granted the men a yearly payment, beginning at $20,000, and rising annually until Shuster's death in 1992 and Siegel's in 1996.

Neither parties in the current dispute have openly discussed the matter, with DC Publisher Paul Levitz stating, "We have a long and happy and complex relationship with the Siegel family."



### Animated Man of Steel Axed

IN A MOVE THAT MAY BE CONNECTED with the Siegels' action, Warner Brothers has pulled the plug on the animated version of Superman, as well as bringing the adventures of the animated Batman to an end.

Confirming the news at the San Diego Comic Convention, producers Bruce Timm and Paul Dini revealed that Warner Brothers is devoting all its attention to BATMAN BEYOND. The last two episodes of SUPERMAN will feature a final showdown between the Man of Steel and Darkseid.

Meanwhile, Bruce Timm is bidding to bring another DC Comics character onto the small screen. Created by comics legend Jack Kirby, Kamandi, the Last Boy on Earth is the sole surviving human in a future world ruled by intelligent animals. Timm has revealed that his initial series pitch was rejected by Warner Brothers. Undeterred, he states, "KAMANDI is not dead. In fact, we are looking at possibly doing a KAMANDI pilot for Cartoon Network."

## Liv Crowned

**ARMAGEDDON STAR LIV TYLER HAS SIGNED ON TO PLAY ARWEN, QUEEN OF THE FAIRIES, IN DIRECTOR PETER JACKSON'S LORD OF THE RINGS TRILOGY.**

Tyler overcame scheduling difficulties to take the role. Signed to star in Robert Altman's Dr T and the Women, Tyler will be granted a three week break from the nine-month New Zealand Rings schedule to film her part in the Texas based production. Tyler (right, in ARMAGEDDON) will adopt an English accent as Arwen, who serves as the love interest of Aragorn, played by SHOOTING FISH's Stuart Townsend.

Horror legend Christopher Lee looks set to play evil wizard Saruman in the New Line trilogy. Lee is reportedly in final negotiations for the part of the sorcerer attempting to take control of Middle Earth. Lee previously announced that he was keen to play the part of Gandalf in the production, although this role has now been filled by Sir Ian McKellen.

Long connected with the production, GOLDENEYE's Sean Bean has been confirmed in the role of Boromir. SLIDERS star John Rhys-Davies has been chosen to play the dwarf Gimli, while WILDE's Orlando Bloom will play Legolas. Young British actor Dominic Monaghan has been cast in the role of Merry. Monaghan, whose previous credits include the BBC drama series HETTY WAINTHROP INVESTIGATES, will star alongside Elijah Wood as Frodo Baggins, Sean Astin as Samwise Gamgee, and Billy Boyd as Pippin.

Rumours that the computer generated Gollum would be based on the voice and characteristics of ARMAGEDDON's Steve Buscemi have been denied by New Line president Michael DeLuca, who states, "Nobo, he's

some unknown Brit." Reports suggest that DeLuca may be referring to Peter Woodthorpe, who voiced Gollum in the BBC radio adaptation.

With filming on the first of the trilogy, FELLOWSHIP OF THE RING, due to begin this autumn, the $130 million series is scheduled to debut Christmas 2000.



Confidential

WB008507

**EXHIBIT 62**
**241**

# EXHIBIT 63



DC COMICS
1700 Broadway
New York, New York 10019
(212) 636-5555
FAX (212) 636-5485

Paul Levitz/Executive Vice President & Publisher

November 22, 1999

Jean Shuster Peavy
Warren Peavy
316 Horton Lane NW
Albuquerque NM 87114

Dear Jean and Warren:

Please send along the revised screenplay at his convenience. I'll be happy to ask my colleagues at Warner Bros. to take another look at it.

I don't believe anything in Joanne Siegel's claim will affect your ability to market the screenplay for better or worse.

Best,

Paul Levitz

:lf



A division of Warner Bros.—A Time Warner Entertainment Company

**EXHIBIT 63**
**242**

DCC00006202

# EXHIBIT 64

DC COMICS
1700 Broadway
New York, New York 10019
(212) 636-5555
FAX (212) 636-5485

Paul Levitz/Executive Vice President & Publisher



December 13, 1999

Jean Shuster Peavy
316 Horton Lane
Albuquerque NM 87114

Dear Jean:

Happy holidays.  I wanted to let you know that the Smithsonian Museum of American History has opened a new exhibit entitled "Digilab" – showing off how digital and computer technology will change access to knowledge.  As part of this, they took a selection from our SUPERMAN'S 50th exhibit and used it to show how this great multi-media character fits in the digital world.  It's small (by comparison to the 50th show), but still great to see him there.

Regards to Warren, and wishing you both well for the new year.

