# EXHIBIT 74

DC COMICS
1700 Broadway
New York, NY 10019
(212) 636-5555
FAX (212) 636-5485
e-mail: paul.levitz@dccomics.com

Paul Levitz - President & Publisher

<u>By Federal Express</u>

April 28, 2005

Jean Adele Peavy
  (as sole heir to Joseph Shuster)
Mark Warren Peary
  (as personal representative of the Estate of Joseph Shuster)
51 Camino Cabo
Santa Fe, NM 87505-2277

Dear Jean and Warren:

    I write to you today to offer to license from you the interest in Superman which is the subject of your recent notice of termination.. Without in any way conceding that the notice of termination is valid, and though the interest you claim in Superman cannot, under any circumstances, become yours until April 2013 – over eight years from now – DC Comics is proposing to enter into an arrangement with you and begin paying you substantial payments starting *now*. For the period covered by your termination notice, DC will only pay a premium to *one* terminating party. Therefore, before proposing the terms of our offer I believe it would be helpful to lay out some of the background and history that brings us to where we are today.

    As an initial matter, I want to reiterate to you the great respect that DC Comics and I personally have for Joe Shuster's work, and for Superman's value and contribution to American culture and to DC Comics. As you may know, I have been working in the comic book field for over thirty years, and like Joe, while still in high school started out as a freelancer for DC. It was my pleasure to know Joe for almost the last two decades of his life. As a result of my long association with DC, I can personally attest to DC's heavy investment in and nurturing of the Superman property, which I believe has played a substantial part in creating the lasting value and continued popular interest the character that Joe and Jerry created has enjoyed. DC's efforts have included the distribution of television programming and motion pictures featuring Superman, merchandising of the Superman character, and continually creating new and interesting story lines that have kept Superman alive in the public's imagination. I hope you agree that DC has done its job well in its management and development of Superman.

DCC00057431

EXHIBIT 74
255

Jean Adele Peavy
Mark Warren Peary
April 28, 2005
Page 2

Given DC's long history of stewardship, commitment and dedication of resources to Superman, I believe that there is no company better positioned than DC to continue Superman's success.

As you are no doubt aware, aside from you and DC Comics, the heirs of Jerry Siegel also claim to have an interest in the Superman character, and as you probably know, in October 2004 those heirs commenced two lawsuits in federal court in Los Angeles against DC Comics and certain of its affiliated companies. In the first lawsuit they seek an accounting for profits derived from DC's exploitation of the Superman character following the Siegel heirs' purported termination of Jerry Siegel's original 1938 grant to DC. They claim the termination was effective April 16, 1999. In the second lawsuit the Siegel heirs assert that Jerry Siegel – without any contribution from Joe Shuster – was the sole creator and owner of the character Superboy, that the Siegel heirs purported to terminate DC's interest in the Superboy character effective November 18, 2004, and that neither DC, you nor anyone other than the Siegel heirs is entitled to exploit the Superboy property.

The Siegel lawsuits are pending and in their early stages. Although it is too early to tell how these lawsuits will turn out (and we believe that DC has substantial defenses to the Siegel heirs' claims) I am advised that the Siegel heirs' counsel has communicated to our lawyers that it is their ultimate goal to settle all claims with DC relating to Superman. This would presumably include all claims relating to any interest in the copyright extension period that begins in 2013 – the same period in which you claim rights. Most lawsuits do, in fact, settle, and it continues to be our hope as well to reach some sort of amicable resolution with the Siegel heirs. In fact, one of the principal defenses we have raised in the Siegel heirs litigations is that DC did, in fact, reach a comprehensive settlement with the Siegel heirs in 2001, which covered all copyright extension periods, and which was confirmed by the Siegel heirs' lawyers in writing. The Siegel heirs now deny that there was such an agreement. This is one of the issues that the court will ultimately decide.

