Marc Toberoff (State Bar No. 188547)
 mtoberoff@ipwla.com
Pablo D. Arredondo (State Bar No. 241142)
 parredondo@ipwla.com
TOBEROFF & ASSOCIATES, P.C.
22337 Pacific Coast Highway, #348
Malibu, California, 90265
Telephone: (310) 246-3333
Fax:        (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy and Laura Siegel Larson

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; JOANNE SIEGEL, an individual; LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DISCOVERY MATTER**<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO COMPEL INTERROGATORY RESPONSES**<br><br>JOINT STIPULATION, DECLARATION OF PABLO D. ARREDONDO AND ]PROPOSED] ORDER FILED CONCURRENTLY HEREWITH<br><br>**Judge**: Hon. Otis D. Wright II<br>**Magistrate**: Hon. Ralph Zarefsky<br><br>**Complaint filed**: May 14, 2010<br>**Trial Date**:　None Set<br>**Hearing Date**:　August 13, 2012<br>**Hearing Time**:　10:00 a.m.<br>**Courtroom**:　540 |

DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL INTERROGATORY RESPONSES

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on August 13, 2012, at 10:00 a.m., or as soon thereafter as the matter may be heard by the above-entitled court, located at 255 East Temple Street, Los Angeles, California in Courtroom 540, Defendant Mark Warren Peary will and hereby does move the Court to compel Plaintiff, DC Comics, to respond to Defendant Mark Warren Peary's, Interrogatories Nos. 1-2, 5 and 9-15.

This motion is made pursuant to Rules 26, 34, and 37 of the Federal Rules of Civil Procedure and Rule 37-2 of the Local Rules of this Court on the grounds that Plaintiff DC Comics has failed to properly and/or adequately respond to Defendant's Interrogatories Nos. 1-2, 5 and 9-15, providing instead vague, evasive, and irrelevant information.  Pursuant to Local Rule 37-1, the parties have attempted unsuccessfully to resolve their disputes, and therefore respectfully seek the assistance of the Court.

This motion is based on this Notice of Motion and Motion; Defendant's portion of the accompanying Joint Stipulation Regarding Defendant's Motion To Compel Interrogatory Responses; the accompanying Declaration of Pablo D. Arredondo and exhibits in support thereof; any supplemental memoranda that may be filed pursuant to Local Rule 37; all exhibits, files, and records on file in this action; matters of which judicial notice may be taken; and such additional submissions and argument as may be presented at or before the hearing on this motion.

Dated:     July 24, 2012                    RESPECTFULLY SUBMITTED,


                                             /s/ Marc Toberoff
                                            _____

                                            Marc Toberoff
                                            TOBEROFF AND ASSOCIATES, P.C.
                                            Attorneys for Defendants Mark Warren Peary,
                                            as personal representative of the Estate of
                                            Joseph Shuster, Jean Adele Peavy, and Laura
                                            Siegel Larson, individually and as personal
                                            representative of the Estate of Joanne Siegel