Marc Toberoff (State Bar No. 188547)
 *mtoberoff@ipwla.com*
Pablo D. Arredondo (State Bar No. 241142)
 *parredondo@ipwla.com*
TOBEROFF & ASSOCIATES, P.C.
22337 Pacific Coast Highway, #348
Malibu, California, 90265
Telephone: (310) 246-3333
Fax:       (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy and Laura Siegel Larson

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>                Plaintiff,<br><br>     vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; JOANNE SIEGEL, an individual; LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>                Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL INTERROGATORY RESPONSES**<br><br>**Judge**: Hon. Otis D. Wright II<br>**Magistrate**: Hon. Ralph Zarefsky<br><br>**Complaint filed**: May 14, 2010<br>**Trial Date**:  None Set<br>**Hearing Date**: August 13, 2012<br>**Hearing Time**: 10:00 a.m.<br>**Courtroom**:   540 |

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL INTERROGATORY RESPONSES

1     Good cause appearing, IT IS HEREBY ORDERED, that Defendant's Motion
2 to Compel Interrogatory Responses is GRANTED.
3     Within 21 days of this Order, Plaintiff DC Comics will provide new responses
4 to Defendant's Interrogatories Nos. 1-2, 5 and 9-15, said responses providing specific
5 responsive information and only responsive information.

7 IT IS SO ORDERED.

10 Dated: _____      _____
                              Honorable Ralph Zarefsky
11                    Magistrate Judge, United States District Court

1
[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL INTERROGATORY RESPONSES