1  DANIEL M. PETROCELLI (S.B. #097802)
   dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
   mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
   cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA  90067-6035
   Telephone:  (310) 553-6700
6  Facsimile:   (310) 246-6779

7
   Attorneys for Plaintiff DC Comics
8
                **UNITED STATES DISTRICT COURT**
9
                **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11  DC COMICS,<br><br>12              Plaintiff,<br><br>13       v.<br><br>14  PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>20              Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO COMPEL INTERROGATORY RESPONSES**<br><br>Hon. Otis D. Wright II<br><br>**Judge**:   Hon. Otis D. Wright II<br>**Magistrate**: Hon. Ralph Zarefsky<br><br>**Complaint filed**: May 14, 2010<br>**Trial Date**: None Set<br>**Hearing Date**: Aug. 13, 2012<br>**Hearing Time**: 10:00 a.m.<br>**Courtroom**: 540 |

[PROP.] ORDER DENYING
DEF.'S MOT. TO COMPEL

1  Good cause appearing, and for all of the reasons in DC Comics' portion of
2  the Joint Stipulation Regarding Defendants' Motion To Compel Interrogatory
3  Responses, IT IS HEREBY ORDERED that:
4  Defendants' Motion To Compel Interrogatory Responses is hereby DENIED;
5  and DC is awarded its reasonable fees and costs in opposing Defendants' Motion.
6  *See Franklin v. Allstate Corp.*, 2008 WL 590508, at *1-2 (N.D. Cal. Feb. 29, 2008).
7  IT IS SO ORDERED.

9  Dated: _____    _____
10                              Honorable Ralph Zarefsky
                                Judge, United States Magistrate Judge