Marc Toberoff (State Bar No. 188547)
  mtoberoff@ipwla.com
Keith G. Adams (State Bar No. 240497)
  kgadams@ipwla.com
Pablo D. Arredondo (State Bar No. 241142)
  parredondo@ipwla.com
TOBEROFF & ASSOCIATES, P.C.
22337 Pacific Coast Highway #348
Malibu, California 90265
Telephone:  (310) 246-3333
Fax:        (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DECLARATION OF KEITH G. ADAMS IN SUPPORT OF DEFENDANTS' OPPOSITION TO DC'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON ITS FIRST AND THIRD CLAIMS FOR RELIEF**<br><br>*Opposition, Statement of Genuine Issues, Evidentiary Objections, and [Proposed] Order filed concurrently herewith*<br><br>Complaint filed:  May 14, 2010<br>Trial Date:  None Set<br><br>Date:   Aug. 20, 2012*<br>Time:   1:30 p.m<br>Place:  Courtroom 11 |

| Exh. | Title | Page |
|---|---|---|
| 1 | "Superman's Creators, Nearly Destitute, Invoke His Spirit", New York Times, dated November 22, 1975. | 5 |
| 2 | "Mild-Mannered Cartoonists Go To Aid of Superman's Creators", New York Times, dated December 10, 1975 | 6 |
| 3 | "Man of Steel Splinters and American Dream", New York Times, dated February 25, 1979 | 7-8 |
| 4 | Agreement between DC Comics, Inc. and Swampfilms, Inc., dated October 10, 1980 | 9-32 |
| 5 | "Joseph Shuster, Cartoonist, Dies; Co-Creator of 'Superman' Was 78", New York Times, dated August 3, 1992 | 33 |
| 6 | "Jerry Siegel, Superman's Creator, Dies at 81" dated January 31, 1996 | 34 |
| 7 | Thompson & Thompson Copyright Report, dated February 29, 1996 | 35-43 |
| 8 | Agreement between Warner Bros. and Hasbro, Inc. dated December 18, 1998 | 44-75 |
| 9 | Agreement between Marvel Characters, Inc. and Katja Motion Picture Corp., dated August 2, 2001 | 76-130 |
| 10 | Agreement between Pacific Pictures Corporation, Mark Warren Peary and Jean Peavy, dated November 28, 2001 | 131-134 |
| 11 | Agreement between Warner Bros. and Edgar Rice Burroughs, Inc., dated December 2, 2002 | 135-229 |
| 12 | Agreement between Pacific Pictures Corporation, Jean Peavy and Mark Warren Peary (as Executor of Joseph Shuster's Estate), dated October 27, 2003. | 230-233 |
| 13 | Letter from Marc Toberoff to Mark Warren Peary (as | 234 |

|    | Executor of the Estate of Joseph Shuster) and Jean Peavy, dated September 10, 2004 |         |
|----|---------------------------------------------------------------------------------------|---------|
| 14 | DC Comics' First Amended Counterclaims, filed in *Siegel* | 235-274 |
| 15 | Letter from Marc Toberoff to Patrick Perkins, dated May 12, 2005 | 275 |
| 16 | Excerpts from deposition of Laura Siegel Larson, dated August 1, 2006 | 276-280 |
| 17 | Excerpts from deposition of Mark Warren Peary, dated November 11, 2006 | 281-301 |
| 18 | Letter from Alexander Merino to Adam Hagen, dated November 15, 2006 | 302 |
| 19 | Excerpts from deposition of Marc Toberoff, dated November 17, 2006 | 303-323 |
| 20 | Declaration of Wayne Smith, dated March 26, 2007 | 324-329 |
| 21 | N.Y. State Division of Corporations Entity Information entry for Pacific Pictures Corporation, dated 2010 | 330-331 |
| 22 | Excerpts from Joint Stipulation, dated February 8, 2011 | 332-336 |
| 23 | Order issued by Magistrate Judge Zarefsky, dated April 11, 2011 | 337-350 |
| 24 | Excerpts from Defendants' Opposition to DC Comics' Motion for Review, dated May 2, 2011 | 351-356 |
| 25 | Order issued on May 23, 2011 | 347-359 |
| 26 | Excerpts from deposition of Mark Warren Peary, dated June 29, 2011 | 360-373 |
| 27 | Letter from Marc Toberoff to Mark Warren Peary and Jean Peavy dated August 2, 2011 | 374-375 |
| 28 | Mediation Questionnaire, dated November 9, 2011 | 376-378 |

**DECLARATION OF KEITH G. ADAMS**

I, Keith G. Adams, declare as follows:

1. I am an attorney at the law firm of Toberoff & Associates, P.C., counsel of record for defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel, in the above-captioned action, and for plaintiff Laura Siegel Larson in the related case of *Siegel v. Warner Bros. Entertainment Inc., et al.*, C.D. Cal. Case No. 04-CV-08400 ODW (RZx) ("*Siegel*"), and submit this declaration in support of Defendants' Opposition to plaintiff DC Comics' ("DC") Motion for Partial Summary Judgment On Its First and Third Claim for Relief.

2. Attached hereto as Exhibit "1" is a true and correct copy of an article titled "Superman's Creators, Nearly Destitute, Invoke His Spirit" from *The New York Times*, dated November 22, 1975.

3. Attached hereto as Exhibit "2" is a true and correct copy of an article titled "Mild-Mannered Cartoonists Go To Aid of Superman's Creators" from *The New York Times*, dated December 10, 1975.

