UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>        Plaintiff,<br><br>  vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>        Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR RECONSIDERATION OF THE COURT'S JULY 16, 2012 ORDER**<br><br>Hon. Otis D. Wright II |

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR RECONSIDERATION

1  The Court, having reviewed and considered defendants' Motion For
2  Reconsideration Of The Court's July 16, 2012 Order, plaintiff's opposition thereto,
3  and all further submissions and arguments on the matter, and good cause appearing,
4  hereby GRANTS defendants' motion.  This Court's July 16, 2012 order (Docket No.
5  457) is reversed, and the June 21, 2012 order (Docket No. 451) is hereby affirmed.
6      IT IS SO ORDERED

8  Dated: _____         _____
9                                                              Honorable Otis D. Wright II,
                                                            United States District Court