O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>             Plaintiff,<br><br>   vs.<br><br>PACIFIC PICTURES CORPORATION, ET AL.,<br><br>            Defendants. | CASE NO. CV 10-03633 ODW (RZx)<br><br>ORDER ON DEFENDANTS' MOTION TO COMPEL FURTHER ANSWERS TO INTERROGATORIES |

        This matter comes before the Court on Defendants' Motion to Compel Interrogatory Responses. [Doc 461] The Court has reviewed the Joint Stipulation of the parties, as well as the accompanying declarations. A hearing on this matter will not materially advance the resolution of this dispute. Accordingly, the hearing set for August 13, 2012 is vacated, and the Court decides the matter on the papers. FED. R. CIV. P. 78; L.R. 7-15.

        The record before the Court discloses that the Local Rules have not been followed assiduously. The letter initiating the discovery process referred only to three of the interrogatories presented in the current motion, so the rest of the interrogatories have not been properly discussed among the parties themselves. Moreover, it appears that there was further compromising on the three interrogatories that *were* the subject of the

interrogatories that may have taken place had the process not stopped in March, 2012. Plaintiff also represents that it served amended responses prior to the filing of the motion.

Under the circumstances, therefore, this dispute is not ripe for Court adjudication. Although the Court therefore makes no adjudication on the merits, several things nevertheless are clear about this discovery, and the Court offers the following as guidance in the future. First, requests that seek "all" or "any," especially on as elastic a term as " communications" (and there are many similar terms), when they contain little or no limiting language — as to subject and time — necessarily invite objections. Second, while the objections therefore appear to be understandable, the Court can envision *no* circumstance in which it is appropriate to respond by referring a party to the entire briefing or record in any suit. Third, especially in a case like this where distrust runs rampant, one might question the utility of interrogatories for obtaining information that inevitably calls for follow-up responses; although information can be sought by various discovery devices, and the same information can be sought by more than one discovery device, some kinds of interrogatories will never produce the required information without a great deal of time, effort, expense and anguish.

Defendants' motion to compel is denied.

DATED: August 3, 2012

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE