DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:  (310) 553-6700
Facsimile:   (310) 246-6779

Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. CV 10-03633 ODW (RZx)<br><br>**DECLARATION OF CASSANDRA SETO IN SUPPORT OF PLAINTIFF DC COMICS' REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON ITS FIRST AND THIRD CLAIMS FOR RELIEF**<br><br>Hon. Otis D. Wright II<br><br>**Hearing Date**:   Aug. 20, 2012<br>**Hearing Time**:   1:30 p.m.<br>**Courtroom**:   11 |

## DECLARATION OF CASSANDRA SETO

I, Cassandra Seto, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am a counsel at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics ("DC") in the above-entitled action. I make this declaration in support of DC Comics' Reply In Support Of Motion For Partial Summary Judgment On Its First And Third Claims For Relief. I have personal knowledge of the matters set forth in this declaration.

2. Between June 21, 2012, and the beginning of August 2012, the parties met-and-conferred extensively concerning DC's motion for partial summary judgment and defendants' threatened cross-motion for partial summary judgment. During this time, DC (through myself and my colleagues Daniel M. Petrocelli and Matthew Kline) exchanged 9 letters and 17 e-mails and participated in at least 5 telephone calls with defendants (through Marc Toberoff, Keith Adams, and Pablo Arredondo) concerning the substance of the parties' motions and scheduling issues. Not once in these many exchanges did defendants ever:

- mention their affirmative defenses of "estoppel, laches, preclusion, duress, or others," Docket No. 462 at 24;
- indicate that defendants would challenge DC's motion on the ground that DC did not move for summary judgment on those defenses;
- or suggest that defendants would cross-move for summary judgment on any of these boilerplate defenses asserted in their answer.

Instead, defendants represented that they would oppose DC's partial summary judgment motion, and possibly file a cross-motion, on the specific grounds identified in the parties' January 24, 2012, joint status report (Docket No. 364) and defendants' now-withdrawn Rule 12 briefing (Docket Nos. 80, 147 and 333). *See, e.g.*, June 28, 2012, Letter from Mr. Toberoff to Mr. Petrocelli (a true and correct

copy of which us attached hereto as Exhibit 1). The only affirmative defense identified in the defendants' joint status report and Rule 12 briefing, and raised by defendants during meet-and-confer exchanges, was defendants' statute-of-limitations defense on DC's Third Claim, which is addressed in DC's motion. *See* Docket Nos.147-1 at 10, 364 at 12, 458 at 25.

3. Attached hereto as Exhibit 2 is a true and correct copy of a letter from Jerome Siegel to Detective Comics, dated January 1, 1944.

4. Attached hereto as Exhibit 3 is a true and correct copy of an article titled "Jerry Siegel Tells Why His Superman Won't End The War" from the *Midpacifican*, dated August 26, 1944.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from *Famous First Edition Action Comics #1*, with a copyright date of January 3, 1974.

6. Attached hereto as Exhibit 5 is a true and correct copy of the copyright entry for *Famous First Edition Action Comics #1* from the Copyright Office's Catalog of Copyright Entries for Periodicals during the period of January to December of 1974.

7. Attached hereto as Exhibit 6 are true and correct copies of electronic media printouts of the stock index for weeks ending August 14, 1992, and August 21, 1992.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the transcript of the August 2, 2006, deposition of Joanne Siegel in the related *Siegel* case, Case No. CV 04-8400.

9. Attached hereto as Exhibit 8 is a true and correct copy of an expert report submitted by Jeff Rovin in *Siegel* dated January 11, 2007.

10. Attached hereto as Exhibit 9 is a true and correct copy of an expert report submitted by Mark Waid in *Siegel* dated February 8, 2007.

1 | I declare under penalty of perjury under the laws of the United States that the
2 | foregoing is true and correct and that this declaration is executed this 6th day of
3 | August 2012 at Los Angeles, California.

4
5 |        /s/ Cassandra Seto
          Cassandra Seto

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -

SETO DECL. ISO DC COMICS' REPLY
ISO MOT. FOR PARTIAL SUMM. J.