# EXHIBIT 1

# TOBEROFF & ASSOCIATES, P.C.

A PROFESSIONAL CORPORATION

22337 PACIFIC COAST HIGHWAY #348

MALIBU, CALIFORNIA 90265

MARC TOBEROFF*
PABLO D. ARREDONDO*
DAVID HARRIS

* Also admitted in New York

TELEPHONE
(310) 246-3333

FACSIMILE
(310) 246-3101

mtoberoff@ipwla.com

June 28, 2012

<u>Via E-Mail and U.S. Mail</u>

Daniel Petrocelli
O'Melveny and Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Re:     *DC Comics v. Pacific Pictures Corp., et al.*, Case No. 10-CV-03633 ODW (RZx)

Dear Dan:

Pursuant to Federal Rule of Civil Procedure 56, Defendants will be bringing a cross-motion for partial summary judgment as to DC's First Claim for the reasons discussed in the parties' January 23, 2012, Joint Status Report, Docket No. 364 at 10-12, and for partial summary judgment on DC's Third Claim for the reasons that also have been extensively briefed and discussed. *See* Docket Nos. 80, 147, 333. Defendants believe the parties should stipulate to a coordinated schedule for the parties' cross-motions for the convenience of the Court, as is customary. Please let us know whether you are amenable to working out such a schedule. If you also wish to further meet and confer on any of the substantive issues please let us know when you are available.

In addition, please find attached: (i) a Rule 30(b)(6) deposition notice to DC Comics; and (ii) a notice of deposition to Paul Levitz. In addition to listing Paul Levitz, DC's Rule 26(a) initial disclosures listed Martin Payson and Lillian Laserson as witnesses with potential knowledge of the 1992 Agreement and states that these individuals can be contacted through your firm. Please let us know as soon as possible if your firm is authorized to accept service of subpoenas on behalf of these individuals.

Very truly yours,

Marc Toberoff

**EXHIBIT 1**

**4**

# EXHIBIT 2

*Cpt.{  }*

39th Special Service Co.,
% Postmaster,
Elkins, West Virginia.
January 1, 1944.

Mr. J. S. Liebowitz,
DETECTIVE COMICS, Inc.,
480 Lexington Ave.,
New York, N. Y.

Dear Jack:

Thanks a lot for the swell Xmas gifts. Two checks totalling $3000.00 are very welcome, especially to a fellow in the Army. I spoke to Bella on the telephone today and she told me a $1400 check had arrived for 7 magazine releases. And no doubt a syndicate check will soon reach her. All in all you people have really helped usher in a swell New Year for me. I hope this will be the beginning of a Happy New Year.

Returned herewith, please find that copy of IN FACT. I was very interested to read its contents, and hope that McClure's subversive activities are a thing of the past. Also returned herewith is that clipping refering to the character, SUSIE. I'm glad you like the character Susie, who was first referred to in that list of plots I handed in. By the way, one of my plots on that list, referring to a time-hoax (I believe I titled the plot "Trouble In Utopia") was appropriated a few months ago by a recent release of BATMAN.

In regard to the boatride, the company I'm with is an entertainment unit whose eventual function is to supply such entertainment in person to soldiers overseas. If I return to Ft. Meade after leaving this Maneuver Area, there's a chance of my transferring to the Post newspaper there, if my CO doesn't refuse to give me permission. Soon after I entered the Army, they wanted me on the Post newspaper -- it would have been a pleasant duration-length assignment -- but my CO wouldn't let me transfer, saying he wanted me to remain in the 39th to do certain writing assignments. Those assignments are now a thing of the past. He said, at the time, if any good connections were to come my way in the future he wouldn't prevent me from taking them. But, if I don't return to Meade, I don't sight any such connections in view. And even if we do return to Meade, which we probably won't, I don't know if the position on the newspaper would still be open. --- Murray is certainly lucky to have been transferred to a writing job in Washington. That's the goal of every Army writer. I wonder how he did it, and if there's any chance of a connection there for yours truly. I'd appreciate it if you'd look into it.

DCC00045428

**EXHIBIT 2**
**5**

.S.    SUPERMAN ain't bad lately, but I'm concerned enough to feel that I could
do better.

-- 2 --

I've a number of unusual plot-ideas jotted down
which I will soon assemble and mail to Whit. I may have
a furlough coming up either at the end of this month or
sometime in February, and I hope to have a chance to do
some writing in the peaceful and clean environment of
my own home.

By the way, I write a weekly column (about 1500
words per release) for the local small town Elkins Inter-
Mountain newspaper, dealing with the activities of the
Special Service outfit with which I am connected. About
5 releases have appeared to date. I also collaborated on
an article on the PX distribution set-up in this Maneuver
Area.

It's very rugged here...lots of oozy mud, tent-
latrines with running icycles, and we live in squad tents,
five to a tent. --- I hope I'll be able to see you in
a few weeks.

By the way, here's something important. Our
company recently was ousted from the Infantry, tho we still
wear Infantry insignia, and we are in DEML -- Detached
Enlisted Men's List -- or, as "DEML" is known thruout the
Army -- "Damn Easy Military Life". Only, since we entered
DEML, our existence has grown tougher, instead of
easier. The guys in the company would, as a gag, like
to put some new insignia on. I've had stacks of requests
for SUPERMAN pins, so that the entire company can fall
out some morning with everyone wearing SUPERMAN pins as
insignia. Enclosed herewith please find a copy of the
Company's roster. Will you please have SUPERMAN pins,
memberships cards, secret codes, etc. sent to every
individual on the list % 39th Special Service Company,
% Postmaster, Elkins, West Virginia. This should be
quite a stunt. If you wish, you may defray the cost
by deducting the expense for this from one of my checks.
There are about 131 names on this list, and I believe
your costumary charge is ten cents per member. I'd appreciate
it very much if you'd have this done right away.

Best personal wishes to Harry, Bob, Duke, Herb,
Charlie, Whit, Miss Heath, Frank Armer and of yourse Joe
and yourself, from Bella and I. Tell Joe I appreciate the
gifts he sent me recently, and I'll write to him soon...

Cordially,

DCC00045429

EXHIBIT 2

6

# EXHIBIT 3



# Superman's Old Man Here

EVERY WEEK



## Midpacifican
The Armed Forces' Newspaper In The Pacific Ocean Areas

5¢

Vol. III, No. 18        HONOLULU, AUGUST 26, 1944—993 Days Since Pearl Harbor        FIVE CENTS

# Japs Hole Up In Guam Cave For Debauch As End Nears

## GI Hollywood Star Here

### Dickie Moore And Jerry Siegel With New S.S. Company

By SGT. WALLY WACHTER
Midpacifican Staff Writer

Superman is in the Pacific Area!

The fabulous character arrived in the brain which is behind his superman exploits . . . a GI now stationed on Oahu.

Superman's creator, Cpl. Jerry Siegel, arrived here for duty as part of a large made-to-order Army Special Service Company which also includes in its personnel roster Dickie Moore, one of Hollywood's best known boy-stars who has grown into a rugged soldier, and several other top names in theatrical and sports fields.

Siegel is attached to the library and publications branch of the company. Since he has been in the Army, he has been too busy thinking up ways to get out of routine GI details to be able to spend a lot of time on his comic-strip ace. His artist collaborator, Joe Schuster, is keeping the strip going with a library of ideas that Siegel left behind and several that he sends via the mails.

Superman may be an unconquerable hero to his millions of fans, but to Siegel . . . "he's just my baby."

"I thought up Superman when I was still just a kid in high school in Cleveland," he recalls. "My pal, Joe Schuster, and I started to work him out. It took us six years to finally sell the

(Continued on Page 12)

### Political News To GI's Now OK

WASHINGTON (Ans)—President Roosevelt has signed S 6 i dier Vote Law amendments relaxing restrictions on dissemination of political news and opinion among members of the armed forces, according to Associated Press.

Sponsors said the effect of the amendments would be to open the way for the sale and distribution through Army post exchanges and Navy stores of any newspapers, magazines, and books in general circulation among civilians . . . within the limits of available transportation.

**Equal Radio Time**

In case of radio broadcasts, the only limitation applied is that if political speeches are rebroadcast to troops over Government-operated stations, equal time shall be allowed to any political party having a Presidential candidate in six or more States.

### Sad Sack And Superman



Signal Corps Photo by Pvt. Robert J. Fernandez
CPL. JERRY SIEGEL, creator of Superman, who has made his character perform unbelievable feats, wishes he could make the "Man of Tomorrow" come to his rescue at a time like this. Superman has left him holding the bag.

### Jerry Siegel Tells Why His Superman Won't End The War

By CPL. JERRY SIEGEL
Exclusive to Midpacifican

As the creator and continuity writer of "Superman," the muscular wonder of the comic sections, I'm often heckled with embarrassing questions that would tax even the sagacity of the Sphinx.

Topping all these brain puzzlers, is the sly, apparently casual-calculated-to-crush query:

"Why doesn't Superman win the war?"

**Rescues Superman**

In my capacity as the "Man of Tomorrow's" mentor, I've maneuvered him out of many an apparently hopeless dilemma. I've had him boisterously juggle juggernauts in his two capable mitts, swallow a sizzling stream of streaking bullets, wrestle with prehistoric pterodactyls, imbibe cocktails composed of acid, arsenic and ground glass with nonchalant equanimity, and constantly pull the wool over Lois' eyes whenever that inquisitive Miss was on the verge of discovering his true identity.

Always, he popped out of the most desperate difficulties, completely composed and with nary a

(Continued on Page 12)

## No Big Climax At Battle's End; It Just Petered Out; Fighting Colonel Mourned

By S/SGT. AL MOHAN
Exclusive To Midpacifican

To a newspaperman the August 10th headline announcing the end of organized Japanese resistance was good copy.

But to make sense to the infantryman who slugged his way from Afitan to Mount Santa Rosa, the headline should have faded away in an unreadable blur of small type.

That is the way the battle itself ended.

On Guadalcanal, the fight ground toward a slow, but definite close. The Marshalls campaign ended as emphatically as a slammed door. On Saipan, the "banzai charge" lashed out like a violent death throe. But on Guam, because of tactics and terrain, the Japanese seemed to evaporate, to fray into nothingness.

**No More Japnies**

On August 10 a rifleman

(Continued on Page 3)

### Benz Reports Japs Are Not Organized

By T/SGT. DAVID A. BENZ
Exclusive to Midpacifican

Saipan taught GI Joe several new lessons in killing more Japs faster. It also showed up the Jap military machine as having much less than it was cracked up to be.

