1  DANIEL M. PETROCELLI (S.B. #097802)
     dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
     mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
     cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA  90067-6035
   Telephone:  (310) 553-6700
6  Facsimile:   (310) 246-6779

7  Attorneys for Plaintiff DC Comics

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**[PROPOSED] STATEMENT OF FURTHER UNCONTROVERTED FACTS IN SUPPORT OF PLAINTIFF DC COMICS' REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON ITS FIRST AND THIRD CLAIMS FOR RELIEF**<br><br>Hon. Otis D. Wright II<br><br>**Hearing Date**:  Aug. 20, 2012<br>**Hearing Time**:  1:30 p.m.<br>**Courtroom**:  11 |

After consideration of the papers in support of and in opposition to Plaintiff DC Comics' ("DC")[1] Motion For Partial Summary Judgment On Its First And Third Claims For Relief, the Court hereby makes further findings of uncontroverted facts as follows:

**UNCONTROVERTED FACTS**

| No. | Uncontroverted Fact | Evidence |
|---|---|---|
| 100 | Pacific Pictures assigned all of its Shuster rights to defendant IP Worldwide in 2002, which in turn assigned those rights to defendant IPW. | Docket Nos. 305-20 at 668 (February 12, 2002, agreement between Marc Toberoff, on behalf of Pacific Pictures Corporation, and Ari Emanuel in which Pacific Pictures contributed its "current IP business" to a "joint venture" created "to acquire and exploit intellectual property rights"); 305-17 at 464:18-465:5 (transcript from the 2006 deposition of Toberoff, where he testified that IP Worldwide was "presently inactive," and its rights "were assigned to IPW") |
| 101 | Neither IP Worldwide nor IPW is a party to the 2011 Pacific Pictures contract. | AD Ex. 27 |

Dated: _____

Honorable Otis D. Wright, II
Judge, United States District Court

---

[1] For simplicity, in this Statement and DC's summary judgment papers, "DC" refers to DC Comics and its predecessors in interest.