1   Marc Toberoff (State Bar No. 188547)
      *mtoberoff@ipwla.com*
2   Keith G. Adams (State Bar No. 240497)
      *kgadams@ipwla.com*
3   Pablo D. Arredondo (State Bar No. 241142)
      *parredondo@ipwla.com*
4   TOBEROFF & ASSOCIATES, P.C.
    22337 Pacific Coast Highway #348
5   Malibu, California 90265
    Telephone:   (310) 246-3333
6   Fax:         (310) 246-3101

7   Attorneys for Defendants Mark Warren
    Peary, as personal representative of the
8   Estate of Joseph Shuster, Jean Adele Peavy,
    and Laura Siegel Larson, individually and as
9   personal representative of the Estate of
    Joanne Siegel

10                  **UNITED STATES DISTRICT COURT**

11       **CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

12

| DC COMICS,                                          | Case No: CV 10-03633 ODW (RZx) |
|-----------------------------------------------------|--------------------------------|

13                 Plaintiff,         Hon. Otis D. Wright II, U.S.D.J.
14        vs.                         Hon. Ralph Zarefsky, U.S.M.J.

15   PACIFIC PICTURES CORPORATION;    **DEFENDANTS' FURTHER
16   IP WORLDWIDE, LLC; IPW, LLC;     STATEMENT OF GENUINE
     MARC TOBEROFF, an individual;    ISSUES IN OPPOSITION TO DC
17   MARK WARREN PEARY, as personal   COMICS' MOTION FOR
     representative of the ESTATE OF  PARTIAL SUMMARY
18   JOSEPH SHUSTER; JEAN ADELE       JUDGMENT ON ITS FIRST AND
     PEAVY, an individual; LAURA      THIRD CLAIMS FOR RELIEF**
19
     SIEGEL LARSON, individually and as
20   personal representative of the ESTATE   Complaint filed:   May 14, 2010
     OF JOANNE SIEGEL, and DOES 1-10,   Discovery Cutoff:  None Set
21   inclusive,                        Trial Date:        None Set

22                                     Date:     August 20, 2012*
                                       Time:     1:30 p.m.
23                 Defendants.         Place:    Courtroom 11

24

25

26

27

28

---

| 100. | Pacific Pictures assigned all of its Shuster rights to defendant IP Worldwide in 2002, which in turn assigned those rights to defendant IPW. | **Disputed**.  Any Shuster claims were explicitly excluded from the 2002 IP Worldwide agreement in paragraph D and Appendix "1" to the agreement.  IP Worldwide has never represented the Shusters or claimed to hold any Shuster right.  IPW has never had nor claimed to have had any interest whatsoever in Superman.  Pacific Pictures, in any event, owned no "Shuster rights" as a matter of law.  17 U.S.C. §§ 304(c)(5), (c)(6)(D).<br><br>DC's Evidence:  Docket Nos. 305-20 at 668 (February 12, 2002, agreement between Marc Toberoff, on behalf of Pacific Pictures Corporation, and Ari Emanuel in which Pacific Pictures contributed its "current IP business" to a "joint venture" created "to acquire and exploit intellectual property rights"); 305-17 at 464:18-465:5 (transcript from the 2006 deposition of Toberoff, where he testified that IP Worldwide was "presently inactive," and its rights "were assigned to IPW") |

| | | |
|---|---|---|
| | | <u>Objections to DC's Evidence:</u> Docket Nos. 305-20 and 305-17 do not prove the facts asserted.<br><br><u>Defendants' Evidence:</u>  Docket No 305-20 at 668 (February 12, 2002, agreement between Marc Toberoff, on behalf of Pacific Pictures Corporation, and Ari Emanuel, where Pacific Pictures contribution to the joint venture is expressly "subject to pre-existing commitments and exclusions per Appendix "1" and ¶ D below").  Docket No 305-20 at 673 (Appendix I listing "JS [Joseph Shuster] Claims" as an express exclusion); *see also* Docket No. 145-2 at 19:6-15; No. 145-6 at 368. |
| 101. | Neither IP Worldwide nor IPW is a party to the 2011 Pacific Pictures contract. | **Disputed.**  There is no 2011 Pacific Pictures contract.  Pacific Pictures Corp. was dissolved years ago.  What DC mischaracterizes as a new contract is a simple August 9, 2011 letter acknowledging that when the 2001 and 2003 Pacific Pictures agreements were cancelled and revoked in writing on September 10, 2004, and replaced by a |

DEFENDANTS' FURTHER STATEMENT OF GENUINE ISSUES IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT

|   |   |
|---|---|
| | regular legal retainer agreement retroactive to 2001, it was understood and intended by all that Pacific Pictures would have no continuing interest whatsoever.  The August 9, 2011 letter was signed to once and for all put to rest DC's false assertions as to Pacific Pictures.<br><br>DC's Evidence:  AD Ex. 27<br><br>Objections to DC's Evidence: AD Ex. 27 does not prove the asserted fact.<br><br>Defendants' Evidence:  AD Ex. 13, 21, 27 |

Dated:  August 13, 2012        RESPECTFULLY SUBMITTED,
                               /s/ Marc Toberoff

                               TOBEROFF & ASSOCIATES, P.C.
                               Attorneys for Defendants Mark Warren Peary *et al.*

DEFENDANTS' FURTHER STATEMENT OF GENUINE ISSUES IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT