| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #097802) |
|  | dpetrocelli@omm.com |
| 2 | MATTHEW T. KLINE (S.B. #211640) |
|  | mkline@omm.com |
| 3 | CASSANDRA L. SETO (S.B. #246608) |
|  | cseto@omm.com |
| 4 | O'MELVENY & MYERS LLP |
|  | 1999 Avenue of the Stars, 7th Floor |
| 5 | Los Angeles, CA 90067-6035 |
|  | Telephone: (310) 553-6700 |
| 6 | Facsimile: (310) 246-6779 |

Attorneys for Plaintiff DC Comics

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| DC COMICS, | Case No. CV 10-3633 ODW (RZx) |
|---|---|
| Plaintiff, | Hon. Otis D. Wright II |
| v. | **PLAINTIFF DC COMICS' REQUEST TO TAKE AUGUST 20, 2012, HEARING DATE OFF CALENDAR DUE TO DEFENSE COUNSEL'S UNAVAILABILITY** |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive, | |
| | [PROPOSED] ORDER FILED CONCURRENTLY HEREWITH |
| Defendants. | |

1    Plaintiff DC Comics filed a Motion For Partial Summary Judgment On Its First And Third Claims For Relief ("DC's Motion") on July 16, 2012, which has been fully briefed (Docket Nos. 458, 462, 468) and is currently set for hearing before this Court on August 20, 2012.  Marc Toberoff, counsel for defendants Laura Siegel Larson, Mark Warren Peary, and Jean Peavy, will be unavailable on August 20, 2012, due to a family vacation and has a hearing before the Second Circuit in another matter on September 10, 2012.  All counsel are available on or after September 17, 2012, for a hearing on DC's Motion.  To accommodate Mr. Toberoff's schedule, and with the Court's permission, DC requests to take the August 20, 2012, hearing date for DC's Motion off calendar and defers to the Court if and when a hearing should be scheduled.  Mr. Toberoff has apprised DC that defendants anticipate filing a cross-motion for partial summary judgment on issues related to DC's Motion that will be noticed for hearing in October 2012.

Dated:      August 13, 2012             Respectfully submitted,

O'MELVENY & MYERS LLP

By:  /s/ Daniel M. Petrocelli
      Daniel M. Petrocelli
Attorneys for Plaintiff DC Comics