# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. CV-10-3633 ODW (RZx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF DC COMICS' REQUEST TO TAKE AUGUST 20, 2012, HEARING DATE OFF CALENDAR DUE TO DEFENSE COUNSEL'S UNAVAILABILITY**<br><br>Hon. Otis D. Wright II |

[PROPOSED] ORDER GRANTING
REQUEST TO TAKE AUG. 20, 2012,
HEARING DATE OFF CALENDAR

1  IT IS HEREBY ORDERED that the August 20, 2012, hearing date for Plaintiff DC Comics' Motion For Partial Summary Judgment On Its First And Third Claims ("DC's Motion") is taken off calendar.  Should the Court decide that oral argument on DC's Motion would be necessary or helpful, the Court will reschedule the hearing on or after September 17, 2012.

IT IS SO ORDERED.

Dated: _____

Honorable Otis D. Wright
Judge, United States District Court