DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:  (310) 553-6700
Facsimile:  (310) 246-6779

Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>  Plaintiff,<br><br>  v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>  Defendants. | Case No. CV 10-03633 ODW (RZx)<br><br>**DECLARATION OF CASSANDRA L. SETO IN SUPPORT OF DC COMICS' OPPOSITION TO DEFENDANTS' MOTION FOR RECONSIDERATION OF THE COURT'S JULY 16, 2012, ORDER**<br><br>Hon. Otis D. Wright II<br><br>**Hearing Date**:  Sept. 10, 2012<br>**Hearing Time**:  1:30 p.m.<br>**Courtroom**:  11 |

**DECLARATION OF CASSANDRA SETO**

I, Cassandra Seto, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am a counsel at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in support of DC Comics' Opposition To Defendants' Motion For Reconsideration Of The Court's July 16, 2012, Order. I have personal knowledge of the matters set forth in this declaration.

2. Attached hereto as Exhibit A is a true and correct copy of a subpoena issued in the United States District Court for the Northern District of Ohio dated August 10, 2006.

3. Attached hereto as Exhibit B is a true and correct copy of Melvin H. Banchek's Objections to Defendants' Subpoena, dated August 23, 2006.

4. Attached hereto as Exhibit C is a true and correct copy of Mr. Banchek's privilege log produced in *Siegel v. Warner Bros. Entm't Inc.*, Case No. 04-CV-8400 (ODW) (RZx) ("*Siegel* Action").

5. Attached hereto as Exhibit D is a true and correct copy of Don W. Bulson, Esq.'s Memorandum in Opposition to Defendants' Motion to Compel Production of Documents Pursuant to Subpoena Duces Tecum and Appear for Deposition and for Attorney's Fees, filed on November 6, 2006, in *In re: Siegel*, Case No. 1:06-MC-0099 (N.D. Ohio) ("Ohio Action").

6. Attached hereto as Exhibit E is a true and correct copy of the Declaration of Marc Toberoff, Esq. in Opposition to Defendants' Motion to Compel Documents Pursuant to Subpoena Duces Tecum filed on November 6, 2006, in the Ohio Action.

7. Attached hereto as Exhibit F is a true and correct copy of the Declaration of Nicholas C. Williamson, Esq. in Opposition to Defendants' Motion

SETO DECL. ISO DC'S OPP. TO DEFS.' MOT. FOR RECONSIDERATION

1  to Compel Documents Pursuant to Subpoena Duces Tecum filed on November 6, 2006, in the Ohio Action.

8. Attached hereto as Exhibit G is a true and correct copy of the Declaration of Marc Toberoff in Opposition to Defendants' Motion to Compel Production of Whistle Blower Documents, dated March 23, 2007, and filed in the *Siegel* Action.

9. Attached hereto as Exhibit H is a true and correct copy of excerpts from the transcript of the April 22, 2008, deposition of Don Bulson.

10. Attached hereto as Exhibit I is a true and correct copy of a letter from my colleague Jason Tokoro to Marc Toberoff, dated February 17, 2012.

11. Attached hereto as Exhibit J is a true and correct copy of a letter from my colleague Daniel Petrocelli to Mr. Toberoff and Richard Kendall, dated July 2, 2012.

12. Attached hereto as Exhibit K is a true and correct copy of an email from my colleague Matthew Kline to Mr. Toberoff, dated July 12, 2012.

13. Attached hereto as Exhibit L is a true and correct copy of an email from Mr. Kline to Mr. Toberoff, dated July 23, 2012.

14. Attached hereto as Exhibit M is a true and correct copy of a letter from Mr. Kline to Mr. Kendall, dated August 7, 2012.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 16th day of August 2012 at Los Angeles, California.

/s/ Cassandra Seto
Cassandra Seto

# TABLE OF CONTENTS

| Exhibit | Description | Page |
|---|---|---|
| A | Subpoena issued in the United States District Court for the Northern District of Ohio, dated August 10, 2006 | 3 |
| B | Melvin H. Banchek's Objections to Defendants' Subpoena, dated August 23, 2006 | 9 |
| C | Mr. Banchek's privilege log produced in *Siegel v. Warner Bros. Entm't Inc.*, Case No. 04-CV-8400 (ODW) (RZx) ("*Siegel* Action") | 18 |
| D | Don W. Bulson, Esq.'s Memorandum in Opposition to Defendants' Motion to Compel Production of Documents Pursuant to Subpoena Duces Tecum and Appear for Deposition and for Attorney's Fees, filed on November 6, 2006, in In re: Siegel, Case No. 1:06-MC-0099 (N.D. Ohio) ("Ohio Action") | 37 |
| E | Declaration of Marc Toberoff, Esq. in Opposition to Defendants' Motion to Compel Documents Pursuant to Subpoena Duces Tecum filed on November 6, 2006, in the Ohio Action | 48 |
| F | Declaration of Nicholas C. Williamson, Esq. in Opposition to Defendants' Motion to Compel Documents Pursuant to Subpoena Duces Tecum filed on November 6, 2006, in the Ohio Action | 51 |
| G | Declaration of Marc Toberoff in Opposition to Defendants' Motion to Compel Production of Whistle Blower Documents, dated March 23, 2007, and filed in the *Siegel* Action | 86 |
| H | Excerpts from the transcript of the April 22, 2008, deposition of Don Bulson | 92 |
| I | Letter from Jason Tokoro to Marc Toberoff, dated February 17, 2012 | 99 |
| J | Letter from Daniel Petrocelli to Mr. Toberoff and Richard | 102 |

| Exhibit | Description | Page |
|---|---|---|
|   | Kendall, dated July 2, 2012. |   |
| K | Email from Matthew Kline to Mr. Toberoff, dated July 12, 2012 | 114 |
| L | Email from Mr. Kline to Mr. Toberoff, dated July 23, 2012 | 116 |
| M | Letter from Mr. Kline to Mr. Kendall, dated August 7, 2012 | 119 |