1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. CV 10-03633 ODW (RZx)<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION OF THE COURT'S JULY 16, 2012, ORDER**<br><br>Hon. Otis D. Wright II |

1   IT IS HEREBY ORDERED that defendants' Motion For Reconsideration Of The Court's July 16, 2012 Order (Docket No. 466) is denied.

IT IS SO ORDERED.

Dated:

                                      Honorable Otis D. Wright
                                Judge, United States District Court

[PROPOSED] ORDER DENYING DEFS.' MOT. FOR RECONSIDERATION