Marc Toberoff (State Bar No. 188547)
 *mtoberoff@ipwla.com*
Keith G. Adams (State Bar No. 240497)
 *kgadams@ipwla.com*
Pablo D. Arredondo (State Bar No. 241142)
 *parredondo@ipwla.com*
David Harris (State Bar No. 255557)
 *dharris@ipwla.com*
TOBEROFF & ASSOCIATES, P.C.
22337 Pacific Coast Highway #348
Malibu, California 90265
Telephone:  (310) 246-3333
Fax:  (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>              Plaintiff,<br><br>     vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>              Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DECLARATION OF KEITH G. ADAMS IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON FIRST, SECOND AND THIRD CLAIMS FOR RELIEF**<br><br>*Motion; Statement of Uncontroverted Facts and Conclusions of Law; and [Proposed] Order filed concurrently herewith*<br><br>Complaint filed:  May 14, 2010<br>Trial Date:  None Set<br><br>Date: Oct 15, 2012<br>Time:1:30 p.m.<br>Courtroom: 11 |

DECLARATION OF KEITH G. ADAMS

| Ex. | Title | Page |
|---|---|---|
| A | Agreement between Detective Comics, Inc., Joseph Shuster and Jerome Siegel, dated March 1, 1938 | 7 |
| B | Complaint in *Siegel v. National Comics Pubs., Inc.,* No. 1099-1947 (N.Y. Sup. Ct.) (the "1947 Action"), dated March 5, 1947 | 8 |
| C | Findings of Facts in the 1947 Action, dated April 12, 1948 | 51 |
| D | Stipulation of Settlement in the 1947 Action, dated May 19, 1948 | 97 |
| E | Final Consent Judgment in the 1947 Action, dated May 21, 1948 | 104 |
| F | "Superman's Creators, Nearly Destitute, Invoke His Spirit", *New York Times*, dated November 22, 1975 | 115 |
| G | "Mild-Manner Cartoonists Go To Aid of Superman's Creators", *New York Times*, December 10, 1975 | 116 |
| H | Agreement between Warner Communications, Inc., Jerome Siegel, and Joseph Shuster, dated December 23, 1975 | 117 |
| I | "Man of Steel Splinters An American Dream", *Los Angeles Times*, dated February 25, 1979 | 129 |
| J | Agreement between DC Comics, Inc. and Swampfilms, Inc., dated October 10, 1980 | 130 |
| K | "Joseph Shuster, Cartoonist, Dies; Co-Creator of 'Superman' Was 78", *New York Times*, August 3, 1992 | 154 |
| L | State of California Certificate of Death for Joseph Shuster, dated August 10, 1992 | 155 |
| M | Affidavit signed by Jean Peavy dated August 17, 1992 | 156 |
| N | Letter from Frank Shuster to Paul Levitz dated October 2, 1992 | 158 |

| | | | |
|---|---|---|---|
| 1<br>2 | O | Agreement between DC Comics, Inc., Frank Shuster and Jean Peavy, dated October 2, 1992 | 159 |
| 3<br>4 | P | Letter from Paul Levitz to Jean Peavy, dated November 5, 1992 | 160 |
| 5<br>6 | Q | Letter from Paul Levitz to Jean Peavy, dated September 7, 1993 | 161 |
| 7<br>8 | R | Letter from Paul Levitz to Frank Shuster and Jean Peavy, dated July 11, 1994 | 163 |
| 9 | S | Letter from Paul Levitz to Jean Peavy, dated June 7, 1995 | 164 |
| 10<br>11 | T | February 29, 1996 Copyright Research Report generated by Thompson & Thompson. | 165 |
| 12 | U | Letter from Paul Levitz to Jean Peavy, dated March 25, 1996 | 174 |
| 13 | V | Letter from Paul Levitz to Jean Peavy, dated July 9, 1998 | 175 |
| 14<br>15 | W | Agreement between Warner Bros., Hasbro, Inc. and Hasbro International, Inc., dated December 18, 1998 | 176 |
| 16 | X | Letter from Paul Levitz to Jean Peavy, dated October 18, 1999 | 208 |
| 17<br>18 | Y | Letter from Paul Levitz to Jean Peavy, dated November 20, 2000 | 209 |
| 19<br>20 | Z | Agreement between Pacific Pictures Corporation, Mark Warren Peary and Jean Peavy, dated November 28, 2001 | 210 |
| 21<br>22 | AA | Letter from Paul Levitz to Jean Peavy, dated December 11, 2001 | 214 |
| 23<br>24 | BB | Agreement between Warner Bros. and Edgar Rich Burroughs, Inc., dated December 2, 2002 | 215 |
| 25<br>26 | CC | Petition filed by Mark Warren Peary in the Superior Court of California, County of Los Angeles, dated July 23, 2003 | 310 |
| 27<br>28 | DD | Order issued by the Superior Court of California, County of Los Angeles on October 7, 2003 | 324 |

