Marc Toberoff (State Bar No. 188547)
 mtoberoff@ipwla.com
Keith G. Adams (State Bar No. 240497)
 kgadams@ipwla.com
Pablo D. Arredondo (State Bar No. 241142)
 parredondo@ipwla.com
David Harris (State Bar No. 255557)
 dharris@ipwla.com
TOBEROFF & ASSOCIATES, P.C.
22337 Pacific Coast Highway, #348
Malibu, California, 90265
Telephone:   (310) 246-3333
Fax:         (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy and Laura Siegel Larson

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| DC COMICS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; JOANNE SIEGEL, an individual; LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**REPLY DECLARATION OF PABLO D. ARREDONDO IN SUPPORT OF DEFENDANTS' MOTION FOR RECONSIDERATION OF THE COURT'S JULY 16, 2012 ORDER**<br><br>Complaint filed: May 14, 2010<br>Trial Date:　　　None Set<br><br>Date:　　Sept. 10, 2012<br>Time:　　1:30 p.m..<br>Place:　　Courtroom 11 |

DECLARATION OF PABLO D. ARREDONDO IN SUPPORT OF DEFENDANTS' MOTION FOR RECONSIDERATION OF THE COURT'S JULY 16, 2012 ORDER

## DECLARATION OF PABLO D. ARREDONDO

I, Pablo D. Arredondo, declare as follows:

1. I am an attorney at Toberoff & Associates, P.C., counsel of record for defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson. I am a member in good standing of the State Bar of California and submit this reply declaration in support of Defendants' Motion For Reconsideration Of The Court's July 16, 2012 Order.

2. Attached hereto as Exhibit "A" is a true and correct copy of excerpts from the July 19, 2011 deposition of Don Bulson.

3. Attached hereto as Exhibit "B" is a true and correct copy of a letter from my colleague Marc Toberoff to Daniel Petrocelli, counsel for plaintiff DC Comics ("DC"), dated November 29, 2011.

4. Attached hereto as Exhibit "C" is a true and correct copy of a letter from my colleague Keith G. Adams to Daniel Petrocelli, dated August 13, 2012.

5. Attached hereto as Exhibit "D" is a true and correct copy of an email from my colleague Keith G. Adams to Matthew Kline, counsel for DC, dated August 15, 2012.

6. Attached hereto as Exhibit "E" is a true and correct copy of a declaration of Danielle Yamamoto, dated August 17, 2012.

7. Attached hereto as Exhibit "F" is a true and correct copy of an email sent from my colleague Marc Toberoff to Matthew Kline, dated July 12, 2012.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on August 27, 2012, in Malibu, California

Pablo D. Arredondo

# In The Matter Of:

## DC COMICS
### v.
## PACIFIC PICTURES CORPORATION

---

## BULSON, DON - Vol. 1

### July 19, 2011

---

**MERRILL CORPORATION**

LegaLink, Inc.

20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

DON BULSON - 7/19/2011

Page 1

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DC COMICS,                          )
                                    )
            Plaintiff,              )
                                    )
vs.                                 ) No. CV-10-3633 ODW
                                    )
PACIFIC PICTURES                    )
CORPORATION, et al.,                )
                                    )
            Defendants.             )

- - - - -
THE VIDEOTAPE DEPOSITION OF DON BULSON
TUESDAY, JULY 19, 2011
- - - - -

The videotape deposition of DON BULSON, called by the Plaintiff for examination pursuant to the Federal Rules of Civil Procedure, taken before me, the undersigned, Michelle M. Lewis, a Registered Professional Reporter and Notary Public within and for the State of Ohio, taken at the offices of Renner Otto Boisselle & Sklar, 1621 Euclid Avenue, Suite 1900, Cleveland, Ohio, commencing at 9:18 a.m., the day and date above set forth.

1  Q  How much money has been paid, do you know?
2  A  I don't recall.
3  Q  More than a few thousand dollars?
4  A  Yes.
5  Q  More than $50,000?
6  A  No.
7  Q  Okay. What is the amount of money that the
8     law firm is claiming is still owed under this
9     quantum meruit theory?
10 A  I believe it's around $136,000, somewhere in
11    that ballpark.
12 Q  Okay. Okay.
13    I also understand that the law firm
14    sent Mr. Siegel's hard copy files to the
15    lawyers representing Mr. Siegel's estate in
16    the probate action in this case, correct?
17 A  We turned -- we turned custody of the files
18    over to the estate.
19 Q  Okay. And I also understand that the firm
20    maintains an electronic database of its files
21    that it keeps for itself that it did not turn
22    over to the estate; is that correct?
23 A  I don't know if that's correct or not. I did
24    not understand the question completely.
25 Q  I'll represent that in my conversations with

