# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 10-3633 ODW (RZx) | Date | August 30, 2012 |
|---|---|---|---|
| Title | *DC Comics v. Pacific Pictures Corp., et al.* | | |

Present: The Honorable Otis D. Wright II, United States District Judge

| Sheila English | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):      Attorneys Present for Defendant(s):

Not Present      Not Present

**Proceedings (In Chambers):** Order Re Motion for Summary judgment [458]

The parties are ordered to appear before this Court on Wednesday**, September 5, 2012 at 1:30 pm**, regarding the tentative decision on DC's motion for summary judgment.

**SO ORDERED**

---- : 00

Initials of Preparer      SE