| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #097802) |
| | dpetrocelli@omm.com |
| 2 | MATTHEW T. KLINE (S.B. #211640) |
| | mkline@omm.com |
| 3 | CASSANDRA L. SETO (S.B. #246608) |
| | cseto@omm.com |
| 4 | O'MELVENY & MYERS LLP |
| | 1999 Avenue of the Stars, 7th Floor |
| 5 | Los Angeles, CA  90067-6035 |
| | Telephone:  (310) 553-6700 |
| 6 | Facsimile:   (310) 246-6779 |

Attorneys for Plaintiff DC Comics

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS, | Case No. CV 10-03633 ODW (RZx) |
| Plaintiff, | **DECLARATION OF JASON H. TOKORO IN SUPPORT OF DC COMICS' OBJECTION TO PORTION OF DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION OF THE COURT'S JULY 16, 2012, ORDER** |
| v. | |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive, | |
| | **Judge**:         Hon. Otis D. Wright II |
| | **Magistrate**: Hon. Ralph Zarefsky |
| | **Hearing Date**: Aug. 6, 2012 |
| | **Hearing Time**: 1:30 p.m. |
| Defendants. | **Courtroom**:    11 |

# DECLARATION OF JASON H. TOKORO

I, Jason H. Tokoro, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am an associate at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in support of DC Comics' Objection To Portion Of Defendants' Reply In Support Of Motion For Reconsideration Of The Court's July 16, 2012, Order. I have personal knowledge of the matters set forth in this declaration.

2. Attached hereto as Exhibit A is a true and correct copy of a letter from defense counsel Keith Adams to my colleagues, Daniel M. Petrocelli and Matthew T. Kline, dated August 13, 2012.

3. I have reviewed the November 17, 2001, email from Marc Toberoff to Michael Siegel, which is the subject of defendants' motion for reconsideration. The November 17 email does not bear the word "Advertisement," "Newsletter," or words of similar import anywhere in the document.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 30th day of August, 2012, at Los Angeles, California.

                                              /s/ Jason H. Tokoro
                                              Jason H. Tokoro