# EXHIBIT A

# TOBEROFF & ASSOCIATES, P.C.

A PROFESSIONAL CORPORATION

22631 PACIFIC COAST HIGHWAY #348
MALIBU, CALIFORNIA 90265

MARC TOBEROFF*
KEITH G. ADAMS
PABLO D. ARREDONDO*
DAVID HARRIS

* Also admitted in New York

TELEPHONE
(310) 246-3333

FACSIMILE
(310) 246-3101

kgadams@ipwla.com

August 13, 2012

Via U.S. Mail

Daniel Petrocelli, Matthew Kline
O'Melveny and Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Re:   DC Comics v. Pacific Pictures Corp., et al., Case No. 10-CV-03633 ODW (RZx)

Counsel:

Pursuant to the Court's July 16, 2012 order (Docket No. 457), enclosed please find the November 17, 2001 e-mail from Marc Toberoff to Michael Siegel. Defendants' motion for reconsideration of the Court's July 16 order (Docket No. 466) is pending. The document is properly subject to the attorney-client privilege, and defendants will pursue all available remedies if DC or its counsel disseminates this privileged information, or attempts to use it in public filings, prior to the Court's decision on that pending motion.

All of Defendants' rights are reserved.

Very truly yours,

Keith Adams

EXHIBIT A
2