

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
U.S. COURTHOUSE
312 NORTH SPRING STREET, ROOM G-8
LOS ANGELES, CA 90012

**TERRY NAFISI**
District Court Executive and
Clerk of Court

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**RECORD TRANSMITTAL FORM FOR SEALED DOCUMENTS**

Date: _____

| | | | |
|---|---|---|---|
| To: | **U.S. Court of Appeals** | **Attention:** ☐ | Civil |
| | **for the Ninth Circuit** | ☐ | Criminal |
| | Office of the Clerk | ☐ | Docketing |
| | 95 Seventh Street | ☐ | Records Unit |
| | San Francisco, California 94103 | | |

From: **U.S. District Court**
**Central District of California**
312 North Spring Street, Room G-8
Los Angeles, California 90012

D C No. _____   Appeals No. _____

Short Title _____

Sealed documents in _____ envelopes    ☐ under seal

Sealed documents in _____ Boxes       ☐ under seal

Other:

*Note:* Please return sealed documents in same manner as received.

By _____
                                       Deputy Clerk

Acknowledgment: _____   Date: _____

---

A-22 (09/08)

**APPEALS TRANSMITTAL LETTER**
SEALED DOCUMENT(S)