UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-03633-ODW(RZx) | Date | September 5, 2012 |
|---|---|---|---|
| Title | DC Comics v. Pacific Pictures Corporation et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge |
|---|---|

| Sheila English | Katie Thibodeaux |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Daniel M Petrocelli<br>Jason Tokoro<br>Matthew T Kline<br>Dimitri D Portnoi | Marc Toberoff<br>Keith Gregory Adams<br>Pablo D Arredondo |

**Proceedings:**   MOTION for Partial Summary Judgment as to First and Third Claims for Relief [458]

The case is called, appearances are made.  The Court hears argument from counsel.

The matter is submitted.  An order will issue.

:   1   25

Initials of Preparer   se