```
 1  DANIEL M. PETROCELLI (S.B. #097802)
    dpetrocelli@omm.com
 2  MATTHEW T. KLINE (S.B. #211640)
    mkline@omm.com
 3  CASSANDRA L. SETO (S.B. #246608)
    cseto@omm.com
 4  O'MELVENY & MYERS LLP
    1999 Avenue of the Stars, 7th Floor
 5  Los Angeles, CA  90067-6035
    Telephone:  (310) 553-6700
 6  Facsimile:  (310) 246-6779

 7  Attorneys for Plaintiff DC Comics
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DECLARATION OF DAMON BONESTEEL IN SUPPORT OF PLAINTIFF DC COMICS' OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON FIRST, SECOND AND THIRD CLAIMS FOR RELIEF**<br><br>Hon. Otis D. Wright II<br><br>Hearing Date:  Oct. 15, 2012<br>Hearing Time:  1:30 p.m.<br>Courtroom:  11 |

BONESTEEL DECL. ISO DC'S OPP. TO
DEFS.' MOT. FOR PARTIAL SUMM. J.

## DECLARATION OF DAMON BONESTEEL

I, Damon Bonesteel, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am a Senior Vice President of Legal and Business Affairs at Warner Bros. Entertainment Inc. ("Warner Bros."), an affiliate of plaintiff DC Comics ("DC"). I submit this declaration in support of DC's Opposition To Defendants' Motion For Partial Summary Judgment. I have personal knowledge of the facts set forth in this declaration, and if called upon as a witness, I could and would testify competently thereto.

2. I have reviewed the publicly available transcript of an oral argument held before this Court on September 5, 2012, during which counsel for defendants Marc Toberoff asserted that DC had "contrived" and "cooked up" arguments concerning the impact of a 1992 agreement between DC and the heirs of Joseph Shuster, and that DC did so only after hiring attorney Daniel Petrocelli in 2010. I have reproduced below Mr. Toberoff's statements to this effect (emphases mine):

> *You know what the first time is that [DC] mentioned the 1992 agreement? After they replaced their lawyers and they hired new counsel, and new counsel came up with this theory.* But, that is what I meant, your Honor, when I was talking about fancy. I wasn't referring to your tentative. I was referring to *a new argument that is being contrived by lawyers that bears no relation to the actual document that was signed by the parties.* That is what I meant by that comment. Docket No. 489 at 24:15-24.
>
> *DC has never acted as if this 1992 agreement is the basis of its chain of title,* and the reason, your Honor, why I wanted to put that agreement in front of you is because it really is not credible that Warner Brothers and DC is relying for $400 million movies in a billion dollar business on this half page resolution in an agreement with Jean Peavy and Frank Schuster [sic]. *Id.* at 34:15-22.
>
> *[DC] never came up with that argument ever before. They came up with that argument when they hired Mr. Petrocelli in 2010. That is when they first presented that argument* even though the termination notices were served in 2003. *Id.* at 39:18-40:4.

- 1 -

BONESTEEL DECL. ISO DC'S OPP. TO DEFS.' MOT. FOR PARTIAL SUMM. J.

1 | We served termination notices in 2003. *And from all this time from 2003
2 | to 2010, no one said peep about you can't do this, the 1992
3 | agreement.... This is cooked up now, and I'm sorry to say it is a side show.* Id. at 44:2-15.

4 |     3.    Mr. Toberoff's representations to the Court were untrue. Warner Bros.
5 | relied on the 1992 agreement as an all-encompassing grant of Superman copyrights
6 | long before retaining Mr. Petrocelli in 2010. For example, in 2006, in dealing with
7 | a foreign government, Warner Bros. directly relied on the 1992 agreement as a
8 | grant by the Shuster heirs to DC of all copyrights in any and all work created in
9 | whole or in part by Joseph Shuster, including Superman.

10 |     I declare under penalty of perjury under the laws of the United States that the
11 | foregoing is true and correct and that this declaration is executed this 21st day of
12 | September 2012 at _Madrid_, Spain.

                                                                   /s/ Damon Bonesteel
                                                                     Damon Bonesteel

BONESTEEL DECL. ISO DC'S OPP. TO DEFS.' MOT. FOR PARTIAL SUMM. J.