# EXHIBIT 11



EXHIBIT 11
432







EXHIBIT 11
433











EXHIBIT 11
435












EXHIBIT 11
436

