# EXHIBIT 12

# Part 1 of 2





EXHIBIT 12

439







EXHIBIT 12
440

Case 2:10-cv-03633-ODW-RZ   Document 493-3   Filed 09/21/12   Page 5 of 11   Page ID #:30647









EXHIBIT 12
441










EXHIBIT 12
442



Case 2:10-cv-03633-ODW-RZ   Document 493-3   Filed 09/21/12   Page 8 of 11   Page ID #:30599









EXHIBIT 12
444



EXHIBIT 12
445



EXHIBIT 12
446










EXHIBIT 12
447