# EXHIBIT 12

# Part 2 of 2










EXHIBIT 12

448








EXHIBIT 12
449










EXHIBIT 12
450











EXHIBIT 12

452










EXHIBIT 12
454















EXHIBIT 12
456



EXHIBIT 12
457