# EXHIBIT 24



# Copyright Research Report

**Client Name:** Warner Bros. Inc.

**Attention:** Ms. Irene Slade

**Date Received:** August 22, 1994

**Date Mailed:** August 24, 1994

**Property Searched:** **SUPERMAN**

**For/By:** Character

**Analyst:** Nancy H. McAleer

**Scope of Search:** Full

**Service:** _____ Reg.    _X_ Expedited

Acceptance and reliance upon this report by the client constitutes an acceptance of its terms, conditions and limitations. Any liability arising out of the preparation of this report is limited to a refund of the search fee paid.

We have taken all reasonable steps to ensure the completeness and accuracy of this report; however, due to the highly subjective nature of copyright and title searching we cannot otherwise guarantee these results. This search is valid only for the property or title noted above. If the property or title which was the subject of this search is changed, even slightly, a new search should be conducted. Please note that this report in no way constitutes a legal opinion.

COPYRIGHT RESEARCH GROUP, 1750 K St., N.W., Suite 200, Washington, DC 20006-2305
Thomson & Thomson    Telephone: (202) 835-0240 (800) 356-8630 FAX: (202) 728-0744

**EXHIBIT 24**
**598**

**Thomson & Thomson**

August 24, 1994

**VIA TELECOPIER**

Ms. Irene Slade
Warner Bros. Inc.
4000 Warner Blvd.
Burbank, CA  91522

### Character Search - SUPERMAN

Dear Ms. Slade:

A search of the records of the Copyright Office, the card indices of the Library of Congress and the records and files of this office reveals that the **character** known as **SUPERMAN**, created by Jerry Siegel and Joe Shuster, first appeared in <u>Action Comics</u>, No. 1, issue of June 1938, with copyright secured on the blanket copyright on this periodical in the name of Detective Comics, Inc. as of a publication date of April 18, 1938, under entry No. B: 379787.  The copyright in the story entitled **SUPERMAN** was separately renewed in the names of Jerome Siegel and Joe Shuster, claiming as authors, April 19, 1965, under entry No. R: 361642. It was also renewed in the name of National Periodical Publications Inc., claiming as proprietor of copyright in a work made for hire, June 1, 1965, under entry No. R: 362188.

The story as originally published in <u>Action Comics</u> was reportedly incomplete, but was later republished in its entirety in the summer of 1939 as the comic book **SUPERMAN**, Vol. 1, No. 1. Although we find no record of copyright registration or subsequent renewal of a work identified as Vol. 1, No. 1 of this periodical, the records do contain a registration for a work entitled **SUPERMAN (THE COMPLETE STORY OF THE DARING EXPLOITS OF THE ONE AND ONLY SUPERMAN)**, by Jerome Siegel and Joe Shuster, which was **registered for copyright** in the name of Detective Comics Inc., as of a publication date of May 18, 1939, under entry No. AA: 299871.  This copyright was renewed in the name of National Periodical Publications, Inc., claiming as proprietor of copyright in a work made for hire, July 1, 1966, under entry No. R: 388937.

The character **SUPERMAN** made its debut as a daily comic strip on January 16, 1939, and as a Sunday strip on November 5, 1939. It was distributed by and **registered for copyright** in the name of the McClure Newspaper Syndicate, through September 30, 1949. Beginning in October 1949, the strip was drawn by Wayne Boring, **and registered for copyright** in the name of National Comics Publications, Inc.  Beginning in 1958, the strip was drawn by

Boston
·
Washington, D.C.
·
Los Angeles
·
New York
·
Chicago
·
Antwerp
·
London
·
Montreal
·
Toronto

500 E Street, SW Suite 970, Washington, D.C. 20024-2710    Telephone: 202-488-2900    Fax: 202-546-8069    Telex: 6974942 (CPYRGHT)

**EXHIBIT 24**
**599**

Curt Swann, and **registered for copyright** in the name of Superman, Inc.  In 1961, the strip was **registered for copyright** in the name of National Periodical Publications Inc.  It was discontinued in 1967.  These copyrights were renewed in the names of Jerome Siegel and Joe Shuster, claiming as authors.  The copyrights in the comic strips originally published through 1943 were renewed both in the names of Jerome Siegel and Joe Shuster, claiming as authors, and in the name of National Periodical Publications Inc., claiming as proprietors of copyright in a work made for hire.  Thereafter, renewals were made in the name of National Periodical Publications Inc., and later, beginning with the 1950 releases, in the name of DC Comics Inc.

The character **SUPERMAN** continued to be presented in <u>Action Comics</u>, issues of which were **registered for copyright** in the name of Detective Comics, Inc., with the story entitled **SUPERMAN** renewed both in the names of Jerome Siegel and Joe Shuster, claiming as authors, and in the name of National Periodical Publications Inc., claiming as proprietor of copyright in a work made for hire, through the 1943 issues.

The comic book **SUPERMAN** was published quarterly and **registered for copyright** in the name of Detective Comics Inc. through the issue of Spring 1940.  Beginning in the summer of 1940, the comic book was published bimonthly, and **registered for copyright** in the name of Superman Inc.  Beginning in February of 1946, the comic book was **registered for copyright** in the name of National Comics Publications Inc. through 1949, when it was again **registered for copyright** in the name of Superman Inc.  Beginning in 1950, registrations began in the name of National Periodical Publications Inc.; beginning in 1976, issues were **registered for copyright** in the name of DC Comics Inc.  In 1986, the title of the comic book was changed to **THE ADVENTURES OF SUPERMAN**.  The copyrights in the issues published through 1943 were renewed both in the names of Jerome Siegel and Joe Shuster, claiming as authors, and in the name of National Periodical Publications, claiming as proprietor of copyright in a work made for hire.  Thereafter, renewals were made only in the name of National Periodical Publications Inc., and, beginning with issues published in 1950, in the name of DC Comics Inc, claiming as proprietor of copyright in a work made for hire.  Renewal registrations continue to be made in the name of DC Comics, Inc., through the present.

A series of 14 prints by Jerry Siegel and Joe Shuster, with titles such as **SUPERMAN ATTACKING AN AEROPLANE IN MIDAIR, SUPERMAN CARRYING A MAN UNDER EACH ARM**, were **registered for copyright** in the name of Superman Inc. as of a publication date of July 26, 1940.  We find no record of renewal for these copyright registrations.

2

EXHIBIT 24
600

Character Search - SUPERMAN

A comic book entitled **SUPERMAN-TIM** commenced publication on
August 1, 1942, and was **registered for copyright** in the name of
Superman Inc.  From 1947 through 1950, this periodical was
**registered for copyright** in the name of National Comics
Publications Inc.  These copyrights were renewed in the name of
National Periodical Publications Inc., claiming as proprietor of
copyright in a work made for hire.

In addition to the above-referenced comic books, several
other comic books featuring the character have been published,
including **SUPERMAN ANNUAL**, later **SUPERMAN - THE MAN OF STEEL
ANNUAL** (1964 - present); **SUPERMAN'S GIRLFRIEND, LOIS LANE** (1958-
1974); and **SUPERMAN'S PAL, JIMMY OLSEN** (1954 - 1974), retitled
**THE SUPERMAN FAMILY** (1974 - until at least 1984), which were
originally **registered for copyright** in the name of National
Periodical Publications Inc., and later in the name of DC Comics
Inc.  Renewals are being made as they come due in the name of DC
Comics Inc.  A comic book entitled **SUPERMAN: THE MAN OF STEEL**
commenced publication in 1991, with issues **registered for
copyright** in the name of DC Comics Inc.

A novel entitled **SUPERMAN**, by George Lowther, based on the
cartoon character, and illustrated by Joe Shuster, was **registered
for copyright** in the name of Superman, Inc., as of a publication
date of November 2, 1942, under entry No. A: 168596.  We find no
record of renewal for this copyright registration.

In the late 1940's, a youthful **"Superman"** was introduced as
**SUPERBOY** in <u>More Fun Comics</u>, another publication of Detective
Comics, Inc.  In March of 1949, the comic book **SUPERBOY** commenced
publication, and continued at least through 1970.  Issues were
**registered for copyright** in the name of National Comics
Publications Inc. until 1958, when registrations began in the
name of Superman, Inc. through 1962 when registrations began in
the name of National Periodical Publications Inc.  The copyrights
have been renewed, and continue to be renewed as they come due in
the name of DC Comics, Inc., claiming as proprietor of copyright
in a work made for hire.  (Over the years, additional works
featuring the character **"Superboy"** have been published and
registered for copyright.)

An anthology entitled **SUPERMAN - FROM THE THIRTIES TO THE
SEVENTIES**, with an introduction by E. Nelson Bridwell, was
published by Crown Publishers and **registered for copyright** in the
name of National Periodical Publications Inc., as of a
publication date of December 14, 1971, under entry No. A: 303583.
The application authors are E. Nelson Bridwell and Carmine
Infantino.  Copyright is claimed on dedication, introduction and
compilation.

3

**EXHIBIT 24**
**601**

**Character Search - SUPERMAN**

A book entitled **THE DEATH OF SUPERMAN**, by Dan Jurgens, Jerry Ordway, Louise Simonson, and Roger Stern, was created in 1992, published December 1, 1992, and **registered for copyright** in the name of DC Comics (employer for hire), February 22, 1993, under entry No. TX: 3-496-004.  Copyright is claimed on selection and compilation.

A novel entitled **THE DEATH AND LIFE OF SUPERMAN**, by Roger Stern, was created in 1992, published by Bantam Books, August 2, 1993, and **registered for copyright** in the name of DC Comics (employer for hire), September 28, 1993, under entry No. TX: 3-640-100.

A work entitled **SUPERMAN** (spine title: **SUPERMAN STYLE GUIDE**) was created in 1991, published November 11, 1991, and **registered for copyright** in the name of DC Comics, Inc., December 18, 1991, under entry No. TX: 3-221-758.  Copyright is claimed on new graphics of old and new characters, new artwork and text.

Another work, entitled **SUPERMAN BETTER THAN EVER** (application title **SUPERMAN, BETTER THAN EVER STYLE GUIDE**), containing text and illustrations, was created in 1993 and **registered for copyright** as an unpublished work in the name of DC Comics, July 16, 1993, under entry No. TXU: 579-563.  Copyright is claimed on new graphics of old and new characters, new art and new text.

Also, the in-process records of the Copyright Office disclose that an application to register a work entitled **SUPERMAN STYLE GUIDE 94** in the literary category was received from DC Comics on May 20, 1994.  The details of registration are not as yet available in the public records.

Numerous other **"Superman"** works, including books, single-issue comic books, coloring books, cut-out books, puzzles, etc., have been published and **registered for copyright** over the years, generally in the name of Superman, Inc., National Comics Publications Inc., National Periodical Publications, Inc., and most recently in the name of DC Comics Inc.

## Of Interest

According to "World Encyclopedia of Comics" the character **SUPERMAN** was based heavily on the science-fiction novel entitled **GLADIATOR**, by Philip Wylie, which featured a superhuman visitor from another planet with a dual identity.  According to E. Nelson Bridwell's introduction to "Superman: From the Thirties to the

4

**EXHIBIT 24**
**602**

Character Search - SUPERMAN

Seventies," the prototype for **SUPERMAN** is "possibly" found in Philip Wylie's **GLADIATOR**. This novel was published by Alfred A. Knopf, Inc., and **registered for copyright** in the name of the publisher as of a publication date of February 28, 1930, under entry No. A: 19846. We find no record of renewal for this copyright registration. A copy of the novel in the Library of Congress carries the following copyright notice: Copyright, 1930 by Alfred A. Knopf, Inc.

The records disclose several documents recorded in connection with this novel, as well as a motion picture based thereon. However, none of the assignments are to any party connected with the character **SUPERMAN**.

The records of the Copyright Office contain a registration for a periodical entitled **SUPER-MAN**, Vol. 1, No.1, written by and **registered for copyright** in the name of William August DeLone as of a publication date of December 30, 1931, under entry No. B: 138888. We find no record of renewal for this copyright registration.

In this connection there is of record an instrument dated **October 10, 1940**, recorded October 16, 1940, in Vol. 448, page 183, whereby William Augustus DeLone assigned to Detective Comics Inc. the copyright in the periodical **SUPER-MAN** during the residue of the copyright term, and all right, title, and interest in the title **SUPER-MAN**.

No further document affecting any right, title, or interest in this periodical is found of record in the Copyright Office.

## Derivative Works

A radio program entitled **SUPERMAN**, based on the cartoon strip, was written and produced by George Lowther, and commenced February, 1940. It was broadcast three times each week from Station WOR in New York. In 1942, the program appeared under the sponsorship of Kellogg's and was carried on some 230 stations of the Mutual Broadcasting System; the popularity of this program led to its continuation on what was generally a daily basis on weekdays until the late 1940's. We find no record of copyright registration for any of the radio scripts.

A series of animated motion pictures in one reel each, produced by Max Fleischer for Paramount Pictures, were **registered for copyright** in the name of Paramount Pictures, Inc., as follows. We find no record of renewal for these registrations.

5

EXHIBIT 24
603

**Character Search - SUPERMAN**

<u>Title</u>                                                <u>Pub. Date</u>          <u>Reg. No.</u>

| Title | Pub. Date | Reg. No. |
|---|---|---|
| SUPERMAN | Sept. 26, 1941 | LP: 10736 |
| SUPERMAN IN THE MECHANICAL MONSTERS | Nov. 28, 1941 | LP: 10906 |
| SUPERMAN IN BILLION DOLLAR LIMIT | Jan. 9, 1942 | LP: 11029 |
| SUPERMAN IN THE ARCTIC GIANT | Feb. 27, 1942 | LP: 11106 |
| SUPERMAN IN THE BULLETEERS | Mar. 27, 1942 | LP: 11182 |
| SUPERMAN IN THE MAGNETIC TELESCOPE | Apr. 24, 1942 | LP: 11247 |
| SUPERMAN IN ELECTRIC EARTHQUAKE | May 15, 1942 | LP: 11362 |
| SUPERMAN IN VOLCANO | July 10, 1942 | LP: 11454 |
| SUPERMAN IN TERROR ON THE MIDWAY | Aug. 28, 1942 | LP: 11553 |
| SUPERMAN IN THE JAPOTEURS | Sept. 18, 1942 | LP: 11607 |
| SUPERMAN IN SHOWDOWN | Oct. 16, 1942 | LP: 11667 |
| SUPERMAN IN THE ELEVENTH HOUR | Nov. 20, 1942 | LP: 11701 |
| SUPERMAN IN DESTRUCTION, INC. | Dec. 25, 1942 | LP: 11766 |
| SUPERMAN IN THE MUMMY STRIKES | Feb. 19, 1943 | LP: 11883 |
| SUPERMAN IN JUNGLE DRUMS | Mar. 26, 1943 | LP: 11964 |
| SUPERMAN IN THE UNDERGROUND WORLD | June 18, 1943 | LP: 12110 |
| SUPERMAN IN SECRET AGENT | July 30, 1943 | LP: 12574 |

These motion pictures are currently listed as available for television distribution to the export market through Westinghouse Broadcasting International under the title **ADVENTURES OF SUPERMAN**. They are currently listed as available in video format through a number of companies, including Happy Face Home Video (**ADVENTURES OF SUPERMAN, VOLS. 1-3**, containing 14 episodes), Video Yesteryear (**ADVENTURES OF SUPERMAN**, containing seven episodes), United American Video Corporation (**SUPERMAN, VOLS. 1-3**, containing nine episodes), Bridgestone Production Group (**SUPERMAN COLLECTOR SERIES, VOLS 1-3**, containing all 17 episodes), Interglobal Video (**SUPERMAN**, containing four episodes), and Media Home Entertainment/Heron Communications (**SUPERMAN**, containing seven episodes).

A serial motion picture in 15 episodes entitled **SUPERMAN**, each episode in two reels, was **registered for copyright** in the name of Columbia Pictures Corp., and renewed in the name of Columbia Pictures Industries, Inc., claiming as proprietor of copyright in a work made for hire, January 29, 1976, as follows:

| Episode No. | Pub. Date | Reg. No. | Renewal |
|---|---|---|---|
| 1. Superman Comes to Earth | July 15, 1948 | LP: 1798 | R: 625631 |
| 2. Depths of the Earth | July 22, 1948 | LP: 1770 | R: 625626 |
| 3. The Reducer Ray | July 29, 1948 | LP: 1771 | R: 625627 |
| 4. Man of Steel | Aug. 5, 1948 | LP: 1799 | R: 625632 |
| 5. A Job for Superman | Aug. 12, 1948 | LP: 1871 | R: 625640 |
| 6. Superman in Danger | July 15, 1948 | LP: 1772 | R: 625628 |

6

**EXHIBIT 24**
**604**

**Character Search - SUPERMAN**

| 7. | Into the Electric Furnace | Aug. 26, 1948 | LP: 1872 | R: 625641 |
|----|---------------------------|---------------|----------|-----------|
| 8. | Superman to the Rescue | July 15, 1948 | LP: 1773 | R: 625629 |
| 9. | Irresistible Force | July 15, 1948 | LP: 1774 | R: 625630 |
| 10. | Between Two Fires | Sept. 6, 1948 | LP: 1800 | R: 625633 |
| 11. | Superman's Dilemma | Sept. 6, 1948 | LP: 1873 | R: 625642 |
| 12. | Blast in the Depths | Sept. 6, 1948 | LP: 1806 | R: 625634 |
| 13. | Hurled to Destruction | Sept. 27, 1948 | LP: 1822 | R: 625637 |
| 14. | Superman at Bay | Sept. 20, 1948 | LP: 1868 | R: 625639 |
| 15. | The Payoff | Oct. 5, 1948 | LP: 1833 | R: 625638 |

This serial motion picture is currently listed as available in video format through Warner Home Video.

According to <u>Film Daily</u>, issue of November 15, 1948, Columbia's feature version of this serial was to be released domestically and in the foreign market. We find no record of copyright registration or subsequent renewal for this motion picture.

Another serial motion picture in 15 episodes, entitled **ATOM MAN VS. SUPERMAN**, was published in 1950 and **registered for copyright** in the name of Columbia Pictures, Corp., and renewed, March 2, 1978, in the name of DC Comics, Inc., claiming as proprietor of copyright in a work made for hire. This motion picture is currently listed as available in video format through Warner Home Video.

A motion picture entitled **SUPERMAN AND THE MOLE MEN**, a work in 58 minutes running time, released through Lippert Productions, was **registered for copyright** in the name of National Comics Publications, Inc., as of a publication date of November 5, 1951, under entry No. LP: 1267. This motion picture was released in England in 1952 under the title **SUPERMAN AND THE STRANGE PEOPLE**. This copyright was renewed in the name of DC Comics, Inc., claiming as proprietor of copyright in a work made for hire, May 1, 1979, under entry No. RE: 20-623.

This motion picture is currently listed as available in video format through Warner Home Video.

A television series entitled **THE ADVENTURES OF SUPERMAN**, originally produced by Robert Maxwell and Bernard Luber, was syndicated from 1952 through 1957. The scripts to this series **were registered for copyright** as unpublished works in the name of National Comics Publications Inc. through 1957, after which they **were registered for copyright** in the name of Superman, Inc. The television episodes were likewise **registered for copyright** in the

7

**EXHIBIT 24**
**605**

name of National Comics Publications Inc. as published through 1958, when they were **registered for copyright** in the name of DC Comics Inc.  The copyrights in the scripts and the television episodes were renewed in the name of DC Comics, Inc., claiming as proprietor of copyright in a work made for hire.

One hundred four episodes in this series are currently listed as available for television distribution in the U.S. through Warner Bros. Domestic Television Distribution under the title **SUPERMAN**.  One episode in the series, produced in 1953, is currently listed as available in video format through Video Yesteryear.  In addition, four episodes from the series, combined with four episodes from the animated 17-part serial motion picture, are currently listed as available in video format (color) through Warner Home Video under the title **T.V.'S BEST ADVENTURES OF SUPERMAN - VOLS. 1-4**.

The character **SUPERMAN** has also been featured in the following television series:

**THE NEW ADVENTURES OF SUPERMAN**:  Animated television series, from Filmation Associates, which premiered over the CBS television network on September 10, 1966, and ran through September 2, 1967. An animated videotape in 60 minutes running time entitled **THE NEW ADVENTURES OF SUPERMAN**, produced by Norm Prescott and Louis Scheimer, and directed by Hal Sutherland, in the series "Super Powers," was created in 1985, published July 22, 1985, and **registered for copyright** in the name of D C Comics, Inc., November 19, 1985, under entry No. PA: 274-628.  The application title is **SUPERMAN, 7 EXCITING EPISODES**.  The application author is D C Comics, Inc., employer for hire.  Copyright is claimed on new graphics of old and new characters, artwork, and text; new cinematographic material.  Seven episodes in this series are currently listed as available in video format through Warner Home Video under the title **SUPERMAN**.

**SUPERMAN-AQUAMAN HOUR OF ADVENTURE**:  Animated television series, from Filmation Associates, which premiered over the CBS television network on September 9, 1967, and ran through September 7, 1968, after which it was replaced by **THE BATMAN/SUPERMAN HOUR**, which ran from September 14, 1968 through September 6, 1969.  The episodes in these series are currently listed as available for television distribution in the United States through Warner Bros. Domestic Television Distribution.

**SUPERFRIENDS**:  Animated television series produced by Hanna-Barbera, which aired over ABC from September 1973 through August 1985, and became **THE ALL-NEW SUPERFRIENDS HOUR** beginning in 1977. Episodes in this series were **registered for copyright** in the names of Hanna-Barbera Productions, Inc., and DC Comics, Inc.

8

EXHIBIT 24
606

Character Search - SUPERMAN

One hundred ten episodes in 25 minutes each are currently listed as available for television distribution through Warner Bros. International Television Distribution.

**CHALLENGE OF THE SUPERFRIENDS:** Series produced by Hanna-Barbera, featuring **SUPERMAN,** "Batman," "Wonderwoman," and "Aquaman," which ran over ABC-TV in 1973 and 1974, and returned in September 1978. Fifteen episodes in the series, as created and published in 1978, have been **registered for copyright** in the name of Hanna-Barbera Productions, Inc., and DC Comics, Inc. Sixteen episodes in 52 minutes running time each are currently listed as available for television distribution to the export market through Warner Bros. International Television Distribution.

**SUPERMAN:** Animated television series produced by Ruby/Spears Enterprises, which was broadcast over CBS-TV from September 17, 1988 through September 2, 1989. Eleven episodes in this series, as created in 1988, and published September through November 1988, were **registered for copyright** in the names of Ruby-Spears Enterprises, Inc., and D C Comics, Inc., December 20, 1988.

**ADVENTURES OF SUPERBOY:** Television series featuring **"Superman"** as a college student, produced by Alexander and Ilya Salkind, 1988-1993. Several episodes in the series have been **registered for copyright** in the name of Cantharus Productions, N.V. One hundred episodes in 25 minutes running time each are currently listed as available for television distribution worldwide through Viacom Entertainment Group.

**LOIS & CLARK: THE NEW ADVENTURES OF SUPERMAN:** Television series produced by Roundelay Productions and Warner Bros. Television, starring Dean Cain and Teri Hatcher, which premiered in a 105 minute pilot on September 12, 1993. Subsequent episodes are 60 minutes each. We find no record of copyright registration for the episodes in this series. Twelve episodes are currently listed as available for television distribution to the export market through Warner Bros. International Television Distribution.

     The records disclose numerous registrations for books and other spinoff material relating to several of the television series.

     A musical play entitled **IT'S A BIRD . . . IT'S A PLANE . . . IT'S SUPERMAN,** also referred to in the trades as **SUPERMAN,** music by Charles Strouse, lyrics by Lee Adams, book by David Newman and Robert Benton, produced by Harold Prince opened February 15, 1966 at the Shubert Theatre in Philadelphia, and on March 29, 1966 at the Alvin Theatre in New York, where it closed on July 17, 1966, after 129 performances. The "final playing version," book and

9

EXHIBIT 24
607

lyrics only, **was registered for copyright** as an unpublished work
in the names of Robert Benton and David Newman, October 20, 1966,
under entry No. DU: 67049.  This work is eligible for renewal
registration beginning this year.  No record of a renewal
registration for this copyright is found.  However, legislation
enacted in 1992 automatically extends the term of copyrights
secured between January 1, 1964 and December 31, 1977 to a
further term of 47 years.  The musical numbers from this show
**were separately registered for copyright** as unpublished works in
the names of Charles Strouse and Lee Adams.

This musical was produced as a telefeature in 1975, produced
by Norman Twain and directed by Jack Regas, and broadcast over
the ABC television network.  According to the copyright
application, this work was created in 1975, published February
21, 1975, and **registered for copyright** in the name of Norman
Twain Productions (employer for hire), December 27, 1990, under
entry No. PA: 552-357.  An additional title given is **SUPERMAN,
THE MUSICAL.**  The copyright application indicates that there was
correspondence with the Copyright Office before registration of
this work was permitted.  This work is currently listed as
available for television distribution in the U.S. through Art
Greenfield Company.

A motion picture entitled **SUPERMAN** a.k.a. **SUPERMAN: THE
MOVIE,** a work in eight film reels (143 minutes running time),
distributed and released by Warner Bros., presented by Alexander
Salkind, a Richard Donner film, an International Film Production,
Inc., picture, an Alexander and Ilya Salkind production, was
produced by Pierre Spengler, directed by Richard Donner, and
starred Marlon Brando and Christopher Reeve.  According to the
copyright application, this work was created in 1978, published
December 10, 1978, and **registered for copyright** in the name of
Film Export, A.G., December 13, 1978, under entry No. PA: 20-921.
The application author is Film Export, A.G., employer for hire,
as author of entire work excluding all original compositions.
The application identifies the preexisting material as characters
from the comic strip and magazines.  Copyright is claimed on
original film dramatization, new characters, and other additional
materials, excluding all original compositions.

This motion picture is currently listed as available for
television distribution in the United States through Warner Bros.
Domestic Television Distribution and to the export market through
Warner Bros. International Television Distribution.  It is
currently listed as available in video format through Warner Home
Video and RCA Selectavision Videodiscs.

This motion picture is based on a story and screenplay by
Mario Puzo, which was not separately registered for copyright.

10

**EXHIBIT 24**

**Character Search - SUPERMAN**

The records contain a number of registrations for material related to or derived from the motion picture entitled **SUPERMAN - THE MOVIE**, including the following:

**THE MAKING OF SUPERMAN I--THE MOVIE:**  Motion picture in 48 minutes running time, produced by Gordon Arnel, written and directed by Iain Johnstone, presented by Alexander Salkind, narrated by Ernie Anderson, created in 1979, published January 24, 1982, and **registered for copyright** in the name of Cantharus Productions, N.V., February 9, 1984, under entry No. PA: 198-156. The application author is Film Export, A.G., employer for hire. The application states that the film is nearly all new documentary footage with some scenes from the original film. This motion picture is currently listed as available for television distribution worldwide through Viacom Entertainment Group.  It is currently listed as available in video format through USA Home Video.

**SUPERMAN, THE MOVIE:**  Book, created in 1978, published December 11, 1978, and **registered for copyright** in the name of D.C. Comics, Inc., January 12, 1979, under entry No. TX: 216-935.

**SUPERMAN: THE MOVIE:**  Script by Bob Rozakis and Paul Levitz, art by Joe Staton, created in 1978, published December 5, 1978, and **registered for copyright** in the name of Parkes Run Publishing Company, June 29, 1979, under entry No. TX: 419-836.  The application author is Parkes Run Publishing Company, employer for hire.  Copyright is claimed on original text and illustrations. The copyright application indicates that there was correspondence with the Copyright Office before registration of this work was permitted.

A sequel motion picture entitled **SUPERMAN II**, a work in 127 minutes running time, an Alexander and Ilya Salkind production, was produced by Pierre Spengler, and directed by Richard Donner. According to the copyright application, this work was created in 1980, and **registered for copyright** as an unpublished work in the name of Film Export, A.B., September 23, 1980, under entry No. PAU: 228-419.  The deposit consists of 21 photographs deposited in lieu of the motion picture, credit sheets, description sheet, and a seven-page synopsis.  The application author is Dovemead, Ltd., employer for hire, as author of motion picture, including, without limitation, story and screenplay materials, audio, visual and cinematographic materials.  The application describes the preexisting material as characters from the comic strip and magazines, musical compositions, the motion picture **SUPERMAN**. Copyright is claimed on entire work excluding original musical compositions.

11

EXHIBIT 24
609

**Character Search - SUPERMAN**

This motion picture is currently listed as available for television distribution in the United States through Warner Bros. Domestic Television Distribution and to the export market through Warner Bros. International Television Distribution. It is currently listed as available in video format through Warner Home Video and RCA Selectavision Videodiscs. "Baseline," last updated April 3, 1992, lists Columbia-EMI-Warner as distributor for Great Britain.

This motion picture is based on a story and screenplay by Mario Puzo, which was not separately registered for copyright.

The records contain a number of registrations for material pertaining to **SUPERMAN II**, including the following:

**THE MAKING OF SUPERMAN II**: Motion picture in 50 minutes running time, produced by Maria Monreal, written and directed by Iain Johnstone, presented by Alexander Salkind, narrated by Ernie, Anderson, created in 1982, published July 17, 1983 (in notice: 1982), and **registered for copyright** in the name of Cantharus Productions, N.V., February 9, 1984, under entry No. PA: 198-157. The application author is International Film Production, Inc., employer for hire. The application states that the film is nearly all new documentary footage with some scenes from the original film. This motion picture is currently listed as available for television distribution worldwide through Viacom Entertainment Group. It is currently listed as available in video format through USA Home Video.

**SUPERMAN II GAME**: Game, created in 1981, published February 17, 1981, and **registered for copyright** in the name of Milton Bradley Company June 10, 1981, under entry No. TX: 735-453. The application author is Milton Bradley Company, employer for hire. Copyright is claimed on text. The pictorial matter was separately **registered for copyright** in the name of D C Comics, Inc., under entry No. VA: 76-4367.

Another sequel, entitled **SUPERMAN III**, a work in seven film reels (123 minutes running time), was produced by Pierre Spengler, directed by Richard Lester, released by Warner Bros. as an Alexander and Ilya Salkind production, and starred Christopher Reeve, Richard Pryor, and Jackie Cooper. According to the copyright application, this work was created in 1983, published June 17, 1983, and **registered for copyright** in the name of Cantharus Productions, N.V., September 14, 1983, under entry No. PAU: 188-454. The application author is Dovemead, Ltd., employer for hire. The application describes the preexisting material as motion pictures **SUPERMAN** and **SUPERMAN II**, comic book characters, film scores, music compositions and sound recordings. Copyright

12

**EXHIBIT 24**
**610**

is claimed on motion picture, including without limitation, story and screenplay materials, audio, visual and other cinematographic material.

This motion picture is currently listed as available for television distribution worldwide through Viacom Entertainment Group and in video format through Warner Home Video. "Baseline," last updated February 21, 1992, lists the distributors as Warner Bros. (USA), Warner Home Video (video-USA), and Columbia-EMI-Warner (Great Britain).

This motion picture is based on a screenplay by David and Leslie Newman, which was not separately registered for copyright.

