DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:  (310) 553-6700
Facsimile:   (310) 246-6779

Attorneys for Plaintiff DC Comics

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**NOTICE OF LODGING OF DC COMICS' STATEMENT OF GENUINE ISSUES OF MATERIAL FACT IN OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON FIRST, SECOND AND THIRD CLAIMS FOR RELIEF**<br><br>Hon. Otis D. Wright II<br><br>**Hearing Date**:　Oct. 15, 2012<br>**Hearing Time**:　1:30 p.m.<br>**Courtroom**:　　11 |

NOTICE OF LODGING OF
STATEMENT OF GENUINE ISSUES

1	PLEASE TAKE NOTICE THAT plaintiff DC Comics hereby lodges the
2	attached Statement Of Genuine Issues Of Material Fact In Opposition To
3	Defendants' Motion For Partial Summary Judgment On First, Second And Third
4	Claims For Relief.

6	Dated:	September 21, 2012		Respectfully Submitted,
7						O'MELVENY & MYERS LLP
8						By: /s/ Daniel M. Petrocelli
9						    Daniel M. Petrocelli
						    Attorneys for Plaintiff DC Comics