1    DANIEL M. PETROCELLI (S.B. #097802)
        dpetrocelli@omm.com
2    MATTHEW T. KLINE (S.B. #211640)
        mkline@omm.com
3    CASSANDRA L. SETO (S.B. #246608)
        cseto@omm.com
4    O'MELVENY & MYERS LLP
     1999 Avenue of the Stars, 7th Floor
5    Los Angeles, CA  90067-6035
     Telephone:   (310) 553-6700
6    Facsimile:    (310) 246-6779

7    Attorneys for Plaintiff DC Comics

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10   DC COMICS,                            Case No. CV 10-3633 ODW (RZx)

11              Plaintiff,                 **NOTICE OF LODGING OF DC
                                           COMICS' STATEMENT OF
12         v.                              GENUINE ISSUES OF
                                           MATERIAL FACT IN
13   PACIFIC PICTURES                      OPPOSITION TO DEFENDANTS'
     CORPORATION, IP WORLDWIDE,            MOTION FOR PARTIAL
14   LLC, IPW, LLC, MARC TOBEROFF,         SUMMARY JUDGMENT ON
     an individual, MARK WARREN            FIRST, SECOND AND THIRD
15   PEARY, as personal representative of  CLAIMS FOR RELIEF**
     the ESTATE OF JOSEPH SHUSTER,
16   JEAN ADELE PEAVY, an individual,
     LAURA SIEGEL LARSON, an               Hon. Otis D. Wright II
17   individual and as personal
     representative of the ESTATE OF
18   JOANNE SIEGEL, and DOES 1-10,         **Hearing Date**:    Oct. 15, 2012
     inclusive,                            **Hearing Time**:    1:30 p.m.
19                                         **Courtroom**:       11
                Defendants.
20

21

22

23

24

25

26

27

28

1    PLEASE TAKE NOTICE THAT plaintiff DC Comics hereby lodges the

2  attached Statement Of Genuine Issues Of Material Fact In Opposition To

3  Defendants' Motion For Partial Summary Judgment On First, Second And Third

4  Claims For Relief.

5

6  Dated:        September 21, 2012          Respectfully Submitted,

7                                            O'MELVENY & MYERS LLP

8                                            By:  /s/ Daniel M. Petrocelli

9                                                 Daniel M. Petrocelli
                                                   Attorneys for Plaintiff DC Comics
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28