1 DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
2 MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
3 CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
4 O'MELVENY & MYERS LLP
  1999 Avenue of the Stars, 7th Floor
5 Los Angeles, CA  90067-6035
  Telephone:  (310) 553-6700
6 Facsimile:   (310) 246-6779

7 Attorneys for Plaintiff DC Comics

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS, | Case No. CV 10-03633 ODW (RZx) |
| Plaintiff, | **DECLARATION OF JASON H. TOKORO IN SUPPORT OF DC COMICS' RESPONSE TO DEFENDANTS' OBJECTION TO THE DECLARATION OF DAMON BONESTEEL SUBMITTED IN SUPPORT OF DC COMICS' OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| v. | |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive, | |
| Defendants. | Hon. Otis D. Wright II |

# TABLE OF CONTENTS

| Exhibit | Description | Page |
|---|---|---|
| 1 | Email from Jason Tokoro to Pablo Arredondo dated September 27, 2012, attaching DC's supplemental production of documents bates-labeled DC00158-DC00168 | 3 |
| 2 | Letter from Donna L. Josephson to the Canadian Audio-Visual Certification Office dated September 10, 2007, bates-labeled DC00169-DC00171. | 16 |
| 3 | Plaintiff DC Comics' Objections And Responses To Defendant Mark Warren Peary's First Set Of Requests For Production dated February 17, 2012. | 19 |
| 4 | Plaintiff DC Comics' Objections And Responses To Defendant Mark Warren Peary's First Set Of Interrogatories dated February 17, 2012. | 119 |
| 5 | Letter from Jason Tokoro to Marc Toberoff and Keith Adams dated March 15, 2012. | 147 |
| 6 | Letter from Mr. Adams to Matthew Kline dated March 8, 2012. | 151 |

# DECLARATION OF JASON H. TOKORO

I, Jason H. Tokoro, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am an associate at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in support of DC Comics' Response To Defendants' Objection To The Declaration Of Damon Bonesteel Submitted In Support Of DC Comics' Opposition To Defendants' Motion For Partial Summary Judgment. I have personal knowledge of the matters set forth in this declaration.

2. Attached hereto as Exhibit 1 is a true and correct copy of an email from me to Pablo Arredondo dated September 27, 2012, attaching DC's supplemental production of documents bates-labeled DC00158-DC00168.

3. Attached hereto as Exhibit 2 is a true and correct copy of a letter from Donna L. Josephson to the Canadian Audio-Visual Certification Office dated September 10, 2007, which has been bates-labeled DC00169-DC00171, and we produced to defendants today.

4. Attached hereto as Exhibit 3 is a true and correct copy of Plaintiff DC Comics' Objections And Responses To Defendant Mark Warren Peary's First Set Of Requests For Production dated February 17, 2012.

5. Attached hereto as Exhibit 4 is a true and correct copy of Plaintiff DC Comics' Objections And Responses To Defendant Mark Warren Peary's First Set Of Interrogatories dated February 17, 2012.

6. Attached hereto as Exhibit 5 is a true and correct copy of a letter from me to Marc Toberoff and Keith Adams dated March 15, 2012.

7. Attached hereto as Exhibit 6 is a true and correct copy of a letter from Mr. Adams to Matthew Kline dated March 8, 2012.

8. On March 16, 2012, I participated in a teleconference with Mr. Kline, Cassandra Seto, and Messrs. Adams and Arredondo to discuss various discovery

1  issues in this case. During the conference, Mr. Adams asked to DC describe its
2  search efforts in responding to defendant Mark Warren Peary's First Set of
3  Requests for Production of Documents and First Set of Interrogatories. DC
4  responded that it conducted a reasonable and diligent search and investigation in
5  responding to Mr. Peary's discovery requests, including conducting a reasonably
6  diligent search of the documents in the possession, custody, or control of relevant
7  custodians at DC and Warner Bros. Entertainment Inc. DC stated that this targeted
8  search methodology was proper given the breadth of defendants' document requests
9  and the size of DC and its affiliates. DC advised Mr. Adams that if defendants
10 identified specific further details it wished to know regarding DC's efforts, and if
11 that information was appropriate to share, DC was willing to consider furnishing it
12 and might also be willing to conduct additional searches.

13    9.    Defendants never followed up on DC's offer or filed their once-
14 threatened motion to compel. Indeed, in the almost seven months since this March
15 teleconference—and in the scores of communications we have had with defense
16 counsel since—defendants have not communicated with DC about its search
17 methodology protocol, except to complain about two additional documents DC
18 found and promptly produced to defendants months ago. Defendants also have not
19 identified for DC any specific further details they wish to know regarding DC's
20 search efforts or additional searches they wish DC to run or why.

21    I declare under penalty of perjury under the laws of the United States that the
22 foregoing is true and correct and that this declaration is executed this 4th day of
23 October, 2012, at Los Angeles, California.

_____
Jason H. Tokoro