DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Attorneys for Plaintiff DC Comics

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>  Plaintiff,<br><br>  v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>  Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**[PROPOSED] ORDER GRANTING DC COMICS' MOTION FOR AN EVIDENTIARY HEARING AND SANCTIONS, INCLUDING TERMINATING SANCTIONS, APPOINTMENT OF SPECIAL MASTER, AND OTHER RELIEF**<br><br>Hon. Otis D. Wright II |

1    Good cause appearing, IT IS HEREBY ORDERED that DC Comics' Motion
2    For An Evidentiary Hearing And Sanctions, Including Terminating Sanctions,
3    Appointment of Special Master, And Other Relief is GRANTED as follows:

☐ The Court will hold an evidentiary hearing on the issues raised in DC's Motion commencing on _____, 2012 at _____ in Courtroom 11. *See Wyle v. R.J. Reynolds*, 709 F.2d 585, 592 (9th Cir. 1983) (an evidentiary hearing "best determines the appropriate sanctions").

☐ Default Judgment is entered in DC's favor on its Fifth Claim for Relief. *See Anheuser-Busch, Inc. v. National Beverage Distribs.*, 69 F.3d 337 (9th Cir. 1995).

☐ A special master is appointed to investigate and enforce defendants' compliance with their discovery obligations. *See* FED. R. CIV. P. 53(a)(1)(C); *see also U.S. v. Conn.*, 931 F. Supp. 974, 984 (D. Conn. 1996).

☐ Privilege is deemed waived over all responsive documents that defendants have withheld from production, including all documents listed on defendants' privilege logs that have not yet been produced. *See Teleglobe USA Inc. v. BCE Inc.*, 493 F.3d 345, 386 (3d Cir. 2007); *Get-A-Grip, II, Inc. v. Hornell Brewing Co.*, 2000 WL 1201385, at * 3 (E.D. Pa. Aug. 8. 2000).

☐ Privilege is deemed waived over any responsive documents that defendants have not listed individually on a privilege log. *See O'Connor v. Boeing N. Am., Inc.*, 185 F.R.D. 272, 280 (C.D. Cal. 1999).

☐ The following facts are deemed conclusively established at trial. *See* Fed. R. Civ. P. 37(b)(2)(A)(i).

- In the fall of 2001, defendant Marc Toberoff falsely told Laura Siegel Larson, Joanne Larson, and Michael Siegel that he had access to a billionaire investor who was offering them $15 million and other money to purchase their putative Superman rights; and

- Toberoff, with knowledge of the longstanding economic relationship

between Laura Siegel Larson and Joanne Siegel, and DC, intended to cause and did cause Laura Siegel Larson and Joanne Siegel to end that longstanding economic relationship with DC.

☐ The jury shall be instructed that defendant Marc Toberoff has suppressed unfavorable evidence and may be continuing to do so. Additionally, the jury will be instructed that it should regard Toberoff's testimony with greater caution than that of other witnesses. *See In re Toyota Motor Corp. Unintended Acceleration Mktg., Sales Practices, & Prods. Liability Litig.*, __ F.R.D. __, 2012 WL 2146319, at *19 (C.D. Cal. June 11, 2012).

☐ Monetary sanctions are awarded to DC in an amount to be determined following DC's submission of its application for fees and costs. *See* FED. R. CIV. P. 37(C); *Leon v. IDX Sys. Corp.*, 464 F.3d 951, 961 (9th Cir. 2006).

IT IS SO ORDERED.

Dated: _____   _____
                                Honorable Otis D. Wright, II
                                Judge, United States District Court