# EXHIBIT 31

JUL-06-2003 11:08 PM                                          1  10 827 7227              P.04

Laura Siegel Larson
6400 Pacific Avenue #106          DRAFT
Playa Del Rey, CA 90293

July 5, 2003

Dear Michael,

Thank you for your May 13th letter. I hope you received the sympathy card from my mother and me with our condolences over the loss of your mother.

This is my first opportunity to answer your letter due, in part, to my health but also to the extremely time-consuming and complex nature of my divorce which is far from over. In fact, I have to work on aspects of it every day. It is especially difficult because my ex-husband is a lawyer representing himself and he is using every trick in the legal system to complicate matters.

One of the many issues I am dealing with involves the Copyright Terminations. He is trying to get the Court to award him half of my rights to Superman and other properties created by our father, claiming they should be treated as community property. This is a particularly difficult fight because there are no legal precedents for a case like mine and finding a lawyer who knows both Copyright Termination Law and California Divorce and Family Law is like looking for a needle in a haystack. My divorce attorney is doing her best but it's a tough fight. The Judge doesn't know anything about Copyright Law. The decision that will be made in my case in a few weeks will set the precedent for all heirs of author-creators who receive intellectual property rights through Termination and later go through a divorce. It would be a tragedy not only for me but for all intellectual property creators and their heirs if the true intent of the Copyright Law is ignored and this issue is lost.

Now to the issues you raised in your letter. There are many so I will try to group my answers so I don't miss anything. Because I am still pressed for time I am writing the following in outline form. It is simpler for me that way and, I hope, clearer.

### Outline of Topics:

*Opinion re:*

~~Facts regarding the~~ Time Warner-DC offer ~~and why it sucked~~:

- It was a bogus offer filled with land mines and things they knew we'd never agree to
- They wanted us to ~~warrant we had no rights~~
- ~~As a result, we could have had trouble collecting money had we signed with them~~
- They wanted us to sign away the right to get anything additional if the copyright law changed, giving creators and their families additional rights or an extension of the time before it went into the public domain.

Page 1

Q 0141

Privileged & Confidential
All Rights Reserved

SD 00141

EXHIBIT 31
377

JUL-06-2003 11:08 PM                                    1  10 827 7227          P.05

*DRAFT*

-They even wanted us to sign away the public domain rights we'd one day have
-You and Don Bulson stated that you couldn't believe how bad the contract they had
    written was
-It was a bad deal ~~and a far call~~ we had to walk away from
    (MT)

## Marc Toberoff and the Shuster interest:
-~~He~~ He does not "control" the Superman copyright. He has been hired to do a job.
-He does not own the Shuster interest. He is a lawyer hired by ~~Jean Peavy Shuster~~, Joe
    Shuster's ~~sister~~ *Estate*. (via) *Estate*
-In 2013, he doesn't "take" the copyright from Time Warner, Shuster's *such* heirs could
    reacquire rights as we have ~~as a result of our~~ Terminations. Then the Shusters
    would have to negotiate a deal or handle things as they choose.
-The Shuster rights are completely separate from the Siegel rights.
-DC will own the Shuster rights until they vest in 2013
-We have no intention of waiting until 2013 to do something with the Siegel rights

## We went to Marc to talk about him representing the Siegels. Marc did not pursue us:
-We fired Kevin Marks and Bruce Ramer because they were insisting we take the bad
    TW-DC deal. You'll remember that you, Don Bulson and we were shocked when
    Kevin Marks said that if asked to, he would testify against us in court.
-Neither Kevin Marks nor Don Bulson informed us that Marc Toberoff had contacted
    Marks and you about the Superman rights until months after it had taken place.
-Kevin Marks had turned Marc Toberoff away ~~falsely~~ saying we had a deal with DC
-Marc did not call my mom nor me
*the Shuster's family* → -My mom called ~~Jean Peavy~~ to see what the Shusters were doing
*the Shuster family* → -Peavy gave Marc's number to my mom and she called him after we had fired Ramer and
    Marks *has no plans to produce a Superman movie, nor is his responsib*
-We felt he grasped our situation very well and was sympathetic to author's rights
-Marc Toberoff ~~does not have a production company and we have never heard anything~~ *give*
    ~~about him planning to make a movie~~ *dividing of ownership of*
                                                                    *the rights.*

## Why the original (~~$15 million~~) investor left:
-Kevin Marks ~~falsely~~ told Marc we had a deal with DC
-Marc told this to the investor who found another place to invest his money
-Marc did not know we did not have a deal with DC until later when we contacted him

## With Marc's assistance, new Notices of Termination regarding Superboy were sent out:
-We did this to further assert the Siegel rights to this character, ~~separately created from~~
    ~~Superman.~~
-My mom advanced the $4,000 filing fees immediately to the Copyright Office when the
    Notices were sent in October 2002
-A copy of the $4,000 check recently processed by the Copyright Office is enclosed with
    this letter to you.

Page 2

Q 0142

**Privileged & Confidential**
**All Rights Reserved**

SD 00142

**EXHIBIT 31**
**378**

JUL-06-2003 11:09 PM                                                    1 ~10 827 7227          P.06

*DRAFT*

-The canceled check was not sent to my mom by her bank until recently. This was after
 we sent the itemization of other expenses to Don Bulson.
-Your 25% of this expense is $1,000. We are also sending this to Don and it will be
 included in the settling of the account before the money being held in trust is
 forwarded to you by Marc.

## Unfortunately we've discovered that The Spectre Terminations did not vest for the Siegel family:
-Kevin Marks repeatedly told my mom not to pay the fees to the Copyright Office for the
 copyright filing while he was negotiating although she told him several times that
 she wanted to send in the fees.
-Kevin did not tell us there was a time limit on when the fees could be paid
-When negotiations were terminated, we found out from the Copyright Office it was too
 late to pay the fees
-The Spectre rights are a dead issue

## Marc has a limited negotiation period to represent the Siegel interest:
-For Superman: 18 months from Oct. 23, 2002 (until April 23, 2004)
-For the newly filed Superboy Terminations: 30 months from Oct. 23, 2002 (until April
 23, 2005) This is longer because there is a two year waiting period from the time
 the Notices were served to the date the rights vest.
-If we are not pleased with the results, he will no longer represent us after that time

## Why Marc has not been negotiating with Time Warner (TW)
-The fact that DC doesn't know what to expect from us since we broke off negotiations
 and turned down their last offer gives us strength
-By not running to them right away, we do not appear desperate and needy, willing to take
 a bad deal
-Timing the negotiations is an art
-It may be better not to deal with Time Warner at all but to go elsewhere

## Why there is a buyout offer from a venture capitalist for your interest only:
-You have been saying you needed money badly, were out of work and had big bills
-The venture capitalist doesn't want to invest more than the amount to buy your interest
-My interests are too entangled due to my divorce
-Marc asked our permission to present an offer to you and we decided not to stand in your
 way if you want to accept it. We do not know the amount that the investor is
 offering to you.

## Why any investor would offer less than Time Warner did in its last offer:
-It is a risky investment
-No immediate payback
-The investor and we may face legal expenses and conflict with DC in the future if we
 have to sue to get what's already owed or if we eventually make a deal with them
 and they withhold payment due to "creative bookkeeping" or for other reasons

Page 3

Privileged & Confidential
All Rights Reserved

SD 00143

**EXHIBIT 31**
**379**

JUL-06-2003 11:09 PM                                    1 710 827 7227          P.07

*DRAFT*

-The investor wants a worthwhile profit on his investment
-~~It is a situation similar to one in which businesses that give immediate money to~~
   ~~beneficiaries of Wills who do not want to wait until the Will goes through Probate~~
   ~~for them to receive their money. The beneficiaries always get less than if they~~
   ~~wait for the Will to go through Probate.~~

## Why you cannot ask Time Warner/DC for a buyout:
-It destroys the possibility of us negotiating a fair deal
-It shows weakness
-As the controlling interest, we do not give you approval to do it
-If it damaged our ability to later make a better deal, we would have no choice but to ~~sue~~
   ~~you~~

## Why this has not been like other "contract negotiations":
-Time Warner is a huge, arrogant company
-They took months to respond to each issue all along the way and their responses were
   unacceptable
-~~Time Warner has nothing to gain by settling this, they keep on making millions~~
-Their lawyers are particularly heartless, masters at screwing people. They have a bad
   reputation for this
-They delight in playing off what they see as the Siegel interest's weakness--our need for
   money
-If that wasn't enough, they want to include additional characters created by our father in
   one settlement. (They apparently do not yet realize that The Spectre rights did not
   vest to the Siegels.)
-They want to win this David and Goliath matter so that the rich and powerful will
   triumph over the little guy
-They want to make an example of us so that other creators and their heirs won't go after
   their rights.

## Your belief that you have something to sell independently:
-You can only sell your rights to a third party with my mom's and my approval because
   we are the majority interest holders and you have a passive interest
-We will not give approval for a sale to Time Warner because it would damage the
   overall Siegel interest
-We will give approval for a sale to a third party ~~found by Marc Toberoff~~ as long as it is
   not Time Warner, DC, or any ~~part of the Time Warner family of businesses and~~
   providing the sale does not damage our ability to make a deal for our portion of
   the Siegel interest

   Although a united Siegel front would be best, we won't stand in your way if you decide
you want to take the buyout from the investor that Marc has found. The decision has to be yours
and yours alone. However, for the reasons listed above, we will not give approval for you to go
to Time Warner regarding a buyout,

Page 4

Privileged & Confidential
All Rights Reserved

Q 0144

SD 00144

**EXHIBIT 31**
**380**

JUL-06-2003 11:10 PM                                              1  10 827 7227           P.09

*fair*                    DRAFT

The Termination process and the unsuccessful negotiations with Time Warner have taken a long time and we have no idea when or if we will ever reach a settlement. ~~If the 15 million-dollar offer from the other investor hadn't fallen through, we probably would have taken it. Unfortunately, offers like that are rare and we do not expect any offers to come our way that would include my mom and me.~~

If you don't like the offer, Don Bulson should tell Marc. There's no point in dragging it out. Marc says he's been waiting for an answer for months and he told Don if you don't like the offer you should make a counteroffer. Did Don tell you this? If you do take the offer, your wait is over, you have instant money and can go on with your life.

On another matter, we are surprised that you have not yet made the arrangements to get the money that is being held in trust for you. We completed the very detailed volumes of the proof of expenses for you on April 16, 2003. Marc sent them to Don Bulson to give to you but Don recently told Marc that you still haven't looked at them. We put a lot of time and work into finding and xeroxing all our bills for you. We hope you will look at the materials soon so that we can put that behind us.

I hope this letter has answered your questions and clarified key points that you raised in your letter. ~~Please let us know what you decide regarding a buyout through Marc.~~

Best regards from my mom and me and once again, our sincerely condolences on the loss of your mother. It must have been very hard for you. We are so sorry.

Sincerely,


Laura


Enclosure: Xerox of my mom's $4,000 check to the Copyright Office for the Superboy Notices of Termination


Page 5

Q 0145

Privileged & Confidential
All Rights Reserved

SD 00145

EXHIBIT 31
381

JUL-08-2003 11:27 PM                                      1 310 827 7227      P.02

Laura Siegel Larson
6400 Pacific Avenue #106
Playa Del Rey, CA 90293

July 5, 2003

Dear Michael,

Thank you for your May 13th letter. I hope you received the sympathy card from my mother and me with our condolences over the loss of your mother.

This is my first opportunity to answer your letter due, in part, to my health but also to the extremely time-consuming and complex nature of my divorce which is far from over. In fact, I have to work on aspects of it every day. It is especially difficult because my ex-husband is a lawyer representing himself and he is using every trick in the legal system to complicate matters.

One of the many issues I am dealing with involves the Copyright Terminations. He is trying to get the Court to award him half of my rights to Superman and other properties created by our father, claiming they should be treated as community property. This is a particularly difficult fight because there are no legal precedents for a case like mine and finding a lawyer who knows both Copyright Termination Law and California Divorce and Family Law is like looking for a needle in a haystack. My divorce attorney is doing her best but it's a tough fight. The Judge doesn't know anything about Copyright Law. The decision that will be made in my case in a few weeks will set the precedent for all heirs of author-creators who receive intellectual property rights through Termination and later go through a divorce. It would be a tragedy not only for me but for all intellectual property creators and their heirs if the true intent of the Copyright Law is ignored and this issue is lost.

Now to the issues you raised in your letter. There are many so I will try to group my answers so I don't miss anything. Because I am still pressed for time I am writing the following in outline form. It is simpler for me that way and, I hope, clearer.

<u>Outline of Topics:</u>

<u>Our opinion regarding the Time Warner-DC offer:</u>
- It was a bogus offer filled with unacceptable land mines
- They wanted us to <u>warrant we had no rights</u> which is completely false
- They insisted on a deal that included characters that had nothing to do with Superman
- They wanted us to sign away the ability to get anything additional if the copyright law changes to give creators and their families additional rights or if an extension of time is one day given to rights holders before the property goes into the public domain
- They even wanted us to sign away the public domain rights we'd one day have
- As a result of Time Warner's hardball tactics, we feared that we would have trouble collecting any future money from them
- It was a bad and unreasonable deal

Page 1

Q 0147

Privileged & Confidential
All Rights Reserved

SD 00147

EXHIBIT 31
382

JUL-08-2003, 11:28 PM                                        1 310 827 7227    P.05

-You and Don Bulson stated that you couldn't believe how bad the document was that they
   had written

Our opinion as to why this has not been like other "contract negotiations":
   -Time Warner is a huge, and we believe, arrogant company
   -They took months to respond to each issue all along the way and their responses were
      unacceptable, *self-serving and one-sided*
   -We believe their lawyers are particularly heartless and ~~they have a bad reputation for~~
      grinding individuals in negotiations
   -This conflict has a long, tortured history and Time Warner doesn't want to be viewed as
      losing it.
   -They want to make an example of us so that other creators and their heirs won't go after
      their rights.

Marc Toberoff and the Shuster interest:
   -Marc does not control the Superman copyright. He has been hired to do a job.
   -Marc does not own the Shuster interest. He is a lawyer hired by Joe Shuster's estate
   -In 2013, Marc doesn't "take" the copyright from Time Warner, Shuster's estate could
      reacquire rights as we have via Terminations. Then the Shusters would have to
      negotiate a deal or handle things as they choose.
   -The Shuster rights are completely separate from the Siegel rights.
   -Time Warner/DC will own the Shuster rights until they vest in 2013
   -We have no intention of waiting until 2013 to do something with the Siegel rights

We went to Marc to talk about him representing the Siegels. Marc did not pursue us:
   -We fired Kevin Marks and Bruce Ramer because they were insisting we take a bad TW/DC
      deal. You'll remember that you, Don Bulson and we were shocked when Kevin
      Marks said that if asked to, he would testify against us in court.
   -Neither Kevin Marks nor Don Bulson informed us that Marc Toberoff had contacted Marks
      and you about the Superman rights until months after it had taken place.
   -Kevin Marks had turned Marc Toberoff away saying we had a deal with DC which we did
      not have.
   -Marc did not call my mom nor me
   -My mom called the Shuster family to see what the Shusters were doing
   -The family gave Marc's number to my mom and she called him after we had fired Ramer
      and Marks
   -We felt Marc grasped our situation very well and was sympathetic to author's rights
   -Marc Toberoff has no plans to produce a Superman movie

Why the original investor left:
   -Kevin Marks told Marc we had a deal with DC
   -Marc told this to the investor who found another place to invest his money
   -Marc did not know we did not have a deal with DC until later when we contacted him

Page 2

Privileged & Confidential
All Rights Reserved

Q 0148

SD 00148

**EXHIBIT 31**
**383**

JUL-08-2003 11:28 PM                                        1 310 827 7227    P.09

**With Marc's assistance, a new Notice of Termination regarding Superboy was sent out:**
- We did this to further assert the Siegel rights to this character
- My mom advanced the $4,000 filing fees to the Copyright Office in November 2002
- A copy of the $4,000 check which was recently processed by the Copyright Office is enclosed
- The canceled check was not sent to my mom by her bank until recently. This was after we sent the itemization of other expenses to Don Bulson.
- Your 25% of this expense is $1,000. We are also sending this to Don and it will be included in the settling of the account before the money being held in trust is forwarded to you by Marc.

**Unfortunately we've discovered that The Spectre Termination did not vest for the Siegel family:**
- Kevin Marks repeatedly told my mom not to pay the fees to the Copyright Office for the copyright filing while he was negotiating although she told him several times that she wanted to send in the fees.
- Kevin did not tell us there was a time limit on when the fees could be paid
- When negotiations were terminated, we found out from the Copyright Office it was too late to pay the fees
- The window to reacquire our share of the Spectre rights through Termination is, unfortunately, no longer open

**Why Marc has not been negotiating with Time Warner:**
- The fact that Time Warner doesn't know what to expect from us since we broke off negotiations and turned down their last offer gives us strength
- By not running to them right away, we do not appear desperate and needy, willing to take a bad deal
- Timing the negotiations is an art
- When we were in our last negotiations with Time Warner, they were moving ahead on a Superman movie with a top director, Brett Ratner. TW was trying to sign the director and actors to a three picture deal. Now the film appears to be on hold, the director left and stars are repeatedly turning down offers to play the role of Superman in the three projected films.
- We believe that with far less happening on the Superman movie right now, our negotiating power is even less with Time Warner than when they offered us that bad deal. Right now, there's nothing really happening so there is no motivation for them to wrap up a deal with us.

