# EXHIBIT 76

## Part 1 of 2

**S T E U E R** | **E S C O V A R** | **B E R K** | **B R O W N**

A Legal Professional Association
Established 1918

Alfred L. Steuer (1892-1967)
Richard B. Steuer (1925-2007)
Thomas J. Escovar
Gerald A. Berk
William D. Brown
L. Christopher Coleman
Patrick P. Merrick
Patrick J. Ebner
Eric W. Henry

September 19, 212

<u>Via E-Mail</u>

Jason Tokoro
O'Melveny and Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Re:    DC Comics v. Pacific Pictures Corp., et al., Case No. 10-CV-03633 ODW (RZx)

Dear Mr. Tokoro:

Enclosed please find a production on behalf of the Estate of Michael Siegel (the "Estate"), Bates-labeled EOMS 00676-00680.

In reviewing the Estate's prior productions, it was noticed that the Bates ranges in the May 4 (EOMS 151-182), June 28 (EOMS 183-216), July 26 (EOMS 217), and August 13, 2012 (EOMS 218-220) productions inadvertently overlapped with the Bates range in the November 29, 2011 (EOMS 1-605) production.  To avoid any confusion, the Estate is producing the documents originally produced on May 4, June 28, July 26, and August 13, 2012 with corrected Bates numbers.  Enclosed herewith please find an amended production, with corrected Bates ranges:

| Date of Initial Production | Prior Bates Range | Corrected Bates Range |
|---|---|---|
| 5/4/2012 | EOMS 151-182 | EOMS 606-637 |
| 6/28/2012 | EOMS 183-216 | EOMS 638-671 |
| 7/26/2012 | EOMS 217 | EOMS 672 |
| 8/13/2012 | EOMS 218-220 | EOMS 673-675 |

Except for the corrected bates numbers, these documents are identical to the documents produced previously.  Please destroy the prior productions.

Per our August 15, 2012 agreement, the Estate hereby produces the following by designation: DB 00001-00044 (from the *Siegel* action); and all prior productions by or on behalf of the Estate in this matter and in the *Siegel* case (EOMS 00001-00669, 00151-00220 (original); EOMS 00001-00675 (as amended)).

The Estate hereby incorporates all claims of privilege contained in the privilege log served by the Estate on November 29, 2011.

Very truly yours,

Gerald A. Berk

**S** | **E** | **B** | **B**

**EXHIBIT 76**
**1569**



11/22/2007
3:41 AM

Renner, Otto, Boisselle, & Sklar, LLP
Pre-bill Worksheet

Page    728

SIEG.ZG0101:Mr. Mike Siegel (continued)

11/27/2001 DWS
24457 Service

Mark Toberoff                                    , tel. conf. with

EOMS 00606

**EXHIBIT 76**
**1570**

11/22/2007                     Renner, Otto, Boiselle, & Sklar, LLP
3.41 AM                             Pre-bill Worksheet                              Page    721

SIEG.ZG0101:Mr. Mike Siegel (continued)

| Date ID | Lawyer Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|-------------|---------------|----------------|----------------|-------|

Total: January 2002

Date: February 2002
  2/11/2002 DWB
     35125 Service
        Tel. conf. with Marc Toberoff,



  3/22/2002 DWB
     37342 Service
        Tel. conf. with Marc Toberoff

Total: March 2002

EOMS 00607

**EXHIBIT 76**
**1571**

11/22/2007
3:41 AM

Renner, Otto, Boisselle, & Sklar, LLP
Pre-bill Worksheet

Page    722

SIEG.ZG0101:Mr. Mike Siegel (continued)

| Date ID | Lawyer Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|-------------|---------------|----------------|----------------|-------|



7/30/2002  DWB
51850  Service
Tel. conf. with Mark Tobaroff

EOMS 00608

EXHIBIT 76
1572



11/12/2007                          Renner, Otto, Boisselle, & Sklar, LLP                          Page    724
3:41 AM                                    Pre-bill Worksheet

