# EXHIBIT 76

## Part 2 of 2

Received    May-01-12  04:36pm        From-          -To-          Page 021

11/22/2007                          Renner, Otto, Boisselle, & Skler, LLP
3:41 AM                                      Pre-bill Worksheet                        Page    720

SIEG.ZG0101:Mr. Mike Siegel (continued)

| Date ID | Lawyer Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|-------------|---------------|----------------|----------------|-------|
| 10/24/2001 DWB | | 275.00 | 3.50 | 962.50 | Billable |
| 20643 Service | letter to Mike Siegel | | | | |
| 10/25/2001 DWB | | 275.00 | 1.25 | 343.75 | Billable |
| 20697 Service | Tel. conf. with Mr. Siegel, | | | | |
| 10/29/2001 DWB | | 275.00 | 0.75 | 206.25 | Billable |
| 20720 Service | Confer with John Del Col | | | | |
| 10/30/2001 DWB | | 275.00 | 1.00 | 275.00 | Billable |
| 20724 Service | Meeting with Mike Siegel | | | | |

Total: October 2001                                          9.10                    $2,502.50

Date: November 2001
11/21/2001
24441

| 11/27/2001 DWB | | 275.00 | 1.20 | 330.00 | Billable |
|----------------|---|--------|------|--------|----------|
| 24457 Service | Review email from Mike Siegel, tel. conf. with Mike Siegel, tel. conf. with Mark Toberoff | | | | |

1/29/2001
24467

Total: November 2001                                         2.80                    $770.00

Date: December 2001
12/5/2001 DWB                               275.00    0.10    27.50    Billable
27832 Service
    Place call to Kevin Marks

Total: December 2001                                         0.10                    $27.50

Date  January 2002
1/23/2002
30796

EOMS 00638
Apr-29-2012  04:06 PM

**EXHIBIT 76**
**1602**

11/22/2007
3:41 AM

Renner, Otto, Boisselle, & Sklar, LLP
Pre-bill Worksheet

Page    721

SIEG.2G0101:Mr. Mike Siegel (continued)

| Date ID | Lawyer Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| Total: January 2002 | | | 0.35 | | $98.25 |
| **Date: February 2002** | | | | | |
| 2/11/2002 35125 | DWB Service Tel. conf. with Marc Toberoff, ▮ | 275.00 | 1.45 | 398.75 | Billable |
| 2/12/2002 35128 | DWB Service Tel. conf. with Mr. Siegel | 275.00 | 0.70 | 192.50 | Billable |
| 2/23/2002 35200 | ▮▮▮▮▮ | | | | |
| 2/25/2002 35213 | DWB Service Tel. conf. with Steve Webster, prepare for meeting, meeting with Mike Siegel | 275.00 | 6.75 | 1,856.25 | Billable |
| Total: February 2002 | | | 15.90 | | $4,372.50 |
| **Date: March 2002** | | | | | |
| 3/8/2002 37015 | DWB Service Tel. conf. with Kevin Marks | 275.00 | 1.50 | 412.50 | Billable |
| 3/12/2002 37049 | ▮▮▮▮▮ | | | | |
| 3/14/2002 37158 | DWB Service Tel. conf. with Mr. Siegel, ▮ | 275.00 | 0.45 | 123.75 | Billable |
| 3/15/2002 37161 | DWB Service Tel. conf. with Ms Siegel | 275.00 | 0.35 | 96.25 | Billable |
| 3/22/2002 37342 | DWB Service Tel. conf. with Marc Toberoff | 275.00 | 0.70 | 192.50 | Billable |
| Total: March 2002 | | | 3.40 | | $935.00 |

EOMS 00639

EXHIBIT 76
1603

Received   May-01-12   04:36pm    From—    —To—    Page 023

11/22/2007
3:41 AM

Renner, Otto, Boisselle, & Sklar, LLP
Pre-bill Worksheet

Page   722

SIEG.ZG0101:Mr. Mike Siegel (continued)

| Date ID Task | Lawyer | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| Date: May 2002 | | | | | |
| 5/8/2002  44646 | DWB Service Prepare letter to Marks, email to Mike Siegel | 290.00 | 0.80 | 232.00 | Billable |
| 5/9/2002  44654 | DWB Service Prepare report | 290.00 | 0.75 | 217.50 | Billable |
| 5/10/2002  44660 | DWB Service Revise and sent letter to Marks, reply to correspondence from Mr. Siegel | 290.00 | 1.20 | 348.00 | Billable |
| 5/20/2002  44954 | DWB Service Review and reply to email from Mike Siegel | 290.00 | 0.40 | 116.00 | Billable |
| 5/21/2002  44866 | DWB Service Email report to Mike Siegel | 290.00 | 0.20 | 58.00 | Billable |
| 5/22/2002  44874 | DWB Service Letter to attorney for DC Comics re medical insurance | 290.00 | 0.30 | 87.00 | Billable |
| 5/23/2002  44891 | DWB Service Tel. conf. with Kevin Marks | 290.00 | 0.40 | 116.00 | Billable |
| Total  May 2002 | | | 4.05 | $1,174.50 | |
| Date: July 2002 | | | | | |
| 7/8/2002  51678 | DWB Service Tel. conf. with Mike Siegel | 290.00 | 0.30 | 87.00 | Billable |
| 7/15/2002  51740 | ▮▮▮▮▮▮▮▮▮▮▮▮ | | | | |
| 7/19/2002  51767 | DWB Service ▮▮▮▮▮ tel. conf. with Mike Siegel | 290.00 | 3.00 | 870.00 | Billable |
| 7/30/2002  51850 | DWB Service Tel. conf. with Mark Toberoff, tel. conf. with Kevin Marks | 290.00 | 0.90 | 261.00 | Billable |

PAGE  23/ 34

Apr.29.2012  04:06 PM

EOMS 00640
EXHIBIT 00640

EXHIBIT 76
1604

Received    May-01-12    04:35pm    From-    -To-    Page 025

11/22/2007                          Renner, Otto, Boisselle, & Sklar, LLP
3:41 AM                                     Pre-bill Worksheet                              Page   724

SIEG-ZG0101:Mr. Mike Siegel (continued)

| Date ID | Lawyer Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 9/24/2002 | DWB | 280.00 | 0.40 | 116.00 | Billable |
| 59767 | Service | | | | |
| | Email to Marks re status, review email from Mike Siegel | | | | |
| 9/26/2002 | DWB | 290.00 | 1.10 | 319.00 | Billable |
| 59800 | Service | | | | |
| | Tel. conf. with Kevin Marks, tel. conf. with Mike Siegel | | | | |
| 9/27/2002 | DWB | 290.00 | 1.30 | 377.00 | Billable |
| 59808 | Service | | | | |
| | Review letters from Joanne Siegel, tel. conf. with Mike Siegel | | | | |
| 9/29/2002 | DWB | 290.00 | 0.35 | 101.50 | Billable |
| 59831 | Service | | | | |
| | Review letter from Laura Siegel | | | | |
| Total September 2002 | | | 6.05 | | $1,754.50 |

Date: October 2002

| | | | | | |
|---|---|---|---|---|---|
| 10/1/2002 | | | | | |
| 62797 | ████████████████████████████████ | | | | |
| 10/5/2002 | DWB | 290.00 | 2.25 | 652.50 | Billable |
| 62831 | Service | | | | |
| | Meeting with Mike Siegel | | | | |
| 10/7/2002 | DWB | 290.00 | 1.40 | 406.00 | Billable |
| 62840 | Service | | | | |
| | Mike Siegel | | | | |
| 10/29/2002 | DWB | 290.00 | 1.00 | 290.00 | Billable |
| 63032 | Service | | | | |
| | Meeting with Mike Siegel | | | | |
| Total: October 2002 | | | 6.65 | | $1,928.50 |

