1  DANIEL M. PETROCELLI (S.B. #097802)
   dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
   mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
   cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA 90067-6035
   Telephone: (310) 553-6700
6  Facsimile: (310) 246-6779

7  Attorneys for Plaintiff DC Comics

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10  DC COMICS, | Case No. CV 10-3633 ODW (RZx) |
| 11         Plaintiff, | **[PROPOSED] ORDER GRANTING DC COMICS' MOTION FOR RECONSIDERATION OF MAY 23, 2011, ORDER DENYING MOTION FOR REVIEW RE: PRODUCTION OF DEFENDANTS' CONSENT AGREEMENT** |
| 12         v. | |
| 13  PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive, | |
| | Hon. Otis D. Wright II |
| 19         Defendants. | |

1  Good cause appearing, IT IS HEREBY ORDERED that DC Comics' Motion For Reconsideration Of May 23, 2011, Order Denying Motion For Review Re: Production Of Defendants' Consent Agreement ("DC's Motion") is GRANTED.

    1. Within 48 hours after issuance of this order, defendants are hereby ordered to produce to DC any and all copies of the "Consent Agreement" discussed in DC's Motion (including any and all documents identified in entries 2157 and 2165 of defendants' privilege log).  Within 30 days after issuance of this order, defendants Marc Toberoff, Mark Warren Peary, and Laura Siegel Larson are hereby ordered to appear for deposition and to provide complete responses to DC's questions concerning the Consent Agreement and related documents.

    2. Within 48 hours after issuance of this order, defendants are hereby ordered to produce to DC any and all drafts of the Consent Agreement and related communications.  If defendants have a good-faith basis to assert privilege over parts or all of these drafts or communications, defendants must produce to DC within 72 hours of this order supplemental privilege logs that specifically list and describe in detail such documents, as well as all bibliographic information required for such logs, as set forth in WILLIAM W. SCHWARZER ET AL., RUTTER GROUP PRACTICE GUIDE:  FEDERAL CIVIL PROCEDURE BEFORE TRIAL §§ 11:1918-11:1921 (2012).

    IT IS SO ORDERED.


Dated: _____          _____
                                           Honorable Otis D. Wright, II
                                           Judge, United States District Court