1   DANIEL M. PETROCELLI (S.B. #097802)
      dpetrocelli@omm.com
2   MATTHEW T. KLINE (S.B. #211640)
      mkline@omm.com
3   CASSANDRA L. SETO (S.B. #246608)
      cseto@omm.com
4   O'MELVENY & MYERS LLP
    1999 Avenue of the Stars, 7th Floor
5   Los Angeles, CA  90067-6035
    Telephone:   (310) 553-6700
6   Facsimile:    (310) 246-6779

7   Attorneys for Plaintiff DC Comics

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11  DC COMICS,                          | Case No. CV 10-3633 ODW (RZx)

12              Plaintiff,              | DECLARATION OF DANIEL M.
                                          PETROCELLI IN SUPPORT OF
13        v.                            | DC COMICS' MOTION FOR
                                          RECONSIDERATION OF MAY 23,
14  PACIFIC PICTURES                      2011, ORDER DENYING MOTION
    CORPORATION, IP WORLDWIDE,            FOR REVIEW RE: PRODUCTION
15  LLC, IPW, LLC, MARC TOBEROFF,         OF DEFENDANTS' CONSENT
    an individual, MARK WARREN            AGREEMENT
16  PEARY, as personal representative of
    the ESTATE OF JOSEPH SHUSTER,       | Hon. Otis D. Wright II
17  JEAN ADELE PEAVY, an individual,
    LAURA SIEGEL LARSON, an            | Hearing Date:    November 12, 2012
18  individual and as personal           Hearing Time:    1:30 p.m.
    representative of the ESTATE OF       Courtroom:        11
19  JOANNE SIEGEL, and DOES 1-10,
    inclusive,
20
                Defendants.
21

22

23

24

25

26

27

28

## <u>TABLE OF CONTENTS</u>

| Exhibit | Description | Page |
|---------|-------------|------|
| A | Joint Venture Agreement dated as of November 23, 2001, between Pacific Pictures Corporation and Jean A. Peavy and Mark Warren Peary. | 4 |
| B | Letter agreement dated as of October 3, 2002, between IP Worldwide, LLC, and Joanne Siegel and Laura Siegel Larson. | 8 |
| C | Letter agreement dated October 27, 2001, between Pacific Pictures Corporation and Mark Warren Peary, as executor of the Estate of Joseph Shuster. | 12 |
| D | Letter from Michael Bergman to Marc Toberoff dated June 24, 2008. | 16 |
| E | Reporter's Transcript of Proceedings on January 14, 2009, in *Siegel*. | 18 |
| F | Letter from Daniel M. Petrocelli to Mr. Toberoff dated May 14, 2010. | 40 |
| G | Letter from Mr. Petrocelli to Mr. Toberoff and Laura Brill dated July 11, 2011. | 41 |
| H | Email from Aaron Hayden to Mr. Toberoff dated July 12, 2011. | 399 |
| I | July 11 through July 18, 2011, email chain between Cassandra Seto and Keith Adams. | 401 |
| J | Email from Ms. Seto to Mr. Toberoff dated July 20, 2011. | 403 |
| K | Letter from Mr. Tokoro to Mr. Toberoff and Mr. Kendall dated August 17, 2012. | 404 |
| L | Letter from Mr. Adams to Mr. Tokoro dated August 27, 2012. | 752 |
| M | August 27 through August 28, 2012 email chain between Mr. Tokoro and Pablo Arredondo. | 757 |

| Exhibit | Description | Page |
|:---:|:---|:---:|
| N | Tentative Order Granting Plaintiff's Motion For Partial Summary Judgment dated August 30, 2012. | 758 |
| O | Excerpts from the transcript of the June 29, 2011, deposition of defendant Mark Warren Peary. | 777 |
| P | Excerpts from the transcription of the July 22, 2011, deposition of defendant Laura Siegel Larson. | 821 |
| Q | Excerpts from the transcription of the September 18, 2012, deposition of Mr. Toberoff. | 844 |
| R | Letter from Mr. Kline to Mr. Kendall dated August 7, 2012. | 860 |

## DECLARATION OF DANIEL M. PETROCELLI

I, Daniel M. Petrocelli, declare and state:

1.      I am an attorney licensed to practice in the State of California and admitted to the Central District of California.  I am a partner at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics ("DC") in this case.  I make this declaration in support of DC Comics' Motion For Reconsideration Of May 23, 2011, Order Denying Motion For Review Re: Production Of Illicit Consent Agreement.  I am lead counsel for DC in this action, and I have personal knowledge of the matters set forth in this declaration.

