# EXHIBIT

# H

**From:** Hayden, Aaron
**Sent:** Tuesday, July 12, 2011 7:23 PM
**To:** 'mtoberoff@ipwla.com'; 'Keith Adams'; 'lbrill@kbkfirm.com'
**Cc:** Petrocelli, Daniel; Kline, Matthew; Seto, Cassandra
**Subject:** DC Comics v. PPC

Counsel,

Following up on our letter from yesterday, three exchanges cited in the body of the letter were not highlighted in Appendix A. Those exchanges are:

<u>Page 196</u>

| | | |
|---|---|---|
| 15:51:15 | 1 | Q. Did you have any discussion about giving |
| 15:51:21 | 2 | away 50 percent of your rights to a joint venture? |
| 15:51:26 | 3 | A. Yes. |
| 15:51:29 | 4 | Q. With whom? |
| 15:51:29 | 5 | A. Marc Toberoff. |
| 15:51:31 | 6 | Q. What did you and he discuss on that |
| 15:51:34 | 7 | subject? |
| 15:51:40 | 8 | MR. TOBEROFF: I instruct you not to answer |
| 15:51:41 | 9 | as to the substance of our discussions. |
| 15:51:44 | 10 | (Instruction not to answer.) |

<u>Page 204</u>

| | | |
|---|---|---|
| 16:01:39 | 8 | Q. So what did you learn from Mr. Toberoff |
| 16:01:44 | 9 | that was different from what you signed in 2001? |
| 16:01:49 | 10 | MR. TOBEROFF: I'm instructing you not to |
| 16:01:52 | 11 | answer. I've already let -- let -- give the gist of |
| 16:01:56 | 12 | it, and I'm sure Mr. Petrocelli could figure out the |
| 16:01:58 | 13 | rest on his own. |
| 16:02:00 | 14 | THE WITNESS: Okay. |
| 16:02:01 | 15 | (Instruction not to answer.) |

<u>Page 243</u>

1

# EXHIBIT H

**399**

```
16:48:16  5   BY MR. PETROCELLI:

16:48:19  6        Q.  Have you ever come to learn that

16:48:23  7   Mr. Toberoff had discussions with the Siegels about

16:48:27  8   an investor who would buy their Superman rights?

16:48:35  9             MR. TOBEROFF:  You can only answer that if

16:48:39 10   you have knowledge independent of your discussions

16:48:39 11   with me.

16:48:41 12             THE WITNESS:  I don't have knowledge

16:48:43 13   independent of my discussions.

16:48:45 14             MR. TOBEROFF:  Then I instruct you not to

16:48:47 15   answer.

16:48:47 16             (Instruction not to answer.)

16:48:47 17   BY MR. PETROCELLI:

16:48:48 18        Q.  Did you have discussions with Mr. Toberoff

16:48:51 19   on that topic in 2002?

16:48:55 20             MR. TOBEROFF:  Same instruction.

16:48:55 21             (Instruction not to answer.)
```

**Aaron Hayden**
**O'Melveny & Myers LLP**
1999 Avenue of the Stars, Suite 700
Los Angeles, CA 90067
(310) 246-8560
ahayden@omm.com

*This message and any attached documents contain information from the law firm*
*of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are*
*not the intended recipient, you may not read, copy, distribute, or use this*
*information. If you have received this transmission in error, please notify the*
*sender immediately by reply e-mail and then delete this message.*

**EXHIBIT H**
**400**

# EXHIBIT

# I

| | |
|---|---|
| **From:** | Keith Adams [kgadams@ipwla.com] |
| **Sent:** | Monday, July 18, 2011 4:30 PM |
| **To:** | Seto, Cassandra |
| **Cc:** | Kline, Matthew; Petrocelli, Daniel; Marc Toberoff |
| **Subject:** | Re: FW: DC Comics v. PPC |

Counsel:

We'll need to make the call at 10:30 a.m., rather than 10.

Keith G. Adams
Toberoff & Associates, P.C.
2049 Century Park East, Suite 3630
Los Angeles, CA 90067
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: kgadams@ipwla.com
http://www.ipwla.com

This message and any attached documents may contain information from
Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read,
copy, distribute or use this information. If you have received this transmission in error, please notify the sender
immediately by reply e-mail and then delete this message.

