# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV-10-03633-ODW(RZx) | Date | October 11, 2012 |
|---|---|---|---|
| Title | DC Comics v. Pacific Pictures Corporation et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**          **(IN CHAMBERS) NOTICE TO ALL PARTIES AND ORDER**


On the Court's own motion, due to Court Holiday, the MOTION for Hearing Evidentiary [**500**] and MOTION for Reconsideration **[501]** set for November 12, 2012, is HEREBY **CONTINUED** to November 19, 2012 at 1:30 p.m.



**IT IS SO ORDERED.**




|  | : | 00 |
|---|---|---|
| Initials of Preparer | se | |