DANIEL M. PETROCELLI (S.B. #097802)
    dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
    mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
    cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:  (310) 553-6700
Facsimile:  (310) 246-6779

Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>        Plaintiff,<br><br>    v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DC COMICS' NOTICE OF APPLICATION AND APPLICATION TO SEAL OR, IN THE ALTERNATIVE, TO RETURN TO COUNSEL, EXHIBITS 51-55 TO DECLARATION OF DANIEL M. PETROCELLI AT DOCKET NO. 500-9; DECLARATION OF JASON H. TOKORO IN SUPPORT THEREOF**<br><br>[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH<br><br>The Hon. Otis D. Wright II |

1  TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that plaintiff DC Comics ("DC") hereby applies
3  for an order to maintain under seal—or, in the alternative, to return to counsel for
4  DC—the inadvertently filed copy of Exhibits 51-55 to the Declaration of Daniel M.
5  Petrocelli at Docket No. 500-9.

6  This Application is made pursuant to Central District Local Rule 79-5.1 on
7  the ground that counsel for DC inadvertently attached a privileged attorney-client
8  communication to Exhibit 51 to Mr. Petrocelli's declaration, at Docket No. 500-9
9  (Exhibits 51-55), that was never intended to be made public. Decl. of Jason H.
10 Tokoro ¶ 2. DC has concurrently filed a Notice of Errata and submitted a corrected
11 copy of Exhibits 51-55 to Mr. Petrocelli's declaration.

12 This Application is based on this Application; the accompanying
13 Memorandum of Points and Authorities and Declaration of Jason H. Tokoro; any
14 additional briefing that may be filed pursuant to the Rules; all exhibits, files, and
15 records on file in this action; and matters of which judicial notice may be taken.

16 Dated: October 11, 2012         Respectfully submitted,

17                                 O'MELVENY & MYERS LLP

18                                 By: /s/ Daniel M. Petrocelli
19                                     Daniel M. Petrocelli

# **MEMORANDUM OF POINTS & AUTHORITIES**

On October 10, 2012, plaintiff DC Comics ("DC") filed a Motion For An Evidentiary Hearing And Sanctions, Including Terminating Sanctions, Appointment Of Special Master, And Other Relief, Docket No. 500, and supporting Declaration Of Daniel M. Petrocelli and exhibits, Docket No. 500-2 - 500-15. Upon review, DC discovered that a privileged attorney-client communication was inadvertently attached to Exhibits 51-55 of Mr. Petrocelli's declaration at Docket No. 500-9 (the "Subject Documents"). This communication is privileged and was never intended to be made public. Decl. of Jason H. Tokoro ¶ 2. Counsel for DC immediately notified the Court's courtroom clerk of this mistake, who confirmed that the Subject Documents at Docket No. 500-9 would be sealed. *Id.* ¶ 3. Counsel for DC also promptly notified counsel for defendants of this mistake, and requested that defendants immediately destroy all electronic and hard copies of the inadvertently filed copy of Exhibits 51-55 pursuant to Federal Rule of Civil Procedure 26(b)(5)(B) and the applicable case law. *Id.* Defendants have declined to do so yet, *see id.* Exs. A-B, and DC reserves all rights.

DC respectfully requests that the Court maintain the Subject Documents under seal. The Court may seal documents in its possession where, as here, there is good cause for doing so. *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006); *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135-36 (9th Cir. 2003); *Phillips ex rel. Estate of Byrd v. General Motors Corp.*, 307 F.3d 1206, 1210-12 (9th Cir. 2002). In the alternative, DC requests that the Court return the Subject Documents to counsel for DC. DC apologizes to the Court for any inconvenience.

Dated:   October 11, 2012              Respectfully submitted,

O'MELVENY & MYERS LLP

By:  /s/ Daniel M. Petrocelli
       Daniel M. Petrocelli

- 1 -   APPLICATION TO SEAL OR RETURN TO COUNSEL EXS. 51-55 (DOCKET NO. 500-9)

## DECLARATION OF JASON H. TOKORO

I, Jason H. Tokoro, declare and state:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am an associate at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics ("DC") in this case. I make this declaration in support of DC's Notice Of Application And Application To Seal Or, In The Alternative, To Return To Counsel Exhibits 51-55 To Declaration Of Daniel M. Petrocelli At Docket No. 500-9. I have personal knowledge of the matters set forth in this declaration.

