DANIEL M. PETROCELLI (S.B. #097802)
dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>   Plaintiff,<br><br>   v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>   Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**NOTICE OF EXHIBIT INADVERTENTLY OMITTED FROM DECLARATION OF DANIEL M. PETROCELLI IN SUPPORT OF DC COMICS' MOTION FOR RECONSIDERATION OF MAY 23, 2011, ORDER DENYING MOTION FOR REVIEW RE: PRODUCTION OF DEFENDANTS' CONSENT AGREEMENT (DOCKET NO. 502)**<br><br>Hon. Otis D. Wright II<br><br>Hearing Date:   Nov. 19, 2012<br>Hearing Time:   1:30 p.m.<br>Courtroom:      11 |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

On October 10, 2012, plaintiff DC Comics ("DC") filed the Declaration of Daniel M. Petrocelli In Support of DC Comics' Motion for Reconsideration of May 23, 2011, Order Denying Motion for Review Re: Production of Defendants' Consent Agreement, Docket No. 502. DC inadvertently omitted Exhibit K to the declaration when it was filed. Attached hereto as Exhibit K is a true and correct copy of a letter from Jason H. Tokoro to Marc Toberoff and Richard Kendall dated August 17, 2012.

Dated: October 11, 2012           Respectfully Submitted,

                                  By: /s/ Daniel M. Petrocelli
                                       Daniel M. Petrocelli