| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #097802) |
|   | dpetrocelli@omm.com |
| 2 | MATTHEW T. KLINE (S.B. #211640) |
|   | mkline@omm.com |
| 3 | CASSANDRA L. SETO (S.B. #246608) |
|   | cseto@omm.com |
| 4 | O'MELVENY & MYERS LLP |
|   | 1999 Avenue of the Stars, 7th Floor |
| 5 | Los Angeles, CA  90067-6035 |
|   | Telephone:   (310) 553-6700 |
| 6 | Facsimile:    (310) 246-6779 |

Attorneys for Plaintiff DC Comics

(continued on next page)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS, | Case No. CV 10-3633 ODW (RZx) |
| Plaintiff, | **JOINT STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFF DC COMICS' MOTIONS (1) FOR AN EVIDENTIARY HEARING AND SANCTIONS, INCLUDING TERMINATING SANCTIONS, APPOINTMENT OF SPECIAL MASTER, AND OTHER RELIEF, AND (2) FOR RECONSIDERATION OF MAY 23, 2011, ORDER DENYING MOTION FOR REVIEW RE: PRODUCTION OF DEFENDANTS' CONSENT AGREEMENT** |
| v. | |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive, | |
| Defendants. | [PROPOSED] ORDER FILED CONCURRENTLY HEREWITH |
| | Hon. Otis D. Wright II |

| | |
|---|---|
| 1 | MARC TOBEROFF (S.B. #188547) |
|   | mtoberoff@ipwla.com |
| 2 | KEITH G. ADAMS (S.B. #240497) |
|   | kgadams@ipwla.com |
| 3 | PABLO D. ARREDONDO (S.B. #241142) |
| 4 | parredondo@ipwla.com |
|   | TOBEROFF & ASSOCIATES, P.C. |
| 5 | 22337 Pacific Coast Highway #348 |
|   | Malibu, CA 90265 |
| 6 | Telephone:   (310) 246-3333 |
| 7 | Facsimile:    (310) 246-3101 |
| 8 | Attorneys for Laura Siegel Larson, |
|   | Mark Warren Peary, and Jean Peavy |
| 9 | |
|   | RICHARD B. KENDALL (S.B. # 90072) |
| 10 | rkendall@kbkfirm.com |
|    | LAURA W. BRILL (S.B. # 195889) |
| 11 | lbrill@kbkfirm.com |
|    | NICHOLAS F. DAUM (S.B. # 236155) |
| 12 | ndaum@kbkfirm.com |
|    | KENDALL BRILL & KLIEGER LLP |
| 13 | 10100 Santa Monica Blvd., Suite 1725 |
|    | Los Angeles, California 90067 |
| 14 | Telephone: (310) 556-2700 |
|    | Facsimile: (310) 556-2705 |
| 15 | |
|    | Attorneys for Marc Toberoff, Pacific Pictures |
| 16 | Corporation, IP Worldwide, LLC, and IPW, LLC |

JOINT STIP. TO  CONTINUE HR'G DATE ON
DC'S MOTS. SET TO BE HEARD NOV. 19, 2012

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, plaintiff DC Comics filed on October 10, 2012, two motions: (1) DC Comics' Notice of Motion and Motion For An Evidentiary Hearing And Sanctions, Including Terminating Sanctions, Appointment of Special Master, And Other Relief (Docket No. 500); and (2) DC Comics' Notice of Motion and Motion For Reconsideration of May 23, 2011, Order Denying Motion For Review Re: Production of Defendants' Consent Agreement (Docket No. 501) (collectively, "DC's Motions");

WHEREAS, DC set its two motions to be heard on November 12, 2012, *see id.*, and the Court, on its own order, re-set the motions for hearing on November 19, 2012, as November 12, 2012, is Veterans Day (Docket No. 503);

WHEREAS, under the new hearing schedule, DC's reply briefs on its two motions are now currently due November 5, 2012;

WHEREAS, the parties have two Ninth Circuit oral arguments in this *Pacific Pictures* case and the related *Siegel* case on November 5, 2012, Appeal Nos. 11-55863, 11-56034, Docket No. 65-1; Appeal No. 11-56934, Docket No. 48-1;

WHEREAS, to accommodate the parties' schedules, the parties agree to continue the hearing on DC's Motions until December 10, 2012;

WHEREAS, the parties seek to avoid having conflicts between the briefing schedule and the Thanksgiving holiday on November 22-23, 2012;

WHEREAS, the parties have agreed that they are amendable to having defendants electronically file their opposition papers to DC's Motions on November 9, 2012, and to having DC Comics electronically file its reply papers regarding DC's Motions on November 19, 2012;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that, subject to the Court's approval, (a) the November 19, 2012, hearing date for DC's Motions is continued until December 10, 2012, at 1:30 p.m.; and (b) defendants

electronically shall file their opposition papers to DC's Motions on November 9, 2012, and DC Comics shall file its reply papers regarding DC's Motions on November 19, 2012.

Dated:   October 24, 2012         O'MELVENY & MYERS LLP

By: /s/ Daniel M. Petrocelli
Daniel M. Petrocelli
Attorneys for Plaintiff DC Comics

Dated:   October 24, 2012         TOBEROFF & ASSOCIATES, P.C.

By: /s/ Marc Toberoff
Marc Toberoff
Attorneys for Defendants Laura Siegel Larson, Mark Warren Peary, and Jean Adele Peavy

Dated:   October 24, 2012         KENDALL BRILL & KLIEGER LLP

By: /s/ Richard Kendall
Richard Kendall
Attorneys for Defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC

### Attestation

I hereby attest that the other signatories listed, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

Dated:   October 24, 2012         O'MELVENY & MYERS LLP

By: /s/ Daniel M. Petrocelli
Daniel M. Petrocelli
Attorneys for Plaintiff DC Comics