1  DANIEL M. PETROCELLI (S.B. #097802)
     dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
     mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
     cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA 90067-6035
   Telephone: (310) 553-6700
6  Facsimile: (310) 246-6779

7  Attorneys for Plaintiff DC Comics

8  (continued on next page)

9

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| DC COMICS, | Case No. CV-10-3633 ODW (RZx) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFF DC COMICS' MOTIONS (1) FOR AN EVIDENTIARY HEARING AND SANCTIONS, INCLUDING TERMINATING SANCTIONS, APPOINTMENT OF SPECIAL MASTER, AND OTHER RELIEF, AND (2) FOR RECONSIDERATION OF MAY 23, 2011, ORDER DENYING MOTION FOR REVIEW RE: PRODUCTION OF DEFENDANTS' CONSENT AGREEMENT** |
| v. | |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive, | |
| Defendants. | Hon. Otis D. Wright II |

1  MARC TOBEROFF (S.B. #188547)
    mtoberoff@ipwla.com
2  KEITH G. ADAMS (S.B. #240497)
    kgadams@ipwla.com
3  PABLO D. ARREDONDO (S.B. #241142)
    parredondo@ipwla.com
4  TOBEROFF & ASSOCIATES, P.C.
5  22337 Pacific Coast Highway #348
   Malibu, CA 90265
6  Telephone:   (310) 246-3333
7  Facsimile:    (310) 246-3101

8  Attorneys for Laura Siegel Larson,
   Mark Warren Peary, and Jean Peavy
9
   RICHARD B. KENDALL (S.B. # 90072)
10   rkendall@kbkfirm.com
   LAURA W. BRILL (S.B. # 195889)
11   lbrill@kbkfirm.com
   NICHOLAS F. DAUM (S.B. # 236155)
12   ndaum@kbkfirm.com
   KENDALL BRILL & KLIEGER LLP
13 10100 Santa Monica Blvd., Suite 1725
   Los Angeles, California 90067
14 Telephone: (310) 556-2700
   Facsimile: (310) 556-2705
15
   Attorneys for Marc Toberoff, Pacific Pictures
16 Corporation, IP Worldwide, LLC, and IPW, LLC

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING JOINT STIP. TO CONTINUE HR'G DATE ON DC'S MOTS. SET TO BE HEARD NOV. 19, 2012

1  For good cause shown, IT IS HEREBY ORDERED that (a) the November 19, 2012, hearing date for plaintiff DC Comics' Motions (1) For An Evidentiary Hearing And Sanctions, Including Terminating Sanctions, Appointment of Special Master, And Other Relief, and (2) For Reconsideration of May 23, 2011, Order Denying Motion For Review Re: Production of Defendants' Consent Agreement (collectively, "DC's Motions"), is continued until December 10, 2012, at 1:30 p.m.; and (b) defendants shall electronically file their opposition papers to DC's Motions on November 9, 2012, and DC Comics shall electronically file its reply papers regarding DC's Motions on November 19, 2012.

IT IS SO ORDERED.

Dated: _____   _____
                                                  Honorable Otis D. Wright, II
                                              Judge, United States District Court