UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>    Plaintiff,<br><br>v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. CV-10-3633 ODW (RZx)<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFF DC COMICS' MOTIONS (1) FOR AN EVIDENTIARY HEARING AND SANCTIONS, INCLUDING TERMINATING SANCTIONS, APPOINTMENT OF SPECIAL MASTER, AND OTHER RELIEF, AND (2) FOR RECONSIDERATION OF MAY 23, 2011, ORDER DENYING MOTION FOR REVIEW RE: PRODUCTION OF DEFENDANTS' CONSENT AGREEMENT [508]<br><br>Hon. Otis D. Wright II |

For good cause shown, IT IS HEREBY ORDERED that (a) the November 19, 2012, hearing date for plaintiff DC Comics' Motions (1) For An Evidentiary Hearing And Sanctions, Including Terminating Sanctions, Appointment of Special Master, And Other Relief, and (2) For Reconsideration of May 23, 2011, Order Denying Motion For Review Re: Production of Defendants' Consent Agreement (collectively, "DC's Motions"), is continued until December 10, 2012, at 1:30 p.m.; and (b) defendants shall electronically file their opposition papers to DC's Motions on November 9, 2012, and DC Comics shall electronically file its reply papers regarding DC's Motions on November 19, 2012.

IT IS SO ORDERED.

Dated: 10-29-12

_____
Honorable Otis D. Wright, II
Judge, United States District Court