```
1   DANIEL M. PETROCELLI (S.B. #097802)
       dpetrocelli@omm.com
2   MATTHEW T. KLINE (S.B. #211640)
       mkline@omm.com
3   CASSANDRA L. SETO (S.B. #246608)
       cseto@omm.com
4   O'MELVENY & MYERS LLP
    1999 Avenue of the Stars, 7th Floor
5   Los Angeles, CA 90067-6035
    Telephone: (310) 553-6700
6   Facsimile: (310) 246-6779
7   Attorneys for Plaintiff DC Comics
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>    Plaintiff,<br><br>v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>[~~PROPOSED~~] ORDER GRANTING DC COMICS' APPLICATION TO SEAL OR, IN THE ALTERNATIVE, TO RETURN TO COUNSEL, EXHIBITS 51-55 TO DECLARATION OF DANIEL M. PETROCELLI AT DOCKET NO. 500-9 [505]<br><br>The Hon. Otis D. Wright II |

1  Good cause appearing, IT IS HEREBY ORDERED that DC Comics'
2  Application To Seal Or, In The Alternative, To Return To Counsel, Exhibits 51-55
3  To Declaration Of Daniel M. Petrocelli At Docket No. 500-9 is GRANTED.
4  IT IS HEREBY ORDERED that:
5  __X__  Exhibits 51-55 to the Declaration of Daniel M. Petrocelli at Docket
6  No. 500-9 shall be placed permanently under seal; or
7  _____  Exhibits 51-55 to the Declaration of Daniel M. Petrocelli at Docket
8  No. 500-9 shall be immediately returned to counsel for DC.
9  IT IS SO ORDERED.

Dated: 10-29-12

_____
Honorable Otis D. Wright, II
Judge, United States District Court

[PROPOSED] ORDER GRANTING DC'S
APPLICATION TO SEAL OR RETURN TO
COUNSEL EXS. 51-55 (DOCKET NO. 500-9)