```
 1  DANIEL M. PETROCELLI (S.B. #097802)
       dpetrocelli@omm.com
 2  MATTHEW T. KLINE (S.B. #211640)
       mkline@omm.com
 3  CASSANDRA L. SETO (S.B. #246608)
       cseto@omm.com
 4  O'MELVENY & MYERS LLP
    1999 Avenue of the Stars, 7th Floor
 5  Los Angeles, CA  90067-6035
    Telephone:   (310) 553-6700
 6  Facsimile:   (310) 246-6779

 7  Attorneys for Plaintiff DC Comics

 8  (continued on next page)
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br><br>**JOINT STIPULATION TO CONTINUE OPPOSITION AND REPLY DEADLINES RE: PLAINTIFF DC COMICS' MOTION FOR AN EVIDENTIARY HEARING AND SANCTIONS, INCLUDING TERMINATING SANCTIONS, APPOINTMENT OF SPECIAL MASTER, AND OTHER RELIEF**<br><br>*[Proposed] Order Filed Concurrently Herewith* |

MARC TOBEROFF (S.B. #188547)
 mtoberoff@ipwla.com
KEITH G. ADAMS (S.B. #240497)
 kgadams@ipwla.com
PABLO D. ARREDONDO (S.B. #241142)
 parredondo@ipwla.com
TOBEROFF & ASSOCIATES, P.C.
22337 Pacific Coast Highway #348
Malibu, CA 90265
Telephone:   (310) 246-3333
Facsimile:    (310) 246-3101

Attorneys for Laura Siegel Larson,
Mark Warren Peary, and Jean Peavy

RICHARD B. KENDALL (S.B. # 90072)
 rkendall@kbkfirm.com
LAURA W. BRILL (S.B. # 195889)
 lbrill@kbkfirm.com
NICHOLAS F. DAUM (S.B. # 236155)
 ndaum@kbkfirm.com
KENDALL BRILL & KLIEGER LLP
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: (310) 556-2700
Facsimile: (310) 556-2705

Attorneys for Marc Toberoff, Pacific Pictures
Corporation, IP Worldwide, LLC, and IPW, LLC

1  The parties, by and through their respective counsel of record, hereby
2  stipulate and agree as follows:
3   WHEREAS, plaintiff DC Comics ("DC") filed on October 10, 2012 a
4  Motion For An Evidentiary Hearing And Sanctions, Including Terminating
5  Sanctions, Appointment of Special Master, And Other Relief (Docket No. 500; the
6  "Motion");
7   WHEREAS, the Court previously granted the parties' stipulation to continue
8  the hearing on the Motion to December 10, 2012 (Docket No. 509), with
9  defendants' opposition due on November 9, 2012, and DC's reply due on
10 November 19, 2012;
11  WHEREAS, the parties had two Ninth Circuit oral arguments in this *Pacific
12 Pictures* case and the related *Siegel* case on November 5, 2012, Appeal Nos. 11-
13 55863, 11-56034, Docket No. 65-1; Appeal No. 11-56934, Docket No. 48-1, that
14 substantially interfered with defendants' preparation of their opposition brief;
15  WHEREAS, to accommodate the parties' schedules, the Veteran's Day
16 holiday, and the Thanksgiving holiday, the parties are amenable to having
17 defendants electronically file their opposition papers to DC's Motion on
18 Wednesday, November 14, 2012 (26 days in advance of the December 10, 2012
19 hearing, as opposed to the 21 days provided for by Local Rule 7-9), and to having
20 DC electronically file its reply papers regarding its Motion on Monday, November
21 26, 2012 (14 days in advance of the December 10, 2012 hearing, as provided for by
22 Local Rule 7-10);
23  WHEREAS, nothing contained herein is intended to alter the December 10,
24 2012 hearing date on DC's Motion, and counsel are available on such date pursuant
25 to the Court's October 29, 2012 order (Docket No. 509);
26  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that,
27 subject to the Court's approval, defendants electronically shall file their opposition
28

- 1 -

JOINT STIP. TO CONTINUE OPPOSITION AND REPLY DEADLINES RE: MOTION FOR SANCTIONS

1  papers to DC's Motion on November 14, 2012, and DC electronically shall file its
2  reply papers regarding DC's Motion on November 26, 2012.

3  Dated:      November 8, 2012          O'MELVENY & MYERS LLP

5                                        By: /s/ Daniel M. Petrocelli
                                             Daniel M. Petrocelli
6                                            Attorneys for Plaintiff DC Comics

7  Dated:      November 8, 2012          TOBEROFF & ASSOCIATES, P.C.

9                                        By: /s/ Marc Toberoff
                                             Marc Toberoff
10                                           Attorneys for Defendants Laura
                                             Siegel Larson, Mark Warren Peary,
11                                           and Jean Adele Peavy

12  Dated:     November 8, 2012          KENDALL BRILL & KLIEGER LLP

14                                       By: /s/ Laura W. Brill
                                             Laura W. Brill
15                                           Attorneys for Defendants Marc
                                             Toberoff, Pacific Pictures
16                                           Corporation, IP Worldwide, LLC,
                                             and IPW, LLC

                                      Attestation

I hereby attest that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

22  Dated:     November 8, 2012          TOBEROFF & ASSOCIATES, P.C.

                                         By: /s/ Keith G. Adams
24                                           Keith G. Adams
                                             Attorneys for Defendants Laura
25                                           Siegel Larson, Mark Warren Peary,
                                             and Jean Adele Peavy