1

2

3

4

5

6

7

8
## UNITED STATES DISTRICT COURT

9
## CENTRAL DISTRICT OF CALIFORNIA

10
DC COMICS,

11
        Plaintiff,

12
        v.

13
PACIFIC PICTURES
CORPORATION, IP WORLDWIDE,

14
LLC, IPW, LLC, MARC TOBEROFF,
an individual, MARK WARREN

15
PEARY, as personal representative of
the ESTATE OF JOSEPH SHUSTER,

16
JEAN ADELE PEAVY, an individual,
LAURA SIEGEL LARSON, an

17
individual and as personal
representative of the ESTATE OF

18
JOANNE SIEGEL, and DOES 1-10,
inclusive,

19

        Defendants.

20

Case No. CV-10-3633 ODW (RZx)

**[PROPOSED] ORDER
GRANTING JOINT
STIPULATION TO CONTINUE
OPPOSITION AND REPLY
DEADLINES ON PLAINTIFF DC
COMICS' MOTION FOR AN
EVIDENTIARY HEARING AND
SANCTIONS, INCLUDING
TERMINATING SANCTIONS,
APPOINTMENT OF SPECIAL
MASTER, AND OTHER RELIEF**

Hon. Otis D. Wright II

21

22

23

24

25

26

27

28

1   For good cause shown, IT IS HEREBY ORDERED that defendants shall

2   electronically file their opposition papers to DC's Motion For An Evidentiary

3   Hearing And Sanctions, Including Terminating Sanctions, Appointment of Special

4   Master, And Other Relief (Docket No. 500) on or before Wednesday, November

5   14, 2012, and DC Comics shall electronically file its reply papers on or before

6   Monday, November 26, 2012.

7   IT IS SO ORDERED.

8

9   Dated: _____        _____

10                                              Honorable Otis D. Wright, II
                                           Judge, United States District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING JOINT
STIP. TO CONTINUE OPPOSITION AND
REPLY DEADLINES