Marc Toberoff (State Bar No. 188547)
 mtoberoff@ipwla.com
Keith G. Adams (State Bar No. 240497)
 kgadams@ipwla.com
Pablo D. Arredondo (State Bar No. 241142)
 parredondo@ipwla.com
David Harris (State Bar No. 255557)
 dharris@ipwla.com
TOBEROFF & ASSOCIATES, P.C.
22337 Pacific Coast Highway #348
Malibu, California 90265
Telephone:  (310) 246-3333
Fax:        (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>       Plaintiff,<br><br>vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>       Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DECLARATION OF KEITH G. ADAMS IN SUPPORT OF DEFENDANTS' MOTION FOR ENTRY OF A FED. R. CIV. P. 54(b) JUDGMENT ON OCTOBER 17, 2012 ORDER GRANTING PLAINTIFF DC COMICS' FIRST AND THIRD CLAIMS, AND FOR A STAY OF REMAINING CLAIMS**<br><br>*Motion and [Proposed] Order filed concurrently*<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set<br><br>Date: December 17, 2012<br>Time: 1:30 p.m.<br>Place: Courtroom 11 |

DECLARATION OF KEITH G. ADAMS

# DECLARATION OF KEITH G. ADAMS

I, Keith G. Adams, declare as follows:

1. I am an attorney at the law firm of Toberoff & Associates, P.C., counsel of record for defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel, in the above-captioned action, and submit this declaration in support of Defendants' Motion For Entry Of A Fed. R. Civ. P. 54(B) Judgment On October 17, 2012 Order Granting Plaintiff DC Comics' First And Third Claims, And For A Stay Of Remaining Claims.

2. Attached hereto as Exhibit "A" is a true and correct copy of a letter from me to Daniel Petrocelli, counsel for plaintiff DC Comics ("DC"), dated October 17, 2012.

3. Attached hereto as Exhibit "B" is a true and correct copy of an email from Matt Kline, counsel for DC, to me, dated October 23, 2012.

4. On October 25, 2012, my colleague, Pablo Arredondo, and I met and conferred with DC's counsel, Matt Kline, regarding Defendants' contemplated Rule 54(b) motion.

5. Attached hereto as Exhibit "C" is a true and correct copy of an email from Mr. Kline to me, dated November 6, 2012.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on November 12, at Malibu, California.

Keith G. Adams

# TOBEROFF & ASSOCIATES, P.C.

A PROFESSIONAL CORPORATION

22337 PACIFIC COAST HIGHWAY #348
MALIBU, CALIFORNIA 90265

MARC TOBEROFF*
KEITH G. ADAMS
PABLO D. ARREDONDO*
DAVID HARRIS

TELEPHONE
(310) 246-3333

FACSIMILE
(310) 246-3101

* Also admitted in New York

kgadams@ipwla.com

October 17, 2012

<u>Via E-Mail</u>

Daniel Petrocelli
Matthew Kline
O'Melveny and Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Re:  *DC Comics v. Pacific Pictures Corp., et al.*, Case No. 10-CV-03633 ODW (RZx)

Counsel:

Defendants intend to move to have the Court's October 17, 2012 Order Granting Plaintiff's Motion for Partial Summary Judgment and Denying Defendants' Cross-Motion (Docket 507; "Order") entered as a judgment pursuant to Fed. R. Civ. P. 54(b). The motion will be made on the grounds that the Order constitutes "an ultimate disposition" of DC's First and Third Claims (as well as DC's Second Claim, pled in the alternative if DC's First Claim is denied), and there is "no just reason" to delay appellate review of the Order until the conclusion of the entire case. *Curtiss-Wright Corp. v. General Electric Co.*, 446 U.S. 1, 7-8 (1980). An entry of judgment is especially justified here because: (a) the merits of DC's Fourth, Fifth and Sixth state-law claims are already before the Ninth Circuit; (b) the importance – to all parties and the public – of having DC's First Claim definitively resolved by the Circuit; and (c) the significant burden this case has placed on the courts. As DC is aware, the Court has been highly amenable to the entry of a Rule 54(b) judgment under similar circumstances in related litigation. *See Siegel v. Warner Bros. Entertainment Inc.*, C.D. Cal. Case No. 04-CV-08400 ODW (RZx).

Defendants hope that DC will join them in this motion. If DC intends to oppose the entry of a Rule 54(b) judgment, Defendants request a meet-and-confer as soon as possible. Defendants propose anytime on October 18 or October 19, 2012.

Very truly yours,

Keith Adams

**Exhibit A**
**2**

**Pablo Arredondo**

| | |
|---|---|
| **From:** | Kline, Matthew [mkline@omm.com] |
| **Sent:** | Tuesday, October 23, 2012 7:51 AM |
| **To:** | 'kgadams@ipwla.com'; Petrocelli, Daniel; Seto, Cassandra; Tokoro, Jason |
| **Cc:** | 'mtoberoff@ipwla.com'; 'parredondo@ipwla.com'; 'dharris@ipwla.com'; 'rkendall@kbkfirm.com' |
| **Subject:** | Re: DC Comics v. Pacific Pictures Corp. |

Keith:

We can talk Thursday at 11am pdt regarding all these issues. Friday afternoon does not work. We also need to discuss Marc's continued deposition. I don't understand your last claim, so will not respond to it. DC's rights are reserved, and the arguments in your email disputed.

