# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIV

| | |
|---|---|
| DC COMICS,<br><br>        Plaintiff,<br><br>vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL,<br>and DOES 1-10, inclusive,<br><br>        Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ENTRY OF A FED. R. CIV. P. 54(b) JUDGMENT ON OCTOBER 17, 2012 ORDER GRANTING PLAINTIFF DC COMICS' FIRST AND THIRD CLAIMS, AND FOR A STAY OF REMAINING CLAIMS**<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set<br><br>Date: December 17, 2012<br>Time: 1:30 p.m.<br>Place: Courtroom 11 |

[PROPOSED] ORDER GRANTING MOTION FOR PARTIAL FINAL JUDGMENT

**[PROPOSED] ORDER**

The Court, having reviewed and considered defendants' Motion For Entry Of A Fed. R. Civ. P. 54(B) Judgment On October 17, 2012 Order Granting Plaintiff DC Comics' First And Third Claims, And For A Stay Of Remaining Claims, plaintiff's opposition thereto, all further submissions and arguments on the matter, the pleadings and records on file in this action, and good cause appearing, hereby GRANTS defendants' motion.

Federal Rule of Civil Procedure 54(b) allows a district court to certify as final and immediately appealable interlocutory orders that resolve certain outstanding claims in a case:

> When more than one claim for relief is presented in an action … or when multiple parties are involved, the court may direct the entry of a final judgment as to one or more but fewer than all of the claims or parties only upon an express determination that there is no just reason for delay and upon an express direction for the entry of judgment.

Fed. R. Civ. P. 54(b). To be eligible for entry of judgment under Rule 54(b), the order must constitute "an ultimate disposition of an individual claim entered in the course of a multiple claims action," and there must be no just reason to delay appellate review of the order until the conclusion of the entire case. *Curtiss-Wright Corp. v. General Electric Co.*, 446 U.S. 1, 7-8 (1980). The Ninth Circuit embraces a "pragmatic approach focusing on severability [of claims] and efficient judicial administration" in the construction of what constitutes a claim and whether there is no just reason to delay appellate review. *Continental Airlines, Inc. v. Goodyear Tire & Rubber Co.*, 819 F.2d 1519, 1525 (9th Cir. 1987).

The Court's order on October 17, 2012 (Docket No. 507), granting Plaintiff DC Comics' ("DC") motion for partial summary judgment and denying Defendants' cross-motion, fully resolved the First and Third Claims of DC's First Amended Complaint.

In determining whether to enter a Rule 54(b) judgment, courts consider whether certification of the claims "would 'streamline the ensuing litigation'" (*Noel*

*v. Hall*, 568 F.3d 743, 747 (9th Cir. 2009) (citations omitted)) or "facilitate settlement of the remainder of the claims." *Curtiss-Wright Corp*, 446 U.S. at 8 n.2. Here, entry of a 54(b) judgment would streamline the issues and conserve judicial resources. DC's Fourth, Fifth, and Sixth Claims are already before the Ninth Circuit (Case No. 11-56934), and DC's Second Claim is effectively precluded pending the Ninth Circuit's resolution of the *Larson v. Warner Bros. Entertainment Inc.* cross-appeals (Case Nos. 11-55863, 11-56034). *See* Docket No. 507 at 18 n.3 ("As that [Second C]laim is related to one currently on review before the Ninth Circuit, this Court declines to rule on that aspect of Defendants' motion.").

The entry of a Rule 54(b) judgment and subsequent appeal of the Court's order granting DC summary judgment on its First and Third Claims would therefore place the entire matter before the Ninth Circuit, promoting judicial economy and efficiency. It would also promote settlement by allowing the parties to obtain a final determination on the core disputed issue in this case – namely, the validity of the notices of termination served on DC by the executor of Joseph Shuster's Estate. There is no just reason for delay.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' Motion For Entry Of A Fed. R. Civ. P. 54(B) Judgment On October 17, 2012 Order Granting Plaintiff DC Comics' First And Third Claims, And For A Stay Of Remaining Claims is GRANTED.
2. Judgment in this action shall be entered on the First and Third Claims of DC's First Amended Complaint, and the October 17, 2012 Order is hereby CERTIFIED FINAL PURSUANT TO FED. R. CIV. P. 54(b).
3. Further proceedings in this case are hereby stayed pending the outcome of an appeal of this judgment, and Appeal Nos. 11-55863, 11-56034, 11-56934.

1 | IT IS SO ORDERED.
2 | Dated: _____                    _____
3 |                                          Hon. Otis D. Wright II
4 |
5 |
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

[PROPOSED] ORDER GRANTING MOTION FOR PARTIAL FINAL JUDGMENT