# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>        Plaintiff,<br><br>vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>        Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO VACATE OCTOBER 17, 2012 ORDER**<br><br>Complaint filed:  May 14, 2010<br>Discovery Cutoff:  None Set<br>Trial Date:  None Set<br><br>Date:  December 17, 2012<br>Time:  1:30 p.m.<br>Place:  Courtroom 11 |

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO VACATE OCTOBER 17, 2012 ORDER

## [PROPOSED] ORDER

The Court, having reviewed and considered Defendants' Motion To Vacate October 17, 2012 Order, plaintiff's opposition thereto, all further submissions and arguments on the matter, the pleadings and records on file in this action, and good cause appearing, hereby GRANTS defendants' motion.

Accordingly, IT IS HEREBY ORDERED that the Court's October 17, 2012 Order (Docket 507) is VACATED.

IT IS SO ORDERED.

Dated: _____        _____
                                     Hon. Otis D. Wright II