1

2

3

4

5

6

7

8         **UNITED STATES DISTRICT COURT**

9        **CENTRAL DISTRICT OF CALIFORNIA**

10 DC COMICS,

            Case No. CV-10-3633 ODW (RZx)

11        Plaintiff,

12       v.             ~~[PROPOSED]~~ **ORDER**
                       **GRANTING JOINT**

13 PACIFIC PICTURES           **STIPULATION TO CONTINUE**
CORPORATION, IP WORLDWIDE,    **OPPOSITION AND REPLY**

14 LLC, IPW, LLC, MARC TOBEROFF,   **DEADLINES ON PLAINTIFF DC**
an individual, MARK WARREN      **COMICS' MOTION FOR AN**

15 PEARY, as personal representative of   **EVIDENTIARY HEARING AND**
the ESTATE OF JOSEPH SHUSTER,   **SANCTIONS, INCLUDING**

16 JEAN ADELE PEAVY, an individual,   **TERMINATING SANCTIONS,**
LAURA SIEGEL LARSON, an        **APPOINTMENT OF SPECIAL**

17 individual and as personal          **MASTER, AND OTHER RELIEF**
representative of the ESTATE OF

18 JOANNE SIEGEL, and DOES 1-10,    Hon. Otis D. Wright II
inclusive,

19

20        Defendants.

21

22

23

24

25

26

27

28

For good cause shown, IT IS HEREBY ORDERED that defendants shall electronically file their opposition papers to DC's Motion For An Evidentiary Hearing And Sanctions, Including Terminating Sanctions, Appointment of Special Master, And Other Relief (Docket No. 500) on or before Wednesday, November 14, 2012, and DC Comics shall electronically file its reply papers on or before Monday, November 26, 2012.

IT IS SO ORDERED.

Dated:  11 - 13 - 12

_____
Honorable Otis D. Wright, II
Judge, United States District Court

[PROPOSED] ORDER GRANTING JOINT
STIP. TO CONTINUE OPPOSITION AND
REPLY DEADLINES