1  DANIEL M. PETROCELLI (S.B. #097802)
    dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
    mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
    cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA  90067-6035
   Telephone:  (310) 553-6700
6  Facsimile:   (310) 246-6779

7  Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>             Plaintiff,<br><br>     v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>             Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DECLARATION OF CASSANDRA SETO IN SUPPORT OF DC COMICS' REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION OF MAY 23, 2011, ORDER DENYING MOTION FOR REVIEW RE: PRODUCTION OF DEFENDANTS' CONSENT AGREEMENT**<br><br>Hon. Otis D. Wright II<br><br>Hearing Date:   December 10, 2012<br>Hearing Time:   1:30 p.m.<br>Courtroom:        11 |

SETO DECL. ISO DC'S REPLY ISO MOT.
FOR RECON. RE: CONSENT AGRMT

## DECLARATION OF CASSANDRA SETO

I, Cassandra Seto, declare and state:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am a counsel at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics ("DC") in this case. I make this declaration in support of DC Comics' Reply In Support Of Motion For Reconsideration Of May 23, 2011, Order Denying Motion For Review Re: Production Of Illicit Consent Agreement. I have personal knowledge of the matters set forth in this declaration.

2. Attached hereto as Exhibit 1 is a true and correct copy of transcript excerpts from the June 29, 2011, deposition of defendant Mark Warren Peary.

3. Attached hereto as Exhibit 2 is a true and correct copy of the transcript of the November 5, 2012, oral argument in *Pacific Pictures Corp. v. DC Comics*, U.S. Court of Appeal for the Ninth Circuit, Appeal No. 11-56934.

4. Attached hereto as Exhibit 3 is a true and correct copy of an email from my colleague Matthew T. Kline to defense counsel dated November 6, 2012.

5. Attached hereto as Exhibit 4 is a true and correct copy of a letter from Mr. Kline to Marc Toberoff dated December 20, 2010.

6. Attached hereto as Exhibit 5 is a true and correct copy of a letter from Mr. Kline to Mr. Toberoff dated December 29, 2010.

7. Attached hereto as Exhibit 6 is a true and correct copy of a letter from Mr. Toberoff to Mr. Kline dated January 4, 2011.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed this 15th day of November 2012, at Los Angeles, California.

/s/ Cassandra Seto
Cassandra Seto