| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #097802) |
| | dpetrocelli@omm.com |
| 2 | MATTHEW T. KLINE (S.B. #211640) |
| | mkline@omm.com |
| 3 | CASSANDRA L. SETO (S.B. #246608) |
| | cseto@omm.com |
| 4 | O'MELVENY & MYERS LLP |
| | 1999 Avenue of the Stars, 7th Floor |
| 5 | Los Angeles, CA 90067-6035 |
| | Telephone: (310) 553-6700 |
| 6 | Facsimile: (310) 246-6779 |
| 7 | Attorneys for Plaintiff DC Comics |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS, | Case No. CV 10-3633 ODW (RZx) |
| Plaintiff, | **[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO VACATE OCTOBER 17, 2012 ORDER GRANTING PLAINTIFF DC COMICS PARTIAL SUMMARY JUDGMENT ON ITS FIRST AND THIRD CLAIMS, AND FOR AN EVIDENTIARY HEARING** |
| v. | |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive, | |
| | Hon. Otis D. Wright II |
| Defendants. | |

1    IT IS HEREBY ORDERED that Defendants' Motion To Vacate October 17, 2012 Order Granting Plaintiff DC Comics Partial Summary Judgment On Its First And Third Claims, And For An Evidentiary Hearing (Docket No. 514) is DENIED.

    DC Comics' request, under Local Rule 83-7, for its fees and costs in opposing this motion is GRANTED.  *See, e.g.*, *Figueroa v. Gates*, 2002 WL 31572968, at *3 (C.D. Cal. Nov. 15, 2002) (awarding attorneys' fees under L.R. 83-7 where "self-styled 'renewed' motion [was] clearly a motion for reconsideration" but moving party "failed to recognize this or to articulate the appropriate standard under Local Rule 7-18").

    IT IS SO ORDERED.

Dated: _____    _____
                                Honorable Otis D. Wright, II
                                Judge, United States District Court