DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:  (310) 553-6700
Facsimile:   (310) 246-6779

Attorneys for Plaintiff DC Comics

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DECLARATION OF ASHLEY PEARSON IN SUPPORT OF DC COMICS' OPPOSITION TO DEFENDANTS' MOTION TO VACATE OCTOBER 17, 2012 ORDER GRANTING DC COMICS PARTIAL SUMMARY JUDGMENT ON ITS FIRST AND THIRD CLAIMS, AND FOR AN EVIDENTIARY HEARING**<br><br>Hon. Otis D. Wright II<br><br>**Hearing Date**:  Dec. 17, 2012<br>**Hearing Time**:  1:30 p.m.<br>**Courtroom**:  11 |

PEARSON DECL. ISO DC'S OPP.
TO DEFS.' MOT. TO VACATE

# TABLE OF CONTENTS

| Exhibit | Description | Page |
|---|---|---|
| A. | DC's Objections And Responses To Defendant Mark Warren Peary's First Set Of Requests For Production | 3 |
| B. | Copies of correspondence relating to the deposition of Paul Levitz | 103 |
| C. | Letter from Matthew T. Kline to Marc Toberoff and Richard Kendall dated July 6, 2012, attaching a supplemental production of two documents (DC 00156-57) | 122 |
| D. | Letter from Matthew T. Kline to Marc Toberoff and Keith Adams dated October 22, 2012 | 125 |
| E. | Email from Matthew Kline to Keith Adams and Pablo Arredondo dated November 6, 2012 | 130 |

# DECLARATION OF ASHLEY PEARSON

I, Ashley Pearson, declare and state:

1. I am an associate at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in this case. I make this declaration in support of DC Comics' Opposition To Defendants' Motion To Vacate October 17, 2012 Order Granting DC Comics Partial Summary Judgment On Its First And Third Claim, And For An Evidentiary Hearing. I have personal knowledge of the matters set forth in this declaration.

2. Defendants did not propound any discovery in this case until December 2011—some 19 months after DC filed its complaint in May 2010. DC responded to defendants' December 2011 discovery requests in February 2012. Attached hereto as Exhibit A is a true and correct copy of DC's Objections And Responses To Defendant Mark Warren Peary's First Set Of Requests For Production. Defendants responded to these objections in March 2012 by arguing that DC's search methodology for locating documents was improper, and defendants threatened to move to compel. Yet, defendants never so moved, never filed an application for further discovery, under Federal Rule of Evidence 56(d) or otherwise, and never proposed new or additional searches DC should run.

3. On June 28, 2012, defendants issued a subpoena for the deposition of Paul Levitz, setting the deposition for July 10, 2012. Attached hereto as Exhibit B are true and correct copies of some of the parties' correspondence relating to the deposition of Paul Levitz. Given that Mr. Levitz was unavailable on July 10, DC offered to make him available for deposition on July 26, 2012. *Id.* at 112, 119. Defendants accepted DC's offer. *Id.* On July 23—three days before Mr. Levitz's scheduled deposition—defendants unilaterally cancelled the deposition. *Id.* at 116-17. Since then, defendants have never rescheduled Mr. Levitz's deposition or noticed any others.

1    4.    Attached hereto as Exhibit C is a true and correct copy of a letter from my colleague Matthew T. Kline to Marc Toberoff and Richard Kendall dated July 6, 2012, attaching a supplemental production of two documents (DC 00156-57). The circumstances surrounding the production of this document are explained in Exhibit D to Pablo Arrendondo's Declaration supporting defendants' motion to vacate. DN 514-1 at 8 (July 11, 2012 email from M. Kline to P. Arrendondo).

5.    On October 25, 2012, counsel for DC met and conferred with defense counsel regarding, *inter alia*, defendants' threatened motions to vacate and for a Rule 54(b) judgment on the Court's October 17, 2012, summary judgment order. DC had sent defendants a letter on October 22, 2012, setting forth its opposition to defendants' motion to vacate; that letter was not included as an exhibit to defendants' motion to vacate, and a true and correct copy of it is attached hereto as Exhibit D. During the parties' October 25 teleconference, counsel for DC asked defense counsel that if they proceeded with their threatened motion to vacate, to ensure it was resolved before they filed a Rule 54(b) motion, given that the two motions seek directly inconsistent relief. Defense counsel declined, and DC informed defendants that DC would seek its fees and costs in opposing this motion to vacate. DC also sent defendants a follow-up email setting forth its objections to defendants' threatened Rule 54 motion. A true and correct of that email is attached hereto as Exhibit E.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed this 15th day of November 2012, at Los Angeles, California.

                                      /s/ Ashley Pearson
                                        Ashley Pearson