| | |
|---|---|
| 1 | TOBEROFF & ASSOCIATES, P.C. |
| | Marc Toberoff (State Bar No. 188547) |
| 2 |   *mtoberoff@ipwla.com* |
| | Keith G. Adams (State Bar No. 240497) |
| 3 |   *kgadams@ipwla.com* |
| | Pablo D. Arredondo (State Bar No. 241142) |
| 4 |   *parredondo@ipwla.com* |
| | David Harris (State Bar No. 255557) |
| 5 |   *dharris@ipwla.com* |
| | 22337 Pacific Coast Highway #348 |
| 6 | Malibu, California 90265 |
| | Telephone:   (310) 246-3333 |
| 7 | Fax:         (310) 246-3101 |
| 8 | Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| DC COMICS, | Case No: CV 10-03633 ODW (RZx) |
|          Plaintiff, | Hon. Otis D. Wright II, U.S.D.J. |
|   vs. | Hon. Ralph Zarefsky, U.S.M.J. |
| PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive, | **DEFENDANTS' NOTICE OF ERRATA RE: DEFENDANTS' OPPOSITION TO DC'S MOTION FOR AN EVIDENTIARY HEARING AND FOR SANCTIONS** |
| | *Corrected Opposition filed concurrently* |
| | Complaint filed: May 14, 2010 |
| | Trial Date: None Set |
| | Date:   December 10, 2012 |
| | Time:   1:30 p.m. |
| | Court:  11 |
|          Defendants. | |

NOTICE OF ERRATA

On November 14, 2012, defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, IPW, LLC, Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel ("Defendants") filed their Opposition To DC's Motion For An Evidentiary Hearing And For Sanctions (Docket 517).

Upon review, the document contains one formatting error in which a footnote appears twice (*id.* at 15, 17) and certain citation/typographical errata. These errata have been corrected and do not affect the substance of Defendants' filing.

Defendants are re-filing a corrected copy of their Opposition To DC's Motion For An Evidentiary Hearing And For Sanctions. Attached as Exhibit A to this filing is a redline comparing the November 14, 2012 brief with the re-filed corrected copy.

Defendants further note that the Declaration of Marc Toberoff In Opposition To DC's Motion For An Evidentiary Hearing And For Sanctions was initially filed under the incorrect CM/ECF heading of "OPPOSITION to MOTION for Hearing Evidentiary, MOTION for Sanctions re Discovery Misconduct MOTION to Appoint Special Master" (Docket 516). The correctly filed declaration appears at Docket 518.

November 15, 2012     RESPECTFULLY SUBMITTED,

/s/ Keith G. Adams
TOBEROFF & ASSOCIATES, P.C.
Attorneys for Defendants Mark Warren Peary *et al.*