| | |
|---|---|
| 1 | TOBEROFF & ASSOCIATES, P.C. |
| | Marc Toberoff (State Bar No. 188547) |
| 2 | *mtoberoff@ipwla.com* |
| | Keith G. Adams (State Bar No. 240497) |
| 3 | *kgadams@ipwla.com* |
| | Pablo D. Arredondo (State Bar No. 241142) |
| 4 | *parredondo@ipwla.com* |
| | David Harris (State Bar No. 255557) |
| 5 | *dharris@ipwla.com* |
| | 22337 Pacific Coast Highway #348 |
| 6 | Malibu, California 90265 |
| | Telephone: (310) 246-3333 |
| 7 | Fax:        (310) 246-3101 |

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS, | Case No: CV 10-03633 ODW (RZx) |
| Plaintiff, | Hon. Otis D. Wright II, U.S.D.J. |
| vs. | Hon. Ralph Zarefsky, U.S.M.J. |
| PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive, | **DEFENDANTS' NOTICE OF ERRATA RE: DECLARATION OF LAURA SIEGEL LARSON IN OPPOSITION TO PLAINTIFF DC COMICS' MOTION FOR AN EVIDENTIARY HEARING AND SANCTIONS**<br><br>*Corrected Declaration of Laura Siegel Larson filed concurrently*<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set<br><br>Date: December 10, 2012<br>Time: 1:30 p.m.<br>Court: 11 |
| Defendants. | |

NOTICE OF ERRATA

On November 14, 2012, defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, IPW, LLC, Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel, filed a Declaration Of Laura Siegel Larson In Opposition To Plaintiff DC Comics' Motion For An Evidentiary Hearing And Sanctions (Docket 519).

Ms. Larson's declaration inadvertently omitted the Exhibit "D" referenced in paragraph 17 of the declaration.  Defendants are concurrently filing herewith a Corrected Declaration Of Laura Siegel Larson In Opposition To Plaintiff DC Comics' Motion For An Evidentiary Hearing And Sanctions with Exhibit "D" included, which is otherwise identical to the declaration (Docket 519) previously filed.

November 19, 2012        RESPECTFULLY SUBMITTED,

/s/ Keith G. Adams
TOBEROFF & ASSOCIATES, P.C.
Attorneys for Defendants Mark Warren Peary *et al.*