Marc Toberoff (State Bar No. 188547)
*mtoberoff@ipwla.com*
Keith G. Adams (State Bar No. 240497)
*kgadams@ipwla.com*
Pablo D. Arredondo (State Bar No. 241142)
*parredondo@ipwla.com*
David Harris (State Bar No. 255557)
*dharris@ipwla.com*
TOBEROFF & ASSOCIATES, P.C.
22337 Pacific Coast Highway #348
Malibu, California 90265
Telephone: (310) 246-3333
Fax: (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| DC COMICS,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DECLARATION OF LAURA SIEGEL LARSON IN OPPOSITION TO PLAINTIFF DC COMICS' MOTION FOR AN EVIDENTIARY HEARING AND SANCTIONS**<br><br>*Opposition; Declaration of Marc Toberoff filed concurrently herewith*<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set<br><br>Date: December 10, 2012<br>Time: 1:30 p.m.<br>Court: 11 |

**DECLARATION OF LAURA SIEGEL LARSON**

I, Laura Siegel Larson, declare as follows:

1. I, individually and as personal representative of the Estate of Joanne Siegel, am a party in the above-entitled case, and submit this declaration in opposition to plaintiff DC Comics' ("DC") Motion For An Evidentiary Hearing And Sanctions (Docket No. 500).

2. In February 2002, my mother, Joanne Siegel, and I received a 56-page proposed draft agreement from DC/Warner Bros. with many one-sided, never before presented terms, plus numerous changes to those previously discussed with DC and Warner Bros. As I stated in an open letter of October 11, 2012, it was "an offer full of studio accounting traps that we refused to sign before we even knew Mr. Toberoff." A true and correct copy of my letter is attached hereto as Exhibit "A."

3. Disappointed that there was no agreement after years of grinding negotiations, in March 2002 my mother and I began to actively search for new attorneys to replace Kevin Marks and Gang, Tyre, Ramer & Brown. I compiled lists of lawyers with copyright law and entertainment industry expertise, and corresponded with noted trial lawyer, Gerry Spence, about representing us. A true and correct copy of such lists and correspondence is attached hereto as composite Exhibit "B."

4. On May 9, 2002, my mother sent a letter to Richard Parsons, the CEO of DC's parent, Time-Warner Inc., emphatically rejecting DC/Warner Bros.' sharp tactics and the onerous aforementioned February 2002 proposed terms. A true and correct copy of my mother's May 9, 2002 letter is attached hereto as Exhibit "C."

5. Our rejection of DC had nothing whatsoever to do with Mr. Toberoff, whom my mother and I had never met nor been in contact with, in any way, and of whom we were unaware until August 2002. At the time we decided to reject DC's proposal, we did not know that Mr. Toberoff had tried to contact my half-brother, Michael Siegel, or that he had briefly contacted our attorney Kevin Marks regarding

the status of our termination notices.

6.    On May 22, 2002, my mother and I met with Kevin Marks with the intention of ending his firm's representation of us, but ultimately we decided to wait until we could hire a suitable firm to replace Gang, Tyre, Ramer & Brown.  Our attorney search was difficult and slow because most of my time was consumed by the divorce I was going through.

7.    Thereafter my mother and I received a fax dated August 9, 2002 from Mr. Marks stating that Ari Emanuel, the head of the Endeavor Talent Agency (now CEO of William Morris Endeavor) along with an attorney named Marc Toberoff, had made an offer to Mr. Marks, in an August 8, 2002 teleconference, to purchase our "Superman" rights for $15 million, plus a "back-end" profit participation to be negotiated.  This was the very first time we had ever heard of Mr. Toberoff.

8.    My mother and I did not accept this preliminary offer from Mr. Emanuel as we wanted to secure new counsel before embarking on any negotiation. To my knowledge Mr. Marks did not respond to this offer either.  On September 21, 2002, my mother and I formally terminated Mr. Marks/Gang, Tyre, Ramer & Brown as our counsel and ended our disappointing negotiations with DC.

9.    These actions were set in motion by DC's objectionable February 2002 draft agreement from DC/Warner Bros that we had rejected long before September 21, 2012.  It had absolutely nothing to do with Mr. Emanuel's offer, which my mother and I also rejected.

10.    Mr. Toberoff has never represented to me or mentioned that he had a "billionaire" or "billionaire investor" interested in buying my mother's and/or my "Superman" rights.  The only offer I am aware of by an investor to purchase my or my mother's Superman rights was Mr. Emanuel's August 9, 2002 offer.

11.    Mr. Emanuel has never represented to me or mentioned that he had a "billionaire" or "billionaire investor" interested in buying my mother's and/or my "Superman" rights.

12. Mr. Marks has never stated to me that either Mr. Toberoff or Mr. Emanuel had ever mentioned a "billionaire" or "billionaire investor" interested in buying my mother's and/or my "Superman" rights.

13. Prior to this litigation, the terms "billionaire" or "billionaire investor" were, to my knowledge, used exclusively in correspondence between my half-brother, Michael Siegel, and me, and were then twisted in the so-called "Timeline," which I understand was written by the thief who stole those letters from Mr. Toberoff's legal files.

14. My use of the term "billionaire" in correspondence with Michael Siegel was simply as a colloquial term to signify a wealthy investor.

15. The only capacity in which Mr. Toberoff has ever served my mother and me has been as an attorney. In November 2002 Mr. Toberoff drafted and filed on our behalf a notice of termination under the Copyright Act regarding "Superboy." In Summer 2004, Mr. Toberoff re-commenced settlement negotiations on our behalf with John Schulman, Warner Bros' General Counsel, but, unfortunately, the parties once again could not reach an agreement. We therefore directed Mr. Toberoff to file a legal action to enforce our rights under the Copyright Act, which was filed on October 8, 2004, *Siegel v. Warner Bros. Entertainment Inc., et al.,* C.D. Cal. Case No. 04-CV-08400 ODW (RZx).

16. For more than thirteen years since our termination became effective on April 16, 1999, Warner Bros./DC has fought us at every turn, in and out of court, hoping to make the recovery of our share of the Superman profits they have owed us since 1999 so impossibly difficult and expensive that we would give up our legal rights and settle for well below present-day market value.

17. In December 2010, my mother drafted a letter to Time-Warner's CEO Jeffrey Bewkes asking that he intercede to stop Warner Bros.' war of attrition and to reasonably resolve this dispute. Ultimately, she did not send the letter for fear that the things she wanted to say might somehow be turned against her. A true and

correct copy of my mother's unsent letter dated December 10, 2010 is attached hereto as Exhibit "D." Sadly, my mother died on February 12, 2011 without ever realizing any benefits from her right under the Copyright Act to recover my father's copyrights.

18. I have reviewed the untrue and offensive allegations in DC's complaint and many of DC's accusatory filings in this case, and can say without equivocation that Mr. Toberoff has never deceived, defrauded or taken advantage of me or my mother in any respect. I am dismayed that I have been powerless thus far to put an end to DC's frivolous allegations that Mr. Toberoff defrauded me. It is my belief that DC is demonizing my attorney to divert from the merits of my successful copyright case, and to substantially drive up my litigation costs, with the sole objective of depriving my family of the value of our termination rights and of my father's work as the co-creator and original author of Superman.

