1  DANIEL M. PETROCELLI (S.B. #097802)
   dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
   mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
   cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA  90067-6035
   Telephone:  (310) 553-6700
6  Facsimile:   (310) 246-6779

7  Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR ENTRY OF PARTIAL JUDGMENT UNDER FED. R. CIV. P. 54(B) AND STAY OF REMAINING CLAIMS PENDING APPEAL**<br><br>Hon. Otis D. Wright II |

1   IT IS HEREBY ORDERED that Defendants' Motion for Entry of Partial
2   Judgment and Stay of Remaining Claims Pending Appeal (Docket No. 513) is
3   DENIED.
4   DC Comics' request for a court-ordered mediation is GRANTED. That
5   mediation shall take place within thirty (30) days of the date of this Order. *See*
6   C.D. L.R. 16-15.1; Section 8.5 of General Order 11-10; *In re Atlantic Pipe Corp.*,
7   304 F.3d 135, 144-45 (1st Cir. 2002); *Campos v. Las Cruces Nursing Center*, 828
8   F. Supp. 2d 1256, 1273 n.11 (D.N.M. 2011).
9   IT IS SO ORDERED.

11  Dated: _____      _____
12                                  Honorable Otis D. Wright, II
                                    Judge, United States District Court