| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #097802) |
| | dpetrocelli@omm.com |
| 2 | MATTHEW T. KLINE (S.B. #211640) |
| | mkline@omm.com |
| 3 | CASSANDRA L. SETO (S.B. #246608) |
| | cseto@omm.com |
| 4 | O'MELVENY & MYERS LLP |
| | 1999 Avenue of the Stars, 7th Floor |
| 5 | Los Angeles, CA 90067-6035 |
| | Telephone: (310) 553-6700 |
| 6 | Facsimile: (310) 246-6779 |

Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>             Plaintiff,<br><br>     v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>             Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DECLARATION OF DIMITRI PORTNOI IN SUPPORT OF DC COMICS' OPPOSITION TO DEFENDANTS' MOTION FOR ENTRY OF PARTIAL JUDGMENT UNDER FED. R. CIV. P. 54(B) AND STAY OF REMAINING CLAIMS PENDING APPEAL**<br><br>Hon. Otis D. Wright II<br><br>Hearing Date:  December 17, 2012<br>Hearing Time:  1:30 p.m.<br>Courtroom:     11 |

## DECLARATION OF DIMITRI PORTNOI

I, Dimitri Portnoi, declare and state:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am an associate at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics ("DC") in this case. I make this declaration in support of DC Comics' Opposition to Defendants' Motion for Entry of Partial Judgment Under Fed. R. Civ. P. 54(b) and Stay of Remaining Claims Pending Appeal. I have personal knowledge of the matters set forth herein.

2. On November 2, 2011, defendants filed a notice of appeal to the U.S. Court of Appeals for the Ninth Circuit of this Court's denial of defendants' SLAPP motion. DN 339. Defendants filed their opening brief on April 24, 2012. Appeal No. 11-56934, DN 8. DC filed its answering brief on July 23, 2012. *Id.*, DN 33-1. Defendants filed their reply brief on September 14, 2012. *Id.*, DN 51. On May 27, 2011, Laura Siegel Larson filed a notice of appeal to the Ninth Circuit of this Court's Rule 54(b) judgment in *Siegel v. Warner Bros.*, Case No. 04-CV-8400, DN 671. Larson filed her opening brief on December 22, 2011. Appeal No. 11-55863, DN 12. DC filed its principal and response brief on March 23, 2012. *Id.*, DN 31-1. Larson filed her third brief on cross-appeal on May 24, 2012. *Id.*, DN 43-1. DC filed its reply brief on June 19, 2012. *Id.*, DN 49. Oral argument was held on both appeals on November 5, 2012. The briefing alone in these two appeals before the Ninth Circuit totaled 665 pages.

3. Attached hereto as Exhibit 1 is a true and correct copy of transcript excerpts from the June 29, 2011, deposition of defendant Mark Warren Peary.

4. Attached hereto as Exhibit 2 is a true and correct copy of a letter from my colleague Matthew T. Kline to Marc Toberoff, dated October 22, 2012.

5. Attached hereto as Exhibit 3 is a true and correct copy of a letter from Keith Adams to Mr. Kline, dated October 24, 2012.

1  6. Attached hereto as Exhibit 4 is a true and correct copy of Appellants' Supplemental Brief Pursuant to the Court's October 19, 2012 Order re: Effect of District Court's Partial Summary Judgment Order, filed by defendants on October 29, 2012 in *Pacific Pictures Corp. v. DC Comics*, Ninth Circuit Appeal No. 11-56934 ("SLAPP Appeal"). Defendants submitted with this brief over 400 pages from the record of this Court, constituting the briefing and exhibits leading up to this Court's October 17, 2012 order. Exhibit 4 is only the supplemental brief, omitting the district court record, which is available at Ninth Circuit Appeal No. 11-56943, DN 56, 58.

7. Attached hereto as Exhibit 5 is a true and correct copy of Appellants' Motion for Judicial Notice, filed by defendants on October 30, 2012 in the SLAPP Appeal. Defendants attached to this motion over 400 pages from the record of this Court, constituting the briefing and exhibits leading up to this Court's October 17, 2012 order. Exhibit 5 is only the motion, omitting the voluminous district court record, which is available at Ninth Circuit Appeal No. 11-56943, DN 58.

8. Attached hereto as Exhibit 6 is a true and correct copy of an email chain between Mr. Kline and counsel for defendants dated November 6 to November 15, 2012.

9. Attached hereto as Exhibit 7 is a true and correct copy of a January 7, 2011 order issued by the Ninth Circuit denying defendants' petition in *Pacific Pictures Corp. v. DC Comics*, Ninth Circuit Appeal No. 10-73851. The panel was Circuit Judges B. Fletcher, Reinhardt, and N.R. Smith.

