KENDALL BRILL & KLIEGER LLP
Richard B. Kendall (90072)
 rkendall@kbkfirm.com
Laura W. Brill (195889)
 lbrill@kbkfirm.com
Nicholas F. Daum (236155)
 ndaum@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile: 310.556.2705

Attorneys for Defendants Marc Toberoff,
Pacific Pictures Corporation, IP Worldwide,
LLC, and IPW, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN Peary, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br><br>**DEFENDANTS' REQUEST FOR A HEARING ON PLAINTIFF DC COMICS' MOTION FOR AN EVIDENTIARY HEARING AND SANCTIONS, INCLUDING TERMINATING SANCTIONS, APPOINTMENT OF A SPECIAL MASTER, AND OTHER RELIEF (DOCKET NO. 500)**<br><br>Complaint Filed: May 14, 2010<br>Trial Date: None Set<br><br>**Requested Date:** December 10, 2012<br>**Requested Time:** 1:30 p.m.<br>**Requested Place:** Courtroom 11 |

TOBEROFF & ASSOCIATES, P.C.
Marc Toberoff (State Bar No. 188547)
 *mtoberoff@ipwla.com*
Keith G. Adams (State Bar No. 240497)
 *kgadams@ipwla.com*
Pablo D. Arredondo (State Bar No. 241142)
 *parredondo@ipwla.com*
David Harris (State Bar No. 255557)
 *dharris@ipwla.com*
22337 Pacific Coast Highway #348
Malibu, California 90265
Telephone:   (310) 246-3333
Fax:          (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel

Defendants respectfully request oral argument on plaintiff DC Comics' Motion For An Evidentiary Hearing And Sanctions, Including Terminating Sanctions, Appointment Of A Special Master, And Other Relief (Dkt. 500), if the Court is inclined to grant any aspect of the Motion. The Motion was noticed for oral argument at 1:30 p.m. on December 10, 2012. *Id.* On December 4, 2012, this Court took it under submission and issued an order vacating the hearing. Dkt. 531.[1]

Defendants believe that oral argument on the Motion For An Evidentiary Hearing could meaningfully assist the Court in reaching its decision. As the Ninth Circuit has stated, oral argument "best serves the interest of justice" by "enabl[ing] the judge to test his or her thinking with counsel available to suggest illumination or refinement of issues the judge deems critical." *Jasinski v. Showboat Operating Co.*, 644 F.2d 1277, 1281 (9th Cir. 1981) (reversing summary judgment where no oral argument was held). Given DC's inflammatory charges and the severity of the sanctions sought by DC, oral argument on its Motion for an Evidentiary Hearing is reasonable and appropriate.

December 4, 2012            RESPECTFULLY SUBMITTED,

/s/ Richard Kendall
KENDALL BRILL & KLIEGER LLP
Attorneys for Defendants Marc Toberoff, *et al.*

/s/ Keith G. Adams
TOBEROFF & ASSOCIATES, P.C.
Attorneys for Defendants Mark Warren Peary *et al.*

---

[1] Defendants note that their (1) motion for entry of a Rule 54(b) judgment and stay pending appeal (Dkt. 513) and (2) alternative motion to vacate the Court's October 17, 2012 summary judgment order due to DC's misconduct (Dkt. 514) are currently set to be heard by this Court on December 17, 2012, and that briefing has been completed on both motions, as the replies were filed yesterday, December 3, 2012. Dkt. 529, 530.