Marc Toberoff (State Bar No. 188547)
 *mtoberoff@ipwla.com*
Keith G. Adams (State Bar No. 240497)
 *kgadams@ipwla.com*
Pablo D. Arredondo (State Bar No. 241142)
 *parredondo@ipwla.com*
David Harris (State Bar No. 255557)
 *dharris@ipwla.com*
TOBEROFF & ASSOCIATES, P.C.
22337 Pacific Coast Highway #348
Malibu, California 90265
Telephone:  (310) 246-3333
Fax:            (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**NOTICE OF LODGING OF [PROPOSED] JUDGMENT RE: COURT'S DECEMBER 5, 2012 ORDER (DOCKET NO. 533) GRANTING DEFENDANTS' MOTION FOR ENTRY OF A FED R. CIV. P. 54(b) JUDGMENT (DOCKET NO. 513)**<br><br>Complaint filed:　May 14, 2010<br>Discovery Cutoff:　None Set<br>Trial Date:　　　　None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, in light of the Court's December 5, 2012 order (Docket No. 533) granting Defendants' motion for entry of a Rule 54(b) judgment (Docket No. 513), Defendants hereby lodge with the Court a "[Proposed] Judgment Pursuant to Fed. R. Civ. P. 54(b)," attached hereto as "Exhibit A."

Previously, in connection with the Court's Rule 54(b) judgment in the closely-related case, *Siegel v. Warner Bros. Entertainment Inc., et al.*, the Court requested that Laura Siegel Larson submit such a proposed judgment. C.D. Cal. Case No. 04-CV-08400 ODW (RZx), Docket No. 651. For the convenience of the Court, Defendants do so here as well.

December 5, 2012        RESPECTFULLY SUBMITTED,

/s/ Marc Toberoff
TOBEROFF & ASSOCIATES, P.C.
Attorneys for Defendants Mark Warren Peary *et al.*