# Exhibit A

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIV

| | |
|---|---|
| DC COMICS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**[PROPOSED] JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)**<br><br>Complaint filed: May 14, 2010<br>Trial Date: None Set |

# [PROPOSED] JUDGMENT

Based upon this Court's order dated October 17, 2012 (Docket No. 507), which resolved plaintiff DC Comics' First and Third Claims for Relief, and the Court's December 5, 2012 Order granting Defendants' motion for entry of Rule 54(b) judgment (Docket No. 533), and the pleadings and records on file in this action:

IT IS ORDERED AND ADJUDGED that plaintiff DC Comics' First Claim for Relief, which sought to invalidate the notice of termination, served and filed by the Estate of Joseph Shuster under 17 U.S.C. § 304(d), is GRANTED for the reasons set forth in the Court's October 17, 2012 order.

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff DC Comics' Third Claim for Relief, seeking declaratory relief regarding certain agreements pursuant to 17 U.S.C. § 304(c)(6)(D) and 28 U.S.C. §§ 2201 *et seq.*, is GRANTED for the reasons set forth in the Court's October 17, 2012 order.

IT IS FURTHER ORDERED AND ADJUDGED that, finding no just reason for delay, the Court's order dated October 17, 2012 (Docket No. 507) is CERTIFIED AS FINAL, and JUDGMENT IN THIS ACTION IS HEREBY ENTERED PURSUANT TO FED. R. CIV. P. 54(b) on the First and Third Claims of the First Amended Complaint (Docket No. 49).

Dated: _____    _____

Hon. Otis D. Wright II