1  DANIEL M. PETROCELLI (S.B. #097802)
    dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
    mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
    cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA 90067-6035
   Telephone: (310) 553-6700
6  Facsimile: (310) 246-6779

7  Attorneys for Plaintiff DC Comics

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DC COMICS' OBJECTION TO DEFENDANTS' PROPOSED JUDGMENT AND NOTICE OF LODGING OF DC COMICS' PROPOSED JUDGMENT PURSUANT TO FED. R. CIV. P. 54(B)**<br><br>Hon. Otis D. Wright II |

PLEASE TAKE NOTICE THAT plaintiff DC Comics ("DC") hereby objects to defendants' Proposed Judgment Pursuant To Fed. R. Civ. P. 54(b) (Docket No. 534-1) and lodges herewith its own Proposed Judgment Pursuant To Fed. R. Civ. P. 54(b).  DC is the prevailing party on the two claims that are the subject of the Proposed Judgment; defendants *never* met and conferred with DC regarding their submission; and defendants' Proposed Judgment contains an obvious ambiguity that may unnecessarily cause confusion on appeal.  DC's Proposed Judgment (filed herewith) should enter, and defendants' proposal should be rejected.

1. Defendants' Proposed Judgment states that DC's Third Claim for Relief was granted only as to "*certain* agreements."  Docket No. 534-1 at 1 (emphasis added).  As defendants know, however, DC's Third Claim and related summary judgment motion very specifically challenged three of defendants' illicit consent agreements—the 2001 and 2003 Pacific Pictures agreements, *and* the 2008 consent agreement.  Docket No. 507 at 5 (Court's Summary Judgment Order: "DC's Third Claim … alleges that the Pacific Pictures Agreements and 2008 consent agreement improperly restrict the Shuster heirs' ability to enter into agreements with DC, in violation of § 304(c)(6)(D) of the Copyright Act."); *id.* at 17 ("Defendants do not dispute that they entered into multiple agreements purporting to grant and otherwise encumber rights covered by a (to be) terminated grant; indeed, they agree that those agreements are void insofar as they aim to transfer the subject copyrights. (See Opp'n at 18.)  Those agreements run afoul of 17 U.S.C. § 304(c)(6)(D) as well and, accordingly, are hereby deemed invalid.").  The Court granted judgment in DC's favor on its Third Claim, *id.*, and there should be no confusion that these three specific, illegal agreements were invalidated.

By limiting their Proposed Judgment to "certain agreements"—rather than the specific agreements addressed in the parties' cross-summary judgment briefing and the Court's summary judgment order—defendants sow needless ambiguity into the record.  If it is defendants' position that any one of their consent agreements

- 1 -

OBJ. TO DEFS.' PROPOSED J. & NOTICE OF LODGING OF PROPOSED J.

survives the Court's summary judgment order, they have never apprised the Court of this, and must do so now or cannot possibly object to DC's Proposed Order.

2. There is no reason for defendants to lodge such an objection, and DC's Proposed Judgment, lodged herewith, should be entered.

Dated:  December 5, 2012

Respectfully Submitted,

O'MELVENY & MYERS LLP

By: /s/ Daniel M. Petrocelli
    Daniel M. Petrocelli
    Attorneys for Plaintiff DC Comics