Marc Toberoff (State Bar No. 188547)
 *mtoberoff@ipwla.com*
Keith G. Adams (State Bar No. 240497)
 *kgadams@ipwla.com*
Pablo D. Arredondo (State Bar No. 241142)
 *parredondo@ipwla.com*
David Harris (State Bar No. 255557)
 *dharris@ipwla.com*
TOBEROFF & ASSOCIATES, P.C.
22337 Pacific Coast Highway #348
Malibu, California 90265
Telephone: (310) 246-3333
Fax: (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>            Plaintiff,<br><br>     vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>            Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DEFENDANTS' OBJECTION TO PLAINTIFF DC COMICS' NOTICE OF LODGING OF [PROPOSED] JUDGMENT (DOCKET NO. 535)**<br><br>Complaint filed:  May 14, 2010<br>Discovery Cutoff: None Set<br>Trial Date:      None Set |

1     Defendants hereby object to DC Comics' Notice of Lodging and [Proposed] Judgment (Docket No. 535). Defendants duly filed a proposed judgment (Docket No. 534), because the Court granted (Docket No. 533) Defendants' motion for entry of a Rule 54(b) judgment. Docket No. 513. Defendants' motion sought certification of the Court's October 17, 2012 summary judgment order (Docket No. 507; "Order"), resolving DC's First and Third Claims, and entry of judgment thereon.

    Accordingly, Defendants' proposed judgment certifies the Order and enters judgment thereon. DC's proposed judgment, however, attempts to rephrase the Order for its perceived advantage, which is procedurally improper.

December 5, 2012     RESPECTFULLY SUBMITTED,

/s/ Marc Toberoff
TOBEROFF & ASSOCIATES, P.C.
Attorneys for Defendants Mark Warren Peary *et al.*