DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819

Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF CASSANDRA SETO PURSUANT TO LOCAL RULE 37-2.4 REGARDING DC COMICS' MOTION FOR A PROTECTIVE ORDER**<br><br>**Judge**: Hon. Otis D. Wright II<br>**Magistrate**: Hon. Ralph Zarefsky<br><br>**Hearing Date**: Jan. 7, 2013<br>**Hearing Time**: 10:00 a.m.<br>**Courtroom**: 540<br>**Discovery Cutoff**: None Set<br>**Pretrial Conference**: None Set<br>**Trial**: None Set |

SETO DECLARATION
PURSUANT TO L.R. 37-2.4

# DECLARATION OF CASSANDRA SETO

I, Cassandra Seto, declare and state:

1. I am a counsel at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics ("DC") in the above-entitled action. I make this declaration pursuant to Local Rule 37-2.4 in support of DC's Motion For A Protective Order (the "Motion"). I have personal knowledge of the matters set forth herein.

2. On November 30, 2012, DC served defendants with its Motion, which noticed a hearing date of January 7, 2013. Attached hereto as Exhibit A is a true and correct copy of an email (excluding attachments) from me to defendants' counsel dated November 30, 2012.

3. Pursuant to Local Rule 37-2.2, defendants were required to serve their opposition to DC's Motion "within seven (7) days of receipt of the moving party's papers"—or December 7, 2012. Defendants did not contact DC about the Motion until 7:52 p.m. on December 6, when they requested a three-day extension of the deadline for serving their opposition from December 7 to December 10 at 6:00 p.m. Attached hereto as Exhibit B is a true and correct copy of an email chain between my colleague Matthew T. Kline and Keith Adams.

4. Mr. Kline responded that DC was willing to discuss an extended briefing schedule, but reminded defendants that, on December 5, DC had requested that the parties discuss a reasonable briefing schedule for DC's intended fee motion that would not interfere with either side's holiday and travel plans, and suggested that the parties discuss both issues at the same time. *Id.* Mr. Adams responded to Mr. Kline's email at 7:40 p.m. on December 7—the day their opposition to DC's Motion was due—declining DC's invitation to discuss extended briefing schedules on the two motions, and stating that defendants would not provide their opposition to DC's Motion until December 10. Attached hereto as Exhibit C is a true and correct copy of an email from Mr. Adams to Mr. Kline.

1  5. By refusing to timely provide their opposition to DC's Motion, and giving themselves a unilateral extension, defendants failed to timely serve their opposition, as required by Local Rule 37-2.2. This is the <u>ninth</u> time defendants have done so in this case, *see* Docket Nos. 125, 205, 206, 360, 361, 362, 394, 396—and the <u>sixth</u> discovery motion in a row, in which they have declined to comply with Rule 37.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 10th day of December 2012, at Los Angeles, California.

                                       /s/ Cassandra Seto
                                           Cassandra Seto

# EXHIBIT A

**Attachments:** Motion for Protective Order - Kline Declaration.pdf; Motion for Protective Order - Notice of Motion.pdf; Motion for Protective Order - Proposed Order.pdf; Motion for Protective Order - Smith Declaration.pdf; Motion for Protective Order - Joint Stip.doc

**From:** Seto, Cassandra
**Sent:** Friday, November 30, 2012 4:24 PM
**To:** mtoberoff@ipwla.com; kgadams@ipwla.com; Pablo Arredondo (parredondo@ipwla.com); rkendall@kbkfirm.com; lbrill@kbkfirm.com; ndaum@kbkfirm.com
**Cc:** Petrocelli, Daniel; Kline, Matthew; Tokoro, Jason
**Subject:** DC Comics v. PPC

Dear Counsel,

Attached please find DC Comics' portion of the Joint Stipulation Regarding DC Comics' Motion For A Protective Order, along with the accompanying Notice of Motion, Declarations of Matthew T. Kline and Wayne M. Smith, exhibits, and proposed order.

