1  DANIEL M. PETROCELLI (S.B. #097802)
   dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
   mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
   cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA  90067-6035
   Telephone:  (310) 553-6700
6  Facsimile:   (310) 246-6779

7  Attorneys for Plaintiff DC Comics

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>  Plaintiff,<br><br>  v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>  Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING DC COMICS' MOTION FOR A PROTECTIVE ORDER** |

1      Good cause appearing, IT IS HEREBY ORDERED that DC Comics' Motion
2  For A Protective Order is GRANTED as follows:
3      1.  "DC" (as defined in the Court's December 7, 2010, order, DN 133) and
4  defendant Laura Siegel Larson shall not be required to list on their respective
5  privilege logs any "Privileged" (as defined in the Court's December 7, 2010, order,
6  DN 133) documents created on or after October 8, 2004, when the first complaint
7  was filed in the *Siegel* cases, Case Nos. CV-04-8400 ODW (RZx), CV-04-8776
8  ODW (RZx).
9      2.  DC and defendants shall not be required to list on their respective
10 privilege logs any Privileged documents created on or after May 14, 2010, when
11 DC filed its complaint in this *Pacific Pictures* case, Case No. CV 10-3633 ODW
12 (RZx).
13     3.  This Order is without prejudice or waiver to any party's right in the future
14 to request or move to compel the identification or logging of Privileged documents,
15 and is without prejudice or waiver to any party's right in the future to seek a
16 protective order in response to any such request or motion to compel.
17     IT IS SO ORDERED.

Dated: _____  _____
                                                          Honorable Ralph Zarefsky
                                                 United States Magistrate Judge