DANIEL M. PETROCELLI (S.B. #097802)
dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Attorneys for Plaintiff DC Comics

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. CV 10-3633- ODW (RZx)<br><br>**JUDGMENT PURSUANT TO FED. R. CIV. P. 54(B)**<br><br>Hon. Otis D. Wright II |

# JUDGMENT

The Court's October 17, 2012, summary judgment order (Docket No. 507) granted judgment in favor of plaintiff DC Comics ("DC") on the First and Third Claims for Relief set forth in DC's First Amended Complaint (Docket No. 49). The Court concludes that judicial administrative interests, as well as the equities involved, favor entering final judgment on DC's First and Third Claims for Relief at this juncture. Therefore,

IT IS ORDERED AND ADJUDGED that DC's First Claim for Relief is GRANTED as set forth in the Court's October 17, 2012, order, and the copyright termination notice served by the Estate of Joseph Shuster on November 10, 2003, is deemed invalid and ineffective.

IT IS FURTHER ORDERED AND ADJUDGED that DC's Third Claim for Relief is GRANTED as set forth in the Court's October 17, 2012, order, and defendants' rights-encumbering agreements—including the 2001 Pacific Pictures agreement, 2003 Pacific Pictures agreement, and 2008 consent agreement—are deemed invalid and unenforceable under section 304(c)(6)(D) of the Copyright Act. 17 U.S.C. § 304(c)(6)(D).

IT IS FURTHER ORDERED AND ADJUDGED that, finding no just reason for delay, the Court's October 17, 2012, summary judgment order (Docket No. 507) is hereby certified as final, and partial final judgment is hereby entered pursuant to Federal Rule of Civil Procedure 54(b) on DC's First and Third Claims for Relief.

IT IS SO ORDERED.

Dated: December 11, 2012

_____
Honorable Otis D. Wright, II
Judge, United States District Court