TOBEROFF & ASSOCIATES, P.C.
Marc Toberoff (State Bar No. 188547)
 mtoberoff@ipwla.com
Keith G. Adams (State Bar No. 240497)
 kgadams@ipwla.com
Pablo D. Arredondo (State Bar No. 241142)
 parredondo@ipwla.com
David Harris (State Bar No. 255557)
 dharris@ipwla.com
22337 Pacific Coast Highway #348
Malibu, California 90265
Telephone:   (310) 246-3333
Fax:         (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>          Plaintiff,<br><br>     vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>          Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**<br><br>Complaint filed:   May 14, 2010<br>Discovery Cutoff: None Set<br>Trial Date:       None Set |

1  KENDALL BRILL & KLIEGER LLP
   Richard B. Kendall (90072)
2   rkendall@kbkfirm.com
   Laura W. Brill (195889)
3   lbrill@kbkfirm.com
   Nicholas F. Daum (236155)
4   ndaum@kbkfirm.com
   10100 Santa Monica Blvd., Suite 1725
5  Los Angeles, California  90067
   Telephone:  310.556.2700
6  Facsimile:   310.556.2705

7  Attorneys for Defendants Marc Toberoff,
   Pacific Pictures Corporation, IP Worldwide,
8  LLC, and IPW, LLC

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given that MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, and MARC TOBEROFF, defendants in the above-named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment of the district court, filed on December 11, 2012 and entered in this case on December 11, 2012 at Docket No. 540 by the Honorable Otis D. Wright, II in the United States District Court for the Central District of California, pursuant to Federal Rule of Civil Procedure 54(b), based on the district court's October 17, 2012 order (Docket No. 507) and December 5, 2012 order (Docket No. 533).

December 10, 2012    RESPECTFULLY SUBMITTED,

/s/ Marc Toberoff
TOBEROFF & ASSOCIATES, P.C.
Attorneys for Defendants Mark Warren Peary *et al.*

/s/ Laura W. Brill
KENDALL BRILL & KLIEGER LLP
Attorneys for Defendants Marc Toberoff, *et al.*