**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am over the age of eighteen years and not a party to the within action. On December 11, 2012, I served the foregoing documents, described as (1) Notice of Appeal and (2) Representation Statement, on the interested parties in this action as follows:

>DANIEL M. PETROCELLI (S.B. #097802)
>  dpetrocelli@omm.com
>MATTHEW T. KLINE (S.B. #211640)
>  mkline@omm.com
>CASSANDRA L. SETO (S.B. #246608)
>  cseto@omm.com
>O'MELVENY & MYERS LLP
>1999 Avenue of the Stars, 7th Floor
>Los Angeles, CA  90067-6035
>Telephone:  (310) 553-6700
>Facsimile:   (310) 246-6779

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I certify that the foregoing documents are being filed electronically by using the CM/ECF system. As such, the documents will be served electronically on all interested parties whose attorneys are registered CM/ECF users and have consented to electronic service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 11, 2012, at Los Angeles, California.

_____
Keith G. Adams