TOBEROFF & ASSOCIATES, P.C.
Marc Toberoff (State Bar No. 188547)
 mtoberoff@ipwla.com
Keith G. Adams (State Bar No. 240497)
 kgadams@ipwla.com
Pablo D. Arredondo (State Bar No. 241142)
 parredondo@ipwla.com
David Harris (State Bar No. 255557)
 dharris@ipwla.com
22337 Pacific Coast Highway #348
Malibu, California 90265
Telephone:  (310) 246-3333
Fax:         (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISI

| | |
|---|---|
| DC COMICS,<br><br>              Plaintiff,<br><br>     vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>              Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DEFENDANTS' STATUS REPORT RE: CASE STATUS PENDING DEFENDANTS' NOTICE OF APPEAL OF RULE 54(b) JUDGMENT**<br><br>Complaint filed:  May 14, 2010<br>Discovery Cutoff: None Set<br>Trial Date:       None Set |

Defendants submit this report in keeping with the Court's Standing Order directing counsel to take "responsibility for the progress of litigation."  Dkt. 18 at 1.  After the Court's October 17, 2012 summary judgment order (Dkt. 507) resolved DC's First and Third Claims, Defendants filed a motion for entry of a Rule 54(b) judgment on those claims and for a stay ("Motion") on November 12, 2012.  Dkt. 513.  The Motion was made, in part, on the grounds that this Court lacks jurisdiction over DC's Fourth, Fifth and Sixth Claims, which are currently before the Ninth Circuit in *DC Comics v. Pacific Pictures Corp., et al.*, Appeal No. 11-56934.  Dkt. 513 at 7; 529 at 5-7.

On December 5, 2012, the Court granted Defendants' Motion, noted that it lacks jurisdiction over claims on appeal, and concluded that, with entry of a 54(b) judgment, "little is left for this Court to do while the various claims remain on appeal."  Dkt. 533 at 3.  On December 11, 2012, this Court entered partial final judgment (Dkt. 539) and Defendants duly filed a notice of appeal (Dkt. 540; 9th Cir. Appeal No. 12-57245).

In granting Defendants' Motion and stating that "little is left for the Court to do" pending these appeals, the Court seemed to indicate that a stay was appropriate under the circumstances.  However, DC thereafter filed yet another discovery motion (Dkt. 538), which will likely result in another motion for review to this Court.  Furthermore, DC will also shortly file a substantial motion for attorney's fees and costs with this Court.  *See* Exhibit 1.

If this case is in fact stayed, such motions would not be heard until after the appeals are resolved.  If this case is not stayed, the parties will proceed with DC's motions.  Either way, confirmation of whether a stay is intended would allow the parties to govern themselves properly going forward.

December 13, 2012   RESPECTFULLY SUBMITTED,

/s/ Keith G. Adams
TOBEROFF & ASSOCIATES, P.C.
Attorneys for Defendants Mark Warren Peary *et al.*

1
DEFENDANTS' STATUS REPORT RE: NOTICE OF APPEAL