# Exhibit 1

| | |
|---|---|
| **Subject:** | Re: Activity in Case 2:10-cv-03633-ODW-RZ DC Comics v. Pacific Pictures Corporation et al Notice of Lodging |
| **From:** | Keith Adams (kgadams@ipwla.com) |
| **To:** | mkline@omm.com; |
| **Cc:** | dpetrocelli@omm.com; cseto@omm.com; ndaum@kbkfirm.com; parredondo@ipwla.com; mtoberoff@ipwla.com; dharris@ipwla.com; |
| **Date:** | Thursday, December 13, 2012 12:01 PM |

Matt:

The dates work for our side, provided, of course, that the case is not stayed.

Keith G. Adams
Toberoff & Associates, P.C.
22337 Pacific Coast Highway #348
Malibu, California 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: kgadams@ipwla.com
http://www.ipwla.com

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---

**From:** "Kline, Matthew" <mkline@omm.com>
**To:** Keith Adams <kgadams@ipwla.com>
**Cc:** "Petrocelli, Daniel" <dpetrocelli@omm.com>; "Seto, Cassandra" <cseto@omm.com>; "ndaum@kbkfirm.com" <ndaum@kbkfirm.com>; "Pablo Arredondo (parredondo@ipwla.com)" <parredondo@ipwla.com>; Marc Toberoff <mtoberoff@ipwla.com>; David Harris <dharris@ipwla.com>
**Sent:** Thursday, December 13, 2012 9:23 AM
**Subject:** RE: Activity in Case 2:10-cv-03633-ODW-RZ DC Comics v. Pacific Pictures Corporation et al Notice of Lodging

Thanks, Keith.  We'll work up a stipulation and proposed order today.  Do the following dates work for your side:

DC moves: Jan. 18
Defendants oppose: Feb. 1
Any DC reply: Feb 8
Proposed hearing (if one is to occur): Feb. 25

Matt

---

**From:** Keith Adams [mailto:kgadams@ipwla.com]
**Sent:** Wednesday, December 12, 2012 6:55 PM
**To:** Kline, Matthew
**Cc:** Petrocelli, Daniel; Seto, Cassandra; ndaum@kbkfirm.com; Pablo Arredondo (parredondo@ipwla.com); Marc Toberoff; David Harris
**Subject:** Re: Activity in Case 2:10-cv-03633-ODW-RZ DC Comics v. Pacific Pictures Corporation et al Notice of Lodging

Matt:

Without prejudice to and reserving all rights, Defendants are willing to stipulate to a schedule wherein DC files its motion in mid-January so as not to conflict with the holidays, provided that Defendants have two weeks to file an opposition.  Please propose a schedule acceptable to DC.

Keith G. Adams
Toberoff & Associates, P.C.
22337 Pacific Coast Highway #348
Malibu, California 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: kgadams@ipwla.com
http://www.ipwla.com

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---

**From:** "Kline, Matthew" <mkline@omm.com>
**To:** "Marc Toberoff (mtoberoff@ipwla.com)" <mtoberoff@ipwla.com>; 'Richard Kendall' <rkendall@kbkfirm.com>
**Cc:** "Petrocelli, Daniel" <dpetrocelli@omm.com>; "Seto, Cassandra" <cseto@omm.com>; "Keith Adams (kgadams@ipwla.com)" <kgadams@ipwla.com>; "ndaum@kbkfirm.com" <ndaum@kbkfirm.com>; "Pablo Arredondo (parredondo@ipwla.com)" <parredondo@ipwla.com>; "lbrill@kbkfirm.com" <lbrill@kbkfirm.com>
**Sent:** Wednesday, December 5, 2012 3:55 PM
**Subject:** FW: Activity in Case 2:10-cv-03633-ODW-RZ DC Comics v. Pacific Pictures Corporation et al Notice of Lodging

Marc and Dick:

DC will, by rule, have to move for fees and costs on its First and Third Claims shortly after judgment is entered.  The Court now has the parties' two proposed judgments in hand, and judgment could enter as soon as this week.  If so, that would require both sides to brief these issues in December and over the holidays.  This does not seem to make much sense.  Please let us know if defendants will stipulate to a proposed briefing schedule on this issue, which we would ask the Court to approve.  We could file our motion in mid-January, with your opposition due a few weeks later, to be followed by a reply and proposed hearing date.  Please let us know.

