| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #097802) |
| | dpetrocelli@omm.com |
| 2 | MATTHEW T. KLINE (S.B. #211640) |
| | mkline@omm.com |
| 3 | CASSANDRA L. SETO (S.B. #246608) |
| | cseto@omm.com |
| 4 | O'MELVENY & MYERS LLP |
| | 1999 Avenue of the Stars, 7th Floor |
| 5 | Los Angeles, CA 90067-6035 |
| | Telephone: (310) 553-6700 |
| 6 | Facsimile: (310) 246-6779 |
| 7 | Attorneys for Plaintiff DC Comics |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | DC COMICS, | Case No. CV 10-3633 ODW (RZx) |
| 12 | Plaintiff, | **DECLARATION OF ASHLEY PEARSON IN SUPPORT OF DC COMICS' OBJECTION TO DEFENDANTS' STATUS REPORT RE: CASE STATUS PENDING DEFENDANTS' NOTICE OF APPEAL OF RULE 54(b) JUDGMENT** |
| 13 | v. | |
| 14-20 | PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive, | Hon. Otis D. Wright II<br><br>**Complaint filed**: May 14, 2010<br>**Discovery cut-off**: None set<br>**Trial date:** None set |
| 21 | Defendants. | |

# DECLARATION OF ASHLEY PEARSON

I, Ashley Pearson, declare and state:

1. I am an associate at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in this case. I make this declaration in support of DC Comics' Objection To Defendants' Status Report Re: Case Status Pending Defendants' Notice Of Appeal Of Rule 54(b) Judgment. I have personal knowledge of the matters set forth in this declaration.

2. Attached hereto as Exhibit A is a true and correct copy of a letter from my colleague Matthew T. Kline to Marc Toberoff, dated July 27, 2012.

3. Attached hereto as Exhibit B is a true and correct copy of a letter from my colleague Jason H. Tokoro to Toberoff and Richard Kendall, dated August 17, 2012 (excluding attachment).

4. Attached hereto as Exhibit C is a true and correct copy of a letter from Mr. Kline to Toberoff, dated October 24, 2012.

5. Attached hereto as Exhibit D is a true and correct copy of Defendant Marc Toberoff's First Set Of Interrogatories To Plaintiff DC Comics, served on DC on November 16, 2012.

6. Attached hereto as Exhibit E is a true and correct copy of a letter from my colleague Cassandra Seto to Keith Adams, dated December 6, 2012.

7. Attached hereto as Exhibit F is a true and correct copy of an email sent by David Harris on behalf of Mr. Adams to Ms. Seto, dated December 7, 2012.

8. Attached hereto as Exhibit G is a true and correct copy of an email from Mr. Tokoro to Mr. Adams, dated December 7, 2012 (excluding attachment).

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed this 14th day of December 2012, at Los Angeles, California.

/s/ Ashley Pearson
Ashley Pearson