1  DANIEL M. PETROCELLI (S.B. #097802)
   dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
   mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
   cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA  90067-6035
   Telephone:  (310) 553-6700
6  Facsimile:   (310) 246-6779

7  Attorneys for Plaintiff DC Comics

8  (continued on next page)

9

10             **UNITED STATES DISTRICT COURT**

11             **CENTRAL DISTRICT OF CALIFORNIA**

12

| DC COMICS, | Case No. CV 10-3633 ODW (RZx) |
|---|---|
| Plaintiff, | **JOINT STIPULATION TO CONTINUE FILING DEADLINES FOR PLAINTIFF DC COMICS' MOTION FOR FEES AND COSTS ON ITS FIRST AND THIRD CLAIMS FOR RELIEF** |
| v. | |
| PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive, | [PROPOSED] ORDER FILED CONCURRENTLY HEREWITH |
| | Hon. Otis D. Wright II |
| Defendants. | |

1  MARC TOBEROFF (S.B. #188547)
    mtoberoff@ipwla.com
2  KEITH G. ADAMS (S.B. #240497)
    kgadams@ipwla.com
3  PABLO D. ARREDONDO (S.B. #241142)
    parredondo@ipwla.com
4  TOBEROFF & ASSOCIATES, P.C.
5  22337 Pacific Coast Highway #348
   Malibu, CA 90265
6  Telephone:  (310) 246-3333
7  Facsimile:    (310) 246-3101

8  Attorneys for Laura Siegel Larson,
   Mark Warren Peary, and Jean Peavy
9
   RICHARD B. KENDALL (S.B. # 90072)
10   rkendall@kbkfirm.com
   LAURA W. BRILL (S.B. # 195889)
11   lbrill@kbkfirm.com
   NICHOLAS F. DAUM (S.B. # 236155)
12   ndaum@kbkfirm.com
   KENDALL BRILL & KLIEGER LLP
13 10100 Santa Monica Blvd., Suite 1725
   Los Angeles, California 90067
14 Telephone: (310) 556-2700
   Facsimile: (310) 556-2705
15
   Attorneys for Marc Toberoff, Pacific Pictures
16 Corporation, IP Worldwide, LLC, and IPW, LLC

17

18

19

20

21

22

23

24

25

26

27

28

1  The parties, by and through their respective counsel of record, hereby
2  stipulate and agree as follows:
3  WHEREAS, on December 11, 2012, the Court entered judgment in DC's
4  favor on its First and Third Claims and certified that judgment for appeal under
5  Rule 54(b) of the Federal Rules of Civil Procedure (Docket No. 540);
6  WHEREAS, by rule DC must file any motion for fees and costs on its First
7  and Third Claims by December 26, 2012—the day after the Christmas holiday,
8  unless otherwise ordered by the Court, *see* FED. R. CIV. P. 54(d)(2)(B); L.R. 54-12,
9  L.R. 6-1; 17 U.S.C. § 505;[1]
10 WHEREAS, by rule, defendants would have to oppose this motion on
11 January 7, 2013—and work on the motion over the New Year's holiday, L.R. 7-9;
12 WHEREAS, to accommodate the parties' and their counsel's holiday plans,
13 DC and defendants agree to continue the deadline for DC to file a motion for fees
14 and costs on its First and Third Claims until January 18, 2013;
15 WHEREAS, DC does not object to defendants' having fourteen days to
16 oppose DC's motion, rather than the normal seven;
17 NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that
18 (a) DC may file a motion for fees and costs on its First and Third Claims by
19 January 18, 2013; (b) Defendants may file their opposition by February 1, 2013; (c)
20 DC may file its reply by February 8, 2013; and (d) DC will notice the hearing for
21 February 25, 2013.
22 ///
23 ///
24 ///
25 ///

---

[1] In a Status Report filed last week (Docket No. 543), defendants asserted this case has been or should be stayed. DC objected (Docket No. 544) to this filing, and argued no stay has issued or should issue. In submitting this stipulation, defendants do not waive their stay arguments.

Dated: December 18, 2012   O'MELVENY & MYERS LLP

By: /s/ Daniel M. Petrocelli
Daniel M. Petrocelli

Dated: December 18, 2012   TOBEROFF & ASSOCIATES, P.C.

By: /s/ Marc Toberoff
Marc Toberoff

Dated: December 18, 2012   KENDALL BRILL & KLIEGER LLP

By: /s/ Richard B. Kendall
Richard B. Kendall

<u>Attestation</u>

I hereby attest that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 18, 2012   O'MELVENY & MYERS LLP

By: /s/ Daniel M. Petrocelli
Daniel M. Petrocelli