# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. CV-10-3633 ODW (RZx)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE FILING DEADLINES FOR PLAINTIFF DC COMICS' MOTION FOR FEES AND COSTS ON ITS FIRST AND THIRD CLAIMS FOR RELIEF**<br><br>Hon. Otis D. Wright II |

1  For good cause shown, IT IS HEREBY ORDERED that DC shall
2  electronically file its Motion For Fees And Costs On Its First And Third Claims by
3  January 18, 2013.  Defendants may file their opposition by February 1, 2013.  DC
4  may file its reply by February 8, 2013.  DC will notice the hearing for February 25,
5  2013.
6  IT IS SO ORDERED.
7
8  Dated: _____          _____
9                                                                  Honorable Otis D. Wright, II
                                                                     Judge, United States District Court