1
2
3
4
5
6
7
8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10   DC COMICS,                              | Case No. CV-10-3633- ODW (RZx)

11              Plaintiff,

12        v.                                 **ORDER GRANTING JOINT STIPULATION TO CONTINUE FILING DEADLINES FOR PLAINTIFF DC COMICS' MOTION FOR FEES AND COSTS ON ITS FIRST AND THIRD CLAIMS FOR RELIEF**

13   PACIFIC PICTURES
     CORPORATION, IP WORLDWIDE,
14   LLC, IPW, LLC, MARC TOBEROFF,
     an individual, MARK WARREN
15   PEARY, as personal representative of
     the ESTATE OF JOSEPH SHUSTER,     Hon. Otis D. Wright II
16   JEAN ADELE PEAVY, an individual,
     LAURA SIEGEL LARSON, an
17   individual and as personal
     representative of the ESTATE OF
18   JOANNE SIEGEL, and DOES 1-10,
     inclusive,
19
                Defendants.
20
21
22
23
24
25
26
27
28

1    For good cause shown, IT IS HEREBY ORDERED that DC shall

2  electronically file its Motion For Fees And Costs On Its First And Third Claims by

3  January 18, 2013.  Defendants may file their opposition by February 1, 2013.  DC

4  may file its reply by February 8, 2013.  DC will notice the hearing for February 25,

5  2013.

6    IT IS SO ORDERED.

7

8  Dated:   December 18, 2012    _____

9                                    Honorable Otis D. Wright, II
                                    Judge, United States District Court

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING JOINT
STIP. TO CONTINUE FILING DEADLINES