Marc Toberoff (State Bar No. 188547)
 mtoberoff@ipwla.com
Keith G. Adams (State Bar No. 240497)
 keithgadams@ipwla.com
Pablo D. Arredondo (State Bar No. 241142)
 parredondo@ipwla.com
David Harris (State Bar. 255557)
 dharris@ipwla.com
TOBEROFF & ASSOCIATES, P.C.
22337 Pacific Coast Highway, #348
Malibu, California, 90265
Telephone: (310) 246-3333
Fax:         (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy and Laura Siegel Larson

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br>　　　　Plaintiff,<br>　　vs.<br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; JOANNE SIEGEL, an individual; LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br>　　　　Defendants. | Case No: CV 10-03633 ODW (RZx)<br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br>**DISCOVERY MATTER**<br>**JOINT STIPULATION TO MODIFY SCHEDULE RE: DEFENDANTS' MOTION TO COMPEL**<br>**Judge**: Hon. Otis D. Wright II<br>**Magistrate**: Hon. Ralph Zarefsky<br>**Complaint filed**: May 14, 2010<br>**Trial Date**: None Set<br>**Hearing Date**: January 14, 2013<br>**Hearing Time**: 1:00 p.m.<br>**Courtroom**: 540 |

JOINT STIPULATION TO MODIFY SCHEDULE

1. DANIEL M. PETROCELLI (S.B. #097802)
   dpetrocelli@omm.com
2. MATTHEW T. KLINE (S.B. #211640)
   mkline@omm.com
3. CASSANDRA L. SETO (S.B. #246608)
   cseto@omm.com
4. O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5. Los Angeles, CA 90067-6035
   Telephone: (310) 553-6700
6. Facsimile: (310) 246-6779

7. Attorneys for Plaintiff DC Comics

1   Defendants Mark Warren Peary, as personal representative of the Estate of
2   Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as
3   Personal Representative of the Estate of Joanne Siegel ("Defendants") and Plaintiff
4   DC Comics ("DC"), by and through their respective counsel of record, hereby
5   stipulate and agree as follows:
6   WHEREAS, on December 14, 2012, Defendants served on DC a motion to
7   compel the production of certain documents (the "Motion"), which set a hearing date
8   of January 14, 2013, at 10:00 a.m.;
9   WHEREAS, DC's portion of the Rule 37 joint stipulation opposing
10  Defendants' Motion would ordinarily be due on Friday, December 21, 2012;
11  WHEREAS, to accommodate the holiday and travel schedules of DC and its
12  counsel, Defendants agree to continue the deadline for DC to serve its opposition to
13  Friday, January 4, 2013;
14  WHEREAS, the parties wish to maintain the hearing date of January 14, 2013,
15  DC's counsel is not available until 12:00 p.m. on January 14, 2013, there is a Court
16  holiday on January 21, 2013, and DC's counsel is unavailable on January 28, 2013;
17  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, that,
18  subject to the Court's approval:  (1) DC shall serve Defendants with its opposition to
19  the Motion at or before 6:00 p.m. on January 4, 2013; (2) Defendants shall file the
20  combined joint stipulation in support of their Motion on January 4, 2013; (3) the
21  parties shall file supplemental briefs, if any, by January 8, 2013; and (4) Defendants
22  shall set the hearing on the Motion for 1:00 p.m. on January 14, 2013.

| | | |
|---|---|---|
| 1 | Dated: December 20, 2012 | O'MELVENY & MYERS LLP |
| 2 | | By: /s/ Daniel M. Petrocelli |
| 3 | | Daniel M. Petrocelli<br>Attorneys for Plaintiff DC Comics |
| 4 | Dated: December 20, 2012 | TOBEROFF & ASSOCIATES, P.C. |
| 5 | | |
| 6 | | By: /s/ Marc Toberoff<br>Marc Toberoff |
| 7 | | Attorneys for Defendants Laura Siegel Larson, Mark Warren Peary, and Jean Adele |
| 8 | | Peavy |

### Attestation

I hereby attest that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 20, 2012    TOBEROFF & ASSOCIATES, P.C.

By: /s/ Keith G. Adams
Keith G. Adams
Attorneys for Defendants Laura Siegel Larson, Mark Warren Peary, and Jean Adele Peavy