**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| DC COMICS,<br>        Plaintiff,<br>   vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; JOANNE SIEGEL, an individual; LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>        Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULE RE: DEFENDANTS' MOTION TO COMPEL**<br><br>**Judge**: Hon. Otis D. Wright II<br>**Magistrate**: Hon. Ralph Zarefsky<br><br>**Complaint filed**: May 14, 2010<br>**Trial Date**:   None Set<br><br>**Hearing Date**:  January 14, 2013<br>**Hearing Time**:  1:00 p.m.<br>**Courtroom**:    540 |

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULE

The parties having stipulated, IT IS HEREBY ORDERED that (1) DC shall serve Defendants with its opposition to the Motion at or before 6:00 p.m. on January 4, 2013; (2) Defendants shall file the combined joint stipulation in support of their Motion on January 4, 2013; (3) the parties shall file supplemental briefs, if any, by January 8, 2013; and (4) the hearing on the Motion is set for 1:00 p.m. on January 14, 2013.

Dated: _____

Hon. Ralph Zarefsky
Magistrate Judge,
United States District Court