1  DANIEL M. PETROCELLI (S.B. #097802)
   dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
   mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
   cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA  90067-6035
   Telephone:   (310) 553-6700
6  Facsimile:    (310) 246-6779

7
   Attorneys for Plaintiff DC Comics
8

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11 | DC COMICS,                                    | Case No. CV 10-03633 ODW (RZx)
12 |         Plaintiff,                            | **DISCOVERY MATTER**
13 |    v.                                         | **DECLARATION OF CASSANDRA SETO IN SUPPORT OF DC COMICS' REPLY IN SUPPORT OF MOTION FOR A PROTECTIVE ORDER**
14 | PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive, |
   |                                               | **Judge**:       Hon. Otis D. Wright II
   |                                               | **Magistrate**: Hon. Ralph Zarefsky
   |                                               | **Hearing Date**:   Jan. 7, 2013
   |                                               | **Hearing Time**:   10:00 a.m.
   |                                               | **Courtroom:**      540
20 |         Defendants.                           |

                                                    SETO DECL. ISO DC'S REPLY. ISO
                                                    MOT. FOR PROTECTIVE ORDER

# DECLARATION OF CASSANDRA SETO

I, Cassandra Seto, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am a counsel at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in the above-entitled action. I make this declaration in support of DC Comics' Reply in Support of Motion For a Protective Order. I have personal knowledge of the matters set forth in this declaration.

2. Attached hereto as Exhibit 1 is a true and correct copy of "Peary/Peavy Privilege Logs 9/30/2011," dated September 30, 2011.

3. Attached hereto as Exhibit 2 is a true and correct copy of "Siegel Supplemental Privilege Log," dated November 29, 2011.

4. Attached hereto as Exhibit 3 is a true and correct copy of an e-mail from Nicholas Daum to my colleague Jason Tokoro dated February 19, 2011, transmitting a supplemental privilege log.

5. Attached hereto as Exhibit 4 is a true and correct copy of "Toberoff Privilege Log (Supplemental)," dated June 5, 2012.

6. Attached hereto as Exhibit 5 is a true and correct copy of an e-mail from Pablo Arredondo to Mr. Tokoro dated November 7, 2012, transmitting a supplemental privilege log for Marc Toberoff.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 20th day of December 2012 at Los Angeles, California.

                                        /s/ Cassandra Seto
                                        Cassandra Seto