# EXHIBIT 1

**Peary/Peavy Privilege Logs 9/30/2011**

| Log # | Date of Document | Identity of Author(s) | Identity of Recipient(s) | Document Type | Privilege Claim | Present Location |
|---|---|---|---|---|---|---|
| 51 | 5/31/2010 | Atty Marc Toberoff | Mark Warren Peary, Jean Adele Peavy | Letter | Atty/Client | Defendants' Counsel |
| 52 | 1/22/2011 | Atty Nicholas Williamson | Mark Warren Peary | E-mail | Atty/Client | Defendants' Counsel |
| 53 | 1/24/2011 | Atty Nicholas Williamson | Mark Warren Peary | E-mail | Atty/Client | Defendants' Counsel |
| 54 | 3/7/2011 | Atty Marc Toberoff | Mark Warren Peary | E-mail | Atty/Client | Defendants' Counsel |
| 55 | 3/8/2011 | Mark Warren Peary | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 56 | 3/8/2011 | Atty Marc Toberoff | Mark Warren Peary | E-mail | Atty/Client | Defendants' Counsel |
| 57 | 3/11/2011 | Atty Marc Toberoff | Mark Warren Peary | E-mail | Atty/Client | Defendants' Counsel |
| 58 | 3/11/2011 | Mark Warren Peary | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 59 | 3/11/2011 | Atty Marc Toberoff | Mark Warren Peary | E-mail | Atty/Client | Defendants' Counsel |
| 60 | 3/11/2011 | Mark Warren Peary | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 61 | 3/11/2011 | Atty Marc Toberoff | Mark Warren Peary | E-mail | Atty/Client | Defendants' Counsel |
| 62 | 3/11/2011 | Mark Warren Peary | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 63 | 3/11/2011 | Atty Marc Toberoff | Mark Warren Peary | E-mail | Atty/Client | Defendants' Counsel |
| 64 | 3/11/2011 | Mark Warren Peary | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 65 | 5/24/2011 | Atty Marc Toberoff | Mark Warren Peary | E-mail | Atty/Client | Defendants' Counsel |
| 66 | 6/1/2011 | Atty Marc Toberoff | Mark Warren Peary | E-mail | Atty/Client | Defendants' Counsel |
| 67 | 6/23/2011 | Atty Marc Toberoff | Mark Warren Peary | E-mail | Atty/Client | Defendants' Counsel |
| 68 | 6/26/2011 | Mark Warren Peary | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 69 | 6/26/2011 | Mark Warren Peary | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 70 | 7/1/2011 | Mark Warren Peary | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 71 | 7/1/2011 | Atty Marc Toberoff | Mark Warren Peary | E-mail | Atty/Client | Defendants' Counsel |
| 72 | 7/15/2011 | Mark Warren Peary | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 73 | 7/15/2011 | Atty Marc Toberoff | Mark Warren Peary | E-mail | Atty/Client | Defendants' Counsel |
| 74 | 7/22/2011 | Mark Warren Peary | Atty Marc Toberoff | E-mail | Atty/Client | Defendants' Counsel |
| 75 | 7/25/2011 | Atty Marc Toberoff | Mark Warren Peary | E-mail | Atty/Client | Defendants' Counsel |
| 76 | 7/29/2011 | Atty Marc Toberoff | Mark Warren Peary | E-mail | Atty/Client | Defendants' Counsel |
| 77 | 7/29/2011 | Atty Marc Toberoff | Mark Warren Peary | E-mail | Atty/Client | Defendants' Counsel |
| 78 | 8/1/2011 | Atty Keith Adams | Mark Warren Peary | E-mail | Atty/Client | Defendants' Counsel |
| 79 | 8/12/2011 | Atty Keith Adams | Mark Warren Peary | E-mail | Atty/Client | Defendants' Counsel |
| 80 | 8/12/2011 | Atty Keith Adams | Mark Warren Peary | E-mail | Atty/Client | Defendants' Counsel |
| 81 | 8/18/2011 | Mark Warren Peary | Atty Keith Adams | Letter | Atty/Client | Defendants' Counsel |
| 82 | 8/23/2011 | Mark Warren Peary | Atty Keith Adams | E-mail | Atty/Client | Defendants' Counsel |
| 83 | 8/23/2011 | Mark Warren Peary | Atty Keith Adams | E-mail | Atty/Client | Defendants' Counsel |

