# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br>        Plaintiff,<br>vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; JOANNE SIEGEL, an individual; LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>        Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULE RE: DEFENDANTS' MOTION TO COMPEL**<br><br>**Judge**: Hon. Otis D. Wright II<br>**Magistrate**: Hon. Ralph Zarefsky<br><br>**Complaint filed**: May 14, 2010<br>**Trial Date**:   None Set<br><br>**Hearing Date**:  January 14, 2013<br>**Hearing Time**:  1:00 p.m.<br>**Courtroom**:     540 |

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULE

1    The parties having stipulated, IT IS HEREBY ORDERED that (1) DC shall
2 serve Defendants with its opposition to the Motion at or before 6:00 p.m. on January
3 4, 2013; (2) Defendants shall file their motion and the combined joint stipulation in
4 support of their Motion on January 4, 2013, with the hearing date left blank; (3)
5 the parties shall file supplemental briefs, if any, by January 8, 2013; and (4) the
6 Court will set any needed hearing on the Motion after it has reviewed the
7 papers ~~is set for 1:00 p.m. on January 14, 2013~~.

8    Dated: 12/21/12

    _____
    Hon. Ralph Zarefsky
    Magistrate Judge,
    United States District Court

1
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULE