Marc Toberoff (State Bar No. 188547)
 mtoberoff@ipwla.com
Keith G. Adams (State Bar No. 240497)
 keithgadams@ipwla.com
Pablo D. Arredondo (State Bar No. 241142)
 parredondo@ipwla.com
David Harris (State Bar. 255557)
 dharris@ipwla.com
TOBEROFF & ASSOCIATES, P.C.
22337 Pacific Coast Highway, #348
Malibu, California, 90265
Telephone:   (310) 246-3333
Fax:         (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DISCOVERY MATTER**<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF "TIMELINE"-RELATED DOCUMENTS**<br><br>*Joint Stipulation, Declaration of Keith G. Adams, and Declaration of Cassandra Seto filed concurrently*<br><br>Complaint filed:　May 14, 2010<br>Trial Date:　None Set<br><br>Date:<br>Time:<br>Courtroom:　　　540 |

DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF "TIMELINE"-RELATED DOCUMENTS

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to the Court's December 21, 2012 order (Dkt. 549), on a date and time to be determined by the Court, located at 255 East Temple Street, Los Angeles, California in Courtroom 540, defendant Laura Siegel Larson will and hereby does move the Court to compel Plaintiff, DC Comics, to respond to defendant Laura Siegel Larson's ("Larson") First Set of Requests For Production Nos. 3-16, 19-26, 32-43, 47-64 and 88 ("Requests").

This motion is made pursuant to Rules 26, 34, and 37 of the Federal Rules of Civil Procedure and Rule 37-2 of the Local Rules of this Court on the grounds that Plaintiff DC Comics has failed to properly and/or adequately respond to Larson's Requests. Pursuant to Local Rule 37-1, the parties have attempted unsuccessfully to resolve their disputes, and therefore respectfully seek the assistance of the Court.

This motion is based on this Notice of Motion and Motion; the accompanying Joint Stipulation Regarding Defendant's Motion To Compel Production Of "Timeline"-Related Documents; the accompanying Declaration of Keith G. Adams and exhibits in support thereof; any supplemental memoranda that may be filed pursuant to Local Rule 37; all exhibits, files, and records on file in this action; matters of which judicial notice may be taken; and such additional submissions and argument as may be presented at or before the hearing on this motion.

January 4, 2013         RESPECTFULLY SUBMITTED,

/s/ Marc Toberoff
TOBEROFF & ASSOCIATES, P.C.
Attorneys for Defendants Mark Warren Peary *et al.*