Marc Toberoff (State Bar No. 188547)
 *mtoberoff@ipwla.com*
Keith G. Adams (State Bar No. 240497)
 *kgadams@ipwla.com*
Pablo D. Arredondo (State Bar No. 241142)
 *parredondo@ipwla.com*
David Harris (State Bar No. 255557)
 *dharris@ipwla.com*
TOBEROFF & ASSOCIATES, P.C.
22337 Pacific Coast Highway #348
Malibu, California 90265
Telephone: (310) 246-3333
Fax:  (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF KEITH G. ADAMS IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL PRODUCTION OF "TIMELINE"-RELATED DOCUMENTS**<br><br>*Notice of Motion, Joint Stipulation, and Declaration of Cassandra Seto filed concurrently*<br><br>Complaint filed: May 14, 2010<br>Trial Date:　　　None Set<br><br>Date:<br>Time:<br>Courtroom:　　540 |

DECLARATION OF KEITH G. ADAMS

# DECLARATION OF KEITH G. ADAMS

I, Keith G. Adams, declare as follows:

1. I am an attorney at the law firm of Toberoff & Associates, P.C., counsel of record for defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel, in the above-captioned action, and submit this declaration in support of Defendants' Motion To Compel Production Of "Timeline"-Related Documents.

2. Attached hereto as Exhibit "A" is a true and correct copy of a declaration of Wayne Smith, dated March 27, 2007, filed in *Siegel v. Warner Bros. Ent. Inc.*, Case No. 04-CV-08400 ODW (RZx) ("*Siegel*").

3. Attached hereto as Exhibit "B" is a true and correct copy of a declaration of Wayne Smith, dated April 2, 2007, filed in *Siegel*.

4. Attached hereto as Exhibit "C" is a true and correct copy of a transcript of a hearing held before Magistrate Zarefsky on April 30, 2007 in *Siegel*.

5. Attached hereto as Exhibit "D" is a true and correct copy of a letter from David Michaels to Judge O'Scannlain of the Ninth Circuit, dated May 4, 2012.

6. Attached hereto as Exhibit "E" is a true and correct copy of portions of Defendant Laura Siegel Larson's First Set of Requests For Production, served on plaintiff DC Comics ("DC") on August 30, 2012.

7. Attached hereto as Exhibit "F" is a true and correct copy of portions of DC's responses to Laura Siegel Larson's First Set of Requests For Production, served on Defendants on October 5, 2012.

8. Attached hereto as Exhibit "G" is a true and correct copy of a letter sent from me to Matthew Kline, counsel for DC, dated October 25, 2012.

9. Attached hereto as Exhibit "H" is a true and correct copy of a letter sent from Molly Lens, counsel for DC, sent to me and my colleague Pablo Arredondo, dated October 31, 2012.

1  10. Attached hereto as Exhibit "I" is a true and correct copy of a letter sent from Cassandra Seto, counsel for DC, to me, dated December 6, 2012.

11. Attached hereto as Exhibit "J" is a true and correct copy of portions of DC's Second Set of Requests For Production To Defendant Marc Toberoff, served on June 12, 2012.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed on the 14th day of December 2012 at Malibu, California.

_____
Keith G. Adams