1  DANIEL M. PETROCELLI (S.B. #097802)
    dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
    mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
    cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA  90067-6035
   Telephone:  (310) 553-6700
6  Facsimile:   (310) 246-6779

7  Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>            Plaintiff,<br><br>       v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>            Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF CASSANDRA SETO IN SUPPORT OF DC COMICS' OPPOSITION TO DEFENDANTS' MOTION TO COMPEL PRODUCTION OF "TIMELINE"-RELATED DOCUMENTS**<br><br>JOINT STIPULATION FILED CONCURRENTLY<br><br>**Judge**:         Hon. Otis D. Wright II<br>**Magistrate**:  Hon. Ralph Zarefsky<br><br>**Hearing Date**:<br>**Hearing Time**:<br>**Courtroom**:              540<br>**Discovery Cutoff**:     None Set<br>**Pretrial Conference**: None Set<br>**Trial**:                         None Set |

# DECLARATION OF CASSANDRA SETO

I, Cassandra Seto, declare and state:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am a counsel at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics ("DC") in this case. I make this declaration in support of DC Comics' Opposition To Defendants' Motion To Compel Production Of "Timeline"-Related Documents. I have personal knowledge of the matters set forth herein.

2. I participated in a meet-and-confer discussion with counsel for defendants on November 27, 2012, and November 28, 2012, during which we discussed defendants' Timeline-related document requests. DC explained that while these requests sought irrelevant documents and were otherwise overbroad and improper, DC was willing to work toward a compromise to avoid burdening the Court with an unnecessary motion. Defendants stated that they, too, wanted to work out a compromise.

3. Attached hereto as Exhibit 1 is a true and correct copy of an article entitled "On the Receiving End," published in *Los Angeles Lawyer* magazine and dated June 2006.

4. Attached hereto as Exhibit 2 is a true and correct copy of a letter from Marc Toberoff to John Quinn, dated July 19, 2006.

5. Attached hereto as Exhibit 3 is a true and correct copy of the Notice Of Motion And Joint Stipulation Re: Defendants' Motion To Compel Production Of Whistle-Blower Documents, filed in C.D. Cal. Case No. CV-04-8400 on March 26, 2007.

6. Attached hereto as Exhibit 4 is a true and correct copy of a letter from David Michaels to Judge O'Scannlain, dated May 4, 2012, and filed in Ninth Circuit Appeal No. 11-71844, DN 33.

SETO DECL. ISO DC'S OPP.
TO DEFS.' MOT. TO COMPEL

1  7. Attached hereto as Exhibit 5 is a true and correct copy of an email from Keith Adams to me, and an email from my colleague Jason Tokoro to David Harris, dated December 7, 2012.

8. Attached hereto as Exhibit 6 is a true and correct copy of an email from Mr. Tokoro to Mr. Toberoff, dated December 17, 2012, and a letter from Mr. Quinn to Mr. Toberoff, Michael Bergman, Roger Zissu, and Patrick Perkins, dated July 5, 2006, and produced to defendants on December 17, 2012.

9. Attached hereto as Exhibit 7 is a true and correct copy of a letter from Mr. Adams to me, dated December 18, 2012.

10. Attached hereto as Exhibit 8 is a true and correct copy of Plaintiff DC Comics' Objections And Responses To Defendant Marc Toberoff's First Set Of Interrogatories, dated December 20, 2012.

11. Attached hereto as Exhibit 9 is a true and correct copy of a letter from Mr. Tokoro to Mr. Toberoff and Richard Kendall, dated December 21, 2012.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 4th day of January 2013, at Los Angeles, California.

/s/ Cassandra Seto
Cassandra Seto

1
2
3
4
5
6
7
8
9
10          **THIS PAGE INTENTIONALLY LEFT BLANK**
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SETO DECL. ISO DC'S OPP.
TO DEFS.' MOT. TO COMPEL