# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FOR COURT USE ONLY
DUE DATE:

## TRANSCRIPT DESIGNATION AND ORDERING FORM

| | | |
|---|---|---|
| 1. NAME: Ashley Pearson | 2. PHONE NUMBER: (310) 246-8426 | 3. DATE: Jan 7, 2013 |
| 4. FIRM NAME: O'Melveny & Myers LLP | 5. E-MAIL ADDRESS: apearson@omm.com | |
| 6. MAILING ADDRESS: 1999 Avenue of the Stars, Suite 700 | 7. CITY: Los Angeles | 8. STATE: CA / 9. ZIP CODE: 90067 |
| 10. CASE NUMBER: 10-CV-03633 | 11. CASE NAME: DC Comics v. Pacific Pictures Corp. | 12. JUDGE: Zarefsky |

13. APPEAL CASE NUMBER:
14. ORDER FOR: ☐ APPEAL   ☑ NON-APPEAL   ☐ CRIMINAL JUSTICE ACT   ☐ IN FORMA PAUPERIS   ☐ AUSA   ☐ FPD   ☐ OTHER ____

15. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| Jan 7, 2013 | Dorothy Babykin | ☐ VOIR DIRE   ☐ OPENING STATEMENTS   ☐ SETTLEMENT INSTRUCTIONS   ☐ CLOSING ARGUMENTS   ☐ JURY INSTRUCTIONS   ☑ PRE-TRIAL PROCEEDINGS   ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE   ☐ OPENING STATEMENTS   ☐ SETTLEMENT INSTRUCTIONS   ☐ CLOSING ARGUMENTS   ☐ JURY INSTRUCTIONS   ☐ PRE-TRIAL PROCEEDINGS   ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE   ☐ OPENING STATEMENTS   ☐ SETTLEMENT INSTRUCTIONS   ☐ CLOSING ARGUMENTS   ☐ JURY INSTRUCTIONS   ☐ PRE-TRIAL PROCEEDINGS   ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE   ☐ OPENING STATEMENTS   ☐ SETTLEMENT INSTRUCTIONS   ☐ CLOSING ARGUMENTS   ☐ JURY INSTRUCTIONS   ☐ PRE-TRIAL PROCEEDINGS   ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE   ☐ OPENING STATEMENTS   ☐ SETTLEMENT INSTRUCTIONS   ☐ CLOSING ARGUMENTS   ☐ JURY INSTRUCTIONS   ☐ PRE-TRIAL PROCEEDINGS   ☐ OTHER (PLEASE SPECIFY): |

16. ORDER: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☐ | PAPER COPY | ☐ |
| 14 DAYS | ☐ | PDF FORMAT | ☑ |
| 7 DAYS | ☑ | ASCII FORMAT | ☐ |
| DAILY | ☐ | OTHER | ☐ |
| HOURLY | ☐ | | |
| REAL TIME | ☐ | | |

FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY

(CERTIFICATION 17 & 18)
By signing the below, I certify that I will pay all charges (deposit plus additional).

19. Transcription agency for digitally recorded proceedings:
Dorothy Babykin, Babykin Courthouse Services

20. Month:        Day:        Year:
Transcript payment arrangements were made with:

17. DATE: Jan 7, 2013

NAME OF OFFICIAL: ____

18. SIGNATURE: /s/ Daniel M. Petrocelli

Payment of estimated transcript fees were sent on the following date:
Month:        Day:        Year:

G-120 (09/12)