UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-03633-ODW-(RZx) | Date | January 7, 2013 |
|---|---|---|---|
| Title | DC COMICS v. PACIFIC PICTURES CORP., ET AL. | | |

| Present: The Honorable | RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE |
|---|---|

| Ilene Bernal | Recorded on Courtsmart |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Daniel M. Petrocelli<br>Matthew Kline<br>Jason Tokoro | Mark Toberoff<br>David Harris |

**Proceedings:**   HRG: PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER

Motion is submitted.

|  | : | 41 |
|---|---|---|
|  Initials of Preparer |  | igb |