DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:   (310) 553-6700
Facsimile:   (310) 246-6779

Attorneys for Plaintiff DC Comics

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>  Plaintiff,<br><br>  v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>  Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>[~~PROPOSED~~] **ORDER GRANTING DC COMICS' MOTION FOR A PROTECTIVE ORDER** |

1      Good cause appearing, IT IS HEREBY ORDERED that DC Comics' Motion For A Protective Order is GRANTED as follows:

    1. "DC" (as defined in the Court's December 7, 2010, order, DN 133) and defendant Laura Siegel Larson shall not be required to list on their respective privilege logs any "Privileged" (as defined in the Court's December 7, 2010, order, DN 133) documents created on or after October 8, 2004, when the first complaint was filed in the *Siegel* cases, Case Nos. CV-04-8400 ODW (RZx), CV-04-8776 ODW (RZx).

    2. DC and defendants shall not be required to list on their respective privilege logs any Privileged documents created on or after May 14, 2010, when DC filed its complaint in this *Pacific Pictures* case, Case No. CV 10-3633 ODW (RZx).

    3. This Order is without prejudice or waiver to any party's right in the future to request or move to compel the identification or logging of Privileged documents, and is without prejudice or waiver to any party's right in the future to seek a protective order in response to any such request or motion to compel.

    IT IS SO ORDERED.

Dated: January 7, 2013

                                    Honorable Ralph Zarefsky
                                    United States Magistrate Judge