FILED

JAN 07 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DC COMICS,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF; MARK WARREN PEARY, as personal representative of the Estate of Joseph Shuster; LAURA SIEGEL LARSON, individually and as personal representative of the Estate of Joanne Siegel; JEAN ADELE PEAVY,<br><br>        Defendants - Appellants. | No. 12-57245<br><br>D.C. No. 2:10-cv-03633-ODW-RZ<br>Central District of California,<br>Los Angeles<br><br>ORDER |



Before: REINHARDT and THOMAS, Circuit Judges, and SEDWICK, District Judge.[*]

The briefing schedule in this case is expedited as follows: Appellants' opening brief is due February 15, 2013. Appellee's answering brief is due March 15, 2013. Appellants' optional reply brief is due 14 days after service of the answering brief.

---

    [*] The Honorable John W. Sedwick, Senior U.S. District Judge for the District of Alaska, sitting by designation.