Marc Toberoff (State Bar No. 188547)
 mtoberoff@ipwla.com
Keith G. Adams (State Bar No. 240497)
 kgadams@ipwla.com
Pablo D. Arredondo (State Bar No. 241142)
 parredondo@ipwla.com
David Harris (State Bar No. 255557)
 dharris@ipwla.com
TOBEROFF & ASSOCIATES, P.C.
22337 Pacific Coast Highway #348
Malibu, California 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>    Plaintiff,<br><br>  vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**NOTICE OF APPELLANTS' INTENT RE: ORDERING OF TRANSCRIPTS FOR APPEAL** |

NOTICE OF INTENT RE: TRANSCRIPTS AND ISSUES ON APPEAL

TO THE COURT AND ALL COURT REPORTERS, PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice that, pursuant to Circuit Rule 10-3.1, defendants-appellants Mark Warren Peary, as personal representative of the estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, hereby state that they do not intend to order any additional transcripts in connection with the pending appeal to the United States Court of Appeals for the Ninth Circuit, *DC Comics v. Pacific Pictures Corp., et al.*, Appeal No. 12-57245, as the relevant transcripts were already ordered and obtained from, or filed by, the court reporters in the District Court in the above-captioned action.

Dated:  January 11, 2013              RESPECTFULLY SUBMITTED,

/s/ Marc Toberoff
Marc Toberoff

TOBEROFF & ASSOCIATES, P.C.
Attorneys for Defendants Mark Warren Peary, *et al*.