DANIEL M. PETROCELLI (S.B. #097802)
   dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
   mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
   cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:  (310) 553-6700
Facsimile:  (310) 246-6779

Attorneys for Plaintiff DC Comics

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>              Plaintiff,<br><br>       v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>              Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DECLARATION OF MATTHEW T. KLINE IN SUPPORT OF DC COMICS' MOTION FOR ATTORNEYS' FEES UNDER 17 U.S.C. § 505**<br><br>Hon. Otis D. Wright II<br><br>NOTICE OF MOTION AND MOTION AND [PROPOSED] ORDER FILED CONCURRENTLY HEREWITH<br><br>**Hearing Date**:    July 1, 2013<br>**Hearing Time**:    1:30 p.m.<br>**Courtroom**:        11 |

DECL. OF MATTHEW T. KLINE ISO
DC'S MOT. FOR ATTORNEYS' FEES

I, Matthew T. Kline, declare and state:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am a partner at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics ("DC") in this case. I make this declaration in support of DC Comics' Motion For Attorneys' Fees Under 17 U.S.C. § 505 ("Motion"). I have personal knowledge of the matters set forth herein, and if called to testify thereto, I could and would do so competently.

2. I am familiar with the nature and amount of attorneys' fees that DC incurred in prevailing on its Third Claim for Relief. I have been the partner managing day-to-day work on the case since its inception in 2010. In that role, I supervise all work done on the case, and review the bills that are sent to DC to ensure the charges are correct, reasonable and accurate. Based on my personal knowledge of the work performed in this case, the amounts billed to DC, and a review of our billing records, I believe that a reasonable and conservative estimate of the attorneys' fees attributable to DC's successful prosecution of its Third Claim is $500,000.

3. This figure—which amounts to far less than one-sixth of the total fees billed in this lengthy and complicated case (involving six claims for relief)—is based on the attorney hours spent working on DC's Third Claim on, *inter alia*, the following tasks:

- Preparing DC's complaint, DN 1, and amended complaint, DN 49;
- Preparing DC's oppositions to defendants' three motions to dismiss or strike DC's Third Claim, DN 90; 185; 334;
- Preparing DC's briefing in support of its motion for summary judgment, DN 458; 468; 472;
- Preparing DC's briefing in opposition to defendants' cross-motion for summary judgment (although the work on the Third Claim here was minimal), DN 491; 473; 492;

- Preparing DC's opposition to defendants' motion to vacate the Court's summary judgment ruling; DN 522;
- Conducting extensive document and deposition discovery in support of DC's Third Claim, *e.g.*, DN 459-6 at 458:21-459:25, 461:19-462:9, 465:25-469:1, 472:8-473:11, 485:16-488:21, 500:10-501:24, 504:20-506:13, 509:15-511:8; 493-1 at 291:4-20, 302:6-308:23, 333:11-335:14, 361:1-362:8.

4. To avoid burdening the Court, and consistent with the legal authorities cited in DC's accompanying Motion, Mot. at 2, DC will submit documentation confirming the exact amount of the attorneys' fees it seeks, as well as why they are reasonable, if and when the Court rules that DC is entitled its fees on its Third Claim.

5. DC's Motion is made following various conferences and communications with defense counsel pursuant to Local Rule 7-3. These communications took place over the past two months. Attached hereto as Exhibits 1-3 are true and correct copies of several of those communications.

6. Pursuant to the parties' stipulation and this Court's order, the deadline for DC to file this fees Motion was extended from December 26, 2012, to January 18, 2013. DC asked defendants to extend the deadline again—until after the U.S. Court of Appeals for the Ninth Circuit rules on defendants' currently pending appeal concerning DC's First and Third Claims. Defendants refused to agree to this extension. Ex. 3.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the 17th day of January, 2013 at Los Angeles, California.

/s/ Matthew T. Kline
Matthew T. Kline