# EXHIBIT 1

**From:** Keith Adams [mailto:kgadams@ipwla.com]
**Sent:** Friday, December 21, 2012 6:16 PM
**To:** Kline, Matthew
**Cc:** Seto, Cassandra; Tokoro, Jason; Pearson, Ashley; 'Marc Toberoff'; 'David Harris'; Nicholas Daum; Pablo Arredondo; Petrocelli, Daniel
**Subject:** Re: DC v. PPC

Matt:

The schedule you propose for the instant "S*huster*" appeal does not work for defendants, especially since much of the time you propose for defendants to prepare their opening brief will likely be occupied with defendants' preparation of an opposition to DC's motion for fees and costs, due on February 8, 2013. If DC requires additional time for its brief, defendants could agree to file their opening brief in the *Shuster* appeal on or before March 8, 2013, with DC's answering brief due six weeks later on April 19, and defendants' reply due three weeks after that on May 10, 2013

I do not know what you mean when you say the "parties could not and would not attempt to use their joint request" to delay the Anti-SLAPP or *Siegel* appeals. I also do not know what you mean by "improper argument about the October 2013 termination notice date," since that date supports the required "good cause" for expediting the appeal.

Defendants are not going to agree in advance to a schedule in *Siegel* in the event that case is remanded, as doing so could cause material scheduling conflicts. Nor are defendants willing to foreclose their stay arguments given the uncertain posture of this case.

Defendants cannot agree to DC's unwarranted and vague conditions which appear to be a tactic for DC to oppose defendants' motion to expedite without taking a position. If that means DC will formally oppose defendants' motion to expedite, please inform us immediately.

As to defendant's panel motion, Defendants appreciate that DC does not oppose the motion.

Keith G. Adams
Toberoff & Associates, P.C.
22337 Pacific Coast Highway #348
Malibu, California 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: kgadams@ipwla.com
http://www.ipwla.com

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**From:** "Kline, Matthew" <mkline@omm.com>
**To:** Pablo Arredondo <parredondo@ipwla.com>; "Petrocelli, Daniel" <dpetrocelli@omm.com>
**Cc:** "Seto, Cassandra" <cseto@omm.com>; "Tokoro, Jason" <jtokoro@omm.com>; "Pearson, Ashley"

1

**EXHIBIT 1**

**3**

<apearson@omm.com>; 'Marc Toberoff' <mtoberoff@ipwla.com>; 'Keith Adams' <kgadams@ipwla.com>; 'David Harris' <dharris@ipwla.com>; Nicholas Daum <ndaum@kbkfirm.com>; "lbrill@kbkfirm.com" <lbrill@kbkfirm.com>; 'Richard Kendall' <rkendall@kbkfirm.com>
**Sent:** Tuesday, December 18, 2012 11:29 AM
**Subject:** RE: DC v. PPC

Keith,

    We write in response to your letter below regarding the *Shuster* appeal. DC does not oppose expediting the appeal, but we do not agree with your proposed schedule. We propose filing a joint motion requesting that defendants file their opening brief on February 15, 2013, and that DC files its answering brief on March 29, 2013. This provides both sides six weeks in the New Year to prepare their papers. Defendants' reply would then be due April 12, 2013, two weeks after DC's answering brief. Under our proposal, the parties could not and would not attempt to use their joint request to expedite the *Shuster* appeal to delay resolution of the *Siegel* or SLAPP appeals that the Court of Appeals heard in November 2012. Nor could the parties use this agreement to argue for a stay in the district court in the *Shuster* case. Please send us a proposed joint motion reflecting these terms. We need to ensure that such a motion includes no improper argument about the October 2013 termination notice date. We also trust that in seeking this relief, defendants agree that if the summary judgment ruling in *Siegel* is reversed on appeal and the case is remanded for a retrial, defendants will agree to expedite those proceedings as well, including but not limited to a trial on DC's settlement defense. Finally, as for the panel that hears the *Shuster* appeal, DC's position remains the same as when defendants sought this same relief several weeks ago in connection with their SLAPP appeal. DC does not object to the panels that heard the *In re Pacific Pictures Corp.*, 679 F.3d 1121 (9th Cir. 2012), or *Siegel* or SLAPP appeals hearing the *Shuster* appeal, provided that defendants do not use this panel-selection request or any resulting order to delay in any way the resolution of the *Siegel* or SLAPP appeals.

