1  DANIEL M. PETROCELLI (S.B. #097802)
   dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
   mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
   cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA  90067-6035
   Telephone:  (310) 553-6700
6  Facsimile:   (310) 246-6779

7  Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>          Plaintiff,<br><br>     v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>          Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**[PROPOSED] ORDER GRANTING DC COMICS' MOTION FOR ATTORNEYS' FEES UNDER 17 U.S.C. § 505**<br><br>Hon. Otis D. Wright II |

[PROPOSED] ORDER GRANTING
DC'S MOT. FOR ATTORNEYS' FEES

1   For good cause shown, IT IS HEREBY ORDERED that DC Comics' Motion For Attorneys' Fees Under 17 U.S.C. § 505 is GRANTED.  Pursuant to 17 U.S.C. § 505, DC is entitled to reasonable attorneys' fees attributable to its successful prosecution of its Third Claim for Relief in this case.  Defendants Marc Toberoff and Pacific Pictures Corporation shall be jointly and severally liable for this award, and they may not assess or collect this award from any other defendant in this case.  Within 30 days after entry of this Order, DC shall furnish the Court with billing records documenting the fees award that it seeks.  *See* FED. R. CIV. P. 54(d)(2)(C), (D).  Within 21 days of DC's furnishing these records, defendants may file any objections.  *See id.*  Within 7 days thereafter, DC may respond to these objections and submit a final proposed order concerning this award.  *See id.*

IT IS SO ORDERED.

Dated: _____        _____
                                            Honorable Otis D. Wright, II
                                         Judge, United States District Court