UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 10-03633-ODW(RZx) | Date | January 22, 2013 |
|---|---|---|---|
| Title | DC Comics v. Pacific Pictures Corporation et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | | None present |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None present | | None present |

**Proceedings:**     **MINUTE ORDER  (IN CHAMBERS)**

**COUNSEL ARE NOTIFIED** that the document entitled AMENDED MOTION for Attorney Fees, filed on January 18, 2013 docket number [562] was already filed, docket no. [559] and noticed for July 1, 2013.  Therefore, said document is ordered STRICKEN from the docket.  Counsel is ordered to file the amended motion correctly and NOT file it as a new motion with a new date.

|     | : | 00 |
|---|---|---|
| | Initials of Preparer | se |