UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 10-3633 ODW (RZx) | Date | January 22, 2013 |
| Title | *DC Comics v. Pacific Pictures Corp. et al.* | | |

Present: The Honorable Otis D. Wright II, United States District Judge

| Sheila English | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):      Attorneys Present for Defendant(s):

Not Present      Not Present

**Proceedings (In Chambers):**    Order Withdrawing ECF No. 563

**ON THE COURT'S OWN MOTION**, the Court's January 22, 2013 Minute Order (ECF No. 563) Striking Docket Number 562 is hereby **WITHDRAWN**. Plaintiff DC Comics's Amended Motion for Attorneys' Fees (ECF No. 562) is hereby **ACCEPTED** for filing. Accordingly, DC Comics's Amended Motion—which only advances the hearing date from July 1, 2013 (*see* ECF No. 559), to February 25, 2013 at 1:30pm—supersedes DC Comics's originally filed Motion for Attorneys Fees (ECF No. 559). Defendants' Opposition is therefore due no later than February 4, 2013, and DC Comics's Reply (if any) is due no later than February 11, 2013.

**IT IS SO ORDERED**.

                                                       ---- : 00

Initials of Preparer      SE