# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. CV-10-3633 ODW (RZx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR REVIEW OF JANUARY 16, 2013 ORDER PRECLUDING DISCOVERY RE: TIMELINE-RELATED DOCUMENTS**<br><br>Hon. Otis D. Wright II |

1  For good cause shown, IT IS HEREBY ORDERED that (a) the January 16,
2  2013 order (Dkt. 558) is reversed; and (b) DC Comics is ordered to produce
3  documents responsive to Request Nos. 3-16, 19-26, 32-59, 60-65 and 88 within
4  fourteen (14) days of this order..
5  IT IS SO ORDERED.

7  Dated:
8                                       Honorable Otis D. Wright
                               Judge, United States District Court