# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 04-8400 ODW (RZx)<br>CV 04-8776 ODW (RZx)<br>**CV 10-3633 ODW (RZx)** | Date | February 1, 2013 |
|---|---|---|---|
| Title | *Joanne Siegel et al. v. Warner Bros Entertainment, Inc. et al.*<br>*Joanne Siegel et al. v. Time Warner Inc. et al.*<br>*DC Comics v. Pacific Pictures Corp. et al.* | | |

| Present: | The Honorable Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not Present | n/a |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings (In Chambers):   Order Requesting Joint Status Report**

In light of the recent rulings from the Ninth Circuit and various other appeals still pending before the Ninth Circuit, the parties are hereby directed to file a joint status report providing the Court with a concise procedural history of this case and a summary of the current state of affairs in each of the above-titled actions. The status report should take the format of the parties' earlier status report filed on December 21, 2009, in *Siegel v. Warner Bros Entertainment, Inc.*, No. 2:04-cv-08400-ODW-RZ, ECF No. 602 (C.D. Cal. Dec. 21, 2009), and *Siegel v. Time Warner Inc.*, No. 2:04-cv-08776-ODW-RZ, ECF No. 184 (C.D. Cal. Dec. 21, 2009), as the Court found that format particularly helpful.

In addition to updating the information contained in the December 21, 2009 status report, the parties should devote particular attention to the affect of the Ninth Circuit's recent rulings on the proceedings in this Court, the status of the pending appeals and what affect those appeals may have in this Court, and a brief case-management proposal going forward. If the parties cannot agree on a joint case-management proposal, they may include separate case-management proposals.

The parties' joint report is due no later than **February 25, 2013.**

**IT IS SO ORDERED.**

|  | ---- | : | 00 |
|---|---|---|---|
| | Initials of Preparer | cch | |