UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 10-3633 ODW (RZx) | Date | February 4, 2013 |
| Title | *DC Comics v. Pacific Pictures Corp. et al.* | | |

Present: The Honorable Otis D. Wright II, United States District Judge

| Sheila English | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings (In Chambers):** Order Continuing Motion for Attorneys' Fees [562]

**ON THE COURT'S OWN MOTION**, the February 25, 2013 hearing on Defendant DC Comics's Amended Motion for Attorneys' Fees (ECF No. 562) is hereby **CONTINUED** to **March 11, 2013, at 1:30 p.m.** The briefing schedule shall remain the same. Defendants' Opposition therefore remains due no later than February 4, 2013, and DC Comics's Reply (if any) is due no later than February 11, 2013.

**IT IS SO ORDERED**.

---- : 00

Initials of Preparer   SE