# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 10-3633 ODW (RZx) | Date | February 4, 2013 |
|---|---|---|---|
| Title | *DC Comics v. Pacific Pictures Corp. et al.* | | |

| Present: | The Honorable Otis D. Wright II, United States District Judge |
|---|---|

| Sheila English | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings (In Chambers):    Order Continuing Motion for Sanctions [573]**

    **ON THE COURT'S OWN MOTION**, the March 4, 2013 hearing on Plaintiff DC Comics's Renewed Motion for Evidentiary Hearing and Sanctions (ECF No. 573) is hereby **CONTINUED** to **March 11, 2013, at 1:30 p.m.**  Because this motion has already been fully briefed (ECF Nos. 500, 500-1 to 500-15, 504, 510, 516–20, 523, 523-1, 524–26, 527), the Court will not accept any further briefing on this matter absent leave of Court upon a showing of good cause.

    **IT IS SO ORDERED**.

|  | ---- | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | SE |