Marc Toberoff (State Bar No. 188547)
  mtoberoff@toberoffandassociates.com
Keith G. Adams (State Bar No. 240497)
  kadams@toberoffandassociates.com
Pablo D. Arredondo (State Bar No. 241142)
  parredondo@toberoffandassociates.com
David Harris (State Bar No. 255557)
  dharris@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
22337 Pacific Coast Highway #348
Malibu, California 90265
Telephone:  (310) 246-3333
Fax:        (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| DC COMICS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DECLARATION OF KEITH G. ADAMS IN SUPPORT OF DEFENDANTS' OPPOSITION TO DC COMICS' MOTION FOR ATTORNEY'S FEES ON THIRD CLAIM FOR RELIEF**<br><br>*Opposition filed concurrently*<br><br>Complaint filed:　May 14, 2010<br>Discovery Cutoff:　None Set<br>Trial Date:　　　None Set<br><br>Date:　March 11, 2013<br>Time:　1:30 p.m.<br>Place:　Courtroom 11 |

**DECLARATION OF KEITH G. ADAMS**

I, Keith G. Adams, declare as follows:

1. I am an attorney at the law firm of Toberoff & Associates, P.C., counsel of record for defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel, in the above-captioned action, and submit this declaration in support of Defendants' Opposition To DC's Motion For Attorney's Fees On Third Claim For Relief.

2. Attached hereto as Exhibit "A" is a true and correct copy of excerpts from the transcript of the September 18, 2012 deposition of Marc Toberoff.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed February 4, 2013, at Malibu, California.

　　　　　　　　　　　　　　　　　　／s／ Keith G. Adams
　　　　　　　　　　　　　　　　　　Keith G. Adams