# In The Matter Of:

*DC COMICS*

*v.*

*PACIFIC PICTURES CORPORATION*

_____

*TOBEROFF, MARC  - Vol. 1*

*September 18, 2012*

_____

**MERRILL CORPORATION**
LegaLink, Inc.
20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

MARC TOBEROFF - 9/18/2012

Page 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DC COMICS,                          )
                                    )
        Plaintiff,                  ) No.
                                    ) CV-10-3633 ODW (RZx)
    VS.                             )
                                    )
PACIFIC PICTURES CORPORATION,       )
IP WORLDWIDE, LLC, IPW, LLC,        )
MARC TOBEROFF, an individual,       )
Laura Siegel Larson, as             )
personal representative of          )
the ESTATE OF JOSEPH SHUSTER,       )
JEAN ADELE PEAVY, an                )
individual, JOANNE SIEGEL,          )
an individual, LAURA SIEGEL         )
LARSON, an individual, and          )
DOES 1-10, inclusive,               )
                                    )
        Defendants.                 )
                                    )
_____)

VIDEOTAPED DEPOSITION OF MARC TOBEROFF

TAKEN ON

TUESDAY, SEPTEMBER 18, 2012

Reported by:  SHANDA GABRIEL

          CSR No. 10094

Merrill Corporation - Los Angeles
Los Angeles - 800-826-0277          www.merrillcorp.com/law

**Exhibit A**

**3**

```
 1           Videotaped deposition of MARC TOBEROFF,
 2    taken on behalf of the Plaintiff, at 1999 Avenue of
 3    the Stars, Los Angeles, California, commencing at
 4    9:25 a.m., TUESDAY, SEPTEMBER 18, 2012, before
 5    SHANDA GABRIEL, CSR No. 10094.
 6
 7    APPEARANCES:
 8    FOR THE PLAINTIFF:
 9            O'MELVENY & MYERS LLP
10            BY:  DANIEL M. PETROCELLI, ESQ.
11                 JASON TOKORO, ESQ.
12            1999 Avenue of the Stars
13            7th Floor
14            Los Angeles, California  90067-6035
15            (310) 553-6700
16                                                          09:25:49
      FOR THE TOBEROFF ENTITY DEFENDANTS and MARC
17    TOBEROFF:                                             09:25:49
18
              KENDALL BRILL & KLIEGER LLP
19
              BY:  RICHARD B. KENDALL, ESQ.
20
              10100 Santa Monica Boulevard
21
              Suite 1725
22
              Los Angeles, California 90067
23
              (310) 556-2700
24
25    ALSO PRESENT:  FRITZ SPERBERG, VIDEOGRAPHER
```

```
 1              LOS ANGELES, CALIFORNIA;
 2            TUESDAY, SEPTEMBER 18, 2012
 3                    9:25 A.M.
 4
 5         THE REPORTER:  I am making the following
 6   statements pursuant to Rule 30(b)(5) of the Federal
 7   Rules of Civil Procedure:
 8         My name is Shanda Gabriel, C.S.R. 10094,
 9   the videographer is Fritz Sperberg, both contracted
10   by Merrill Corporation, 20750 Ventura Boulevard,
11   Suite 205, Woodland Hills, California.
12         Today's date is September 18, 2012, the
13   time is 9:25 a.m. and this deposition is being held
14   at 1999 Avenue of the Stars, Los Angeles,
15   California.
16         Would counsel please state your appearances
17   and whom you represent:                                  09:25:39
18         MR. PETROCELLI:  Daniel Petrocelli for            09:25:39
19   plaintiff, DC Comics.                                    09:25:40
20         MR. TOKORO:  Jason Tokoro for plaintiff, DC       09:25:42
21   Comics.                                                  09:25:44
22         MR. KENDALL:  Richard Kendall on behalf of        09:25:44
23   the Toberoff entity defendants and Marc Toberoff.       09:25:47
24         THE REPORTER:  The witness is Marc
25   Toberoff.
```

```
 1           Would you please raise your right hand to              09:26:02
 2     be sworn in.
 3                       MARC TOBEROFF,
 4             having been first duly sworn, was
 5             examined and testified as follows:
 6
 7                          EXAMINATION
 8     BY MR. PETROCELLI:
 9        Q.  I will address you as Mr. Toberoff for the            09:26:02
10     purpose of the deposition, if that's all right with          09:26:06
11     you.                                                         09:26:08
12        A.  I won't be offended.                                  09:26:08
13        Q.  Can you tell us what your educational                 09:26:11
14     background is?                                               09:26:15
15        A.  I went to -- starting with what, college?             09:26:16
16        Q.  Yeah.                                                 09:26:16
17        A.  I went to McGill University, and then in my           09:26:22
18     third year I transferred to Princeton, and then I            09:26:28
19     didn't -- I missed my girlfriend, essentially, and           09:26:37
20     transferred -- decided to go back to McGill and              09:26:41
21     graduated from McGill after being at Princeton, I            09:26:45
22     think, for -- between a half a year and a year.  I'm         09:26:47
23     not sure.                                                    09:26:51
24        Q.  What year did you graduate?                           09:26:51
25        A.  In 1977.                                              09:26:53
```

