Marc Toberoff (State Bar No. 188547)
 mtoberoff@toberoffandassociates.com
Keith G. Adams (State Bar No. 240497)
 kadams@toberoffandassociates.com
Pablo D. Arredondo (State Bar No. 241142)
 parredondo@toberoffandassociates.com
David Harris (State Bar No. 255557)
 dharris@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
22337 Pacific Coast Highway #348
Malibu, California 90265
Telephone: (310) 246-3333
Fax: (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DECLARATION OF KEITH G. ADAMS IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON DC'S FOURTH, FIFTH, AND SIXTH CLAIMS**<br><br>*Notice of Motion and Motion; Statement of Undisputed Facts and Conclusions of Law; [Proposed] Order and Statement of Decision filed concurrently herewith*<br><br>Complaint filed: May 14, 2010<br>Discovery Cutoff: None Set<br>Trial Date: None Set<br><br>Date: March 11, 2013<br>Time: 1:30 p.m.<br>Place: Courtroom 11 |

DECLARATION OF KEITH G. ADAMS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON DC'S FOURTH, FIFTH, AND SIXTH CLAIMS

| Ex. | Title | Page |
|---|---|---|
| A | October 2, 1992 agreement between DC Comics, Frank Shuster and Jean Peavy | 6 |
| B | October 19, 2001 letter from Kevin Marks to John Schulman | 7 |
| C | October 26, 2001 letter from Schulman to Marks | 13 |
| D | November 28, 2001 agreement between Pacific Pictures Corporation, Jean Peavy and Mark Warren Peary | 21 |
| E | February 1, 2002 letter from Patrick Perkins to Marks | 25 |
| F | May 9, 2002 letter from Joanne Siegel to Richard D. Parsons | 82 |
| G | February 12, 2002 agreement between Pacific Pictures Corporation and Ariel Emanuel | 85 |
| H | September 21, 2002 letter from Joanne Siegel and Laura Siegel Larson to Marks and Bruce Ramer | 92 |
| I | October 23, 2002 agreement between IP Worldwide, Joanne Siegel and Laura Siegel Larson | 93 |
| J | October 7, 2003 order admitting will to probate | 97 |
| K | October 30, 2003 agreement between Pacific Pictures Corporation, and Mark Warren Peary, as executor of the estate of Joseph Shuster, and Jean Peavy | 102 |
| L | Letter sent from Ariel Emanuel to Bruce Rosenblum | 106 |
| M | March 12, 2004 Certificate of Recordation | 107 |
| N | April 12, 2004 agreement between IP Worldwide, Joanne Siegel and Laura Siegel Larson | 123 |
| O | September 10, 2004 letter from Marc Toberoff to Mark Warren Peary and Jean Peavy | 124 |
| P | November 23, 2001 agreement between Marc Toberoff, Mark Warren Peary and Jean Peavy | 125 |
| Q | October 3, 2004 agreement between Marc Toberoff, Joanne Siegel | 129 |

i

INDEX TO DECLARATION OF KEITH G. ADAMS

| | | |
|---|---|---|
| | and Laura Siegel Larson | |
| R | Anonymous document entitled "SUPERMAN – MARC TOBEROFF TIMELINE" | 135 |
| S | Excerpts from the October 7, 2006 deposition of Kevin Marks in *Siegel* | 142 |
| T | Excerpts from the November 2, 2006 deposition of Ariel Emanuel in in *Siegel* | 154 |
| U | Excerpts from the November 11, 2006 deposition of Mark Warren Peary in *Siegel* | 168 |
| V | November 15, 2006 letter from Alexander Merino to Adam Hagen | 200 |
| W | Excerpts from the November 17, 2006 deposition of Marc Toberoff in *Siegel* | 201 |
| X | March 26, 2007 Declaration Of Wayne M. Smith in *Siegel* | 277 |
| Y | May 29, 2007 Opposition To Plaintiffs' Motion For Partial Summary Judgment in *Siegel* | 285 |
| Z | September 25, 2007 Declaration Of Michael Bergman in *Siegel* | 381 |
| AA | Second Amended Counterclaims, filed in Siegel, dated February 17, 2011 | 400 |
| BB | Defendants' Request For Judicial Notice In Support Of Consolidated Motion And Motion To Dismiss Pursuant To Fed. R. Civ. P. 12(b)(6), filed in this case at docket entry 333-1 on October 14, 2011 | 438 |
| CC | DC Comics' Response To Defendants' Request For Judicial Notice In Support Of Consolidated Motion To Dismiss Pursuant To Fed. R. Civ. P. 12(b)(6), filed in this case at docket entry 335 on October 24, 2011 | 448 |
| DD | Mediation Questionnaire filed in connection with Ninth Circuit | 452 |

