1  DANIEL M. PETROCELLI (S.B. #097802)
    dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
    mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
    cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA 90067-6035
   Telephone: (310) 553-6700
6  Facsimile: (310) 246-6779

7  Attorneys for Plaintiff DC Comics

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>             Plaintiff,<br><br>      v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>             Defendants. | Case No. CV 10-03633 ODW (RZx)<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR REVIEW OF JANUARY 16, 2013 ORDER RE: TIMELINE-RELATED DOCUMENTS**<br><br>Hon. Otis D. Wright II |

1   IT IS HEREBY ORDERED that Defendants' Motion for Review of January
2   16, 2013 Order re: Timeline-Related Documents is DENIED.  Defendants' motion
3   fails to comply with Federal Rule of Civil Procedure 72(a) and Local Rule 72-2.1,
4   and DC Comics is awarded its reasonable attorneys' fees in having to defend
5   against this motion.  C.D. CAL. R. 83-7; *see Figueroa v. Gates*, 2002 WL
6   31572968, at *3 (C.D. Cal. Nov. 15, 2002).

8   IT IS SO ORDERED.

10  Dated: _____     _____
11                                Honorable Otis D. Wright, II
                                  Judge, United States District Court