UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-03633-ODW (RZx) | Date | February 8, 2013 |
|---|---|---|---|
| Title | DC Comics v. Pacific Pictures Corporation et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | | None Present |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None Present | | None Present |

**Proceedings:**   **(IN CHAMBERS)   Order Vacating Hearing on**   MOTION for Attorney Fees [**559**]; MOTION for Attorney Fees / Amended [**562**];  MOTION for Review of January 16, 2013 Order [**569**]; MOTION for Hearing [Evidentiary] [**573**]

The hearing on the above-referenced motion, scheduled for March 11, 2013 at 1:30 p.m., is hereby **VACATED** and taken off calendar.  No appearances are necessary.

The matter stands submitted, and will be decided upon without oral argument . An order will issue.

IT IS SO ORDERED.

:   00

Initials of Preparer   SE