Marc Toberoff (State Bar No. 188547)
  mtoberoff@toberoffandassociates.com
Keith G. Adams (State Bar No. 240497)
  kadams@toberoffandassociates.com
Pablo D. Arredondo (State Bar No. 241142)
  parredondo@toberoffandassociates.com
David Harris (State Bar No. 255557)
  dharris@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
22337 Pacific Coast Highway #348
Malibu, California 90265
Telephone:  (310) 246-3333
Fax:        (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| DC COMICS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**NOTICE OF RECENT AUTHORITY RE: DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON DC'S FOURTH, FIFTH, AND SIXTH CLAIMS (DKT. 577)**<br><br>Complaint filed:　May 14, 2010<br>Discovery Cutoff:　None Set<br>Trial Date:　　　None Set<br><br>Date:　March 11, 2013*<br>Time:　1:30 p.m.*<br>Place:　Courtroom 11 *<br><br>*: The Court has indicated that it will take the motion under submission and hold a hearing if necessary. Dkt. 581. |

Consistent with their duty to bring relevant new authority to the Court's attention, Defendants respectfully direct the Court's and DC Comics' attention to the recent California decision, *Aryeh v. Canon Bus. Solutions, Inc.*, 55 Cal. 4th 1185 (January 24, 2013). *Aryeh* issued a little over a week before Defendants filed their recent motion for summary judgment, and Defendants were unaware of it at the time of filing. The case concerns the statute of limitations under California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 *et seq.*, which was briefly addressed in Defendants' motion regarding DC's Sixth Claim. Dkt. 577 at 21:4-18. *Aryeh*, in holding that the "discovery rule" applies to unfair competition claims, appears to conflict with the Ninth Circuit's decision in *Karl Storz Endoscopy Am., Inc. v. Surgical Techs., Inc.*, 285 F.3d 848, 857 (9th Cir. 2002) (cited by Defendants).

This case has no bearing on Defendants' primary arguments (1) that DC's Sixth Claim is moot, given the Court's decision on its Third Claim, and (2) that the Sixth Claim is preempted in any event by the Copyright Act. This case also has no bearing on Defendants' statute of limitations defenses to DC's Fourth and Fifth Claim.

Dated: February 14, 2013   RESPECTFULLY SUBMITTED,
/s/ Keith G. Adams
TOBEROFF & ASSOCIATES, P.C.
Attorneys for Defendants Mark Warren Peary, *et al.*

1
NOTICE OF RECENT AUTHORITY RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON DC'S FOURTH, FIFTH, AND SIXTH CLAIMS