DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:  (310) 553-6700
Facsimile:  (310) 246-6779

Attorneys for Plaintiff DC Comics

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**DC COMICS' NOTICE OF MOTION AND MOTION (1) FOR LEAVE TO CONDUCT FURTHER DEPOSITION OF DEFENDANTS MARC TOBEROFF, LAURA SIEGEL LARSON, AND MARK WARREN PEARY; AND (2) TO COMPEL DEFENDANTS MARC TOBEROFF AND MARK WARREN PEARY TO RESPOND TO DEPOSITION QUESTIONS**<br><br>**Judge**:　　Hon. Otis D. Wright II<br>**Magistrate**:　Hon. Ralph Zarefsky<br><br>**Hearing Date**:　　March 11, 2013<br>**Hearing Time**:　　10:00 a.m.<br>**Courtroom**:　　　540 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on March 11, 2013, at 10:00 a.m., or as soon thereafter as the matter may be heard by the above-entitled court, located at 255 East Temple Street, Los Angeles, California in Courtroom 540, plaintiff DC Comics will and hereby does move the Court for leave to depose: (1) Defendant Marc Toberoff for one full day not to exceed seven hours; (2) Defendant Laura Siegel Larson for one full day not to exceed seven hours; and (3) Defendant Mark Warren Peary for up to four hours. In addition, DC will and hereby does move the Court for an order compelling (1) Toberoff to respond to deposition questions regarding his discovery conduct on behalf of himself, his entertainment companies, and the Siegel and Shuster heirs; and (2) Peary to respond to deposition questions regarding the Pacific Pictures joint venture and related agreements, and Peary's role as executor of the Shuster Estate.

This motion is made pursuant to Rules 26, 30, and 37 of the Federal Rules of Civil Procedure and Rule 37-2 of the Local Rules of this Court, as well as its prior rulings in these matters cited in DC's accompanying moving papers. Good cause exists to permit DC extra deposition time with these witnesses (given, *e.g.*, the complexity of this case, and new documents that have emerged). Defendants' objections misread privilege and relevancy rules, and should be overruled. Pursuant to Local Rule 37-1, DC attempted unsuccessfully to resolve these disputes and, now, respectfully seek the assistance of the Court.

This motion is based on this Notice of Motion and Motion; DC's portion of the accompanying Joint Stipulation Regarding DC Comics' Motion (1) For Leave To Conduct Further Deposition Of Defendants Marc Toberoff, Laura Siegel Larson, and Mark Warren Peary; and (2) To Compel Defendants Marc Toberoff and Mark Warren Peary To Respond To Deposition Questions; the accompanying Declaration of Matthew T. Kline and exhibits in support thereof; any supplemental memoranda that may be filed pursuant to Local Rule 37; all exhibits, files, and

- 1 -  DC'S NTC OF MOT. & MOT. FOR LEAVE TO CONDUCT DEPO & COMPEL RESP.

1 | records on file in this action; matters of which judicial notice may be taken; and
2 | such additional submissions and argument as may be presented at or before the
3 | hearing on this motion.

4 | Dated: February 6, 2013          Respectfully Submitted,

5 |                                  O'MELVENY & MYERS LLP

7 |                                  By: /s/ Daniel M. Petrocelli
                                         Daniel M. Petrocelli
8 |                                       Attorneys for Plaintiff DC Comics