DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Attorneys for Plaintiff DC Comics

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING DC COMICS' MOTION (1) FOR LEAVE TO CONDUCT FURTHER DEPOSITION OF DEFENDANTS MARC TOBEROFF, LAURA SIEGEL LARSON, AND MARK WARREN PEARY; AND (2) TO COMPEL DEFENDANTS MARC TOBEROFF AND MARK WARREN PEARY TO RESPOND TO DEPOSITION QUESTIONS**<br><br>**Judge**:　　Hon. Otis D. Wright II<br>**Magistrate**:　Hon. Ralph Zarefsky<br><br>**Hearing Date**:　March 11, 2013<br>**Hearing Time**:　10:00 a.m.<br>**Courtroom**:　540<br>**Discovery Cutoff**: None Set<br>**Pretrial Conf.**:　None Set |

1  Good cause appearing, IT IS HEREBY ORDERED that plaintiff DC Comics' Motion (1) For Leave To Conduct Further Deposition of Defendants Marc Toberoff, Laura Siegel Larson, and Mark Warren Peary; and (2) To Compel Defendants Marc Toberoff And Mark Warren Peary To Respond To Deposition Questions is GRANTED.

   1. Defendant Marc Toberoff is ordered to appear for deposition within 30 days of this order. The deposition will be limited to one full day not to exceed seven hours of questions and answers on the record.

   Toberoff's conduct in responding to DC's discovery requests on behalf of himself, his entertainment companies, and the Siegel and Shuster heirs is an appropriate subject for deposition. *See In re Static Random Access Memory (SRAM) Antitrust Litig.*, 257 F.R.D. 580, 587 (N.D. Cal. 2009); *Bowoto v. Chevron Corp.*, 2006 WL 2589198, at* 1 (N.D. Cal. Aug. 30, 2006). The discovery DC seeks is relevant to DC's Fourth through Sixth Claims, defendants' affirmative defenses, and DC's pending sanctions motion, DN 500. Accordingly, the Court overrules defense counsel's blanket objection to this line of questioning during Toberoff's initial deposition and hereby ORDERS Toberoff to respond to DC's questions on this subject during the further deposition ordered herein.

   2. Defendant Laura Siegel Larson is ordered to appear for deposition within 45 days of this order. The deposition will be limited to one full day not to exceed seven hours of questions and answers on the record.

   3. Defendant Mark Warren Peary is ordered to appear for deposition within 45 days of this order. The deposition will be limited to 4 hours of questions and answers on the record.

   Defendant Peary's objections during his initial deposition to questions regarding (1) the Pacific Pictures joint venture and related agreements, and (2) Peary's role as executor of the Shuster Estate, as set forth in Appendices B and C to DC's Motion, are overruled. *E.g. U.S. v. Chen*, 99 F.3d 1495, 1501 (9th Cir.

[PROP] ORDER GRANTING DC'S MOT. FOR LEAVE TO CONDUCT DEPO & COMPEL RESPONSES

1  1996); *Estate of Sanders*, 40 Cal. 3d 607, 616 (1985); *In re Grand Jury*
2  *Proceedings*, 33 F.3d 1060, 1063-64 (9th Cir. 1994).  These subjects are not
3  privileged, *id.*, and are relevant to DC's Fourth and Sixth Claims.  Accordingly, the
4  Court hereby ORDERS Peary to respond such questions during the further
5  deposition ordered herein.
6  IT IS SO ORDERED.

8  Dated: _____    _____
                                Honorable Ralph Zarefsky
9                               Magistrate Judge, United States District Court