DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:  (310) 553-6700
Facsimile:  (310) 246-6779

Attorneys for Plaintiff DC Comics

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>        Plaintiff,<br><br>    v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF MATTHEW T. KLINE IN SUPPORT OF DC COMICS' MOTION (1) FOR LEAVE TO CONDUCT FURTHER DEPOSITION OF DEFENDANTS MARC TOBEROFF, LAURA SIEGEL LARSON, AND MARK WARREN PEARY; AND (2) TO COMPEL DEFENDANTS MARC TOBEROFF AND MARK WARREN PEARY TO RESPOND TO DEPOSITION QUESTIONS**<br><br>**Judge**:       Hon. Otis D. Wright II<br>**Magistrate**: Hon. Ralph Zarefsky<br><br>**Hearing Date**:    March 11, 2013<br>**Hearing Time**:    10:00 a.m.<br>**Courtroom**:       540<br>**Discovery Cutoff**: None Set<br>**Pretrial Conf.**:   None Set<br>**Trial:**            None Set |

KLINE DECL. ISO DC'S MOT. FOR LEAVE
TO CONDUCT DEPO & COMPEL RESP.

I, Matthew T. Kline, declare and state:

1. I am an attorney licensed to practice in the State of California and admitted to the Central District of California. I am a partner at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics ("DC") in this case. I make this declaration in support of DC Comics' Motion (1) For Leave To Conduct Further Deposition Of Defendants Marc Toberoff, Laura Siegel Larson, And Marc Warren Peary; and (2) To Compel Defendants Marc Toberoff And Mark Warren Peary To Respond To Deposition Questions. I have personal knowledge of the matters set forth in this declaration.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from the transcript of the June 29, 2011, deposition of Defendant Mark Warren Peary.

3. Attached hereto as Exhibit B is a true and correct copy of a letter from my colleague Daniel M. Petrocelli to Marc Toberoff and Laura Brill dated July 11, 2011.

4. Attached hereto as Exhibit C is a true and correct copy of a letter from Mr. Adams to me dated July 25, 2011.

5. Attached hereto as Exhibit D is a true and correct copy of a letter from me to Mr. Toberoff and Ms. Brill dated July 26, 2011.

6. Attached hereto as Exhibit E is a true and correct copy of a letter from Mr. Adams to me dated August 1, 2011.

7. Attached hereto as Exhibit F is a true and correct copy of an email exchange between my colleague Cassandra Seto and Mr. Adams dated August 4-5, 2011.

8. Attached hereto as Exhibit G is a true and correct copy of a letter from me to Mr. Toberoff and Ms. Brill dated August 4, 2011.

9. Attached hereto as Exhibit H is a true and correct copy of a letter from Mr. Adams to me dated August 10, 2011.

10. Attached hereto as Exhibit I is a true and correct copy of a letter from me to Mr. Adams dated August 11, 2011 (excluding attachment).

11. Attached hereto as Exhibit J is a true and correct copy of an email exchange between me and Mr. Adams dated August 11-18, 2011.

12. Attached hereto as Exhibit K is a true and correct copy of a letter from Mr. Petrocelli to Mr. Toberoff dated October 7, 2011.

13. Attached hereto as Exhibit L is a true and correct copy of a letter from Mr. Toberoff to Mr. Petrocelli dated October 14, 2011.

14. Attached hereto as Exhibit M is a true and correct copy of a letter from Mr. Petrocelli to Mr. Toberoff dated October 19, 2011.

15. Attached hereto as Exhibit N is a true and correct copy of letter from Mr. Petrocelli to Mr. Toberoff dated November 4, 2011.

16. Attached hereto as Exhibit O is a true and correct copy of a letter from Mr. Toberoff to Mr. Petrocelli dated November 9, 2011.

17. Attached hereto as Exhibit P is a true and correct copy of a letter from Mr. Petrocelli to Mr. Toberoff dated November 11, 2011.

18. Attached hereto as Exhibit Q is a true and correct copy of a letter from me to Mr. Toberoff dated July 27, 2012.

19. Attached hereto as Exhibit R is a true and correct copy of a letter from Mr. Adams to me dated August 1, 2012.

20. Attached hereto as Exhibit S is a true and correct copy of a letter from my colleague Jason H. Tokoro to Mr. Toberoff and Richard Kendall dated August 17, 2012.

21. Attached hereto as Exhibit T is a true and correct copy of a letter from Mr. Adams to Mr. Tokoro dated August 27, 2012.

22. Attached hereto as Exhibit U is a true and correct copy of an email from Mr. Tokoro to Mr. Adams dated August 28, 2012.

23. Attached hereto as Exhibit V is a true and correct copy of excerpts

1  from the transcript of the September 18, 2012, deposition of Defendant Marc
2  Toberoff.
3      24.    Attached hereto as Exhibit W is a true and correct copy of a letter from
4  me to Mr. Toberoff dated October 11, 2012.
5      25.    Attached hereto as Exhibit X is a true and correct copy of a letter from
6  Mr. Adams to me dated October 16, 2012.
7      26.    Attached hereto as Exhibit Y is a true and correct copy of a letter from
8  me to Mr. Toberoff dated October 24, 2012.
9      I declare under penalty of perjury under the laws of the United States of
10 America that the foregoing is true and correct. Executed on the 6th day of
11 February, 2013 at Los Angeles, California.

                                                                                          /s/ Matthew T. Kline
                                                                                            Matthew T. Kline