# EXHIBIT A

**CERTIFIED COPY**

## In The Matter Of:

*DC COMICS*

*v.*

*PACIFIC PICTURES CORPORATION*

---

## PEARY, MARK WARREN - Vol. 1

*June 29, 2011*

---

**MERRILL CORPORATION**

LegaLink, Inc.

20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

**EXHIBIT A**

**4**

MARK WARREN PEARY - 6/29/2011

Page 52

| | | | |
|---|---|---|---|
| 1 | A. | Perhaps a lock box. | 11:20:37 |
| 2 | Q. | What's -- | 11:20:43 |
| 3 | A. | A lock box. | 11:20:44 |
| 4 | Q. | What do you mean by "a lock box"? | 11:20:45 |
| 5 | A. | Just a fireproof lock box. | 11:20:46 |
| 6 | Q. | In your house? | 11:20:48 |
| 7 | A. | Yes. | 11:20:49 |
| 8 | Q. | And how big is it? | 11:20:50 |
| 9 | A. | Very small.  Hand-held. | 11:20:51 |
| 10 | Q. | What do you have in there? | 11:20:53 |
| 11 | A. | Oh, original documents of all kinds; | 11:20:56 |
| 12 | titles, house, car titles, everything like that. | | | 11:21:02 |
| 13 | Q. | As -- as pertains to Joe Shuster, what do | 11:21:06 |
| 14 | you have? | | | 11:21:14 |
| 15 | A. | Oh.  The -- the original -- original signed | 11:21:14 |
| 16 | agreements, legal agreements and retainers that I | | | 11:21:19 |
| 17 | have with my attorney. | | | 11:21:24 |
| 18 | Q. | Anything else? | 11:21:30 |
| 19 | A. | There might be -- the original will might | 11:21:30 |
| 20 | be in there.  I would have -- I'm not sure. | | | 11:21:40 |
| 21 | Q. | Anything else? | 11:21:44 |
| 22 | A. | Not pertaining to the case, no. | 11:21:44 |
| 23 | Q. | How many agreements are there in your lock | 11:21:48 |
| 24 | box between you and Mr. Toberoff or any of his | | | 11:21:51 |
| 25 | companies? | | | 11:21:56 |

**EXHIBIT A**

**5**

MARK WARREN PEARY – 6/29/2011

| | | | |
|---|---|---|---|
| 1 | A. | There is -- there's only one. | 11:21:57 |
| 2 | Q. | Which one is that? | 11:22:02 |
| 3 | A. | That's the legal retainer. | 11:22:03 |
| 4 | Q. | What's the date of it? | 11:22:07 |
| 5 | A. | It is -- it is active as of 2001. | 11:22:08 |
| 6 | Q. | But created after the fact? | 11:22:19 |
| 7 | A. | Yes. | 11:22:20 |
| 8 | Q. | When was it created? | 11:22:23 |
| 9 | A. | 2004, I believe. | 11:22:24 |
| 10 | Q. | And is that the last document you have | 11:22:32 |
| 11 | signed with Mr. Toberoff or any of his entities? | | 11:22:39 |
| 12 | A. | With Mr. Toberoff. | 11:22:44 |
| 13 | | MR. TOBEROFF: You mean last agreement or | 11:22:45 |
| 14 | any document? | | 11:22:47 |
| 15 | BY MR. PETROCELLI: | | 11:22:47 |
| 16 | Q. | Is that the last agreement, contract, that | 11:22:49 |
| 17 | you have signed with Mr. Toberoff or any of his | | 11:22:54 |
| 18 | entities, the one in 2004 that you said goes back to | | 11:22:56 |
| 19 | 2001? | | 11:23:03 |
| 20 | A. | Yes. | 11:23:05 |
| 21 | Q. | Have you signed any other agreements at any | 11:23:07 |
| 22 | time since 2004 relating to legal representation | | 11:23:13 |
| 23 | relating to this case in any way? | | 11:23:20 |
| 24 | A. | Yes. | 11:23:22 |
| 25 | Q. | What have you signed? | 11:23:24 |

**EXHIBIT A**

**6**

MARK WARREN PEARY - 6/29/2011

Page 184

| 1 | Q. In 2003, your mother was competent. She | 15:27:42 |
| 2 | had the ability to serve as an executor, correct? | 15:27:45 |
| 3. | A. Yes. | 15:27:45 |
| 4 | Q. Yet you were the executor, not her, | 15:27:54 |
| 5 | correct? | 15:27:58 |
| 6 | A. Yes. | 15:27:58 |
| 7 | Q. And you filed papers with the court which | 15:27:59 |
| 8 | we'll -- we'll talk about, but -- | 15:28:01 |
| 9 | A. Yes. | 15:28:04 |
| 10 | Q. -- agreeing to be the executor, right? | 15:28:05 |
| 11 | A. Yes. | 15:28:07 |
| 12 | Q. Now, what -- what did you do -- withdrawn. | 15:28:09 |
| 13 | Why did you agree in lieu of entering into | 15:28:20 |
| 14 | a traditional lawyer-client agreement to hire the | 15:28:26 |
| 15 | services of a lawyer? Whether it's on a contingent | 15:28:30 |
| 16 | fee or an hourly fee, why did you agree to enter | 15:28:33 |
| 17 | into a joint venture with Pacific Pictures, a | 15:28:37 |
| 18 | company that is not a law firm? | 15:28:45 |
| 19 | MR. TOBEROFF: You can't -- unless you can | 15:28:50 |
| 20 | answer that question independent of your discussions | 15:28:56 |
| 21 | with me, I instruct you not to answer. | 15:28:58 |
| 22 | THE WITNESS: Okay. I'll have to follow | 15:29:02 |
| 23 | your advice. | 15:29:07 |
| 24 | (Unanswered question.) | 15:29:10 |
| 25 | BY MR. PETROCELLI: | 15:29:10 |

