# EXHIBIT B

# Part 2 of 9

O'MELVENY & MYERS LLP
July 11, 2011 - Page 11

1988) ("By using a document to refresh recollection in connection with testimony at deposition, a privilege or protection which previously attached to the document may be waived.").

$$* \quad * \quad *$$

Please let us know when you are available to meet and confer on these issues.

Very truly yours,

/s/ Daniel M. Petrocelli

Daniel M. Petrocelli
of O'MELVENY & MYERS LLP

CC1:852626

ROUGH DRAFT

1          WARNING!  The following is a rough draft of

2     the within deposition transcript which has been

3     provided upon request with the specific

4     understanding and acknowledgment that:

5          Such transcript is not in final form and is

6     not an official transcript of the proceedings.  The

7     nature of stenographic writing necessitates that the

8     reporter may have to make various corrections and/or

9     changes as a result of human error and/or

10     stenographic notes not being fully translated by the

11     equipment from steno to English.  As a result, the

12     final transcript may vary significantly.

13          Such transcript is being provided as a

14     special service, to be used for limited purposes as

15     may be appropriate in the discretion of the

16     recipient; however, the reporter and/or Merrill

17     Solutions will not be responsible for any of the

18     content of such transcript and/or any variance from

19     the final official transcript.

09:10:32 20

09:10:32 21

22

23

24

25

                                                            1

ROUGH DRAFT

10:28:58  1          THE VIDEOGRAPHER:  Good morning.  This

10:28:59  2    marks the beginning of Volume I, Videotape Number 1

10:29:02  3    in the deposition of Marc Warren Peary in the matter

10:29:07  4    entitled "DC Comics versus Pacific Pictures

10:29:11  5    Corporation et al., filed in the United States

10:29:14  6    District Court for the Central District of

10:29:16  7    California.  This is case number 1036330 DW R Z X.

10:29:23  8    Today date is June 29, 2011 and the time on the

10:29:27  9    video monitor is 10:28 a.m.  The video operator

10:29:30 10    today is Fritz Sperberg, a notary public, contracted

10:29:33 11    by Merrill Legal Solutions at 20750 Ventura

10:29:37 12    Boulevard, Woodland Hills, California.

10:29:40 13          This video deposition is taking place at

10:29:42 14    1999 Avenue Of The Stars and in Los Angeles and was

10:29:45 15    noticed by Daniel M. Petrocelli of O'Melveny &

10:29:48 16    Myers.

10:29:49 17          Counsel, please identify yourselves and

10:29:51 18    state whom you represent.

10:29:52 19          MR. PETROCELLI:  Daniel Petrocelli for

10:29:55 20    plaintiff DC Comics.

10:29:57 21          MR. TOCORO:  Jason Tocoro for plaintiff DC

10:29:59 22    comics.

10:30:00 23          MR. TOBEROFF:  Marc Toberoff for defendants

10:30:02 24    Laura Siegel Larson and Marc Warren Peary.

10:30:06 25          THE VIDEOGRAPHER:  Our court reporter today

                                                                    2

**EXHIBIT B**
**45**

ROUGH DRAFT

10:30:09  1    is Shanda Gabriel of Merrill.  Would the reporter

10:30:11  2    please swear in the witness.

10:30:12  3

10:30:12  4                    WARREN PEARY,

10:30:12  5            having been first duly sworn, was

10:30:12  6            examined and testified as follows:

10:30:19  7

10:30:19  8            THE VIDEOGRAPHER:  Please begin.

10:30:19  9

10:30:19 10                    EXAMINATION

10:30:19 11    BY MR. PETROCELLI:

10:30:21 12        Q.  Good morning, Mr. Perry.

10:30:24 13        A.  Good morning.

10:30:25 14        Q.  We're starting at 10:30 rather than the

10:30:27 15    noticed time of 9:30 because Mr. Toberoff informed

10:30:33 16    me this morning of car problems.  So we'll probably

10:30:38 17    have to go later than anticipated but hopefully

10:30:42 18    we'll get through this today.

10:30:43 19            Marc, all the defendants counsel were

10:30:50 20    noticed for the deposition.  The other counsel is

10:30:54 21    not present but we're going to proceed in their

10:30:58 22    absence.  They were given full notice?

10:30:59 23            MR. TOBEROFF:  They're not attending today.

