# EXHIBIT S

# PART 7 OF 7

LAURA SIEGEL LARSON - 7/22/2011

Page 329

| Time | Line | |
|---|---|---|
| 19:13:17 | 1 | MR. TOBEROFF: Same instruction. |
| 19:13:18 | 2 | THE WITNESS: Sitting here today, no. |
| 19:13:21 | 3 | MR. TOBEROFF: Not -- and if you did, you |
| 19:13:24 | 4 | could only disclose that to the extent that it's not |
| 19:13:26 | 5 | the product of your conversations with your attorney |
| 19:13:29 | 6 | or the analysis done by your attorneys on your behalf. |
| 19:13:32 | 7 | You understand that? You understand that? |
| 19:13:33 | 8 | THE WITNESS: Yes, I do. That goes without |
| 19:13:35 | 9 | saying. |
| | 10 | BY MR. PETROCELLI: |
| 19:13:35 | 11 | Q. Do you have a belief that DC Comics or Warner |
| 19:13:43 | 12 | Bros. is a potential purchaser of your rights? |
| 19:13:48 | 13 | A. Of course. |
| 19:13:49 | 14 | Q. Why do you believe that? |
| 19:13:51 | 15 | A. Well, they're one of many studios, and I |
| 19:13:55 | 16 | believe that they would have -- it would be in their |
| 19:13:58 | 17 | best interest to try to, you know, make a reasonable |
| 19:14:02 | 18 | deal with me. When I say reasonable, I mean, you |
| 19:14:06 | 19 | know, something that would be completely acceptable to |
| 19:14:09 | 20 | me. |
| 19:14:10 | 21 | Q. Do you know what that is? |
| 19:14:12 | 22 | A. Sitting here -- |
| 19:14:13 | 23 | MR. TOBEROFF: Same instruction. |
| 19:14:14 | 24 | THE WITNESS: Sitting here today, I cannot |
| 19:14:15 | 25 | give you an answer to that. |

```
19:14:19   1    BY MR. PETROCELLI:
19:14:20   2       Q.   Do you believe that because the Shusters have
19:14:26   3    asserted that their termination interest becomes
19:14:30   4    effective in 2013, that that will somehow enhance the
19:14:36   5    value of your Superman rights?
19:14:39   6       A.   Yes.
19:14:40   7            MR. TOBEROFF:  Same instruction.  You can
19:14:41   8    only answer that if you formed a belief as to that
19:14:44   9    independent of your advice of counsel.
19:14:46  10            THE WITNESS:  Yes, I do.
          11    BY MR. PETROCELLI:
19:14:49  12       Q.   Why do you believe that?
19:14:50  13       A.   Well --
19:14:53  14            MR. TOBEROFF:  I -- if you want -- don't
19:14:56  15    venture into this territory unless your answer to his
19:14:59  16    question is independent of any advice of counsel, and
19:15:02  17    if you can't separate the two, then I instruct you not
19:15:04  18    to answer.
19:15:06  19            THE WITNESS:  Just very simply, I think that
19:15:11  20    a whole is always more valuable than part, than a
19:15:14  21    part.
          22    BY MR. PETROCELLI:
19:15:15  23       Q.   Do you believe that between the Shuster
19:15:19  24    interest if and when it were to become effective and
19:15:22  25    the interests that you own, that that is the entirety
```

LAURA SIEGEL LARSON - 7/22/2011

Page 331

| | | |
|---|---|---|
| 19:15:26 | 1 | of the Superman interest? |
| 19:15:28 | 2 | A.  I'm sorry? |
| 19:15:29 | 3 | Q.  Do you believe that the Shuster interest and |
| 19:15:31 | 4 | the Siegel interest -- you said a whole is better than |
| 19:15:34 | 5 | a part or words to that effect.  Do you believe that |
| 19:15:37 | 6 | the Siegel termination interest and the Shuster |
| 19:15:41 | 7 | termination interest constitute 100 percent of the |
| 19:15:43 | 8 | interest in Superman? |
| 19:15:46 | 9 | MR. TOBEROFF:  Vague and ambiguous as to -- |
| 19:15:50 | 10 | vague and ambiguous. |
| 19:15:50 | 11 | THE WITNESS:  It depends on the time frame |
| 19:15:59 | 12 | that you're talking about. |
| | 13 | BY MR. PETROCELLI: |
| 19:15:59 | 14 | Q.  Well, do you understand that DC Comics owns |
| 19:16:00 | 15 | Superman rights that you don't have the ability to |
| 19:16:03 | 16 | recapture? |
| 19:16:04 | 17 | A.  As of today.  That may change. |
| 19:16:07 | 18 | Q.  As of any day. |
| 19:16:08 | 19 | A.  That may change. |
| 19:16:09 | 20 | Q.  How? |
| 19:16:10 | 21 | A.  There are court decisions that are yet to |
| 19:16:12 | 22 | come. |
| 19:16:12 | 23 | Q.  Assuming you win every single court decision |
| 19:16:15 | 24 | and assuming the Shusters win every single court |
| 19:16:18 | 25 | decision, is it your belief that the Shusters and the |

