1
DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
2
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
3
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
4
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
5
Los Angeles, CA  90067-6035
Telephone:  (310) 553-6700
6
Facsimile:  (310) 246-6779

7
Attorneys for Plaintiff DC Comics

8
**UNITED STATES DISTRICT COURT**

9
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10  DC COMICS, | Case No. CV 10-3633 ODW (RZx) |
| 11         Plaintiff, | **[PROPOSED] STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF PLAINTIFF DC COMICS' CROSS-MOTION FOR JUDGMENT ON ITS FOURTH, FIFTH, AND SIXTH CLAIMS** |
| 12         v. | |
| 13  PACIFIC PICTURES CORPORATION, IP WORLDWIDE, | |
| 14  LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN | |
| 15  PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, | Hon. Otis D. Wright II |
| 16  JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an | |
| 17  individual and as personal representative of the ESTATE OF | **Hearing Date**:     March 11, 2013 (*Hearing Vacated*) |
| 18  JOANNE SIEGEL, and DOES 1-10, inclusive, | |
| 19  | |
| 20         Defendants. | |

21

22

23

24

25

26

27

28

1    After consideration of the papers in support of and in opposition to Plaintiff

2   DC Comics' ("DC") Cross-Motion For Judgment On Its Fourth, Fifth, And Sixth

3   Claims ("DC's Cross-Motion"), the Court hereby makes its findings of

4   uncontroverted facts and conclusions of law as follows:

5   **UNCONTROVERTED FACTS**

| No. | Uncontroverted Fact | Evidence |
|-----|---------------------|----------|
| 1 | On December 11, 2012, this Court entered final judgment holding that: "defendants' rights-encumbering agreements—including the 2001 Pacific Pictures agreement, 2003 Pacific Pictures agreement, and 2008 consent agreement—are deemed invalid and unenforceable under § 304(c)(6)(D) of the Copyright Act.  17 U.S.C. § 304(c)(6)(D)." | DN 540; *see also* DN 507. |

15   **CONCLUSIONS OF LAW**

16    As set forth in DC's Cross-Motion, pending sanctions briefing, DN 500; 500-

17   1-500-15; 504; 510; 527; 573, and Proposed Order:

18    1.  Judgment is warranted for DC on its Fourth, Fifth, and Sixth Claims for

19   Relief as a sanction for defendants' egregious, ongoing discovery misconduct—

20   which includes defendants' violation of multiple court orders, false statements to

21   the courts and DC, and systematic concealment of key evidence that proves DC's

22   Fourth through Sixth Claims.  The Court hereby strikes defendants' statute-of-

23   limitations defenses to DC's Fourth through Sixth Claims as a sanction for this

24   discovery misconduct.  *See* FED. R. CIV. P. 37(b)(2)(A); 8B C. WRIGHT, ET AL.,

25   FEDERAL PRACTICE & PROCEDURE § 2289, at 544 & n.20 (3d ed. 2010) (collecting

26   cases); *Marshall v. F.W. Woolworth, Inc.*, 122 F.R.D. 117, 119 (D.P.R. 1988)

27   (ordering "all of defendant's affirmative defenses … stricken" based on counsel's

28   "callous disregard for this Court's orders and for the orderly administration of

- 1 -

1  justice"); *In re Orthopedic Bone Screw Prods. Liab. Litig.*, 1998 WL 254038, at *1-

2  6 (E.D. Pa. May 5, 1998) (striking certain defenses "to prevent [defendant] from

3  benefitting from the delay in document production").  The only remaining issue is

4  the amount of DC's damages on its Fourth and Fifth Claims, which largely consist

5  of its attorneys' fees in the Superman cases.  The Ninth Circuit rightly rejected

6  defendants' argument that such fees are not recoverable as damages under

7  California's anti-SLAPP statute.  *See* 9th Cir. Appeal No. 11-56934, DN 8 at 27;

8  37-1 at 27, 31-32, 49; *DC Comics v. Pacific Pictures Corp.*, 2013 WL 120807 (9th

9  Cir. Jan. 10, 2013).  DC will need to establish the exact amount of its damages.

10        2.  Summary judgment is warranted for DC on its Sixth Claim for Relief, DN

11  49 ¶¶ 188-89, on the separate and independent ground that the web of unlawful,

12  rights-tying agreements that defendant Marc Toberoff (and his various companies)

13  engineered with the Siegel and Shuster heirs are void and unenforceable under

14  California's unfair competition laws (the "UCL").  Conduct is unlawful under the

15  UCL if it violates federal law, as the UCL expressly "borrows" claims based on

16  violations of federal statutes.  *Farmers Ins. Exch. v. Super. Ct.*, 2 Cal. 4th 377, 383

17  (1992).  The Court has already entered final judgment in DC's favor on its Third

18  Claim for Relief on the ground that these "rights-encumbering agreements—

19  including the 2001 Pacific Pictures agreement, 2003 Pacific Pictures agreement,

20  and 2008 consent agreement"—violate § 304(c)(6)(D) of the Copyright Act.  DN

21  507 at 5, 17; 540.  There are no issues of material fact as to DC's Sixth Claim, and

22  judgment should be entered in DC's favor.  Defendants' mootness, limitations, and

23  preemption defenses to this claim defy the Court's prior orders, ignore on-point

24  California Supreme Court authority rejecting their position, and misread both DC's

25  complaint and the law of copyright preemption.

26  Dated:  _____    _____

27                                          Honorable Otis D. Wright, II
                                            Judge, United States District Court

28

- 2 -

DC'S [PROPOSED] STATEMENT OF
UNCONTROVERTED FACTS &
CONCLUSIONS OF LAW