Marc Toberoff (State Bar No. 188547)
  mtoberoff@toberoffandassociates.com
Keith G. Adams (State Bar No. 240497)
  kadams@toberoffandassociates.com
Pablo D. Arredondo (State Bar No. 241142)
  parredondo@toberoffandassociates.com
David Harris (State Bar No. 255557)
  dharris@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
22337 Pacific Coast Highway #348
Malibu, California 90265
Telephone:  (310) 246-3333
Fax:        (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| DC COMICS,<br><br>    Plaintiff,<br><br>    vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DEFENDANTS' STATEMENT OF GENUINE ISSUES RE: DC COMICS' CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>*Reply Brief, Reply Statement of Undisputed Facts, Response to Rule 56(d) Declaration, and Declarations of Ari Emanuel and Pablo Arredondo filed concurrently*<br><br>Complaint filed:   May 14, 2010<br><br>Date:   March 11, 2013*<br>Time:   1:30 p.m.*<br>Place:  Courtroom 11*<br><br>*:  The Court has indicated that it will take the motion under submission and hold a hearing if necessary.  Dkt. 581. |

DEFENDANTS' STATEMENT OF GENUINE ISSUES

# DEFENDANTS' REPLY TO DC'S STATEMENT OF GENUINE ISSUES

| | DC's Alleged Uncontroverted Fact | Defendants' Response |
|---|---|---|
| 1. | **DC's Fact:** On December 11, 2012, this Court entered final judgment holding that: "defendants' rights-encumbering agreements – including the 2001 Pacific Pictures agreement, 2003 Pacific Pictures agreement, and 2008 consent agreement – are deemed invalid and unenforceable under § 304(c)(6)(D) of the Copyright Act.  17 U.S.C. § 304(c)(6)(D)."<br><br>**DC's Evidence:** DN 540; *see also* DN 507 | **Undisputed**, but relevant only to show that the Sixth Claim is moot. |

## CONCLUSIONS OF LAW

As set forth in Defendants' Opposition to DC's Cross-Motion:

1. The terminating sanctions DC seeks as to its Fourth, Fifth, and Sixth Claims are wholly unjustified. "[P]ublic policy favor[s] disposition of cases on their merits," and "a terminating sanction, whether default judgment against a defendant or dismissal of a plaintiff's action, is very severe" (*Connecticut Gen. Life Ins. Co. v. New Images of Beverly Hills* ("*Connecticut*"), 482 F.3d 1091, 1096 (9th Cir. 2007)) and "authorized only in 'extreme circumstances.'"  *United States use of Wiltec Guam, Inc. v. Kahaluu Constr. Co.* ("*Guam*"), 857 F.2d 600, 603 (9th Cir. 1988).  "The sanction of dismissal is not favored." *Brookhaven Typesetting Servs. v. Adobe Sys.*, 332 Fed. Appx. 387, 389 (9th Cir. 2009).  "[F]ailure to warn [prior to terminating sanctions] may place the district court's order in serious jeopardy." *Guam,* 857 F.2d at 605.  Furthermore, "[w]hat is most critical for case-dispositive sanctions is whether the discovery violations threaten to interfere with the rightful decision of the case." *Connecticut,* 482 F.3d at 1097 (quotation omitted).

2.     DC points to none of the requirements of terminating sanctions: no finding that Defendants violated any Court orders, no prior imposition of sanctions over eight years of litigating this case and *Siegel*, and no warning by any Court that such sanctions were even a possibility.  Moreover, the handful of documents DC alleges were improperly withheld were produced long before any substantive decision on DC's Fourth, Fifth and Sixth Claims was made, and are relevant only to DC's Fifth Claim in any event.

Dated: February 25, 2013         RESPECTFULLY SUBMITTED,
                                 /s/ Keith G. Adams
                                 TOBEROFF & ASSOCIATES, P.C.
                                 Attorneys for Defendants Mark Warren Peary *et al.*