1  Marc Toberoff (State Bar No. 188547)
     *mtoberoff@toberoffandassociates.com*
2  Keith G. Adams (State Bar No. 240497)
     *kadams@toberoffandassociates.com*
3  Pablo D. Arredondo (State Bar No. 241142)
     *parredondo@toberoffandassociates.com*
4  David Harris (State Bar No. 255557)
     *dharris@toberoffandassociates.com*
5  TOBEROFF & ASSOCIATES, P.C.
   22337 Pacific Coast Highway #348
6  Malibu, California 90265
   Telephone:  (310) 246-3333
7  Fax:        (310) 246-3101

8  Attorneys for Defendants Mark Warren
   Peary, as personal representative of the
9  Estate of Joseph Shuster, Jean Adele Peavy,
   and Laura Siegel Larson, individually and
10 as personal representative of the Estate of
   Joanne Siegel

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| DC COMICS,<br><br>  Plaintiff,<br><br>  vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>  Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF PABLO D. ARREDONDO IN RESPONSE TO DECLARATION OF DANIEL M. PETROCELLI IN SUPPORT OF DC'S REQUEST FOR CONTINUANCE OF SUMMARY JUDGMENT UNDER FED. R. CIV. P. 56(d)**<br><br>*Reply Brief, Reply Statement of Undisputed Facts, Response to Rule 56(d) Declaration, Statement of Genuine Issues in Response to Cross-Motion and Declaration of Ari Emanuel*<br><br>Complaint filed:   May 14, 2010<br><br>Date:   March 11, 2013\*<br>Time:   1:30 p.m.\*<br>Place:  Courtroom 11\*<br><br>\*: The Court has indicated that it will take the motion under submission and hold a hearing if necessary.  Dkt. 581. |

# DECLARATION OF PABLO D. ARREDONDO

I, Pablo D. Arredondo, declare as follows:

1. I am an attorney at the law firm of Toberoff & Associates, P.C., counsel of record for defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel, in the above-captioned action, and submit this declaration in response to the Declaration of Daniel M. Petrocelli In Support Of DC's Request For Continuance Of Summary Judgment Under Fed. R. Civ. P. 56(d) (Dkt. 588-1).

2. Attached hereto as Exhibit "A" is a true and correct copy of a September 10, 2012 email sent from Jason Tokoro, counsel for plaintiff DC Comics ("DC"), to me.

3. Attached hereto as Exhibit "B" is a true and correct copy of an October 16, 2012 email sent from Mr. Tokoro to me.

4. Attached hereto as Exhibit "C" is a true and correct copy of a courtesy copy of a Notice of Subpoena served by DC on Ariel Z. Emanuel, dated November 9, 2012. On information and belief, Mr. Emanuel's deposition was first postponed to February 12, 2013, and then postponed again.

5. Attached hereto as Exhibit "D" is a true and correct copy of a November 30, 2012 email sent from Mr. Tokoro to me.

6. Attached hereto as Exhibit "E" is a true and correct copy of an open letter signed by Laura Siegel Larson. This letter has been published in various media outlets including *The Hollywood Reporter* on October 12, 2012. As of February 25, 2013, *The Hollywood Reporter* article publishing the letter could be found at the following URL address: http://www.hollywoodreporter.com/heat-vision/superman-heir-pens-letter-fans-378793.

///

///

1  I declare under penalty of perjury under the laws of the United States that the
2  foregoing is true and correct and that this declaration is executed on the 25th day of
3  February 2013 at Malibu, California.

4
5                                             _____
6                                                    Pablo D. Arredondo

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Pablo Arredondo**

| | |
|---|---|
| **From:** | Tokoro, Jason [jtokoro@OMM.com] |
| **Sent:** | Monday, September 10, 2012 12:14 PM |
| **To:** | Pablo Arredondo |
| **Cc:** | Petrocelli, Daniel; Kline, Matthew; Seto, Cassandra; Marc Toberoff; Keith Adams; David Harris; Richard Kendall; Laura Brill; Nicholas Daum |
| **Subject:** | DC v. PPC |

Pablo,

We write regarding the deposition of J. Todd Harris, which is currently noticed for next week Wednesday, September 19.  DC will be re-noticing his deposition for October.  Please provide us with dates when Mr. Harris and his counsel are available then.

