Marc Toberoff (State Bar No. 188547)
 *mtoberoff@toberoffandassociates.com*
Keith G. Adams (State Bar No. 240497)
 *kadams@toberoffandassociates.com*
Pablo D. Arredondo (State Bar No. 241142)
 *parredondo@toberoffandassociates.com*
David Harris (State Bar No. 255557)
 *dharris@toberoffandassociates.com*
TOBEROFF & ASSOCIATES, P.C.
22337 Pacific Coast Highway, #348
Malibu, California
Telephone:   (310) 246-3333
Fax:         (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DC COMICS,<br><br>            Plaintiff,<br><br>      vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>            Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**DECLARATION OF ARIEL Z. EMANUEL** |

# DECLARATION OF ARIEL Z. EMANUEL

I, Ariel Z. Emanuel, declare as follows:

1. I am the Co-Chief Executive Officer of William Morris Endeavor, a talent agency, and was a founding partner of The Endeavor Agency. I have personal knowledge of the matters set forth in this declaration.

2. In August 2002, I participated in a conference call with Marc Toberoff and Kevin Marks, an attorney for Laura Siegel Larson and Joanne Siegel (the "Siegels"), that had been scheduled to discuss the potential licensing of the Siegels' "Superman" rights.

3. During this August 2002 conference call, I made an offer to license the Siegels' rights for $15 million plus a back-end participation to be negotiated.

4. During this August 2002 conference call, neither Mr. Toberoff nor I mentioned a "billionaire investor," because I was the investor. There was also no mention by anyone of producing a Superman movie with the Siegels.

5. Later in 2002 – 2004, I had meetings with the Siegels and Mr. Toberoff. During these meetings, neither Mr. Toberoff nor I mentioned a "billionaire investor" or our producing a "Superman" movie.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed February 22, 2013, at Beverly Hills, California.

*/s/ Ariel Z. Emanuel*

1
DECLARATION OF ARIEL Z. EMANUEL