Marc Toberoff (State Bar No. 188547)
  mtoberoff@toberoffandassociates.com
Keith G. Adams (State Bar No. 240497)
  kadams@toberoffandassociates.com
Pablo D. Arredondo (State Bar No. 241142)
  parredondo@toberoffandassociates.com
David Harris (State Bar No. 255557)
  dharris@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
22337 Pacific Coast Highway #348
Malibu, California 90265
Telephone:   (310) 246-3333
Fax:         (310) 246-3101

Attorneys for Defendants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| DC COMICS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**NOTICE OF ASSOCIATION OF COUNSEL**<br><br>Complaint filed:　May 14, 2010 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Pacific Pictures Corporation, IPW, LLC, IP Worldwide, LLC and Marc Toberoff hereby associate the law firm of Toberoff & Associates, P.C. as their co-counsel of record in this matter, and request that all parties and the Court update their records to include Toberoff & Associates, P.C. as their co-counsel of record in this matter.

Respectfully submitted,

Dated:  February 27, 2012         KENDALL BRILL & KLIEGER LLP

/s/ Laura Brill
Laura Brill
Attorneys for Defendants-Appellants,
Pacific Pictures Corporation, IP Worldwide, LLC, IPW, LLC and Marc Toberoff

TOBEROFF & ASSOCIATES, P.C.

/s/ Marc Toberoff
Marc Toberoff
Attorneys for Defendants-Appellants,
Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, *et al.*