1  DANIEL M. PETROCELLI (S.B. #097802)
    dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
    mkline@omm.com
3  CASSANDRA L. SETO (S.B. #246608)
    cseto@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 7th Floor
5  Los Angeles, CA 90067-6035
   Telephone: (310) 553-6700
6  Facsimile: (310) 246-6779

7  Attorneys for Plaintiff DC Comics

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DC COMICS,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA SIEGEL LARSON, an individual and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 10-3633 ODW (RZx)<br><br>**DECLARATION OF DANIEL M. PETROCELLI IN SUPPORT OF DC COMICS' OBJECTION TO DEFENDANTS' RELIANCE ON THE DECLARATION OF ARIEL Z. EMANUEL IN THEIR SUMMARY JUDGMENT REPLY PAPERS**<br><br>Hon. Otis D. Wright II<br><br>**Hearing Date**: March 11, 2013<br>(*Hearing Vacated*) |

## DECLARATION OF DANIEL M. PETROCELLI

I, Daniel M. Petrocelli, declare and state:

1. I am a partner at O'Melveny & Myers LLP, counsel of record for plaintiff DC Comics in this case. I make this declaration in support of DC Comics' Objection to the Declaration of Ariel Z. Emanuel In Their Summary Judgment Reply Papers. I have personal knowledge of the matters set forth in this declaration.

2. Pursuant to this Court's February 21, 2013, order, *see* DN 593, DC has conducted an in-person meet-and-confer with lead counsel for defendants concerning these objections. Those meet-and-confer efforts are described below:

   a. On February 26, my partner Matt Kline emailed lead counsel for defendants, Marc Toberoff and Richard Kendall, requesting an in-person conference to discuss DC's objections to the Emanuel Declaration and defendants' related summary judgment reply filings. (A true and correct copy of Mr. Kline's email, as well as the chain of communications that followed, is attached hereto as Exhibit D.) In the email, DC explained, in detail, the reasons for its objections and offered options for times and places to meet. *Id.*

   b. When defendants did not respond to Mr. Kline's email, I sent a follow-up email on February 27. *Id.* at 93.

   c. I then received an email from Mr. Kendall stating that "Mr. Toberoff will be handling this matter." Ex. D at 93. Mr. Kendall and Mr. Toberoff also filed a notice associating Toberoff as co-counsel for the Toberoff defendants. DN 598. I noted my objection to this procedure. Ex. D at 93.

   d. Later that evening, Mr. Toberoff's associate, Keith Adams, responded to Mr. Kline's email, arguing that DC's objections were without basis. (A true and correct copy of his letter is attached as Exhibit E.)

- 1 -

PETROCELLI DECL. ISO DC'S
OBJ. TO EMANUEL MATERIALS

1    e. Mr. Toberoff and I then exchanged emails about meeting in person. (A true and correct copy of my email chain with him on this subject is attached as Exhibit F.)

　　　f. Mr. Toberoff and I met on the morning of March 1 in person to discuss DC's objections. I explained the bases for our objections, and Mr. Toberoff explained his positions in response. While we could not reach agreement on the issues, our exchanges were helpful in clarifying each other's positions and presenting them to the Court.

3. Other exhibits in support of DC's objections:

　　a. Attached hereto as Exhibit A is a true and correct copy of the transcript of the November 2, 2006, deposition of Ariel Emanuel.

　　b. Attached hereto as Exhibit B is a true and correct copy of an email chain between my colleague Cassandra Seto and Kerry Garvis Wright, dated February 7 and 21, 2013.

　　c. Attached hereto as Exhibit C is a true and correct copy of a Subpoena To Testify At A Deposition In A Civil Action, served Ariel Emanuel on February 25, 2013.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed this 3rd day of March, 2013, at Los Angeles, California.

　　　　　　　　　　　　　　　　　　　　/s/ Daniel M. Petrocelli
　　　　　　　　　　　　　　　　　　　　Daniel M. Petrocelli

OMM_US:71415740