UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-03633-ODW-(RZx) | Date | MARCH 11, 2013 |
|---|---|---|---|
| Title | DC COMICS v. PACIFIC PICTURES CORP., ETC., ET AL. | | |

| Present: The Honorable | RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE |
|---|---|

| Ilene Bernal | Recorded on CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Matthew T. Kline<br>Jason Tokoro<br>Brian Pearl | Marc Toberoff<br>Keith Adams |

**Proceedings:** HRG: PLAINTIFF'S MOTION 1) TO CONDUCT FURTHER DEPOSITION OF DEFENDANTS MARC TOBEROFF, LAURA SIEGEL LARSON AND MARK WARREN PEARY; AND 2) TO COMPEL DEFENDANTS MARC TOBEROFF AND MARK WARREN PEARY TO RESPOND TO DEPOSITION QUESTIONS [Doc. #584]

The motions are submitted.

:  19

Initials of Preparer  igb