KENDALL BRILL & KLIEGER LLP
Richard B. Kendall (90072)
  rkendall@kbkfirm.com
Laura W. Brill (195889)
  lbrill@kbkfirm.com
Nicholas F Daum (236155)
  ndaum@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California  90067
Telephone:  310.556.2700
Facsimile:   310.556.2705

Attorneys for Defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DC Comics,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. CV 10-3633 ODW(RZx)<br><br>**UNOPPOSED APPLICATION BY KENDALL BRILL & KLIEGER LLP TO WITHDRAW AS COUNSEL FOR MARC TOBEROFF, PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, (L.R. 83-2.3)**<br><br>*Declaration of Richard B. Kendall attached; Filed concurrently with [Proposed] Order*<br><br>Hon. Honorable Otis D Wright, II<br><br>Complaint Filed:    May 14, 2010 |

137375.1

**UNOPPOSED APPLICATION BY KENDALL BRILL & KLIEGER LLP TO WITHDRAW AS COUNSEL**

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Kendall Brill & Klieger LLP ("Kendall Brill"), counsel for defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC and IPW, LLC (collectively, the "Toberoff Defendants") hereby applies pursuant to Local Rule 83-2.3 for leave to withdraw as counsel of record for the Toberoff Defendants in the above-captioned action, as the Toberoff Defendants have terminated Kendall Brill's representation. The Toberoff Defendants will continue to be represented in this matter by Toberoff & Associates, P.C., and no delay in the litigation of this matter will result from this withdrawal.

This application is based upon Local Rule 83-2.3, the California law providing that clients have an absolute right to terminate a lawyer's services at any time (*see, e.g.*, *Kallen v. Delug*, 157 Cal. App. 3d 940, 950 (1984)), the attached memorandum of points and authorities, the attached declaration of Richard B. Kendall, and all exhibits, files, and records on file in this action, and any matters upon which judicial notice may be taken.

.

Dated: July 3, 2013               KENDALL BRILL & KLIEGER LLP


By: /s/ _____
Richard B. Kendall
Attorneys for Defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

137375.1

1

UNOPPOSED APPLICATION BY KENDALL BRILL & KLIEGER LLP TO WITHDRAW AS COUNSEL

## MEMORANDUM OF POINTS AND AUTHORITIES

Kendall Brill & Klieger LLP ("Kendall Brill") respectfully submits this application to withdraw as counsel of record for defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC and IPW, LLC (collectively, the "Toberoff Defendants"). This withdrawal follows the amicable termination, by the Toberoff Defendants, of Kendall Brill's representation of the Toberoff Defendants as legal counsel.

The Toberoff Defendants will continue to be represented by Toberoff & Associates, P.C., which has ably represented the Toberoff Defendants as co-counsel throughout this matter. The withdrawal of Kendall Brill will cause no delay in the litigation of this matter. *See* L.R. 83-2.3.5. Moreover, under the California law which governs the attorney-client relationship here, a client has an absolute right to terminate a lawyer's services at any time. *See Fracasse v. Brent*, 6 Cal.3d 784, 790 (1972); *Kallen v. Delug*, 157 Cal. App. 3d 940, 950 (1984).

Pursuant to Local Rule 83-2.3.2, Kendall Brill has provided written notice of this application to counsel for plaintiff DC Comics. Plaintiff's counsel has indicated that DC Comics takes no position and defers to the court on this application.

Accordingly, Kendall Brill & Klieger LLP respectfully requests that this Court enter an order granting leave to withdraw as counsel for the Toberoff Defendants.

Dated: July 3, 2013                         KENDALL BRILL & KLIEGER LLP

By: /s/
Richard B. Kendall
Attorneys for Defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC

# DECLARATION OF RICHARD B. KENDALL

I, Richard B. Kendall, declare as follows:

1. I am an attorney at the law firm of Kendall Brill & Klieger LLP ("Kendall Brill"), counsel of record for defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC and IPW, LLC (collectively, the "Toberoff Defendants") in the above-captioned action. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. Except where otherwise stated, I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. On June 26, 2013, Marc Toberoff, acting on his own behalf and on behalf of Pacific Pictures Corporation, IP Worldwide, LLP, and IPW, LLP, informed me in writing that he was terminating, effective immediately, the representation by Kendall Brill as legal counsel for the Toberoff Defendants.

3. It is my understanding that Toberoff & Associates, P.C., will continue to represent the Toberoff Defendants as counsel of record in this matter.

4. On July 1, 2013, I provided an email, a true and correct copy of which is attached hereto as Exhibit A, to counsel for plaintiff DC Comics, indicating that Kendall Brill intended to file this application and intended to withdraw as counsel of record for the Toberoff Defendants.

5. On July 2, 2013, counsel for plaintiff DC Comics advised me that DC Comics takes no position and defers to the court on this application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed July 3, 2013, at Los Angeles, California.

/s/
Richard B. Kendall

137375.1

1

**UNOPPOSED APPLICATION BY KENDALL BRILL & KLIEGER LLP TO WITHDRAW AS COUNSEL**