KENDALL BRILL & KLIEGER LLP
Richard B. Kendall (90072)
  rkendall@kbkfirm.com
Laura W. Brill (195889)
  lbrill@kbkfirm.com
Nicholas F Daum (236155)
  ndaum@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile: 310.556.2705

Attorneys for Defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DC Comics,<br><br>            Plaintiff,<br><br>     v.<br><br>PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JOANNE SIEGEL, an individual, LAURA SIEGEL LARSON, an individual, and DOES 1-10, inclusive,<br><br>            Defendants. | Case No. CV 10-3633 ODW(RZx)<br><br>O**RDER GRANTING UNOPPOSED APPLICATION BY KENDALL BRILL & KLIEGER, LLP TO WITHDRAW AS COUNSEL FOR MARC TOBEROFF, PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, (L.R. 83-2.3)**<br><br>*Filed concurrently with Unopposed Application to Withdraw as Counsel*<br><br>Hon. Honorable Otis D Wright, II<br><br>Complaint Filed:   May 14, 2010 |

137287.1

**[PROPOSED] ORDER GRANTING APPLICATION BY KENDALL BRILL & KLIEGER, LLP TO WITHDRAW AS COUNSEL FOR MARC TOBEROFF, PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, (L.R. 83-2.3)**

For good cause shown, it is hereby ordered that, pursuant to Local Rule 83-2.3, the application by Kendall Brill & Klieger LLP to withdraw as counsel for Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC and IPW, LLC is GRANTED. Kendall Brill & Klieger LLP is hereby relieved as counsel for Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC and IPW, LLC in the above-captioned action.

IT IS SO ORDERED.

Dated: July 5, 2013

_____
Honorable Otis D Wright, II
Judge, United States District Judge

Submitted by:

/s/
_____
Richard B. Kendall
Attorneys for Defendants Marc Toberoff, Pacific Pictures Corporation, IP Worldwide, LLC, and IPW, LLC

137287.1

**[PROPOSED] ORDER GRANTING APPLICATION BY KENDALL BRILL & KLIEGER, LLP TO WITHDRAW AS COUNSEL FOR MARC TOBEROFF, PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, (L.R. 83-2.3)**