# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## RETURN OF RECORDS TRANSMITTAL
## FROM 9TH CIRCUIT

Routed to Santa Ana, Southern Division: ☐

Routed to Riverside, Eastern Division: ☐

Routed to Laguna Niguel,
National Archives & Records Administration: ☐

Date Received  03/10/2014

Time Received  8:00 AM

---

Case File Number:  2:10-CV-03633-ODW-RZ

Title Case Name:  DC Comics v. Pacific Pictures Corporation et al.

Volume Number:  0  through  0

Transcripts (number received):  0

Other Court Documents:  2 Sealed documents: Doc 454 and Doc 423.

---

Case File Underseal:  ☐ Yes  ☒ No    Case File Restricted:  ☐ Yes  ☒ No

Exhibits Received (number of boxes):  0

Sealed documents routed to Exhibits:  ☒ Yes ☐ No

Case File routed to Re-file area:  ☐ Yes ☒ No    Transcripts routed to Re-file area: ☐ Yes ☒ No

Case File routed to NARA:  ☐ Yes ☒ No    Transcripts routed to NARA:  ☐ Yes ☒ No

Case File routed to B-47 area:  ☐ Yes ☒ No    Transcripts routed to B-47 area:  ☐ Yes ☒ No

Received by Records Clerk:  M. Krause