1   DANIEL M. PETROCELLI (S.B. #097802)
      dpetrocelli@omm.com
2   MATTHEW T. KLINE (S.B. #211640)
      mkline@omm.com
3   CASSANDRA L. SETO (S.B. #246608)
      cseto@omm.com
4   O'MELVENY & MYERS LLP
    1999 Avenue of the Stars, 7th Floor
5   Los Angeles, CA  90067-6035
    Telephone:  (310) 553-6700
6   Facsimile:   (310) 246-6779

7   Attorneys for Plaintiff DC Comics

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10  | DC COMICS, | Case No. CV 10-03633 ODW (RZx) |
|---|---|
11  | Plaintiff, | **DC COMICS' NOTICE OF** |
12  | v. | **APPEAL TO THE UNITED STATES COURT OF APPEALS** |
13  | PACIFIC PICTURES CORPORATION, | **FOR THE NINTH CIRCUIT** |
14  | IP WORLDWIDE, LLC, IPW, LLC, MARC TOBEROFF, an individual, | |
15  | MARK WARREN PEARY, as personal representative of the ESTATE OF | The Hon. Otis D. Wright II |
16  | JOSEPH SHUSTER, JEAN ADELE PEAVY, an individual, LAURA | |
17  | SIEGEL LARSON, an individual and as personal representative of the ESTATE | |
18  | OF JOANNE SIEGEL, and DOES 1-10, inclusive, | |
19  | | |
20  | Defendants. | |

1    PLEASE TAKE NOTICE that plaintiff DC Comics ("DC") hereby appeals to

2 the United States Court of Appeals for the Ninth Circuit from the "Final Judgment

3 on Remaining Claims," entered in this case on November 26, 2014 (Docket No.

4 ("DN") 622), and prior orders it encompasses, including:  the April 4, 2013 "Order

5 Granting Defendants' Motion for Summary Judgment in Part and Denying DC's

6 Motion for Summary Judgment" (DN 613); the March 8, 2013 "Order Denying DC

7 Comics' Renewed Motion for Evidentiary Hearing and Sanctions," (DN 602); and

8 discovery rulings, including Docket Nos. 209, 239, 252, 262, 285, 533.

9    DC's notice is timely pursuant to Rule 4 of the Federal Rules of Appellate

10 Procedure.

11 Dated:  December 9, 2014     Respectfully submitted,

12              O'MELVENY & MYERS LLP

13              By:  /s/ Daniel M. Petrocelli

14                Daniel M. Petrocelli

15

16 OMM_US:73042168

17

18

19

20

21

22

23

24

25

26

27

28

1

DC'S NOTICE OF APPEAL