TOBEROFF & ASSOCIATES, P.C.
Marc Toberoff (State Bar No. 188547)
 mtoberoff@toberoffandassociates.com
22337 Pacific Coast Highway #348
Malibu, California 90265
Telephone: (310) 246-3333
Fax: (310) 246-3101

Attorneys for Defendants Marc Toberoff,
Pacific Pictures Corporation, IP Worldwide,
LLC, and IPW, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COMICS,<br><br>        Plaintiff,<br><br> vs.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual; MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER; JEAN ADELE PEAVY, an individual; LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, and DOES 1-10, inclusive,<br><br>        Defendants. | Case No: CV 10-03633 ODW (RZx)<br><br>**NOTICE OF CROSS-APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**<br><br>The Hon. Otis D. Wright II |

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that defendants Pacific Pictures Corporation, IP Worldwide, LLC, IPW, LLC, and Marc Toberoff (collectively "Defendants") hereby cross-appeal to the United States Court of Appeals for the Ninth Circuit from the "Final Judgment on Remaining Claims," entered in this case on November 26, 2014 (Docket No. 622) to the extent it grants plaintiff DC Comics any relief and to the extent of prior discovery rulings it encompasses including Docket Nos. 74, 124, 209, 262, 336, 365, 424, 457, 467, 488, 533, 553, 554, 558, 593 and 602. |
| 8 | Plaintiff DC filed a notice of appeal in this matter on December 9, 2014. Docket No. 624. Defendants' notice of cross-appeal is timely pursuant to Rule 4 of the Federal Rules of Appellate Procedure. |

Dated: December 23, 2014

Respectfully submitted,

TOBEROFF & ASSOCIATES, P.C.

By: /s/ Marc Toberoff
      Marc Toberoff