

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

December 24, 2014

```
FILED
CLERK, U.S. DISTRICT COURT

12/24/14

CENTRAL DISTRICT OF CALIFORNIA
BY: ___MAT___ DEPUTY
```

Nos.:        14-56926, 14-56994   Cross Appeals
D.C. No.:    2:10-cv-03633-ODW-RZ
Short Title: DC Comics v. Pacific Pictures Corporation, et al

Dear Appellants/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 24 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DC COMICS,<br><br>　　　　　　Plaintiff - Appellant,<br>　v.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF; MARK WARREN PEARY, as personal representative of the Estate of Joseph Shuster; JEAN ADELE PEAVY; LAURA SIEGEL LARSON, individually and as personal representative of the Estate of Joanne Siegel,<br><br>　　　　　　Defendants - Appellees. | No. 14-56926<br><br>D.C. No. 2:10-cv-03633-ODW-RZ<br>U.S. District Court for Central California, Los Angeles<br><br>**TIME SCHEDULE ORDER** |
| DC COMICS,<br><br>　　　　　　Plaintiff – Appellant – Cross-Appellee,<br>　v.<br><br>PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF, an individual,<br><br>　　　　　　Defendants – Appellees – Cross-Appellants, | No. 14-56994<br><br>D.C. No. 2:10-cv-03633-ODW-RZ<br>U.S. District Court for Central California, Los Angeles |

and

MARK WARREN PEARY, as personal representative of the Estate of Joseph Shuster; JEAN ADELE PEAVY; LAURA SIEGEL LARSON, individually and as personal representative of the Estate of Joanne Siegel,

        Defendants.

This order vacates all brief due dates set by previously issued time schedule orders. The parties shall meet the following cross appeal time schedule.

| | |
|---|---|
| **Mon., May 18, 2015** | The party(s) who filed the first appeal shall file and serve the first brief on cross-appeal pursuant to FRAP 28.1. |
| **Wed., June 17, 2015** | The party(s) who filed the second appeal shall file and serve the second brief on cross-appeal pursuant to FRAP 28.1. |
| **Fri., July 17, 2015** | The third brief on cross-appeal shall be filed and served pursuant to FRAP 28.1. |

**The optional cross appeal reply brief shall be filed and served within fourteen days of service of the third brief on cross appeal, pursuant to FRAP 28.1.**

**Failure of the appellants to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

        FOR THE COURT:
        Molly C. Dwyer
        Clerk of Court

        Jennifer Nidorf
        Deputy Clerk