| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|

## TRANSCRIPT DESIGNATION AND ORDERING FORM

| 1. NAME<br>Matthew T. Kline | 2. PHONE NUMBER<br>(310) 246-6840 | 3. DATE<br>January 5, 2015 |
|---|---|---|
| 4. FIRM NAME: O'Melveny & Myers, LLP | 5. E-MAIL ADDRESS: mkline@omm.com | |
| 6. MAILING ADDRESS<br>1999 Avenue of the Stars, Suite 700 | 7. CITY<br>Los Angeles | 8. STATE CA / 9. ZIP CODE 90067 |
| 10. CASE NUMBER<br>10-CV-03633 | 11. CASE NAME<br>DC Comics v. Pacific Pictures Corp., et al. | 12. JUDGE<br>Hon. Otis Wright |
| 13. APPEAL CASE NUMBER<br>14-56926 | 14. ORDER FOR  ☑ APPEAL  ☐ NON-APPEAL  ☐ CRIMINAL JUSTICE ACT<br>☐ IN FORMA PAUPERIS  ☐ AUSA  ☐ FPD  ☐ OTHER | |

15. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| Sep 20, 2010 | Dorothy Babykin | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☑ OTHER (PLEASE SPECIFY): Discovery motions |
| Feb 28, 2011 | Dorothy Babykin | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☑ OTHER (PLEASE SPECIFY): Discovery motion |
| Apr 25, 2011 | Dorothy Babykin | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☑ OTHER (PLEASE SPECIFY): Discovery motion |
| Jun 20, 2011 | Dorothy Babykin | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☑ OTHER (PLEASE SPECIFY): Discovery motions |
| Aug 8, 2011 | Dorothy Babykin | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☑ OTHER (PLEASE SPECIFY): Discovery motions |

16. ORDER: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1<br>(original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☐ | PAPER COPY | ☐ |
| 14 DAYS | ☐ | PDF FORMAT | ☐ |
| 7 DAYS | ☐ | ASCII FORMAT | ☐ |
| DAILY | ☐ | OTHER | ☐ |
| HOURLY | ☐ | FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY | |
| REAL TIME | ☐ | | |

(CERTIFICATION 17 & 18)
By signing the below, I certify that I will pay all charges (deposit plus additional).

19. Transcription agency for digitally recorded proceedings:
For Designation Only

20. Month:   Day:   Year:
Transcript payment arrangements were made with:

17. DATE: January 5, 2015

NAME OF OFFICIAL: _____
Payment of estimated transcript fees were sent on the following date:
Month:   Day:   Year:

18. SIGNATURE: *Matthew Kline*

G-120 (09/12)

# ATTACHMENT TO FORM G-120

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| Feb. 13, 2012 | Dorothy Babykin | Discovery motions |
| May 7, 2012 | Dorothy Babykin | Ex parte application |
| Sept. 5, 2012 | Katie E. Thibodeaux | Summary Judgment |
| Jan. 7, 2013 | Dorothy Babykin | Discovery motion |
| Mar. 11, 2013 | Dorothy Babykin | Discovery motions |

ATTACHMENT TO FORM G-120