**FILED**

UNITED STATES COURT OF APPEALS

AUG 26 2015

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DC COMICS,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>PACIFIC PICTURES CORPORATION; et al.,<br><br>　　　　Defendants - Appellees. | No. 14-56926<br><br>D.C. No. 2:10-cv-03633-ODW-RZ<br>Central District of California,<br>Los Angeles |
| DC COMICS,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>PACIFIC PICTURES CORPORATION; et al.,<br><br>　　　　Defendants - Appellants,<br><br>　And<br><br>MARK WARREN PEARY, as personal representative of the Estate of Joseph Shuster; et al.,<br><br>　　　　Defendants. | No. 14-56994<br><br>D.C. No. 2:10-cv-03633-ODW-RZ<br>Central District of California,<br>Los Angeles<br><br>ORDER |

LKing8.17.15/Pro Mo

The parties' joint motion to stay proceedings pending the resolution of *Larson v. Warner Bros. Entertainment, Inc.* Nos. 13-56257 and 13-56259 is granted. The court grants the parties an additional 120-day stay. On or before December 18, 2015, the parties shall file a status report or plaintiffs shall file the first cross-appeal brief. If the plaintiffs files the first cross-appeal brief, the second cross-appeal brief will be due January 19, 2016, the third cross-appeal brief is due February 18, 2016. The optional reply brief is due within 14 days after service of the third cross-appeal brief.

    For the Court:

    MOLLY C. DWYER
    Clerk of the Court

    Linda K. King
    Deputy Clerk
    Ninth Cir. R. 27-7/Advisory Note to Rule 27
       and Ninth Circuit Rule 27-10