**FILED**

**MAY 31 2016**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DC COMICS,<br><br>    Plaintiff-Appellant/Cross-Appellee,<br><br>v.<br><br>PACIFIC PICTURES CORPORATION; et al.,<br><br>    Defendants-Appellees/<br>    Cross-Appellants. | Nos. 14-56926, 14-56994<br><br>D.C. No. 2:10-cv-03633-ODW-RZ<br>Central District of California,<br>Los Angeles<br><br>ORDER |

The parties' joint motion to further stay appellate proceedings pending settlement negotiations is granted. These cases are stayed until June 30, 2016.

At or prior to the expiration of the stay, the plaintiff shall file the first cross-appeal brief or a motion for further appropriate relief. If the first cross-appeal brief is filed, the defendants' second cross-appeal brief will be due August 1, 2016; the plaintiffs' third cross-appeal brief will be due August 31, 2016; and the optional reply brief will be due within 14 days after service of the third cross-appeal brief.

The filing of the first cross-appeal brief or the failure to file a further motion will terminate the stay of proceedings.

Tah/5.30.16/Pro Mo

For the Court:
MOLLY C. DWYER
Clerk of the Court

Terri Haugen, Deputy Clerk
9th Circuit Rules 27-7, 27-10