**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 29 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DC COMICS,<br><br>    Plaintiff-Appellant/Cross-Appellee,<br><br>  v.<br><br>PACIFIC PICTURES CORPORATION; et al.,<br><br>    Defendants-Appellees/<br>    Cross-Appellants. | Nos. 14-56926, 14-56994<br><br>D.C. No. 2:10-cv-03633-ODW-RZ<br>Central District of California,<br>Los Angeles<br><br>ORDER |

   Pursuant to the stipulation (docket entry 23) of the parties, this appeal and cross-appeal are voluntarily dismissed with prejudice. Fed. R. App. P. 42(b). Costs and fees shall be allocated pursuant to the parties' stipulation.

   A copy of this order sent to the district court shall act as and for the mandates of this court.

> For the Court:
> MOLLY C. DWYER
> Clerk of the Court
>
> Terri Haugen, Deputy Clerk
> 9th Circuit Rules 27-7, 27-10

Tah/6.27.16/Pro Mo