Best,

Paul Levitz

:lf

A division of Warner Bros.–A Time Warner Entertainment Company

**EXHIBIT 64**

**243**

# EXHIBIT 65

OLD ADDRESS:

Jean Shuster Peavy
6 Horton Ln. NW
Albuquerque, N.M. 87114

NEW ADDRESS:

Jean Shuster Peavy
7 Camino Cabo
Santa Fe, N.M. 87505

PHONE & FAX

505 - 466 - 4551

ino Cabo
Santa Fe, N.M.
87505

505 - 466 - 4551

Dec. 26, 1999

Dear Paul,

Thank you for sharing that wonderful information of the Smithsonian Institute using a selection the Superman's 50th exhibit. If anyone you know takes a picture of it, I'd love

Wishing you every happiness throughout the holidays.

to see it. I know I won't be getting to the East Coast soon.

Note my new enclosed address & phone no. My son & I had a house built & we are sharing it. The bonus from DC was well used. Regards to Jennette & all the staff. Best from Warren.

Love,
Jean Shuster Peavy

**EXHIBIT 65**
**244**

DCC00006199

# EXHIBIT 66



505-466-4551                                    51 Camino Cabo
                                                Santa Fe, N.M. 87505
October 26, 2000


Paul Levitz/Exec.V.P. & Publisher
DC COMICS
1700 Broadway
New York, N.Y. 10019

Dear Paul:

Hope all is well with you, your family and associates.

I'm glad to see the continued popularity of SUPERMAN
in so many of the comic books in which he is featured.
I'm proud to know that this super hero is presented to
each new generation through the comic books, the animated
TV re-runs as well as all the other outlets in which
SUPERMAN is used.

Have you heard of the recent novel written by Michael Chabon
called "The Amazing Adventures of Kavalier and Clay"?  The
article I read about it says this novel was inspired by
the true story of the two teenagers, Joe Shuster and Jerry
Siegel, who created SUPERMAN.  Of course, the story is
fictional and purely out of Chabon's imagination but I
suppose it is good publicity reaching a different audience
than the ones who regularly read comic books.  It is good
to know that the character of SUPERMAN will always be
accepted as part of Americana.

To continue honoring the memory of my brother, Joe Shuster,
I would like to put in a request for this year of 2000 for
a generous bonus.  I know that all of you acknowledge the
role he played in helping to make the comic book industry
the success that it is today.

Regards from my son Warren.  Please give my personal regards
to Jenette and other staff members.

In appreciation,

*Jean Shuster Peavy*

Jean Shuster Peavy


DCC00006194

**EXHIBIT 66**
**245**

# EXHIBIT 67



DC COMICS
1700 Broadway
New York, New York 10019
(212) 636-5555
FAX (212) 636-5485



Paul Levitz/Executive Vice President & Publisher

November 20, 2000

Jean Shuster Peavy
51 Camino Cabo
Santa Fe, NM 87505

Dear Jean,

Thanks for the update and the kind words. Although this has been a fairly quiet year for the Man of Steel (no new television episodes or film for only the second year out of the past twenty-five or so), we're pleased to honor your request for a year 2000 bonus with the enclosed check for $10,000. All of us at DC join in wishing you and Warren a good holiday season, and a happy and healthy new year to come.

Best,

Paul Levitz



A division of Warner Bros.–A Time Warner Entertainment Company

DCC00006193

**EXHIBIT 67**

**246**

# EXHIBIT 68

Phone or Fax

505-466-4551

51 Camino Cabo
Santa Fe, N.M. 87505

Dec. 2, 2000

Paul Levitz/ Exec. V.P. & Publisher
DC COMICS
1700 Broadway
New York, N.Y. 10019

Dear Paul:

Thank you most sincerely for the $10,000 bonus check
for the year 2000.  I hope next year will be more success-
ful for DC with the new animated TV show about Clark Kent
in his youth as he matures into his powers.  That should
help keep the SUPERMAN character alive on television.

My son, Warren, wants me to ask you if you can suggest an
editor at WARNER BOOKS that deals specifically with health
books.  His latest one is called DIET MYTHS THAT KILL YOU,
Separating Fact From Fad, Diet Sense From Nonsense.  His
co-author is the Director of Preventative Medicine at
Kaiser Permanete in California.

Warren would appreciate a referance to an editor that
would be willing to look at his manuscript.  If you know
of someone please write or fax Warren Peary at our above
number.  Thank you so much for your help.

Best wishes to all of you,

Jean Shuster Peavy

DCC00006192

**EXHIBIT 68**
**247**

# EXHIBIT 69



DC COMICS
1700 Broadway
New York, New York 10019
(212) 636-5555
FAX (212) 636-5485

Paul Levitz/Executive Vice President & Publisher

December 12, 2000

Jean Shuster Peavy
51 Camino Cabo
Santa Fe NM 87505

Dear Jean:

Thanks for the kind words.