I want to be frank in telling you that if we are able to resolve matters with the Siegel heirs (whether by settlement or judgment) *before* we reach an agreement with you, so that we acquire or are adjudged to own rights to the Superman character during the copyright extension term that begins in 2013, there will not be any pressing need to reach an agreement with you in advance of that date. The reason that we are contacting you at this time is that we are interested in removing now any possible issues as to whether DC Comics has sufficient rights to continue to fully exploit the Superman character in new works during the extension term beginning in 2013. Once we have certainty that we

DCC00057432

EXHIBIT 74
256

Jean Adele Peavy
Mark Warren Peary
April 28, 2005
Page 3

have those rights from one of the joint holders, we are then assured of our right to continue to exploit those rights to create new works, and the other joint holder at best is entitled to a participation or has a claim for an accounting. Therefore, if you are interested in receiving something *now* in exchange for rights that cannot ripen until 2013, you should be aware that we are more motivated to make such a deal now. The deal that we envision makes a payment to you as soon as it is signed, but the opportunity to enter into such a deal exists only in the absence of a similar arrangement with the Siegel heirs, or a judgment by the court that the Siegel heirs have already settled the matter – as we contend they have.

In considering our proposal – which you should discuss with any advisors to you – please keep in mind that even after 2013, if your termination notice is valid, your interest will be limited to U.S. rights since the termination notice you gave applies to rights under U.S. law only. In addition, you will still have to share the copyright with either or both the Siegel heirs or DC, so at best you will only have non-exclusive rights. Further, your interest will be limited to the 1930s version of the Superman character and the triangular (as opposed to the current 5-sided) "S" shield which have extremely limited marketability by themselves. These limitations are substantial and could make it virtually impossible for you to enter into any sort of significant license deal with another company. So a deal between you and DC really makes by far the most sense; it gives both parties significant benefits.

So, with that background, I would like generally to outline for you our offer in exchange for your exclusive license to DC of all rights arising out of Joe's authorship or contributions to DC Comics, including any Shuster post-April 2013 rights in Superman and all related properties, including Superboy (the "Superman Property"). Although there may be fine points to this offer that our representatives will want to work out, the following is our basic proposal:

1. **Non-Refundable Cash Advance**

    Upon signing, you shall be paid:

    - A non-refundable advance against royalties (as described below) of two million dollars ($2,000,000.00) (This means that no matter what, you get to keep the money; it is applied against money DC may owe you commencing in 2013; it is not repayable by you)

DCC00057433

EXHIBIT 74
257

Jean Adele Peavy
Mark Warren Peary
April 28, 2005
Page 4

2. **Royalty Payments**

Beyond the initial advance, you shall share in the success of the Superman Property in connection with new works created after April 18, 2013. Commencing with revenues received on account of such works after April 18, 2013, DC shall pay you royalties, subject to recoupment of the advance described above, but in no event less than $100,000.00 per year, as follows:

- On merchandising and media licenses:
    - 6% of DC's receipts from all media and merchandising licenses for the domestic (U.S.) territory for use of the Superman Property where the property is not commingled with any other superhero or equivalent property
    - 3% of DC's receipts from all media and merchandising licenses for the domestic territory for use of the Superman Property where the property is commingled with one other superhero or equivalent property (e.g., Batman, Flash)
    - An allocable share of DC's receipts from all media and merchandising licenses for the domestic territory where the Superman Property is commingled with multiple other properties, provided that the 6% royalty shall not be reduced to less than 1%
    - 1% of DC's receipts from all media and merchandising licenses for the domestic territory for use of the Superman Property where the property is used in an extraordinarily mixed license with multiple other properties (e.g. Six Flags license with DC and Looney Tunes characters), except to the extent that receipts can be specifically attributed to the Superman property in which case the 6% royalty would apply to such receipts.

DCC00057434

EXHIBIT 74
258

Jean Adele Peavy
Mark Warren Peary
April 28, 2005
Page 5

- On merchandise sold directly by DC

    o 6% of an allocable portion of domestically derived revenue from the Superman Property consistent with revenue reporting by third-party licensees, reducible by commingling or bundling as per the media and merchandising licenses above

- On publications sold directly by DC

    o 1% of the cover price of copies sold in the domestic territory of DC's own editions of publications ("Publications") based on the Superman Property where the Superman Property comprises the title of the publication (*e.g.* "Superman") or where the Superman Property comprises the entire subject matter of the publication (*e.g.* "Action Comics")

    o 1/2% of the cover price of Publications which are based on multiple properties which include the Superman Property

    o there shall be no royalties payable hereunder where the Superman Property appears in publications or stories based on other properties where neither the publication or story title contains the Superman Property