4. Attached hereto as Exhibit "3" is a true and correct copy of an article titled "Man of Steel Splinters an American Dream" from the *Los Angeles Times*, dated February 25, 1979.

5. Attached hereto as Exhibit "4" is a true and correct copy of an October 10, 1980 Agreement between DC Comics, Inc. on the one hand and Swampfilms, Inc. on the other hand, produced by DC in the related *Siegel* case and designated as a trial exhibit without a confidentiality designation.

6. Attached hereto as Exhibit "5" is a true and correct copy of an article titled "Joseph Shuster, Cartoonist, Dies; Co-Creator of 'Superman' Was 78" from *The New York Times*, dated August 3, 1992.

7. Attached hereto as Exhibit "6" is a true and correct copy of an article

titled "Jerry Siegel, Superman's Creator, Dies at 81" from *The New York Times*, dated January 31, 1996.

8. Attached hereto as Exhibit "7" is a true and correct copy of a February 29, 1996 Copyright Research Report generated by Thompson & Thompson, which was produced by plaintiff in the related *Siegel* case.

9. Attached hereto as Exhibit "8" is a true and correct copy of a December 18, 1998 Agreement between Warner Bros. on the one hand, and Hasbro, Inc. and Hasbro International, Inc., on the other hand, produced by Warner Bros. in the related *Siegel* case and designated as a trial exhibit without a confidentiality designation.

10. Attached hereto as Exhibit "9" is a true and correct copy of an August 2, 2001 Agreement between Marvel Characters, Inc. on the one hand, and Katja Motion Picture Corp., on the other hand, produced by Warner Bros. in the related *Siegel* case and designated as a trial exhibit without a confidentiality designation.

11. Attached hereto as Exhibit "10" is a true and correct copy of a November 28, 2001 Agreement between Pacific Pictures Corporation, on the one hand, and Mark Warren Peary and Jean Peavy, on the other hand.

12. Attached hereto as Exhibit "11" is a true and correct copy of a December 2, 2002 Agreement between Warner Bros., on the one hand, and Edgar Rice Burroughs, Inc., on the other, produced by Warner Bros. in the related *Siegel* case and designated as a trial exhibit without a confidentiality designation.

13. Attached hereto as Exhibit "12" is a true and correct copy of a October 27, 2003 Agreement between Pacific Pictures Corporation, on the one hand, and Jean Peavy and Mark Warren Peary (as Executor of Joseph Shuster's Estate), on the other hand.

14. Attached hereto as Exhibit "13" is a true and correct copy of a letter dated September 10, 2004 from Marc Toberoff to Mark Warren Peary (as Executor of the Estate of Joseph Shuster) and Jean Peavy.

15. Attached hereto as Exhibit "14" is a true and correct copy of DC

Comics' First Amended Counterclaims filed in the related *Siegel* case.

16. Attached hereto as "Exhibit 15" is a true and correct copy of a letter dated May 12, 2005 from Marc Toberoff to Patrick Perkins.

17. Attached hereto as Exhibit "16" is a true and correct copy of excerpts from the transcript of the August 1, 2006 deposition of Laura Siegel Larson in the related *Siegel* case.

18. Attached hereto as Exhibit "17" is a true and correct copy of excerpts from the transcript of the November 11, 2006 deposition of Mark Warren Peary in the related *Siegel* case.

19. Attached hereto as Exhibit "18" is a true and correct copy of a letter dated November 15, 2006 from Alexander Merino, former counsel for plaintiff Laura Siegel Larson in *Siegel*, to Adam Hagen, former counsel for DC/Warner in *Siegel*.

20. Attached hereto as Exhibit "19" is a true and correct copy of excerpts from the transcript of the November 17, 2006 deposition of Marc Toberoff in *Siegel*.

21. Attached hereto as Exhibit "20" is a true and correct copy of a declaration of Wayne Smith dated March 26, 2007 and filed in the related *Siegel* case.

22. Attached hereto as Exhibit "21" is a true and correct copy of a 2010 New York State Division of Corporations Entity Information entry for Pacific Pictures Corporation.

23. Attached hereto as Exhibit "22" is a true and correct copy of excerpts from a Joint Stipulation Regarding DC Comics' Motion To Compel filed in this case on February 8, 2011.

24. Attached hereto as Exhibit "23" is a true and correct copy of an order issued by Magistrate Judge Zarefsky on April 11, 2011.

25. Attached hereto as Exhibit "24" is a true and correct copy of excerpts from Defendants' Opposition to DC Comics' Motion for Review of Magistrate Zarefsky's April 11, 2001 Order On Plaintiff's Motion to Compel, filed on May 2,

2011.

26. Attached hereto as Exhibit "25" is a true and correct copy of an order issued by this Court on May 23, 2011.

27. Attached hereto as Exhibit "26" is a true and correct copy of excerpts from the transcript of the June 29, 2011 deposition of Mark Warren Peary.

28. Attached hereto as Exhibit "27" is a true and correct copy of a letter dated August 2, 2011 from Marc Toberoff to Mark Warren Peary and Jean Peavy.

29. Attached hereto as Exhibit "28" is a true and correct copy of a Mediation Questionnaire filed on November 9, 2011 in *DC Comics v. Pacific Pictures Corp. et al.,* Ninth Circuit Appeal No. 11-56934.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on July 30, 2012, at Malibu, California.

Keith G. Adams