That, at any rate, was the reaction of 27th Division infantrymen whom I saw in action and with whom I had many a bull session in the canefields of Saipan. After the campaign was over, the soldiers were practically unanimous in the opinion that, while the individual Jap may be a devil to dig out of his cave hideout, a battalion or regiment of Japs just doesn't seem to know the score in modern warfare.

**Have To Be Dug Out**

In effect, war against the Japs becomes a painful mopping-up

(Continued on Page 12)

### Cesar Romero Tells How He Felt On Saipan

By PVT. CHARLES AVEDON
Midpacifican Staff Writer

A big, raw-boned guy climbed to the platform. He wore the white uniform of a Coast Guardsman.

The Navy was running a star-studded show for the men of the submarine base. They had erected an outdoor stage at their Royal Hawaiian recreation center.

"I want you to meet another star," said Lt. Cmdr. Eddie Peabody. "Bosun's Mate, 2d Class, Cesar Romero, just back from Saipan and Tinian. He started as an apprentice seaman and came up the hard way."

**Familiar Grin**

White teeth flashed beneath a black mustache in the familiar Romero grin. For almost two decades this 38-year-old actor had faced stage and motion picture audiences.

Now he was onstage again, after eight months of sea duty. And he seemed stage-struck.

The audience, including three or four lady guests, applauded politely.

"Thank you very much, Commander," the big guy began.

(Continued on Page 12)

## Midpacifican Writer Gets The Nod

### Five GIs To Train For West Point

By PVT. BO LAWRENCE
Exclusive to Midpacifican

Well, it finally came through. And I'm not kidding, it had me sweating. I've the ticket for Hamilton right here in my pocket.

Hamilton Field, California,
U.S.A.

It all started in June when a notice appeared on the bulletin board that applications for West Point would be accepted, and that any man in the AUS was eligible if he met the requirements—

(Continued on Page 2)



BO LAWRENCE
Signal Corps Photo

Five Pacific GIs have been designated to attend West Point. The five are S/Sgt. Lewis P. Moore, Pfc. Lawrence M. Rosow, Pvt. Robert Sigafoos, Pfc. William Wishnick and Cpl. Robert Lawrence, former Midpacifican writer.

Prior to their entrance at West Point, the five GIs will take a preparatory course, either at Cornell University or Lafayette College, for six months.

All of the men appeared before a board recently and are considered qualified for West Point training.

EXHIBIT 3
7

## Guam Casualty On Army Hour



### First-Hand Account

On the "Army Hour" recently, Sgt. William S. Fiedler of Brooklyn recited his battle experiences on Guam through an Army microphone from his bed in an Oahu Army hospital. Fiedler is a mortar squad leader in the Army's 77th Division which fought side by side with Marine Corps units to recapture Guam. He was slightly wounded in the operation. He is being interviewed by Lt. Frank Sohn, public relations officer.

*U. S. Army Signal Corps photo*

## Dickie Moore & Jerry Siegel On Oahu With New Company

(Continued from Page 1)

idea, then it zoomed to popularity. He's been on the market for six years now."

Besides the man of tomorrow, Siegel and Schuster are collaborating on several other comics and novelties.

Dickie Moore needs no introduction to ardent movie fans. He has appeared in roles since he was eleven months old. At the age of 18, he is already a veteran of some 150 movies. He starred in child-roles for years until adolescence crept up on him.

Among his more recent successes was "Heaven Can Wait." The last movie in which he appeared was "Sweet and Lovedown," a musical featuring Benny Goodman, Jack Oakie and Linda Darnell.

"I played the role of a general in a boy's military school in that picture," Dickie confided, "... a couple days after the picture was finished, I was a private in the Army. That's a pretty b i g bust to take."

Plans are as yet indefinite for the Special Service Company in which Siegel and Moore appear. It is the only company of its type ever to be assigned to duty here.



DICKIE MOORE, 18, and veteran of almost 18 years experience on the screen, has grown from Hollywood's versatile boy-actor into a versatile young soldier. Here he demonstrates his talents with a GI rake.

*Signal Corps photo by Pvt. Robert J. Fernandez*

## Even The Cooks

Nazis taken in Italy by Japanese-American soldiers insist on thinking their captors are Chinese, Indians, or even Eskimos, Pfc. Isamu Nakasato of Hawaii reports.

They just can't conceive of men of Japanese descent fighting on our side.

At Cassino, even the cooks of the 100th Infantry Battalion . . . Japanese - American outfit . . . abandoned their stoves and went into battle.

## 12 EM Get Commissions



The 12 GIs and warrant officers above, and a heroic soldier now on duty in the Pacific, received the first 13 direct commissions as second lieutenants given by General Richardson under authority of new War Department regulations.

*Signal Corps Photo*

---

# It Says Here: Buck Privates Make More $$$ Than Civilian Bachelors

OMAHA, NEB. (ANS) — Seventh Service Command figures showed that the average Army private, if unmarried, is making more net earned income than the single civilian male who gets $3,600 a year.

Army authorities said the private has $426 left annually after paying essential expenses, or a total more than the civilian bachelor has after paying taxes and living expenses and paying the same incidentals that the soldier gets free.

Comparison for married men is less favorable but pay- and allotment provide a standard of living equal to that of a home from family making up to $3,400 yearly.

## Why Superman Won't Win War

(Continued from Page 1)

lock of his manly mane disturbed.

### Can't Compete With GIs

But now, when real life drama dwarfs fiction's wildest improvisations, I find myself in, to put it frankly, one helluva fix. No comic strip heroics can hope to compete with the everyday feats of plain, ordinary GI Joe. Faced by a really more pregnant with suspense than any yarn I could fashion, I must take a shame-faced back seat.

But the honor of Superman must be defended, and so I offer an explanation for what some might take as my character's apparently lackadaisical attitude in the midst of the greatest fight of all time.

Here's my story—and I hope I won't be stuck with it . . .

### No Glory Hog

Superman realizes it would be an imposition for him to barge in brazenly and singlehandedly, with democracy's battle for survival against tyranny and fascism. He understands that freedom is a precious commodity; that both individuals and nations should have the right to earn their own salvation.

Further, he has the utmost confidence in the ability of the United Nations to emerge triumphant from the conflict. Positive of our eventual victory, he confines his war-time activities to aiding servicemen and servicewomen in their private difficulties.

This activity is known as "Superman's Super-Service For Servicemen."

### Aid To Lovelorn

No problem is too large or small to merit this super-Dorothy Dix's aid. Whether it concerns lowly KP or lofty love, Superman is in there pitching. And according to the very latest reports, he always scores.

I hope the above thoroughly explains why Superman hasn't ended the war overnight.

You may be interested to know Most Embarrassing Question Number Two:

"Since Superman's hair is invulnerable to destruction, how in blazes does he manage to shave?"

I imagine the razor-blade people would like to know the answer to that one. As for me, I consider that a personal question, and I ain't talkin'!

## 16 SHOWS OVERSEAS

NEW YORK (ANS) — Urgent requests from the War and Navy Departments have resulted in the USO temporarily laying aside other theatrical activities to concentrate on getting nine plays and seven musicals ready for the overseas "foxhole circuit."

Peggy Wood will leave soon on a six-month tour in "Blithe Spirit" and two companies will put on "Three Men On a Horse."

Other Broadway hits booked for overseas include "Over Twenty-one," "Junior Miss," "The First Year," "The Male Animal," "Ten Little Indians," "The Firefly," "Mexican Hayride," "Star and Garter," "Irene," "Porgy and Bess," and "Oklahoma."

## 14 GIRLS, THEN A HIM

BATON ROUGE, La. (CNS)— Happiest man in Baton Rouge is Harvey Hiller. His wife just gave birth to a son. Other members of the Hiller family: Thirteen daughters.

---

## C. Romero Back From Saipan

(Continued from Page 1)

"Thank you, ladies, God b l e s s you—"

Then he stopped short. It seemed as if he didn't know quite what to say.

### Leaves Platform

He told them he didn't want to offend with a lot of corny jokes.

He said he didn't want to shoot the breeze to guys who had been through a lot more than he has.

In another 30 seconds, he was off the platform.

The audience seemed again, this time more than politely.

Stage-struck or not, the big bronzed guy still knew how to handle an audience.

### What He Intended

Weren't applauding him so much as they were honoring the men he had mentioned. Which is what he had intended in the first place.

Back in the audience, he took the last seat on the aisle. Far beyond the out-door stage a thousand stars were pin-pointing the Pacific. Romero stared at them. He seemed determined not to talk.

The reactions of a former Hollywood make-believe hero facing the real thing for the first time sounded like a story.

### Won't Talk

But it was like pulling teeth to draw it out of him.

One way was to ask questions. How did real combat compare with the studio version?

A slight, disapproving smile was the only reply. It was the kind of answer the question deserved. Finally Romero decided to speak.

"I can tell you one thing," he said. "My first emotions w e r e pretty terrifying. Then I looked at the guys around me and saw they were scared, too. Only they were doing their jobs. I found myself doing the same thing. By the time we went through it again at Tinian, it was pretty routine."

### His Job

Romero is stationed on an assault transport.

"What's my job?" he smiled in embarrassment. It was almost as if he felt he was doing a great deal less than everyone else.

"I'm in charge of loading and unloading landing craft from Number 2 hatch," he explained. "Once they're on their way, we get the supplies in."

It took another 10 minutes to draw him out again. He spent those minutes listening to the Navy band and staring at the surf.

### Ship Attacked

Yes, he admitted, his ship had been under attack at Saipan.

He related, "About half of our troops had been unloaded when the air-raid alarm sounded. Every ship in the harbor made for sea. There were about 100 Jap planes but only seven got through to us."

But, he added, the Saipan beachhead was small. So they had to cruise around in submarine-rifled waters while one or

two ships went in at a time.

### The Wounded

"We evacuated the wounded to Eniwetok," he continued. "Then we returned and took some Marines to Tinian. We moved to within about 200 yards of land. Jap shore batteries sniped at us but didn't hit anything."

Romero's transport came back to Hawaii with some of the wounded.

"I'll never forget them," he said. "I managed to get ashore at Saipan when most of the fighting was finished. But all you have to do is talk to those wounded to realize the landing forces deserve everything you can write about them."

### Back to Mainland

Romero planned to return to the mainland the following morning for reassignment.

Orders originally came through for him to go back last May. But he managed to obtain a postponement.

He and his shipmates had been rehearsing for something big for a long time. And he didn't want to miss it.

"Now that it's over," he admitted, "I'm not a big enough liar to say I'm sorry to be going home. It's been a pretty long time."

### Sailor Pants

Someone interrupted to ask if it was tough for an actor to get used to sailor pants after a lifetime of English drape suits.

That ended the interview. Coast Guardsman Romero shut up like a clam.