| | | | |
|---|---|---|---|
| 1<br>2<br>3 | EE | Agreement between Pacific Pictures Corporation, Jean Peavy and the Executor of Joseph Shuster's Estate (Mark Warren Peary), dated October 27, 2003 | 329 |
| 4<br>5 | FF | United States Copyright Office Certificate of Recordation, dated December 8, 2003 | 333 |
| 6<br>7<br>8 | GG | Letter from Marc Toberoff to the Executor of the Estate of Joseph Shuster (Mark Warren Peary) and Jean Peavy, dated September 10, 2004 | 349 |
| 9<br>10 | HH | Letter from Paul Levitz to Jean Peavy and Mark Warren Peary, dated April 28, 2005 | 350 |
| 11<br>12 | II | Excerpts from deposition of Laura Siegel Larson, dated August 1, 2006 | 357 |
| 13<br>14 | JJ | Excerpts from deposition of Mark Warren Peary, dated November 11, 2006 | 362 |
| 15<br>16 | KK | Letter from Alexander Merino to Adam Hagen dated, November 15, 2006 | 382 |
| 17<br>18 | LL | Excerpts from deposition of Marc Toberoff, dated November 17, 2006 | 383 |
| 19<br>20<br>21<br>22 | MM | Excerpts from Defendants' Motion for Partial Summary Judgment in *Siegel v. Warner Bros. Entertainment, Inc.*, C.D. Cal. Case No. 04-CV-08400 ODW (RZx) ("*Siegel*"), dated April 30, 2007 | 404 |
| 23<br>24 | NN | Third Amended Complaint filed in *Siegel*, dated February 3, 2011 | 407 |
| 25<br>26 | OO | Answer To Third Amended Complaint filed in *Siegel*, dated February 17, 2011 | 432 |
| 27<br>28 | PP | Second Amended Counterclaims filed in *Siegel*, dated February 17, 2011 | 445 |

| | | |
|---|---|---|
| QQ | Order Granting Renewed Motion for Entry of A Partial Judgment issued in *Siegel*, dated May 17, 2011 | 483 |
| RR | Defendants' Notice of Cross-Appeal filed in *Siegel*, dated February 3, 2011 | 485 |
| SS | Excerpts from deposition of Mark Warren Peary, dated June 29, 2011 | 487 |
| TT | Excerpts from deposition of Laura Siegel Larson, dated July 22, 2011 | 509 |
| UU | Letter from Marc Toberoff to Mark Warren Peary and Jean Peavy, dated August 2, 2011 | 520 |
| VV | Defendants' Notice of Appeal filed on November 2, 2011. | 522 |
| WW | Cross-Appellants and Appellees' Principal and Response Brief filed in Appeal No. 11-55863, dated March 23, 2012 | 534 |
| XX | Appellants Opening Brief filed in Appeal No. 11-56934, dated April 24, 2012 | 651 |
| YY | Declaration of Paul Levitz filed on July 16, 2012 | 739 |
| ZZ | DC Comics' Amended Objections and Responses to Defendant Mark Warren Peary's First Set of Interrogatories, served on July 20, 2012 | 744 |

**DECLARATION OF KEITH G. ADAMS**

I, Keith G. Adams, declare as follows:

1. I am an attorney at the law firm of Toberoff & Associates, P.C., counsel of record for defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel, in the above-captioned action, and submit this declaration in support of Defendants' Notice of Motion and Motion for Partial Summary Judgment On First, Second and Third Claims for Relief.

2. Attached hereto as Exhibit "A" is a true and correct copy of an agreement between Detective Comics, Inc. on the one hand, and Joseph Shuster and Jerome Siegel on the other hand, dated March 1, 1938.

3. Attached hereto as Exhibit "B" is a true and correct copy of the Complaint in *Siegel v. National Comics Pubs., Inc.,* No. 1099-1947 (N.Y. Sup. Ct.) (the "1947 Action"), dated March 5, 1947.

4. Attached hereto as Exhibit "C" is a true and correct copy of the Findings of Facts in the 1947 Action, dated April 12, 1948.