|   |   |   |
|---|---|---|
| 1 |   | your partner and in communications with |
| 2 |   | Mr. Toberoff it's been revealed to us that |
| 3 |   | your law firm not only had a paper copy of |
| 4 |   | the files that it turned over, I believe, to |
| 5 |   | Mr. Berk's firm -- |
| 6 |   |         MR. KLINE:      Are you with |
| 7 |   | the Banchek firm, sir, are you -- |
| 8 |   |         MR. BERK:      No. I |
| 9 |   | represent Mr. Banchek as administrator. |
| 10 |   |         MR. KLINE:      Understood. |
| 11 | Q | So my understanding is that you had physical |
| 12 |   | hard copies of what we'll call the Michael |
| 13 |   | Siegel file. You gave the Michael Siegel |
| 14 |   | file, the physical hard copies, to the |
| 15 |   | Banchek firm, correct? |
| 16 | A | Correct. |
| 17 |   |         MR. TOBEROFF:      Objection. I |
| 18 |   | don't believe I've had any conversations or |
| 19 |   | correspondence with you regarding these |
| 20 |   | files. |
| 21 |   |         MR. KLINE:      I believe you |
| 22 |   | wrote me a letter on Friday talking about the |
| 23 |   | screen shot of this electronic database, and |
| 24 |   | we can pull that out and put it in evidence. |
| 25 |   |         MR. TOBEROFF:      No. I wrote |

# TOBEROFF & ASSOCIATES, P.C.

A PROFESSIONAL CORPORATION

2049 CENTURY PARK EAST, SUITE 3630
LOS ANGELES, CALIFORNIA 90067

MARC TOBEROFF*
NICHOLAS C. WILLIAMSON
KEITH G. ADAMS
JEFFREY R. RHOADS

TELEPHONE
(310) 246-3333

FACSIMILE
(310) 246-3101

* Also admitted in New York

mtoberoff@ipwla.com

November 29, 2011

Via E-Mail

Daniel Petrocelli
O'Melveny and Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Re:   *DC Comics v. Pacific Pictures Corp., et al.*, Case No. 10-CV-03633 ODW (RZx)

Dan:

Enclosed herewith please find defendant Laura Siegel Larson's production of documents from her review after cleaning out the house of her deceased mother Joanne Siegel, as well as a supplemental privilege log for Ms. Larson.

Also please find enclosed herewith, on behalf of the Estate of Michael Siegel, a privilege log of the documents from the Renner Otto electronic archive, as well as an accompanying document production from the archive. Although not required to do so, we have also generated and enclose a complete master list of all of the documents in the Renner Otto electronic archive to avoid burdening a court with unnecessary disputes.

To avoid any confusion, please also take note of the following:

The master list contains numerous pieces of correspondence and other documents that have already been produced or are otherwise in your clients' possession, but that we nonetheless produce herewith. *See* Master List Entry Nos. 3, 7-10, 22, 24, 44, 72, 107-109, 232, 234, 330-332, 344, 380, 382-383, 388, 390, 395, 398, 417, 419, 422, 426, 431-432, 440-442, 448, 451, 469-470, 490-491, 493-501, 504-507, 514-515, 517-519, 524, 530, 535-536, 539-540, 543-544, 562, 569-570, 581, 589-597, 600-601, 603-618, 620, 622-623, 660, 662, 675, 678-683, 687-689, 691-694, 703-705.

As the master list sets forth the documents as they appear in the archive, it contains numerous duplicate entries. *See, e.g.,* Master List Entry Nos. 33-34.

When comparing the documents in the electronic archive to the defendants' previously-produced logs, which incorporated five-year-old privilege logs from the *Siegel v. Warner Bros.*

**Exhibit B**

**6**

**TOBEROFF & ASSOCIATES, P.C.**

November 29, 2011
Re:   *DC Comics v. Pacific Pictures Corp.*
Page:   2 of 2

*Entertainment Inc.* case, it appears that there are certain inadvertent non-material discrepancies in the prior logs that have been corrected in the enclosed privilege log.  *See, e.g.,* Bulson Log Entry Nos. 1, 50, 52, 133, 135, 162, 204, 207, 236, 267, 319, 323, 325 (omission of certain "cc" recipients, usually attorneys); No. 5 (dated August 15, 1997 instead of July 15, 1997); Nos. 170, 472 (sender and recipient reversed); Nos. 214, 216 (recipient omitted); No. 400 (listed as "Michael Siegel-Michael Siegel" e-mail instead of "Michael Siegel-Don Bulson" e-mail); Nos. 434, 448 (listed as attorney work-product "drafts" instead of attorney-client letters); No. 415 (facsimile listed as an e-mail).