The records contain a number of registrations for material related to or derived from **SUPERMAN III**, including the following:

**SUPERMAN III**: Novelization by William Kotzwinkle, based on a screenplay by David Newman and Leslie Newman, created in 1982, published June 15, 1983, and **registered for copyright** in the name of D C Comic, Inc., June 21, 1983, under entry No. TX: 1-220-170. The application author is Nightingale, Inc., employer for hire, as author of entire text. The copyright application indicates that there was correspondence with the Copyright Office before registration of this work was permitted.

SUPERMAN III CARD GAME: Created in 1983, published May 28, 1983, and **registered for copyright** in the name of Parker Brothers, division of C P G Products Corporation and D.C. Comics, Inc., September 7, 1983, under entry No. VA: 147-378. The application author is Parker Brothers, division of C P G Products Corporation, employer for hire, as author of text and artwork. Copyright is claimed on adaptation of Superman pictorial material, additional text and artwork. The copyright application indicates that there was correspondence with the Copyright Office before registration of this work was permitted.

SUPERMAN III: PARKER BROTHERS GAME BASED ON THE MOVIE: Created in 1983, published May 28, 1983, and **registered for copyright** in the name of Parker Brothers, division of C P G Products Corporation, and D.C. comics, Inc., September 7, 1983, under entry No. VA: 151-328. Copyright is claimed on adaptation, additional graphics, and text. The copyright application indicates that there was correspondence with the Copyright Office before registration of this work was permitted.

A third sequel motion picture, entitled **SUPERMAN IV: THE QUEST FOR PEACE**, a work in 5 film reels (99 minutes running time), a Sidney J. Furie film, a Cannon Group, Inc., Golan-Globus production, produced by Menahem Golan and Yoram Globus, directed

13

**EXHIBIT 24**
**611**

by Sidney J. Furie, created in 1987, published July 24, 1987, and **registered for copyright** in the names of Cannon Films, Cannon International and Warner Brothers, Inc., July 27, 1987, under entry No. PA: 336-834.  The application authors are Cannon Films, Inc., and Cannon International, B.V.  The application indicates that the screenplay and sound recordings of three musical selections are preexisting.  Copyright is claimed on motion picture, including audio, visual, and other cinematographic material.  A supplementary registration containing a statement relating to citizenship was put on record April 12, 1988, under entry No. PA: 372-268.

This motion picture is currently listed as available for television distribution worldwide through Viacom Entertainment Group and in video format through Warner Home Video.  "Baseline," last updated September 17, 1993, lists the distributors as Warner Bros. (North America), Columbia-Cannon-Warner (Great Britain), Cannon Releasing (worldwide), Warner Home Video (video-USA/Great Britain/France), and IIS (Italy).

This motion picture is based on a screenplay entitled **SUPERMAN IV**, by Mark Rosenthal and Lawrence Konner, story by Christopher Reeve and Mark Rosenthal and Lawrence Konner, the revised third draft of which was created in 1986, and **registered for copyright** as an unpublished work in the names of Cannon Films, Inc., and Cannon International, B.V., December 4, 1986, under entry No. PAU: 909-345.  The application authors are Cannon Films, Inc., and Cannon International B.V., employers for hire.

A book entitled **SUPERMAN IV**, adapted by Nancy E. Krulik, based on the story by Christopher Reeve and Lawrence Konner and Mark Rosenthal, and screenplay by Lawrence Konner and Mark Rosenthal, was created in 1987, published August 1, 1987 and **registered for copyright** in the name of D C Comics, Inc., August 10, 1987, under entry No. TX: 2-132-139.  The application author is D C Comics, Inc., employer for hire, as author of text and compilation.  Copyright is claimed on adaptation.

A third draft screenplay entitled **SUPERMAN, THE NEW MOVIE**, by Cary Bates, apparently another sequel to this series of motion pictures, was created in 1992, and **registered for copyright** as an unpublished work in the name of Kandor Productions, Inc., February 25, 1993, under entry No. PAU: 1-712-100.

In addition, the in-process records of the Copyright Office disclose that four applications to register a works entitled **SUPERMAN V: THE SEQUEL; SUPERMAN VI: THE SEQUEL; SUPERMAN VII: THE SEQUEL;** and **SUPERMAN: THE MOVIE** in the literary category were

14

**EXHIBIT 24**
**612**

received from Warner Bros., a division of Time Warner on May 9, 1994.  The details of registration are not as yet available in the public records.

The records of the Copyright Office also disclose a number of registrations in third-party names for dramatic works featuring the character **SUPERMAN**.  There is nothing in the records to show that these are authorized adaptations.

A 60-minute television special entitled **SUPERMAN'S 50TH ANNIVERSARY: A CELEBRATION OF THE MAN OF STEEL**, produced by Broadway Video Productions, Warner Bros. Television, Guber-Peters Company, and DC Comics, was broadcast over CBS on February 29, 1988.  According to the copyright application, this work was created in 1988, published February 24, 1988, and **registered for copyright** in the name of Broadway Productions, Inc., March 17, 1988, under entry No. PA: 370-286.  The application author is Broadway Productions, Inc., employer for hire.  an additional title given is **SUPERMAN'S 50TH ANNIVERSARY**.  Copyright is claimed on compilation and editing of preexisting cinematographic material; some new cinematographic material.

The character **SUPERMAN** has also been appeared in the following:

NUNZIO:  Motion picture in approximately 85 minutes running time, a Jennings Lang production, written by James Andronica, created in 1977, published May 1, 1978, and **registered for copyright** in the name of Universal City Studios, August 29, 1978, under entry No. PA: 12-575.  The application author is Universal City Studios, Inc., employer for hire.  An additional title given is **THE EAGLE FLIES**.  The work reportedly concerns someone who fantasizes that he is **"Superman."**  This work is currently listed as available for television distribution through MCA TV International and in the U.S. through MCA TV.  A novelization of this motion picture, by John Minahan, was created in 1977, published May 25, 1988, by Ballantine Books, and **registered for copyright** in the name of MCA Publishing, a division of MCA, Inc., November 13, 1978, under entry No. TX: 261-678.

TINY TOON ADVENTURES: HOW I SPENT MY VACATION:  Animated motion picture created in 1991, published March 11, 1992, and **registered for copyright** in the name of Warner Brothers, a division of Time Warner Entertainment Company, L.P., March 31, 1993, under entry No. PA: 607-231.  The application author is Warner Brothers, Inc., employer for hire.  This work is currently listed as available for television distribution to the export market through Warner Bros. International Television Distribution.

15

EXHIBIT 24
613

HEROMANIA:  Motion picture in 50 minutes running time, produced in 1990, and featuring "the best moments from the action-packed adventures of such characters as Batman, Superman, . . . and others," currently listed as available for television distribution to the export market through Westinghouse Broadcasting International.

CBS STORYBREAK:  Weekly series produced from 1985 through 1990, featuring the animation of Hanna-Barbera, including "Superman" as one of the episodes.  Thirty-nine episodes in the series are currently listed as available for television distribution in the U.S. through CBS Entertainment and to the export market through CBS Broadcast International.

SUPER POWERS TEAMS: THE GALACTIC GUARDIANS:  Series produced in 1985, featuring the animated adventures of "Superman" and others, currently listed as available for television distribution in the U.S. through Hanna-Barbera Productions.  Eight episodes in this series, as created and published in 1985, have been registered for copyright in the name of Hanna-Barbera Productions, Inc., and D C comics, Inc.

## Recorded Instruments

By instrument dated September 12, 1946, recorded February 18, 1948, in Vol. 659, pages 48-77, it is recited that by an agreement dated August 15, 1940, Detective Comics Inc. had granted a license to Fleisher Studios to produce and release one-reel cartoons based on the comic strip SUPERMAN, but by a supplemental document, Paramount recites that it failed to exercise the option provided under an agreement dated April 22, 1941, relating to these cartoons and, accordingly, that Superman, Inc. had the right to produce and release motion pictures of any kind, based on the "Superman" material.  Paramount reserved from this declaration such rights as it originally had acquired in the seventeen one-reel cartoons produced under the earlier agreement. The 1946 instrument thereupon recites the terms of the agreement between Detective Comics Inc. and Columbia Pictures Corporation, whereby Columbia was granted the right to produce a serial photoplay of not more than fifteen episodes based on the "Superman" material, both present and future, and the right to produce a feature photoplay therefrom for release in Europe, the United Kingdom and certain other countries abroad with such rights to endure exclusively for a period of two and one-half years after the release of the first episode of the serial and for an additional three years thereafter.

16

EXHIBIT 24
614

Character Search - SUPERMAN

By instrument dated **February 24, 1947**, recorded March 25, 1947, in Vol. 626, pages 5-10, Superman, Inc., Detective Comics Inc. and other publishing companies were merged into National Comics Publications, Inc. and all the copyrights in the cartoon strips published by such earlier companies were assigned to National Comics Publications, Inc.

By instrument dated **January 6, 1948**, recorded March 5, 1958, in Vol. 1002, pages 437-8, Columbia Pictures Corporation assigned the copyright in the fifteen episodes in the serial photoplay **SUPERMAN** produced by it in 1948 to Superman, Inc.

There is of record a Final Judgment dated **May 21, 1948**, recorded June 1, 1965, in Vol. 1207, pages 1-12, wherein the New York court dismissed the complaint of Jerome Siegel and Joe Shuster, and adjudged that National Comics Publications, Inc. was the sole and exclusive owner of the **SUPERMAN** comic strip material and certain related rights. (See the "Litigation" section of this report for additional information.)

By instrument dated **January 21, 1955**, recorded January 28, 1955, in Vol. 924, pages 243-251, Essex Universal Corporation executed a mortgage of all of its right, title and interest in the sixteen one-reel (Fleisher-Paramount) **SUPERMAN** cartoons to Joseph Harris, as Trustee.

By instrument dated **January 6, 1956**, recorded March 5, 1958, in Vol. 1002, pages 437-438, Columbia Pictures Corp. quitclaimed, assigned and transferred to Superman, Inc., the copyrights in the 15-episode serial motion picture entitled **SUPERMAN**.

By instrument dated **September 30, 1957**, recorded August 5, 1958, in Vol. 1013, pages 426-7, National Comics Publications, Inc. assigned to Superman, Inc. all of its right, title and interest in the comic strip **SUPERMAN THE SUPER PRISONER OF AMAZON ISLAND** appearing in the December 1947 issue of <u>Action Comics</u>; SUPERBOY: THE SUPER TOYS OF SMALLVILLE, appearing in the December, 1957 issue of <u>Adventure Comics</u>; and SUPERMAN'S PAL, JIMMY OLSON, appearing in the December, 1957 issue of <u>Superman</u> magazine as well as the entire contents of the January, 1958 issue of <u>Superman</u> magazine.

By Assignment and Consolidation dated **January 20, 1966**, recorded February 4, 1966, in Vol. 1222, pages 348-369, National Periodical Publications Inc., successor in interest to Detective Comics Inc. and National Comics Publications, Inc., reciting that by an instrument (attached as "Exhibit A") dated July 3, 1944, McClure Newspaper Syndicate assigned to Detective Comics, Inc. all its right, title and interest in all copyrights in **SUPERMAN**, including the copyrights and all renewals and extensions thereof;

17

**EXHIBIT 24**
615

that by an instrument (attached as "Exhibit B") dated September 30, 1946, Detective Comics, Inc., was consolidated with other corporations into National Comics Publications, Inc.; that by an instrument (attached as "Exhibit C") dated June 29, 1961, National Comics Publications Inc. was consolidated with another corporation into National Periodical Publications, Inc.; that National Periodical Publications, Inc., thereby became vested with all the properties of Detective Comic, Inc., and National Comics Publications, Inc.; thereby stated that it is the owner of and is vested with title to all of the copyrights (and renewals and extensions thereof) in the artistic and literary works consisting of newspaper cartoon strips or continuities entitled **SUPERMAN** which the McClure Newspaper Syndicate had from the first day of publication to July 3, 1944.

By Mortgage and Assignment of Copyright dated **December 31, 1983**, recorded December 29, 1983 in Vol. 2041, pages 432-445, Warner Bros. Inc. and Warner Bros. Television Distribution, Inc. mortgaged and assigned for security to Bank of America National Trust and Savings Association (which are parties to a Purchase Agreement dated as of December 20, 1983) all its right, title and interest in the copyright in numerous listed motion pictures, including **SUPERFRIENDS**.

On **September 28, 1987**, recorded December 1, 1987 in Vol. 2331, pages 210-416, Hanna-Barbera Productions, Inc. executed a Notice of Security Interest in Copyrights to Continental Illinois National Bank and Trust Company of Chicago in connection with numerous listed works, including numerous episodes of **SUPERFRIENDS, SUPERFRIENDS HOUR, CHALLENGE OF THE SUPERFRIENDS** and **SUPER POWERS TEAMS: GALACTIC GUARDIANS**. This Notice was executed pursuant to a Security Agreement of even date between the parties.

By Copyright Assignment dated **July 26, 1988**, recorded August 8, 1988, in Vol. 2381, pages 24-27, Broadway Productions, Inc., sold and assigned to Warner Bros. Television the sole and exclusive motion picture rights and certain other rights in **SUPERMAN'S 50TH ANNIVERSARY: A CELEBRATION OF THE MAN OF STEEL**, and all documents pertaining to any rights therein.

By Copyright Mortgage and Assignment; Power of Attorney dated **February 28, 1989**, recorded March 14, 1989 in Vol. 2447, pages 1-543, Worldvision Enterprises Inc. mortgaged, assigned and transferred for security to Bankers Trust Company, throughout the world in perpetuity, all its right, title and interest of every kind and nature in and to all copyrights of every kind, including the renewals, in numerous listed works, including numerous episodes from **SUPERFRIENDS, SUPERFRIENDS HOUR; CHALLENGE OF THE**

18

EXHIBIT 24
616

**SUPERFRIENDS**, and **THE SUPER POWERS TEAM: GALACTIC GUARDIANS**, subject to the terms of a Borrowers' Pledge and Security Agreement between the parties dated as of February 28, 1989.

By Short Form Assignment of Rights dated as of **March 1, 1989**, recorded March 30, 1989 in Vol. 2466, pages 151-548, Hanna-Barbara Productions, Inc. assigned to Worldvision Enterprises, Inc. the exclusive distribution, theatrical and non-theatrical distribution rights, throughout the world for 25 years, in numerous works, including numerous episodes of **SUPERFRIENDS**, **SUPERFRIENDS HOUR, CHALLENGE OF THE SUPERFRIENDS**, and **THE SUPER POWERS TEAM: GALACTIC GUARDIANS**, subject to the terms of an agreement between the parties dated March 1, 1989.

By Security Agreement dated as of **November 18, 1991**, recorded December 3, 1991 in Vol. 2701, pages 400-476, Image Entertainment, Inc., granted to Sun Life Insurance Company of America, Inc., as agent, a security interest in all its accounts and general intangibles, all instruments, chattel paper or letters of credit, all its inventory, including without limitation all copies of any works listed on an attached Annex II (listing **SUPERMAN CARTOONS/COMPLETE** and 2,755 others), all its intellectual property, equipment, contract and agreements, documents of title, rights, claims and benefits, and all its other tangible or intangible property, as security.  This instrument refers to a Securities Purchase Agreement dated as of November 18, 1991, between itself and Sun Life Insurance Company of America, as agent.

By Short Form Notice of Assignment dated **December 4, 1991**, recorded December 9, 1991 in Vol. 2696, pages 1-799, Great American Broadcasting Co. assigned to HB Distribution Co., a wholly owned subsidiary of Turner Broadcasting System, Inc., pursuant to the Assignment and Assumption Agreement dated as of December 4, 1991 entered into among HBDC, TBS, GABCO and Great American Television and Radio, Inc., all rights acquired by GABCO under the Short Form Notice of Assignment executed concurrently by Evergreen Programs, Inc., a wholly-owned subsidiary of Worldvision Enterprises, Inc. in favor of GABCO, pursuant to the Exchange Agreement dated as of October 28, 1991 entered into by and among Worldvision, Spelling Entertainment, Inc., GABCO and GATR and the Worldvision/Evergreen Assignment and Assumption of Obligations dated December 4, 1991.  Attached to this document is a listing of 6,818 works involved, including 12 episodes of the Ruby/Spears series entitled **SUPERMAN**, numerous episodes of **SUPERFRIENDS, SUPERFRIENDS HOUR, CHALLENGE OF THE SUPERFRIENDS**, and **THE SUPER POWERS TEAM: GALACTIC GUARDIANS**.

19

EXHIBIT 24
617

By Copyright Security Agreement dated as of **December 4, 1991**, recorded December 23, 1991 in Vol. 2705, pages 1-808, Hanna-Barbera Productions, Inc., HB Entertainment Co., Inc., formerly Great American Entertainment Co., Hanna-Barbera Home Video, Hanna-Barbera Retail, Inc., Hanna-Barbera Entertainment Co., Hanna-Barbera Music Corp., Ruby-Spears Enterprises and Ruby-Spears Pictures, Inc., as security for its obligations, granted to Chase Manhattan Bank N.A., administrative agent, a continuing security interest in all their right, title and interest in 6,818 works, including 12 episodes of the Ruby/Spears series entitled **SUPERMAN**, numerous episodes of **SUPERFRIENDS**, **SUPERFRIENDS HOUR**, **CHALLENGE OF THE SUPERFRIENDS**, and **THE SUPER POWERS TEAM: GALACTIC GUARDIANS.**

By Short Form Notice of Assignment dated **December 4, 1991**, recorded December 9, 1991 in Vol. 2742, pages 1-795, Worldvision Enterprises, Inc. assigned to Evergreen Programs, Inc., and pursuant to the Worldvision/Evergreen Assignment and Assumption of Obligations dated December 4, 1991, executed pursuant to the Exchange Agreement among Worldvision, Spelling Entertainment, Inc., GABCO and Great American Television and Radio Co., Inc. dated as of October 28, 1991, all its right, title and interest in the "Worldvision rights" as that term is defined in the Exchange Agreement, including all its rights to distribute and exploit any programming arising under the agreement entered into by and between Hanna-Barbera Productions and Worldvision dated March 1, 1989 as variously amended, and all other rights pertaining to all audio-visual works of any kind or character in which the Great American Entertainment Co. has rights, whether produced for theatrical, non-theatrical, home video, television, pay cable, basic cable, or other forms of distribution in 6,818 works, including 12 episodes of the Ruby/Spears series entitled **SUPERMAN**, numerous episodes of **SUPERFRIENDS**, **SUPERFRIENDS HOUR**, **CHALLENGE OF THE SUPERFRIENDS**, and **THE SUPER POWERS TEAM: GALACTIC GUARDIANS.**

By Short Form Notice of Assignment dated **December 4, 1991**, recorded December 9, 1991 in Vol. 2743, pages 1-795, Evergreen Programs, Inc. assigned the acquired rights to Great American Broadcasting Co.

By Short Form License Under Copyright dated **December 4, 1991**, recorded December 9, 1991 in Vol. 2748, pages 1-794, HB Entertainment Co., Inc., formerly known as the Great American Entertainment Co., assigned to HB Distribution Co., a wholly-owned subsidiary of Turner Broadcasting System, Inc., to the extent it has any interest therein, pursuant to the provisions of the Distribution, License and Exhibition Agreement dated as of **October 28, 1991**, by and between HBDC and HBEC, the sole and exclusive right to distribute and otherwise exploit the audio-

20

**EXHIBIT 24**

**618**

**Character Search - SUPERMAN**

visual, audio and/or visual works listed on an attached Schedule 1 (6,818 works, including 12 episodes of the Ruby/Spears series entitled **SUPERMAN**, numerous episodes of **SUPERFRIENDS, SUPERFRIENDS HOUR, CHALLENGE OF THE SUPERFRIENDS**, and **THE SUPER POWERS TEAM: GALACTIC GUARDIANS**, and the underlying property on which they are based, in all media and all forms of use and exploitation throughout the universe for a period of 25 years. The rights assigned are pursuant and subject to the provisions of the Distribution, License and Exhibition Agreement dated as of October 28, 1991, between HBDC and HBEC.

By Termination of Assignment of Copyright dated **December 4, 1991**, recorded December 12, 1991 in Vol. 2744, pages 38-243, Continental Bank, N.A. f.k.a. Continental Illinois National Bank & Trust Company of Chicago, individually and as agent, and First National Bank of Boston, individually and as agent, released and confirmed that the security interests in the properties listed in a Loan Agreement dated as of October 6, 1987 by and among Great American Broadcasting Company, Great American Television and Radio Company, Inc., GACC Holding Company, New GACC Holdings, Inc., Continental Bank N.A., The First National Bank of Boston, Manufacturers Hanover Trust Company, National Westminster Bank USA, The Bank of New York, Star Bank N.A., Cincinnati, NCNB National Bank of North Carolina, Marine Midland Bank, N.A. Continental Bank, N.A., as agent, and The First National Bank of Boston and Ruby Spears Enterprises, Inc. had been satisfied. This document lists 2,913 titles, including numerous episodes of **SUPERFRIENDS, SUPERFRIENDS HOUR, CHALLENGE OF THE SUPERFRIENDS**, and **THE SUPER POWERS TEAM--GALACTIC GUARDIANS**.

By Assignment dated as of **June 30, 1992**, recorded November 18, 1992, in Vol. 2835, pages 471-479, DC Comics Inc., a New York, Corporation, assigned to Warner Bros. Inc. all of its right, title and interest in numerous listed works, including **ADVENTURES OF SUPERMAN ANNUAL, ADVENTURES OF SUPERMAN, ADVENTURES OF SUPERMAN DRAMATIC SERIES, ADVENTURES OF SUPERMAN MOTION PICTURE SERIES, ATOM MAN VS. SUPERMAN**, and numerous other **"Superman"** comic books and other works, and Warner Bros. Inc., thereby assigned to DC Comics a New York Partnership, all of its right, title and interest in the listed works, including the copyrights and renewals and extensions thereof, all versions, and rights in derivative and/or ancillary works based thereon, all rights to underlying works, and all rights in the physical properties, subject to all existing licenses and other agreements with third parties pertaining to the properties.

By Assignment dated **June 30, 1992**, recorded July 1, 1992, in Vol. 2901, pages 786-999 and Vol. 2902, pages 1-37, Warner Brothers, Inc., for itself and as successor to Warner Brothers Pictures Inc., Warner Brothers Seven Arts Inc., and all other

21

**EXHIBIT 24**
**619**

predecessors, Warner Home Video Inc., Licensing Corporation of America, LCA Corporate Licensing Inc., Claridge Pictures Inc., Warner Brothers Consumer Products Inc., Ladd Company, Lorimar Telepictures Corporation, Syndvision Corporation, Lorimar Services Inc., Bernie Billstein Company Inc., Bernie Billstein Productions Company, XPTNY Productions Inc., Lorimar Inc., WAD Productions Inc., (formerly Best of the Worst Productions Inc.), Fantastic Facts Inc., DA Productions Inc. (formerly Trump Card Productions Inc.), River Tower Productions Inc., Telepictures Productions Inc., Lorimar Productions Inc., Northwest Productions Inc., Idea Place Inc., Midnight Caller Productions Inc., Telepictures Animated Productions Inc., Telepictures Productions Services Inc. assigned to Time Warner Entertainment Company L.P. all their right, title and interest in connection with **THE NEW ADVENTURES OF SUPERMAN, SUPERMAN** (animated), **SUPERFRIENDS** (Years 1-9), **SUPERMAN'S 50TH ANNIVERSARY** and numerous others. Included in this assignment are all copyrights in the pictures and all rights to the works underlying the pictures, including remake and sequel rights, merchandising rights, soundtrack rights and novelization rights.

With respect to Warner Bros. Inc. and its predecessors, this assignment relates to all theatrical motion pictures, television motion pictures, television series, other television productions, animated productions and other audio visual works first publicly exhibited on or after January 1, 1950; and with respect to all other listed parties, it relates to all theatrical motion pictures, television motion pictures, television series, other television productions, animated productions and other audio visual works whenever first publicly exhibited.

By Copyright Security Interest Release and Reassignment dated **as of July 27, 1992**, recorded August 21, 1992 in Vol. 2826, pages 1-999 and continuing in Vol. 2827, pages 1-370, Bankers Trust Company, as agent, referring to the Credit Agreement dated as of February 28, 1989 between it and Aaron Spelling Productions Inc., Laurel Entertainment Inc., Spelling Films International Inc., Torand Productions and Worldvision Enterprises Inc. (the "Borrowers") entered into by the Borrowers and certain of their subsidiaries as guarantors (collectively the "Copyright Owner"), and further stating that in consideration of the execution by Copyright Owner of the Termination Agreement dated as of July 27, 1992 terminating the Credit Agreement, Bankers Trust Company hereby assigned to the Copyright Owner throughout the world in perpetuity, all its right, title and interest in 25,606 motion pictures, including numerous episodes of **SUPERFRIENDS, SUPERFRIENDS HOUR, CHALLENGE OF THE SUPERFRIENDS** and **THE SUPER POWERS TEAM--GALACTIC GUARDIANS.**

22

**EXHIBIT 24**
**620**

**Character Search - SUPERMAN**

The following instruments are of record in connection with **SUPERMAN aka SUPERMAN -- THE MOVIE**, in addition to the document recorded in Vol. 2901, pages 786-999 and Vol. 2902, pages 1-37, summarized above:

By instrument dated **January 31, 1977**, certified May 12, 1987, recorded May 18, 1987, in Vol. 2262, pages 394-463, Film Export, A.G. (Licensor), and Warner Brothers, Inc. (Distributor), agreed that, with respect to the motion picture **SUPERMAN**, for a period continuing in perpetuity, Distributor will release the picture theatrically in the U.S. not later than one year after Licensor completes delivery, in the territory of the United States and Canada and their territories and possessions, excluding Puerto Rico. Licensor thereby granted to Distributor solely throughout the Territory and during the Term, the sole and exclusive right, license and privilege, under copyright and otherwise, to exhibit, distribute, market, reissue, transmit, perform and otherwise deal in and exploit the picture and trailers thereof, and excerpts and clips therefrom, in any and all languages and versions for theatrical purposes and pay cable television. All rights not expressly granted to Distributor for the Territory, including audiovisual cassettes or like devices for other than theatrical purposes, free television rights, non-theatrical rights, trains, ships and aircraft, military installations, etc., subject to the provisions of the Agreement are reserved to and may be exercised by Licensor throughout the territory during the term, subject to certain stated limitations.

By Mortgage and Assignment of Copyright dated **December 21, 1979** and **May 2, 1980**, recorded May 6, 1980, in Vol. 1786, pages 201-214, Film Export A.G. mortgaged and assigned to N.V. Slavenburg's Bank all its right, title and interest in the copyrights and other property listed on an attached Schedule A, and all renewals and extensions of such copyrights, as security for a loan pursuant to the terms of a Loan agreement and Security Assignment dated December 21, 1979 among Film Export AG, International Film Production, Inc., Dovemead Limited, Mr. Alexander Salkind, and N.V. Slavenburg's Bank, to which this instrument is subject. The document further states that the assignor's rights derive from the Agreement between National Periodical Publications, Inc., and Film Export AG dated November 6, 1974, and that, pursuant to an agreement made January 15, 1975, Film Export AG granted to Film Trust S.A. the sole and exclusive right and license to exercise such rights of Film Export AG under the License Agreement to produce two films entitled **SUPERMAN** and **SUPERMAN II**; by an assignment dated January 31, 1977, Film Trust S.A. assigned to International Film Production Inc. all of its right, title, and interest under the Film Trust Agreement; by agreement dated January 31, 1977, as subsequently modified, International Film Production Inc. granted

23

**EXHIBIT 24**

**621**

to Film Export AG the exploitation rights in the two films; pursuant to an Agreement dated May 10, 1978 between International Film Production Inc. and Dovemead Limited, International Film Production Inc. engaged Dovemead Ltd. to make the films, and Dovemead granted to International Film Production Inc. the entire copyright and all rights therein.  Schedule A enumerates the collateral, including all right, title and interest of Film Export A.B. in and to a license to produce, exhibit and distribute any number of motion picture based on the name, title, characterizations of **SUPERMAN** and other characters as part of the "Superman family", on radio, television and other entertainment media.  Attached to the document is a list of Warner distribution agreements relating to **SUPERMAN I** and **SUPERMAN II**.

By Mortgage and Assignment of Copyright dated **December 21, 1979** and **May 2, 1980**, recorded May 6, 1980, in Vol. 1786, pages 215-228, International Film Production, Inc., executed a similar document to N.V. Slavenburg's Bank.

By Mortgage and Assignment of Copyright dated **December 21, 1979**, and **May 1, 1980**, recorded May 6, 1980, in Vol. 1786, pages 229-242, Dovemead, Ltd. executed a similar document to N.V. Slavenburg's Bank.

By Mortgage and Assignment of Copyright dated **December 31, 1983**, recorded December 29, 1983 in Vol. 2041, pages 432-445, Warner Bros. Inc. and Warner Bros. Television Distribution, Inc. mortgaged and assigned for security to Bank of America National Trust and Savings Association (which are parties to a Purchase Agreement dated as of December 20, 1983) all its right, title and interest in the copyright in numerous listed motion pictures, including this one.

By Short-Form Collateral Assignment of Rights dated **December 31, 1985**, recorded January 9, 1986, in Vol. 2159, pages 293-295, Cantharus Productions, N.V. assigned to Tri-Star Pictures, Inc., (1) all of its rights in and to that certain Rights Agreement regarding film right to the character **SUPERMAN** and other characters between Tri-Star's predecessor-in-interest, Film Export A.G., and D.C. Comics, Inc. (formerly known as National Periodical Publishing Inc.) dated November 6, 1974, and any motion pictures produced after November 5, 1985 under the authority of and based on the rights granted in that Rights Agreement, but excluding all rights subject to options in favor of Warner Bros, Inc. and any agreements between Warner and Cantharus or its predecessors-in-interest previously entered into and all rights and options in favor of The Cannon Group Inc. or Cannon Productions N.V. under that memorandum agreement dated May 21, 1985 between Alexander Salkind, on behalf of Cantharus, and Yoram Globus and Menahem Golan, on behalf of Cannon, and (2) all

24

EXHIBIT 24
622

**Character Search - SUPERMAN**

of its right, title and interest in or to the Cannon Agreement and all benefits accruing thereunder, all sums or other distributions paid or payable to and rights and options reverting to or held by Cantharus pursuant to the Cannon Agreement, and all motion pictures produced pursuant to the Cannon Agreement to the extent that Cantharus has any interests therein, all as more fully described in that certain Indemnity Agreement dated as of July 1, 1985.

The following instrument is of record in connection with **SUPERMAN II**, in addition to those instruments recorded in Vol. 1786, pages 201-242; Vol. 2041, pages 432-445; and Vol. 2901, pages 786-999 and Vol. 2902, pages 1-37, each of which is summarized above:

By Memorandum of Transfer dated **December 1, 1989**, recorded April 2, 1990, in Vol. 2529, page 458, Warner Brothers, Inc., acknowledged that it has transferred and conveyed to CBS Entertainment, a division of CBS, Inc., the exclusive right to make one network broadcast throughout the United States, its territories and possessions (excluding the Commonwealth of Puerto Rico), and Bermuda, of the motion picture **SUPERMAN II**, subject to the terms of an agreement dated as of July 21, 1989, between the parties.