**Why there is a buyout offer from an investor for your interest only:**
- My interests are too entangled due to my divorce
- You have been saying you needed money badly, were out of work and had big bills
- We have not received an offer from the investor. Apparently the investor does not want to pay the higher amount that would be required to buy 100% of the Siegel interest (as opposed to your 25%).
- Marc first asked our permission to present an offer to you and we decided not to stand in your way if you want to accept it.

Privileged & Confidential
All Rights Reserved

Q 0149

SD 00149

**EXHIBIT 31**
**384**

JUL-08-2003 11:29 PM                                    1 310 827 7224        P.09

**Why I think any investor would offer less than Time Warner did in its last offer:**

- It is a risky investment
- No immediate or guaranteed payback
- The investor may well face legal expenses and ongoing litigation with Time Warner in the future. For instance, we may have to sue to have a Court define the "profits" we participate in. If we eventually make a deal with TW/DC, they may withhold payment due to "creative bookkeeping" or for other reasons that we can't currently predict
- Any investor would want some protection and a worthwhile profit on his investment
- It is a situation that sounds similar to one in which businesses give immediate money to beneficiaries of Wills who do not want to wait until the Will goes through Probate to receive their money. The beneficiaries always get less if they do this than if they wait for the Will to go through Probate. And that's more certain than this.

**Your belief that you have something to sell independently:**

- Since you did not take part in the actual Termination, you do not have legal title to the copyrights
- You therefore have no right to sell any copyright interest
- You only have a right to receive a portion of the money that we receive, if any.
- Your right to receive money is known as a passive financial interest.
- In addition, we believe that since my mom and I hold legal title to the Copyright Termination Interest, you cannot sell even your passive financial interest to a third party without approval from my mom and me
- We will not give approval for a sale by you of your passive financial interest to Time Warner because it would damage the overall Siegel interest
- We will give approval for a sale by you of your passive financial interest to a third party monitored by Marc Toberoff as long as it is not Time Warner, DC Comics, or any affiliated company and providing the sale does not damage our ability to make a deal for our portion of the Siegel interest

**Why you cannot ask Time Warner/DC for a buyout:**

- As the controlling interest, we do not give you approval to do it
- It damages the possibility of us negotiating a fair deal
- It shows weakness which Time Warner will take full advantage of and grind you in any deal.
- Because Time Warner would get so little from you--a 12 1/2% passive financial interest in the character--that would be reflected in a low amount of money paid to you
- If it damaged our ability to later make a better deal, we would have no choice but to hold you accountable for any harm to us

We won't stand in your way if you decide you want to take the buyout from the investor that Marc has found. That decision has to be yours and yours alone.

However, for the reasons listed above, we will not give approval for you to go to Time Warner/DC Comics or its affiliates regarding a buyout which, we believe, would be a grave mistake from any point of view.

Page 4

Q 0150

**Privileged & Confidential**
**All Rights Reserved**

SD 00150

**EXHIBIT 31**
**385**

JUL-08-2003 11:29 PM

In conclusion, the Termination process and the unsuccessful negotiations with Time Warner have taken a long time and we have no idea when or if we will ever reach a fair and acceptable settlement. I know you are not happy about this. It doesn't make my mom and me happy either but this is the reality of dealing with Time Warner we must all face.

On another matter, we are surprised that you have not yet made the arrangements to get the money that is being held in trust for you. We completed the very detailed volumes of the proof of expenses for you on April 16, 2003. Marc sent them to Don Bulson to give to you but Don recently told Marc that you and he still haven't looked at them. We put a lot of time and work into finding and xeroxing all our bills for you. We hope you will look at the materials soon so that we can put that behind us.

I hope this letter has answered your questions and clarified key points that you raised in your last letter. Please let us know what you decide to do.

Best regards from my mom and me and once again, our sincerely condolences on the loss of your mother. It must have been very hard for you. We are so sorry.

Sincerely,

Laura

Enclosure

Page 5                                              Q 0151

Privileged & Confidential
All Rights Reserved

SD 00151

EXHIBIT 31
386

JUL-06-2003 11:08 PM                                                    1  10 827 7227          P.04

Laura Siegel Larson
6400 Pacific Avenue #106                          DRAFT
Playa Del Rey, CA 90293

July 5, 2003

Dear Michael,

Thank you for your May 13th letter. I hope you received the sympathy card from my mother and me with our condolences over the loss of your mother.

This is my first opportunity to answer your letter due, in part, to my health but also to the extremely time-consuming and complex nature of my divorce which is far from over. In fact, I have to work on aspects of it every day. It is especially difficult because my ex-husband is a lawyer representing himself and he is using every trick in the legal system to complicate matters.

One of the many issues I am dealing with involves the Copyright Terminations. He is trying to get the Court to award him half of my rights to Superman and other properties created by our father, claiming they should be treated as community property. This is a particularly difficult fight because there are no legal precedents for a case like mine and finding a lawyer who knows both Copyright Termination Law and California Divorce and Family Law is like looking for a needle in a haystack. My divorce attorney is doing her best but it's a tough fight. The Judge doesn't know anything about Copyright Law. The decision that will be made in my case in a few weeks will set the precedent for all heirs of author-creators who receive intellectual property rights through Termination and later go through a divorce. It would be a tragedy not only for me but for all intellectual property creators and their heirs if the true intent of the Copyright Law is ignored and this issue is lost.

Now to the issues you raised in your letter. There are many so I will try to group my answers so I don't miss anything. Because I am still pressed for time I am writing the following in outline form. It is simpler for me that way and, I hope, clearer.

## Outline of Topics:

Opinion re:
~~Facts regarding the Time Warner-DC offer and why it sucked:~~
    -It was a bogus offer filled with land mines and things they knew we'd never agree to
    -They wanted us to ~~warrant we had no rights~~
    -~~As a result, we could have had trouble collecting money had we signed with them~~
    -They wanted us to sign away the right to get anything additional if the copyright law changed, giving creators and their families additional rights or an extension of the time before it went into the public domain .

Q 0319

Page 1

Privileged & Confidential
All Rights Reserved

SD 00320

**EXHIBIT 31**
387

JUL-06-2003 11:08 PM                                     1 `10 827 7227                    P.05

*DRAFT*

-They even wanted us to sign away the public domain rights we'd one day have
-You and Don Bulson stated that you couldn't believe how bad the contract they had
   written was
-It was a bad deal ~~and a trap and~~ we had to walk away from.
   (MF)

## Marc Toberoff and the Shuster interest:

-He does not "control" the Superman copyright. He has been hired to do a job.
-He does not own the Shuster interest. He is a lawyer hired by ~~Jean Peavy~~ Shuster, Joe
   Shuster's ~~sister~~ Estate.  (v/a)
-In 2013, he doesn't "take" the copyright from Time Warner, Shuster's *Estate* ~~heirs~~ could
   reacquire rights as we have ~~as a result of our~~ Terminations. Then the Shusters
   would have to negotiate a deal or handle things as they choose.
-The Shuster rights are completely separate from the Siegel rights.
-DC will own the Shuster rights until they vest in 2013
-We have no intention of waiting until 2013 to do something with the Siegel rights


## We went to Marc to talk about him representing the Siegels. Marc did not pursue us:

-We fired Kevin Marks and Bruce Ramer because they were insisting we take the bad
   TW-DC deal. You'll remember that you, Don Bulson and we were shocked when
   Kevin Marks said that if asked to, he would testify against us in court.
-Neither Kevin Marks nor Don Bulson informed us that Marc Toberoff had contacted
   Marks and you about the Superman rights until months after it had taken place.
-Kevin Marks had turned Marc Toberoff away ~~likely~~ saying we had a deal with DC
-Marc did not call my mom nor me
-My mom called ~~Jean Peavy~~ *the Shuster's family* to see what the Shusters were doing
-~~Peavy~~ *The Shuster family* gave Marc's number to my mom and she called him after we had fired Ramer and
   Marks
-We felt he grasped our situation very well and was sympathetic to author's rights    *has no plans to produce a Superman movie, nor is this his feasible*
-Marc Toberoff ~~does not have a production company and we have never heard anything~~   *give*
   ~~about him planning to make a movie~~    *division of ownership of*
                                             *the rights.*


## Why the original ~~($10 million)~~ investor left:

-Kevin Marks ~~falsely~~ told Marc we had a deal with DC
-Marc told this to the investor who found another place to invest his money
-Marc did not know we did not have a deal with DC until later when we contacted him


## With Marc's assistance, new Notices of Termination regarding Superboy were sent out:

-We did this to further assert the Siegel rights to this character, ~~separately created from~~
   ~~Superman.~~
-My mom advanced the $4,000 filing fees immediately to the Copyright Office when the
   Notices were sent in October 2002
-A copy of the $4,000 check recently processed by the Copyright Office is enclosed with
   this letter to you.


                                    Q 0320

**Privileged & Confidential**
**All Rights Reserved**

                                                                      SD 00321

**EXHIBIT 31**
**388**

JUL-06-2003 11:09 PM                                    1 ˜10 827 7227              P.06

*DRAFT*

-The canceled check was not sent to my mom by her bank until recently. This was after
   we sent the itemization of other expenses to Don Bulson.
-Your 25% of this expense is $1,000. We are also sending this to Don and it will be
   included in the settling of the account before the money being held in trust is
   forwarded to you by Marc.

<u>Unfortunately we've discovered that The Spectre Terminations did not vest for the Siegel family:</u>
-Kevin Marks repeatedly told my mom not to pay the fees to the Copyright Office for the
   copyright filing while he was negotiating although she told him several times that
   she wanted to send in the fees.
-Kevin did not tell us there was a time limit on when the fees could be paid
-When negotiations were terminated, we found out from the Copyright Office it was too
   late to pay the fees
-The Spectre rights are a dead issue

<u>Marc has a limited negotiation period to represent the Siegel interest:</u>
-For Superman: 18 months from Oct. 23, 2002 (until April 23, 2004)
-For the newly filed Superboy Terminations: 30 months from Oct.23, 2002 (until April
   23, 2005) This is longer because there is a two year waiting period from the time
   the Notices were served to the date the rights vest.
-If we are not pleased with the results, he will no longer represent us after that time

<u>Why Marc has not been negotiating with Time Warner</u>
-The fact that DC doesn't know what to expect from us since we broke off negotiations
   and turned down their last offer gives us strength
-By not running to them right away, we do not appear desperate and needy, willing to take
   a bad deal
-Timing the negotiations is an art
-It may be better not to deal with Time Warner at all but to go elsewhere

<u>Why there is a buyout offer from a venture capitalist for your interest only:</u>
-You have been saying you needed money badly, were out of work and had big bills
-The venture capitalist doesn't want to invest more than the amount to buy your interest
-My interests are too entangled due to my divorce
-Marc asked our permission to present an offer to you and we decided not to stand in your
   way if you want to accept it. We do not know the amount that the investor is
   offering to you.

<u>Why any investor would offer less than Time Warner did in its last offer:</u>
-It is a risky investment
-No immediate payback
-The investor and we may face legal expenses and conflict with DC in the future if we
   have to sue to get what's already owed or if we eventually make a deal with them
   and they withhold payment due to "creative bookkeeping" or for other reasons

Page 3

Privileged & Confidential
All Rights Reserved

Q 0321

SD 00322

**EXHIBIT 31**
389

JUL-06-2003 11:09 PM                              1  710 827 7227           P.07

*DRAFT*

-The investor wants a worthwhile profit on his investment
-It is a situation similar to one in which businesses that give immediate money to beneficiaries of Wills who do not want to wait until the Will goes through Probate for them to receive their money. The beneficiaries always get less than if they wait for the Will to go through Probate.

Why you cannot ask Time Warner/DC for a buyout:
-It destroys the possibility of us negotiating a fair deal
-It shows weakness which TW will take advantage of
-As the controlling interest, we do not give you approval to do it
-If it damaged our ability to later make a better deal, we would have no choice but to sue you hold you accountable for such damages.

Why this has not been like other "contract negotiations":
-Time Warner is a huge, arrogant company
-They took months to respond to each issue all along the way and their responses were unacceptable
-Time Warner has nothing to gain by settling this, they keep on making millions
-Their lawyers are particularly heartless, masters at screwing people. They have a bad reputation for this
-They delight in playing off what they see as the Siegel interest's weakness—our need for money
-If that wasn't enough, they want to include additional characters created by our father in one settlement. (They apparently do not yet realize that The Spectre rights did not vest to the Siegels.)
-They want to win this David and Goliath matter so that the rich and powerful will triumph over the little guy
-They want to make an example of us so that other creators and their heirs won't go after their rights.

Your belief that you have something to sell independently:
-You can only sell your rights to a third party with my mom's and my approval because we are the majority interest holders and you have a passive interest only
-We will not give approval for a sale to Time Warner because it would damage the overall Siegel interest
-We will give approval for a sale to a third party found by Marc Toberoff as long as it is not Time Warner, DC, or any part of the Time Warner family of businesses and providing the sale does not damage our ability to make a deal for our portion of the Siegel interest

Although a united Siegel front would be best, we won't stand in your way if you decide you want to take the buyout from the investor that Marc has found. The decision has to be yours and yours alone. However, for the reasons listed above, we will not give approval for you to go to Time Warner regarding a buyout

Privileged & Confidential
All Rights Reserved

Q 0322

SD 00323

**EXHIBIT 31**
**390**

JUL-06-2003 11:18 PM                                    1 710 827 7227              P.09

*fair*          DRAFT

The Termination process and the unsuccessful negotiations with Tims Warner have taken a long time and we have no idea when or if we will ever reach a settlement. ~~If the 15 million-dollar offer from the other investor hadn't fallen through, we probably would have taken it.~~ Unfortunately, offers like that are rare and we do not expect any offers to come our way that would include my mom and me.

If you don't like the offer, Don Bulson should tell Marc. There's no point in dragging it out. Marc says he's been waiting for an answer for months and he told Don if you don't like the offer you should make a counteroffer. Did Don tell you this? If you do take the offer, your wait is over, you have instant money and can go on with your life.

On another matter, we are surprised that you have not yet made the arrangements to get the money that is being held in trust for you. We completed the very detailed volumes of the proof of expenses for you on April 16, 2003. Marc sent them to Don Bulson to give to you but Don recently told Marc that you still haven't looked at them. We put a lot of time and work into finding and xeroxing all our bills for you. We hope you will look at the materials soon so that we can put that behind us.

I hope this letter has answered your questions and clarified key points that you raised in your letter. Please let us know what you decide regarding a buyout through Marc.

Best regards from my mom and me and once again, our sincerely condolences on the loss of your mother. It must have been very hard for you. We are so sorry.

Sincerely,

Laura

Enclosure: Xerox of my mom's $4,000 check to the Copyright Office for the Superboy Notices of Termination

Q 0323

Page 5

Privileged & Confidential
All Rights Reserved

SD 00324

EXHIBIT 31
391

Laura Siegel Larson
6400 Pacific Avenue #106
Playa Del Rey, CA 90293

July 5, 2003

Dear Michael,

Thank you for your May 13th letter. I hope you received the sympathy card from my mother and me with our condolences over the loss of your mother.

This is my first opportunity to answer your letter due, in part, to my health but also to the extremely time-consuming and complex nature of my divorce which is far from over. In fact, I have to work on aspects of it every day. It is especially difficult because my ex-husband is a lawyer representing himself and he is using every trick in the legal system to complicate matters.

One of the many issues I am dealing with involves the Copyright Terminations. He is trying to get the Court to award him half of my rights to Superman and other properties created by our father, claiming they should be treated as community property. This is a particularly difficult fight because there are no legal precedents for a case like mine and finding a lawyer who knows both Copyright Termination Law and California Divorce and Family Law is like looking for a needle in a haystack. My divorce attorney is doing her best but it's a tough fight. The Judge doesn't know anything about Copyright Law. The decision that will be made in my case in a few weeks will set the precedent for all heirs of author-creators who receive intellectual property rights through Termination and later go through a divorce. It would be a tragedy not only for me but for all intellectual property creators and their heirs if the true intent of the Copyright Law is ignored and this issue is lost.

Now to the issues you raised in your letter. There are many so I will try to group my answers so I don't miss anything. Because I am still pressed for time I am writing the following in outline form. It is simpler for me that way and, I hope, clearer.