SIEG-ZG0101:Mr. Mike Siegel (continued)

| Date ID | Lawyer Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|-------------|---------------|----------------|----------------|-------|

Date: November 2002
11/11/2002 DWB
    65290 Service
        ██████████████, place call to Toberoff

11/19/2002 DWB
    55347 Service
        Tel. conf. with Mark Toberoff

EOMS 00609

EXHIBIT 76
1573



11/22/2007          Renner, Otto, Boisselle, & Sklar, LLP
3:41 AM             Pre-bill Worksheet                        Page    725

SIEG.ZG0101:Mr. Mike Siegel (continued)

| Date ID | Lawyer Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|

1/16/2003 DWB
    71853 Service
        Email to Toberoff.

1/23/2003 DWB
    71923 Service
        Tel. conf. with Marc Toberoff

1/24/2003 DWB
    71947 Service
        Tel. conf. with Marc Toberoff

Date: March 2003
    3/4/2003 DWB
        78829 Service
            Tel. conf. with Marc Toberoff

EOMS 00610

**EXHIBIT 76**
**1574**

11/22/2007                    Renner, Otto, Boisselle, & Sklar, LLP
3:4' AM                              Pro-bill Worksheet                          Page    726

SIEG.ZG0101:Mr. Mike Siegel (continued)

| Date ID | Lawyer Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|

Total: March 2003

Date: April 2003
  4/4/2003 DWB
    81944 Service
      Tel. conf. with Marc Toberoff



Date: May 2003
  5/2/2003 DWB
    84972 Service
      Tel. conf. with Marc Toberoff

Total: May 2003

Date: June 2003
  6/3/2003 DWB
    88053 Service
      Tel. conf. with Toberoff

EOMS 00611

**EXHIBIT 76**
**1575**



11/22/2007
3:4: AM

Renner, Otto, Boisselle, & Sklar, LLP
Pre-bill Worksheet

Page    727

SIEG ZG0101:Mr. Mike Siegel (continued)

| Date ID | Lawyer Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|

6/19/2003 DWB
88194 Service
Tel. conf. with Marc Toberoff

7/21/2003 DWB
92834 Service
Tel. conf. with Marc Toberoff

Total: July 2003

EOMS 00612

**EXHIBIT 76**
**1576**



11/22/2007
3:41 AM

Renner, Otto, Boisselle, & Sklar, LLP
Pre-bill Worksheet

Page    729

SIEG ZG0101: Mr. Mike Siegel (continued)

| Date | Lawyer | | Rate | Hours | Amount | Total |
|------|--------|--|------|-------|--------|-------|
| ID | Task | | Markup % | DNB Time | DNB Amt | |

Date: June 2004
6/3/2004 DWB
127249 Service
    Tel. conf. with Marc Toberoff

EOMS 00613

EXHIBIT 76
1577



11/22/2007                    Renner, Otto, Boisselle, & Sklar, LLP
3:41 AM                            Pre-bill Worksheet                        Page    730

SIEG ZG0101:Mr. Mike Siegel (continued)

| Cont ID | Lawyer Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|

Total: June 2004

Date: July 2004
    7/6/2004 DWB
    130901 Service
           Place call to Toberoff

Date: September 2004
    9/30/2004 DWB
    138716 Service
           Tel. conf. with Marc Toberoff

Total: September 2004

    10/11/2004 DWB
    141993 Service
           Tel. conf. with Marc Toberoff

    10/13/2004 DWB
    142008 Service
           Tel. confs. with Marc Toberoff

    10/27/2004 DWB
    142106 Service
           Tel. conf. with Marc Toberoff

EOMS 00614

EXHIBIT 76
1578



11/22/2007                          Renner, Otto, Boisselle, & Sklar, LLP                          Page    731
3:41 AM                                    Pre-bill Worksheet