Date: November 2002

| | | | | | |
|---|---|---|---|---|---|
| 11/11/2002 | DWB | 290.00 | 0.40 | 116.00 | Billable |
| 65290 | Service | ████████ place call to Toberoff | | | |
| 11/19/2002 | DWB | 290.00 | 1.00 | 290.00 | Billable |
| 65347 | Service | | | | |
| | Tel. conf. with Mark Toberoff | | | | |

EOMS 00641

**EXHIBIT 76**
**1605**

Received  May-01-12  04:36pm    From—    —To—    Page 026

11/22/2007                          Renner, Otto, Boisselle, & Sklar, LLP
3:41 AM                                      Pre-bill Worksheet                              Page    726

SIEG.ZG0101:Mr. Mike Siegel (continued)

| Date ID | Lawyer Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 1/25/2002 65409 | ███████████ | | | | |
| **Total: November 2002** | | | 1.70 | | $493.00 |
| **Date: January 2003** | | | | | |
| 1/15/2003 71840 | DWB Service Review file, correspondence with Mr. Siegel | 290.00 | 0.40 | 116.00 | Billable |
| 1/16/2003 71853 | DWB Service Email to Toberoff, review and reply to email from Mike Siegel | 290.00 | 0:35 | 101.50 | Billable |
| 1/22/2003 71912 | ███████████ | | | | |
| 1/23/2003 71923 | DWB Service Tel. conf. with Marc Toberoff | 290.00 | 0.60 | 174.00 | Billable |
| 1/24/2003 71947 | DWB Service Tel. conf. with Marc Toberoff | 290.00 | 0.50 | 145.00 | Billable |
| 1/28/2003 71978 | DWB Service Legal research, report to Mike Siegel | 290.00 | 1.00 | 290.00 | Billable |
| 1/29/2003 71991 | DWB Service Tel. conf. with Mike Siegel | 290.00 | 0.60 | 174.00 | Billable |
| **Total: January 2003** | | | 9.45 | | $2,740.50 |
| **Date: March 2003** | | | | | |
| 3/4/2003 78629 | DWB Service Tel. conf. with Marc Toberoff | 290.00 | 0.45 | 130.50 | Billable |

EOMS 00642
EOMS 00642

**EXHIBIT 76**
**1606**

Received   May-01-12   04:35pm       From—       —To—       Page 027

11/22/2007                          Renner, Otto, Boisselle, & Sklar, LLP
3:41 AM                                    Pro-bill Worksheet
                                                                                        Page    726

SIEG.ZG0101:Mr. Mike Siegel (continued)

| Date ID | Lawyer Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| Total: March 2003 | | | 0.45 | | $130.50 |
| **Date: April 2003** | | | | | |
| 4/4/2003 DWB 81944 | Service Tel. conf. with Marc Toberoff | 305.00 | 0.35 | 106.75 | Billable |
| 4/14/2003 81994 | | | | | |
| 4/15/2003 DWB 82001 | Service Reply to email from Mike Siegel | 305.00 | 0.25 | 76.25 | Billable |
| Total, April 2003 | | | 2.30 | | $701.50 |
| **Date: May 2003** | | | | | |
| 5/2/2003 DWB 84972 | Service Tel. conf. with Marc Toberoff | 305.00 | 0.30 | 91.50 | Billable |
| 5/7/2003 85003 | | | | | |
| 5/8/2003 DWB 85007 | Service Tel. conf. with Steve Webster, report to Mr. Siegel | 305.00 | 0.40 | 122.00 | Billable |
| 5/12/2003 85044 | | | | | |
| Total, May 2003 | | | 1.90 | | $579.50 |
| **Date: June 2003** | | | | | |
| 6/3/2003 DWB 88053 | Service Tel. conf. with Toberoff re offer for rights | 305.00 | 0.40 | 122.00 | Billable |

PAGE. 27/34                                                     Apr. 29. 2012  04:07 PM
                                                               EOMS 0DOCS 00643

**EXHIBIT 76**
**1607**



11/22/2007
3:4' AM

Renner, Otto, Boisselle, & Sklar, LLP
Pre-bill Worksheet

Page   727

SIEG ZG0101:Mr. Mike Siegel (continued)

| Date ID | Lawyer Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 6/10/2003 88115 | DWB | | | | |
| 6/17/2003 88176 | | | | | |
| 6/18/2003 88185 | | | | | |
| 6/19/2003 88194 | | | | | |
| 6/23/2003 88203 | DWB Service Report to Mr. Siegel | 305.00 | 0.30 | 91.50 | Billable |
| Total: June 2003 | | | 2.90 | | $884.50 |
| Date: July 2003 7/14/2003 92810 | | | | | |
| 7/21/2003 92834 | DWB Service Tel. conf. with Marc Toberoff | 305.00 | 0.40 | 122.00 | Billable |
| Total: July 2003 | | | 1.80 | | $549.00 |
| Date: August 2003 8/11/2003 94820 | | | | | |
| Total: August 2003 | | | 0.60 | | $183.00 |

Apr-29-2012  04:07 PM

EOMS 000015 00644

**EXHIBIT 76**
**1608**

*LEGAL RESEARCH*

11/22/2007
3:41 AM

Renner, Otto, Boisselle, & Sklar, LLP
Pre-bill Worksheet

Page    729

SIEG ZG0101:Mr. Mike Siegel (continued)



| Date ID | Lawyer Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 4/6/2004 119416 | | | | | |
| 4/12/2004 119417 | | | | | |
| 4/15/2004 119418 | | | | | |
| 4/16/2004 119419 | | | | | |
| 4/19/2004 119421 | | | | | |
| 4/20/2004 119422 | | | | | |
| Total April 2004 | | | 18.70 | | $1,840.50 |
| Date: May 2004 | | | | | |
| 5/10/2004 123457 | DWB Service Tel. conf. with Mike Siegel | 315.00 | 0.30 | 94.50 | Billable |
| Total May 2004 | | | 0.30 | | $94.50 |
| Date: June 2004 | | | | | |
| 6/3/2004 127249 | DWB Service Tel. conf. with Marc Toberoff | 315.00 | 0.60 | 189.00 | Billable |
| 6/6/2004 127267 | DWB Service Review and reply to emails from Mr. Siegel and voice mail message from Mr. Toberoff | 315.00 | 0.60 | 189.00 | Billable |
| 6/21/2004 127366 | DWB Service Review and reply to email, prepare for meeting , meeting with Mr. Siegel | 315.00 | 3.40 | 1,071.00 | Billable |