2.      Attached hereto as Exhibit A is a true and correct copy of the "Joint Venture Agreement" between Pacific Pictures Corporation, on the one hand, and Jean Peavy and Mark Warren Peary, on the other hand, dated November 23, 2001.

3.      Attached hereto as Exhibit B is a true and correct copy of an agreement between IP Worldwide, LLC, on the one hand, and Joanne Siegel and Laura Siegel Larson, on the other hand, dated "As of October 3, 2002."

4.      Attached hereto as Exhibit C is a true and correct copy of an agreement between Pacific Pictures Corporation, on the one hand, and Mark Warren Peary, as the executor of the Estate of Joseph Shuster, on the other hand, dated October 27, 2003.

5.      Attached hereto as Exhibit D is a true and correct copy of a letter from Michael Bergman to Marc Toberoff dated June 24, 2008.

6.      Attached hereto as Exhibit E is a true and correct copy of a transcript of a January 14, 2009, hearing in *Siegel v. Time Warner, Inc.*, Case No. CV-04-8776 ODW (RZx).

7.      Attached hereto as Exhibit F is a true and correct copy of a letter from me to Mr. Toberoff dated May 14, 2010.

8.      Attached hereto as Exhibit G is a true and correct copy of a letter from me to Mr. Toberoff and Laura Brill dated July 11, 2011.

1

9. Attached hereto as Exhibit H is a true and correct copy of an email from my former colleague Aaron Hayden to defendants' counsel dated July 12, 2011.

10. Attached hereto as Exhibit I is a true and correct copy of an email chain between my colleague Cassandra Seto and Keith Adams dated from July 11 through July 18, 2012.

11. Attached hereto as Exhibit J is a true and correct copy of an email from Ms. Seto to Mr. Toberoff dated July 20, 2012.

12. Attached hereto as Exhibit K is a true and correct copy of a letter from my colleague Jason Tokoro to Mr. Toberoff and Richard Kendall dated August 17, 2012.

13. Attached hereto as Exhibit L is a true and correct copy of a letter from Mr. Adams to Mr. Tokoro dated August 27, 2012.

14. Attached hereto as Exhibit M is a true and correct copy of an email from Mr. Tokoro to Mr. Adams dated August 28, 2012.

15. Attached hereto as Exhibit N is a true and correct copy of this Court's "Tentative Order" dated August 30, 2012.

16. Attached hereto as Exhibit O is a true and correct copy of excerpts from the transcript of the June 29, 2011, deposition of defendant Mark Warren Peary. Should the Court wish to review the transcript in its entirety, it can be found at Docket Entry 305-37.

17. Attached hereto as Exhibit P is a true and correct copy of excerpts from the transcription of the July 22, 2011, deposition of defendant Laura Siegel Larson. Should the Court wish to review the transcript in its entirety, it can be found at Docket Entry 304-24.

18. Attached hereto as Exhibit Q is a true and correct copy of excerpts from the transcription of the September 18, 2012, deposition of Mr. Toberoff.

PETROCELLI DECL. ISO DC'S
MOTION FOR RECONSIDERATION

1   Should the Court wish to review the transcript in its entirety, it can be found at

2   Docket Entry 493-1 at 92-407.

3        19.    Attached hereto as Exhibit R is a true and correct copy of a letter from

4   Mr. Kline to Mr. Kendall dated August 7, 2012.

5        I declare under penalty of perjury under the laws of the State of California

6   and the United States that the foregoing is true and correct.  Executed this 10th day

7   of October, 2012, at Los Angeles, California.

8        /s/ Daniel M. Petrocelli

9        Daniel M. Petrocelli

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PETROCELLI DECL. ISO DC'S
MOTION FOR RECONSIDERATION