--- On **Thu, 7/14/11, Seto, Cassandra <cseto@OMM.com>** wrote:

From: Seto, Cassandra <cseto@OMM.com>
Subject: FW: DC Comics v. PPC
To: "Keith Adams" <kgadams@ipwla.com>, "Marc Toberoff" <mtoberoff@ipwla.com>
Cc: "Petrocelli, Daniel" <DPetrocelli@OMM.com>, "Kline, Matthew" <MKline@OMM.com>
Date: Thursday, July 14, 2011, 9:07 AM

Counsel,


July 20 is confirmed.  Let's talk at 10am PDT.


Again, we wish you'd make time sooner than next week, and not always wait until the last day or two to meet
and confer.


Thank you,


Cassie

1
# EXHIBIT I
**401**

**From:** Keith Adams [mailto:kgadams@ipwla.com]
**Sent:** Wednesday, July 13, 2011 1:23 PM
**To:** Petrocelli, Daniel; Kline, Matthew; Seto, Cassandra
**Cc:** Marc Toberoff
**Subject:** Re: DC Comics v. PPC


Counsel:

In light of Mr. Bulson and Ms. Larson's upcoming depositions, and DC's rescheduling of Mr. Marks' deposition, defendants are available to meet-and-confer as to the contents of Mr. Petrocelli's letter and Mr. Peary's deposition on July 20-21, 2011.

Keith G. Adams
Toberoff & Associates, P.C.
2049 Century Park East, Suite 3630
Los Angeles, CA 90067
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: kgadams@ipwla.com
http://www.ipwla.com

This message and any attached documents may contain information from
Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

--- On **Mon, 7/11/11, Seto, Cassandra *<cseto@OMM.com>*** wrote:


From: Seto, Cassandra <cseto@OMM.com>
Subject: DC Comics v. PPC
To: "Marc Toberoff" <mtoberoff@ipwla.com>, "Keith Adams" <kgadams@ipwla.com>, "Laura Brill" <lbrill@kbkfirm.com>
Cc: "Petrocelli, Daniel" <DPetrocelli@OMM.com>, "Kline, Matthew" <MKline@OMM.com>
Date: Monday, July 11, 2011, 7:02 PM

Dear Counsel,

Please see the attached letter from Dan Petrocelli.

Thanks,
Cassie

**EXHIBIT I**
**402**

# EXHIBIT

# J

**From:** Seto, Cassandra
**Sent:** Wednesday, July 20, 2011 6:38 PM
**To:** Marc Toberoff; 'Keith Adams'
**Cc:** Petrocelli, Daniel; Kline, Matthew
**Subject:** DC Comics v. PPC

Marc,

This is to confirm our call of this morning. You said that you reviewed our lengthy meet-and-confer letter concerning Mr. Peary's deposition and found no possible basis for compromise, so DC should file its motion, and defendants will oppose it.

We asked if you would identify the privilege log entries that correspond to the conflict waiver Mr. Peary signed in 2010. Rough Transcript at 85-86 (Question: "Did you receive any disclosures from Mr. Toberoff regarding potential or actual conflict of interest? Answer: Yes. Q: In what form? A: He sent a ... letter, a waiver, a document .... Q: Did you sign that document? A: Yes .... Q: When was it signed? A: 2010, I believe."); 90 (Q: Mr. Peary, with respect to the conflict of interest document that you signed in or about 2010 ..., [d]id you understand that that document that you signed pertained to the 2008 consent agreement? Objection: ... I instruct you not to answer regarding the contents of the consent agreement -- it's a conflict waiver which is listed on the privilege log and privileged.") Your colleague, Mr. Adams, responded that: (1) Magistrate Zarefsky ruled that defendants didn't have to give any additional information concerning their logs; and (2) in any event, in Mr. Peary's deposition corrections (which you said he would produce next month), he might indicate the alleged waiver was signed in 2009. These positions are not sustainable. Magistrate Zarefsky never ruled on this specific log entry, and we only requested this detail after Mr. Peary's deposition. Moreover, your refusal to tell us now when the alleged waiver was signed -- when that is a knowable fact, right now -- can only be designed to obfuscate and delay.

At the end of the call, you raised issues concerning Dawn Peavy and Kevin Marks' depositions, which we responded to in a separate email.

Cassie

**Cassandra L. Seto**
**O'Melveny & Myers LLP**
1999 Avenue of the Stars, Suite 700, Los Angeles, California 90067
Telephone: 310.246.6703 | Facsimile: 310.246.6779

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

1

**EXHIBIT J**
**403**