2. On October 10, 2012, DC filed a Motion For An Evidentiary Hearing And Sanctions, Including Terminating Sanctions, Appointment Of Special Master, And Other Relief (Docket No. 500) and supporting Declaration of Daniel M. Petrocelli (Docket No. 500-2) and exhibits (Docket No. 500-3 - 500-15). This morning, I discovered that a privileged attorney-client communication was inadvertently attached to Exhibits 51-55 of Mr. Petrocelli's declaration (Docket No. 500-9) that was never intended to be made public.

3. My colleague Cassandra Seto immediately notified the Court's courtroom clerk of this mistake, who confirmed that Docket No. 500-9 (Exhibits 51-55) would be sealed. Mr. Petrocelli promptly notified counsel for defendants of this mistake and requested that they immediately destroy all electronic and hard copies of the inadvertently produced copy of Exhibits 51-55 pursuant to Federal Rule of Civil Procedure 26(b)(5)(B) and the applicable case law. Defendants have thus far declined to do so. Attached hereto as Exhibits A and B are true and correct copies of Mr. Petrocelli's correspondence with defendants dated October 11, 2012.

1    I declare under penalty of perjury under the laws of the State of California
2    and the United States that the foregoing is true and correct. Executed this 11th day
3    of October, 2012, at Los Angeles, California.

                    /s/ Jason H. Tokoro
                    Jason H. Tokoro

# EXHIBIT A



# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING<br>BRUSSELS<br>HONG KONG<br>LONDON<br>LOS ANGELES<br>NEWPORT BEACH<br>NEW YORK | 1999 Avenue of the Stars, 7th Floor<br>Los Angeles, California 90067-6035<br><br>TELEPHONE (310) 553-6700<br>FACSIMILE (310) 246-6779<br>www.omm.com | SAN FRANCISCO<br>SHANGHAI<br>SILICON VALLEY<br>SINGAPORE<br>TOKYO<br>WASHINGTON, D.C. |

October 11, 2012

OUR FILE NUMBER
905,900-321

**VIA E-MAIL**

WRITER'S DIRECT DIAL
(310) 246-6850

Marc Toberoff
Toberoff & Associates, P.C.
22631 Pacific Coast Highway #348
Malibu, CA 90265

WRITER'S E-MAIL ADDRESS
dpetrocelli@omm.com

Richard Kendall
Kendall Brill & Klieger LLP
10110 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067

Re: *DC Comics v. Pacific Pictures Corp. et al.*, CV-10-3633 (ODW) (RZx)

Dear Counsel:

  I discovered this morning that a privileged document was inadvertently attached to my Declaration in Support of DC Comics' Motion For An Evidentiary Hearing And Sanctions, Including Terminating Sanctions, Appointment of Special Master, And Other Relief. Pursuant to Federal Rule of Civil Procedure 26(b)(5)(B) and the applicable case law, please immediately destroy all electronic and hard copies that you may have of the Exhibits and send us email confirmation that this has been completed. *See, e.g., Rico v. Mitsubishi Motors Corp.*, 42 Cal. 4th 807 (2007); *State Comp. Ins. Fund v. WPS, Inc.*, 70 Cal. App. 4th 644 (1999). We remind you of your ethical and legal obligations not to use or disseminate these materials. We have notified the Court and will be filing a notice of errata with corrected Exhibits later today.

           Very truly yours,

           /s/ Daniel M. Petrocelli

           Daniel M. Petrocelli
           of O'MELVENY & MYERS LLP

cc: Matthew T. Kline, Esq.
   Defense Counsel

**EXHIBIT A**
**4**

# EXHIBIT B

**From:** Seto, Cassandra
**Sent:** Thursday, October 11, 2012 5:42 PM
**To:** 'Nicholas Daum'; Tokoro, Jason; Marc Toberoff; Richard Kendall
**Cc:** Petrocelli, Daniel; Kline, Matthew; Laura Brill; David Harris; Pablo Arredondo; Keith Adams
**Subject:** RE: DC v. PPC - Inadvertently Filed Privileged Document

Counsel,

Exhibit 51 contains a privileged email exchange between in-house counsel and outside litigation counsel in *Siegel* that was inadvertently included and was never intended to be made public. We are filing shortly a notice of errata attaching a corrected version of Exhibits 51-55 (at Docket No. 500-9) and an application to seal the originally filed version of Exhibits 51-55, or to destroy or return them.