Matt

---

**From**: Keith Adams [mailto:kgadams@ipwla.com]
**Sent**: Monday, October 22, 2012 06:52 PM
**To**: Petrocelli, Daniel; Kline, Matthew; Seto, Cassandra; Tokoro, Jason
**Cc**: Marc Toberoff <mtoberoff@ipwla.com>; Pablo Arredondo <parredondo@ipwla.com>; David Harris <dharris@ipwla.com>
**Subject**: DC Comics v. Pacific Pictures Corp.

Counsel:

Defendants are available for a meet-and-confer at 3 p.m. tomorrow, October 23, on the following topics: (a) Defendants' contemplated motion to vacate the Court's summary judgment order; (b) DC's contemplated motion for a protective order re: privilege logs; and (c) Defendants' contemplated motion for the entry of judgment pursuant to Rule 54(b).

There does not appear to be any reason to hold off discussing the Rule 54(b) motion until Friday, October 26, as Mr Kline's October 22 letter seeks. If DC insists on delaying the meet-and-confer on Defendants' Rule 54(b) motion until October 26, we propose a meet-and-confer on all three issues at 2 p.m. on October 26, as I will be unavailable in the morning on that date.

Lastly, as I understand Mr. Kline's October 22 letter on the subject, DC refuses to meet-and-confer on its search methodology in connection with Defendants' motion for sanctions, and is only willing to meet-and-confer on its search methodology "outside the context" of Defendants' sanctions motion. This is obviously improper, and Defendants will bring DC's refusal to meet-and-confer to the Court's attention.

All of defendants' rights are reserved.

Keith G. Adams
Toberoff & Associates, P.C.
22337 Pacific Coast Highway #348
Malibu, California 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: kgadams@ipwla.com
http://www.ipwla.com

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**Pablo Arredondo**

| | |
|---|---|
| **From:** | Kline, Matthew [mkline@omm.com] |
| **Sent:** | Tuesday, November 06, 2012 12:12 PM |
| **To:** | Keith Adams (kgadams@ipwla.com); Pablo Arredondo (parredondo@ipwla.com) |
| **Cc:** | Petrocelli, Daniel; Seto, Cassandra; Tokoro, Jason; Lens, Molly; Marc Toberoff (mtoberoff@ipwla.com); Richard Kendall; lbrill@kbkfirm.com; Nicholas Daum |
| **Subject:** | DC Comics v. Pacific Pictures |

Counsel:

We understand that defendants intend to file a Rule 54 motion this week concerning DC's First and Third Claims in the *Pacific Pictures* case. DC will oppose the motion because this case can, within the next few months, be brought to a final and decisive conclusion. Any appeal now would be inefficient and premature. Indeed, we are very concerned that defendants have filed so many interlocutory appeals in this case (five now)-- all in an effort to forum-shop, and to stymie this case from being fully and finally adjudicated. We hope we can convince you, for the reasons below, not to file your motion. In any event, we wanted to make sure you had DC's position on these issues and that you accurately representing that position to the Court, including by submitting this letter with any filing.

The reasons for not filing a Rule 54 motion now are many. Among them:

1. DC has a pending motion concerning its Fifth Claim that ultimately could help resolve that claim. That motion, which is set for hearing in a few weeks, should be resolved before we litigate whether a piecemeal appeal should be taken on DC's other claims.
2. Relatedly, since defendants will not stipulate to judgment on DC's Sixth Claim based on the Court's ruling on DC's Third Claim, DC will need to move for summary judgment on that claim as well. That issue is narrow and should be resolved before any Rule 54 appeal is taken.
3. DC's Fourth Claim could soon be resolved as well--either on summary judgment in DC's favor, or absent that, following a short trial.
4. DC intends to seek certain of its fees and costs on its First and Third Claims, as is its right. Those issues should be adjudicated before any appeal premised on those Claims is taken.
5. The *Superboy* case can and should be resolved now. As the remaining open issues in that case are narrow, and DC is entitled to judgment as a matter of law, we intend to file a motion seeking summary judgment.
6. Before any appeal, including a Rule 54 appeal, is brought on DC's First and Third Claims against the Shusters, DC believes a court-ordered mediation with the Shuster family would be potentially productive. In the wake of the Court's summary judgment ruling, the family (a) no longer has to labor under the unlawful consent agreements; and (b) should now have a more sober assessment of their claims. *Cf.* Peary Depo. at 357:22-358:16 ("Q. So you -- you understand that given that the estate has already given up an interest in Superboy, and the estate could lose this case and the court could find that the Shuster termination notice is invalid, that you as executor could yield the estate zero. You have entertained that as a possible outcome, correct? MR. TOBEROFF: Assumes facts. Lacks foundation. You can answer in the most general fashion without going into any details….. THE WITNESS: I've only considered that like I would an asteroid hitting us and wiping out life on earth."). We will be asking the Court, pursuant to its Local Rules, to order such a mediation. We believe any appeal the Shusters take will be rejected, and the Court's summary judgment ruling will be affirmed, but DC is willing to discuss the saved costs of not having to brief the appeal as part of a settlement discussion.

  In short, we suggest that we all take a pause this week and consider the best schedule and way to manage and fully resolve these cases.  To that end, we hereby request a meet and confer on the issues set forth above on Tuesday, November 13, at 10 a.m.  We can have that meeting in our office.  At all events, the parties should strive to bring this case to a final, decisive end on all of the claims presented.  Further piecemeal appeals are only a distraction and will delay matters and increase costs.

  All of DC's rights are reserved.

Thanks,

Matt Kline

*******************************************

**Matthew T. Kline**
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Phone: (310) 246-6840
Fax: (310) 246-6779
mkline@omm.com
www.omm.com

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

Please consider the environment before printing this email