19. I have been very pleased with Mr. Toberoff's skillful, zealous and loyal representation during more than eight years of complex litigation against Warner Bros./DC, an adversary that apparently knows no bounds.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on November 13, 2012, at Los Angeles, California.

Laura Siegel Larson

Laura Siegel Larson

October 11, 2012

Dear Superman Fans Everywhere,

My father, Jerry Siegel, co-created Superman as the "champion of the oppressed…sworn to devote his existence to helping those in need!" But sadly his dying wish, for his family to regain his rightful share of Superman, has become a cautionary tale for writers and artists everywhere.

My family's David and Goliath struggle against Warner Bros., the media conglomerate, goes back to April 1997, when my mom and I exercised our clear right under the Copyright Act to achieve my dad's dream of recovering his copyrights. In April 1999, my dad's half of the original Superman rights reverted to us, entitling our family to a significant share of Superman profits, which Warner/DC Comics refused to pay. For over thirteen years they have fought us at every turn, in and out of court, aiming to make recovery of the money they owe us so impossibly difficult that we would give up and settle for peanuts.

We refused to be intimidated despite my elderly mom's heart condition and my multiple sclerosis. In 2008 the U.S. District Court ruled that my mom and I had successfully recaptured my father's Superman copyrights and were entitled to Superman profits since April 1999.

Angered and alarmed by this defeat, Warner Bros. resorted to a despicable old trick: diverting attention from the legal merits of our case by personally attacking our long-time lawyer, Marc Toberoff. Through DC, the media giant filed a lawsuit against Mr. Toberoff, my family and the Estate of Superman's co-creator Joe Shuster, falsely claiming "unfair competition" and that Toberoff interfered with an out of court offer that Warner tried to push on my mom and me in early 2002 – <u>an offer full of studio accounting traps that we refused to sign before we even knew Mr. Toberoff</u>!

Warner Bros. possesses documents *stolen* from my attorney's office which mysteriously ended up on the desks of three top Warner executives. Warner claims it has no evidence whatsoever as to when these large packages arrived. According to Warner, the thief also included a cowardly *anonymous* letter that vilifies our attorney and mischaracterizes the privileged attorney-client communications enclosed. In a disgraceful violation of my privacy, Warner's lawyers attached this nasty anonymous letter to a publicly filed complaint and leaked it to the media.

In the midst of this sideshow, my mom, the original model for Lois Lane, passed away last year at 93, still determined to keep her promise to my dad. She never got to relax and enjoy any proceeds from the crusade she fought until her dying day.

Now the torch is in my hands and I won't be silent any longer about
Warner Bros.' tactics. I refuse to be bullied or deterred from enforcing my
family's rights, and fully support my attorney who has tirelessly defended
them. Warner Bros.' smear campaign has only made me more determined
than ever. We have the right to the attorney of our choice, which is none of
Warner's business. Marc Toberoff has stood by us through thick and thin
and we stand by him. We love and respect Marc who has poured his heart
and soul into helping us obtain justice in court, tenaciously litigating on our
behalf against the legions of highly paid corporate lawyers that Warner Bros.
has at its disposal. It was Marc's dedication and skill that brought us victory
in federal court, which Warner Bros. desperately hopes to derail with its
vindictive and baseless lawsuit. Make no mistake, Warner Bros. is attacking
our attorney to attack us and for no other reason.

Warner has spent about $35 million dollars on corporate lawyers to
fight my family and the Shusters instead of investing in a fair settlement.
The very attorneys who are lining their pockets with millions in fees accuse
my attorney of profiteering when, in fact, Marc has not received one cent
since he filed the first Superman case for us in 2004, and has advanced
enormous sums out of his own pocket on our behalf. Unlike Warner's
highly paid attorneys, Marc Toberoff will not be compensated unless and

until we prevail. He works under an attorney's contingency fee agreement. The notion advanced by Warner that he is trying to own or control Superman is ridiculous.

Fighting for what's right has not been easy. No one would want to endure what Warner Bros. and DC Comics has put my family, the Shusters and my attorney through. And that's exactly what their executives and lawyers want. By filing frivolous lawsuits against my family, the Shuster family and our lawyer, by publicly revealing my private communications, by driving up litigation costs and refusing to negotiate fairly, these companies think that other creators will be afraid to stand up to them, and that lawyers will think twice before taking on their cases.

What Warner Bros. apparently doesn't realize is that despite their tremendous power, I will NEVER give up on my parents' dream of rightfully restoring my father's rights to his family.

Would Superman, the embodiment of "truth, justice and the American way," let Warner Bros., DC Comics, and their gang of attorneys get away with this? Not for an instant!

Laura Siegel Larson

Laura Siegel Larson

Los Angeles, California

Subj: **Re: GerrySpence.com Comments**
Date: 3/14/02 2:23:07 PM Pacific Standard Time
From: gerry@gerryspence.com (Gerry Spence)
To: mistylight3@cs.com

I don't think I have any conflicts, however you might know this better than I. I publish with Scribner's which I believe is owned by Viacom and I am often on TV as a personality giving my opinions on various matters. Undoubtedly some of these networks are owned by the corporations you mention. I have an old movie contract with Warner Bros in which I hope someday to obtain turn-around rights. But I have no rights now that I know of. THere, you know my life's history.

I do not charge for consultation and do not consult on an hourly basis. I rarely take new cases--not enough of me. This may answer all of the above for you. Gerry

On 3/14/02 11:02 AM, mistylight3@cs.com wrote:

>name – L. Carter
>user_email – mistylight3@cs.com
>questions – Dear Gerry,
>I have a very interesting situation but before going into detail, I would
>like to know the following:
>
>1. Do you have any conflict of interest with AOL-Time Warner, Inc., any
>of that corporation's divisions, subsidiaries or affiliates (such as
>Warner Bros. Television, Warner Bros. Studios, Warner Music, the WB Network,
>DC Comics, Cartoon Network, etc.) or any other conflict that would prevent
>you from being involved in a matter versus the above?
>2. What is your hourly rate for a consultation?
>
>I look forward to hearing from you as soon as possible.
>
>Sincerely,
>L. Carter
>

---------------- Headers ----------------
Return-Path: <gerry@gerryspence.com>
Received: from rly-yc03.mx.aol.com (rly-yc03.mail.aol.com [172.18.149.35]) by air-yc02.mail.aol.com (v83.45) with ESMTP id MAILINYC21-0314172307; Thu, 14 Mar 2002 17:23:07 -0500
Received: from jhmail.com (jhmail.com [161.58.219.108]) by rly-yc03.mx.aol.com (v83.45) with ESMTP id MAILRELAYINYC39-0314172252; Thu, 14 Mar 2002 17:22:52 -0500
Received: from [192.168.1.125] (lax9-tgn-lvq-vty6.as.wcom.net [216.193.22.6]) by jhmail.com (8.11.6) id g2EMMop78841; Thu, 14 Mar 2002 15:22:50 -0700 (MST)
Message-Id: <200203142222.g2EMMop78841@jhmail.com>
Subject: Re: GerrySpence.com Comments
Date: Thu, 14 Mar 2002 14:22:50 -0800
x-mailer: Claris Emailer 2.0v3, January 22, 1998
From: Gerry Spence <gerry@gerryspence.com>
To: <mistylight3@cs.com>
Mime-Version: 1.0
Content-Type: text/plain; charset="US-ASCII"



Gerry Spence's
Trial Lawyers College
Thunderhead Ranch Dubois Wyoming

ABOUT TLC
Board Members
What Former Participants Say
ABOUT GERRY SPENCE
TLC PROGRAMS
Trial Lawyers College
Regional Seminars
Death Penalty Seminar
New Judicial College
PUBLICATIONS
The WARRIOR
Subscribe
Author's Guidelines
Advertising Opportunities
ALUMNI CENTER
Graduate Course
Alumni Directory
Links to Alumni in your area
HOW YOU CAN HELP TLC

## About Gerry Spence

Gerry Spence, recognized nationwide for his powerful courtroom victories, including the Estate of Karen Silkwood against Kerr-McGee and the defenses of former Philippine First Lady Imelda Marcos and White Separatist Randy Weaver, takes pride in being a country lawyer.