10. Attached hereto as Exhibit 8 is a true and correct copy of a January 11, 2011 order issued by the Ninth Circuit dismissing for lack of jurisdiction defendants' appeal in *Pacific Pictures Corp. v. DC Comics*, Ninth Circuit Appeal No. 10-56594. The panel was Circuit Judges B. Fletcher, Reinhardt, and N.R. Smith.

PORTNOI DECL. ISO DC'S OPP. TO DEFS.' RULE 54(B) AND STAY MOT.

1    11. Attached hereto as Exhibit 9 is a true and correct copy of a September 12, 2011 order issued by the Ninth Circuit relating to defendants' petition for a writ of mandamus in *Pacific Pictures Corp. v. DC Comics*, Ninth Circuit Appeal No. 11-71844. The panel was Circuit Judges Hawkins and Clifton.

12. Attached hereto as Exhibit 10 is a true and correct copy of a November 14, 2011 order issued by the Ninth Circuit referring defendants' petition for a writ of mandamus to the merits panel in *Pacific Pictures Corp. v. DC Comics*, Ninth Circuit Appeal No. 11-71844. The panel was Circuit Judges O'Scannlain, Leavy, and Trott.

13. Attached hereto as Exhibit 11 is a true and correct copy of the Ninth Circuit's May 10, 2012 Amended Opinion denying defendants' petition for a writ of mandamus in *Pacific Pictures Corp. v. DC Comics*, Ninth Circuit Appeal No. 11-71844. The panel was Chief Judge Kozinski and Circuit Judges O'Scannlain and N.R. Smith.

14. Attached hereto as Exhibit 12 is a true and correct copy of the docket in *Pacific Pictures Corp. v. DC Comics*, Ninth Circuit Appeal No. 11-56934. Docket Number 64 reveals that the matter was argued and submitted to Circuit Judges Reinhardt and Thomas, and District Judge Sedwick, on November 5, 2012.

15. Attached hereto as Exhibit 13 is a true and correct copy of the docket in *Larson v. Warner Bros.*, Ninth Circuit Appeal No. 11-55863. Docket Number 69 reveals that the matter was argued and submitted to Circuit Judges Reinhardt and S. Thomas, and District Judge Sedwick, on November 5, 2012.

16. I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed this 26th day of November 2012, at Los Angeles, California.

/s/ Dimitri Portnoi
Dimitri Portnoi

- 3 -    PORTNOI DECL. ISO DC'S OPP. TO DEFS.' RULE 54(B) AND STAY MOT.

**Table of Contents**

| Exhibit | Description | Page |
|---|---|---|
| 1. | Transcript excerpts from the June 29, 2011, deposition of defendant Mark Warren Peary | 5 |
| 2. | Letter from Matthew T. Kline to Marc Toberoff, dated October 22, 2012 | 12 |
| 3. | Letter from Keith Adams to Mr. Kline, dated October 24, 2012 | 13 |
| 4. | Appellants' Supplemental Brief Pursuant to the Court's October 19, 2012 Order re: Effect of District Court's Partial Summary Judgment Order, filed on October 29, 2012 | 14 |
| 5. | Appellants' Motion for Judicial Notice, filed by defendants on October 30, 2012 | 31 |
| 6. | Email chain between Mr. Kline and counsel for defendants dated November 6 to November 15, 2012 | 36 |
| 7. | January 7, 2011 order in *Pacific Pictures Corp. v. DC Comics*, Ninth Circuit Appeal No. 10-73851 | 40 |
| 8. | January 11, 2011 order in *Pacific Pictures Corp. v. DC Comics*, Ninth Circuit Appeal No. 10-56594 | 41 |
| 9. | September 12, 2011 order in *Pacific Pictures Corp. v. DC Comics*, Ninth Circuit Appeal No. 11-71844 | 43 |
| 10. | November 14, 2011 order in *Pacific Pictures Corp. v. DC Comics*, Ninth Circuit Appeal No. 11-71844 | 45 |
| 11. | The Ninth Circuit's May 10, 2012 Amended Opinion in *Pacific Pictures Corp. v. DC Comics*, Ninth Circuit Appeal No. 11-71844 | 46 |
| 12. | Copy of the docket in *Pacific Pictures Corp. v. DC Comics*, Ninth Circuit Appeal No. 11-56934 | 65 |
| 13. | Copy of the docket in *Larson v. Warner Bros.*, Ninth Circuit Appeal No. 11-55863 | 71 |