Best,
Cassie


**Cassandra L. Seto**
**O'Melveny & Myers LLP**
1999 Avenue of the Stars, Suite 700, Los Angeles, California 90067
Telephone: 310.246.6703 | Facsimile: 310.246.6779

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

1

**EXHIBIT A**

**3**

# EXHIBIT B

**From:** Kline, Matthew
**Sent:** Friday, December 07, 2012 8:11 AM
**To:** 'parredondo@ipwla.com'; Seto, Cassandra
**Cc:** Petrocelli, Daniel; Lens, Molly; Tokoro, Jason; Pearson, Ashley; 'mtoberoff@ipwla.com'; 'kgadams@ipwla.com'; 'dharris@ipwla.com'; 'rkendall@kbkfirm.com'
**Subject:** Re: DC v. PPC

Keith,

Defendants owe DC a response on the briefing schedule on DC's fees and costs motion. We emailed Marc and Dick about this a few days ago. Please get us a response, and we will talk to DC about it and your latest request below.

Thanks,

Matt

---

**From:** Pablo Arredondo [mailto:parredondo@ipwla.com]
**Sent:** Thursday, December 06, 2012 07:52 PM
**To:** Kline, Matthew; Seto, Cassandra
**Cc:** Petrocelli, Daniel; Lens, Molly; Tokoro, Jason; Pearson, Ashley; 'Marc Toberoff' <mtoberoff@ipwla.com>; 'Keith Adams' <kgadams@ipwla.com>; 'David Harris' <dharris@ipwla.com>
**Subject:** DC v. PPC

Counsel:

Please see the below correspondence sent on behalf of Keith Adams.

\*   \*   \*

Matt and Cassie:

Marc has a family event that is occupying him tomorrow, Friday, December 6. This means Defendants will not be in a position tomorrow to finalize their portion of DC's joint stipulation for a protective order. Defendants will serve their portion of the joint stipulation by 6:00 p.m. on Monday, December 9, such that DC can still easily file it on December 9 as originally planned. In fact, Defendants can insert their portion of the joint stipulation directly into DC's word version by 6:00 p.m. on Monday, December 9, so that DC has a final version that it can immediately file. Either way, DC would not be prejudiced, the motion would be filed Monday, December 9, and DC's hearing date of January 7, 2013 would not be affected.

We trust that the above will be acceptable as the parties have readily agreed to this in the past, and have tried to be mindful of each other's family schedules.

Keith

Pablo D. Arredondo
Toberoff & Associates, P.C.
22337 Pacific Coast Highway, #348

1

**EXHIBIT B**

**4**

Malibu, California 90256
(t) 310.246.3333
(f) 310.246.3101

This message and any attached documents may contain information from
Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

2

**EXHIBIT B**

**5**

# EXHIBIT C

**From:** David Harris [mailto:dharris@ipwla.com]
**Sent:** Friday, December 07, 2012 7:40 PM
**To:** Kline, Matthew
**Cc:** Petrocelli, Daniel; Seto, Cassandra; Lens, Molly; Tokoro, Jason; Pearson, Ashley; Marc Toberoff; Keith Adams; Pablo Arredondo
**Subject:** DC v. PPC

Counsel,

Please see below the correspondence sent on behalf of Keith Adams.

\*     \*     \*

Matt:

The two requests are not related. Defendants' request to serve their completed response Monday, December 10, instead of Friday, December 7, is straightforward and simple, and can cause no conceivable prejudice to DC. The stipulation would still be filed on Monday, December 10, and still be set for hearing on Monday, January 7. If DC rejects this reasonable request, and simply files its motion to compel, Defendants will file their opposition on Monday, December 10. However, defendants would rather avoid this result, which would unnecessarily burden the Court, and so again ask that DC agree to this simple procedure, which the parties have followed many times in the past.

In contrast, DC's request for a stipulated briefing schedule (1) was made two days ago, on Wednesday afternoon, (2) was premature as judgment has not yet been entered, (3) significantly impacts counsels' schedules going forward, (4) involves a motion where DC intends to seek hundreds of thousands of dollars (at a minimum) in fees and costs against all defendants, and (5) could have an effect on defendants' rights and arguments. DC also delayed its follow-up to the parties' November 27-28 meet-and-confer for over a week, serving it at 7 p.m. yesterday. DC is not in a position to complain that defendants "owe" DC an immediate response to its request.

If DC does not accept Defendants' proposal and proceeds to file its motion for a protective order pursuant to Local Rule 37-2.4, please include this e-mail in any filing that DC makes.

All of defendants' rights and arguments are reserved.

Keith Adams

David Harris
Toberoff & Associates, P.C.
22337 Pacific Coast Highway, #348
Malibu, California 90256
(t) 310.246.3333
(f) 310.246.3101

------------------------

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

1

**EXHIBIT C**

**6**