Thanks,

Matt


**From:** cacd_ecfmail@cacd.uscourts.gov [mailto:cacd_ecfmail@cacd.uscourts.gov]
**Sent:** Wednesday, December 05, 2012 3:07 PM
**To:** ecfnef@cacd.uscourts.gov
**Subject:** Activity in Case 2:10-cv-03633-ODW-RZ DC Comics v. Pacific Pictures Corporation et al Notice of Lodging

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA
**Notice of Electronic Filing**

The following transaction was entered by Petrocelli, Daniel on 12/5/2012 at 3:07 PM PST and filed on 12/5/2012

| | |
|---|---|
| **Case Name:** | DC Comics v. Pacific Pictures Corporation et al |
| **Case Number:** | 2:10-cv-03633-ODW-RZ |
| **Filer:** | DC Comics |
| **Document Number:** | 535 |

**Docket Text:**
**NOTICE OF LODGING filed** */Objection to Defendants' Proposed Judgment and Notice of Lodging of DC Comics' Proposed Judgment pursuant to F.R.C.P. 54(B)* **re Notice of Lodging,, [534] (Attachments: # (1) [Proposed] Judgment pursuant to F.R.C.P. 54(B))(Petrocelli, Daniel)**

**2:10-cv-03633-ODW-RZ Notice has been electronically mailed to:**

Cassandra L Seto     cseto@omm.com, swatson@omm.com

Daniel M Petrocelli     dpetrocelli@omm.com, apearson@omm.com

David S Harris     dharris@ipwla.com

Dimitri D Portnoi     dportnoi@omm.com

Keith Gregory Adams     kgadams@ipwla.com

Laura W Brill     lbrill@kbkfirm.com, docket@kbkfirm.com

Marc Toberoff     mtoberoff@ipwla.com, dyamamoto@ipwla.com

Matthew T Kline     mkline@omm.com

Nathalie E Cohen     ncohen@kbkfirm.com, docket@kbkfirm.com

Nicholas Calvin Williamson     nwilliamson@ipwla.com

Nicholas Frederic Daum     ndaum@kbkfirm.com, docket@kbkfirm.com

Pablo D Arredondo     parredondo@ipwla.com

Richard B Kendall     rkendall@kbkfirm.com, docket@kbkfirm.com, ghunter@kbkfirm.com

**2:10-cv-03633-ODW-RZ Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
The following document(s) are associated with this transaction:
**Document description:**Main Document
**Original filename:**P:\COURT SERVICES E-FILING 2012\DC Comics\12-05-2012\Notice of Lodging.pdf

Case 2:10-cv-03633-ODW-RZ   Document 543-1   Filed 12/13/12   Page 5 of 5   Page ID #:36558

**Electronic document Stamp:**

[STAMP cacdStamp_ID=1020290914 [Date=12/5/2012] [FileNumber=14758279-0
] [bfa1ebb7d097fede968b86f3dd051adc8e8981e3a421ade088acb5d892ddfcf9552
e4a8befc8b486783e7b280bc43d067d35302ac23317b174976d138afffd30]]

**Document description:** [Proposed] Judgment pursuant to F.R.C.P. 54(B)

**Original filename:**P:\COURT SERVICES E-FILING 2012\DC Comics\12-05-2012\Proposed Judgment.pdf

**Electronic document Stamp:**

[STAMP cacdStamp_ID=1020290914 [Date=12/5/2012] [FileNumber=14758279-1
] [6149863e2ddb3db1797595e92e61fc366561e3d259b828d13732afade4fabbf02f8
5c15743eef14b1406771985d8f7ad5c8770de71a162e38158600374ebfd0f]]