**EXHIBIT 1**

# EXHIBIT 2

# TOBEROFF & ASSOCIATES, P.C.

A PROFESSIONAL CORPORATION

2049 CENTURY PARK EAST, SUITE 3630

LOS ANGELES, CALIFORNIA 90067

MARC TOBEROFF*
NICHOLAS C. WILLIAMSON
KEITH G. ADAMS
JEFFREY R. RHOADS

TELEPHONE
(310) 246-3333

FACSIMILE
(310) 246-3101

* Also admitted in New York

mtoberoff@ipwla.com

November 29, 2011

<u>Via E-Mail</u>

Daniel Petrocelli
O'Melveny and Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Re:   <u>*DC Comics v. Pacific Pictures Corp., et al.*, Case No. 10-CV-03633 ODW (RZx)</u>

Dan:

Enclosed herewith please find defendant Laura Siegel Larson's production of documents from her review after cleaning out the house of her deceased mother Joanne Siegel, as well as a supplemental privilege log for Ms. Larson.

Also please find enclosed herewith, on behalf of the Estate of Michael Siegel, a privilege log of the documents from the Renner Otto electronic archive, as well as an accompanying document production from the archive. Although not required to do so, we have also generated and enclose a complete master list of all of the documents in the Renner Otto electronic archive to avoid burdening a court with unnecessary disputes.

To avoid any confusion, please also take note of the following:

The master list contains numerous pieces of correspondence and other documents that have already been produced or are otherwise in your clients' possession, but that we nonetheless produce herewith.  *See* Master List Entry Nos. 3, 7-10, 22, 24, 44, 72, 107-109, 232, 234, 330-332, 344, 380, 382-383, 388, 390, 395, 398, 417, 419, 422, 426, 431-432, 440-442, 448, 451, 469-470, 490-491, 493-501, 504-507, 514-515, 517-519, 524, 530, 535-536, 539-540, 543-544, 562, 569-570, 581, 589-597, 600-601, 603-618, 620, 622-623, 660, 662, 675, 678-683, 687-689, 691-694, 703-705.

As the master list sets forth the documents as they appear in the archive, it contains numerous duplicate entries.  *See, e.g.,* Master List Entry Nos. 33-34.

When comparing the documents in the electronic archive to the defendants' previously-produced logs, which incorporated five-year-old privilege logs from the *Siegel v. Warner Bros.*

**EXHIBIT 2**

**3**

**TOBEROFF & ASSOCIATES, P.C.**

November 29, 2011
Re:   *DC Comics v. Pacific Pictures Corp.*
Page:  2 of 2

*Entertainment Inc.* case, it appears that there are certain inadvertent non-material discrepancies in the prior logs that have been corrected in the enclosed privilege log.  *See, e.g.,* Bulson Log Entry Nos. 1, 50, 52, 133, 135, 162, 204, 207, 236, 267, 319, 323, 325 (omission of certain "cc" recipients, usually attorneys); No. 5 (dated August 15, 1997 instead of July 15, 1997); Nos. 170, 472 (sender and recipient reversed); Nos. 214, 216 (recipient omitted); No. 400 (listed as "Michael Siegel-Michael Siegel" e-mail instead of "Michael Siegel-Don Bulson" e-mail); Nos. 434, 448 (listed as attorney work-product "drafts" instead of attorney-client letters); No. 415 (facsimile listed as an e-mail).

The master list includes numerous documents that are not responsive to DC's requests and/or that are otherwise not relevant to this case and that have therefore not been produced.  *See, e.g.,* Master List Entry Nos. 285-286 (IRS correspondence), Nos. 624-647 (Estate of Bella Siegel), 648 (Estate of Isabel Spellman), Nos. 666-67 (attempt to sell a piece of memorabilia to third party), Nos. 669, 671 (guardianship of Michael Siegel).

Copies of Jerome Siegel's will were also found in the Renner Otto archive.  We will produce those documents subject to the protective order entered into in the *Siegel* case.

Nothing in this letter should be construed as a waiver or limitation of any of defendants' rights or remedies, all of which are reserved.