    All of DC's rights are reserved.

Matt Kline

---

**From:** Pablo Arredondo [mailto:parredondo@ipwla.com]
**Sent:** Monday, December 17, 2012 7:05 PM
**To:** Petrocelli, Daniel
**Cc:** Kline, Matthew; Lens, Molly; Seto, Cassandra; Tokoro, Jason; Pearson, Ashley; 'Marc Toberoff'; 'Keith Adams'; 'David Harris'
**Subject:** DC v. PPC

Counsel:

Please see the attached correspondence sent on behalf of Keith Adams.

Pablo

Pablo D. Arredondo
Toberoff & Associates, P.C.
22337 Pacific Coast Highway, #348
Malibu, California 90256
(t) 310.246.3333
(f) 310.246.3101

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**EXHIBIT 1**

# EXHIBIT 2

**From:** Keith Adams [mailto:kgadams@ipwla.com]
**Sent:** Monday, December 17, 2012 6:52 PM
**To:** Kline, Matthew
**Cc:** Pablo Arredondo; David Harris; Seto, Cassandra; Tokoro, Jason; Marc Toberoff; Nicholas Daum
**Subject:** Re: Activity in Case 2:10-cv-03633-ODW-RZ DC Comics v. Pacific Pictures Corporation et al Notice of Lodging

Matt:

I've attached a stipulation and proposed order.

Keith G. Adams
Toberoff & Associates, P.C.
22337 Pacific Coast Highway #348
Malibu, California 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: kgadams@ipwla.com
http://www.ipwla.com

This message and any attached documents may contain information from
Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---

**From:** "Kline, Matthew" <mkline@omm.com>
**To:** Keith Adams <kgadams@ipwla.com>
**Sent:** Monday, December 17, 2012 6:23 PM
**Subject:** RE: Activity in Case 2:10-cv-03633-ODW-RZ DC Comics v. Pacific Pictures Corporation et al Notice of Lodging

That should work. Please send me a final draft and final proposed order to which you agree, and I will get final approval on our end.

**From:** Keith Adams [mailto:kgadams@ipwla.com]
**Sent:** Monday, December 17, 2012 6:21 PM
**To:** Kline, Matthew
**Cc:** Nicholas Daum; Seto, Cassandra; Pablo Arredondo; David Harris; Petrocelli, Daniel; Tokoro, Jason; Marc Toberoff (mtoberoff@ipwla.com)
**Subject:** Re: Activity in Case 2:10-cv-03633-ODW-RZ DC Comics v. Pacific Pictures Corporation et al Notice of Lodging

Matt:

The footnote (size 14 font) should read:

**EXHIBIT 2**
**6**

In a Status Report filed last week (Docket No. 543), defendants asserted this case has been or should be stayed. DC objected (Docket No. 544) to this filing, and argued no stay has issued or should issue. In submitting this stipulation, defendants do not waive their stay arguments.

Of course, we will need to see the final stipulation and proposed order before it is filed.

Keith G. Adams
Toberoff & Associates, P.C.
22337 Pacific Coast Highway #348
Malibu, California 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: kgadams@ipwla.com
http://www.ipwla.com

This message and any attached documents may contain information from
Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---

**From:** Keith Adams <kgadams@ipwla.com>
**To:** "Kline, Matthew" <mkline@omm.com>
**Cc:** Nicholas Daum <ndaum@kbkfirm.com>; "Seto, Cassandra" <cseto@omm.com>; Pablo Arredondo <parredondo@ipwla.com>; David Harris <dharris@ipwla.com>; "Petrocelli, Daniel" <dpetrocelli@omm.com>; "Tokoro, Jason" <jtokoro@omm.com>; "Marc Toberoff (mtoberoff@ipwla.com)" <mtoberoff@ipwla.com>
**Sent:** Monday, December 17, 2012 5:02 PM
**Subject:** Re: Activity in Case 2:10-cv-03633-ODW-RZ DC Comics v. Pacific Pictures Corporation et al Notice of Lodging

Matt:

We need to refer to the stay in some fashion as Defendants reserve their rights on the subject. The "cleaning up" appeared to introduce a typo. Pending review of the proposed order, we will agree to the attached stipulation.