| | | |
|---|---|---|
| 1 | we signed the PPC agreement. | 17:22:42 |
| 2 | Q. When you signed the -- excuse me. Are you | 17:22:45 |
| 3 | a signatory to the consent agreement? | 17:22:50 |
| 4 | A. Only as to approval as to form. | 17:22:52 |
| 5 | Q. Okay. Did you receive independent legal | 17:22:59 |
| 6 | advice? Did you receive legal advice regarding that | 17:23:03 |
| 7 | subject whether the Siegels and Shusters could sign | 17:23:06 |
| 8 | a consent agreement without violating some law, | 17:23:14 |
| 9 | including the copyright statute? | 17:23:19 |
| 10 | MR. KENDALL: So that may call for | 17:23:21 |
| 11 | privileged information given the specificity of the | 17:23:23 |
| 12 | question. I just caution you not to reveal any | 17:23:26 |
| 13 | attorney-client communications you may have had with | 17:23:31 |
| 14 | anyone who was acting as your counsel or providing | 17:23:34 |
| 15 | legal advice. | 17:23:37 |
| 16 | THE WITNESS: But I can answer outside | 17:23:46 |
| 17 | of -- I can answer whether or not -- revealing | 17:23:53 |
| 18 | whether or not I did is not -- | 17:23:56 |
| 19 | MR. KENDALL: If the answer is no, then | 17:23:57 |
| 20 | you're not revealing any attorney-client | 17:23:59 |
| 21 | communication. If the answer is yes, then you might | 17:24:01 |
| 22 | be, and so then you have to make a judgment as to | 17:24:06 |
| 23 | whether you wish to reveal that. | 17:24:08 |
| 24 | THE WITNESS: Not -- not any -- not outside | 17:24:12 |
| 25 | of my firm. | 17:24:15 |

MARC TOBEROFF - 9/18/2012

Page 314

```
 1                      DECLARATION
 2
 3
 4
 5
 6        I hereby declare I am the deponent in the
 7   within matter; that I have read the foregoing
 8   deposition and know the contents thereof, and I
 9   declare that the same is true of my knowledge except
10   as to the matters which are therein stated upon my
11   information or belief, and as to those matters, I
12   believe it to be true.
13        I declare under the penalties of perjury of
14   the State of California that the foregoing is true
15   and correct.
16        Executed on the _____ day of
17   _____ 2012, at
18   _____,
19   California.
20
21
22
23
24             _____
25                      MARC TOBEROFF
```

Merrill Corporation - Los Angeles
Los Angeles - 800-826-0277          www.merrillcorp.com/law

**Exhibit A**
**8**

MARC TOBEROFF - 9/18/2012

Page 315

```
 1    STATE OF CALIFORNIA    )
                             ) ss.
 2    COUNTY OF LOS ANGELES  )

 3

 4           I, Shanda Gabriel, Certified Shorthand

 5    Reporter, Certificate No. 10094, for the State of

 6    California, hereby certify:

 7           I am the deposition officer that

 8    stenographically recorded the testimony in the

 9    foregoing deposition;

10           Prior to being examined the witness was by

11    me first duly sworn;

12           The foregoing transcript is a true record

13    of the testimony given.

14           Before completion of the deposition, review

15    of the transcript [X] was [] was not requested.  If

16    requested, any changes made by the deponent (and

17    provided to the reporter) during the period allowed

18    are appended hereto.

19

20    Dated _____.

21

22                     _____
                               Shanda Gabriel
23                               CSR 10094

24

25
```