| | | |
|---|---|---|
| | Case Number 11-56934, dated November 9, 2011 | |
| EE | Defendant Marc Toberoff's Response To Plaintiff DC Comics' Second Set Of Interrogatories, dated February 23, 2012 | 457 |
| FF | Excerpts from the September 18, 2012 deposition of Marc Toberoff in this case | 467 |

# DECLARATION OF KEITH G. ADAMS

I, Keith G. Adams, declare as follows:

1. I am an attorney at the law firm of Toberoff & Associates, P.C., counsel of record for defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel, in the above-captioned action, and submit this declaration in support of Defendants' Motion For Partial Summary Judgment On DC's Fourth, Fifth, And Sixth Claims.

2. Attached hereto as Exhibit "A" is a true and correct copy of an agreement between DC Comics, on the one hand, and Frank Shuster and Jean Peavy, on the other, signed as of October 2, 1992.

3. Attached hereto as Exhibit "B" is a true and correct copy of a letter sent by Kevin Marks to John Schulman, dated October 19, 2001.

4. Attached hereto as Exhibit "C" is a true and correct copy of a letter sent by John Schulman to Kevin Marks, dated October 26, 2001.

5. Attached hereto as Exhibit "D" is a true and correct copy of an agreement between Pacific Pictures Corporation, on the one hand, and Jean Peavy and Mark Warren Peary, on the other, signed as of November 28, 2001.

6. Attached hereto as Exhibit "E" is a true and correct copy of a letter sent by Patrick Perkins to Kevin Marks, dated February 1, 2002.

7. Attached hereto as Exhibit "F" is a true and correct copy of a letter sent by Joanne Siegel to Richard D. Parsons, dated May 9, 2002.

8. Attached hereto as Exhibit "G" is a true and correct copy of an agreement between Pacific Pictures Corporation, on the one hand, and Ariel Emanuel, on the other, signed as of February 12, 2002.

9. Attached hereto as Exhibit "H" is a true and correct copy of a letter sent by Joanne Siegel and Laura Siegel Larson to Kevin Marks and Bruce Ramer, dated September 21, 2002.

10. Attached hereto as Exhibit "I" is a true and correct copy of an agreement between IP Worldwide, on the one hand, and Joanne Siegel and Laura Siegel Larson, on the other, signed as of October 23, 2002.

11. Attached hereto as Exhibit "J" is a true and correct copy of an Order Admitting Will To Probate, Appointing Executor And Authorizing Independent Administration of Estate With Limited Authority, issued on October 7, 2003.

12. Attached hereto as Exhibit "K" is a true and correct copy of an agreement between Pacific Pictures Corporation, on the one hand, and Mark Warren Peary, as executor of the estate of Joseph Shuster, on the other, signed as of October 30, 2003.

13. Attached hereto as Exhibit "L" is a true and correct copy of a letter sent by Ariel Emanuel to Bruce Rosenblum.

14. Attached hereto as Exhibit "M" is a true and correct copy of a Certificate of Recordation, dated March 12, 2004.

15. Attached hereto as Exhibit "N" is a true and correct copy of an agreement between IP Worldwide, LLC, on the one hand, and Joanne Siegel and Laura Sigel Larson, on the other, signed as of April 12, 2004.

16. Attached hereto as Exhibit "O" is a true and correct copy of an agreement between Pacific Pictures Corporation, on the one hand, and Mark Warren Peary, individually and as the executor of Joseph Shuster's estate, and Jean Peavy, on the other, dated September 10, 2004.