**EXHIBIT A**
**7**

MARK WARREN PEARY – 6/29/2011

Page 203

| | | |
|---|---|---|
| 1 | question again?  Can you read it back to me or can | 15:49:42 |
| 2 | you repeat it to me? | 15:49:44 |
| 3 | MR. PETROCELLI:  Yeah. | 15:49:46 |
| 4 | Q.  What did you and he discuss on this subject | 15:49:47 |
| 5 | as to why you were entering into a joint venture | 15:49:49 |
| 6 | agreement rather than a normal attorney-client | 15:49:52 |
| 7 | agreement? | 15:49:54 |
| 8 | THE WITNESS:  Can I -- | 15:49:59 |
| 9 | MR. TOBEROFF:  You can't answer that | 15:50:00 |
| 10 | question. | 15:50:01 |
| 11 | THE WITNESS:  Okay. | 15:50:02 |
| 12 | MR. TOBEROFF:  You cannot answer that | 15:50:02 |
| 13 | question. | 15:50:03 |
| 14 | THE WITNESS:  Okay.  Okay. | 15:50:03 |
| 15 | (Unanswered question.) | 15:50:05 |
| 16 | MR. TOBEROFF:  I'm instructing him not to | 15:50:07 |
| 17 | answer that question. | 15:50:09 |
| 18 | MR. PETROCELLI:  Attorney-client privilege, | 15:50:09 |
| 19 | right? | 15:50:09 |
| 20 | MR. TOBEROFF:  Yes. | 15:50:11 |
| 21 | THE WITNESS:  Okay. | 15:50:12 |
| 22 | BY MR. PETROCELLI: | 15:50:12 |
| 23 | Q.  Did you discuss with your mother why she | 15:50:15 |
| 24 | and you were forming a joint venture with a company | 15:50:18 |
| 25 | called Pacific Pictures Corporation? | 15:50:23 |

**EXHIBIT A**

**8**

MARK WARREN PEARY - 6/29/2011

Page 204

```
 1        A.   No.                                          15:50:27

 2        Q.   Had you ever heard of Pacific Pictures       15:50:28

 3   Corporation before?                                    15:50:30

 4        A.   No.                                          15:50:30

 5        Q.   Were you aware of anything that it had       15:50:31

 6   done?                                                  15:50:33

 7        A.   It had -- we had discussed -- discussed it.  15:50:33

 8   I can't recall the details now.                        15:50:42

 9        Q.   Did you inquire whether Pacific Pictures     15:50:44

10   Corporation had -- had owned any other termination     15:50:47

11   interests, or this was the first one?                  15:50:53

12             MR. TOBEROFF:   Lacks foundation.            15:51:00

13             THE WITNESS:   No, I don't know about that.  15:51:05

14   BY MR. PETROCELLI:                                     15:51:05

15        Q.   Did you have any discussion about giving     15:51:15

16   away 50 percent of your rights to a joint venture?     15:51:21

17        A.   Yes.                                         15:51:26

18        Q.   With whom?                                   15:51:29

19        A.   Marc Toberoff.                               15:51:29

20        Q.   What did you and he discuss on that          15:51:31

21   subject?                                               15:51:34

22             MR. TOBEROFF:   I instruct you not to answer 15:51:40

23   as to the substance of our discussions.               15:51:41

24             (Unanswered question.)                      15:51:44

25   BY MR. PETROCELLI:                                     15:51:44
```

**EXHIBIT A**
**9**

MARK WARREN PEARY - 6/29/2011

Page 288

1    you read this carefully before signing it and you            17:41:24

2    understood it when you signed it, right?  "It" being         17:41:27

3    Exhibit 13?                                                   17:41:31

4        A.  Yes.                                                  17:41:32

5        Q.  Okay.  And it states that this letter                17:41:34

6    was -- is intended to supplement your prior joint            17:41:38

7    venture agreement dated as of November 31, 2001,             17:41:42

8    right?                                                        17:41:42

9        A.  Yes.                                                  17:41:42

10       Q.  And in paragraph 1 it redefines the rights,          17:41:50

11   but this time excludes Superboy, correct?                    17:41:55

12           MR. TOBEROFF:  Wait.  Just one second.               17:42:01

13           Objection.  You're mischaracterizing the            17:42:12

14   agreement.                                                   17:42:14

15   BY MR. PETROCELLI:                                            17:42:14

16       Q.  Is that correct, sir?  There's no reference         17:42:19

17   to Superboy in paragraph 1, correct?                         17:42:26

18       A.  I don't see it.                                      17:42:28

19       Q.  And there was in the first version,                  17:42:29

20   correct?                                                     17:42:29

21       A.  Yes.                                                 17:42:29

22       Q.  And there's no reference --                          17:42:32

23           MR. TOBEROFF:  Excuse me.  I'd like to give         17:42:33

24   him the first version so he can compare the two.             17:42:35

25   BY MR. PETROCELLI:                                           17:42:35

MARK WARREN PEARY - 6/29/2011

| | | |
|---|---|---|
| 1 | Q.  Do you have Exhibit -- what's the exhibit | 17:42:38 |
| 2 | number, Marc? | 17:42:41 |
| 3 | MR. TOBEROFF:  10. | 17:42:41 |
| 4 | BY MR. PETROCELLI: | 17:42:41 |
| 5 | Q.  Do you have Exhibit 10 and you see the | 17:42:43 |
| 6 | reference to Superboy and Smallville?  What | 17:42:44 |
| 7 | paragraph is it contained in Exhibit 10? | 17:42:47 |
| 8 | A.  1. | 17:42:49 |
| 9 | Q.  And in paragraph 1 of Exhibit 13 there's no | 17:42:49 |
| 10 | reference to Superboy or Smallville. | 17:42:52 |
| 11 | Is that correct? | 17:42:52 |
| 12 | A.  Yes. | 17:42:52 |
| 13 | Q.  Okay.  And that was the result of the | 17:42:57 |
| 14 | advice given to you that the Shuster estate had no | 17:43:00 |
| 15 | interest in Superboy? | 17:43:04 |
| 16 | MR. TOBEROFF:  I instruct you not to answer | 17:43:05 |
| 17 | as to the advice given to you.  You can't answer | 17:43:07 |
| 18 | that question. | 17:43:10 |
| 19 | (Unanswered question.) | 17:43:11 |
| 20 | BY MR. PETROCELLI: | 17:43:11 |
| 21 | Q.  When you signed this, you understood that | 17:43:12 |
| 22 | Superboy was not part of the agreement, correct? | 17:43:13 |
| 23 | MR. TOBEROFF:  Instruct you not to answer | 17:43:15 |
| 24 | to the extent your understanding is based on | 17:43:16 |
| 25 | conversations with me. | 17:43:18 |