10:31:01 24            MR. PETROCELLI:  Okay.

10:31:04 25        Q.  Let me mention to you, Mr. Perry, that I've

3

ROUGH DRAFT

10:31:10  1    reviewed the deposition that you gave in the Siegel

10:31:13  2    case on November 11, 2006 and it was a somewhat

10:31:23  3    brief deposition.  This will be lengthier.  It's not

10:31:26  4    my intention to duplicate what you were already

10:31:34  5    asked although I will be from time to time picking

10:31:36  6    up on things that were touched upon this that

10:31:39  7    deposition and following up.

10:31:41  8          So I do want you to know that I'm mindful

10:31:45  9    of what your prior testimony is and if you want a --

10:31:48 10    I think you have a copy in front of you mark but if

10:31:51 11    you need to consult a copy I have one.

10:32:01 12          So first let me start by expanding a bit on

10:32:04 13    your background.

10:32:05 14          You were born on January 14, 1962.

10:32:05 15          Is that right?

10:32:08 16    A.   Yes on.

10:32:08 17    Q.   And so you're 49 years old right now?

10:32:10 18    A.   Yes.

10:32:12 19    Q.   And you have never been married, correct?

10:32:12 20    A.   Correct.

10:32:15 21    Q.   And you have no children.

10:32:15 22          Is that right?

10:32:18 23    A.   Correct.

10:32:18 24    Q.   You live in Albuquerque?

10:32:20 25    A.   Santa Fe.

4

**EXHIBIT B**
**47**

ROUGH DRAFT

10:32:21  1        Q.  Santa Fe, New Mexico?

10:32:23  2            Do you live alone?

10:32:25  3        A.  No.

10:32:25  4        Q.  With whom do you reside?

10:32:27  5        A.  I share a house with my family, other

10:32:31  6    family members.

10:32:32  7        Q.  Who are they?

10:32:33  8        A.  My mother and sister.

10:32:36  9        Q.  And your mother is Jean Peavy.

10:32:38 10            Is that right?

10:32:38 11        A.  Yes.

10:32:39 12        Q.  And your sister is Dawn Peavy?

10:32:42 13        A.  Yes.

10:32:44 14        Q.  D-a-w-n, right?

10:32:45 15        A.  Right.

10:32:45 16        Q.  Anyone else reside with you?

10:32:48 17        A.  No.

10:32:51 18        Q.  Okay.  Dawn was born October 1965.

10:32:51 19            Is that right?

10:32:51 20        A.  Yes.

10:32:55 21        Q.  Okay.  She has three children?

10:32:58 22        A.  Yes.

10:33:00 23        Q.  Do they reside with you?

10:33:02 24        A.  She has a -- her youngest is -- is there

10:33:06 25    sometimes.

5

**EXHIBIT B**
**48**

ROUGH DRAFT

10:33:09  1          Q.  Do you know the ages of her children and

10:33:11  2    their names?

10:33:13  3          A.  Let's see, the youngest one is 19, and --

10:33:16  4          Q.  And what's the 19 year old's name?

10:33:18  5          A.  Jake.

10:33:20  6          Q.  Jake?

10:33:20  7          A.  Jake.

10:33:21  8          Q.  Last name?

10:33:21  9          A.  He uses -- I think he uses his -- his

10:33:28 10    father's last name, Anderson, I believe.

10:33:30 11          Q.  Okay.

10:33:30 12          A.  I don't use it that much.

10:33:32 13          Q.  Jake Anderson.  19 years old.  And who are

10:33:35 14    the other two?

10:33:36 15          A.  Other 20 -- you want their age or --

10:33:40 16          Q.  Both name and age.

10:33:42 17          A.  Okay.  Nicole and -- let me see, I haven't

10:33:51 18    seen them in a long time.  They live in different

10:33:54 19    cities and I haven't seen them in a very long time

10:33:57 20    so let's see, Nicole and --

10:34:02 21          Q.  Starting with Nicole, how old is Nicole?

10:34:05 22          A.  She's something like 23 or -4.

10:34:06 23          Q.  And where -- what's Nicole's last name?

10:34:09 24          A.  She uses her mother's last name.

10:34:11 25          Q.  Peavy?

6

**EXHIBIT B**
**49**

ROUGH DRAFT

10:34:12  1        A.  Yes.  Yeah.