LAURA SIEGEL LARSON - 7/22/2011

Page 332

```
19:16:21   1   Siegels collectively could end up with every single
19:16:25   2   right associated with Superman?
19:16:28   3           MR. TOBEROFF:  Vague and ambiguous.  Again,
19:16:29   4   you're getting into legal territory here.
19:16:32   5           He's asking you for legal conclusions, and if
19:16:35   6   you can form an opinion independent of your advice of
19:16:38   7   counsel, you can only answer to that limited extent.
19:16:40   8   But if you can't or your opinions are so intertwined
19:16:44   9   with the advice of counsel that you can't, then I'm
19:16:47  10   instructing you not to answer.
19:16:49  11           MR. PETROCELLI:  Do you want to hear the
19:16:50  12   question back?
19:16:51  13           THE WITNESS:  No, I don't need to hear the
19:16:52  14   question.
19:16:53  15           You know, I really don't think that it's
19:16:55  16   appropriate for me to answer that.
          17   BY MR. PETROCELLI:
19:16:56  18      Q.   Why is that?
19:16:57  19      A.   Because it's too enmeshed in years of
19:17:02  20   discussions with legal counsel.
19:17:04  21      Q.   Are you aware that there are rights that DC
19:17:11  22   Comics and or Warner Bros. has that are not subject to
19:17:15  23   termination or recapture at all?  Is it your belief
19:17:20  24   that there are such Superman rights or Superboy
19:17:23  25   rights?
```

LAURA SIEGEL LARSON - 7/22/2011

Page 333

| Time | # | |
|---|---|---|
| 19:17:23 | 1 | MR. TOBEROFF: Same -- same instruction. I'm |
| 19:17:25 | 2 | instructing you not to answer that question because it |
| 19:17:27 | 3 | calls for a legal conclusion. So I don't have to ask |
| 19:17:30 | 4 | you whether it's unrelated to advise of counsel |
| 19:17:34 | 5 | MR. PETROCELLI: I didn't ask you for a legal |
| 19:17:34 | 6 | conclusion. I asked for your belief and understanding |
| 19:17:36 | 7 | in that regard. |
| 19:17:37 | 8 | MR. TOBEROFF: I'm instructing you not to |
| 19:17:39 | 9 | answer. It divulges attorney-client communications. |
| 19:17:42 | 10 | MR. PETROCELLI: You know, we're going to |
| 19:17:43 | 11 | stop right now. I have a ton more of documents, as |
| 19:17:45 | 12 | you can see, in front of you. |
| 19:17:47 | 13 | THE WITNESS: I'm begging you not to stop. |
| 19:17:49 | 14 | MR. PETROCELLI: I understand, but we can't |
| 19:17:51 | 15 | go any further. It's past quarter after 7:00, and I |
| 19:17:53 | 16 | have accommodated your schedule and your situation, |
| 19:17:58 | 17 | and I'm not being disrespectful, but there's no way |
| 19:18:02 | 18 | we're going to finish, and so we'll just have to fight |
| 19:18:05 | 19 | about it another day. |
| 19:18:06 | 20 | MR. TOBEROFF: I would like to know -- wait a |
| 19:18:07 | 21 | second. I would like to know how much time we have |
| 19:18:09 | 22 | been on the record. |
| 19:18:11 | 23 | THE VIDEOGRAPHER: At this point you're a |
| 19:18:15 | 24 | minute or two shy of seven hours. |
| 19:18:17 | 25 | MR. PETROCELLI: There you go. |