Best and thanks,

Jason

1

**EXHIBIT A**

**3**

**Pablo Arredondo**

| | |
|---|---|
| **From:** | Tokoro, Jason [jtokoro@omm.com] |
| **Sent:** | Tuesday, October 16, 2012 11:49 AM |
| **To:** | Pablo Arredondo |
| **Cc:** | Petrocelli, Daniel; Kline, Matthew; Seto, Cassandra; Richard Kendall; Laura Brill; Nicholas Daum; David Harris; Keith Adams; Pablo Arredondo; Marc Toberoff |
| **Subject:** | DC v. PPC |

Pablo,

We write regarding the deposition of J. Todd Harris, which is currently noticed for Friday, October 19.  DC will be re-noticing his deposition for November.  Please provide us with dates when Mr. Harris and his counsel are available then.

Best and thanks,

Jason

DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Attorneys for Plaintiff DC Comics

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV-10-3633 ODW (RZx)<br><br>**DISCOVERY MATTER**<br><br>**PLAINTIFF DC COMICS' NOTICE OF SUBPOENA FOR DEPOSITION TO ARIEL EMANUEL**<br><br>**Judge**: Hon. Otis D. Wright II<br>**Magistrate**: Hon. Ralph Zarefsky |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rule of Civil Procedure, a subpoena to testify at deposition, as set forth in Attachment 1 hereto, has been served on Ariel Emanuel, c/o Kerry Wright, Esq., Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP, 10250 Constellation Blvd., 19th Floor, Los Angeles, California 90067. The deposition upon oral examination of Mr. Emanuel will be taken in the above-entitled action on December 18, 2012, starting at 9:00 a.m. and continuing over the course of one day until completed or otherwise adjourned. The deposition will be held at the offices of O'Melveny & Myers, LLP, 1999 Avenue of the Stars, Suite 700, Los Angeles, California 90067. The deposition will be taken before a notary public or other officer authorized to administer oaths and will be recorded by stenographic, sound, and visual means.

A list of all parties or attorney(s) on whom this Notice of Subpoena is being served is shown on the accompanying Proof of Service.

Dated: November 9, 2012

Respectfully submitted,

O'MELVENY & MYERS LLP

By: _____
Daniel M. Petrocelli

Attorneys for Plaintiff DC Comics

NOTICE OF SUBPOENA
FOR DEPO. OF A. EMANUEL

EXHIBIT C
6

# Attachment 1

EXHIBIT C
7

## UNITED STATES DISTRICT COURT
for the
Central District of California

| | | |
|---|---|---|
| DC Comics | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  CV 10-3633 ODW (RZx) |
| Pacific Pictures Corp., et al. | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) |                    ) |

### SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Ariel Emanuel, c/o Kerry Wright, Esq., Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP, 10250 Constellation Blvd., 19th Floor, Los Angeles, California 90067

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: O'MELVENY & MYERS LLP<br>1999 Avenue of the Stars, Suite 700<br>Los Angeles, CA  90067 | Date and Time:<br>12/18/2012 9:00 am |
|---|---|

The deposition will be recorded by this method:  Stenographic, sound, and visual means

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:   11/09/2012

        *CLERK OF COURT*
                                          OR     _____/s/_____
        _____                     _____
        *Signature of Clerk or Deputy Clerk*        *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    DC Comics
_____, who issues or requests this subpoena, are:
Daniel M. Petrocelli, O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor, Los Angeles, CA  90067
Email: dpetrocelli@omm.com, Phone: (310) 246-6850

**EXHIBIT C**

**8**

Civil Action No. CV 10-3633 ODW (RZx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   Ariel Emanuel

was received by me on *(date)*   11/09/2012   .