Warner Books' diet book specialist is a senior editor named Diana Baroni. I've mentioned Warren's project to her, and she'll be looking out for it. Her contact information is:

Warner Books
Time & Life Building
1271 Avenue of the Americas
New York NY 10020
(212)522-5375

Have a great new year!

Best,

Paul Levitz

:lf



A division of Warner Bros.–A Time Warner Entertainment Company

DCC00006191

**EXHIBIT 69**
**248**

# EXHIBIT 70

Phone and Fax:                          51 Camino Cabo
505-466-4551                            Santa Fe, N.M. 87508
October 31, 2001


Paul Levitz/V.P. & Publisher
DC COMICS
1700 Broadway
New York, N.Y. 10019

Dear Paul:

I hope this letter reaches you in good health.  All of us
Americans are heartbroken over the tragedy that hit New York.
It must be difficult for those of you who are in the City as
we at a distance still cry.  Yet life must go on.

Last night I watched the third episode of SMALLVILLE.  It is
a smash hit.  I know you are all pleased that the reviews
have called it "a superior show", "a most enjoyable show",
"the most promising show of the new season".  I am thrilled
to see the credits given to Jerry Siegel and Joe Shuster as
the creators of SUPERMAN.

You might like to know that Cleveland is building the GLENVILLE
HALL OF FAME, a monument honoring those legends who attended
that High School and where Joe and Jerry met.  Others included
Jesse Owens, Senator Metzenbaum, director Ross Hunter, etc.
Jerry's childhood home is part of an historical tour as is
the sight of our old apt. bldg. with an historical marker.

Now nearing the end of the year 2001 I am putting in my request
for a bonus as generous as possible considering the success of
SMALLVILLE and my special needs as I get older.

Regards to Jenette and all the DC staff.



Personal best wishes to you,

Jean Shuster Peavy

DCC00006190

**EXHIBIT 70**
**249**

# EXHIBIT 71



DC COMICS
1700 Broadway
New York, NY 10019
(212) 636-5555
FAX (212) 636-5485
e-mail:paul.levitz@dccomics.com

Paul Levitz - Executive Vice President & Publisher

December 11, 2001

Jean Shuster Peavy
51 Camino Cabo
Santa Fe  NM  87508

Dear jean:

As you surmised, this has been a good year for Superman, with the successful launch of SMALLVILLE and the JUSTICE LEAGUE cartoon series.  In the spirit of that success, and of our continuing respect for Joe's great contribution to our culture and our company, enclosed please find a $25,000 bonus check.

Hoping this holiday finds you and Warren well, and that you have a great new year.

Best,

Paul Levitz

:lf



A division of Warner Bros – An AOL Time Warner Company

DCC00006188

**EXHIBIT 71**
**250**

| | | | | DATE | 12/12/2001 | CHECK NUMBER | 018703 |

| INVOICE NUMBER | INVOICE DATE | VOUCHER NUMBER | VOUCHER DUE DATE | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 121101 | 12/11/2001 | VO110850 | 12/11/2001 | $25,000.00 | | $25,000.00 |
| | | 2001 BONUS SUPERMAN | | | | |

| PRINT BATCH NUMBER | VENDOR CODE | PAY TO NAME | | GROSS TOTAL | DISCOUNT TOTAL | NET TOTAL |
|---|---|---|---|---|---|---|
| 2013 | PEAVJ | JEAN SHUSTER PEAVY | | | | $25,000.00 |

🔒 DOCUMENT HAS A COLORED BACKGROUND. AN ARTIFICIAL WATERMARK IS PRESENT ON THE REVERSE SIDE. 🔒

**DC COMICS**
1700 BROADWAY
NY, NY 10019
GENERAL ACCOUNT

Chase Bank
55 Water Street
New York, NY 10041

50-943/213

| DATE | 12/12/2001 | CHECK NUMBER | 018703 |

PAY   Twenty five thousand and no/100 *******************************************************

TO THE
ORDER
OF

JEAN SHUSTER PEAVY
51 CAMINO CABO
SANTA FE NM 87505

| AMOUNT | $25,000.00 |

G 283⁗

DCC00006189

**EXHIBIT 71**
**251**

# EXHIBIT 72

DCC00006184

**EXHIBIT 72**
**252**

# EXHIBIT 73

Dec. 2003

Dear Paul;

Greetings and best wishes
for a happy holiday season.

Jean Shuster Peavy

DCC00006182

**EXHIBIT 73**
**253**



*Traditional Splendor*

Illustration by: Jennifer Wiley
50-2555



**Fantus Paper Products**
CHICAGO, ILLINOIS
Made in the U.S.A.
www.fantuspaper.com

DCC00006183

**EXHIBIT 73**
**254**