The royalties will be paid to you on a calendar year basis beginning in 2014 (for the April – December, 2013 period) and thereafter through 2033. During this period, you will receive a minimum royalty of $100,000.00 per year regardless of whether DC has recouped its advance. To the extent that the minimum royalty exceeds the royalties earned under the above definitions, such excess shall be treated as an advance against royalties to be earned. Aside from the $100,000.00 minimum, all royalties earned shall first be applied to any unrecouped advances. All sums advanced shall bear interest at the prime interest rate – whatever it may be – to the extent unrecouped.

DCC00057435

EXHIBIT 74
259

Apr 29 2005 15:26 P.09

Jean Adele Peavy
Mark Warren Peary
April 28, 2005
Page 6

3. Credit

DC Comics shall accord credit along the lines of "Superman created by Jerry Siegel and Joe Shuster," "Created by Jerry Siegel and Joe Shuster" or "Based on the characters created by Jerry Siegel and Joe Shuster" on comic books, television programs (main titles), motion pictures (main titles on screen), all publications and other works where credit to creators is customary. Credit must be consistent with guild and other obligations.

4. Miscellaneous Terms

You will make appropriate warranties and representations that you have not transferred or licensed any of the Superman rights and that DC may exploit the Superman Property without interference. You and DC will also mutually release each other and provide certain covenants and indemnities as to future claims. Finally, you will acknowledge DC's right to use and publish Joe's biographical facts, materials and photographs in connection with the Superman Property, including in connection with publicity and exploitation of Superman, which is something we want to do.

As mentioned above, there may be other details that would need to be ironed out before an agreement is signed, but we've tried to set forth herein the essential terms of the deal we are proposing.

We hope you feel there are compelling reasons for you to seriously consider our offer. First, it gives you money now, eight years before you could be entitled to it otherwise. Second, it provides you with an annual advance for each year from 2014 through 2033 – as long as the term of copyright in Action Comics no. 1. Third, it allows you to capitalize on the synergies created by the combination of your rights – which, by themselves are at best extremely narrow and likely unmarketable – with those of DC. This is a situation where the whole is clearly greater than the sum of the parts and both you and DC can benefit from their combination.

Finally, to be fully open and candid, there is an additional point which I feel compelled to mention. I understand that you are represented by counsel in this matter – Marc Toberoff – and so I will ask DC's representatives to send him a copy of this letter. I assume that you know that Mr. Toberoff is also representing the Siegel heirs in their lawsuits against DC. I feel compelled to mention the dual role Mr. Toberoff is playing because the offer in this letter is

DCC00057436

**EXHIBIT 74**
**260**

Jean Adele Peavy
Mark Warren Peary
April 28, 2005
Page 7

made only to you, on a confidential basis, in the hopes of making a deal that is mutually beneficial to your family and to DC. I hope that you will consider your own best interests and instruct your counsel accordingly; keeping in mind that what is best for you may well conflict with the interests of Mr. Toberoff's other client.

I am hopeful that you will find our proposal beneficial and fair. I very much look forward to your response and would welcome the opportunity to discuss any question you may have. Please call or write to me at your convenience, but I urge you to do so soon as given the current situation we can only keep this offer open for a short time. Thank you.

Sincerely,

Paul Levitz

DCC00057437

EXHIBIT 74
261

# EXHIBIT 75

**From:** Michael Catron

**Sent:** 2/23/2006 10:13:31 PM

**To:** Levitz, Paul

**Cc:**

**Bcc:**

**Attachments:**

**Subject:** Jean Shuster Peavy and Superman Returns

---

Dear Paul,

How are you? I am writing to you as the representative of Jean Shuster Peavy.

As you may recall, Jean and Joe attended the world premiere of Superman the Movie at the Kennedy Center in Washington, D.C. in 1978.
(I was there, too. It was a benefit for the Special Olympics.)

Jean is now interested in also attending the world premiere of Superman Returns, or, perhaps, the Los Angeles premiere. She would be pleased if DC or Warner would arrange for her and her immediate family (son, daughter, and two grandchildren)'s expenses and would be willing, if asked, to do an interview or two with the press. It seems likely at this point that I will be escorting her, so perhaps my expenses could be included as well.