---

## Beautiful Bibliophile



GIs WILL BET on anything, even on beautiful bibliophiles. This is Miss Beatrice Wright, Ft. Kam's pulchritudinous librarian, called "sweet, soft and lithesome" by her adherents. The opposition insisted no librarian could look like that. The Ft. Kam boys, producing Beatrice as evidence, collected.

---

## Leg, Arm Injuries Less In This War

WASHINGTON (ANS) — The number of wounds to arms and legs, which constitute the major battle injuries, a r e no greater in this war than they were in any other war in America's history, despite increasing ferocity of World War II, medical officers' reports indicate, the War Department announced.

Such w o u n d s constituted 70 per cent of wounds in the Civil War and 76 per cent in World War I. Leg and arm wounds constitute 70 per cent of battle wounds received in World War II.

Doctors thus know that in total of the wounds, the chances are about seven out of ten wounds will be in the arm or leg.

The medical officers' report did not "minimize dangers," the announcement said, b u t added that better surgery, plasma, penicillin, combine to produce the excellent recovery record.

---



CESAR ROMERO, dashing Hollywood actor now in the Coast Guard, and Don Senick, Fox Movietone cameraman, talk it over after Saipan. This picture was taken just after Romero and Senick had returned from the invasion of the Marianas base.

*Official U. S. Navy Photo*

EXHIBIT 3
8

# EXHIBIT 4





**EXHIBIT 4**
**9**













EXHIBIT 4
10

# EXHIBIT 5

ISSN 0041-784x

# Catalog of Copyright Entries: *Third Series*

## Volume 28, Part 2

# Periodicals

## January–December

# 1974



COPYRIGHT OFFICE · THE LIBRARY OF CONGRESS

WASHINGTON : 1976

**EXHIBIT 5**

**11**

**PERIODICALS**

THE FAMILY HANDYMAN. © UPD Communica-
tions Corporation.
v.24, no.
1, Jan74. © 27Dec73; B900241.
2, Feb74. © 29Jan74; B902675.
3, Mar74. © 5Mar; B911469.
4, Apr74. © 2Apr; B917939.
5, Jun74. © 9May; B929987.
6, Aug74. © 20Jun; B971907.
7, Sep74. © 15Aug; B957894.
8, Oct74. © 12Sep; B922554.
9, Nov74. © 15Oct; B971908.
10, Dec74. © 14Nov; B987102.

FAMILY HEALTH.
© Family Health Magazine.
v.6, no.
1, Jan74. © 11Dec73; B893519.
2, Feb74. © 16Jan; B901158.
3, Mar74. © 13Feb; B919958.
4, Apr74. © 13Mar; B915151.
5, May74. © 17Apr; B926907.
6, Jun74. © 15May; B932331.
7, Jul74. © 19Jun; B943038.
© Family Health Magazine, Inc.
v.6, no.
8, Aug74. © 24Jul; B958381.
9, Sep74. © 21Aug; B958380.
10, Oct74. © 25Sep; B934334.
11, Nov74. © 23Oct; B922080.
12, Dec74. © 20Nov; B984733.

THE FAMILY HERITAGE SERIES. © John
Birch Society.
v.1, no.
35. © 24Jan74; B911393.
36. © 24Jan74; B911399.
37. © 24Jan74; B911395.
38. © 24Jan74; B911397.
39. © 25Feb74; B923607.
40. © 25Feb74; B923608.
41. © 25Feb74; B923609.
42. © 25Feb74; B923610.
43. © 9Apr74; B938634.
44. © 9Apr74; B938633.
45. © 9Apr74; B938632.
46. © 9Apr74; B938635.
47. © 6May74; B953021.
48. © 6May74; B953022.
49. © 6May74; B953023.
50. © 6May74; B953024.
51. © 10Jun74; B955025.
52. © 10Jun74; B953026.
53. © 10Jun74; B953027.
54. © 10Jun74; B953028.
55. © 11Jul74; B953029.
56. © 11Jul74; B953030.
57. © 11Jul74; B953031.
58. © 11Jul74; B953032.
59. © 21Aug74; B975986.
60. © 21Aug74; B960580.
61. © 21Aug74; B960579.
62. © 21Aug74; B960581.
v.2, no.
63. © 25Sep74; B972553.
64. © 25Sep74; B972543.
65. © 25Sep74; B972552.
66. © 25Sep74; B972551.
67. © 15Oct74; B972550.
68. © 15Oct74; B972549.
69. © 15Oct74; B972543.
70. © 15Oct74; B972547.
71. © 20Nov74; B986465.
72. © 20Nov74; B986465.
73. © 20Nov74; B985467.
74. © 20Nov74; B985468.
75. © 27Dec74; B7264.
76. © 27Dec74; B7270.
77. © 27Dec74; B7259.
78. © 27Dec74; B7269.

FAMILY HORIZONS. © CUNA Mutual Insur-
ance Society.
v.10, no.
2, summer74. © 10Jul; B944621.
3, fall74. © 25Oct; B978874.

FAMILY HOUSEBOATING. © Trailer Life
Publishing Company Inc.
v.7, no.
2, Mar74. © 22Jan74 (in notice:
1973); B934013.
3, Jun74. © 22Mar; B918690.
4, Aug74. © 24May; B935058.
5, Oct74. © 24Jul; B924109.
6, Dec74. © 21Sep; B964519.

FAMILY LAW NEWSLETTER. © American Bar
Association.
v.14, no.
4, spring74. © 30May; B935132.
v.15, no.
1, summer74. © 2Aug; B930905.
2, fall74. © 25Nov; B1413.
3, winter74. © 15Jan75; B991795.

FAMILY LAW QUARTERLY. © American Bar
Association.
v.8, no.
1, spring74. © 7Jun; B937169.
1, spring74. © 16Jul; B948962.
2, summer74. © 9Aug; B955573.

THE FAMILY LAWYER. © American Bar
Association.
6-27Jan74. © 7Jan; B900457.
3-24Feb74. © 3Feb; B903486.
3-31Mar74. © 3Mar; B917534.
7-28Apr74. © 7Apr; B918594.
5-26May74. © 5May; B929893.
2-30Jun74. © 2Jun; B941074.
7-28Jul74. © 7Jul; B957693.
4-25Aug74. © 4Aug; B958269.
1-29Sep74. © 1Sep; B961111.
5-27Oct74. © 6Oct; B971838.
4-25Aug74. © 5Nov; B977235.
1-29Dec74. © 1Dec; B986987.

FAMILY MEDICINE TIMES. © Society of
Teachers of Family Medicine.
Jun74. © 2Jul; B961405.

FAMILY PET. © Mary Linda Sabella d.b.a.
Family Pet.
v.3, no.
1, spring74. © 1Apr; B923302.
2, summer74. © 25Jun; B943407.
3, autumn74. © 15Sep; B954815.
4, winter74. © 15Dec; B986409.

FAMILY PLANNING PERSPECTIVES. © Planned
Parenthood Federation of America, Inc.
v.6, no.
1, winter74. © 4Apr; B930752.
2, spring74. © 21Jun; B946689.
3, summer74. © 9Oct; B966336.

FAMILY PLANNING / POPULATION REPORTER.
© Planned Parenthood Federation of
America, Inc.
v.3, no.
1, Feb74. © 28Feb; B912860.
2, Apr74. © 26Apr; B930015.
3, Jun74. © 9Jul; B947474.
4, Aug74. © 27Aug; B954880.
5, Oct74. © 31Oct; B970151.
6, Dec74. © 31Dec; B988627.

FAMILY PRACTICE NEWS. © American Medi-
cal News Service, Inc.
v.4, no.
1, Jan74. © 1Jan; B901376.
2, 15Jan74. © 15Jan; B929792.
3, 1Feb74. © 1Feb; B937828.
4, 1Mar74. © 1Mar; B937827.
5, 15Mar74. © 15Mar; B929790.
7, 1Apr74. © 1Apr; B929797.
8, 15Apr74. © 15Apr; B929796.
9, 1May74. © 1May; B929795.
10, 15May74. © 15May; B942869.
12, 15Jun74. © 15Jun; B937829.
11, 1Jul74. © 1Jul; B953596.
14, 15Jul74. © 15Jul; B942871.
15, 1Aug74. © 1Aug; B957748.
16, 15Aug74. © 15Aug; B957751.
17, 1Sep74. © 1Sep; B964595.
18, 15Sep74. © 15Sep; B964598.
19, 1Oct74. © 1Oct; B969998.
20, 15Oct74. © 15Oct; B974598.
21, 1Nov74. © 1Nov; B985153.
22, 15Nov74. © 15Nov; B985152.

FAMILY PROCESS. © Mental Research In-
stitute and Nathan W. Ackerman
Family Institute, Inc.
v.13, no.
1, Mar74. © 1Apr; B932950.
2, Jun74. © 17Jun; B941186.
3, Sep74. © 30Oct; B977911.
4, Dec74. © 31Dec; B992602.

FAMILY SAFETY. © National Safety
Council.
v.33, no.
1, spring74. © 11Mar; B924357.
2, summer74. © 14Jun; B943491.
3, fall74. © 19Sep; B974117.
4, winter74. © 16Dec; B989016.

FAMILY SERVICE HIGHLIGHTS. © Family
Service Association of America.
v.1, no.
1, Jan74. © 26May; B938806.
2, Jul74. © 28Jun; B944405.
3, Aug74. © 7Aug; B951946.
4, Sep74. © 6Sep; B959036.
5, Oct74. © 11Oct; B973106.
6, Nov74. © 15Nov; B980627.
7, Dec74. © 20Dec; B986262.