5. Attached hereto as Exhibit "D" is a true and correct copy of Stipulation of Settlement in the 1947 Action, dated May 19, 1948.

6. Attached hereto as Exhibit "E" is a true and correct copy of the Final Consent Judgment in the 1947 Action, dated May 21, 1948.

7. Attached hereto as Exhibit "F" is a true and correct copy of a New York Times article, dated November 22, 1975.

8. Attached hereto as Exhibit "G" is a true and correct copy of a New York Times article, dated December 10, 1975.

9. Attached hereto as Exhibit "H" is a true and correct copy of an agreement between Warner Communications, Inc. on the one hand, and Jerome Siegel and Joseph Shuster on the other hand, dated December 23, 1975.

10. Attached hereto as Exhibit "I" is a true and correct copy of a Los

Angeles Times article, dated February 25, 1979.

11. Attached hereto as Exhibit "J" is a true and correct copy of an October 10, 1980 Agreement between DC Comics, Inc., on the one hand, and Swampfilms, Inc., on the other hand.

12. Attached hereto as Exhibit "K" is a true and correct copy of a New York Times article, dated August 3, 1992.

13. Attached hereto as Exhibit "L" is a true and correct copy of the State of California Certificate of Death for Joseph Shuster dated August 10, 1992.

14. Attached hereto as Exhibit "M" is a true and correct copy of an Affidavit signed by Jean Peavy dated August 17, 1992.

15. Attached hereto as Exhibit "N" is a true and correct copy of letter from Frank Shuster to Paul Levitz dated October 2, 1992.

16. Attached hereto as Exhibit "O" is a true and correct copy of an agreement between DC Comics, Inc., on the one hand, and Frank Shuster and Jean Peavy, on the other hand, dated October 2, 1992.

17. Attached hereto as Exhibit "P" is a true and correct copy of a letter from Paul Levitz to Jean Peavy, dated November 5, 1992.

18. Attached hereto as Exhibit "Q" is a true and correct copy of a letter from Paul Levitz to Jean Peavy, dated September 7, 1993.

19. Attached hereto as Exhibit "R" is a true and correct copy of a letter from Paul Levitz to Frank Shuster and Jean Peavy, dated July 11 5, 1994.

20. Attached hereto as Exhibit "S" is a true and correct copy of a letter from Paul Levitz to Jean Peavy, dated June 7, 1995.

21. Attached hereto as Exhibit "T" is a true and correct copy of a February 29, 1996 Copyright Research Report generated by Thompson & Thompson.

22. Attached hereto as Exhibit "U" is a true and correct copy of a letter from Paul Levitz to Jean Peavy, dated March 25, 1996.

23. Attached hereto as Exhibit "V" is a true and correct copy of a letter from

Paul Levitz to Jean Peavy, dated July 9, 1998.

24. Attached hereto as Exhibit "W" is a true and correct copy of a December 18, 1998 Agreement between Warner Bros., on the one hand, and Hasbro, Inc. and Hasbro International, Inc., on the other hand.

25. Attached hereto as Exhibit "X" is a true and correct copy of a letter from Paul Levitz to Jean Peavy, dated October 18, 1999

26. Attached hereto as Exhibit "Y" is a true and correct copy of a letter from Paul Levitz to Jean Peavy, dated November 20, 2000.

27. Attached hereto as Exhibit "Z" is a true and correct copy of a 2001 Agreement between Pacific Pictures Corporation, on the one hand, and Mark Warren Peary and Jean Peavy, on the other hand.

28. Attached hereto as Exhibit "AA" is a true and correct copy of a letter from Paul Levitz to Jean Peavy, dated December 11 2011.

29. Attached hereto as Exhibit "BB" is a true and correct copy of a December 2, 2002 Agreement between Warner Bros., on the one hand, and Edgar Rich Burroughs, Incl., on the other hand.

30. Attached hereto as Exhibit "CC" is a true and correct copy of a Petition filed by Mark Warren Peary in the Superior Court of California, County of LosAngeles, dated July 23, 2003.

31. Attached hereto as Exhibit "DD" is a true and correct copy of an Order issued by the Superior Court of California, County of Los Angeles on October 7, 2003.

32. Attached hereto as Exhibit "EE" is a true and correct copy of a 2003 Agreement between Pacific Pictures Corporation, on the one hand, and Jean Peavy and the Executor of Joseph Shuster's Estate (Mark Warren Peary), on the other hand.