The master list includes numerous documents that are not responsive to DC's requests and/or that are otherwise not relevant to this case and that have therefore not been produced.  *See, e.g.,* Master List Entry Nos. 285-286 (IRS correspondence), Nos. 624-647 (Estate of Bella Siegel), 648 (Estate of Isabel Spellman), Nos. 666-67 (attempt to sell a piece of memorabilia to third party), Nos. 669, 671 (guardianship of Michael Siegel).

Copies of Jerome Siegel's will were also found in the Renner Otto archive.  We will produce those documents subject to the protective order entered into in the *Siegel* case.

Nothing in this letter should be construed as a waiver or limitation of any of defendants' rights or remedies, all of which are reserved.

Very truly yours,

Marc Toberoff

Enclosures

# TOBEROFF & ASSOCIATES, P.C.

A PROFESSIONAL CORPORATION

22631 PACIFIC COAST HIGHWAY #348
MALIBU, CALIFORNIA 90265

MARC TOBEROFF*
KEITH G. ADAMS
PABLO D. ARREDONDO*
DAVID HARRIS

TELEPHONE
(310) 246-3333

FACSIMILE
(310) 246-3101

* Also admitted in New York

kgadams@ipwla.com

August 13, 2012

<u>Via U.S. Mail</u>

Daniel Petrocelli, Matthew Kline
O'Melveny and Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Re:   <u>DC Comics v. Pacific Pictures Corp., et al.</u>, Case No. 10-CV-03633 ODW (RZx)

Counsel:

Pursuant to the Court's July 16, 2012 order (Docket No. 457), enclosed please find the November 17, 2001 e-mail from Marc Toberoff to Michael Siegel. Defendants' motion for reconsideration of the Court's July 16 order (Docket No. 466) is pending. The document is properly subject to the attorney-client privilege, and defendants will pursue all available remedies if DC or its counsel disseminates this privileged information, or attempts to use it in public filings, prior to the Court's decision on that pending motion.

All of Defendants' rights are reserved.

Very truly yours,

Keith Adams

Exhibit C
8

**Pablo Arredondo**

| | |
|---|---|
| **From:** | Keith Adams [kgadams@ipwla.com] |
| **Sent:** | Wednesday, August 15, 2012 10:00 AM |
| **To:** | Kline, Matthew |
| **Cc:** | Petrocelli, Daniel; 'mtoberoff@ipwla.com'; 'parredondo@ipwla.com'; Cassandra Seto |
| **Subject:** | Re: DC Comics v. PPC |
| **Attachments:** | DC v. PPC.Letters.Adams-Petrocelli.PRODUCTION.8.13.2012.pdf |

Matt:

Your false accusations are not well-taken. As we have no service agreement, we properly served the document via U.S. mail on August 13. Nonetheless, and solely as a courtesy, I've attached a PDF copy of the production and the cover letter.

Keith G. Adams
Toberoff & Associates, P.C.
22337 Pacific Coast Highway #348
Malibu, California 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: kgadams@ipwla.com
http://www.ipwla.com

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---

**From:** "Kline, Matthew" <MKline@OMM.com>
**To:** "'kgadams@ipwla.com'" <kgadams@ipwla.com>; "Seto, Cassandra" <cseto@OMM.com>
**Cc:** "Petrocelli, Daniel" <DPetrocelli@OMM.com>; "'mtoberoff@ipwla.com'" <mtoberoff@ipwla.com>; "'parredondo@ipwla.com'" <parredondo@ipwla.com>; "'rkendall@kbkfirm.com'" <rkendall@kbkfirm.com>; "'ndaum@kbkfirm.com'" <ndaum@kbkfirm.com>
**Sent:** Wednesday, August 15, 2012 7:15 AM
**Subject:** Re: DC Comics v. PPC

Counsel:

We still don't have the email Judge Wright ordered you to produce to DC two days ago. You leave us no choice but to inform the Court of your further misconduct and to seek all appropriate relief.