The following instruments are of record in connection with **SUPERMAN III**, in addition to the instrument recorded in Vol. 2901, pages 786-999 and Vol. 2902, pages 1-37, summarized above:

By Copyright Assignment dated **May 1, 1987**, recorded May 6, 1987 in Vol. 2273, pages 309-334, Cannon Film Distribution, V.O.F., Cannon Releasing Corporation, Cannon Screen Entertainment (Holdings) Ltd., Cannon Tuschainski Film Distribution, B.V., Cannon City Film Distribution, Cannon Distributors, Inc., Bearsphere, Ltd., Cannon Argonaut Films, Ltd., Cannon Badger Films, Ltd., Cannon Berwick Films, Ltd., Cannon Broadwick Street Films, Ltd., Cannon Dreamaxe, Ltd., Cannon Elstree Distributors, Ltd., Cannon Elstree Studios, Ltd., Cannon Films, Ltd., Cannon Film Productions, Ltd. Cannon Film Sales, Ltd. Cannon Individual Pictures, Ltd., Cannon Lion International Films, Ltd., Cannon Nextlow, Ltd., Cannon Pathe Equipment Ltd., Cannon Penits Consultants, Ltd., Cannon Tudor Productions, Ltd. Cannon Vale Film Productions, Ltd. Cannon Video, Ltd., Cannon Wardour Street Films, Cannon Cinema Elilia, S.R.L., Cannon Cinema, G.m.b.H., Cannon Cinemas, Ltd., Cannon City, B.V., Cannon City Produktie Maatschappij, B.V., Cannon Irisbook, Ltd., Cannon Music, Ltd. Cannon Productions, Inc., Cannon Productions, S.R.L., Cannon Properties, Inc., Cannon Screen Entertainment, Inc., et al assigned to Loopservice Ltd., Cannon Australia, B.V. & Winter Screen Entertainment Inc. all respective rights, titles and

25

EXHIBIT 24
623

Character Search - SUPERMAN

interests in all copyrights now owned or hereafter acquired by any of them including this motion picture, and including without limitation original, renewal, extended and reversionary terms of copyright, in perpetuity throughout the universe, subject to the terms of the Library Agreement (date not given).

By Copyright Assignment dated **May 1, 1987**, recorded May 6, 1987 in Vol. 2273, pages 335-354, Cannon International, V.O.F., Cannon International, B.V., general partner, Cannon Films, Inc., Cannon Screen Entertainment, Ltd., Cannon Film Sales, Ltd. assigned to Loopservice, Ltd., Cannon Australia, B.V. and Winter Screen Entertainment, Inc. all of their right, title and interest in all copyrights now owned or hereafter acquired by any of them, including this motion picture, in perpetuity, throughout the universe.

By Copyright Assignment dated **May 1, 1987**, recorded July 7, 1987 in Vol. 2273, pages 355-404 Cannon International, V.O.F. by Cannon International, B.V., general partner, Cannon Films, Inc., Cannon Screen Entertainment, Ltd., Cannon S E Films, Inc. and Cannon Film Sales, Ltd. granted to Weintraub Entertainment (Rights), Ltd., Diepvriescentrale Hengelo Beleggingen, B.V., which name will be changed to Weintraub Entertainment Group, B.V., and Weintraub Entertainment Group, Inc. all rights, titles and interests in all copyrights in perpetuity throughout the universe in numerous properties including the above motion picture, pursuant to a motion picture library purchase agreement dated May 1, 1987.

By Copyright Assignment dated as of **May 1, 1987**, recorded July 7, 1987 in Vol. 2273, pages 405-463, Weintraub Entertainment Group, Inc., Weintraub Entertainment (Rights), Ltd., Loopservice, Ltd., Diepvriescentrale Hengelo Beleggingen, B.V., which name shall be changed to Weintraub Entertainment Group, B.V., Winter Screen Entertainment, Inc. and Cannon Australia, B.V., which name shall be changed to Cannon International Licensing, B.V. mortgaged and assigned to Credit Lyonnais Bank Nederland, N.V. all right, title and interest in numerous copyrights, including this one, and all renewals and extensions of such copyrights as security under a loan agreement security assignment dated May 1, 1987. This mortgage was released by Release of Mortgage and Assignment of Copyright dated as of **December 20, 1991**, recorded May 15, 1992, in Vol. 2697, page 437. No titles are given in this document.

By instrument dated **May 1, 1987**, recorded July 7, 1987 in Vol. 2273, page 464-519, Cannon Film Distribution, V.O.F., Cannon Releasing Corporation, Cannon Screen Entertainment (Holdings), Ltd., Cannon Tuschainski Film Distributors, Inc., Bearsphere, Ltd., Cannon Argonaut Films, Ltd., Cannon Badger Films, Ltd.,

26

EXHIBIT 24
624

Cannon Berwick Films, Ltd., Cannon Broadwick Street Films, Ltd., Cannon Dreamaxe, Ltd., Cannon Elstree Distributors, Ltd., Cannon Elstree Studios, Ltd., Cannon Films, Ltd., Cannon Film Productions, Ltd., Cannon Film Sales, Ltd., Cannon Individual Pictures, Ltd., Cannon Lion International Films, Ltd., Cannon Nextlow, Ltd., Cannon Pathe Equipment, Ltd., Cannon Penits Consultants, Ltd., Cannon Tudor Productions, Ltd., Cannon Vale Film Productions, Ltd., Cannon Video, Ltd., Cannon Wardour Street Films, Cannon Cinema Elilia, S.R.L., Cannon Cinema, G.m.b.H., Cannon Cinemas, Ltd., Cannon City, B.V., Cannon City Produktie Maatschappij, B.V., Cannon Irisbook, Ltd., Cannon Music, Ltd., Cannon Productions, Inc., Cannon Productions, S.R.L., Cannon Properties, Inc., Cannon Screen Entertainment, Inc., et al. granted to Weintraub Entertainment (Rights), Ltd., Diepvriescentrale Hengelo Beleggingen, B.V., which name will be changes to Weintraub Entertainment Group, B.V. and Weintraub Entertainment Group, Inc. all rights, titles and interests in all copyrights in perpetuity throughout the universe in numerous properties including the above motion picture, pursuant to a bill of sale dated May 1, 1987.

By Assignment dated **May 1, 1987**, recorded July 8, 1987 in Vol. 2274, pages 171-223 Cannon Productions, N.V., Cannon Film Distributors, V.O.F., Cannon Tuschinski Beheer, B.V., Cannon France, S.A., Cannon Cinema Italia, S.R.L., Cannon Releasing Corporation, Cannon Screen Entertainment (Holdings), Ltd., Cannon Tuschainski Film Distribution, B.V., Cannon City Film Distribution, Cannon Distributors, Inc., Bearsphere, Ltd., Cannon Argonaut Films, Ltd., Cannon Badger Films, Ltd., Cannon Berwick Films, Ltd., Cannon Broadwick Street Films, Ltd., Cannon Dreamaxe, Ltd., Cannon Elstree Distributors, Ltd., Cannon Elstree Studios, Ltd., Cannon Films, Ltd., Cannon Film Productions, Ltd., Cannon Film Sales, Ltd., Cannon Individual Pictures, Ltd., Cannon Lion International Films, Ltd., Cannon Nextlow, Ltd., Cannon Pathe Equipment, Ltd., Cannon Penits Consultants, Ltd., et al. granted to Weintraub Entertainment (Rights), Ltd., Diepvriescentrale Hengelo Beleggingen, B.V., which name will be changed to Weintraub Entertainment Group, B.V., and Weintraub Entertainment Group, Inc. all rights, titles and interests in all copyrights in perpetuity throughout the universe in numerous properties including the above motion picture, pursuant to a bill of sale dated May 1, 1987.

By Copyright Assignment dated **May 1, 1987**, recorded July 8, 1987 in Vol. 2274, pages 224-275, Cannon Productions, N.V., Cannon Film Distribution, V.O.F., Cannon Tuschinski Beheer, B.V., Cannon France, S.A., Cannon Cinema Italia, S.R.L., Cannon Releasing Corporation, Cannon Screen Entertainment (Holdings) Ltd., Cannon Tuschainski Film Distribution, B.V., Cannon City Film Distribution, Cannon Distributors, Inc., Bearsphere, Ltd.,

27

EXHIBIT 24
625

Character Search - **SUPERMAN**

Cannon Argonaut Films, Ltd., Cannon Badger Films, Ltd., Cannon Berwick Films, Ltd., Cannon Broadwick Street Films, Ltd., Cannon Dreamaxe, Ltd., Cannon Elstree Distributors, Ltd., Cannon Elstree Studios, Ltd., Cannon Films, Ltd., Cannon Film Productions, Ltd., Cannon Film Sales, Ltd., Cannon Individual Pictures, Ltd., Cannon Lion International Films, Ltd., Cannon Nextlow, Ltd., Cannon Pathe Equipment, Ltd., Cannon Penits Consultants, Ltd., et al assigned to Loop Service Ltd., Cannon Australia, B.V. and Winter Screen Entertainment, Inc. all respective rights, titles and interest in all copyrights now owned or acquired by any of them, including this motion picture, for the original and renewal terms of copyright, throughout the universe, as more particularly set forth and subject to the terms of a Library Agreement of even date between the parties.

By Copyright Assignment dated **May 1, 1987**, recorded July 8, 1987 in Vol. 2274, pages 224-275, Cannon Productions, N.V., Cannon Film Distribution, V.O.F., Cannon Tuschinski Beheer, B.V., Cannon France, S.A., Cannon Cinema Italia, S.R.L., Cannon Releasing Corporation, Cannon Screen Entertainment (Holdings) Ltd., Cannon Tuschainski Film Distribution, B.V., Cannon City Film Distribution, Cannon Distributors, Inc., Bearsphere, Ltd., Cannon Argonaut Films, Ltd., Cannon Badger Films, Ltd., Cannon Berwick Films, Ltd., Cannon Broadwick Street Films, Ltd., Cannon Dreamaxe, Ltd., Cannon Elstree Distributors, Ltd., Cannon Elstree Studios, Ltd., Cannon Films, Ltd., Cannon Film Productions, Ltd., Cannon Film Sales, Ltd., Cannon Individual Pictures, Ltd., Cannon Lion International Films, Ltd., Cannon Nextlow, Ltd., Cannon Pathe Equipment, Ltd., Cannon Penits Consultants, Ltd., et al assigned to Loop Service Ltd., Cannon Australia, B.V. and Winter Screen Entertainment, Inc. all respective rights, titles and interest in all copyrights now owned or acquired by any of them, including this motion picture, for the original and renewal terms of copyright, throughout the universe, as more particularly set forth and subject to the terms of a Library Agreement of even date between the parties.

By Short Form Assignment dated **August 26, 1987**, recorded September 8, 1987, in Vol. 2300, pages 157-158, Cantharus Productions, N.V., assigned to Viacom Enterprises, a division of Viacom International, Inc., the exclusive rights in **SUPERMAN III** to license and sublicense the picture for television exhibition as defined in the Distribution Agreement dated February 17, 1984 (including, without limitation, exhibition by syndication, except that no party is empowered to license the picture for exhibition by the ABC, CBS or NBC Television Network during the term of Viacom's rights or to license any exhibition for pay television), throughout the U.S., its territories and possessions (but excluding Spanish language Puerto Rico) for a term from June 1, 1990 until June 30, 2006.



28

**EXHIBIT 24**
**626**

By Interim Credit Mortgage and Assignment of Copyrights and Trademarks dated as of **November 9, 1988**, recorded December 19, 1988 in Vol. 2419, pages 235-293, Weintraub Entertainment Group Inc., Weintraub Screen Entertainment Inc., Winter Screen Entertainment Inc., Weintraub Entertainment (Right) Ltd., Loopservice Ltd., Weintraub Entertainment Group, B.V. and Cannon Australia, B.V. sold and assigned to Bank of America National Trust and Savings Association, as agent for itself and Credit Lyonnais Bank Nederland, N.V., a security interest in all of their right, title and interest in all copyrights, trademarks and registrations presently, in the past, or in the future owned by them, all copyrights of all works based upon or derived therefrom, all renewals thereof, and all income due or payable thereunder.  Attached to this document is a list including this motion picture and 2,295 other works.  Contemporaneously with the execution of this mortgage, the mortgagors executed a Revolving Promissory Note dated November 9, 1988 in favor of the mortgagee in order to secure its obligations.

By Mortgage and Assignment of Copyright dated as of **April 17, 1989**, recorded April 21, 1989 in Vol. 2411, pages 169-225, Weintraub Screen Entertainment, Inc. and Weintraub Entertainment (Administration), Ltd. mortgaged and assigned to Credit Lyonnais Bank Nederland, N.V., as security, irrevocably, all of their right, title and interest, throughout the universe in 2,275 titles, including this one, and all renewals and extensions of such copyrights, under a Loan Agreement and Security Assignment dated May 1, 1987 between Weintraub Entertainment Group, Inc., Weintraub Entertainment (Rights), Ltd., Loopservice, Ltd., Weintraub Entertainment Group B.V., Winter Screen Entertainment, Inc., Cannon Australia B.V. and Credit Lyonnais Bank Nederland, N.V. as amended as of June 27, 1988, as amended effective September 29, 1988, and as amended as of April 17, 1989.  This mortgage was released by Release of Mortgage and Assignment of Copyright dated as of **December 20, 1991**, recorded May 15, 1992, in Vol. 2697, pages 439-440.  No titles are given in this document.

By **Partial** Release of Interim Credit Mortgage and Assignment of Copyrights and Trademarks, Revolving Credit Mortgage and Assignment of Copyrights and Trademarks and First Amendment to Revolving Credit Mortgage and Assignment of Copyrights and Trademarks dated as of **May 15, 1992**, recorded August 6, 1992 in Vol. 2724, pages 195-243, Bank of America National Trust & Savings Association, as agent for itself and Credit Lyonnais Bank Nederland, N.V., and referring to that certain First Amended and Restated Revolving Credit Agreement dated as of July 28, 1989, as amended, between the parties, released its right, title and interest (including without limitation any security interest and lien) in the films and television programs or other audio-visual

29

EXHIBIT 24
627

**Character Search - SUPERMAN**

material listed on an attached Schedule 1, which included this work, to Weintraub Entertainment Group, Inc., Weintraub Screen Entertainment, Inc., Winter Screen Entertainment, Inc., Weintraub Entertainment (Rights) Ltd., Weintraub Entertainment Group B.V., Weintraub Entertainment Productions, Inc., Blue Heaven Productions, Inc., Weintraub Entertainment Distribution, Inc., Weintraub Interim Holding, Inc., Weintraub Entertainment (Administration) Ltd., Loopservice Ltd., and Weintraub Entertainment Licensing B.V. (formerly Cannon Australia B.V.). This document is apparently a partial release of the documents recorded in Vol. 2419, pages 235-293, Vol. 2458, pages 142-158, and Vol. 2458, pages 159-170.

The following instruments are of record in connection with **SUPERMAN IV**, in addition to the documents recorded in Vol. 2696, pages 1-799; and Vol. 2901, pages 786-999 and Vol. 2902, pages 1-37, each of which is summarized above:

By Assignment of Rights dated **May 21, 1985**, recorded July 10, 1986, in Vol. 2192, page 290, Cantharus Productions, N.V., assigned to Cannon Productions, N.V., certain rights to produce the motion picture **SUPERMAN IV**, subject to the terms of an agreement, as amended, dated May 21, 1985.  The document also states that the copyright in the original material upon which the picture is based is owned by DC Comics Inc., as successor-in-interest to National Periodical Publications, Inc., and through various grants from NPP, Cantharus has acquired certain rights in and to the picture.

By Memorandum of Purchase and Distribution Agreement dated as of **April 15, 1986**, recorded December 5, 1986, in Vol. 2214, page 201, Cannon Films, Inc., confirmed that it has assigned to Warner Brothers, Inc. the exclusive theatrical, non-theatrical, home video and pay television distribution rights in perpetuity in the motion picture **SUPERMAN IV** in the United States, Canada and their territories and possessions, as more particularly described in and subject to the terms of an agreement dated as of April 15, 1986, between the parties.  The memorandum further notes that the motion picture will be copyrighted in the name of Cannon Films, Inc., and Warner Bros. Inc.

By Copyright Collateral Assignment dated **July 1, 1986**, recorded August 1, 1986 in Vol. 2198, pages 445-455, Cannon Distributors, Inc. assigned to First National Bank of Boston, as Agent for itself and other banks, all right, title and interest in and to all copyrights now existing or hereafter acquired by it relating to (1) any motion picture or television series or program to which it has or acquires all or part of the theatrical, videotape, cassette, disc or television distribution rights, (2) the sale, sublease, license, sublicense or other

30

EXHIBIT 24
628

**Character Search - SUPERMAN**

exploitation of same, (3) trailers and advertising accessories relating thereto, (4) sequel, series, serial, re-issue or re-make of same, or (5) any element or component thereof, or exploitation thereof, including merchandising, character exploitation, staging, novelization, sound track recording and music publishing rights; provided that each copyright interest is assigned only to the extent that it relates to rights in the works which are the subject of an account, receivable or other right to receive payment of money pledged or purported to be pledged by such company or other borrower.  Attached to this document is a list of numerous motion pictures, including this one.  Reference is made to the credit agreement to First National Bank of Boston, as Agent for itself and other banks, dated as of December 2, 1985.

By Copyright Collateral Assignment dated **July 1, 1986**, recorded August 1, 1986, in Vol. 2198, pages 456-463, Cannon Releasing Corporation executed a similar assignment to The First National Bank of Boston in connection with this motion picture and 86 others.

By Copyright Collateral Assignment dated **October 15, 1986**, recorded October 24, 1986 in Vol. 2220, pages 299-315 Cannon Film Distribution, Nederland, B.V., Cannon International, B.V., Cannon International, V.O.F. (by Cannon International, B.V., general partner) & Cannon Film Distribution V.O.F. executed a similar assignment to the First National Bank of Boston.

By Copyright Collateral Assignment dated **October 15, 1986**, recorded October 24, 1986 in Vol. 2220, pages 316-332 the Cannon Group, Inc., Cannon Distributors, Inc., Cannon Films, Inc. & Cannon Releasing Corporation, Cannon Cinema Emilia, S.R.L. et al executed a similar assignment to the First National Bank of Boston.

By Copyright Collateral Assignment dated **October 15, 1986**, recorded October 24, 1986 in Vol. 2220, pages 460-475, Cannon Film Distributors (U.K.) Ltd. executed a similar assignment to The First National Bank of Boston.

By Copyright Collateral Assignment dated **November 7, 1986**, signed in counterpart, recorded November 26, 1986, in Vol. 2227, pages 362-407, and December 5, 1986 in Vol. 2237, pages 120-162, the Cannon Group, Inc., Cannon Distributors Inc., Cannon Films Inc., and certain related entities assigned to First National Bank of Boston, as Agent for itself and other banks, all right, title and interest in and to all copyrights now existing or hereafter acquired by it relating to (1) any motion picture or television series or program to which it has or acquires all or part of the theatrical, videotape, cassette, disc or television distribution rights, (2) the sale, sublease, license, sublicense

31

**EXHIBIT 24**
**629**

**Character Search - SUPERMAN**

or other exploitation of same, (3) trailers and advertising accessories relating thereto, (4) sequel, series, serial, re-issue or re-make of same, or (5) any element or component thereof, or exploitation thereof, including merchandising, character exploitation, staging, novelization, sound track recording and music publishing rights; provided that each copyright interest is assigned only to the extent that it relates to rights in the works which are the subject of an account, receivable or other right to receive payment of money pledged or purported to be pledged by such company or other borrower. Attached to this document is a list of numerous motion pictures, including this one.  Reference is made to the credit agreement to First National Bank of Boston, as Agent for itself and other banks, dated as of December 2, 1985.

By Short Form Assignment dated **March 5, 1987**, recorded August 6, 1987 in Vol. 2287, pages 365-370, Cannon International, Cannon Screen Entertainment Ltd. and Cannon Film Sales Ltd. assigned to Warner Home Video Inc., in the territories of Japan, Australia, the United Kingdom and France and their respective territories and possessions, in perpetuity, all home video rights, incidental rights and certain other allied rights in this motion picture, subject to the terms of an agreement between the parties dated as of **March 5, 1987.**

By Copyright Collateral Assignment dated **April 10, 1987**, recorded June 23, 1987 in Vol. 2270, pages 13-31, the Cannon Group, Inc., Cannon Distributors, Inc., Cannon Films, Inc., Cannon Releasing Corporation, Cannon Film Distributors (U.K.) Ltd., Bearsphere, Ltd., Cannon Cinema Emilia, S.R.L., Cannon Cinema, G.m.b.H., Cannon Cinema Italia, S.R.L., Cannon Cinemas, Ltd., Cannon City, B.V., Cannon City Film Distribution, B.V., Cannon City Film Distribution, B.V., Cannon City Produktie Maatschappij, B.V., Cannon Dreamaxe, Ltd., Cannon Film Sales, Ltd., Cannon Itisbook, Ltd., Cannon Music, Ltd., Cannon Nextlow, Ltd., Cannon Productions, Inc., Cannon Productions, S.R.L., Cannon Properties, Inc., Cannon Screen Entertainment (Holdings) Ltd., Cannon Screen Entertainment, Inc., Cannon S E Films, Inc., Cannon S E International, Ltd., Cannon T S, Inc. Cannon Tuschinski Film Distribution, B.V., Cannon Tuschinski Film Production, B.V., Cannon Turchinski Theatres, B.V., Cannon Tuschinski Vast Goed, B.V., Cannon Video, Inc., C.G.I. France, Ltd., Golan Globus Cannon Israel (1983) Ltd., London Cannon Films, Ltd., R. Davidson, Ltd., Screen Entertainment, Inc., SE Enterprises, Inc., SE (US) Inc. assigned for security to the First National Bank of Boston all right, title and interest in and to all copyrights now existing or hereafter acquired by it relating to (1) any motion picture or television series or program to which it has or acquires all or part of the theatrical, videotape, cassette, disc or television distribution

32

**EXHIBIT 24**
**630**

rights, (2) the sale, sublease, license, sublicense or other exploitation of same, (3) trailers and advertising accessories relating thereto, (4) sequel, series, serial, re-issue or re-make of same, or (5) any element or component thereof, or exploitation thereof, including merchandising, character exploitation, staging, novelization, sound track recording and music publishing rights, including all right, title and interest in the copyrights therein and renewals and extensions thereof.  Reference is made to the credit agreement to First National Bank of Boston, as Agent for itself and other banks, dated as of December 2, 1985. Attached to this document is a list of numerous motion pictures, including this one.

By Short Form Assignment dated **August 31, 1987,** recorded September 15, 1987 in Vol. 2304, pages 375-377, Cannon Distributors, Inc. assigned to Viacom Enterprises, a division of Viacom International, Inc., the exclusive free, cable and pay television exhibition and distribution rights in this motion picture and numerous others in domestic (the United States, its territories and possessions, including Puerto Rico and the U.S. Virgin Islands) and foreign territories (all countries of the world outside of the domestic territory except Israel and territories named as producer's territories).  With regard to the foreign territory, Viacom's rights shall commence on the date of the Distribution Agreement and terminate 25 years after the last availability date of the picture.  Regarding the domestic territory, Viacom's rights shall commence on the execution of the Distribution Agreement and terminate 25 years after the later of (a) the end of any Viacom network license or (b) the end of any actual producer's network license relating to the picture or (c) the end of the actual, if any, second pay window plus any required blackout period thereafter (as such terms are defined in an agreement between the parties dated as of March 26, 1986).

By Assignment of Copyright and Power of Attorney dated as of **August 10, 1989,** recorded August 23, 1989 in Vol. 2487, pages 449-502, Vestron, Inc., Vestron Television, Inc., Interaccess Film Distribution, Inc., VMP, Inc., Vestron Video, Inc., Lightning Pictures, Inc., Long Ridge Development Corporation, Inovision Corporation, High Ridge Productions, Inc., Children's Video Library Inc., Vestron Music Video, Inc., VPI, Inc. and T.V.S.I. Holdings, Inc. executed an Assignment of Copyright and Power of Attorney in favor of Chemical Bank, as agent, granting to the Bank, as security, under copyright, worldwide and in perpetuity, all their right, title and interest in and to the sole, exclusive and complete silent, sound and talking motion picture distribution, exhibition, reproduction and performance rights in 2,328 screenplays and photoplays, including this one, in all media and by all means, including any and all forms of television.  This assignment was executed subject and pursuant to

33

EXHIBIT 24
631

a credit agreement dated as of August 10, 1989, as same may be amended from time to time, among Vestron, Inc., Vestron Television, Inc., and Interaccess Film Distribution, Inc. and Chemical Bank, as agent, and to a Security Agreement dated as of August 10, 1989, as same may be amended, among the direct and indirect subsidiaries of the Borrower and the bank in connection with certain collateral, including feature length motion picture photoplays.

By Assignment of Copyright and Power of Attorney dated as of **August 10, 1989**, recorded August 23, 1989 in Vol. 2487, pages 503-555, Vestron Inc., Vestron Television, Inc., Interaccess Film Distribution, Inc., VMP, Inc., Vestron Video, Inc., Lightning Pictures, Inc., Long Ridge Development Corporation, Inovision Corporation, High Ridge Productions, Inc., Children's Video Library, Inc., Vestron Music Video, Inc., VPI, Inc. and T.V.S.I. Holdings, Inc. executed a similar Assignment of Copyright and Power of Attorney to Credit Lyonnais Bank Nederland, N.V.

By Instrument of Transfer dated as of **November 1, 1990**, recorded November 2, 1990 in Vol. 2591, pages 1-43, Pathe Communications Corporation, for itself and as agent for its affiliates, (individually and in such capacity as agent), each of the undersigned entities (the Pathe Affiliates), and MGM/UA Communications Company granted and assigned to Warner Home Video, Inc., all of their right, title and interest in the exclusive rights under all copyrights and any extensions and renewals thereof with respect to 2,103 motion pictures, including this one, during the term in the territory as such terms are defined in the Video Rights Agreement and to sell and exploit devices containing copies of the pictures for the purposes of home video. Reference is made to the Video Rights Agreement dated November 1, 1990 relating to Warner's acquisition of Home Video Rights in the pictures and a Security Agreement as dated as from November 1, 1990 among the Pathe Entities and Warner relating to the grant and assignment of the aforesaid rights. This instrument of transfer was made subject to the terms contained in the above two agreements. This instrument was also signed by Cannon Entertainment, Inc., Pathe Entertainment, Inc., Pathe Entertainment, N.V., Cannon Film Distribution VOF, Cannon International, B.V., Pathe Screen Entertainment, Ltd., Cannon Film Sales, Ltd., Pathe Distributors, Inc., MGM-Pathe Communications Corporation, UA Pictures, Inc., Metro-Goldwyn-Mayer, Inc., and MGM/UA Pictures, Inc.

By instrument dated as of **November 1, 1990**, recorded November 2, 1990 in Vol. 2591, pages 44-91, Pathe Communications Corporation, for itself and as agent for its affiliates, (individually and in such capacity as agent), each of the undersigned entities (the Pathe Affiliates) and MGM/UA

34

EXHIBIT 24
632

**Character Search - SUPERMAN**

Communications Company assigned and granted for security to
Warner home Video, Inc., throughout the territory for the term,
as such terms are defined in a Video Rights Agreement dated as of
November 1, 1990, all of their right, title and interest in 2,103
motion pictures including the above motion picture.  The parties
had entered into a Security Agreement dated as of November 1,
1990 relating to the assignment for security in the above rights.
This collateral assignment of copyright is a expressly made
subject to the terms and conditions contained in the Security
Agreement and the Video Rights Agreement.  This agreement was
also signed by Cannon Entertainment, Inc., Pathe Entertainment,
Inc., Pathe Entertainment, N.V., Cannon Film Distribution VOF,
Cannon International, B.V., Pathe Screen Entertainment, Ltd.,
Cannon Film Sales, Ltd., Pathe Distributors, Inc., MGM-Pathe
Communications Corporation, UA Pictures, Inc., Metro-Goldwyn-
Mayer, Inc., and MGM/UA Pictures, Inc.

By Collateral Assignment of Copyrights dated November 16,
1990, recorded November 20, 1990 in Vol. 2615, pages 366-419
Pathe Communications Corp., for itself and as agent for its
affiliates and Cannon Entertainment Inc., Pathe Entertainment
Inc., Pathe Entertainment N.V., Cannon Film Distribution VOF,
Cannon International B.V., Pathe Screen Entertainment Ltd.,
Cannon Film Sales Ltd., Pathe Distributors Inc., MGM-Pathe
Communications Co., UA Pictures Inc., United Artists Pictures
Inc., Metro-Goldwyn-Mayer Inc., MGM/UA Telecommunications Inc.,
MGM/UA Home Video Inc., MGM/UA Pictures Inc., MGM/UA Inc. and MGM
Pictures Inc. assigned for security to Warner Home Video Inc. all
their right, title and interest in this motion picture and 2,088
others throughout the territory and for the term as defined in
the Video Rights Agreement dated as of November 1, 1990 between
the parties as amended by an agreement dated November 16, 1990.

By Mortgage, Assignment and Grant of Security Interest With
Respect to Copyright and Other Collateral dated April 1, 1991,
recorded April 2, 1991, in Vol. 2627, pages 455-883, MGM Pathe
Communications Company, Metro-Goldwyn-Mayer Corporation, United
Artists Overseas Inc., United Artists of Brazil Inc., MGM/UA
Inc., Pathe Communications Corporation, United Artists
Corporation, Metro-Goldwyn-Mayer Pictures Inc., United Artists
(Australasia) Pty. Ltd., Metro/United Distribution Inc., Cannon
Entertainment Inc., MGM/UA Telecommunications S.A.R.L., UA
International Inc., Metro-Goldwyn-Mayer Iberica S.A. Aidart
Pictures Inc., Famous Artists Productions, Pathe Entertainment
Inc., MGM/UA Home Video Inc., United Artists China Inc., Aidart
Distributors Corporation, Famous Artists Agency Inc., Famous
Artists Corporation, Famous Artists Corporation of New York, Days
Pictures Corporation, Lopert Pictures Corporation, United Artists
Productions Inc., Eagle Lion Classics Inc., Three Pictures
Corporation, Famous Artists Associates Inc., the Azimuth Company

35

**EXHIBIT 24**
**633**

Inc., the Mirisch Corporation of Delaware, Purple Photoplays
Inc., Partnership Pictures Corporation, United Lion Music Inc.,
U/A Music Inc., Pathe Entertainment Moviesongs Inc. et al,
mortgaged and assigned a continuing security interest to Credit
Lyonnais Bank Nederland N.V. in all right, title and interest now
owned or hereafter acquired throughout the universe in and to
numerous motion pictures described in attached Schedules A and B,
including this one, pursuant and subject to the terms and
conditions of that certain Interim Revolving Credit Facility
Agreement and Security Agreement dated March 22, 1991 between the
parties. On December 31, 1992, recorded February 11, 1993, in
Vol. 2785, page 353, Metro-Goldwyn-Mayer, Inc., f.k.a. MGM-Pathe
Communications Company executed an Amendment of Mortgage and
Assignment and Grant of Security Interest with Respect to
Copyrights and Other collateral to Credit Lyonnais Bank
Nederland, N.V., referencing this mortgage. No titles were given
in the Amendment.