<u>Outline of Topics:</u>

<u>Our opinion regarding the Time Warner-DC offer:</u>
- It was a bogus offer filled with unacceptable land mines
- They wanted us to <u>warrant we had no rights</u> which is completely false
- They insisted on a deal that included characters that had nothing to do with Superman
- They wanted us to sign away the ability to get anything additional if the copyright law changes to give creators and their families additional rights or if an extension of time is one day given to rights holders before the property goes into the public domain
- They even wanted us to sign away the public domain rights we'd one day have
- As a result of Time Warner's hardball tactics, we feared that we would have trouble collecting any future money from them
- It was a bad and unreasonable deal

Page 1

Q 0389

Privileged & Confidential
All Rights Reserved

SD 00390

EXHIBIT 31
392



-You and Don Bulson stated that you couldn't believe how bad the document was that they had written

## Our opinion as to why this has not been like other "contract negotiations":

-Time Warner is a huge, and we believe, arrogant company
-They took months to respond to each issue all along the way and their responses were unacceptable, *self-serving and one-sided.*
-We believe their lawyers are particularly heartless and ~~they have a bad reputation for~~ *that evidently it is their common practice* ~~grinding~~ individuals in negotiations *to use every ounce of their leverage to*
-This conflict has a long, tortured history and Time Warner doesn't want to be viewed as losing it. *which is particularly desperate above*
-They want to make an example of us so that other creators and their heirs won't go after *"Superman"* their rights. *via Termination or otherwise.*

## Marc Toberoff and the Shuster interest:

*by both of our Shuster family*
-Marc does not control the Superman copyright. He has been hired to do a job.
-Marc does not own the Shuster interest. He is a lawyer hired by Joe Shuster's estate
-In 2013, Marc doesn't "take" the copyright from Time Warner, Shuster's estate could reacquire rights as we have via Terminations. Then the Shusters would have to negotiate a deal or handle things as they choose. *with Time Warner*
-The Shuster rights are completely separate from the Siegel rights. *with the Shuster estate at the earliest.*
-Time Warner/DC will own the Shuster rights until they vest in 2013
-We have no intention of waiting until 2013 to do something with the Siegel rights

## We went to Marc to talk about him representing the Siegels. Marc did not pursue us:

-We fired Kevin Marks and Bruce Ramer because they were insisting we take a bad TW/DC deal. You'll remember that you, Don Bulson and we were shocked when Kevin Marks said that if asked to, he would testify against us in court.
-Neither Kevin Marks nor Don Bulson informed us that Marc Toberoff had contacted Marks and you about the Superman rights until months after it had taken place.
-Kevin Marks had turned Marc ~~Toberoff~~ away saying we had a deal with DC which *other* we did *had* not ~~have~~ *closed*
-Marc did not call my mom nor me
-My mom called the Shuster family to see what the Shusters were doing
-The family gave Marc's number to my mom and she called him after we had fired Ramer and Marks
-We felt Marc grasped our situation very well and was sympathetic to author's rights
-Marc Toberoff has no plans to produce a Superman movie

## Why the original investor left:

Q 0390

-Kevin Marks told Marc we had a deal with DC
-Marc told this to the investor who found another place to invest his money
-Marc did not know we did not have a deal with DC until later when we contacted him

*Marc ~~was~~ also unable to get back to that investor with ~~any~~ anything concrete regarding your interest because apparently neither you nor Don Bulson, specifically responded to his interest for a very ~~long~~ long time.*

Page 2

**Privileged & Confidential**
**All Rights Reserved**

SD 00391

## EXHIBIT 31
393

<u>With Marc's assistance, a new Notice of Termination regarding Superboy was sent out:</u>
- -We did this to further assert the Siegel rights to this character
- -My mom advanced the $4,000 filing fees to the Copyright Office in November 2002
- -A copy of the $4,000 check which was recently processed by the Copyright Office is enclosed
- -The canceled check was not sent to my mom by her bank until recently. This was after we sent the itemization of other expenses to Don Bulson.
- -Your 25% of this expense is $1,000. We are also sending this to Don and it will be included in the settling of the account before the money being held in trust is forwarded to you by Marc.

<u>Unfortunately we've discovered that The Spectre Termination did not vest for the Siegel family:</u>
- -Kevin Marks repeatedly told my mom not to pay the fees to the Copyright Office for the copyright filing while he was negotiating, although she told him several times that she wanted to send in the fees
- -Kevin did not tell us there was a time limit on when the fees could be paid
- -When negotiations were terminated, we found out from the Copyright Office it was too late to pay the fees
- -The window to reacquire our share of the Spectre rights through Termination is, unfortunately, no longer open

<u>Why Marc has not been negotiating with Time Warner:</u>
- -The fact that Time Warner doesn't know what to expect from us since we broke off negotiations and turned down their last offer gives us strength
- -By not running to them right away, we do not appear desperate and needy, willing to take a bad deal
- -Timing the negotiations is an art
- -When we were in our last negotiations with Time Warner, they were moving ahead on a Superman movie with a top director, Brett Ratner. TW was trying to sign the director and actors to a three picture deal. Now the film appears to be on hold, the director left and stars are repeatedly turning down offers to play the role of Superman in the three projected films.
- -We believe that with far less happening on the Superman movie right now, our negotiating power is even less than when they offered us that bad deal. Right now, there's nothing really happening so there is no motivation for them to wrap up a deal with us.

<u>Why there is a buyout offer from an investor for your interest only:</u>
- -My interests are too entangled due to my divorce
- -You have been saying you needed money badly, were out of work and had big bills
- -We have not received an offer from the investor. Apparently the investor does not want to pay the higher amount that would be required to buy 100% of the Siegel interest (as opposed to your 25%).
- -Marc first asked our permission to present an offer to you and we decided not to stand in your way if you want to accept it.

Page 3

Q 0391

Privileged & Confidential
All Rights Reserved

SD 00392

**EXHIBIT 31**
**394**



*Your interest is → a passive beneficial interest with (25% of what we get)*

**Why I think any investor would offer less than Time Warner did in its last offer:**

- -It is a risky investment
- -No immediate or guaranteed payback
- -The investor may well face legal expenses and ongoing litigation with Time Warner in the future. For instance, we may have to sue to have a Court define the "profits" we participate in. If we eventually make a deal with TW/DC, they may withhold payment due to "creative bookkeeping" or for other reasons that we can't currently predict
- -Any investor would want some protection and a worthwhile profit on his investment
- -It is a situation that sounds similar to one in which businesses give immediate money to beneficiaries of Wills who do not want to wait until the Will goes through Probate to receive their money. The beneficiaries always get less if they do this than if they wait for the Will to go through Probate. And that's more certain than this.

**Your belief that you have something to sell independently:**

- -Since you did not take part in the actual Termination, you do not have legal title to the Siegel copyrights interest
- -You therefore have no right to sell any copyright interest
- -You only have a right to receive a portion of the money that we receive, if any.
- -Your right to receive money is known as a passive financial interest.
- -In addition, we believe that since my mom and I hold legal title to the Copyright Termination Interest, you cannot sell even your passive financial interest to a third party without approval from my mom and me
- -We will not give approval for a sale by you of your passive financial interest to Time Warner because it would damage the overall Siegel interest
- -We will give approval for a sale by you of your passive financial interest to a third party monitored by Marc Toberoff as long as it is not Time Warner, DC Comics, or any affiliated company and providing the sale does not damage our ability to make a deal for our portion of the Siegel interest

**Why you cannot ask Time Warner/DC for a buyout:**

- -As the controlling interest, we do not give you approval to do it
- -It damages the possibility of us negotiating a fair deal
- -It shows weakness which Time Warner will take full advantage of and grind you in any deal.
- -Because Time Warner would get so little from you—a 12 1/2% passive financial interest in the character—that would be reflected in a low amount of money paid to you
- -If it damaged our ability to later make a better deal, we would have no choice but to hold you accountable for any harm to us

We won't stand in your way if you decide you want to take the buyout from the investor that Marc has found. That decision has to be yours and yours alone.

However, for the reasons listed above, we will not give approval for you to go to Time Warner/DC Comics or its affiliates regarding a buyout which, we believe, would be a grave mistake from any point of view.

Page 4                                                     Q 0392

Privileged & Confidential
All Rights Reserved

SD 00393

**EXHIBIT 31**
395

JUL-08-2003 11:29 PM                                                    527 7227          P.06

In conclusion, the Termination process and the unsuccessful negotiations with Time Warner have taken a long time and we have no idea when or if we will ever reach a fair and acceptable settlement. I know you are not happy about this. It doesn't make my mom and me happy either but this is the reality of dealing with Time Warner we must all face.

On another matter, we are surprised that you have not yet made the arrangements to get the money that is being held in trust for you. We completed the very detailed volumes of the proof of expenses for you on April 16, 2003. Marc sent them to Don Bulson to give to you but Don recently told Marc that you and he still haven't looked at them. We put a lot of time and work into finding and xeroxing all our bills for you. We hope you will look at the materials soon so that we can put that behind us.

I hope this letter has answered your questions and clarified key points that you raised in your last letter. Please let us know what you decide to do.

Best regards from my mom and me and once again, our sincerely condolences on the loss of your mother. It must have been very hard for you. We are so sorry.

Sincerely,

Laura

Enclosure

Q 0393

Privileged & Confidential
All Rights Reserved

SD 00394

EXHIBIT 31
396

Laura Siegel Larson
6400 Pacific Avenue #106
Playa Del Rey, CA 90293

July 5, 2003

Dear Michael,

Thank you for your May 13th letter. I hope you received the sympathy card from my mother and me with our condolences over the loss of your mother.

This is my first opportunity to answer your letter due, in part, to my health but also to the extremely time-consuming and complex nature of my divorce which is far from over. In fact, I have to work on aspects of it every day. It is especially difficult because my ex-husband is a lawyer representing himself and he is using every trick in the legal system to complicate matters.

One of the many issues I am dealing with involves the Copyright Terminations. He is trying to get the Court to award him half of my rights to Superman and other properties created by our father, claiming they should be treated as community property. This is a particularly difficult fight because there are no legal precedents for a case like mine and finding a lawyer who knows both Copyright Termination Law and California Divorce and Family Law is like looking for a needle in a haystack. My divorce attorney is doing her best but it's a tough fight. The Judge doesn't know anything about Copyright Law. The decision that will be made in my case in a few weeks will set the precedent for all heirs of author-creators who receive intellectual property rights through Termination and later go through a divorce. It would be a tragedy not only for me but for all intellectual property creators and their heirs if the true intent of the Copyright Law is ignored and this issue is lost.

Now to the issues you raised in your letter. There are many so I will try to group my answers so I don't miss anything. Because I am still pressed for time I am writing the following in outline form. It is simpler for me that way and, I hope, clearer.

<u>Outline of Topics:</u>

<u>Our opinion regarding the Time Warner-DC offer:</u>
- It was a bogus offer filled with unacceptable land mines
- They wanted us to <u>warrant we had no rights</u> which is completely false
- They insisted on a deal that included characters that had nothing to do with Superman
- They wanted us to sign away the ability to get anything additional if the copyright law changes to give creators and their families additional rights or if an extension of time is one day given to rights holders before the property goes into the public domain
- They even wanted us to sign away the public domain rights we'd one day have
- As a result of Time Warner's hardball tactics, we feared that we would have trouble collecting any future money from them
- It was a bad and unreasonable deal

Q 0478

Page 1

Privileged & Confidential
All Rights Reserved

SD 00479

**EXHIBIT 31**
**397**

JUL-08-2003 11:28 PM                                    1 310 827 7227            P.03

-You and Don Bulson stated that you couldn't believe how bad the document was that they
   had written

Our opinion as to why this has not been like other "contract negotiations":
   -Time Warner is a huge, and we believe, arrogant company
   -They took months to respond to each issue all along the way and their responses were
      unacceptable.
   -We believe their lawyers are particularly heartless and they have a bad reputation for
      grinding individuals in negotiations
   -This conflict has a long, tortured history and Time Warner doesn't want to be viewed as
      losing it.
   -They want to make an example of us so that other creators and their heirs won't go after
      their rights.

Marc Toberoff and the Shuster interest:
   -Marc does not control the Superman copyright. He has been hired to do a job.
   -Marc does not own the Shuster interest. He is a lawyer hired by Joe Shuster's estate
   -In 2013, Marc doesn't "take" the copyright from Time Warner, Shuster's estate could
      reacquire rights as we have via Terminations. Then the Shusters would have to
      negotiate a deal or handle things as they choose.
   -The Shuster rights are completely separate from the Siegel rights.
   -Time Warner/DC will own the Shuster rights until they vest in 2013
   -We have no intention of waiting until 2013 to do something with the Siegel rights

We went to Marc to talk about him representing the Siegels. Marc did not pursue us:
   -We fired Kevin Marks and Bruce Ramer because they were insisting we take a bad TW/DC
      deal. You'll remember that you, Don Bulson and we were shocked when Kevin
      Marks said that if asked to, he would testify against us in court.
   -Neither Kevin Marks nor Don Bulson informed us that Marc Toberoff had contacted Marks
      and you about the Superman rights until months after it had taken place.
   -Kevin Marks had turned Marc Toberoff away saying we had a deal with DC which we did
      not have.
   -Marc did not call my mom nor me
   -My mom called the Shuster family to see what the Shusters were doing
   -The family gave Marc's number to my mom and she called him after we had fired Ramer
      and Marks
   -We felt Marc grasped our situation very well and was sympathetic to author's rights
   -Marc Toberoff has no plans to produce a Superman movie

                                                                      Q 0479

Why the original investor left:
   -Kevin Marks told Marc we had a deal with DC
   -Marc told this to the investor who found another place to invest his money
   -Marc did not know we did not have a deal with DC until later when we contacted him

                                        Page 2

Privileged & Confidential
All Rights Reserved

                                                                      SD 00480

EXHIBIT 31
398

<u>With Marc's assistance, a new Notice of Termination regarding Superboy was sent out:</u>
- We did this to further assert the Siegel rights to this character
- My mom advanced the $4,000 filing fees to the Copyright Office in November 2002
- A copy of the $4,000 check which was recently processed by the Copyright Office is enclosed
- The canceled check was not sent to my mom by her bank until recently. This was after we sent the itemization of other expenses to Don Bulson.
- Your 25% of this expense is $1,000. We are also sending this to Don and it will be included in the settling of the account before the money being held in trust is forwarded to you by Marc.

<u>Unfortunately we've discovered that The Spectre Termination did not vest for the Siegel family:</u>
- Kevin Marks repeatedly told my mom not to pay the fees to the Copyright Office for the copyright filing while he was negotiating, although she told him several times that she wanted to send in the fees.
- Kevin did not tell us there was a time limit on when the fees could be paid
- When negotiations were terminated, we found out from the Copyright Office it was too late to pay the fees
- The window to reacquire our share of the Spectre rights through Termination is, unfortunately, no longer open

<u>Why Marc has not been negotiating with Time Warner:</u>
- The fact that Time Warner doesn't know what to expect from us since we broke off negotiations and turned down their last offer gives us strength
- By not running to them right away, we do not appear desperate and needy, willing to take a bad deal
- Timing the negotiations is an art
- When we were in our last negotiations with Time Warner, they were moving ahead on a Superman movie with a top director, Brett Ratner. TW was trying to sign the director and actors to a three picture deal. Now the film appears to be on hold, the director left and stars are repeatedly turning down offers to play the role of Superman in the three projected films.
- We believe that with far less happening on the Superman movie right now, our negotiating power is even less with Time Warner than when they offered us that bad deal. Right now, there's nothing really happening so there is no motivation for them to wrap up a deal with us.

<u>Why there is a buyout offer from an investor for your interest only:</u>
- My interests are too entangled due to my divorce
- You have been saying you needed money badly, were out of work and had big bills
- We have not received an offer from the investor. Apparently the investor does not want to pay the higher amount that would be required to buy 100% of the Siegel interest (as opposed to your 25%).
- Marc first asked our permission to present an offer to you and we decided not to stand in your way if you want to accept it.

Page 3

Q 0480

Privileged & Confidential
All Rights Reserved

SD 00481

**EXHIBIT 31**
**399**

JUL-08-2003 11:29 PM                                                    1 310 827 7227(no)        P.05

Why I think any investor would offer less than Time Warner did in its last offer:

- It is a risky investment
- No immediate or guaranteed payback
- The investor may well face legal expenses and ongoing litigation with Time Warner in the future. For instance, we may have to sue to have a Court define the "profits" we participate in. If we eventually make a deal with TW/DC, they may withhold payment due to "creative bookkeeping" or for other reasons that we can't currently predict
- Any investor would want some protection and a worthwhile profit on his investment
- It is a situation that sounds similar to one in which businesses give immediate money to beneficiaries of Wills who do not want to wait until the Will goes through Probate to receive their money. The beneficiaries always get less if they do this than if they wait for the Will to go through Probate. And that's more certain than this.

Your belief that you have something to sell independently:

- Since you did not take part in the actual Termination, you do not have legal title to the copyright interest
- You therefore have no right to sell any copyright interest
- You only have a right to receive a portion of the money that we receive, if any.
- Your right to receive money is known as a passive financial interest.
- In addition, we believe that since my mom and I hold legal title to the Copyright Termination Interest, you cannot sell even your passive financial interest to a third party without approval from my mom and me
- We will not give approval for a sale by you of your passive financial interest to Time Warner because it would damage the overall Siegel interest
- We will give approval for a sale by you of your passive financial interest to a third party monitored by Marc Toberoff as long as it is not Time Warner, DC Comics, or any affiliated company and providing the sale does not damage our ability to make a deal for our portion of the Siegel interest

Why you cannot ask Time Warner/DC for a buyout:

- As the controlling interest, we do not give you approval to do it
- It damages the possibility of us negotiating a fair deal
- It shows weakness which Time Warner will take full advantage of and grind you in any deal.
- Because Time Warner would get so little from you—a 12 1/2% passive financial interest in the character—that would be reflected in a low amount of money paid to you
- If it damaged our ability to later make a better deal, we would have no choice but to hold you accountable for any harm to us

We won't stand in your way if you decide you want to take the buyout from the investor that Marc has found. That decision has to be yours and yours alone.