SIEG.ZG0101:Mr. Mike Siegel (continued)

| Date ID | Lawyer Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|

Date: February 2005
2/17/2005 DWB
155843 Service
Tel. conf. with Marc Toberoff

EOMS 00615

EXHIBIT 76
1579



11/22/2007
3 4: AM

Renner, Otto, Boisselle, & Sklar, LLP
Pro-bill Worksheet

Page    732

SIEG ZG0101:Mr. Mike Siegel (continued)

*Resomun*

| Date | Lawyer | Rate | Hours | Amount | Total |
|------|--------|------|-------|--------|-------|
| ID | Task | Markup % | DNB Time | DNB Amt | |

10/31/2005  DWB
   184158  Service
              Tel  conf. with Marc Toberoff,

EOMS 00616

**EXHIBIT 76**
**1580**



**Renn Otto, Boisselle, & Sklar, LLP**
The Keith Building
1621 Euclid Avenue
Cleveland, OH 44115
(216) 621-1113



*Invoice submitted to:*
Mr. Mike Siegel
3805 Bendemeer Rd
Cleveland Heights OH 44106

For Period Ending November 30, 2001



11/27/2001 DWB ... tel. conf.
with Mark Toberoff

EOMS 00617

**EXHIBIT 76**
**1581**



**Re___r, Otto, Boisselle, & Sklar, LLP**
The Keith Building
1621 Euclid Avenue
Cleveland, OH 44115
(216) 621-1113

*Invoice submitted to:*
Mr. Mike Siegel
3605 Bendemeer Rd
Cleveland Heights OH 44106

For Period Ending July 31, 2002



7/30/2002  DWB   Tel. conf. with Mark Toberoff

EOMS 00618

**EXHIBIT 76**
**1582**

Re___r, Otto, Boisselle, & Sklar, LLP 
The Keith Building
1621 Euclid Avenue
Cleveland, OH  44115
(216) 621-1113

*Invoice submitted to:*
Mr. Mike Siegel
3605 Bendemeer Rd
Cleveland Heights OH 44106

For Period Ending  November 30, 2002



place call to Toberoff

11/19/2002 DWB  Tel. conf. with Mark Toberoff

For professional services rendered



EOMS 00619

EXHIBIT 76
1583



Re___r, Otto, Boisselle, & Sklar, LLP
The Keith Building
1621 Euclid Avenue
Cleveland, OH 44115
(216) 621-1113

*Invoice submitted to:*
Mr. Mike Siegel
3605 Bendemeer Rd
Cleveland Heights OH 44106

For Period En___



1/16/2003  DWB  Email to Toberoff.

1/23/2003  DWB  Tel. conf. with Marc Toberoff

1/24/2003  DWB  Tel. conf. with Marc Toberoff

EOMS 00620

**EXHIBIT 76**
**1584**

  Re___r, Otto, Boisselle, & Sklar, LLP
The Keith Building
1621 Euclid Avenue
Cleveland, OH 44115
(216) 621-1113

*Invoice submitted to:*
Mr. Mike Siegel
3605 Bendemeer Rd
Cleveland Heights OH 44106

For Period Ending  March 31, 2003



3/4/2003  DWB  Tel. conf. with Marc Toberoff

EOMS 00621

**EXHIBIT 76**
**1585**



## Re___r, Otto, Boisselle, & Sklar, LLP

The Keith Building
1621 Euclid Avenue
Cleveland, OH 44115
(216) 621-1113

*Invoice submitted to:*
Mr. Mike Siegel
3606 Bendemeer Rd
Cleveland Heights OH 44106



For Period Ending April 30, 2003



4/4/2003  DWB  Tel. conf. with Marc Toberoff

EOMS 00622

**EXHIBIT 76**
**1586**

Rer, Otto, Boisselle, & Sklar, LLP 
The Keith Building
1621 Euclid Avenue
Cleveland, OH  44115
(216) 621-1113

*Invoice submitted to:*
Mr. Mike Siegel
3605 Bandemeer Rd
Cleveland Heights OH 44106