Apr 29 2012 04:08 PM    EOMS 0B0940S 00645

EXHIBIT 76
1609

Received    May-01-12  04:35pm    From-    -To-    Page 031

11/22/2007  
3:41 AM

Renner, Otto, Boisselle, & Sklar, LLP  
Pre-bill Worksheet

Page    730

SIEG ZG0101:Mr. Mike Siegel (continued)

| Date ID | Lawyer Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| Total: June 2004 | | | 4.60 | | $1,449.00 |
| Date: July 2004 | | | | | |
| 7/6/2004 130901 | DWB Service Place call to Toberoff | 315.00 | 0.10 | 31.50 | Billable |
| Total: July 2004 | | | 0.10 | | $31.50 |
| Date: August 2004 | | | | | |
| 8/2/2004 134042 | DWB Service Forward estate papers to Steve Webster | 315.00 | 0.30 | 94.50 | Billable |
| Total: August 2004 | | | 0.30 | | $94.50 |
| Date: September 2004 | | | | | |
| 9/30/2004 138716 | DWB Service Tel. conf. with Marc Toberoff re purchase offer | 315.00 | 0.60 | 189.00 | Billable |
| Total: September 2004 | | | 0.60 | | $189.00 |
| Date: October 2004 | | | | | |
| 10/5/2004 141956 | DWB Service Review file, prepare report, email to Mike Siegel | 315.00 | 0.90 | 283.50 | Billable |
| 10/11/2004 141993 | DWB Service Tel. conf. with Marc Toberoff re offer | 315.00 | 0.40 | 126.00 | Billable |
| 10/13/2004 142008 | DWB Service ▮▮▮▮▮ tel. confs. with Marc Toberoff | 315.00 | 0.80 | 252.00 | Billable |
| 10/27/2004 142106 | DWB Service Tel. conf. with Marc Toberoff | 315.00 | 0.30 | 94.50 | Billable |
| 10/28/2004 142122 | DWB Service Tel. conf. with Mike Siegel | 315.00 | 0.30 | 94.50 | Billable |

PAGE  31/ 34

EOMS 00646

**EXHIBIT 76**  
**1610**

11/22/2007
3:41 AM

Renner, Otto, Boisselle, & Sklar, LLP
Pre-bill Worksheet

Page   731

SIEG.ZG0101:Mr. Mike Siegel (continued)

| Date ID | Lawyer Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|-------------|--------------|----------------|----------------|-------|
| Total: October 2004 | | | 2.70 | | $850.50 |
| **Date: November 2004** | | | | | |
| 11/4/2004 145609 | ██████████ | | | | |
| 11/12/2004 145666 | ██████████ | | | | |
| Total: November 2004 | | | 2.40 | | $756.00 |
| **Date: December 2004** | | | | | |
| 12/6/2004 DWB 147974 | Service Review and reply to email from Mike Siegel | 315.00 | 0.30 | 94.50 | Billable |
| Total: December 2004 | | | 0.30 | | $94.50 |
| **Date: February 2005** | | | | | |
| 2/17/2005 DWB 155843 | Service Tel. conf. with Marc Toberoff | 315.00 | 0.50 | 157.50 | Billable |
| Total: February 2005 | | | 0.50 | | $157.50 |
| **Date: May 2005** | | | | | |
| 5/8/2005 DWB 165782 | Service Review and reply to email from Mike Siegel | 330.00 | 0.30 | 99.00 | Billable |
| Total: May 2005 | | | 0.30 | | $99.00 |
| **Date: July 2005** | | | | | |
| 7/25/2005 DWB 173249 | Service Review pleadings schedule and request copies | 330.00 | 0.50 | 165.00 | Billable |
| Total: July 2005 | | | 0.50 | | $165.00 |

EOMS 00042S 00647

**EXHIBIT 76**
**1611**

Received  May-01-12  04:36pm    From-    -To-    Page 033



11/22/2007                          Renner, Otto, Boisselle, & Sklar, LLP
3:41 AM                             Pre-bill Worksheet                                    Page    732

SIEG ZG0101:Mr. Mike Siegel (continued)        RESOTMENT

| Date ID | Lawyer Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| Date: August 2005 | | | | | |
| 8/2/2006 176556 | | | | | |
| 8/3/2005 176573 | | | | | |
| Total August 2005 | | | 14.00 | | $1,400.00 |
| Date: September 2005 | | | | | |
| 9/30/2005 180768 | KMG Service Created Motion to Intervene. | 100.00 | 0.80 | 80.00 | Billable |
| Total September 2005 | | | 0.80 | | $80.00 |
| Date: October 2005 | | | | | |
| 10/3/2005 184480 | KMG Service Created Motion to Intervene. | 100.00 | 1.00 | 100.00 | Billable |
| 10/4/2005 184489 | KMG Service Created Motion to Intervene. | 100.00 | 1.00 | 100.00 | Billable |
| 10/12/2005 184524 | KMG Service Created Motion to Intervene. | 100.00 | 1.00 | 100.00 | Billable |
| 10/31/2005 184158 | DWB Service Tel conf. with Marc Toberoff, meeting with Mike Siegel | 330.00 | 1.90 | 627.00 | Billable |
| Total October 2005 | | | 4.90 | | $927.00 |
| Date: November 2005 | | | | | |
| 11/2/2005 185812 | KMG Service Created Motion to Intervene. | 100.00 | 1.80 | 180.00 | Billable |

EOMS 00346 00648

EXHIBIT 76
1612

**Renn[●] Otto, Boisselle, & Sklar, LLP**
The Keith Building
1621 Euclid Avenue
Cleveland, OH 44115
(216) 621-1113

*Invoice submitted to:*
Mr. Mike Siegel
3805 Bendemeer Rd
Cleveland Heights OH 44106

### For Period Ending  November 30, 2001

G0101; Notices of Termination of Copyright Transfer in SUPERMAN

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  |  | $275.00/hr |  |
| 11/27/2001 | DWB | Review email from Mike Siegel, tel. conf. with Mike Siegel, tel. conf. with Mark Toberoff | 1.20 | 330.00 |
| 11/29/2001 |  |  | $275.00/hr |  |
|  |  |  | $275.00/hr |  |
|  |  | For professional services rendered | 2.80 | $770.00 |

EOMS 0BOMS 00649

**EXHIBIT 76**
**1613**

**Re___r, Otto, Boisselle, & Sklar, LLP**
The Keith Building
1621 Euclid Avenue
Cleveland, OH 44115
(216) 621-1113

*Invoice submitted to:*
Mr. Mike Siegel
3605 Bendemeer Rd
Cleveland Heights OH 44106

For Period Ending  July 31, 2002

G0101; Notices of Termination of Copyright Transfer in SUPERMAN

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/8/2002 | DWB | Tel. conf. with Mike Siegel | 0.30 $290.00/hr | 87.00 |
| 7/15/2002 | | | | |
| 7/19/2002 | | | $290.00/hr | |
| 7/30/2002 | DWB | Tel. conf. with Mark Toberoff, tel. conf. with Kevin Marks | 0.90 $290.00/hr | 261.00 |
| 7/31/2002 | DWB | Review statements and outstanding charges, confer with Accountant | 0.75 $290.00/hr | 217.50 |
| | | For professional services rendered | 5.45 | $1,580.50 |

EOMS 00945 00650

**EXHIBIT 76**
**1614**

**Renr, Otto, Boisselle, & Sklar, LLP** 
The Keith Building
1621 Euclid Avenue
Cleveland, OH 44115
(216) 621-1113

*Invoice submitted to:*
Mr. Mike Siegel
3605 Bendemeer Rd
Cleveland Heights OH 44106

For Period Ending  November 30, 2002

G0101; Notices of Termination of Copyright Transfer in SUPERMAN

Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| 11/11/2002  DWB  Review Siegel letter, place call to Toberoff | 0.40 $290.00/hr | 116.00 |
| 11/19/2002 DWB  Tel. conf. with Mark Toberoff | 1.00 $290.00/hr | 280.00 |
| 11/26/2002 ███████████████ | 0.30 $290.00/hr | 87.00 |
| For professional services rendered | 1.70 | $493.00 |

EOMS 0BO96S 00651

**EXHIBIT 76**
**1615**

 

**Reiner, Otto, Boisselle, & Sklar, LLP**
The Keith Building
1621 Euclid Avenue
Cleveland, OH 44115
(216) 621-1113

*Invoice submitted to:*
Mr. Mike Siegel
3605 Bendemeer Rd
Cleveland Heights OH 44106