Please confirm immediately that all copies of Exhibits 51-55 (at Docket No. 500-9) have been destroyed, and that no counsel or party among defendants have reviewed the privileged email exchange. The remainder of your email is disputed. DC reserves all rights.

Cassie

---

**From:** Nicholas Daum [mailto:ndaum@kbkfirm.com]
**Sent:** Thursday, October 11, 2012 2:37 PM
**To:** Tokoro, Jason; Marc Toberoff; Richard Kendall
**Cc:** Petrocelli, Daniel; Kline, Matthew; Seto, Cassandra; Laura Brill; David Harris; Pablo Arredondo; Keith Adams
**Subject:** RE: DC v. PPC - Inadvertently Filed Privileged Document

Dan:

All of us were tied up on other matters when we received your correspondence of this morning.

In order for us to assess your claim of privilege, please identify the portions of your declaration as to which you have asserted a claim of privilege, and where the document as to which privilege has been asserted appears on a privilege log. If the document has not been logged, please provide us with a brief description of the document and the basis for your assertion that the material in question is privileged, as well as an explanation of why you contend privilege has not been waived both by the filing of the document and/or the failure to log it if applicable.

We disagree with your assertion that FRCP 26(b)(5)(B) applies to a document filed in the public record (as opposed to "information produced in discovery"), although if you have authority to the contrary we would be happy to review it. Moreover, particularly given the extreme relief sought in your motion for sanctions (and the incendiary, and false, accusations contained therein), we need to prepare our response to your motion immediately and need to know immediately when a revised version of your declaration will be filed.

In the interim, however, until a determination as to your claim of privilege has been made, we will sequester copies of your declaration, not review the allegedly privileged material contained therein, and not use the allegedly privileged material for any purpose in this litigation.

Best wishes,

Nicholas F. Daum

1

**EXHIBIT B**

**5**

Kendall Brill & Klieger LLP

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify me by replying to this message and then delete it from your system. Thank you.

**From:** Tokoro, Jason [mailto:jtokoro@omm.com]
**Sent:** Thursday, October 11, 2012 1:30 PM
**To:** Marc Toberoff; Richard Kendall
**Cc:** Petrocelli, Daniel; Kline, Matthew; Seto, Cassandra; Laura Brill; Nicholas Daum; David Harris; Pablo Arredondo; Keith Adams
**Subject:** FW: DC v. PPC - Inadvertently Filed Privileged Document
**Importance:** High

Counsel,

Please see the below correspondence sent on behalf of Daniel M. Petrocelli.

\*       \*       \*


Counsel,

More than one hour has passed since we sent the attached letter, and you have yet to respond or confirm that you have destroyed all electronic and hard copies of the exhibits to my declaration, which inadvertently attached a privileged communication. Please confirm in writing that you will return or destroy the exhibits pursuant to Federal Rule of Civil Procedure 26(b)(5)(B) and the applicable case law.

Dan

**From:** Tokoro, Jason
**Sent:** Thursday, October 11, 2012 12:00 PM
**To:** Marc Toberoff; Richard Kendall
**Cc:** Petrocelli, Daniel; Kline, Matthew; Seto, Cassandra; Laura Brill; Nicholas Daum; David Harris; Pablo Arredondo; Keith Adams
**Subject:** DC v. PPC - Inadvertently Filed Privileged Document
**Importance:** High

Counsel,

Please see the attached correspondence sent on behalf of Daniel M. Petrocelli.

**Jason H. Tokoro**
**O'Melveny & Myers LLP - Century City**
1999 Avenue of the Stars, Suite 700
Los Angeles, California 90067
Direct Dial: (310) 246-6707
Fax: (310) 246-6779
Email: jtokoro@omm.com

2

**EXHIBIT B**

**6**

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

 please consider the environment - do you really need to print this email?

3

**EXHIBIT B**
**7**