Born, raised and educated in Wyoming, Spence graduated cum laude from the University of Wyoming Law School in 1952. The University awarded him an honorary Doctor of Laws degree in May 1990. He spent his early years as a prosecutor and gradually developed an insurance clientele becoming one of the leading defense attorneys in the intermountain area. After successfully defending insurance companies for many years he "saw the light" and took on a new direction - representing people. No more corporations, insurance companies, banks or big businesses. Representing people remain his steadfast commitment.

Spence first gained national recognition when he received a $10,500,000.00 verdict against Kerr-McGee in the Karen Silkwood case on behalf of her children. Later he earned such verdicts as $26,535,000.00 against Penthouse for Miss Wyoming and successfully defended Ed Cantrell in the famous Rock Springs, Wyoming murder case. Spence received a $52,000,000.00 verdict against McDonald's Corporation, the fast-food chain, on behalf of a small, bankrupt, family-owned ice cream company for McDonald's breach of an oral contract. A Utah medical malpractice verdict of over $4,000,000.00 established a new standard for nursing care in that state. In 1990 he won acquittal for Imelda Marcos on multiple charges after a three-and-a-half month trial in New York City. In June 1992, he received a record-breaking $16,000,000.00 verdict for emotional damages incurred by his quadriplegic client because a major insurance company refused to pay the $50,000.00 policy more than twenty years earlier. Two weeks later he added $18,500,000.00 in punitive damages to the award. In July 1993, Spence successfully defended Randy Weaver on murder, assault, conspiracy and gun charges in the famous Idaho federal standoff case. Gerry Spence has not lost a jury trial since 1969, and has never lost a criminal case.

Gerry Spence is the author of Gunning For Justice, the story of his struggle through a painful metamorphosis to become the leading spokesman for a new system of law and lawyers for the people; Of Murder and Madness, a true story of insanity and the law (both published by Doubleday); Trial by Fire (William Morrow), the story of the Penthouse case; With Justice for None, (Times books, 1989) detailing his views on the failure of the American justice system, (published in paperback by Penguin Books in October, 1990). From Freedom to Slavery, The Rebirth of Tyranny in America, was published by St. Martin's Press on July 4, 1993. How to Argue and Win Every Time (St. Martin's Press, 1995) a national best seller, discusses in depth the power of persuading

national best seller, discusses, in depth, the power of persuasion and teaches that everyone is capable of making the winning argument. In The Making of a County Lawyer (St. Martin's Press, 1996) Spence writes his painfully honest autobiography that reveals how a county lawyer became one of the greatest trial lawyers of our time. With O.J.: The Last Word (St. Martin's Press, 1997), Spence writes his portrait of America and its troubled justice system in the twilight of the twentieth century. In his most recent book, A Boy's Summer: Fathers and Sons Together (St. Martin's Press, 2000), Spence writes beautifully and lyrically about how fatherhood allows a man to rediscover the boy within himself, while at the same time assuming true adult responsibilities for the first time.

In June 1995 through September 1996, Spence teamed with television network CNBC to create The Gerry Spence Show, which aired live for one-half hour every Friday night. The show discussed legal and social issues, which affected the lives of the people of our country.

For many years, Gerry Spence has lectured at law schools and conducted seminars for various legal organizations around the country. He is the founder and President of the non-profit Trial Lawyer's College where trial lawyers learn to try cases and fight for justice on behalf of the people. He is also the founder of Lawyers and Advocates for Wyoming, a non-profit public interest law firm. Spence served as legal consultant for NBC television covering the O.J. Simpson trial and has hosted and appeared on Larry King Live and the Rivera Show numerous times.

Gerry Spence practices law in Jackson Hole, Wyoming.

To learn more about Gerry Spence, please visit his web site www.gerryspence.com.

[Home Page] [Contact Us]



Choose your destination

Gerry Spence was born and educated in the small towns of Wyoming where he has practiced law for nearly fifty years. He has spent his lifetime representing the poor, the injured, the forgotten and the damned against what he calls "the new slave master," mammoth corporation and mammoth government. He has tried and won many nationally known cases, including the Karen Silkwood case, the defense of Randy Weaver at Ruby Ridge, the defense of Imelda Marcos, the case against Penthouse Magazine for Miss Wyoming and other important criminal and civil trials. He has never lost a criminal case. He has not lost a civil case since 1969. He has had more multi-million dollar verdicts without an intervening loss than any lawyer in America.

Spence is the founder of the Trial Lawyers College which has established a revolutionary method of training lawyers for the people. He believes that what he has learned needs to be shared with those who will continue to strive for justice on behalf of ordinary people.

Spence is the author of twelve previous books, including the best-seller, How to Argue and Win Every Time, From Freedom to Slavery, O.J.: the Last Word, The Making of a Country Lawyer, Murder and Madness, A Boy's Summer, With Justice for None, Give Me Liberty!, Gunning for Justice, Gerry Spence's Wyoming and Half-Moon and Empty Stars.

Spence is also a noted photographer and poet.







# Gerry L. Spen

## BIOGRAPHY

Gerry Spence, recognized nationwide f powerful courtroom victories, including estate of Karen Silkwood against Kerr- those for the defenses of former Philip Lady Imelda Marcos and White Separa Weaver, takes pride in being a country lawyer.

Born, raised and educated in Wyoming, Spence graduated cum la the University of Wyoming Law School in 1952. The University aw an honorary Doctor of Laws degree in May 1990.

He spent his early years as a prosecutor and gradually developed insurance clientele, becoming one of the leading defense attorney intermountain west. After successfully defending insurance comp many years he "saw the light" and took on a new direction--repres people. No more corporations, insurance companies, banks, or bi businesses. Representing people remains his steadfast commitm

Spence first gained national recognition when he received a $10,! verdict against Kerr-McGee in the Karen Silkwood case on behalf children. Later he earned such verdicts as $26,535,000 against P Miss Wyoming and successfully defended Ed Cantrell in the famc Springs, Wyoming murder case. Spence received a $52,000,000 against McDonald's Corporation, the fast-food chain, on behalf of bankrupt, family-owned ice cream company for McDonald's breac contract. A Utah medical malpractice verdict of over $4,000,000 e new standard for nursing care in that state. In 1990 he won acquit Imelda Marcos on multiple charges after a three and one-half mor New York City. In 1992, he received a record-breaking $15,000,0 emotional damages incurred by his quadriplegic client because a insurance company refused to pay the $50,000 policy more than t earlier. Two weeks later he added $18,500,000 in punitive damag award. In 1993, Spence successfully defended Randy Weaver on assault, conspiracy, and gun charges in the famous Idaho federal case. He has not lost a jury trial since 1969, and he has never los case.