Very truly yours,

Marc Toberoff

Enclosures

**EXHIBIT 2**
**4**

**SIEGEL SUPPLEMENTAL PRIVILEGE LOG**

| Log # | Date of Document | Identity of Author(s) | Identity of Recipient(s) | Document Type | Privilege Claim | Present Location |
|---|---|---|---|---|---|---|
| 3661 | 0/0/0 | Laura Siegel Larson | Attorney Gary Spence | Draft Letter | Attorney/Client | Defendants' Counsel |
| 3662 | 3/16/2002 | Laura Siegel Larson, Joanne Siegel | Attorney Gary Spence | Draft Letter | Attorney/Client, Joint Client | Defendants' Counsel |
| 3663 | 3/16/2002 | Laura Siegel Larson | Attorney Gary Spence | Draft Letter (Partial) | Attorney/Client, Joint Client | Defendants' Counsel |
| 3664 | Dated 9/2002 | Joanne Siegel | Attorney Kevin Marks | Draft Letter | Attorney/Client | Defendants' Counsel |

11/29/2011

**EXHIBIT 2**

5

# EXHIBIT 3

**Subject:** FW: 2.18.11 letter to Kline.pdf
**Attachments:** DC v. PPC.Privilege Logs.Toberoff.Supplemental.2.14.2011.pdf

**From:** Nicholas Daum [mailto:ndaum@kbkfirm.com]
**Sent:** Saturday, February 19, 2011 10:33 AM
**To:** Tokoro, Jason; 'Marc Toberoff'; Nicholas Williamson; Keith Adams; Richard Kendall; Laura Brill
**Cc:** Petrocelli, Daniel; Kline, Matthew; Seto, Cassandra
**Subject:** RE: 2.18.11 letter to Kline.pdf

Jason:

The privilege log is attached.

Best,

Nick Daum

**From:** Tokoro, Jason [mailto:jtokoro@OMM.com]
**Sent:** Saturday, February 19, 2011 8:39 AM
**To:** 'Marc Toberoff'; Nicholas Williamson; Nicholas Daum; Keith Adams; Richard Kendall; Laura Brill
**Cc:** Petrocelli, Daniel; Kline, Matthew; Seto, Cassandra
**Subject:** RE: 2.18.11 letter to Kline.pdf

Counsel,

In Section F of your letter below ("Communications With Kevin Marks"), you state that a privilege log is enclosed addressing DC's discovery requests. No privilege log was attached to the letter or to your email. Please provide us with the log. DC reserves all rights as to other aspects of your letter.

Jason H Tokoro
O'Melveny & Myers LLP - Century City
1999 Avenue of the Stars, Suite 700
Los Angeles, California 90067
Direct Dial: (310) 246-6707
Fax: (310) 246-6779
Email: jtokoro@omm.com

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

 please consider the environment - do you really need to print this email?

**From:** Nicholas Daum [mailto:ndaum@kbkfirm.com]
**Sent:** Friday, February 18, 2011 5:25 PM
**To:** Kline, Matthew; Petrocelli, Daniel; Seto, Cassandra

1

**EXHIBIT 3**
6

**Cc:** Richard Kendall; Laura Brill; Marc Toberoff; Nicholas Williamson; Keith Adams; Docket
**Subject:** 2.18.11 letter to Kline.pdf

Matt: Please see the attached email from Laura Brill.

Best,

Nick Daum

2

**EXHIBIT 3**
7

| Log # | Date of Document | Identity of Author(s) | Identity of Recipient(s) | Document Type | Privilege Claim | Present Location |
|---|---|---|---|---|---|---|
| 3478 | 9/30/2010 | Atty Richard Kendall | Atty Susan J. Allison | E-mail | Joint Interest Privilege; Atty Work Product | Defendants' Counsel |
| 3479 | 9/30/2010 | Atty Richard Kendall | Atty Susan J. Allison | E-mail | Joint Interest Privilege; Atty Work Product | Defendants' Counsel |
| 3480 | 9/30/2010 | Atty Richard Kendall | | Declaration (Draft) | Joint Interest Privilege; Atty Work Product | Defendants' Counsel |
| 3481 | 9/30/2010 | Atty Richard Kendall | Atty Susan J. Allison | E-mail | Joint Interest Privilege; Atty Work Product | Defendants' Counsel |
| 3482 | 9/30/2010 | Atty Susan J. Allison | Atty Richard Kendall | E-mail | Joint Interest Privilege; Atty Work Product | Defendants' Counsel |
| 3483 | 9/30/2010 | Atty Richard Kendall | Atty Susan J. Allison | E-mail | Joint Interest Privilege; Atty Work Product | Defendants' Counsel |