Keith G. Adams
Toberoff & Associates, P.C.
22337 Pacific Coast Highway #348
Malibu, California 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: kgadams@ipwla.com
http://www.ipwla.com

This message and any attached documents may contain information from
Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---

**From:** "Kline, Matthew" <mkline@omm.com>
**To:** Keith Adams <kgadams@ipwla.com>
**Cc:** Nicholas Daum <ndaum@kbkfirm.com>; "Seto, Cassandra" <cseto@omm.com>; Pablo Arredondo <parredondo@ipwla.com>; David Harris <dharris@ipwla.com>; "Petrocelli, Daniel" <dpetrocelli@omm.com>; "Tokoro, Jason" <jtokoro@omm.com>; "Marc Toberoff (mtoberoff@ipwla.com)" <mtoberoff@ipwla.com>
**Sent:** Monday, December 17, 2012 12:08 PM

**EXHIBIT 2**
7

**Subject:** RE: Activity in Case 2:10-cv-03633-ODW-RZ DC Comics v. Pacific Pictures Corporation et al Notice of Lodging

Keith,

Here's a new clean version. We accepted your new language (save for the two mentions of a stay) and cleaned up one on typo.

Let us know if you are in agreement, and we will prepare a conforming proposed order.

Thanks,

Matt

---

**From:** Keith Adams [mailto:kgadams@ipwla.com]
**Sent:** Friday, December 14, 2012 7:14 PM
**To:** Kline, Matthew
**Cc:** Nicholas Daum; Seto, Cassandra; Pablo Arredondo; David Harris; Marc Toberoff
**Subject:** Re: Activity in Case 2:10-cv-03633-ODW-RZ DC Comics v. Pacific Pictures Corporation et al Notice of Lodging

Matt,

Here's our redline. There will also need to be a proposed order.

Keith G. Adams
Toberoff & Associates, P.C.
22337 Pacific Coast Highway #348
Malibu, California 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: kgadams@ipwla.com
http://www.ipwla.com

This message and any attached documents may contain information from
Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---

**From:** "Kline, Matthew" <mkline@omm.com>
**To:** Keith Adams <kgadams@ipwla.com>
**Cc:** "Petrocelli, Daniel" <dpetrocelli@omm.com>; "Seto, Cassandra" <cseto@omm.com>; "ndaum@kbkfirm.com" <ndaum@kbkfirm.com>; "Pablo Arredondo (parredondo@ipwla.com)" <parredondo@ipwla.com>; Marc Toberoff <mtoberoff@ipwla.com>; David Harris <dharris@ipwla.com>
**Sent:** Thursday, December 13, 2012 1:13 PM
**Subject:** RE: Activity in Case 2:10-cv-03633-ODW-RZ DC Comics v. Pacific Pictures Corporation et al Notice of Lodging

Keith,

Here's the draft stipulation.

Thanks,

**EXHIBIT 2**

**8**

Matt

**From:** Keith Adams [mailto:kgadams@ipwla.com]
**Sent:** Thursday, December 13, 2012 12:02 PM
**To:** Kline, Matthew
**Cc:** Petrocelli, Daniel; Seto, Cassandra; ndaum@kbkfirm.com; Pablo Arredondo (parredondo@ipwla.com); Marc Toberoff; David Harris
**Subject:** Re: Activity in Case 2:10-cv-03633-ODW-RZ DC Comics v. Pacific Pictures Corporation et al Notice of Lodging

Matt:

The dates work for our side, provided, of course, that the case is not stayed.