17. Attached hereto as Exhibit "P" is a true and correct copy of an agreement between Marc Toberoff, on the one hand, and Mark Warren Peary, individually and as executor of Joseph Shuster's estate, and Jean Peavy, on the other, dated as of November 23, 2001.

18. Attached hereto as Exhibit "Q" is a true and correct copy of an agreement between Marc Toberoff, on the one hand, and Joanne Siegel and Laura Siegel Larson, on the other, signed as of October 3, 2004.

19. Attached hereto as Exhibit "R" is a true and correct copy of a document entitled "SUPERMAN – MARC TOBEROFF TIMELINE," anonymously sent to executives at Warner Bros. sometime between 2005 and 2006.

20. Attached hereto as Exhibit "S" is a true and correct copy of excerpts from the transcript of the October 7, 2006 deposition of Kevin Marks in *Siegel v. Warner Bros. Entertainment, Inc.*, 04-CV-8400 ODW (RZx) ("*Siegel*").

21. Attached hereto as Exhibit "T" is a true and correct copy of excerpts from the transcript of the November 2, 2006 deposition of Ariel Emanuel in *Siegel*.

22. Attached hereto as Exhibit "U" is a true and correct copy of excerpts from the transcript of the November 11, 2006 deposition of Mark Warren Peary in *Siegel*.

23. Attached hereto as Exhibit "V" is a true and correct copy of a letter sent by Alexander Merino to Adam Hagen, dated November 15, 2006.

24. Attached hereto as Exhibit "W" is a true and correct copy of excerpts from the transcript of the November 17, 2006 deposition of Marc Toberoff in *Siegel*.

25. Attached hereto as Exhibit "X" is a true and correct copy of the Declaration Of Wayne M. Smith In Support Defendants' Motion To Compel Production Of Whistle-Blower Documents, filed in *Siegel*, dated March 26, 2007.

26. Attached hereto as Exhibit "Y" is a true and correct copy of Defendants' Opposition To Plaintiffs' Motion For Partial Summary Judgment And Memorandum Of Points And Authorities In Support Thereof, filed in *Siegel*.

27. Attached hereto as Exhibit "Z" is a true and correct copy of the Declaration Of Michael Bergman In Response To The Declaration Of Marc Toberoff Filed Pursuant To The Court's September 17, 2007 Order, filed in *Siegel* dated September 25, 2007.

28. Attached hereto as Exhibit "AA" is a true and correct copy of the Second Amended Counterclaims, filed in *Siegel*, dated February 17, 2011.

29. Attached hereto as Exhibit "BB" is a true and correct copy of

1  Defendants' Request For Judicial Notice In Support Of Consolidated Motion And
2  Motion To Dismiss Pursuant To Fed. R. Civ. P. 12(b)(6), filed in this case as docket
3  entry 333-1 on October 14, 2011.

4       30.    Attached hereto as Exhibit "CC" is a true and correct copy of DC
5  Comics' Response To Defendants' Request For Judicial Notice In Support Of
6  Consolidated Motion To Dismiss Pursuant To Fed. R. Civ. P. 12(b)(6), filed in this
7  case as docket entry 335 on October 24, 2011.

8       31.    Attached hereto as Exhibit "DD" is a true and correct copy of the
9  Mediation Questionnaire filed in connection with Ninth Circuit Case Number 11-
10 56934, dated November 9, 2011.

11      32.    Attached hereto as Exhibit "EE" is a true and correct copy of Defendant
12 Marc Toberoff's Responses To Plaintiff DC Comics' Second Set Of Interrogatories,
13 dated February 23, 2012.

14      33.    Attached hereto as Exhibit "FF" is a true and correct copy of excerpts
15 from the transcripts of the September 18, 2012 deposition of Marc Toberoff in this
16 case.

17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1 | I declare under penalty of perjury of the laws of the United States of America
2 | that the foregoing is true and correct.
3 | Executed on February 4, 2013, at Malibu, California.

Keith G. Adams