**EXHIBIT A**
**11**

MARK WARREN PEARY - 6/29/2011

Page 302

| | | |
|---|---|---|
| 1 | now as the executor of the Joseph Shuster estate | 17:57:15 |
| 2 | that the time has long passed for -- for the estate | 17:57:17 |
| 3 | filing a notice of termination with respect to | 17:57:21 |
| 4 | Superboy, correct? | 17:57:23 |
| 5 | MR. TOBEROFF: You can -- you can only | 17:57:24 |
| 6 | answer these questions requiring legal knowledge, | 17:57:25 |
| 7 | number one, if you know one way or another and, | 17:57:28 |
| 8 | number two, if it's not based on your discussions | 17:57:31 |
| 9 | with me. That's it. | 17:57:34 |
| 10 | THE WITNESS: Okay. I'm -- I'm not sure. | 17:57:38 |
| 11 | BY MR. PETROCELLI: | 17:57:38 |
| 12 | Q. Well, since 2003 to the present have you | 17:57:41 |
| 13 | ever purported to serve a notice of termination for | 17:57:44 |
| 14 | Superboy on behalf of the Shuster estate? | 17:57:47 |
| 15 | A. No. | 17:57:49 |
| 16 | Q. Okay. And do you have any intention right | 17:57:52 |
| 17 | now to do so? | 17:57:53 |
| 18 | MR. TOBEROFF: Don't discuss your | 17:57:58 |
| 19 | intentions as to legal acts in this case. | 17:57:59 |
| 20 | BY MR. PETROCELLI: | 17:57:59 |
| 21 | Q. In your capacity as executor, do you have a | 17:58:04 |
| 22 | current intention of which you are currently aware | 17:58:06 |
| 23 | to serve a notice of termination with respect to | 17:58:08 |
| 24 | Superboy? | 17:58:12 |
| 25 | MR. TOBEROFF: Instruct you not to answer | 17:58:12 |

**EXHIBIT A**
**12**

MARK WARREN PEARY - 6/29/2011

Page 303

| | | |
|---|---|---|
| 1 | that. | 17:58:13 |
| 2 | (Unanswered question.) | 17:58:14 |
| 3 | MR. PETROCELLI:  On what ground? | 17:58:14 |
| 4 | MR. TOBEROFF:  On the ground that any | 17:58:16 |
| 5 | intention he has as to exercising his -- exercising | 17:58:17 |
| 6 | whatever rights he may or may not have under the | 17:58:21 |
| 7 | copyright act are the product of any discussions | 17:58:23 |
| 8 | with his counsel. | 17:58:27 |
| 9 | MR. PETROCELLI:  That's not a fair response | 17:58:28 |
| 10 | to my question. | 17:58:29 |
| 11 | MR. TOBEROFF:  I disagree. | 17:58:30 |
| 12 | BY MR. PETROCELLI: | 17:58:30 |
| 13 | Q.  Have you reviewed any drafts of any notices | 17:58:33 |
| 14 | of termination with respect to Superboy? | 17:58:35 |
| 15 | A.  No. | 17:58:37 |
| 16 | Q.  Okay.  Take a look at Exhibit 15. | 17:58:43 |
| 17 | (The document referred to was | |
| 18 | marked for identification by the | |
| 19 | C.S.R. as Exhibit 15 and attached | |
| 20 | to this deposition.) | |
| 21 | BY MR. PETROCELLI: | |
| 22 | Q.  At the time that Mr. Toberoff gave you | 17:58:48 |
| 23 | advice that the estate had no claim to Superboy, did | 17:58:51 |
| 24 | Mr. Toberoff show you Exhibit 15? | 17:58:55 |
| 25 | MR. TOBEROFF:  Misstates his testimony. | 17:58:58 |

**EXHIBIT A**
**13**

MARK WARREN PEARY ~ 6/29/2011

Page 312

| | | |
|---|---|---|
| 1 | correct? | 18:09:58 |
| 2 | A.  Yes. | 18:10:06 |
| 3 | Q.  And is it fair to say that had these | 18:10:07 |
| 4 | documents been made available to you, you would have | 18:10:09 |
| 5 | taken them into account in making a decision whether | 18:10:11 |
| 6 | or not to delete Superboy, correct? | 18:10:14 |
| 7 | MR. TOBEROFF:  Calls for a legal conclusion | 18:10:17 |
| 8 | as to a complex issue. | 18:10:17 |
| 9 | MR. PETROCELLI:  Hardly. | 18:10:21 |
| 10 | MR. TOBEROFF:  You're so wrong. | 18:10:22 |
| 11 | MR. PETROCELLI:  Hardly. | 18:10:22 |
| 12 | MR. TOBEROFF:  You're so wrong. | 18:10:25 |
| 13 | MR. PETROCELLI:  You didn't -- you didn't | 18:10:27 |
| 14 | listen to my question. | 18:10:27 |
| 15 | MR. TOBEROFF:  I listened to it. | 18:10:28 |
| 16 | BY MR. PETROCELLI: | 18:10:28 |
| 17 | Q.  Can you answer my question? | 18:10:33 |
| 18 | A.  Would I have -- | 18:10:34 |
| 19 | Q.  Taking these documents into account had | 18:10:34 |
| 20 | they been made available to you? | 18:10:37 |
| 21 | A.  I don't think it would have made a | 18:10:39 |
| 22 | difference because the legal situation with regard | 18:10:43 |
| 23 | to -- | 18:10:46 |
| 24 | MR. TOBEROFF:  Don't testify based on | 18:10:48 |
| 25 | conversations with your attorney. | 18:10:50 |

**EXHIBIT A**

**14**

MARK WARREN PEARY - 6/29/2011

Page 313

| | | |
|---|---|---|
| 1 | THE WITNESS:  Okay.  Then I can't say | 18:10:51 |
| 2 | anything. | 18:10:52 |
| 3 | BY MR. PETROCELLI: | 18:10:52 |
| 4 | Q.  Did your -- you were unaware of these | 18:10:56 |
| 5 | documents, correct? | 18:10:56 |
| 6 | A.  Of these specific documents? | 18:10:59 |
| 7 | Q.  Correct, right. | 18:10:59 |
| 8 | And you were -- is it fair to say that you | 18:11:02 |
| 9 | would have wanted to know about these -- these | 18:11:08 |
| 10 | documents prior to having made the decision to sign | 18:11:11 |
| 11 | those -- the amended joint venture agreement? | 18:11:14 |
| 12 | MR. TOBEROFF:  Calls for a legal | 18:11:20 |
| 13 | conclusion. | 18:11:21 |
| 14 | THE WITNESS:  I knew their renewal requests | 18:11:22 |
| 15 | were denied back in the early '70s. | 18:11:25 |
| 16 | BY MR. PETROCELLI: | 18:11:25 |
| 17 | Q.  You're not -- you're not answering my | 18:11:29 |
| 18 | question. | 18:11:31 |
| 19 | MR. TOBEROFF:  He's answering your | 18:11:31 |
| 20 | question. | 18:11:32 |
| 21 | MR. PETROCELLI:  No. | 18:11:32 |
| 22 | Q.  You're -- you -- | 18:11:32 |
| 23 | MR. TOBEROFF:  You keep cutting him off -- | 18:11:33 |
| 24 | excuse me, I'm talking. | 18:11:35 |
| 25 | BY MR. PETROCELLI: | 18:11:35 |