10:34:15  2        Q.  And who is the third child?

10:34:17  3        A.  Let me see.  I haven't seen him in such a

10:34:20  4    long time.  You're making my -- what is it his name?

10:34:29  5    I haven't seen him in a long time.  He lives far

10:34:31  6    away.

10:34:31  7        Q.  You don't know his name?

10:34:33  8        A.  I do. But I'm not recalling it at the

10:34:35  9    moment.

10:34:35 10        Q.  Do you know his age?

10:34:36 11        A.  He is something -- I -- I don't know, late

10:34:38 12    twenties.

10:34:39 13        Q.  I take it it's a mail?

10:34:40 14        A.  Yes.

10:34:42 15        Q.  Okay.

10:34:42 16        A.  Yes.

10:34:42 17        Q.  And where does Jake Anderson live?  What he

10:34:47 18    city?

10:34:47 19        A.  The youngest, Jake, he's -- sometimes he's

10:34:50 20    with us and sometimes he's elsewhere where.

10:34:58 21        Q.  Elsewhere meaning where?

10:34:58 22        A.  I -- I -- I think he has a girlfriend that

10:35:01 23    he stays with if you want --

10:35:02 24        Q.  In Santa Fe?

10:35:03 25        A.  Yes, if you want the details.

7

**EXHIBIT B**
**50**

ROUGH DRAFT

10:35:04  1          Q.   No, I just want to know the city?

10:35:06  2          A.   Okay.

10:35:06  3          Q.   And Nicole lives in what city?

10:35:08  4          A.   She's in Denver.

10:35:09  5          Q.   Denver.  And the -- older boy, you don't

10:35:12  6    remember?

10:35:12  7          A.   He -- he's -- he's in El Paso.

10:35:19  8          Q.   How long have you revieweded with your

10:35:26  9    sister Dawn?

10:35:28  10         A.   She's been with us since 2001 or 2,

10:35:40  11   somewhere in there.

10:35:40  12         Q.   Continuously to the present?

10:35:42  13         A.   Yes.

10:35:44  14         Q.   Okay.  And how long have you resided with

10:35:45  15   your mother Jean?

10:35:47  16         A.   We -- we've been there since -- since 1999.

10:36:00  17         Q.   How old is your mom now?

10:36:01  18         A.   90.

10:36:04  19         Q.   And how is her health?

10:36:05  20         A.   It's -- it's fair.  She had a stroke two

10:36:09  21   years ago.

10:36:13  22         Q.   Do you have full time healthcare for her,

10:36:17  23   like a caretaker?

10:36:19  24         A.   I'm -- I serve as a caretaker quite often.

10:36:22  25         Q.   Okay.  But other than the family members,

8

**EXHIBIT B**

**51**

ROUGH DRAFT

10:36:25 1    is there a professional caretaker?

10:36:26 2        A.  No.

10:36:30 3        Q.  Okay.  Your father was William Peavy?

10:36:33 4        A.  Yes.

10:36:33 5        Q.  And he passed away in 1996?

10:36:35 6        A.  That's correct.

10:36:49 7        Q.  And your dad wrote books and was a teacher?

10:36:52 8        A.  Well, he -- he did.  He had -- he had a

10:36:57 9    long career.

10:36:58 10       Q.  As a -- as a teacher and an author?

10:37:00 11       A.  You want his last position before he

10:37:05 12   retired or --

10:37:06 13       Q.  Just in general idea of his?

10:37:07 14       A.  In general,.

10:37:08 15       Q.  Professional background?

10:37:09 16       A.  Yeah, he was civil servant.

10:37:11 17       Q.  Working for whom?

10:37:12 18       A.  He worked for the Texas A&M extension

10:37:17 19   service.

10:37:17 20       Q.  What is that?

10:37:18 21       A.  Texas A&M steps service.

10:37:20 22       Q.  Oh the university?

10:37:21 23       A.  It's a branch of the university.

10:37:23 24       Q.  Okay.  Now what about your employment?  Can

10:37:27 25   you briefly trace it for me?

9

**EXHIBIT B**
**52**

ROUGH DRAFT

10:37:28  1          A.   I've been doing investment work.