LAURA SIEGEL LARSON - 7/22/2011

Page 334

| | | |
|---|---|---|
| 19:18:18 | 1 | MR. TOBEROFF: So you're stopping a minute or |
| 19:18:20 | 2 | two shy of seven hours and you're not finishing the |
| 19:18:22 | 3 | deposition when you -- |
| 19:18:24 | 4 | MR. PETROCELLI: As you know, I made my |
| 19:18:26 | 5 | statement without having any knowledge of the time. |
| 19:18:28 | 6 | MR. TOBEROFF: Okay. Well, now you have -- |
| | 7 | MR. PETROCELLI: I don't have an internal |
| | 8 | clock. |
| 19:18:29 | 9 | MR. TOBEROFF: Now you have the knowledge of |
| 19:18:30 | 10 | the time, so -- and please let me finish. I didn't |
| 19:18:33 | 11 | interrupt you when you were speaking. |
| | 12 | MR. PETROCELLI: Sure. You can finish. |
| 19:18:35 | 13 | MR. TOBEROFF: You're not stopping as a |
| 19:18:38 | 14 | strategic effort a minute or two before seven hours to |
| 19:18:41 | 15 | continue the deposition. And you're smiling. It's |
| 19:18:43 | 16 | clear that that's what you're doing. So -- |
| 19:18:46 | 17 | MR. PETROCELLI: You are joking; right? |
| 19:18:47 | 18 | MR. TOBEROFF: Am I joking? It's obvious -- |
| 19:18:49 | 19 | excuse me. I'm allowed to speak. I'm not joking. |
| 19:18:52 | 20 | MR. PETROCELLI: You're going to embarrass |
| 19:18:54 | 21 | yourself. |
| 19:18:54 | 22 | THE WITNESS: You have one day of seven hours |
| 19:18:56 | 23 | of Ms. Siegel. She wants to continue to complete her |
| 19:19:00 | 24 | deposition. You refuse to do that even though she's |
| 19:19:02 | 25 | the one with M.S. and you're perfectly happy -- |

LAURA SIEGEL LARSON - 7/22/2011

Page 335

| Time | Line | Text |
|---|---|---|
| 19:19:06 | 1 | perfectly capable of finishing the deposition, but |
| 19:19:09 | 2 | you're choosing not to and choosing not to close the |
| 19:19:13 | 3 | deposition. This deposition is going to close after |
| 19:19:15 | 4 | today, and we will vigorously oppose you dragging her |
| 19:19:19 | 5 | back in here for more time because you have two |
| 19:19:22 | 6 | minutes left on your seven hours. |
| 19:19:25 | 7 | MR. PETROCELLI: You know, I will respond. |
| 19:19:26 | 8 | Okay? |
| 19:19:28 | 9 | I think your comments are disgraceful |
| 19:19:31 | 10 | especially in reference to the witness' condition |
| 19:19:34 | 11 | because I have done everything, frankly, beyond the |
| 19:19:39 | 12 | call of duty, to accommodate her, her illness, her |
| 19:19:43 | 13 | schedule, finding an office with a sofa so she can lie |
| 19:19:47 | 14 | down, in every -- |
|  | 15 | MR. TOBEROFF: No one -- no one -- |
| 19:19:47 | 16 | MR. PETROCELLI: Excuse me. I'm not |
| 19:19:48 | 17 | finished. |
| 19:19:49 | 18 | MR. TOBEROFF: I wasn't referring to that. |
| 19:19:51 | 19 | MR. PETROCELLI: Excuse me -- in every one of |
| 19:19:51 | 20 | the requests, and I have made it perfectly clear on |
| 19:19:52 | 21 | the record throughout that she is entitled to take as |
| 19:19:57 | 22 | many and as lengthy breaks as she wants knowing that |
| 19:20:00 | 23 | it was going to require us to work far, far later than |
| 19:20:05 | 24 | a normal schedule would. So I really find that |
|  | 25 | distasteful. |