☑ I served the subpoena by delivering a copy to the named individual as follows:

c/o Kerry Wright, Esq., Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP, 10250 Constellation Blvd.,

19th Floor, Los Angeles, California  90067              on *(date)*   11/09/2012   ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   11/09/2012

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**EXHIBIT C**
**9**

```
 1  DANIEL M. PETROCELLI (S.B. #97802)
       dpetrocelli@omm.com
 2  MATTHEW T. KLINE (S.B. #211640)
       mkline@omm.com
 3  CASSANDRA L. SETO (S.B. #246608)
       cseto@omm.com
 4  O'MELVENY & MYERS LLP
    1999 Avenue of the Stars, 7th Floor
 5  Los Angeles, CA 90067-6035
    Telephone: (310) 553-6700
 6  Facsimile: (310) 246-6779

 7  Attorneys for Plaintiff DC Comics
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV-10-3633 ODW (RZx)<br><br>**PROOF OF SERVICE**<br><br>**Judge**: Hon. Otis D. Wright II<br>**Magistrate**: Hon. Ralph Zarefsky |

PROOF OF SERVICE

**EXHIBIT C**
**10**

# PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California, by O'Melveny & Myers LLP, whose address is 1999 Avenue of the Stars, 7th Floor, Los Angeles, California 90067-6035. I am over the age of eighteen years and not a party to the within action. On November 9, 2012, I commissioned First Legal Support Services, whose address is 1511 W. Beverly Blvd., Los Angeles, California 90026, to personally serve the following:

**PLAINTIFF DC COMICS' NOTICE OF SUBPOENA FOR DEPOSITION TO ARIEL EMANUEL**

by delivering a copy thereof to the office of the following, and either handing the copy to the person named below or leaving it with the receptionist or other person having charge of the office thereof:

> Marc Toberoff
> Toberoff & Associates, P.C.
> 22337 Pacific Coast Highway #348
> Malibu, CA 90265
>
> Attorneys for defendants Laura Siegel Larson; Mark Warren Peary; and Jean Peavy
>
> Richard Kendall
> Kendall Brill & Klieger LLP
> 10100 Santa Monica Blvd., Suite 1725
> Los Angeles, CA 90067
>
> Attorneys for defendants Marc Toberoff; Pacific Pictures Corporation; IP Worldwide, LLC; and IPW, LLC

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on November 9, 2012, at Los Angeles, California.

Jason H. Tokoro

# Pablo Arredondo

| | |
|---|---|
| **From:** | Tokoro, Jason [jtokoro@omm.com] |
| **Sent:** | Friday, November 30, 2012 4:36 PM |
| **To:** | Pablo Arredondo |
| **Cc:** | Petrocelli, Daniel; Kline, Matthew; Seto, Cassandra; Richard Kendall; Laura Brill; Nicholas Daum; David Harris; Keith Adams; Pablo Arredondo; Marc Toberoff |
| **Subject:** | DC v. PPC |

Pablo,

Due to an unforeseen scheduling conflict, we need to move the deposition of J. Todd Harris, which is currently set for Wednesday, December 5. We will be in touch regarding rescheduling the deposition.

Best and thanks,

Jason

1

**EXHIBIT D**

**12**

Dear Superman Fans Everywhere,

My father, Jerry Siegel, co-created Superman as the "champion of the oppressed…sworn to devote his existence to helping those in need!" But sadly his dying wish, for his family to regain his rightful share of Superman, has become a cautionary tale for writers and artists everywhere.

My family's David and Goliath struggle against Warner Bros., the media conglomerate, goes back to April 1997, when my mom and I exercised our clear right under the Copyright Act to achieve my dad's dream of recovering his copyrights. In April 1999, my dad's half of the original Superman rights reverted to us, entitling our family to a significant share of Superman profits, which Warner/DC Comics refused to pay. For over thirteen years they have fought us at every turn, in and out of court, aiming to make recovery of the money they owe us so impossibly difficult that we would give up and settle for peanuts.

We refused to be intimidated despite my elderly mom's heart condition and my multiple sclerosis. In 2008 the U.S. District Court ruled that my mom and I had successfully recaptured my father's Superman copyrights and were entitled to Superman profits since April 1999.