As you know, Jean is the only living eyewitness to the creation of Superman by Jerry and Joe on that long-ago summer's day.

If this is something that you can arrange directly, we would be pleased to have you do so. If not, could you please direct me to the person who could make this happen?

My telephone number at home is (717) 597-2179 but I'm generally not home on weeknights before 8:00.

My best to you, your family, and the gang at DC, Mike Catron

DCC00131034

EXHIBIT 75
262

# EXHIBIT 76



A Warner Bros. Entertainment Company

**PAUL LEVITZ**
*President & Publisher*

March 13, 2006

Mike Catron
320 East Baltimore Street
Greencastle PA  17225

Dear Mike:

Thanks for your recent note on behalf of the Shuster family.  We are certainly hoping that both the Siegel and the Shuster families will choose to join us in celebrating the Los Angeles premiere of SUPERMAN RETURNS.  Although final plans for the premiere have not yet been set, we think it likely to be June 22nd.  The invitations will be extended directly to the family members, and to you, once we have a definite date.

Best,

Paul Levitz

:lf


bcc:  J. Schulman, W. Smith, L. Laserson, P. Lowitt

DC COMICS | 1700 Broadway, New York, NY 10019 | T: 212.636.5555  F: 212.636.5485 | paul.levitz@dccomics.com

CONFIDENTIAL          DCC0013416

EXHIBIT 76
263

# EXHIBIT 77



PAUL LEVITZ
President & Publisher

A Warner Bros. Entertainment Company

May 26, 2006

Jean Shuster-Peavy
51 Camino Cabo
Santa Fe NM 87508

Dear Jean:

Following up on my earlier letter and the conversations between our attorneys, I want to let you know that the SUPERMAN RETURNS premiere will take place Wednesday, June 21st (a day earlier than indicated in my original note) at 7:00 p.m. at the Mann Village Theatre in Westwood, Los Angeles, with the party thereafter in MacArthur Park on the grounds of the Veteran's Administration. Tickets are being held at "will call" (a pick up desk immediately outside the theatre), for you, your children and Mike Catron. You should arrive a bit before 7:00 p.m. to ensure ease of pick up, and bring identification (a driver's license will do nicely). I believe that transportation questions are being discussed by our attorneys.

I look forward to seeing you there.

Best,

Paul Levitz

:lf

bcc: J. Schulman, L. Laserson, P. Lowitt, Z. Pope, W. Smith

DC COMICS | 1700 Broadway, New York, NY 10019 | T: 212.636.5555 F: 212.636.5485 | paul.levitz@dccomics.com

CONFIDENTIAL

EXHIBIT 77
264
DCC00134162

# EXHIBIT 78



**PAUL LEVITZ**
President & Publisher

A Warner Bros. Entertainment Company

July 12, 2006

Jean Shuster Peavy
316 Horton Lane NW
Albuquerque, NM 87114

Dear Jean:

As you know, Superman will be included in an upcoming DC Super Heroes stamp program from the United States Postal Service celebrating DC Comics most famous heroes.

The date of first issue, which is the day the stamps are officially released to the public, will be Thursday, July 20, 2006 at the San Diego Comic-Con in San Diego, California. If you are attending the convention, we would be pleased to have you join us for an event to commemorate the release and the unveiling of the stamps on Thursday, July 20, 2006 from 10:30 – 11:30 a.m. in Panel Room 5AB. There will be a panel discussion on the historical significance of comics along with the official unveiling ceremony. Panel Room 5AB holds 500 people and we are expecting a standing room only crowd for this historical USPS release celebrating DC Comics heroes.

Please let us know if you can join this exciting event by contacting Matthew Denk in our Licensing department at 212-636-5961 or by email: Matthew.Denk@dccomics.com. We know fans of Jerry and Joe's great hero will be as thrilled to see it on United States stamps as we are.

Warm regards,

*Paul Levitz*

Paul Levitz

DC COMICS | 1700 Broadway, New York, NY 10019 | T: 212.636.5555  F: 212.636.5485 | paul.levitz@dccomics.com

CONFIDENTIAL
EXHIBIT 78
265
DCC00135066