FAMILY WEEKLY. © Family Weekly, Inc.
6Jan74. © 6Jan; B905798.
13Jan74. © 13Jan; B905797.
20Jan74. © 20Jan; B905796.
27Jan74. © 27Jan; B905795.
3Feb74. © 3Feb; B914047.
10Feb74. © 10Feb; B914402.
17Feb74. © 17Feb; B914045.
24Feb74. © 24Feb; B914046.
3Mar74. © 3Mar; B928824.
10Mar74. © 10Mar; B928827.
17Mar74. © 17Mar; B928826.
24Mar74. © 24Mar; B928825.
31Mar74. © 31Mar; B942378.
7Apr74. © 7Apr; B929741.
14Apr74. © 14Apr; B929740.
21Apr74. © 21Apr; B929743.
28Apr74. © 28Apr; B929742.
5May74. © 5May; B959862.
12May74. © 12May; B959853.
19May74. © 19May; B959954.
26May74. © 26May; B959955.
2Jun74. © 2Jun; B959856.
9Jun74. © 9Jun; B959857.
16Jun74. © 16Jun; B959858.
23Jun74. © 23Jun; B959859.
30Jun74. © 30Jun; B959860.
7Jul74. © 7Jul; B959861.
14Jul74. © 14Jul; B959862.
21Jul74. © 21Jul; B959863.
28Jul74. © 28Jul; B959864.
4Aug74. © 4Aug; B959872.
11Aug74. © 11Aug; B959981.
18Aug74. © 18Aug; B959980.
25Aug74. © 25Aug; B959979.
1Sep74. © 1Sep; B966375.
8Sep74. © 8Sep; B966371.
15Sep74. © 15Sep; B966372.
22Sep74. © 22Sep; B966373.
29Sep74. © 29Sep; B966374.
6Oct74. © 6Oct; B975028.
13Oct74. © 13Oct; B975029.
20Oct74. © 20Oct; B975030.
27Oct74. © 27Oct; B975027.
3Nov74. © 3Nov; B981113.
10Nov74. © 10Nov; B981111.
17Nov74. © 17Nov; B981112.
24Nov74. © 24Nov; B981110.
1Dec74. © 1Dec; B994693.
8Dec74. © 8Dec; B994699.
15Dec74. © 15Dec; B994690.

FAMOUS FIRST EDITION. © National Peri-
odical Publications, Inc.
C-26. © 3Jan74; B914961.
C-28. © 7Mar74; B914964.
C-30. © 14May74; B964588.

FAMOUS MONSTERS OF FILMLAND. © Warren
Publishing Company.
v.1o, no.
104, Jan74. © 15Nov73; B891568.
105, Mar74. © 18Dec73; B895300.
106, Apr74. © 29Jan; B909479.
107, May74. © 14Mar; B923382.
108, Jul74. © 25Apr; B938777.
109, Aug74. © 6Jun; B941995.
110, Sep74. © 11Jul; B947903.
111, Oct74. © 15Aug; B953033.
112, Dec74. © 26Sep; B968200.
113, Jan75. © 7Nov74; B6730.
114, Mar75. © 17Dec74; B987658.

# EXHIBIT 6



3 of 5 DOCUMENTS

Copyright 1992 Crain Communications, Inc.
Electronic Media

August 24, 1992

**SECTION:** FINANCE; Pg. 36

**LENGTH:** 261 words

**HEADLINE:** ELECTRONIC MEDIA stock index for week ending Aug. 14

**BODY:**

Winners

|  | Aug. 14 | Change from Aug. 7 |
|---|---|---|
| CBS | $ 194.00 | +$ 7.75 |
| Washington Post | $ 220.75 | +$ 5.75 |
| Cap Cities/ABC | $ 448.25 | +$ 2.12 |
| Time Warner | $ 108.00 | +$ 2.00 |
| Tribune | $ 42.12 | +$ 1.62 |
| McGraw Hill | $ 58.62 | +$ 1.62 |
| Itel | $ 19.00 | +$ 1.50 |
| A. H. Belo | $ 45.75 | +$ 1.25 |
| Adelphia | $ 19.50 | +$ 1.00 |
| Scientific-Atlanta | $ 26.75 | +$ 1.00 |
| TCI | $ 18.88 | +$ 0.50 |
| Disney s | $ 36.25 | +$ 0.50 |
| Comcast | $ 16.75 | +$ 0.25 |
| Scripps Howard | $ 51.25 | 0.25 |
| General Electric | $ 75.75 | +$ 0.25 |
| Pinelands | $ 18.00 | +$ 0.12 |

s stock split within last 52 weeks

**EXHIBIT 6**

**13**

ELECTRONIC MEDIA stock index for week ending Aug. 14 Electronic Media August 24, 1992

Note: Closing figures are price per share.
Source: Nordby International

Losers

| | Aug. 14 | Change from Aug. 7 |
|---|---|---|
| Gannett | $ 46.75 | -$ 0.12 |
| Playboy | $ 6.75 | -$ 0.25 |
| Zenith | $ 6.62 | -$ 0.38 |
| TBS | $ 18.88 | -$ 0.38 |
| News Corp. | $ 32.62 | -$ 0.38 |
| Century Comm. | $ 8.38 | -$ 0.50 |
| Media General | $ 18.62 | -$ 0.50 |
| Multimedia s | $ 25.75 | -$ 0.50 |
| Knight-Ridder | $ 61.00 | -$ 0.50 |
| Clear Channel | $ 16.25 | -$ 0.75 |
| Times-Mirror | $ 34.00 | -$ 0.75 |
| Cablevision | $ 27.00 | -$ 0.88 |
| King World | $ 26.12 | -$ 1.00 |
| Paramount | $ 43.25 | -$ 1.00 |
| Jones Intercable | $ 11.50 | -$ 1.50 |
| GM/Hughes | $ 23.75 | -$ 1.88 |
| Matsushita | $ 90.25 | -$ 4.75 |

s stock split within last 52 weeks
Note: Closing figures are price per share.
Source: Nordby International

Unchanged

| | Aug. 14 |
|---|---|
| Carolco | $ 0.81 |
| Orion Pictures | $ 1.50 |
| Home Shopping | $ 5.50 |
| Viacom | $ 32.62 |

Note: Closing figures are price per share.
Source: Nordby International

**GRAPHIC:** Picture 1, EM Index 5342.88 Down 27.39 points; Picture 2, Dow Jones Avg. 3328.94 Down 3.24 points

**EXHIBIT 6**
**14**



2 of 5 DOCUMENTS

Copyright 1992 Crain Communications, Inc.
Electronic Media

August 31, 1992

**SECTION:** FINANCE; Pg. 14

**LENGTH:** 257 words

**HEADLINE:** ELECTRONIC MEDIA stock index for week ended Aug. 21

**BODY:**

Winners

|  | Aug. 21 | Change from Aug. 14 |
| --- | --- | --- |
| Matsushita | $ 96.38 | +$ 6.12 |
| Washington Post | $ 223.00 | +$ 2.25 |
| CBS | $ 195.25 | +$ 1.25 |
| Viacom | $ 33.50 | +$ 0.88 |
| GM/Hughes | $ 24.25 | +$ 0.50 |
| Scientific-Atlanta | $ 27.25 | +$ 0.50 |
| Adelphia | $ 19.75 | +$ 0.25 |
| Times-Mirror | $ 34.12 | +$ 0.12 |

Note: Closing figures are price per share.
Source: Nordby International

Losers

|  | Aug. 21 | Change from Aug. 14 |
| --- | --- | --- |
| Carolco | $ 0.69 | $ 0.12 |
| Zenith | $ 6.50 | -$ 0.12 |
| Century Comm. | $ 8.25 | -$ 0.12 |
| Media General | $ 18.50 | -$ 0.12 |
| Orion Pictures | $ 1.25 | $ -$ 0.25 |
| Home Shopping | $ 5.25 | -$ 0.25 |

**EXHIBIT 6**
**15**

ELECTRONIC MEDIA stock index for week ended Aug. 21 Electronic Media August 31, 1992

| | | |
|---|---|---|
| Jones Intercable | $ 11.25 | -$ 0.25 |
| Comcast | $ 16.50 | -$ 0.25 |
| TCI | $ 18.62 | -$ 0.25 |
| Playboy | $ 6.38 | -$ 0.38 |
| King World | $ 25.75 | -$ 0.38 |
| Cablevision | $ 26.62 | -$ 0.38 |
| A. H. Belo | $ 45.25 | -$ 0.50 |
| Clear Channel | $ 15.62 | -$ 0.62 |
| Itel | $ 18.38 | -$ 0.62 |
| News Corp. | $ 32.00 | -$ 0.62 |
| Knight-Ridder | $ 60.38 | -$ 0.62 |
| General Electric | $ 75.12 | -$ 0.62 |
| Gannett | $ 45.62 | -$ 1.12 |
| Tribune | $ 40.75 | -$ 1.38 |
| Time Warner | $ 106.50 | -$ 1.50 |
| Multimedia s | $ 24.12 | -$ 1.62 |
| Paramount | $ 41.62 | -$ 1.62 |
| McGraw Hill | $ 56.75 | -$ 1.88 |
| Disney s | $ 33.75 | -$ 2.60 |
| Cap Cities/ABC | $ 445.62 | -$ 2.62 |
| Scripps Howard | $ 46.00 | -$ 5.25 |

s stock split within last 52 weeks.
Note: Closing figures are price per share.
Source: Nordby International

Unchanged

| | Aug. 21 |
|---|---|
| Pinelands | $ 18.00 |
| TBS | $ 18.88 |

Note: Closing figures are price per share.
Source: Nordby International

**GRAPHIC:** Picture 1, EM Index 5216.82 Down 126.06 points; Picture 2, Dow Jones Avg. 3254.10 Down 74.84 points

**EXHIBIT 6**
**16**

# EXHIBIT 7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOANNE SIEGEL and LAURA
SIEGEL LARSON,

      Plaintiffs,

    vs.              No. 04-8400 (RSWL)(RZx)
                       -and-

WARNER BROS. ENTERTAINMENT  No. 04-8776 (RSWL)(RZx)
INC., et al.,

      Defendants.

AND RELATED COUNTERCLAIMS.

CERTIFIED
COPY

DEPOSITION OF JOANNE SIEGEL

Beverly Hills, California

Wednesday, August 2, 2006

Reported by:
DAVID S. COLEMAN
CSR No. 4613

Job No. 1-50935

www.sarnoffcourtreporters.com

Irvine • Los Angeles • San Francisco

phone 877.955.3855 • fax 949.955.3854



**SARNOFF**
*Court Reporters and
Legal Technologies*

**EXHIBIT 7**

**17**

1          THE WITNESS:  I really don't know what you want.

2    BY MR. ZISSU:

3          Q    Well, you knew him from 1935 to 1948, before you

4    married him.

5          MR. TOBEROFF:   Objection.   Misstates testimony.

6    BY MR. ZISSU:

7          Q    Correct?

8          A    Yes.

9          Q    And in that time frame between the time you

10   first met him and the time you married him, did you

11   become familiar with what he did for a living?

12         A    Only vaguely, through Joe Shuster.

13         Q    Did you know anything of Mr. Siegel's

14   relationship with DC Comics in that time frame?

15         A    No.

16         Q    When you got married to Mr. Siegel in 1948, was

17   he doing work on the Superman comic books?

18         A    When we were married?

19         Q    Yes.

20         A    No.

21         Q    Did -- after 1948 did there come a time when he

22   did work on Superman comic books or comic strips?

23         A    Many years later.

24         Q    And when was that?

25         A    I believe it was in 1958.

14

1          Q    Did he seek out that employment?

2          A    Actually, I did.

3          Q    What -- how did that come about?

4          A    I was in touch with Mr. Liebowitz, who was I

5    guess president, and I asked him if he would give Jerry

6    work.