33. Attached hereto as Exhibit "FF" is a true and correct copy of a United States Copyright Office Certificate of Recordation dated December 8, 2003.

34. Attached hereto as Exhibit "GG" is a true and correct copy of a letter

from Marc Toberoff to the Executor of the Estate of Joseph Shuster (Mark Warren Peary) and Jean Peavy, dated September 10, 2004.

35. Attached hereto as Exhibit "HH" is a true and correct copy of a letter from Paul Levitz to Jean Peavy and Mark Warren Peary, dated April 28, 2005.

36. Attached hereto as Exhibit "II" is a true and correct copy of excerpts from the transcript of the August 1, 2006 deposition of Laura Siegel Larson in the matter of *Larson v. Warner Bros. Entertainment et al.*, No 04-8400 (RSWL) (RZx) ("*Siegel*").

37. Attached hereto as Exhibit "JJ" is a true and correct copy of excerpts from the transcript of the November 11, 2006 deposition of Mark Warren Peary in the *Siegel*.

38. Attached hereto as Exhibit "KK" is a true and correct copy of a letter from Alexander Merino, counsel for plaintiff Laura Siegel Larson in *Siegel*, to Adam Hagen counsel for defendants in *Siegel*, dated November 15, 2006.

39. Attached hereto as Exhibit "LL" is a true and correct copy of excerpts from the transcript of the November 17, 2006 deposition of Marc Toberoff in *Siegel*.

40. Attached hereto as Exhibit "MM" is a true and correct copy of excerpts from Defendants' Motion for Partial Summary Judgment in *Siegel*, dated April 30, 2007.

41. Attached hereto as Exhibit "NN" is a true and correct copy of the Third Amended Complaint filed in *Siegel*, dated February 3, 2011.

42. Attached hereto as Exhibit "OO" is a true and correct copy of the Answer To Third Amended Complaint filed in *Siegel*, dated February 17, 2011.

43. Attached hereto as Exhibit "PP" is a true and correct copy of the Second Amended Counterclaims filed in *Siegel*, dated February 17, 2011.

44. Attached hereto as Exhibit "QQ" is a true and correct copy of an Order Granting Renewed Motion for Entry of A Partial Judgment issued in *Siegel*, dated May 17, 2011.

45. Attached hereto as Exhibit "RR" is a true and correct copy of Defendants' Notice of Cross-Appeal filed in *Siegel*, dated February 3, 2011.

46. Attached hereto as Exhibit "SS" is a true and correct copy of excerpts from the transcript of the June 29, 2011 deposition of Mark Warren Peary.

47. Attached hereto as Exhibit "TT" is a true and correct copy of excerpts from the July 22, 2011 transcript of the deposition of Laura Siegel Larson.

48. Attached hereto as Exhibit "UU" is a true and correct copy of a letter from Marc Toberoff to Mark Warren Peary and Jean Peavy, dated August 2, 2011.

49. Attached hereto as Exhibit "VV" is a true and correct copy of Defendants' Notice of Appeal filed on November 2, 2011.

50. Attached hereto as Exhibit "WW" is a true and correct copy of Cross-Appellants and Appellees' Principal and Response Brief filed in Appeal No. 11-55863, dated March 23, 2012.

51. Attached hereto as Exhibit "XX" is a true and correct copy of Appellants Opening Brief filed in Appeal No. 11-56934, dated April 24, 2012.

52. Attached hereto as Exhibit "YY" is a true and correct copy of Declaration of Paul Levitz, filed on July 16, 2012.

53. Attached hereto as Exhibit "ZZ" is a true and correct copy of Plaintiff DC Comics' Amended Objections and Responses to Defendant Mark Warren Peary's First Set of Interrogatories, served on July 20, 2012.

54. On several occasions, most recently on August 17, 2012, I searched the public catalog of the United States Copyright Office through the electronic search function available at http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?DB=local&PAGE=First, to ascertain whether the agreement between DC Comics and Jean Adele Peavy/Frank Shuster, dated as of August 1, 1992 and signed October 2, 1992, had been filed with the Copyright Office. I searched for any document containing the names "Frank Shuster" and "Jean Peavy"/"Jean Adele Peavy". No entries appeared. Nor did any of the entries that

were generated when I performed searches under the keywords "Shuster" (582 entries) and "Peavy" (220 entries) appear to be the 1992 agreement.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on August 20, 2012, at Los Angeles, California.

_____
Keith G. Adams

DECLARATION OF KEITH G. ADAMS