Matt Kline

---

**From**: Kline, Matthew
**Sent**: Tuesday, August 14, 2012 04:15 PM
**To**: 'kgadams@ipwla.com' <kgadams@ipwla.com>; Seto, Cassandra
**Cc**: Petrocelli, Daniel; 'mtoberoff@ipwla.com' <mtoberoff@ipwla.com>; 'parredondo@ipwla.com' <parredondo@ipwla.com>
**Subject**: Re: DC Comics v. PPC

We don't have a copy. Please email it immediately.

---

**From**: Keith Adams [mailto:kgadams@ipwla.com]
**Sent**: Tuesday, August 14, 2012 03:58 PM

1

**Exhibit D**

9

1  Marc Toberoff (State Bar No. 188547)
   *mtoberoff@ipwla.com*
2  Keith G. Adams (State Bar No. 240497)
   *kgadams@ipwla.com*
3  Pablo D. Arredondo (State Bar No. 241142)
   *parredondo@ipwla.com*
4  TOBEROFF & ASSOCIATES, P.C.
   22337 Pacific Coast Highway #348
5  Malibu, California 90265
   Telephone: (310) 246-3333
6  Fax:       (310) 246-3101

7  Attorneys for Defendants Mark Warren
   Peary, as personal representative of the
8  Estate of Joseph Shuster, Jean Adele Peavy,
   and Laura Siegel Larson, individually and
9  as personal representative of the Estate of
   Joanne Siegel

10
## UNITED STATES DISTRICT COURT
11
## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION
12

| | |
|---|---|
| DC COMICS, | Case No: CV 10-03633 ODW (RZx) |
| Plaintiff, | Hon. Otis D. Wright II, U.S.D.J. |
| vs. | Hon. Ralph Zarefsky, U.S.M.J. |
| PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive, | **DECLARATION OF DANIELLE YAMAMOTO**<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set |
| Defendants. | |

**Exhibit E**
**10**
DECLARATION OF DANIELLE YAMAMOTO

# DECLARATION OF DANIELLE D. YAMAMOTO

I, Danielle Yamamoto, declare as follows:

1. I am the executive assistant to Marc Toberoff, principal at the law firm of Toberoff & Associates, P.C., counsel of record for defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel, in the above-captioned action, and for plaintiff Laura Siegel Larson in the related case of *Siegel v. Warner Bros. Entertainment Inc., et al.*, C.D. Cal. Case No. 04-CV-08400 ODW (RZx).

2. As part of my duties, I handle outgoing mail for the firm on a daily basis.

3. Attached hereto as Exhibit "A" is a true and correct copy of a cover letter that, on Monday, August 13, 2012 at approximately 1:15 p.m., I caused to be mailed to Daniel Petrocelli, counsel for plaintiff DC Comics, enclosing with the cover letter a November 17, 2001 email from Mr. Toberoff to Michael Siegel, Bates-labeled EOMS 00218-220. I did so by placing the documents in an envelope, with postage pre-paid, addressed to Daniel Petrocelli, O'Melveny and Meyers, LLP, 1999 Avenue of the Stars, Suite 700, Los Angeles, California 90067, bringing said envelope to MBSC, a mail service located at 22337 Pacific Coast Highway, Malibu California, 90265, and depositing said envelope in MBSC's mail box which is clearly marked "Mail Drop."

4. I am informed and believe that on a daily basis MBSC delivers collected outgoing mail to the United States Post Office at approximately 4:30 p.m.

Executed on August 17, 2012, at Malibu, California.

*[signature]*
Danielle D. Yamamoto

**Exhibit E**
11

DECLARATION OF DANIELLE YAMAMOTO

**Pablo Arredondo**

| | |
|---|---|
| **From:** | marc.toberoff@gmail.com on behalf of Marc Toberoff [mtoberoff@ipwla.com] |
| **Sent:** | Thursday, July 12, 2012 4:11 PM |
| **To:** | Matthew Kline |
| **Cc:** | Daniel M. Petrocelli; Seto, Cassandra; Tokoro, Jason; Pablo Arredondo; David Harris |
| **Subject:** | Vacation Schedule |

Matt:

I double-checked with my wife, and the dates our summer family vacation are August 18 through Labor Day, Sept.3, 2012 and she purchased plane tickets for these date long ago.

I am working on a proposed schedule for summary judgment cross-motions.  Please provide me with your and Dan's exact vacation dates (if possible) so I can propose a schedule that does not impinge on those dates as well.

Thanks

--
**Marc Toberoff**
Toberoff & Associates, PC
22337 Pacific Coast Highway, # 348
Malibu, CA 90265
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com