By Blanket Mortgage and Assignment and Grant of Security
Interest With Respect to Copyright and Other Collateral dated as
of April 1, 1991, recorded April 2, 1991 in Vol. 2633, pages 207-
219, MGM-Pathe Communications Co., Metro-Goldwyn-Mayer Corp.,
United Artists Overseas Inc., United Artists of Brazil Inc.,
Pathe Communications Corp., United Artists Corp., Metro-Goldwyn-
Mayer Pictures Inc., United Artists (Australasia) Pty. Ltd.,
MGM/UA Inc., Cannon Entertainment Inc., MGM/UA Telecommunications
S.A.R.L., U.A. International Inc., Metro-Goldwyn-Mayer Iberica
S.A., Aidart Pictures Inc., Metro/United Distribution Inc., Pathe
Entertainment Inc., MGM/UA Home Video Inc., United Artists China
Inc., Aidart Distributions Corp., Famous Artists Agency Inc.,
Famous Artists Productions, Famous Artists Corp. of New York,
Days Pictures Corp., Lopert Pictures Corp., United Artists
Productions Inc., Eagle Lion Classics Inc., et al mortgaged,
pledged and granted as a continuing security interest to Credit
Lyonnais Bank Nederland N.V. in all right, title and interest now
owned or hereafter acquired in all copyrights now owned or
hereafter created or acquired by each of them and all renewals
and extensions thereof, throughout the world in perpetuity,
including their right, title and interest to the extent that they
have the same, in all copyrights registered in the United States
Copyright Office, all right, title and interest in copyrights or
all works based on, derived from or relating to all the works
covered by copyright, all their right, title and interest in the
copyrights in musical compositions, and all their right, title
and interest, to the extent that they have any, in the renewals
and extensions of such copyright, subject to the terms of the
Interim Revolving Credit Facility Agreement and Security
Agreement among the parties dated March 22, 1991. No titles were
given in this mortgage. On December 31, 1992, recorded February
11, 1993 in Vol. 2785, page 355, Metro-Goldwyn-Mayer, Inc. f.k.a.

36

EXHIBIT 24
634

MGM-Pathe Communications Co. executed an Amendment of Mortgage and Assignment and Grant of Security Interest With Respect to Copyrights and Other Collateral to Credit Lyonnais Bank Nederland N.V., referencing this mortgage.  No titles were given in the Amendment.

By nine separate Copyright Mortgages and Assignments dated as of **May 15, 1991**, recorded June 4, 1991 in Vol. 2606, pages 1-206 and continued in Vol. 2606 pages 207-412, Vol. 2606 pages 413-618, Vol. 2607 pages 1-206, Vol. 2607 pages 207-412, Vol. 2607 pages 413-618, Vol. 2608 pages 1-206, Vol. 2608 pages 207-412 and Vol. 2608 pages 413-618, Metro-Goldwyn-Mayer Holdings Inc., Pathe Entertainment Inc., Metro-United Distribution Inc., United Artists Corp., MGM/UA Inc., MGM/UA Home Video Inc., Cannon Entertainment Inc., Metro-Goldwyn-Mayer Corp., and MGM-Pathe Communications Inc. mortgaged and assigned to Credit Lyonnais Bank Nederland N. V. as collateral for all of the obligations (defined in the Security Agreement as of May 15, 1991) all its right, title and interest, including the copyrights, in 7,426 listed works, including this one.  These mortgages are subject to the Security Agreement.  On **December 31, 1992**, recorded February 11, 1993, in Vol. 2785, page 354, Metro-Goldwyn-Mayer, Inc., f.k.a. MGM-Pathe Communications Company executed an Amendment of Mortgage and Assignment and Grant of Security Interest with Respect to Copyrights and Other collateral to Credit Lyonnais Bank Nederland, N.V., referencing the mortgage recorded in Vol. 2608, pages 413-468.  No titles are given in this document.

By Mortgage, Assignment and Grant of Security Interest With Respect to Copyrights and Other Collateral dated as of **June 1, 1991**, recorded February 19, 1992 in Vol. 2670, pages 339-559, MGM-Pathe Communications Company (formerly known as MGM/UA Communications Company), Pathe Distributors, Inc., Cannon Entertainment, Inc., Cannon International, V.O.F., Cannon International, B.V., Cannon Film Distributors (U.K.), Ltd., Pathe Films, Inc. and Pathe Releasing, Ltd. (formerly known as Cannon Releasing, Ltd.) mortgaged and assigned to Credit Lyonnais Bank Nederland, N.V. a continuing security interest in 7,311 television programs and motion pictures, including this one, as well as the material on which it was based and all copyrights and distribution agreements.  On **December 31, 1992**, recorded February 11, 1993 in Vol. 2785, page 352, Metro-Goldwyn-Mayer, Inc., f.k.a. MGM-Pathe Communications Company, executed an Amendment of Mortgage and Assignment and Grant of Security Interest with Respect to Copyrights and Other Collateral to Credit Lyonnais Bank Nederland, N.V., referencing this June 1, 1991 mortgage.  No titles are given in this document.

37

EXHIBIT 24

635

**Character Search - SUPERMAN**

By Short Form Assignment dated **June 14, 1991,** recorded July 20, 1993, in Vol. 2916, pages 272-273, Cannon Films, Inc., by Austin O. Furst, Jr. (Attorney-In-Fact), sold and assigned to Vestron Video International, a division of Locus Video Group, B.V., all home video rights and certain other allied rights in the motion picture **SUPERMAN IV,** subject to the terms of an agreement between the parties dated October 26, 1985.

By Mortgage and Assignment of Copyrights dated as of **July 16, 1991,** recorded August 7, 1991 in Vol. 2672, pages 65-121, LEI-IVE Entertainment Inc., pursuant to the Third Amended And Restated Loan and Security Agreement dated as of July 26, 1990 as amended by the First Amendment to Third Amended and Restated Loan and Security Agreement dated as of October 26, 1990 as amended by the Second Amendment to Third Amended and Restated Loan and Security Agreement dated as of December 4, 1990, as amended by the Third Amendment to Third Amended and Restated Loan and Security Agreement dated as of April 23, 1991 among LIVE Entertainment Inc., LIVE Home Video Inc., LEI-IVE Entertainment Inc., and International Video Productions Inc. (Borrowers) and Credit Lyonnais Bank Nederland N.V. as administrative agent for the Banks and Chemical Bank, as collateral agent for the Banks (collectively Banks) and further stating that the loan agreement is being amended pursuant to the Fourth Amendment to Third Amended and Restated Loan and Security Agreement of even date, among other things in order to add Vestron Acquisition Corporation as a Borrower under the Loan Agreement and the other Loan Documents, hereby assigned and granted a first priority lien, copyright mortgage and security interest to Credit Lyonnais Nederland N.V. and Chemical Bank, as Administrative Agent and Collateral Agent, respectively, for the Banks in all its right, title and interest in 2,633 works, including this one.  Included in the collateral were all production, exploitation, reissue, remake, sequel, prequel, serial or series production rights. .

By Mortgage and Assignment of Copyright dated as of **July 16, 1991,** recorded August 7, 1991 in Vol. 2672, pages 122-178, Vestron Acquisition Corp., reciting the same Amended and Restated Loan and Security Agreements as those outlined above, hereby assigned and granted a First Priority Lien, Copyright Mortgage and Security Interest to Credit Lyonnais Bank Nederland, N.V. and Chemical Bank, as Administrative Agent and Collateral Agent, respectively, for the Banks, all its right, title and interest in 2,634 works, including this one.  Included in the collateral were all production, exploitation, reissue, remake, sequel, prequel, serial or series production rights.

38

**EXHIBIT 24**
**636**

By Copyright Assignment dated July 16, 1991, recorded October 1, 1991, in Vol. 2695, pages 49-107, Vestron, Inc., Bulls' Head Music, Inc., Children's Video Library, Inc., Film Sales International, Inc., High Ridge Productions, Inc., Interaccess Film Distribution, Inc., Lightning Music, Inc., Lightning Pictures, Inc., Long Ridge Development Corporation, T.V.S.I. Holdings, Inc., Video Store, Inc., VCD, Inc., Vestron Distribution, Inc., Vestron Entertainment, Inc., Vestron Music, Inc., Vestron Music Video, Inc., Vestron Pictures, Inc., Vestron Promotions, Inc., Vestron Records, Inc., Vestron Television, Inc., Vestron Video, Inc., VMP, Inc., VPI, Inc. and V.R. Management, Inc., pursuant to an Asset Purchase Agreement dated as of October 30, 1990, as amended, between Vestron Inc., on the one hand, and Vestron Acquisition Corporation, a third tier wholly-owned subsidiary of LIVE Entertainment Inc., on the other hand, sold, granted, conveyed and assigned to Vestron Acquisition Corporation, for the United States and Canada and their territories and possessions, and to LEI-IVE Entertainment N.V., d/b/a LIVE Entertainment International, for all countries and territories outside the U.S. and Canada and their territories and possessions, all of their right, title and interest (including remake, sequel, and prequel rights) in and to all copyrights, including, without limitation, original, renewal, extended and reversionary terms of copyrights, in perpetuity and throughout the universe in and to the Film Rights and Film Assets (as defined in the above referenced Agreement), including, but not limited to, the Film Rights and Film Assets in all properties listed in an attached Schedule A, which included this work and numerous others, subject to the terms and conditions of the above referenced Agreement.

There is recorded a Certificate of Amendment of Certificate of Incorporation of MGM-Pathe Communications Company (formerly MGM/UA Communications Co. and United Artists Corporation) dated May 19, 1992, recorded August 3, 1992, in Vol. 2791, pages 458-460, whereby the name of MGM-Pathe Communications Company was changed to Metro-Goldwyn-Mayer, Inc.  This document was re-recorded on October 7, 1992 in Vol. 2753, pages 119-121.

By Restated Assignment of Rights Under Copyright effective as of December 29, 1992, recorded February 11, 1993 in Vol. 2867, pages 444-514, LIVE America Inc., LIVE Home Video Inc. and Vestron Inc. assigned to International Video Productions Inc., subject to the existing lien of the Agent and the Banks, pursuant to the Third Amended and Restated Loan and Security Agreement dated as of July 26, 1990, as amended by and among LIVE Entertainment Inc. and certain of its affiliated entities, Credit Lyonnais Bank Nederland N. V., Chemical Bank, The Bank of California N. A., Imperial Bank, The Long-Term Credit Bank of Japan Ltd., Los Angeles Agency (the "Banks") and Chemical Bank,

39

EXHIBIT 24
637

**Character Search - SUPERMAN**

as agent for the Banks, all their right title and interest in this motion picture and 3,227 others. This Restated Assignment is expressly made subject to the terms of the Amended and Restated Purchase Agreement dated as of December 23, 1992 between each assignor and the assignee. It is also intended to supersede the Assignment of Rights Under Copyright dated as of December 29, 1992 executed by the parties which was submitted to the Copyright Office for recordation on February 2, 1993 (Note: Our search does not disclose the recordation data for the referenced Assignment.)

By Mortgage and Assignment of Copyright dated **as of February 5, 1993**, recorded March 1, 1993 in Vol. 2872, pages 10-84, LIVE Entertainment Inc., LIVE Home Video Inc. formerly known as International Video Entertainment Inc., LIVE America Inc. formerly known as I.V.E. America Inc., LEI-IVE Entertainment NV, International Video Productions Inc. and Vestron Inc. formerly known as Vestron Acquisition Corporation mortgaged and assigned to Canyon Partners Inc., Romulus Holdings Inc., Jefferson Capital Group Ltd., Daniels & Associates, and Pioneer North America Inc., as agent, a continuing mortgage and security interest in all their right, title and interest in 2,925 motion pictures, including this one, as well as the literary properties on which they are based.

The following instruments are of record in connection with a work entitled **SUPERMAN V**, in addition to those documents recorded in Vol. 2227, pages 362-407, and Vol. 2237, pages 120-162; Vol. 2627, pages 455-883; Vol. 2633, pages 207-219; Vol. 2606, pages 1-206 and continued in Vol. 2606 pages 207-412, Vol. 2606 pages 413-618, Vol. 2607 pages 1-206, Vol. 2607 pages 207-412, Vol. 2607 pages 413-618, Vol. 2608 pages 1-206, Vol. 2608 pages 207-412 and Vol. 2608 pages 413-618; Vol. 2670, pages 339-559; and Vol. 2791, pages 458-460, each of which is summarized above:

By **undated** Certificate of Authorship, recorded September 15, 1986, in Vol. 2204, page 30, Mark Rosenthal and the Dubliner's Company certified and agreed that all artistic material, writings, drawings and concepts of every king and the plot, themes and characters contained therein created, written and/or submitted by Mark Rosenthal (writing as a team with Larry Konner) in connection with the motion picture project tentatively entitled **SUPERMAN V** was written or submitted by him as the employee-for-hire of The Dubliner's Company, pursuant to the agreement between Dubliner's and Cannon Films, Inc., and shall be consider a "work made for hire" for Cannon Films, Inc., who shall be deemed the sole and exclusive author and accordingly owns all right, title and interest therein, throughout the universe in perpetuity.

40

**EXHIBIT 24**
**638**

**Character Search - SUPERMAN**

By **undated** Certificate of Authorship, recorded September 15, 1986, in Vol. 2204, page 31, from Larry Konner and Midwood Films, Inc., certified and agreed that all artistic material, writings, drawings and concepts of every king and the plot, themes and characters contained therein created, written and/or submitted by Larry Konner (writing as a team with Mark Rosenthal) in connection with the motion picture project tentatively entitled **SUPERMAN V** was written or submitted by him as the employee-for-hire of Midwood Films, Inc., pursuant to the agreement between Midwood and Cannon Films, Inc., and shall be consider a "work made for hire" for Cannon Films, Inc., who shall be deemed the sole and exclusive author and accordingly owns all right, title and interest therein, throughout the universe in perpetuity. to Cannon Films, Inc.,  in connection with the theatrical motion picture **SUPERMAN V**, by Cannon Films, In.c, per agreement with Midwood Films, Inc., employer for hire of Larry Konner (writing as a team with Mark Rosenthal).

By Assignment dated **October 14, 1993**, recorded October 15, 1993, in Vol. 2873, page 226, Cantharus Productions, N.V., assigned to Warner Bros., a division of Time Warner Entertainment Company, L.P., the exclusive right to develop, produce, exhibit, distribute and exploit in all media in perpetuity and throughout the universe, motion pictures based on the character **SUPERMAN** and related characters from and after the productions and release of the motion picture tentatively entitled **SUPERMAN V**, including the title, themes, stories and all other contents thereof, and the characters therein and all translations, adaptations, sequels and other versions thereof, and the copyright therein and all renewals and extensions thereof, which rights are more fully described in a formal agreement between the parties relating thereto.

By Assignment dated **October 14, 1993**, recorded October 15, 1993, in Vol. 2873, page 227, Simple Trading Ltd. sold and assigned to Warner Bros., a division of Time Warner Entertainment Company, L.P., all of its rights to develop, produce, exhibit, distribute and exploit **SUPERMAN V** in perpetuity and throughout the universe in all media (including all soundtrack, music publishing, merchandising and other ancillary rights), including the title, themes, stories and other contents thereof and the characters therein and all versions thereof, and the copyright and all renewals and extensions thereof, which rights are more fully described in a formal agreement between the parties relating thereto.

By Short Form Quitclaim Agreement dated **October 14, 1993**, recorded October 15, 1993, in Vol. 2873, page 228, Cantharus Productions, N.V., quitclaimed to Warner Bros., a division of Time Warner Entertainment Company, L.P., in perpetuity and



41

**EXHIBIT 24**
**639**

**Character Search - SUPERMAN**

throughout the universe, the exclusive right to develop, produce, exhibit, distribute and otherwise exploit in all media the motion picture tentatively entitled **SUPERMAN V**, including the title, themes, stories and all other contents thereof, the characters therein and all versions thereof, and in the copyright and all renewals and extensions thereof, as more full described in a formal agreement between the parties.

The following instruments are of record in connection with **THE MAKING OF SUPERMAN, THE MOVIE** and/or **THE MAKING OF SUPERMAN II,** as indicated.

By Conveyance of Security Interest in and Mortgage of Copyrights dated **October 17, 1986,** and **October 22, 1986,** recorded November 10, 1986 in Vol. 2226, pages 60-87, International Video Entertainment, Inc., a Delaware corporation, formerly NCB Entertainment Group and its subsidiary, International Video Entertainment, Inc., a California corporation, formerly Family Home Entertainment, Inc. mortgaged and assigned for security to Fidelcor Business Credit Corporation, formerly Trefoil Capital Corporation of California, Inc. forever all of its right, title and interest in the portions of each of the copyrights of 607 motion pictures, including **THE MAKING OF SUPERMAN, THE MOVIE** and **THE MAKING OF SUPERMAN II,** that represents the video rights granted to them under certain video license agreements.  This mortgage was subject to a Loan and Security Agreement dated February 17, 1983.

By Assignment of Security Interest and Mortgage of Copyright and Video Rights dated **October 22, 1986,** and **October 24, 1986,** recorded November 10, 1986 in Vol. 2226, pages 88-121, Fidelcor Business Credit Corporation, formerly known as Trefoil Capital Corporation of California, Inc. assigned and transferred to Credit Lyonnais Bank Nederland, N.V., City National Bank and First National Bank of Minneapolis, its entire security interest in the portions of said copyrights in 814 motion pictures, including **THE MAKING OF SUPERMAN, THE MOVIE** and **THE MAKING OF SUPERMAN II,** that represents the video rights thereunder which security interest was conveyed to Fidelcor by International Video Entertainment, Inc., formerly NCB Entertainment Group and International Video Entertainment, Inc., a Delaware Corporation, successor in interest to NCB Entertainment Group, International Video Entertainment, Inc., a California Corporation, Family Home Entertainment, Inc. and USA Home Video, Inc. under a Loan and Security Agreement dated February 17, 1983 and a Loan Agreement dated October 27, 1986.

42

**EXHIBIT 24**
**640**

Character Search - SUPERMAN

By Conveyance of Security Interest In and Mortgage of
Copyrights dated **October 22, 1986**, and **October 24, 1986**, recorded
November 10, 1986 in Vol. 2226, pages 122-144, International
Video Entertainment, Inc., a Delaware Corporation, successor in
interest to NCB Entertainment Group, International Video Enter-
tainment, Inc., a California Corporation, USA Home Video, Inc.
and Video Station, Inc. mortgaged and assigned for security to
Credit Lyonnais Bank Nederland, N.V., City National Bank and
First National Bank of Minneapolis, forever all right, title and
interest in the portion of each of the copyrights in 648 motion
pictures, including **THE MAKING OF SUPERMAN, THE MOVIE** and **THE
MAKING OF SUPERMAN II**, that represents the video rights
thereunder, subject to a Loan Agreement and Security Agreement
dated October 22, 1986.

By Short Form Assignment dated **August 26, 1987**, recorded
September 8, 1987, in Vol. 2300, pages 159-160, Cantharus
Productions, N.V., granted and assigned to Viacom Enterprises, a
division of Viacom International Inc., the exclusive rights
throughout the United States, its territories and possessions,
excluding Spanish language Puerto Rico to license the motion
pictures **THE MAKING OF SUPERMAN I** and **THE MAKING OF SUPERMAN II**
for television exhibition (as defined in the Distribution
Agreement dated as of February 17, 1984, between the parties),
including syndicated television, cable television, and pay
television, commencing 18 months after the delivery to Viacom of
the Laboratory Certificate, pursuant to the Distribution
Agreement for such Picture, continuing for a term of 25 years
thereafter.

In addition, **THE MAKING OF SUPERMAN** is also referenced in
the documents recorded in Vol. 2273, pages 309-334, 335-354, 355-
404, 405-463, 464-519; Vol. 2274, pages 171-223, 224-275; Vol.
2411, pages 169-225; Vol. 2419, pages 235-293; and Vol. 2724,
pages 195-243, all of which are summarized earlier in this
report.

No further document affecting any right, title, or interest
in the character **SUPERMAN**, the comic strip or comic books based
thereon, the 1950's television series, the 1948 serial motion
picture, the animated motion pictures and television series, or
the 1978 motion picture and its sequels is found of record in the
Copyright Office. There may, however, be additional instruments
of record in connection with other motion pictures or television
series in which the character makes an appearance, spin-off
merchandise, or musical compositions from the motion pictures or
musical play. In addition, instruments relating to the character
"Superboy," and the works in which this character appears, are
not included in this report.

43

EXHIBIT 24
641

Character Search - SUPERMAN

## Newspaper and Trade Notices

**The New York Times**, issue of April 26, 1940, reported that
Republic had bought the rights to the Jerome Siegel-Joe Shuster
cartoon strip SUPERMAN, and would make it into a 15-chapter
serial.

**Film Daily**, issue of April 29, 1940, reported that, although
no formal contract had been signed, Republic Pictures, reportedly
in competition with Universal and Columbia for screen rights to
SUPERMAN, had reached agreement in principle with Superman Inc.,
and planned to make the serial motion picture as part of its
1940-41 lineup.  A clause in the contract reportedly reserved to
Superman, Inc., the right to cancel if, after release of the
first series, it was found that the serial detracts from the
popularity of the SUPERMAN radio program or comic strip.

**Variety**, issue of August 21, 1940, reported that Republic
was substituting another film for SUPERMAN on its 1940-41 lineup,
reportedly because of its inability to clear the rights from its
newspaper strip owners at a satisfactory price.

**Variety**, issue of September 4, 1940, reported that
negotiations for the production of SUPERMAN cartoon shorts were
completed by Paramount the previous week, to be produced by
Fleischer Studios.

**The Hollywood Reporter**, issue of May 9, 1951, reported that
Flamingo Films had announced that they have completed
negotiations with Harry Donenfeld for purchase of exclusive TV
rights for 31 years to SUPERMAN from National Comics
Publications.  Robert Maxwell of Maxwell & Carlin Productions was
reportedly working on setting up a production company for the
SUPERMAN series, with one film to be shot weekly at a rate of 52
shows annually until 1982.

**The Hollywood Reporter**, issue of May 21, 1951, reported that
Bernard Luber and Robert Maxwell, functioning through Superman
Inc., a subsidiary of the National Comics Publications, which
controls rights to SUPERMAN, were producing 26 half-hour SUPERMAN
television films.

**Variety**, issue of July 2, 1952, reported that Matty Fox's
Motion Pictures for Television was producing the SUPERMAN
television series for presentation on a spot basis in the Fall of
1952.

**The Hollywood Reporter**, issue of October 19, 1965, reported
that David Merrick had dropped his option on SUPERMAN, and that
Hal Prince had picked it up.

44

**EXHIBIT 24**
**642**

**Character Search - SUPERMAN**

The Hollywood Reporter, issue of December 24, 1975, reported that Warner Communications Inc., parent company of National Periodical Publications, Inc., announced that it would pay Jerome Siegel and Joseph Shuster, creators of **SUPERMAN**, $20,000 a year for life. The item indicated that the payments were being made "voluntarily" and not as a matter of legal obligations, and that Siegel and Shuster called the arrangement "fair and generous".

Variety, issue of January 31, 1979, reported that the question of who owns the network tv licensing rights to Warner's **SUPERMAN** had arisen the previous week when network representations reportedly said that they received a letter from Warners warning that Alexander and Ilya Salkind, who produced the picture, don't have the right to negotiate a tv sale.

Variety, issue of March 18, 1981, reported that Warner Bros. Inc., Film Export A.G. and DC Comics Inc. had filed suit in New York Southern District Federal Court on March 16 against ABC, claiming copyright infringement, unfair competition and misappropriation of their **SUPERMAN** character in the scheduled "The Greatest American Hero" series, set to debut that evening.

The Hollywood Reporter, issue of September 28, 1993, reported that DC Comics' **"Superman"** would make his debut in a new medium in mid-November with Time Warner AudioBooks' **SUPERMAN LIVES!**, a 2 1/2 hour audio drama, produced for BBC radio and inspired by three current **Superman** comic book adventures, "Doomsday," "Funeral for a Friend," and "Reign of the Supermen." The drama was adapted by Dirk Maggs, and reportedly uses state-of-the-art technology. According to the report, the **"Superman"** character is owned by DC Comics, another Time Warner unit.

"Baseline," last updated November 1, 1993, reported that a motion picture entitled **SUPERMAN: THE NEW MOVIE** aka **THE NEW SUPERMAN MOVIE** is currently in development at Salkind Productions, based on a screenplay by Cary Bates. Ilya Salkind will reportedly produce; Christopher Reeve will star. The distributors are listed as: Europex (sales), Nippon Herald (Japan), Arte Cinema (Mexico), Concorde Film (Belgium/Netherlands/Luxembourg), Paris Film (Brazil), Mongkol (Thailand), Pioneer (Philippines), and Brave World (video-Great Britain).

## International Licensing Directory

The International Licensing Directory for 1994-95 lists **SUPERMAN** as being licensed in the U.S. through DC Comics and Warner Bros. Consumer Products, and "Superman Better than Ever" in Peru through CPL and in Venezuela through Lisa SA.

45

**EXHIBIT 24**
**643**

## Litigation

The validity of the copyright in the SUPERMAN cartoon character was attacked but eventually affirmed in the case of National Comics Publications Inc. v. Fawcett Publications, Inc., 93 F. Supp. 349 (S.D.N.Y. 1950), reversed 191 F. 2d 594 (2nd Cir. 1951).

Jerome Siegel and Joseph Shuster sued National Comics Publications, Inc. (predecessor of National Periodical Publications Inc.) and others for a declaration of rights in the SUPERMAN comic strips, but by a final judgment dated May 21, 1948, recorded the Copyright Office June 1, 1965, in Vol. 1207, pages 1-12, the New York court dismissed the complaint and adjudged that National Comics Publications, Inc. was the sole and exclusive owner of the SUPERMAN comic strip material and certain related rights. In particular, the court declared by virtue of an agreement dated March 1, 1938, the plaintiff-authors had transferred to Detective Comics, Inc. one of the constituent corporations of the National Comics Publications Inc. group, all rights in the comic strip, including the title, name and characters etc. as same was set forth in a first release of the comic strip in the June 1938 issue of Action Comics, and by virtue of said agreement Detective Comics Inc. became the absolute owner of the comic strip and companion rights.

In Siegel v. National Periodical Publications, Inc., 184 U.S.P.Q. 257 (CCA 2, 1974), the Court of Appeals stated that the issue of whether the comic strips had been drawn as works for hire had not been litigated in the state court and further stated:

"The court below instead relied upon finding of fact No. 22 in which the state court (in the 1947 proceeding) found that the plaintiffs (Siegel and Shuster) did revise and expand the Superman material at the request of the defendants and that this revised material constituted the formula for the ensuing series of strips. We do not consider this tantamount to a conclusion that Superman was a work for hire. That doctrine is applicable only when the employee's work is produced at the instance and expense of the employer... Superman had been spawned by the plaintiff four years before the relationship between his authors and the defendants existed. In this subsequent case, Siegel and Shuster had sought a declaration of their rights under the renewals of copyright filed in the SUPERMAN material. The U.S. District Court dismissed the complaint in October of 1973 and this was eventually affirmed by the Court of Appeals.

46

EXHIBIT 24
644

**Character Search - SUPERMAN**

According to Shepard's, **SUPERMAN** is also mentioned in cases with the following citations:

622 Fed. Supp. 205
1986 WLR 470
598 Fed. Supp. 110
224 U.S.P.Q. 444

## Trademark Search

We have conducted a search of federal and state trademark registrations in entertainment-related classes for the exact mark and closely-related similars.  If expanded coverage is required, you may wish to order a Thomson & Thomson Full Trademark Search or Merchandising Search.

This search includes Active trademarks from the OFFICIAL GAZETTE up to and including the one dated August 9, 1994 and applications filed at the U.S. Patent and Trademark Office through May 20, 1994, except for a small number delayed by that agency.  INACTIVE trademarks (expired, cancelled or abandoned) as far back as January 1, 1975 have also been examined.

## U.S. Patent and Trademark Office Records Search

The following references are attached:

| | |
|---|---|
| SUPERMAN | Reg. No. 1,181,536 |
| SUPERMAN | Reg. No. 1,181,537 |
| SUPERMAN | Reg. No. 371,803 |
| SUPERMAN | Reg. No. 1,221,718 |
| SUPERMAN | Reg. No. 1,108,577 |
| SUPERMAN | Reg. No. 391,821 |
| SUPERMAN NATIONAL COMICS DC | Reg. No. 736,443 |
| SUPERMAN SUPERHOMBRE | Reg. No. 411,871 |
| SUPERMAN | Reg. No. 1,200,394 |
| SUPERMAN | Reg. No. 1,209,668 |
| SUPERMAN | Reg. No. 1,185,526 |
| SUPERMAN | Reg. No. 1,175,907 |
| SUPERMAN | Reg. No. 1,218,552 |
| SUPERMAN | Reg. No. 1,216,976 |
| SUPERMAN | Reg. No. 1,182,226 |
| SUPERMAN | Reg. No. 1,189,393 |
| SUPERMAN | Reg. No. 648,647 |
| SUPERMAN | Reg. No. 1,248,822 |
| SUPERMAN | Reg. No. 1,209,863 |
| SUPERMAN | Reg. No. 1,070,290 |

47

**EXHIBIT 24**

**Character Search - SUPERMAN**

| | |
|---|---|
| SUPERMAN | Reg. No. 1,146,869 |
| SUPERMAN | Reg. No. 1,174,728 |
| SUPERMAN | Reg. No. 1,620,788 |
| SUPERMAN | Reg. No. 1,620,789 |
| SUPERMAN | Reg. No. 1,548,187 |
| SUPERMAN | Reg. No. 1,180,068 |
| SUPERMAN | Reg. No. 1,182,947 |
| SUPERMAN | Reg. No. 1,220,896 |
| SUPERMAN | Reg. No. 1,189,355 |
| SUPERMAN | Reg. No. 1,184,822 |
| SUPERMAN | Reg. No. 1,183,809 |
| SUPERMAN | Reg. No. 1,186,803 |
| SUPERMAN | Reg. No. 1,183,841 |
| SUPERMAN | Reg. No. 1,185,853 |
| SUPERMAN | Reg. No. 1,278,175 |
| SUPERMAN | Reg. No. 1,278,177 |
| SUPERMAN | Reg. No. 1,186,031 |
| SUPERMAN | Reg. No. 1,184,029 |
| SUPERMAN | Reg. No. 1,220,109 |
| SUPERMAN | Reg. No. 1,182,279 |
| SUPERMAN | Reg. No. 1,200,447 |
| SUPERMAN | Reg. No. 1,200,446 |
| SUPERMAN | Reg. No. 1,184,683 |
| SUPERMAN | Reg. No. 1,186,315 |
| SUPER-MANNAN | Ser. No. 343,511 |
| SUPERMAN | Reg. No. 1,187,510 |
| SUPERMAN | Reg. No. 1,187,511 |
| SUPERMAN | Reg. No. 1,184,660 |
| SUPERMAN | Reg. No. 1,184,661 |
| SUPERMAN | Ser. No. 462,824 |

## State Trademark Registration Search

The following reference is attached:

HAWAIIAN SUPERMAN          Reg. No. 165,464

## Biographical Information

We do not find a biographical sketch for either Jerome Siegel or Joe Shuster.  According to the records of the Copyright Office, both authors were born in 1914.