However, for the reasons listed above, we will not give approval for you to go to Time Warner/DC Comics or its affiliates regarding a buyout which, we believe, would be a grave mistake from any point of view.

Privileged & Confidential
All Rights Reserved

Page 4                                Q 0481

SD 00482

EXHIBIT 31
400

JUL-08-2003 11:29 PM                                      1 310 827 7227          P.06

In conclusion, the Termination process and the unsuccessful negotiations with Time Warner have taken a long time and we have no idea when or if we will ever reach a fair and acceptable settlement. I know you are not happy about this. It doesn't make my mom and me happy either but this is the reality of dealing with Time Warner we must all face.

On another matter, we are surprised that you have not yet made the arrangements to get the money that is being held in trust for you. We completed the very detailed volumes of the proof of expenses for you on April 16, 2003. Marc sent them to Don Bulson to give to you but Don recently told Marc that you and he still haven't looked at them. We put a lot of time and work into finding and xeroxing all our bills for you. We hope you will look at the materials soon so that we can put that behind us.

I hope this letter has answered your questions and clarified key points that you raised in your last letter. Please let us know what you decide to do.

Best regards from my mom and me and once again, our sincerely condolences on the loss of your mother. It must have been very hard for you. We are so sorry.

Sincerely,


Laura


Enclosure

Q 0482

Page 5

Privileged & Confidential
All Rights Reserved

SD 00483

EXHIBIT 31
401

JUL-06-2003 11:08 PM                                    1  18 827 7227              P.04

Laura Siegel Larson
6400 Pacific Avenue #106
Playa Del Rey, CA 90293

*DRAFT*

July 5, 2003

Dear Michael,

Thank you for your May 13th letter.  I hope you received the sympathy card from my mother and me with our condolences over the loss of your mother.

This is my first opportunity to answer your letter due, in part, to my health but also to the extremely time-consuming and complex nature of my divorce which is far from over.  In fact, I have to work on aspects of it every day.  It is especially difficult because my ex-husband is a lawyer representing himself and he is using every trick in the legal system to complicate matters.

One of the many issues I am dealing with involves the Copyright Terminations.  He is trying to get the Court to award him half of my rights to Superman and other properties created by our father, claiming they should be treated as community property.  This is a particularly difficult fight because there are no legal precedents for a case like mine and finding a lawyer who knows both Copyright Termination Law and California Divorce and Family Law is like looking for a needle in a haystack.  My divorce attorney is doing her best but it's a tough fight.  The Judge doesn't know anything about Copyright Law.  The decision that will be made in my case in a few weeks will set the precedent for all heirs of author-creators who receive intellectual property rights through Termination and later go through a divorce.  It would be a tragedy not only for me but for all intellectual property creators and their heirs if the true intent of the Copyright Law is ignored and this issue is lost.

Now to the issues you raised in your letter.  There are many so I will try to group my answers so I don't miss anything.  Because I am still pressed for time I am writing the following in outline form.  It is simpler for me that way and, I hope, clearer.

### Outline of Topics:

*Opinion re:*

~~Facts regarding~~ the Time Warner-DC offer ~~and why it sucked~~:

 -It was a bogus offer filled with land mines and things they knew we'd never agree to
 -They wanted us to ~~warrant~~ we had no rights
 ~~-As a result, we could have had trouble collecting money had we signed with them~~
 -They wanted us to sign away the right to get anything additional if the copyright law changed, giving creators and their families additional rights or an extension of the time before it went into the public domain.

Page 1

Q 0592

Privileged & Confidential
All Rights Reserved

**EXHIBIT 31**
**402**

SD 00593

JUL-06-2003 11:08 PM                                    1  10 827 7227          P.05

*DRAFT*

-They even wanted us to sign away the public domain rights we'd one day have
-You and Don Bulson stated that you couldn't believe how bad the contract they had written was
-It was a bad deal ~~that a man had~~ and we had to walk away from _(MT)_

## Marc Toberoff and the Shuster interest:

-~~(MT)~~ He does not "control" the Superman copyright. He has been hired to do a job.
-_MT_ He does not own the Shuster interest. He is a lawyer hired by ~~Jean Peavy~~ Shuster, Joe Shuster's ~~sister~~ _Estate._ _(via)_
-In 2013, he doesn't "take" the copyright from Time Warner, Shuster's _Estate_ heirs could reacquire rights as we have ~~as a result of our~~ Terminations. Then the Shusters would have to negotiate a deal or handle things as they choose.
-The Shuster rights are completely separate from the Siegel rights.
-DC will own the Shuster rights until they vest in 2013
-We have no intention of waiting until 2013 to do something with the Siegel rights

## We went to Marc to talk about him representing the Siegels. Marc did not pursue us:

-We fired Kevin Marks and Bruce Ramer because they were insisting we take the bad TW-DC deal. You'll remember that you, Don Bulson and we were shocked when Kevin Marks said that if asked to, he would testify against us in court.
-Neither Kevin Marks nor Don Bulson informed us that Marc Toberoff had contacted Marks and you about the Superman rights until months after it had taken place.
-Kevin Marks had turned Marc Toberoff away ~~falsely~~ saying we had a deal with DC
-Marc did not call my mom nor me
-My mom called ~~Jean Peavy~~ _the Shuster's family_ to see what the Shusters were doing
-~~Peavy~~ _The Shuster family_ gave Marc's number to my mom and she called him after we had fired Ramer and Marks
-We felt he grasped our situation very well and was sympathetic to author's rights _has no plans to produce a Superman movie, nor is his hesitle_
-Marc Toberoff ~~does not have a production company and we have never heard anything about him planning to make a movie~~ _since the division of ownership of the rights._

## Why the original (~~$15 million~~) investor left:

-Kevin Marks ~~falsely~~ told Marc we had a deal with DC
-Marc told this to the investor who found another place to invest his money
-Marc did not know we did not have a deal with DC until later when we contacted him

## With Marc's assistance, new Notices of Termination regarding Superboy were sent out:

-We did this to further assert the Siegel rights to this character, ~~separately created from Superman.~~
-My mom advanced the $4,000 filing fees immediately to the Copyright Office when the Notices were sent in October 2002
-A copy of the $4,000 check recently processed by the Copyright Office is enclosed with this letter to you.

Page 2

Q 0593

Privileged & Confidential
All Rights Reserved

SD 00594

**EXHIBIT 31**
**403**

JUL-06-2003 11:09 PM                                    1 ˜10 827 7227              P.06

*DRAFT*

-The canceled check was not sent to my mom by her bank until recently.  This was after
 we sent the itemization of other expenses to Don Bulson.
-Your 25% of this expense is $1,000.  We are also sending this to Don and it will be
 included in the settling of the account before the money being held in trust is
 forwarded to you by Marc.

<u>Unfortunately we've discovered that The Spectre Terminations did not vest for the Siegel family:</u>
-Kevin Marks repeatedly told my mom not to pay the fees to the Copyright Office for the
 copyright filing while he was negotiating although she told him several times that
 she wanted to send in the fees
-Kevin did not tell us there was a time limit on when the fees could be paid
-When negotiations were terminated, we found out from the Copyright Office it was too
 late to pay the fees
-The Spectre rights are a dead issue

<u>Marc has a limited negotiation period to represent the Siegel interest:</u>
-For Superman: 18 months from Oct. 23, 2002 (until April 23, 2004)
-For the newly filed Superboy Terminations: 30 months from Oct.23, 2002 (until April
 23, 2005)  This is longer because there is a two year waiting period from the time
 the Notices were served to the date the rights vest.
-If we are not pleased with the results, he will no longer represent us after that time

<u>Why Marc has not been negotiating with Time Warner:</u>
-The fact that DC doesn't know what to expect from us since we broke off negotiations
 and turned down their last offer gives us strength
-By not running to them right away, we do not appear desperate and needy, willing to take
 a bad deal
-Timing the negotiations is an art
-It may be better not to deal with Time Warner at all but to go elsewhere

<u>Why there is a buyout offer from a venture capitalist for your interest only:</u>
-You have been saying you needed money badly, were out of work and had big bills
-The venture capitalist doesn't want to invest more than the amount to buy your interest
-My interests are too entangled due to my divorce
-Marc asked our permission to present an offer to you and we decided not to stand in your
 way if you want to accept it.  We do not know the amount that the investor is
 offering to you.

<u>Why any investor would offer less than Time Warner did in its last offer:</u>
-It is a risky investment
-No immediate payback
-The investor and we may face legal expenses and conflict with DC in the future if we
 have to sue to get what's already owed or if we eventually make a deal with them
 and they withhold payment due to "creative bookkeeping" or for other reasons

Page 3

Privileged & Confidential
All Rights Reserved

Q 0594

SD 00595

EXHIBIT 31
404

JUL-06-2003 11:09 PM                    1 710 827 7227         P.07

*DRAFT*

-The investor wants a worthwhile profit on his investment
-It is a situation similar to one in which businesses that give immediate money to beneficiaries of Wills who do not want to wait until the Will goes through Probate for them to receive their money.  The beneficiaries always get less than if they wait for the Will to go through Probate.

### Why you cannot ask Time Warner/DC for a buyout:
-It destroys the possibility of us negotiating a fair deal
-It shows weakness which TW will take advantage of.
-As the controlling interest, we do not give you approval to do it
-If it damaged our ability to later make a better deal, we would have no choice but to sue you hold you accountable for such damages.

### Why this has not been like other "contract negotiations":
-Time Warner is a huge, arrogant company
-They took months to respond to each issue all along the way and their responses were unacceptable
-Time Warner has nothing to gain by settling this, they keep on making millions
-Their lawyers are particularly heartless, masters at screwing people.  They have a bad reputation for this
-They delight in playing off what they see as the Siegel interest's weakness—our need for money
-If that wasn't enough, they want to include additional characters created by our father in one settlement. (They apparently do not yet realize that The Spectre rights did not vest to the Siegels.)
-They want to win this David and Goliath matter so that the rich and powerful will triumph over the little guy
-They want to make an example of us so that other creators and their heirs won't go after their rights.

### Your belief that you have something to sell independently:
-You can only sell your rights to a third party with my mom's and my approval because we are the majority interest holders and you have a passive interest only
-We will not give approval for a sale to Time Warner because it would damage the overall Siegel interest
-We will give approval for a sale to a third party found by Marc Toberoff as long as it is not Time Warner, DC, or any part of the Time Warner family of businesses and providing the sale does not damage our ability to make a deal for our portion of the Siegel interest

Although a united Siegel front would be best, we won't stand in your way if you decide you want to take the buyout from the investor that Marc has found.  The decision has to be yours and yours alone.  However, for the reasons listed above, we will not give approval for you to go to Time Warner regarding a buyout, which would be a grave mistake

Page 4

Privileged & Confidential
All Rights Reserved

Q 0595

SD 00596

**EXHIBIT 31**
**405**

JUL-06-2003 11:10 PM                                          10 827 7227        P.08

DRAFT

The Termination process and the unsuccessful negotiations with Time Warner have taken a long time and we have no idea when or if we will ever reach a settlement. ~~If the 15 million-dollar offer from the other investor hadn't fallen through, we probably would have taken it. Unfortunately, offers like that are rare and we do not expect any offers to come our way that would include my mom and me.~~

If you don't like the offer, Don Bulson should tell Marc. There's no point in dragging it out. Marc says he's been waiting for an answer for months and he told Don if you don't like the offer you should make a counteroffer. Did Don tell you this? If you do take the offer, your wait is over, you have instant money and can go on with your life.

On another matter, we are surprised that you have not yet made the arrangements to get the money that is being held in trust for you. We completed the very detailed volumes of the proof of expenses for you on April 16, 2003. Marc sent them to Don Bulson to give to you but Don recently told Marc that you still haven't looked at them. We put a lot of time and work into finding and xeroxing all our bills for you. We hope you will look at the materials soon so that we can put that behind us.

I hope this letter has answered your questions and clarified key points that you raised in your letter. ~~Please let us know what you decide regarding a buyout through Marc.~~

Best regards from my mom and me and once again, our sincerely condolences on the loss of your mother. It must have been very hard for you. We are so sorry.

Sincerely,


Laura


Enclosure: Xerox of my mom's $4,000 check to the Copyright Office for the Superboy Notices of Termination

Page 5

Q 0596

**Privileged & Confidential**
**All Rights Reserved**

SD 00597

**EXHIBIT 31**
**406**

Laura Siegel Larson
6400 Pacific Avenue #106
Playa Del Rey, CA 00293

July 5, 2003

Dear Michael,

Thank you for your May 13th letter. I hope you received the sympathy card from my mother and me with our condolences over the loss of your mother.

This is my first opportunity to answer your letter due, in part, to my health but also to the extremely time-consuming and complex nature of my divorce which is far from over. In fact, I have to work on aspects of it every day. It is especially difficult because my ex-husband is a lawyer representing himself and he is using every trick in the legal system to complicate matters.

One of the many issues I am dealing with involves the Copyright Terminations. He is trying to get the Court to award him half of my rights to Superman and other properties created by our father, claiming they should be treated as community property. This is a particularly difficult fight because there are no legal precedents for a case like mine and finding a lawyer who knows both Copyright Termination Law and California Divorce and Family Law is like looking for a needle in a haystack. My divorce attorney is doing her best but it's a tough fight. The Judge doesn't know anything about Copyright Law. The decision that will be made in my case in a few weeks will set the precedent for all heirs of author-creators who receive intellectual property rights through Termination and later go through a divorce. It would be a tragedy not only for me but for all intellectual property creators and their heirs if the true intent of the Copyright Law is ignored and this issue is lost.

Now to the issues you raised in your letter. There are many so I will try to group my answers so I don't miss anything. Because I am still pressed for time I am writing the following in outline form. It is simpler for me that way and, I hope, clearer.

<u>Outline of Topics:</u>

<u>Our opinion regarding the Time Warner-DC offer:</u>
- It was a bogus offer filled with unacceptable land mines
- They wanted us to <u>warrant we had no rights</u> which is completely false
- They insisted on a deal that included characters that had nothing to do with Superman
- They wanted us to sign away the ability to get anything additional if the copyright law
    changes to give creators and their families additional rights or if an extension of time
    is one day given to rights holders before the property goes into the public domain
- They even wanted us to sign away the public domain rights we'd one day have
- As a result of Time Warner's hardball tactics, we feared that we would have trouble
    collecting any future money from them
- It was a bad and unreasonable deal

Page 1

Q 0661

Privileged & Confidential
All Rights Reserved

SD 00662

EXHIBIT 31
407

-You and Don Bulson stated that you couldn't believe how bad the document was that they
    had written

Our opinion as to why this has not been like other "contract negotiations":
-Time Warner is a huge, and we believe, arrogant company
-They took months to respond to each issue all along the way and their responses were
    unacceptable, *self serving and one-sided. That ~~ultimately~~ it is their common practice*
-We believe their lawyers are particularly heartless and ~~they have a had reputation for~~
    ~~7~~ grinding individuals in negotiations
*to use every ounce of their leverage to*
-This conflict has a long, tortured history and Time Warner doesn't want to be viewed as
    losing it. *which is particularly especially ~~as~~*
-They want to make an example of us so that other creators and their heirs won't go after *"Superman"*
    their rights *via Termination or otherwise.*

Marc Toberoff and the Shuster interest:
*in both "Just pro Shuster" Just pro family.*
-Marc does not control the Superman copyright.  He has been hired to do a job.
-Marc does not own the Shuster interest.  He is a lawyer hired by Joe Shuster's estate
-In 2013, Marc doesn't "take" the copyright from Time Warner, Shuster's estate could
    reacquire rights as we have via Terminations.  Then the Shusters would have to
    negotiate a deal or handle things as they choose. *with Time Warner*
-The Shuster rights are completely separate from the Siegel rights.
-Time Warner/DC will own the Shuster rights until they vest in 2013 *with the Shuster clause at the earliest*
-We have no intention of waiting until 2013 to do something with the Siegel rights

We went to Marc to talk about him representing the Siegels.  Marc did not pursue us:
-We fired Kevin Marks and Bruce Ramer because they were insisting we take a bad TW/DC
    deal.  You'll remember that you, Don Bulson and we were shocked when Kevin
    Marks said that if asked to, he would testify against us in court.
-Neither Kevin Marks nor Don Bulson informed us that Marc Toberoff had contacted Marks
    and you about the Superman rights until months after it had taken place.
-Kevin Marks had turned Marc ~~Toberoff~~ away saying we had a deal with DC which we did *had closed* ~~not have~~
-Marc did not call my mom nor me
-My mom called the Shuster family to see what the Shusters were doing
-The family gave Marc's number to my mom and she called him after we had fired Ramer
    and Marks
-We felt Marc grasped our situation very well and was sympathetic to author's rights
-Marc Toberoff has no plans to produce a Superman movie

Why the original investor left:
-Kevin Marks told Marc we had a deal with DC
-Marc told this to the investor who found another place to invest his money
-Marc did not know we did not have a deal with DC until later when we contacted him

*Marc ~~himself~~ also also unable to get back to that investor with ~~my~~ anything concrete
regarding your interest because apparently neither you nor Don Bulson specifically
responded to his interest for a very long time.*

Page 2

Q 0662

Privileged & Confidential
All Rights Reserved

SD 00663

EXHIBIT 31
408



<u>With Marc's assistance, a new Notice of Termination regarding Superboy was sent out:</u>
- We did this to further assert the Siegel rights to this character
- My mom advanced the $4,000 filing fees to the Copyright Office in November 2002
- A copy of the $4,000 check which was recently processed by the Copyright Office is enclosed
- The canceled check was not sent to my mom by her bank until recently. This was after we sent the itemization of other expenses to Don Bulson.
- Your 25% of this expense is $1,000. We are also sending this to Don and it will be included in the settling of the account before the money being held in trust is forwarded to you by Marc.