For Period Ending  May 31, 2003



5/2/2003  DWB  Tel. conf. with Marc Toberoff

EOMS 00623

**EXHIBIT 76**
**1587**

 

**Re~~~~r. Otto, Boisselle, & Sklar, LLP**
The Keith Building
1621 Euclid Avenue
Cleveland, OH 44116
(216) 621-1113

*Invoice submitted to:*
Mr. Mike Siegel
3605 Bendemeer Rd
Cleveland Heights OH 44106

For Period Ending  June 30, 2003

G0101; Notices of Termination of Copyright Transfer in SUPERMAN

Professional Services



6/3/2003 DWB  Tel. conf. with Toberoff

6/19/2003 DWB  Tel. conf. with Marc Toberoff

EOMS 00624

**EXHIBIT 76**
**1588**



**Ro___er, Otto, Boisselle, & Sklar, LLP___**
The Keith Building
1621 Euclid Avenue
Cleveland, OH  44115
(216) 621-1113

*Invoice submitted to:*
Mr. Mike Siegel
3605 Bandemeer Rd
Cleveland Heights OH 44106

For Period Ending  July 31, 2003



7/21/2003 DWB  Tel. conf. with Marc Toberoff

EOMS 00625

**EXHIBIT 76**
**1589**

 

**Re____r, Otto, Boisselle, & Sklar, LLP**
The Keith Building
1621 Euclid Avenue
Cleveland, OH 44115
(216) 621-1113

*Invoice submitted to:*
Mr. Mike Siegel
3805 Bendemeer Rd
Cleveland Heights OH 44106

For Period Ending  February 28, 2002



2/11/2002  DWB  Tel. conf. with Marc Toberoff, review agreement

EOMS 00626

**EXHIBIT 76**
**1590**

 

**Re___r, Otto, Boisselle, & Sklar, LLP**
The Keith Building
1621 Euclid Avenue
Cleveland, OH 44115
(216) 621-1113

*Invoice submitted to:*
Mr. Mike Siegel
3605 Bendemeer Rd
Cleveland Heights OH 44106

For Period Ending  June 30, 2004



6/3/2004 DWB  Tel. conf. with Marc Toberoff

6/8/2004 DWB  _____ voice mail message
from Mr. Toberoff

EOMS 00627

**EXHIBIT 76**
**1591**


**Re___r, Otto, Boisselle, & Sklar, LLP** 
The Keith Building
1621 Euclid Avenue
Cleveland, OH  44115
(216) 621-1113

*Invoice submitted to:*
Mr. Mike Siegel
3605 Bandsmeer Rd
Cleveland Heights OH 44106

For Period Ending  July 31, 2004



7/6/2004  DWB  Place call to Tobaroff

EOMS 00628

**EXHIBIT 76**
**1592**

 

**Re___r, Otto, Boisselle, & Sklar, LLP**
The Keith Building
1621 Euclid Avenue
Cleveland, OH  44115
(216) 621-1113

*Invoice submitted to:*
Mr. Mike Siegel
3605 Bendemeer Rd
Cleveland Heights OH 44106

For Period Ending  September 30, 2004



9/30/2004  DWB  Tel. conf. with Marc Toberoff

EOMS 00629

**EXHIBIT 76**
**1593**



**Re____r, Otto, Boisselle, & Sklar, LLP**
The Keith Building
1621 Euclid Avenue
Cleveland, OH 44115
(216) 621-1113

*Invoice submitted to:*
Mr. Mike Siegel
3605 Bandemeer Rd
Cleveland Heights OH 44106



For Period Ending October 31, 2004



10/11/2004 DWB  Tel. conf. with Marc Toberoff

10/27/2004 DWB  Tel. conf. with Marc Toberoff

EOMS 00630

**EXHIBIT 76**
**1594**

 

**Ren__r. Otto, Boisselle, & Sklar, LLP**
The Keith Building
1621 Euclid Avenue
Cleveland, OH 44115
(216) 621-1113

November 14, 2007          Invoice #    90477

*Invoice submitted to:*
Mr. Mike Siegel
3605 Bendemeer Rd
Cleveland Heights OH 44106