### For Period Ending January 31, 2003

G0101; Notices of Termination of Copyright Transfer in SUPERMAN

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/15/2003 DWB | Review file, correspondence with Mr. Siegel | | 0.40 $290.00/hr | 116.00 |
| 1/16/2003 DWB | Email to Toberoff, review and reply to email from Mike Siegel | | 0.35 $290.00/hr | 101.50 |
| 1/22/2003 | ████████████████████████████████████████ | | | |
| 1/23/2003 DWB | Tel. conf. with Marc Toberoff | | 0.60 $290.00/hr | 174.00 |
| 1/24/2003 DWB | Tel. conf. with Marc Toberoff | | 0.50 $290.00/hr | 145.00 |
| 1/28/2003 DWB | Legal research, report to Mike Siegel | | 1.00 $290.00/hr | 290.00 |
| 1/29/2003 DWB | Tel. conf. with Mike Siegel | | 0.60 $290.00/hr | 174.00 |
| | For professional services rendered | | 9.45 | $2,740.50 |

**EXHIBIT 76**
**1616**

**Rer▓▓r, Otto, Boisselle, & Sklar, LLP** 
The Keith Building
1621 Euclid Avenue
Cleveland, OH 44115
(216) 621-1113

*Invoice submitted to:*
Mr. Mike Siegel
3605 Bendemeer Rd
Cleveland Heights OH 44106

For Period Ending March 31, 2003

G0101; Notices of Termination of Copyright Transfer in SUPERMAN

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| 3/4/2003 DWB  Tel. conf. with Marc Toberoff | 0.45<br>$290.00/hr | 130.50 |
| For professional services rendered | 0.45 | $130.50 |

**EXHIBIT 76**
**1617**

 

**Re____r, Otto, Boisselle, & Sklar, LLP**
The Keith Building
1621 Euclid Avenue
Cleveland, OH  44115
(216) 621-1113

*Invoice submitted to:*
Mr. Mike Siegel
3605 Bendemeer Rd
Cleveland Heights OH 44106

For Period Ending  April 30, 2003

G0101; Notices of Termination of Copyright Transfer in SUPERMAN

Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| 4/4/2003 DWB  Tel. conf. with Marc Toberoff | 0.35 $305.00/hr | 106.75 |
| 4/14/2003 ████████████████████████ | | |
| 4/15/2003 DWB  Reply to email from Mike Siegel | 0.25 $305.00/hr | 76.25 |
| For professional services rendered | 2.30 | $701.50 |

EOMS 0B0395S 00654

**EXHIBIT 76**
**1618**

Re___r, Otto, Boisselle, & Sklar, LLP 
The Keith Building
1621 Euclid Avenue
Cleveland, OH 44115
(216) 621-1113

*Invoice submitted to:*
Mr. Mike Siegel
3605 Bendemeer Rd
Cleveland Heights OH 44106

For Period Ending  May 31, 2003

G0101: Notices of Termination of Copyright Transfer in SUPERMAN

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/2/2003 | DWB | Tel. conf. with Marc Toberoff | 0.30 $305.00/hr | 91.50 |
| 5/7/2003 | | ████████████████████ | | |
| 5/8/2003 | DWB | Tel. conf. with Steve Webster; report to Mr. Siegel | 0.40 | 122.00 |
| 5/12/2003 | | ████████████████████ | | |
| | For professional services rendered | | 1.90 | $579.50 |

EXHIBIT 76
1619

 

**Re~~~r, Otto, Boisselle, & Sklar, LLP**
The Keith Building
1621 Euclid Avenue
Cleveland, OH 44115
(216) 621-1113

*Invoice submitted to:*
Mr. Mike Siegel
3605 Bendemeer Rd
Cleveland Heights OH 44106

For Period Ending  June 30, 2003

G0101; Notices of Termination of Copyright Transfer in SUPERMAN

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/3/2003 | DWB | Tel. conf. with Toberoff re offer for rights | 0.40<br>$305.00/hr | 122.00 |
| 6/10/2003 |  |  |  |  |
| 6/17/2003 |  |  |  |  |
| 6/18/2003 |  |  | ~~$305.00/hr~~ |  |
| 6/19/2003 | DWB | Tel. conf. with Marc Toberoff regarding proposal | 0.40<br>$305.00/hr | 122.00 |
| 6/23/2003 | DWB | Report to Mr. Siegel | 0.30<br>$305.00/hr | 91.50 |
|  |  | For professional services rendered | 2.90 | $864.50 |

EOMS 00656

**EXHIBIT 76**
**1620**

**Re....er, Otto, Boisselle, & Sklar, LLP**
The Keith Building
1621 Euclid Avenue
Cleveland, OH 44115
(216) 621-1113

*Invoice submitted to:*
Mr. Mike Siegel
3605 Bendemeer Rd
Cleveland Heights OH 44106

For Period Ending  July 31, 2003

G0101; Notices of Termination of Copyright Transfer in SUPERMAN

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/14/2003 | DWB | ███████████████ | 1.40 $305.00/hr | 427.00 |
| 7/21/2003 | DWB | Tel. conf. with Marc Toberoff | 0.40 $305.00/hr | 122.00 |
| | | For professional services rendered · | 1.80 | $549.00 |

EOMS 0B2002S 00657

**EXHIBIT 76**
**1621**

 r, Otto, Boisselle, & Sklar, LLP 
The Keith Building
1621 Euclid Avenue
Cleveland, OH  44115
(216) 621-1113

*Invoice submitted to:*
Mr. Mike Siegel
3605 Bendemeer Rd
Cleveland Heights OH 44106

For Period Ending  February 28, 2002

G0101: Notices of Termination of Copyright Transfer in SUPERMAN

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/11/2002 | DWB | Tel. conf. with Marc Toberoff, ▉▉▉▉▉ | 1.45 $275.00/hr | 398.75 |
| 2/12/2002 | DWB | Tel. conf. with Mr. Siegel | 0.70 $275.00/hr | 192.50 |
| 2/23/2002 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | | $275.00/hr | |
| 2/25/2002 | DWB | Tel. conf. with Steve Webster, prepare for meeting, meeting with Mike Siegel | 6.75 $275.00/hr | 1,856.25 |
| | | For professional services rendered | 15.90 | $4,372.50 |

EOMS 00658

**EXHIBIT 76**
**1622**

**Reer, Otto, Boisselle, & Sklar, LLP**
The Keith Building
1621 Euclid Avenue
Cleveland, OH 44115
(216) 621-1113

*Invoice submitted to:*
Mr. Mike Siegel
3605 Bendemeer Rd
Cleveland Heights OH 44106

For Period Ending June 30, 2004

G0101; Notices of Termination of Copyright Transfer in SUPERMAN

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 6/3/2004 DWB | Tel. conf. with Marc Toberoff | 0.60 $315.00/hr | 189.00 |
| 6/8/2004 DWB | Review and reply to emails from Mr. Siegel and voice mail message from Mr. Toberoff | 0.60 $315.00/hr | 189.00 |
| 6/21/2004 DWB | Review and reply to email, prepare for meeting , meeting with Mr. Siegel | 3.40 $315.00/hr | 1,071.00 |
| | For professional services rendered | 4.60 | $1,449.00 |

EOMS 0B2004S 00659

**EXHIBIT 76**
**1623**

## Re____r, Otto, Boisselle, & Sklar, LLP

The Keith Building
1621 Euclid Avenue
Cleveland, OH  44115
(216) 621-1113

Invoice submitted to:
Mr. Mike Siegel
3605 Bandemeer Rd
Cleveland Heights OH 44106