He is the author of thirteen books:

- **Gunning for Justice**, describing the story of his struggle t painful and desolate metamorphosis to become the leadin spokesman for a new system of law and lawyers for the pe (Doubleday 1982);
- **Of Murder and Madness**, recounting a true story of insan law (Doubleday 1983);
- **Trial by Fire**, portraying the story of Miss Wyoming versus (William Morrow 1986);
- **With Justice for None**, detailing his views on the failure o American justice system, (Times Books 1989, Penguin Bo paperback 1990);
- **From Freedom to Slavery: The Rebirth of Tyranny in A** characterizing how Americans have given their freedoms t master, "the New King" (St. Martin's Press 1993);
- **How to Argue and Win Every Time**, a national best selle in depth the power of persuasion and teaching that everyo capable of making the winning argument (St. Martin's Pres
- **The Making of a Country Lawyer**, revealing through a pa honest autobiography how a country lawyer became one c greatest trial lawyers of our time (St. Martin's Press 1996);
- **O. J.: The Last Word**, painting his portrait of America and justice system in the twilight of the twentieth century (St. M 1997);
- **Give Me Liberty!**, outlining how we, "The New American S free ourselves and our nation (St. Martin's Press October '
- **A Boy's Summer**, communicating in a book of short essay adventures, and experiments that fathers and sons can dc Martin's Press 2000);
- **Gerry Spence's Wyoming**, turning his attention to his nat share the marvels and mysteries he finds in the landscape the people through photography and poetry (St. Martin's P November 2000);
- **Half-Moon and Empty Stars**, his first novel, telling the sto brothers, half Arapaho, half white, set in a small Wyoming (Scribner 2001); and
- **Seven Simple Steps to Personal Freedom**, is a powerfu large-hearted, and life-changing book that asks us all to ta greatest risk for the greatest reward--our own freedom (St. Press 2001).

From June 1995 through September 1996, Spence teamed with t network CNBC to create The Gerry Spence Show, which aired liv an hour every Friday night. The show discussed legal and social i affected the lives of the people of our country.

For many years Spence has lectured at law schools and conducts at various legal organizations around the country. He is the found director of the nonprofit Trial Lawyers College where lawyers lear

Gerry Spence bio - Spence, Moriarity & Schuster, personal injury and criminal lawyers Page 3 of 3

on behalf of the people. He is also the founder of Lawyers and Ac Wyoming (L.A.W.), a nonprofit public interest law firm. Spence se consultant for NBC television covering the O.J. Simpson trial and and appeared on Larry King Live and the Rivera Show numerous

Gerry Spence practices in Jackson Hole, Wyoming with his partn P. Moriarity, Robert P. Schuster, Gary L. Shockey, J. Douglas Mc Jacobson, Jr., Kent W. Spence, Robert A. Krause, R. Daniel Flec Bryan Ulmer, III.

Spence, Moriarity & Schuster, LLC
15 South Jackson Street
PO Box 548
Jackson, Wyoming 83001
307-733-7290
Fax 307-733-5248

Home | Firm Profile | Practice Areas & Specialties | Partners | Clients & Cases
Contact Info | Location | Frequently Asked Questions | Links | LAW Public Interest La

Disclaimer
© 2001 Spence, Moriarity & Schuster, LLC, All Rights Reserved.

http://www.smswy.com/spencebio.html 3/11/02

Exhibit B
15

LSL 00458

Choose your destination

Gerry Spence
P.O. Box 548
Jackson, WY 83001

Email: gerry@gerryspence.com

If you have any questions or comments for me, please fill out the following form. I try to answer all of my email personally.

Your Name

Your Email

Questions/Comments:
(If you are sending a lenghty message, over 150 words, please use the link above to send the message)

Submit







**Welcome to Spence, Moriarity & Schuster, LLC**

Our practice emphasizes personal injury, wrongful death, medical criminal and business litigation – as well as workplace, automobile product, toxic, recreational, and reputation injuries, class actions, and employment discrimination.

Firm Profile - Spence, Moriarity & Schuster, personal injury and criminal lawyers Page 1 of 2

Spence, Moriarity & Schuster represents people. We are ten partı dedicated to fight for the rights of the injured.

Your injury may have been on the job. It may have been in a car. been from a defective product – or the result of poor medical care you and your family were the victims of toxic exposures. Spence, Schuster represents people like you.

We do not represent big business, banks, or insurance companie family business has been hurt, we do represent people like you.

We represent people charged with crimes. We believe the founda system is the best representation possible for the accused.

Our practice is nationwide. For nearly 30 years, Spence, Moriarity has fought for justice across the country. We are assisted at hom experienced staff and we associate with skilled local lawyers whe

Spence, Moriarity & Schuster is proud of its heritage – decades of representing scores of people.

Spence, Moriarity & Schuster, LLC
15 South Jackson Street
PO Box 548
Jackson, Wyoming 83001
307-733-7290
Fax 307-733-5248

Home | Firm Profile | Practice Areas & Specialties | Partners | Clients & Cases
Contact Info | Location | Frequently Asked Questions | Links | LAW Public Interest La

http://www.smswy.com/firmprofile.html 3/11/02

Exhibit B
18

LSL 00461







PLAINTIFF'S PERSONAL INJURY

- Workplace injuries
- Automobile injuries
- Defective product injuries
- Toxic exposure injuries
- Medical malpractice
- Professional malpractice
- Unsafe drugs, vaccinations
- Employment issues
- Discrimination, wrongful termination
- Injury to reputation
- Wrongful death
- Qui Tam "Whistle Blow
- Insurance company ba
- Police misconduct
- Recreational injuries
- Class actions
- Explosions, electrocutic
- Civil rights claims

CRIMINAL DEFENSE

BUSINESS LITIGATION

Click here to view case examples of the above

*Disclaimer:*
*The Wyoming State Bar does not certify any lawyer as a specia expert. Anyone considering a lawyer should independently inv the lawyer's credentials and ability, and not rely on advertiseme self-proclaimed expertise. We encourage such an investigatior you retain any lawyer. Resumes are available upon request. I answer any questions regarding our credentials and abilities.*

The Trial Lawyers College is dedicated to training and educating lawyers and judges who are committed to the jury system and to representing and obtaining justice for individuals; the poor, the injured, the forgotten, the voiceless, the defenseless and the damned, and to protecting the rights of such people from corporate and government oppression. In all of its activities, the Trial Lawyers College will foster and nourish an open atmosphere of caring for people regardless of their race, creed, religion, national origin, physical abilities, gender or sexual orientation.

You may also visit our web site at: www.triallawyerscollege.com

Do you have a case you want us to consider? If so, please call us use the contact form below.