**EXHIBIT 3**

8

# EXHIBIT 4

TOBEROFF PRIVILEGE LOG (SUPPLEMENTAL)

| Log # | Date of Document | Identity of Author(s) | Identity of Recipient(s) | Document Type | Privilege Claim | Present Location |
|---|---|---|---|---|---|---|
| 3478 | 10/20/2010 | Atty Richard Kendall | | Notes | Atty Work Product | Defendants' Counsel |
| 3479 | 10/21/2010 | Atty Richard Kendall | | Notes | Atty Work Product | Defendants' Counsel |
| 3480 | 01/20/2011 | Atty Richard Kendall | | Notes | Atty Work Product | Defendants' Counsel |
| 3481 | 03/08/2011 | Atty Richard Kendall | | Notes | Atty Work Product | Defendants' Counsel |

6.5.2012

**EXHIBIT 4**

9

# EXHIBIT 5

| | |
|---|---|
| **Subject:** | FW: DC v. PPC |
| **Attachments:** | DC v. PPC.Production.11.7.2012.LSL 00487.pdf; DC v. PPC.Production.11.7.2012.MT00049-00119.pdf; DC v. PPC.Toberoff.Privilege Log.Supplemental.11.7.2012.pdf |

**From:** Pablo Arredondo [mailto:parredondo@ipwla.com]
**Sent:** Wednesday, November 07, 2012 6:47 PM
**To:** Tokoro, Jason
**Cc:** Petrocelli, Daniel; Kline, Matthew; Lens, Molly; Seto, Cassandra; Pearson, Ashley; 'Marc Toberoff'; 'Keith Adams'; 'David Harris'
**Subject:** DC v. PPC

Counsel:

Please find attached a supplemental privilege log for Mr. Toberoff, a supplemental production on behalf of Mr. Toberoff and a supplemental production on behalf of Ms. Larson.

Defendants reserve all rights.

Pablo


Pablo D. Arredondo


This message and any attached documents may contain information from
Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

1

**EXHIBIT 5**

**10**

TOBEROFF PRIVILEGE LOG (SUPPLEMENTAL)

| Log # | Date of Document | Identity of Author(s) | Identity of Recipient(s) | Document Type | Privilege Claim | Present Location |
|---|---|---|---|---|---|---|
| 3584 | 6/15/2012 | Atty Melvin Banchek | Atty Marc Toberoff | Email | Atty/Client Joint Interest | Defendants' Counsel |
| 3585 | 6/15/2012 | Atty Melvin Banchek | Atty Marc Toberoff | Email Attachment/ Letter | Atty/Client Joint Interest | Defendants' Counsel |
| 3586 | 7/18/2012 | Atty Pablo Arredondo | Atty Gerald Berk; Atty Marc Toberoff; Atty David Harris | Email | Atty/Client Joint Interest Work Product | Defendants' Counsel |
| 3587 | 7/20/2012 | Atty Pablo Arredondo | Atty Gerald Berk; Atty Marc Toberoff | Email | Atty/Client Joint Interest | Defendants' Counsel |
| 3588 | 8/14/2012 | Atty Pablo Arredondo | Atty Gerald Berk; Atty Marc Toberoff | Email | Atty/Client Joint Interest | Defendants' Counsel |
| 3589 | 9/19/2012 | Atty Pablo Arredondo | Atty Gerald Berk; Atty Marc Toberoff; Atty Keith Adams | Email | Atty/Client Joint Interest | Defendants' Counsel |
| 3590 | 9/19/2012 | Atty Keith Adams | Atty Gerald Berk; Atty Marc Toberoff | Email Attachment/ Draft Letter | Atty/Client Joint Interest Work Product | Defendants' Counsel |
| 3591 | 9/19/2012 | Atty Pablo Arredondo | Atty Gerald Berk; Atty Marc Toberoff; Atty Keith Adams | Email | Atty/Client Joint Interest | Defendants' Counsel |

**EXHIBIT 5**
**11**