Keith G. Adams
Toberoff & Associates, P.C.
22337 Pacific Coast Highway #348
Malibu, California 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: kgadams@ipwla.com
http://www.ipwla.com

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**From:** "Kline, Matthew" <mkline@omm.com>
**To:** Keith Adams <kgadams@ipwla.com>
**Cc:** "Petrocelli, Daniel" <dpetrocelli@omm.com>; "Seto, Cassandra" <cseto@omm.com>; "ndaum@kbkfirm.com" <ndaum@kbkfirm.com>; "Pablo Arredondo (parredondo@ipwla.com)" <parredondo@ipwla.com>; Marc Toberoff <mtoberoff@ipwla.com>; David Harris <dharris@ipwla.com>
**Sent:** Thursday, December 13, 2012 9:23 AM
**Subject:** RE: Activity in Case 2:10-cv-03633-ODW-RZ DC Comics v. Pacific Pictures Corporation et al Notice of Lodging

Thanks, Keith. We'll work up a stipulation and proposed order today. Do the following dates work for your side:

DC moves: Jan. 18
Defendants oppose: Feb. 1
Any DC reply: Feb 8
Proposed hearing (if one is to occur): Feb. 25

Matt

**From:** Keith Adams [mailto:kgadams@ipwla.com]
**Sent:** Wednesday, December 12, 2012 6:55 PM
**To:** Kline, Matthew
**Cc:** Petrocelli, Daniel; Seto, Cassandra; ndaum@kbkfirm.com; Pablo Arredondo (parredondo@ipwla.com); Marc Toberoff; David Harris
**Subject:** Re: Activity in Case 2:10-cv-03633-ODW-RZ DC Comics v. Pacific Pictures Corporation et al Notice of

**EXHIBIT 2**
**9**

Lodging

Matt:

Without prejudice to and reserving all rights, Defendants are willing to stipulate to a schedule wherein DC files its motion in mid-January so as not to conflict with the holidays, provided that Defendants have two weeks to file an opposition. Please propose a schedule acceptable to DC.

Keith G. Adams
Toberoff & Associates, P.C.
22337 Pacific Coast Highway #348
Malibu, California 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: kgadams@ipwla.com
http://www.ipwla.com

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---

**From:** "Kline, Matthew" <mkline@omm.com>
**To:** "Marc Toberoff (mtoberoff@ipwla.com)" <mtoberoff@ipwla.com>; 'Richard Kendall' <rkendall@kbkfirm.com>
**Cc:** "Petrocelli, Daniel" <dpetrocelli@omm.com>; "Seto, Cassandra" <cseto@omm.com>; "Keith Adams (kgadams@ipwla.com)" <kgadams@ipwla.com>; "ndaum@kbkfirm.com" <ndaum@kbkfirm.com>; "Pablo Arredondo (parredondo@ipwla.com)" <parredondo@ipwla.com>; "lbrill@kbkfirm.com" <lbrill@kbkfirm.com>
**Sent:** Wednesday, December 5, 2012 3:55 PM
**Subject:** FW: Activity in Case 2:10-cv-03633-ODW-RZ DC Comics v. Pacific Pictures Corporation et al Notice of Lodging

Marc and Dick:

DC will, by rule, have to move for fees and costs on its First and Third Claims shortly after judgment is entered. The Court now has the parties' two proposed judgments in hand, and judgment could enter as soon as this week. If so, that would require both sides to brief these issues in December and over the holidays. This does not seem to make much sense. Please let us know if defendants will stipulate to a proposed briefing schedule on this issue, which we would ask the Court to approve. We could file our motion in mid-January, with your opposition due a few weeks later, to be followed by a reply and proposed hearing date. Please let us know.

Thanks,

Matt

**EXHIBIT 2**
**10**

# EXHIBIT 3

**From:** Marc Toberoff <mtoberoff@ipwla.com>
**Date:** January 16, 2013, 2:18:52 PM PST
**To:** DanielPetrocelli <dpetrocelli@omm.com>
**Subject: Re: Fees Motion**

I agree

**Marc Toberoff**
Toberoff & Associates, P.C.
22337 Pacific Coast Hwy, #348
Malibu, CA 90265
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com

--- On **Wed, 1/16/13, Petrocelli, Daniel <*dpetrocelli@omm.com*>** wrote:

From: Petrocelli, Daniel <dpetrocelli@omm.com>
Subject: Re: Fees Motion
To: "Marc Toberoff" <mtoberoff@ipwla.com>
Cc: "kgadams@ipwla.com" <kgadams@ipwla.com>
Date: Wednesday, January 16, 2013, 2:09 PM