**EXHIBIT A**
**15**

MARK WARREN PEARY - 6/29/2011

Page 317

| | | |
|---|---|---|
| 1 | that impinge on the attorney-client privilege. | 18:13:15 |
| 2 | BY MR. PETROCELLI: | 18:13:15 |
| 3 | Q.  Now, my question to you is, would you have | 18:13:18 |
| 4 | wanted to know about various documents in which -- | 18:13:20 |
| 5 | that evidence your uncle claiming co-authorship of | 18:13:23 |
| 6 | Superboy and filing copyright registrations as late | 18:13:28 |
| 7 | as the mid-'70s in making a determination to remove | 18:13:32 |
| 8 | the -- any interest of the estate to Superboy? | 18:13:37 |
| 9 | MR. TOBEROFF:  Objection.  Assumes facts. | 18:13:40 |
| 10 | Lacks foundation.  It mischaracterizes the exhibits. | 18:13:43 |
| 11 | You can answer. | 18:13:48 |
| 12 | THE WITNESS:  My answer is I don't think it | 18:13:51 |
| 13 | would have made any difference, so no. | 18:13:52 |
| 14 | BY MR. PETROCELLI: | 18:13:52 |
| 15 | Q.  Why wouldn't it have made a difference? | 18:13:55 |
| 16 | MR. TOBEROFF:  You can only answer that to | 18:13:57 |
| 17 | the extent that your knowledge is not based on | 18:13:59 |
| 18 | conversations with me regarding Superboy. | 18:14:01 |
| 19 | THE WITNESS:  I -- I -- it's kind of legal. | 18:14:05 |
| 20 | I -- I just know -- | 18:14:15 |
| 21 | MR. TOBEROFF:  You can only answer that -- | 18:14:17 |
| 22 | please follow my instruction.  If your conversations | 18:14:19 |
| 23 | are based on knowledge independent of your | 18:14:23 |
| 24 | discussions with me, I'm happy for you to answer the | 18:14:25 |
| 25 | question.  If they're not, then you can't answer the | 18:14:27 |

**EXHIBIT A**
**16**

MARK WARREN PEARY - 6/29/2011

Page 318

| | | |
|---|---|---|
| 1 | question.  That's it. | 18:14:31 |
| 2 | THE WITNESS:  Okay. | 18:14:33 |
| 3 | BY MR. PETROCELLI: | 18:14:33 |
| 4 | Q.  As -- | 18:14:37 |
| 5 | A.  My -- my knowledge of it is -- is based | 18:14:38 |
| 6 | mostly on my discussions, so I guess I can't answer | 18:14:44 |
| 7 | it. | 18:14:49 |
| 8 | Q.  You're the executor of the estate.  You | 18:14:50 |
| 9 | filed legal documents in that capacity.  You filed | 18:14:52 |
| 10 | them as a matter of public record. | 18:14:56 |
| 11 | On what basis did you file documents | 18:15:03 |
| 12 | concluding that the estate had no interest in | 18:15:06 |
| 13 | Superboy? | 18:15:09 |
| 14 | MR. TOBEROFF:  You can answer that as -- as | 18:15:13 |
| 15 | long as your basis is not based on conversations and | 18:15:15 |
| 16 | advice with your -- from and with your attorney. | 18:15:18 |
| 17 | THE WITNESS:  Okay.  So what do I know | 18:15:25 |
| 18 | separate from talking with my attorney? | 18:15:30 |
| 19 | MR. TOBEROFF:  Don't involve him in that | 18:15:33 |
| 20 | thought process.  Think to yourself whether you have | 18:15:34 |
| 21 | an understanding separate from your conversations | 18:15:36 |
| 22 | with me or if you can separate it, then you can | 18:15:41 |
| 23 | answer the question.  If not, I instruct you not to | 18:15:43 |
| 24 | answer. | 18:15:46 |
| 25 | THE WITNESS:  Well, my knowledge is tied to | 18:15:48 |

**EXHIBIT A**
**17**

MARK WARREN PEARY - 6/29/2011

Page 319

| | | |
|---|---|---|
| 1 | my discussions with Marc Toberoff.  I don't know how | 18:15:50 |
| 2 | to separate it. | 18:15:54 |
| 3 | BY MR. PETROCELLI: | 18:15:54 |
| 4 | Q.  I'm asking you for your judgement -- | 18:15:56 |
| 5 | MR. TOBEROFF:  I instruct you not to | 18:15:57 |
| 6 | answer. | 18:15:58 |
| 7 | BY MR. PETROCELLI: | 18:15:58 |
| 8 | Q.  I'm asking you to answer the question based | 18:15:59 |
| 9 | on your judgment and your -- your capacity as the | 18:16:01 |
| 10 | executor of the estate.  You're the decision-maker, | 18:16:02 |
| 11 | not your lawyer. | 18:16:06 |
| 12 | MR. TOBEROFF:  It's the same instruction. | 18:16:07 |
| 13 | His question doesn't change my instruction. | 18:16:09 |
| 14 | THE WITNESS:  I have to follow the | 18:16:14 |
| 15 | instruction. | 18:16:15 |
| 16 | (Unanswered question.) | 18:16:16 |
| 17 | BY MR. PETROCELLI: | 18:16:16 |
| 18 | Q.  Did you -- do you believe that Joe Shuster | 18:16:17 |
| 19 | knew better than Marc Toberoff as to whether he | 18:16:20 |
| 20 | participated in the creation of Superboy? | 18:16:25 |
| 21 | A.  I'm not sure I understand the question. | 18:16:34 |
| 22 | Q.  Well, you saw that I showed you various | 18:16:34 |
| 23 | documents including copyright registration files -- | 18:16:36 |
| 24 | filings in which Joe Shuster was attributed as a | 18:16:41 |
| 25 | co-author of Superboy.  You saw that, right? | 18:16:48 |