10:37:31  2          Q.   I saw from your prior -- your deposition in

10:37:35  3     the Siegel case that you have a two-year degree from

10:37:39  4     I think it's Texas El Paso.

10:37:39  5               Is that right?

10:37:39  6          A.   Yes.

10:37:42  7          Q.   And you went there right out of high

10:37:44  8     school?

10:37:45  9          A.   Yes.

10:37:46  10         Q.   And so what have you been doing

10:37:49  11    occupationly from the time you left college, Texas

10:37:53  12    El Paso, to the present?

10:37:55  13         A.   You want everything I've done or just --

10:37:58  14         Q.   If you can summarize it that would be

10:38:00  15    helpful?

10:38:00  16         A.   Summarize it.  I've done a lot of different

10:38:04  17    things.  I built.

10:38:05  18         Q.   Can you do it in chronological order for

10:38:08  19    me?

10:38:08  20         A.   I can try.

10:38:10  21         Q.   Sure?

10:38:11  22         A.   I built homes for a time and sold real

10:38:14  23    estate for a time.

10:38:18  24         Q.   While living in?

10:38:18  25         A.   In El Paso.

10

ROUGH DRAFT

| | | |
|---|---|---|
| 10:38:20 | 1 | Q. In El Paso. |
| 10:38:27 | 2 | A. Yes. And then I -- I -- I had a stint |
| 10:38:34 | 3 | selling insurance as well and then I -- I got |
| 10:38:40 | 4 | involved in trading and investing at a later time. |
| 10:38:47 | 5 | Q. Trading and investing in what? |
| 10:38:48 | 6 | A. Yes. I started off in trading futures. |
| 10:38:55 | 7 | Q. Commodities? |
| 10:38:56 | 8 | A. Yes. And then later on branched out more |
| 10:39:04 | 9 | into equity investments and that type of thing and |
| 10:39:08 | 10 | that's been my primary activity for quite a few |
| 10:39:11 | 11 | years. |
| 10:39:11 | 12 | Q. To the present? |
| 10:39:12 | 13 | A. Yes. |
| 10:39:14 | 14 | Q. And you've also written some books from |
| 10:39:17 | 15 | time to time? |
| 10:39:17 | 16 | A. Yes. |
| 10:39:18 | 17 | Q. How many books have you authored? |
| 10:39:19 | 18 | A. Two. |
| 10:39:21 | 19 | Q. And do you coauthor or book with your |
| 10:39:25 | 20 | father? |
| 10:39:25 | 21 | A. Did I. |
| 10:39:25 | 22 | Q. Is that in addition to the two books or one |
| 10:39:28 | 23 | of the two he? |
| 10:39:28 | 24 | A. No, that's one of the two. |
| 10:39:30 | 25 | Q. And what was that book? |

11

**EXHIBIT B**
**54**

ROUGH DRAFT

10:39:31 1      A.  What was the title of it.

10:39:33 2      Q.  Yeah the one you did with your dad?

10:39:34 3      A.  It was called super nutrition gardening.

10:39:37 4      Q.  The one you did on your own?

10:39:38 5      A.  It was called the greatest health secrets.

10:39:41 6      Q.  Okay.  You mentioned at the deposition in

10:39:44 7  November of 2006 that you were working on a screen

10:39:49 8  play of Joe Shuster's life?

10:39:52 9      A.  Yes.

10:39:52 10     Q.  Do you recall that?

10:39:52 11     A.  Yes.

10:39:54 12     Q.  Have you continued to work on that?

10:39:55 13     A.  No.

10:39:58 14     Q.  Have you written any other material

10:40:05 15  regarding either Joe Shuster -- about either Joe

10:40:10 16  Shuster or Jerry Siegel?

10:40:12 17     A.  No..

10:40:13 18     Q.  Have you been on any -- have you

10:40:19 19  participated in any presentations or pitches to

10:40:22 20  third parties about acquiring options for any work

10:40:29 21  that you've done?

10:40:30 22     A.  At one time.

10:40:34 23         MR. TOBEROFF:  Meaning -- meaning --

10:40:35 24         THE WITNESS:  On a screen play?

10:40:37 25         MR. TOBEROFF:  Authored work.

12

**EXHIBIT B**
**55**

ROUGH DRAFT

10:40:37 1        MR. PETROCELLI:  Yeah.

10:40:38 2        Q.  Any work that you've authored or -- yeah.