LAURA SIEGEL LARSON - 7/22/2011

Page 336

| Time | Line | Text |
|---|---|---|
| 19:20:11 | 1 | Secondly -- |
| 19:20:11 | 2 | MR. TOBEROFF: I'm referring to the couple |
| 19:20:12 | 3 | minutes short of the seven hours, not to be |
|  | 4 | providing -- |
|  | 5 | MR. PETROCELLI: Time out. Don't -- |
| 19:20:13 | 6 | MR. TOBEROFF: -- for a room to lie down, |
|  | 7 | and -- |
|  | 8 | MR. PETROCELLI: I'm not finished. |
| 19:20:14 | 9 | MR. TOBEROFF: -- I thanked you for that. |
| 19:20:16 | 10 | MR. PETROCELLI: I'm not finished with my |
| 19:20:19 | 11 | statement. |
| 19:20:19 | 12 | Secondly, as you well know, I indicated that |
| 19:20:22 | 13 | we were stopping because the court reporter told me we |
| 19:20:28 | 14 | had three minutes and two minutes on the tape, and I |
| 19:20:33 | 15 | knew I wasn't going to possibly finish the deposition. |
| 19:20:36 | 16 | I had no idea whatsoever, of course, and you know I |
| 19:20:39 | 17 | didn't, that there was two minutes left to go to |
| 19:20:42 | 18 | complete seven hours. And for you to accuse me of |
| 19:20:46 | 19 | trying to make some kind of tactic about that, I want |
| 19:20:51 | 20 | to be real clear about that. I will cede the two |
| 19:20:54 | 21 | minutes to you. |
| 19:20:54 | 22 | MR. TOBEROFF: Okay. If you're ceding the |
| 19:20:58 | 23 | two minutes to me, then the deposition is over. |
| 19:20:58 | 24 | MR. PETROCELLI: No, it is not. |
| 19:20:58 | 25 | MR. TOBEROFF: Because you have seven hours |

LAURA SIEGEL LARSON - 7/22/2011

Page 337

| Time | # | |
|---|---|---|
| 19:20:59 | 1 | of deposition. |
| 19:20:59 | 2 | MR. PETROCELLI: I understand your position, |
| 19:21:01 | 3 | but, Marc, that's really quite sophomoric of you. You |
| 19:21:05 | 4 | don't decide when depositions are over. Courts decide |
| 19:21:09 | 5 | that. So I understand your position that you want to |
| 19:21:15 | 6 | resist this deposition from being continued to a later |
| 19:21:21 | 7 | date, but that's what I'm doing. |
| 19:21:23 | 8 | MR. TOBEROFF: Okay. |
| 19:21:23 | 9 | MR. PETROCELLI: And you obviously will |
| 19:21:26 | 10 | disagree about it, and we'll go to court about it. I |
| 19:21:28 | 11 | just want to be clear that I'm not going to make an |
| 19:21:31 | 12 | argument that I'm entitled to more time because |
| 19:21:34 | 13 | apparently there were one or two minutes left before |
| 19:21:37 | 14 | the seven hours. It's because I have not had enough |
| 19:21:41 | 15 | within seven hours to complete the examination given |
| 19:21:44 | 16 | the importance of this witness -- |
| 19:21:46 | 17 | MR. TOBEROFF: Just so -- |
| 19:21:47 | 18 | MR. PETROCELLI: -- and we will argue about |
| 19:21:48 | 19 | it another day. |
| 19:21:49 | 20 | MR. TOBEROFF: Just to be clear, my reference |
| 19:21:52 | 21 | to tactics doesn't refer to the two minutes left on |
| 19:21:56 | 22 | the seven hours. It refers -- because I said the same |
| 19:21:59 | 23 | exact thing to you when you told me you were going to |
| 19:22:02 | 24 | stop at 6:00. I objected at that point. And this |
| 19:22:06 | 25 | isn't state court, and I think you're confusing the |

LAURA SIEGEL LARSON - 7/22/2011

Page 338

| | | |
|---|---|---|
| 19:22:08 | 1 | two. This is federal court. In federal court you |
| 19:22:11 | 2 | have one day of seven hours. You don't continue from |
| 19:22:14 | 3 | day to day until you're finished. |
| 19:22:15 | 4 | MR. PETROCELLI: Marc, you -- |
| 19:22:17 | 5 | MR. TOBEROFF: So we will vigorously |
| 19:22:19 | 6 | oppose -- oppose, and Laura stated on the record that |
| 19:22:22 | 7 | she would like you to continue rather than have to |
| 19:22:26 | 8 | come back for yet another deposition. This is now her |
| 19:22:29 | 9 | third deposition. |
| 19:22:30 | 10 | MR. PETROCELLI: Wait a second. There's |
| 19:22:31 | 11 | nothing to continue. Are you telling me that you're |
| 19:22:33 | 12 | going to make her available tonight beyond seven |
| 19:22:36 | 13 | hours? |
| 19:22:36 | 14 | MR. TOBEROFF: No. I'm telling you -- |
| 19:22:37 | 15 | MR. PETROCELLI: Okay. |
| 19:22:38 | 16 | MR. TOBEROFF: -- you can finish her |
| 19:22:40 | 17 | seven-hour deposition. |
| 19:22:41 | 18 | MR. PETROCELLI: It's done. I told you I'm |
| 19:22:43 | 19 | giving up the last one or two minutes just to make the |
| 19:22:46 | 20 | point to you. But to be clear, you're not willing |
| 19:22:48 | 21 | tonight to have the witness stay beyond seven hours of |
| 19:22:51 | 22 | testimony. |
| 19:22:51 | 23 | MR. TOBEROFF: I don't think you're entitled |
| 19:22:52 | 24 | to more than one day of seven hours. |
| 19:22:54 | 25 | MR. PETROCELLI: That's my point. Because I |