**EXHIBIT E**
**13**

Angered and alarmed by this defeat, Warner Bros. resorted to a despicable old trick: diverting attention from the legal merits of our case by personally attacking our long-time lawyer, Marc Toberoff. Through DC, the media giant filed a lawsuit against Mr. Toberoff, my family and the Estate of Superman's co-creator Joe Shuster, falsely claiming "unfair competition" and that Toberoff interfered with an out of court offer that Warner tried to push on my mom and me in early 2002 – <u>an offer full of studio accounting traps that we refused to sign before we even knew Mr. Toberoff</u>!

Warner Bros. possesses documents *stolen* from my attorney's office which mysteriously ended up on the desks of three top Warner executives. Warner claims it has no evidence whatsoever as to when these large packages arrived. According to Warner, the thief also included a cowardly *anonymous* letter that vilifies our attorney and mischaracterizes the privileged attorney-client communications enclosed. In a disgraceful violation of my privacy, Warner's lawyers attached this nasty anonymous letter to a publicly filed complaint and leaked it to the media.

In the midst of this sideshow, my mom, the original model for Lois Lane, passed away last year at 93, still determined to keep her promise to my dad. She never got to relax and enjoy any proceeds from the crusade she fought until her dying day.

Now the torch is in my hands and I won't be silent any longer about Warner Bros.' tactics. I refuse to be bullied or deterred from enforcing my family's rights, and fully support my attorney who has tirelessly defended them. Warner Bros.' smear campaign has only made me more determined than ever. We have the right to the attorney of our choice, which is none of Warner's business. Marc Toberoff has stood by us through thick and thin and we stand by him. We love and respect Marc who has poured his heart and soul into helping us obtain justice in court, tenaciously litigating on our behalf against the legions of highly paid corporate lawyers that Warner Bros. has at its disposal. It was Marc's dedication and skill that brought us victory in federal court, which Warner Bros. desperately hopes to derail with its vindictive and baseless lawsuit. Make no mistake, Warner Bros. is attacking our attorney to attack us and for no other reason.

Warner has spent about $35 million dollars on corporate lawyers to fight my family and the Shusters instead of investing in a fair settlement. The very attorneys who are lining their pockets with millions in fees accuse my attorney of profiteering when, in fact, Marc has not received one cent since he filed the first Superman case for us in 2004, and has advanced enormous sums out of his own pocket on our behalf. Unlike Warner's highly paid attorneys, Marc Toberoff will not be compensated unless and

until we prevail. He works under an attorney's contingency fee agreement. The notion advanced by Warner that he is trying to own or control Superman is ridiculous.

Fighting for what's right has not been easy. No one would want to endure what Warner Bros. and DC Comics has put my family, the Shusters and my attorney through. And that's exactly what their executives and lawyers want. By filing frivolous lawsuits against my family, the Shuster family and our lawyer, by publicly revealing my private communications, by driving up litigation costs and refusing to negotiate fairly, these companies think that other creators will be afraid to stand up to them, and that lawyers will think twice before taking on their cases.

What Warner Bros. apparently doesn't realize is that despite their tremendous power, I will NEVER give up on my parents' dream of rightfully restoring my father's rights to his family.

Would Superman, the embodiment of "truth, justice and the American way," let Warner Bros., DC Comics, and their gang of attorneys get away with this? Not for an instant!

*Laura Siegel Larson*

Laura Siegel Larson

Los Angeles, California