7          Q    And what did he say?

8          A    He refused at first.

9          Q    And then what happened?

10         A    I kept asking him.

11         Q    And --

12         A    And he said yes.

13         Q    And what was the work he gave him?

14         A    He did what they call the newspaper dailies.

15    He -- all I know is that he did write some stories,

16    probably the comic books.

17         Q    Do you know what characters were involved?

18         A    Superman.

19         Q    And how long did he continue to do that?

20         A    I believe the -- until 1966.

21         Q    Did he do any work on Superman comic books or

22    scripts after 1966?

23         A    I don't believe so.  I don't recall.

24         Q    I am going to show you -- or ask you to look at

25    from the exhibits we marked yesterday Exhibits --

15

**EXHIBIT 7**
**19**

1

2

3

4

5

6

7

8        I, JOANNE SIEGEL, do hereby declare under

9   penalty of perjury that I have read the foregoing

10  transcript; that I have made any corrections as appear

11  noted, in ink, initialed by me, or attached hereto; that

12  my testimony as contained herein, as corrected, is true

13  and correct.

14        EXECUTED this _15th_ day of __September__,

15  20_06_, at __MARINA DEL Rey__, __CA__.
                    **(City)**                        **(State)**

16

17

18

19        _____Joanne Siegel_____
          JOANNE SIEGEL

20

21

22

23

24

25

                                                              140

**EXHIBIT 7**
**20**

1

2

3

4    I, the undersigned, a Certified Shorthand

5    Reporter of the State of California, do hereby certify:

6    That the foregoing proceedings were taken

7    before me at the time and place herein set forth; that

8    any witnesses in the foregoing proceedings, prior to

9    testifying, were placed under oath; that a verbatim

10   record of the proceedings was made by me using machine

11   shorthand which was thereafter transcribed under by

12   direction; further, that the foregoing is an accurate

13   transcription thereof.

14   I further certify that I am neither

15   financially interested in the action nor a relative or

16   employee of any attorney of any of the parties.

17   IN WITNESS WHEREOF, I have this date

18   subscribed my name.

19

20   Dated:    AUG 1 8 2006

21

22

23   DAVID S. COLEMAN, CSR NO. 4613

24

25

**EXHIBIT 7**

**21**

# EXHIBIT 8

JEFF ROVIN, being duly sworn, declares as follows:

1. I have been a writer, critic, historian and consultant in the film, television, and publishing industries for thirty-seven years, with special expertise in the areas of science fiction, fantasy and horror. Among other works, I have written *A Pictorial History of Science Fiction Films* (1975), *The Fantasy Almanac* (1979), *Robots, Spaceships, and Aliens* (1995), *Adventure Heroes* (1995), and *The Encyclopedia of Super-Heroes* (1985). I have been the media editor/critic for the Hugo-Award winning *Science Fiction Chronicle* for over thirteen years. Before that I was the science fiction media reporter for *Omni* Magazine. As a novelist who works frequently in the genre of science fiction, I have authored a dozen *New York Times* bestselling novels and spent many years as a comic book editor, writer, and creator. (A CV which includes a complete listing of my publications is attached as Exhibit A.). As the result of my special knowledge and expertise, I have frequently been called as an expert in copyright infringement cases, including (among many other cases) Warner Bros. Inc. v. American Broadcasting Co., 720 F.2d 231 (2d Cir. 1983) ("Superman" versus "Greatest American Hero"), Destefano v. Twentieth Century Fox Film Corp. ("Predator"), and ITC Entertainment v. Universal City Studios, Inc. ("Beethoven"). I have neither testified in nor been deposed for any case in the last four years. My compensation is $500 an hour.

2. I have been asked by the Defendants in this case to discuss the stewardship and evolution of the SUPERMAN character following the debut of the strip in ACTION COMICS #1. Clearly, the contribution of editors and other creative personnel to the growth of the character -- including his powers, his trappings, and his mythology – played a vital part in maintaining his popularity in the months and years that followed.

3. While the initial presentation of SUPERMAN -- especially the cover image – depicts the clearly and easily identifiable character, ACTION COMICS #1 notably lacks abundant and significant narrative and design elements that appeared in the following months and years:

a. The distinctive "S" spit curl that soon became an integral part of SUPERMAN'S likeness is missing.

b. The name of SUPERMAN's home world, Krypton, is not mentioned.

c. SUPERMAN's Kryptonian name, Kal-el, along with the names of his Kryptonian parents Jor-el and Lara are not present. A Kryptonian mother is not even mentioned in ACTION COMICS #1.

d. The compelling backstory of Jor-el's desperate attempts to save the Kryptonian race and the origin of the rocket used to ferry Kal-el to Earth are not mentioned.

e. There are no adoptive parents (the Kents) on Earth.

f. The origin and nature of SUPERMAN's powers are very different. As described in ACTION COMICS #1, "Kent had come from a planet whose inhabitants' physical structure was millions of years advanced of our own. Upon reaching maturity, the people of his race became gifted with titanic strength." This notion was discarded in the comic books as Superman's powers were ascribed to the lesser gravity of Earth (which is first suggested in SUPERMAN #1 in 1939). This idea was a science fiction staple established by Edgar Rice Burroughs in 1912 with A PRINCESS OF MARS, wherein earthman John Carter obtained great power after being transported to Mars with its lesser gravity. The idea was famously used again in the 1928 E.E. Smith novel SKYLARK OF SPACE. Subsequently, SUPERMAN's powers were attributed to the

**EXHIBIT 8**

**22**

2

effects of Earth's yellow sun as opposed to Krypton's red sun.

 g. The SUPERMAN of ACTION COMICS #1 could only leap prodigious distances. He could not yet fly.  There were no X-ray, telescopic, or microscopic vision; no super-hearing, (in the story, SUPERMAN must loiter on a building facade to get close to a criminal's window and eavesdrop); no super breath; and no ability to travel unprotected through space, to name just a few powers now commonly associated with the character.

 h. There was a dramatic change in SUPERMAN's method of operation. In his inaugural adventure in ACTION COMICS #1, SUPERMAN did not want to be mentioned in the press, which is no surprise: as the cover art suggests, he was a vigilante who possessed a violent disregard for the law and due process. As a butler states when SUPERMAN knocks down the front door of the governor's mansion, "This is illegal entry! I'll have you arrested!" SUPERMAN not only goes to the governor's bedroom, he mocks the butler when breaking down a second door. SUPERMAN subsequently became essentially benevolent and law-abiding.

 i. The newspaper setting in ACTION COMICS #1 was The Daily Star, later changed to the Evening News of Cleveland and then the familiar Daily Planet (in the comic strip, 1939).

 j. Clark's fellow reporter "Lois" had no surname. "Lane" came later (ACTION COMICS #2).

 k. The editor of the newspaper had no name. He was George Taylor in 1939. Perry White was introduced on the radio series in 1940.

 l. The story  had an unnamed city setting, then Cleveland. Metropolis was introduced in the newspaper strip in 1939.

 m. Other familiar elements missing from ACTION COMICS #1 include but are not limited to reporter Jimmy Olsen (Radio show, 1940), villains like Lex Luthor (ACTION COMICS #23, 1940), General Zod (ADVENTURE #283, 1961), and Brainiac (ACTION COMICS #242, 1958),  the deadly rock Kryptonite (Radio show, 1943), the Fortress of Solitude (SUPERMAN #17, 1942) Lana Lang (THE ADVENTURES OF SUPERMAN novel as a teacher, 1942),  and the Phantom Zone 'prison' (ADVENTURE #283, 1961) among many others.

4. The deepening of the character and narrative content were just one reason for the character's continued success.  In 1938, no pattern for the publishing and  marketing of superheroic comic book characters existed. The models were the monthly text-only pulp magazine characters such as  DOC SAVAGE and THE SHADOW, which were aimed at an older audience and not heavily licensed; comic strips such as BUCK ROGERS, POPEYE, THE PHANTOM,  and FLASH GORDON; and animated cartoons such as MICKEY MOUSE and FELIX THE CAT. Unlike the comic book competition which appeared within a year (notably Timely -- later called Marvel Comics -- and Fawcett), DC did not focus primarily on comic book publication to generate revenue. This multi-media visibility is one reason why Superman remained commercially viable while other characters rose and faded.

 a. Within one year, Superman was the star of daily and Sunday comic strips.

 b. Within one year, Superman was the star of his own comic book

 c. Within two years, a Superman radio show was on the air.

 d. Within two years, Superman Day was held at the New York World's Fair.

 e. Within two years, Superman was a balloon in the Macy's Thanksgiving Day Parade.

**EXHIBIT 8**

**23**

3

 f. Within two years, Superman was teamed with DC's other superstars Batman and Robin in WORLD'S BEST COMICS. There was no template for what might constitute 'overexposure' in comic books, and DC was careful to give the public just enough of the character in his native medium.

 g. Within three years, Superman was the star of a series of animated cartoons created by the Fleischer Studios, the home of POPEYE. The Superman cartoons were the most expensive animated shorts produced to that time. The first one was nominated for an Oscar.

5. In and of itself, the initial Siegel and Shuster SUPERMAN was not conceptually deep. The public had already been exposed to many aspects of the story: a super-being on another world (THE SKYLARK OF SPACE, and John Carter in A PRINCESS OF MARS and its sequels), a colorfully costumed adventurer (FLASH GORDON), a futuristic scientist who defies a governing council and sends his offspring into space in an experimental rocket (the film THINGS TO COME, 1936), and the notion of a dying alien world (popularized by astronomer Percival Lowell's widely-read turn-of-the-century observations of Mars in which he described "beings who are in advance of, not behind us."). Moreover, there was no attempt in the initial strip to generate interest by focusing on the psychology of the main character (as Bob Kane would do a year later in BATMAN) or pose and exploit a sweeping mythology (as Fawcett did a year later in CAPTAIN MARVEL). It was only the smart, intuitive expansion of the original story, and stewardship of DC, that made Superman prosper while other, once-popular characters (such as DOC SAVAGE and the comic strip hero THE PHANTOM) are relatively unknown today or deemed old-fashioned (BUCK ROGERS, Burroughs' John Carter of Mars).