Joseph Shuster died in August 1992, at the age of 78.  We have no information on the identity of his heirs.  His address was given on an unrelated 1984 copyright application as: 11944 Montana Ave., Apr. 305, Los Angeles, CA  90049.

48

**EXHIBIT 24**
**646**

**Character Search - SUPERMAN**

Jerome Siegel's address was given on an unrelated 1986 copyright application (the most recent available) as: 11928 Darlington Ave., Apt. 102, Los Angeles, CA  90049.

## Notes

Full information relating to the character "Superboy" is not included in this report.  If you require information on this character, we can provide it for an additional fee.

If we may be of any further assistance, or if you have any questions concerning this report, please do not hesitate to contact me at 1-800-356-8630.

Sincerely yours,

Nancy H. McAleer

NHM:bw:nhm

49

**EXHIBIT 24**

**647**

```
FULLTEXT for        : SN231827
Mark Retrieved      : SUPERMAN

Design Type         : ( no design )
Registration No     : R1181536           dated 1981/12/08
Serial No           : SN231827 dated 1979/09/18
Publication Date    : 1981/09/15
First Use Date      : 19410000    First Use in Commerce: 19410000
Status              : A REGISTRATION ON THE PRINCIPAL REGISTER WITH SECTIONS
                      8 & 15 AFFIDAVITS
Status Date         : 1988/02/20
PTO Status          : SECTION 8 & 15 - ACCEPTED AND ACKNOWLEDGED

Goods / Services    : ENTERTAINMENT SERVICES, NAMELY, SERIES OF MOTION
                      PICTURES, TELEVISION PROGRAMS, ANIMATED CARTOON FILMS
                      AND WATER SHOWS
U.S. Class(es)      : 107
T&T Intl Class(es)  : 41

Owner Information   : (ORIGINAL APPLICANT)
                      DC COMICS INC., NEW YORK, N.Y.

Assignee            : DC COMICS (NY GENERAL PARTNERSHIP) 1325 AVENUE OF THE
                      AMERICAS NEW YORK, NY 10019
Assignor            : WARNER BROS. INC. (DE CORPORATION)
Assignment Date     : RECORDED 1993/01/19
Assignment Reel     : 0923    Assignment Frame  : 0936
Assignment Info     : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL

Assignee            : WARNER BROS. INC. (DE CORPORATION) 4000 WARNER BLVD
                      BURBANK, CA 91522
Assignor            : DC COMICS INC (NY CORPORATION)
Assignment Date     : RECORDED 1993/01/19
Assignment Reel     : 0923    Assignment Frame  : 0916
Assignment Info     : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL
```

**EXHIBIT 24**

**648**

```
FULLTEXT for        : SN231829
Mark Retrieved      : SUPERMAN

Design Type         : ( plus design )
Registration No     : R1181537                 dated 1981/12/08
Serial No           : SN231829 dated 1979/09/18
Publication Date    : 1981/09/15
First Use Date      : 19410000     First Use in Commerce: 19410000
Status              : A REGISTRATION ON THE PRINCIPAL REGISTER WITH SECTIONS
                      8 & 15 AFFIDAVITS
Status Date         : 1988/02/20
PTO Status          : SECTION 8 & 15 - ACCEPTED AND ACKNOWLEDGED

Goods / Services    : ENTERTAINMENT SERVICES, NAMELY, SERIES OF MOTION
                      PICTURES, TELEVISION PROGRAMS, ANIMATED CARTOON FILMS
                      AND WATER SHOWS
U.S. Class(es)      : 107
T&T Intl Class(es)  : 41

Owner Information   : (ORIGINAL APPLICANT)
                      DC COMICS INC., NEW YORK, N.Y.

Assignee            : DC COMICS (NY GENERAL PARTNERSHIP) 1325 AVENUE OF THE
                      AMERICAS NEW YORK, NY 10019
Assignor            : WARNER BROS. INC. (DE CORPORATION)
Assignment Date     : RECORDED 1993/01/19
Assignment Reel     : 0923   Assignment Frame   : 0936
Assignment Info     : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL

Assignee            : WARNER BROS. INC. (DE CORPORATION) 4000 WARNER BLVD
                      BURBANK, CA 91522
Assignor            : DC COMICS INC (NY CORPORATION)
Assignment Date     : RECORDED 1993/01/19
Assignment Reel     : 0923   Assignment Frame   : 0916
Assignment Info     : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL
```

**EXHIBIT 24**
**649**

```
FULLTEXT for           : 71410024
Mark Retrieved         : SUPERMAN

Design Type            : ( in stylized letters )
Registration No        : R0371803
Serial No              : 71410024 dated 1938/08/27      dated 1939/10/10
Publication Date       : 1939/07/11
First Use Date         : 19370103      First Use in Commerce: 19370103
Status                 : A RENEWED REGISTRATION ON THE PRINCIPAL REGISTER WITH
                         A SECTION 8 AFFIDAVIT
Miscellaneous Info:      CLAIMED IN OPPOSITION ACTION NO. 72600 INVOLVING (SER.
                         NUMBER 73/455432)
Renewal Date           : 1979/10/10
Republished            : 1956/10/02

Goods / Services       : CARTOON STRIP.
Plaintiff(s)           : PLAINTIFF IN CANCELLATION ACTION NUMBER 12858 AGAINST
                         SERIAL NUMBER 73054054; PLAINTIFF IN CANCELLATION
                         ACTION NUMBER 12381 AGAINST SERIAL NUMBER 73109117;
                         PLAINTIFF IN CANCELLATION ACTION NUMBER 15303 AGAINST
                         SERIAL NUMBER 73226042; PLAINTIFF IN CANCELLATION
                         ACTION NUMBER 15843 AGAINST SERIAL NUMBER 73508471
                         PLAINTIFF IN OPPOSITION ACTION NUMBER 57630 AGAINST
                         SERIAL NUMBER 72464196; PLAINTIFF IN OPPOSITION ACTION
                         NUMBER 64587 AGAINST SERIAL NUMBER 72214387; PLAINTIFF
                         IN OPPOSITION ACTION NUMBER 57575 AGAINST SERIAL
                         NUMBER 73030850; PLAINTIFF IN OPPOSITION ACTION NUMBER
                         57993 AGAINST SERIAL NUMBER 73041295; PLAINTIFF IN
                         OPPOSITION ACTION NUMBER 58141 AGAINST SERIAL NUMBER
                         73050319; PLAINTIFF IN OPPOSITION ACTION NUMBER 58142
                         AGAINST SERIAL NUMBER 73050320; PLAINTIFF IN
                         OPPOSITION ACTION NUMBER 61874 AGAINST SERIAL NUMBER
                         73060884; PLAINTIFF IN OPPOSITION ACTION NUMBER 62235
                         AGAINST SERIAL NUMBER 73115206; PLAINTIFF IN
                         OPPOSITION ACTION NUMBER 62536 AGAINST SERIAL NUMBER
                         73131042; PLAINTIFF IN OPPOSITION ACTION NUMBER 64970
                         AGAINST SERIAL NUMBER 73151411; PLAINTIFF IN
                         OPPOSITION ACTION NUMBER 61850 AGAINST SERIAL NUMBER
                         73156415; PLAINTIFF IN OPPOSITION ACTION NUMBER 63957
                         AGAINST SERIAL NUMBER 73209300; PLAINTIFF IN
                         OPPOSITION ACTION NUMBER 65599 AGAINST SERIAL NUMBER
                         73232718; PLAINTIFF IN OPPOSITION ACTION NUMBER 72600
                         AGAINST SERIAL NUMBER 73455432; PLAINTIFF IN
                         OPPOSITION ACTION NUMBER 71215 AGAINST SERIAL NUMBER
                         73488824
U.S. Class(es)         : 038
T&T Intl Class(es):      16

Owner Information :      (ORIGINAL APPLICANT)
                         DETECTIVE COMICS, INC., NEW YORK, N.Y.
```

EXHIBIT 24

650

```
Renewal Owner     : SUPERMAN, INC., NEW YORK, N.Y.

Assignee          : DC COMICS (NY GENERAL PARTNERSHIP) 1325 AVENUE OF THE
                    AMERICAS NEW YORK, NY 10019
Assignor          : WARNER BROS. INC. (DE CORPORATION)
Assignment Date   : RECORDED 1993/01/19
Assignment Reel   : 0923   Assignment Frame  : 0936
Assignment Info   : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL

Assignee          : NATIONAL COMICS PUBLICATIONS, INC. 480 LEXINGTON AVE
                    NEW YORK, NY
Assignor          : DETECTIVE COMICS, INC. 480 LEXINGTON AVE NEW YORK, NY
Assignment Date   : 1956/02/27 RECORDED 1956/02/29
Assignment Reel   : 0014   Assignment Frame  : 0650
Assignment Info   :  ASSIGNS ALL INTEREST, TOGETHER WITH THE GOOD WILL OF
                    THE BUSINESS SYMBOLIZED BY SAID MARK.  THIS ASSIGNMENT
                    IS MADE AS OF MAR. 27, 1947.

Assignee          : SUPERMAN, INCORPORATED (NY CORPORATION) 11 E. 44TH ST
                    NEW YORK, NY
Assignor          : NATIONAL COMICS PUBLICATIONS, INC. 480 LEXINGTON AVE
                    NEW YORK, NY
Assignment Date   : 1957/09/30 RECORDED 1958/03/17
Assignment Reel   : 0039   Assignment Frame  : 0339
Assignment Info   :  ASSIGNS ALL INTEREST, TOGETHER WITH THE GOOD WILL OF
                    THE BUSINESS SYMBOLIZED BY SAID MARK.

Assignee          : NATIONAL PERIODICAL PUBLICATIONS, INC. 575 LEXINGTON
                    AVE NEW YORK 22, NY
Assignor          : SUPERMAN, INCORPORATED, INTO
Assignor          : NATIONAL COMICS PUBLICATIONS, INC.
Assignment Date   : 1961/07/11 RECORDED 1961/08/07
Assignment Reel   : 0080   Assignment Frame  : 0116
Assignment Info   : MERGER AND CHANGE OF NAME EFFECTIVE JUN. 30, 1961 IN
                    NEW YORK

Assignee          : NATIONAL PERIODICAL PUBLICATIONS, INC.
Assignor          : NATIONAL PERIODICAL PUBLICATIONS, INC. -MERGED INTO-
Assignor          : KNS PUBLISHING COMPANY, INC. -CHANGED TO-
Assignment Date   : RECORDED 1976/12/24
Assignment Reel   : 0299   Assignment Frame  : 0439
Assignment Info   : MERGER EFFECTIVE MAR. 26, 1968 IN NEW YORK

Assignee          : DC COMICS INC.
Assignor          : NATIONAL PERIODICAL PUBLICATIONS, INC.
Assignment Date   : RECORDED 1976/12/14
Assignment Reel   : 0299   Assignment Frame  : 0440
Assignment Info   : CHANGE OF NAME EFFECTIVE AUG. 12, 1976
```

EXHIBIT 24

651

```
Assignee          : WARNER BROS. INC. (DE CORPORATION) 4000 WARNER BLVD
                    BURBANK, CA 91522
Assignor          : DC COMICS INC (NY CORPORATION)
Assignment Date   : RECORDED 1993/01/19
Assignment Reel   : 0923   Assignment Frame   : 0916
Assignment Info   : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL
```

**EXHIBIT 24**

**652**

```
FULLTEXT for      : SN363768
Mark Retrieved    : SUPERMAN

Design Type       : ( no design )
Registration No   : R1221718              dated 1982/12/28
Serial No         : SN363768 dated 1982/05/10
Publication Date  : 1982/10/05
First Use Date    : 19370103    First Use in Commerce: 19370103
Status            : A REGISTRATION ON THE PRINCIPAL REGISTER WITH SECTIONS
                    8 & 15 AFFIDAVITS
Status Date       : 1988/07/11
PTO Status        : SECTION 8 & 15 - ACCEPTED AND ACKNOWLEDGED

Goods / Services  : COMIC MAGAZINES
Claim(s)          : OWNER OF U.S. RNS 371,803, 411,871, 1,108,577 &
                    OTHERS.*
U.S. Class(es)    : 038
T&T Intl Class(es): 16

Owner Information : (ORIGINAL APPLICANT)
                    DC COMICS INC., NEW YORK, N.Y.

Assignee          : DC COMICS (NY GENERAL PARTNERSHIP) 1325 AVENUE OF THE
                    AMERICAS NEW YORK, NY 10019
Assignor          : WARNER BROS. INC. (DE CORPORATION)
Assignment Date   : RECORDED 1993/01/19
Assignment Reel   : 0923    Assignment Frame  : 0936
Assignment Info   : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL

Assignee          : WARNER BROS. INC. (DE CORPORATION) 4000 WARNER BLVD
                    BURBANK, CA 91522
Assignor          : DC COMICS INC (NY CORPORATION)
Assignment Date   : RECORDED 1993/01/19
Assignment Reel   : 0923    Assignment Frame  : 0916
Assignment Info   : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL
```

**EXHIBIT 24**
**653**

FULLTEXT for            : SN094761
Mark Retrieved          : SUPERMAN

Design Type             : ( in stylized letters )
Registration No         : R1108577
Serial No               : SN094761 dated 1976/07/27          dated 1978/12/12
Publication Date        : 1978/09/19
First Use Date          : 19370103    First Use in Commerce: 19370103
Status                  : A REGISTRATION ON THE PRINCIPAL REGISTER WITH SECTIONS
                          8 & 15 AFFIDAVITS
Status Date             : 1984/11/15
PTO Status              : SECTION 8 & 15 - ACCEPTED AND ACKNOWLEDGED

Goods / Services        : COMIC MAGAZINES
Claim(s)                : THE DRAWING IS LINED FOR THE COLORS RED AND BLUE.*
U.S. Class(es)          : 038
T&T Intl Class(es):     16

Owner Information :       (ORIGINAL APPLICANT)
                          NATIONAL PERIODICAL PUBLICATIONS, INC., NEW YORK, N.Y.

Assignee                : DC COMICS (NY GENERAL PARTNERSHIP) 1325 AVENUE OF THE
                          AMERICAS NEW YORK, NY 10019
Assignor                : WARNER BROS. INC. (DE CORPORATION)
Assignment Date         : RECORDED 1993/01/19
Assignment Reel         : 0923    Assignment Frame  : 0936
Assignment Info         : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL

Assignee                : DC COMICS INC.
Assignor                : NATIONAL PERIODICAL PUBLICATIONS, INC.
Assignment Date         : RECORDED 1976/12/14
Assignment Reel         : 0299    Assignment Frame  : 0440
Assignment Info         : CHANGE OF NAME EFFECTIVE AUG. 12, 1976

Assignee                : WARNER BROS. INC. (DE CORPORATION) 4000 WARNER BLVD
                          BURBANK, CA 91522
Assignor                : DC COMICS INC (NY CORPORATION)
Assignment Date         : RECORDED 1993/01/19
Assignment Reel         : 0923    Assignment Frame  : 0916
Assignment Info         : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL

**EXHIBIT 24**
**654**

```
FULLTEXT for        : 71444138
Mark Retrieved      : SUPERMAN

Design Type         : ( plus design )
Registration No     : R0391821              dated 1941/11/25
Serial No           : 71444138 dated 1941/06/03
Publication Date    : 1941/08/26
First Use Commerce: 19370103
Status              : A RENEWED REGISTRATION ON THE PRINCIPAL REGISTER WITH
                      A SECTION 8 AFFIDAVIT
Renewal Date        : 1981/11/25
Republished         : 1956/10/02

Goods / Services    : MAGAZINE PUBLICATION
Plaintiff(s)        : PLAINTIFF IN OPPOSITION ACTION NUMBER 65625 AGAINST
                      SERIAL NUMBER 73232310; PLAINTIFF IN OPPOSITION ACTION
                      NUMBER 73695 AGAINST SERIAL NUMBER 73483902
U.S. Class(es)      : 038
T&T Intl Class(es): 16

Owner Information : (ORIGINAL APPLICANT)
                      DECTECTIVE COMICS, INC., NEW YORK, NY

Renewal Owner       : NATIONAL PERIODICAL PUBLICATIONS, INC., NEW YORK, N.Y.

Assignee            : DC COMICS (NY GENERAL PARTNERSHIP) 1325 AVENUE OF THE
                      AMERICAS NEW YORK, NY 10019
Assignor            : WARNER BROS. INC. (DE CORPORATION)
Assignment Date     : RECORDED 1993/01/19
Assignment Reel     : 0923   Assignment Frame   : 0936
Assignment Info     : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL

Assignee            : NATIONAL PERIODICAL PUBLICATIONS, INC. 575 LEXINGTON
                      AVE NEW YORK 22, NY
Assignor            : SUPERMAN, INCORPORATED, INTO
Assignor            : NATIONAL COMICS PUBLICATIONS, INC.
Assignment Date     : 1961/07/11 RECORDED 1961/08/09
Assignment Reel     : 0080   Assignment Frame   : 0171
Assignment Info     : MERGER AND CHANGE OF NAME EFFECTIVE JUN. 30, 1961 IN
                      NEW YORK

Assignee            : NATIONAL PERIODICAL PUBLICATIONS, INC.
Assignor            : NATIONAL PERIODICAL PUBLICATIONS, INC. -MERGED INTO-
Assignor            : KNS PUBLISHING COMPANY, INC. -CHANGED TO-
Assignment Date     : RECORDED 1976/12/24
Assignment Reel     : 0299   Assignment Frame   : 0439
Assignment Info     : MERGER EFFECTIVE MAR. 26, 1968 IN NEW YORK

Assignee            : DC COMICS INC.
Assignor            : NATIONAL PERIODICAL PUBLICATIONS, INC.
```

EXHIBIT 24
655

```
Assignment Date    : RECORDED 1976/12/14
Assignment Reel    : 0299   Assignment Frame   : 0440
Assignment Info    : CHANGE OF NAME EFFECTIVE AUG. 12, 1976

Assignee           : SUPERMAN, INCORPORATED (NY CORPORATION) 11 E. 44TH ST
                     NEW YORK 17, NY
Assignor           : NATIONAL COMICS PUBLICATIONS, INC. 480 LEXINGTON AVE
                     NEW YORK, NY
Assignment Date    : 1957/09/30 RECORDED 1958/03/27
Assignment Reel    : 0039   Assignment Frame   : 0545
Assignment Info    :  ASSIGNS ALL INTEREST, TOGETHER WITH THE GOOD WILL OF
                     THE BUSINESS SYMBOLIZED BY SAID MARK.

Assignee           : WARNER BROS. INC. (DE CORPORATION) 4000 WARNER BLVD
                     BURBANK, CA 91522
Assignor           : DC COMICS INC (NY CORPORATION)
Assignment Date    : RECORDED 1993/01/19
Assignment Reel    : 0923   Assignment Frame   : 0916
Assignment Info    : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL
```

**EXHIBIT 24**

**656**

```
FULLTEXT for          : 72119809
Mark Retrieved        : SUPERMAN NATIONAL COMICS DC

Design Type           : ( plus design )
Registration No       : R0736443
Serial No             : 72119809 dated 1961/05/11
Publication Date      : 1962/06/05          dated 1962/08/21
First Use Date        : 19490907   First Use in Commerce: 19490907
Status                : AN EXPIRED REGISTRATION ON THE PRINCIPAL REGISTER WITH
                        A SECTION 8 AFFIDAVIT
Status Date           : 1982/08/21

Goods / Services      : PERIODICALS, SUCH AS COMIC BOOKS
U.S. Class(es)        : 038
T&T Intl Class(es)    : 16

Owner Information     : (ORIGINAL APPLICANT)
                        SUPERMAN, INC., NEW YORK, N.Y.

Assignee              : DC COMICS INC.
Assignor              : NATIONAL PERIODICAL PUBLICATIONS, INC.
Assignment Date       : RECORDED 1976/12/14
Assignment Reel       : 0299   Assignment Frame   : 0440
Assignment Info       : CHANGE OF NAME EFFECTIVE AUG. 12, 1976

Assignee              : NATIONAL PERIODICAL PUBLICATIONS, INC. 575 LEXINGTON
                        AVE NEW YORK 22, NY
Assignor              : SUPERMAN, INCORPORATED, INTO
Assignor              : NATIONAL COMICS PUBLICATIONS, INC.
Assignment Date       : 1961/07/11 RECORDED 1961/08/09
Assignment Reel       : 0080   Assignment Frame   : 0171
Assignment Info       : MERGER AND CHANGE OF NAME EFFECTIVE JUN. 30, 1961 IN
                        NEW YORK

Assignee              : NATIONAL PERIODICAL PUBLICATIONS, INC.
Assignor              : NATIONAL PERIODICAL PUBLICATIONS, INC.
Assignor              : KNS PUBLISHING COMPANY, INC. -MERGED INTO-
Assignment Date       : RECORDED 1976/12/24 -CHANGED TO-
Assignment Reel       : 0299   Assignment Frame   : 0439
Assignment Info       : MERGER EFFECTIVE MAR. 26, 1968 IN NEW YORK
```

EXHIBIT 24

657

```
FULLTEXT for        : 71473637
Mark Retrieved      : SUPERMAN SUPERHOMBRE

Design Type         : ( plus design )
Registration No     : R0411871                    dated 1945/02/06
Serial No           : 71473637 dated 1944/08/26
Publication Date    : 1944/11/21
First Use Date      : 19420908    First Use in Commerce: 19420908
Status              : A RENEWED REGISTRATION ON THE PRINCIPAL REGISTER WITH
                      SECTIONS 8 & 15 AFFIDAVITS
PTO Status          : RENEWED
Renewal Date        : 1985/02/06
Republished         : 1956/10/02

Goods / Services    : MAGAZINE
Plaintiff(s)        : PLAINTIFF IN OPPOSITION ACTION NUMBER 61857 AGAINST
                      SERIAL NUMBER 73121910; PLAINTIFF IN OPPOSITION ACTION
                      NUMBER 62704 AGAINST SERIAL NUMBER 73181007
U.S. Class(es)      : 038
T&T Intl Class(es)  : 16

Owner Information   : (POST-REGISTRATION OWNER)
Owner Information   : DC COMICS INC. (NY CORPORATION) 75 ROCKEFELLER PLAZA
                      NEW YORK, NY 10019

Renewal Owner       : NATIONAL PERIODICAL PUBLICATIONS, INC., NEW YORK, N.Y.

Assignee            : DC COMICS (NY GENERAL PARTNERSHIP) 1325 AVENUE OF THE
                      AMERICAS NEW YORK, NY 10019
Assignor            : WARNER BROS. INC. (DE CORPORATION)
Assignment Date     : RECORDED 1993/01/19
Assignment Reel     : 0923    Assignment Frame   : 0936
Assignment Info     : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL

Assignee            : SUPERMAN, INCORPORATED (NY CORPORATION) 11 E. 44TH ST
                      NEW YORK 17, NY
Assignor            : NATIONAL COMICS PUBLICATIONS, INC. 480 LEXINGTON AVE
                      NEW YORK, NY
Assignment Date     : 1957/09/30 RECORDED 1958/04/03
Assignment Reel     : 0040    Assignment Frame   : 0025
Assignment Info     : ASSIGNS ALL INTEREST, TOGETHER WITH THE GOOD WILL OF
                      THE BUSINESS SYMBOLIZED BY SAID MARK.

Assignee            : NATIONAL PERIODICAL PUBLICATIONS, INC. 575 LEXINGTON
                      AVE NEW YORK 22, NY
Assignor            : SUPERMAN, INCORPORATED, INTO
Assignor            : NATIONAL COMICS PUBLICATIONS, INC.
Assignment Date     : 1961/07/11 RECORDED 1961/08/07
Assignment Reel     : 0080    Assignment Frame   : 0116
Assignment Info     : MERGER AND CHANGE OF NAME EFFECTIVE JUN. 30, 1961 IN
```

EXHIBIT 24
658

NEW YORK

Assignee              : NATIONAL PERIODICAL PUBLICATIONS, INC.
Assignor              : NATIONAL PERIODICAL PUBLICATIONS, INC.
Assignor              : KNS PUBLISHING COMPANY, INC. -MERGED INTO-
Assignment Date       : RECORDED 1976/12/24
Assignment Reel       : 0299    Assignment Frame    : 0439
Assignment Info       : MERGER EFFECTIVE MAR. 26, 1968 IN NEW YORK

Assignee              : DC COMICS INC.
Assignor              : NATIONAL PERIODICAL PUBLICATIONS, INC.
Assignment Date       : RECORDED 1976/12/14
Assignment Reel       : 0299    Assignment Frame    : 0440
Assignment Info       : CHANGE OF NAME EFFECTIVE AUG. 12, 1976

Assignee              : WARNER BROS. INC. (DE CORPORATION) 4000 WARNER BLVD
                        BURBANK, CA 91522
Assignor              : DC COMICS INC (NY CORPORATION)
Assignment Date       : RECORDED 1993/01/19
Assignment Reel       : 0923    Assignment Frame    : 0916
Assignment Info       : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL

EXHIBIT 24
659

```
FULLTEXT for        : SN231898
Mark Retrieved      : SUPERMAN

Design Type         : ( plus design )
Registration No     : R1200394              dated 1982/07/06
Serial No           : SN231898 dated 1979/09/18
Publication Date    : 1982/04/13
First Use Date      : 19370000   First Use in Commerce: 19370000
Status              : A REGISTRATION ON THE PRINCIPAL REGISTER WITH SECTIONS
                      8 & 15 AFFIDAVITS
Status Date         : 1988/07/30
PTO Status          : SECTION 8 & 15 - ACCEPTED AND ACKNOWLEDGED

Goods / Services    : BOOKS CONCERNING MEMORABILIA RELATING TO FICTIONAL
                      CHARACTERS, CHILDREN'S BOOKS, COLORING BOOKS, PUZZLE
                      BOOKS, POSTER BOOKS, NONFICTION BOOKS REGARDING THE
                      PRODUCTION OF MOTION PICTURES AND TELEVISION PROGRAMS,
                      GREETING CARDS, NOTEPADS AND POSTERS, PAPER NAPKINS,
                      PAPER TABLECLOTHS, CALENDARS, PENCIL SHARPENERS,
                      CARDBOARD CENTER PIECES, AND WRITING SLATES
Claim(s)            : OWNER OF U.S. RNS 371,803, 1,108,577 & OTHERS.*
U.S. Class(es)      : 023,037,038
T&T Intl Class(es)  : 16

Owner Information   : (ORIGINAL APPLICANT)
                      DC COMICS INC., NEW YORK, N.Y.

Assignee            : DC COMICS (NY GENERAL PARTNERSHIP) 1325 AVENUE OF THE
                      AMERICAS NEW YORK, NY 10019
Assignor            : WARNER BROS. INC. (DE CORPORATION)
Assignment Date     : RECORDED 1993/01/19
Assignment Reel     : 0923   Assignment Frame   : 0936
Assignment Info     : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL

Assignee            : WARNER BROS. INC. (DE CORPORATION) 4000 WARNER BLVD
                      BURBANK, CA 91522
Assignor            : DC COMICS INC (NY CORPORATION)
Assignment Date     : RECORDED 1993/01/19
Assignment Reel     : 0923   Assignment Frame   : 0916
Assignment Info     : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL
```

**EXHIBIT 24**
**660**

```
FULLTEXT for         : SN231897
Mark Retrieved       : SUPERMAN

Design Type          : ( no design )
Registration No      : R1209668                dated 1982/09/21
Serial No            : SN231897 dated 1979/09/18
Publication Date     : 1982/06/29
First Use Date       : 19370000    First Use in Commerce: 19370000
Status               : A REGISTRATION ON THE PRINCIPAL REGISTER WITH SECTIONS
                       8 & 15 AFFIDAVITS
Status Date          : 1988/07/27
PTO Status           : SECTION 8 & 15 - ACCEPTED AND ACKNOWLEDGED

Goods / Services     : BOOKS CONCERNING MEMORABILIA RELATING TO FICTIONAL
                       CHARACTERS, CHILDREN'S BOOKS, COLORING BOOKS, PUZZLE
                       BOOKS, POSTER BOOKS, NONFICTION BOOKS REGARDING THE
                       PRODUCTION OF MOTION PICTURES AND TELEVISION PROGRAMS,
                       GREETING CARDS, NOTEPADS AND POSTERS, PAPER NAPKINS,
                       PAPER TABLECLOTHS, CALENDARS, PENCIL SHARPENERS,
                       CARDBOARD CENTER PIECES, WRITING SLATES
Claim(s)             : OWNER OF U.S. RNS 371,803, 1,108,577 & OTHERS.*
U.S. Class(es)       : 022,023,037,038
T&T Intl Class(es)   : 16

Owner Information    : (ORIGINAL APPLICANT)
                       DC COMICS INC., NEW YORK, N.Y.

Assignee             : DC COMICS (NY GENERAL PARTNERSHIP) 1325 AVENUE OF THE
Assignor             : AMERICAS NEW YORK, NY 10019
Assignment Date      : WARNER BROS. INC. (DE CORPORATION)
Assignment Reel      : RECORDED 1993/01/19
Assignment Info      : 0923    Assignment Frame    : 0936
                       ASSIGNS THE ENTIRE INTEREST AND GOOD WILL

Assignee             : WARNER BROS. INC. (DE CORPORATION) 4000 WARNER BLVD
Assignor             : BURBANK, CA 91522
Assignment Date      : DC COMICS INC (NY CORPORATION)
Assignment Reel      : RECORDED 1993/01/19
Assignment Info      : 0923    Assignment Frame    : 0916
                       ASSIGNS THE ENTIRE INTEREST AND GOOD WILL
```

**EXHIBIT 24**

**661**

```
FULLTEXT for       : SN231892
Mark Retrieved     : SUPERMAN

Design Type        : ( in stylized letters )
Registration No    : R1185526           dated 1982/01/12
Serial No          : SN231892 dated 1979/09/18
Publication Date   : 1981/10/20
First Use Date     : 19460000   First Use in Commerce: 19460000
Status             : A REGISTRATION ON THE PRINCIPAL REGISTER WITH SECTIONS
                     8 & 15 AFFIDAVITS
Status Date        : 1988/05/23
PTO Status         : SECTION 8 & 15 - ACCEPTED AND ACKNOWLEDGED

Goods / Services   : PHONOGRAPHIC RECORDS, PRERECORDED AUDIO AND
                     AUDIO/VISUAL TAPES AND CASSETTES, VISUAL TAPES AND
                     CASSETTES, RADIOS, EYE GLASS FRAMES AND CASES AND
                     PHOTOGRAPHIC SLIDES AND SLIDE VIEWERS
Plaintiff(s)       : PLAINTIFF IN OPPOSITION ACTION NUMBER 78699 AGAINST
                     SERIAL NUMBER 73634902
U.S. Class(es)     : 021,026,036,038
T&T Intl Class(es) : 9

Owner Information  : (ORIGINAL APPLICANT)
                     DC COMICS INC., NEW YORK, N.Y.

Assignee           : DC COMICS (NY GENERAL PARTNERSHIP) 1325 AVENUE OF THE
                     AMERICAS NEW YORK, NY 10019
Assignor           : WARNER BROS. INC. (DE CORPORATION)
Assignment Date    : RECORDED 1993/01/19
Assignment Reel    : 0923   Assignment Frame  : 0936
Assignment Info    : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL

Assignee           : WARNER BROS. INC. (DE CORPORATION) 4000 WARNER BLVD
                     BURBANK, CA 91522
Assignor           : DC COMICS INC (NY CORPORATION)
Assignment Date    : RECORDED 1993/01/19
Assignment Reel    : 0923   Assignment Frame  : 0916
Assignment Info    : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL
```