<u>Unfortunately we've discovered that The Spectre Termination did not vest for the Siegel family:</u>
- Kevin Marks repeatedly told my mom not to pay the fees to the Copyright Office for the copyright filing while he was negotiating, although she told him several times that she wanted to send in the fees.
- Kevin did not tell us there was a time limit on when the fees could be paid
- When negotiations were terminated, we found out from the Copyright Office it was too late to pay the fees
- The window to reacquire our share of the Spectre rights through Termination is, unfortunately, no longer open

<u>Why Marc has not been negotiating with Time Warner:</u>
- The fact that Time Warner doesn't know what to expect from us since we broke off negotiations and turned down their last offer gives us strength
- By not running to them right away, we do not appear desperate and needy, willing to take a bad deal
- Timing the negotiations is an art
- When we were in our last negotiations with Time Warner, they were moving ahead on a Superman movie with a top director, Brett Ratner. TW was trying to sign the director and actors to a three picture deal. Now the film appears to be on hold, the director left and stars are repeatedly turning down offers to play the role of Superman in the three projected films.
- We believe that with far less happening on the Superman movie right now, our negotiating power is even less with Time Warner than when they offered us that bad deal. Right now, there's nothing really happening so there is no motivation for them to wrap up a deal with us.

<u>Why there is a buyout offer from an investor for your interest only:</u>
- My interests are too entangled due to my divorce
- You have been saying you needed money badly, were out of work and had big bills
- We have not received an offer from the investor. Apparently the investor does not want to pay the higher amount that would be required to buy 100% of the Siegel interest (as opposed to your 25%).
- Marc first asked our permission to present an offer to you and we decided not to stand in your way if you want to accept it.

Page 3

Privileged & Confidential
All Rights Reserved

Q 0663

SD 00664

**EXHIBIT 31**
**409**

**Why I think any investor would offer less than Time Warner did in its last offer:**

-It is a risky investment

-No immediate or guaranteed payback

-The investor may well face legal expenses and ongoing litigation with Time Warner in the future. For instance, we may have to sue to have a Court define the "profits" we participate in. If we eventually make a deal with TW/DC, they may withhold payment due to "creative bookkeeping" or for other reasons that we can't currently predict

-Any investor would want some protection and a worthwhile profit on his investment

-It is a situation that sounds similar to one in which businesses give immediate money to beneficiaries of Wills who do not want to wait until the Will goes through Probate to receive their money. The beneficiaries always get less if they do this than if they wait for the Will to go through Probate. And that's more certain than this.

**Your belief that you have something to sell independently:**

-Since you did not take part in the actual Termination, you do not have legal title to the Siegel copyrights

-You therefore have no right to sell any copyright interest

-You only have a right to receive a portion of the money that we receive, if any.

-Your right to receive money is known as a passive financial interest.

-In addition, we believe that since my mom and I hold legal title to the Copyright Termination Interest, you cannot sell even your passive financial interest to a third party without approval from my mom and me

-We will not give approval for a sale by you of your passive financial interest to Time Warner because it would damage the overall Siegel interest

-We will give approval for a sale by you of your passive financial interest to a third party monitored by Marc Toberoff as long as it is not Time Warner, DC Comics, or any affiliated company and providing the sale does not damage our ability to make a deal for our portion of the Siegel interest

**Why you cannot ask Time Warner/DC for a buyout:**

-As the controlling interest, we do not give you approval to do it

-It damages the possibility of us negotiating a fair deal

-It shows weakness which Time Warner will take full advantage of and grind you in any deal.

-Because Time Warner would get so little from you—a 12 1/2% passive financial interest in the characters—that would be reflected in a low amount of money paid to you

-If it damaged our ability to later make a better deal, We would have no choice but to hold you accountable for any harm to us

We won't stand in your way if you decide you want to take the buyout from the investor that Marc has found. That decision has to be yours and yours alone.

However, for the reasons listed above, we will not give approval for you to go to Time Warner/DC Comics or its affiliates regarding a buyout which, we believe, would be a grave mistake from any point of view.

Page 4

Q 0664

Privileged & Confidential
All Rights Reserved

SD 00665

EXHIBIT 31
410

In conclusion, the Termination process and the unsuccessful negotiations with Time Warner have taken a long time and we have no idea when or if we will ever reach a fair and acceptable settlement. I know you are not happy about this. It doesn't make my mom and me happy either but this is the reality of dealing with Time Warner we must all face.

On another matter, we are surprised that you have not yet made the arrangements to get the money that is being held in trust for you. We completed the very detailed volumes of the proof of expenses for you on April 16, 2003. Marc sent them to Don Bulson to give to you but Don recently told Marc that you and he still haven't looked at them. We put a lot of time and work into finding and xeroxing all our bills for you. We hope you will look at the materials soon so that we can put that behind us.

I hope this letter has answered your questions and clarified key points that you raised in your last letter. Please let us know what you decide to do.

Best regards from my mom and me and once again, our sincerely condolences on the loss of your mother. It must have been very hard for you. We are so sorry.

Sincerely,

Laura

Enclosure

Page 5                                    Q 0665

Privileged & Confidential
All Rights Reserved

SD 00666

EXHIBIT 31
411

Laura Siegel Larson
6400 Pacific Avenue #106
Playa Del Rey, CA 90293

July 5, 2003

Dear Michael,

Thank you for your May 13th letter. I hope you received the sympathy card from my mother and me with our condolences over the loss of your mother.

This is my first opportunity to answer your letter due, in part, to my health but also to the extremely time-consuming and complex nature of my divorce which is far from over. In fact, I have to work on aspects of it every day. It is especially difficult because my ex-husband is a lawyer representing himself and he is using every trick in the legal system to complicate matters.

One of the many issues I am dealing with involves the Copyright Terminations. He is trying to get the Court to award him half of my rights to Superman and other properties created by our father, claiming they should be treated as community property. This is a particularly difficult fight because there are no legal precedents for a case like mine and finding a lawyer who knows both Copyright Termination Law and California Divorce and Family Law is like looking for a needle in a haystack. My divorce attorney is doing her best but it's a tough fight. The Judge doesn't know anything about Copyright Law. The decision that will be made in my case in a few weeks will set the precedent for all heirs of author-creators who receive intellectual property rights through Termination and later go through a divorce. It would be a tragedy not only for me but for all intellectual property creators and their heirs if the true intent of the Copyright Law is ignored and this issue is lost.

Now to the issues you raised in your letter. There are many so I will try to group my answers so I don't miss anything. Because I am still pressed for time I am writing the following in outline form. It is simpler for me that way and, I hope, clearer.

Outline of Topics:

Our opinion regarding the Time Warner-DC offer:
- It was a bogus offer filled with unacceptable land mines
- They wanted us to warrant we had no rights which is completely false
- They insisted on a deal that included characters that had nothing to do with Superman
- They wanted us to sign away the ability to get anything additional if the copyright law changes to give creators and their families additional rights or if an extension of time is one day given to rights holders before the property goes into the public domain
- They even wanted us to sign away the public domain rights we'd one day have
- As a result of Time Warner's hardball tactics, we feared that we would have trouble collecting any future money from them
- It was a bad and unreasonable deal

Page 1                                                        Q 0750

Privileged & Confidential
All Rights Reserved

SD 00751

EXHIBIT 31
412

-You and Don Bulson stated that you couldn't believe how bad the document was that they
  had written

Our opinion as to why this has not been like other "contract negotiations":
  -Time Warner is a huge, and we believe, arrogant company
  -They took months to respond to each issue all along the way and their responses were
    unacceptable.
  -We believe their lawyers are particularly heartless and they have a had reputation for
    grinding individuals in negotiations
  -This conflict has a long, tortured history and Time Warner doesn't want to be viewed as
    losing it.
  -They want to make an example of us so that other creators and their heirs won't go after
    their rights.

Marc Toberoff and the Shuster interest:
  -Marc does not control the Superman copyright. He has been hired to do a job.
  -Marc does not own the Shuster interest. He is a lawyer hired by Joe Shuster's estate
  -In 2013, Marc doesn't "take" the copyright from Time Warner, Shuster's estate could
    reacquire rights as we have via Terminations. Then the Shusters would have to
    negotiate a deal or handle things as they choose.
  -The Shuster rights are completely separate from the Siegel rights.
  -Time Warner/DC will own the Shuster rights until they vest in 2013
  -We have no intention of waiting until 2013 to do something with the Siegel rights

We went to Marc to talk about him representing the Siegels. Marc did not pursue us:
  -We fired Kevin Marks and Bruce Ramer because they were insisting we take a bad TW/DC
    deal. You'll remember that you, Don Bulson and we were shocked when Kevin
    Marks said that if asked to, he would testify against us in court.
  -Neither Kevin Marks nor Don Bulson informed us that Marc Toberoff had contacted Marks
    and you about the Superman rights until months after it had taken place.
  -Kevin Marks had turned Marc Toberoff away saying we had a deal with DC which we did
    not have.
  -Marc did not call my mom nor me
  -My mom called the Shuster family to see what the Shusters were doing
  -The family gave Marc's number to my mom and she called him after we had fired Ramer
    and Marks
  -We felt Marc grasped our situation very well and was sympathetic to author's rights
  -Marc Toberoff has no plans to produce a Superman movie

Why the original investor left:
  -Kevin Marks told Marc we had a deal with DC
  -Marc told this to the investor who found another place to invest his money
  -Marc did not know we did not have a deal with DC until later when we contacted him

Page 2

Privileged & Confidential
All Rights Reserved

Q 0751

SD 00752

EXHIBIT 31
413

<u>With Marc's assistance, a new Notice of Termination regarding Superboy was sent out:</u>
- We did this to further assert the Siegel rights to this character
- My mom advanced the $4,000 filing fees to the Copyright Office in November 2002
- A copy of the $4,000 check which was recently processed by the Copyright Office is enclosed
- The canceled check was not sent to my mom by her bank until recently. This was after we sent the itemization of other expenses to Don Bulson.
- Your 25% of this expense is $1,000. We are also sending this to Don and it will be included in the settling of the account before the money being held in trust is forwarded to you by Marc.

<u>Unfortunately we've discovered that The Spectre Termination did not vest for the Siegel family:</u>
- Kevin Marks repeatedly told my mom not to pay the fees to the Copyright Office for the copyright filing while he was negotiating although she told him several times that she wanted to send in the fees.
- Kevin did not tell us there was a time limit on when the fees could be paid
- When negotiations were terminated, we found out from the Copyright Office it was too late to pay the fees
- The window to reacquire our share of the Spectre rights through Termination is, unfortunately, no longer open

<u>Why Marc has not been negotiating with Time Warner:</u>
- The fact that Time Warner doesn't know what to expect from us since we broke off negotiations and turned down their last offer gives us strength
- By not running to them right away, we do not appear desperate and needy, willing to take a bad deal
- Timing the negotiations is an art
- When we were in our last negotiations with Time Warner, they were moving ahead on a Superman movie with a top director, Brett Ratner. TW was trying to sign the director and actors to a three picture deal. Now the film appears to be on hold, the director left and stars are repeatedly turning down offers to play the role of Superman in the three projected films.
- We believe that with far less happening on the Superman movie right now, our negotiating power is even less with Time Warner than when they offered us that bad deal. Right now, there's nothing really happening so there is no motivation for them to wrap up a deal with us.

<u>Why there is a buyout offer from an investor for your interest only:</u>
- My interests are too entangled due to my divorce
- You have been saying you needed money badly, were out of work and had big bills
- We have not received an offer from the investor. Apparently the investor does not want to pay the higher amount that would be required to buy 100% of the Siegel interest (as opposed to your 25%)
- Marc first asked our permission to present an offer to you and we decided not to stand in your way if you want to accept it.

Page 3

**Privileged & Confidential**
**All Rights Reserved**

Q 0752

SD 00753

EXHIBIT 31
414

**Why I think any investor would offer less than Time Warner did in its last offer:**

- It is a risky investment
- No immediate or guaranteed payback
- The investor may well face legal expenses and ongoing litigation with Time Warner in the future. For instance, we may have to sue to have a Court define the "profits" we participate in. If we eventually make a deal with TW/DC, they may withhold payment due to "creative bookkeeping" or for other reasons that we can't currently predict
- Any investor would want some protection and a worthwhile profit on his investment
- It is a situation that sounds similar to one in which businesses give immediate money to beneficiaries of Wills who do not want to wait until the Will goes through Probate to receive their money. The beneficiaries always get less if they do this than if they wait for the Will to go through Probate. And that's more certain than this.

**Your belief that you have something to sell independently:**

- Since you did not take part in the actual Termination, you do not have legal title to the copyrights
- You therefore have no right to sell any copyright interest
- You only have a right to receive a portion of the money that we receive, if any.
- Your right to receive money is known as a passive financial interest.
- In addition, we believe that since my mom and I hold legal title to the Copyright Termination Interest, you cannot sell even your passive financial interest to a third party without approval from my mom and me
- We will not give approval for a sale by you of your passive financial interest to Time Warner because it would damage the overall Siegel interest
- We will give approval for a sale by you of your passive financial interest to a third party monitored by Marc Toberoff as long as it is not Time Warner, DC Comics, or any affiliated company and providing the sale does not damage our ability to make a deal for our portion of the Siegel interest

**Why you cannot ask Time Warner/DC for a buyout:**

- As the controlling interest, we do not give you approval to do it
- It damages the possibility of us negotiating a fair deal
- It shows weakness which Time Warner will take full advantage of and grind you in any deal.
- Because Time Warner would get so little from you—a 12 1/2% passive financial interest in the character—that would be reflected in a low amount of money paid to you
- If it damaged our ability to later make a better deal, we would have no choice but to hold you accountable for any harm to us

We won't stand in your way if you decide you want to take the buyout from the investor that Marc has found. That decision has to be yours and yours alone.

However, for the reasons listed above, we will not give approval for you to go to Time Warner/DC Comics or its affiliates regarding a buyout which, we believe, would be a grave mistake from any point of view.

Page 4

Q 0753

Privileged & Confidential
All Rights Reserved

SD 00754

EXHIBIT 31
415

JUL-08-2003 11:29 PM                                              1 310 827 7227    P.08

In conclusion, the Termination process and the unsuccessful negotiations with Time Warner have taken a long time and we have no idea when or if we will ever reach a fair and acceptable settlement. I know you are not happy about this. It doesn't make my mom and me happy either but this is the reality of dealing with Time Warner we must all face.

On another matter, we are surprised that you have not yet made the arrangements to get the money that is being held in trust for you. We completed the very detailed volumes of the proof of expenses for you on April 16, 2003. Marc sent them to Don Bulson to give to you but Don recently told Marc that you and he still haven't looked at them. We put a lot of time and work into finding and xeroxing all our bills for you. We hope you will look at the materials soon so that we can put that behind us.

I hope this letter has answered your questions and clarified key points that you raised in your last letter. Please let us know what you decide to do.

Best regards from my mom and me and once again, our sincerely condolences on the loss of your mother. It must have been very hard for you. We are so sorry.

Sincerely,

Laura

Enclosure

Q 0754

Page 5

Privileged & Confidential
All Rights Reserved

SD 00755

EXHIBIT 31
416

# EXHIBIT 32

JUL-11-2003 12:03 PM                                        1 310 827 7227              P.02

Laura Siegel Larson
6400 Pacific Avenue #106
Playa Del Rey, CA 90293

July 11, 2003

Dear Michael,

Thank you for your May 13th letter. I hope you received the sympathy card from my mother and me with our condolences over the loss of your mother.

This is my first opportunity to answer your letter due, in part, to my health but also to the extremely time-consuming and complex nature of my divorce which is far from over. In fact, I have to work on aspects of it every day. It is especially difficult because my ex-husband is a lawyer representing himself and he is using every trick in the legal system to complicate matters.

One of the many issues I am dealing with involves the Copyright Terminations. He is trying to get the Court to award him half of my rights to Superman and other properties created by our father, claiming they should be treated as community property. This is a particularly difficult fight because there are no legal precedents for a case like mine and finding a lawyer who knows both Copyright Termination Law and California Divorce and Family Law is like looking for a needle in a haystack. My divorce attorney is doing her best but it's a tough fight. The Judge doesn't know anything about Copyright Law. The decision that will be made in my case in a few weeks will set the precedent for all heirs of author-creators who receive intellectual property rights through Termination and later go through a divorce. It would be a tragedy not only for me but for all intellectual property creators and their heirs if the true intent of the Copyright Law is ignored and this issue is lost.

Now to the issues you raised in your letter. There are many so I will try to group my answers so I don't miss anything. Because I am still pressed for time I am writing the following in outline form. It is simpler for me that way and, I hope, clearer.