11/12/2004 DWB                              email to Toberoff

EOMS 00631

**EXHIBIT 76**
**1595**

 

**Re___, Otto, Boisselle, & Sklar, LLP**
The Keith Building
1621 Euclid Avenue
Cleveland, OH 44116
(216) 621-1113

*Invoice submitted to:*
Mr. Mike Siegel
3603 Bendemeer Rd
Cleveland Heights OH 44106

For Period Ending March 31, 2002



3/22/2002 DWB  Tel. conf. with Marc Toberoff

EOMS 00632

**EXHIBIT 76**
**1596**

 **Renn  Otto, Boiselle, & Sklar, LLP** 
The Keith Building
1621 Euclid Avenue
Cleveland, OH 44115
(216) 621-1113

*Invoice submitted to:*
Mr. Mike Siegel
3605 Bendemeer Rd
Cleveland Heights OH 44106

### For Period Ending February 28, 2005



2/17/2005 DWB  Tel. conf. with Marc Toberoff

EOMS 00633

**EXHIBIT 76**
**1597**



**Renr, Otto, Boisselle, & Sklar, LLP**
The Keith Building
1621 Euclid Avenue
Cleveland, OH 44115
(216) 621-1113

*Invoice submitted to:*
Mr. Mike Siegel
3605 Bendemeer Rd
Cleveland Heights OH 44108

For Period Ending  October 31, 2005



10/31/2005 DWB  Tel. conf. with Marc Toberoff

EOMS 00634

**EXHIBIT 76**
**1598**



2/21/2008          Renner, Otto, Boisselle, & Sklar, LLP
5:32 AM            Pre-bill Worksheet                                    Page    701

Nickname       SIEG.L0102 | 38877
Full Name      Mr. Mike Siegel
Address        3605 Bendemeer Rd
               Cleveland Heights OH 44106
Phone 1                       Phone 2
Phone 3                       Phone 4
In Ref To      L0102:  RENNER, OTTO, BOISSELLE & SKLAR vs. ESTATE OF MICHEAL SIEGEL - CASE NO.
               CV-07-620856

| Date | Lawyer | Rate | Hours | Amount | Total |
|------|--------|------|-------|--------|-------|
| ID | Task | Markup % | DNB Time | DNB Amt | |



1/31/2008  JMR
  283041   Service
           Call with Toberoff

EOMS 00635

EXHIBIT 76
1599

Ranner, Otto, Boisselle, & Sklar, LLP

11/22/2007
3:41 AM

Pre-bill Worksheet

Page    716

Nick name        SIEG.ZG0100 | 13640
Full Name        Mr. Mike Siegel
Address          3805 Bendemeer Rd
                 Cleveland Heights OH 44106

Phone 1                              Phone 2
Phone 3                              Phone 4
In Ref To        G0100; General Matters

| Date<br>ID | Lawyer<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| Date: November 2006 | | | | | |
| 11/2/2006 | DWB | | | | |
| 229529 | Service | | | | |
| | Tel. conf. with Marc Toberoff | | | | |



EOMS 00636

EXHIBIT 76
1600



11/22/2007
3:42 AM

Renner, Otto, Boisselle, & Sklar, LLP
Pre-bill Worksheet

Page   734

Nickname      SIEG.ZG0108 | 33237
Full Name     Mr. Melvin H. Banchek
Address       55 Public Square, Suite 918
              Cleveland OH 44113

Phone                          Phone 2
Phone 3                        Phone 4
In Ref To     G0108; Michael Siegel's Death and Estate

| Date ID | Lawyer Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|

Date  August 2006

8/21/2006  DWB
  219736  Service
                              conf. with Toberoff's office

8/23/2006  DWB
  219746  Service
                              email to Toberoff's office

Total, August 2006

EOMS 00637

EXHIBIT 76
1601