#### For Period Ending  July 31, 2004

G0101; Notices of Termination of Copyright Transfer in SUPERMAN

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 7/6/2004 DWB  Place call to Toberoff | | 0.10 $315.00/hr | 31.50 |
| For professional services rendered | | 0.10 | $31.50 |

EOMS 0B20S 00660

**EXHIBIT 76**
**1624**

### Re____r, Otto, Boisselle, & Sklar, LLP 
The Keith Building
1621 Euclid Avenue
Cleveland, OH  44115
(216) 621-1113

*Invoice submitted to:*
Mr. Mike Siegel
3605 Bendemeer Rd
Cleveland Heights OH 44106

#### For Period Ending  September 30, 2004

G0101: Notices of Termination of Copyright Transfer in SUPERMAN

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 9/30/2004 DWB | Tel. conf. with Marc Toberoff re purchase offer | 0.60<br>$315.00/hr | 189.00 |
| | For professional services rendered | 0.60 | $189.00 |

EOMS 0B20AS 00661

**EXHIBIT 76**
**1625**

**Re____r, Otto, Boisselle, & Sklar, LLP**
The Keith Building
1621 Euclid Avenue
Cleveland, OH  44115
(216) 621-1113

Invoice submitted to:
Mr. Mike Siegel
3805 Bandemeer Rd
Cleveland Heights OH 44106

For Period Ending  October 31, 2004

G0101; Notices of Termination of Copyright Transfer in SUPERMAN

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/5/2004 | DWB | Review file, prepare report, email to Mike Siegel | 0.90<br>$315.00/hr | 283.50 |
| 10/11/2004 | DWB | Tel. conf. with Marc Toberoff re offer | 0.40<br>$315.00/hr | 126.00 |
| 10/13/2004 | DWB | _____ tel. confs. with Marc Toberoff | 0.80<br>$315.00/hr | 252.00 |
| 10/27/2004 | DWB | Tel. conf. with Marc Toberoff | 0.30<br>$315.00/hr | 94.50 |
| 10/28/2004 | DWB | Tel. conf. with Mike Siegel | 0.30<br>$315.00/hr | 94.50 |
| | | For professional services rendered | 2.70 | $850.50 |

EXHIBIT 76
1626

Renner, Otto, Boisselle, & Sklar, LLP 
The Keith Building
1621 Euclid Avenue
Cleveland, OH 44115
(216) 621-1113

November 14, 2007                    Invoice #    90477

*Invoice submitted to:*
Mr. Mike Siegel
9605 Bendemeer Rd
Cleveland Heights OH 44106

For Period Ending  November 30, 2004

G0101; Notices of Termination of Copyright Transfer in SUPERMAN

Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| 11/4/2004 | | |
| 11/12/2004 | | |
| For professional services rendered | 2.40 | $756.00 |

EOMS 0B2008S 00663

**EXHIBIT 76**
**1627**

**Re____r, Otto, Boisselle, & Sklar, LLP** 
The Keith Building
1621 Euclid Avenue
Cleveland, OH 44115
(216) 621-1113

Invoice submitted to:
Mr. Mike Siegel
3605 Bendemeer Rd
Cleveland Heights OH 44106

### For Period Ending  March 31, 2002

G0101: Notices of Termination of Copyright Transfer in SUPERMAN

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 3/8/2002 | DWB  Tel. conf. with Kevin Marks | 1.50 $275.00/hr | 412.50 |
| 3/12/2002 | ▉▉▉▉▉▉▉▉▉▉▉▉ | $275.00/hr | |
| 3/14/2002 | ▉▉▉▉▉▉▉▉▉▉▉▉ | | |
| 3/15/2002 | DWB  Tel. conf. with Ms Siegel | 0.35 $275.00/hr | 96.25 |
| 3/22/2002 | DWB  Tel. conf. with Marc Toberoff | 0.70 $275.00/hr | 192.50 |
| | For professional services rendered | 3.40 | $936.00 |

**EXHIBIT 76**
**1628**

### Renn Otto, Boisselle, & Sklar, LLP

The Keith Building
1621 Euclid Avenue
Cleveland, OH 44115
(216) 621-1113

*Invoice submitted to:*
Mr. Mike Siegel
3805 Bendemeer Rd
Cleveland Heights OH 44106

For Period Ending February 28, 2005

G0101: Notices of Termination of Copyright Transfer in SUPERMAN

Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| 2/17/2005 DWB  Tel. conf. with Marc Toberoff | 0.50 $315.00/hr | 157.50 |
| For professional services rendered | 0.50 | $157.50 |

EOMS 00005 00665

**EXHIBIT 76**
**1629**

Received   May-01-12   05:38pm   From-                    -To-                    Page 012

### Ren�r, Otto, Boisselle, & Sklar, LLP 
The Keith Building
1621 Euclid Avenue
Cleveland, OH  44115
(216) 621-1113

*Invoice submitted to:*
Mr. Mike Siegel
3605 Bendemeer Rd
Cleveland Heights OH 44106

**For Period Ending  October 31, 2005**

G0101; Notices of Termination of Copyright Transfer in SUPERMAN

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 10/3/2005 KMG  Created Motion to Intervene. | | 1.00 $100.00/hr | 100.00 |
| 10/4/2005 KMG  Created Motion to Intervene. | | 1.00 $100.00/hr | 100.00 |
| 10/12/2005 KMG  Created Motion to Intervene. | | 1.00 $100.00/hr | 100.00 |
| 10/31/2005 DWB  Tel. conf. with Marc Toberoff, meeting with Mike Siegel | | 1.90 $330.00/hr | 627.00 |
| For professional services rendered | | 4.90 | $927.00 |

PAGE. 12/ 37                                                                   EOMS 00666

**EXHIBIT 76**
**1630**

Received    May-01-12   05:38pm    From-    -To-    -01-    Page 014

2/21/2008          Renner, Otto, Boisselle, & Sklar, LLP
5:32 AM                 Pre-bill Worksheet                                           Page    701

Nickname        SIEG.L0102 | 38877
Full Name       Mr. Mike Siegel
Address         3605 Bendemeer Rd
                Cleveland Heights OH 44106

Phone 1                           Phone 2
Phone 3                           Phone 4
In Ref To       L0102; RENNER, OTTO, BOISSELLE & SKLAR vs. ESTATE OF MICHEAL SIEGEL - CASE NO.
                CV-07-820856

| Date ID | Lawyer Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| Date: May 2006 | | | | | |
| 5/31/2006 | DWB | 345.00 | 0.20 | 69.00 | Billable |
| 208070 | Service | | | | Hold |
| | Review and sign engagement letter, email to counsel | | | | |
| Total  May 2006 | | | 0.00 | | $0.00 |
| | Hold | | 0.20 | $69.00 | |
| Date: November 2007 | | | | | |
| 11/7/2007 | DWB | 360.00 | 1.50 | 540.00 | Billable |
| 276613 | Service | | | | Hold |
| | Assemble documentation | | | | |
| Total  November 2007 | | | 0.00 | | $0.00 |
| | Hold | | 1.50 | $540.00 | |
| Date: January 2008 | | | | | |
| 1/11/2008 | DWB | 360.00 | 3.00 | 1,080.00 | Billable |
| 282904 | Service | | | | |
| | Work on declaration | | | | |
| 1/14/2008 | EAB | 120.00 | 0.20 | 24.00 | Billable |
| 282284 | Service | | | | |
| | Attention to case law research. | | | | |
| 1/17/2008 | DWB | 360.00 | 2.00 | 720.00 | Billable |
| 282931 | Service | | | | |
| | Prepare expert report | | | | |
| 1/29/2008 | JMR | 285.00 | 0.75 | 213.75 | Billable |
| 283035 | Service | | | | |
| | Attention to hearing issues; call with court re scheduling; call to Siegel counsel | | | | |
| 1/31/2008 | JMR | 285.00 | 1.00 | 285.00 | Billable |
| 283041 | Service | | | | |
| | Call with Toberoff firm re hearing on 2/1; review reply and opposition brief re same. | | | | |