We will maintain all communications with strictest confidence. Ho information that you send in an e-mail message might not be conf privileged. Sending an e-mail message will not make you a client Moriarity & Schuster, LLC.

**Spence, Moriarity & Schuster, LLC**
Post Office Box 548 (Mail)
15 South Jackson Street (Fed Ex, UPS, etc.)
Jackson, WY 83001
(307) 733-7290 (telephone)
(307) 733-5248 (fax)
Click here to e-mail
Client Sevices at SMS

Contact Form

First Name: (required)
Last Name: (required)
Street Address: (required)
Street Address 2:
City: (required)

1. How do I pay for my legal fees?

2. How do I pay for the expenses of the case?

3. How do you decide whether you will take my case?

4. How much is my case worth?

5. I don't live in Wyoming. How can you take my case?

6. Who from your law firm will work on my case?

7. I have been speaking to your legal assistants. When will a la me?

8. How long will it take before we go to trial?

9. If there is a trial will I need to be there?

10. What is a deposition?

11. If my case settles, how long will it take before I receive mone

12. Will you speak with me before settling my case?

1. We take cases on a contingency fee basis. This means that if is no recovery, you owe us nothing for our services.

2. In most cases, Spence, Moriarity & Schuster, LLC will advanc expenses of the case and we will be paid back by you when there recovery.

3. We look at many cases and we are not a large law firm. Unfortunately, we are not able to help all of the people who ask for need our help. We look at each case individually as it comes in, as partnership. That is, the ten partners in the law firm all give consideration to the cases. If we believe that we can be of service you, we will take the case. Sometimes, if we are unable to help yo know of other lawyers who can help and we will refer you to them.

4. The value of each case is different and must be evaluated separately. We take a great deal of time to come to a proper evalu of your case. Spence, Moriarity & Schuster, LLC has been evaluati cases and representing people for nearly three decades. However must know that there is never a guarantee of any recovery.

5. The lawyers at Spence, Moriarity & Schuster, LLC are license practice in several different states. If, however, you live in a state w we are not licensed, we associate with competent local counsel an work closely with them on your case. Since we associate with local counsel we are able to appear and practice in states where we are licensed.

6. We have many people at any given time working on your case There are lawyers and legal assistants with whom you will work dir There are also investigators, law clerks and word processors all w on your case. Some of these people you will never see or have co with. But we are all working to bring your case to a successful conclusion.

7. We have legal assistants to assist the lawyers in working on y case. The legal assistants are an integral part of our team. Many ti the lawyers who are directly responsible for your case are out of th office or are working on other cases. You should know that any tim want to speak with the lawyer who is responsible for your case, ev attempt will be made to have that lawyer call you directly at his/her earliest convenience.

FAQ - Spence, Moriarity & Schuster, personal injury and criminal lawyers Page 3 of 3

8. We work in states all over the United States. Each court in the United States differs in the amount of time it takes to bring a case trial. Once we know what court we are in we are in a much better position to estimate the time to trial.

9. Yes.

10. During the course of your case you will most likely have to gi deposition. A deposition is a statement that is given under oath be certified court reporter. When your deposition is taken one of the lawyers in this office will be there to represent you.

11. Typically, once a case is settled, documents must be exchan between both parties of the lawsuit. This process usually takes 30 days, but can take longer if your case involves special circumstanc

12. Yes, no case is ever settled without your expressed consent. Whenever settlement negotiations are initiated by either party you informed and it is only with your full participation, advice, and cons that your case settled.

Spence, Moriarity & Schuster, LLC
15 South Jackson Street
PO Box 548
Jackson, Wyoming 83001
307-733-7290
Fax 307-733-5248

Home | Firm Profile | Practice Areas & Specialties | Partners | Clients & Cases
Contact Info | Location | Frequently Asked Questions | Links | LAW Public Interest La

Disclaimer
© 2001 Spence, Moriarity & Schuster, LLC. All Rights Reserved.

http://www.smswy.com/faq.html 3/11/02

Exhibit B
24

LSL 00467

## LAW Public Interest Law Firm

The mission for Lawyers & Advocates for Wyoming is to provide representation in defense and promotion of the public's interest c issues of health, safety, consumer rights, and civil liberties to Wy citizens as well as other individuals who are unable to secure a la the nature of the controversy or financial inability. It is further the Lawyers and Advocates for Wyoming to train and educate perso in the practice of law and to encourage social betterment through profession.

**Background**
Lawyers & Advocates for Wyoming or L.A.W. was started in 199 Gerry Spence's dream to create a law firm that was devoted sole Wyoming's public interest. He wanted a law firm that would alwa Wyoming's people and important Wyoming causes—even if thos not generate an economic value for the law firm. Based on this d his partners at Spence, Moriarity and Schuster, LLC started L.A.

L.A.W. is not-for-profit. It strives to support itself by re-investing f from cases into the firm and using the money to fund future case sole employee is a Director who is selected by the Board of Direc Board is made up of the members of the law firm of Spence, Mor Schuster, LLC.) The Director is responsible for the day-to-day op the firm and the day-to-day management of all cases assigned to each case that is handled by L.A.W., one or more Board membe assigned to assist and advise the Director in that particular case. members do not receive fees for the work they perform on L.A.W of their time is donated. L.A.W. simply would not be successful w hours of work that the Board contributes to L.A.W., and the guide provide the Director. This firm also takes cases outside the state if they have social appeal and are seen to advance the betterme

LAW Public Interest Law Firm - Spence, Moriarity & Schuster, personal injury and crimin.. Page 2 of 2

Spence, Moriarity & Schuster, LLC
15 South Jackson Street
PO Box 548
Jackson, Wyoming 83001
307-733-7290
Fax 307-733-5248

Home | Firm Profile | Practice Areas & Specialties | Partners | Clients & Cases
Contact Info | Location | Frequently Asked Questions | Links | LAW Public Interest Law

Disclaimer

© 2001 Spence, Moriarity & Schuster, LLC. All Rights Reserved.

http://www.smswy.com/law.html 3/11/02

Exhibit B
26

LSL 00469

Choose your destination

From time to time Gerry will set out here his thoughts on such topics as,

- Who are we?
- Where are we headed, and why?
- How can we live a more fulfilling life?
- How can we be free?
- What is the matter with justice in America?
- How can we get better judges, better trained lawyers, and how can lawyers serve the people better?
- And other ideas he carries around in his head.

Have We Already Been Defeated? (Dated: 9-20-01)

On Being Afraid (Dated: 7-17-01)

Choose your destination

## Have We Already Been Defeated?

I am terror stricken. I am awakening from a nightmare in which America has been defeated, her people enslaved, her freedoms confiscated, and her citizens imprisoned within their own borders. I awaken to discover that the dream could be true.

Beyond the pain of the already dead and dying, the unspeakable horror is that the enemy may have beaten us already. And the enemy laughs. And the enemy is insane.

That we may have been conquered is an unutterable secret. Our leaders will not tell us because they do not know. They, too, are part of this giant that has suffered such ungodly pain, such unremitting horror and sorrow. As we watch, the giant rises up preparing to crush its enemies it cannot see nor fully understand. As we watch we learn that the giant, too, does not know that it may have already been beaten.

No one has told us that our enemy can never be defeated, not even by the most powerful nation in the history of the world.