I have a very different view, but no point in debating it further.   Dan


On Jan 16, 2013, at 2:06 PM, "Marc Toberoff" <mtoberoff@ipwla.com> wrote:

> Not acceptable; and that is why I originally did not agree, i.e., to protect my clients.
>
> **Marc Toberoff**
> Toberoff & Associates, P.C.
> 22337 Pacific Coast Hwy, #348
> Malibu, CA 90265
> Tel: (310) 246-3333
> Fax: (310) 246-3101
> MToberoff@ipwla.com
>
> --- On **Wed, 1/16/13, Petrocelli, Daniel <*dpetrocelli@omm.com*>** wrote:
>
> From: Petrocelli, Daniel <dpetrocelli@omm.com>
> Subject: Re: Fees Motion
> To: "'mtoberoff@ipwla.com'" <mtoberoff@ipwla.com>
> Cc: "'kgadams@ipwla.com'" <kgadams@ipwla.com>
> Date: Wednesday, January 16, 2013, 1:40 PM
>
> Marc, by now we've already prepared the motion, but we would be willing to agree to the extension if

applicable to all defendants on the first and third claim. If that is not acceptable, we'll proceed with the motion
Dan

**From**: Marc Toberoff [mailto:mtoberoff@ipwla.com]
**Sent**: Wednesday, January 16, 2013 01:14 PM
**To**: Petrocelli, Daniel
**Cc**: keith adams <kgadams@ipwla.com>
**Subject**: Re: Fees Motion

Dan:

Now that we know precisely what your motion is, we would be willing to stipulate to extend that motion as requested in your prior email if that is what you desire.

**Marc Toberoff**
Toberoff & Associates, P.C.
22337 Pacific Coast Hwy, #348
Malibu, CA 90265
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com

--- On **Tue, 1/15/13, Petrocelli, Daniel <*dpetrocelli@omm.com*>** wrote:

From: Petrocelli, Daniel <dpetrocelli@omm.com>
Subject: Re: Fees Motion
To: "'mtoberoff@ipwla.com'" <mtoberoff@ipwla.com>
Cc: "'kgadams@ipwla.com'" <kgadams@ipwla.com>, "'rkendall@kbkfirm.com'" <rkendall@kbkfirm
Date: Tuesday, January 15, 2013, 7:34 PM

Third claim.

**From**: Marc Toberoff [mailto:mtoberoff@ipwla.com]
**Sent**: Tuesday, January 15, 2013 07:24 PM
**To**: Petrocelli, Daniel
**Cc**: keith adams <kgadams@ipwla.com>
**Subject**: RE: Fees Motion

I connection with which claim?

**Marc Toberoff**
Toberoff & Associates, P.C.
22337 Pacific Coast Hwy, #348
Malibu, CA 90265
Tel: (310) 246-3333
Fax: (310) 246-3101
MToberoff@ipwla.com

--- On **Tue, 1/15/13, Petrocelli, Daniel <*dpetrocelli@omm.com*>** wrote:

From: Petrocelli, Daniel <dpetrocelli@omm.com>
Subject: RE:
To: "Marc Toberoff" <mtoberoff@ipwla.com>

2

**EXHIBIT 3**
**12**

Date: Tuesday, January 15, 2013, 3:21 PM

Marc, this is to confirm you have declined our requested extension. We will proceed with our motion, which will seek fees and costs of approximately $500,000 against Pacific Pictures and you.  Dan

**From:** Petrocelli, Daniel
**Sent:** Monday, January 14, 2013 8:25 AM
**To:** Marc Toberoff
**Subject:** Fwd:

Marc, I need a response to this asap.  Thanks.  Dan.

Begin forwarded message:

> **From:** "Petrocelli, Daniel" <dpetrocelli@omm.com>
> **Date:** January 11, 2013, 4:33:34 PM PST
> **To:** "'mtoberoff@ipwla.com'" <mtoberoff@ipwla.com>
>
> Marc, following up on our call and to clarify the proposed extension, we are requesting that defendants agree to extend DC's deadline on its motion for fees and costs on its first and third claims until 30 days after remand of the pending appeal of those claims.  Please let us know asap.  Many thanks.  Dan

3

**EXHIBIT 3**

**13**