**EXHIBIT A**
**18**

MARK WARREN PEARY - 6/29/2011

| | | |
|---|---|---|
| 1 | A.  Yes. | 18:16:51 |
| 2 | Q.  Okay.  Do you think that Joe Shuster would | 18:16:52 |
| 3 | have had a better understanding of whether he was a | 18:16:54 |
| 4 | co-author of Superboy than Marc Toberoff? | 18:16:56 |
| 5 | MR. TOBEROFF:  Calls for a legal | 18:17:01 |
| 6 | conclusion.  Lacks foundation. | 18:17:02 |
| 7 | THE WITNESS:  All I know is these -- these | 18:17:09 |
| 8 | terminations were based upon a -- a renewal period | 18:17:13 |
| 9 | that -- that doesn't currently apply. | 18:17:17 |
| 10 | MR. TOBEROFF:  Don't -- don't discuss -- | 18:17:20 |
| 11 | BY MR. PETROCELLI: | 18:17:22 |
| 12 | Q.  How do you know what you just said? | 18:17:23 |
| 13 | MR. TOBEROFF:  Excuse me. | 18:17:24 |
| 14 | BY MR. PETROCELLI: | 18:17:24 |
| 15 | Q.  You just said that these renewals don't | 18:17:26 |
| 16 | apply.  What did you mean by that? | 18:17:29 |
| 17 | MR. TOBEROFF:  Excuse me.  I'm going to | 18:17:31 |
| 18 | make my instruction again.  I'm instructing you not | 18:17:33 |
| 19 | to testify based on advice or information that you | 18:17:36 |
| 20 | have only received from your attorney. | 18:17:41 |
| 21 | Do you understand that instruction?  Do you | 18:17:43 |
| 22 | understand that instruction? | 18:17:46 |
| 23 | THE WITNESS:  Not to testify to information | 18:17:48 |
| 24 | that I have received from my attorney? | 18:17:49 |
| 25 | MR. TOBEROFF:  Yes. | 18:17:51 |

**EXHIBIT A**
**19**

MARK WARREN PEARY - 6/29/2011

Page 321

| | | |
|---|---|---|
| 1 | Do you understand that instruction? | 18:17:51 |
| 2 | THE WITNESS:  Yes. | 18:17:53 |
| 3 | MR. TOBEROFF:  Okay.  So if you have | 18:17:54 |
| 4 | knowledge outside of your conversations with me or | 18:17:55 |
| 5 | outside of advice that I have given you, then you | 18:17:59 |
| 6 | can testify. | 18:18:02 |
| 7 | THE WITNESS:  Okay.  Well -- | 18:18:09 |
| 8 | MR. TOBEROFF:  And you don't have to feel | 18:18:11 |
| 9 | bad about it.  Just you make the decision whether | 18:18:12 |
| 10 | it's based on knowledge -- the knowledge -- based on | 18:18:14 |
| 11 | advice and knowledge you've obtained from me and | 18:18:16 |
| 12 | conversations with me, in which event I instruct you | 18:18:19 |
| 13 | not to answer.  You don't have to feel bad about not | 18:18:21 |
| 14 | answering.  You don't answer the question.  You're | 18:18:24 |
| 15 | instructed not to answer. | 18:18:26 |
| 16 | If, however, you have information based on | 18:18:27 |
| 17 | your own independent knowledge that's not part and | 18:18:30 |
| 18 | parcel of your discussions and advice from me, then | 18:18:34 |
| 19 | you -- then you can answer the question and only | 18:18:37 |
| 20 | then. | 18:18:39 |
| 21 | Do you understand that? | 18:18:39 |
| 22 | THE WITNESS:  Okay.  Yes. | 18:18:44 |
| 23 | MR. TOBEROFF:  Okay.  Good. | 18:18:45 |
| 24 | BY MR. PETROCELLI: | 18:18:45 |
| 25 | Q.  So answer the question now. | 18:18:47 |

Merrill   Corporation  -  Los Angeles
800-826-0277                    www.merrillcorp.com/law

**EXHIBIT A**
**20**

MARK WARREN PEARY - 6/29/2011

Page 322

| | | |
|---|---|---|
| 1 | A.   So my -- my -- my understanding is based on | 18:18:48 |
| 2 | my discussions with Marc Toberoff, my -- and where | 18:18:58 |
| 3 | we discuss copyright law.  That's -- | 18:19:02 |
| 4 | Q.   But you -- you made a judgment.  It was | 18:19:06 |
| 5 | your decision to make, not Mr. Toberoff's.  You made | 18:19:08 |
| 6 | a judgment to enter into an amendment to a joint | 18:19:10 |
| 7 | venture removing certain rights from the venture. | 18:19:14 |
| 8 | And in what -- when you made that judgment I | 18:19:18 |
| 9 | would -- I want you to tell me what was the basis of | 18:19:20 |
| 10 | that judgment? | 18:19:23 |
| 11 | MR. TOBEROFF:  Asked and answered. | 18:19:24 |
| 12 | I instruct you not to answer.  You've | 18:19:25 |
| 13 | already answered the question.  The basis is legal | 18:19:27 |
| 14 | advice.  You don't have to answer and you don't have | 18:19:30 |
| 15 | to speak. | 18:19:31 |
| 16 | (Unanswered question.) | 18:19:32 |
| 17 | MR. TOBEROFF:  Next question. | 18:19:34 |
| 18 | BY MR. PETROCELLI: | 18:19:34 |
| 19 | Q.   And when you made the judgment as the | 18:19:36 |
| 20 | executor of the estate to reject any claim to | 18:19:38 |
| 21 | Superboy, what was the basis of that judgment? | 18:19:48 |
| 22 | MR. TOBEROFF:  Same instruction. | 18:19:56 |
| 23 | (Unanswered question.) | 18:19:56 |
| 24 | BY MR. PETROCELLI: | 18:19:56 |
| 25 | Q.   Did you -- did you talk to the -- to the | 18:20:03 |