10:40:40 3    Any work that you authored?

10:40:41 4        A.  On any screen play or -- I have other

10:40:44 5    screenplays I've also worked on so.

10:40:46 6        MR. TOBEROFF:  He's just talk about any

10:40:47 7    literary work.

10:40:51 8        THE WITNESS:  I've been offered options on

10:40:53 9    other screenplays, yes.

10:40:53 10   BY MR. PETROCELLI:

10:40:54 11       Q.  Have any of them been developed?

10:40:57 12       A.  No.

10:40:58 13       Q.  Have any of the screenplays concerned at

10:41:02 14   all the life of Joe Shuster the ones that have been

10:41:09 15   optioned

10:41:09 16       A.  There was one that was.

10:41:11 17       Q.  Was optioned?

10:41:13 18       A.  It has expired so it's not active.

10:41:16 19       Q.  Now, was that -- what was the underlying

10:41:19 20   work that was optioned?

10:41:19 21       A.  Screen play.

10:41:19 22       Q.  Was that the screen play to which you add

10:41:23 23   verdict in your deposition in 2006?

10:41:24 24       A.  Yes, yes.

10:41:25 25       Q.  And it was after your deposition that you

13

**EXHIBIT B**

**56**

ROUGH DRAFT

10:41:30 1    optioned it?

10:41:33 2            A.  I'm not -- I'm not sure of the exact.  I

10:41:36 3    don't -- I really don't recall the exact date on

10:41:40 4    that.

10:41:41 5            Q.  Did you option it to Ilya Salkind?

10:41:44 6            A.  Yes.

10:41:44 7            Q.  Okay.

10:41:52 8            Q.  And the option was renewed?

10:41:53 9            A.  No.

10:41:59 10           Q.  How much did you receive for the option?

10:42:01 11           A.  We weren't paid anything up front.

10:42:04 12           Q.  Okay.  Did the -- how long was the option?

10:42:08 13           A.  I believe it was a year.

10:42:10 14           Q.  Did it expire?

10:42:11 15           A.  Yes, it did.

10:42:11 16           Q.  And has anything happened to that screen

10:42:15 17   play since the expiration of the option to

10:42:17 18   Mr. Salkind?

10:42:18 19           A.  No.  We have no sales or options.

10:42:22 20           Q.  Have you attempted to present or pitch the

10:42:27 21   screen play to anyone else?

10:42:29 22           A.  No, I have not.

10:42:36 23           Q.  How many pages is that screen play?

10:42:37 24           A.  130.

10:42:43 25           Q.  And have you done any further work on it

                                                              14

ROUGH DRAFT

10:42:45  1     since the time you optioned it?

10:42:51  2         A.  Nothing substantial.

10:42:54  3         Q.  And is the screen play about the life of

10:42:56  4     Joe Shuster?

10:42:57  5         A.  Yes.

10:43:00  6         Q.  When you wrote the screen play, did you

10:43:02  7     collect a -- a file on Joe Shuster from which you

10:43:07  8     put together your screen play?

10:43:08  9         A.  I did.  Historical background research.

10:43:12  10        Q.  What were the years when you wrote the

10:43:14  11    screen play?

10:43:15  12        A.  1996, I started.  Up until the early 2000s.

10:43:27  13        Q.  When your uncle died, he died in July of

10:43:29  14    1992.

10:43:29  15            Is that right?

10:43:29  16        A.  Yes.

10:43:33  17        Q.  And after he passed, you were involved in

10:43:38  18    collecting his belongings?

10:43:40  19        A.  Yes.

10:43:43  20        Q.  You went out to his apartment in

10:43:44  21    Los Angeles with your mom?

10:43:46  22        A.  Yes.

10:43:48  23        Q.  And did you then take possession of some of

10:43:55  24    his papers and library of comic book materials,

10:44:01  25    whatever he had, drawings, things like that?

15

**EXHIBIT B**
**58**

ROUGH DRAFT

10:44:04  1          A.  There were -- there were very limited

10:44:06  2     papers and we didn't find any vintage comics,

10:44:10  3     unfortunately, which would have been worth a lot.

10:44:13  4     He didn't have any.  There were some limited papers

10:44:19  5     but nothing -- nothing significant.  Mostly personal

10:44:22  6     items.