LAURA SIEGEL LARSON - 7/22/2011

Page 339

| Time | Line | Text |
|---|---|---|
| 19:22:55 | 1 | believe that I am entitled to more than seven hours, I |
| 19:22:58 | 2 | will have to go to court and seek the court's |
| 19:23:01 | 3 | intervention. |
| 19:23:01 | 4 | MR. TOBEROFF: That's your -- you can do -- |
| 19:23:02 | 5 | you can always make a motion to the court. |
| 19:23:04 | 6 | MR. PETROCELLI: Let's have a stipulation on |
| 19:23:06 | 7 | the record as we had before that the witness will have |
| 19:23:10 | 8 | within 30 days of your receipt to advise us of any |
| 19:23:15 | 9 | corrections to the deposition transcript, but bearing |
| 19:23:19 | 10 | in mind, Ms. Siegel -- Ms. Larson, of course, that if |
| 19:23:23 | 11 | you do make any changes of substance, it can be |
| 19:23:26 | 12 | commented upon as affecting your credibility. The |
| 19:23:31 | 13 | court reporter's transcript can be signed under |
| 19:23:34 | 14 | penalty of perjury, and the court reporter is |
| 19:23:36 | 15 | otherwise relieved of her duties under the Code. So |
| 19:23:38 | 16 | stipulated? |
| 19:23:38 | 17 | MR. TOBEROFF: So stipulated. |
| 19:23:41 | 18 | THE REPORTER: Where is the original to go, |
| 19:23:42 | 19 | please? |
| 19:23:43 | 20 | MR. PETROCELLI: The original should go to, I |
| 19:23:46 | 21 | guess -- |
| 19:23:46 | 22 | What did we do last time? |
| 19:23:49 | 23 | MR. TOKORO: The original to them and a copy |
| 19:23:51 | 24 | to us. |
| 19:23:51 | 25 | THE VIDEOGRAPHER: That will then mark the |

```
19:23:53   1    end of Volume 1, tape number five, in the deposition
19:23:55   2    of Laura Siegel.  Going off the record.  The time is
           3    7:24.
19:24:01   4              (The deposition was concluded at 7:24 p.m.)
           5
           6
           7
           8
           9
          10
          11
          12
          13
          14
          15
          16
          17
          18
          19
          20
          21
          22
          23
          24
          25
```

LAURA SIEGEL LARSON - 7/22/2011

Page 341

```
1    STATE OF CALIFORNIA        )
2                               ) ss.
3    COUNTY OF LOS ANGELES      )
4
5
6            I, LAURA SIEGEL LARSON, declare under the
7    penalties of perjury under the laws of the United
8    States that the foregoing is true and correct.
9            Executed this      day of                    ,
10   2011, at                              , California.
11
12
13
14
15                                    LAURA SIEGEL LARSON
16
17
18
19
20
21
22
23
24
25
```

LAURA SIEGEL LARSON - 7/22/2011

Page 342

1   STATE OF CALIFORNIA    )
2                          )  ss.
3   COUNTY OF LOS ANGELES  )
4        I, Kathleen E. McCarthy, Certified Shorthand
5   Reporter No. 4483 for the State of California, do
6   hereby certify:
7        That prior to being examined, the witness named in
8   the foregoing deposition was duly sworn to testify the
9   truth, the whole truth, and nothing but the truth;
10       That said deposition was taken down by me in
11  shorthand at the time and place therein named and
12  thereafter reduced by me to typewritten form and that
13  the same is a true, correct, and complete transcript
14  of said proceedings.
15            Before completion of the deposition, review
16  of the transcript [X] was [ ] was not requested.  If
17  requested, any changes made by the deponent (and
18  provided to the reporter) during the period allowed
19  are appended hereto.
20       I further certify that I'm not interested in the
21  outcome of the action.
22       Witness my hand this 3rd day of August, 2011.
23
24
25                      Kathleen E. McCarthy, CSR No. 4483