6. In comic books, this stewardship of Superman permitted him to endure while other characters who were successful in their day – Marvel's CAPTAIN AMERICA, SUB-MARINER, and HUMAN TORCH and Fawcett's SPY SMASHER among them – did not survive what is commonly referred to as the Golden Age of Comics (roughly the decades of the 1930s and 1940s). Much of this was due not only to smart, multi-platformed licensing and promotion but the expansion of the Superman universe which continues to this day. Indeed, many of the most familiar concepts came from outside the comic books showing the importance of this cross-pollination:

 a. In a March 27, 1939 letter, executive M.C. Gaines suggested the idea for a school-age Superman in the SUPERMAN comic book.

 b. The daily newspaper strip – "packaged" by the comic book publisher -- gave Superman's home planet a name, Krypton (perhaps inspired by the periodic table ala Helium, a setting for Edgar Rice Burroughs' earlier Mars stories)

 c. The character's Kryptonian parents also received a name in the daily strip: Jor-L and Lora, changed permanently to the familiar Jor-el and Lara in the George Lowther novel THE ADVENTURES OF SUPERMAN

 d. The super-babe himself was named Kal-L in the comic strip, changed permanently in Lowther to the better known Kal-el.

 e. Jimmy Olsen, Perry White, and the deadly rock Kryptonite came from the radio show.

7. Later, DC expanded the brand by appealing to young readers with a JIMMY OLSEN comic book; to female readers with a LOIS LANE comic book; and to fans of other DC superheroes by including Superman in the comic book team The Justice Society of America (and later in the Justice

**EXHIBIT 8**
**24**

4

League of America.). It was a deft, unprecedented example of exploitation without overexposing a character.

8. Smart, careful updating of the stories has also kept the character fresh. While SUPERMAN himself doesn't appear to age, he was depicted helping the Allies during World War II. In the 1950s the stories featured stronger science fiction plotlines, shifting from wartime to the atomic age and then the space age which followed. There were topical references to Hippies, women's liberation, and civil rights during the 1960s and 1970s. This was not just an attempt to mine fresh areas for plots, but to appeal to a changing readership and to create mainstream public relations buzz. The artwork, too, continued to change throughout the years as illustrators like Wayne Boring, Curt Swan, Neal Adams, John Byrne, Jim Lee, and many others crafted more dynamic and angular panels, tweaked the costume and even the length of Superman's hair, and strove to keep the look of the character fresh and dynamic.

9. In conclusion, as a result of the hands-on stewardship of DC Comics, a raw, essentially one-dimensional character has been developed into a powerful force not just in publishing but in radio, television – for over half-a-century -- motion pictures, home video, toys, clothing, advertising (as a spokesperson for American Express), amusement parks, and even the town of Metropolis, Illinois, which is the home of the Superman Museum.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 11, 2007

JEFF ROVIN

EXHIBIT 8
25

5

## EXHIBIT A

Jeff Rovin

*PUBLISHED BOOKS* (from the earliest)
1. A PICTORIAL HISTORY OF SCIENCE FICTION FILMS (A.K.A.  CLASSIC SCIENCE FICTION FILMS): NF/Citadel/1975
2. HOLLYWOOD DETECTIVE: GARRISON: F/Manor/1975
3. HOLLYWOOD DETECTIVE: THE WOLF: F/Manor/1975
4. THE HINDENBURG DISASTER: F/Manor/1975
5. OF MICE AND MICKEY: NF/Manor/1975
6. THE FABULOUS FANTASY FILMS: NF/Barnes/1977
   Playboy Book Club/Movie Book Club
7. FROM JULES VERNE TO STAR TREK: NF/Drake/1977
8. THE SUPERNATURAL MOVIE QUIZBOOK: NF/Drake/1977
9. THE GREAT TELEVISION SERIES: NF/Barnes/1977
   Nostalgia Book Club selection.
10. MOVIE SPECIAL EFFECTS: NF/Barnes/1977
11. THE FILMS OF CHARLTON HESTON: NF/Citadel/1977
    Movie Book Club
12. FROM THE LAND BEYOND BEYOND: The Films of Ray Harryhausen: NF/Berkley-Windhover/1977
13. MARS!: NF/Corwin-Pinnacle/1978
14. THE UFO MOVIE QUIZ BOOK: NF/Signet/1978
15. THE SUPER HERO MOVIE AND TV QUIZBOOK: NF/Signet/1979
16. THE FANTASY ALMANAC: NF/Dutton/1979
17. COUNT DRACULA'S VAMPIRE QUIZ BOOK: NF/Signet/1979
18. THE SIGNET BOOK OF MOVIE LISTS: NF/Signet/1979
19. THE ANDRASSY LEGACY: F/Jove/1981
20. THE TRANSGALACTIC GUIDE TO SOLAR SYSTEM M-17: F/Perigee/1981
21. THE SCIENCE FICTION COLLECTOR'S CATALOG: NF/Barnes/1982
22. THE SIGNET BOOK OF TV LISTS: NF/Signet/1982
23. THE SECOND SIGNET BOOK OF MOVIE LISTS: NF/Signet/1982
24. ALWAYS, LANA: NF/Bantam/1982 (bio of Lana Turner)
25. THE COMPLETE GUIDE TO CONQUERING VIDEOGAMES: NF/Macmillan/1982
    Doubleday Book Club
26. RICHARD PRYOR: BLACK AND BLUE: NF/Bantam/1983 (bought by HBO in 1996 for a movie)
27. THE MADJAN: F/Charter/1984
28. WINNING AT TRIVIAL PURSUIT: NF/Signet/1984
    *National bestseller*
29. IN SEARCH OF TRIVIA: NF/Signet/1984
    *National bestseller*
30. TV BABYLON: NF/Signet/1984; revised 1987
31. JOAN COLLINS: NF/Bantam/1984
32. JULIO!: NF/Bantam/1985
33. THE ENCYCLOPEDIA OF SUPER HEROES: NF/Facts-On-File/1985

**EXHIBIT 8**

**26**

6

Movie/Entertainment Book Club
34. STALLONE: A HERO'S STORY: NF/Pocket Books/1985
35. APRIL FOOL'S DAY: F/Pocket Books/1986
36. 1,001 GREAT JOKES: NF/Signet/1987
37. THE RE-ANIMATOR: F/Pocket Books/1987
38. THE ENCYCLOPEDIA OF SUPER VILLAINS: NF/Facts-On-File/1987
39. STARIK: F/Dutton/1988 (Pinnacle/paperback/1989)
40. DAGGER: F/Charter/1988
41. HOW TO WIN AT NINTENDO GAMES: NF/St. Martins/1988 updated 1989
    *National bestseller*
42. 1,001 MORE GREAT JOKES: NF/Signet/1989
43. FORCE FIVE: DESTINATION ALGIERS: F/Lynx/1989
44. FORCE FIVE: DESTINATION STALINGRAD: F/Lynx/1989
45. FORCE FIVE: DESTINATION NORWAY: F/Lynx/1989
46. THE ENCYCLOPEDIA OF MONSTERS: NF/Facts-On-File/1989
47. 1,001 GREAT ONE-LINERS: NF/Signet/1989
48. HOW TO WIN AT NINTENDO GAMES 2: NF/St. Martins, 1989
49. HOW TO WIN AT NINTENDO GAMES 3: NF/St. Martins, 1990
50. THE RED ARROW: F/Dutton/1990
51. THE SPIRITS OF AMERICA: NF/Pocket Books/1990
52. 500 HILARIOUS JOKES FOR KIDS: NF/Signet/1990
53. 500 MORE HILARIOUS JOKES FOR KIDS: NF/Signet/1990
54. THE UNAUTHORIZED TEENAGE MUTANT NINJA TURTLES QUIZ BOOK: NF/St.
    Martins/1990
55. HOW TO WIN AT NINTENDO SPORTS GAMES: NF/St. Martins, 1990
56. HOW TO WIN AT SUPER MARIO BROS. GAMES: NF/St. Martins, 1990
57. SIMPSON FEVER! NF/St. Martins, 1990
58. 1,001 GREAT SPORTS JOKES: NF/Signet/1991
59. HOW TO WIN AT SEGA/GENESIS GAMES: NF/St. Martins, 1991
60. THE ILLUSTRATED ENCYCLOPEDIA OF CARTOON ANIMALS: NF/Prentice Hall
    Press/1991
61. TV BABYLON 2: NF/Signet/1991
62. HOW TO WIN AT GAME BOY GAMES: NF/St. Martins/1991
63. HOW TO WIN AT NINTENDO GAMES 4: NF/St. Martins/1991
64. LUKE MANIA/JASON FEVER: NF/Berkley/1991
65. LAWS OF ORDER: NF/Ballantine/1992
66. 500 GREAT LAWYER JOKES: NF/Signet/1992
67. 500 GREAT DOCTOR JOKES: NF/Signet/1992
68. 1,001 GREAT PET JOKES: NF/Signet/1992
69. HOW TO WIN AT SUPER NES GAMES: NF/St. Martins/1992
70. THE BEST OF HOW TO WIN AT NINTENDO GAMES: NF/St. Martins/1992
71. THE WORLD ACCORDING TO ELVIS: NF/HarperCollins/1992
72. THE LASERDISC FILM GUIDE: NF/St. Martins/1993
73. THE FIRST GOOD NEWS/BAD NEWS JOKE BOOK: NF/Signet/1993
74. SPORTS BABYLON: NF/Signet/1993
75. COUNTRY MUSIC BABYLON: NF/St. Martins/1993
76. CLIFFHANGER: F/Berkley/1993
77. THE SECOND GOOD NEWS/BAD NEWS JOKE BOOK: NF/Signet/1994
78. THE UNBELIEVABLE TRUTH!: NF/Signet/1994