**EXHIBIT 24**
**662**

```
FULLTEXT for        : SN231891
Mark Retrieved      : SUPERMAN

Design Type         : ( no design )
Registration No     : R1175907              dated 1981/11/03
Serial No           : SN231891 dated 1979/09/18
Publication Date    : 1981/08/11
First Use Date      : 19460000    First Use in Commerce: 19460000
Status              : A REGISTRATION ON THE PRINCIPAL REGISTER WITH SECTIONS
                      8 & 15 AFFIDAVITS
Status Date         : 1988/02/13
PTO Status          : SECTION 8 & 15 - ACCEPTED AND ACKNOWLEDGED

Goods / Services    : PHONOGRAPHIC RECORDS, PRERECORDED AUDIO AND
                      AUDIO/VISUAL TAPES AND CASSETTES AND VISUAL TAPES AND
                      CASSETTES
U.S. Class(es)      : 021,036
T&T Intl Class(es)  : 9

Owner Information   : (ORIGINAL APPLICANT)
                      DC COMICS INC., NEW YORK, N.Y.

Assignee            : DC COMICS (NY GENERAL PARTNERSHIP) 1325 AVENUE OF THE
                      AMERICAS NEW YORK, NY 10019
Assignor            : WARNER BROS. INC. (DE CORPORATION)
Assignment Date     : RECORDED 1993/01/19
Assignment Reel     : 0923   Assignment Frame  : 0936
Assignment Info     : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL

Assignee            : WARNER BROS. INC. (DE CORPORATION) 4000 WARNER BLVD
                      BURBANK, CA 91522
Assignor            : DC COMICS INC (NY CORPORATION)
Assignment Date     : RECORDED 1993/01/19
Assignment Reel     : 0923   Assignment Frame  : 0916
Assignment Info     : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL
```

EXHIBIT 24
663

```
FULLTEXT for        : SN231825
Mark Retrieved      : SUPERMAN

Design Type         : ( in stylized letters )
Registration No     : R1218552          dated 1982/11/30
Serial No           : SN231825 dated 1979/09/18
Publication Date    : 1982/09/07
First Use Date      : 19730400    First Use in Commerce: 19730400
Status              : A REGISTRATION ON THE PRINCIPAL REGISTER WITH SECTIONS
                      8 & 15 AFFIDAVITS
Status Date         : 1989/03/09
PTO Status          : SECTION 8 & 15 - ACCEPTED AND ACKNOWLEDGED

Goods / Services    : ADVERTISING AND PROMOTIONAL SERVICES, NAMELY, CREATIVE
                      ADVERTISING FOR OTHERS INCORPORATING COMIC STRIP
                      MATERIALS, LICENSING USE OF COMIC STRIP CHARACTERS FOR
                      PROMOTIONAL PURPOSES, AND PROVIDING PROMOTIONAL
                      SERVICES IN CONNECTION WITH THESE LICENSES
U.S. Class(es)      : 101
T&T Intl Class(es)  : 35

Owner Information   : (ORIGINAL APPLICANT)
                      DC COMICS INC., NEW YORK, N.Y.

Assignee            : DC COMICS (NY GENERAL PARTNERSHIP) 1325 AVENUE OF THE
                      AMERICAS NEW YORK, NY 10019
Assignor            : WARNER BROS. INC. (DE CORPORATION)
Assignment Date     : RECORDED 1993/01/19
Assignment Reel     : 0923    Assignment Frame  : 0936
Assignment Info     : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL

Assignee            : WARNER BROS. INC. (DE CORPORATION) 4000 WARNER BLVD
                      BURBANK, CA 91522
Assignor            : DC COMICS INC (NY CORPORATION)
Assignment Date     : RECORDED 1993/01/19
Assignment Reel     : 0923    Assignment Frame  : 0916
Assignment Info     : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL
```

EXHIBIT 24
664

```
FULLTEXT for      : SN231863
Mark Retrieved    : SUPERMAN

Design Type       : ( no design )
Registration No   : R1216976              dated 1982/11/16
Serial No         : SN231863 dated 1979/09/18
Publication Date  : 1982/08/24
First Use Date    : 19730400   First Use in Commerce: 19730400
Status            : A REGISTRATION ON THE PRINCIPAL REGISTER WITH SECTIONS
                    8 & 15 AFFIDAVITS
Status Date       : 1988/09/27
PTO Status        : SECTION 8 & 15 - ACCEPTED AND ACKNOWLEDGED

Goods / Services  : ADVERTISING AND PROMOTIONAL SERVICES, NAMELY, CREATING
                    ADVERTISING FOR OTHERS INCORPORATING COMIC STRIP
                    MATERIALS
U.S. Class(es)    : 101
T&T Intl Class(es): 35

Owner Information : (ORIGINAL APPLICANT)
                    DC COMICS INC., NEW YORK, N.Y.

Assignee          : DC COMICS (NY GENERAL PARTNERSHIP) 1325 AVENUE OF THE
                    AMERICAS NEW YORK, NY 10019
Assignor          : WARNER BROS. INC. (DE CORPORATION)
Assignment Date   : RECORDED 1993/01/19
Assignment Reel   : 0923   Assignment Frame  : 0936
Assignment Info   : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL

Assignee          : WARNER BROS. INC. (DE CORPORATION) 4000 WARNER BLVD
                    BURBANK, CA 91522
Assignor          : DC COMICS INC (NY CORPORATION)
Assignment Date   : RECORDED 1993/01/19
Assignment Reel   : 0923   Assignment Frame  : 0916
Assignment Info   : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL
```

**EXHIBIT 24**

**665**

```
FULLTEXT for      : SN231851
Mark Retrieved    : SUPERMAN

Design Type       : ( in stylized letters )
Registration No   : R1182226              dated 1981/12/15
Serial No         : SN231851 dated 1979/09/18
Publication Date  : 1981/09/22
First Use Date    : 19460000    First Use in Commerce: 19460000
Status            : A REGISTRATION ON THE PRINCIPAL REGISTER WITH SECTIONS
                    8 & 15 AFFIDAVITS
Status Date       : 1988/03/11
PTO Status        : SECTION 8 & 15 - ACCEPTED AND ACKNOWLEDGED

Goods / Services  : ADULTS' AND CHILDREN'S CLOTHING, NAMELY, SOCKS,
                    PAJAMAS, RAINWEAR, NIGHT SHIRTS, T-SHIRTS, SHORTS AND
                    HALTERS, LOUNGEWEAR, AND UNDERWEAR
Claim(s)          : OWNER OF U.S. RNS 648,647 & 1,061,726.*
U.S. Class(es)    : 039
T&T Intl Class(es): 25

Owner Information : (ORIGINAL APPLICANT)
                    DC COMICS INC., NEW YORK, N.Y.

Assignee          : DC COMICS (NY GENERAL PARTNERSHIP) 1325 AVENUE OF THE
                    AMERICAS NEW YORK, NY 10019
Assignor          : WARNER BROS. INC. (DE CORPORATION)
Assignment Date   : RECORDED 1993/01/19
Assignment Reel   : 0923    Assignment Frame  : 0936
Assignment Info   : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL

Assignee          : WARNER BROS. INC. (DE CORPORATION) 4000 WARNER BLVD
                    BURBANK, CA 91522
Assignor          : DC COMICS INC (NY CORPORATION)
Assignment Date   : RECORDED 1993/01/19
Assignment Reel   : 0923    Assignment Frame  : 0916
Assignment Info   : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL
```

**EXHIBIT 24**
**666**

```
FULLTEXT for          : SN231850
Mark Retrieved        : SUPERMAN

Design Type           : ( no design )
Registration No       : R1189393
Serial No             : SN231850 dated 1979/09/18        dated 1982/02/09
Publication Date      : 1981/11/17
First Use Date        : 19490000    First Use in Commerce: 19490000
Status                : A REGISTRATION ON THE PRINCIPAL REGISTER WITH SECTIONS
                        8 & 15 AFFIDAVITS
Status Date           : 1988/03/14
PTO Status            : SECTION 8 & 15 - ACCEPTED AND ACKNOWLEDGED

Goods / Services      : ADULTS' AND CHILDRENS' CLOTHING, NAMELY, SOCKS,
                        PAJAMAS, RAINWEAR, NIGHT SHIRTS, T-SHIRTS, SHORTS AND
                        HALTERS, LOUNGEWEAR, UNDERWEAR, AND COSTUMES
Claim(s)              : OWNER OF U.S. RNS 648,647, 1,061,726 & 1,108,577. SEC.
                        2(F).*
U.S. Class(es)        : 039
T&T Intl Class(es)    : 25

Owner Information     : (ORIGINAL APPLICANT)
                        DC COMICS INC., NEW YORK, N.Y.

Assignee              : DC COMICS (NY GENERAL PARTNERSHIP) 1325 AVENUE OF THE
Assignor                AMERICAS NEW YORK, NY 10019
Assignment Date       : WARNER BROS. INC. (DE CORPORATION)
Assignment Reel       : RECORDED 1993/01/19
Assignment Info       : 0923    Assignment Frame  : 0936
                      : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL

Assignee              : WARNER BROS. INC. (DE CORPORATION) 4000 WARNER BLVD
Assignor                BURBANK, CA 91522
Assignment Date       : DC COMICS INC (NY CORPORATION)
Assignment Reel       : RECORDED 1993/01/19
Assignment Info       : 0923    Assignment Frame  : 0916
                      : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL
```

**EXHIBIT 24**

**667**

```
FULLTEXT for          : 72017747
Mark Retrieved        : SUPERMAN

Design Type           : ( no design )
Registration No       : R0648647               dated 1957/07/16
Serial No             : 72017747 dated 1956/10/18
Publication Date      : 1957/04/30
First Use Date        : 19540515   First Use in Commerce: 19540515
Status                : A RENEWED REGISTRATION ON THE PRINCIPAL REGISTER WITH
                        A SECTION 8 AFFIDAVIT
Renewal Date          : 1977/07/16

Goods / Services      : BOYS' CLOTHING, NAMELY, PLAYSUITS, T-SHIRTS,
                        SWIMSUITS, AND CAPS
Plaintiff(s)          : PLAINTIFF IN OPPOSITION ACTION NUMBER 71431 AGAINST
                        SERIAL NUMBER 73269781
U.S. Class(es)        : 039
T&T Intl Class(es)    : 25

Owner Information :   (ORIGINAL APPLICANT)
                      NATIONAL COMICS PUBLICATIONS, INC., NEW YORK, N.Y.

Renewal Owner         : DC COMICS INC., NEW YORK, N.Y.

Assignee              : DC COMICS (NY GENERAL PARTNERSHIP) 1325 AVENUE OF THE
                        AMERICAS NEW YORK, NY 10019
Assignor              : WARNER BROS. INC. (DE CORPORATION)
Assignment Date       : RECORDED 1993/01/19
Assignment Reel       : 0923   Assignment Frame  : 0936
Assignment Info       : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL

Assignee              : NATIONAL PERIODICAL PUBLICATIONS, INC. 575 LEXINGTON
                        AVE NEW YORK 22, NY
Assignor              : SUPERMAN, INCORPORATED, INTO
Assignor              : NATIONAL COMICS PUBLICATIONS, INC.
Assignment Date       : 1961/07/11 RECORDED 1961/08/07
Assignment Reel       : 0080   Assignment Frame  : 0116
Assignment Info       : MERGER AND CHANGE OF NAME EFFECTIVE JUN. 30, 1961 IN
                        NEW YORK

Assignee              : NATIONAL PERIODICAL PUBLICATIONS, INC.
Assignor              : NATIONAL PERIODICAL PUBLICATIONS, INC. -MERGED INTO-
Assignor              : KNS PUBLISHING COMPANY, INC. -CHANGED TO-
Assignment Date       : RECORDED 1976/12/24
Assignment Reel       : 0299   Assignment Frame  : 0439
Assignment Info       : MERGER EFFECTIVE MAR. 26, 1968 IN NEW YORK

Assignee              : DC COMICS INC.
Assignor              : NATIONAL PERIODICAL PUBLICATIONS, INC.
Assignment Date       : RECORDED 1976/12/14
```

EXHIBIT 24
668

```
Assignment Reel    : 0299   Assignment Frame   : 0440
Assignment Info    : CHANGE OF NAME EFFECTIVE AUG. 12, 1976

Assignee           : WARNER BROS. INC. (DE CORPORATION) 4000 WARNER BLVD
                     BURBANK, CA 91522
Assignor           : DC COMICS INC (NY CORPORATION)
Assignment Date    : RECORDED 1993/01/19
Assignment Reel    : 0923   Assignment Frame   : 0916
Assignment Info    : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL
```

**EXHIBIT 24**

**669**

```
FULLTEXT for       : SN231871
Mark Retrieved     : SUPERMAN

Design Type        : ( no design )
Registration No    : R1248822              dated 1983/08/23
Serial No          : SN231871 dated 1979/09/18
Publication Date   : 1983/05/31
First Use Date     : 19781200 (INTL. CL. 8); 19781200 (INTL. CL. 28)
                     First Use in Commerce: 19470000 (INTL. CL. 8);
                     19470000 (INTL. CL. 28)
Status             : A REGISTRATION ON THE PRINCIPAL REGISTER WITH SECTIONS
                     8 & 15 AFFIDAVITS
Status Date        : 1989/09/18
PTO Status         : SECTION 8 & 15 - ACCEPTED AND ACKNOWLEDGED

Goods / Services   : CHILD'S SCISSORS; PUPPETS, PUZZLES, DOLLS, MODEL
                     BUILDING SETS CONSISTING OF TOY CHARACTER FIGURES,
                     MODELS OF BUILDING TOPS AND BACKGROUND SCENERY, TOY
                     VEHICLES, PARACHUTE TOYS, KITES, TOY WATCHES,
                     BALLOONS, ROLLERSKATES, TOY ROCKETS, CHILD'S
                     PLAY/DISGUISE SET CONSISTING OF MASK, CAPE AND
                     COSTUME, MOTOR DRIVEN TOY ACTION FIGURES, FLYING
                     DISCS, INFLATABLE BOP BAG, TOY PINBALL MACHINES, AND
                     EQUIPMENT SOLD AS A UNIT FOR PLAYING BOARD GAMES AND
                     PARLOR GAMES
Claim(s)           : OWNER OF U.S. RN. 1,070,290, 1,209,668 & OTHERS. SEC.
                     2(F).
U.S. Class(es)     : 022,023
T&T Intl Class(es) : 8,28

Owner Information  : (ORIGINAL APPLICANT)
                     DC COMICS INC., NEW YORK, N.Y.


Assignee           : DC COMICS (NY GENERAL PARTNERSHIP) 1325 AVENUE OF THE
                     AMERICAS NEW YORK, NY 10019
Assignor           : WARNER BROS. INC. (DE CORPORATION)
Assignment Date    : RECORDED 1993/01/19
Assignment Reel    : 0923   Assignment Frame  : 0936
Assignment Info    : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL

Assignee           : WARNER BROS. INC. (DE CORPORATION) 4000 WARNER BLVD
                     BURBANK, CA 91522
Assignor           : DC COMICS INC (NY CORPORATION)
Assignment Date    : RECORDED 1993/01/19
Assignment Reel    : 0923   Assignment Frame  : 0916
Assignment Info    : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL
```

**EXHIBIT 24**

**670**

```
FULLTEXT for        : SN231870
Mark Retrieved      : SUPERMAN

Design Type         : ( plus design )
Registration No     : R1209863              dated 1982/09/21
Serial No           : SN231870 dated 1979/09/18
Publication Date    : 1982/06/29
First Use Date      : 19470000    First Use in Commerce: 19470000
Status              : A REGISTRATION ON THE PRINCIPAL REGISTER WITH SECTIONS
                      8 & 15 AFFIDAVITS
Status Date         : 1988/09/29
PTO Status          : SECTION 8 & 15 - ACCEPTED AND ACKNOWLEDGED

Goods / Services    : PUPPETS, PUZZLES, DOLLS, MODEL BUILDING SETS
                      CONSISTING OF TOY CHARACTER FIGURES, MODELS OF
                      BUILDING TOPS AND BACKGROUND SCENERY, TOY VEHICLES,
                      PARACHUTE TOYS, KITES, TOY WATCHES, BALLOONS,
                      ROLLERSKATES, TOY ROCKETS, CHILD'S PLAY/DISGUISE SET
                      CONSISTING OF MASK, CAPE AND COSTUME, MOTOR DRIVEN TOY
                      ACTION FIGURE, FLYING DISCS, INFLATABLE BOP BAG, TOY
                      PINBALL MACHINES, AND EQUIPMENT SOLD AS A UNIT FOR
                      PLAYING BOARDGAMES AND PARLOR GAMES
Claim(s)            : OWNER OF U.S. RN 1,070,290.*
U.S. Class(es)      : 022
T&T Intl Class(es)  : 28

Owner Information   : (ORIGINAL APPLICANT)
                      DC COMICS INC., NEW YORK, N.Y.

Assignee            : DC COMICS (NY GENERAL PARTNERSHIP) 1325 AVENUE OF THE
                      AMERICAS NEW YORK, NY 10019
Assignor            : WARNER BROS. INC. (DE CORPORATION)
Assignment Date     : RECORDED 1993/01/19
Assignment Reel     : 0923    Assignment Frame  : 0936
Assignment Info     : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL

Assignee            : WARNER BROS. INC. (DE CORPORATION) 4000 WARNER BLVD
                      BURBANK, CA 91522
Assignor            : DC COMICS INC (NY CORPORATION)
Assignment Date     : RECORDED 1993/01/19
Assignment Reel     : 0923    Assignment Frame  : 0916
Assignment Info     : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL
```

**EXHIBIT 24**

**671**

```
FULLTEXT for        : SN057161
Mark Retrieved      : SUPERMAN

Design Type         : ( no design )
Registration No     : R1070290              dated 1977/07/26
Serial No           : SN057161 dated 1975/07/08
Publication Date    : 1977/03/15
First Use Date      : 19721210   First Use in Commerce: 19721210
Status              : A REGISTRATION ON THE PRINCIPAL REGISTER WITH A
                      SECTION 8 AFFIDAVIT
Status Date         : 1982/10/04
PTO Status          : SECTION 8 - ACCEPTED

Goods / Services    : TOY DOLL FIGURES
Plaintiff(s)        : PLAINTIFF IN CANCELLATION ACTION NUMBER 14833 AGAINST
                      SERIAL NUMBER 73440901 PLAINTIFF IN OPPOSITION ACTION
                      NUMBER 71154 AGAINST SERIAL NUMBER 73473583; PLAINTIFF
                      IN OPPOSITION ACTION NUMBER 92731 AGAINST SERIAL
                      NUMBER 74150117.
Claim(s)            : OWNER OF RNS 371,893, 736,443, & OTHERS.*
U.S. Class(es)      : 022
T&T Intl Class(es): 28

Owner Information   : (ORIGINAL APPLICANT)
                      NATIONAL PERIODICAL PUBLICATIONS, INC., NEW YORK, N.Y.

Assignee            : DC COMICS (NY GENERAL PARTNERSHIP) 1325 AVENUE OF THE
                      AMERICAS NEW YORK, NY 10019
Assignor            : WARNER BROS. INC. (DE CORPORATION)
Assignment Date     : RECORDED 1993/01/19
Assignment Reel     : 0923   Assignment Frame  : 0936
Assignment Info     : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL

Assignee            : DC COMICS INC.
Assignor            : NATIONAL PERIODICAL PUBLICATIONS, INC.
Assignment Date     : RECORDED 1976/12/14
Assignment Reel     : 0299   Assignment Frame  : 0440
Assignment Info     : CHANGE OF NAME EFFECTIVE AUG. 12, 1976

Assignee            : WARNER BROS. INC. (DE CORPORATION) 4000 WARNER BLVD
                      BURBANK, CA 91522
Assignor            : DC COMICS INC (NY CORPORATION)
Assignment Date     : RECORDED 1993/01/19
Assignment Reel     : 0923   Assignment Frame  : 0916
Assignment Info     : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL
```

**EXHIBIT 24**

**672**

```
FULLTEXT for      : SN089369
Mark Retrieved    : SUPERMAN

Design Type       : ( no design )
Registration No   : R1146869              dated 1981/02/10
Serial No         : SN089369 dated 1976/06/04
Publication Date  : 1980/10/28
First Use Date    : 19750929   First Use in Commerce: 19750929
Status            : A REGISTRATION ON THE PRINCIPAL REGISTER WITH SECTIONS
                    8 & 15 AFFIDAVITS
Status Date       : 1987/03/31
PTO Status        : SECTION 8 & 15 - ACCEPTED AND ACKNOWLEDGED

Goods / Services  : BELTS
Claim(s)          : OWNER OF U.S. RN 648,647.*
U.S. Class(es)    : 039
T&T Intl Class(es): 25

Owner Information : (ORIGINAL APPLICANT)
                    DC COMICS INC., NEW YORK, N.Y., BY CHANGE OF NAME FROM
                    NATIONAL PERIODICAL PUBLICATIONS, INC., NEW YORK, N.Y.

Assignee          : DC COMICS (NY GENERAL PARTNERSHIP) 1325 AVENUE OF THE
                    AMERICAS NEW YORK, NY 10019
Assignor          : WARNER BROS. INC. (DE CORPORATION)
Assignment Date   : RECORDED 1993/01/19
Assignment Reel   : 0923   Assignment Frame  : 0936
Assignment Info   : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL

Assignee          : DC COMICS INC.
Assignor          : NATIONAL PERIODICAL PUBLICATIONS, INC.
Assignment Date   : RECORDED 1976/12/14
Assignment Reel   : 0299   Assignment Frame  : 0440
Assignment Info   : CHANGE OF NAME EFFECTIVE AUG. 12, 1976

Assignee          : WARNER BROS. INC. (DE CORPORATION) 4000 WARNER BLVD
                    BURBANK, CA 91522
Assignor          : DC COMICS INC (NY CORPORATION)
Assignment Date   : RECORDED 1993/01/19
Assignment Reel   : 0923   Assignment Frame  : 0916
Assignment Info   : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL
```

**EXHIBIT 24**

**673**

```
FULLTEXT for      : SN231835
Mark Retrieved    : SUPERMAN

Design Type       : ( no design )
Registration No   : R1174728        dated 1981/10/27
Serial No         : SN231835 dated 1979/09/18
Publication Date  : 1981/08/04
First Use Date    : 19780800   First Use in Commerce: 19780800
Status            : A REGISTRATION ON THE PRINCIPAL REGISTER WITH A
                    SECTION 8 AFFIDAVIT
Status Date       : 1988/04/06
PTO Status        : SECTION 8 - ACCEPTED

Goods / Services  : BUBBLE BATH
U.S. Class(es)    : 051
T&T Intl Class(es): 3

Owner Information : (ORIGINAL APPLICANT)
                    DC COMICS INC., NEW YORK, N.Y.

Assignee          : DC COMICS (NY GENERAL PARTNERSHIP) 1325 AVENUE OF THE
                    AMERICAS NEW YORK, NY 10019
Assignor          : WARNER BROS. INC. (DE CORPORATION)
Assignment Date   : RECORDED 1993/01/19
Assignment Reel   : 0923   Assignment Frame   : 0936
Assignment Info   : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL

Assignee          : WARNER BROS. INC. (DE CORPORATION) 4000 WARNER BLVD
                    BURBANK, CA 91522
Assignor          : DC COMICS INC (NY CORPORATION)
Assignment Date   : RECORDED 1993/01/19
Assignment Reel   : 0923   Assignment Frame   : 0916
Assignment Info   : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL
```

**EXHIBIT 24**

**674**

```
FULLTEXT for        : 74022332
Mark Retrieved      : SUPERMAN

Design Type         : ( no design )
Registration No     : R1620788            dated 1990/11/06
Serial No           : 74022332 dated 1990/01/25
Publication Date    : 1990/08/14
First Use Date      : 19900112    First Use in Commerce: 19900112
Status              : A REGISTRATION ON THE PRINCIPAL REGISTER
PTO Status          : REGISTERED

Goods / Services    : VITAMINS
U.S. Class(es)      : 018
T&T Intl Class(es)  : 5

Owner Information : (REGISTRATION OWNER)
Owner Information : DC COMICS INC. (NY CORPORATION) 666 FIFTH AVENUE NEW
                    YORK, NY 10103

Assignee            : DC COMICS (NY GENERAL PARTNERSHIP) 1325 AVENUE OF THE
                      AMERICAS NEW YORK, NY 10019
Assignor            : WARNER BROS. INC. (DE CORPORATION)
Assignment Date     : RECORDED 1993/01/19
Assignment Reel     : 0923    Assignment Frame  : 0936
Assignment Info     : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL

Assignee            : WARNER BROS. INC. (DE CORPORATION) 4000 WARNER BLVD
                      BURBANK, CA 91522
Assignor            : DC COMICS INC (NY CORPORATION)
Assignment Date     : RECORDED 1993/01/19
Assignment Reel     : 0923    Assignment Frame  : 0916
Assignment Info     : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL

Filing Corr.        : IAN JAY KAUFMAN NY-19000068- LADAS & PARRY 26 WEST
                      61ST STREET NEW YORK, NY  10023
```

**EXHIBIT 24**

**675**

```
FULLTEXT for        : 74024624
Mark Retrieved      : SUPERMAN

Design Type         : ( in stylized letters )
Registration No     : R1620789          dated 1990/11/06
Serial No           : 74024624 dated 1990/02/01
Publication Date    : 1990/08/14
First Use Date      : 19900112   First Use in Commerce: 19900112
Status              : A REGISTRATION ON THE PRINCIPAL REGISTER
PTO Status          : REGISTERED

Goods / Services    : VITAMINS
U.S. Class(es)      : 018
T&T Intl Class(es)  : 5

Owner Information : (REGISTRATION OWNER)
Owner Information : DC COMICS INC. (NY CORPORATION) 666 FIFTH AVENUE NEW
                    YORK, NY 10103

Assignee            : DC COMICS (NY GENERAL PARTNERSHIP) 1325 AVENUE OF THE
                      AMERICAS NEW YORK, NY 10019
Assignor            : WARNER BROS. INC. (DE CORPORATION)
Assignment Date     : RECORDED 1993/01/19
Assignment Reel     : 0923    Assignment Frame  : 0936
Assignment Info     : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL

Assignee            : WARNER BROS. INC. (DE CORPORATION) 4000 WARNER BLVD
                      BURBANK, CA 91522
Assignor            : DC COMICS INC (NY CORPORATION)
Assignment Date     : RECORDED 1993/01/19
Assignment Reel     : 0923    Assignment Frame  : 0916
Assignment Info     : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL

Filing Corr.        : ALLAN S. PILSON LADAS & PARRY 26 WEST 61ST STREET NEW
                      YORK, NY  10023
```

**EXHIBIT 24**

**676**

```
FULLTEXT for        : SN771900
Mark Retrieved      : SUPERMAN

Design Type         : ( no design )
Registration No     : R1548187           dated 1989/07/18
Serial No           : SN771900 dated 1988/12/27
Publication Date    : 1989/04/25
First Use Date      : 19771000    First Use in Commerce: 19771000
Status              : A REGISTRATION ON THE PRINCIPAL REGISTER

Goods / Services    : ELECTRIC LAMPS, LAMP SHADES AND NIGHT LIGHTS
U.S. Class(es)      : 021
T&T Intl Class(es): 11

Owner Information  : (REGISTRATION OWNER)
Owner Information  : DC COMICS INC. (NY CORPORATION) NEW YORK, NY

Assignee            : DC COMICS (NY GENERAL PARTNERSHIP) 1325 AVENUE OF THE
                      AMERICAS NEW YORK, NY 10019
Assignor            : WARNER BROS. INC. (DE CORPORATION)
Assignment Date     : RECORDED 1993/01/19
Assignment Reel     : 0923    Assignment Frame  : 0936
Assignment Info     : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL

Assignee            : WARNER BROS. INC. (DE CORPORATION) 4000 WARNER BLVD
                      BURBANK, CA 91522
Assignor            : DC COMICS INC (NY CORPORATION)
Assignment Date     : RECORDED 1993/01/19
Assignment Reel     : 0923    Assignment Frame  : 0916
Assignment Info     : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL
```

**EXHIBIT 24**

**677**

```
FULLTEXT for        : SN231845
Mark Retrieved      : SUPERMAN

Design Type         : ( no design )
Registration No     : R1180068              dated 1981/12/01
Serial No           : SN231845 dated 1979/09/18
Publication Date    : 1981/09/08
First Use Date      : 19400000 (INTL. CL. 14); 19400000 (INTL. CL. 26)
                      First Use in Commerce: 19400000 (INTL. CL. 14);
                      19400000 (INTL. CL. 26)
Status              : A REGISTRATION ON THE PRINCIPAL REGISTER WITH A
                      SECTION 8 AFFIDAVIT
Status Date         : 1988/03/14
PTO Status          : SECTION 8 - ACCEPTED

Goods / Services    : JEWELRY, NAMELY, PENDANTS, AND WATCHES AND CLOCKS;
                      EARRINGS NOT COMPOSED OF PRECIOUS METAL
U.S. Class(es)      : 027,028
T&T Intl Class(es)  : 14,26

Owner Information   : (ORIGINAL APPLICANT)
                      DC COMICS INC., NEW YORK, N.Y.

Assignee            : DC COMICS (NY GENERAL PARTNERSHIP) 1325 AVENUE OF THE
                      AMERICAS NEW YORK, NY 10019
Assignor            : WARNER BROS. INC. (DE CORPORATION)
Assignment Date     : RECORDED 1993/01/19
Assignment Reel     : 0923   Assignment Frame  : 0936
Assignment Info     : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL

Assignee            : WARNER BROS. INC. (DE CORPORATION) 4000 WARNER BLVD
                      BURBANK, CA 91522
Assignor            : DC COMICS INC (NY CORPORATION)
Assignment Date     : RECORDED 1993/01/19
Assignment Reel     : 0923   Assignment Frame  : 0916
Assignment Info     : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL
```

**EXHIBIT 24**

678

```
FULLTEXT for          : SN231824
Mark Retrieved        : SUPERMAN

Design Type           : ( no design )
Registration No       : R1182947              dated 1981/12/22
Serial No             : SN231824 dated 1979/09/18
Publication Date      : 1981/09/29
First Use Date        : 19470000    First Use in Commerce: 19470000
Status                : A REGISTRATION ON THE PRINCIPAL REGISTER WITH SECTIONS
                        8 & 15 AFFIDAVITS
Status Date           : 1988/05/24
PTO Status            : SECTION 8 & 15 - ACCEPTED AND ACKNOWLEDGED

Goods / Services      : ALL PURPOSE SPORT BAGS, TOTE BAGS, HANDBAGS
U.S. Class(es)        : 003
T&T Intl Class(es)    : 18

Owner Information     : (ORIGINAL APPLICANT)
                        DC COMICS INC., NEW YORK, N.Y.

Assignee              : DC COMICS (NY GENERAL PARTNERSHIP) 1325 AVENUE OF THE
                        AMERICAS NEW YORK, NY 10019
Assignor              : WARNER BROS. INC. (DE CORPORATION)
Assignment Date       : RECORDED 1993/01/19
Assignment Reel       : 0923    Assignment Frame  : 0936
Assignment Info       : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL

Assignee              : WARNER BROS. INC. (DE CORPORATION) 4000 WARNER BLVD
                        BURBANK, CA 91522
Assignor              : DC COMICS INC (NY CORPORATION)
Assignment Date       : RECORDED 1993/01/19
Assignment Reel       : 0923    Assignment Frame  : 0916
Assignment Info       : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL
```