<u>Outline of Topics:</u>

<u>Our opinion regarding the Time Warner-DC offer:</u>
- It was a bogus offer filled with unacceptable land mines.
- They wanted us to <u>warrant we had no rights</u> which is completely false.
- They insisted on a deal that included characters that had nothing to do with Superman.
- They wanted us to sign away the ability to get anything additional if the copyright law
    changes to give creators and their families additional rights or if an extension of time
    is one day given to rights holders before the property goes into the public domain.
- They even wanted us to sign away the public domain rights we'd one day have.
- As a result of Time Warner's hardball tactics, we feared that we would have trouble
    collecting any future money from them.
- It was a bad and unreasonable deal.

Page 1

Q 0027

SD 00027

EXHIBIT 32
417

JUL-01-2003 12:03 PM                              1 310 827 7227                P.03

-You and Don Bulson stated that you couldn't believe how bad the document was that they
    had written.

Our opinion as to why this has not been like other "contract negotiations":
-Time Warner is a huge, and we believe, arrogant company.
-They took months to respond to each issue all along the way and their responses were
    unacceptable, self-serving and one-sided.
-We believe their lawyers are particularly heartless and that it is their common practice to use
    every ounce of their leverage to grind people in negotiations.
-This conflict has a long, tortured history and Time Warner doesn't want to be viewed as
    losing it.
-They want to make an example of us so that other creators and their heirs won't go after
    their rights by Termination or otherwise.

Marc Toberoff and the Shuster interest:
-Marc does not control the Superman copyright. He has been hired to do a job.
-Marc does not own the Shuster interest. He is a lawyer hired by Joe Shuster's estate.
-In 2013, Marc doesn't "take" the copyright from Time Warner, Shuster's estate could
    reacquire rights as we have via Terminations. Then the Shusters would have to
    negotiate a deal with Time Warner.
-The Shuster rights are completely separate from the Siegel rights.
-Time Warner/DC will own the Shuster rights until they vest with the Shusters in 2013 at the
    earliest.

We went to Marc to talk about him representing the Siegels. Marc did not pursue us:
-We fired Kevin Marks and Bruce Ramer because they were insisting we take a bad TW/DC
    deal. You'll remember that you, Don Bulson and we were shocked when Kevin
    Marks said that if asked to, he would testify against us in court.
-Neither Kevin Marks nor Don Bulson informed us that Marc Toberoff had contacted Marks
    and you about the Superman rights until months after it had taken place.
-Kevin Marks had turned Marc away saying we had a deal with DC when we did not.
-Marc did not call my mom nor me.
-My mom called the Shuster family to see what the Shusters were doing.
-The family gave Marc's number to my mom and she called him after we had fired Ramer
    and Marks.
-We felt Marc grasped our situation very well and was sympathetic to author's rights.
-Marc Toberoff has no plans to produce a Superman movie.

Why the original investor left:
-Kevin Marks told Marc we had a deal with Time Warner/DC.
-Neither Kevin Marks nor Don Bulson responded to the interest of the investor.
-Marc told the above to the investor who found another place to invest his money.
-Marc did not know we did not have a deal with TW/DC until later when we contacted him.

Q 0028

SD 00028

EXHIBIT 32
418

1 310 827 7227          P.6

With Marc's assistance, a new Notice of Termination regarding Superboy was sent out:
- We did this to further assert the Siegel rights to this character.
- My mom advanced the $4,000 filing fees to the Copyright Office in November 2002.
- A copy of the $4,000 check which was recently processed by the Copyright Office is enclosed.
- The canceled check was not sent to my mom by her bank until recently. This was after we sent the itemization of other expenses to Don Bulson.
- Your 25% of this expense is $1,000. We are also sending this to Don and it will be included in the settling of the account before the money being held in trust is forwarded to you by Marc.

Unfortunately we've discovered that The Spectre Termination did not vest for the Siegel family:
- Kevin Marks repeatedly told my mom not to pay the fees to the Copyright Office for the copyright filing while he was negotiating with Time Warner. He said she shouldn't waste thousands of dollars of her money for the filing fees because Time Warner/DC was going to include payment for The Spectre in a deal. She told him several times that she wanted to send in the fees but he kept telling her it wasn't a good time and it was unnecessary.
- Kevin did not tell us there was a time limit on when the fees could be paid.
- When negotiations were terminated, we found out from the Copyright Office it was too late to pay the fees.
- The window to reacquire our share of the Spectre rights through Termination is, unfortunately, no longer open.

Why Marc has not been negotiating with Time Warner:
- The fact that Time Warner doesn't know what to expect from us since we broke off negotiations and turned down their last offer gives us strength.
- By not running to them right away, we do not appear desperate and needy, willing to take a bad deal.
- Timing the negotiations is an art.
- When we were in our last negotiations with Time Warner, they were moving ahead on a Superman movie with a top director. TW was trying to sign the director and actors to a three picture deal. Now even a single film appears to be on hold indefinitely. The director left the project and stars are repeatedly turning down offers to play the role of Superman.
- We believe that with far less happening on the Superman movie right now, our negotiating leverage with Time Warner is less than when they offered us that bad deal. Right now, there's nothing really happening so there is no motivation for them to wrap up a deal with us.

Why there is a buyout offer from an investor for your interest only:
- You have been saying you needed money badly, were out of work and had big bills.
- Marc asked our permission to present the investor's offer to you and we decided not to stand in your way if you want to accept it.
- My interests are too entangled due to my divorce.

Page 3                          Q 0029

EXHIBIT 32
419

SD 00029

-We have not received an offer from the investor. Apparently the investor wants some stake in Superman but does not want to pay the higher amount that would be required to buy 100% of the Siegel interest (as opposed to your 25%).

<u>Why I think any investor would offer less than Time Warner did in its last offer:</u>
- -It is a risky investment.
- -Any investor would want some protection and a worthwhile profit on his investment.
- -There is no immediate or guaranteed payback.
- -Your interest is only a passive financial interest (25% of what we get) with no decision making power.
- -The investor may well face legal expenses and ongoing litigation with Time Warner in the future. For instance, we may have to sue to have a Court define the "profits" we participate in, to combat Time Warner/DC's "creative bookkeeping" or for other reasons that we can't currently predict.
- -It is a situation that sounds similar to one in which businesses give immediate money to beneficiaries of Wills who do not want to wait until the Will goes through Probate to receive their money. The beneficiaries always get less if they do this than if they wait for the Will to go through Probate and Wills are more certain than this.

<u>Your belief that you have something to sell independently:</u>
- -We empathize with the fact that this will be upsetting to you, but we have recently learned that under the law, you do not have the right to sell a copyright interest because since you did not take part in the actual Termination, you do not have legal title to the Siegel copyright interest.
- -You only have a right to receive 25% of the money that we receive, if any.
- -In addition, we believe that you are not allowed to sell that passive financial interest to a third party without our approval.
- -We can't approve even an attempt to sell your passive financial interest to Time Warner because we believe it would be destructive to the overall Siegel interest.
- -We would, therefore, have no choice and would be forced to hold you accountable for any harm to us.
- -We will, however, give approval for a sale by you to a third party monitored by Marc Toberoff, if you want it, as long as it is not Time Warner, DC Comics, or any affiliated company.

<u>Why Time Warner/DC will not buy your interest (or would offer you far less than 25% of their last offer):</u>
- -Since Time Warner would know that we wouldn't give approval for you to approach them, they might see dealing with you as subjecting them to additional liability.
- -If you approached them, it would show weakness and a division among us which Time Warner would take full advantage of and use against all of us.
- -Even an <u>attempt</u> by you to separately sell to Time Warner would weaken us all in their eyes.
- -Because Time Warner would get so little from you--a passive financial interest (25% of what we receive, if anything)--that would be reflected in a very low-ball amount of money offered to you.

Page 4                          Q 0030

**EXHIBIT 32**

**420**

In conclusion, the Termination process and the unsuccessful negotiations with Time Warner have taken a long time and we have no idea when or if we will ever reach a fair and acceptable settlement. I know you are not happy about this. It doesn't make my mom and me happy either but this is the unfortunate reality of dealing with Time Warner which we all face.

For the reasons listed above, we will not give approval for you to go to Time Warner/DC Comics or its affiliates regarding a buyout which, we believe, would be a grave mistake from both your and our points of view.

We won't stand in your way if you decide you want to take the buyout from the investor that Marc has found but that decision has to be yours and yours alone.

On another matter, we are surprised that you have not yet made the arrangements to get the money that is being held in trust for you. We completed the very detailed volumes of the proof of expenses for you on April 16, 2003. Marc sent them to Don Bulson to give to you but Don recently told Marc that you and he still haven't looked at them. We put a lot of time and work into finding and xeroxing all our bills for you. We hope you will look at the materials soon so that we can put that behind us.

I hope this letter has answered your questions and clarified key points that you raised in your last letter. Please let us know what you decide to do.

Best regards from my mom and me and once again, our sincere condolences on the loss of your mother. It must have been very hard for you. We are so sorry.

Sincerely,

*Laura*

Laura

Enclosure

Page 5                                        Q 0031

**EXHIBIT 32**

**421**

JUL-11-2003 12:03 PM                                          1 310 827 7227    P.02

Laura Siegel Larson
6400 Pacific Avenue #106
Playa Del Rey, CA 90293

July 11, 2003

Dear Michael,

Thank you for your May 13th letter. I hope you received the sympathy card from my mother and me with our condolences over the loss of your mother.

This is my first opportunity to answer your letter due, in part, to my health but also to the extremely time-consuming and complex nature of my divorce which is far from over. In fact, I have to work on aspects of it every day. It is especially difficult because my ex-husband is a lawyer representing himself and he is using every trick in the legal system to complicate matters.

One of the many issues I am dealing with involves the Copyright Terminations. He is trying to get the Court to award him half of my rights to Superman and other properties created by our father, claiming they should be treated as community property. This is a particularly difficult fight because there are no legal precedents for a case like mine and finding a lawyer who knows both Copyright Termination Law and California Divorce and Family Law is like looking for a needle in a haystack. My divorce attorney is doing her best but it's a tough fight. The Judge doesn't know anything about Copyright Law. The decision that will be made in my case in a few weeks will set the precedent for all heirs of author-creators who receive intellectual property rights through Termination and later go through a divorce. It would be a tragedy not only for me but for all intellectual property creators and their heirs if the true intent of the Copyright Law is ignored and this issue is lost.

Now to the issues you raised in your letter. There are many so I will try to group my answers so I don't miss anything. Because I am still pressed for time I am writing the following in outline form. It is simpler for me that way and, I hope, clearer.

<u>Outline of Topics:</u>

<u>Our opinion regarding the Time Warner-DC offer:</u>
- It was a bogus offer filled with unacceptable land mines.
- They wanted us to <u>warrant we had no rights</u> which is completely false.
- They insisted on a deal that included characters that had nothing to do with Superman.
- They wanted us to sign away the ability to get anything additional if the copyright law changes to give creators and their families additional rights or if an extension of time is one day given to rights holders before the property goes into the public domain.
- They even wanted us to sign away the public domain rights we'd one day have.
- As a result of Time Warner's hardball tactics, we feared that we would have trouble collecting any future money from them.
- It was a bad and unreasonable deal.

Page 1

Q 0133

Privileged & Confidential
All Rights Reserved

SD 00133

EXHIBIT 32
422

JUL-1 2003 12:03 PM                                                1 310 827 7227        P.09

-You and Don Bulson stated that you couldn't believe how bad the document was that they
     had written.

Our opinion as to why this has not been like other "contract negotiations":
     -Time Warner is a huge, and we believe, arrogant company.
     -They took months to respond to each issue all along the way and their responses were
          unacceptable, self-serving and one-sided.
     -We believe their lawyers are particularly heartless and that it is their common practice to use
          every ounce of their leverage to grind people in negotiations.
     -This conflict has a long, tortured history and Time Warner doesn't want to be viewed as
          losing it.
     -They want to make an example of us so that other creators and their heirs won't go after
          their rights by Termination or otherwise.

Marc Toberoff and the Shuster interest:
     -Marc does not control the Superman copyright.  He has been hired to do a job.
     -Marc does not own the Shuster interest.  He is a lawyer hired by Joe Shuster's estate.
     -In 2013, Marc doesn't "take" the copyright from Time Warner, Shuster's estate could
          reacquire rights as we have via Terminations.  Then the Shusters would have to
          negotiate a deal with Time Warner.
     -The Shuster rights are completely separate from the Siegel rights.
     -Time Warner/DC will own the Shuster rights until they vest with the Shusters in 2013 at the
          earliest.

We went to Marc to talk about him representing the Siegels.  Marc did not pursue us:
     -We fired Kevin Marks and Bruce Ramer because they were insisting we take a bad TW/DC
          deal.  You'll remember that you, Don Bulson and we were shocked when Kevin
          Marks said that if asked to, he would testify against us in court.
     -Neither Kevin Marks nor Don Bulson informed us that Marc Toberoff had contacted Marks
          and you about the Superman rights until months after it had taken place.
     -Kevin Marks had turned Marc away saying we had a deal with DC when we did not.
     -Marc did not call my mom nor me.
     -My mom called the Shuster family to see what the Shusters were doing.
     -The family gave Marc's number to my mom and she called him after we had fired Ramer
          and Marks.
     -We felt Marc grasped our situation very well and was sympathetic to author's rights.
     -Marc Toberoff has no plans to produce a Superman movie.

Why the original investor left:
     -Kevin Marks told Marc we had a deal with Time Warner/DC.
     -Neither Kevin Marks nor Don Bulson responded to the interest of the investor.
     -Marc told the above to the investor who found another place to invest his money.
     -Marc did not know we did not have a deal with TW/DC until later when we contacted him.

Page 2                                           Q 0134

Privileged & Confidential
All Rights Reserved

                                                                    SD 00134

**EXHIBIT 32**
423

<u>With Marc's assistance, a new Notice of Termination regarding Superboy was sent out:</u>
- We did this to further assert the Siegel rights to this character.
- My mom advanced the $4,000 filing fees to the Copyright Office in November 2002.
- A copy of the $4,000 check which was recently processed by the Copyright Office is enclosed.
- The canceled check was not sent to my mom by her bank until recently. This was after we sent the itemization of other expenses to Don Bulson.
- Your 25% of this expense is $1,000. We are also sending this to Don and it will be included in the settling of the account before the money being held in trust is forwarded to you by Marc.

<u>Unfortunately we've discovered that The Spectre Termination did not vest for the Siegel family:</u>
- Kevin Marks repeatedly told my mom not to pay the fees to the Copyright Office for the copyright filing while he was negotiating with Time Warner. He said she shouldn't waste thousands of dollars of her money for the filing fees because Time Warner/DC was going to include payment for The Spectre in a deal. She told him several times that she wanted to send in the fees but he kept telling her it wasn't a good time and it was unnecessary.
- Kevin did not tell us there was a time limit on when the fees could be paid.
- When negotiations were terminated, we found out from the Copyright Office it was too late to pay the fees.
- The window to reacquire our share of the Spectre rights through Termination is, unfortunately, no longer open.

<u>Why Marc has not been negotiating with Time Warner:</u>
- The fact that Time Warner doesn't know what to expect from us since we broke off negotiations and turned down their last offer gives us strength.
- By not running to them right away, we do not appear desperate and needy, willing to take a bad deal.
- Timing the negotiations is an art.
- When we were in our last negotiations with Time Warner, they were moving ahead on a Superman movie with a top director. TW was trying to sign the director and actors to a three picture deal. Now even a single film appears to be on hold indefinitely. The director left the project and stars are repeatedly turning down offers to play the role of Superman.
- We believe that with far less happening on the Superman movie right now, our negotiating leverage with Time Warner is less than when they offered us that bad deal. Right now, there's nothing really happening so there is no motivation for them to wrap up a deal with us.

<u>Why there is a buyout offer from an investor for your interest only:</u>
- You have been saying you needed money badly, were out of work and had big bills.
- Marc asked our permission to present the investor's offer to you and we decided not to stand in your way if you want to accept it.
- My interests are too entangled due to my divorce.

Page 3

Q 0135

Privileged & Confidential
All Rights Reserved

**EXHIBIT 32**
**424**

SD 00135

-We have not received an offer from the investor. Apparently the investor wants some stake
    in Superman but does not want to pay the higher amount that would be required to
    buy 100% of the Siegel interest (as opposed to your 25%).

<u>Why I think any investor would offer less than Time Warner did in its last offer:</u>
-It is a risky investment.
-Any investor would want some protection and a worthwhile profit on his investment.
-There is no immediate or guaranteed payback.
-Your interest is only a passive financial interest (25% of what we get) with no decision
    making power.
-The investor may well face legal expenses and ongoing litigation with Time Warner in the
    future. For instance, we may have to sue to have a Court define the "profits" we
    participate in, to combat Time Warner/DC's "creative bookkeeping" or for other
    reasons that we can't currently predict.
-It is a situation that sounds similar to one in which businesses give immediate money to
    beneficiaries of Wills who do not want to wait until the Will goes through Probate
    to receive their money. The beneficiaries always get less if they do this than if they
    wait for the Will to go through Probate and Wills are more certain than this.