EOMS 00012 00667

EXHIBIT 76
1631

11/22/2007                        Renner, Otto, Boisselle, & Sklar, LLP
3:41 AM                                Pre-bill Worksheet                                    Page   716

Nickname        SIEG.ZG0100 | 13840
Full Name       Mr. Mike Siegel
Address         3605 Bendemeer Rd
                Cleveland Heights OH 44106
Phone 1                          Phone 2
Phone 3                          Phone 4
In Ref To       G0100; General Matters

| Date ID | Lawyer Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| Date: November 2006 | | | | | |
| 11/2/2006 | DWB | 346.00 | 0.30 | 103.50 | Billable |
| 229529 | Service | | | | |
| | Tel. conf. with Marc Toberoff | | | | |
| Total: November 2006 . . . | | | 0.30 | | $103.50 |
| TOTAL | Billable Fees | | 0.30 | | $103.50 |

| Date ID | Lawyer Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| Date: July 2002 | | | | | |
| 7/22/2002 | EXPENSE | 60.99 | 1.000 | 60.99 | Billable |
| 54322 | Misc. | | | | |
| | Flowers for Ms. Bella Siegel. [71332] | | | | |
| Total July 2002 | | | | | $60.99 |
| TOTAL | Billable Costs | | | | $60.99 |

| | | | | Amount | Total |
|---|---|---|---|---|---|
| Total of Fees (Time Charges) | | | | | $103.50 |
| Total of Costs (Expense Charges) | | | | | $60.99 |
| Total new charges | | | | | $164.49 |
| Total New Balance | | | | | $164.49 |

EOMS 000103 00668

**EXHIBIT 76**
**1632**

Received   May-01-12   05:38pm   From-   -To-   Page 023

11/22/2007
3:42 AM

Renner, Otto, Boisselle, & Sklar, LLP
Pre-bill Worksheet

Page   734

Nickname         SIEG.ZG0108 | 33237
Full Name        Mr. Melvin H. Banchek
Address          55 Public Square, Suite 918
                 Cleveland OH 44113
Phone            Phone 2
Phone 3          Phone 4
In Ref To        G0108; Michael Siegel's Death and Estate

| Date ID | Lawyer Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| Date: May 2006 | | | | | |
| 5/31/2006 DWB | | 345.00 | 0.20 | 69.00 | Billable |
| 208070 Service | | | | | |
| | Review and sign engagement letter, email to counsel | | | | |
| | | | | | |
| .otal: May 2006 | | | 0.20 | | $69.00 |
| | | | | | |
| Date  August 2006 | | | | | |
| 8/21/2006 DWB | | 345.00 | 0.50 | 172.50 | Billable |
| 219738 Service | | | | | |
| | Tel. conf. with Steve Ott, tel. conf. with Toberoff's office | | | | |
| | | | | | |
| 8/23/2006 DWB | | 345.00 | 0.80 | 276.00 | Billable |
| 219748 Service | | | | | |
| | Tel. conf. with Mel Banchek, email to Toberoff's office, tel. conf. with Toberoff's office, office conference re representation | | | | |
| | | | | | |
| Total. August 2006 | | | 1.30 | | $448.50 |
| | | | | | |
| TOTAL | Billable Fees | | 1.50 | | $517.50 |

| Date ID | Lawyer Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| Date: July 2006 | | | | | |
| 7/31/2006 EXPENSE | | 230.04 | 1.000 | 230.04 | Billable |
| 216351 O/B Prof. Serv | | | | | |
| | Outside Professional Services rendered by Ott & Associates. [2000566] | | | | |
| | | | | | |
| Total July 2006 | | | | | $230.04 |
| | | | | | |
| TOTA.. | Billable Costs | | | | $230.04 |

*Duplicate of P.703 + 715*

| | | | | Amount | Total |
|---|---|---|---|---|---|
| Total of Fees (Time Charges) | | | | | $617.60 |

EOMS 00669
EOMS 00669

**EXHIBIT 76**
**1633**

**Laura Siegel Larson**
**6400 Pacific Avenue #106**
**Playa Del Rey, CA 90293**

November 2, 2002

Michael Siegel
3605 Bendemeer Rd.
Cleveland Heights, Ohio 44118

Dear Michael,

Thank you for your very nice letter of October 2nd. I truly appreciate your understanding of the difficulty of my divorce. You did not mention how your mother is doing. I hope that means she has improved and is home with you again.

This has been a very busy month involving various aspects of the Superman and Superboy rights. Enclosed you will find a copy of a letter my mother and I have sent to Lillian Laserson, the General Counsel of DC Comics and Roger Zissu and Carol Simkin of DC's outside law firm, Fross Zelnick Lerhman & Zissu, P.C. Under the terms of the Tolling Agreement, these letters had to be sent at the conclusion of negotiations with DC so that the Tolling Agreement is terminated as well.

We were shocked by the change of attitude we saw in Bruce Ramer and Kevin Marks from the time we retained them to recent months. In the beginning they appeared to be very much on our side, determined to get justice for us and they vowed to work hard for us in negotiations versus DC and AOL Time Warner. Toward the end of 2001, there was a shift. They started pressuring us to lower our expectations and to take an offer we did not want. They increasingly seemed to be siding with DC against our interests. We never made any outright acceptance of the DC deal. Kevin tried to scare us by saying if we didn't take DC's "final offer" they'd probably sue us.

Between February and May of this year we became so dissatisfied with their representation and the revolting offer from DC that we asked for a meeting with Kevin on May 22nd planning to fire them then and there. In the meeting, we decided to give Kevin one last chance. He wanted to redraft DC 's February 1st proposal along the lines of the last discussion he had had with John Schulman. We gave Kevin conditional permission to do just that but it was not to be sent out if we did not approve of it. As you know it was unacceptable and we fired Gang, Tyre, Ramer & Brown and notified DC, etc. that negotiations were over.

That terrible letter from Kevin in which he threatened to testify against us if called into court was the last straw. We are glad to be rid of them.

It came as quite a surprise to my mother and me that everyone but us--Arthur Levine, Kevin Marks, you, and Don Bulson--knew about the interest of Marc Toberoff and Ari Emmanuel in the properties as far back as 2001 and no one ever mentioned it to us until Kevin's letter of August, 2002. It was very interesting to hear from you that you and Don Bulson were contacted in Nov., 2001. It's a shame that Kevin kept them from contacting us and that he did

EOMS 00670

**EXHIBIT 76**
**1634**

Page 2
Nov. 2, 2002

not inform us of them or their offer until August 2002.