The enemy, of course, is Hatred. And Power, even absolute power, cannot destroy Hatred. Power can only create Hatred.

Power can wipe out thousands, millions, nations, the world, but it cannot destroy Hatred. We can kill those who have killed us but each of their dead and ours will be replaced many fold by a new, more potent strain of hatred. Hatred killed thousands in New York, and instantly created two hundred-sixty million people filled with rage and a new hatred of their own. The giant can kill their leaders and those who succor them. The giant can wipe out their villages, but Hatred will find ways to obliterate our freedoms, our institutions, to extinguish our moral beacons and at last it may even destroy our cities and our civilization. The enemy, Hatred, is instantly contagious. It destroys reason. It turns good men into killers. It infects all that it touches. It cannot be defeated except by love. But how can we love that which we hate so?

When I say that already we may have been defeated I do not mean the body count will be in their favor. We will always win the body count. If they wipe out great buildings, we can destroy whole cities. If they wipe out a city, we can destroy a whole nation. The giant has the power. We are Power. Power can win the body count but it cannot win this war. Because the enemy is not human. This is a war against a malicious spirit.

Only fools attempt to defeat a spirit with guns and rockets and bombs. It is like blowing up the air. It is like bombing graveyards. Destroying all that lives cannot destroy Hatred. It grows like a perpetual cancer. It breeds Hatred and infects all that it touches until nothing remains except the offspring of Hatred which is terror and pain and death. Some have said this is a war of good against evil. But Power that only begets Hatred is not good. In the end, Hatred becomes the most indomitable power of all.

In response to our demand for just and immediate reprisals we already may be committed to a broad kind of indiscriminate killing. Already we have committed our children to kill and to be killed. And the enemy, Hatred, laughs, because it knows that killing on either side will bring on more hatred until, after decades, perhaps generations, the giant will have depleted itself, its coffers drained, its natural resources exhausted, its population drowned in fear and sorrow and hatred over the endless fields of dead. At last the giant, drained and gasping in its own poisoned air, may surely fall. There will be no victors in this war except Hatred. It can defeat all sides, all comers, all challengers, all weapons. All Power. It can defeat All.

I have spoken here of a simple proposition, one that men of Power find difficult to understand because men of power understand only power. Many politicians have spoken to a people who have suffered, who have lost their children and loved ones and who are afraid. But they play to an enflamed and suffering people often without careful questions and with expressions of hatred instead. Reason is out. Dissent is seen as unpatriotic. To ask simple a question, like, "Why are we hated so?" cannot be asked. Justice has become confused with killing so that the more we kill in retribution, and the sooner, the more justice we are said to receive, and the safer we shall become. But such justice delivers only Hatred--theirs and ours--and leaves us more vulnerable to those who will hate us still more.

Let us now go forward to that time when the body count is over. We can see their dead and ours lined in long rows, the parts of the bodies in terrible heaps, the mangled and limbless children, the weeping, the wounded and the wretched. The world is drowning in tears. But in this horrid conflagration we have not won, because freedom, which was once our life blood, has been drained from us as part of the price of the war.

No longer can we trust our neighbors. No longer can we wander safely from our own borders, nor move within them without fear. Our Constitution is only a memory on faded parchment. We can not speak freely for fear we will be hated. Our civil liberties, once guaranteed under that blessed document, have given way to the exigencies of this struggle. The police have demanded that they be given more power, that they be permitted to tap our phones and search our homes without warrants. We have become prisoners with electronic tattoos. Reacting to our fear we have embraced the police who have promised to keep us safe. But we are no longer safe from them. We have been stripped of our rights and stand naked and helpless

before them. Our lawyers, once warriors for the people, can no longer speak out for us. Their tools of justice, our constitutional rights, have been confiscated so that they stand impotent and whining. And the courts turn their heads. We have become locked within our self-constructed prisons on the promise that we will be safe there. But we are no longer safe from the police in this new police state--a nation still called America.

That blessed ideal fundamental to any free nation--the rule of law--can no longer be heard through the racket of our rage. America, once founded on the rule of law, has already committed to sacrifice the rule of law for its security. The terrible need of Power to grasp more power is never satiated. Hatred also hates freedom and despises the rule of law. And once the rule of law has been forfeited, like an arm severed, like a leg amputated, like a soul stripped of its sense of humanity, it can never again be called upon to protect a free people.

The goal of a free nation is to reveal by example the enlightened possibilities of the human race, not to wield its power of destruction and death over the helpless, the poor, the starving and the war torn masses. The goal of a free nation must be no different outside its borders than within them. In America we do not massacre whole towns because they may be the chosen domicile of a criminal or a conspiracy of criminals. Instead we carefully root out the felons and bring them to justice. In the same way, the goal of a free nation must be to first view all people as members of the human race, and, as such, to insist that they possess fundamental human rights. They are, as we, citizens of the world. The rule of law shows us the way. Those who have committed these atrocities and those who aided and abetted them must be positively identified and brought to justice. Despite their crimes of horror they must be surrounded with all of the rights to which any citizen of the world is entitled. If we ask the rest of the world to join us in this war, our request must not be that they join us in the madness of killing, in the eternal seeding of hatred, but that they join us in our quest for justice under the rule of law. The venue for such trials must be a special International tribunal, for the crimes were not against us alone but against the entire world, against the human race.

If we are, indeed, to remain a free nation, the people, at last, must wield their final power over Power. We, the people, must ensure that unleashed Power, this enraged giant, does not, itself, become the most proficient, the most hideous, the most gargantuan terrorist in the history of mankind and thereby plant a crop that bears an eternal fruit of Hatred.

We cannot be asked to love those who have wrought such pain and death on so many innocent people. Such love is beyond the capacity of the human organism. But we are able to love our system based on the rational, just, rule of law. And, we are able, through the love of it, not to further nourish Hatred, but instead to accept the greatest of challenges, and, indeed, the greatest of opportunities that have ever been tendered a free nation-

-to teach the world by our example, to hold Power tightly to the rein, and at last to lead the world toward a day when we shall be free from fear and terrorism by embracing, yes, cherishing the rule of law. It is the majesty of the rule of law that underlies the Constitution of the United States. With it we can lead the world to freedom. Without it we are doomed to the endless pain and destruction that an unleashed Hatred will forever wage upon us. In a sane world, we can never surrender to Hatred.

top



Choose your destination

**On Being Afraid**

I have always been afraid. It is a painful feeling, fear. It sits down in the bottom part of the belly and hurts. But it is the energy of survival. I have always been afraid of fear and at the same time grateful for it--afraid of its pain and grateful that because of the pain I can take steps to eradicate it by overcoming that which frightens me.

One who is afraid reacts to it as any animal. If one is a rabbit, one runs into one's hole and hides. If one is a turtle one pulls back into one's shell. We have all known people who react to their fear in this fashion. Some call them shy. Some, wrongfully, call them cowards. Never reach your hand down into a rabbit's hole and try to pull the rabbit out. You will only extract a bloody finger.

But some people, me included, react to fear as a lion reacts. We get angry. It is easier to be angry than to be afraid. It is less painful. The frightened lion attacks whatever frightens him. So does the grizzly. So do I. But it is fear, nevertheless, that motivates the attack. And our fear generates fear in others which may not always be what we had hoped for.