**EXHIBIT A**
**21**

MARK WARREN PEARY - 6/29/2011

Page 330

| | | |
|---|---|---|
| 1 | better format. | 18:36:12 |
| 2 | Q.  Why -- and -- but you also in connection | 18:36:18 |
| 3 | with that decision received advice that certain | 18:36:21 |
| 4 | parts of your agreement might not be valid, correct? | 18:36:27 |
| 5 | A.  I believe so. | 18:36:35 |
| 6 | Q.  What parts? | 18:36:35 |
| 7 | MR. TOBEROFF:  I'll -- I'll -- I'll -- he | 18:36:43 |
| 8 | can't go into that without divulging the substance | 18:36:46 |
| 9 | of his communications with me on the subject. | 18:36:51 |
| 10 | BY MR. PETROCELLI: | 18:36:51 |
| 11 | Q.  Well, as the executor of the estate | 18:36:55 |
| 12 | entering into -- well, let me start all over again. | 18:36:58 |
| 13 | Take a look at Exhibit 20. | 18:37:00 |
| 14 | (The document referred to was | 18:37:09 |
| 15 | marked for identification by the | 18:37:09 |
| 16 | C.S.R. as Exhibit 20 and attached | 18:37:09 |
| 17 | to this deposition.) | 18:37:09 |
| 18 | BY MR. PETROCELLI: | 18:37:09 |
| 19 | Q.  This is the September 10, 2004 document | 18:37:16 |
| 20 | that you signed and your mother also signed, | 18:37:20 |
| 21 | correct? | 18:37:20 |
| 22 | A.  Yes. | 18:37:20 |
| 23 | Q.  You signed it both in your individual | 18:37:25 |
| 24 | capacity as executor of Mr. Shuster's estate? | 18:37:26 |
| 25 | A.  Yes. | 18:37:29 |

MARK WARREN PEARY - 6/29/2011

Page 331

| | | |
|---|---|---|
| 1 | Q.  And it says -- it's a letter from | 18:37:31 |
| 2 | Mr. Toberoff to you and to Ms. Peavy, right? | 18:37:37 |
| 3 | A.  Yes. | 18:37:42 |
| 4 | Q.  It says: | 18:37:43 |
| 5 | "This is to confirm that, 1, | 18:37:44 |
| 6 | the joint venture agreement dated | 18:37:46 |
| 7 | as of November 23, 2001 between you | 18:37:48 |
| 8 | and Pacific Pictures Corporation | 18:37:50 |
| 9 | and, 2, the engagement agreement | 18:37:53 |
| 10 | dated October 27, 2003 between the | 18:37:56 |
| 11 | estate of Joseph Shuster and | 18:37:59 |
| 12 | Pacific Pictures Corp. have been | 18:38:01 |
| 13 | canceled.  Sincerely yours, Marc | 18:38:03 |
| 14 | Toberoff." | 18:38:03 |
| 15 | And it's on the letterhead of Pacific | 18:38:08 |
| 16 | Pictures Corporation. | 18:38:11 |
| 17 | Do you see that? | 18:38:11 |
| 18 | A.  Yes. | 18:38:11 |
| 19 | Q.  When you agreed to this cancellation, what | 18:38:18 |
| 20 | provisions of your prior agreement did you believe | 18:38:26 |
| 21 | were invalid? | 18:38:28 |
| 22 | MR. TOBEROFF:  Same instruction. | 18:38:33 |
| 23 | (Unanswered question.) | 18:38:33 |
| 24 | BY MR. PETROCELLI: | 18:38:33 |
| 25 | Q.  Were there drafts of the October 27, 2003 | 18:38:40 |

**EXHIBIT A**
**23**

MARK WARREN PEARY - 6/29/2011

Page 338

| | | |
|---|---|---|
| 1 | A.  No. | 18:47:36 |
| 2 | Q.  So Pacific Pictures Corporation didn't | 18:47:45 |
| 3 | agree to anything in this retainer agreement so far | 18:47:50 |
| 4 | as you know, right? | 18:47:56 |
| 5 | A.  As far as I know they're not a party. | 18:47:57 |
| 6 | Q.  So, are you aware of a document by which | 18:47:59 |
| 7 | Pacific Pictures Corporation specifically stated | 18:48:02 |
| 8 | that notwithstanding the provisions of the joint | 18:48:07 |
| 9 | venture agreement in the event of a termination, | 18:48:09 |
| 10 | Pacific Pictures Corporation will not own any | 18:48:12 |
| 11 | rights? | 18:48:16 |
| 12 | A.  The -- my understanding of the Pacific | 18:48:17 |
| 13 | Pictures, it says if the venture is terminated, not | 18:48:26 |
| 14 | if it's canceled. | 18:48:30 |
| 15 | Q.  Terminated for any reason, right? | 18:48:32 |
| 16 | A.  That's -- if the venture is -- it's not the | 18:48:35 |
| 17 | same thing as canceled.  That's my understanding. | 18:48:38 |
| 18 | Q.  What's the difference between the two? | 18:48:43 |
| 19 | A.  The -- the difference, being canceled means | 18:48:44 |
| 20 | it has been supplanted by the legal retainer and | 18:48:48 |
| 21 | supersedes all prior agreements like it states here. | 18:48:52 |
| 22 | Q.  Pacific Pictures is not a party to this | 18:48:55 |
| 23 | agreement you said, right? | 18:48:58 |
| 24 | A.  Not to the legal retainer. | 18:48:59 |
| 25 | Q.  Right.  So you're saying that -- who told | 18:49:00 |

**EXHIBIT A**

**24**

MARK WARREN PEARY - 6/29/2011

Page 339

| | | |
|---|---|---|
| 1 | you that the word "canceled" means that the | 18:49:03 |
| 2 | termination provisions of the joint venture | 18:49:07 |
| 3 | agreements no longer apply? | 18:49:09 |
| 4 | MR. TOBEROFF: Assumes facts. Lacks | 18:49:11 |
| 5 | foundation. | 18:49:11 |
| 6 | BY MR. PETROCELLI: | 18:49:11 |
| 7 | Q. Is that something that you just thought of | 18:49:17 |
| 8 | right now or is that something that you were told at | 18:49:18 |
| 9 | the time that by using one word "canceled" instead | 18:49:21 |
| 10 | of the word "terminated," that would solve the | 18:49:23 |
| 11 | problem? | 18:49:29 |
| 12 | A. That's my understanding of it. | 18:49:32 |
| 13 | Q. And who told you that? | 18:49:33 |
| 14 | MR. TOBEROFF: Assumes facts. Lacks | 18:49:37 |
| 15 | foundation. | 18:49:39 |
| 16 | THE WITNESS: I told myself that. | 18:49:39 |
| 17 | BY MR. PETROCELLI: | 18:49:39 |
| 18 | Q. No one told you that, in other words, | 18:49:40 |
| 19 | right? That's something you've come up with on your | 18:49:45 |
| 20 | own? | 18:49:47 |
| 21 | A. We have a clear -- a clear understanding | 18:49:47 |
| 22 | when we switched from the joint venture to the legal | 18:49:50 |
| 23 | retainer. We clearly understood each other. | 18:49:52 |
| 24 | Q. Who is "we"? | 18:49:55 |
| 25 | A. Me and Marc Toberoff. | 18:49:57 |