10:44:24  7          Q.  Where did you get the materials that you

10:44:26  8     used for your book?

10:44:27  9          A.  The book?

10:44:30 10          Q.  Excuse me, the screen play.

10:44:34 11          A.  The materials it came from historical

10:44:37 12     research.

10:44:38 13          Q.  About Joe?

10:44:39 14          A.  Yes.  I had a lot of -- a lot of vintage

10:44:46 15     articles that came from the -- the era which is

10:44:51 16     probably unusual to have a lot of material.  That's

10:44:55 17     where most of it came from.

10:44:57 18          Q.  You collected this on your own?

10:44:58 19          A.  Yes.

10:44:59 20          Q.  By doing public record searches?

10:45:02 21          A.  Yes.  And family files.

10:45:05 22          Q.  Who -- who had possession of the family

10:45:07 23     files?

10:45:07 24          A.  My mother had collected articles throughout

10:45:11 25     the years.

16

**EXHIBIT B**
**59**

ROUGH DRAFT

10:45:12  1        Q.  And those articles are in your home where

10:45:14  2    you and your mother now live, right?

10:45:17  3        A.  Oh, I -- I guess so.  It's just old

10:45:23  4    magazine articles.

10:45:28  5        Q.  Did you retrieve any materials from Joe

10:45:32  6    apartment after his death that you put in your file

10:45:37  7    for use in writing your screen play?

10:45:39  8        A.  I -- I don't recall getting any papers from

10:45:42  9    his apartment.  He didn't have much.

10:45:46 10        Q.  What about during his lifetime?  Did he

10:45:50 11    ever give you any material, any papers, any

10:45:53 12    writings, any of his drawings, any comic books,

10:45:56 13    things like that, that you've collected and saved?

10:45:59 14        A.  We -- we had a vintage drawing, a few

10:46:05 15    mementos is all.

10:46:06 16        Q.  Were you close to him?

10:46:08 17        A.  Somewhat.

10:46:11 18        Q.  So you were about 30 when he passed right?

10:46:14 19    You were born in 62, right?

10:46:15 20        A.  Yeah, that sounds correct.

10:46:18 21        Q.  And you had known him since you were a

10:46:21 22    small boy?

10:46:21 23        A.  Yes.  Not real closely but I did know him.

10:46:28 24        Q.  He had no children, right?

10:46:28 25        A.  Correct.

17

**EXHIBIT B**
**60**

ROUGH DRAFT

10:46:30 1        Q.  But he had been married once?

10:46:31 2        A.  Briefly.

10:46:36 3        Q.  What years was he married?

10:46:37 4        A.  1979, I believe.

10:46:43 5        Q.  Did you attend his wedding?

10:46:45 6        A.  No.

10:46:46 7        Q.  Did he and his wife elope?

10:46:49 8        A.  Excuse me?

10:46:50 9        Q.  Did they elope, they went off on their own

10:46:53 10   and got married without a sarah -- you know a

10:46:56 11   ceremony for the family?

10:46:57 12       A.  I'm not aware of the circumstances of their

10:47:01 13   marriage.

10:47:01 14       Q.  What was his wife's name?

10:47:02 15       A.  I'm not sure I can recall.  I never met

10:47:11 16   her.

10:47:11 17       Q.  Never spoke with her?

10:47:12 18       A.  No.

10:47:13 19       Q.  Ever communicate at all with her in

10:47:16 20   writing?

10:47:16 21       A.  No, I did not.  It's like 1979, 80.  Last

10:47:20 22   time they were both.

10:47:22 23       Q.  Did you ever see her?

10:47:23 24       A.  I never met her.

10:47:24 25       Q.  Did you ever see a picture of her?

18

**EXHIBIT B**
**61**

ROUGH DRAFT

10:47:26  1        A.  Yes.

10:47:26  2        Q.  Where?

10:47:31  3        A.  Somehow we had -- we had a picture that I

10:47:33  4    had -- had I seen from -- I don't know what it was.

10:47:38  5    Maybe it was -- I don't remember.  Somewhere I did

10:47:40  6    see a picture of them but I never met her.

10:47:44  7        Q.  And Joe had how many nieces and nephews?

10:47:49  8        A.  Just myself and my sister.