**EXHIBIT 8**

7

79. WHAT'S THE DIFFERENCE?: NF/Ballantine/1994
80. BACK TO THE BATCAVE! with Adam West: NF/Berkley/1994
81. DINOMITE DINOSAUR JOKES: F/Pocket Books/1994
82. GAMEMASTER: HOW TO WIN AT SUPER NES GAMES: NF/St. Martins/1994
83. GAMEMASTER: HOW TO WIN AT SEGA GENESIS GAMES: NF/St.
    Martins/1994
84. ELLEN!: NF/Pocket/1994
85. ADVENTURE HEROES: NF/Facts on File/1995
86. GAMEMASTER: HOW TO WIN AT VIDEOGAMES: NF/St. Martins/1995
87. DUMB MOVIE BLURBS: NF/Berkley/1995
88. ROBOTS, SPACESHIPS, AND ALIENS: NF/Facts on File/1995
89. MORTAL KOMBAT: F/Boulevard Books/1995 (national bestseller)
90. CAT ANGELS: F/HarperCollins/1995
91. KELSEY GRAMMER: NF/HarperCollins/1995
92. BROKEN ARROW: F/Berkley/1995
93. TOM CLANCY'S OP-CENTER: F/Berkley/1995: New York Times #1 bestseller
94. TOM CLANCY'S OP-CENTER: MIRROR IMAGE: F/Berkley/1995: New York Times
    bestseller
95. TOM CLANCY'S OP-CENTER: GAMES OF STATE: F/Berkley/1996: New York
    Times bestseller
96. TOM CLANCY'S OP-CENTER: ACTS OF WAR: F/Berkley/1997: New York Times
    bestseller
97. THE ESSENTIAL JACKIE CHAN: NF/Pocket Books/1997
98. THE GAME: F/Boulevard Books/1997
99. TOM CLANCY'S OP-CENTER: BALANCE OF POWER: F/Berkley/1998: New York
    Times bestseller
100. THE RETURN OF THE WOLF MAN: F/Boulevard Books (MCA)/1998
101. VESPERS: F/St. Martins/1998 (bought by Touchstone and Sonnenfeld-Josephson
    for a motion picture; Book of the Month Club Main Selection; Random House Audio Book)
102. TOM CLANCY'S OP-CENTER: STATE OF SIEGE: F/Berkley/1999: New York Times
    bestseller
103. ST. WAR: F/Berkley/2000 (optioned by Bob Rehme Productions for a TV mini-series)
104. FATALIS: F/St. Martins/2000 (optioned by Universal Pictures for Sylvester Stallone)
105. TOM CLANCY'S OP-CENTER: DIVIDE AND CONQUER: F/Berkley/2000: New York
    Times bestseller
106. ST. WAR: DEAD RISING F/Berkley/2004
107. TOM CLANCY'S OP-CENTER: LINE OF CONTROL: F/Berkley/2001: New York Times
    bestseller
108. TOM CLANCY'S OP-CENTER: MISSION OF HONOR: F/Berkley/2002: New York Times
    bestseller
109. TOM CLANCY'S OP-CENTER : SEA OF FIRE: F/Berkley/2003: New York Times best-
    seller
110: TOM CLANCY'S OP-CENTER: CALL TO TREASON: F/Berkley/2004
111: TOM CLANCY'S OP-CENTER: WAR OF EAGLES: F/Berkley/2005
112. UNIT OMEGA: LOCH NESS: F/Berkley/2004 (as Jim Grand)
113: UNIT OMEGA: MEDUSA: F/Berkley/2004 (as Jim Grand)
114: TEMPEST DOWN: F/St Martins/2004
115: ROGUE ANGEL: F/St Martins/2005
116: CONVERSATIONS WITH THE DEVIL: F/Tor/2006

**EXHIBIT 8**
**28**

8

117: THE DEVIL'S RANGERS: F/Berkley/2006
118: DON'T EVEN THINK ABOUT TELLING THIS JOKE AT WORK: F/Berkley/2007 (as Henry
    Bergen)
119: DON'T EVEN THINK ABOUT TELLING THIS JOKE TO YOUR LAWYER: F/Berkley/2007 (as
    Henry Bergen)
120: JEWISH FAIRY TALES: F/Kensington/2007 (as Lila Dubinsky)

*SHORT STORIES*
1. "The Horse that Jack Built," *Analog Yearbook*, Avon, 1979
2. "A Knight at the Opera", *The Further Adventures of Batman: Catwoman*: Bantam, 1992

*SELECTED MAGAZINES*
WEEKLY WORLD NEWS (editor-in-chief, March, 2005 - present; freelance; includes writing and
    editing weekly comic strips)
SCIENCE FICTION CHRONICLE: 1990 - present (monthly film/DVD/TV/Comic book column, "SF
    Cinema")
MYSTERY SCENE: 1999 - 2001 (monthly film column, "Mystery Scinema")
    (Column also ran on Hollywood.com)
MAD MAGAZINE: 1986 - 1998 (monthly "quote" from Alfred E. Neuman)
LADIES HOME JOURNAL: 1978 - 1993 (dozens of celebrity interviews)
EYE-ON: 1984 - 1985 (publisher/editor magazine of pop-culture)
VIDEOGAMING ILLUSTRATED: 1982 - 1984 (publisher/editor)
OMNI: 1980 - 1982 (monthly film column)
ANALOG: 1975 - 1980 (film articles)
MYSTERY SCENE: 1994-1998 (film column, "Mystery Media")
HARVEY COMICS: writer, NEW KIDS ON THE BLOCK comic book
ARCHIE COMICS: writer for LAUGH comic book
CRACKED MAGAZINE (humor)
MUPPET MAGAZINE (humor)

*TV SERIES*
ACCESS HOLLYWOOD, 1997 - 1999, consultant to syndicated entertainment series.
ENTERTAINMENT TONIGHT, 1994-5, daily consultant.
THOMASON, Linda Bloodworth and Harry, 1993-5, consultant on prime time series
    *Evening Shade* and *Hearts Afire.*
TRIVIA TRAP: written for Mark Goodson Productions. Aired on ABC 1984-5.
OMNI TV SHOW: writer/consultant, 1980.

*CONSULTANT*
BIG Entertainment (now Hollywood Media) 1996-7 (consultant on comic books, graphic novels, novels,
    toys, and multimedia enterprises)
BLOCKBUSTER VIDEO 1992-3 (consultant on improving rentals)
ENCYCLOPEDIA AMERICANA 1988-91 (wrote entries on popular culture)
LJN 1986 (national spokesperson for Photon toy)
WORLD BOOK ENCYCLOPEDIA 1981-83 (consultant on film coverage)
MGM 1981 (creative consultant on film CLASH OF THE TITANS and developed
    motion picture THAT'S SPECIAL EFFECTS!)
CONDE NAST 1975 (created touring science fiction film program)
PETER PAN INDUSTRIES 1975 (packaged series of STAR TREK records)

**EXHIBIT 8**
**29**

9

SCHOLASTIC MAGAZINES 1975 (consultant, fantasy publications)

*STAFF EMPLOYMENT*
(1971-75; freelance since then)
Editor, Seaboard magazines and comics, 1974-5: superhero and horror comics, romance
magazines, puzzle books, etc.
Associate Editor, Warren magazines 1973-4, including FAMOUS MONSTERS OF
        FILMLAND, CREEPY, VAMPIRELLA, others.  Ran Captain Company mail order
        division.
Copywriter, Country Studios Advertising, 1972-3.
Assistant Editor, DC Comics, 1972. Wrote for comic books TARZAN, LOIS LANE,  LEGION OF
        SUPER-HEROES, GI WAR STORIES, SGT. ROCK, others. Worked on WONDER WOMAN
        book with Gloria Steinem.
Assistant Editor, Skywald Publishing, 1971-2. Worked on horror and science fiction comics.

**EXHIBIT 8**
**30**

# EXHIBIT 9

## EXPERT REPORT OF MARK WAID

### I. INTRODUCTION

I have been asked to respond to the opinions of Mr. Mark Evanier, Mr. James Steranko and Mr. Jules Feiffer regarding several matters regarding this case. I will clarify the nature of standard industry practices around the time Superman was first published; I will address Steranko's specific claim that the publisher's role in Superman's authorship was "limited" and Evanier's assertion that Siegel and Shuster were "selling a finished product"; and I will address how profoundly different a character Superman is today from the hero who premiered in *Action Comics* 1.

### II. QUALIFICATIONS

I have been employed in the comic book industry for more than twenty years, primarily as a writer but also as an editor and publisher. In the course of my career, I have provided scripts for dozens of high-profile features including *Superman, X-Men, Spider-Man, Captain America, the Fantastic Four, Justice League of America, Batman,* and *Archie.* In addition, I have created or co-created several successful comic-book series such as *Ruse* for CrossGen Publications, *Hunter-Killer* for Top Cow Entertainment, and *Empire* for DC Comics. The Superman story *Kingdom Come*, which I authored in 1996 in collaboration with artist Alex Ross, is one of the best-selling and most well-regarded graphic novels of all time.

I have enjoyed equal success as an historian of the comics medium. I have authored two nonfiction books (*The Golden Age of Superman* and *The Silver Age of Superman* from Abbeville Press) and have provided dozens of forewords and articles for books about comics, including *Superman in Action Comics* Vols. 1 and 2; *Superman: The Action Comics Archives* and *Superman: The Man of Tomorrow Archives*; *Curt Swan: A Life in Comics*, the biography of the main Superman artist of the 1960s and 1970s; and *Superheroes and Philosophy: Truth, Justice, and The Socratic Way.* Additionally, I initiated DC's *Superman Archives* series as its first editor and have served as a contributor and consulting editor for the retrospective volumes *Superman in the Fifties* and *Superman in the Sixties.*

I have published numerous articles and columns about the industry and its history for a number of trade publications, including *Variety*, and have conducted in-depth interviews with dozens of comics creators whose careers stretch back to the medium's earliest days. I have served as an information consultant for, among others, *Time Magazine, The New York Times*, the Smithsonian Institution, and *Jeopardy!*

I am regularly consulted and interviewed as an historical expert for broadcast video documentaries, most recently *The Amazing Story of Superman* for the A&E network, *The Science of Superman* for the History Channel, *Smallville, Super Friends,* and *The New Adventures of Superman* for Warner Home Video.

III. MATERIALS REVIEWED

In addition to the knowledge I have accumulated as a comics historian, in preparing this statement I have reviewed the following materials provided me by the defendants: Correspondence between Siegel and the *Action Comics* publisher and editors; the Expert Reports of Mr. Jules Feiffer, Mr. James Steranko, and Mr. Mark Evanier; and the unpublished biography of Mr. Jerry Siegel.

      Other sources reviewed in the preparation of this document include *Men of Tomorrow* by Gerard Jones (Basic Books, 2004); *Superman, the Complete History* by Les Daniels (Chronicle Books, 1998); *Alter Ego* magazine (September, 2001 and July, 2003); *The Comic Book in America, an Illustrated History* by Mike Benton (Taylor, 1989); *Comics, Between the Panels* (Dark Horse, 1998); and *The Great Superman Book*, Michael L. Fleisher (Harmony, 1978).

IV. OPINIONS

1. <u>The early relationship between Siegel and Detective Comics, Inc.</u>

In his expert report, Mark Evanier purports in reference to the publication of Superman in *Action Comics* 1 that "Siegel and Shuster...believed that they were following in the career and business models of syndicated comics strip writers and illustrators."

This statement, which suggests that Siegel and Shuster were naïve as to then-standard business practices, glosses over the crucial fact that the Siegel/Shuster team had already been producing regular features for Detective Comics, Inc. ("Detective") since late 1936. Before that, as early as 1935, Jerry Siegel and Joe Shuster had regularly produced the features "Dr. Occult" and "Henri Duval" for the Nicholson Publishing Company, whose magazines were later absorbed into the Detective line. Moreover, they had signed a work agreement with Detective in 1937 which spelled out in clear terms the benefits and responsibilities of their employment.