**EXHIBIT 24**

**679**

```
FULLTEXT for       : SN231862
Mark Retrieved     : SUPERMAN

Design Type        : ( in stylized letters )
Registration No    : R1220896          dated 1982/12/21
Serial No          : SN231862 dated 1979/09/18
Publication Date   : 1982/09/28
First Use Date     : 19470000    First Use in Commerce: 19470000
Status             : A REGISTRATION ON THE PRINCIPAL REGISTER WITH SECTIONS
                     8 & 15 AFFIDAVITS
Status Date        : 1988/09/29
PTO Status         : SECTION 8 & 15 - ACCEPTED AND ACKNOWLEDGED

Goods / Services   : ALL PURPOSE GYM BAGS, TOTE BAGS AND HANDBAGS
Claim(s)           : OWNER OF U.S. RNS 371,803, 1,189,355 & OTHERS. SEC.
                     2(F).*
U.S. Class(es)     : 003
T&T Intl Class(es) : 18

Owner Information :  (ORIGINAL APPLICANT)
                     DC COMICS INC., NEW YORK, N.Y.

Assignee           : DC COMICS (NY GENERAL PARTNERSHIP) 1325 AVENUE OF THE
                     AMERICAS NEW YORK, NY 10019
Assignor           : WARNER BROS. INC. (DE CORPORATION)
Assignment Date    : RECORDED 1993/01/19
Assignment Reel    : 0923    Assignment Frame  : 0936
Assignment Info    : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL

Assignee           : WARNER BROS. INC. (DE CORPORATION) 4000 WARNER BLVD
                     BURBANK, CA 91522
Assignor           : DC COMICS INC (NY CORPORATION)
Assignment Date    : RECORDED 1993/01/19
Assignment Reel    : 0923    Assignment Frame  : 0916
Assignment Info    : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL
```

**EXHIBIT 24**

**680**

```
FULLTEXT for        : SN231830
Mark Retrieved      : SUPERMAN

Design Type         : ( in stylized letters )
Registration No     : R1189355            dated 1982/02/09
Serial No           : SN231830 dated 1979/09/18
Publication Date    : 1981/11/17
First Use Date      : 19540000   First Use in Commerce: 19540000
Status              : A REGISTRATION ON THE PRINCIPAL REGISTER WITH SECTIONS
                      8 & 15 AFFIDAVITS
Status Date         : 1988/03/11
PTO Status          : SECTION 8 & 15 - ACCEPTED AND ACKNOWLEDGED

Goods / Services    : LUNCHBOXES
Claim(s)            : OWNER OF U.S. RN 1,108,577. SEC.2(F).*
U.S. Class(es)      : 002
T&T Intl Class(es)  : 21

Owner Information    : (ORIGINAL APPLICANT)
                       DC COMICS INC., NEW YORK, N.Y.

Assignee            : DC COMICS (NY GENERAL PARTNERSHIP) 1325 AVENUE OF THE
                      AMERICAS NEW YORK, NY 10019
Assignor            : WARNER BROS. INC. (DE CORPORATION)
Assignment Date     : RECORDED 1993/01/19
Assignment Reel     : 0923   Assignment Frame  : 0936
Assignment Info     : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL

Assignee            : WARNER BROS. INC. (DE CORPORATION) 4000 WARNER BLVD
                      BURBANK, CA 91522
Assignor            : DC COMICS INC (NY CORPORATION)
Assignment Date     : RECORDED 1993/01/19
Assignment Reel     : 0923   Assignment Frame  : 0916
Assignment Info     : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL
```

**EXHIBIT 24**

**681**

```
FULLTEXT for        : SN231832
Mark Retrieved      : SUPERMAN

Design Type         : ( no design )
Registration No     : R1184822              dated 1982/01/05
Serial No           : SN231832 dated 1979/09/18
Publication Date    : 1981/10/13
First Use Date      : 19540000    First Use in Commerce: 19540000
Status              : A REGISTRATION ON THE PRINCIPAL REGISTER WITH SECTIONS
                      8 & 15 AFFIDAVITS
Status Date         : 1988/02/06
PTO Status          : SECTION 8 & 15 - ACCEPTED AND ACKNOWLEDGED

Goods / Services    : LUNCHBOXES
Claim(s)            : OWNER OF U.S. RNS 1,070,290, 1,108,577 & OTHERS. SEC.
                      2(F).*
U.S. Class(es)      : 002
T&T Intl Class(es)  : 21

Owner Information : (ORIGINAL APPLICANT)
                      DC COMICS, INC., NEW YORK, N.Y.

Assignee            : DC COMICS (NY GENERAL PARTNERSHIP) 1325 AVENUE OF THE
                      AMERICAS NEW YORK, NY 10019
Assignor            : WARNER BROS. INC. (DE CORPORATION)
Assignment Date     : RECORDED 1993/01/19
Assignment Reel     : 0923    Assignment Frame   : 0936
Assignment Info     : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL

Assignee            : WARNER BROS. INC. (DE CORPORATION) 4000 WARNER BLVD
                      BURBANK, CA 91522
Assignor            : DC COMICS INC (NY CORPORATION)
Assignment Date     : RECORDED 1993/01/19
Assignment Reel     : 0923    Assignment Frame   : 0916
Assignment Info     : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL
```

**EXHIBIT 24**

**682**

```
FULLTEXT for          : SN231852
Mark Retrieved        : SUPERMAN

Design Type           : ( in stylized letters )
Registration No       : R1183809              dated 1981/12/29
Serial No             : SN231852 dated 1979/09/18
Publication Date      : 1981/10/06
First Use Date        : 19740100   First Use in Commerce: 19740100
Status                : A REGISTRATION ON THE PRINCIPAL REGISTER WITH SECTIONS
                        8 & 15 AFFIDAVITS
Status Date           : 1988/04/07
PTO Status            : SECTION 8 & 15 - ACCEPTED AND ACKNOWLEDGED

Goods / Services      : HAIR BRUSHES, BOWLS, MUGS, GLASSES, COOKIE JARS,
                        TOOTHBRUSHES
U.S. Class(es)        : 002,029,033
T&T Intl Class(es)    : 21

Owner Information      : (ORIGINAL APPLICANT)
                         DC COMICS INC., NEW YORK, N.Y.

Assignee
                      : DC COMICS (NY GENERAL PARTNERSHIP) 1325 AVENUE OF THE
Assignor                AMERICAS NEW YORK, NY 10019
Assignment Date       : WARNER BROS. INC. (DE CORPORATION)
Assignment Reel       : RECORDED 1993/01/19
Assignment Info       : 0923   Assignment Frame   : 0936
                      : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL

Assignee
                      : WARNER BROS. INC. (DE CORPORATION) 4000 WARNER BLVD
Assignor                BURBANK, CA 91522
Assignment Date       : DC COMICS INC (NY CORPORATION)
Assignment Reel       : RECORDED 1993/01/19
Assignment Info       : 0923   Assignment Frame   : 0916
                      : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL
```

EXHIBIT 24
683

```
FULLTEXT for            : SN231855
Mark Retrieved          : SUPERMAN

Design Type             : ( no design )
Registration No         : R1186803
Serial No               : SN231855 dated 1979/09/18    dated 1982/01/19
Publication Date        : 1981/09/29
First Use Date          : 19740100    First Use in Commerce: 19740100
Status                  : A REGISTRATION ON THE PRINCIPAL REGISTER WITH A
                          SECTION 8 AFFIDAVIT
Status Date             : 1988/03/14
PTO Status              : SECTION 8 - ACCEPTED

Goods / Services        : HAIR BRUSHES, TOOTHBRUSHES, PLASTIC BOWLS, PLASTIC
                          MUGS, PLASTIC GLASSES AND PLASTIC COOKIE JARS
U.S. Class(es)          : 002,029
T&T Intl Class(es)      : 21

Owner Information       : (ORIGINAL APPLICANT)
                          DC COMICS INC., NEW YORK, N.Y.

Assignee                : DC COMICS (NY GENERAL PARTNERSHIP) 1325 AVENUE OF THE
                          AMERICAS NEW YORK, NY 10019
Assignor                : WARNER BROS. INC. (DE CORPORATION)
Assignment Date         : RECORDED 1993/01/19
Assignment Reel         : 0923    Assignment Frame   : 0936
Assignment Info         : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL

Assignee                : WARNER BROS. INC. (DE CORPORATION) 4000 WARNER BLVD
                          BURBANK, CA 91522
Assignor                : DC COMICS INC (NY CORPORATION)
Assignment Date         : RECORDED 1993/01/19
Assignment Reel         : 0923    Assignment Frame   : 0916
Assignment Info         : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL
```

**EXHIBIT 24**
**684**

```
FULLTEXT for           : SN231880
Mark Retrieved         : SUPERMAN

Design Type            : ( no design )
Registration No        : R1183841              dated 1981/12/29
Serial No              : SN231880 dated 1979/09/18
Publication Date       : 1981/10/06
First Use Date         : 19490000   First Use in Commerce: 19490000
Status                 : A REGISTRATION ON THE PRINCIPAL REGISTER WITH SECTIONS
                         8 & 15 AFFIDAVITS
Status Date            : 1988/02/20
PTO Status             : SECTION 8 & 15 - ACCEPTED AND ACKNOWLEDGED

Goods / Services       : SHOWER CURTAINS, TOWELS, SHEETS, PILLOW CASES,
                         BLANKETS, COMFORTERS, AND DRAPES
U.S. Class(es)         : 042
T&T Intl Class(es)     : 24

Owner Information      : (ORIGINAL APPLICANT)
                         DC COMICS INC., NEW YORK, N.Y.

Assignee               : DC COMICS (NY GENERAL PARTNERSHIP) 1325 AVENUE OF THE
                         AMERICAS NEW YORK, NY 10019
Assignor               : WARNER BROS. INC. (DE CORPORATION)
Assignment Date        : RECORDED 1993/01/19
Assignment Reel        : 0923   Assignment Frame  : 0936
Assignment Info        : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL

Assignee               : WARNER BROS. INC. (DE CORPORATION) 4000 WARNER BLVD
                         BURBANK, CA 91522
Assignor               : DC COMICS INC (NY CORPORATION)
Assignment Date        : RECORDED 1993/01/19
Assignment Reel        : 0923   Assignment Frame  : 0916
Assignment Info        : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL
```

**EXHIBIT 24**

685

```
FULLTEXT for        : SN231881
Mark Retrieved      : SUPERMAN

Design Type         : ( plus design )
Registration No     : R1185853              dated 1982/01/12
Serial No           : SN231881 dated 1979/09/18
Publication Date    : 1981/10/20
First Use Date      : 19490000    First Use in Commerce: 19490000
Status              : A REGISTRATION ON THE PRINCIPAL REGISTER WITH SECTIONS
                      8 & 15 AFFIDAVITS
Status Date         : 1988/02/26
PTO Status          : SECTION 8 & 15 - ACCEPTED AND ACKNOWLEDGED

Goods / Services    : SHOWER CURTAINS, TOWELS, SHEETS, PILLOW CASES,
                      BLANKETS, COMFORTERS, AND DRAPES
U.S. Class(es)      : 042
T&T Intl Class(es)  : 24

Owner Information   : (ORIGINAL APPLICANT)
                      DC COMICS INC., NEW YORK, N.Y.

Assignee            : DC COMICS (NY GENERAL PARTNERSHIP) 1325 AVENUE OF THE
                      AMERICAS NEW YORK, NY 10019
Assignor            : WARNER BROS. INC. (DE CORPORATION)
Assignment Date     : RECORDED 1993/01/19
Assignment Reel     : 0923   Assignment Frame  : 0936
Assignment Info     : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL

Assignee            : WARNER BROS. INC. (DE CORPORATION) 4000 WARNER BLVD
                      BURBANK, CA 91522
Assignor            : DC COMICS INC (NY CORPORATION)
Assignment Date     : RECORDED 1993/01/19
Assignment Reel     : 0923   Assignment Frame  : 0916
Assignment Info     : ASSIGNS THE ENTIRE INTEREST AND GOOD WILL
```

**EXHIBIT 24**

**686**

```
FULLTEXT for      : SN359555
Mark Retrieved    : SUPERMAN

Design Type       : ( in stylized letters )
Registration No   : R1278175              dated 1984/05/15
Serial No         : SN359555 dated 1982/04/12
Publication Date  : 1983/09/27
First Use Date    : 19810722    First Use in Commerce: 19810722
Status            : A REGISTRATION ON THE PRINCIPAL REGISTER WITH SECTIONS
                    8 & 15 AFFIDAVITS
PTO Status        : SECTION 8 & 15 - ACCEPTED AND ACKNOWLEDGED

Goods / Services  : PEANUT BUTTER
U.S. Class(es)    : 046
T&T Intl Class(es): 29

Owner Information : (REGISTRATION OWNER)
Owner Information : DC COMICS INC. (NY CORPORATION) 75 ROCKEFELLER PLZ NEW
                    YORK, NY 10019

Filing Corr.      : CINDY E. NELSON 75 ROCKEFELLER PLAZA NEW YORK, NY
                    10019
```

EXHIBIT 24

687

```
FULLTEXT for      : SN367216
Mark Retrieved    : SUPERMAN

Design Type       : ( no design )
Registration No   : R1278177                dated 1984/05/15
Serial No         : SN367216 dated 1982/06/01
Publication Date  : 1983/09/27
First Use Date    : 19820722   First Use in Commerce: 19820722
Status            : A REGISTRATION ON THE PRINCIPAL REGISTER WITH SECTIONS
                    8 & 15 AFFIDAVITS
PTO Status        : SECTION 8 & 15 - ACCEPTED AND ACKNOWLEDGED

Goods / Services  : PEANUT BUTTER
U.S. Class(es)    : 046
T&T Intl Class(es): 29

Owner Information : (REGISTRATION OWNER)
Owner Information : DC COMICS INC. (NY CORPORATION) 75 ROCKEFELLER PLZ NEW
                    YORK, NY 10019

Filing Corr.      : CINDY E. NELSON 75 ROCKEFELLER PLAZA NEW YORK, NY
                    10019
```

**EXHIBIT 24**

**688**

```
FULLTEXT for      : SN231867
Mark Retrieved    : SUPERMAN

Design Type       : ( no design )
Registration No   : R1186031                    dated 1982/01/12
Serial No         : SN231867 dated 1979/09/18
Publication Date  : 1981/10/20
First Use Date    : 19480000    First Use in Commerce: 19480000
Status            : A CANCELED REGISTRATION ON THE PRINCIPAL REGISTER
                    CANCELED SECTION 8
PTO Status        : CANCELLED - SECTION 8
Cancellation Date : 1988/10/11

Goods / Services  : BUBBLE GUM
U.S. Class(es)    : 046
T&T Intl Class(es): 30

Owner Information : (ORIGINAL APPLICANT)
                    DC COMICS INC., NEW YORK, N.Y.
```

**EXHIBIT 24**
**689**

```
FULLTEXT for        : SN231865
Mark Retrieved      : SUPERMAN

Design Type         : ( in stylized letters )
Registration No     : R1184029                    dated 1981/12/29
Serial No           : SN231865 dated 1979/09/18
Publication Date    : 1981/10/06
First Use Date      : 19480000    First Use in Commerce: 19480000
Status              : A CANCELED REGISTRATION ON THE PRINCIPAL REGISTER
                      CANCELED SECTION 8
PTO Status          : CANCELLED - SECTION 8
Cancellation Date   : 1988/09/13

Goods / Services    : BUBBLE GUM
U.S. Class(es)      : 046
T&T Intl Class(es): 30

Owner Information : (ORIGINAL APPLICANT)
                    DC COMICS INC., NEW YORK, N.Y.
```

EXHIBIT 24

690

```
FULLTEXT for         : SN231889
Mark Retrieved       : SUPERMAN

Design Type          : ( plus design )
Registration No      : R1220109
Serial No            : SN231889 dated 1979/09/18      dated 1982/12/14
Publication Date     : 1982/09/21
First Use Date       : 19790200    First Use in Commerce: 19790200
Status               : A CANCELED REGISTRATION ON THE PRINCIPAL REGISTER
                       CANCELED SECTION 8
PTO Status           : CANCELLED - SECTION 8
Cancellation Date    : 1989/06/06
Extra Status Data    : INADV. OMITTED IN CANC. SEC. O.G. 06061989 PER ERRATA
                       O.G. 08081989

Goods / Services     : AREA RUGS AND NON-TEXTILE WALL COVERINGS MADE OF
                       PLASTIC COATED PAPER
Claim(s)             : OWNER OF U.S. RNS 371,803 & 1,108,577. THE LINES SHOWN
                       ON THE DRAWING ARE PART OF THE MARK & ARE NOT INTENDED
                       TO REPRESENT COLOR. SEC. 2(F).*
U.S. Class(es)       : 042
T&T Intl Class(es)   : 27

Owner Information    : (ORIGINAL APPLICANT)
                       DC COMICS INC., NEW YORK, N.Y.
```

EXHIBIT 24
691

```
FULLTEXT for        : SN231890
Mark Retrieved      : SUPERMAN

Design Type         : ( no design )
Registration No     : R1182279              dated 1981/12/15
Serial No           : SN231890 dated 1979/09/18
Publication Date    : 1981/09/22
First Use Date      : 19790200   First Use in Commerce: 19790200
Status              : A CANCELED REGISTRATION ON THE PRINCIPAL REGISTER
                      CANCELED SECTION 8
PTO Status          : CANCELLED - SECTION 8
Cancellation Date   : 1988/09/06

Goods / Services    : AREA RUGS AND NON-TEXTILE WALL COVERINGS MADE OF
                      PLASTIC COATED PAPER
Claim(s)            : OWNER OF U.S. RNS 648,647 & 1,070,290.*
U.S. Class(es)      : 020,042
T&T Intl Class(es)  : 27

Owner Information    : (ORIGINAL APPLICANT)
                       DC COMICS INC., NEW YORK, N.Y.
```

EXHIBIT 24
692

```
FULLTEXT for        : SN231859
Mark Retrieved      : SUPERMAN

Design Type         : ( no design )
Registration No     : R1200447              dated 1982/07/06
Serial No           : SN231859 dated 1979/09/18
Publication Date    : 1982/04/13
First Use Date      : 19540000    First Use in Commerce: 19540000
Status              : A CANCELED REGISTRATION ON THE PRINCIPAL REGISTER
                      CANCELED SECTION 8
PTO Status          : CANCELLED - SECTION 8
Cancellation Date   : 1989/04/11

Goods / Services    : MIRRORS
Claim(s)            : OWNER OF U.S. RNS 698,647, 1,070,290 & 1,108,577. SEC.
                      2(F).*
U.S. Class(es)      : 032
T&T Intl Class(es)  : 20

Owner Information    : (ORIGINAL APPLICANT)
                       DC COMICS INC., NEW YORK, N.Y.
```

**EXHIBIT 24**

**693**

# EXHIBIT 25

Homecoming. (In The New Yorker,
Aug. 18, 1945) © 16Aug45; B688639.
Karl Shapiro (A); 11Sep72; R536510.

Honeymoon. (In The New Yorker, June
23, 1945) © 21Jun45; B682050.
Karl Shapiro (A); 13Jul72; R533207.

SHAPLEY, HARLOW.
Amateur telescope making. See
INGALLS, ALBERT G., ed.

SHAW, IRWIN.
Part in a play. (In Collier's,
July 7, 1945) © 29Jun45; B682557.
Irwin Shaw (A); 1Dec72; R540979.
The priest. (In The New Yorker,
Apr. 7, 1945) © 5Apr45; B674398.
Irwin Shaw (A); 1Dec72; R540977.
Retreat. (In Collier's, Jan. 27,
1945) © 19Jan45; B661484. Irwin
Shaw (A); 1Dec72; R540976.

SHAWNEE PRESS, INC.
Clarinet sessions. See CASSEL, DON.

SHAY, EDITH.
The private adventure of Captain
Shaw, by Edith Shay & Katharine
Smith (Dos Passos) © 20Feb45;
A186197. Isabel F. Whelan (E of
E. Shay); 4Aug72; R535263.
The private adventure of Captain
Shaw, by Edith Shay & Katharine
Smith (Dos Passos) © 20Feb45;
A186197. Isabel F. Whelan (NK of
E. Shay); 4Aug72; R535262.

SHEEHY, MAURICE, SISTER.
Principles of psychology for the
basic course in nursing. See
RAUTH, J. EDWARD.
Teacher's manual for Principles of
psychology for the basic course
in nursing. See RAUTH, J. EDWARD.

SHENTON, BARBARA WEBSTER.
Mrs. Heriot's house, by Barbara
Webster. © 14May45; A187614.
Barbara Webster Shenton (A);
14Aug72; R534407.

SHEPARD, WILLARD C.
A manual of surgical anatomy. See
JONES, TOM.

SHERIDAN, MARTIN.
Comics and their creators. NM:
additions & revisions. © 28Dec44;
A185533. Martin Sheridan (A);
20Dec72; R541913.

SHERMAN, MARGARET A.
West Point today. See AZOY,
ANASTASIO C. M., ed.

SHERROD, ROBERT.
On to westward: war in the central
Pacific. © 21Nov45; A191826.
Robert Sherrod (A); 27Dec72;
R542022.

SHERWOOD, HARRIETT. See WEAVER,
HARRIETT SHERWOOD.

SHIELDS, ELIZABETH MCE.
As the day begins. © 7Dec44; A185159.
John Knox Press (PWH); 100ct72;
R537312.

SHIVELY, WILLIAM B.
Real estate broker's closing state-
ment. Form no.669. © 15Aug44;
AA473888. Stevens-Ness Law Pub.
Co. (PWH); 14Aug72; R534186.
Real estate broker's commission
contract. © Stevens-Ness Law
Pub. Co. (PWH)
Form no.
672. Farm property exclusive
listing. © 15Aug44; AA473879.
14Aug72; R534180.
674. Residence property exclusive
listing. © 15Aug44; AA473881.
14Aug72; R534181.

676. Hotel, apartments, rooming
house exclusive listing. © 15Aug44;
AA473883. 14Aug72; R534182.
678. Apartments, hotels, rooming
houses exclusive listing.
© 15Aug44; AA473885. 14Aug72;
R534183.
679. Business opportunities
exclusive listing. © 15Aug44;
AA473886. 14Aug72; R534184.
681. Suburban real estate, vacant
lots exclusive listing. © 15Aug44;
AA473878. 14Aug72; R534179.
685. Business real estate
exclusive listing. © 15Aug44;
AA473874. 14Aug72; R534178.
Real estate broker's deal envelope.
Form no.670. © 15Aug44; AA473890.
Stevens-Ness Law Pub. Co. (PWH);
14Aug72; R534188.
Real estate broker's earnest money
receipt. Form no.84. © 15Aug44;
AA473887. Stevens-Ness Law Pub.
Co. (PWH); 14Aug72; R534185.
Real estate broker's earnest money
receipt. Form no.671. © 15Aug44;
AA473889. Stevens-Ness Law Pub.
Co. (PWH); 14Aug72; R534187.

SHORT, LUKE, pseud. See GLIDDEN,
FREDERICK D.

SHREVE, R. NORRIS.
The chemical process industries.
(McGraw-Hill chemical engineering
series) © 6Apr45; A187171.
R. Norris Shreve (A); 9Aug72;
R534375.

SHULMAN, MAX.
Bank night at the Bijou. (In
Good housekeeping, Aug. 1945)
© 20Jul45; B686467. Max Shulman
(A); 20Jul72; R533829.
Operation Whitefish. (In The
American Legion magazine, Aug. 1945)
© 16Jul45; B685739. Max Shulman
(A); 25Jul72; R532896.
Trouble with the railroad. (In Satur-
day evening post, June 9, 1945)
© 8Jun45; B680032. Max Shulman (A);
6Jul72; R532002.
When Asa comes marching home. (In
Mademoiselle, Aug. 1945) © 31Jul45;
B687204. Max Shulman (A); 7Aug72;
R534045.
When Asa comes marching home. (In
Mademoiselle, Aug. 1945) © 9Aug45;
B687204. Max Shulman (A); 100ct72;
R537324.

SHUM, ALFONSO VILA. See VILA SHUM,
ALFONSO.

SHURTLEFF, BERTRAND.
Short leash. Illus. by Diana Thorne.
© 28May45; A187866. David B.
Shurtleff (C of B. Shurtleff);
50ct72; R537334.

SHURTLEFF, DAVID B.
Short leash. See SHURTLEFF,
BERTRAND.

SHUSTER, JOE.
Superboy. See SIEGEL, JEROME.
Superman. See SIEGEL, JEROME.
SHUSTER, JOE. See
SUPERMAN.

SIEB, MAX.
Gottes Berichtigungsgesetz, und
andere Aufsatze. See CHRISTIAN
SCIENCE PUB. SOCIETY.

SIEGEL, JEROME.
Superboy, by Jerome Siegel & Joe
Shuster. (In More fun comics,
Jan.-Feb. 1945) © 18Nov44; B653651.
Jerome Siegel & Joe Shuster (A);
15Nov72; R539938.
Superman, by Jerome Siegel & Joe
Shuster. (In New York post)
© Jerome Siegel & Joe Shuster (A)
© 31Aug44; A5-133999. 28Jul72;
R533254.

© 14Nov44; A5-134891. 240ct72;
R538333.
© 25Nov44; A5-134994. 240ct72;
R538344.
© 16Dec44; A5-135227. 24Nov72;
R540262.
© 21Dec44; A5-135287. 24Nov72;
R540257.
Superman, by Jerome Siegel & Joe
Shuster. (In New York post)
© National Periodical Publications,
Inc. (PWH)
© 31Aug44; A5-133999. 22Aug72;
R533822.
© 14Nov44; A5-134891. 200ct72;
R538098.
© 25Nov44; A5-134994. 200ct72;
R538116.
© 16Dec44; A5-135227. 24Nov72;
R540261.
© 21Dec44; A5-135287. 24Nov72;
R541672.
Superman, by Jerome Siegel & Joe
Shuster. (In Sunday mirror, New
York) © Jerome Siegel & Joe Shuster
(A)
© 9Jul44; A5-133278. 5Jul72;
R531773.
© 16Jul44; A5-133359. 5Jul72;
R531780.
© 23Jul44; A5-133430. 5Jul72;
R531787.
© 30Jul44; A5-133473. 5Jul72;
R531794.
© 6Aug44; A5-133530. 28Jul72;
R533229.
© 13Aug44; A5-133599. 28Jul72;
R533236.
© 20Aug44; A5-133841. 28Jul72;
R533243.
© 27Aug44; A5-133921. 28Jul72;
R533250.
© 3Sep44; A5-134002. 21Aug72;
R534649.
© 10Sep44; A5-134060. 21Aug72;
R534656.
© 17Sep44; A5-134117. 21Aug72;
R534663.
© 24Sep44; A5-134165. 21Aug72;
R534670.
© 80ct44; A5-134351. 25Sep72;
R536321.
© 10ct44; A5-134263. 25Sep72;
R536314.
© 150ct44; A5-134669. 25Sep72;
R536328.
© 220ct44; A5-134635. 25Sep72;
R536335.
© 290ct44; A5-134711. 25Sep72;
R536342.
© 5Nov44; A5-134763. 240ct72;
R538324.
© 12Nov44; A5-134796. 240ct72;
R538331.
© 19Nov44; A5-134896. 240ct72;
R538338.
© 26Nov44; A5-134945. 240ct72;
R538345.
© 3Dec44; A5-135016. 24Nov72;
R540246.
© 10Dec44; A5-135332. 24Nov72;
R540267.
© 17Dec44; A5-135228. 24Nov72;
R540253.
© 24Dec44; A5-135290. 24Nov72;
R540260.
© 31Dec44; A5-135341. 24Nov72;
R540274.
Superman, by Jerome Siegel & Joe
Shuster. (In Sunday mirror, New
York) © National Periodical
Publications, Inc. (PWH)
© 16Jul44; A5-133359. 11Jul72;
R532022.
© 23Jul44; A5-133430. 18Jul72;
R533176.
© 30Jul44; A5-133473. 25Jul72;
R533187.
© 6Aug44; A5-133530. 31Jul72;
R533726.
© 13Aug44; A5-133599. 7Aug72;
R533888.
© 20Aug44; A5-133841. 15Aug72;
R534061.
© 27Aug44; A5-133921. 22Aug72;
R534828.

# EXHIBIT 26

LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

   **THIS IS TO CERTIFY**, that on November 15, 1972
a claim to copyright in a work identified as
**"SUPERBOY"** and registered under number **R 539938.**
This work was registered in accordance with
provisions of the United States Copyright Law
(Title 17 United States Code).

   **THIS IS TO CERTIFY FURTHER**, that the attached
is an additional certificate for this work; the
original certificate was issued in 1972.

   **IN WITNESS WHEREOF**, the seal of this Office is
affixed hereto on February 29, 2008.

                    Marybeth Peters
                    Register of Copyrights

          By:      Rosemary Kelly
                    Head
                    Records Research and
                      Certification Section
                    Information & Records
                      Division

Use of this material is governed by U.S. Copyright
Law 17 U.S.C. 101 et seq.

EXHIBIT
18
6-22-11

**EXHIBIT 26**
**695**

Page 1

**FORM R**

# Application for Registration of a Claim to Renewal Copyright

REGISTRATION NO.

**R   539938**

DO NOT WRITE HERE

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be **SIGNED** at line 8. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies.

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with the registration fee of $4. Make your remittance payable to the Register of Copyrights.

**1. Renewal Claimant(s), Address(es), and Statement of Claim:** Give the full name(s) and mailing address(es) of the claimant(s) of the renewal copyright. State the statutory category of each renewal claimant. It must be one of the categories described on Page 4.

(*a*) Name ...... Jerome Siegel

Address ...... 11711 Mayfield Avenue, West Los Angeles, California

Claiming as ...... Author
(Use the appropriate statement appearing on page 4)

(*b*) Name ...... Joe Shuster

Address ...... 98-120 Queens Boulevard, Forest Hills, New York

Claiming as ...... Author
(Use the appropriate statement appearing on page 4)

(*c*) Name ......

Address ......

Claiming as ......
(Use the appropriate statement appearing on page 4)

**2. (a) Title:** Give the full title of the work. In the case of music, give specific instrumentation.

"SUPERBOY"

**(b) Renewable Matter:** If the work was a new version of a previous work, renewal may be claimed only in the new matter. If this work was a new version, state in general the new matter (e.g., arrangement, editing, illustrations, translations, etc.) upon which copyright was claimed.