<u>Your belief that you have something to sell independently:</u>
-We empathize with the fact that this will be upsetting to you, but we have recently learned
    that under the law, you do not have the right to sell a copyright interest because since
    you did not take part in the actual Termination, you do not have legal title to the
    Siegel copyright interest.
-You only have a right to receive 25% of the money that we receive, if any.
-In addition, we believe that you are not allowed to sell that passive financial interest to a
    third party without our approval.
-We can't approve even an attempt to sell your passive financial interest to Time Warner
    because we believe it would be destructive to the overall Siegel interest.
-We would, therefore, have no choice and would be forced to hold you accountable for any
    harm to us.
-We will, however, give approval for a sale by you to a third party monitored by Marc
    Toberoff, if you want it, as long as it is not Time Warner, DC Comics, or any
    affiliated company.

<u>Why Time Warner/DC will not buy your interest (or would offer you far less than 25% of their last</u>
<u>offer):</u>
-Since Time Warner would know that we wouldn't give approval for you to approach them,
    they might see dealing with you as subjecting them to additional liability.
-If you approached them, it would show weakness and a division among us which Time
    Warner would take full advantage of and use against all of us.
-Even an attempt by you to separately sell to Time Warner would weaken us all in their eyes.
-Because Time Warner would get so little from you—a passive financial interest (25% of
    what we receive, if anything)—that would be reflected in a very low-ball amount of
    money offered to you.

Q 0136

Page 4

**Privileged & Confidential**
**All Rights Reserved**

SD 00136

**EXHIBIT 32**
**425**

In conclusion, the Termination process and the unsuccessful negotiations with Time Warner have taken a long time and we have no idea when or if we will ever reach a fair and acceptable settlement. I know you are not happy about this. It doesn't make my mom and me happy either but this is the unfortunate reality of dealing with Time Warner which we all face.

For the reasons listed above, we will not give approval for you to go to Time Warner/DC Comics or its affiliates regarding a buyout which, we believe, would be a grave mistake from both your and our points of view.

We won't stand in your way if you decide you want to take the buyout from the investor that Marc has found but that decision has to be yours and yours alone.

On another matter, we are surprised that you have not yet made the arrangements to get the money that is being held in trust for you. We completed the very detailed volumes of the proof of expenses for you on April 16, 2003. Marc sent them to Don Bulson to give to you but Don recently told Marc that you and he still haven't looked at them. We put a lot of time and work into finding and xeroxing all our bills for you. We hope you will look at the materials soon so that we can put that behind us.

I hope this letter has answered your questions and clarified key points that you raised in your last letter. Please let us know what you decide to do.

Best regards from my mom and me and once again, our sincere condolences on the loss of your mother. It must have been very hard for you. We are so sorry.

Sincerely,

*Laura*

Laura

Enclosure

Q 0137

Privileged & Confidential
All Rights Reserved

SD 00137

**EXHIBIT 32**
**426**

JUL-11  8:13:03 PM                                                  1 310 827 7227           .02

Laura Siegel Larson
6400 Pacific Avenue #106
Playa Del Rey, CA 90293

July 11, 2003

Dear Michael,

Thank you for your May 13th letter. I hope you received the sympathy card from my mother and me with our condolences over the loss of your mother.

This is my first opportunity to answer your letter due, in part, to my health but also to the extremely time-consuming and complex nature of my divorce which is far from over. In fact, I have to work on aspects of it every day. It is especially difficult because my ex-husband is a lawyer representing himself and he is using every trick in the legal system to complicate matters.

One of the many issues I am dealing with involves the Copyright Terminations. He is trying to get the Court to award him half of my rights to Superman and other properties created by our father, claiming they should be treated as community property. This is a particularly difficult fight because there are no legal precedents for a case like mine and finding a lawyer who knows both Copyright Termination Law and California Divorce and Family Law is like looking for a needle in a haystack. My divorce attorney is doing her best but it's a tough fight. The Judge doesn't know anything about Copyright Law. The decision that will be made in my case in a few weeks will set the precedent for all heirs of author-creators who receive intellectual property rights through Termination and later go through a divorce. It would be a tragedy not only for me but for all intellectual property creators and their heirs if the true intent of the Copyright Law is ignored and this issue is lost.

Now to the issues you raised in your letter. There are many so I will try to group my answers so I don't miss anything. Because I am still pressed for time I am writing the following in outline form. It is simpler for me that way and, I hope, clearer.

### Outline of Topics:

Our opinion regarding the Time Warner-DC offer:
- It was a bogus offer filled with unacceptable land mines.
- They wanted us to warrant we had no rights which is completely false.
- They insisted on a deal that included characters that had nothing to do with Superman.
- They wanted us to sign away the ability to get anything additional if the copyright law changes to give creators and their families additional rights or if an extension of time is one day given to rights holders before the property goes into the public domain.
- They even wanted us to sign away the public domain rights we'd one day have.
- As a result of Time Warner's hardball tactics, we feared that we would have trouble collecting any future money from them.
- It was a bad and unreasonable deal.

Page 1                                              Q 0395

SD 00396

**EXHIBIT 32**
**427**

-You and Don Bulson stated that you couldn't believe how bad the document was that they had written.

<u>Our opinion as to why this has not been like other "contract negotiations":</u>
-Time Warner is a huge, and we believe, arrogant company.
-They took months to respond to each issue all along the way and their responses were unacceptable, self-serving and one-sided.
-We believe their lawyers are particularly heartless and that it is their common practice to use every ounce of their leverage to grind people in negotiations.
-This conflict has a long, tortured history and Time Warner doesn't want to be viewed as losing it.
-They want to make an example of us so that other creators and their heirs won't go after their rights by Termination or otherwise.

<u>Marc Toberoff and the Shuster interest:</u>
-Marc does not control the Superman copyright. He has been hired to do a job.
-Marc does not own the Shuster interest. He is a lawyer hired by Joe Shuster's estate.
-In 2013, Marc doesn't "take" the copyright from Time Warner, Shuster's estate could reacquire rights as we have via Terminations. Then the Shusters would have to negotiate a deal with Time Warner.
-The Shuster rights are completely separate from the Siegel rights.
-Time Warner/DC will own the Shuster rights until they vest with the Shusters in 2013 at the earliest.

<u>We went to Marc to talk about him representing the Siegels. Marc did not pursue us:</u>
-We fired Kevin Marks and Bruce Ramer because they were insisting we take a bad TW/DC deal. You'll remember that you, Don Bulson and we were shocked when Kevin Marks said that if asked to, he would testify against us in court.
-Neither Kevin Marks nor Don Bulson informed us that Marc Toberoff had contacted Marks and you about the Superman rights until months after it had taken place.
-Kevin Marks had turned Marc away saying we had a deal with DC when we did not.
-Marc did not call my mom nor me.
-My mom called the Shuster family to see what the Shusters were doing.
-The family gave Marc's number to my mom and she called him after we had fired Ramer and Marks.
-We felt Marc grasped our situation very well and was sympathetic to author's rights.
-Marc Toberoff has no plans to produce a Superman movie.

<u>Why the original investor left:</u>
-Kevin Marks told Marc we had a deal with Time Warner/DC.
-Neither Kevin Marks nor Don Bulson responded to the interest of the investor.
-Marc told the above to the investor who found another place to invest his money.
-Marc did not know we did not have a deal with TW/DC until later when we contacted him.

Page 2                                          Q 0396

SD 00397

EXHIBIT 32
428

**With Marc's assistance, a new Notice of Termination regarding Superboy was sent out:**
- We did this to further assert the Siegel rights to this character.
- My mom advanced the $4,000 filing fees to the Copyright Office in November 2002.
- A copy of the $4,000 check which was recently processed by the Copyright Office is enclosed.
- The canceled check was not sent to my mom by her bank until recently. This was after we sent the itemization of other expenses to Don Bulson.
- Your 25% of this expense is $1,000. We are also sending this to Don and it will be included in the settling of the account before the money being held in trust is forwarded to you by Marc.

**Unfortunately we've discovered that The Spectre Termination did not vest for the Siegel family:**
- Kevin Marks repeatedly told my mom not to pay the fees to the Copyright Office for the copyright filing while he was negotiating with Time Warner. He said she shouldn't waste thousands of dollars of her money for the filing fees because Time Warner/DC was going to include payment for The Spectre in a deal. She told him several times that she wanted to send in the fees but he kept telling her it wasn't a good time and it was unnecessary.
- Kevin did not tell us there was a time limit on when the fees could be paid.
- When negotiations were terminated, we found out from the Copyright Office it was too late to pay the fees.
- The window to reacquire our share of the Spectre rights through Termination is, unfortunately, no longer open.

**Why Marc has not been negotiating with Time Warner:**
- The fact that Time Warner doesn't know what to expect from us since we broke off negotiations and turned down their last offer gives us strength.
- By not running to them right away, we do not appear desperate and needy, willing to take a bad deal.
- Timing the negotiations is an art.
- When we were in our last negotiations with Time Warner, they were moving ahead on a Superman movie with a top director. TW was trying to sign the director and actors to a three picture deal. Now even a single film appears to be on hold indefinitely. The director left the project and stars are repeatedly turning down offers to play the role of Superman.
- We believe that with far less happening on the Superman movie right now, our negotiating leverage with Time Warner is less than when they offered us that bad deal. Right now, there's nothing really happening so there is no motivation for them to wrap up a deal with us.

**Why there is a buyout offer from an investor for your interest only:**
- You have been saying you needed money badly, were out of work and had big bills.
- Marc asked our permission to present the investor's offer to you and we decided not to stand in your way if you want to accept it.
- My interests are too entangled due to my divorce.

Q 0397

SD 00398

EXHIBIT 32
429

JUL-11-2003 12:04 PM                                    1 310 827 7227        P.05

-We have not received an offer from the investor. Apparently the investor wants some stake in Superman but does not want to pay the higher amount that would be required to buy 100% of the Siegel interest (as opposed to your 25%).

<u>Why I think any investor would offer less than Time Warner did in its last offer:</u>
-It is a risky investment.
-Any investor would want some protection and a worthwhile profit on his investment.
-There is no immediate or guaranteed payback.
-Your interest is only a passive financial interest (25% of what we get) with no decision making power.
-The investor may well face legal expenses and ongoing litigation with Time Warner in the future. For instance, we may have to sue to have a Court define the "profits" we participate in, to combat Time Warner/DC's "creative bookkeeping" or for other reasons that we can't currently predict.
-It is a situation that sounds similar to one in which businesses give immediate money to beneficiaries of Wills who do not want to wait until the Will goes through Probate to receive their money. The beneficiaries always get less if they do this than if they wait for the Will to go through Probate and Wills are more certain than this.

<u>Your belief that you have something to sell independently:</u>
-We empathize with the fact that this will be upsetting to you, but we have recently learned that under the law, you do not have the right to sell a copyright interest because since you did not take part in the actual Termination, you do not have legal title to the Siegel copyright interest.
-You only have a right to receive 25% of the money that we receive, if any.
-In addition, we believe that you are not allowed to sell that passive financial interest to a third party without our approval.
-We can't approve even an attempt to sell your passive financial interest to Time Warner because we believe it would be destructive to the overall Siegel interest.
-We would, therefore, have no choice and would be forced to hold you accountable for any harm to us.
-We will, however, give approval for a sale by you to a third party monitored by Marc Toberoff, if you want it, as long as it is not Time Warner, DC Comics, or any affiliated company.

<u>Why Time Warner/DC will not buy your interest (or would offer you far less than 25% of their last offer):</u>
-Since Time Warner would know that we wouldn't give approval for you to approach them, they might see dealing with you as subjecting them to additional liability.
-If you approached them, it would show weakness and a division among us which Time Warner would take full advantage of and use against all of us.
-Even an attempt by you to separately sell to Time Warner would weaken us all in their eyes.
-Because Time Warner would get so little from you--a passive financial interest (25% of what we receive, if anything)--that would be reflected in a very low-ball amount of money offered to you.

Page 4                                        Q 0398

SD 00399

**EXHIBIT 32**
**430**

JUL-11-2003 12:05 PM

1 310 927 7227    P.06

In conclusion, the Termination process and the unsuccessful negotiations with Time Warner have taken a long time and we have no idea when or if we will ever reach a fair and acceptable settlement. I know you are not happy about this. It doesn't make my mom and me happy either but this is the unfortunate reality of dealing with Time Warner which we all face.

For the reasons listed above, we will not give approval for you to go to Time Warner/DC Comics or its affiliates regarding a buyout which, we believe, would be a grave mistake from both your and our points of view.

We won't stand in your way if you decide you want to take the buyout from the investor that Marc has found but that decision has to be yours and yours alone.

On another matter, we are surprised that you have not yet made the arrangements to get the money that is being held in trust for you. We completed the very detailed volumes of the proof of expenses for you on April 16, 2003. Marc sent them to Don Bulson to give to you but Don recently told Marc that you and he still haven't looked at them. We put a lot of time and work into finding and xeroxing all our bills for you. We hope you will look at the materials soon so that we can put that behind us.

I hope this letter has answered your questions and clarified key points that you raised in your last letter. Please let us know what you decide to do.

Best regards from my mom and me and once again, our sincere condolences on the loss of your mother. It must have been very hard for you. We are so sorry.

Sincerely,

*Laura*

Laura

Enclosure

Q 0399

Page 5

SD 00400

**EXHIBIT 32**

**431**

JUL-11-2003  12:03 PM                                    1 310 827 7227              P.02

Laura Siegel Larson
6400 Pacific Avenue #106
Playa Del Rey, CA 90293

July 11, 2003

Dear Michael,

Thank you for your May 13th letter. I hope you received the sympathy card from my mother and me with our condolences over the loss of your mother.

This is my first opportunity to answer your letter due, in part, to my health but also to the extremely time-consuming and complex nature of my divorce which is far from over. In fact, I have to work on aspects of it every day. It is especially difficult because my ex-husband is a lawyer representing himself and he is using every trick in the legal system to complicate matters.

One of the many issues I am dealing with involves the Copyright Terminations. He is trying to get the Court to award him half of my rights to Superman and other properties created by our father, claiming they should be treated as community property. This is a particularly difficult fight because there are no legal precedents for a case like mine and finding a lawyer who knows both Copyright Termination Law and California Divorce and Family Law is like looking for a needle in a haystack. My divorce attorney is doing her best but it's a tough fight. The Judge doesn't know anything about Copyright Law. The decision that will be made in my case in a few weeks will set the precedent for all heirs of author-creators who receive intellectual property rights through Termination and later go through a divorce. It would be a tragedy not only for me but for all intellectual property creators and their heirs if the true intent of the Copyright Law is ignored and this issue is lost.

Now to the issues you raised in your letter. There are many so I will try to group my answers so I don't miss anything. Because I am still pressed for time I am writing the following in outline form. It is simpler for me that way and, I hope, clearer.

### Outline of Topics:

Our opinion regarding the Time Warner-DC offer:
- It was a bogus offer filled with unacceptable land mines.
- They wanted us to warrant we had no rights which is completely false.
- They insisted on a deal that included characters that had nothing to do with Superman.
- They wanted us to sign away the ability to get anything additional if the copyright law changes to give creators and their families additional rights or if an extension of time is one day given to rights holders before the property goes into the public domain.
- They even wanted us to sign away the public domain rights we'd one day have.
- As a result of Time Warner's hardball tactics, we feared that we would have trouble collecting any future money from them.
- It was a bad and unreasonable deal.

Q 0484

Page 1

Privileged & Confidential
All Rights Reserved

SD-00485

EXHIBIT 32
432

JUL-11-2003 12:03 PM                                    1 310 827 7227              P.05

-You and Don Bulson stated that you couldn't believe how bad the document was that they had written.

Our opinion as to why this has not been like other "contract negotiations":
-Time Warner is a huge, and we believe, arrogant company.
-They took months to respond to each issue all along the way and their responses were unacceptable, self-serving and one-sided.
-We believe their lawyers are particularly heartless and that it is their common practice to use every ounce of their leverage to grind people in negotiations.
-This conflict has a long, tortured history and Time Warner doesn't want to be viewed as losing it.
-They want to make an example of us so that other creators and their heirs won't go after their rights by Termination or otherwise.

Marc Toberoff and the Shuster interest:
-Marc does not control the Superman copyright. He has been hired to do a job.
-Marc does not own the Shuster interest. He is a lawyer hired by Joe Shuster's estate.
-In 2013, Marc doesn't "take" the copyright from Time Warner, Shuster's estate could reacquire rights as we have via Terminations. Then the Shusters would have to negotiate a deal with Time Warner.
-The Shuster rights are completely separate from the Siegel rights.
-Time Warner/DC will own the Shuster rights until they vest with the Shusters in 2013 at the earliest.

We went to Marc to talk about him representing the Siegels. Marc did not pursue us:
-We fired Kevin Marks and Bruce Ramer because they were insisting we take a bad TW/DC deal. You'll remember that you, Don Bulson and we were shocked when Kevin Marks said that if asked to, he would testify against us in court.
-Neither Kevin Marks nor Don Bulson informed us that Marc Toberoff had contacted Marks and you about the Superman rights until months after it had taken place.
-Kevin Marks had turned Marc away saying we had a deal with DC when we did not.
-Marc did not call my mom nor me.
-My mom called the Shuster family to see what the Shusters were doing.
-The family gave Marc's number to my mom and she called him after we had fired Ramer and Marks.
-We felt Marc grasped our situation very well and was sympathetic to author's rights.
-Marc Toberoff has no plans to produce a Superman movie.