My mother and I have had extensive meetings with Toberoff and Emmanuel in the past few weeks. We learned that due to the delays and the misinformation Kevin had given them that there was a deal with DC, the billionaire investor who was offering $15 million up front plus participation thought it was a hopeless situation and invested his money elsewhere. We were very impressed with Toberoff and Emmanuel, however, and have signed them as our new representatives. Not only do they have a first hand knowledge of the real value of properties that are adapted to TV and film, it is possible that the top talent that Emmanuel's Endeavor Agency represents (top stars, directors, producer-writers) could be successfully packaged with Siegel properties. They have other ideas as well. In addition, Toberoff, the attorney, has a successful track record of representing creator-writers and their heirs who have been screwed by the studios. This makes them a good fit with Superman and other Siegel creations. They consider DC's last offer to us ridiculous. They are currently putting together a strategy that will be much more aggressive than anything that Marks or Ramer ever did. We are hopeful that they will bring matters to a satisfying conclusion.

I now have two new divorce lawyers and my ex is continuing to represent himself. He doesn't care how much this costs me or that it's taking money away from the children. The latest on that front is that he didn't like a ruling the judge made in my favor by extending the restraining order against him. So he's taking it to the Court of Appeals and trying to get it dismissed on a technicality. This is, of course, time consuming, upsetting and very expensive.

I have boxes and boxes of divorce, copyright and financial paperwork everywhere in my small place--even all over my bed--including the records of Superman expenses I xeroxed for you a long time ago. When my ceilings had to be ripped out and replaced, and I had to pack things up and move out for awhile, things got even harder to locate. As soon as I find the papers that pertain to you, I'll put them in the mail along with my mother's.

I hope you will stay well as the weather changes and that the increasing cold doesn't make your arthritis act up. We're all sick here. I've had a throat and sinus infection for three weeks now. The antibiotics I've taken haven't worked and I have a lot of pounding headaches. I'm also having a flare-up of my Multiple Sclerosis with increased numbness and tingling. I fell down three times in the last few days, once onto a pile of carton boxes. I also suffer from chronic fatigue and need rest badly. My mom has bronchitis, Michael's asthma has been bothering him and James fractured his wrist playing flag football. His cast just came off this week. Here's hoping it won't be a bad winter and we'll all be better soon.

Best wishes for the holidays,

*Laura*

Laura

EOMS 00671

**EXHIBIT 76**
**1635**



11/22/2007                                    Renner, Otto, Boisselle, & Sklar, LLP
3 41 AM                                              Pre-bill Worksheet                          Page    723

SIEG.ZG0101:Mr. Mike Siegel (continued)

| Date ID | Lawyer Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 7/31/2002 | DWB | | | | |
| 51860 | Service | | | | |
| Total July 2002 | | | 5.45 | | $1,580.50 |
| Date: August 2002 | | | | | |
| 8/1/2002 | DWB | 290.00 | 0.40 | 116.00 | Billable |
| 55729 | Service | | | | |
| | Tel. conf. with Mike Siegel | | | | |
| 8/12/2002 | | | | | |
| 55794 | | | | | |
| 8/13/2002 | DWB | 290.00 | 0.60 | 174.00 | Billable |
| 55802 | Service | | | | |
| | Tel. conf. with Mike Siegel | | | | |
| 8/22/2002 | DWB | | | | |
| 55851 | Service | | | | |
| 8/29/2002 | DWB | 290.00 | 0.40 | 116.00 | Billable |
| 55877 | Service | | | | |
| | Tel. conf. with Mike Siegel | | | | |
| Total August 2002 | | | 5.15 | | $1,493.50 |
| Date: September 2002 | | | | | |
| 9/3/2002 | DWB | 290.00 | 1.70 | 493.00 | Billable |
| 58353 | Service | | | | |
| | tel. conf. with Kevin Marks | | tel. conf. | | |
| | with Mike Siegel | | | | |
| 9/4/2002 | DWB | 290.00 | 0.80 | 232.00 | Billable |
| 58370 | Service | | | | |
| | Draft letter | | | | |
| 9/20/2002 | | | | | |
| 59754 | | | | | |

EOMS 00672
EOMS 00672

**EXHIBIT 76**
**1636**

**Michael Siegel**

| | |
|---|---|
| **From:** | <MToberoff@aol.com> |
| **To:** | <msiegel@core.com> |
| **Sent:** | Saturday, November 17, 2001 8:24 |
| **Attach:** | Marc Toberoff references.rtf |
| **Subject:** | Your Rights |

Privileged & Confidential

Michael:

I am very glad to have located you, which wasn't easy since there are about 2,000 Michael Siegels in the US. Please be assured that I am contacting you about a very important and confidential matter.

I am an intellectual property attorney (admitted to both the New York and California Bars) who specializes in upholding the rights of creators and their heirs in entertainment properties. If you provide me with a fax number I can fax (or FedEx if you prefer) some articles on me in the New York Times, Variety and The Hollywood Reporter.

Based upon my research I am absolutely convinced that you retain important rights with respect to your father Jerome Siegel's work, including Superman. This is true, in addition to or notwithstanding whatever will or estate your father may have left.

As a preliminary matter, have you signed (or have you been asked to sign) anything regarding such rights? If so, depending on the circumstances, such documents may not necessarily prevent or preclude your future rights, and it would be worthwhile to examine this issue more closely.

I am willing to work "on spec" on a purely success driven basis to help you to receive the full benefit of your rights. That is, I would charge no hourly legal fees and I would pay all out-of-pocket costs involved. This is how I normally work so my clients have no risk from fully investigating, analyzing and enforcing their rights. I normally achieve very beneficial results this way.

I have attached a list of references of people who I believe were simialrly situated to you whom I represented very successfully. Feel free to contact them.

Even if you believe you own no rights, or even if you think you have signed them away in prior dealings I sincerely hope you look into this a bit further with me. It certainly will do harm to contact me, discuss the matter and get a fresh perspective of your situation (without any cost to you).

I don't mind communicating by e-mail, but initially we should meet and discuss the situation over the phone. It will give you a better sense of who I am and hopefully a better understanding and greater sense of security with respect to this matter.

11/17/2001

**CONFIDENTIAL**

EOMS 00673

**EXHIBIT 76**
**1637**

Page 2 of 2

I welcome the opportunity to speak with you at your earliest convenience. The best number is (310) 589-5151 or you can always try my mobile phone: (310) 989-0920. My fax is (310) 589-5152.

I will hold all our communications as strictly privileged and confidential and would hope that you would do the same for me.

Marc Toberoff

11/17/2001

CONFIDENTIAL                                         EOMS 00010S 00674

**EXHIBIT 76**
**1638**

**Marc Toberoff references:**

1.    Mike Ralston, son of Gilbert Ralston, (deceased) writer/creator of "*The Wild Wild West*" (re: rights dispute with CBS and Warner Bros.):    (843) 883-3811

2.    Joe Swerling, Jr., son of the famous Joe Swerling (wrote the book for "*Guys & Dolls*," etc.):    (323) 856-7350.

3.    Rocky Kalish, co-writer of "*Gilligan's Island*" pilot (represented in dispute against the other co-writer/co-creator):    (818) 384-2998

4.    Steve Pirosh, son of Robert Pirosh (deceased) prolific writer/creator of TV series "*Combat!*" and Marx Brothers' movies, etc.:    (805) 542-7746

5.    Roy Huggins (creator of *The Fugitive, The Rockford Files, Maverick*, etc.):    (310) 476-7892.

CONFIDENTIAL

EOMS 0B2AS 00675

**EXHIBIT 76**
**1639**

# IN THE COURT OF COMMON PLEAS
## CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| RENNER, OTTO, BOISSELLE, & SKLAR, LLP | ) | CASE NO.    CV-07-620856 |
| c/o Don W. Bulson, Esq. | ) | |
| 1621 Euclid Avenue, 19th Floor | ) | |
| Cleveland, Ohio 44115 | ) | JUDGE JOAN SYNENBERG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ESTATE OF MICHAEL SIEGEL | ) | |
| c/o Melvin Banchek | ) | |
| 55 Public Square, Suite 918 | ) | **AFFIDAVIT OF** |
| Cleveland, Ohio 44113 | ) | **DEBORAH A. WILCOX** |
| | ) | |
| Defendant. | ) | |

DEBORAH A. WILCOX, being duly sworn, state as follows:

1.     The information contained herein is based on my personal knowledge and is true and accurate to the best of my knowledge and belief.