Fear has been given to us so that we may recognize that which endangers us in this complex world. To avoid injury of one kind or another we need to recognize the danger, whatever it may be. Fear permits us to ask ourselves: what are we afraid of and to evaluate it. It gives us an opportunity to say to ourselves, we don't need to be afraid of this person or that job. It is something we can handle. It gives us an opportunity to understand that the other person may be as afraid of us as we are afraid of them. It gives us a chance to deal with our fear. Are we afraid for our health? Whatever our fear, is it justified? If it is, we must listen and take appropriate steps.

In the end, fear is a gift. The small, two-point buck is not afraid. But he is the one who usually ends up in the back of the hunter's pickup truck while the old buck with the magnificent horns and the lordly stance is the first to bolt and run when he hears the crack of the hunter's foot on a twig.

Fear is also the stuff of courage. We cannot be brave

Fear is also the start of courage. We cannot be brave without fear. One who faces unreasonable danger is not courageous unless that person has first felt fear and overcome it. He is only foolish. I know of no persons who are brave who are not first afraid. So, at last, fear is our friend. Listen to it. It speaks loudly to us. It is not to be ignored. It is to be cherished as our protective partner.

top

Practice Areas - Spence, Moriarity & Schuster, personal injury and criminal lawyers Page 2 of 2

Spence, Moriarity & Schuster, LLC
15 South Jackson Street
PO Box 548
Jackson, Wyoming 83001
307-733-7290
Fax 307-733-5248

Home | Firm Profile | Practice Areas & Specialties | Partners | Clients & Cases
Contact Info | Location | Frequently Asked Questions | Links | LAW Public Interest La

Disclaimer
© 2001 Spence, Moriarity & Schuster, LLC. All Rights Reserved.

http://www.smswy.com/practiceareas.html 3/11/02

Exhibit B
34

LSL 00477

Spence, Moriarity & Schuster, LLC
15 South Jackson Street
PO Box 548
Jackson, Wyoming 83001
307-733-7290
Fax 307-733-5248

Home | Firm Profile | Practice Areas & Specialties | Partners | Clients & Cases
Contact Info | Location | Frequently Asked Questions | Links | LAW Public Interest La

Disclaimer

© 2001 Spence, Moriarity & Schuster, LLC. All Rights Reserved.

Firm Profile - Spence, Moriarity & Schuster, personal injury and criminal lawyers Page 2 of 2

Disclaimer

© 2001 Spence, Moriarity & Schuster, LLC. All Rights Reserved.

http://www.smswy.com/firmprofile.html 3/11/02

Exhibit B
36

LSL 00479

Search Again: Corporate Fraud
Search Help

Enter Web Site Address

**Search again with these terms:**
| fraud | credit card fraud | insurance fraud | internet fraud |

- Corporate Fraud
- Buy Books Here!
- Search Amazon

**Web Pages** **1 - 10 of 218865 | Next 10 >**

- **Amazon.com: buying info: Handbook on Corporate Fraud : Prevention, Detection, and Investigation**
  Books All Products Explore this book buying info rate this item See more by this author all books by Jack Bologna Share your thoughts write a review write a So You'd Like to... guide e-mail a friend about this item Your Favorite Magazines! Explore
  http://www.amazon.com/exec/obidos/ISBN=075069243X

- **Welcome Page to Fraudabc.com**
  Information Resource Workshops Red Flags About Information Workshops Red Flags Golden Rules of Forensic Auditing About News Archives Independent Online Sunday Times Business Day Services 24hr Fraud HotLine SA Fraud Prevention Service Discovery
  http://www.fraudabc.com/

- **corporate fraud company fraud investigations CFS ltd uk**
  corporate fraud solutions ltd, company fraud investigations, specialist investigators uk
  http://www.corporatefraudsolutions.co.uk/

- **Corporate Fraud Investigations**
  Corporate Fraud Investigations Business Intelligence Due Diligence Added Value Corporate Fraud Fraud Prevention Technical Surveillance & Surveillance Capabilities Legal Enquiries & Process Serving Professional Witness Security Management Consultancy
  http://www.vivendi.demon.co.uk/page4.html

- **Websters Solicitors - Corporate Fraud**
  Websters Solicitors: Professional & expert specialist legal advice in Personal Injury, Professional Negligence, Litigation & Fraud. Offices in London & Guildford.'}
  http://www.websters.uk.com/fraud.html

- **Corporate Fraud - Background Checks - UK England Europe**
  Private investigators in England, UK, Europe and beyond for fraud, corporate due diligence, tracing missing persons, background checks, surveillance
  http://www.investigators.cwc.net/fraud.htm

- **Corporate Fraud Investigations - Leading International and Australian Consulting Detective Agency Newsletter Home Page**
  Consulting Detectives since 1967 the principals have formed this company to combat the Y2K crime threat utilising there accumulated knowledge in forensic Auditing, Industrial Espionage, IT Fraud, Computer Hacking, Data encryption Security plus Surve

- **Corporate Welfare Military Waste and Fraud - $172 billion a year**
  Military Waste & Fraud: $172 billion/year excerpted from the book Take the Rich Off Welfare by Mark Zepezauer and Arthur Naiman Odonian Press, 1996 Military Waste and Fraud - $172 billion a year When it comes to wasting money, the Pentagon has no
  http://www.thirdworldtraveler.com/Corporate_Wel...

Search for: Corporate Frau Find It

Sponsored Links

? FRAUD SUSPECTED ?
The UK's only serious investigation service available 24x7
www.vogon-computer-evidence.co.uk

Search for: Corporate Fraud

Of Murder & Madness 1995
From Freedom to Slavery 1993
St. Martin's Press — How To Argue & Win 1995
OJ The Last Word 1997

[illegible] Paperback - Castle Library 1999

Half Moon & Empty Stars 2001 - Scribner

Seven Simple Steps to Pers. Freedom - 2001 - St. Martin's
Gerry Spence's Wyoming - 2000 "
A Boy's Summer - 2000 - St. Martin's
Making of a Country Lawyer - 1997 "

With Justice For None - Penguin Bks 1990
Orig: Times Books 1989
Random House

Trial by Fire - Wm. Morrow Co 1986
Gerry Spence: Gunning for Justice - Doubleday & Co 1982

Audio Tapes: Audio Renaissance 1995

JOANNE SIEGEL
13929 Marquesas Way #201-A
Marina Del Rey, CA 90292
(310) 821-5894
May 9, 2002

Richard D. Parsons
Co-Chief Operating Officer
AOL Time Warner Inc.
75 Rockefeller Plaza
New York, New York 10019

Dear Dick,

I am Joanne Siegel, widow of Superman's creator Jerry Siegel. In 1997, as Jerry's heirs, our daughter Laura and I had the unique opportunity to regain Jerry's share of the Superman copyright.

With the assistance of three attorneys, two of them copyright specialists, Laura and I successfully terminated Jerry's seven grants and our Washington, DC copyright expert sent out the Notices of Termination then filed our copyright for Superman in a timely manner. For years we had had a friendly relationship with the D C Comics people and were on very friendly terms with Jerry Levin. We remained friends after the terminations were filed. They knew that we acted not out of malice but were exercising our rights granted by the U. S. Congress. Because Joe Shuster, Superman's artist, had no surviving spouse or children, his rights were not terminated but are held by D C Comics.