**EXHIBIT A**
**25**

MARK WARREN PEARY - 6/29/2011

Page 340

| | | |
|---|---|---|
| 1 | Q. How do you know that? | 18:49:58 |
| 2 | A. Because we discussed it. | 18:49:59 |
| 3 | Q. What did you -- what did you and he discuss | 18:50:01 |
| 4 | in that regard? | 18:50:03 |
| 5 | MR. TOBEROFF: I'll allow you to answer | 18:50:06 |
| 6 | that question without waiver of the attorney-client | 18:50:07 |
| 7 | privilege. | 18:50:09 |
| 8 | THE WITNESS: We discussed -- | 18:50:11 |
| 9 | MR. TOBEROFF: Do you agree that I'm not | 18:50:12 |
| 10 | waiving the privilege by allowing him to answer | 18:50:14 |
| 11 | that? | 18:50:16 |
| 12 | MR. PETROCELLI: No. | 18:50:17 |
| 13 | MR. TOBEROFF: Okay. Then I instruct you | 18:50:18 |
| 14 | not to answer with our discussions. | 18:50:19 |
| 15 | (Unanswered question.) | 18:50:21 |
| 16 | MR. PETROCELLI: No, I can't -- I can't | 18:50:27 |
| 17 | allow you to selectively waive like that. | 18:50:29 |
| 18 | MR. TOBEROFF: Fine. | 18:50:36 |
| 19 | BY MR. PETROCELLI: | 18:50:36 |
| 20 | Q. Did you -- have you reviewed a copy of this | 18:50:56 |
| 21 | retainer agreement recently? | 18:51:03 |
| 22 | A. I believe so. | 18:51:07 |
| 23 | Q. When? | 18:51:09 |
| 24 | A. I believe before I came here. | 18:51:13 |
| 25 | Q. In connection with the deposition? | 18:51:18 |

MARK WARREN PEARY - 6/29/2011

Page 342

| 1 | right? | 18:52:34 |
| 2 | A. I believe so. | 18:52:38 |
| 3 | Q. And does this document, Exhibit 21, contain | 18:52:38 |
| 4 | any provisions in it that deal with agreements with | 18:52:48 |
| 5 | the Siegels or getting the consent of the Siegels? | 18:52:55 |
| 6 | MR. TOBEROFF: You have to read the | 18:53:05 |
| 7 | document. | 18:53:06 |
| 8 | MR. PETROCELLI: I'm talking about the | 18:53:07 |
| 9 | parts that are omitted. The redacted parts. | 18:53:08 |
| 10 | MR. TOBEROFF: He can't testify as to the | 18:53:13 |
| 11 | redacted parts, obviously. | 18:53:15 |
| 12 | Instruct you not to answer any questions | 18:53:18 |
| 13 | about the redacted parts. | 18:53:18 |
| 14 | (Unanswered question.) | 18:53:21 |
| 15 | MR. PETROCELLI: With resp- -- yeah, | 18:53:21 |
| 16 | because I can read the parts that have been produced | 18:53:22 |
| 17 | to us. | 18:53:24 |
| 18 | Q. Based on your review of the entire | 18:53:25 |
| 19 | document, was there any reference in the document to | 18:53:27 |
| 20 | the Siegels? | 18:53:29 |
| 21 | MR. TOBEROFF: Instruct you not to answer. | 18:53:33 |
| 22 | (Unanswered question.) | 18:53:34 |
| 23 | BY MR. PETROCELLI: | 18:53:34 |
| 24 | Q. Was there -- is there any reference in the | 18:53:36 |
| 25 | document to Superboy? | 18:53:38 |

Merrill  Corporation  -  Los Angeles
800-826-0277                         www.merrillcorp.com/law

**EXHIBIT A**
**27**

MARK WARREN PEARY — 6/29/2011

Page 343

| | | |
|---|---|---|
| 1 | MR. TOBEROFF:  Are you asking him | 18:53:43 |
| 2 | whether -- about the omitted portions in the | 18:53:44 |
| 3 | document? | 18:53:46 |
| 4 | MR. PETROCELLI:  Yes. | 18:53:46 |
| 5 | MR. TOBEROFF:  Okay. | 18:53:47 |
| 6 | MR. PETROCELLI:  In other words, I can read | 18:53:47 |
| 7 | the portion -- | 18:53:48 |
| 8 | MR. TOBEROFF:  Since you're concerned about | 18:53:49 |
| 9 | your time, we can save a lot of time, I'm going to | 18:53:50 |
| 10 | instruct him not to answer any question as to the | 18:53:53 |
| 11 | redacted portions of the agreement that have been | 18:53:55 |
| 12 | upheld by the court. | 18:53:58 |
| 13 | (Unanswered question.) | 18:54:00 |
| 14 | BY MR. PETROCELLI: | 18:54:00 |
| 15 | Q.  Have you been aware of any efforts to | 18:54:18 |
| 16 | market any rights for Superman that you or the | 18:54:24 |
| 17 | estate may own? | 18:54:30 |
| 18 | A.  No. | 18:54:31 |
| 19 | Q.  Are you aware that Mr. -- of any efforts by | 18:54:35 |
| 20 | Mr. Toberoff to approach third parties, like motion | 18:54:38 |
| 21 | picture studios or others, to try to sell an | 18:54:47 |
| 22 | interest in Superman? | 18:54:54 |
| 23 | MR. TOBEROFF:  Instruct you not to answer | 18:54:54 |
| 24 | as to any awareness that can only be based on the | 18:54:54 |
| 25 | substance of communications between us. | 18:54:58 |