10:47:59  9        Q.  Now, you -- I've seen his will or at least

10:48:03 10    a copy of the will and it names your mom, Jean, as

10:48:08 11    his sole beneficiary but identifies you as an

10:48:10 12    alternate beneficiary, as well as executor in the

10:48:17 13    event that she is unwilling or unable to serve.

10:48:19 14    You're generally familiar with that?

10:48:20 15        A.  Yes.

10:48:21 16        Q.  And I notice that your sister wasn't in

10:48:24 17    there.

10:48:25 18            Did your sister to your knowledge, not have

10:48:30 19    a good relationship with -- with your uncle Joe?

10:48:32 20        A.  No, it had nothing to do with that.

10:48:34 21        Q.  Do you have any understanding or belief why

10:48:37 22    only you were included, not your sister?

10:48:41 23            MR. TOBEROFF:  Don't speculate.

10:48:44 24            THE WITNESS:  My sister's provided for by

10:48:48 25    us so there's no problem with the relationship.

19

**EXHIBIT B**
**62**

ROUGH DRAFT

| | | |
|---|---|---|
| 10:48:53 | 1 | That's all I could say. |
| 10:48:53 | 2 | BY MR. PETROCELLI: |
| 10:48:56 | 3 | Q. When you said your sister is provided for |
| 10:48:58 | 4 | by us, who is the us? |
| 10:49:00 | 5 | A. Yeah, me and my mom. |
| 10:49:02 | 6 | Q. Have you been supporting your mom |
| 10:49:07 | 7 | financially since your dad passed? |
| 10:49:11 | 8 | A. I don't know if I am supporting her. We |
| 10:49:15 | 9 | have a mutual relationship where she needs my help |
| 10:49:21 | 10 | and I give it to her. |
| 10:49:23 | 11 | Q. Do you provide financial support to your |
| 10:49:25 | 12 | sister Dawn? |
| 10:49:28 | 13 | A. Somewhat but she has a job. |
| 10:49:30 | 14 | Q. What does she do for a living? |
| 10:49:32 | 15 | A. She works for a food distributor. |
| 10:49:36 | 16 | Q. In Santa Fe? |
| 10:49:36 | 17 | A. Yes. |
| 10:49:37 | 18 | Q. What's the name of the company? |
| 10:49:41 | 19 | A. It's called Labat SP. |
| 10:49:43 | 20 | Q. She's unmarried at the current time? |
| 10:49:47 | 21 | A. Yes. |
| 10:49:53 | 22 | Q. Are you familiar with a comic book blogger |
| 10:49:56 | 23 | named Dave Sims or Dave Sim, S-i-m? |
| 10:50:02 | 24 | A. I'm not sure I am. |
| 10:50:08 | 25 | Q. |

20

**EXHIBIT B**
**63**

ROUGH DRAFT

10:50:10   1          MR. TOBEROFF:  How do you spell that.

10:50:12   2          MR. PETROCELLI:  S IM.

10:50:13   3      Q.  Did your mom in the last four or five years

10:50:19   4   do an interview for Canadian broadcasting company,

10:50:22   5   CBC?

10:50:23   6      A.  I'm not aware of that.

10:50:26   7      Q.  I've taken the time while we were waiting

10:50:28   8   for you folks to arrive to pre-mark the deposition

10:50:32   9   exhibits that I intend to use.  Now, that said,

10:50:36  10   because I tend to move around a bit they're not

10:50:40  11   exactly in sequential order but let me start by

10:50:45  12   showing you just briefly an exhibit.  Which is a

10:50:47  13   copy of a blog by Mr. Sim about your family dated

10:50:53  14   February 19, 2007.  It's Exhibit 24?

10:51:00  15          MR. PETROCELLI:  Mark I started with 1

10:51:02  16   Exhibit 1.  Which I'll get to and I've numbered

10:51:09  17   exhibits starting with 1 since this is the first

10:51:12  18   deposition in the case.

10:51:13  19              (The document referred to was

10:51:13  20              marked for identification by the

10:51:13  21              C.S.R. as Exhibit ^ and attached to

10:51:16  22              this deposition.)

10:51:16  23   BY MR. PETROCELLI:

10:51:17  24      Q.  Have you ever seen this blog before or

10:51:19  25   this --

21

**EXHIBIT B**
**64**

ROUGH DRAFT

10:51:19  1        A.  No.