In other words, by the time Superman was accepted for publication in *Action Comics*, Jerry Siegel had already been an active and prolific writer in this new medium for nearly three years, almost since its inception. He cannot have sold that much work nor have signed the 1937 agreement without knowing he was not, in fact, following in any previous career or business model but was, instead, on the ground floor of a new process in a new medium--one where the publisher exerted tremendous control over the final product.

2. <u>Detective's role in motivating the work</u>

The process of securing work in the industry was fairly standard in the mid-1930s and hasn't changed much since. Sometimes, publishers or editors would ask artists and writers for specific, editorially driven product to fill pages in an upcoming issue: a six-page detective story, for instance, or an eight-page western tale. Other times, an artist (or

an artist/writer team) would themselves pitch an idea for an ongoing strip, hoping a publisher would pay them to develop and illustrate it.

Little if any regard was given to long-term contracts or commitments on either side; unlike the "funnies" in the newspapers, which were an established institution respected by young and old alike, no one (publisher or artist) had any idea if comic books would be anything more than a passing fad among children. Consequently, all parties involved tended to lurch forward from month to month with short-term goals, primarily (in the case of publishers) to fill pages or (in the case of talent) to pick up assignments.

Successful comic-strip artists of the day enjoyed fame, glamour and respectability and were closely identified with their creations. By contrast, comic-book writers and artists saw their work as far more transitory, very much a stepping stone to the more "legitimate" comic-strip pages. Given that, as an industry-wide practice, all copyrights and ownership were automatically owned by the publisher, it was not uncommon for writers and artists to be reassigned from features they had originated; even Siegel, in his autobiography, points out that "[Detective editor Vin Sullivan] asked if I could supply scripts for other characters now appearing in their magazines."

Certainly, these early craftsmen took pride in their work despite the public perception that comic books were an inferior knockoff to comic strips. Certainly, many creators may have felt a passion for the characters they wrote and drew. Ultimately, however, the only motivation for comic-book artists or writers to produce further installments of a feature-- even one they themselves originated--was that the publisher hired them to fill pages. Siegel and Shuster provided the stories for Superman, but Detective provided the means and motivation for their production.

3. Detective's right to control, accept or reject material

There is no question that much of the Superman material adapted for *Action Comics* 1 was produced "on spec"; that is to say, without prompting from Detective. All subsequent installments of the Superman feature produced by the Siegel/Shuster studio, however, were produced specifically and solely because they were hired by Detective to do so. They were hired to fill pages on a periodic schedule--the same as all other artists and writers working for Detective--subject to the same right of Detective to edit, accept or reject all submitted material.

The suggestion by Evanier that Siegel and Shuster were self-employed contractors "selling a finished product" is not accurate. There is absolutely no evidence that Detective deliberately offered Siegel and Shuster any less supervision than it did its other artists and writers or saw the relationship with Siegel and Shuster as creatively unique. While it's true, as Evanier points out, that they were geographically removed from the editorial offices and weren't under the same watchful eye as an in-house employee would be, that was true of most of Detective's artists and writers to one degree or another. Then, as today, "supervision" of comics material isn't achieved by an editor literally standing in a creator's studio and looking over his shoulder; it's achieved by an editor

providing preliminary guidance and feedback on submitted work to ensure that it meets his standards.

Throughout the 1939-1940 letters of correspondence to Siegel, the supervisory stewardship of Detective's representatives was repeatedly underscored. Some telling samples:

"Personally, I like Superman very much and believe that with a few changes it has very good possibilities." (Liebowitz, 9/7/38, as quoted in Siegel's autobiography)

"We will not stand for constantly changing style on the various strips." (Liebowitz, 5/11/39)

"I am also enclosing a synopsis which we think is suitable for a Superman release. After reading it I am sure that you can elaborate in detail action where necessary. As soon as you have completed playing out or writing the detailed panel script for this story, we would like to have it before it goes into work." (Liebowitz, 1/29/40)

"We have talked time and again about the introduction of an opposing force which would offer competition for Superman. Give this your very serious thought." (Liebowitz, 3/11/40)

"We have received no synopsis from you lately. Better hurry up so that we will have sufficient time for comment." (Liebowitz, 5/2/40)

In early 1939, Detective began preparing the release of a spin-off to the *Action Comics* monthly, titled *Superman*. On March 27, 1939, M.C. Gaines (a representative of the McClure Syndicate but acting on behalf of Detective) wrote to Jerry Siegel, dictating specific contents of *Superman* 1. "We have decided that for the first six pages of the *Superman* book we would like you to take the first page of 'Superman' which appears in *Action Comics* 1, and by elaborating on this one page, using different ideas than those contained on this page, work up two introductory pages. On these two pages, you will of course leave out the scientific explanation of Clark Kent's amazing strength, as we want a separate page on that item to use further back in the book with the heading as follows: 'Scientific Explanation of Superman's Amazing Strength,' in which you will incorporate five or six various explanations, which we discussed while you were here in New York several days ago." In that same letter, Gaines went on to specifically request "four pages of a thrilling episode which results in Superman becoming a reporter."

Detective's guidance of the Superman strip wasn't limited to plot input or art corrections; on occasion, artwork and storylines in progress were rejected outright. For example, in November of 1940, two covers were returned as "not at all suitable," while a 26-page script was rejected because "there is nothing important enough about the story to justify its going to such length." Shortly thereafter, a different, fully drawn 26-page story was rejected for publication, one in which Clark Kent disclosed his Superman identity to Lois Lane, forever changing the nature of their relationship. When I spoke to then-editors Vince Sullivan and Jack Schiff in 1988, neither man specifically recalled the story, but both told me that it would have been rejected for being too radical a departure from the norm.

In his report, Evanier cites Vince Sullivan as the first editor of Superman but fails to indicate the brevity of his editorial tenure; Sullivan left Detective in early 1940. New

editor Whitney Ellsworth soon initiated correspondence giving specific criticisms of the Superman team's story and art and enumerated many of the alterations made by Detective's production staff to bring the material up to publishable standards. In his correspondence, Ellsworth repeatedly exercised Detective's right to accept, reject or alter the proffered material, sometimes requesting that stories be rewritten or dictating specific looks for characters.

I am in no way attempting to diminish the importance of Siegel and Shuster's vision of Superman. But it is my opinion that, from the start, Siegel and Shuster were perceived by themselves and by Detective as employees, not as suppliers of "finished product" free of editorial oversight. For good or ill, they were not even encouraged to be the sole creative force behind the character: Siegel was allowed no known contribution, for instance, to the radio program or to the 1942 George Lowther prose novel, both of which established many important elements of the modern Superman legend.

The September 22, 1938 agreement between Detective and Siegel and Shuster specifically states Detective's offer to "employ and retain" their services. Their earlier March, 1938 agreement makes it abundantly clear that neither Siegel nor Shuster was allowed to exploit Superman or related characters without Detective's permission. Control lay with the publisher.

4. Detective's contribution to Superman's success and significance

In his expert report, James Steranko states in regard to *Action Comics* 1 that "By this time, Superman and his extraordinary powers had already been completely developed by Siegel and Shuster."

This is flatly untrue. Major pieces of the character are certainly laid in place in this initial story, such as Superman's dual identity, his job as a reporter, and many (but not all) elements of his costume. Also significant, however, are the pieces that aren't there.

Most people know that Superman can see through solid objects; in fact, it was Superman comics that coined the phrase "x-ray vision." Countless millions of moviegoers and TV viewers have marveled to Superman's laserlike heat vision, his super-breath and super-hearing, and his ability to shrug off arctic temperatures, atomic explosions, and the vacuum of outer space. Yet none of these powers were part of the original Superman creation; his specific abilities, as enumerated in the earliest issues of Action Comics, were great strength and speed, and skin that could be harmed by "nothing less than a bursting shell." All of Superman's other abilities evolved slowly over the course of his first few dozen adventures in various media.

Krypton, a fundamental part of the Superman myth, isn't mentioned by name in the comic feature's first year. Kryptonite, which has become a pop-culture reference almost as common as Superman himself, wasn't introduced until five years after *Action Comics* 1, and even then not by Siegel but by the writers of the *Adventures of Superman* radio serial. The villainous Lex Luthor; supporting cast members Jimmy Olsen and Perry

5

**EXHIBIT 9**

35

White; the phrase "truth, justice and the American way"--all these signifiers came along later, sometimes much later.

But the most obvious difference between the Superman of *Action Comics* 1 and the Superman that DC Comics has since published continually is this. In my experience, whenever I ask a random stranger to tell me something about Superman, the very first thing mentioned almost without fail is Superman's single most identifiable trait:

He flies.

It is this ability that most firmly captures the imagination and the sense of wonder that Superman kindles. It's been the marketing cornerstone for every Superman feature film since 1978, when movie posters across the nation first promised audiences, "You will believe a man can fly."

Beyond the scope of his powers, the entire feel and tone of the character and his adventures has changed tremendously since that initial appearance, and it's something I've been acutely aware of since I myself began writing the character over twenty years ago. It's a trait that was established in the late 1940s to mirror America's emerging role as policeman to the world. It has consistently been embodied not only in his comic-book incarnation but by the actors most famous for portraying Superman, from Christopher Reeve to Tom Welling to Brandon Routh, and it is this: Superman is kind. Despite his great power, he fights for truth and justice by inspiring others, not by creating an air of fear and terror. Even when confronting those who would harm others, Superman is not a bully.

As he is known today--as he has been known and recognized around the world for most of his existence--Superman is not the embodiment of our basest impulses run amok or our childlike thirst for quick justice. Since his invention, he has evolved to symbolize our very best and most noble traits. In my career, I have traveled to industry conventions across the globe. I have lectured on Superman and spoken to people from Buenos Aires to Barcelona to Sydney, and I can state with utmost conviction that the impetuous, tough-guy outlaw of *Action Comics* 1 is not the Superman known around the world. The Superman who is recognized within, and beyond, our borders is a symbol who is embraced because he is seen as a benevolent father figure.

It is my opinion that these and all other attributes of the Superman legend added after the creation of *Action Comics* 1 have had enormous value in establishing him as an icon. To the extent that any profits generated by Superman are to be apportioned, this split must reflect the enormous contribution DC Comics has made over the past sixty-eight years in shaping, refining and popularizing the strong man of *Action Comics* 1 into the worldwide pop-culture legend he has since become.

## V. PRIOR CASES
I have not served as an expert witness in any prior case.

## VI. COMPENSATION
I have been paid $500 per hour for my services on this matter.


Respectfully submitted,

Mark Waid
February 8, 2007

**EXHIBIT 9**

**37**