**(c) Contribution to Periodical or Other Composite Work:** If the work was a contribution, give the title of the periodical or composite work in which it was published. ...... More Fun Comics

If a periodical, give: Vol. ......; No. 101 ......; Issue Date Jan.-Feb. 1945

**3. Authors of Renewable Matter:** Give the names of all authors who contributed copyrightable matter to this version, but not the names of authors of previous versions. ...... Jerome Siegel and Joe Shuster

**4. Facts of Original Registration:** The facts given here must agree with the Copyright Office records of the original registration.

Original registration number: Class ...... B ......; No. 653651

If registered as published, give date of publication ...... November 18, 1944
(Month)   (Day)   (Year)

If registered as unpublished, give date of registration ......
(Month)   (Day)   (Year)

Original copyright claimant On information & belief Detective Comics, Inc.
(Name of claimant in original registration)   **Complete all applicable spaces on next page**

EXAMINER

**EXHIBIT 26**
**696**

**6. Name and address of person or organization to whom correspondence or refund, if any, should be sent:**

Name ........ Coudert Brothers ........    Address ........ 200 Park Avenue, New York, N.Y. 10017

**7. Send certificate to:**

(Type or
print    Name
name and
address) Address

> **COUDERT BROTHERS**
>
> 200 Park Avenue
> (Number and street)
>
> New York, N. Y.          10017
> (City)              (State)          (ZIP Code)

**8. Certification:**

(Application not
acceptable
unless signed)

> I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.
>
> ......... Gordon T. King, agent .........
> (Signature of renewal claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A    Form A—Published book manufactured in the United States of America.

Class A    Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to
or B       the ad interim provisions of the copyright law).
           Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United
           States of America.

Class B    Form B—Periodical manufactured in the United States of America.
           Form BB—Contribution to a periodical manufactured in the United States of America.

Class C    Form C—Lecture or similar production prepared for oral delivery.

Class D    Form D—Dramatic or dramatico-musical composition.

Class E    Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which
           was first published in the United States of America.
           Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of
           America and which was not first published in the United States of America.

Class F    Form F—Map.

Class G    Form G—Work of art or a model or design for a work of art.

Class H    Form H—Reproduction of a work of art.

Class I    Form I—Drawing or plastic work of a scientific or technical character.

Class J    Form J—Photograph.

Class K    Form K—Print or pictorial illustration.
           Form KK—Print or label used for an article of merchandise.

Class L    Form L–M—Motion picture.
or M

Class N    Form N—Sound Recording.
           Form R—Renewal copyright.
           Form U—Notice of use of musical composition on mechanical instruments.

---

**FOR COPYRIGHT OFFICE USE ONLY**

| Application received | |
|---|---|
| **Fee received** | *Amended By Copyright Office (Cert.) |

GPO : 1972 O - 460-622                                                                          Page 2

**EXHIBIT 26**
**697**

# EXHIBIT 27

EXHIBIT
19
10-29-11

1812     **BOOKS**     Jan.-June

SHOTWELL, JAMES T.
Modern and contemporary European
history (1815-1945) See
SCHAPIRO, J. SALWYN.

SHULMAN, MAX.
Vote for Henry Ladd. (In Good house-
keeping, Jan. 1948) © 19Dec45;
BTC2551. Max Shulman (A); 29Dec72;
R543143.
The zebra derby. Illustrated by Bill
Crawford. © 10Jan46; A459. Max
Shulman (A); 27Apr73; R551585.

SHUSTER, JOE.
Superboy. See SIEGEL, JEROME.
Superman. See SIEGEL, JEROME.

SHUTE, AGNES KELSEY.
World service church school programs
for primary groups. See BOWER,
LILLIAN V.

SHUTE, NEVIL.
Most secret. © 14Aug45; AI-29109;
17Oct45; A190873. Heather Mayfield
& Shirley Norway (C); 1Dec72;
R5-5346.

SIEGEL, JEROME.
Superboy. By Jerome Siegel & Joe
Shuster. (In More fun comics)
© Jerome Siegel & Joe Shuster (A)
Mar-Apr45. © 16Jan45; B661073.
25Jan73; R544412.

Superman, by Jerome Siegel & Joe
Shuster. (In New York post)
© Jerome Siegel & Joe Shuster (A)
24Feb45; A5-135966. 24Jan73;
R544704.

Superman, by Jerome Siegel & Joe
Shuster. (In New York post)
© National Periodical Publications,
Inc. (PWH)
© 10Feb45; A5-135867. 23Jan73;
R545376.
© 24Feb45; A5-135966. 23Jan73;
R545390.

Superman, by Jerome Siegel & Joe
Shuster. (In Philadelphia
inquirer) © Jerome Siegel & Joe
Shuster (A)
© 1Jan45; A5-135411. 29Dec72;
R542907.
© 2Jan45; A5-135412. 29Dec72;
R542908.
© 3Jan45; A5-135413. 29Dec72;
R542909.
© 4Jan45; A5-135414. 29Dec72;
R542910.
© 5Jan45; A5-135415. 29Dec72;
R542911.
© 6Jan45; A5-135416. 4Jan73;
R542476.
© 8Jan45; A5-135471. 4Jan73;
R542478.
© 9Jan45; A5-135472. 4Jan73;
R542479.
© 10Jan45; A5-135473. 4Jan73;
R542480.
© 11Jan45; A5-135474. 4Jan73;
R542481.
© 12Jan45; A5-135475. 4Jan73;
R542482.
© 13Jan45; A5-135476. 4Jan73;
R542483.
© 15Jan45; A5-135615. 4Jan73;
R542485.
© 16Jan45; A5-135616. 4Jan73;
R542486.
© 17Jan45; A5-135617. 4Jan73;
R542487.
© 18Jan45; A5-135618. 4Jan73;
R542488.
© 19Jan45; A5-135619. 4Jan73;
R542489.
© 20Jan45; A5-135620. 4Jan73;
R542490.
© 22Jan45; A5-135652. 4Jan73;
R542492.
© 23Jan45; A5-135653. 4Jan73;
R542493.
© 24Jan45; A5-135654. 4Jan73;
R542494.

© 25Jan45; A5-135655. 4Jan73;
R542495.
© 26Jan45; A5-135656. 4Jan73;
R542496.
© 27Jan45; A5-135657. 4Jan73;
R542497.
© 29Jan45; A5-135754. 4Jan73;
R542499.
© 30Jan45; A5-135755. 4Jan73;
R542500.
© 31Jan45; A5-135756. 4Jan73;
R542501.
© 1Feb45; A5-135757. 24Jan73;
R544688.
© 2Feb45; A5-135758. 24Jan73;
R544689.
© 3Feb45; A5-135759. 24Jan73;
R544690.
© 5Feb45; A5-135862. 24Jan73;
R544692.
© 6Feb45; A5-135863. 24Jan73;
R544693.
© 7Feb45; A5-135864. 24Jan73;
R544694.
© 8Feb45; A5-135865. 24Jan73;
R544695.
© 9Feb45; A5-135866. 24Jan73;
R544696.
© 10Feb45; A5-135867. 24Jan73;
R544697.
© 12Feb45; A5-136038. 24Jan73;
R544706.
© 13Feb45; A5-136039. 24Jan73;
R544707.
© 14Feb45; A5-136040. 24Jan73;
R544708.
© 15Feb45; A5-136041. 24Jan73;
R544709.
© 16Feb45; A5-136042. 24Jan73;
R544710.
© 17Feb45; A5-136043. 24Jan73;
R544711.
© 19Feb45; A5-135961. 24Jan73;
R544699.
© 20Feb45; A5-135962. 24Jan73;
R544700.
© 21Feb45; A5-135963. 24Jan73;
R544701.
© 22Feb45; A5-135964. 24Jan73;
R544702.
© 23Feb45; A5-135966. 24Jan73;
R544703.
© 26Feb45; A5-136094. 24Jan73;
R544713.
© 27Feb45; A5-136095. 24Jan73;
R544714.
© 28Feb45; A5-136096. 24Jan73;
R544715.
© 1Mar45; A5-136097. 26Feb73;
R546878.
© 2Mar45; A5-136098. 26Feb73;
R546879.
© 3Mar45; A5-136099. 1Mar73;
R546880.
© 5Mar45; A5-136505. 1Mar73;
R546882.
© 6Mar45; A5-136506. 1Mar73;
R5-6883.
© 7Mar45; A5-136507. 5Mar73;
R547181.
© 8Mar45; A5-136508. 5Mar73;
R547182.
© 9Mar45; A5-136509. 5Mar73;
R547183.
© 10Mar45; A5-136510. 5Mar73;
R547184.
© 12Mar45; A5-136512. 5Mar73;
R547186.
© 13Mar45; A5-136513. 5Mar73;
R547187.
© 14Mar45; A5-136514. 5Mar73;
R547188.
© 15Mar45; A5-136515. 5Mar73;
R547189.
© 16Mar45; A5-136516. 5Mar73;
R547190.
© 17Mar45; A5-136517. 5Mar73;
R547191.
© 18Mar45; A5-136518. 5Mar73;
R547192.
© 19Mar45; A5-136596. 5Mar73;
R547193.

© 20Mar45; A5-136597. 5Mar73;
R547194.
© 21Mar45; A5-136598. 5Mar73;
R547195.
© 22Mar45; A5-136599. 5Mar73;
R547196.
© 23Mar45; A5-136600. 5Mar73;
R547197.
© 24Mar45; A5-136601. 5Mar73;
R547198.
© 26Mar45; A5-136666. 5Mar73;
R547199.
© 27Mar45; A5-136667. 5Mar73;
R547200.
© 28Mar45; A5-136668. 5Mar73;
R547202.
© 29Mar45; A5-136669. 5Mar73;
R547203.
© 30Mar45; A5-136670. 5Mar73;
R547204.
© 31Mar45; A5-136671. 5Mar73;
R547205.
© 2Apr45; A5-136809. 26Mar73;
R548507.
© 3Apr45; A5-136810. 26Mar73;
R548508.
© 4Apr45; A5-136811. 26Mar73;
R548509.
© 5Apr45; A5-136812. 26Mar73;
R548510.
© 6Apr45; A5-136813. 26Mar73;
R548511.
© 7Apr45; A5-136814. 26Mar73;
R548512.
© 9Apr45; A5-136914. 26Mar73;
R548514.
© 10Apr45; A5-136915. 26Mar73;
R548515.
© 11Apr45; A5-136916. 26Mar73;
R548516.
© 12Apr45; A5-136917. 26Mar73;
R548517.
© 13Apr45; A5-136918. 26Mar73;
R548518.
© 14Apr45; A5-136919. 26Mar73;
R548519.
© 16Apr45; A5-137006. 26Mar73;
R548521.
© 17Apr45; A5-137007. 26Mar73;
R548522.
© 18Apr45; A5-137008. 26Mar73;
R548523.
© 19Apr45; A5-137009. 26Mar73;
R548524.
© 20Apr45; A5-137010. 26Mar73;
R548525.
© 21Apr45; A5-137011. 26Mar73;
R548526.
© 23Apr45; A5-137152. 26Mar73;
R548528.
© 24Apr45; A5-137153. 26Mar73;
R548529.
© 25Apr45; A5-137154. 26Mar73;
R548530.
© 26Apr45; A5-137155. 26Mar73;
R548531.
© 27Apr45; A5-137156. 26Mar73;
R548532.
© 28Apr45; A5-137157. 26Mar73;
R548533.
© 30Apr45; A5-137263. 26Mar73;
R548535.
© 1May45; A5-137264. 30Apr73;
R551462.
© 2May45; A5-137265. 30Apr73;
R551463.
© 3May45; A5-137266. 30Apr73;
R551464.
© 4May45; A5-137267. 30Apr73;
R551465.
© 5May45; A5-137268. 30Apr73;
R551466.
© 7May45; A5-137308. 30Apr73;
R551468.
© 8May45; A5-137309. 30Apr73;
R551469.
© 9May45; A5-137310. 30Apr73;
R551470.
© 10May45; A5-137311. 30Apr73;
R551471.
© 11May45; A5-137312. 30Apr73;
R551472.

**EXHIBIT 27**
**698**

# EXHIBIT 28



EXHIBIT 28
699



# SUPERMAN

JEROME SIEGEL & JOE SHUSTER

AS A DISTANT PLANET WAS DESTROYED BY OLD AGE, A SCIENTIST PLACED HIS INFANT SON WITHIN A HASTILY DEVISED SPACE-SHIP, LAUNCHING IT TOWARD EARTH!



WHEN THE VEHICLE LANDED ON EARTH, A PASSING MOTORIST, DISCOVERING THE SLEEPING BABE WITHIN, TURNED THE CHILD OVER TO AN ORPHANAGE.



ATTENDANTS, UNAWARE THE CHILD'S PHYSICAL STRUCTURE WAS MILLIONS OF YEARS ADVANCED OF THEIR OWN, WERE ASTOUNDED AT HIS FEATS OF STRENGTH



WHEN MATURITY WAS REACHED, HE DISCOVERED HE COULD EASILY:

LEAP ⅛TH OF A MILE; HURDLE A TWENTY-STORY BUILDING....

RAISE TREMENDOUS WEIGHTS....

...AND THAT NOTHING LESS THAN A BURSTING SHELL COULD PENETRATE HIS SKIN!

...RUN FASTER THAN AN EXPRESS TRAIN...



EARLY, CLARK DECIDED HE MUST TURN HIS TITANIC STRENGTH INTO CHANNELS THAT WOULD BENEFIT MANKIND

AND SO WAS CREATED...



# SUPERMAN!

CHAMPION OF THE OPPRESSED, THE PHYSICAL MARVEL WHO HAD SWORN TO DEVOTE HIS EXISTENCE TO HELPING THOSE IN NEED!



# A SCIENTIFIC EXPLANATION OF CLARK KENT'S AMAZING STRENGTH

KENT HAD COME FROM A PLANET WHOSE INHABITANTS' PHYSICAL STRUCTURE WAS MILLIONS OF YEARS ADVANCED OF OUR OWN.

UPON REACHING MATURITY, THE PEOPLE OF HIS RACE BECAME GIFTED WITH TITANIC STRENGTH.

--INCREDIBLE? NO! FOR EVEN TODAY ON OUR WORLD EXIST CREATURES WITH SUPER-STRENGTH!

THE LOWLY ANT CAN SUPPORT WEIGHTS HUNDREDS OF TIMES ITS OWN.

THE GRASSHOPPER LEAPS WHAT TO MAN WOULD BE THE SPACE OF SEVERAL CITY BLOCKS.

**EXHIBIT 28**
**700**

















EXHIBIT 28
701

















EXHIBIT 28
702

















**EXHIBIT 28**
**703**















**EXHIBIT 28**

**704**

















EXHIBIT 28
705

















**EXHIBIT 28**
**706**

















**EXHIBIT 28**

**707**





THE OCCUPANTS OF THE CAR ARE SHAKEN OUT --



NEXT, SUPERMAN OVER-TAKES BUTCH IN ONE SPRING..

--AND THE CAR, ITSELF, SMASHED TO BITS!



JUST A MINUTE, BUTCH!



DO YOU MIND?



THIS WILL TAKE BUT A FEW SECONDS

EXHIBIT 28
708

















EXHIBIT 28












**EXHIBIT 28**
**710**











**EXHIBIT 28**
**711**















EXHIBIT 28

712

# EXHIBIT 29

11928 Darlington Avenue
#102
Los Angeles, CA  90049
February 14, 1982
213-820-2492


Mr. Steven J. Ross
Chairman of the Board and
Chief Executive Officer
75 Rockefeller Plaza
New York, NY  10019

Dear Steve,

I hope you are well and happy.

I'm bringing the attached articles to your attention because you are a busy
man and may not be aware of all that transpires at D.C. Comics.

In the enclosed xeroxed material, Paul Levitz says that Jerry Siegel and
Joe Shuster would be excluded from royalties on comic books selling over 100,000
copies, but that everyone else, including inkers (and he) would have a share.

His reasons for exclusion of older creators were: 1) "It's hard to find out who
the creators were in most cases."

It's no mystery who the creators were in Jerry and Joe's case.  Not only of
Superman, but Superboy and other comics.  What they did is well known in the
trade.  Jerry and Joe were in great part responsible for the success of the comic
book industry.  There are numerous, lucrative imitations of their creation from
which others have become very wealthy, enabling them to build up estates for their
wives and children.

Paul Levitz also states: 2) "Jerry Siegel and Joe Shuster were on salary for their
creation.

This is incorrect.  Jerry and Joe were not on salary.  Not when they created
Superman, nor were they ever, but rather independent contractors.  For ten years
they sold their comics material for Superman and other comics on a per-page basis
and paid very low rates.  Later, from 1959 to 1966, Jerry again wrote for Superman
and Superman related characters (an additional seven years) giving Jerry a total
of seventeen years of writing Superman Stories.

Today, free lancers are very well paid for their work.  Now, under the new policy
free lancers will get a royalty-bonus on each issue of the comic books over 100,000
copies bringing them heavy, extra money.

Also, under the new policy, people who originate new comics for D.C. receive
originators royalties on everything including merchandising, movies, the lot.
This sounds similar to the paperback and book deals that authors receive.

That's fine.  But all of Jerry and Joe's working and contributing lives at D.C.
they begged for royalties but were denied and overlooked despite their wonderfully
successful creation Superman, and the many avenues of profit it brought.

EXHIBIT 29
713

Jerry and Joe created that character with love. They brought it to life with the origination story, set the formula or format, dreamed up the spectacular action scenes, the idealistic fight against evil. Superman was their baby. The character that they love.

The past discrimination at D.C. was a bitter pill for the two pioneers who even now, after 44 years and a new policy find Siegel and Shuster shut out from royalties.

You have been very good to us and you know I speak from my heart when I tell you I'm filled with gratitude.

Jerry and Joe have nobody to speak for them but me, so I feel moved to tell you of this.

I suppose our last year's bonus, increase in annual income and tax check was in part due to the movie's success. That's what I tell Jerry and Joe, who will be 70 years old in a couple of years.

While I'm telling you that, I might as well tell you all. You did say had I any problems to let you know.

I have a terrible worry. In 1975 when our settlement contract was set up, I asked for, but was denied, life insurance for Jerry and Joe. As a result, Jerry does not have adequate life insurance, while Joe tells me he has none.

Jerry and Joe look in fairly good health. But at times, Jerry has difficulty walking. A vascular problem related to his heart condition. As for Joe, he was recently on penicillin for an abcessed tooth. The reaction gave him dizzy spells and I feared he'd be hit by a car while crossing streets when grocery shopping. It's times like these that remind me of their frailty. I think you will agree that they should have adequate life insurance.

Should anything happen to Jerry, there is the problem of what's to become of me as his widow. I'll be 65 years old this year. And there is our daughter, Laura who would be left without any measure of security.

For many years after Jerry and Joe leave this earth, Superman in movies, TV, cassettes, comic books, merchandising, will continue to earn hundreds of millions of dollars from the domestic and foreign market. Superman's steady, increasing popularity since 1938 seems ever to grow with each new generation, while holding on with the older fans.

Yet, our contract states that after Jerry's demise, should it come before 1985, I would receive only $20,000 annually, about $16,000 after taxes, or $10,000 after 1985, about $7,000 annually after taxes. This would plunge me into an impossible financial situation without dignity nor security.

After 1985 according to the contract, our beloved daughter Laura, who Jerry and I worry about, would not even have contractual protection and may be struggling to survive while Superman continues to reap many millions.

As long as you are around I feel, (and I hope I am right) that I can count on you to continue the same income to me as Jerry would be receiving. You realize I'm sure, that they don't lower rent, food or other costs for widows. Giving a widow one-half of her husband's income is an old fashioned unrealistic practice that unfailingly causes hardship.

If, God forbid, anything happened to you, Steve, or you retired, I would be at the mercy of your successors and others who might not care if I'm thrown out into the street in my old age.

**EXHIBIT 29**

Without an amendment to the contract stating that the same income continue to me, my financial security is in jeopardy.

Jerry does not have an estate to leave me. To ask an aged widow who has just experienced a terrible trauma (with all kinds of unexpected expenses) to suddenly cut her standard of living by 50% is a terrible upheaval.

Provisions for Laura could also be worked out so that the daughter of the creator of Superman doesn't suffer in poverty, while Superman continues with multi-million dollar earnings.

We are so grateful to you for all you have done for us. But there still remains the additional problems I've mentioned in these two letters which I hope you will consider.

Hoping to hear from you soon. Fondest regards from Jerry, Joe, Laura and me. God bless you.

Joanne Siegel

P.S. Your lovely letter with two complimentary tickets to see Chariots of Fire has just arrived. Thank you for including us on your list.

The third paragraph in your letter regarding Chariots of Fire especially warmed my heart. Notably, "At the core of the picture is a celebration of the human spirit" and, "The film embodies all of the principles we strive to achieve here at WCI in our business relationships and in our daily lives."

**EXHIBIT 29**
**715**

11928 Darlington Avenue
#102
Los Angeles, CA  90049
February 14, 1982
213-820-2492

Mr. Steven J. Ross
Chairman of the Board and
Chief Executive Officer
75 Rockefeller Plaza
New York, N.Y.  10019

Dear Steve,

For the past two and a half years , our daughter Laura has been Anchor/Reporter
at KESQ-TV in Palm Springs.

As Anchor, she does the 6 o'clock news.  As Reporter, she's covered mountain
fires, desert floods, interviewed celebrities such as Betty and Gerald Ford,
Frank Sinatra and Bob Hope.  A real live, Lois Lane.

She has hosted the Palm Springs "Weekend with the Stars Telethon for Cerebral
Palsy" for two consecutive years.

She initiated and produced documentaries, won awards and raised KESQ-TV's ratings
to an all time high.

A hard worker, she is well liked by co-workers.  Although she's gotten several
pay raises, her annual salary in 1981 was $15,000.  As a result, she can barely
make ends meet.

We loaned her five thousand dollars to pay some of her most pressing bills(some
medical) gave her two additional thousand dollars toward a down payment on a car
plus additional money for necessities, all from the bonus you sent us last year.

Her eight year old junky car needs replacing, but because she could not manage
payments for a new car is stuck with one that continually breaks down.  The
average car today costs between eleven and twelve thousand plus high bank interest
rates.

She has diligently applied to various markets but the offers thus far do not
warrent relocation.  What she needs is placement in a larger market such as the
New York, or preferably the Los Angeles, San Diego area.

As an alternative to Anchor/Reporter, she could handle and would enjoy hosting
either an interview or co-hosting a magazine show.

Steve, would it be possible, through your connections to recommend her for a good
position?  The news business is so glutted with female reporters, and available
jobs are so flooded with applications, that without an edge, or recommendation,
the going is rough.

I hope you can help.

Professional name is Laura Carter.    **EXHIBIT 29**    Fondly,
Home phone: 714-325-8044
                                        **716**

# EXHIBIT 30

1    DANIEL M. PETROCELLI (S.B. #097802)
       dpetrocelli@omm.com
2    MATTHEW T. KLINE (S.B. #211640)
       mkline@omm.com
3    CASSANDRA L. SETO (S.B. #246608)
       cseto@omm.com
4    O'MELVENY & MYERS LLP
     1999 Avenue of the Stars, 7th Floor
5    Los Angeles, CA 90067-6035
     Telephone: (310) 553-6700
6    Facsimile: (310) 246-6779

7    Attorneys for Plaintiff DC Comics

8                  UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10   DC COMICS,                        Case No. CV 10-3633 ODW (RZx)

11                Plaintiff,           **DECLARATION OF PAUL
                                       LEVITZ IN SUPPORT OF DC
12        v.                           COMICS' MOTION FOR
                                       PARTIAL SUMMARY
13   PACIFIC PICTURES                  JUDGMENT ON ITS FIRST AND
     CORPORATION, IP WORLDWIDE,        THIRD CLAIMS FOR RELIEF
14   LLC, IPW, LLC, MARC TOBEROFF,
     an individual, MARK WARREN        Hon. Otis D. Wright II
15   PEARY, as personal representative of
     the ESTATE OF JOSEPH SHUSTER,     **Hearing Date:**    Aug. 20, 2012
16   JEAN ADELE PEAVY, an individual,  **Hearing Time:**    1:30 p.m.
     LAURA SIEGEL LARSON, an           **Courtroom:**       11
17   individual and as personal
     representative of the ESTATE OF
18   JOANNE SIEGEL, and DOES 1-10,
     inclusive,
19
                  Defendants.
20

21

22

23

24

25

26

27

28
                                            LEVITZ DECL. RE: DC'S
                                            MOT. FOR PARTIAL SUMM. J.

**EXHIBIT 30**
**717**

1  **DECLARATION OF PAUL LEVITZ**

2  1.  I worked at DC Comics ("DC") for 38 years, and continue to serve as

3  Senior Advisor, Consulting Editor, and as a writer for DC. I have personal

4  knowledge of the matters set forth in this declaration or conducted due diligence to

5  gather them, and if called to testify to the facts stated herein, I could and would do

6  so competently.

7  2.  In 1972, I began working as a freelance writer for DC. In 1973, I

8  became an assistant editor. Throughout the 1970s, I became progressively more

9  involved in management of DC's general business activities, and in 1980, I was

10  promoted to Manager of Business Affairs. By 1985, I had become predominantly

11  responsible for DC's business operations, and I was promoted to Executive Vice

12  President. In 1989, I became Executive Vice President and Publisher. From 2002

13  to 2010, I served as DC's President and Publisher. Since then, I have served as

14  Senior Advisor, Consulting Editor, and as a writer for DC.

15  3.  During my many years as a business executive at DC, part of my role

16  was to maintain relationships with writers and artists who had worked for DC in the

17  past, as well as their families. I had many interactions with Joseph Shuster, his

18  brother Frank Shuster, his sister Jean Peavy, and his nephew Mark Warren Peary.

19  Attached hereto as Exhibits 1-78 are true and correct copies of my correspondence

20  with the Shuster family that DC and I could locate.

21  4.  In a 1975 agreement, DC affiliate Warner Communications Inc. agreed

22  to provide Joe Shuster and Jerome Siegel with lump sum payments, lifetime annual

23  payments, survivor payments to their heirs, insurance coverage, and other benefits.

24  As of 2011, Warner had paid the Shuster and Siegel families $4.3 million under the

25  1975 agreement, not including medical benefits or special bonuses.

26  5.  After Joe Shuster passed away in 1992, Frank and Jean wrote letters to

27  me and Martin Payson at Time Warner asking for financial assistance. (Exhibits 3,

28  6 and 7.) Jean told us she was Joe's sole heir. (Exhibit 3.) I took the lead in

- 1 -

LEVITZ DECL. RE: DC'S
MOT. FOR PARTIAL SUMM. J.

**EXHIBIT 30**
**718**

negotiations with Frank and Jean.  On September 8, 1992, I sent Frank a letter

offering that DC would increase the survivor payments due to Frank under the 1975

agreement from $5,000 to $25,000 per year.  (Exhibit 5.)

6.     On September 10, 1992, Frank sent me a letter stating that he was

"extremely pleased" with DC's offer, and saying that, after "discuss[ing] this good

news with [his] sister Jean," she and Frank wished that payments be made directly

to Jean, who would "send [Frank] whatever money [he] wanted as a gift which

would not be taxable to [him]."  (Exhibit 6.)

7.     Frank (who lived in New York) said that Jean would be visiting New

York soon, and asked if he and Jean could meet with me in New York to discuss

these issues further.  (Exhibit 6.)  I agreed, and we met in my office at DC in late

September or early October 1992.  Jean basically spoke for the two of them, as

Frank was frail and considerably older.  It was clear that by changing the agreement

to pay the annual stipend for Jean's lifetime rather than Frank's, DC would both be

far exceeding our promise to Joe and committing to a much larger sum.  I

understood Joe's original wish, as embodied in the 1975 agreement, to be to take

care of Frank because of the assistance Frank had rendered on the early Superman

strips as a letterer, and because Frank had taken Joe in during the 1960s; I had never

known or understood Joe to want to provide for Jean.  Nonetheless, on DC's behalf,

I conditionally agreed to Jean and Frank's request.

8.     Given DC's financial success, former writers and artists, or their

families, would from time to time, ask DC for money, much as Frank and Jean had

done.  Every time DC agreed to grant such a request, I would make clear to the

writer, artist, or family member that the payment would represent their last and final

deal with DC, and would resolve any past, present, or future claims against DC.  I

recall having this same discussion with Frank and Jean during our in-person

meeting in 1992.  Frank and Jean both confirmed that they understood.  Following

this discussion, DC (through me) and Frank and Jean signed an agreement on

- 2 -

LEVITZ DECL. RE: DC'S
MOT. FOR PARTIAL SUMM. J.

EXHIBIT 30
719

1   October 2, 1992, dated as of August 1, 1992. A true and correct copy of that

2   agreement is attached hereto as Exhibit 8. In key part, and consistent with the

3   above, it states:

4     We ask you to confirm by your signatures below that this agreement fully
settles all claims to any payments or other rights or remedies which you may

5     have under any other agreement or otherwise, whether now or hereafter
existing regarding any copyrights, trademarks, or other property right in any

6     and all work created in whole or in part by your brother, Joseph Shuster, or
any works based thereon. In any event, you now grant to us any such rights

7     and release us, our licensees and all others acting with our permission, and
covenant not to assert any claim of right, by suit or otherwise, with respect to

8     the above, now and forever.

9     9.   DC maintained a good relationship with the Shuster family until 2001.

10   In particular, Jean and I exchanged many letters, notes, and holiday cards. In many

11   of Jean's letters, she would request special bonuses in excess of the payments due

12   under the 1992 agreement based on some particular new success DC had achieved,

13   like a television series. When Jean made such a request—including in 1999—DC

14   agreed to honor Joe's memory and provide an additional bonus ranging from

15   $10,000 to $25,000. DC paid Jean bonuses in 1993, 1994, 1995, 1996, 1998, 1999,

16   2000 and 2001. (Exhibits 23, 27, 33, 39, 53, 60, 67, 71.) In total, DC has paid Jean

17   at least over $610,000 under the 1992 agreement, and continues to pay her under

18   the agreement to this day, even though she went back on her word.

19     10.   I also exchanged correspondence over the years with Jean's son, Mark

20   Warren Peary. On May 29, 1996, Mark sent me a screenplay called

21   "DREAMERS," which he described as "an inspiring life story of Joe Shuster and

22   Jerry Siegel." (Exhibit 44.) The screenplay discusses how Joe Shuster made

23   amends with DC late in his life. Mark asked me to pass along the screenplay to

24   Warner Bros., which I did. On November 6, 1999, Mark asked whether I would be

25   willing to submit a revised screenplay to Warner Bros. (which I later did) and asked

26   whether Joanne Siegel's termination claim concerning her husband's rights would

27   "interfere with us selling our screenplay." (Exhibit 62.) Mark Peary never told me

28   that he thought he or his family had any remaining termination claims to assert. To

- 3 -

LEVITZ DECL. RE: DC'S
MOT. FOR PARTIAL SUMM. J.

EXHIBIT 30
720

1   the contrary, in 1999, Jean told me she planned to honor our 1992 agreement and

2   would assert no termination claim. (Exhibit 59.) I was disappointed when I learned

3   that the Shuster family filed their termination claim.

4       I declare under penalty of perjury under the laws of the United States that the

5   foregoing is true and correct and that this declaration is executed this 16th day of

6   July 2012 in New York, New York.

8       Paul Levitz

- 4 -

**EXHIBIT 30**

**721**