Why the original investor left:
-Kevin Marks told Marc we had a deal with Time Warner/DC.
-Neither Kevin Marks nor Don Bulson responded to the interest of the investor.
-Marc told the above to the investor who found another place to invest his money.
-Marc did not know we did not have a deal with TW/DC until later when we contacted him.

Q 0485

Privileged & Confidential
All Rights Reserved

                                                                    SD 00486

**EXHIBIT 32**
**433**

JUL-11-2003 12:04 PM                                    1 310 827 7227          P.04

With Marc's assistance, a new Notice of Termination regarding Superboy was sent out:
- We did this to further assert the Siegel rights to this character.
- My mom advanced the $4,000 filing fees to the Copyright Office in November 2002.
- A copy of the $4,000 check which was recently processed by the Copyright Office is enclosed.
- The canceled check was not sent to my mom by her bank until recently. This was after we sent the itemization of other expenses to Don Bulson.
- Your 25% of this expense is $1,000. We are also sending this to Don and it will be included in the settling of the account before the money being held in trust is forwarded to you by Marc.

Unfortunately we've discovered that The Spectre Termination did not vest for the Siegel family:
- Kevin Marks repeatedly told my mom not to pay the fees to the Copyright Office for the copyright filing while he was negotiating with Time Warner. He said she shouldn't waste thousands of dollars of her money for the filing fees because Time Warner/DC was going to include payment for The Spectre in a deal. She told him several times that she wanted to send in the fees but he kept telling her it wasn't a good time and it was unnecessary.
- Kevin did not tell us there was a time limit on when the fees could be paid.
- When negotiations were terminated, we found out from the Copyright Office it was too late to pay the fees.
- The window to reacquire our share of the Spectre rights through Termination is, unfortunately, no longer open.

Why Marc has not been negotiating with Time Warner:
- The fact that Time Warner doesn't know what to expect from us since we broke off negotiations and turned down their last offer gives us strength.
- By not running to them right away, we do not appear desperate and needy, willing to take a bad deal.
- Timing the negotiations is an art.
- When we were in our last negotiations with Time Warner, they were moving ahead on a Superman movie with a top director. TW was trying to sign the director and actors to a three picture deal. Now even a single film appears to be on hold indefinitely. The director left the project and stars are repeatedly turning down offers to play the role of Superman.
- We believe that with far less happening on the Superman movie right now, our negotiating leverage with Time Warner is less than when they offered us that bad deal. Right now, there's nothing really happening so there is no motivation for them to wrap up a deal with us.

Why there is a buyout offer from an investor for your interest only:
- You have been saying you needed money badly, were out of work and had big bills.
- Marc asked our permission to present the investor's offer to you and we decided not to stand in your way if you want to accept it.
- My interests are too entangled due to my divorce.

Page 3                                          Q 0486

Privileged & Confidential
All Rights Reserved

SD-00487

EXHIBIT 32
434

-We have not received an offer from the investor. Apparently the investor wants some stake in Superman but does not want to pay the higher amount that would be required to buy 100% of the Siegel interest (as opposed to your 25%).

<u>Why I think any investor would offer less than Time Warner did in its last offer:</u>
-It is a risky investment.
-Any investor would want some protection and a worthwhile profit on his investment.
-There is no immediate or guaranteed payback.
-Your interest is only a passive financial interest (25% of what we get) with no decision making power.
-The investor may well face legal expenses and ongoing litigation with Time Warner in the future. For instance, we may have to sue to have a Court define the "profits" we participate in, to combat Time Warner/DC's "creative bookkeeping" or for other reasons that we can't currently predict.
-It is a situation that sounds similar to one in which businesses give immediate money to beneficiaries of Wills who do not want to wait until the Will goes through Probate to receive their money. The beneficiaries always get less if they do this than if they wait for the Will to go through Probate and Wills are more certain than this.

<u>Your belief that you have something to sell independently:</u>
-We empathize with the fact that this will be upsetting to you, but we have recently learned that under the law, you do not have the right to sell a copyright interest because since you did not take part in the actual Termination, you do not have legal title to the Siegel copyright interest.
-You only have a right to receive 25% of the money that we receive, if any.
-In addition, we believe that you are not allowed to sell that passive financial interest to a third party without our approval.
-We can't approve even an attempt to sell your passive financial interest to Time Warner because we believe it would be destructive to the overall Siegel interest.
-We would, therefore, have no choice and would be forced to hold you accountable for any harm to us.
-We will, however, give approval for a sale by you to a third party monitored by Marc Toberoff, if you want it, as long as it is not Time Warner, DC Comics, or any affiliated company.

<u>Why Time Warner/DC will not buy your interest (or would offer you far less than 25% of their last offer):</u>
-Since Time Warner would know that we wouldn't give approval for you to approach them, they might see dealing with you as subjecting them to additional liability.
-If you approached them, it would show weakness and a division among us which Time Warner would take full advantage of and use against all of us.
-Even an attempt by you to separately sell to Time Warner would weaken us all in their eyes.
-Because Time Warner would get so little from you--a passive financial interest (25% of what we receive, if anything)--that would be reflected in a very low-ball amount of money offered to you.

Q 0487

Privileged & Confidential
All Rights Reserved
                                        Page 4

SD-00488

EXHIBIT 32
435

JUL-11-2003 12:05 PM                    1 310 827 7227          P.06

In conclusion, the Termination process and the unsuccessful negotiations with Time Warner have taken a long time and we have no idea when or if we will ever reach a fair and acceptable settlement. I know you are not happy about this. It doesn't make my mom and me happy either but this is the unfortunate reality of dealing with Time Warner which we all face.

For the reasons listed above, we will not give approval for you to go to Time Warner/DC Comics or its affiliates regarding a buyout which, we believe, would be a grave mistake from both your and our points of view.

We won't stand in your way if you decide you want to take the buyout from the investor that Marc has found but that decision has to be yours and yours alone.

On another matter, we are surprised that you have not yet made the arrangements to get the money that is being held in trust for you. We completed the very detailed volumes of the proof of expenses for you on April 16, 2003. Marc sent them to Don Bulson to give to you but Don recently told Marc that you and he still haven't looked at them. We put a lot of time and work into finding and xeroxing all our bills for you. We hope you will look at the materials soon so that we can put that behind us.

I hope this letter has answered your questions and clarified key points that you raised in your last letter. Please let us know what you decide to do.

Best regards from my mom and me and once again, our sincere condolences on the loss of your mother. It must have been very hard for you. We are so sorry.

Sincerely,

*Laura*

Laura

Enclosure

**Privileged & Confidential**
**All Rights Reserved**

Q 0488

SD 00489

**EXHIBIT 32**
**436**

Laura Siegel Larson
6400 Pacific Avenue #106
Playa Del Rey, CA 90293

July 11, 2003

Dear Michael,

Thank you for your May 13th letter. I hope you received the sympathy card from my mother and me with our condolences over the loss of your mother.

This is my first opportunity to answer your letter due, in part, to my health but also to the extremely time-consuming and complex nature of my divorce which is far from over. In fact, I have to work on aspects of it every day. It is especially difficult because my ex-husband is a lawyer representing himself and he is using every trick in the legal system to complicate matters.

One of the many issues I am dealing with involves the Copyright Terminations. He is trying to get the Court to award him half of my rights to Superman and other properties created by our father, claiming they should be treated as community property. This is a particularly difficult fight because there are no legal precedents for a case like mine and finding a lawyer who knows both Copyright Termination Law and California Divorce and Family Law is like looking for a needle in a haystack. My divorce attorney is doing her best but it's a tough fight. The Judge doesn't know anything about Copyright Law. The decision that will be made in my case in a few weeks will set the precedent for all heirs of author-creators who receive intellectual property rights through Termination and later go through a divorce. It would be a tragedy not only for me but for all intellectual property creators and their heirs if the true intent of the Copyright Law is ignored and this issue is lost.

Now to the issues you raised in your letter. There are many so I will try to group my answers so I don't miss anything. Because I am still pressed for time I am writing the following in outline form. It is simpler for me that way and, I hope, clearer.

<u>Outline of Topics:</u>

<u>Our opinion regarding the Time Warner-DC offer:</u>
- It was a bogus offer filled with unacceptable land mines.
- They wanted us to <u>warrant we had no rights</u> which is completely false.
- They insisted on a deal that included characters that had nothing to do with Superman.
- They wanted us to sign away the ability to get anything additional if the copyright law changes to give creators and their families additional rights or if an extension of time is one day given to rights holders before the property goes into the public domain.
- They even wanted us to sign away the public domain rights we'd one day have.
- As a result of Time Warner's hardball tactics, we feared that we would have trouble collecting any future money from them.
- It was a bad and unreasonable deal.

Page 1

Q 0756

Privileged & Confidential
All Rights Reserved

SD 00757

EXHIBIT 32
437

-You and Don Bulson stated that you couldn't believe how bad the document was that they
    had written.

Our opinion as to why this has not been like other "contract negotiations":
    -Time Warner is a huge, and we believe, arrogant company.
    -They took months to respond to each issue all along the way and their responses were
        unacceptable, self-serving and one-sided.
    -We believe their lawyers are particularly heartless and that it is their common practice to use
        every ounce of their leverage to grind people in negotiations.
    -This conflict has a long, tortured history and Time Warner doesn't want to be viewed as
        losing it.
    -They want to make an example of us so that other creators and their heirs won't go after
        their rights by Termination or otherwise.

Marc Toberoff and the Shuster interest:
    -Marc does not control the Superman copyright. He has been hired to do a job.
    -Marc does not own the Shuster interest. He is a lawyer hired by Joe Shuster's estate.
    -In 2013, Marc doesn't "take" the copyright from Time Warner, Shuster's estate could
        reacquire rights as we have via Terminations. Then the Shusters would have to
        negotiate a deal with Time Warner.
    -The Shuster rights are completely separate from the Siegel rights.
    -Time Warner/DC will own the Shuster rights until they vest with the Shusters in 2013 at the
        earliest.

We went to Marc to talk about him representing the Siegels. Marc did not pursue us:
    -We fired Kevin Marks and Bruce Ramer because they were insisting we take a bad TW/DC
        deal. You'll remember that you, Don Bulson and we were shocked when Kevin
        Marks said that if asked to, he would testify against us in court.
    -Neither Kevin Marks nor Don Bulson informed us that Marc Toberoff had contacted Marks
        and you about the Superman rights until months after it had taken place.
    -Kevin Marks had turned Marc away saying we had a deal with DC when we did not.
    -Marc did not call my mom nor me.
    -My mom called the Shuster family to see what the Shusters were doing.
    -The family gave Marc's number to my mom and she called him after we had fired Ramer
        and Marks.
    -We felt Marc grasped our situation very well and was sympathetic to author's rights.
    -Marc Toberoff has no plans to produce a Superman movie.

Why the original investor left:
    -Kevin Marks told Marc we had a deal with Time Warner/DC.
    -Neither Kevin Marks nor Don Bulson responded to the interest of the investor.
    -Marc told the above to the investor who found another place to invest his money.
    -Marc did not know we did not have a deal with TW/DC until later when we contacted him.

Page 2                                                    Q 0757

Privileged & Confidential
All Rights Reserved

SD-00758

EXHIBIT 32
438

JUL-11-2003 12:04 PM                                    1 310 827 7227                    P.04

**With Marc's assistance, a new Notice of Termination regarding Superboy was sent out:**
- We did this to further assert the Siegel rights to this character.
- My mom advanced the $4,000 filing fees to the Copyright Office in November 2002.
- A copy of the $4,000 check which was recently processed by the Copyright Office is enclosed.
- The canceled check was not sent to my mom by her bank until recently. This was after we sent the itemization of other expenses to Don Bulson.
- Your 25% of this expense is $1,000. We are also sending this to Don and it will be included in the settling of the account before the money being held in trust is forwarded to you by Marc.

**Unfortunately we've discovered that The Spectre Termination did not vest for the Siegel family:**
- Kevin Marks repeatedly told my mom not to pay the fees to the Copyright Office for the copyright filing while he was negotiating with Time Warner. He said she shouldn't waste thousands of dollars of her money for the filing fees because Time Warner/DC was going to include payment for The Spectre in a deal. She told him several times that she wanted to send in the fees but he kept telling her it wasn't a good time and it was unnecessary.
- Kevin did not tell us there was a time limit on when the fees could be paid.
- When negotiations were terminated, we found out from the Copyright Office it was too late to pay the fees.
- The window to reacquire our share of the Spectre rights through Termination is, unfortunately, no longer open.

**Why Marc has not been negotiating with Time Warner:**
- The fact that Time Warner doesn't know what to expect from us since we broke off negotiations and turned down their last offer gives us strength.
- By not running to them right away, we do not appear desperate and needy, willing to take a bad deal.
- Timing the negotiations is an art.
- When we were in our last negotiations with Time Warner, they were moving ahead on a Superman movie with a top director. TW was trying to sign the director and actors to a three picture deal. Now even a single film appears to be on hold indefinitely. The director left the project and stars are repeatedly turning down offers to play the role of Superman.
- We believe that with far less happening on the Superman movie right now, our negotiating leverage with Time Warner is less than when they offered us that bad deal. Right now, there's nothing really happening so there is no motivation for them to wrap up a deal with us.

**Why there is a buyout offer from an investor for your interest only:**
- You have been saying you needed money badly, were out of work and had big bills.
- Marc asked our permission to present the investor's offer to you and we decided not to stand in your way if you want to accept it.
- My interests are too entangled due to my divorce.

Q 0758

**Privileged & Confidential**
**All Rights Reserved**

SD 00759

**EXHIBIT 32**
**439**

JUL-11-2003 12:04 PM                                                           1 310 827 7227        P.05

-We have not received an offer from the investor. Apparently the investor wants some stake in Superman but does not want to pay the higher amount that would be required to buy 100% of the Siegel interest (as opposed to your 25%).

Why I think any investor would offer less than Time Warner did in its last offer:

-It is a risky investment.
-Any investor would want some protection and a worthwhile profit on his investment.
-There is no immediate or guaranteed payback.
-Your interest is only a passive financial interest (25% of what we get) with no decision making power.
-The investor may well face legal expenses and ongoing litigation with Time Warner in the future. For instance, we may have to sue to have a Court define the "profits" we participate in, to combat Time Warner/DC's "creative bookkeeping" or for other reasons that we can't currently predict.
-It is a situation that sounds similar to one in which businesses give immediate money to beneficiaries of Wills who do not want to wait until the Will goes through Probate to receive their money. The beneficiaries always get less if they do this than if they wait for the Will to go through Probate and Wills are more certain than this.

Your belief that you have something to sell independently:

-We empathize with the fact that this will be upsetting to you, but we have recently learned that under the law, you do not have the right to sell a copyright interest because since you did not take part in the actual Termination, you do not have legal title to the Siegel copyright interest.
-You only have a right to receive 25% of the money that we receive, if any.
-In addition, we believe that you are not allowed to sell that passive financial interest to a third party without our approval.
-We can't approve even an attempt to sell your passive financial interest to Time Warner because we believe it would be destructive to the overall Siegel interest.
-We would, therefore, have no choice and would be forced to hold you accountable for any harm to us.
-We will, however, give approval for a sale by you to a third party monitored by Marc Toberoff, if you want it, as long as it is not Time Warner, DC Comics, or any affiliated company.

Why Time Warner/DC will not buy your interest (or would offer you far less than 25% of their last offer):

-Since Time Warner would know that we wouldn't give approval for you to approach them, they might see dealing with you as subjecting them to additional liability.
-If you approached them, it would show weakness and a division among us which Time Warner would take full advantage of and use against all of us.
-Even an attempt by you to separately sell to Time Warner would weaken us all in their eyes.
-Because Time Warner would get so little from you--a passive financial interest (25% of what we receive, if anything)--that would be reflected in a very low-ball amount of money offered to you.

Q 0759

Page 4

Privileged & Confidential
All Rights Reserved

SD 00760

**EXHIBIT 32**
**440**

In conclusion, the Termination process and the unsuccessful negotiations with Time Warner have taken a long time and we have no idea when or if we will ever reach a fair and acceptable settlement. I know you are not happy about this. It doesn't make my mom and me happy either but this is the unfortunate reality of dealing with Time Warner which we all face.

For the reasons listed above, we will not give approval for you to go to Time Warner/DC Comics or its affiliates regarding a buyout which, we believe, would be a grave mistake from both your and our points of view.

We won't stand in your way if you decide you want to take the buyout from the investor that Marc has found but that decision has to be yours and yours alone.

On another matter, we are surprised that you have not yet made the arrangements to get the money that is being held in trust for you. We completed the very detailed volumes of the proof of expenses for you on April 16, 2003. Marc sent them to Don Bulson to give to you but Don recently told Marc that you and he still haven't looked at them. We put a lot of time and work into finding and xeroxing all our bills for you. We hope you will look at the materials soon so that we can put that behind us.

I hope this letter has answered your questions and clarified key points that you raised in your last letter. Please let us know what you decide to do.

Best regards from my mom and me and once again, our sincere condolences on the loss of your mother. It must have been very hard for you. We are so sorry.

Sincerely,

*Laura*

Laura

Enclosure

Q 0760

Privileged & Confidential
All Rights Reserved

SD 00761

EXHIBIT 32
441