2.     I am a partner with the law firm of Baker & Hostetler LLP in its Cleveland office. I serve as the Co-Chair of the firm's Intellectual Property Litigation Practice Team. My practice area encompasses complex intellectual property counseling and litigation, including copyright counseling and infringement litigation.

3.     I have been practicing law with Baker & Hostetler LLP, located in their Cleveland office, since 1987.

4.     I earned a J.D. degree from the University of Wisconsin-Madison in 1987.

5.     I have been admitted to the Ohio State Bar since 1987.

4

EOMS 00676

**EXHIBIT 76**
**1640**

6.     Based on my experience at Baker & Hostetler LLP, based in the Cleveland, Ohio office, I am familiar with the range of the customary hourly rates for legal fees charged by experienced intellectual property law attorneys practicing in the area of copyright, including counseling, negotiation, transactional work and infringement litigation in the Northern Ohio geographic area.

7.     The range for a customary and reasonable hourly rate for an experienced intellectual property law attorney to handle the foregoing copyright matters in the Northern Ohio area and specifically in the greater Cleveland area is from $250 to $575.

8.     My customary hourly rate for copyright infringement litigation matters is $475 per hour.  This is the hourly rate that I am currently charging for my services to render my professional opinion for the above-captioned matter.  Other senior partners at Baker & Hostetler LLP currently charge in the range of $355 per hour to $625 per hour for general counseling, transactional matters and litigation relating to copyright.

9.     I have reviewed the billing statements of Renner, Otto, Boisselle & Sklar, LLP (herein "Renner Otto") and background information in respect of said firm's representation of Michael Siegel pursuant to a contingent fee agreement entered into between Mr. Siegel and Renner Otto.  A copy of the contingent fee agreement is appended as Exhibit A and a copy of the billing statements is appended as Exhibit B.

10.     Based on my personal knowledge and experience as outlined above, it is my professional opinion to a reasonable degree of professional certainty that (1) the hourly rates charged by Renner Otto during its course of representation of Michael Siegel are within the range of the reasonable and customary hourly rates in Northeastern Ohio for partners and associates with copyright experience to handle the type of copyright

EOMS 00677

**EXHIBIT 76**
**1641**

matters reflected in the billing statements and (2) the time spent on the tasks is reasonable.

11.     Based on my personal knowledge and experience as outlined above, it is my professional opinion to a reasonable degree of professional certainty that the contingency agreement between Michael Siegel and Renner Otto is reasonable, given the nature of the representation.  The agreement provides for Renner Otto to receive as compensation for attorneys' services and expenses, 33% of all proceeds ("Proceeds") derived from Michel Siegel's present and future interests in the copyrights in each and every work (in any medium whatsoever, whenever created) that includes or embodies any character, story element, or indicia reasonably associated with SUPERMAN or the SUPERMAN stories, such as, without limitation, Superman, Clark Kent, Lois Lane, Perry White, Jimmy Olsen, Superboy, Supergirl, Lana Lang, Lex Luthor, Mr. MXYZTPLK (also known as Mr. MXYZPTLK), Ma and Pa Kent, Steel, the planet Krypton, Kryptonite, Metropolis, Smallville, or the Daily Planet.

12.     The contingency agreement also obligated Michael Siegel to reimburse Renner Otto for monies advanced for expenses reasonably necessary to the performance of services pursuant to the contingency agreement.

Further Affiant sayeth naught.

_____
DEBORAH A. WILCOX

Sworn to and subscribed before me this _18th_ day of January 2008.

_____
Notary Public

MARGARET M. BANNAN, NOTARY PUBLIC
In and For the State of Ohio
My commission Expires March 18, 2008
Recorded in Lake County

501675194.1, Wilcox Affidavit

4

EOMS 00678

**EXHIBIT 76**
**1642**

## ATTORNEY-CLIENT AGREEMENT

Agreement made this $\mathcal{26}$ day of December, 1997, in Cleveland, Ohio.

Michael Siegel ("Client") of 3605 Bendemeer Road Cleveland Heights, Ohio 44118, hereby retains and employs Renner, Otto, Boisselle & Sklar, L.L.P. ("Attorneys") to represent Client in negotiations with third parties in regard to any present or future interest Client has in copyrights relating to Client's father's creation of SUPERMAN, Client being the son of Jerry Siegel who, with his co-creator, created SUPERMAN, and such other activities reasonably necessary to the protection and enforcement of any such present or future copyright interest.

It is agreed and understood that this retention and employment is upon a contingent fee basis.  Therefore, if there is no recovery of money, client will not be indebted to attorneys for any sum whatsoever as *attorney fees*.

Client agrees that if Attorneys advance monies for expenses reasonably necessary in Attorneys' opinion to their performance of services hereunder, Client agrees to reimburse Attorneys for such expenses upon demand or from Proceeds, as hereinafter defined.

As compensation for attorneys' services and expenses, client agrees that attorneys shall receive 33% of all proceeds ("Proceeds") derived from SIEGEL's present and future interests in the copyrights in each and every work (in any medium whatsoever, whenever created) that includes or embodies any character, story element, or indicia reasonably associated with SUPERMAN or the SUPERMAN stories, such as, without limitation, Superman, Clark Kent, Lois Lane, Perry White, Jimmy Olsen, Superboy, Supergirl, Lana Lang, Lex Luthor, Mr. MXYZTPLK (also known as Mr. MXYZPTLK), Ma and Pa Kent, Steel, the planet Krypton, Kryptonite, Metropolis, Smallville, or the Daily Planet.

Attorneys shall have the right to withdraw provided that Attorneys take reasonable steps to avoid foreseeable prejudice to the rights of Client.  In the event of such withdrawal, (1) Attorneys shall have no further obligation to provide any further representation of the Client, (2) Client will reimburse Attorneys from any Proceeds received by Client for all expenses paid by

Page 1 of 2

EOMS 00679

**EXHIBIT 76**
**1643**

## ATTORNEY-CLIENT AGREEMENT

Attorneys on Client's behalf, (3) Client will pay to Attorneys from any Proceeds received by Client the value of the attorney fees rendered based on the hourly charges for services rendered by Attorneys, and (4) Client will further pay to Attorneys, as a risk assumption factor, 3% of the Proceeds, however obtained, whether by agreement, settlement, judgement or otherwise.

Client agrees that Attorneys may retain, subject to Client's approval, co-counsel who may participate in the above attorney fees without additional cost to Client.

From any Proceeds coming into the Attorneys' possession, Attorneys are authorized by Client to deduct any payments due Attorneys before paying the balance to Client, and for such purposes, Attorneys are authorized to receive and endorse, in the name of Client, all checks coming into Attorneys possession in respect of Proceeds.

Attorneys make no representations or promises regarding the success of any negotiations or the recovery of any Proceeds relating hereto.

Client                                          Renner, Otto, Boisselle & Sklar, L.L.P.

Michael Siegel                                  Don W. Bulson, Partner

Date: 12/26/97                                  Date: 1 - 5 - 98

C:\Siegel\AGR-02.wpd

Page 2 of 2

EOMS 00680

**EXHIBIT 76**
**1644**