Every step in the termination process, the filing, the timing, were carefully researched, checked and rechecked with knowledgeable attorneys on both coasts before going ahead. We then hired two additional Beverly Hills entertainment attorneys as our negotiators. Negotiations dragged on for four difficult years. We made painful concessions assured if we did we would arrive at an agreement. When we made those difficult concessions and reluctantly accepted John Schulman's last proposal six months ago, we were stabbed in the back with a shocking contract.

Your company's unconscionable contract dated February 4, 2002 contained new, outrageous demands that were not in the proposal. The document is a heartless attempt to rewrite the history of Superman's creation and to strip Laura and me of the dignity and respect that we deserve. It attempts to discredit my late husband, Jerry Siegel, whose creations the company and its predecessors have greedily cashed in on for more than sixty four years.

That contract was sent to us three months ago. The company may think its representatives are very clever but with that contract they have sunk not only themselves and the company but you, Jerry Levin and Steve Case down to a very low level.

Granted, Jerry gave us an advance two years ago which while very much appreciated, was of short term help. But we are owed more than three years of profits accounting on Superman and related properties which has not been paid. In addition, my disabled daughter still has not received the medical coverage she and her children were promised several years ago.

As for the contract, your representatives surely know that we would never do the unethical things demanded by them. For your representatives to condition our receiving financial compensation for our rights on demands which were not in the proposal we accepted, is deceitful.

After more than half a century of D C Comics and its predecessors enjoying huge profits from my late husband's creations, while we lived in poverty for many of those years, the company is not satisfied. The beast hungers for more. Just like the Gestapo, your company wants to strip us naked of our legal rights. Is that moral? Does that contract demonstrate the company's true "core values" as stated in the Stockholders Annual Report? What about the "social responsibility" that's supposed to be the mission of the company's Values and Human Development Committee on which you serve? Is it all a lie to the stockholders and the public?

It is to the everlasting shame of everyone in leadership roles at the company that they allowed that disgraceful contract to be sent to us. There was no concern for the suffering it would cause Jerry Siegel's widow and his ailing, impoverished daughter.

This contract shows AOL Time Warner and D C Comics to be a greedy corporation without morals, ready to allow its representatives to commit an inhumane act. Are your representatives afraid if we are treated fairly other comics creators or their heirs will also want to be treated fairly in the future? Isn't it about time? Shouldn't everyone be treated fairly? Or is that not "good business" in this company?

I had hoped that Laura's and my good relationships with Jerry Levin and D C Comics would continue after we reached an agreement. When my husband died, Jerry Levin told me that my daughter and I were part of the Time Warner family, part of the company's history. They were beautiful words we appreciated. Another time, in a letter to me, he talked about honoring Jerry because of his huge

contribution to the company. It sounded sincere. But this contract seeks to discredit Jerry Siegel and to undermine our rights, a direct contradiction to what was said.

After four years we have no deal and this contract makes an agreement impossible. Have you been aware that your representatives have gone too far? If not, you do now. They have shown you and your company in the worst possible light. Is that the reputation you want?

Joanne Siegel

Joanne Siegel
13929 Marquesas Way, Apt. 201A
Marina Del Rey, CA 90292
December 10, 2010

Jeffrey L. Bewkes
Chairman and Chief Executive Officer
Time Warner Inc.
One Time Warner Center
New York, NY 10019-8016

Dear Jeff,

I am Joanne Siegel widow of Jerry Siegel, creator of Superboy and co-creator of Superman with Joe Shuster. It has always been my policy to be in touch with the Chairmen of the Board of your company going back to when Steve Ross formed Warner Communications.

Steve Ross knew how to take care of large vexing problems. He paid the price, whatever it was, then went on, and the company prospered. He was gracious and friendly when my late husband Jerry and I met him at a stockholders meeting after he sent Jerry, Joe, my daughter Laura and me company stock. He also phoned me to say if we needed anything I should just pick up the phone and call him. He said if he could not be reached for some reason, one of the top officers in the company, Deane Johnson, would handle things personally. Laura and I believe if Steve were alive our copyright ownership matter would have been successfully resolved long ago.

Jerry Levin was also reachable and thoughtful. He sent my husband and later me, cases of grapefruit at the holiday season. He remembered Jerry's birthday with a Superman sculpture. When my Jerry passed away, Jerry Levin told Laura and me that we are part of the Time Warner family, part of its history. Unfortunately he retired before our rights issues were resolved. He had given his attorneys too much power so that negotiations were unsatisfactory and a settlement was impossible. Dick Parsons, on the other hand, was not friendly and, under him, the attorneys hired by the company were arrogant and pro-litigation.

Now you are Chairman and CEO. Because we are in litigation I held off writing to you. I now believe had we had contact early on, things might not have gone so far off track.

My daughter Laura and I, as well as the Shuster estate, have done nothing more than exercise our rights under the Copyright Act. Yet, your company has chosen to sue us and our long-time attorney for protecting our rights.

On December 1st I turned 93. I am old enough to be your mother. I have grown grandchildren. Unfortunately I am not in the best of health. My cardiologist provided a letter to your attorneys informing them that I suffer from a serious heart condition and that forcing me to go through yet another stressful deposition could put me in danger of a heart attack or stroke. I am also on medications that have side effects which force me to

stay close to home and restrooms. Nonetheless your attorneys are forcing me to endure a second deposition even though I have already undergone a deposition for a full day in this matter. As clearly they would be covering the same ground, their intention is to harass me.

My dear daughter Laura too has painful medical conditions including multiple sclerosis, arthritis, glaucoma, spine disorders, and fibromyalgia. She has already had her deposition taken twice by your attorneys while in pain. Her doctors have given written statements saying she should not be subjected to a third deposition, yet your attorneys are insisting on re-taking her deposition in an effort to harass her as well.

So I ask you to please consider – do these mean spirited tactics meet with your approval? Do you really think the families of Superman's creators should be treated this way?

As you know, DC and Warner Bros. have profited enormously from 72 years of exploiting Jerry and Joe's wonderful creation. Superman is now a billion dollar franchise and has been DC's flagship property for all this time.

As for this letter, the purpose is three-fold:

To protest harassment of us that will gain you nothing but bad blood and a continued fight.

To protest harassment of our attorney by falsely accusing him of improper conduct in an attempt to deprive us of legal counsel.

To make you aware that in reality this is a business matter and that continuing with litigation for many more years will only benefit your attorneys.

This is not just another case. The public and press are interested in Superman and us and are aware of our and your litigations.

The solution to saving time, trouble, and expense is a change of viewpoint. Laura and I are legally owed our share of Superman profits since 1999. By paying the owed bill in full, as you pay other business bills, it would be handled as a business matter, instead of a lawsuit going into its 5th year.

Even though you will no doubt pass this letter on to your attorneys, the final decision is yours. Your image as well as the company's reputation rests on a respectable and acceptable outcome, and I hope you will get personally involved to insure this matter is handled properly.

The courtesy of a friendly and meaningful reply from you will be most appreciated.

Sincerely,

Joanne Siegel