**EXHIBIT A**
**28**

MARK WARREN PEARY - 6/29/2011

Page 352

| | | |
|---|---|---|
| 1 | that subject? | 19:04:50 |
| 2 | MR. TOBEROFF:  Same instruction. | 19:04:51 |
| 3 | (Unanswered question.) | 19:04:51 |
| 4 | BY MR. PETROCELLI: | 19:04:51 |
| 5 | Q.  Are you incapable of having a thought on | 19:04:55 |
| 6 | that subject that does not involve Marc Toberoff? | 19:04:57 |
| 7 | MR. TOBEROFF:  Argumentative. | 19:05:01 |
| 8 | MR. PETROCELLI:  It's definitely not | 19:05:02 |
| 9 | argumentative. | 19:05:04 |
| 10 | Q.  In your role as executor of the estate, is | 19:05:07 |
| 11 | it your testimony that you have been able to -- you | 19:05:10 |
| 12 | can't do anything or even think of anything that | 19:05:15 |
| 13 | doesn't involve the legal advice of Marc Toberoff? | 19:05:17 |
| 14 | A.  That's correct. | 19:05:22 |
| 15 | Q.  Okay.  So everything that you do and | 19:05:25 |
| 16 | everything that you know as the executor of the | 19:05:27 |
| 17 | estate is based on the legal advice of Marc | 19:05:32 |
| 18 | Toberoff? | 19:05:37 |
| 19 | MR. TOBEROFF:  Vague. | 19:05:37 |
| 20 | THE WITNESS:  Yes.  Follow my counsel. | 19:05:41 |
| 21 | BY MR. PETROCELLI: | 19:05:43 |
| 22 | Q.  And -- well, I didn't ask you whether you | 19:05:43 |
| 23 | follow your counsel.  I'm asking you in your role | 19:05:45 |
| 24 | as -- you're executor, you don't have any judgment | 19:05:47 |
| 25 | or any ideas or any thoughts other than what | 19:05:54 |

**EXHIBIT A**
**29**

MARK WARREN PEARY - 6/29/2011

Page 353

| | | |
|---|---|---|
| 1 | Toberoff discusses with you. | 19:06:00 |
| 2 | Is that correct? | 19:06:00 |
| 3 | MR. TOBEROFF:  Misstates his testimony. | 19:06:03 |
| 4 | You can answer. | 19:06:04 |
| 5 | THE WITNESS:  That's correct. | 19:06:07 |
| 6 | BY MR. PETROCELLI: | 19:06:07 |
| 7 | Q.  Do you believe you're fit to be an executor | 19:06:16 |
| 8 | under those circumstances? | 19:06:18 |
| 9 | A.  Yes. | 19:06:22 |
| 10 | Q.  Have you disclosed to the court that you | 19:06:27 |
| 11 | refuse to say anything about your thinking, your | 19:06:29 |
| 12 | judgement, your thoughts or your actions because | 19:06:36 |
| 13 | everything is based on conversations with Marc | 19:06:38 |
| 14 | Toberoff as to which you will claim the privilege? | 19:06:41 |
| 15 | Is that something that you indicated to the probate | 19:06:43 |
| 16 | court when you sought permission to act as executor? | 19:06:46 |
| 17 | MR. TOBEROFF:  Misstates testimony and the | 19:06:53 |
| 18 | assertion of privilege. | 19:06:55 |
| 19 | THE WITNESS:  No. | 19:06:56 |
| 20 | BY MR. PETROCELLI: | 19:06:56 |
| 21 | Q.  Do you understand that you have fiduciary | 19:06:58 |
| 22 | duties to people other than your mother as the | 19:06:59 |
| 23 | beneficiary? | 19:07:07 |
| 24 | MR. TOBEROFF:  Calls for a legal | 19:07:08 |
| 25 | conclusion.  Lacks foundation.  Assumes facts. | 19:07:09 |

Merrill  Corporation  -  Los Angeles
800-826-0277                                www.merrillcorp.com/law

**EXHIBIT A**
**30**

MARK WARREN PEARY - 6/29/2011

Page 363

1       STATE OF CALIFORNIA    )
                               )   ss.
2       COUNTY OF LOS ANGELES  )

3

4              I, Shanda Gabriel, Certified Shorthand

5       Reporter, Certificate No. 10094, for the State of

6       California, hereby certify:

7              I am the deposition officer that

8       stenographically recorded the testimony in the

9       foregoing deposition;

10             Prior to being examined the witness was by

11      me first duly sworn;

12             The foregoing transcript is a true record

13      of the testimony given.

14

15      Dated   July 14, 2011

16

17                      _____
                        Shanda Gabriel
18                      CSR 10094

19

20

21

22

23

24

25

**EXHIBIT A**
**31**

Aug 12 11 04:49p       M. Warren Peary                                505-466-4551               p.1

## ERRATA SHEET

| Page | Line | | |
|------|------|--------|------|
| 54 | 23 | Change: | From "Yes." to "Yes, but it's not called that." |
| | | Reason: | Clarification |
| 61 | 13 | Change: | From "No." to "No, except for the letter between Mr. Toberoff and Mr. Bergman." |
| | | Reason: | Clarification |
| 61 | 15 | Change: | From "Yes." to "Yes, including the letter between Mr. Toberoff and Mr. Bergman." |
| | | Reason: | Clarification |
| 95 | 7-8 | Change: | From "I believe that — that I am and the Siegels and Mr. Toberoff." to "I am and Mr. Toberoff." |
| | | Reason: | Clarification |
| 95 | 10 | Change: | From "2010, I believe." to "2008." |
| | | Reason: | Clarification |
| 95 | 12 | Change: | From "Yeah, if my memory is right." to "No." |
| | | Reason: | Clarification |
| 100 | 19 | Change: | From "Yes." to "No, by me and Mr. Toberoff." |
| | | Reason: | Clarification |
| 101 | 15 | Change: | From "I don't recall." to "Yes." |
| | | Reason: | Clarification |
| 101 | 18 | Change: | From "I don't recall, no, having done so." to "I signed a conflict waiver in 2008." |
| | | Reason: | Clarification |
| 235 | 9 | Change: | From "2003" to "2002" |
| | | Reason: | Clarification |
| 341 | 24 | Change: | From "other than that" to "other than that and the conflict waivers." |
| | | Reason: | Clarification |

___ Subject to the above changes, I certify that the transcript is true and correct.
_✓_ No changes have been made. I certify that the transcript is true and correct.

_Mark Warren Peary_
(Signature)

_8-12-11_
(Date)

Received   Aug-12-11  02:18pm      From-505 466 4551              To-                Page  001

**EXHIBIT A**
**32**