10:51:20  2        Q.  Excuse me, this particular addition of the

10:51:23  3    Mr. Sim's blog?

10:51:25  4        A.  No.  I'm not familiar with him.

10:51:28  5        Q.  Okay.  If you go to the second page, the

10:51:31  6    middle of the paragraph, the paragraph that starts

10:51:38  7    with, "Oh, here is a great one," a letter from Jean

10:51:46  8    and Dawn and Warren Shuster Peavy/Perry.

10:51:51  9            Do you see that?

10:51:51 10        A.  Yes.

10:51:53 11        Q.  And then it goes on to have some discussion

10:51:56 12    about -- about you and your sister and your mom.

10:52:00 13            Did you provide a letter to Mr. Sim?

10:52:06 14        A.  A letter?

10:52:06 15        Q.  Yeah.

10:52:16 16        A.  I don't recall having any dealings with

10:52:19 17    Sim.

10:52:19 18        Q.  Did you attend the inaugural Joe Shuster

10:52:23 19    awards at Toronto con it's Toronto and then c-o-n?

10:52:28 20        A.  No.

10:52:29 21        Q.  Do you know that your mother and sister

10:52:31 22    did?

10:52:32 23        A.  Yes.

10:52:32 24        Q.  What year was that?

10:52:40 25        A.  I'm not sure.  I didn't go.

22

**EXHIBIT B**
**65**

ROUGH DRAFT

10:52:41  1      Q.  Last -- was it in the last --

10:52:45  2      A.  Sometime after 2000.

10:52:46  3      Q.  Okay.  Are you aware of any letters that

10:52:50  4   they wrote to Mr. Sim, they being your sister or

10:52:54  5   your mother?

10:53:02  6      A.  No I don't believe I am.

10:53:03  7      Q.  And you'll see in this next paragraph that

10:53:05  8   follows at the very end there's a reference to some

10:53:08  9   of your screenplays.  Then there's some photographs

10:53:12  10  and the photograph on -- on the third page of

10:53:16  11  Exhibit 24 at the very bottom, is that you, your

10:53:19  12  mother, Jean and your sister, Dawn?

10:53:21  13     A.  Yes.

10:53:21  14     Q.  Okay.  And then there's the fourth page at

10:53:25  15  the top talks about the option arrangement with

10:53:28  16  Mr. Salkind.

10:53:29  17         Do you see that?

10:53:29  18     A.  Yes.

10:53:31  19     Q.  Okay.  And as far as you know, you didn't

10:53:34  20  provide any of this information to -- to Mr. Sim.

10:53:34  21         Is that right?

10:53:41  22     A.  I don't recall having any dealings with --

10:53:44  23  with Sim so I don't know where he got it.

10:53:46  24     Q.  And go to the -- the next page at the very

10:53:49  25  end which starts with so there you go?

23

ROUGH DRAFT

10:53:55  1       A.  Next page at the very end.  Uh-huh.

10:53:57  2       Q.  It says at the end stay tuned as we try to

10:54:01  3   track down Jean Shuster Peavy CVC interview.  Do you

10:54:06  4   know anything about that interview?

10:54:07  5       A.  No, I don't.

10:54:08  6       Q.  Okay.  When did you change your name from

10:54:17  7   Peavy to Peary?

10:54:18  8       A.  Some time in the early 1980s.

10:54:24  9       Q.  Did you legally change it?

10:54:26 10       A.  Yes.

10:54:26 11       Q.  Why did you do that?

10:54:27 12       A.  It was like a kind of a business type of

10:54:34 13   decision.  I was doing some acting at the time.

10:54:38 14   That was part of it.  I thought it had a better

10:54:40 15   sound, as actors frequently change their names so --

10:54:44 16       Q.  Did you --

10:54:45 17       A.  -- it had to do with that.

10:54:46 18       Q.  Did you appear in anything --

10:54:50 19       A.  I did.

10:54:51 20       Q.  -- that was previous to --

10:54:53 21       A.  I did local paid productions and did some

10:54:59 22   various auditions for a time but I didn't pursue it.

10:55:09 23       Q.  Are you also a musician?

10:55:12 24       A.  I have -- yes, I have done music.

10:55:14 25       Q.  Did you perform in a band called the Cotton

                                                                  24

**EXHIBIT B**
**67**